CLOSED

# U.S. District Court
## California Northern District (San Francisco)
## CRIMINAL DOCKET FOR CASE #: 3:20-cr-00371-WHA-1

Case title: USA v. Brockman

Date Filed: 10/01/2020
Date Terminated: 01/04/2021

Assigned to: Judge William Alsup

**Defendant (1)**

**Robert T. Brockman**
*TERMINATED: 01/04/2021*

represented by **Jason Scott Varnado**
Jones Day
717 Texas Street
Suite 3300
Houston, TX 77002
832-239-3939
Fax: 832-239-3600
Email: jvarnado@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Neal James Stephens**
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3939
Fax: (650) 739-3900
Email: nstephens@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kathryn Keneally**
Jones Day
250 Vesey Street
New York, NY 10281
(212) 318-3000
Fax: 212-318-3400
Email: kkeneally@jonesday.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Vincent Alexander Doctor**

Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3939
Fax: (650) 739-3900
Email: vdoctor@jonesday.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. § 371 - Conspiracy to Defraud the United States & Commit Tax Evasion (1) | Transferred entire case to Southern District of Texas. |
| 26 U.S.C. § 7201 - Tax Evasion - 2012 (2) | Transferred entire case to Southern District of Texas. |
| 26 U.S.C. § 7201 - Tax Evasion - 2013 (3) | Transferred entire case to Southern District of Texas. |
| 26 U.S.C. § 7201 - Tax Evasion - 2014 (4) | Transferred entire case to Southern District of Texas. |
| 26 U.S.C. § 7201 - Tax Evasion - 2015 (5) | Transferred entire case to Southern District of Texas. |
| 26 U.S.C. § 7201 - Tax Evasion -2016 (6) | Transferred entire case to Southern District of Texas. |
| 26 U.S.C. § 7201 - Tax Evasion - 2017 (7) | Transferred entire case to Southern District of Texas. |
| 26 U.S.C. § 7201 - Tax Evasion - 2018 (8) | Transferred entire case to Southern District of Texas. |
| 31 U.S.C. §§ 5314 & 5322(b) - Failure to File FBAR - 2013 (9) | Transferred entire case to Southern District of Texas. |
| 31 U.S.C. §§ 5314 & 5322(b) - Failure to File FBAR - 2014 (10) | Transferred entire case to Southern District of Texas. |
| 31 U.S.C. §§ 5314 & 5322(b) - Failure to File FBAR - 2015 (11) | Transferred entire case to Southern District of Texas. |
| 31 U.S.C. §§ 5314 & 5322(b) - Failure to File FBAR - 2016 (12) | Transferred entire case to Southern District of Texas. |
| 31 U.S.C. §§ 5314 & 5322(b) - Failure to File FBAR - 2017 (13) | Transferred entire case to Southern District of Texas. |
| 31 U.S.C. §§ 5314 & 5322(b) - Failure | Transferred entire case to Southern |

| | |
|---|---|
| to File FBAR - 2018 (14) | District of Texas. |
| 18 U.S.C. § 1343 - Wire Fraud Affecting a Financial Institution (15-34) | Transferred entire case to Southern District of Texas. |
| 18 U.S.C. § 1956(a)(1)(B)(i) - Concealment Money Laundering (35-36) | Transferred entire case to Southern District of Texas. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**     represented by     **Michael G. Pitman**
United States Attorney's Office
150 Almaden Blvd., Suite 900
San Jose, CA 95113
(408) 535-5040
Fax: (408) 535-5066
Email: michael.pitman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Christopher Magnani**
U.S. Department of Justice
Tax Division
Western Criminal Enforcement Section
150 M Street NE, Room 2.120
Washington, DC 20002
(202) 307-6408
Fax: (202) 514-9623
Email: christopher.magnani@usdoj.gov

*ATTORNEY TO BE NOTICED*

*Designation:* Assistant US Attorney

**Corey J Smith**
U.S. Department of Justice
Tax Division
Western Criminal Enforcement Section
150 M Street NE, Room 2.208
Washington, DC 20002
(202) 514-5230
Fax: (202) 514-9623
Email: corey.smith@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation:* Assistant US Attorney

**Lee F. Langston ,**
U.S. Department of Justice
Tax Division
Western Criminal Enforcement Section
150 M Street NE, Room 2.802
Washington, DC 20002
(202) 353-0036
Fax:
Email: lee.f.langston@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation:* Assistant US Attorney

| Date Filed | # | Docket Text |
|---|---|---|
| 10/01/2020 | 1 | INDICTMENT as to Robert T. Brockman (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15-34, 35-36. (jlgS, COURT STAFF) (Filed on 10/1/2020) (Additional attachment(s) added on 10/14/2020: # 1 Criminal Cover Sheet) (wsnS, COURT STAFF). (Entered: 10/01/2020) |
| 10/15/2020 | 6 | NOTICE OF ATTORNEY APPEARANCE Michael G. Pitman appearing for USA. *Appearance Of Counsel Corey Smith* (Pitman, Michael) (Filed on 10/15/2020) (Entered: 10/15/2020) |
| 10/15/2020 | 7 | NOTICE OF ATTORNEY APPEARANCE Michael G. Pitman appearing for USA. *Appearance Of Counsel Christopher Magnani* (Pitman, Michael) (Filed on 10/15/2020) (Entered: 10/15/2020) |
| 10/15/2020 | 8 | NOTICE OF ATTORNEY APPEARANCE Michael G. Pitman appearing for USA. *Appearance Of Counsel Lee Langston* (Pitman, Michael) (Filed on 10/15/2020) (Entered: 10/15/2020) |
| 10/15/2020 | 9 | Minute Entry for proceedings held before Judge Nathanael M. Cousins: Initial Appearance as to Robert T. Brockman held on 10/15/2020 Further Review Status Conference set for 10/29/2020 at 10:30 AM in San Jose, Courtroom 5, 4th Floor before Judge Nathanael M. Cousins. Status Conference |

| | | |
|---|---|---|
| | | set for 11/17/2020 at 2:00 PM in San Francisco, Courtroom 12, 19th Floor before Judge William Alsup.<br><br>Total Time in Court: 42 Minutes. Court Reporter: Lee-Anne Shortridge (12:16pm - 12:58pm).<br><br>Plaintiff Attorney: Michael Pitman. Defendant Attorney: Neal Stephens, Jason Varnado. Pretrial Officer: Jay Christian. Defendant Present: Yes. Defendant in Custody: No. Excludable Delay: Yes. Begins: 10/15/2020. Ends: 11/14/2020.<br><br>(jlgS, COURT STAFF) (Filed on 10/15/2020) Modified on 10/19/2020 (jlgS, COURT STAFF). Modified on 10/19/2020 (jlgS, COURT STAFF). (Entered: 10/19/2020) |
| 10/15/2020 | | Attorney update in case as to Robert T. Brockman. Attorney Neal James Stephens, Jason Scott Varnado for Robert T. Brockman added. (jlgS, COURT STAFF) (Filed on 10/15/2020) (Entered: 10/19/2020) |
| 10/15/2020 | | Minute Entry for proceedings held before Judge Nathanael M. Cousins: Arraignment re 9 as to Robert T. Brockman (1), Count 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15-34,35-36 held on 10/15/2020. Total Time in Court 42 Minutes. Court Reporter: Lee-Anne Shortridge (12:16pm - 12:58pm). *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (jlgS, COURT STAFF) (Filed on 10/15/2020) (Entered: 10/19/2020) |
| 10/15/2020 | 10 | **ORDER Setting Conditions of Release and Appearance Bond. Unsecured Bond Entered as to Robert T. Brockman in amount of $ 1,000,000. Signed by Judge Nathanael M. Cousins on 10/15/2020. (jlgS, COURT STAFF) (Filed on 10/15/2020) (Entered: 10/19/2020)** |
| 10/16/2020 | | Attorney update in case as to Robert T. Brockman. Attorney Corey J Smith for USA added. (jlgS, COURT STAFF) (Filed on 10/16/2020) (Entered: 10/16/2020) |
| 10/16/2020 | | Attorney update in case as to Robert T. Brockman. Attorney Christopher Magnani for USA added. (jlgS, COURT STAFF) (Filed on 10/16/2020) (Entered: 10/16/2020) |
| 10/16/2020 | | Attorney update in case as to Robert T. Brockman. Attorney Lee F. Langston for USA added. (jlgS, COURT STAFF) (Filed on 10/16/2020) (Entered: 10/16/2020) |
| 10/19/2020 | 11 | STIPULATION WITH PROPOSED ORDER as to Robert T. Brockman *Stipulation To Exclude Time From October 15, 2020 Through November 17, 2020 and Proposed Order* filed by USA. (Pitman, Michael) (Filed on 10/19/2020) (Entered: 10/19/2020) |
| 10/19/2020 | 12 | **ORDER GRANTING 11 STIPULATION to Exclude Time From October 15, 2020 Through November 17, 2020 as to Robert T. Brockman. Signed by Judge Nathanael M. Cousins on 10/19/2020.** (lmh, COURT STAFF) (Entered: 10/19/2020) |
| | | |

| | | |
|---|---|---|
| 10/23/2020 | 13 | STIPULATION WITH PROPOSED ORDER as to Robert T. Brockman *Stipulation to Move Bail Hearing from October 29, 2020 to November 12, 2020 and [Proposed] Order*. (Stephens, Neal) (Filed on 10/23/2020) (Entered: 10/23/2020) |
| 10/23/2020 | 14 | **ORDER GRANTING 13 STIPULATION to Move Hearing as to Robert T. Brockman. The bail status hearing set for 10/29/2020 is continued to 11/12/2020, at 09:30 AM by videoconference. Signed by Judge Nathanael M. Cousins on 10/23/2020.** (lmh, COURT STAFF) (Filed on 10/23/2020) (Entered: 10/23/2020) |
| 10/26/2020 | 15 | TRANSCRIPT ORDER for proceedings held on 10/15/2020 before Judge Nathanael M. Cousins for Court Reporter Lee-Anne Shortridge. (sp, COURT STAFF) (Filed on 10/26/2020) (Entered: 10/26/2020) |
| 10/27/2020 | 16 | Transcript of Proceedings as to Robert T. Brockman held on 10-15-20, before Judge Nathanael Cousins. Court Reporter Lee-Anne Shortridge, telephone number e-mail: lee-anne_shortridge@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 1/25/2021. (Related documents(s) 15 ) (las, ) (Filed on 10/27/2020) (Entered: 10/27/2020) |
| 10/28/2020 | 17 | TRANSCRIPT ORDER for proceedings held on 10/15/2020 before Judge Nathanael M. Cousins for Court Reporter Lee-Anne Shortridge. (sp, COURT STAFF) (Filed on 10/28/2020) (Entered: 10/28/2020) |
| 10/28/2020 | 18 | TRANSCRIPT ORDER for proceedings held on 10/15/2020 before Judge Nathanael M. Cousins for Court Reporter Lee-Anne Shortridge. (sp, COURT STAFF) (Filed on 10/28/2020) (Entered: 10/28/2020) |
| 10/28/2020 | 19 | TRANSCRIPT ORDER for proceedings held on 10/15/2020 before Judge Nathanael M. Cousins by USA for Court Reporter Lee-Anne Shortridge (Pitman, Michael) (Filed on 10/28/2020) (Entered: 10/28/2020) |
| 10/29/2020 | 20 | TRANSCRIPT ORDER for proceedings held on 10/15/2020 before Judge Nathanael M. Cousins for Court Reporter Lee-Anne Shortridge. (sp, COURT STAFF) (Filed on 10/29/2020) (Entered: 10/29/2020) |
| 11/02/2020 | 21 | MOTION to Change Venue *on Counts Two Through Eight* by Robert T. Brockman. Motion Hearing set for 11/17/2020 02:00 PM in San Francisco, Courtroom 12, 19th Floor before Judge William Alsup. (Attachments: # 1 Proposed Order Granting Defendant Robert Brockman's Motion for Change of Venue on Counts Two Through Eight)(Stephens, Neal) (Filed on 11/2/2020) (Entered: 11/02/2020) |
| 11/03/2020 | 22 | TRANSCRIPT ORDER for proceedings held on 10/15/2020 before Judge Nathanael M. Cousins for Court Reporter Lee-Anne Shortridge (sp, COURT STAFF) (Filed on 11/3/2020) (Entered: 11/03/2020) |
| | | |

| | | |
|---|---|---|
| 11/04/2020 | 23 | CLERK'S NOTICE Setting Motion Hearing as to Robert T. Brockman. Motion Hearing as to 21 MOTION to Change Venue *on Counts Two Through Eight* set for **12/1/2020 at 12:00 PM** before Judge William Alsup.<br><br>This proceeding will be held by AT&T Conference Line. The court circulates the following conference number to allow the equivalent of a public hearing by telephone.<br><br>For conference line information, see: https://apps.cand.uscourts.gov/telhrg/<br><br>All counsel, members of the public and press please use the following dial-in information below to access the conference line:<br><br>Dial In: (888) 684-8852<br><br>Access Code: 3707514<br><br>The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.<br><br>PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (amd2S, COURT STAFF) (Filed on 11/4/2020) (Entered: 11/04/2020) |
| 11/09/2020 | 24 | RESPONSE to Motion by USA as to Robert T. Brockman *Motion for Change of Venue and Bill of Particulars* (Smith, Corey) (Filed on 11/9/2020) (Entered: 11/09/2020) |
| 11/09/2020 | 25 | First MOTION for Protective Order by USA as to Robert T. Brockman. Motion Hearing set for 11/17/2020 02:00 PM in San Francisco, - Telephonic Only before Judge William Alsup. (Smith, Corey) (Filed on 11/9/2020) (Entered: 11/09/2020) |
| 11/09/2020 | 26 | MEMORANDUM *Case Status* by USA as to Robert T. Brockman (Smith, Corey) (Filed on 11/9/2020) (Entered: 11/09/2020) |
| 11/09/2020 | 27 | CLERK'S NOTICE Continuance of Hearing as to Robert T. Brockman. The Motion Hearing as to 25 First MOTION for Protective Order set for 11/17/2020 is continued to **12/1/2020 at 12:00 PM** before Judge William Alsup.<br><br>This proceeding will be held by AT&T Conference Line. The court circulates the following conference number to allow the equivalent of a public hearing by |

| | | |
|---|---|---|
| | | telephone.<br><br>For conference line information, see: https://apps.cand.uscourts.gov/telhrg/<br><br>All counsel, members of the public and press please use the following dial-in information below to access the conference line:<br><br>Dial In: (888) 684-8852<br><br>Access Code: 3707514<br><br>The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.<br><br>PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (amd2S, COURT STAFF) (Filed on 11/9/2020) (Entered: 11/09/2020) |
| 11/11/2020 | 28 | STIPULATION WITH PROPOSED ORDER as to Robert T. Brockman *Stipulation to Take Bail Hearing on November 12, 2020 off Calendar and [Proposed] Order*. (Stephens, Neal) (Filed on 11/11/2020) (Entered: 11/11/2020) |
| 11/11/2020 | 29 | **ORDER GRANTING 28 Stipulation to Take Bail Hearing on 11/12/2020 off Calendar. Mr. Brockman's bail conditions remain as the Court ordered on 10/15/2020. Signed by Judge Nathanael M. Cousins on 11/11/2020.** (lmh, COURT STAFF) (Filed on 11/11/2020) (Entered: 11/11/2020) |
| 11/12/2020 | 30 | MOTION for Leave to Appear in Pro Hac Vice *Application for Admission of Attorney Pro Hac Vice* Attorney: Kathryn Keneally. ( Filing fee $ 310, receipt number 0971-15183977.) by Robert T. Brockman. (Stephens, Neal) (Filed on 11/12/2020) (Entered: 11/12/2020) |
| 11/12/2020 | 31 | **ORDER denying 30 Motion for Pro Hac Vice by Kathryn Keneally. Signed by Judge William Alsup on 11/12/2020. (amd2S, COURT STAFF) (Entered: 11/12/2020)** |
| 11/12/2020 | | CLERKS NOTICE SETTING TELEPHONIC HEARING. The Status Conference set for 11/17/2020 at 2:00 PM will occur telephonically.<br><br>This proceeding will be held by AT&T Conference Line. The court circulates the following conference number to allow the equivalent of a public hearing by |

| | | |
|---|---|---|
| | | telephone.<br><br>For conference line information, see: https://apps.cand.uscourts.gov/telhrg/<br><br>All counsel, members of the public and press please use the following dial-in information below to access the conference line:<br><br>Dial In: (888) 684-8852<br><br>Access Code: 3707514<br><br>The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.<br><br>PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (amd2S, COURT STAFF) (Filed on 11/12/2020) (Entered: 11/12/2020) |
| 11/12/2020 | 32 | MOTION for Leave to Appear in Pro Hac Vice *Application for Admission of Attorney Pro Hac Vice* Attorney: Kathryn Keneally. ( Filing fee $ 310, receipt number 0971-15183977.) Filing fee previously paid on November 12, 2020 by Robert T. Brockman. (Stephens, Neal) (Filed on 11/12/2020) (Entered: 11/12/2020) |
| 11/13/2020 | 33 | **ORDER granting 32 Motion for Pro Hac Vice by Katheryn Keneally. Signed by Judge William Alsup on 11/13/2020. (amd2S, COURT STAFF) (Entered: 11/13/2020)** |
| 11/13/2020 | 34 | NOTICE OF ATTORNEY APPEARANCE: Vincent Alexander Doctor appearing for Robert T. Brockman (Doctor, Vincent) (Filed on 11/13/2020) (Entered: 11/13/2020) |
| 11/13/2020 | 35 | REPLY TO RESPONSE to Motion by Robert T. Brockman *Reply in Support of Motion for Change of Venue on Counts Two through Eight* (Stephens, Neal) (Filed on 11/13/2020) (Entered: 11/13/2020) |
| 11/16/2020 | 36 | Memorandum in Opposition by Robert T. Brockman *Robert Brockman's Motion for Protective Order and Opposition to United States' Protective Order* (Attachments: # 1 Declaration and Proposed Order)(Stephens, Neal) (Filed on 11/16/2020) (Entered: 11/16/2020) |
| 11/17/2020 | 37 | Minute Entry for proceedings held before Judge William Alsup: Status Conference as to Robert T. Brockman held on 11/17/2020 via AT&T |

| | | |
|---|---|---|
| | | Conference line. The parties previewed their arguments prior to the Motion Hearing set for 12/1/2020. The parties are ordered to meet and confer regarding proposed scheduling order.<br><br>Total Time in Court 30 minutes.<br>Court Reporter: Ruth Levine Ekhaus.<br><br>Plaintiff Attorney: Michael Pitman.<br>Defendant Attorney: Jason Varnado / Neal Stephens / Katheryn Keneally.<br><br>Defendant Present: Yes by AT&T Conference Line.<br>Defendant in Custody: No.<br><br>Excludable Delay: Complex case.<br>Begins: 11/17/2020.<br>Ends: 12/1/2020.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (amd2S, COURT STAFF) (Filed on 11/17/2020) (Entered: 11/17/2020) |
| 11/18/2020 | 38 | TRANSCRIPT ORDER for proceedings held on 11-17-2020 before Judge William Alsup for Court Reporter Ruth Ekhaus (Stephens, Neal) (Filed on 11/18/2020) (Entered: 11/18/2020) |
| 11/18/2020 | 39 | TRANSCRIPT ORDER for proceedings held on 11/17/2020 before Judge William Alsup for Court Reporter Ruth Ekhaus (rjdS, COURT STAFF) (Filed on 11/18/2020) (Entered: 11/18/2020) |
| 11/18/2020 | 40 | STIPULATION WITH PROPOSED ORDER as to Robert T. Brockman *Stipulation To Exclude Time From November 17, 2020 Through December 1, 2020 and Proposed Order* filed by USA. (Pitman, Michael) (Filed on 11/18/2020) (Entered: 11/18/2020) |
| 11/18/2020 | 41 | **ORDER granting 40 Stipulation as to Robert T. Brockman To Exclude Time From November 17, 2020 Through December 1, 2020. Signed by Judge William Alsup on 11/18/2020. (amd2S, COURT STAFF) (Entered: 11/18/2020)** |
| 11/18/2020 | 42 | TRANSCRIPT ORDER for proceedings held on 11/17/2020 before Judge William Alsup for Court Reporter Ruth Ekhaus (rjdS, COURT STAFF) (Filed on 11/18/2020) (Entered: 11/18/2020) |
| 11/19/2020 | 43 | STIPULATION WITH PROPOSED ORDER as to Robert T. Brockman *Stipulation and Proposed Scheduling Order* filed by USA. (Pitman, Michael) (Filed on 11/19/2020) (Entered: 11/19/2020) |
| 11/19/2020 | 44 | STIPULATION WITH PROPOSED ORDER as to Robert T. Brockman *Stipulation and Proposed Protective Order* filed by USA. (Pitman, Michael) (Filed on 11/19/2020) (Entered: 11/19/2020) |
| 11/19/2020 | 45 | TRANSCRIPT ORDER for proceedings held on 11/17/2020 before Judge William Alsup by USA for Court Reporter Ruth Ekhaus (Pitman, Michael) |

| | | |
|---|---|---|
| | | (Filed on 11/19/2020) (Entered: 11/19/2020) |
| 11/19/2020 | 46 | TRANSCRIPT ORDER for proceedings held on 11/17/2020 before Judge William Alsup for Court Reporter Ruth Ekhaus (rjdS, COURT STAFF) (Filed on 11/19/2020) (Entered: 11/19/2020) |
| 11/30/2020 | 47 | Transcript of Proceedings as to Robert T. Brockman held on 11/17/2020, before Judge William H. Alsup. Court Reporter Ruth Levine Ekhaus, RDR, FCRR, CSR No. 12219, telephone number (415)336-5223/ruth_ekhaus@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date, it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 3/1/2021. (Related documents(s) 38 , 42 ) (rreS, COURT STAFF) (Filed on 11/30/2020) (Entered: 11/30/2020) |
| 11/30/2020 | 48 | **\*\*\* FILED IN ERROR. PLEASE SEE DOCKET # 50 \*\*\***<br><br>**ORDER RE 44 PARTIES' STIPULATED REQUEST FOR PROTECTIVE ORDER AND THE GOVERNMENTS MOTION FOR DISCLOSURE UNDER § 6103(h)(4)(D). Signed by Judge William Alsup on 11/30/2020. (whalc1, COURT STAFF) (Filed on 11/30/2020) Modified on 12/1/2020 (amd2S, COURT STAFF). (Entered: 11/30/2020)** |
| 11/30/2020 | 49 | MOTION to Change Venue *Notice of Motion and Motion to Dismiss in Part for Lack of Venue and to Transfer to the Southern District of Texas* by Robert T. Brockman. Motion Hearing set for 12/15/2020 12:00 PM in San Francisco, Courtroom 12, 19th Floor before Judge William Alsup. (Attachments: # 1 Declaration Kathryn Keneally, # 2 Declaration James L. Pool, M.D., # 3 Proposed Order)(Stephens, Neal) (Filed on 11/30/2020) (Entered: 11/30/2020) |
| 11/30/2020 | 50 | CORRECTION OF DOCKET # 48 . **ORDER RE PARTIES' STIPULATION REQUEST FOR PROTECTIVE ORDER AND THE GOVERNMENT'S MOTION FOR DISCLOSURE as to Robert T. Brockman (1). Signed by Judge William Alsup on 11/30/2020. (amd2S, COURT STAFF) (Entered: 12/01/2020)** |
| 12/01/2020 | 51 | Application for Refund re 31 Order on Motion for Pro Hac Vice, Receipt Number 0971-15180351 (Stephens, Neal) (Filed on 12/1/2020) (Entered: 12/01/2020) |
| 12/01/2020 | 52 | Minute Entry for proceedings held before Judge William Alsup: Motion Hearing as to Robert T. Brockman held on 12/1/2020 re 21 MOTION to Change Venue *on Counts Two Through Eight*. The Court heard oral arguments. The Government shall be prepared to give the Court an update on the status of discovery at the motion hearing set for 12/15/2020.<br><br>Total Time in Court 18 minutes.<br>Court Reporter: Katherine Sullivan. |

| | | |
|---|---|---|
| | | AUSA: Michael Pitman.<br>Defendant Attorney: Jason Varnado / Neal Stephens / Katheryn Keneally.<br><br>Defendant Present: Yes by AT&T Conference Line.<br>Defendant in Custody: No.<br><br>Excludable Delay: effective preparation of counsel.<br>Begins: 12/1/2020.<br>Ends: 12/15/2020.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (amd2S, COURT STAFF) (Filed on 12/1/2020) (Entered: 12/02/2020) |
| 12/02/2020 | 53 | **ORDER RE 21 MOTION FOR CHANGE OF VENUE ON COUNTS TWO THROUGH EIGHT. (whalc1, COURT STAFF) (Filed on 12/2/2020) (Entered: 12/02/2020)** |
| 12/02/2020 | 54 | **ORDER RE 43 STIPULATED REQUEST FOR SCHEDULING ORDER. (whalc1, COURT STAFF) (Filed on 12/2/2020) (Entered: 12/02/2020)** |
| 12/02/2020 | 55 | TRANSCRIPT ORDER for proceedings held on December 1, 2020 before Judge William Alsup for Court Reporter Katherine Sullivan (Stephens, Neal) (Filed on 12/2/2020) (Entered: 12/02/2020) |
| 12/02/2020 | 56 | Refund Status re 51 Application for Refund Declined (rghS, COURT STAFF) (Filed on 12/2/2020) (Entered: 12/02/2020) |
| 12/02/2020 | 57 | TRANSCRIPT ORDER for proceedings held on 12/1/2020 before Judge William Alsup by USA for Court Reporter Katherine Sullivan (Pitman, Michael) (Filed on 12/2/2020) (Entered: 12/02/2020) |
| 12/02/2020 | 58 | CLERK'S NOTICE SETTING TELEPHONIC HEARING as to Robert T. Brockman. Pursuant to the stipulation of the parties and the Court's order at 54 , Status Conference and/or Motion Hearing set for **2/23/2021 at 02:00 PM** before Judge William Alsup.<br><br>This proceeding will be held by AT&T Conference Line. The court circulates the following conference number to allow the equivalent of a public hearing by telephone.<br><br>For conference line information, see: https://apps.cand.uscourts.gov/telhrg/<br><br>All counsel, members of the public and press please use the following dial-in information below to access the conference line:<br><br>Dial In: (888) 684-8852<br><br>Access Code: 3707514<br><br>The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the |

| | | |
|---|---|---|
| | | Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.<br><br>PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (amd2S, COURT STAFF) (Filed on 12/2/2020) (Entered: 12/02/2020) |
| 12/02/2020 | | Set/Reset Hearing as to Defendant Robert T. Brockman. Pretrial Conference set for 9/24/2021 08:00 AM in San Francisco, Courtroom 12, 19th Floor before Judge William Alsup. Jury Selection set for 11/15/2021 07:30 AM in San Francisco, Courtroom 12, 19th Floor before Judge William Alsup. Jury Trial set for 11/15/2021 07:30 AM through 11/24/2021 07:30 AM in San Francisco, Courtroom 12, 19th Floor before Judge William Alsup. (amd2S, COURT STAFF) (Filed on 12/2/2020) (Entered: 12/02/2020) |
| 12/03/2020 | 59 | STIPULATION WITH PROPOSED ORDER as to Robert T. Brockman *Stipulation To Exclude Time From October 1, 2020 Through December 15, 2020 and Proposed Order* filed by USA. (Pitman, Michael) (Filed on 12/3/2020) (Entered: 12/03/2020) |
| 12/04/2020 | 60 | **ORDER granting 59 Stipulation to Exclude Time for December 1, 2020 through December 15, 2020 as to Robert T. Brockman (1). Signed by Judge William Alsup on 12/4/2020. (amd2S, COURT STAFF) (Entered: 12/04/2020)** |
| 12/04/2020 | 61 | Transcript of Proceedings as to Robert T. Brockman held on 12/1/20, before Judge William H. Orrick. Court Reporter Katherine Powell Sullivan, Katherine_Sullivan@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 3/4/2021. (Related documents(s) 55 ) (Sullivan, Katherine) (Filed on 12/4/2020) (Entered: 12/04/2020) |
| 12/07/2020 | 62 | TRANSCRIPT ORDER for proceedings held on 12/01/2020 before Judge William Alsup for Court Reporter Katherine Sullivan (rjdS, COURT STAFF) (Filed on 12/7/2020) (Entered: 12/07/2020) |
| 12/07/2020 | 63 | RESPONSE to Motion by USA as to Robert T. Brockman re 49 MOTION to Change Venue *Notice of Motion and Motion to Dismiss in Part for Lack of Venue and to Transfer to the Southern District of Texas United States Opposition to Defendants Motion to Dismiss, in Part, and to Transfer Venue* (Pitman, Michael) (Filed on 12/7/2020) (Entered: 12/07/2020) |

| | | |
|---|---|---|
| 12/08/2020 | 64 | NOTICE *Defendant Robert T. Brockman's Notice of Motion and Motion for a Hearing to Determine Whether Mr. Brockman is Competent to Assist in His Defense* by Robert T. Brockman (Attachments: # 1 Declaration of Kathryn Keneally, # 2 Exhibit A - S for Kathryn Keneally's Declaration, # 3 Declaration Peter Romatowski, # 4 Proposed Order)(Stephens, Neal) (Filed on 12/8/2020) (Entered: 12/08/2020) |
| 12/11/2020 | 65 | CLERK'S NOTICE SETTING MOTION HEARING as to Robert T. Brockman. Motion Hearing as to 64 NOTICE Defendant Robert T. Brockman's Notice of Motion and Motion for a Hearing to Determine Whether Mr. Brockman is Competent to Assist in His Defense set for **1/12/2021 at 02:00 PM** before Judge William Alsup.<br><br>This proceeding will be held by AT&T Conference Line. The court circulates the following conference number to allow the equivalent of a public hearing by telephone.<br><br>For conference line information, see: https://apps.cand.uscourts.gov/telhrg/<br><br>All counsel, members of the public and press please use the following dial-in information below to access the conference line:<br><br>Dial In: (888) 684-8852<br><br>Access Code: 3707514<br><br>The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.<br><br>PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (amd2S, COURT STAFF) (Filed on 12/11/2020) (Entered: 12/11/2020) |
| 12/11/2020 | 66 | REPLY TO RESPONSE to Motion by Robert T. Brockman re 49 MOTION to Change Venue *Notice of Motion and Motion to Dismiss in Part for Lack of Venue and to Transfer to the Southern District of Texas* (Stephens, Neal) (Filed on 12/11/2020) (Entered: 12/11/2020) |
| 12/14/2020 | 67 | CLERK'S NOTICE SETTING TELEPHONIC HEARING as to Robert T. Brockman. The Motion Hearing set for **12/15/2020 at 12:00 PM** before Judge William Alsup as to 49 MOTION to Change Venue *Notice of Motion and Motion to Dismiss in Part for Lack of Venue and to Transfer to the Southern* |

| | | |
|---|---|---|
| | | *District of Texas* will be held telephonically.<br><br>This proceeding will be held by AT&T Conference Line. The court circulates the following conference number to allow the equivalent of a public hearing by telephone.<br><br>For conference line information, see: https://apps.cand.uscourts.gov/telhrg/<br><br>All counsel, members of the public and press please use the following dial-in information below to access the conference line:<br><br>Dial In: (888) 684-8852<br><br>Access Code: 3707514<br><br>The Court may be in session with proceedings in progress when you connect to the conference line. Therefore, mute your phone if possible and wait for the Court to address you before speaking on the line. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.<br><br>PLEASE NOTE: Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (amd2S, COURT STAFF) (Filed on 12/14/2020) (Entered: 12/14/2020) |
| 12/15/2020 | 68 | TRANSCRIPT ORDER for proceedings held on 12/15/2020 before Judge William Alsup for Court Reporter Ana Dub (Stephens, Neal) (Filed on 12/15/2020) (Entered: 12/15/2020) |
| 12/15/2020 | 69 | RESPONSE to Motion by USA as to Robert T. Brockman re 64 Notice (Other), *United States' Response to Defendant's Motion for a Competency Hearing* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28) (Magnani, Christopher) (Filed on 12/15/2020) (Entered: 12/15/2020) |
| 12/15/2020 | 70 | Minute Entry for proceedings held before Judge William Alsup: Motion Hearing re 49 MOTION to Change Venue as to Robert T. Brockman held on 12/15/2020 by AT&T Conference line. The Court heard oral arguments and took the motion under submission.<br><br>Total Time in Court 1 hour 6 minutes. |

| | | |
|---|---|---|
| | | Court Reporter: Ana Dub.<br><br>Plaintiff Attorney: Michael Pitman.<br>Defendant Attorney: Jason Varnado / Neal Stephens / Katheryn Keneally.<br><br>Defendant Present: Yes by AT&T Conference Line.<br>Defendant in Custody: No.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (amd2S, COURT STAFF) (Filed on 12/15/2020) (Entered: 12/16/2020) |
| 12/16/2020 | 71 | TRANSCRIPT ORDER for proceedings held on 12/15/2020 before Judge William Alsup by USA for Court Reporter Ana Dub (Pitman, Michael) (Filed on 12/16/2020) (Entered: 12/16/2020) |
| 12/16/2020 | 72 | STIPULATION WITH PROPOSED ORDER as to Robert T. Brockman *Stipulation To Exclude Time From December 15, 2020 Through January 12, 2021 and Proposed Order* filed by USA. (Pitman, Michael) (Filed on 12/16/2020) (Entered: 12/16/2020) |
| 12/17/2020 | 73 | **ORDER granting 72 Stipulation to Exclude Time From December 15, 2020 through January 12, 2021 as to Robert T. Brockman. Signed by Judge William Alsup on 12/17/2020. (amd2S, COURT STAFF) (Entered: 12/17/2020)** |
| 12/21/2020 | 74 | DEFENDANT ROBERT T. BROCKMAN'S REPLY In Support of Motion for a Hearing to Determine Whether Mr. Brockman is Competent to Assist in His Defense by Robert T. Brockman re 64 Notice (Stephens, Neal) (Filed on 12/21/2020) Modified on 12/21/2020 (jlgS, COURT STAFF). (Entered: 12/21/2020) |
| 12/23/2020 | 75 | TRANSCRIPT ORDER for proceedings held on 12/15/2020 before Judge William Alsup for Court Reporter Ana Dub (rjdS, COURT STAFF) (Filed on 12/23/2020) (Entered: 12/23/2020) |
| 01/04/2021 | 76 | **ORDER GRANTING 49 RULE 21(b) MOTION TO TRANSFER, DENYING MOTION TO DISMISS IN PART FOR LACK OF VENUE, AND ORDERING IMMEDIATE TRANSFER OF ENTIRE CRIMINAL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS. (whalc1, COURT STAFF) (Entered: 01/04/2021)** |
| 01/04/2021 | 77 | NOTICE OF CRIMINAL CASE TRANSFER.<br><br>Case transfer from California Northern to Southern District of Texas of a Rule 21(b) Consent to Transfer as to Robert T. Brockman. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov<br>*If you wish to designate a different email address for future transfers, send your* |

| | | |
|---|---|---|
| | | *request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (jlgS, COURT STAFF) (Filed on 1/4/2021) (Entered: 01/05/2021) |
| 01/06/2021 | 78 | Application for Refund re 31 Order on Motion for Pro Hac Vice, Receipt Number 0971-15180351; 0971-15183977 (Stephens, Neal) (Filed on 1/6/2021) (Entered: 01/06/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/07/2021 10:29:17 | | | |
| **PACER Login:** | txsus0288:2650724:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-cr-00371-WHA |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**