UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                     Case Number: 4:21–cr–00009

Robert T Brockman

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew M Edison

**PLACE:**
by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  1/12/2021

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   January 7, 2021

Nathan Ochsner, Clerk