UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cr-00009 |
|---|---|---|---|

UNITED STATES OF AMERICA

*versus*

ROBERT T. BROCKMAN

| | |
|---|---|
| Lawyer's Name | James P. Loonam |
| Firm | Jones Day |
| Street | 250 Vesey Street |
| City & Zip Code | New York, NY 10281-1047 |
| Telephone & Email | 212-326-3939 jloonam@jonesday.com |
| Licensed: State & Number | New York 4035275 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Robert T. Brockman |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes __    __   No __ ✓ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/8/2021 | Signed: /s/ James P. Loonam |
|---|---|

| The state bar reports that the applicant's status is: | Currently Registered |
|---|---|
| Dated: 1/8/2021 | Clerk's signature  s| M. Mapps |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge