United States Courts
Southern District of Texas
FILED
January 08, 2021
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cr-00009 |
|---|---|---|---|

| UNITED STATES OF AMERICA |
|---|
| *versus* |
| ROBERT T. BROCKMAN |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kathryn Keneally<br>Jones Day<br>250 Vesey Street<br>New York, NY 10281-1047<br>212-326-3939  kkeneally@jonesday.com<br>New York  1866250 |

| Name of party applicant seeks to appear for: | Robert T. Brockman |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes __    __  No __ ✓ __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/8/2021 | Signed: | /s/ Kathryn Keneally |
|---|---|---|

| The state bar reports that the applicant's status is: | Currently Registered |
|---|---|
| Dated: 1/8/2021 | Clerk's signature    s| M. Mapps |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
                                                                                United States District Judge