United States Courts
Southern District of Texas
FILED

*January 08, 2021*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cr-00009 |
|---|---|---|---|

| UNITED STATES OF AMERICA |
|---|
| *versus* |
| ROBERT T. BROCKMAN |

| | |
|---|---|
| Lawyer's Name | Neal J. Stephens |
| Firm | Jones Day |
| Street | 1755 Embarcadero Road |
| City & Zip Code | Palo Alto, CA  94303 |
| Telephone & Email | 650-739-3939  nstephens@jonesday.com |
| Licensed: State & Number | California  152071 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Robert T. Brockman |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __   __ No __ ✓ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/8/2021 | Signed: | /s/ Neal J. Stephens |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 1/8/2021 | Clerk's signature   s| M. Mapps |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
United States District Judge