## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cr-00009 |
|---|---|---|---|

UNITED STATES OF AMERICA

versus

ROBERT T. BROCKMAN

| | |
|---|---|
| Lawyer's Name | James P. Loonam |
| Firm | Jones Day |
| Street | 250 Vesey Street |
| City & Zip Code | New York, NY 10281-1047 |
| Telephone & Email | 212-326-3939  jloonam@jonesday.com |
| Licensed: State & Number | New York  4035275 |
| Federal Bar & Number | |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Robert T. Brockman |

Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/8/2021 | Signed: | /s/ James P. Loonam |
|---|---|---|

| The state bar reports that the applicant's status is: | Currently Registered |
|---|---|
| Dated: 1/8/2021 | Clerk's signature  s| M. Mapps |

### Order

This lawyer is admitted *pro hac vice*.

Dated: January 08, 2021

George C. Hanks Jr.
United States District Judge