United States Courts
Southern District of Texas
FILED
January 08, 2021
Nathan Ochsner, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
January 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cr-00009 |
|---|---|---|---|

| UNITED STATES OF AMERICA |
|---|
| *versus* |
| ROBERT T. BROCKMAN |

| Lawyer's Name | Kathryn Keneally |
|---|---|
| Firm | Jones Day |
| Street | 250 Vesey Street |
| City & Zip Code | New York, NY 10281-1047 |
| Telephone & Email | 212-326-3939 kkeneally@jonesday.com |
| Licensed: State & Number | New York 1866250 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Robert T. Brockman |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/8/2021 | Signed: | /s/ Kathryn Keneally |
|---|---|---|

| The state bar reports that the applicant's status is: | Currently Registered |
|---|---|
| Dated: 1/8/2021 | Clerk's signature    s| M. Mapps |

### Order

This lawyer is admitted *pro hac vice*.

Dated: January 08, 2021

George C. Hanks Jr.
United States District Judge