Case 4:21-cr-00009 Document 9 Filed on 01/08/21 in TXSD Page 1 of 1

United States Courts
Southern District of Texas
FILED
January 08, 2021
Nathan Ochsner, Clerk of Court

United States District Court
Southern District of Texas
**ENTERED**
January 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cr-00009 |
|---|---|---|---|
| | UNITED STATES OF AMERICA | | |
| | *versus* | | |
| | ROBERT T. BROCKMAN | | |

| | |
|---|---|
| Lawyer's Name | Neal J. Stephens |
| Firm | Jones Day |
| Street | 1755 Embarcadero Road |
| City & Zip Code | Palo Alto, CA 94303 |
| Telephone & Email | 650-739-3939  nstephens@jonesday.com |
| Licensed: State & Number | California  152071 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Robert T. Brockman |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____ No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/8/2021 | Signed: | /s/ Neal J. Stephens |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 1/8/2021 | Clerk's signature  s| M. Mapps |

### Order

This lawyer is admitted *pro hac vice*.

Dated: __January 08, 2021__

*George C. Hanks, Jr.*
United States District Judge