IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 4:21-cr-00009 |
| ROBERT T. BROCKMAN | § § | |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that David S. Smith of the law firm Jones Day, 717 Texas, Suite 3300, Houston, TX 77002; telephone: 832-239-3939; facsimile: 832-239-3600; hereby enters an appearance as counsel for Defendant, Robert T. Brockman, in the above-captioned case.

Dated: January 14, 2021

/s/ David S. Smith
David S. Smith
Texas Bar No. 24117073
SDTX Ad. ID No. 3398393
Email: dssmith@jonesday.com
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: 832-239-3939
Facsimile: 832-239-3600

*Attorneys for Defendant*
*Robert T. Brockman*

**CERTIFICATE OF SERVICE**

I certify that on this 14th day of January, 2021, this document was served by electronic filing service on all counsel of record.

/s/ David S. Smith
David S. Smith