IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| versus | § § | Criminal No. 4:21-cr-00009 |
| ROBERT T. BROCKMAN | § § § | UNOPPOSED |

## [PROPOSED] ORDER

For good cause shown, the Motion to Modify the Scheduling Order is GRANTED and the Court hereby modifies the Scheduling Order to reflect the following deadlines:

1. All motions shall be filed by March 29, 2021.

2. Responses to Motions shall be filed by April 12, 2021.

3. Pretrial Conference set for April 20, 2021.

4. Jury trial set for April 30, 2021.

5. Estimated trial time:  5 – 6 weeks.

So ORDERED, this _____ day of January, 2021.

_____
George C. Hanks, Jr.
United States District Judge