United States District Court
Southern District of Texas

**ENTERED**

January 14, 2021

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **4:21-CR-009 (GCH)** |
| **v.** | **STIPULATION TO EXCLUDE TIME** |
| **ROBERT T. BROCKMAN** | **FROM JANUARY 12, 2021** |
| | **THROUGH  JANUARY 22, 2021 AND** |
| **Defendant.** | **ORDER** |

It is hereby stipulated by and between counsel for the United States and counsel for the Defendant Robert T. Brockman, that time be excluded under the Speedy Trial Act from January 12, 2021 through the next court appearance.

A status hearing was held on January 12, 2021, and the matter was adjourned until a status conference on a date to be set by the District Court. The government and counsel for Defendant agree that time should be excluded under the Speedy Trial Act because of the complexity of the case, pending motions, and so that defense counsel can continue to prepare for trial, including by reviewing the discovery produced by the government.  Accordingly, the parties stipulate and agree to exclude time until the next court appearance, and further stipulate and agree that the ends of justice served by excluding the time from January 12, 2021 through that date from computation under the Speedy Trial Act outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), (h) (7)(B)(ii), (h)(7)(B)(iv).

The undersigned certifies that he has obtained approval from counsel for Defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

RYAN K. PATRICK
United States Attorney

s/ Corey J. Smith
COREY J. SMITH
Senior Litigation Counsel
LEE LANGSTON
CHRIS MAGNANI
Trial Attorneys

Attorneys for United States of America

s/ Jason S. Varnado
JASON S. VARNADO
Counsel for Defendant ROBERT T. BROCKMAN

**Page 2**

**STIPULATION TO EXCLUDE TIME
FROM JANUARY 12, 2021 THROUGH
AND [PROPOSED] ORDER**

ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on January 12, 2021 and for good cause shown, the Court finds that time should be excluded from January 12, 2021 through January 22, 2021 under the Speedy Trial Act because of the complexity of the case, because of pending motions, and so that defense counsel could continue to prepare, including by reviewing discovery the government has produced, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), (h)(7)(B)(ii), (h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 12, 2021 to January 22, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 12, 2021 through January 22, 2021 shall be excluded from computation under the Speedy Trial Act.

The status conference is set for January 22, 2021 at 12:00 p.m. The hearing will be conducted using the ZoomGov.com videoconferencing program. Join the hearing on zoomgov.com by clicking or copying and pasting the following link:

https://www.zoomgov.com/j/1605015721?pwd=Z1graHExdDUvV1VwY250VitsTEZCQT09

Meeting ID: 160 501 5721

Passcode: 760550

IT IS SO ORDERED.

DATED:  January 14, 2021

George C. Hanks Jr

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

Page 3

**STIPULATION TO EXCLUDE TIME
FROM JANUARY 12, 2021 THROUGH
AND ORDER**