**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|                              |     |                          |
|------------------------------|-----|--------------------------|
| **UNITED STATES OF AMERICA,** | §   |                          |
| **Plaintiff,**               | §   | **Case No. 4:21-CR-0009** |
|                              | §   |                          |
| **v.**                       | §   |                          |
|                              | §   |                          |
| **ROBERT BROCKMAN,**         | §   |                          |
| **Defendant.**               | §   |                          |

## NOTICE OF RELATED CURRENT LITIGATION

Pursuant to L.R. 5.2, the Department of Justice Tax Division filter team hereby submits this notice of related litigation.  The above-referenced criminal case is related to a currently pending under seal matter, (Case Nos. 4:19-MC-59 and 4:19-MC-73, consolidated into a single matter), in which the filter team represents the United States.  A separate notice of related litigation also has been filed in the under seal matter.

The under seal matter concerns two search warrants that were executed on the law offices and storage unit of an attorney.  On January 14, 2020, the Honorable District Court Judge Sim Lake granted the filter team's motion in the under seal matter and ordered that the search warrant proceeding may be disclosed to the Honorable District Court Judge George C. Hanks, Jr.  These two matters are related.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

_____/s/_____

JORGE ALMONTE (*pro hac vice admission pending*)
Assistant Chief
ERIC B. POWERS (*pro hac vice admission pending*)
JESSICA MORAN (*pro hac vice admission pending*)
Trial Attorneys
Department of Justice – Tax Division
Northern Criminal Enforcement Section