| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-0009 |
|---|---|---|---|

| United States of America |
|---|
| *versus* |
| Robert T. Brockman |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jorge Almonte, Assistant Chief<br>U.S. Department of Justice-Tax Division, Northern Region<br>150 M. Street-- Room 1.125, Washington, D.C. 20002<br>(202) 305-3676; jorge.almonte@usdoj.gov<br>State: District of Columbia Bar #481391; New York Bar #4053153<br>Federal Courts: N.D. Tex.; D.D.C.; D. Md.; D. Mass; S.D.N.Y.; E.D.N.Y.; M.D. Pa.; S.D. Ohio; N.D. Ohio; D.R.I. |
|---|---|

| Name of party applicant seeks to appear for: | United States, Filter Team |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __   __ No __ ✓ __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/19/2021 | Signed: | Jorge Almonte |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge