UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-0009 |
|---|---|---|---|

| United States of America |
|---|
| *versus* |
| Robert T. Brockman |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Eric Brent Powers<br>U.S. Department of Justice-Tax Division<br>Northern Criminal Enforcement Section<br>150 M Street-- Room 1.112, Washington, D.C. 20002<br>202-616-5130  eric.b.powers@USDOJ.gov<br>IL Bar #6300578<br>Federal Courts: U.S. Supreme Court, U.S. Court of Appeals for the Armed Forces,<br>U.S. Court of Appeals for the 7th Cir., N.D. Cal., D.D.C., N.D. Ill., D. Mass., D. NJ,<br>E.D.N.Y., E.D. Pa |
|---|---|

| Name of party applicant seeks to appear for: | United States, Filter Team |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ___    ___   No ___ ✔ ___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/19/2021 | Signed: | /s/ Eric B. Powers |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____      _____

                               United States District Judge