| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-0009 |
|---|---|---|---|

| United States of America |
|---|
| *versus* |
| Robert T. Brockman |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jessica Moran, Trial Attorney<br>U.S. Department of Justice-Tax Division, Northern Region<br>150 M. Street-- Room 1.124, Washington, D.C. 20002<br>(202) 305-5920; jessica.n.moran@usdoj.gov<br>State: VA Bar #85330; CT Bar #429359 |

| Name of party applicant seeks to appear for: | United States, Filter Team |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __   __ No __ ✓ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 1/19/2021 | Signed: | Jessica Moran |
|---|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**       **This lawyer is admitted *pro hac vice*.**

Dated: _____       _____
                                     United States District Judge