UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> **Plaintiff** § <br> § <br> v. § <br> § <br> **ROBERT BROCKMAN** § <br> § <br> **Defendant.** § | **Case No. 4:21-CR-0009** |

**[PROPOSED] ORDER**

It is hereby ORDERED that:

1. The Department of Justice Tax Division's filter team may enter a limited appearance on behalf of the United States.

**IT IS SO ORDERED.**

DATE: _____

_____
UNITED STATES DISTRICT JUDGE
GEORGE C. HANKS, JR.