United States District Court
Southern District of Texas
**ENTERED**
January 20, 2021
Nathan Ochsner, Clerk

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-0009 |
|---|---|---|---|

**United States of America**

*versus*

**Robert T. Brockman**

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jorge Almonte, Assistant Chief<br>U.S. Department of Justice-Tax Division, Northern Region<br>150 M. Street-- Room 1.125, Washington, D.C. 20002<br>(202) 305-3676; jorge.almonte@usdoj.gov<br>State: District of Columbia Bar #481391; New York Bar #4053153<br>Federal Courts: N.D. Tex.; D.D.C.; D. Md.; D. Mass; S.D.N.Y.;<br>E.D.N.Y.; M.D. Pa.; S.D. Ohio; N.D. Ohio; D.R.I. |

| Name of party applicant seeks to appear for: | United States, Filter Team |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/19/2021 | Signed: | Jorge Almonte |
|---|---|---|

The state bar reports that the applicant's status is: active

Dated: January 19, 2021 | Clerk's signature *[signature]*

## Order

This lawyer is admitted *pro hac vice*.

Dated: January 19, 2021

*George C. Hanks Jr.*
United States District Judge