United States District Court
Southern District of Texas
**ENTERED**
January 20, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-0009 |
|---|---|---|---|

United States of America

*versus*

Robert T. Brockman

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jessica Moran, Trial Attorney<br>U.S. Department of Justice-Tax Division, Northern Region<br>150 M. Street-- Room 1.124, Washington, D.C. 20002<br>(202) 305-5920; jessica.n.moran@usdoj.gov<br>State: VA Bar #85330; CT Bar #429359 |

| Name of party applicant seeks to appear for: | United States, Filter Team |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/19/2021 | Signed: Jessica Moran |
|---|---|

The state bar reports that the applicant's status is: active

| Dated: January 19, 2021 | Clerk's signature _____ |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: January 19, 2021

_____
United States District Judge