United States District Court
Southern District of Texas
**ENTERED**
January 20, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-0009 |
|---|---|---|---|

United States of America

*versus*

Robert T. Brockman

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Eric Brent Powers<br>U.S. Department of Justice-Tax Division<br>Northern Criminal Enforcement Section<br>150 M Street-- Room 1.112, Washington, D.C. 20002<br>202-616-5130  eric.b.powers@USDOJ.gov<br>IL Bar #6300578<br>Federal Courts: U.S. Supreme Court, U.S. Court of Appeals for the Armed Forces, U.S. Court of Appeals for the 7th Cir., N.D. Cal., D.D.C., N.D. Ill., D. Mass., D. NJ, E.D.N.Y., E.D. Pa |

| Name of party applicant seeks to appear for: | United States, Filter Team |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/19/2021 | Signed: | /s/ Eric B. Powers |
|---|---|---|

The state bar reports that the applicant's status is: active

| Dated: January 19, 2021 | Clerk's signature | *[signature]* |
|---|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: January 19, 2021      *George C. Hanks Jr.*
United States District Judge