| | |
|---|---|
| **From:** | Bob Brockman <bob_brockman@reyrey.com> |
| **Sent:** | Friday, March 15, 2019 1:57 AM |
| **To:** | Captain M/Y Albula |
| **Subject:** | RE: Albula - April Chub Cay trip |

Tom,

Please talk to Charlie about the date changes.

It will also cause the Dayton trip that just precedes our trip to move forward a couple of days.

If it is possible to land at Chub at the beginning of our trip and at the end – that would be great.

Charlie will likely fuel manage the trip so that on the trip home – so that we are light – which enables the Global to climb like a rocket.

Bob

**From:** Captain M/Y Albula [mailto:captain@myalbula.com]
**Sent:** Thursday, February 14, 2019 8:45 AM
**To:** Bob Brockman
**Subject:** Albula - April Chub Cay trip

Good morning Bob,

Apologies for the delay in further feedback – I am battling to get hold of Percy to confirm the date shift for the guides, but am confident that we will make a plan. We have the Bonefish and Tarpon Trust onboard again at the moment, and they have given me a great database of more guides for the Berries if we have a hassle.

I know that we were planning to start and finish these trips in Fort Lauderdale, but after looking into it further we have the following challenges:
1. Customs and Immigration in Lauderdale can be a challenge. They do not come to the Yacht, we have to go to them. They also are closed on Saturdays/Sundays and public holidays (So I have to assume they will be closed on Good Friday).
2. The Marina will not guarantee that we can get a berth that we can get onto on all states of the tide – this could influence our departure/Arrival and make things tight is we are delayed for any reason and we miss the high tide.
3. We have the challenges of weather in the Gulf Stream for the crossing to the Berry Islands.

I have spoken with Charlie – he is happy to fly into either Chub Cay (we have cleared in and out of immigration here and it is really easy) or Nassau (where he could leave the plane, same as our trip in 2017).

Looking forward to hearing your preferred option, Charlie and I will make the necessary arrangements.

Kind regards

Tom

ALB-0066948

**From:** Bob Brockman <bob_brockman@reyrey.com>
**Sent:** Tuesday, February 12, 2019 8:31 PM
**To:** Captain M/Y Albula <captain@myalbula.com>
**Subject:**

Tom,

Dorothy has pointed out to me that the dates for the first trip conflict with Easter (3/21).

Therefore I need to move the trip ahead 3 days so that the last day is 3/19 so that we get home on Good Friday.

Please confirm that this can be done.

Please talk to Charlie.

Bob