# In the Matter of:

# CDK Global & Reynolds and Reynolds

*September 18, 2019*
*Robert Brockman*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

1

```
 1              FEDERAL TRADE COMMISSION
 2
 3   In the Matter of:          )
 4   CDK GLOBAL,                )  File No.
 5        a corporation,        )  171-0056
 6   And                        )
 7   REYNOLDS AND REYNOLDS,     )
 8        a corporation.        )
 9
10
11                  Wednesday, September 18, 2019
12
13                  Sheppard Mullin
14                  2099 Pennsylvania Avenue, N.W.
15                  Washington, D.C.  20006
16
17        The above-entitled matter came on for
18   investigational hearing, pursuant to notice, at 9:05
19   a.m., for the testimony of:
20
21              ROBERT BROCKMAN
22
23
24
25   Reported by:  Deborah Wehr, RPR
```

2

```
 1   APPEARANCES:
 2
 3   ON BEHALF OF THE FEDERAL TRADE COMMISSION:
 4        DANA F. ABRAHAMSEN, ESQUIRE
 5        J. ALEXANDER ANSALDO, ESQUIRE
 6        MICHAEL WILLIAMS, ECONOMIST
 7        Federal Trade Commission
 8        600 Pennsylvania Avenue, N.W.
 9        Washington, D.C.  20580
10        (202) 326-3695
11        dabrahamsen@ftc.gov
12
13
14   ON BEHALF OF REYNOLDS & REYNOLDS:
15        MICHAEL P.A. COHEN, ESQUIRE
16        Sheppard, Mullin, Richter & Hampton, LLC
17        2099 Pennsylvania Avenue, N.W.
18        Suite 100
19        Washington, D.C.  20006
20        (202) 747-1958
21        mcohen@sheppardmullin.com
22
23   ALSO PRESENT:
24        SCOTT CHERRY
25        JON EMMANUAL
```

3

```
 1                 I N D E X
 2
 3   EXAMINATION BY:                        PAGE
 4   Mr. Abrahamsen                         5
 5
 6
 7   EXHIBIT      DESCRIPTION               PAGE
 8   CX 4468      NADA e-mail               40
 9   CX 2250      ADP initial reply         47
10   CX 4043      Talking points            51
11   CX 4515      Captcha codes             67
12   CX 4004      Invalid login e-mail      73
13   CX 1151      ADP agreement             76
14   CX 4035      Talking points            99
15
16
17
18
19
20
21
22
23
24
25
```

4

```
 1              P R O C E E D I N G S
 2              -  -  -  -  -
 3        MR. ABRAHAMSEN:  This proceeding will come to
 4   order.  This hearing has been convened on Wednesday,
 5   September 18th, at approximately 9:00 a.m. at the
 6   Sheppard Mullin Law Firm at 2099 Pennsylvania Avenue,
 7   Northwest.  We will proceed under the Federal Trade
 8   Commission's rules that are applicable that we've read
 9   into the record several times.  Is that amenable to
10   you, counsel?
11        MR. COHEN:  It is.  We agree to that.  Thank
12   you.
13        MR. ABRAHAMSEN:  Mr. Brockman, are you
14   represented by counsel today?
15        MR. BROCKMAN:  Yes.
16        MR. ABRAHAMSEN:  Who is your counsel?
17        MR. COHEN:  Mr. Brockman is pointing down the
18   row.  We'll introduce ourselves for the record, if that
19   is helpful, Mr. Abrahamsen.
20        MR. ABRAHAMSEN:  Yes.
21        MR. COHEN:  My name is Michael Cohen with the
22   law firm Sheppard Mullin, and I represent Universal
23   Computer Systems, the Reynolds and Reynolds Company,
24   and Mr. Brockman today.
25        MR. NAIK:  My name is Amar Naik of Sheppard
```

1 (Pages 1 to 4)

Brockman

CDK Global & Reynolds and Reynolds                                    9/18/2019

---

5

1   Mullin.
2         MR. CHERRY:  Scott Cherry, general counsel of
3   the Reynolds and Reynolds Company.
4         MR. EMMANUAL:  Jon Emmanual, in-house counsel
5   for Reynolds and Reynolds Company.
6         MR. ABRAHAMSEN:  Thank you.  I'm Dana
7   Abrahamsen.  I represent the Federal Trade Commission.
8   I'll be asking most of the questions today and
9   tomorrow.  And I would ask my colleagues to introduce
10  themselves for the record.
11        MR. ANSALDO:  I'm Alex Ansaldo.  I'm also a
12  lawyer with the FTC.
13        MR. WILLIAMS:  My name is Mark Williams.  I'm
14  an economist with the Federal Trade Commission.
15        Whereupon --
16        ROBERT BROCKMAN,
17        a witness, called for examination, having been
18  first duly sworn, was examined and testified as
19  follows:
20              EXAMINATION
21        BY MR. ABRAHAMSEN:
22        Q.  Thank you, Mr. Brockman, very much for coming
23  to Washington to sit for this hearing.  We appreciate
24  it very much.  We'll be doing part of the hearing
25  today.  We'll finish up tomorrow morning and go until

---

6

1   1:00 today and 1:00 tomorrow afternoon, as I understand
2   the schedule.
3         You have been through this procedure before, I
4   know, so I won't spend too much time on the
5   preliminaries.  The biggest problem we have in these
6   proceedings is it's not like a normal conversation.
7   You have to wait for me to get my whole question out.
8   I have to stop so she can get the whole question down.
9   And I have to listen to your whole answer before asking
10  my next question.  If we talk over each other, she'll
11  remind us to stop doing that.
12        We will take breaks during the course of our
13  hearing today and tomorrow.  I will call for a break
14  when I get to a good stopping point or you or your
15  counsel can call for a break.  The only ground rule we
16  have there is that we don't take a break while a
17  question is pending.  We just answer the question and
18  then we take our break.
19        If I ask any questions that you don't
20  understand, you want me to rephrase it or we can have
21  her read them back, that's perfectly okay during the
22  course of our proceeding.
23        And with that, let me let you introduce
24  yourself and explain your position with your current
25  employer.

---

7

1         A.  Again, my name is Bob Brockman.  The original
2   company which lives on today as the top of a holding
3   company I started in the living room of my house with
4   my wife in 1970, 49 years ago.  As a matter of fact,
5   September 1st is what we recognize as the anniversary
6   date.
7         Before that I worked for IBM for five years
8   selling basically services.  I gravitated to car
9   dealerships because I felt comfortable around them.  My
10  specialty was parts inventory control.  It was in the
11  early days when you used to use card systems to keep
12  track of parts and you had tubs and trays and sometimes
13  slide-outs where you -- when you sold a part you had to
14  go find where it is physically in the card system and
15  record the date and how many were sold and carry
16  forward the balance.
17        Q.  So did you use your experiences at IBM to turn
18  this card-based system into a computer-based system?
19        A.  Yes.  I was a salesman, and I sold it and
20  installed it.  There was a very, very early version
21  that ran on, I believe, a 12K computer that would fill
22  up half this room.
23        Q.  And what was the name of the company that you
24  founded?
25        A.  Universal Computer Services.

---

8

1         Q.  And I think I have seen that referred to by its
2   initials, UCS?
3         A.  Yes, that's correct.
4         Q.  When did you become a maker of what we would
5   refer to as a DMS, dealer management system software?
6         A.  Well, to go all the way back to the beginning
7   of how it started and why it started, I went to work
8   for IBM in January 10, 1966, for sales training, and in
9   Houston branch office of the IBM Service Bureau.  There
10  were a number of applications, what they call
11  preplanned software or prepackaged software in those
12  days.  They covered things like credit unions,
13  brokerage firms, CPA firms.  And then they had two
14  applications for car dealerships which I would describe
15  as version 1.  They had a parts inventory system and an
16  accounting package.
17        As I have said just a minute or so ago, I'm
18  very familiar with car dealerships.  I grew up on a
19  small used car lot with my dad, and I went with him in
20  my teenage years to things like car auctions.  I went
21  to new car dealerships to see if they had some older
22  model stuff that they would like to sell.
23        At the same time, I started reconditioning
24  cars.  Originally it was washing and waxing them, but
25  then it evolved into curing rust.  Rust was a real

---

2 (Pages 5 to 8)

Brockman

CDK Global & Reynolds and Reynolds                                    9/18/2019

---

9

1    problem in those days.
2        Q. And would you consider the IBM software
3    packages that you just mentioned, the parts and the
4    accounting, would you consider those a DMS or did DMS
5    apply to something later?
6        A. They were the early stages. Those two
7    applications are key applications even yet today.
8    Accounting and parts are two of the major, probably --
9    I consider there's probably eight applications that are
10   in what is considered a DMS today.
11       Q. So how would you describe a DMS today?
12       A. It's an ERP system for car dealers, and it's
13   highly specialized to how car dealers operate.
14       Q. And what was the acronym you just used?
15       A. ERP.
16       Q. What's that stand for?
17       A. That stands for enterprise reporting.
18       Q. When you were at UCS, were there particular
19   kinds of car dealerships that you tried to focus on
20   when you first entered the DMS business?
21       A. General Motors.
22       Q. And why was that?
23       A. They have a very, very compact part number.
24   It's typically nine digits. It's all numeric. It's
25   much easier to work with than, say, Ford. Ford has a

---

10

1    part number which can be as long as 17 characters and
2    has alphabetical components. And the Ford system, Ford
3    dealers like that because you can look at a part number
4    and you can tell what year model, what year model Ford
5    it is, which Ford, is it a truck number, is it a
6    four-door sedan number, is it a Mustang number.
7        Q. So the General Motors ones, being all numeric,
8    were easier to put into the computer?
9        A. That's right.
10       Q. In terms of -- let me ask you to fast forward
11   and tell me about the acquisition of Reynolds.
12       A. What would you like to know?
13       Q. Why did you buy it?
14       A. It can be best described as I was on safari in
15   Africa, and one of my hunter fellows came and woke me
16   up in the middle of the night and said, Mr. Brockman,
17   Mr. Brockman, wake up, big tiger, get your gun.
18          And that's the reason why I did it. They were
19   my major competitor, and the thought -- well, at first
20   it kind of terrified me. The more I thought about it,
21   it was really feasible from a financial standpoint.
22   And it represented, again, the biggest tiger that I
23   ever faced, and that's why I did it.
24          My wife asked me, she said, tell me how our
25   life is going to be better because of this. I said,

---

11

1    well, it's not. She said, okay, I just wanted to
2    understand for sure.
3        Q. So at the time UCS and Reynolds merged
4    together, who were the other companies that made DMSes?
5        A. It was a part of ADP, a division of ADP. There
6    was a small DMS provider out of Salt Lake City. I
7    would say as far as a complete DMS, there was just
8    handful.
9        Q. And in this time period, right at the time of
10   the merger, what would you estimate the market shares
11   of the various DMS players to have?
12       A. Probably immediately after the merger, Reynolds
13   and Reynolds, we didn't abandon the old name. We just
14   quit using it. We used the Reynolds and Reynolds name
15   because it's 150 years old and it's well known. But I
16   would say probably somewhere in the 40 percent area,
17   mid 40s.
18       Q. And what about ADP's market share at that time?
19       A. Probably like 30, 35 percent.
20       Q. Who would have been the number 3 in the
21   industry at that time?
22       A. I don't remember. Those smaller companies kind
23   of come and go, and I don't remember who the other
24   ones -- there were several others, but again, very
25   small. And they would be a borderline whether or not

---

12

1    their product really could be considered a DMS.
2        Q. What would be it be considered if it wasn't
3    considered DMS?
4        A. An accounting system.
5        Q. In the time that you have been in charge of the
6    combined entities of Reynolds and UCS, have you tried
7    to focus on larger dealerships?
8        A. Yes. The small dealerships are marginally
9    profitable because they don't use very many software
10   packages because they are located in some small town
11   where they know everybody already and they can stand up
12   and look out the front window and see their inventory.
13   They don't need software packages for that sort of
14   thing.
15          It takes a lot of travel. There's a lot of
16   what we call bug crushing time. You got to go from one
17   place to another place to another. So we focus on
18   bigger dealerships, more complex, and we find that the
19   smaller dealerships can get by with a lesser product.
20   The bigger dealers which are now more and more -- we
21   see one physical person will own now five dealerships, we
22   see 10, 15, 20, 25 where they are consolidating smaller
23   dealerships to gain scale.
24       Q. You said in that answer that the smaller
25   dealerships are marginally profitable. Did you mean

---

3 (Pages 9 to 12)

Brockman

CDK Global & Reynolds and Reynolds                                      9/18/2019

---

13

1    for Reynolds as having them as a client?
2        A. Yes, as well as for themselves.
3        Q. Has Reynolds been successful in its attempt to
4    focus on large dealerships?
5        A. Not completely, but certainly we've made some
6    real progress. We have the number 2 largest public
7    chain which is the Penske Group. And then we have the
8    largest private group which is Hendrick Motor Sports.
9        Q. What would you define as the larger
10   dealerships?
11       A. Ones that have bigger physical facilities,
12   bigger inventory, sell more cars per year, have more
13   employees.
14       Q. Is there in your mind a number of rooftops that
15   is sort of a dividing line between larger dealerships
16   and medium-sized or smaller dealerships?
17       A. A small dealership would be something, an
18   entity that sells less than 50 new vehicles per month.
19   That would be considered a small dealership. A large
20   begins -- probably to be a truly large single-point
21   dealership would be somebody that sells 400 new cars a
22   month. And one thing I would like to make sure is
23   understood, I consider rooftops a very poor measure of
24   market penetration.
25       Q. Why is that?

---

14

1        A. Well, as a private company, the only things
2    that count as far as I'm concerned is net profit.
3    Sales dollars is very much less important. The whole
4    goal is to produce a quality product and sell it to big
5    guys, and that means that I will forever trail
6    rooftops, and not deservedly so. Of course, I don't
7    publish financial statements, so I just have to accept
8    the fact that everybody will think that we are smaller.
9        Q. So the better measure for you, rather than
10   rooftops, would be the total sales that the dealership
11   has? Would that be a factor you would look at?
12       A. Yes, certainly a larger dealership would be a
13   better prospect for us. They would be more apt to need
14   and want advanced software.
15       Q. When you say advanced software in that answer,
16   what are you referring to?
17       A. Well, the basic software was accounting, parts,
18   service, inventory, financing, factory communications,
19   payroll, human resources management, just a larger
20   number. In some cases as many as 25 or 30 different
21   applications would be sold for an individual rooftop.
22       Q. And what capability does Reynolds have to serve
23   these large dealerships that, say, some other DMS
24   company wouldn't have?
25       A. We just have more, and they are better. They

---

15

1    are better engineered applications. And the goal is to
2    provide the management tools that help a dealer operate
3    profitably above all else.
4        Q. When you say they are better engineered
5    applications, do they have proprietary software to
6    Reynolds?
7        A. No. We build all our own software.
8        Q. Is there software that Reynolds provides that
9    helps a dealership that has multiple different OEMs
10   that they serve have consolidated accounting across all
11   their --
12       A. No. And especially what I call side-by-side
13   reporting where we have a report that's this wide and
14   you have dealership number 1 numbers, dealership number
15   2 numbers, dealership number 3 numbers and where you
16   can see what's going on kind of at a glance. And then
17   we also consolidate for financial reporting.
18       Q. Why is it other DMSes can't provide that kind
19   of information?
20       A. They can but it's a struggle. Whereas, our
21   software, you press the button and you get the display
22   instantly. Our accounting system is instant update.
23   In management, particularly of multiple dealerships,
24   the ability to push a button and see all this on the
25   screen and print it off is very advantageous.

---

16

1    Dealerships are -- they are different than your typical
2    business in that they measure things literally by the
3    hour. Dealerships are very thinly profitable. They
4    operate on a 1-1/2, 2 percent margin. And if we don't
5    have good sales this Saturday, then we miss our target,
6    we've got to take action so that we have more sales
7    next week to make up for the fact that we didn't hit
8    our numbers this week. So the interest and need for
9    realtime kind of information to drive a dealership, if
10   you think of it as a ship, daily or weekly or monthly,
11   that kind of numbers don't really cut it. You got to
12   have right-now kind of stuff.
13       Q. When your sales force is talking a large
14   dealership, do you explain to them that you have
15   capabilities that other DMS providers don't have?
16       A. That's the goal. I teach our salespeople
17   forget being a salesman because you don't sell this
18   kind of stuff. I mean, people buy it, but you are not
19   going to hammer through and convince them to buy your
20   stuff. What you do is you teach. You teach how your
21   stuff works and you teach them how it can be used in
22   various segments of their business to earn more
23   profitability.
24       Q. What would be some of the things you would be
25   teaching a dealership in terms of your DMS's capability

---

4 (Pages 13 to 16)

Brockman

CDK Global & Reynolds and Reynolds                                    9/18/2019

---

17

1    that is superior to other DMSes in the marketplace?
2        A.  I would say the first and probably most
3    important thing we talk about is we refer to it as
4    built as one, works as one.  So you can have multiple
5    applications, but they talk to each other, which
6    eliminates a lot of data entry.  It makes the ability
7    to produce a report that has information from multiple
8    packages all showing on a screen at once.
9        Q.  What other DMSes are most capable of also
10   servicing the large dealerships?
11       A.  It would be CDK.
12       Q.  And what is it that CDK has that, say, the
13   other ones in the market don't have?
14       A.  They have a lot of historical -- they have been
15   in business for a long time.  Again, this is back to
16   the issue of how do you define market share.  If you
17   define market share by rooftops, they will sell them
18   any size, including the little bitty ones just to get
19   rooftop counts because that's what pleases the
20   analysts.  As a public company, they have to chase that
21   number.
22       Q.  Are there arguments or teaching moments that
23   you have your sales reps do to explain what the
24   features are of the Reynolds DMS that other smaller DMS
25   companies just simply can't replicate?

18

1        A.  Absolutely.  I mean, that's what we are looking
2    for.  Car dealers are an interesting lot.  Over the
3    time that I have been in the business, where a car
4    dealer is born, they are born as car salesmen.  And
5    they are very successful car salesmen.  They accumulate
6    enough nest egg so they can actually buy their own
7    dealership.  They are, frankly, in most cases, have no
8    formal education past high school.  They are physically
9    attractive.  They are very people sensitive.  Their
10   whole goal is to get the person who is interested in
11   buying a car to like them and have personal rapport.
12       But so the challenge that we face is getting
13   enough teaching time.  The way that I was successful
14   back in the beginning, I was not ever a salesman.  I
15   never held myself out as a salesman.  I was an
16   inventory system consultant.  That was what my business
17   card said.  And if I could get five minutes with a
18   prospect, that would give me all the time that I need,
19   all the audience that I need because they were
20   convinced that I was talking about.
21       Q.  So aside from built as one, works as one and
22   the capability to call up more information on the
23   computer screen, what other attributes does Reynolds
24   teach the dealership about that makes its product
25   superior?

19

1        A.  Well, probably one of the more important places
2    is car deals, transaction documents and the sale of a
3    vehicle.  You would think you would get all that done
4    on one page.  Well, it's more like 30 or 35 pages,
5    especially when there's financing involved.  And from a
6    process standpoint, when a car sale occurs 90-plus
7    percent of the time it's going to be financed.  And a
8    very large percentage of that group will be financed
9    with what we call the captive finance companies.
10   That's Toyota Motor Credit, Ford Motor Credit.
11       The mechanical process is that while the forms
12   are prepared by typically an electric typewriter hooked
13   to a computer that actually types, fills in all the
14   blanks, it gets signed up, and then every day FedEx
15   packages go from the dealership to the lender.  And if
16   they are doing five lenders, well, it would be five
17   daily FedEx packages.  And it arrives into a big puddle
18   of clerks that open the FedEx packages and they take
19   out the loan documents, and they commence to go through
20   the loan documents to make sure everything is
21   completed.
22       If everything works good, the typical
23   turnaround time is 12 days before the dealer actually
24   gets the money from the finance source.  In the
25   meantime, he has to pay off his floor plan daily.  For

20

1    every car that leaves the lot, it's got to be paid off
2    within 24 hours.  So there's a big stretch in there
3    that takes a lot of working capital.
4        What happens if something is not initialled
5    properly?  It goes back in another FedEx package back
6    to the dealership.  The dealership then opens it up,
7    figures out what's wrong, and nine times out of ten,
8    they have to ask the consumer to come back to the
9    dealership to sign a new -- that is never, ever easy
10   because consumers don't want to do that.  If there's a
11   little more money involved, it's even worse.
12       Q.  So is that a procedure that the Reynolds DMS
13   can handle more seamlessly than one of the smaller DMS
14   companies?
15       A.  Exactly.  We have a product which we call
16   DocuPad.  It is about 4-1/2 feet probably and 30 inches
17   wide, and it has a 32-inch video screen.  And the whole
18   transaction takes place on the video screen.  And the
19   customer actually drives it.  They have their own
20   stylus and they click on this, click on that.  The end
21   result is you have a complete electronic document.  And
22   we know on every document where it's got to be
23   initialled, where it's got to be signed.  If it's not
24   initialled and signed, we won't let it go.  So that
25   means the flow going to the finance company is clean,

---

5 (Pages 17 to 20)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Brockman

CDK Global & Reynolds and Reynolds                                        9/18/2019

---

21

1    and you don't have where something is missing and it's
2    got to be sent back to the dealership and the consumer
3    has got to come back in. We just cut all that out.
4        **Q. Is this DocuPad a product that Reynolds lets**
5    **dealerships use that are not using a Reynolds DMS?**
6        A. No. It is actually built into Reynolds' DMS.
7    The calculations, for instance, that show on the screen
8    are really from our standard finance package, all the
9    rate calculations, the payment calculations. It's all
10   part of our main F&I system.
11       **Q. So that would be proprietary to Reynolds?**
12       A. Yes.
13       **Q. Can you give us another example of a feature**
14   **that Reynolds has when you are educating the dealer**
15   **about why they should go with Reynolds rather than one**
16   **of the smaller DMS companies?**
17       A. Probably another example is actually a fairly
18   old example, but it's still really, really true. In
19   the parts system, we actually prepare the parts
20   invoice, which means that the parts department employee
21   keys in the account number for the customer, and then
22   they key in the part number for each part that's sold
23   all in a blank. The inventory levels are reduced on
24   those parts that have been sold. But probably more
25   importantly is, and that's it's made possible what we

---

22

1    call matrix pricing.
2        **Q. What's matrix pricing?**
3        A. It means that you end up with differing prices
4    to the end user.
5        **Q. Differing prices based on what?**
6        A. Based upon what matrix that has been assigned
7    to them. Basically what happens is that the parts
8    department, as things get continually squeezed, as they
9    always do, they have put some severe thought into how
10   much it costs them to service different types of
11   customers. The worst type of customer is the guy that
12   comes in on Saturday, he had something broken on his
13   car but he doesn't have the part number. So he says, I
14   have got such-and-such kind of car and I need the
15   thingamabob. And they start going through the
16   electronic parts catalogs looking at pictures, and he
17   says, there, that's the thing I want.
18       And lots of times the dealership doesn't have
19   the part, but lots of times it does and they'll
20   complete the sale. About half the time those parts
21   come back on Monday returned for credit.
22       **Q. Is this parts system that you have built,**
23   **that's something you can only get with a Reynolds DMS?**
24       A. The parts invoicing system is an integral piece
25   of the whole system. And what it does is it decides,

---

23

1    for instance, this type of customer I just described,
2    he doesn't get any discount at all. But if there's
3    another type of customer who you are fighting with a
4    competitor to sell to, the discount is going to be very
5    finely regulated, just a hair less expensive than the
6    competitive dealership.
7        **Q. And this is a system that Reynolds has**
8    **developed internally?**
9        A. Over the years. I actually developed it in a
10   system that goes back to like 1975.
11       **Q. You mentioned in a prior answer that -- I don't**
12   **think I followed your answer completely, but you were**
13   **mentioning a screen where a dealership had side-by-side**
14   **dealerships, I believe, is the phrase you used.**
15       A. Correct.
16       **Q. You were describing something that was going to**
17   **come up on the screen when they pushed one button. I**
18   **don't think I followed what your explanation was.**
19       A. Again, this is specific and unique to
20   dealerships. They have a concept called daily
21   operating control. And what that is, that is not a
22   true financial statement but their best guess as where
23   they are at as far as sales and profit every month
24   compared to their goal where they want to be at the end
25   of the month when the formal financial statement is

---

24

1    published.
2        But they want to know -- a multi dealer, he
3    wants to know if, say, he has five dealerships, he
4    wants to know how the whole fleet is going. And so
5    this is the ability to press the button and have the
6    daily operating control numbers, which is as close as
7    you are going to get to a financial statement
8    approximation, to have those displayed on the screen
9    simultaneously side by side. And there's different
10   formats. You could have instead of just one column per
11   dealer, you might have three columns per dealer.
12       **Q. And this was a process that was developed**
13   **internally at Reynolds?**
14       A. Yes.
15       **Q. And this is a process that you can't get if you**
16   **have a non-Reynolds DMS?**
17       A. The competition has varying levels in the same
18   kind of capacity. Product development is, in our
19   world, a rat race. What you do is you have an idea and
20   you work hard and you build it, and for a while you
21   have exclusivity, and that helps sell complete systems.
22   And then the competitors see what you are doing and
23   they copy it. And then that cycle just continuously
24   goes on. And it's been that way the whole time that I
25   have been in the business.

---

6 (Pages 21 to 24)

CDK Global & Reynolds and Reynolds                                    9/18/2019

25

1    Q. So in terms of this product, what would you
2  have your sales force educate the dealer about to
3  convince them to go with a Reynolds rather than some
4  other DMS?
5    A. The DocuPad system is our sharpest, most
6  powerful, most salable, best recognized product. That
7  would be the one that they would certainly start with.
8    Q. In terms of going into a large dealership and
9  distinguishing Reynolds' product as uniquely positioned
10  to serve a large dealership, what would you teach the
11  owner of the dealership?
12    A. There's an interesting phenomena that has to do
13  with the sale of after-sale products. The typical
14  cycle of a sale of a vehicle goes like this: The
15  prospect comes in and they kind of generally know what
16  they want. They are looking for cars or a pickup
17  truck. The salesperson talks with them and tries to
18  get them to settle on something that they can afford
19  that's what they want. So the negotiation takes place
20  and a, quote, deal is agreed upon.
21    Then they have -- the buyer is taken typically
22  to a reception lounge and has to wait probably
23  45 minutes to an hour to get to go to finish up the
24  paperwork. Well, that's what the customer thinks. But
25  what's really going on is this is now the second

26

1  attempt to sell a whole bunch more stuff. This is
2  where the extended warranties are sold. This is where
3  what they call rust and dust, it's the paint protection
4  package. It's where they sell you specialty insurance
5  for your tires and wheels. So if you live in a town
6  that's got lots of potholes and you have got
7  low-profile tires and aluminum wheels, you are going to
8  have a problem at some point.
9    And all this is done in the monthly payment,
10  which is critical to the buyer. It is recalculated
11  every time something is put on or taken off. People
12  don't like that, that process. I remember when my son
13  went out to buy his first car, I said this is what's
14  going to happen. When you go in that room to finish
15  the paperwork, do your arms like that, and it's no to
16  everything.
17    Q. So how does this factor in to your ability to
18  get large dealerships to go with Reynolds?
19    A. There's one more little tidbit. In DocuPad, we
20  don't do the strong arm. They have their side of the
21  DocuPad, and we present to them lots of times with
22  visual sales aids, sometimes videos, they have their
23  own stylus and they say, okay, I would like to have
24  that one. And it recalculates what the payment is
25  going to be. And well, that one is a little too much,

27

1  so I'll take that one off. Let's do this one, and it
2  recalculates the payment.
3    The miracle is people, by themselves, will buy
4  more than happens when they are dealt with pushy
5  salesmen.
6    Q. Is this a feature that you have found is easier
7  to explain to a large dealership?
8    A. Yeah.
9    Q. Why is that?
10    A. It enables the whole transaction to take place
11  rather quickly. And people, many, many customers, they
12  just want to get done with the process and get on with
13  life. So they make their decisions like that. But the
14  end is, on average, a dealership that's using DocuPad
15  will generate $200 more profit than doing it the
16  traditional way.
17    Q. Does CDK have something comparable to DocuPad?
18    A. They have a system that's called -- it has a
19  name, but I'm sorry, I can't recall exactly what it is,
20  where they have a menu of things that you can buy. It
21  works on a slate, and you can check off the things you
22  want and things you don't want. But it's not
23  integrated into the finance system so you don't get the
24  payment refresh.
25    And there is nothing out there that compares to

28

1  the DocuPad and the ability to do payment refresh so
2  that as people make their choices, they see what
3  happens to their payment and they take things on,
4  take things off. We are the only ones that do that.
5    Q. So I have seen mention in some of the documents
6  there's other DMS companies like Dealertrack and
7  Auto/Mate, would they have something comparable to
8  DocuPad?
9    A. No. We have invested I don't know how much,
10  but it's in the millions in the software to make all
11  this work.
12    Q. And your investment in software, is it fair to
13  say it's been geared toward larger dealerships?
14    A. Yeah. Smaller dealerships operate at a much
15  slower pace. For example, we just finished installing
16  this at the Penske Group which has 150 dealerships.
17  And the Penske Group, what they were spending per month
18  on FedEx to get transaction documents in from a
19  dealership into their central accounting office would
20  be enough to make a strong man weep.
21    So if you use DocuPad, everything is
22  electronic. So it's electronic, like instantly. So as
23  soon as the transaction is finished, you hit the finish
24  button, the whole thing, all the forms, all the
25  signatures, everything goes to the central accounting

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Brockman

CDK Global & Reynolds and Reynolds                                          9/18/2019

---

29

1  office without having to use FedEx, which is a
2  significant savings.
3      Also from a manpower standpoint, since we have
4  so many computer checks for DocuPad to ensure that the
5  transaction is done properly, when you don't have
6  kickbacks from the finance sources, life becomes
7  tremendously simpler. The whole organization can close
8  their books a couple of days earlier than what they are
9  used to closing them because they are not having to
10  wait for packages of deals to come in. You don't get
11  them -- in the old manual way you don't get them until
12  probably a week after month close. With DocuPad, you
13  have them right to the close and you don't have to ship
14  anything around. All the consolidation is -- it's all
15  automatic.
16      The updates to the accounting system are all
17  done hands-off. And to a big dealer, that's very
18  important. As a matter of fact, we have prospects that
19  buy DocuPad more for that than they do for the fact
20  that they can sell more and then generate more profit
21  per deal. Their big bugaboo is the working capital
22  that it takes to fund a transaction until you finally
23  get funded by the finance source.
24      **Q. And that's available to any dealership? Not**
25  **just Penske?**

---

30

1      A. Any Reynolds.
2      **Q. I want to shift gears a little bit before we**
3  **take our first break and talk a little bit about**
4  **Reynolds' relationship with the car manufacturers,**
5  **which I'll refer to as the OEMs, if that's comfortable**
6  **with you.**
7      A. Yeah.
8      **Q. Can you explain how the Reynolds DMS interacts**
9  **with OEMs?**
10      A. Yeah. Probably the simplest way to say is yes,
11  it does.
12      **Q. What kinds of -- I assume it's data being**
13  **transmitted in some form. Can you explain what data is**
14  **going on and what direction it's going and what kind of**
15  **data it is.**
16      A. It varies by OEM, but common to all of them is
17  they want to know if the sale of a vehicle took place
18  and they want to know what the vehicle identification
19  number is of that vehicle because that helps them in
20  their production planning.
21      There is this ongoing disagreement between
22  dealers and OEMs as to who owns the customer. Dealers
23  like to think very much that they own the customer.
24  However, the OEMs, through the software that we
25  provide, you get all the information about all the

---

31

1  customers and they build customer files on the fly.
2  And they like to think that their direct mail pieces
3  will be more effective than what the dealer does, which
4  in some cases it is because they have dealers out there
5  that don't do anything as far as customer follow-up is
6  concerned. They are archaic.
7      **Q. Does the --**
8      A. The OEM specifies what we have to do, and they
9  have a great cloud over our heads, because if we don't
10  do exactly what they want us to do as far as taking
11  data out of the DMS and shipping to it the OEM, they'll
12  disqualify us. And our ability to be qualified a
13  supplier of factory communications for their OEM is
14  lifeblood for us. For instance, if General Motors
15  decides they want to have a whole bunch more stuff as
16  far as lots of data and data fields sent to them on
17  each car deal, we say, yes, sir, yes, sir, because we
18  dare not.
19      **Q. Do they pay you for this?**
20      A. No. They actually make the dealer pay. The
21  dealer pays us for factory communications which is --
22  the size of that bunch of software varies by OEM.
23  General Motors is probably the most demanding right
24  now. Ford has occupied that title for a while. But
25  again, the OEMs are kind of at a constant race, among

---

32

1  other things, to be closer to what's going on in the
2  field.
3      **Q. So just so the record is clear on this, I'll**
4  **tell you my understanding. You correct me if I'm**
5  **wrong. But if I go in to a General Motors dealership**
6  **and I buy a General Motors car, General Motors expects**
7  **you to take the data that I have been inputted into the**
8  **dealer's DMS, my name, the VIN number of the car I**
9  **bought, maybe other details, and they -- General Motors**
10  **expects Reynolds to take that data that is in the DMS**
11  **that the dealer has entered and ship that information**
12  **to General Motors; is that correct?**
13      A. You got it exactly correct. Now, there's a few
14  more touches. The dealer has actually authorized
15  General Motors to do that, okay. Why would they do
16  that? Well, every few years, there's changes to the
17  dealership agreement with the factory. And this is not
18  a negotiated situation. It is a "you will." So if a
19  dealer should dissent and say, for instance, forbid us
20  to do what we do, he would start to suffer in many
21  ways. He wouldn't get the fast-moving cars. His
22  payments coming back from the captive finance company
23  may not be as prompt as they used to be. It is -- you
24  might face warranty claim audits more often than the
25  typical dealership, which are painful and expensive.

---

8 (Pages 29 to 32)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Brockman

CDK Global & Reynolds and Reynolds                                    9/18/2019

---

33

1      Q. Am I correct in my understanding that at some
2  point after UCS bought Reynolds that there was a breach
3  of contract suit that went on between Reynolds and
4  General Motors?
5      A. I think there was something, but frankly, I
6  don't remember exactly the details of what that was all
7  about.
8      Q. You mentioned in a prior answer that one of the
9  things you are very concerned about is the prospect of
10  having an OEM decertify Reynolds as a DMS. What did
11  you mean by decertify in that answer?
12      A. Decertify, again, they publish very detailed
13  specifications as to how our dealer-to-factory
14  communications has to work, what data has to be
15  provided, in what format. And they change that stuff
16  maybe not quite yearly, but certainly every two years
17  there are changes. And we have to reprogram to meet
18  the new specifications, and if we should fail to do
19  that, we would not be a certified provider of
20  dealer-to-factory communications for that OEM, which
21  would have disastrous effects from a business
22  standpoint.
23      Q. You say disastrous effects from a business
24  standpoint, you mean from a Reynolds business
25  standpoint?

---

34

1      A. Yes.
2      Q. And would the fear there be that if you had a
3  GM -- if you were decertified by GM, all of your GM
4  dealers who use your Reynolds DMS would have to shift
5  to a different DMS?
6      A. Correct.
7      Q. Has Reynolds been decertified?
8      A. No. But they also, when they give us specs and
9  they give us the order about what has to be done, they
10  never give us enough time to build it in an orderly
11  fashion and fully test it. There's always an extreme
12  pressure scramble. Some manufacturers are better about
13  that. Some are worse. GM is one of the worst. And
14  Mercedes is probably one of the better. Toyota is
15  really good as far as giving us a good spec.
16      We have lots of situations with General Motors
17  where the spec is -- has conflicting instructions as
18  what's to be done, and we have to go back to General
19  Motors and say, hey, your spec has got a problem; let
20  me point that out to you. We teach them what they did
21  wrong and then they change the spec. And then we are
22  able to finish the programming and actually get it in
23  the field.
24      Q. How many OEMs have certified Reynolds?
25      A. All of them.

---

35

1      Q. Is that also the case with some of the smaller
2  DMS companies?
3      A. The smaller DMS companies, considering the
4  amount of grief that we go through to stay certified, I
5  don't know how the small guys do it. I think what they
6  must do is they must focus on one OEM or maybe two.
7  Whereas, we have folks on all of them.
8      Q. You mentioned in a prior answer that General
9  Motors makes the dealer pay for the data transfer that
10  Reynolds does to General Motors. How is that payment
11  made?
12      A. Part of our standard monthly bill.
13      Q. So the bill that General Motors sends to the
14  dealer has a line item for this?
15      A. No. It is -- the situation is more like this.
16  They say, Mr. Dealer, you need to sign up with Reynolds
17  and Reynolds for the General Motors OEM communications
18  package. This goes in effect December 1st. And in
19  most cases they actually even mandate what that charge
20  will be. Sometimes it's a monthly charge. Sometimes
21  there's a one-time and then a monthly charge.
22      But it then looks as though we sold them
23  factory communications. Well, it's nothing of the
24  sort. What they did was we get that business because
25  we are certified. And because our factory

---

36

1  communications is very tightly integrated into the DMS,
2  and trying to use the standalone factory
3  communications, the amount of key entries it would take
4  to get the data together and get it shipped to General
5  Motors would be unthinkable.
6      Q. I'm not sure I follow exactly how the payments
7  were made. You said it's either a monthly or a
8  one-time fee. How is this payment made?
9      A. It's a product amongst all the rest of our
10  products, and we invoice for it and collect it. And
11  that's our pay for putting up with what General Motors
12  wants.
13      Q. Does it appear as a separate line item?
14      A. Yeah. It will say GM Factory Communication.
15  Or if they have multiple OEMs at the dealership, a
16  similar process will take place with each OEM, and
17  we'll bill it. It will be a standard line item for us
18  to bill.
19      Q. I have seen on the documents reference to RCI,
20  Reynolds Certified Interface, I believe it stands for.
21  Are the OEMs part of RCI or are they part of some other
22  type of certification within Reynolds?
23      A. The OEMs, we consider them part of RCI. From a
24  programming standpoint they are. The same team handles
25  that. And that is the way that it gets into our

---

9 (Pages 33 to 36)

Brockman

CDK Global & Reynolds and Reynolds

9/18/2019

37

1 invoicing system.
2     Q. You said in that answer, you emphasized the
3 word "we" when you said that we consider it that way.
4 Is there to some degree some different thinking on
5 whether the OEMs are RCI certified?
6     A. Well, the "we" includes me and everybody else.
7 My position is I was the only programmer for the first
8 five years, but I have not written a line of code since
9 1992. That's when we bought Ford Computer Services
10 from Ford Motor Company. However, I hang out with the
11 programmers a lot. I know them all -- not all of them
12 because there's hundreds of them. But the key ones I
13 know very well and have worked with them for a long
14 time.
15     And in product development, what my position
16 is, there's an idea to build something and there's
17 probably several other ideas to build something. You
18 know, there's many competing wishes for this or that or
19 whatever, and I'm the guy that decides what we will and
20 what we won't from a product development standpoint.
21 So that's my relationship to the programming
22 department. I'm the keeper of the budget.
23     Q. And you said the same team works on the OEMs.
24 You mean the same group of software programmers that do
25 all other RCI interfaces also are the same people that

38

1 work with the OEMs?
2     A. That's a little more complicated to answer
3 because factory communications started 30 years ago.
4 And so the factory communications team was part of the
5 main programming group, which in those days, of course,
6 was much smaller. And I can remember the factory
7 communications team is maybe like two or three
8 programmers. They got done what needed to be done.
9     As time has gone on, it looks like those
10 programmers don't belong in the main programming group.
11 They belong off in the group that handles RCI requests
12 when it comes to OEMs.
13     Q. You mentioned in a prior answer, I didn't quite
14 catch it, but you gave a date and you said that's when
15 we acquired, and I thought you said something about
16 Ford. You acquired something from Ford? I didn't
17 follow that.
18     A. Ford Motor Company -- and they started this
19 probably in the late '60s. They were dissatisfied --
20 Ford was dissatisfied or Ford dealers in general were
21 dissatisfied as to what was available to them from a
22 DMS perspective. So Ford built their own DMS software
23 in a department, a fairly large department inside Ford
24 Motor Company. But they didn't do a very good job at
25 it mainly due to some personnel practices that Ford had

39

1 which were -- when it comes to software development,
2 were quite insane.
3     What they did was Ford Motor Company has a
4 policy called cross-functional assignment where they
5 take managers and they move them out of their skill set
6 and they put them in other departments just for them to
7 learn how the rest of the business works. And so the
8 programming department that was fairly large was led
9 by -- the supervisors throughout that department to a
10 man, we are not programmers. They had never written a
11 line of code and they were put in to supervise a
12 programming team of 6, 8, 10, 15 people without a clue
13 how to evaluate what they were doing. And therefore,
14 Ford Dealer Computer Services' DMS product did not
15 prosper.
16     The dealers kept bitching, so -- to a gentleman
17 by the name of Bob Rewey, who was vice president of
18 sales for Ford Motor Company worldwide. And he got
19 tired of it and he said, I want to sell the goddamn
20 thing. They put it up for bid, and we won the bid and
21 quadrupled revenues overnight, tripled personnel
22 overnight and became kind of the dominant supplier of
23 DMSes for Ford dealers.
24     Q. Was this UCS that purchased this?
25     A. Yes.

40

1     Q. This was prior to the time you merged are
2 Reynolds?
3     A. Yes. Reynolds merger was 2006. This one was
4 1972.
5     (A recess was taken.)
6     BY MR. ABRAHAMSEN:
7     Q. We'll go back on the record.
8     A. Can I clarify a date?
9     Q. Yes, by all means, Mr. Brockman.
10     A. The Ford Dealer Computer Services acquisition
11 was 1972.
12     Q. 1972?
13     A. Yeah, 1972.
14     Q. So that would have been just a couple years
15 after you formed UCS?
16     A. Wait a second. Excuse me. It was 1992.
17     Q. Okay. So about a goodly amount, over 20 years
18 after you formed UCS and several years before you
19 bought Reynolds?
20     A. Um-hum.
21     Q. Thank you very much for clarifying the record.
22 Let me show you an exhibit we've marked as CX 4468 and
23 ask you to take a look at it. CX 4468 has Bates number
24 REYCID0568116. It appears to be an e-mail with an
25 attachment from the National Automobile Dealers

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

41

1    Association.  And my first question for you,
2    Mr. Brockman, is whose handwriting is on the first page
3    of the exhibit?
4         A.  That's mine.
5         Q.  And what was the occasion for you to take these
6    handwritten notes?
7         A.  I was planning to -- I personally felt like I
8    needed to attend an NADA/Reynolds data meeting.
9         Q.  What was the purpose of the Reynolds data
10   meeting?
11        A.  Well, Peter Welch, of course, is the president
12   of NADA, or was at that time, and I was very interested
13   and concerned that what we might do as far as data
14   security going forward to comply with what NADA's
15   recommendations were.
16        Q.  What were your concerns?
17        A.  Well, at this point in time, I was not really
18   fully informed as what the federal laws were as far as
19   data security is concerned, and this particular meeting
20   was really quite valuable in teaching me more about
21   what was going on as far as data security is concerned.
22   There was a gentleman, and I'm sorry I don't recall his
23   name, but he was an attorney with NADA who specialized
24   in knowing such things, and it was very, very useful to
25   listen to what he had to say.

42

1         Q.  Let me ask you to turn to the page that has
2    CX 4468-007.  I'll let you take a look at that page,
3    but let me -- I'm going ask questions about security
4    protocols when it comes to DMSes with regard to third
5    parties and whether or not the dealer can give a user
6    name and a password out to a third party and how this
7    document addresses that issue.
8         So I was going to ask you to look at the text
9    at the top of this page, and I'm just going to ask you
10   to give me your interpretation of footnote 19.  I'll
11   give you a chance to catch up.
12        A.  The print is small, but I have read it.
13        Q.  Is this document from NADA taking the position
14   that the dealers can be permitted to give their vendors
15   password access to their DMS?
16        A.  I don't think so.
17        Q.  How do you interpret the document?
18        A.  I interpret the document as certain safeguards
19   had to be followed when it comes to dealership data
20   because dealerships were considered to be financial
21   institutions, and therefore, to continue to qualify as
22   financial institutions, there's certain things you have
23   to do having to do with who gets access to what.  A
24   third party has to be covered by contract.  A dealer
25   has to have a contract with the third party before they

43

1    can have any data that they hold turned over to them.
2    All told, my perception of this document is things
3    needed to be tightened up even further than what they
4    were before.
5         Q.  Tightened up further in the sense that -- in
6    what sense?
7         A.  Well, as to who has access.  The whole
8    evolution of security with DMS systems has kind of been
9    a long and twisted trail.  Reynolds, when I arrived, as
10   far as passwords are concerned, they had evolved
11   somewhat.  Back in the beginning, a single password
12   would get into thousands of Reynolds computers, and
13   they had connected down to where it was a password by
14   region and a password by state and then ultimately an
15   individualized password because that was viewed to be
16   kind of the first line of defense.
17        Dealers don't understand passwords and
18   security.  They don't particularly want to.  Certainly
19   the managers inside the dealerships are paid off gross
20   profit, and they are interested in increasing gross
21   profit and very little else.
22        Q.  I take it the evolution of this security
23   development included a period where dealers were giving
24   out passwords to app vendors; is that correct?
25        A.  Yes.  It was widespread.

44

1         Q.  And is that contrary to your belief as to how
2    data should transfer out of a DMS into a third party's
3    hands?
4         A.  It absolutely is at variance with the way I
5    understand that it has to be done.
6         Q.  And your preferred approach would be for the
7    DMS and the DMS only to transfer data out of the
8    dealer's DMS; is that correct?
9         A.  That would be my preference in that handling of
10   data has substantial liabilities attached to it.  Based
11   upon my experience so far, whenever there's some kind
12   of data breach, whether or not we are responsible or
13   not, we are the first ones that get called.
14        Q.  Well, when you say a liability in that answer,
15   you are talking about potential liability for Reynolds
16   and Reynolds?
17        A.  Yes.
18        Q.  And the liability would arise -- correct me if
19   I'm wrong, but your fear is that if a dealer authorized
20   some third party to get data from the dealer's DMS, if
21   that data got into the wrong hands, you have a fear
22   that even though it was the dealer that permissioned
23   that, you would be the deep pocket and you would
24   ultimately face possible liability?
25        A.  That's correct.  At the very, very minimum, we

11 (Pages 41 to 44)

CDK Global & Reynolds and Reynolds                                    9/18/2019

45

1  would be on the hot seat.  And we know that because we
2  have been through one significant experience.  There
3  was a dealership called Franklin Chevrolet, and they
4  had a general manager that had password access, quite
5  properly, to everything inside the dealership's
6  computer.  And I think probably unknown to the dealer,
7  because the dealer was clueless as far as security is
8  concerned, this general manager copied the entire
9  customer file to a laptop, his own laptop.  And he
10  ultimately left that company, and I don't know what the
11  circumstances were of that, but sometime after that,
12  the entire customer file for that dealership was posted
13  to the internet.
14      And a complaint was made to the FTC, quite
15  properly so.  The FTC went to the dealership and said,
16  look, this is your customer data that's been posted on
17  the internet; what's going on?  And the dealer said, I
18  don't know; that's computer stuff; go talk to my
19  computer provider.
20      And so we started meeting with the Federal
21  Trade Commission, and that's where we met Michael.  It
22  took quite a bit of discussion to get it clarified that
23  this was not a computer error or software error.  It
24  was a personnel problem.  And when we finally got that
25  straight, that was about $400,000 later in legal fees.

46

1  So we got kind of a rude lesson as to what the
2  potential involvement we would have because I mean,
3  just to explain, look, guys, we didn't do this, your
4  guy did it.
5      Q.  Let me ask you to -- I'm just going to follow
6  up on something you said about CX 4468.  I believe you
7  said that you took from this publication the sense that
8  Reynolds had to do more in terms of its security.  What
9  was it about the document that suggested to you that
10  Reynolds needed to do more about security?
11      A.  Well, it became pretty clear that allowing a
12  third party to have access rights to our software, to
13  pull off information and resell it to somebody else,
14  that there was ample potential for us to get wrapped up
15  in that whole thing.
16      Q.  Did you have a sense that in an ideal world if
17  you were able to have complete say over the -- what
18  NADA's position was on security, that you would seek to
19  have NADA come out with a stronger security statement
20  than this where instead of just saying that they had to
21  audit password access, that NADA might say that dealers
22  shouldn't grant people outside of their dealership
23  password access?
24      A.  I don't know that we thought about doing that.
25  Generally our attitude towards really any kind of

47

1  requirements as far as our software is concerned is we
2  seek a written document that we can peruse at length
3  and understand it in depth.  To go for conversation is
4  not our preferred way.  As programmers, you know, we
5  want a spec in writing.
6      Q.  And in fact, your contracts with your dealers
7  say that they can't give out their password to anyone
8  outside the company; is that correct?
9      A.  Correct.  And that has been the case -- it
10  certainly was that way at UCS.  At Reynolds it was that
11  way long before I came.  And it, in my opinion, is kind
12  of the first step in having a sensible and coherent
13  data protection strategy.  And that's one of the things
14  we do with RCI is we know exactly which data fields,
15  which records the third party gets, and we know when
16  they get them.  They can't get any more than that
17  without going through some process with us and also
18  with their customer that additional data fields are
19  appropriate or not.
20      Q.  Let me ask you to take a look at another
21  exhibit, CX 2250.  CX 2250 has Bates CDK_CID_03047915.
22  I'll ask the witness to take a look at it.  This is an
23  e-mail from Mr. Brockman to Mr. Workman and others with
24  an attachment.
25      My understanding of this document is that you

48

1  had had some sort of meeting with some people from what
2  was then ADP at an NADA meeting, and then folks from
3  what was then ADP sent you some materials.  And this
4  e-mail and the attachment is your response to CDK about
5  the materials that they sent you.  Is my understanding
6  correct?
7      A.  Yes.
8      Q.  I wanted to ask about something that's said on
9  the last page of the exhibit, which is CX 2250-003.
10  And it's under the heading of Data Services.  My
11  understanding is that the materials that have been sent
12  to you from ADP had envisioned a joint venture between
13  ADP and Reynolds.  And my question is in the third
14  paragraph down under Data Services, it says, "Reynolds
15  would contribute to this Newco entity its technology
16  for accessing ERA and POWER systems plus all of its
17  current contracts for providing these services to third
18  parties."
19      What exactly was it that Reynolds would be
20  contributing to this Newco under this proposed joint
21  venture?
22      A.  Frankly, the answer to that is I'm not sure.
23  Their first submission to us was not requested and just
24  kind of came in across the threshold.  And I sat down
25  and tried to future think subject to what they were

12 (Pages 45 to 48)

49

1  talking about, some of which I was definitely more
2  interested in than others, because as you may or may
3  not be aware, there's a joint venture between us and
4  ADP.  What I'm quite sure you are not aware of is it
5  hasn't been very successful.
6       Its original goal was to -- there's a process
7  that Dealertrack has developed, and it's a good one.
8  And they basically own that market.  They have
9  effectively a complete monopoly.  How it works is that
10 in the process of the sale of a vehicle, they are
11 shopping for finance.  And that's one of the things
12 that the finance manager in the dealership does is he
13 shops for the best deal not only for the consumer, but
14 also for the dealership, because the dealership gets a
15 profit margin off of selling financing.
16      The neat thing that Dealertrack has is that
17 they have a shopping screen where they have pipes to --
18 and by pipes I mean communication capabilities with
19 over a thousand finance sources.  Some big.  Some
20 small.  But I mean, they have by far and away the most.
21 And what you can do is you can have a transaction on
22 your screen and you can hit the button and go shopping
23 at two, three, four, five, ten different finance
24 sources, which means it goes in electronically to those
25 potential lenders.  And the potential lenders, they

50

1  each have software where they can, you know, render an
2  up or a no decision in seconds.
3       Q.  Is this the joint venture between CDK that you
4  said wasn't successful that did a comparable service?
5       A.  Attempted to.
6       Q.  And this joint venture that's envisioned in
7  CX 2250, was the notion that Reynolds would contribute,
8  let's say, RCI to this Newco or am I off target there?
9       A.  I don't think -- I don't think it says that.
10 But one of the things that we were interested in was to
11 try and make the existing joint venture successful.
12 Amazingly, what's happened with that joint venture is
13 the ability to have pipes to many credit sources.  We
14 were unable to get finance sources interested in
15 talking to us because they said, look, what we've got
16 is working just fine; thank you; have a nice day.
17      Q.  The joint venture envisioned by the documents
18 that you are responding to in CX 2250 would have been
19 all data.  Not just finance data; is that correct?
20      A.  I don't know that it says all data.  But again,
21 it's worthwhile pointing out that as a result of this
22 exchange, nothing was ever done.
23      Q.  Why not?
24      A.  Frankly, because I was very much irritated with
25 ADP.  I have had a long-standing hatred for ADP that

51

1  goes back to the first year I was in business.  But
2  that's another story.
3       Q.  Let me ask you a question.  And counsel will
4  appreciate the narrowness of the question and may
5  instruct you to just answer yes or no to the question.
6  Was this joint venture something that was discussed
7  with counsel?
8       A.  I don't think so.
9       Q.  Was the idea of the joint venture the subject
10 of any further discussion between you and people at ADP
11 after this e-mail?
12      A.  No.
13      Q.  Did you communicate to ADP after you sent this
14 e-mail that you were no longer interested in pursuing a
15 joint venture?
16      A.  I don't recall.  I'm sorry.
17      Q.  Let me ask you to take a look at an exhibit
18 we've marked as CX 4043.  CX 4043 has Bates
19 REYCID0719798.  My understanding is that these are
20 notes from the 2012 time period.  And my first question
21 is on the very first set of slash marks on the top of
22 the exhibit, first page of the exhibit under
23 Background, the sentence reads, "Secondary issue is
24 data security of business information -- True Car."
25 What's the reference to True Car in this sense?

52

1       A.  True Car is a service that's provided basically
2  at no charge to consumers where they can electronically
3  shop multiple dealerships for pricing information.  And
4  True Car derives their revenue from dealerships that
5  want to be part of the True Car family and thereby
6  picking up additional sales.  Whether or not True Car
7  ultimately thrives or not remains to be seen, but it
8  certainly is developing competitors, one called
9  Carvana, you see ads on TV about where they have this
10 huge building that has a big central elevator, and you
11 can dial in which vehicle you want and press the
12 button, and it will go find it and pull it into the
13 center, bring it down.  And you can open the door and
14 drive it out.
15      Q.  What is the reference in the sentence to the
16 data security issue with True Car?
17      A.  I don't think that's directly related to the
18 line above.  We are talking about an unattended remote
19 access to Reynolds systems is going to stop.  And the
20 issue there is data security of personal information.
21      Secondarily, we are talking about business
22 information, which is pricing, competitive pricing.
23 Dealers are very sensitive about what their typical or
24 starting price would be for a specific vehicle, and
25 they worry about that getting out.

13 (Pages 49 to 52)

Brockman

CDK Global & Reynolds and Reynolds                                    9/18/2019

53

1    Then the next paragraph is all about RCI
2    interfaces.
3        Q.  Right.  And the last slash, correct me if I'm
4    wrong, but the one that begins, "Data broker situation
5    is intolerable?"
6        A.  Yes.
7        Q.  And then it goes on.  Is this the point we were
8    talking about earlier where you are concerned that if
9    the information goes into the wrong hands, that there
10   may be liability on the part of Reynolds as the deep
11   pockets?
12       A.  Yes.  And I think about this time period I was
13   becoming aware that as far as the hackers that were
14   invading our systems was predominantly two companies,
15   both owned by ADP, IntegraLink and DMI.  And their
16   entire business was all around invading systems and
17   sucking out data and then reselling data.  They have
18   been at it for a long time, but I did not understand
19   that they were -- they did more hacking than everybody
20   else combined.
21       Q.  As you sit here today, what is your sense of
22   all the third-party integration that was going on?  You
23   call it hacking.  I'll use whatever phrase you are
24   comfortable with.  As you sit here today, of all the
25   instances of that that was happening to Reynolds in

54

1    this 2012/2013 time period, what percent was accounted
2    for by the combination of IntegraLink and DMI?
3        A.  I don't know a percentage, but I know that far
4    and away they were the major, which would have been
5    over 50 percent, probably in, I guess, the 75 percent
6    range.
7        Q.  Who would have been -- could I use the term
8    hostile integrator?  What phrase are you most
9    comfortable with?
10       A.  We'll use hacker.
11       Q.  What company would be the next most prevalent
12   after the combination of DMI and IntegraLink?
13       A.  There was a company called SIS who was pretty
14   brazen about it.  That's the one that we had a lawsuit
15   with in federal court in Ohio and won.
16       Q.  I'm going to come back to SIS so I don't lose
17   my place in my outline, if that's all right with you.
18       A.  Sure.
19       Q.  I want to ask about one more bullet on CX 4043.
20   Two more.  It's the second-to-last one on the page
21   that's talking about indemnification, and it's making a
22   distinction, I believe, between the level of
23   indemnification that would be needed for certain types
24   of information.  This particular bullet talks about
25   batch-type data.  What was your position on the need

55

1    for indemnification if data was shared?
2        A.  Well, the point where it's most sensitive is
3    personal information.  If it's personal information
4    involved, that's the one where it's the most expensive
5    to sort out, and therefore, it's the part that I'm most
6    concerned from a security and from an indemnification
7    standpoint.
8        The other type of data and the classic one is
9    vehicle inventories.  Vehicle inventory data is
10   basically units that a dealership owns that they want
11   to post for sale on an internet service.  Hard to see
12   where damages comes out or anything like that because
13   there's nothing secret about it.  You can go on
14   dealership websites and see it all with no constraints
15   on access.  So therefore, indemnification for that type
16   of data is much less relevant.
17       Q.  The last entry on this exhibit which is on the
18   backside of the exhibit under Use of Agents talks about
19   the use of a third party acting under contract as an
20   agent of ADP or Reynolds.  And the sentence says that
21   it's not an issue as the specific RCI agreement is
22   directly between us.
23       What was the point you were making here about
24   the exception for third-party agents?
25       A.  As I recall, this applies to OEMs.  And OEMs,

56

1    frankly, don't have the manpower, skill or knowledge
2    that's necessary to interact with DMS systems.  And so
3    therefore, if an OEM had a contract, say, with ADP to
4    collect data from their dealers, that presented a
5    different kind of situation than a hacker kind of
6    situation.  And it's where the OEM would anoint ADP as
7    their agent, and so therefore, we get direct hooks into
8    the OEM if anything goes wrong because we recognize ADP
9    as a valid collector of information for that OEM.
10       Q.  How is that different than the situation which
11   you would refer to as hacking?
12       A.  Well, the situation is such that the OEM says
13   to us, look, we want to have such and such and such
14   kind of data; and our agent in the collection of this
15   data is ADP; and we would like for you to permit ADP to
16   do this data collection that we want, and you get to do
17   business directly with us, the OEM, from a contractual
18   basis.  And because CDK is an agent, they are basically
19   transparent in the whole situation because the OEM
20   signs up for the liabilities and for the
21   indemnifications whenever -- which would include any
22   acts by their agent.
23       Q.  Why wouldn't the same arrangement be
24   permissible for a dealer to sign up to have CDK act as
25   their agent to collect data?

14 (Pages 53 to 56)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Brockman

CDK Global & Reynolds and Reynolds

9/18/2019

---

57

1     A.  Which means that we are basically permitting
2  CDK an unfettered access into our stuff, in our system.
3     Q.  Well, the dealer would be the one giving the
4  permission?
5     A.  See, the dealer is unable to give that
6  permission because the dealer does not own the
7  software.  He has the rights to the software only under
8  license, and the license is very specific about what's
9  allowed and what's not allowed.  And one of the terms
10  is that it's the only people that are allowed access
11  are dealership employees.
12     Q.  I'm just trying to get the distinction straight
13  in my mind about the distinction between letting an OEM
14  use somebody like CDK as an agent versus letting the
15  dealership use somebody like CDK as an agent.
16     A.  Well, the manufacturers have an interesting
17  disadvantage and they become the biggest pocket.  Then
18  of course, OEMs are, you know, many hundreds of times
19  bigger than we are and have those people on the hook.
20  If anything goes wrong, it's an okay kind of situation.
21     Q.  CX 4043 were notes you prepared in order to
22  have a conversation with Mr. Anenen, as I understand
23  it; is that correct?
24     A.  This was the beginnings of that.  I think there
25  are subsequent documents which are more complete and

---

58

1  closer to that whole thing getting settled.
2     Q.  Yes.  I'm just asking about this document.  We
3  have others in my pile that we'll get to as well.
4     A.  This would have been an early one.
5     Q.  And was the subject of indemnification
6  something you discussed with Mr. Anenen?
7     A.  That was one of the issues.
8     Q.  What was the discussion about?
9     A.  Well, the discussion was that they need to get
10  out of our software.  They are hackers.  And they got
11  no right to be in our software, invading systems and
12  using our software.  And that's the principal part of
13  what we talked about, which actually ultimately was
14  accomplished.
15     Q.  And that's the discussion that you led off
16  with, the unattended remote access to Reynolds' system
17  is going to cease?
18     A.  Yeah.  That was kind of a combination
19  promise/threat.  It was going to happen.  I had put up
20  with it for too long.
21     Q.  Was that -- would it be fair to characterize
22  your conversation with Mr. Anenen as being partially a
23  threat?
24     A.  Yeah.
25     Q.  In what sense?

---

59

1     A.  We would flip the switch and disrupt everything
2  they were doing.
3     Q.  What did Mr. Anenen reply?
4     A.  It was an interesting conversation.  It was
5  about an hour conversation, and it was by phone.
6  Fifteen minutes of it were meaningful discussion.  Then
7  45 minutes was just, you know, drivel.
8     Q.  What was the discussion that you would
9  characterize as drivel?
10     A.  Totally unrelated to the subject.
11     Q.  So in the 15 minutes you talked about this
12  subject, aside from what you characterized as a threat
13  that you would flip a switch and cut them off of the
14  system and the indemnification, what other topics were
15  covered in the 15 minutes of substance?
16     A.  I believe that it was a discussion about
17  orderly stand down, which is an important issue really
18  to both of us because the dealerships that are
19  involved, our customers as well and therefore, to
20  abruptly just pull the rug out means something that
21  what our customers wants, which is to have their data
22  sucked out and given to some third party, to provide
23  them some kind of service would be distressing to them
24  for that to occur, just bang, that the right way to do
25  it was to have a contractual stand down.  That way also

---

60

1  CDK would have time to actually notify their customers
2  that they were no longer going to be able to offer the
3  service in the manner that they had previously, which
4  was by hacking.
5     Q.  Did their customers include OEMs?
6     A.  I think in some cases they did.
7     Q.  So the wind down, would that have encompassed
8  the situation where CDK would get its -- the apps that
9  it was marketing certified by RCI?
10     A.  Yes.  One of the things that was discussed, I
11  don't know specifically, I don't have a date on this
12  document, but over a period of time there were
13  documents, discussions and so forth that we would enter
14  into RCI agreements, as we would with any third party,
15  for products that they were actually selling.  Not to
16  give them liberty to just redistribute the data but to
17  actually use the data in creation of a product that
18  they would build, maintain and support on their own.
19         And it's worked out that way.  We ended up
20  buying another company, and we pay CDK $350 a month for
21  over 800 dealers, which is quite a tidy sum, but it is
22  a business intelligence piece of software that you have
23  to have access to the total accounting information in
24  the DMS.  We have to have that in order to produce this
25  product.  And we pay a lot for it.  I'm not familiar

---

15 (Pages 57 to 60)

Brockman

CDK Global & Reynolds and Reynolds                                         9/18/2019

---

61

1   with what all we provide to them on an RCI basis, but I
2   know there's some.  I don't know it's as extensive it
3   is in the agreement we have for the company known as
4   reverse risk.
5       Q.  And part of the idea was also that Reynolds
6   would take its applications and go in through 3PA; is
7   that correct?
8       A.  Yes.  And then this reverse risk application,
9   this business intelligence application goes in
10  through 3PA, and we get that data, and we have
11  agreements with all the users of that product to get
12  that data from CDK.  And so from a confidentiality
13  standpoint, it's a tight loop.
14      Q.  So you have a contract both with the dealer who
15  is using the app and also with 3PA; is that correct?
16      A.  That's correct.
17      Q.  We've looked through these documents and seen
18  how these contracts worked, and I'm going to ask you
19  some more questions of more documents as we go forward
20  in the next two days, but I'm curious why up to this
21  point in time Reynolds had not gotten its apps on the
22  CDK dealerships through 3PA?
23      A.  Well, I'm a little embarrassed to tell you what
24  happened.  The company that we bought the reverse risk
25  product from were bandits, and they hacked CDK's

---

62

1   systems to get the data.  And we were horrified by that
2   and one of the first things we did was we went to ADP
3   and said, look, we want to be part of 3PA, and we know
4   it's going to be expensive for us to do it, but that's
5   what we want to do.
6       They said, well, fine, we'll go along with
7   that.  And fortunately, the subject of how was the data
8   gotten beforehand never came up.
9       Q.  So who was doing the integration for that
10  product when you bought them?
11      A.  It was a young lady that knew about such things
12  that just logged on and sucked down information in the
13  form of reports.  And they already had the software
14  built to parse through the reports to get the data that
15  they wanted.
16      Q.  How much more expensive was it going to be to
17  do it through 3PA?
18      A.  Well, I would have to get my calculator out and
19  calculate what $350 a month times 800 dealers times
20  12 months a year and contrast that to the salary of a
21  very intelligent young lady, which is probably in the
22  hundred thousand dollars a year category.  So it is
23  going to be more expensive, but it would be straight up
24  legal.
25      Q.  And CDK was going to put its apps in through

---

63

1   RCI.  What is your understanding of why that hadn't
2   happened prior to this 2013-2015 time period?
3       A.  Well, they didn't need to before that because
4   they had their DMI, Authenticom, busily doing it for
5   them.
6       Q.  In that answer you said DMI and Authenticom.
7   Did you mean DMI and IntegraLink?
8       A.  IntegraLink.  Excuse me.  I get names confused.
9   I know a little bit about a lot of things, and of
10  course, the corollary to that is it means over time I
11  will know everything about nothing.
12      MR. COHEN:  As Socrates said you would.
13      (A recess was taken.)
14      BY MR. ABRAHAMSEN:
15      Q.  We were speaking before the break about CX 4043
16  and the conversation you were having with Mr. Anenen in
17  this time period.  In this time period, 2012 time
18  period, was there a difference in the messaging that
19  Reynolds had vis-à-vis the CDK messaging on the issue
20  of data security?
21      A.  (No response.)
22      Q.  My understanding is that at this time period,
23  Reynolds was quite publicly saying that it was not in
24  favor of dealers using third-party apps by giving out a
25  password and user name where CDK wasn't really saying

---

64

1   that same message.  Am I correct?
2       A.  I don't have a specific knowledge on what they
3   say or don't say, but my belief was that they were not
4   saying anything like that.  They were -- their message
5   kind of continued to be, well, whatever goes, which, in
6   my opinion, was certainly based on my understanding of
7   the NADA report, what they were doing is totally
8   contrary.  And from a messaging standpoint, it was
9   really interesting that they are messaging about us and
10  against us was the fact that we were oppressive idiots,
11  which, in my opinion, was not the case at all.
12      Q.  So when you say they are messaging against you,
13  you mean they were trying to sell DMS systems by going
14  to dealers and saying that they shouldn't get Reynolds
15  because Reynolds had this bad policy on allowing third
16  parties to integrate into their DMS?
17      A.  That's correct.  As part of their sales
18  process, they held out their approach as being superior
19  and more importantly, desirable for the dealer.
20      Q.  And was that having an effect in the
21  marketplace?
22      A.  I don't know what effect, but certainly no
23  potential for good effect.
24      Q.  I mean, at this time period in 2012/2013, was
25  CDK taking market share away from Reynolds?

---

16 (Pages 61 to 64)

Brockman

CDK Global & Reynolds and Reynolds                                            9/18/2019

---

65

1  A.  In terms of rooftops, yes.  As a matter of
2  fact, ever since we bought Reynolds, there has been a
3  steady drip of the interception -- leaving and
4  converting to CDK.
5      Q.  And was one of the factors the reason they were
6  leaving was because of this messaging that we've just
7  been talking about on data security?
8      A.  I believe it was.  There's no way to quantify
9  that, but I believe it was certainly a factor.  It
10  was -- we looked at it as, well, dealers will want to
11  do what they want to do, and if they want to do it,
12  where it's a free-for-all as far as data access or
13  whatever, we don't need that business.  That's not --
14  there is nothing good going to come out of that.
15      Q.  Was that part of the discussion you had with
16  Mr. Anenen at the time the notes that we see in
17  CX 4043?
18      A.  I did not discuss that with Mr. Anenen.  That
19  was considered to be competitive market information
20  which I'm not supposed to be doing with my larger
21  competitor.
22      Q.  Well, the first bullet is that you informed
23  him, you threatened him that you were going to stop
24  allowing them, CDK, to get access to your DMS; is that
25  correct?

---

66

1      A.  That's correct.
2      Q.  And you talked to him about the need to have
3  more data security for personal information; is that
4  correct?
5      A.  Yes.  This is where the discussion which was
6  referred to earlier this morning about there's
7  different levels of security required for personal
8  information, and I think it's now called NPII as
9  opposed to things like vehicle inventories, which is
10  information that's already publicly available on each
11  dealer's website.
12      Q.  What did Mr. Anenen say when you brought up the
13  fact that some of the information is personal
14  information that's being bandied about?
15      A.  I think he was very, very clear about that.
16  Before this, I already made clear that it was the
17  personal information where we saw the giant liability
18  floating around.
19      Q.  What was his response about his potential
20  liability?
21      A.  He never made any reference or response to his
22  personal liability.  Again, CDK was a public
23  corporation.  Steve Anenen had been the manager over
24  that division back when it was a division of ADP, and
25  he had been the president since CDK had been spun off.

---

67

1  But he was a typical CEO/employee of a large publicly
2  held corporation.  Those type of people tend to have
3  different outlooks than people like me.
4      Q.  In what sense?
5      A.  Well, I'm the CEO of a private corporation, and
6  I feel really in a sense completely responsible for
7  things like this.
8      Q.  Whereas, how would you characterize
9  Mr. Anenen's feeling on that?
10      A.  Laissez-faire.
11      Q.  In this 2012/2013 time period, was it your view
12  that you would want CDK to adopt the same policy you
13  had on data security?
14      A.  No.  All I wanted them to do, only thing that
15  was ever discussed was I want them out of our software.
16      Q.  Let me ask you to take a look at an
17  Exhibit 4515.  I'll ask you to take a look at it.
18  CX 4515 has Bates REYCID0203876.  It's a series of
19  e-mails back and forth between several Reynolds
20  employees.  I don't believe Mr. Brockman's name is on
21  the document, so I'll essentially be using it as a
22  crutch to formulate my questions.
23      My first question, Mr. Brockman, is to identify
24  one of the individuals here.  The very top of the page,
25  the very first line on the exhibit says that the e-mail

---

68

1  is from Chuck Hoyt.  Who is Chuck Hoyt?
2      A.  Chuck Hoyt is the vice president of sales.  His
3  region covers probably 10 states, 12 states, and he is
4  based out of, I think, the Detroit area.  He actually
5  lives west of Detroit.
6      Q.  And the first e-mail in the chain, which means
7  the bottom e-mail on the exhibit, Tuesday, August 13,
8  2013, and the title of the e-mail, the subject line of
9  the e-mail is Captcha Codes.  Let me first ask you to
10  explain for the record what captcha codes meant in this
11  context.
12      A.  Captcha codes are a device which is intended
13  and really works pretty well to make sure that the
14  answer is being replied to by a person as opposed to a
15  computer.  And it's a way to deny automated access to
16  our software.
17      Q.  And as I understand it, in approximately this
18  time period, these captcha codes were put on the
19  Reynolds DMS; is that correct?
20      A.  Yes.
21      Q.  Was this the first time Reynolds had put
22  captcha codes on its DMS?
23      A.  Probably not, but it was the most significant
24  time.  And it was in a place where it probably impacted
25  a greater number of people, users in the dealership,

---

17 (Pages 65 to 68)

Brockman

CDK Global & Reynolds and Reynolds                                          9/18/2019

---

69

1    than before.
2        Q. Why was it more pervasive this time than
3    before?
4        A. Well, security is overhead for users.
5        Q. I'm sorry?
6        A. Users see data security as a, "god, why do we
7    need this." That's kind of their outlook and attitude.
8    And have you ever filled out a captcha screen?
9        Q. I believe so. That's where you identify
10   pictures; is that correct?
11       A. Yeah, pictures or distorted numbers or
12   distorted letters, whatever. They are least
13   aggravating when you get them correct the first time.
14   If you don't get them correct the first time, then you
15   start to growl a little bit and about the third or the
16   fourth time, you start to throw up your hands. Once
17   people get used to captcha, they know how to interpret
18   what the symbols are and get them over to letters and
19   numbers as intended. But there was definitely, out of
20   the Serra organization, there was some real grumbling.
21       Q. Who is the Serra organization?
22       A. It's a dealership group that's based out of
23   Detroit, I think. Certainly that area.
24       Q. I assume -- correct me if I'm wrong. I assume
25   the grumbling was because they had certain automated

---

70

1    access from third parties on their dealers and that
2    those captcha codes were now disabling whatever apps
3    the dealers were using; is that correct?
4        A. I can't tell from this e-mail exchange whether
5    that was the case or whether it was simply people,
6    users that were dealership employees and legitimate
7    users having to go through the overhead of captcha.
8        Q. Did this frustration about the captcha codes
9    percolate up to your level?
10       A. Oh, yeah. Particularly, Serra was a large
11   customer, and in this particular instance, I would have
12   heard about this. And the security, it's an
13   interesting situation in that we can make things, I
14   mean, totally secure and lose all kinds of customers.
15   From a business standpoint, there's a tradeoff because
16   we find that particularly with the larger customers,
17   they basically agree with us. The dealers basically
18   agree with us. They know that there's a need for
19   security. They know that a significant part of their
20   IP is tied up in their customer records. These are
21   very valuable assets for a dealership corporation, but
22   they don't want waves made for their employees.
23       So what will happen with somebody like Serra,
24   you may have to back off a little bit and then wait a
25   month or two and then go forward, because that's what

---

71

1    the dealer really wants to do. What will happen is
2    that in that first segment of time, the users within
3    the dealership will become accustomed to captcha or
4    whatever the particular technique that we are using at
5    the time. And once they've mastered it, then they can
6    take a little more without disrupting their life,
7    without degrading their performance from a throughput
8    standpoint regarding what they are having to do with
9    the computer screens.
10       Q. So the security issue in putting in captcha
11   codes is there are two components to that. There's
12   sort of a technology component and then there's also
13   sort of the business reality component; is that
14   correct?
15       A. Yes.
16       Q. And at this point in time in 2013, had you
17   gotten to the point where at least from a technological
18   standpoint you could pretty thoroughly block what you
19   refer to as hackers on your system?
20       A. We made a lot of progress, but we were not in a
21   state of perfection because security, as security
22   changed or security enhancement that the third parties
23   can never find their way around is really good, but
24   there's not very many of those. And what will happen
25   and more typically is we'll put in a new process that

---

72

1    will block an outside hacker for a while.
2        Then they do things like we've had one
3    situation where whenever -- let me see if I can
4    describe this correctly. There's a third party comes
5    in and they are looking like a person at a terminal.
6    Then what we do is we pop up a captcha because we are
7    trying to figure out whether it's a machine or a
8    person. They will contract somebody in Vietnam to be
9    kind of watching over the shoulders of our screens.
10   And as a human, they can figure out the captcha, and
11   that lets the third party invader in. They have,
12   quote, defeated captcha. Well, that's not really a
13   very good way, but a poor way is better than none. And
14   so we have situations like that occur.
15       There's all manner of different strategies.
16   They change the classification of the person. They'll
17   make them a systems specialist that works for the
18   dealership, and we will let -- unintentionally, we'll
19   end up letting some of those people through because
20   they have a special status and they are responsible for
21   the administration of the system, and they are responsible
22   for the password -- dealer passwords for everybody in
23   the organization.
24       Q. Was one of your concerns when you put in a
25   captcha that was widespread, was that ultimately it

---

18 (Pages 69 to 72)

Brockman

CDK Global & Reynolds and Reynolds                                      9/18/2019

---

73

1    could anger dealers so much that they might go to a
2    different DMS provider?
3        A.  Clearly.
4        Q.  Did that happen?
5        A.  I can't point to a specific instance, but I'm
6    sure it happened.  It is -- from a business standpoint,
7    we have two different extremes.  One extreme is as we
8    have lax security, it would be a hell of a lawsuit
9    versus having security that's so tight that it angers
10   customers and they leave us.  And I'm kind of in the
11   midst of that.
12       Q.  Let me show you an exhibit that we've marked as
13   CX 4004 and ask you to take a look at it.  CX 4004 has
14   Bates REYCID0042299, and it's a series of e-mails, and
15   Mr. Brockman is on at least one of them.
16           So my understanding of this exchange of e-mails
17   is that there had been integration going on with
18   IntegraLink and DMI with regard to certain vendors that
19   dealers wanted to use and that those connections had
20   been interrupted.  And then the people at DMI and
21   IntegraLink had been telling dealers that -- and I'm
22   looking at the first sentence of the top e-mail -- the
23   second sentence of the top e-mail, "Please understand
24   that R&R is one hundred percent responsible for this
25   situation."

---

74

1           Is that an accurate reading of the e-mails?
2        A.  Unfortunately, yes.
3        Q.  So what is your reaction when -- this came to
4    your attention?  Your name is on the e-mail.  What was
5    your reaction to this position that IntegraLink and DMI
6    were taking?
7        A.  I was clearly not happy about that at all and
8    which is one of the reasons why that I became more and
9    more demanding of CDK to get out of our sites.
10       Q.  When you say more and more demanding of CDK,
11   how were you being more demanding?
12       A.  Because I was telling their CEO that I was
13   beginning to lose patience and that I was -- if
14   necessary, I was going to flip the switch and all their
15   stuff would be blocked and there would be no
16   opportunity for a rational stand down.
17       Q.  In this time period, was there also issues with
18   OEMs becoming blocked from being able to use their apps
19   because of these security enhancements?
20       A.  Not really very much.  I think in some cases
21   rather than insert a third party between us and the
22   OEM, we were dealing directly with the OEM.  And that
23   straightened the situation up a lot.
24       Q.  But were some OEMs using DMI to integrate?
25       A.  Yes.

---

75

1        Q.  And were they getting blocked at times?
2        A.  I would presume so.
3        Q.  Did their anger ever reach your level?
4        A.  No.
5        Q.  The OEMs?
6        A.  No, because when the subject did come up with
7    OEMs, we would say, guys, you all need to understand
8    what's going on.  Basically we are being hacked, okay.
9    And DMI is ending up with data for which they are not
10   authorized to have.  They get it out of our system
11   improperly.
12           And the OEMs understand about security a lot
13   more.  They are big corporations.  Security is a major
14   thing for them and has been.  It's not new to them.
15   They have been very sensitive all along.  And I think
16   in most cases at that point the conversation stopped.
17       Q.  Is this August 2013 time period, was this, the
18   disruptions and the messaging that's being sent out by
19   IntegraLink and DMI, did this end up resulting in more
20   conversations between Reynolds folks and CDK folks
21   about the wind down agreement?
22       A.  I would say generally not because the
23   conversation was really taking place between me and
24   Steve Anenen.
25       Q.  How often did you talk to Mr. Anenen?

---

76

1        A.  Very infrequently.  Maybe months between
2    conversations.
3        Q.  Would you call him or would he call you?
4        A.  I think in some cases both or I would call him
5    and request a call back.
6        Q.  And we are going to talk next about a meeting
7    that Mr. Schaefer had with Mr. Gardner in September of
8    2013.  Were you aware that Mr. Schaefer was going to
9    meet with Mr. Gardner?
10       A.  It was Bob Schaefer's job to interface with all
11   RCI customers and the OEMs, and as part of that he had
12   conversations, I'm sure, with CDK people.
13       Q.  We're going to show you some documents about a
14   particular meeting in September of 2013.  Do you recall
15   a situation where Mr. Schaefer informed you that he was
16   going to meet with CDK in that time period?
17       A.  I'm sorry, I don't recall specifically.
18       Q.  Let me ask you to take a look at CX 1151.
19   CX 1151 has Bates CDK_CID_01734952.  It's a series of
20   e-mails, including one to Mr. Brockman and one from
21   Mr. Brockman.
22       A.  (Reviewing document.)
23       Q.  Mr. Brockman, I would like you to take a look
24   at CX 1151-002, second page of the exhibit.  And at the
25   top of that page, there are three numbered paragraphs,

---

19 (Pages 73 to 76)

Brockman

CDK Global & Reynolds and Reynolds                                        9/18/2019

77

1    and I would like you to look at numbered paragraph 2.
2    And it states, "Reynolds and Reynolds indemnification
3    has been relaxed since we last exchanged documents."
4           What is your understanding of the extent to
5    which Reynolds and Reynolds had relaxed its
6    indemnification position?
7        A. I'm sorry, I don't recall specifically what was
8    going on. This document in general was written by Bob
9    Schaefer, is what it looks like, and covered all the
10   points that we wanted. Exactly what we were asking for
11   as far as indemnification I don't recall.
12          Now, the interesting part about this document
13   is it's dated in September. Well, my last really
14   serious conversation with the CDK CEO had happened much
15   earlier in the year. And what's happening here is that
16   Howard Gardner has finally been given authority to
17   actually get serious about getting out of our systems,
18   and to which I heaved a sigh of relief because I really
19   didn't want to go through this situation where I just
20   pull the plug on everything. I was going to, but I
21   really didn't want to.
22       Q. Because it would have angered the dealers?
23       A. Oh, yeah, it would have angered the dealers.
24   So the fact that this letter and what was happening
25   here was beginning to happen meant that finally Steve

78

1    Anenen had seen the handwriting on the wall, that I was
2    serious, and he had given authority to go ahead and
3    work out an agreement.
4        Q. Just so the record is clear and we are clear,
5    Mr. Gardner writes the e-mail that begins at the sort
6    of bottom third of the first page of CX 1151. So the
7    bulk of this exhibit is authored by Mr. Gardner at CDK;
8    is that correct?
9        A. Yes. But I think as it's written, I think that
10   there are big pieces of this that actually came out of
11   our requirements to them. They are basically saying,
12   okay, and they are restating what they are saying okay
13   to.
14       Q. When you said in that answer Reynolds'
15   requirements to CDK, what were you referring to?
16       A. Well, there was other communications, I presume
17   in writing, from Bob Schaefer to people like Howard
18   Gardner saying, look, when we say get out of our
19   system, we mean all the way out. Not only now but
20   forever out.
21       Q. In that same paragraph that we were looking at
22   on CX 1151-002 numbered paragraph at the top of the
23   page 2, the sentence which I read part of it into the
24   record, contains a clause midway through the sentence
25   that says "since we last exchanged documents." What

79

1    documents are being referenced in that paragraph?
2        A. I'm not sure. I would presume that there would
3    have been documents exchanged back and forth between
4    Bob Schaefer and Howard Gardner, but I had turned over
5    that process to Bob Schaefer and said, okay, they are
6    basically agreeing to our most central and most
7    strongest want; go ahead and work with them. So I
8    presume there were other documents before this.
9        Q. What was your most significant want?
10       A. For them to get out of our systems and stay
11   out.
12       Q. There is a numbered paragraph further down in
13   the same second page of this Exhibit CX 1151-002 midway
14   down the page, and it references OEMs. And I won't
15   read the whole paragraph into the record, but it talks
16   in the first sentence about DMI will formalize and
17   extend our collaborative approach to helping OEMs.
18   What was your understanding of what the collaborative
19   approach had been with OEMs up to that point?
20       A. It's my understanding that what we were working
21   towards is -- we'll take General Motors. If General
22   Motors wants data out of Reynolds dealerships, we are
23   the ones that provide the data. Likewise, if CDK wants
24   to give data to the OEMs from CDK dealerships, that's
25   fine. That's their bailiwick. But the important part

80

1    is that just because they have a contract with an OEM
2    that requires data from Reynolds dealerships, no part
3    of this agreement is going to allow that to go forward.
4    That's part of the get out and stay out.
5        Q. So aside from maybe playing some role as an
6    agent, the idea here would be for CDK to stop doing
7    integration for the OEMs and have the OEMs having an
8    agreement with RCI; is that correct?
9        A. Um-hum, yeah. Yes.
10       Q. The last clause of the last sentence in
11   numbered paragraph number 1 talks about a smooth
12   transition for each OEM to a Reynolds certified
13   interface. And the last clause reads, "when Reynolds
14   is prepared to provide service." What was the issue
15   with Reynolds being prepared to provide service to the
16   OEMs?
17       A. The OEMs had special wants for data, and since
18   the RCI program that would be applicable to data
19   extraction forwarded to General Motors, there would be
20   software work that had to be done. Simply agreeing
21   that that's going to be the situation doesn't
22   necessarily mean we got the technical work done to
23   actually effect it, make it happen.
24       Q. So my understanding, and correct me if I'm
25   wrong, but this was a situation where if somebody like

20 (Pages 77 to 80)

Brockman

CDK Global & Reynolds and Reynolds                                    9/18/2019

81

1    DMI or IntegraLink was getting data from Reynolds'
2    dealers into the OEMs, even if there was an agreement
3    that that process would stop happening that way, there
4    was still going to be a lead time before RCI could, in
5    fact, get the data into the OEMs' hands; is that
6    correct?
7        A. Correct.
8        Q. Why were the OEMs using DMI to get access to
9    this data from the Reynolds DMSes?
10       A. I would suspect that somebody from DMI was
11   knocking on the door offering it as a service. And you
12   have to understand that the DMI's position specifically
13   with General Motors changed over time. And one of the
14   important changes that happened was that when asked,
15   DMI would say, okay, we are collecting these pieces of
16   data, this field, this field, this field, this field.
17   Well, in fact, they were collecting a whole bunch more
18   that General Motors didn't even know about. And then
19   they were taking this additional data that they had
20   acquired as part of a GM-authorized process and selling
21   it in the open market.
22           And when we first figured that out, General
23   Motors was really surprised. And of course, DMI denied
24   it flat footed. And we had the traps. We had the data
25   traps to prove it. And we proved it up to General

82

1    Motors, and they were very angry with DMI. And
2    therefore, switching over to getting things from us
3    straight and by contract and by program we got the
4    exact fields that are going to be delivered, that and
5    nothing else, nothing more, nothing less, they were
6    ready for that.
7        Q. Was part of the DMI pitch to an OEM that they
8    would be able to provide them the data cheaper than
9    they could get it through RCI?
10       A. I don't think so.
11       Q. Then --
12       A. But I don't know what DMI's prices were like.
13   But if I had to guess, the price was not an issue as
14   far as the manufacturers are concerned.
15       Q. So why would they go with DMI rather than go to
16   RCI originally?
17       A. Well, all the OEMs would dearly love to have
18   all the data they need all from one source all in one
19   format, and they would prefer not to do business with
20   multiple companies. They would rather do business with
21   just one. So part of the DMI sales pitch is, look,
22   we'll handle it all and you will get the data you need
23   in a pipeline that's got exactly what you want.
24       Q. So General Motors, to use that example, would
25   have dealerships that had different DMSes. So DMI

83

1    could go to take the CDK data and the Reynolds data and
2    the Dealertrack data and give it all to General Motors
3    in one bundle and have all their dealers represented
4    through one report rather than through multiple
5    reports; is that correct?
6        A. That's correct.
7        Q. Did you discuss the OEMs transitioning to RCI
8    with Mr. Schaefer?
9        A. I'm sure I did just because it was a topic, it
10   was a project that was open. And so I'm sure that I
11   did, but specifically what I talked about and when, I
12   don't remember.
13       Q. I had asked you before I showed you CX 1151 if
14   you were aware of a meeting that Mr. Schaefer had with
15   Mr. Gardner in the fall of 2013. Having reviewed this
16   exhibit, is there anything about reading it that
17   refreshes your recollection about this particular
18   meeting that this document is discussing?
19       A. Nothing specifically. I mean, everything here
20   is things that I would have expected to have been
21   discussed at that meeting.
22       Q. And by this --
23       A. And actually, when I say that meeting, there's
24   always a series of large and smaller meetings going on,
25   some of which get reported in print, many that don't.

84

1    I mean, that's just the way that world works.
2        Q. So you were aware that Mr. Schaefer was having
3    frequent communications with people at CDK on these
4    subjects?
5        A. Yes. I would have expected that. It is a
6    nontrivial project because, of course, GM wants their
7    data uninterrupted, no change in format. They don't
8    want -- they want no changes at all, and they just want
9    their data.
10       Q. And if they couldn't get their data, would that
11   be an instance where they could decertify a provider
12   such as yourself?
13       A. I would say in extremis, yeah. We would be
14   very careful to get it right and did get it right.
15       Q. The paragraph about the OEMs, the number 1
16   paragraph that we have been talking about makes
17   reference to a transition to a protected program. It's
18   in the second line down in that paragraph. What was
19   your understanding about what the protected program was
20   going to be?
21       A. Well, what it meant was and that's that we
22   would continue with our security enhancements, but as
23   part of the stand down, we would turn off interruption
24   to CDK as long as they were proceeding as they are
25   supposed to through the turndown -- or not the

21 (Pages 81 to 84)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Brockman

CDK Global & Reynolds and Reynolds                          9/18/2019

---

85

1  turndown, but the -- so the whole project of standing
2  down could proceed without ripples.
3       Q.  Let me see if I understand it.  Correct me if
4  I'm wrong.  Whatever security measures Reynolds was
5  going to take generally, you would carve out an
6  exception under a protected program for CDK so that
7  those security measures wouldn't block the data from
8  going to the OEMs; is that correct?
9       A.  Correct.
10          (A recess was taken.)
11          BY MR. ABRAHAMSEN:
12       Q.  Mr. Brockman, I would like to continue to look
13  at CX 1151.  Under the second numbered paragraph in the
14  lower part of the page, the heading of that paragraph
15  is Non-OEM Third Parties.  And my understanding of this
16  paragraph is this has to do primarily with applications
17  by companies that are not OEMs; is that correct?
18       A.  Yes, I believe that's correct.
19       Q.  What was your understanding of how this
20  protected program would work?
21       A.  I think this referred to, first of all, DMI and
22  IntegraLink and that -- that's my understanding.
23       Q.  So these are the applications that are on
24  Reynolds dealerships using DMI or IntegraLink to get
25  the data off of those dealers' DMSes, and that will

---

86

1  become -- they'll change their way of doing that; is
2  that correct?
3       A.  Yes.  What will happen is that all of such data
4  extractions will convert to RCI.
5       Q.  Was this what you were hoping to see from CDK
6  for some time at this point?
7       A.  Yes.  This is the goal, to get them out of our
8  hair.
9       Q.  The next paragraph down is number 3, Technology
10  Investment.  "R&R and DMI will collaborate to define
11  and invest in the development of technology-based tools
12  that automate, accelerate, simplify and streamline the
13  process of setting up and managing the protected
14  programs for OEMs and third parties."
15          Did technology investment take place?
16       A.  Presumably so, because we, in fact, were able
17  to convert OEM and non-OEM situations, and it all got
18  done.  So whatever we had to do to do that, we did.
19       Q.  Was there technology that had to be developed
20  that had not already existed in DMI and Reynolds?
21       A.  I'm sorry, I'm not knowledgeable of that.  This
22  project was a very, very difficult one to get started,
23  but once it got going, I'm on to the next one.
24       Q.  So you correct me if I'm wrong, but I'll give
25  you my understanding.  We'll see if it's accurate.

---

87

1  There was going to be work that had to be done to
2  transition OEMs and apps from using DMI and IntegraLink
3  to get data to now getting that data through RCI, and
4  that was going to be an undertaking that had to be done
5  over the course of a period of time.  But as you sit
6  here today, you are not aware of any new or additional
7  technology that had to be developed to make that
8  transition work; is that correct?
9       A.  That's correct.
10       Q.  Let me ask you to look at paragraph number 4,
11  Exclusivity.  I can read the sentence into the record.
12  "Exclusivity.  Due to the investments in technology
13  required to establish and administer protected
14  programs, R&R is open to the R&R protective programs
15  becoming an exclusive offering by DMI."
16          What was your understanding of the exclusivity
17  that was going to be offered by DMI?
18       A.  As I recall, looking at this provision, this
19  was a provision that really wasn't necessary being in
20  here at all, because as the transition gets
21  accomplished, there is no more -- when they talk about
22  investments in technology required to establish and
23  administer the protected programs, that's already all
24  done as part of the previous processes.  So I'm not
25  quite sure exactly what's implied by this because as

---

88

1  far as I know, DMI and IntegraLink and the third-party
2  users that they represent, they didn't do anything
3  more.  Once it's set up and the data is being
4  transferred as per contract, that's the end of the
5  story.  It's working.
6       Q.  Is the notion that Reynolds will enter into
7  this agreement to have the data transferred from RCI
8  and IntegraLink to Reynolds but that exclusivity refers
9  to Reynolds not entering into a similar agreement with
10  any other integrator?
11       A.  Absolutely not.  At this point I'm sure we
12  still had some third parties out there that we had not
13  reached agreement with and they had been finding ways
14  to work around the security checks.  And there is no
15  way -- at this point, my happiness with CDK has
16  increased a little bit, but it's still so far low that
17  you can't hardly measure it.
18       Q.  Did you talk to Mr. Schaefer about this
19  exclusivity provision -- we are going to look at your
20  e-mail back to Mr. Schaefer in a moment.  But is this
21  exclusivity provision something you discussed with
22  Mr. Schaefer?
23       A.  I'm sorry, I don't recall.  I may or may not.
24       Q.  Did Reynolds have a protected program to get
25  its applications on the CDK DMSes?

---

22 (Pages 85 to 88)

Brockman

CDK Global & Reynolds and Reynolds                                    9/18/2019

89

1    A. As far as I know it did not, because it ended
2    up that the reverse risk occurred at some period of
3    time after this. And the young lady that was
4    responsible for extracting data out of ADP systems, she
5    was independent. She didn't require any help at all
6    from ADP. And she just kept on extracting and keeping
7    that product running as it was transitioned over,
8    because you don't transition 800 dealerships overnight.
9    That had to be built. And we had an RCI on our side
10   that used 3PA to get the data out, but then there's all
11   kinds of formatting that you got to worry about to get
12   it into the right format to go into the reverse risk
13   system.
14       Q. Let me see if I understand the explanation.
15   **When you referred to reverse risk, was it ultimately**
16   **the plan that Reynolds would put reverse risk on to the**
17   **CDK DMSes through CDK's 3PA program?**
18       A. No. It was -- the plan was and is, it still
19   exists where we use 3PA to extract the accounting data
20   and phase it into the reverse risk system which runs in
21   the cloud to provide the capability to the dealerships
22   to, you know, one button and you get to see all kinds
23   of things. But it was never, ever thought to be a
24   product that would actually run on an ADP DMS system.
25   That would be -- I don't understand how the ADP DMS

90

1    system is structured, how it's architected. And I
2    don't want to know. So to even think about doing
3    anything like that would have been, you know,
4    unthinkable.
5        Q. But ultimately there were Reynolds applications
6    **that went in through the 3PA program; isn't that**
7    **correct?**
8        A. Well, this one here is an example of that, but
9    the sole purpose was to extract data. Not actually
10   have the product run on an ADP system. It was purely
11   to extract data and lots of it.
12       Q. Did it extract it through the 3PA program
13   **ultimately?**
14       A. Yes. Today it costs $350 a month per dealer.
15   Not cheap.
16       Q. At the very bottom of the exhibit on this page,
17   **CX 1151-002, the sentence reads, "ADP would be open to**
18   **adopting and advocating common industry standards**
19   **and/or recommendations."**
20       What was the common industry standards that you
21   **wanted ADP to be open to adopting?**
22       A. I interpret this one a little bit differently.
23   I think that ADP is making a suggestion to adopt common
24   industry standards, and that's not something we were
25   ever interested in doing because I think common

91

1    industry standards, that translates to me as somebody
2    else gets to decide how things work besides us.
3        And well, this requires more explanation.
4    There has been attempts to establish common industry
5    standards, and when it first came up, we thought that
6    would be really cool. The problem is that
7    manufacturers participate, and the manufacturers are
8    big guns, and it started almost from the very first the
9    manufacturers will say, yeah, we want to adopt industry
10   standards, however, we want this little part to be done
11   differently. So there are many variants of what common
12   industry standards are for car dealers. That is, as
13   far as we are concerned, madness from a programming
14   standpoint. That means that there is that many more
15   balls we got to keep in the air. And therefore, this
16   thought here about common industry standards, I mean,
17   that went nowhere. It was dead on arrival.
18       Q. Was the notion that the common industry
19   **standard would be that both CDK and Reynolds would take**
20   **the position that data should only go from the DMS**
21   **provider and not be provided by a third-party**
22   **integrator?**
23       A. There was no discussion along those lines at
24   all.
25       Q. That was Reynolds' position at this time; is

92

1    **that correct?**
2        A. Well, Reynolds' position at that time was that
3    there would be no third-party access to our boxes.
4        Q. And that's ultimately the position that CDK
5    **came down with; is that correct?**
6        A. Ultimately they did. I was surprised that they
7    made that change some period of time after all this was
8    done.
9        Q. And that would have been a common industry
10   **standard that would have been beneficial to Reynolds in**
11   **this 2013 time period because of the factors we've**
12   **talked about before, how CDK was marketing against**
13   **Reynolds, saying we are different, we have a different**
14   **standard on security, you should join us, you should**
15   **hire us to be your DMS provider, you should not go to**
16   **Reynolds, and that would be a major benefit to Reynolds**
17   **if that -- if they professed a different standard and**
18   **turned 180 degrees in the other direction and stopped**
19   **doing that market messaging to you?**
20       A. Again, none of that was under any consideration
21   in this whole process right here. I fully expected to
22   have dirty tricks come out of the relationship as far
23   as this whole process is concerned with ADP. I was
24   looking forward to being out first and foremost and not
25   thinking about anything else.

23 (Pages 89 to 92)

Brockman

CDK Global & Reynolds and Reynolds                                    9/18/2019

---

93

1    Q. What was your reference to dirty tricks in the
2    answer?
3    A. Well, a classic dirty trick in this kind of
4    situation which, fortunately, didn't happen but could
5    have happened, where they start sending data to us
6    coming out of ADP systems and stuff is transposed. Not
7    much, but just a little. Or some stuff is left out or
8    extra junk put in. And it's, oh, I'm sorry, we had a
9    programmer that screwed up. Okay, tell me about that.
10   Those are dirty tricks that happen.
11   Q. So in that example, you are referring to a
12   situation where Reynolds would be having a Reynolds app
13   on a CDK dealer and somehow that dealer would not get
14   satisfactory results from its Reynolds app because of
15   an alleged programming issue; is that correct?
16   A. That certainly, but what I was more focused on
17   was in this transition period where we are endeavoring
18   to get dealerships that have been getting their data by
19   extraction processes through RCI. Well, if they mess
20   up the extraction processes while all this transition
21   is going on, that would be a dirty trick.
22   Q. And you say pretty much everything, the
23   transition went smoothly from your perspective?
24   A. That fear did not come to reality.
25   Q. We are still on CX 1151 looking at the first

---

94

1    page of the exhibit. There is in the middle of the
2    page an e-mail from Mr. Schaefer to you, and he starts
3    out his e-mail to you with the phrase, "per our
4    conversation." Was this a conversation you had with
5    Mr. Schaefer about the substance of Mr. Gardner's
6    e-mail?
7    A. I don't know specifically about Mr. Gardner's
8    e-mail, but it was about the whole issue and situation.
9    And what Bob Schaefer wanted is he wanted in writing
10   what he was empowered to do. And Bob Schaefer is a
11   quite talented person. In addition to the fact that
12   some of his basketball school records at Wright State
13   University still stand is kind of amazing.
14   But he was actually in charge of development
15   for Reynolds in the period of time before I got there.
16   And actually, when I got there, supposedly he was --
17   his neck was on the chopping block. He was going to be
18   fired. And the fact that I came along and I said, you
19   know, you guys got to be crazy; this guy is a bright
20   guy; he knows all kinds of stuff; he invented the hub,
21   he owns a patent on the hub, absolutely not.
22   What I think happened was there had been a huge
23   development failure at Reynolds before we got there.
24   They had decided to build a whole new DMS, and they
25   refused to allow the existing programmers at Reynolds

---

95

1    to participate in the building of this new system.
2    They felt like they had the need for programmers
3    experienced in the new ways of programming, and they
4    wouldn't let the people that really knew everything
5    participate. They started with a whole bunch of fresh
6    programmers that didn't understand automotive at all.
7    They spent probably a quarter of a billion dollars for
8    a system which ultimately failed.
9    They actually had to withdraw it from the
10   marketplace. They had to make special provisions to
11   basically buy dealerships out of their contracts and
12   convert them back to Era. I would imagine probably,
13   though I have never talked to him about it in detail,
14   Bob Schaefer had some choice things to say about that
15   whole process, because what had happened was that the
16   new programmers knew how to build pretty screens,
17   pretty reports, but they had no knowledge of all the
18   interior logic that had been built up over the years.
19   And so when a dealer converted from Era to this new
20   system, things didn't work.
21   Q. What was the new system called?
22   A. It was called Generations. Scott, do you
23   remember?
24   MR. CHERRY: That's correct.
25   THE WITNESS: Generations is correct, okay.

---

96

1    But at any rate, my observations and decisions as far
2    as Bob Schaefer is concerned turned out to be exactly
3    correct. He's been a very is valuable person.
4    BY MR. ABRAHAMSEN:
5    Q. And then you sent him back an e-mail which
6    says, "You have authority to pursue discussions with
7    ADP on these subjects as per our conversation."
8    A. Yeah, this is where the point about him almost
9    getting fired when I fist got there. Evidently, he had
10   had his legs cut out underneath him by the previous
11   administration. And he was very, very sensitive about
12   whenever he has something to do, that he has
13   authorization to do it. So any time somebody climbs
14   him about what he's doing, he can open his drawer and
15   say, I got the letter, see, which is a sad situation
16   for that level of lack of trust. But he started that
17   process with me, and I felt like he was so sensitive
18   about it that we would continue that process.
19   Q. Was it your understanding that he would then
20   pass on your e-mail to people at CDK so that they would
21   know that you had weighed in on it?
22   A. I don't think that -- that's not what the point
23   was. The point was that within our organization
24   anybody that questioned his authority to discuss things
25   with ADP, he's got the letter or the e-mail that says

---

24 (Pages 93 to 96)

Brockman

CDK Global & Reynolds and Reynolds                                    9/18/2019

---

97

1      that he's authorized.  It would not cover him divulging
2      things to CDK at all.
3          Q.  You mentioned in a prior answer that the market
4      messaging position that Mr. Gardner had put in his
5      e-mail was dead on arrival.  Was there some reason you
6      didn't address that in your e-mail back to
7      Mr. Schaefer, that you thought that particular
8      provision was dead on arrival?
9          A.  All this is so long ago, I don't remember if I
10     thought about it or not thought about it.
11         Q.  Did you talk to Mr. Schaefer about the
12     marketing message, the market messaging part of
13     Mr. Gardner's e-mail?
14         A.  I don't specifically recall that.
15             MR. COHEN:  Dana, I'm just going to lodge a
16     clarification.  I may be wrong, but I thought that his
17     dead on arrival testimony related to the industry
18     standards provision.  But I could be wrong about that.
19     If I'm right, then you have mischaracterized his
20     testimony.  If I'm wrong, my objection is meaningless.
21     But anyway, I simply wanted to let the record reflect
22     my understanding of that prior testimony.
23             BY MR. ABRAHAMSEN:
24         Q.  And I will try to clarify the record.  The
25     market messaging paragraph states that ADP would be

---

98

1      open to adopting and advocating common industry
2      standards.
3              MR. COHEN:  We are on the same page, then.
4              BY MR. ABRAHAMSEN:
5          Q.  So when I phrased my question as whether you
6      spoke with Mr. Schaefer about market messaging, did you
7      understand my question to encompass the part of that
8      paragraph that talked about advocating common industry
9      standards?
10         A.  Again, my answer is the same.  We are now down
11     really into the weeds, and my memory just is not that
12     good.
13         Q.  So just to make sure the record is clear on
14     this point of common industry standards, you don't
15     recall whether or not you talked to Mr. Schaefer about
16     that part of Mr. Gardner's e-mail; is that correct?
17         A.  That's correct.
18             MR. COHEN:  Thank you.  I think that was an
19     unnecessary detour on my part, but I appreciate the
20     clear record.
21             BY MR. ABRAHAMSEN:
22         Q.  I flipped the page on the market messaging
23     paragraph and realized there was a reference at the end
24     on the next page that I had overlooked when we were
25     speaking about this before in CX 1151-003.  The

---

99

1      paragraph about market messaging ends with a
2      parenthetical where Mr. Gardner is giving an example.
3      His example is "through or in conjunction with an
4      industry organization such as NADA."
5              Was there discussion between you and
6      Mr. Schaefer about whether it would be satisfactory to
7      Reynolds to do a common market messaging through NADA?
8          A.  I'm sorry, but my answer is the same.  This is
9      an exquisitely fine detail that I'm sorry I just don't
10     recall.
11         Q.  Let me ask you a broader question.  Taking our
12     eyes off this exhibit for a moment so I can broaden the
13     question, was there a time in the 2013 to 2015 time
14     period where you were interested in CDK and Reynolds
15     getting together in a public forum such as NADA and
16     making a joint announcement about market messaging as
17     it relates to data security?
18         A.  I was not really interested in doing that at
19     all.  I don't trust the people at ADP.  Never have.  I
20     have been competing robustly against them since 1975.
21     I don't want to do anything with them that I can
22     possibly avoid.  It has to be a really, really good
23     opportunity.
24         Q.  Let me ask you to take a look at an exhibit
25     we've marked as CX 4035.  I'll ask you to take a look

---

100

1      at it.  CX 4035 bears Bates REYCID0263974.
2          A.  (Reviewing document.)
3          Q.  My understanding is that these are notes that
4      you made to yourself for a telephone call with
5      Mr. Anenen; is that correct?
6          A.  That's correct.
7          Q.  There is an indentation on the first page of
8      the notes that have five subparagraphs, and I wanted to
9      ask you about the bottom of the five.  It begins with,
10     "Therefore, I want a no-charge access to ADP systems
11     for the next 20 years."  Do you see that?
12         A.  Yes.
13         Q.  And what was your ask here in terms of the
14     20 years?
15         A.  The ask was that I was to be able to -- for
16     Reynolds products, for instance, like reverse risk, the
17     reverse risk, we didn't know anything about that at the
18     time.  That was a much, much later event.  To be able
19     to access 3PA's approach to ADP's systems for no charge
20     in view of the fact that they have been taking theirs
21     and they had been paying nothing for over 20 years.
22     They've been extracting data on our systems.
23         Q.  And what did Mr. Anenen have to say about that
24     proposal?
25         A.  I don't know.  I didn't talk to him directly

---

25 (Pages 97 to 100)

Brockman

CDK Global & Reynolds and Reynolds                                    9/18/2019

---

101

1  about that proposal.  He, unsurprisingly, was not happy
2  with that.  But I was pretty adamant.
3      Q.  At the end of that same paragraph, you make the
4  point that you want it used only for a product that
5  Reynolds offers.
6      A.  Yeah, this is in no way to be considered a data
7  extraction for resale to third parties.  It was only to
8  facilitate a product that we provide to dealerships
9  that use CDK and that's it.
10     Q.  Why was that a significant point for you to
11  make?
12     A.  Well, because I would be hypocritical if I
13  acted otherwise because what I'm doing is I'm demanding
14  the rules that they have to follow.  Therefore, it's
15  appropriate that I need to follow them too.
16     Q.  The third slash down in this same indented
17  paragraph states that ADP has wrongly taken advantage
18  of Reynolds in the marketplace over the issue of data
19  security and has cost us in the millions.
20         Is that the issue we have been speaking about
21  earlier where CDK was selling against Reynolds on this
22  issue of data security?
23     A.  Yes.
24     Q.  The third slash mark from the bottom of the
25  first page of this exhibit speaks again about

---

102

1  indemnification, and it reads, "indemnification has
2  been dealt with."
3         Does this refresh your recollection at all
4  about what Reynolds had done with regard to
5  indemnification that had sort of cleared the way for
6  this -- what had previously been a stumbling block to
7  now be dealt with?
8      A.  I'm sorry, I don't recall.
9      Q.  The second page of the exhibit, CX 4035-002,
10  the first sentence on that page says, "We have held up
11  on a large release of security enhancements for over
12  two months to see if there was a deal to be worked
13  out."
14         What security enhancements were you referring
15  to?
16     A.  There were a bundle of security enhancements.
17  I don't know specifically.  As a matter of fact, I
18  don't know how any of them -- well, most security
19  enhancements, I don't understand how they work.
20  There's been a couple of simple ones such as we verify
21  that the employee status of a person that holds access
22  to a Reynolds computer system by going over the payroll
23  system and checking to see if they are on payroll.  If
24  they are not on the payroll system, that's a good
25  indication they are a third party.  So that kind of

---

103

1  security enhancements I understand.  That's pretty
2  simple and straightforward.  But the rest of them get
3  pretty exotic, and I'm frankly -- I would love to have
4  time to sit with the programmers to understand exactly
5  what they do, but that's a luxury that I don't get to
6  have.
7      Q.  And am I reading this correctly, you'll correct
8  me if I'm wrong, but you are saying you have held up
9  the security enhancements, you have held them up in the
10  hopes that you'll be able to figure out a way to not
11  apply them to the CDK integrations that are going on?
12  Is that accurate?
13     A.  Yes, because that would dislocate a lot of
14  customers and there would be a lot of heat and anger
15  over the whole situation.  These two months worth of
16  security enhancements that are being held up are the
17  ones that would finally disable them, that would
18  disable ADP access to our boxes.
19     Q.  Right.  So it was getting back to what we
20  talked about earlier this morning that the technology
21  was there to block, but the business problems were
22  still a problem.
23     A.  Exactly.
24     Q.  How did you know that -- I'm looking at the
25  second-to-last bullet on this page.  You make a

---

104

1  reference here to hundreds of third parties.  How did
2  you know how many third parties DMI and Integralink
3  were working with?
4      A.  That number had been mentioned in the
5  discussions that had been ongoing between Bob Schaefer
6  and the ADP people.  I was not -- prior to this whole
7  process, I was not aware of how many they had.  I
8  presumed it to be a pretty good size because they had
9  been in the business of doing this for 20 years or
10  more.
11     Q.  During the phone call with Mr. Anenen, did you
12  talk about other integrators that were in the market
13  such as Authenticom or any of the others?
14     A.  No.
15     Q.  At this time point, I'm going to go back to the
16  paragraph we started out talking about, the one that
17  referenced the next 20 years.  Was there any hesitancy
18  on the part of CDK to allow Reynolds to use 3PA to
19  access its apps on to the CDK DMSes?
20     A.  There's never been occasion for a conversation.
21  And frankly, when all this was going on -- and
22  remember, this is a list of talking points for a
23  telephone conversation that I had hoped was going to
24  happen within a month or two.  It didn't happen for
25  seven or eight months.  But frankly, I didn't even

---

26 (Pages 101 to 104)

Brockman

CDK Global & Reynolds and Reynolds                                    9/18/2019

105

1    understand that they had a 3PA process at all until
2    further on in this particular process.
3        Q. What was your sense of why the process was
4    taking so long to play out?
5        A. They were stalling.
6        Q. Why would they be stalling?
7        A. Well, frankly, they didn't want this all to
8    happen at all. They were being forced into it. So
9    therefore, what they did is they drug their feet. And
10   as is typical in a negotiation that you give the other
11   party an opportunity to act in good faith presumably to
12   start with. When it doesn't quite work out that way,
13   then it becomes much more difficult. It becomes
14   tougher.
15       Q. Were there instances where you threatened CDK
16   if they didn't move forward on this agreement?
17       A. Yeah.
18       Q. What did you threaten them with?
19       A. I said, look, you are going to wake up one
20   morning and nothing is going to work as far as your
21   accessing of the Reynolds boxes. And so therefore,
22   whatever you are supposed to be doing for your
23   customers, you are going to be up a tree, which is a
24   very serious decision, and I thought long and hard
25   about it, but I didn't want to cause the upset that it

106

1    would have caused in the marketplace generally. My
2    wants were simple. I wanted them out of our boxes.
3    And it took me a while to get to the point from a
4    resolution standpoint that if they didn't do it, I was
5    going to shut them off.
6        Q. Did you make those representations about
7    shutting CDK off directly to Mr. Anenen?
8        A. Yes.
9        Q. Did you make those representations to anyone
10   else at CDK?
11       A. No.
12       Q. Did you have conversations with anyone at CDK
13   other than Mr. Anenen on the subjects that we have been
14   talking about today?
15       A. No.
16       Q. Did you ever talk to Mr. Workman?
17       A. Not about these subjects. And Ron Workman, I
18   would -- one of the few decent people in that
19   organization. A good guy.
20       Q. How did you know Mr. Workman?
21       A. Well, the setting up of the ODE relationship.
22   He worked on the contracts on his side. I worked on
23   them from our side.
24       Q. How long have you known Mr. Workman?
25       A. That's probably in the ten-year park.

107

1        Q. I'm going to ask you a series of the same
2    questions, but I'm going to ask you whether the
3    conversations took place between Mr. Schaefer and
4    anyone at CDK. Are you aware of whether Mr. Schaefer
5    conveyed these sort of threats, that there would be
6    blocking of the CDK DMSes if progress wasn't made on
7    the contracts that we have been talking about?
8        A. I would feel quite certainly that he did have
9    conversations that covered those subjects because there
10   wasn't -- my meeting with Steve Anenen and then a long
11   period of silence from our side. People on the ground
12   doing the work who were personally invested in how
13   everything worked, I'm sure that they got talked to by
14   Bob Schaefer.
15       Q. The last bullet on the first page of CX 4035
16   makes reference to Mr. Workman and that he has
17   reported -- I understood it to mean he had reported to
18   you that your interface request could only be approved
19   by Mr. Anenen. Am I reading that correctly?
20       A. Yes, but as far as I don't think Ron Workman
21   reported that to me. He probably reported to Bob
22   Schaefer because again, I was not talking directly to
23   anybody at CDK other than Steve Anenen.
24       Q. So Mr. Workman could have made that
25   representation to Mr. Schaefer, and then it would have

108

1    come up to you through Mr. Schaefer. Is that my
2    understanding?
3        A. That is correct.
4        (Discussion off the record.)
5        BY MR. ABRAHAMSEN:
6        Q. A little earlier today we were talking about
7    the market message that DMS providers conveyed to the
8    market. We were talking about Reynolds' long-standing
9    position on data security, and we talked some about how
10   CDK had a different message to the market about its
11   view, I think you used the phrase laissez-faire view on
12   market security.
13       My question is what was the message on data
14   security that was being conveyed by the other DMS
15   providers such as Dealertrack and Autosoft and so on?
16       A. Frankly, I'm not aware. From a DMS provider
17   standpoint, Dealertrack, their DMS is small and weak.
18   From the facility standpoint, it's kind of a get-by
19   product that works for small dealers. We don't hear
20   much about them at all in the marketplace.
21       As far as the others, there's probably four or
22   five others, but frankly, we don't pay any attention to
23   those people because they are in a different market.
24   They are selling to small dealers who don't really need
25   very sophisticated systems.

27 (Pages 105 to 108)

Brockman

CDK Global & Reynolds and Reynolds                                    9/18/2019

109

1     Q.  Let me ask the question a slightly different
2   way.  Was there -- did you have a sense in this
3   2012/2013/2014 time period that Reynolds was unique in
4   that it was offering a market message on data security
5   about being strong and vigilant about third-party usage
6   of user IDs and passwords and so on, and it was sort of
7   alone, that all the other DMS providers had a different
8   market message?
9     A.  I understood that to be the case, that we were
10  different and we were the only ones that were
11  different.  But that's, as far as I'm concerned, a
12  perfectly satisfactory situation because I'm convinced
13  the way we are doing it is the right way.  And the
14  other folks are doing it the wrong way, and the fact
15  that there's other folks doing it the wrong way means
16  nothing to me.  Above all else, I want our stuff to be
17  right.
18        MR. ABRAHAMSEN:  Why don't we go off the record
19  for today, and we'll resume tomorrow morning at 9:00 in
20  the same location.
21        (Whereupon, the proceedings at 1:02 p.m., were
22  adjourned.)
23
24
25

110

1               CERTIFICATE OF REPORTER
2
3
4       I, Deborah Wehr, do hereby certify that the
5   foregoing proceedings were taken by me in stenotype and
6   thereafter reduced to typewriting under my supervision;
7   that I am neither counsel for, related to, nor employed
8   by any of the parties to the action in which these
9   proceedings were taken; and further, that I am not a
10  relative or employee of any attorney or counsel
11  employed by the parties hereto, nor financially or
12  otherwise interested in the outcome of the action.
13
14
15
16          s/Deborah Wehr
17          Deborah Wehr, RPR
18          Notary Public
19
20
21
22
23
24
25

28 (Pages 109 to 110)

**CDK Global & Reynolds and Reynolds**                    9/18/2019

**A**

**a.m** 1:19 4:5
**abandon** 11:13
**ability** 15:24 17:6
 24:5 26:17 28:1
 31:12 50:13
**able** 34:22 46:17
 60:2 74:18 82:8
 86:16 100:15,18
 103:10
**above-entitled** 1:17
**Abrahamsen** 2:4
 3:4 4:3,13,16,19
 4:20 5:6,7,21 40:6
 63:14 85:11 96:4
 97:23 98:4,21
 108:5 109:18
**abruptly** 59:20
**absolutely** 18:1 44:4
 88:11 94:21
**accelerate** 86:12
**accept** 14:7
**access** 42:15,23 43:7
 45:4 46:12,21,23
 52:19 55:15 57:2
 57:10 58:16 60:23
 65:12,24 68:15
 70:1 81:8 92:3
 100:10,19 102:21
 103:18 104:19
**accessing** 48:16
 105:21
**accomplished** 58:14
 87:21
**account** 21:21
**accounted** 54:1
**accounting** 8:16 9:4
 9:8 12:4 14:17
 15:10,22 28:19,25
 29:16 60:23 89:19
**accumulate** 18:5
**accurate** 74:1 86:25
 103:12
**accustomed** 71:3
**acquired** 38:15,16
 81:20

**acquisition** 10:11
 40:10
**acronym** 9:14
**act** 56:24 105:11
**acted** 101:13
**acting** 55:19
**action** 16:6 110:8,12
**acts** 56:22
**adamant** 101:2
**addition** 94:11
**additional** 47:18
 52:6 81:19 87:6
**address** 97:6
**addresses** 42:7
**adjourned** 109:22
**administer** 87:13,23
**administration**
 72:21 96:11
**adopt** 67:12 90:23
 91:9
**adopting** 90:18,21
 98:1
**ADP** 3:9,13 11:5,5
 48:2,3,12,13 49:4
 50:25,25 51:10,13
 53:15 55:20 56:3,6
 56:8,15,15 62:2
 66:24 89:4,6,24,25
 90:10,17,21,23
 92:23 93:6 96:7,25
 97:25 99:19
 100:10 101:17
 103:18 104:6
**ADP's** 11:18 100:19
**ads** 52:9
**advanced** 14:14,15
**advantage** 101:17
**advantageous** 15:25
**advocating** 90:18
 98:1,8
**afford** 25:18
**Africa** 10:15
**after-sale** 25:13
**afternoon** 6:1
**agent** 55:20 56:7,14
 56:18,22,25 57:14
 57:15 80:6

**agents** 55:18,24
**aggravating** 69:13
**ago** 7:4 8:17 38:3
 97:9
**agree** 4:11 70:17,18
**agreed** 25:20
**agreeing** 79:6 80:20
**agreement** 3:13
 32:17 55:21 61:3
 75:21 78:3 80:3,8
 81:2 88:7,9,13
 105:16
**agreements** 60:14
 61:11
**ahead** 78:2 79:7
**aids** 26:22
**air** 91:15
**Alex** 5:11
**ALEXANDER** 2:5
**alleged** 93:15
**allow** 80:3 94:25
 104:18
**allowed** 57:9,9,10
**allowing** 46:11
 64:15 65:24
**alphabetical** 10:2
**aluminum** 26:7
**Amar** 4:25
**amazing** 94:13
**Amazingly** 50:12
**amenable** 4:9
**amount** 35:4 36:3
 40:17
**ample** 46:14
**analysts** 17:20
**and/or** 90:19
**Anenen** 57:22 58:6
 58:22 59:3 63:16
 65:16,18 66:12,23
 75:24,25 78:1
 100:5,23 104:11
 106:7,13 107:10
 107:19,23
**Anenen's** 67:9
**anger** 73:1 75:3
 103:14
**angered** 77:22,23

**angers** 73:9
**angry** 82:1
**anniversary** 7:5
**announcement**
 99:16
**anoint** 56:6
**Ansaldo** 2:5 5:11,11
**answer** 6:9,17 12:24
 14:15 23:11,12
 33:8,11 35:8 37:2
 38:2,13 44:14
 48:22 51:5 63:6
 68:14 78:14 93:2
 97:3 98:10 99:8
**anybody** 96:24
 107:23
**anyway** 97:21
**app** 43:24 61:15
 93:12,14
**appear** 36:13
**APPEARANCES**
 2:1
**appears** 40:24
**applicable** 4:8 80:18
**application** 61:8,9
**applications** 8:10,14
 9:7,7,9 14:21 15:1
 15:5 17:5 61:6
 85:16,23 88:25
 90:5
**applies** 55:25
**apply** 9:5 103:11
**appreciate** 5:23
 51:4 98:19
**approach** 44:6
 64:18 79:17,19
 100:19
**appropriate** 47:19
 101:15
**approved** 107:18
**approximately** 4:5
 68:17
**approximation** 24:8
**apps** 60:8 61:21
 62:25 63:24 70:2
 74:18 87:2 104:19
**apt** 14:13

**archaic** 31:6
**architected** 90:1
**area** 11:16 68:4
 69:23
**arguments** 17:22
**arm** 26:20
**arms** 26:15
**arrangement** 56:23
**arrival** 91:17 97:5,8
 97:17
**arrived** 43:9
**arrives** 19:17
**aside** 18:21 59:12
 80:5
**asked** 10:24 81:14
 83:13
**asking** 5:8 6:9 58:2
 77:10
**assets** 70:21
**assigned** 22:6
**assignment** 39:4
**Association** 41:1
**assume** 30:12 69:24
 69:24
**attached** 44:10
**attachment** 40:25
 47:24 48:4
**attempt** 13:3 26:1
**Attempted** 50:5
**attempts** 91:4
**attend** 41:8
**attention** 74:4
 108:22
**attitude** 46:25 69:7
**attorney** 41:23
 110:10
**attractive** 18:9
**attributes** 18:23
**auctions** 8:20
**audience** 18:19
**audit** 46:21
**audits** 32:24
**August** 68:7 75:17
**Authenticom** 63:4,6
 104:13
**authored** 78:7
**authority** 77:16

78:2 96:6,24
**authorization** 96:13
**authorized** 32:14
  44:19 75:10 97:1
**Auto/Mate** 28:7
**automate** 86:12
**automated** 68:15
  69:25
**automatic** 29:15
**Automobile** 40:25
**automotive** 95:6
**Autosoft** 108:15
**available** 29:24
  38:21 66:10
**Avenue** 1:14 2:8,17
  4:6
**average** 27:14
**avoid** 99:22
**aware** 49:3,4 53:13
  76:8 83:14 84:2
  87:6 104:7 107:4
  108:16

**B**

**back** 6:21 8:6 17:15
  18:14 20:5,5,8
  21:2,3 22:21 23:10
  32:22 34:18 40:7
  43:11 51:1 54:16
  66:24 67:19 70:24
  76:5 79:3 88:20
  95:12 96:5 97:6
  103:19 104:15
**Background** 51:23
**backside** 55:18
**bad** 64:15
**bailiwick** 79:25
**balance** 7:16
**balls** 91:15
**bandied** 66:14
**bandits** 61:25
**bang** 59:24
**based** 22:5,6 44:10
  64:6 68:4 69:22
**basic** 14:17
**basically** 7:8 22:7
  49:8 52:1 55:10

56:18 57:1 70:17
  70:17 75:8 78:11
  79:6 95:11
**basis** 56:18 61:1
**basketball** 94:12
**batch-type** 54:25
**Bates** 40:23 47:21
  51:18 67:18 73:14
  76:19 100:1
**bears** 100:1
**becoming** 53:13
  74:18 87:15
**beginning** 8:6 18:14
  43:11 74:13 77:25
**beginnings** 57:24
**begins** 13:20 53:4
  78:5 100:9
**BEHALF** 2:3,14
**belief** 44:1 64:3
**believe** 7:21 23:14
  36:20 46:6 54:22
  59:16 65:8,9 67:20
  69:9 85:18
**belong** 38:10,11
**beneficial** 92:10
**benefit** 92:16
**best** 10:14 23:22
  25:6 49:13
**better** 10:25 14:9,13
  14:25 15:1,4 34:12
  34:14 72:13
**bid** 39:20,20
**big** 10:17 14:4 19:17
  20:2 29:17,21
  49:19 52:10 75:13
  78:10 91:8
**bigger** 12:18,20
  13:11,12 57:19
**biggest** 6:5 10:22
  57:17
**bill** 35:12,13 36:17
  36:18
**billion** 95:7
**bit** 30:2,3 45:22 63:9
  69:15 70:24 88:16
  90:22
**bitching** 39:16

**bitty** 17:18
**blank** 21:23
**blanks** 19:14
**block** 71:18 72:1
  85:7 94:17 102:6
  103:21
**blocked** 74:15,18
  75:1
**blocking** 107:6
**Bob** 7:1 39:17 76:10
  77:8 78:17 79:4,5
  94:9,10 95:14 96:2
  104:5 107:14,21
**books** 29:8
**borderline** 11:25
**born** 18:4,4
**bottom** 68:7 78:6
  90:16 100:9
  101:24
**bought** 32:9 33:2
  37:9 40:19 61:24
  62:10 65:2
**boxes** 92:3 103:18
  105:21 106:2
**branch** 8:9
**brazen** 54:14
**breach** 33:2 44:12
**break** 6:13,15,16,18
  30:3 63:15
**breaks** 6:12
**bright** 94:19
**bring** 52:13
**broaden** 99:12
**broader** 99:11
**Brockman** 1:21
  4:13,15,17,24 5:16
  5:22 7:1 10:16,17
  40:9 41:2 47:23
  67:23 73:15 76:20
  76:21,23 85:12
**Brockman's** 67:20
**broken** 22:12
**broker** 53:4
**brokerage** 8:13
**brought** 66:12
**budget** 37:22
**bug** 12:16

**bugaboo** 29:21
**build** 15:7 24:20
  31:1 34:10 37:16
  37:17 60:18 94:24
  95:16
**building** 52:10 95:1
**built** 17:4 18:21
  21:6 22:22 38:22
  62:14 89:9 95:18
**bulk** 78:7
**bullet** 54:19,24
  65:22 103:25
  107:15
**bunch** 26:1 31:15,22
  81:17 95:5
**bundle** 83:3 102:16
**Bureau** 8:9
**busily** 63:4
**business** 9:20 16:2
  16:22 17:15 18:3
  18:16 24:25 33:21
  33:23,24 35:24
  39:7 51:1,24 52:21
  53:16 56:17 60:22
  61:9 65:13 70:15
  71:13 73:6 82:19
  82:20 103:21
  104:9
**button** 15:21,24
  23:17 24:5 28:24
  49:22 52:12 89:22
**buy** 10:13 16:18,19
  18:6 26:13 27:3,20
  29:19 32:6 95:11
**buyer** 25:21 26:10
**buying** 18:11 60:20

**C**

**C** 4:1
**calculate** 62:19
**calculations** 21:7,9
  21:9
**calculator** 62:18
**call** 6:13,15 8:10
  12:16 15:12 18:22
  19:9 20:15 22:1
  26:3 53:23 76:3,3

76:4,5 100:4
  104:11
**called** 5:17 23:20
  27:18 39:4 44:13
  45:3 52:8 54:13
  66:8 95:21,22
**capabilities** 16:15
  49:18
**capability** 14:22
  16:25 18:22 89:21
**capable** 17:9
**capacity** 24:18
**capital** 20:3 29:21
**captcha** 3:11 68:9
  68:10,12,18,22
  69:8,17 70:2,7,8
  71:3,10 72:6,10,12
  72:25
**captive** 19:9 32:22
**car** 7:8 8:14,18,19
  8:20,21 9:12,13,19
  18:2,3,4,5,11 19:2
  19:6 20:1 22:13,14
  26:13 30:4 31:17
  32:6,8 51:24,25
  52:1,4,5,6,16
  91:12
**card** 7:11,14 18:17
**card-based** 7:18
**careful** 84:14
**carry** 7:15
**cars** 8:24 13:12,21
  25:16 32:21
**Carvana** 52:9
**carve** 85:5
**case** 35:1 47:9 64:11
  70:5 109:9
**cases** 14:20 18:7
  31:4 35:19 60:6
  74:20 75:16 76:4
**catalogs** 21:10
**catch** 38:14 42:11
**category** 62:22
**cause** 105:25
**caused** 106:1
**CDK** 1:4 17:11,12
  27:17 48:4 50:3

56:18,24 57:2,14
57:15 60:1,8,20
61:12,22 62:25
63:19,25 64:25
65:4,24 66:22,25
67:12 74:9,10,11
75:20 76:12,16
77:14 78:7,15
79:23,24 80:6 83:1
84:3,24 85:6 86:5
88:15,25 89:17
91:19 92:4,12
93:13 96:20 97:2
99:14 101:9,21
103:11 104:18,19
105:15 106:7,10
106:12 107:4,6,23
108:10
**CDK's** 61:25 89:17
**CDK_CID_01734...**
76:19
**CDK_CID_03047...**
47:21
**cease** 58:17
**center** 52:13
**central** 28:19,25
52:10 79:6
**CEO** 67:5 74:12
77:14
**CEO/employee** 67:1
**certain** 42:18,22
54:23 69:25 73:18
**certainly** 13:5 14:12
25:7 33:16 43:18
47:10 52:8 64:6,22
65:9 69:23 93:16
107:8
**CERTIFICATE**
110:1
**certification** 36:22
**certified** 33:19
34:24 35:4,25
36:20 37:5 60:9
80:12
**certify** 110:4
**chain** 13:7 68:6
**challenge** 18:12

**chance** 42:11
**change** 33:15 34:21
72:16 84:7 86:1
92:7
**changed** 71:22
81:13
**changes** 32:16 33:17
81:14 84:8
**characterize** 58:21
59:9 67:8
**characterized** 59:12
**characters** 10:1
**charge** 12:5 35:19
35:20,21 52:2
94:14 100:19
**chase** 17:20
**cheap** 90:15
**cheaper** 82:8
**check** 27:21
**checking** 102:23
**checks** 29:4 88:14
**Cherry** 2:24 5:2,2
95:24
**Chevrolet** 45:3
**choice** 95:14
**choices** 28:2
**chopping** 94:17
**Chuck** 68:1,1,2
**circumstances**
45:11
**City** 11:6
**claim** 32:24
**clarification** 97:16
**clarified** 45:22
**clarify** 40:8 97:24
**clarifying** 40:21
**classic** 55:8 93:3
**classification** 72:16
**clause** 78:24 80:10
80:13
**clean** 20:25
**clear** 32:3 46:11
66:15,16 78:4,4
98:13,20
**cleared** 102:5
**clearly** 73:3 74:7
**clerks** 19:18

**click** 20:20,20
**client** 13:1
**climbs** 96:13
**close** 24:6 29:7,12
29:13
**closer** 32:1 58:1
**closing** 29:9
**cloud** 31:9 89:21
**clue** 39:12
**clueless** 45:7
**code** 37:8 39:11
**codes** 3:11 68:9,10
68:12,18,22 70:2,8
71:11
**Cohen** 2:15 4:11,17
4:21,21 63:12
97:15 98:3,18
**coherent** 47:12
**collaborate** 86:10
**collaborative** 79:17
79:18
**colleagues** 5:9
**collect** 36:10 56:4,25
**collecting** 81:15,17
**collection** 56:14,16
**collector** 56:9
**column** 24:10
**columns** 24:11
**combination** 54:2
54:12 58:18
**combined** 12:6
53:20
**come** 4:3 11:23 20:8
21:3 22:21 23:17
29:10 46:19 54:16
65:14 75:6 92:22
93:24 108:1
**comes** 22:12 25:15
38:12 39:1 42:4,19
55:12 72:4
**comfortable** 7:9
30:5 53:24 54:9
**coming** 5:22 32:22
93:6
**commence** 19:19
**Commission** 1:1 2:3
2:7 5:7,14 45:21

**Commission's** 4:8
**common** 30:16
90:18,20,23,25
91:4,11,16,18 92:9
98:1,8,14 99:7
**communicate** 51:13
**communication**
36:14 49:18
**communications**
14:18 31:13,21
33:14,20 35:17,23
36:1,3 38:3,4,7
78:16 84:3
**compact** 9:23
**companies** 11:4,22
17:25 19:9 20:14
21:16 28:6 35:2,3
53:14 82:20 85:17
**company** 4:23 5:3,5
7:2,3,23 14:1,24
17:20 20:25 32:22
37:10 38:18,24
39:3,18 45:10 47:8
54:11,13 60:20
61:3,24
**comparable** 27:17
28:7 50:4
**compared** 23:24
**compares** 27:25
**competing** 37:18
99:20
**competition** 24:17
**competitive** 23:6
52:22 65:19
**competitor** 10:19
23:4 65:21
**competitors** 24:22
52:8
**complaint** 45:14
**complete** 11:7 20:21
22:20 24:21 46:17
49:9 57:25
**completed** 19:21
**completely** 13:5
23:12 67:6
**complex** 12:18
**complicated** 38:2

**comply** 41:14
**component** 71:12,13
**components** 10:2
71:11
**computer** 4:23 7:21
7:25 10:8 18:23
19:13 29:4 37:9
39:14 40:10 45:6
45:18,19,23 68:15
71:9 102:22
**computer-based**
7:18
**computers** 43:12
**concept** 23:20
**concerned** 14:2 31:6
33:9 41:13,19,21
43:10 45:8 47:1
53:8 55:6 82:14
91:13 92:23 96:2
109:11
**concerns** 41:16
72:24
**confidentiality**
61:12
**conflicting** 34:17
**confused** 63:8
**conjunction** 99:3
**connected** 43:13
**connections** 73:19
**consider** 9:2,4,9
13:23 36:23 37:3
**consideration** 92:20
**considered** 9:10
12:1,2,3 13:19
42:20 65:19 101:6
**considering** 35:3
**consolidate** 15:17
**consolidated** 15:10
**consolidating** 12:22
**consolidation** 29:14
**constant** 31:25
**constraints** 55:14
**consultant** 18:16
**consumer** 20:8 21:2
49:13
**consumers** 20:10
52:2

**contains** 78:24
**context** 68:11
**continually** 22:8
**continue** 42:21
  84:22 85:12 96:18
**continued** 64:5
**continuously** 24:23
**contract** 33:3 42:24
  42:25 55:19 56:3
  61:14 72:8 80:1
  82:3 88:4
**contracts** 47:6 48:17
  61:18 95:11
  106:22 107:7
**contractual** 56:17
  59:25
**contrary** 44:1 64:8
**contrast** 62:20
**contribute** 48:15
  50:7
**contributing** 48:20
**control** 7:10 23:21
  24:6
**convened** 4:4
**conversation** 6:6
  47:3 57:22 58:22
  59:4,5 63:16 75:16
  75:23 77:14 94:4,4
  96:7 104:20,23
**conversations** 75:20
  76:2,12 106:12
  107:3,9
**convert** 86:4,17
  95:12
**converted** 95:19
**converting** 65:4
**conveyed** 107:5
  108:7,14
**convince** 16:19 25:3
**convinced** 18:20
  109:12
**cool** 91:6
**copied** 45:8
**copy** 24:23
**corollary** 63:10
**corporation** 1:5,8
  66:23 67:2,5 70:21

**corporations** 75:13
**correct** 8:3 23:15
  32:4,12,13 33:1
  34:6 43:24 44:8,18
  44:25 47:8,9 48:6
  50:19 53:3 57:23
  61:7,15,16 64:1,17
  65:25 66:1,4 68:19
  69:10,13,14,24
  70:3 71:14 78:8
  80:8,24 81:6,7
  83:5,6 85:3,8,9,17
  85:18 86:2,24 87:8
  87:9 90:7 92:1,5
  93:15 95:24,25
  96:3 98:16,17
  100:5,6 103:7
  108:3
**correctly** 72:4 103:7
  107:19
**cost** 101:19
**costs** 22:10 90:14
**counsel** 4:10,14,16
  5:2,4 6:15 51:3,7
  110:7,10
**count** 14:2
**counts** 17:19
**couple** 29:8 40:14
  102:20
**course** 6:12,22 14:6
  38:5 41:11 57:18
  63:10 81:23 84:6
  87:5
**court** 54:15
**cover** 97:1
**covered** 8:12 42:24
  59:15 77:9 107:9
**covers** 68:3
**CPA** 8:13
**crazy** 94:19
**creation** 60:17
**credit** 8:12 19:10,10
  22:21 50:13
**critical** 26:10
**cross-functional**
  39:4
**crushing** 12:16

**crutch** 67:22
**curing** 8:25
**curious** 61:20
**current** 6:24 48:17
**customer** 20:19
  21:21 22:11 23:1,3
  25:24 30:22,23
  31:1,5 45:9,12,16
  47:18 70:11,20
**customers** 22:11
  27:11 31:1 59:19
  59:21 60:1,5 70:14
  70:16 73:10 76:11
  103:14 105:23
**cut** 16:11 21:3 59:13
  96:10
**CX** 3:8,9,10,11,12
  3:13,14 40:22,23
  42:2 46:6 47:21,21
  48:9 50:7,18 51:18
  51:18 54:19 57:21
  63:15 65:17 67:18
  73:13,13 76:18,19
  76:24 78:6,22
  79:13 83:13 85:13
  90:17 93:25 98:25
  99:25 100:1 102:9
  107:15
**cycle** 24:23 25:14

**D**

**D** 3:1 4:1
**D.C** 1:15 2:9,19
**dabrahamsen@ft...**
  2:11
**dad** 8:19
**daily** 16:10 19:17,25
  23:20 24:6
**damages** 55:12
**Dana** 2:4 5:6 97:15
**dare** 31:18
**data** 17:6 30:12,13
  30:15 31:11,16,16
  32:7,10 33:14 35:9
  36:4 41:8,9,13,19
  41:21 42:19 43:1
  44:2,7,10,12,20,21

45:16 47:13,14,18
  48:10,14 50:19,19
  50:20 51:24 52:16
  52:20 53:4,17,17
  54:25 55:1,8,9,16
  56:4,14,15,16,25
  59:21 60:16,17
  61:10,12 62:1,7,14
  63:20 65:7,12 66:3
  67:13 69:6 75:9
  79:22,23,24 80:2
  80:17,18 81:1,5,9
  81:16,19,24 82:8
  82:18,22 83:1,1,2
  84:7,9,10 85:7,25
  86:3 87:3,3 88:3,7
  89:4,10,19 90:9,11
  91:20 93:5,18
  99:17 100:22
  101:6,18,22 108:9
  108:13 109:4
**date** 7:6,15 38:14
  40:8 60:11
**dated** 77:13
**day** 19:14 50:16
**days** 7:11 8:12 9:1
  19:23 29:8 38:5
  61:20
**dead** 91:17 97:5,8
  97:17
**deal** 25:20 29:21
  31:17 49:13
  102:12
**dealer** 8:5 15:2 18:4
  19:23 21:14 24:2
  24:11,11 25:2
  29:17 31:3,20,21
  32:11,14,19 35:9
  35:14,16 39:14
  40:10 42:5,24
  44:19,22 45:6,7,17
  56:24 57:3,5,6
  61:14 64:19 71:1
  72:22 90:14 93:13
  93:13 95:19
**dealer's** 32:8 44:8
  44:20 66:11

**dealer-to-factory**
  33:13,20
**dealers** 9:12,13 10:3
  12:20 18:2 30:22
  30:22 31:4 34:4
  38:20 39:16,23
  40:25 42:14 43:17
  43:23 46:21 47:6
  52:23 56:4 60:21
  62:19 63:24 64:14
  65:10 70:1,3,17
  73:1,19,21 77:22
  77:23 81:2 83:3
  91:12 108:19,24
**dealers'** 85:25
**dealership** 13:17,19
  13:21 14:10,12
  15:9,14,14,15 16:9
  16:14,25 18:7,24
  19:15 20:6,6,9
  21:2 22:18 23:6,13
  25:8,10,11 27:7,14
  28:19 29:24 32:5
  32:17,25 36:15
  42:19 45:3,12,15
  46:22 49:12,14,14
  55:10,14 57:11,15
  68:25 69:22 70:6
  70:21 71:3 72:18
**dealership's** 45:5
**dealerships** 7:9 8:14
  8:18,21 9:19 12:7
  12:8,18,19,21,23
  12:25 13:4,10,15
  13:16 14:23 15:23
  16:1,3 17:10 21:5
  23:14,20 24:3
  26:18 28:13,14,16
  42:20 43:19 52:3,4
  59:18 61:22 79:22
  79:24 80:2 82:25
  85:24 89:8,21
  93:18 95:11 101:8
**Dealertrack** 28:6
  49:7,16 83:2
  108:15,17
**dealing** 74:22

CDK Global & Reynolds and Reynolds

9/18/2019

[115]

deals 19:2 29:10
dealt 27:4 102:2,7
dearly 82:17
Deborah 1:25 110:4
  110:17
December 35:18
decent 106:18
decertified 34:3,7
decertify 33:10,11
  33:12 84:11
decide 91:2
decided 94:24
decides 22:25 31:15
  37:19
decision 50:2 105:24
decisions 27:13 96:1
deep 44:23 53:10
defeated 72:12
defense 43:16
define 13:9 17:16,17
  86:10
definitely 49:1
  69:19
degrading 71:7
degree 37:4
degrees 92:18
delivered 82:4
demanding 31:23
  74:9,10,11 101:13
denied 81:23
deny 68:15
department 21:20
  22:8 37:22 38:23
  38:23 39:8,9
departments 39:6
depth 47:3
derives 52:4
describe 8:14 9:11
  72:4
described 10:14
  23:1
describing 23:16
DESCRIPTION 3:7
deservedly 14:6
desirable 64:19
detail 95:13 99:9
detailed 33:12

details 32:9 33:6
detour 98:19
Detroit 68:4,5 69:23
developed 23:8,9
  24:12 49:7 86:19
  87:7
developing 52:8
development 24:18
  37:15,20 39:1
  43:23 86:11 94:14
  94:23
device 68:12
dial 52:11
difference 63:18
different 14:20 15:9
  16:1 22:10 24:9
  34:5 37:4 49:23
  56:5,10 66:7 67:3
  72:15 73:2,7 82:25
  92:13,13,17
  108:10,23 109:1,7
  109:10,11
differently 90:22
  91:11
differing 22:3,5
difficult 86:22
  105:13
digits 9:24
direct 31:2 56:7
direction 30:14
  92:18
directly 52:17 55:22
  56:17 74:22
  100:25 106:7
  107:22
dirty 92:22 93:1,3
  93:10,21
disable 103:17,18
disabling 70:2
disadvantage 57:17
disagreement 30:21
disastrous 33:21,23
discount 23:2,4
discuss 65:18 83:7
  96:24
discussed 51:6 58:6
  60:10 67:15 83:21

88:21
discussing 83:18
discussion 45:22
  51:10 58:8,9,15
  59:6,8,16 65:15
  66:5 91:23 99:5
  108:4
discussions 60:13
  96:6 104:5
dislocate 103:13
display 15:21
displayed 24:8
disqualify 31:12
disrupt 59:1
disrupting 71:6
disruptions 75:18
dissatisfied 38:19,20
  38:21
dissent 32:19
distinction 54:22
  57:12,13
distinguishing 25:9
distorted 69:11,12
distressing 59:23
dividing 13:15
division 11:5 66:24
  66:24
divulging 97:1
DMI 53:15 54:2,12
  63:4,6,7 73:18,20
  74:5,24 75:9,19
  79:16 81:1,8,10,15
  81:23 82:1,7,15,21
  82:25 85:21,24
  86:10,20 87:2,15
  87:17 88:1 104:2
DMI's 81:12 82:12
DMS 8:5 9:4,4,10,11
  9:20 11:6,7,11
  12:1,3 14:23 16:15
  17:24,24 20:12,13
  21:5,6,16 22:23
  24:16 25:4 28:6
  30:8 31:11 32:8,10
  33:10 34:4,5 35:2
  35:3 36:1 38:22,22
  39:14 42:15 43:8

44:2,7,7,8,20 56:2
  60:24 64:13,16
  65:24 68:19,22
  73:2 89:24,25
  91:20 92:15 94:24
  108:7,14,16,17
  109:7
DMS's 16:25
DMSes 11:4 15:18
  17:1,9 39:23 42:4
  81:9 82:25 85:25
  88:25 89:17
  104:19 107:6
document 20:21,22
  42:7,13,17,18 43:2
  46:9 47:2,25 58:2
  60:12 67:21 76:22
  77:8,12 83:18
  100:2
documents 19:2,19
  19:20 28:5,18
  36:19 50:17 57:25
  60:13 61:17,19
  76:13 77:3 78:25
  79:1,3,8
DocuPad 20:16 21:4
  25:5 26:19,21
  27:14,17 28:1,8,21
  29:4,12,19
doing 5:24 6:11
  19:16 24:22 27:15
  39:13 46:24 59:2
  62:9 63:4 64:7
  65:20 80:6 86:1
  90:2,25 92:19
  96:14 99:18
  101:13 104:9
  105:22 107:12
  109:13,14,15
dollars 14:3 62:22
  95:7
dominant 39:22
door 52:13 81:11
drawer 96:14
drip 65:3
drive 16:9 52:14
drivel 59:7,9

drives 20:19
drug 105:9
due 38:25 87:12
duly 5:18
dust 26:3

**E**

E 3:1 4:1,1
e-mail 3:8,12 40:24
  47:23 48:4 51:11
  51:14 67:25 68:6,7
  68:8,9 70:4 73:22
  73:23 74:4 78:5
  88:20 94:2,3,6,8
  96:5,20,25 97:5,6
  97:13 98:16
e-mails 67:19 73:14
  73:16 74:1 76:20
earlier 29:8 53:8
  66:6 77:15 101:21
  103:20 108:6
early 7:11,20 9:6
  58:4
earn 16:22
easier 9:25 10:8
  27:6
easy 20:9
economist 2:6 5:14
educate 25:2
educating 21:14
education 18:8
effect 35:18 64:20
  64:22,23 80:23
effective 31:3
effectively 49:9
effects 33:21,23
egg 18:6
eight 9:9 104:25
either 36:7
electric 19:12
electronic 20:21
  22:16 28:22,22
electronically 49:24
  52:2
elevator 52:10
eliminates 17:6
embarrassed 61:23

**Emmanual** 2:25 5:4 5:4
**emphasized** 37:2
**employed** 110:7,11
**employee** 21:20 102:21 110:10
**employees** 13:13 57:11 67:20 70:6 70:22
**employer** 6:25
**empowered** 94:10
**enables** 27:10
**encompass** 98:7
**encompassed** 60:7
**endeavoring** 93:17
**ended** 60:19 89:1
**ends** 99:1
**engineered** 15:1,4
**enhancement** 71:22
**enhancements** 74:19 84:22 102:11,14,16,19 103:1,9,16
**ensure** 29:4
**enter** 60:13 88:6
**entered** 9:20 32:11
**entering** 88:9
**enterprise** 9:17
**entire** 45:8,12 53:16
**entities** 12:6
**entity** 13:18 48:15
**entries** 36:3
**entry** 17:6 55:17
**envisioned** 48:12 50:6,17
**Era** 48:16 95:12,19
**ERP** 9:12,15
**error** 45:23,23
**especially** 15:12 19:5
**ESQUIRE** 2:4,5,15
**essentially** 67:21
**establish** 87:13,22 91:4
**estimate** 11:10
**evaluate** 39:13
**event** 100:18

**everybody** 12:11 14:8 37:6 53:19 72:22
**Evidently** 96:9
**evolution** 43:8,22
**evolved** 8:25 43:10
**exact** 82:4
**exactly** 20:15 27:19 31:10 32:13 33:6 36:6 47:14 48:19 77:10 82:23 87:25 96:2 103:4,23
**examination** 3:3 5:17,20
**examined** 5:18
**example** 21:13,17 21:18 28:15 82:24 90:8 93:11 99:2,3
**exception** 55:24 85:6
**exchange** 50:22 70:4 73:16
**exchanged** 77:3 78:25 79:3
**exclusive** 87:15
**exclusivity** 24:21 87:11,12,16 88:8 88:19,21
**Excuse** 40:16 63:8
**exhibit** 3:7 40:22 41:3 47:21 48:9 51:17,22,22 55:17 55:18 67:17,25 68:7 73:12 76:24 78:7 79:13 83:16 90:16 94:1 99:12 99:24 101:25 102:9
**existed** 86:20
**existing** 50:11 94:25
**exists** 89:19
**exotic** 103:3
**expected** 83:20 84:5 92:21
**expects** 32:6,10
**expensive** 23:5 32:25 55:4 62:4,16

62:23
**experience** 44:11 45:2
**experienced** 95:3
**experiences** 7:17
**explain** 6:24 16:14 17:23 27:7 30:8,13 46:3 68:10
**explanation** 23:18 89:14 91:3
**exquisitely** 99:9
**extend** 79:17
**extended** 26:2
**extensive** 61:2
**extent** 77:4
**extra** 93:8
**extract** 89:19 90:9 90:11,12
**extracting** 89:4,6 100:22
**extraction** 80:19 93:19,20 101:7
**extractions** 86:4
**extreme** 34:11 73:7
**extremes** 73:7
**extremis** 84:13
**eyes** 99:12

**F**

**F** 2:4
**F&I** 21:10
**face** 18:12 32:24 44:24
**faced** 10:23
**facilitate** 101:8
**facilities** 13:11
**facility** 108:18
**fact** 7:4 14:8 16:7 29:18,19 47:6 64:10 65:2 66:13 77:24 81:5,17 86:16 94:11,18 100:20 102:17 109:14
**factor** 14:11 26:17 65:9
**factors** 65:5 92:11

**factory** 14:18 31:13 31:21 32:17 35:23 35:25 36:2,14 38:3 38:4,6
**fail** 33:18
**failed** 95:8
**failure** 94:23
**fair** 28:12 58:21
**fairly** 21:17 38:23 39:8
**faith** 105:11
**fall** 83:15
**familiar** 8:18 60:25
**family** 52:5
**far** 11:7 14:2 23:23 31:5,10,16 34:15 41:13,18,21 43:10 44:11 45:7 47:1 49:20 53:13 54:3 65:12 77:11 82:14 88:1,16 89:1 91:13 92:22 96:1 105:20 107:20 108:21 109:11
**fashion** 34:11
**fast** 10:10
**fast-moving** 32:21
**favor** 63:24
**fear** 34:2 44:19,21 93:24
**feasible** 10:21
**feature** 21:13 27:6
**features** 17:24
**federal** 1:1 2:3,7 4:7 5:7,14 41:18 45:20 54:15
**FedEx** 19:14,17,18 20:5 28:18 29:1
**fee** 36:8
**feel** 67:6 107:8
**feeling** 67:9
**fees** 45:25
**feet** 20:16 105:9
**fellows** 10:15
**felt** 7:9 41:7 95:2 96:17
**field** 32:2 34:23

81:16,16,16,16
**fields** 31:16 47:14 47:18 82:4
**Fifteen** 59:6
**fighting** 23:3
**figure** 72:7,10 103:10
**figured** 81:22
**figures** 20:7
**file** 1:4 45:9,12
**files** 31:1
**fill** 7:21
**filled** 69:8
**fills** 19:13
**finally** 29:22 45:24 77:16,25 103:17
**finance** 19:9,24 20:25 21:8 27:23 29:6,23 32:22 49:11,12,19,23 50:14,19
**financed** 19:7,8
**financial** 10:21 14:7 15:17 23:22,25 24:7 42:20,22
**financially** 110:11
**financing** 14:18 19:5 49:15
**find** 7:14 12:18 52:12 70:16 71:23
**finding** 88:13
**fine** 50:16 62:6 79:25 99:9
**finely** 23:5
**finish** 5:25 25:23 26:14 28:23 34:22
**finished** 28:15,23
**fired** 94:18 96:9
**firm** 4:6,22
**firms** 8:13,13
**first** 5:18 9:20 10:19 17:2 26:13 30:3 37:7 41:1,2 43:16 44:13 47:12 48:23 51:1,20,21,22 62:2 65:22 67:23,25 68:6,9,21 69:13,14

71:2 73:22 78:6
79:16 81:22 85:21
91:5,8 92:24 93:25
100:7 101:25
102:10 107:15
**fist** 96:9
**five** 7:7 12:21 18:17
19:16,16 24:3 37:8
49:23 100:8,9
108:22
**flat** 81:24
**fleet** 24:4
**flip** 59:1,13 74:14
**flipped** 98:22
**floating** 66:18
**floor** 19:25
**flow** 20:25
**fly** 31:1
**focus** 9:19 12:7,17
13:4 35:6
**focused** 93:16
**folks** 35:7 48:2
75:20,20 109:14
109:15
**follow** 36:6 38:17
46:5 101:14,15
**follow-up** 31:5
**followed** 23:12,18
42:19
**follows** 5:19
**footed** 81:24
**footnote** 42:10
**forbid** 32:19
**force** 16:13 25:2
**forced** 105:8
**Ford** 9:25,25 10:2,2
10:4,5 19:10 31:24
37:9,10 38:16,16
38:18,20,20,22,23
38:25 39:3,14,18
39:23 40:10
**foregoing** 110:5
**foremost** 92:24
**forever** 14:5 78:20
**forget** 16:17
**form** 30:13 62:13
**formal** 18:8 23:25

**formalize** 79:16
**format** 33:15 82:19
84:7 89:12
**formats** 24:10
**formatting** 89:11
**formed** 40:15,18
**forms** 19:11 28:24
**formulate** 67:22
**forth** 60:13 67:19
79:3
**fortunately** 62:7
93:4
**forum** 99:15
**forward** 7:16 10:10
41:14 61:19 70:25
80:3 92:24 105:16
**forwarded** 80:19
**found** 27:6
**founded** 7:24
**four** 49:23 108:21
**four-door** 10:6
**fourth** 69:16
**Franklin** 45:3
**frankly** 18:7 33:5
48:22 50:24 56:1
103:3 104:21,25
105:7 108:16,22
**free-for-all** 65:12
**frequent** 84:3
**fresh** 95:5
**front** 12:12
**frustration** 70:8
**FTC** 5:12 45:14,15
**fully** 34:11 41:18
92:21
**fund** 29:22
**funded** 29:23
**further** 43:3,5 51:10
79:12 105:2 110:9
**future** 48:25

---
G
---

**G** 4:1
**gain** 12:23
**Gardner** 76:7,9
77:16 78:5,7,18
79:4 83:15 97:4

99:2
**Gardner's** 94:5,7
97:13 98:16
**geared** 28:13
**gears** 30:2
**general** 5:2 9:21
10:7 31:14,23 32:5
32:6,6,9,12,15
33:4 34:16,18 35:8
35:10,13,17 36:4
36:11 38:20 45:4,8
77:8 79:21,21
80:19 81:13,18,22
81:25 82:24 83:2
**generally** 25:15
46:25 75:22 85:5
106:1
**generate** 27:15
29:20
**Generations** 95:22
95:25
**gentleman** 39:16
41:22
**get-by** 108:18
**getting** 18:12 52:25
58:1 75:1 77:17
81:1 82:2 87:3
93:18 96:9 99:15
103:19
**giant** 66:17
**give** 18:18 21:13
34:8,9,10 42:5,10
42:11,14 47:7 57:5
60:16 79:24 83:2
86:24 105:10
**given** 59:22 77:16
78:2
**giving** 34:15 43:23
57:3 63:24 99:2
**glance** 15:16
**GLOBAL** 1:4
**GM** 34:3,3,3,13
36:14 84:6
**GM-authorized**
81:20
**go** 5:25 7:14 8:6
11:23 12:16 19:15

19:19 20:24 21:15
25:3,23 26:14,18
32:5 34:18 35:4
40:7 45:18 47:3
49:22 52:12 55:13
61:6,19 62:6 70:7
70:25 73:1 77:19
78:2 79:7 80:3
82:15,15 83:1
89:12 91:20 92:15
104:15 109:18
**goal** 14:4 15:1 16:16
18:10 23:24 49:6
86:7
**god** 69:6
**goddamn** 39:19
**goes** 20:5 23:10
24:24 25:14 28:25
35:18 49:24 51:1
53:7,9 56:8 57:20
61:9 64:5
**going** 10:25 15:16
16:19 19:7 20:25
22:15 23:4,16 24:4
24:7 25:8,25 26:7
26:14,25 30:14,14
32:1 41:14,21 42:3
42:8,9 45:17 46:5
47:17 52:19 53:22
54:16 58:17,19
60:2 61:18 62:4,16
62:23,25 64:13
65:14,23 73:17
74:14 75:8 76:6,8
76:13,16 77:8,20
80:3,21 81:4 82:4
83:24 84:20 85:5,8
86:23 87:1,4,17
88:19 93:21 94:17
97:15 102:22
103:11 104:15,21
104:23 105:19,20
105:23 106:5
107:1,2
**good** 6:14 16:5
19:22 34:15,15
38:24 49:7 64:23

65:14 71:23 72:13
98:12 99:22
102:24 104:8
105:11 106:19
**goodly** 40:17
**gotten** 61:21 62:8
71:17
**grant** 46:22
**gravitated** 7:8
**great** 31:9
**greater** 68:25
**grew** 8:18
**grief** 35:4
**gross** 43:19,20
**ground** 6:15 107:11
**group** 13:7,8 19:8
28:16,17 37:24
38:5,10,11 69:22
**growl** 69:15
**grumbling** 69:20,25
**guess** 23:22 54:5
82:13
**gun** 10:17
**guns** 91:8
**guy** 22:11 37:19
46:4 94:19,20
106:19
**guys** 14:5 35:5 46:3
75:7 94:19

---
H
---

**hacked** 61:25 75:8
**hacker** 54:10 56:5
72:1
**hackers** 53:13 58:10
71:19
**hacking** 53:19,23
56:11 60:4
**hair** 23:5 86:8
**half** 7:22 22:20
**hammer** 16:19
**Hampton** 2:16
**handful** 11:8
**handle** 20:13 82:22
**handles** 36:24 38:11
**handling** 44:9
**hands** 44:3,21 53:9

CDK Global & Reynolds and Reynolds                                    9/18/2019

[118]

69:16 81:5
**hands-off** 29:17
**handwriting** 41:2
  78:1
**handwritten** 41:6
**hang** 37:10
**happen** 26:14 58:19
  70:23 71:1,24 73:4
  77:25 80:23 86:3
  93:4,10 104:24,24
  105:8
**happened** 50:12
  61:24 63:2 73:6
  77:14 81:14 93:5
  94:22 95:15
**happening** 53:25
  77:15,24 81:3
**happens** 20:4 22:7
  27:4 28:3
**happiness** 88:15
**happy** 74:7 101:1
**hard** 24:20 55:11
  105:24
**hatred** 50:25
**heading** 48:10 85:14
**heads** 31:9
**hear** 108:19
**heard** 70:12
**hearing** 1:18 4:4
  5:23,24 6:13
**heat** 103:14
**heaved** 77:18
**held** 18:15 64:18
  67:2 102:10 103:8
  103:9,16
**hell** 73:8
**help** 15:2 89:5
**helpful** 4:19
**helping** 79:17
**helps** 15:9 24:21
  30:19
**Hendrick** 13:8
**hereto** 110:11
**hesitancy** 104:17
**hey** 34:19
**high** 18:8
**highly** 9:13

**hire** 92:15
**historical** 17:14
**hit** 16:7 28:23 49:22
**hold** 43:1
**holding** 7:2
**holds** 102:21
**hook** 57:19
**hooked** 19:12
**hooks** 56:7
**hoped** 104:23
**hopes** 103:10
**hoping** 86:5
**horrified** 62:1
**hostile** 54:8
**hot** 45:1
**hour** 16:3 25:23
  59:5
**hours** 20:2
**house** 7:3
**Houston** 8:9
**Howard** 77:16
  78:17 79:4
**Hoyt** 68:1,1,2
**hub** 94:20,21
**huge** 52:10 94:22
**human** 14:19 72:10
**hundred** 62:22
  73:24
**hundreds** 37:12
  57:18 104:1
**hunter** 10:15
**hypocritical** 101:12

**I**

**IBM** 7:7,17 8:8,9
  9:2
**idea** 24:19 37:16
  51:9 61:5 80:6
**ideal** 46:16
**ideas** 37:17
**identification** 30:18
**identify** 67:23 69:9
**idiots** 64:10
**IDs** 109:6
**imagine** 95:12
**immediately** 11:12
**impacted** 68:24

**implied** 87:25
**important** 14:3 17:3
  19:1 29:18 59:17
  79:25 81:14
**importantly** 21:25
  64:19
**improperly** 75:11
**in-house** 5:4
**inches** 20:16
**include** 56:21 60:5
**included** 43:23
**includes** 37:6
**including** 17:18
  76:20
**increased** 88:16
**increasing** 43:20
**indemnification**
  54:21,23 55:1,6,15
  58:5 59:14 77:2,6
  77:11 102:1,1,5
**indemnifications**
  56:21
**indentation** 100:7
**indented** 101:16
**independent** 89:5
**indication** 102:25
**individual** 14:21
**individualized**
  43:15
**individuals** 67:24
**industry** 11:21
  90:18,20,24 91:1,4
  91:9,12,16,18 92:9
  97:17 98:1,8,14
  99:4
**information** 15:19
  16:9 17:7 18:22
  30:25 32:11 46:13
  51:24 52:3,20,22
  53:9 54:24 55:3,3
  56:9 60:23 62:12
  65:19 66:3,8,10,13
  66:14,17
**informed** 41:18
  65:22 76:15
**infrequently** 76:1
**initial** 3:9

**initialled** 20:4,23,24
**initials** 8:2
**inputted** 32:7
**insane** 39:2
**insert** 74:21
**inside** 38:23 43:19
  45:5
**installed** 7:20
**installing** 28:15
**instance** 21:7 23:1
  31:14 32:19 70:11
  73:5 84:11 100:16
**instances** 53:25
  105:15
**instant** 15:22
**instantly** 15:22
  28:22
**institutions** 42:21
  42:22
**instruct** 51:5
**instructions** 34:17
**insurance** 26:4
**integral** 22:24
**IntegraLink** 53:15
  54:2,12 63:7,8
  73:18,21 74:5
  75:19 81:1 85:22
  85:24 87:2 88:1,8
  104:2
**integrate** 64:16
  74:24
**integrated** 27:23
  36:1
**integration** 53:22
  62:9 73:17 80:7
**integrations** 103:11
**integrator** 54:8
  88:10 91:22
**integrators** 104:12
**intelligence** 60:22
  61:9
**intelligent** 62:21
**intended** 68:12
  69:19
**interact** 56:2
**interacts** 30:8
**interception** 65:3

**interest** 16:8
**interested** 18:10
  41:12 43:20 49:2
  50:10,14 51:14
  90:25 99:14,18
  110:12
**interesting** 18:2
  25:12 57:16 59:4
  64:9 70:13 77:12
**interface** 36:20
  76:10 80:13
  107:18
**interfaces** 37:25
  53:2
**interior** 95:18
**internally** 23:8
  24:13
**internet** 45:13,17
  55:11
**interpret** 42:17,18
  69:17 90:22
**interpretation** 42:10
**interrupted** 73:20
**interruption** 84:23
**intolerable** 53:5
**introduce** 4:18 5:9
  6:23
**invader** 72:11
**invading** 53:14,16
  58:11
**Invalid** 3:12
**invented** 94:20
**inventories** 55:9
  66:9
**inventory** 7:10 8:15
  12:12 13:12 14:18
  18:16 21:23 55:9
**invest** 86:11
**invested** 28:9
  107:12
**investigational** 1:18
**investment** 28:12
  86:10
**investments** 86:15
  87:12,22
**invoice** 21:20 36:10
**invoicing** 22:24 37:1

**involved** 19:5 20:11
  55:4 59:19
**involvement** 46:2
**IP** 70:20
**irritated** 50:24
**issue** 17:16 42:7
  51:23 52:16,20
  55:21 59:17 63:19
  71:10 80:14 82:13
  93:15 94:8 101:18
  101:20,22
**issues** 58:7 74:17
**item** 35:14 36:13,17

**J**

**J** 2:5
**January** 8:8
**job** 38:24 76:10
**join** 92:14
**joint** 48:12,20 49:3
  50:3,6,11,12,17
  51:6,9,15 99:16
**Jon** 2:25 5:4
**junk** 93:8

**K**

**keep** 7:11 91:15
**keeper** 37:22
**keeping** 89:6
**kept** 39:16 89:6
**key** 9:7 21:22 36:3
  37:12
**keys** 21:21
**kickbacks** 29:6
**kind** 10:20 11:22
  15:16,18 16:9,11
  16:12,18 22:14
  24:18 25:15 30:14
  31:25 39:22 43:8
  43:16 44:11 46:1
  46:25 47:11 48:24
  56:5,5,14 57:20
  58:18 59:23 64:5
  69:7 72:9 73:10
  93:3 94:13 102:25
  108:18
**kinds** 9:19 30:12

70:14 89:11,22
  94:20
**knew** 18:20 62:11
  95:4,16
**knocking** 81:11
**know** 6:4 10:12
  12:11 20:22 24:2,3
  24:4 25:15 28:9
  30:17,18 35:5
  37:11,13,18 45:1
  45:10,18 46:24
  47:4,14,15 50:1,20
  54:3,3 57:18 59:7
  60:11 61:2,2 62:3
  63:9,11 64:22
  69:17 70:18,19
  81:18 82:12 88:1
  89:1,22 90:2,3
  94:7,19 96:21
  100:17,25 102:17
  102:18 103:24
  104:2 106:20
**knowing** 41:24
**knowledge** 56:1
  64:2 95:17
**knowledgeable**
  86:21
**known** 11:15 61:3
  106:24
**knows** 94:20

**L**

**lack** 96:16
**lady** 62:11,21 89:3
**laissez-faire** 67:10
  108:11
**Lake** 11:6
**laptop** 45:9,9
**large** 13:4,19,20
  14:23 16:13 17:10
  19:8 25:8,10 26:18
  27:7 38:23 39:8
  67:1 70:10 83:24
  102:11
**larger** 12:7 13:9,15
  14:12,19 28:13
  65:20 70:16

**largest** 13:6,8
**late** 38:19
**law** 4:6,22
**laws** 41:18
**lawsuit** 54:14 73:8
**lawyer** 5:12
**lax** 73:8
**lead** 81:4
**learn** 39:7
**leave** 73:10
**leaves** 20:1
**leaving** 65:3,6
**led** 39:8 58:15
**left** 45:10 93:7
**legal** 45:25 62:24
**legitimate** 70:6
**legs** 96:10
**lender** 19:15
**lenders** 19:16 49:25
  49:25
**length** 47:2
**lesser** 12:19
**lesson** 46:1
**let's** 27:1 50:8
**letter** 77:24 96:15
  96:25
**letters** 69:12,18
**letting** 57:13,14
  72:19
**level** 54:22 70:9 75:3
  96:16
**levels** 21:23 24:17
  66:7
**liabilities** 44:10
  56:20
**liability** 44:14,15,18
  44:24 53:10 66:17
  66:20,22
**liberty** 60:16
**license** 57:8,8
**life** 10:25 27:13 29:6
  71:6
**lifeblood** 31:14
**Likewise** 79:23
**line** 13:15 35:14
  36:13,17 37:8
  39:11 43:16 52:18

67:25 68:8 84:18
**lines** 91:23
**list** 104:22
**listen** 6:9 41:25
**literally** 16:2
**little** 17:18 20:11
  26:19,25 30:2,3
  38:2 43:21 61:23
  63:9 69:15 70:24
  71:6 88:16 90:22
  91:10 93:7 108:6
**live** 26:5
**lives** 7:2 68:5
**living** 7:3
**LLC** 2:16
**loan** 19:19,20
**located** 12:10
**location** 109:20
**lodge** 97:15
**logged** 62:12
**logic** 95:18
**login** 3:12
**long** 10:1 17:15
  37:13 43:9 47:11
  53:18 58:20 84:24
  97:9 105:4,24
  106:24 107:10
**long-standing** 50:25
  108:8
**longer** 51:14 60:2
**look** 10:3 12:12
  14:11 40:23 42:2,8
  45:16 46:3 47:20
  47:22 50:15 51:17
  56:13 62:3 67:16
  67:17 73:13 76:18
  76:23 77:1 78:18
  82:21 85:12 87:10
  88:19 99:24,25
  105:19
**looked** 61:17 65:10
**looking** 18:1 22:16
  25:16 72:5 73:22
  78:21 87:18 92:24
  93:25 103:24
**looks** 35:22 38:9
  77:9

**loop** 61:13
**lose** 54:16 70:14
  74:13
**lot** 8:19 12:15,15
  17:6,14 18:2 20:1
  20:3 37:11 60:25
  63:9 71:20 74:23
  75:12 103:13,14
**lots** 22:18,19 26:6
  26:21 31:16 34:16
  90:11
**lounge** 25:22
**love** 82:17 103:3
**low** 88:16
**low-profile** 26:7
**lower** 85:14
**luxury** 103:5

**M**

**machine** 72:7
**madness** 91:13
**mail** 31:2
**main** 21:10 38:5,10
**maintain** 60:18
**major** 9:8 10:19
  54:4 75:13 92:16
**maker** 8:4
**making** 54:21 55:23
  90:23 99:16
**man** 28:20 39:10
**management** 8:5
  14:19 15:2,23
**manager** 45:4,8
  49:12 66:23
**managers** 39:5
  43:19
**managing** 86:13
**mandate** 35:19
**manner** 60:3 72:15
**manpower** 29:3
  56:1
**manual** 29:11
**manufacturers** 30:4
  34:12 57:16 82:14
  91:7,7,9
**margin** 16:4 49:15
**marginally** 12:8,25

Brockman
Case 4:21-cr-00009   Document 26-8   Filed on 01/26/21 in TXSD   Page 39 of 47
CDK Global & Reynolds and Reynolds                          9/18/2019

[120]

**mark** 5:13 101:24
**marked** 40:22 51:18
73:12 99:25
**market** 11:10,18
13:24 17:13,16,17
49:8 64:25 65:19
81:21 92:19 97:3
97:12,25 98:6,22
99:1,7,16 104:12
108:7,8,10,12,23
109:4,8
**marketing** 60:9
92:12 97:12
**marketplace** 17:1
64:21 95:10
101:18 106:1
108:20
**marks** 51:21
**mastered** 71:5
**materials** 48:3,5,11
**matrix** 22:1,2,6
**matter** 1:3,17 7:4
29:18 65:1 102:17
**mcohen@sheppar...**
2:21
**mean** 12:25 16:18
18:1 33:11,24
37:24 46:2 49:18
49:20 63:7 64:13
64:24 70:14 78:19
80:22 83:19 84:1
91:16 107:17
**meaningful** 59:6
**meaningless** 97:20
**means** 14:5 20:25
21:20 22:3 40:9
49:24 57:1 59:20
63:10 68:6 91:14
109:15
**meant** 68:10 77:25
84:21
**measure** 13:23 14:9
16:2 88:17
**measures** 85:4,7
**mechanical** 19:11
**medium-sized** 13:16
**meet** 33:17 76:9,16

**meeting** 41:8,10,19
45:20 48:1,2 76:6
76:14 83:14,18,21
83:23 107:10
**meetings** 83:24
**memory** 98:11
**mention** 28:5
**mentioned** 9:3
23:11 33:8 35:8
38:13 97:3 104:4
**mentioning** 23:13
**menu** 27:20
**Mercedes** 34:14
**merged** 11:3 40:1
**merger** 11:10,12
40:3
**mess** 93:19
**message** 64:1,4
97:12 108:7,10,13
109:4,8
**messaging** 63:18,19
64:8,9,12 65:6
75:18 92:19 97:4
97:12,25 98:6,22
99:1,7,16
**met** 45:21
**Michael** 2:6,15 4:21
45:21
**mid** 11:17
**middle** 10:16 94:1
**midst** 73:11
**midway** 78:24 79:13
**millions** 28:10
101:19
**mind** 13:14 57:13
**mine** 41:4
**minimum** 44:25
**minute** 8:17
**minutes** 18:17 25:23
59:6,7,11,15
**miracle** 27:3
**mischaracterized**
97:19
**missing** 21:1
**model** 8:22 10:4,4
**moment** 88:20
99:12

**moments** 17:22
**Monday** 22:21
**money** 19:24 20:11
**monopoly** 49:9
**month** 13:18,22
23:23,25 28:17
29:12 60:20 62:19
70:25 90:14
104:24
**monthly** 16:10 26:9
35:12,20,21 36:7
**months** 62:20 76:1
102:12 103:15
104:25
**morning** 5:25 66:6
103:20 105:20
109:19
**Motor** 13:8 19:10,10
37:10 38:18,24
39:3,18
**Motors** 9:21 10:7
31:14,23 32:5,6,6
32:9,12,15 33:4
34:16,19 35:9,10
35:13,17 36:5,11
79:21,22 80:19
81:13,18,23 82:1
82:24 83:2
**move** 39:5 105:16
**Mullin** 1:13 2:16 4:6
4:22 5:1
**multi** 24:2
**multiple** 15:9,23
17:4,7 36:15 52:3
82:20 83:4
**Mustang** 10:6

## N

**N** 3:1 4:1
**N.W** 1:14 2:8,17
**NADA** 3:8 41:12,23
42:13 46:19,21
48:2 64:7 99:4,7
99:15
**NADA's** 41:14
46:18
**NADA/Reynolds**

41:8
**Naik** 4:25,25
**name** 4:21,25 5:13
7:1,23 11:13,14
27:19 32:8 39:17
41:23 42:6 63:25
67:20 74:4
**names** 63:8
**narrowness** 51:4
**National** 40:25
**neat** 49:16
**necessarily** 80:22
**necessary** 56:2
74:14 87:19
**neck** 94:17
**need** 12:13 14:13
16:8 18:18,19
22:14 35:16 54:25
58:9 63:3 65:13
66:2 69:7 70:18
75:7 82:18,22 95:2
101:15 108:24
**needed** 38:8 41:8
43:3 46:10 54:23
**negotiated** 32:18
**negotiation** 25:19
105:10
**neither** 110:7
**nest** 18:6
**net** 14:2
**never** 18:15 20:9
34:10 39:10 62:8
66:21 71:23 89:23
95:13 99:19
104:20
**new** 8:21 13:18,21
20:9 33:18 71:25
75:14 87:6 94:24
95:1,3,16,19,21
**Newco** 48:15,20
50:8
**nice** 50:16
**night** 10:16
**nine** 9:24 20:7
**no-charge** 100:10
**Non-OEM** 85:15
86:17

**non-Reynolds** 24:16
**nontrivial** 84:6
**normal** 6:6
**Northwest** 4:7
**Notary** 110:18
**notes** 41:6 51:20
57:21 65:16 100:3
100:8
**notice** 1:18
**notify** 60:1
**notion** 50:7 88:6
91:18
**NPII** 66:8
**number** 8:10 9:23
10:1,3,5,6,6 11:20
13:6,14 14:20
15:14,14,15 17:21
21:21,22 22:13
30:19 32:8 40:23
68:25 80:11 84:15
86:9 87:10 104:4
**numbered** 76:25
77:1 78:22 79:12
80:11 85:13
**numbers** 15:14,15
15:15 16:8,11 24:6
69:11,19
**numeric** 9:24 10:7

## O

**O** 4:1
**objection** 97:20
**observations** 96:1
**occasion** 41:5
104:20
**occupied** 31:24
**occur** 59:24 72:14
**occurred** 89:2
**occurs** 19:6
**ODE** 106:21
**OEM** 30:16 31:8,11
31:13,22 33:10,20
35:6,17 36:16 56:3
56:6,8,9,12,17,19
57:13 74:22,22
80:1,12 82:7 86:17
**OEMs** 15:9 30:5,9

CDK Global & Reynolds and Reynolds                                      9/18/2019

30:22,24 31:25
34:24 36:15,21,23
37:5,23 38:1,12
55:25,25 57:18
60:5 74:18,24 75:5
75:7,12 76:11
79:14,17,19,24
80:7,7,16,17 81:2
81:8 82:17 83:7
84:15 85:8,17
86:14 87:2
**OEMs'** 81:5
**offer** 60:2
**offered** 87:17
**offering** 81:11 87:15
109:4
**offers** 101:5
**office** 8:9 28:19 29:1
**oh** 70:10 77:23 93:8
**Ohio** 54:15
**okay** 6:21 11:1
26:23 32:15 40:17
57:20 75:8 78:12
78:12 79:5 81:15
93:9 95:25
**old** 11:13,15 21:18
29:11
**older** 8:21
**once** 17:8 69:16 71:5
86:23 88:3
**one-time** 35:21 36:8
**ones** 10:7 11:24
13:11 17:13,18
28:4 37:12 44:13
79:23 102:20
103:17 109:10
**ongoing** 30:21 104:5
**open** 19:18 52:13
81:21 83:10 87:14
90:17,21 96:14
98:1
**opens** 20:6
**operate** 9:13 15:2
16:4 28:14
**operating** 23:21
24:6
**opinion** 47:11 64:6

64:11
**opportunity** 74:16
99:23 105:11
**opposed** 66:9 68:14
**oppressive** 64:10
**order** 4:4 34:9 57:21
60:24
**orderly** 34:10 59:17
**organization** 29:7
69:20,21 72:23
96:23 99:4 106:19
**original** 7:1 49:6
**originally** 8:24
82:16
**outcome** 110:12
**outline** 54:17
**outlook** 69:7
**outlooks** 67:3
**outside** 46:22 47:8
72:1
**overhead** 69:4 70:7
**overlooked** 98:24
**overnight** 39:21,22
89:8
**owned** 53:15
**owner** 25:11
**owns** 30:22 55:10
94:21

――――――――
**P**
**P** 4:1
**P.A** 2:15
**p.m** 109:21
**pace** 28:15
**package** 8:16 20:5
21:8 26:4 35:18
**packages** 9:3 12:10
12:13 17:8 19:15
19:17,18 29:10
**page** 3:3,7 19:4 41:2
42:1,2,9 48:9
51:22 54:20 67:24
76:24,25 78:6,23
79:13,14 85:14
90:16 94:1,2 98:3
98:22,24 100:7
101:25 102:9,10

103:25 107:15
**pages** 19:4
**paid** 20:1 43:19
**painful** 32:25
**paint** 26:3
**paperwork** 25:24
26:15
**paragraph** 48:14
53:1 77:1 78:21,22
79:1,12,15 80:11
84:15,16,18 85:13
85:14,16 86:9
87:10 97:25 98:8
98:23 99:1 101:3
101:17 104:16
**paragraphs** 76:25
**parenthetical** 99:2
**park** 106:25
**parse** 62:14
**part** 5:24 7:13 9:23
10:1,3 11:5 21:10
21:22,22 22:13,19
35:12 36:21,21,23
38:4 52:5 53:10
55:5 58:12 61:5
62:3 64:17 65:15
70:19 76:11 77:12
78:23 79:25 80:2,4
81:20 82:7,21
84:23 85:14 87:24
91:10 97:12 98:7
98:16,19 104:18
**partially** 58:22
**participate** 91:7
95:1,5
**particular** 9:18
41:19 54:24 70:11
71:4 76:14 83:17
97:7 105:2
**particularly** 15:23
43:18 70:10,16
**parties** 42:5 48:18
64:16 70:1 71:22
85:15 86:14 88:12
101:7 104:1,2
110:8,11
**parts** 7:10,12 8:15

9:3,8 14:17 21:19
21:19,20,24 22:7
22:16,20,22,24
**party** 42:6,24,25
44:20 46:12 47:15
55:19 59:22 60:14
72:4,11 74:21
102:25 105:11
**party's** 44:2
**pass** 96:20
**password** 42:6,15
43:11,13,14,15
45:4 46:21,23 47:7
63:25 72:22
**passwords** 43:10,17
43:24 72:22 109:6
**patent** 94:21
**patience** 74:13
**pay** 19:25 31:19,20
35:9 36:11 60:20
60:25 108:22
**paying** 100:21
**payment** 21:9 26:9
26:24 27:2,24 28:1
28:3 35:10 36:8
**payments** 32:22
36:6
**payroll** 14:19
102:22,23,24
**pays** 31:21
**pending** 6:17
**penetration** 13:24
**Pennsylvania** 1:14
2:8,17 4:6
**Penske** 13:7 28:16
28:17 29:25
**people** 16:18 18:9
26:11 27:3,11 28:2
37:25 39:12 46:22
48:1 51:10 57:10
57:19 67:2,3 68:25
69:17 70:5 72:19
73:20 76:12 78:17
84:3 95:4 96:20
99:19 104:6
106:18 107:11
108:23

**percent** 11:16,19
16:4 19:7 54:1,5,5
73:24
**percentage** 19:8
54:3
**perception** 43:2
**percolate** 70:9
**perfection** 71:21
**perfectly** 6:21
109:12
**performance** 71:7
**period** 11:9 43:23
51:20 53:12 54:1
60:12 63:2,17,17
63:18,22 64:24
67:11 68:18 74:17
75:17 76:16 87:5
89:2 92:7,11 93:17
94:15 99:14
107:11 109:3
**permissible** 56:24
**permission** 57:4,6
**permissioned** 44:22
**permit** 56:15
**permitted** 42:14
**permitting** 57:1
**person** 12:21 18:10
68:14 72:5,8,16
94:11 96:3 102:21
**personal** 18:11
52:20 55:3,3 66:3
66:7,13,17,22
**personally** 41:7
107:12
**personnel** 38:25
39:21 45:24
**perspective** 38:22
93:23
**peruse** 47:2
**pervasive** 69:2
**Peter** 41:11
**phase** 89:20
**phenomena** 25:12
**phone** 59:5 104:11
**phrase** 23:14 53:23
54:8 94:3 108:11
**phrased** 98:5

Brockman

CDK Global & Reynolds and Reynolds

9/18/2019

**physical** 12:21
  13:11
**physically** 7:14 18:8
**picking** 52:6
**pickup** 25:16
**pictures** 22:16 69:10
  69:11
**piece** 22:24 60:22
**pieces** 31:2 78:10
  81:15
**pile** 58:3
**pipeline** 82:23
**pipes** 49:17,18 50:13
**pitch** 82:7,21
**place** 12:17,17 20:18
  25:19 27:10 30:17
  36:16 54:17 68:24
  75:23 86:15 107:3
**places** 19:1
**plan** 19:25 89:16,18
**planning** 30:20 41:7
**play** 105:4
**players** 11:11
**playing** 80:5
**Please** 73:23
**pleases** 17:19
**plug** 77:20
**plus** 48:16
**pocket** 44:23 57:17
**pockets** 53:11
**point** 6:14 26:8 33:2
  34:20 41:17 53:7
  55:2,23 61:21
  71:16,17 73:5
  75:16 79:19 86:6
  88:11,15 96:8,22
  96:23 98:14 101:4
  101:10 104:15
  106:3
**pointing** 4:17 50:21
**points** 3:10,14 77:10
  104:22
**policy** 39:4 64:15
  67:12
**poor** 13:23 72:13
**pop** 72:6
**position** 6:24 37:7

37:15 42:13 46:18
  54:25 74:5 77:6
  81:12 91:20,25
  92:2,4 97:4 108:9
**positioned** 25:9
**possible** 21:25 44:24
**possibly** 99:22
**post** 55:11
**posted** 45:12,16
**potential** 44:15 46:2
  46:14 49:25,25
  64:23 66:19
**potholes** 26:6
**POWER** 48:16
**powerful** 25:6
**practices** 38:25
**predominantly**
  53:14
**prefer** 82:19
**preference** 44:9
**preferred** 44:6 47:4
**preliminaries** 6:5
**prepackaged** 8:11
**prepare** 21:19
**prepared** 19:12
  57:21 80:14,15
**preplanned** 8:11
**present** 2:23 26:21
**presented** 56:4
**president** 39:17
  41:11 66:25 68:2
**press** 15:21 24:5
  52:11
**pressure** 34:12
**presumably** 86:16
  105:11
**presume** 75:2 78:16
  79:2,8
**presumed** 104:8
**pretty** 46:11 54:13
  68:13 71:18 93:22
  95:16,17 101:2
  103:1,3 104:8
**prevalent** 54:11
**previous** 87:24
  96:10
**previously** 60:3

102:6
**price** 52:3,24 82:13
**prices** 22:3,5 82:12
**pricing** 22:1,2 52:22
  52:22
**primarily** 85:16
**principal** 58:12
**print** 15:25 42:12
  83:25
**prior** 23:11 33:8
  35:8 38:13 40:1
  63:2 97:3,22 104:6
**private** 13:8 14:1
  67:5
**probably** 9:8,9
  11:12,16,19 13:20
  17:2 19:1 20:16
  21:17,24 25:22
  29:12 30:10 31:23
  34:14 37:17 38:19
  45:6 54:5 62:21
  68:3,23,24 95:7,12
  106:25 107:21
  108:21
**problem** 6:5 9:1
  26:8 34:19 45:24
  91:6 103:22
**problems** 103:21
**procedure** 6:3 20:12
**proceed** 4:7 85:2
**proceeding** 4:3 6:22
  84:24
**proceedings** 6:6
  109:21 110:5,9
**process** 19:6,11
  24:12,15 26:12
  27:12 36:16 47:17
  49:6,10 64:18
  71:25 79:5 81:3,20
  86:13 92:21,23
  95:15 96:17,18
  104:7 105:1,2,3
**processes** 87:24
  93:19,20
**produce** 14:4 17:7
  60:24
**product** 12:1,19

14:4 18:24 20:15
  21:4 24:18 25:1,6
  25:9 36:9 37:15,20
  39:14 60:17,25
  61:11,25 62:10
  89:7,24 90:10
  101:4,8 108:19
**production** 30:20
**products** 25:13
  36:10 60:15
  100:16
**professed** 92:17
**profit** 14:2 23:23
  27:15 29:20 43:20
  43:21 49:15
**profitability** 16:23
**profitable** 12:9,25
  16:3
**profitably** 15:3
**program** 80:18 82:3
  84:17,19 85:6,20
  88:24 89:17 90:6
  90:12
**programmer** 37:7
  93:9
**programmers** 37:11
  37:24 38:8,10
  39:10 47:4 94:25
  95:2,6,16 103:4
**programming** 34:22
  36:24 37:21 38:5
  38:10 39:8,12
  91:13 93:15 95:3
**programs** 86:14
  87:14,14,23
**progress** 13:6 71:20
  107:6
**project** 83:10 84:6
  85:1 86:22
**promise/threat**
  58:19
**prompt** 32:23
**properly** 20:5 29:5
  45:5,15
**proposal** 100:24
  101:1
**proposed** 48:20

**proprietary** 15:5
  21:11
**prospect** 14:13
  18:18 25:15 33:9
**prospects** 29:18
**prosper** 39:15
**protected** 84:17,19
  85:6,20 86:13
  87:13,23 88:24
**protection** 26:3
  47:13
**protective** 87:14
**protocols** 42:4
**prove** 81:25
**proved** 81:25
**provide** 15:2,18
  30:25 59:22 61:1
  79:23 80:14,15
  82:8 89:21 101:8
**provided** 33:15 52:1
  91:21
**provider** 11:6 33:19
  45:19 73:2 84:11
  91:21 92:15
  108:16
**providers** 16:15
  108:7,15 109:7
**provides** 15:8
**providing** 48:17
**provision** 87:18,19
  88:19,21 97:8,18
**provisions** 95:10
**public** 13:6 17:20
  66:22 99:15
  110:18
**publication** 46:7
**publicly** 63:23 66:10
  67:1
**publish** 14:7 33:12
**published** 24:1
**puddle** 19:17
**pull** 46:13 52:12
  59:20 77:20
**purchased** 39:24
**purely** 90:10
**purpose** 41:9 90:9
**pursuant** 1:18

pursue 96:6
pursuing 51:14
push 15:24
pushed 23:17
pushy 27:4
put 10:8 22:9 26:11
  28:3 39:6,11,20
  58:19 62:25 68:18
  68:21 71:25 72:24
  89:16 93:8 97:4
putting 36:11 71:10

**Q**

quadrupled 39:21
qualified 31:12
qualify 42:21
quality 14:4
quantify 65:8
quarter 95:7
question 6:7,8,10,17
  6:17 41:1 48:13
  51:3,4,5,20 67:23
  98:5,7 99:11,13
  108:13 109:1
questioned 96:24
questions 5:8 6:19
  42:3 61:19 67:22
  107:2
quickly 27:11
quit 11:14
quite 33:16 38:13
  39:2 41:20 45:4,14
  45:22 49:4 60:21
  63:23 87:25 94:11
  105:12 107:8
quote 25:20 72:12

**R**

R 4:1
R&R 73:24 86:10
  87:14,14
race 24:19 31:25
ran 7:21
range 54:6
rapport 18:11
rat 24:19
rate 21:9 96:1

rational 74:16
RCI 36:19,21,23
  37:5,25 38:11
  47:14 50:8 53:1
  55:21 60:9,14 61:1
  63:1 76:11 80:8,18
  81:4 82:9,16 83:7
  86:4 87:3 88:7
  89:9 93:19
reach 75:3
reached 88:13
reaction 74:3,5
read 4:8 6:21 42:12
  78:23 79:15 87:11
reading 74:1 83:16
  103:7 107:19
reads 51:23 80:13
  90:17 102:1
ready 82:6
real 8:25 13:6 69:20
reality 71:13 93:24
realized 98:23
really 10:21 12:1
  16:11 21:8,18,18
  25:25 34:15 41:17
  41:20 46:25 59:17
  63:25 64:9 67:6
  68:13 71:1,23
  72:12 74:20 75:23
  77:13,18,21 81:23
  87:19 91:6 95:4
  98:11 99:18,22,22
  108:24
realtime 16:9
reason 10:18 65:5
  97:5
reasons 74:8
recalculated 26:10
recalculates 26:24
  27:2
recall 27:19 41:22
  51:16 55:25 76:14
  76:17 77:7,11
  87:18 88:23 97:14
  98:15 99:10 102:8
reception 25:22
recess 40:5 63:13

85:10
recognize 7:5 56:8
recognized 25:6
recollection 83:17
  102:3
recommendations
  41:15 90:19
reconditioning 8:23
record 4:9,18 5:10
  7:15 32:3 40:7,21
  68:10 78:4,24
  79:15 87:11 97:21
  97:24 98:13,20
  108:4 109:18
records 47:15 70:20
  94:12
redistribute 60:16
reduced 21:23 110:6
refer 8:5 17:3 30:5
  56:11 71:19
reference 36:19
  51:25 52:15 66:21
  84:17 93:1 98:23
  104:1 107:16
referenced 79:1
  104:17
references 79:14
referred 8:1 66:6
  85:21 89:15
referring 14:16
  78:15 93:11
  102:14
refers 88:8
reflect 97:21
refresh 27:24 28:1
  102:3
refreshes 83:17
refused 94:25
regard 42:4 73:18
  102:4
regarding 71:8
region 43:14 68:3
regulated 23:5
related 52:17 97:17
  110:7
relates 99:17
relationship 30:4

37:21 92:22
  106:21
relative 110:10
relaxed 77:3,5
release 102:11
relevant 55:16
relief 77:18
remains 52:7
remember 11:22,23
  26:12 33:6 38:6
  83:12 95:23 97:9
  104:22
remind 6:11
remote 52:18 58:16
render 50:1
rephrase 6:20
replicate 17:25
replied 68:14
reply 3:9 59:3
report 15:13 17:7
  64:7 83:4
reported 1:25 83:25
  107:17,17,21,21
REPORTER 110:1
reporting 9:17
  15:13,17
reports 62:13,14
  83:5 95:17
represent 4:22 5:7
  88:2
representation
  107:25
representations
  106:6,9
represented 4:14
  10:22 83:3
reprogram 33:17
reps 17:23
request 76:5 107:18
requested 48:23
requests 38:11
require 89:5
required 66:7 87:13
  87:22
requirements 47:1
  78:11,15
requires 80:2 91:3

resale 101:7
resell 46:13
reselling 53:17
resolution 106:4
resources 14:19
responding 50:18
response 48:4 63:21
  66:19,21
responsible 44:12
  67:6 72:20,21
  73:24 89:4
rest 36:9 39:7 103:2
restating 78:12
result 20:21 50:21
resulting 75:19
results 93:14
resume 109:19
returned 22:21
revenue 52:4
revenues 39:21
reverse 61:4,8,24
  89:2,12,15,16,20
  100:16,17
reviewed 83:15
Reviewing 76:22
  100:2
Rewey 39:17
REYCID0042299
  73:14
REYCID0203876
  67:18
REYCID0263974
  100:1
REYCID0568116
  40:24
REYCID0719798
  51:19
Reynolds 1:7,7 2:14
  2:14 4:23,23 5:3,3
  5:5,5 10:11 11:3
  11:12,13,14,14
  12:6 13:1,3 14:22
  15:6,8 17:24 18:23
  20:12 21:4,5,11,14
  21:15 22:23 23:7
  24:13 25:3 26:18
  30:1,8 32:10 33:2

CDK Global & Reynolds and Reynolds                                      9/18/2019

33:3,10,24 34:4,7
34:24 35:10,16,17
36:20,22 40:2,3,19
41:9 43:9,12 44:15
44:16 46:8,10
47:10 48:13,14,19
50:7 52:19 53:10
53:25 55:20 61:5
61:21 63:19,23
64:14,15,25 65:2
67:19 68:19,21
75:20 77:2,2,5,5
79:22 80:2,12,13
80:15 81:9 83:1
85:4,24 86:20 88:6
88:8,9,24 89:16
90:5 91:19 92:10
92:13,16,19 93:12
93:12,14 94:15,23
94:25 99:7,14
100:16 101:5,18
101:21 102:4,22
104:18 105:21
109:3
**Reynolds'** 21:6 25:9
30:4 58:16 78:14
81:1 91:25 92:2
108:8
**Richter** 2:16
**right** 10:9 11:9
29:13 31:23 53:3
54:17 58:11 59:24
84:14,14 89:12
92:21 97:19
103:19 109:13,17
**right-now** 16:12
**rights** 46:12 57:7
**ripples** 85:2
**risk** 61:4,8,24 89:2
89:12,15,16,20
100:16,17
**ROBERT** 1:21 5:16
**robustly** 99:20
**role** 80:5
**Ron** 106:17 107:20
**rooftop** 14:21 17:19
**rooftops** 13:14,23

14:6,10 17:17 65:1
**room** 7:3,22 26:14
**row** 4:18
**RPR** 1:25 110:17
**rude** 46:1
**rug** 59:20
**rule** 6:15
**rules** 4:8 101:14
**run** 89:24 90:10
**running** 89:7
**runs** 89:20
**rust** 8:25,25 26:3

--- **S** ---

**S** 4:1
**s/Deborah** 110:16
**sad** 96:15
**safari** 10:14
**safeguards** 42:18
**salable** 25:6
**salary** 62:20
**sale** 19:2,6 22:20
25:13,14 30:17
49:10 55:11
**sales** 8:8 14:3,10
16:5,6,13 17:23
23:23 25:2 26:22
39:18 52:6 64:17
68:2 82:21
**salesman** 7:19 16:17
18:14,15
**salesmen** 18:4,5
27:5
**salespeople** 16:16
**salesperson** 25:17
**Salt** 11:6
**sat** 48:24
**satisfactory** 93:14
99:6 109:12
**Saturday** 16:5 22:12
**savings** 29:2
**saw** 66:17
**saying** 46:20 63:23
63:25 64:4,14
78:11,12,18 92:13
103:8
**says** 22:13,17 48:14

50:9,20 55:20
56:12 67:25 78:25
96:6,25 102:10
**scale** 12:23
**Schaefer** 76:7,8,15
77:9 78:17 79:4,5
83:8,14 84:2 88:18
88:20,22 94:2,5,9
94:10 95:14 96:2
97:7,11 98:6,15
99:6 104:5 107:3,4
107:14,22,25
108:1
**Schaefer's** 76:10
**schedule** 6:2
**school** 18:8 94:12
**Scott** 2:24 5:2 95:22
**scramble** 34:12
**screen** 15:25 17:8
18:23 20:17,18
21:7 23:13,17 24:8
49:17,22 69:8
**screens** 71:9 72:9
95:16
**screwed** 93:9
**seamlessly** 20:13
**seat** 45:1
**second** 25:25 40:16
73:23 76:24 79:13
84:18 85:13 102:9
**second-to-last** 54:20
103:25
**Secondarily** 52:21
**Secondary** 51:23
**seconds** 50:2
**secret** 55:13
**secure** 70:14
**security** 41:14,19,21
42:3 43:8,18,22
45:7 46:8,10,18,19
51:24 52:16,20
55:6 63:20 65:7
66:3,7 67:13 69:4
69:6 70:12,19
71:10,21,21,22
73:8,9 74:19 75:12
75:13 84:22 85:4,7

88:14 92:14 99:17
101:19,22 102:11
102:14,16,18
103:1,9,16 108:9
108:12,14 109:4
**sedan** 10:6
**see** 8:21 12:12,22
15:16,24 24:22
28:2 52:9 55:11,14
57:5 65:16 69:6
72:3 85:3 86:5,25
89:14,22 96:15
100:11 102:12,23
**seek** 46:18 47:2
**seen** 8:1 28:5 36:19
52:7 61:17 78:1
**segment** 71:2
**segments** 16:22
**sell** 8:22 13:12 14:4
16:17 17:17 23:4
24:21 26:1,4 29:20
39:19 64:13
**selling** 7:8 49:15
60:15 81:20
101:21 108:24
**sells** 13:18,21
**sending** 93:5
**sends** 35:13
**sense** 43:5,6 46:7,16
51:25 53:21 58:25
67:4,6 105:3 109:2
**sensible** 47:12
**sensitive** 18:9 52:23
55:2 75:15 96:11
96:17
**sent** 21:2 31:16 48:3
48:5,11 51:13
75:18 96:5
**sentence** 51:23
52:15 55:20 73:22
73:23 78:23,24
79:16 80:10 87:11
90:17 102:10
**separate** 36:13
**September** 1:11 4:5
7:5 76:7,14 77:13
**series** 67:18 73:14

76:19 83:24 107:1
**serious** 77:14,17
78:2 105:24
**Serra** 69:20,21
70:10,23
**serve** 14:22 15:10
25:10
**service** 8:9 14:18
22:10 50:4 52:1
55:11 59:23 60:3
80:14,15 81:11
**services** 7:8,25 37:9
40:10 48:10,14,17
**Services'** 39:14
**servicing** 17:10
**set** 39:5 51:21 88:3
**setting** 86:13 106:21
**settle** 25:18
**settled** 58:1
**seven** 104:25
**severe** 22:9
**share** 11:18 17:16
17:17 64:25
**shared** 55:1
**shares** 11:10
**sharpest** 25:5
**she'll** 6:10
**Sheppard** 1:13 2:16
4:6,22,25
**shift** 30:2 34:4
**ship** 16:10 29:13
32:11
**shipped** 36:4
**shipping** 31:11
**shop** 52:3
**shopping** 49:11,17
49:22
**shops** 49:13
**shoulders** 72:9
**show** 21:7 40:22
73:12 76:13
**showed** 83:13
**showing** 17:8
**shut** 106:5
**shutting** 106:7
**side** 24:9,9 26:20
89:9 106:22,23

CDK Global & Reynolds and Reynolds                    9/18/2019

107:11
**side-by-side** 15:12
  23:13
**sigh** 77:18
**sign** 20:9 35:16
  56:24
**signatures** 28:25
**signed** 19:14 20:23
  20:24
**significant** 29:2 45:2
  68:23 70:19 79:9
  101:10
**signs** 56:20
**silence** 107:11
**similar** 36:16 88:9
**simple** 102:20 103:2
  106:2
**simpler** 29:7
**simplest** 30:10
**simplify** 86:12
**simply** 17:25 70:5
  80:20 97:21
**simultaneously** 24:9
**single** 43:11
**single-point** 13:20
**sir** 31:17,17
**SIS** 54:13,16
**sit** 5:23 53:21,24
  87:5 103:4
**sites** 74:9
**situation** 32:18
  35:15 53:4 56:5,6
  56:10,12,19 57:20
  60:8 70:13 72:3
  73:25 74:23 76:15
  77:19 80:21,25
  93:4,12 94:8 96:15
  103:15 109:12
**situations** 34:16
  72:14 86:17
**size** 17:18 31:22
  104:8
**skill** 39:5 56:1
**slash** 51:21 53:3
  101:16,24
**slate** 27:21
**slide-outs** 7:13

**slightly** 109:1
**slower** 28:15
**small** 8:19 11:6,25
  12:8,10 13:17,19
  35:5 42:12 49:20
  108:17,19,24
**smaller** 11:22 12:19
  12:22,24 13:16
  14:8 17:24 20:13
  21:16 28:14 35:1,3
  38:6 83:24
**smooth** 80:11
**smoothly** 93:23
**Socrates** 63:12
**software** 8:5,11,11
  9:2 12:9,13 14:14
  14:15,17 15:5,7,8
  15:21 28:10,12
  30:24 31:22 37:24
  38:22 39:1 45:23
  46:12 47:1 50:1
  57:7,7 58:10,11,12
  60:22 62:13 67:15
  68:16 80:20
**sold** 7:13,15,19
  14:21 21:22,24
  26:2 35:22
**sole** 90:9
**somebody** 13:21
  46:13 57:14,15
  70:23 72:8 80:25
  81:10 91:1 96:13
**somewhat** 43:11
**son** 26:12
**soon** 28:23
**sophisticated**
  108:25
**sorry** 27:19 41:22
  51:16 69:5 76:17
  77:7 86:21 88:23
  93:8 99:8,9 102:8
**sort** 12:13 13:15
  35:24 48:1 55:5
  71:12,13 78:5
  102:5 107:5 109:6
**source** 19:24 29:23
  82:18

**sources** 29:6 49:19
  49:24 50:13,14
**speaking** 63:15
  98:25 101:20
**speaks** 101:25
**spec** 34:15,17,19,21
  47:5
**special** 72:20 80:17
  95:10
**specialist** 72:17
**specialized** 9:13
  41:23
**specialty** 7:10 26:4
**specific** 23:19 52:24
  55:21 57:8 64:2
  73:5
**specifically** 60:11
  76:17 77:7 81:12
  83:11,19 94:7
  97:14 102:17
**specifications** 33:13
  33:18
**specifies** 31:8
**specs** 34:8
**spend** 6:4
**spending** 28:17
**spent** 95:7
**spoke** 98:6
**Sports** 13:8
**spun** 66:25
**squeezed** 22:8
**stages** 9:6
**stalling** 105:5,6
**stand** 9:16 12:11
  59:17,25 74:16
  84:23 94:13
**standalone** 36:2
**standard** 21:8 35:12
  36:17 91:19 92:10
  92:14,17
**standards** 90:18,20
  90:24 91:1,5,10,12
  91:16 97:18 98:2,9
  98:14
**standing** 85:1
**standpoint** 10:21
  19:6 29:3 33:22,24

33:25 36:24 37:20
  55:7 61:13 64:8
  70:15 71:8,18 73:6
  91:14 106:4
  108:17,18
**stands** 9:17 36:20
**start** 22:15 25:7
  32:20 69:15,16
  93:5 105:12
**started** 7:3 8:7,7,23
  38:3,18 45:20
  86:22 91:8 95:5
  96:16 104:16
**starting** 52:24
**starts** 94:2
**state** 43:14 71:21
  94:12
**statement** 23:22,25
  24:7 46:19
**statements** 14:7
**states** 68:3,3 77:2
  97:25 101:17
**status** 72:20 102:21
**stay** 35:4 79:10 80:4
**steady** 65:3
**stenotype** 110:5
**step** 47:12
**Steve** 66:23 75:24
  77:25 107:10,23
**stop** 6:8,11 52:19
  65:23 80:6 81:3
**stopped** 75:16 92:18
**stopping** 6:14
**story** 51:2 88:5
**straight** 45:25 57:12
  62:23 82:3
**straightened** 74:23
**straightforward**
  103:2
**strategies** 72:15
**strategy** 47:13
**streamline** 86:12
**stretch** 20:2
**strong** 26:20 28:20
  109:5
**stronger** 46:19
**strongest** 79:7

**structured** 90:1
**struggle** 15:20
**stuff** 8:22 16:12,18
  16:20,21 26:1
  31:15 33:15 45:18
  57:2 74:15 93:6,7
  94:20 109:16
**stumbling** 102:6
**stylus** 20:20 26:23
**subject** 48:25 51:9
  58:5 59:10,12 62:7
  68:8 75:6
**subjects** 84:4 96:7
  106:13,17 107:9
**submission** 48:23
**subparagraphs**
  100:8
**subsequent** 57:25
**substance** 59:15
  94:5
**substantial** 44:10
**successful** 13:3 18:5
  18:13 49:5 50:4,11
**such-and-such**
  22:14
**sucked** 59:22 62:12
**sucking** 53:17
**suffer** 32:20
**suggested** 46:9
**suggestion** 90:23
**suit** 33:3
**Suite** 2:18
**sum** 60:21
**superior** 17:1 18:25
  64:18
**supervise** 39:11
**supervision** 110:6
**supervisors** 39:9
**supplier** 31:13
  39:22
**support** 60:18
**supposed** 65:20
  84:25 105:22
**supposedly** 94:16
**sure** 11:2 13:22
  19:20 36:6 48:22
  49:4 54:18 68:13

CDK Global & Reynolds and Reynolds                                    9/18/2019

73:6 76:12 79:2
83:9,10 87:25
88:11 98:13
107:13
**surprised** 81:23
92:6
**suspect** 81:10
**switch** 59:1,13 74:14
**switching** 82:2
**sworn** 5:18
**symbols** 69:18
**system** 7:14,18,18
8:5,15 9:12 10:2
12:4 15:22 18:16
21:10,19 22:22,24
22:25 23:7,10 25:5
27:18,23 29:16
37:1 57:2 58:16
59:14 71:19 72:21
75:10 78:19 89:13
89:20,24 90:1,10
95:1,8,20,21
102:22,23,24
**systems** 4:23 7:11
24:21 43:8 48:16
52:19 53:14,16
56:2 58:11 62:1
64:13 72:17 77:17
79:10 89:4 93:6
100:10,19,22
108:25

**T**

**take** 6:12,16,18 16:6
19:18 27:1,10 28:4
30:3 32:7,10 36:3
36:16 39:5 40:23
41:5 42:2 43:22
47:20,22 51:17
61:6 67:16,17 71:6
73:13 76:18,23
79:21 83:1 85:5
86:15 91:19 99:24
99:25
**taken** 25:21 26:11
40:5 63:13 85:10
101:17 110:5,9

**takes** 12:15 20:3,18
25:19 29:22
**talented** 94:11
**talk** 6:10 17:3,5 30:3
45:18 75:25 76:6
87:21 88:18 97:11
100:25 104:12
106:16
**talked** 58:13 59:11
66:2 83:11 92:12
95:13 98:8,15
103:20 107:13
108:9
**talking** 3:10,14
16:13 18:20 44:15
49:1 50:15 52:18
52:21 53:8 54:21
65:7 84:16 104:16
104:22 106:14
107:7,22 108:6,8
**talks** 25:17 54:24
55:18 79:15 80:11
**target** 16:5 50:8
**teach** 16:16,20,20
16:21 18:24 25:10
34:20
**teaching** 16:25
17:22 18:13 41:20
**team** 36:24 37:23
38:4,7 39:12
**technical** 80:22
**technique** 71:4
**technological** 71:17
**technology** 48:15
71:12 86:9,15,19
87:7,12,22 103:20
**technology-based**
86:11
**teenage** 8:20
**telephone** 100:4
104:23
**tell** 10:4,11,24 32:4
61:23 70:4 93:9
**telling** 73:21 74:12
**ten** 20:7 49:23
**ten-year** 106:25
**tend** 67:2

**term** 54:7
**terminal** 72:5
**terms** 10:10 16:25
25:1,8 46:8 57:9
65:1 100:13
**terrified** 10:20
**test** 34:11
**testified** 5:18
**testimony** 1:19
97:17,20,22
**text** 42:8
**thank** 4:11 5:6,22
40:21 50:16 98:18
**theirs** 100:20
**thing** 12:14 13:22
17:3 22:17 28:24
39:20 46:15 49:16
58:1 67:14 75:14
**thingamabob** 22:15
**things** 8:12,20 14:1
16:2,24 22:8 27:20
27:21,22 28:3,4
32:1 33:9 41:24
42:22 43:2 47:13
49:11 50:10 60:10
62:2,11 63:9 66:9
67:7 70:13 72:2
82:2 83:20 89:23
91:2 95:14,20
96:24 97:2
**think** 8:1 14:8 16:10
19:3 23:12,18
30:23 31:2 33:5
35:5 42:16 45:6
48:25 50:9,9 51:8
52:17 53:12 57:24
60:6 66:8,15 68:4
69:23 74:20 75:15
76:4 78:9,9 82:10
85:21 90:2,23,25
94:22 96:22 98:18
107:20 108:11
**thinking** 37:4 92:25
**thinks** 25:24
**thinly** 16:3
**third** 42:4,6,24,25
44:2,20 46:12

47:15 48:13,17
55:19 59:22 60:14
64:15 69:15 70:1
71:22 72:4,11
74:21 78:6 85:15
86:14 88:12 101:7
101:16,24 102:25
104:1,2
**third-party** 53:22
55:24 63:24 88:1
91:21 92:3 109:5
**thoroughly** 71:18
**thought** 10:19,20
22:9 38:15 46:24
89:23 91:5,16 97:7
97:10,10,16
105:24
**thousand** 49:19
62:22
**thousands** 43:12
**threat** 58:23 59:12
**threaten** 105:18
**threatened** 65:23
105:15
**threats** 107:5
**three** 24:11 38:7
49:23 76:25
**threshold** 48:24
**thrives** 52:7
**throughput** 71:7
**throw** 69:16
**tidbit** 26:19
**tidy** 60:21
**tied** 70:20
**tiger** 10:17,22
**tight** 61:13 73:9
**tightened** 43:3,5
**tightly** 36:1
**time** 6:4 8:23 11:3,9
11:9,18,21 12:5,16
17:15 18:3,13,18
19:7,23 22:20
24:24 26:11 34:10
37:14 38:9 40:1
41:12,17 51:20
53:12,18 54:1 60:1
60:12 61:21 63:2

63:10,17,17,17,22
64:24 65:16 67:11
68:18,21,24 69:2
69:13,14,16 71:2,5
71:16 74:17 75:17
76:16 81:4,13 86:6
87:5 89:3 91:25
92:2,7,11 94:15
96:13 99:13,13
100:18 103:4
104:15 109:3
**times** 4:9 20:7 22:18
22:19 26:21 57:18
62:19,19 75:1
**tired** 39:19
**tires** 26:5,7
**title** 31:24 68:8
**today** 4:14,24 5:8,25
6:1,13 7:2 9:7,10
9:11 53:21,24 87:6
90:14 106:14
108:6 109:19
**told** 43:2
**tomorrow** 5:9,25
6:1,13 109:19
**tools** 15:2 86:11
**top** 7:2 42:9 51:21
67:24 73:22,23
76:25 78:22
**topic** 83:9
**topics** 59:14
**total** 14:10 60:23
**totally** 59:10 64:7
70:14
**touches** 32:14
**tougher** 105:14
**town** 12:10 26:5
**Toyota** 19:10 34:14
**track** 7:12
**Trade** 1:1 2:3,7 4:7
5:7,14 45:21
**tradeoff** 70:15
**traditional** 27:16
**trail** 14:5 43:9
**training** 8:8
**transaction** 19:2
20:18 27:10 28:18

28:23 29:5,22
49:21
**transfer** 35:9 44:2,7
**transferred** 88:4,7
**transition** 80:12
  84:17 87:2,8,20
  89:8 93:17,20,23
**transitioned** 89:7
**transitioning** 83:7
**translates** 91:1
**transmitted** 30:13
**transparent** 56:19
**transposed** 93:6
**traps** 81:24,25
**travel** 12:15
**trays** 7:12
**tree** 105:23
**tremendously** 29:7
**trick** 93:3,21
**tricks** 92:22 93:1,10
**tried** 9:19 12:6
  48:25
**tries** 25:17
**tripled** 39:21
**truck** 10:5 25:17
**true** 21:18 23:22
  51:24,25 52:1,4,5
  52:6,16
**truly** 13:20
**trust** 96:16 99:19
**try** 50:11 97:24
**trying** 36:2 57:12
  64:13 72:7
**tubs** 7:12
**Tuesday** 68:7
**turn** 7:17 42:1 84:23
**turnaround** 19:23
**turndown** 84:25
  85:1
**turned** 43:1 79:4
  92:18 96:2
**TV** 52:9
**twisted** 43:9
**two** 8:13 9:6,8 33:16
  35:6 38:7 49:23
  53:14 54:20 61:20
  70:25 71:11 73:7

102:12 103:15
104:24
**type** 22:11 23:1,3
  36:22 55:8,15 67:2
**types** 19:13 22:10
  54:23
**typewriter** 19:12
**typewriting** 110:6
**typical** 16:1 19:22
  25:13 32:25 52:23
  67:1 105:10
**typically** 9:24 19:12
  25:21 71:25

— U —

**UCS** 8:2 9:18 11:3
  12:6 33:2 39:24
  40:15,18 47:10
**ultimately** 43:14
  44:24 45:10 52:7
  58:13 72:25 89:15
  90:5,13 92:4,6
  95:8
**Um-hum** 40:20 80:9
**unable** 50:14 57:5
**unattended** 52:18
  58:16
**underneath** 96:10
**understand** 6:1,20
  11:2 43:17 44:5
  47:3 53:18 57:22
  68:17 73:23 75:7
  75:12 81:12 85:3
  89:14,25 95:6 98:7
  102:19 103:1,4
  105:1
**understanding** 32:4
  33:1 47:25 48:5,11
  51:19 63:1,22 64:6
  73:16 77:4 79:18
  79:20 80:24 84:19
  85:15,19,22 86:25
  87:16 96:19 97:22
  100:3 108:2
**understood** 13:23
  107:17 109:9
**undertaking** 87:4

**unfettered** 57:2
**Unfortunately** 74:2
**unintentionally**
  72:18
**uninterrupted** 84:7
**unions** 8:12
**unique** 23:19 109:3
**uniquely** 25:9
**units** 55:10
**Universal** 4:22 7:25
**University** 94:13
**unknown** 45:6
**unnecessary** 98:19
**unrelated** 59:10
**unsurprisingly**
  101:1
**unthinkable** 36:5
  90:4
**update** 15:22
**updates** 29:16
**upset** 105:25
**usage** 109:5
**use** 7:11,17 12:9
  21:5 28:21 29:1
  34:4 36:2 53:23
  54:7,10 55:18,19
  57:14,15 60:17
  73:19 74:18 82:24
  89:19 101:9
  104:18
**useful** 41:24
**user** 22:4 42:5 63:25
  109:6
**users** 61:11 68:25
  69:4,6 70:6,7 71:2
  88:2

— V —

**valid** 56:9
**valuable** 41:20
  70:21 96:3
**variance** 44:4
**variants** 91:11
**varies** 30:16 31:22
**various** 11:11 16:22
**varying** 24:17
**vehicle** 19:3 25:14

30:17,18,19 49:10
52:11,24 55:9,9
66:9
**vehicles** 13:18
**vendors** 42:14 43:24
  73:18
**venture** 48:12,21
  49:3 50:3,6,11,12
  50:17 51:6,9,15
**verify** 102:20
**version** 7:20 8:15
**versus** 57:14 73:9
**vice** 39:17 68:2
**video** 20:17,18
**videos** 26:22
**Vietnam** 72:8
**view** 67:11 100:20
  108:11,11
**viewed** 43:15
**vigilant** 109:5
**VIN** 32:8
**vis-à-vis** 63:19
**visual** 26:22

— W —

**wait** 6:7 25:22 29:10
  40:16 70:24
**wake** 10:17 105:19
**wall** 78:1
**want** 6:20 14:14
  20:10 22:17 23:24
  24:2 25:16,19
  27:12,22,22 30:2
  30:17,18 31:10,15
  39:19 43:18 47:5
  52:5,11 54:19
  55:10 56:13,16
  62:3,5 65:10,11,11
  67:12,15 70:22
  77:19,21 79:7,9
  82:23 84:8,8,8
  90:2 91:9,10 99:21
  100:10 101:4
  105:7,25 109:16
**wanted** 11:1 48:8
  62:15 67:14 73:19
  77:10 90:21 94:9,9

97:21 100:8 106:2
**wants** 24:3,4 36:12
  59:21 71:1 79:22
  79:23 80:17 84:6
  106:2
**warranties** 26:2
**warranty** 32:24
**washing** 8:24
**Washington** 1:15
  2:9,19 5:23
**wasn't** 12:2 50:4
  63:25 87:19 107:6
  107:10
**watching** 72:9
**waves** 70:22
**waxing** 8:24
**way** 8:6 18:13 24:24
  27:16 29:11 30:10
  36:25 37:3 44:4
  47:4,10,11 59:24
  59:25 60:19 65:8
  68:15 71:23 72:13
  72:13 78:19 81:3
  84:1 86:1 88:15
  101:6 102:5
  103:10 105:12
  109:2,13,13,14,15
  95:3
**ways** 32:21 88:13
  95:3
**we'll** 4:18 5:24,25
  36:17 40:7 54:10
  58:3 62:6 71:25
  72:18 79:21 82:22
  86:25 109:19
**We're** 76:13
**we've** 4:8 13:5 16:6
  40:22 50:15 51:18
  61:17 65:6 72:2
  73:12 92:11 99:25
**weak** 108:17
**website** 66:11
**websites** 55:14
**Wednesday** 1:11 4:4
**weeds** 98:11
**week** 16:7,8 29:12
**weekly** 16:10
**weep** 28:20

**Wehr** 1:25 110:4,16
  110:17
**weighed** 96:21
**Welch** 41:11
**went** 8:7,19,20
  26:13 33:3 45:15
  62:2 90:6 91:17
  93:23
**west** 68:5
**wheels** 26:5,7
**wide** 15:13 20:17
**widespread** 43:25
  72:25
**wife** 7:4 10:24
**Williams** 2:6 5:13
  5:13
**wind** 60:7 75:21
**window** 12:12
**wishes** 37:18
**withdraw** 95:9
**witness** 5:17 47:22
  95:25
**woke** 10:15
**won** 39:20 54:15
**word** 37:3
**work** 8:7 9:25 24:20
  28:11 33:14 38:1
  78:3 79:7 80:20,22
  85:20 87:1,8 88:14
  91:2 95:20 102:19
  105:12,20 107:12
**worked** 7:7 37:13
  60:19 61:18
  102:12 106:22,22
  107:13
**working** 20:3 29:21
  50:16 79:20 88:5
  104:3
**Workman** 47:23
  106:16,17,20,24
  107:16,20,24
**works** 16:21 17:4
  18:21 19:22 27:21
  37:23 39:7 49:9
  68:13 72:17 84:1
  108:19
**world** 24:19 46:16

84:1
**worldwide** 39:18
**worry** 52:25 89:11
**worse** 20:11 34:13
**worst** 22:11 34:13
**worth** 103:15
**worthwhile** 50:21
**wouldn't** 14:24
  32:21 56:23 85:7
  95:4
**wrapped** 46:14
**Wright** 94:12
**writes** 78:5
**writing** 47:5 78:17
  94:9
**written** 37:8 39:10
  47:2 77:8 78:9
**wrong** 20:7 32:5
  34:21 44:19,21
  53:4,9 56:8 57:20
  69:24 80:25 85:4
  86:24 97:16,18,20
  103:8 109:14,15
**wrongly** 101:17

**X**

**X** 3:1

**Y**

**yeah** 27:8 28:14
  30:7,10 36:14
  40:13 58:18,24
  69:11 70:10 77:23
  80:9 84:13 91:9
  96:8 101:6 105:17
**year** 10:4,4 13:12
  51:1 62:20,22
  77:15
**yearly** 33:16
**years** 7:4,7 8:20
  11:15 23:9 32:16
  33:16 37:8 38:3
  40:14,17,18 95:18
  100:11,14,21
  104:9,17
**young** 62:11,21 89:3

**Z**

**0**

**1**

**1** 8:15 15:14 80:11
  84:15
**1-1/2** 16:4
**1:00** 6:1,1
**1:02** 109:21
**10** 8:8 12:22 39:12
  68:3
**100** 2:18
**1151** 3:13 76:18,19
  78:6 83:13 85:13
  93:25
**1151-002** 76:24
  78:22 79:13 90:17
**1151-003** 98:25
**12** 19:23 62:20 68:3
**12K** 7:21
**13** 68:7
**15** 12:22 39:12
  59:11,15
**150** 11:15 28:16
**17** 10:1
**171-0056** 1:5
**18** 1:11
**180** 92:18
**18th** 4:5
**19** 42:10
**1966** 8:8
**1970** 7:4
**1972** 40:4,11,12,13
**1975** 23:10 99:20
**1992** 37:9 40:16
**1st** 7:5 35:18

**2**

**2** 13:6 15:15 16:4
  77:1 78:23
**20** 12:22 40:17
  100:11,14,21
  104:9,17
**200** 27:15
**20006** 1:15 2:19
**2006** 40:3

**2012** 51:20 63:17
**2012/2013** 54:1
  64:24 67:11
**2012/2013/2014**
  109:3
**2013** 68:8 71:16
  75:17 76:8,14
  83:15 92:11 99:13
**2013-2015** 63:2
**2015** 99:13
**2019** 1:11
**202** 2:10,20
**20580** 2:9
**2099** 1:14 2:17 4:6
**2250** 3:9 47:21,21
  50:7,18
**2250-003** 48:9
**24** 20:2
**25** 12:22 14:20

**3**

**3** 11:20 15:15 86:9
**30** 11:19 14:20 19:4
  20:16 38:3
**32-inch** 20:17
**326-3695** 2:10
**35** 11:19 19:4
**350** 60:20 62:19
  90:14
**3PA** 61:6,10,15,22
  62:3,17 89:10,17
  89:19 90:6,12
  104:18 105:1
**3PA's** 100:19

**4**

**4** 87:10
**4-1/2** 20:16
**40** 3:8 11:16
**400** 13:21
**400,000** 45:25
**4004** 3:12 73:13,13
**4035** 3:14 99:25
  100:1 107:15
**4035-002** 102:9
**4043** 3:10 51:18,18
  54:19 57:21 63:15

65:17
**40s** 11:17
**4468** 3:8 40:22,23
  46:6
**4468-007** 42:2
**45** 25:23 59:7
**4515** 3:11 67:17,18
**47** 3:9
**49** 7:4

**5**

**5** 3:4
**50** 13:18 54:5
**51** 3:10

**6**

**6** 39:12
**600** 2:8
**60s** 38:19
**67** 3:11

**7**

**73** 3:12
**747-1958** 2:20
**75** 54:5
**76** 3:13

**8**

**8** 39:12
**800** 60:21 62:19
  89:8

**9**

**9:00** 4:5 109:19
**9:05** 1:18
**90-plus** 19:6
**99** 3:14