| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-0009 |
|---|---|---|---|
| | United States of America | | |
| | *versus* | | |
| | Robert T. Brockman | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Conor G. Maloney, Associate<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113<br>(202) 879-3450 ext. 4.3450; cmaloney@jonesday.com<br>District of Columbia Bar #1632584; Pennsylvania Bar # 324393<br>District of Columbia and Pennsylvania |
|---|---|

| Name of party applicant seeks to appear for: | Robert T. Brockman |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/29/2021 | Signed: /s/ Conor Maloney |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

**Order**   **This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
United States District Judge