United States District Court
Southern District of Texas
**ENTERED**
January 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-0009 |
|---|---|---|---|

United States of America

*versus*

Robert T. Brockman

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Conor G. Maloney, Associate<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113<br>(202) 879-3450 ext. 4.3450; cmaloney@jonesday.com<br>District of Columbia Bar #1632584; Pennsylvania Bar # 324393<br>District of Columbia and Pennsylvania |

| Name of party applicant seeks to appear for: | Robert T. Brockman |
|---|---|

Has applicant been sanctioned by any bar association or court?    Yes _____    No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/29/2021 | Signed: | /s/ Conor Maloney |
|---|---|---|

The state bar reports that the applicant's status is: **active**

Dated: January 29, 2021    Clerk's signature *[signature]*

### Order

This lawyer is admitted *pro hac vice*.

Dated: January 29, 2021

*/s/ George C. Hanks Jr.*
United States District Judge