1

1              UNITED STATES DISTRICT COURT

2             SOUTHERN DISTRICT OF TEXAS

3                    —   —   —

   THE HONORABLE GEORGE C. HANKS, JR., JUDGE PRESIDING

4  ───────────────────────────────────────────────────

UNITED STATES OF AMERICA,     No. 4:21-000009-1

5

             Plaintiff,

6

vs.

7

ROBERT T. BROCKMAN,

8

           Defendant.

9  ───────────────────────────────────────────────────

              STATUS CONFERENCE

10

    OFFICIAL REPORTER'S TRANSCRIPT OF PROCEEDINGS

11

             Houston, Texas

12

            January 22, 2021

13  ──────────────────────────────────────────────────

14 APPEARANCES:

15 For the Plaintiff:    Corey Smith, Esq.
                     Eric Powers, Esq.

16

17 For the Defendant:    Jason Varnado, Esq.

18

19 Reported by:       Nichole Forrest, RDR, CRR, CRC
                     Official Court Reporter.

20                      United States District Court.
                     Southern District of Texas

21                      nichole_forrest@txs.uscourts.gov

22

Proceedings recorded by mechanical stenography.

23 Transcript produced by Reporter on computer.

24

25

| | | |
|---|---|---|
| | 1 | PROCEEDINGS |

09:36:26
09:36:28

3    (The following proceedings held in open court.)

4         (Proceedings held via Zoom.)

5

12:18:49
12:18:49    6                    *   *   *

12:18:49    7         THE COURT:  Great.  Welcome, everyone.

12:18:51    8  I apologize for the delay.  I'm in the middle of a

12:18:54    9  bench trial on another Zoom trial and it just went a

12:18:57   10  little long this afternoon before the break.

12:19:00   11         I have reviewed the materials in this

12:19:02   12  case that have been submitted by the parties.  And

12:19:04   13  the first thing I wanted to talk to you is just

12:19:07   14  about how this case is going to proceed; sort of a

12:19:10   15  plan for going forward.

12:19:17   16         I did read the transcript of the

12:19:19   17  hearing that you had before Judge Edison, and the

12:19:22   18  issues that you wanted to raise with me on possibly

12:19:26   19  a competency hearing and other things.

12:19:28   20         So let me start with the government

12:19:30   21  exactly.  Have you talked to defense counsel about a

12:19:34   22  comprehensive plan for moving forward?

12:19:38   23         MR. SMITH:  Yes, Your Honor, we have.

12:19:40   24  We've been conferring.  The government -- this is

12:19:43   25  edited from the pleadings.  The government agrees

| | | |
|---|---|---|
| 12:19:45 | 1 | that a competency hearing is appropriate here.  We |
| 12:19:47 | 2 | don't object.  We do have some issues on discovery. |
| 12:19:49 | 3 | But we can address that at another time. |
| 12:19:52 | 4 | So there has been almost no discovery |
| 12:19:56 | 5 | of medical records to prepare for the competency |
| 12:19:58 | 6 | hearing. |
| 12:19:59 | 7 | So we do have a proposal.  The |
| 12:20:02 | 8 | government plans on issuing some subpoenas, probably |
| 12:20:04 | 9 | next week to obtain some of the defendant's medical |
| 12:20:07 | 10 | records.  We anticipate filing a motion. |
| 12:20:09 | 11 | We would ask the Court to ask that |
| 12:20:12 | 12 | those -- order those records be produced in 30 days. |
| 12:20:15 | 13 | We're probably going to need another 30 days for our |
| 12:20:18 | 14 | experts to evaluate those, write reports, exchange |
| 12:20:21 | 15 | those reports. |
| 12:20:22 | 16 | So in short, we're talking about at |
| 12:20:24 | 17 | least 90 days before we can actually have a |
| 12:20:27 | 18 | competency hearing.  And we're probably -- just to |
| 12:20:33 | 19 | be on the safe side, we're talking about sometime in |
| 12:20:36 | 20 | June for a competency hearing. |
| 12:20:38 | 21 | Of course, we would ask that the time |
| 12:20:39 | 22 | between now and that competency hearing be excluded |
| 12:20:44 | 23 | under the Speedy Trial Act, which, of course, then |
| 12:20:46 | 24 | would push the trial back quite a bit. |
| 12:20:50 | 25 | THE COURT:  Okay. |

| | | |
|---|---|---|
| 12:20:52 | 1 | One quick thing.  Ms. Clair, is the |
| 12:20:52 | 2 | court reporter on? |
| 12:20:52 | 3 | CASE MANAGER:  Yes.  You have Nichole |
| 12:21:01 | 4 | Forrest. |
| 12:21:01 | 5 | THE COURT:  Oh, okay.  Great.  I just |
| 12:21:01 | 6 | wanted to make sure.  I'm sorry, Ms. Forrest.  I |
| 12:21:02 | 7 | wanted to make that you'd switched back from the |
| 12:21:04 | 8 | trial. |
| 12:21:04 | 9 | THE COURT REPORTER:  Yes, Your Honor.  I |
| 12:21:12 | 10 | apologize, Your Honor. |
| 12:21:12 | 11 | THE COURT:  Not a problem. |
| 12:21:13 | 12 | I'm sorry, Mr. Smith.  You can go |
| 12:21:14 | 13 | ahead.  I just wanted to make sure we're on the |
| 12:21:17 | 14 | record. |
| 12:21:19 | 15 | MR. SMITH:  Sure, Your Honor.  No |
| 12:21:19 | 16 | problem.  So in -- counsel, as I said, we've |
| 12:21:22 | 17 | conferred.  We have some discovery that needs to be |
| 12:21:25 | 18 | done.  The government is going to be seeking to have |
| 12:21:28 | 19 | our experts evaluate Mr. Brockman, which is going to |
| 12:21:31 | 20 | take some time.  They're going to need some time to |
| 12:21:33 | 21 | evaluate Mr. Brockman's medical records, minimum of |
| 12:21:38 | 22 | 90 days just to get to that point. |
| 12:21:40 | 23 | We were looking at a possible |
| 12:21:43 | 24 | competency hearing sometime in June, which, of |
| 12:21:46 | 25 | course, we would have to push the trial date until |

```
12:21:48    1    after that time.

12:21:53    2                    MR. VARNADO:  Your Honor, again, this is

12:21:54    3    Jason Varnado for Mr. Brockman.  I just wanted to

12:21:57    4    respond a little bit to Mr. Smith.

12:21:59    5                    That's absolutely correct.  We've been

12:21:59    6    trying to work cooperatively with the government to

12:22:02    7    sort of come up with a process of protocol for the

12:22:04    8    competency hearing now that the government has

12:22:07    9    agreed that a hearing is appropriate.

12:22:08   10                    And assuming the Court agrees also, we

12:22:10   11    would prepare an order in this matter as opposed to

12:22:14   12    the one that was attached to the motion in the

12:22:17   13    Northern District of California, you know, that that

12:22:17   14    sets that forth; that the Court agrees and is

12:22:20   15    ordering that a competency hearing take place.

12:22:22   16                    Also, I wanted to put on the record,

12:22:24   17    that the government has agreed that the evaluation

12:22:28   18    that would take place to lead up to that competency

12:22:30   19    hearing of Mr. Brockman is going to be a

12:22:32   20    non-custodial evaluation.

12:22:34   21                    And they've agreed to that so that

12:22:36   22    their expert would come to Mr. Brockman's location

12:22:38   23    and conduct that examination there, as opposed to

12:22:40   24    any sort of custodial setting.  I wanted to make

12:22:43   25    sure that was clear for the Court and get that
```

12:22:44   1   agreement on the record.

12:22:48   2           THE COURT:  Great.  Will you be able to

12:22:51   3   provide a -- an order for the Court that's signed

12:22:56   4   setting out the timetables that you would like the

12:22:59   5   Court to input?

12:23:01   6           If you could do that -- maybe let's

12:23:03   7   say by -- today is Friday -- by next Friday to have

12:23:06   8   that timetable in place?

12:23:09   9           And then with respect to the medical

12:23:13   10   records, have you guys talked about, you know, where

12:23:14   11   those records are, how difficult it's going to be to

12:23:17   12   produce them.

12:23:22   13           MR. VARNADO:  So --

12:23:22   14           THE COURT:  Oh, I'm sorry.

12:23:23   15           MR. VARNADO:  I apologize, Judge.  I'm

12:23:25   16   sorry, I think I interrupted you.  We have had those

12:23:29   17   conversations.  The awkwardness of the video, I

12:23:29   18   apologize.

12:23:31   19           So Mr. Smith had mentioned that

12:23:34   20   there's been almost no discovery.  But attached to

12:23:36   21   the actual motion for the competency hearing are a

12:23:38   22   number of reports that contain, you know, medical

12:23:41   23   records and evaluations and things of that nature.

12:23:43   24           So there -- they do have that

12:23:45   25   information, which in many competency hearings or

context they're far ahead of where they normally

would be.

We've talked to the government about

their desire to subpoena medical records.  And we do

not intend to impede their ability and their desire

to get relevant medical records pertaining to Mr.

Brockman's and that bear on his present health

condition that render him unable to assist in his

own defense.

We have heard from the government that

they're interested in sort of every doctor that's

ever examined Mr. Brockman, unbounded at the time.

And that's not going to work.

We're trying to figure out which of

these proposed subpoenas and parameters we can agree

to.  And hopefully we don't have to bother the Court

with those.  And it will be an unopposed motion.

But there may be some that -- where

the government is asking for more than we think that

there is required or appropriate for this particular

proceeding.  And that that may be something that is

decided in a contested motion.

But to your question about schedule,

we absolutely should be able to set forth, and I

think we have agreed upon the general parameters of

12:24:43  1    what needs to take place.  And could easily get that

12:24:46  2    on file for the Court to sign in short order, just

12:24:49  3    setting out the dates, leading up to a competency

12:24:51  4    hearing.

12:24:53  5              THE COURT:  Great.  If you could do that

12:24:54  6    by next Friday, that would be helpful.

12:24:56  7              And then if there is an agreement

12:25:00  8    on -- if there is an agreement on the production of

12:25:05  9    medical records, include that.  If there isn't,

12:25:07  10   request another hearing.  And then we'll have a

12:25:10  11   hearing on what -- you know, what needs to be done

12:25:13  12   about the medical records.

12:25:18  13             MR. SMITH:  So the status of where we

12:25:20  14   are on obtaining medical records is we're preparing

12:25:22  15   to file a motion.  There is an area where there is

12:25:27  16   an agreement.  And there is an area where there is

12:25:28  17   not an agreement.

12:25:29  18             In the area where there is not an

12:25:31  19   agreement we are preparing a motion we hope to file

12:25:34  20   on Monday outlining those issues.  And maybe perhaps

12:25:39  21   the Court may want to set that up for a hearing.  We

12:25:42  22   can orally go into those.  I'm sure the Court

12:25:44  23   doesn't want to go into them now.

12:25:47  24             THE COURT:  No.  I like to get the

12:25:49  25   motion filed.  Give the other side a chance to

12:25:51  1   respond.  And then we'll set a hearing.

12:25:54  2           MR. SMITH:  Absolutely.  We should have

12:25:55  3   our motion filed first thing next week.

12:25:58  4           THE COURT:  If you could get it filed by

12:26:00  5   next Wednesday, that way I'll have that on the

12:26:03  6   record.

12:26:04  7           I'm just writing all this down.  And

12:26:05  8   making deadlines so my case manager will know when

12:26:10  9   to expect things so that I'll know when to check up

12:26:13  10  on.  So...

12:26:15  11          MR. SMITH:  Very good, Your Honor.

12:26:16  12          THE COURT:  Let's any motions for

12:26:18  13  medical records by Wednesday.  If you give me by

12:26:22  14  next Friday, a schedule going forward, that would be

12:26:26  15  great.

12:26:27  16          Then also, my understanding was the

12:26:28  17  parties are going to file a stipulation regarding

12:26:32  18  excludable delay.  Has that been done or --

12:26:38  19          MR. VARNADO:  Judge, we presently have

12:26:39  20  delay excluded and agreed upon through, I believe,

12:26:41  21  what is currently set as a trial date in May.  But

12:26:46  22  competency is one of those motions that by

12:26:48  23  excludable under speedy trial.

12:26:52  24          So we'll work with the government to

12:26:53  25  get whatever we need on file to ensure that we have

| | |
|---|---|
| 12:26:56 | 1 |
| 12:26:59 | 2 |
| 12:27:01 | 3 |
| 12:27:03 | 4 |
| 12:27:04 | 5 |
| 12:27:06 | 6 |
| 12:27:08 | 7 |
| 12:27:10 | 8 |
| 12:27:13 | 9 |
| 12:27:17 | 10 |
| 12:27:20 | 11 |
| 12:27:23 | 12 |
| 12:27:29 | 13 |
| 12:27:30 | 14 |
| 12:27:33 | 15 |
| 12:27:35 | 16 |
| 12:27:39 | 17 |
| 12:27:42 | 18 |
| 12:27:42 | 19 |
| 12:27:45 | 20 |
| 12:27:46 | 21 |
| 12:27:47 | 22 |
| 12:27:49 | 23 |
| 12:27:51 | 24 |
| 12:27:53 | 25 |

excludable delay and it's well documented, and if it's okay with Your Honor up to and through the time that a competency hearing is set.  And, you know, may even go beyond.

Whatever is easiest for the Court and the government, we're happy to accommodate.

THE COURT:  Okay.  If you could, because I thought that there was some issue that the time for excludable delay might expire today.  I wasn't sure about that.

So is that not correct?  I just wasn't sure.  I had seen something from my -- from my law clerk on that issue.  I just wanted to make sure there was no problem.

MR. VARNADO:  Judge, no, in your order on document number -- Docket No. 17, January 15, you entered an excludable delay order that runs from January 15 through May 3rd of 2021.

THE COURT:  Okay.  Perfect.

MR. VARNADO:  Pursuant to that, I think we're covered for the short term.

THE COURT:  Okay.  Great.

Okay then.  Is there anything else we need to talk about?  Once we get that schedule in place, the motions filed, we can move forward.

| | | |
|--|--|--|
| 12:27:56 | 1 | Anything else that is going on? |
| 12:27:58 | 2 | One other thing.  Just for the record, |
| 12:28:00 | 3 | I wanted to note, is that Mr. Brockman on the line? |
| 12:28:06 | 4 | MR. VARNADO:  Mr. Brockman is on |
| 12:28:08 | 5 | by video.  There are so many people on.  I would |
| 12:28:08 | 6 | have to scroll over to see. |
| 12:28:11 | 7 | But, yes, it says Robert Brockman. |
| 12:28:12 | 8 | That is Mr. Brockman, Your Honor. |
| 12:28:13 | 9 | THE COURT:  Great.  I just wanted to |
| 12:28:15 | 10 | make sure that the record reflected that he is |
| 12:28:17 | 11 | present at the hearing. |
| 12:28:19 | 12 | MR. VARNADO:  Great.  Thank you. |
| 12:28:20 | 13 | THE COURT:  Is there anything else we |
| 12:28:21 | 14 | need to talk about this afternoon? |
| 12:28:24 | 15 | MR. SMITH:  Not from the prosecution |
| 12:28:26 | 16 | team for the government, Your Honor. |
| 12:28:27 | 17 | THE COURT:  Mr. Varnado? |
| 12:28:29 | 18 | MR. VARNADO:  Well, I'm waiting for |
| 12:28:31 | 19 | Mr. Powers who seems to be eagerly about to say |
| 12:28:33 | 20 | something.  And since he's made an appearance here |
| 12:28:34 | 21 | on behalf of the taint team I may -- it is |
| 12:28:37 | 22 | appropriate to let him go first. |
| 12:28:39 | 23 | But we certainly are going to have |
| 12:28:41 | 24 | something to say with respect to his remarks. |
| 12:28:43 | 25 | THE COURT:  Okay.  Mr. Powers. |

12:28:43  1                  MR. POWERS:  Your Honor, we would defer

12:28:46  2      to the defense as to whatever they'd like to raise.

12:28:51  3                  We're here as our motion reflects in a

12:28:55  4      limited appearance capacity; simply to represent the

12:28:59  5      U.S. filter team in this matter to assist the Court

12:29:03  6      with the review of the search warrant.

12:29:04  7                  So with that, I defer to Mr. Varnado.

12:29:05  8                  MR. VARNADO:  Well, then I will go ahead

12:29:09  9      and raise it, Judge.  And, again, I know that the

12:29:11  10     Court prefers to have things on motions filed.  And

12:29:15  11     it may be that we end up needing to file a motion to

12:29:18  12     compel.

12:29:19  13                 But if -- with the Court's indulgence

12:29:21  14     I could preview perhaps what the taint team's role

12:29:23  15     is here and where there is a potential dispute

12:29:25  16     between the parties, if that would be agreeable to

12:29:27  17     the Court?  It should not take too long.

12:29:30  18                 THE COURT:  Sure.  I don't want to get

12:29:33  19     too much into the merits of discussion.  Just give

12:29:35  20     me kind of 30,000-foot view, so I'll be prepared

12:29:39  21     when I get the motions.  Whatever I receive, I'll be

12:29:41  22     able to get on it pretty quickly.

12:29:44  23                 MR. VARNADO:  The high level of this,

12:29:45  24     Judge, is that the prosecution team ran search

12:29:52  25     warrants at the residence -- the home office and a

12:29:55   1   storage facility of Mr. Brockman's tax lawyer in

12:29:58   2   August of 2018.

12:30:01   3            Over a series of dates there was

12:30:04   4   eventually a filter team protocol that was entered

12:30:06   5   by Judge Johnson in January of 2019.  That set forth

12:30:10   6   the process by which the filter team should provide

12:30:15   7   the privilege holders documents such as Mr.

12:30:18   8   Brockman -- his document is in the possession of his

12:30:21   9   attorney -- so that Mr. Brockman could assert

12:30:23   10  privilege and could examine those materials.

12:30:27   11           In the Spring of 2019 and May of 2019,

12:30:29   12  we were assured that these documents would be

12:30:32   13  forthcoming soon.  We had some letter exchanges,

12:30:36   14  both in June of 2019, and in January of 2020.

12:30:41   15           We asked Mr. Powers for those

12:30:43   16  documents.  We still had not gotten the records

12:30:45   17  pursuant to Judge Johnson's protocol.  And we heard

12:30:45   18  nothing in response to either of those letters.  And

12:30:54   19  here we sit today and we still do not have those

12:30:56   20  documents.

12:30:58   21           I anticipate and the status report

12:31:00   22  that the government -- that the filter team filed

12:31:04   23  yesterday, which is Document No. 24, says that they

12:31:09   24  began reviewing the documents in 2019, so well over

12:31:12   25  a year ago, and believe they ran into a roadblock

12:31:15   1   due to a sealed matter in a different district.  In

12:31:19   2   the Northern District of the California there is a

12:31:20   3   separate search warrant that.  That matter is still

12:31:23   4   sealed.  So I'm limited in what I can say.

12:31:28   5           But I want to tee up for the Court

12:31:29   6   that we think that there has been an incredible

12:31:31   7   amount of delay, inexcusable delay of very important

12:31:33   8   documents belonging to Mr. Brockman and the custody

12:31:36   9   of his tax lawyer -- and this is a tax case -- that

12:31:39   10  essentially the taint team has elected to not do

12:31:43   11  anything to address this perceived conflict -- and

12:31:45   12  we will represent that I'm comfortable saying when

12:31:47   13  you see it you will not think it is a conflict --

12:31:51   14  for over 13 months.

12:31:52   15          So we're at the point where now

12:31:55   16  Mr. Brockman is indicted.  The filter team has had

12:31:58   17  these documents.  And the government has had these

12:32:00   18  documents for close to three years; two-and-a-half

12:32:03   19  years at least.

12:32:04   20          And we're going to need to break this

12:32:05   21  log jam.  And we don't think breaking the log jam is

12:32:08   22  anywhere as complicated as the filter team does.

12:32:10   23  They simply need to provide us with the records.

12:32:16   24          THE COURT:  Great overview.  Okay.

12:32:17   25  That's a great overview.  I guess I just need the

12:32:20   1   appropriate motion now.  There are motions that need

12:32:24   2   to be filed.  They can be filed and I will key them

12:32:26   3   up.  And we'll have oral argument and get to some

12:32:31   4   resolution so we can move forward.

12:32:34   5             MR. VARNADO:  If I could there is --

12:32:37   6   Mr. Powers, I'm sorry.  I didn't mean to cut you off

12:32:38   7   if you were going to say something.

12:32:40   8             MR. POWERS:  Well, Your Honor, I think

12:32:43   9   that it's clear that you would like to rule on the

12:32:47   10  motions, and we'll certainly respond to anything

12:32:50   11  that Mr. Brockman's counsel provides.

12:32:55   12            Just what we would simply very shortly

12:32:58   13  provide to the Court is the fact that there is what

12:33:03   14  the filter team views as a conflict between the

12:33:08   15  rulings of another District Court and the rulings in

12:33:12   16  the Southern District of Texas from Judge Johnson

12:33:15   17  that prevented us upon reviewing -- upon actually

12:33:19   18  obtaining the documents and having them culled by

12:33:24   19  our litigation services team which took several

12:33:26   20  weeks, not months.

12:33:28   21            That prevented us from actually

12:33:30   22  permissibly being able to review them.

12:33:34   23            THE COURT:  I'm sorry.  I don't mean to

12:33:35   24  interrupt.  But we're getting into the merits.  I

12:33:39   25  don't really need to hear that right now.  I need

12:33:40   1   to -- I want the parties to put it in writing and

12:33:44   2   paper.  Because it's great to, you know, to hear the

12:33:50   3   arguments, but it's kind of like, it's not really

12:33:51   4   helpful because I can't do anything about it without

12:33:53   5   pleadings before me.

12:33:53   6               MR. POWERS:  Very good, Your Honor.  We

12:33:53   7   can rely on our pleadings for sure.

12:34:00   8               THE COURT:  Okay.  So submit to me

12:34:00   9   whatever you need me to look at.  I'll get to it

12:34:04  10   quickly since I know this is top priority, and I

12:34:09  11   will get it resolved just as quickly as I can.

12:34:12  12               MR. VARNADO:  Judge, if I could raise

12:34:14  13   just one more issue.  I know you're in the middle --

12:34:15  14   this will not take time.  This is not something I

12:34:18  15   think requires briefing.

12:34:20  16               Obviously, Mr. Brockman -- we believe

12:34:22  17   this case is likely not to proceed to trial due to

12:34:25  18   Mr. Brockman's health condition.  But we have an

12:34:27  19   ethical obligation as attorneys to also begin to

12:34:30  20   prepare for trial in the event that we're

12:34:32  21   unsuccessful.

12:34:35  22               And the government has provided a vast

12:34:37  23   amount of discovery.  They've given us five million

12:34:40  24   pages of documents.  It's a big case.  There's a lot

12:34:43  25   of records.

12:34:43   1            But we've repeatedly asked questions

12:34:45   2   about *Brady* material.  And it -- gotten some sort of

12:34:49   3   unsatisfactory answers.

12:34:51   4            In particular, on a meet-and-confer on

12:34:53   5   December 10 of this last year, one of the

12:34:56   6   prosecutors from the Northern District, who is not

12:34:57   7   on this matter any more, you know, essentially

12:35:01   8   intonated he intended to hold back on *Brady* and

12:35:05   9   *Giglio* until the very end of the discovery process,

12:35:07  10   and that he didn't hand out such information

12:35:09  11   willy-nilly.  And that government witnesses weren't

12:35:11  12   expecting that information to be released so

12:35:14  13   quickly.

12:35:14  14            A couple of weeks later we got a

12:35:16  15   letter from Mr. Smith that set forth in a one

12:35:21  16   paragraph letter, that their primary cooperating

12:35:23  17   witness of it to mean, who the government has

12:35:26  18   immunized in exchange for his cooperation with

12:35:29  19   Mr. Brockman, has made statements that are clearly

12:35:31  20   *Brady* material that he did not believe, meaning Mr.

12:35:34  21   Timine, that he was engaged in tax evasion or money

12:35:36  22   laundering when we worked for Mr. Brockman.

12:35:38  23            THE COURT:  I don't mean to cut you off

12:35:40  24   again, but I think the quickest way to do this

12:35:44  25   efficiently is include a deadline for filing a

12:35:47  1  motion to produce that material as part of your

12:35:51  2  schedule with the Court.  That way everybody will

12:35:53  3  know when to expect it.  I'll know when to expect

12:35:55  4  it.  And then we'll move on from there.

12:35:55  5          MR. VARNADO:  I will certainly do that,

12:35:59  6  Your Honor.

12:35:59  7          THE COURT:  You got arguments to make

12:36:00  8  and I don't want to, you know, cut you off.  But

12:36:03  9  it's not really productive to talk about that right

12:36:05  10  now until I have the motions before me.  And then

12:36:08  11  both sides get an opportunity to respond.

12:36:12  12          MR. VARNADO:  Fair enough, Your Honor.

12:36:14  13  We'll make our *Brady* motion just so we can kindly

12:36:16  14  get that information.

12:36:16  15          Thank you very much.

12:36:17  16          THE COURT:  Not a problem.  And if you

12:36:18  17  could put that in your schedule, that you're going

12:36:21  18  to submit to the Court by next Friday, that is, give

12:36:23  19  me -- you don't -- obviously, if you're late or

12:36:26  20  whatever, that is not a problem.  But just --

12:36:29  21  because this is a criminal case.  But just submit to

12:36:30  22  me a date by which you plan to get that material to

12:36:34  23  me -- those motions to me.

12:36:36  24          If you can't, ask the Court for more

12:36:38  25  time.  Obviously, I'm going to give it to you.  This

12:36:41   1   is just more a place-marker so I'll know how the
12:36:44   2   case is proceeding and when to expect motions from
12:36:46   3   parties.
12:36:48   4                   If you need more time, don't hesitate
12:36:49   5   to ask, but we do need, in effect, a scheduling
12:36:53   6   order in place.
12:36:55   7                   MR. VARNADO:  Very good, Your Honor.
12:36:57   8                   THE COURT:  Great.
12:36:58   9                   Well, thank you all for being available.
12:37:00   10  I look forward to working with all of you in this
12:37:02   11  case.  And I look forward to your filings next week.
12:37:08   12                  Take care, everyone.  Y'all may be
13  excused.
14
15                   (Proceedings concluded.)
16
17
18
19
20
21
22
23
24
25

<u>TELEPHONIC OR VIDEO CONFERENCE CERTIFICATE</u>

I, Nichole Forrest, RDR, CRR, CRC,
certify that as an Official Court Reporter in the
United States District Court, Southern District of
Texas, I have transcribed the telephonic/video
conference hearing of the foregoing entitled case to
the best of my ability; that any indiscernible
designations are because of audio interference that
precluded me from understanding the words spoken;
and that the foregoing typewritten matter contains a
full, true and correct transcript of my
understanding of the aforesaid proceedings as
recorded to the best of my skill and ability.

/S/ Nichole Forrest
_____
Nichole Forrest, RDR, CRR, CRC
Official Court Reporter

## /

**/S** [1] - 20:19

## 1

**10** [1] - 17:5
**13** [1] - 14:14
**15** [2] - 10:16, 10:18
**17** [1] - 10:16

## 2

**2018** [1] - 13:2
**2019** [5] - 13:5, 13:11, 13:14, 13:24
**2020** [1] - 13:14
**2021** [2] - 1:12, 10:18
**22** [1] - 1:12
**24** [1] - 13:23

## 3

**30** [2] - 3:12, 3:13
**30,000-foot** [1] - 12:20
**3rd** [1] - 10:18

## 4

**4:21-000009-1** [1] - 1:4

## 9

**90** [2] - 3:17, 4:22

## A

**ability** [3] - 7:5, 20:9, 20:15
**able** [4] - 6:2, 7:24, 12:22, 15:22
**absolutely** [3] - 5:5, 7:24, 9:2
**accommodate** [1] - 10:6
**Act** [1] - 3:23
**actual** [1] - 6:21
**address** [2] - 3:3, 14:11
**aforesaid** [1] - 20:14
**afternoon** [2] - 2:10, 11:14
**ago** [1] - 13:25
**agree** [1] - 7:15
**agreeable** [1] - 12:16
**agreed** [5] - 5:9, 5:17, 5:21, 7:25, 9:20
**agreement** [6] - 6:1, 8:7, 8:8, 8:16, 8:17, 8:19
**agrees** [3] - 2:25, 5:10, 5:14
**ahead** [3] - 4:13, 7:1, 12:8

**almost** [2] - 3:4, 6:20
**AMERICA** [1] - 1:4
**amount** [2] - 14:7, 16:23
**answers** [1] - 17:3
**anticipate** [2] - 3:10, 13:21
**apologize** [4] - 2:8, 4:10, 6:15, 6:18
**appearance** [2] - 11:20, 12:4
**APPEARANCES** [1] - 1:14
**appropriate** [5] - 3:1, 5:9, 7:20, 11:22, 15:1
**area** [3] - 8:15, 8:16, 8:18
**argument** [1] - 15:3
**arguments** [2] - 16:3, 18:7
**assert** [1] - 13:9
**assist** [2] - 7:8, 12:5
**assuming** [1] - 5:10
**assured** [1] - 13:12
**attached** [2] - 5:12, 6:20
**attorney** [1] - 13:9
**attorneys** [1] - 16:19
**audio** [1] - 20:10
**August** [1] - 13:2
**available** [1] - 19:9
**awkwardness** [1] - 6:17

## B

**bear** [1] - 7:7
**began** [1] - 13:24
**begin** [1] - 16:19
**behalf** [1] - 11:21
**belonging** [1] - 14:8
**bench** [1] - 2:9
**best** [2] - 20:9, 20:15
**between** [3] - 3:22, 12:16, 15:14
**beyond** [1] - 10:4
**big** [1] - 16:24
**bit** [2] - 3:24, 5:4
**bother** [1] - 7:16
**Brady** [4] - 17:2, 17:8, 17:20, 18:13
**break** [2] - 2:10, 14:20
**breaking** [1] - 14:21
**briefing** [1] - 16:15
**BROCKMAN** [1] - 1:7
**Brockman** [14] - 4:19, 5:19, 7:12, 11:3, 11:4, 11:7, 11:8, 13:8, 13:9, 14:8, 14:16, 16:16, 17:19, 17:22
**brockman** [1] - 5:3
**Brockman's** [6] - 4:21, 5:22, 7:7, 13:1, 15:11, 16:18

## C

**California** [2] - 5:13, 14:2
**capacity** [1] - 12:4

**care** [1] - 19:12
**case** [10] - 2:12, 2:14, 9:8, 14:9, 16:17, 16:24, 18:21, 19:2, 19:11, 20:8
**CASE** [1] - 4:3
**certainly** [3] - 11:23, 15:10, 18:5
**CERTIFICATE** [1] - 20:1
**certify** [1] - 20:5
**chance** [1] - 8:25
**check** [1] - 9:9
**Clair** [1] - 4:1
**clear** [2] - 5:25, 15:9
**clearly** [1] - 17:19
**clerk** [1] - 10:13
**close** [1] - 14:18
**comfortable** [1] - 14:12
**compel** [1] - 12:12
**competency** [15] - 2:19, 3:1, 3:5, 3:18, 3:20, 3:22, 4:24, 5:8, 5:15, 5:18, 6:21, 6:25, 8:3, 9:22, 10:3
**complicated** [1] - 14:22
**comprehensive** [1] - 2:22
**computer** [1] - 1:23
**concluded** [1] - 19:15
**condition** [2] - 7:8, 16:18
**conduct** [1] - 5:23
**confer** [1] - 17:4
**conference** [1] - 20:8
**CONFERENCE** [2] - 1:9, 20:1
**conferred** [1] - 4:17
**conferring** [1] - 2:24
**conflict** [3] - 14:11, 14:13, 15:14
**contain** [1] - 6:22
**contains** [1] - 20:12
**contested** [1] - 7:22
**context** [1] - 7:1
**conversations** [1] - 6:17
**cooperating** [1] - 17:16
**cooperation** [1] - 17:18
**cooperatively** [1] - 5:6
**Corey** [1] - 1:15
**correct** [3] - 5:5, 10:11, 20:13
**counsel** [3] - 2:21, 4:16, 15:11
**couple** [1] - 17:14
**course** [3] - 3:21, 3:23, 4:25
**court** [2] - 2:3, 4:2
**COURT** [27] - 1:1, 2:7, 3:25, 4:5, 4:9, 4:11, 6:2, 6:14, 8:5, 8:24, 9:4, 9:12, 10:7, 10:19, 10:22, 11:9, 11:13, 11:17, 11:25, 12:18, 14:24, 15:23, 16:8, 17:23, 18:7, 18:16, 19:8
**Court** [25] - 1:19, 1:19, 3:11, 5:10, 5:14, 5:25, 6:3, 6:5, 7:16, 8:2, 8:21, 8:22, 10:5, 12:5, 12:10, 12:17, 14:5, 15:13,

15:15, 18:2, 18:18, 18:24, 20:5, 20:6, 20:21
**Court's** [1] - 12:13
**covered** [1] - 10:21
**CRC** [3] - 1:18, 20:4, 20:20
**criminal** [1] - 18:21
**CRR** [3] - 1:18, 20:4, 20:20
**culled** [1] - 15:18
**custodial** [2] - 5:20, 5:24
**custody** [1] - 14:8
**cut** [3] - 15:6, 17:23, 18:8

## D

**date** [3] - 4:25, 9:21, 18:22
**dates** [2] - 8:3, 13:3
**days** [4] - 3:12, 3:13, 3:17, 4:22
**deadline** [1] - 17:25
**deadlines** [1] - 9:8
**December** [1] - 17:5
**decided** [1] - 7:22
**Defendant** [2] - 1:8, 1:17
**defendant's** [1] - 3:9
**defense** [3] - 2:21, 7:9, 12:2
**defer** [2] - 12:1, 12:7
**delay** [8] - 2:8, 9:18, 9:20, 10:1, 10:9, 10:17, 14:7
**designations** [1] - 20:10
**desire** [2] - 7:4, 7:5
**different** [1] - 14:1
**difficult** [1] - 6:11
**discovery** [6] - 3:2, 3:4, 4:17, 6:20, 16:23, 17:9
**discussion** [1] - 12:19
**dispute** [1] - 12:15
**DISTRICT** [2] - 1:1, 1:2
**district** [1] - 14:1
**District** [9] - 1:19, 1:20, 5:13, 14:2, 15:15, 15:16, 17:6, 20:6
**Docket** [1] - 10:16
**doctor** [1] - 7:11
**Document** [1] - 13:23
**document** [2] - 10:16, 13:8
**documented** [1] - 10:1
**documents** [10] - 13:7, 13:12, 13:16, 13:20, 13:24, 14:8, 14:17, 14:18, 15:18, 16:24
**done** [3] - 4:18, 8:11, 9:18
**down** [1] - 9:7
**due** [2] - 14:1, 16:17

## E

**eagerly** [1] - 11:19
**easiest** [1] - 10:5
**easily** [1] - 8:1
**Edison** [1] - 2:17
**edited** [1] - 2:25

**effect** [1] - 19:5
**efficiently** [1] - 17:25
**either** [1] - 13:18
**elected** [1] - 14:10
**end** [2] - 12:11, 17:9
**engaged** [1] - 17:21
**ensure** [1] - 9:25
**entered** [2] - 10:17, 13:4
**entitled** [1] - 20:8
**Eric** [1] - 1:15
**Esq** [3] - 1:15, 1:15, 1:17
**essentially** [2] - 14:10, 17:7
**ethical** [1] - 16:19
**evaluate** [3] - 3:14, 4:19, 4:21
**evaluation** [2] - 5:17, 5:20
**evaluations** [1] - 6:23
**evasion** [1] - 17:21
**event** [1] - 16:20
**eventually** [1] - 13:4
**exactly** [1] - 2:21
**examination** [1] - 5:23
**examine** [1] - 13:10
**examined** [1] - 7:12
**exchange** [2] - 3:14, 17:18
**exchanges** [1] - 13:13
**excludable** [5] - 9:18, 9:23, 10:1, 10:9, 10:17
**excluded** [2] - 3:22, 9:20
**excused** [1] - 19:13
**expect** [4] - 9:9, 18:3, 19:2
**expecting** [1] - 17:12
**expert** [1] - 5:22
**experts** [2] - 3:14, 4:19
**expire** [1] - 10:9

## F

**facility** [1] - 13:1
**fact** [1] - 15:13
**fair** [1] - 18:12
**far** [1] - 7:1
**figure** [1] - 7:14
**file** [6] - 8:2, 8:15, 8:19, 9:17, 9:25, 12:11
**filed** [8] - 8:25, 9:3, 9:4, 10:25, 12:10, 13:22, 15:2
**filing** [2] - 3:10, 17:25
**filings** [1] - 19:11
**filter** [7] - 12:5, 13:4, 13:6, 13:22, 14:16, 14:22, 15:14
**first** [3] - 2:13, 9:3, 11:22
**five** [1] - 16:23
**following** [1] - 2:3
**foregoing** [2] - 20:8, 20:12
**forrest** [1] - 4:6
**Forrest** [5] - 1:18, 4:4, 20:4, 20:19, 20:20
**forth** [4] - 5:14, 7:24, 13:5, 17:15

**forthcoming** [1] - 13:13
**forward** [7] - 2:15, 2:22, 9:14, 10:25, 15:4, 19:10, 19:11
**Friday** [5] - 6:7, 8:6, 9:14, 18:18
**full** [1] - 20:13

## G

**general** [1] - 7:25
**GEORGE** [1] - 1:3
**Giglio** [1] - 17:9
**given** [1] - 16:23
**government** [19] - 2:20, 2:24, 2:25, 3:8, 4:18, 5:6, 5:8, 5:17, 7:3, 7:10, 7:19, 9:24, 10:6, 11:16, 13:22, 14:17, 16:22, 17:11, 17:17
**great** [12] - 2:7, 4:5, 6:2, 8:5, 9:15, 10:22, 11:9, 11:12, 14:24, 14:25, 16:2, 19:8
**guess** [1] - 14:25
**guys** [1] - 6:10

## H

**half** [1] - 14:18
**hand** [1] - 17:10
**HANKS** [1] - 1:3
**happy** [1] - 10:6
**health** [2] - 7:7, 16:18
**hear** [2] - 15:25, 16:2
**heard** [2] - 7:10, 13:17
**hearing** [21] - 2:17, 2:19, 3:1, 3:6, 3:18, 3:20, 3:22, 4:24, 5:8, 5:9, 5:15, 5:19, 6:21, 8:4, 8:10, 8:11, 8:21, 9:1, 10:3, 11:11, 20:8
**hearings** [1] - 6:25
**held** [2] - 2:3, 2:4
**helpful** [2] - 8:6, 16:4
**hesitate** [1] - 19:4
**high** [1] - 12:23
**hold** [1] - 17:8
**holders** [1] - 13:7
**home** [1] - 12:25
**Honor** [15] - 2:23, 4:9, 4:10, 4:15, 5:2, 9:11, 10:2, 11:8, 11:16, 12:1, 15:8, 16:6, 18:6, 18:12, 19:7
**HONORABLE** [1] - 1:3
**hope** [1] - 8:19
**hopefully** [1] - 7:16
**Houston** [1] - 1:11

## I

**immunized** [1] - 17:18
**impede** [1] - 7:5

**important** [1] - 14:7
**include** [2] - 8:9, 17:25
**incredible** [1] - 14:6
**indicted** [1] - 14:16
**indiscernible** [1] - 20:9
**indulgence** [1] - 12:13
**inexcusable** [1] - 14:7
**information** [4] - 6:25, 17:10, 17:12, 18:14
**input** [1] - 6:5
**intend** [1] - 7:5
**intended** [1] - 17:8
**interested** [1] - 7:11
**interference** [1] - 20:10
**interrupt** [1] - 15:24
**interrupted** [1] - 6:16
**intonated** [1] - 17:8
**issue** [3] - 10:8, 10:13, 16:13
**issues** [3] - 2:18, 3:2, 8:20
**issuing** [1] - 3:8

## J

**jam** [2] - 14:21
**January** [5] - 1:12, 10:16, 10:18, 13:5, 13:14
**Jason** [2] - 1:17, 5:3
**Johnson** [2] - 13:5, 15:16
**Johnson's** [1] - 13:17
**JR** [1] - 1:3
**judge** [3] - 9:19, 10:15, 16:12
**Judge** [7] - 2:17, 6:15, 12:9, 12:24, 13:5, 13:17, 15:16
**JUDGE** [1] - 1:3
**June** [3] - 3:20, 4:24, 13:14

## K

**key** [1] - 15:2
**kind** [2] - 12:20, 16:3
**kindly** [1] - 18:13

## L

**last** [1] - 17:5
**late** [1] - 18:19
**laundering** [1] - 17:22
**law** [1] - 10:12
**lawyer** [2] - 13:1, 14:9
**lead** [1] - 5:18
**leading** [1] - 8:3
**least** [2] - 3:17, 14:19
**letter** [3] - 13:13, 17:15, 17:16
**letters** [1] - 13:18
**level** [1] - 12:23
**likely** [1] - 16:17
**limited** [2] - 12:4, 14:4

**line** [1] - 11:3
**litigation** [1] - 15:19
**location** [1] - 5:22
**log** [2] - 14:21
**look** [3] - 16:9, 19:10, 19:11
**looking** [1] - 4:23

## M

**manager** [1] - 9:8
**MANAGER** [1] - 4:3
**marker** [1] - 19:1
**material** [4] - 17:2, 17:20, 18:1, 18:22
**materials** [2] - 2:11, 13:10
**matter** [6] - 5:11, 12:5, 14:1, 14:3, 17:7, 20:12
**mean** [4] - 15:6, 15:23, 17:17, 17:23
**meaning** [1] - 17:20
**mechanical** [1] - 1:22
**medical** [11] - 3:5, 3:9, 4:21, 6:9, 6:22, 7:4, 7:6, 8:9, 8:12, 8:14, 9:13
**meet** [1] - 17:4
**meet-and-confer** [1] - 17:4
**mentioned** [1] - 6:19
**merits** [2] - 12:19, 15:24
**middle** [2] - 2:8, 16:13
**might** [1] - 10:9
**million** [1] - 16:23
**minimum** [1] - 4:21
**Monday** [1] - 8:20
**money** [1] - 17:21
**months** [2] - 14:14, 15:20
**motion** [14] - 3:10, 5:12, 6:21, 7:17, 7:22, 8:15, 8:19, 8:25, 9:3, 12:3, 12:11, 15:1, 18:1, 18:13
**motions** [10] - 9:12, 9:22, 10:25, 12:10, 12:21, 15:1, 15:10, 18:10, 18:23, 19:2
**move** [3] - 10:25, 15:4, 18:4
**moving** [1] - 2:22
**MR** [25] - 2:23, 4:15, 5:2, 6:13, 6:15, 8:13, 9:2, 9:11, 9:19, 10:15, 10:20, 11:4, 11:12, 11:15, 11:18, 12:1, 12:8, 12:23, 15:5, 15:8, 16:6, 16:12, 18:5, 18:12, 19:7

## N

**nature** [1] - 6:23
**need** [14] - 3:13, 4:20, 9:25, 10:24, 11:14, 14:20, 14:23, 14:25, 15:1, 15:25, 16:9, 19:4, 19:5

**needing** [1] - 12:11
**needs** [3] - 4:17, 8:1, 8:11
**next** [8] - 3:9, 6:7, 8:6, 9:3, 9:5, 9:14, 18:18, 19:11
**Nichole** [5] - 1:18, 4:3, 20:4, 20:19, 20:20
**nichole_forrest@txs.**
**uscourts.gov** [1] - 1:20
**nilly** [1] - 17:11
**non** [1] - 5:20
**non-custodial** [1] - 5:20
**normally** [1] - 7:1
**Northern** [3] - 5:13, 14:2, 17:6
**note** [1] - 11:3
**nothing** [1] - 13:18
**number** [2] - 6:22, 10:16

## O

**object** [1] - 3:2
**obligation** [1] - 16:19
**obtain** [1] - 3:9
**obtaining** [2] - 8:14, 15:18
**obviously** [3] - 16:16, 18:19, 18:25
**OF** [3] - 1:2, 1:4, 1:10
**office** [1] - 12:25
**OFFICIAL** [1] - 1:10
**Official** [3] - 1:19, 20:5, 20:21
**once** [1] - 10:24
**one** [7] - 4:1, 5:12, 9:22, 11:2, 16:13, 17:5, 17:15
**open** [1] - 2:3
**opportunity** [1] - 18:11
**opposed** [2] - 5:11, 5:23
**OR** [1] - 20:1
**oral** [1] - 15:3
**orally** [1] - 8:22
**order** [7] - 3:12, 5:11, 6:3, 8:2, 10:15, 10:17, 19:6
**ordering** [1] - 5:15
**outlining** [1] - 8:20
**overview** [2] - 14:24, 14:25
**own** [1] - 7:9

## P

**pages** [1] - 16:24
**paper** [1] - 16:2
**paragraph** [1] - 17:16
**parameters** [2] - 7:15, 7:25
**part** [1] - 18:1
**particular** [2] - 7:20, 17:4
**parties** [5] - 2:12, 9:17, 12:16, 16:1, 19:3
**people** [1] - 11:5
**perceived** [1] - 14:11
**perfect** [1] - 10:19

**perhaps** [2] - 8:20, 12:14
**permissibly** [1] - 15:22
**pertaining** [1] - 7:6
**place** [7] - 5:15, 5:18, 6:8, 8:1, 10:25, 19:1, 19:6
**place-marker** [1] - 19:1
**Plaintiff** [2] - 1:5, 1:15
**plan** [3] - 2:15, 2:22, 18:22
**plans** [1] - 3:8
**pleadings** [3] - 2:25, 16:5, 16:7
**point** [1] - 4:22, 14:15
**possession** [1] - 13:8
**possible** [1] - 4:23
**possibly** [1] - 2:18
**potential** [1] - 12:15
**Powers** [1] - 1:15
**powers** [4] - 11:19, 11:25, 13:15, 15:6
**POWERS** [3] - 12:1, 15:8, 16:6
**precluded** [1] - 20:11
**prefers** [1] - 12:10
**prepare** [3] - 3:5, 5:11, 16:20
**prepared** [1] - 12:20
**preparing** [2] - 8:14, 8:19
**present** [2] - 7:7, 11:11
**presently** [1] - 9:19
**PRESIDING** [1] - 1:3
**pretty** [1] - 12:22
**prevented** [2] - 15:17, 15:21
**preview** [1] - 12:14
**primary** [1] - 17:16
**priority** [1] - 16:10
**privilege** [2] - 13:7, 13:10
**problem** [5] - 4:11, 4:16, 10:14, 18:16, 18:20
**proceed** [2] - 2:14, 16:17
**proceeding** [2] - 7:21, 19:2
**PROCEEDINGS** [2] - 1:10, 2:1
**Proceedings** [3] - 1:22, 2:4, 19:15
**proceedings** [2] - 2:3, 20:14
**process** [3] - 5:7, 13:6, 17:9
**produce** [2] - 6:12, 18:1
**produced** [2] - 1:23, 3:12
**production** [1] - 8:8
**productive** [1] - 18:9
**proposal** [1] - 3:7
**proposed** [1] - 7:15
**prosecution** [2] - 11:15, 12:24
**prosecutors** [1] - 17:6
**protocol** [3] - 5:7, 13:4, 13:17
**provide** [4] - 6:3, 13:6, 14:23, 15:13
**provided** [1] - 16:22
**provides** [1] - 15:11
**pursuant** [2] - 10:20, 13:17
**push** [2] - 3:24, 4:25
**put** [3] - 5:16, 16:1, 18:17

**Q**

**questions** [1] - 17:1
**quick** [1] - 4:1
**quickest** [1] - 17:24
**quickly** [4] - 12:22, 16:10, 16:11, 17:13
**quite** [1] - 3:24

**R**

**raise** [4] - 2:18, 12:2, 12:9, 16:12
**ran** [2] - 12:24, 13:25
**RDR** [3] - 1:18, 20:4, 20:20
**read** [1] - 2:16
**really** [3] - 15:25, 16:3, 18:9
**receive** [1] - 12:21
**record** [6] - 4:14, 5:16, 6:1, 9:6, 11:2, 11:10
**recorded** [2] - 1:22, 20:15
**records** [16] - 3:5, 3:10, 3:12, 4:21, 6:10, 6:11, 6:23, 7:4, 7:6, 8:9, 8:12, 8:14, 9:13, 13:16, 14:23, 16:25
**reflected** [1] - 11:10
**reflects** [1] - 12:3
**regarding** [1] - 9:17
**released** [1] - 17:12
**relevant** [1] - 7:6
**rely** [1] - 16:7
**remarks** [1] - 11:24
**render** [1] - 7:8
**repeatedly** [1] - 17:1
**report** [1] - 13:21
**Reported** [1] - 1:18
**reporter** [1] - 4:2
**Reporter** [4] - 1:19, 1:23, 20:5, 20:21
**REPORTER** [1] - 4:9
**REPORTER'S** [1] - 1:10
**reports** [3] - 3:14, 3:15, 6:22
**represent** [2] - 12:4, 14:12
**request** [1] - 8:10
**required** [1] - 7:20
**requires** [1] - 16:15
**residence** [1] - 12:25
**resolution** [1] - 15:4
**resolved** [1] - 16:11
**respect** [2] - 6:9, 11:24
**respond** [4] - 5:4, 9:1, 15:10, 18:11
**response** [1] - 13:18
**review** [2] - 12:6, 15:22
**reviewed** [1] - 2:11
**reviewing** [2] - 13:24, 15:17
**roadblock** [1] - 13:25
**ROBERT** [1] - 1:7

**Robert** [1] - 11:7
**role** [1] - 12:14
**rule** [1] - 15:9
**rulings** [2] - 15:15
**runs** [1] - 10:17

**S**

**safe** [1] - 3:19
**schedule** [5] - 7:23, 9:14, 10:24, 18:2, 18:17
**scheduling** [1] - 19:5
**scroll** [1] - 11:6
**sealed** [2] - 14:1, 14:4
**search** [3] - 12:6, 12:24, 14:3
**see** [2] - 11:6, 14:13
**seeking** [1] - 4:18
**separate** [1] - 14:3
**series** [1] - 13:3
**services** [1] - 15:19
**set** [7] - 7:24, 8:21, 9:1, 9:21, 10:3, 13:5, 17:15
**sets** [1] - 5:14
**setting** [3] - 5:24, 6:4, 8:3
**several** [1] - 15:19
**short** [3] - 3:16, 8:2, 10:21
**shortly** [1] - 15:12
**side** [2] - 3:19, 8:25
**sides** [1] - 18:11
**sign** [1] - 8:2
**signed** [1] - 6:3
**simply** [3] - 12:4, 14:23, 15:12
**sit** [1] - 13:19
**skill** [1] - 20:15
**SMITH** [6] - 2:23, 4:15, 8:13, 9:2, 9:11, 11:15
**Smith** [5] - 1:15, 4:12, 5:4, 6:19, 17:15
**so..** [1] - 9:10
**sometime** [2] - 3:19, 4:24
**soon** [1] - 13:13
**sorry** [6] - 4:6, 4:12, 6:14, 6:16, 15:6, 15:23
**sort** [5] - 2:14, 5:7, 5:24, 7:11, 17:2
**SOUTHERN** [1] - 1:2
**Southern** [3] - 1:20, 15:16, 20:6
**speedy** [1] - 9:23
**Speedy** [1] - 3:23
**spoken** [1] - 20:11
**Spring** [1] - 13:11
**start** [1] - 2:20
**statements** [1] - 17:19
**STATES** [2] - 1:1, 1:4
**States** [2] - 1:19, 20:6
**status** [2] - 8:13, 13:21
**STATUS** [1] - 1:9
**stenography** [1] - 1:22
**still** [3] - 13:16, 13:19, 14:3

**stipulation** [1] - 9:17
**storage** [1] - 13:1
**submit** [3] - 16:8, 18:18, 18:21
**submitted** [1] - 2:12
**subpoena** [1] - 7:4
**subpoenas** [2] - 3:8, 7:15
**switched** [1] - 4:7

# T

**taint** [3] - 11:21, 12:14, 14:10
**tax** [4] - 13:1, 14:9, 17:21
**team** [12] - 11:16, 11:21, 12:5, 12:24, 13:4, 13:6, 13:22, 14:10, 14:16, 14:22, 15:14, 15:19
**team's** [1] - 12:14
**tee** [1] - 14:5
**TELEPHONIC** [1] - 20:1
**telephonic/video** [1] - 20:7
**term** [1] - 10:21
**TEXAS** [1] - 1:2
**Texas** [4] - 1:11, 1:20, 15:16, 20:7
**THE** [27] - 1:3, 2:7, 3:25, 4:5, 4:9, 4:11, 6:2, 6:14, 8:5, 8:24, 9:4, 9:12, 10:7, 10:19, 10:22, 11:9, 11:13, 11:17, 11:25, 12:18, 14:24, 15:23, 16:8, 17:23, 18:7, 18:16, 19:8
**they've** [2] - 5:21, 16:23
**three** [1] - 14:18
**timetable** [1] - 6:8
**timetables** [1] - 6:4
**Timine** [1] - 17:21
**today** [3] - 6:7, 10:9, 13:19
**took** [1] - 15:19
**top** [1] - 16:10
**transcribed** [1] - 20:7
**TRANSCRIPT** [1] - 1:10
**transcript** [3] - 1:23, 2:16, 20:13
**trial** [9] - 2:9, 3:24, 4:8, 4:25, 9:21, 9:23, 16:17, 16:20
**Trial** [1] - 3:23
**true** [1] - 20:13
**trying** [2] - 5:6, 7:14
**two** [1] - 14:18
**two-and-a-half** [1] - 14:18
**typewritten** [1] - 20:12

# U

**U.S** [1] - 12:5
**unable** [1] - 7:8
**unbounded** [1] - 7:12
**under** [2] - 3:23, 9:23
**UNITED** [2] - 1:1, 1:4
**United** [2] - 1:19, 20:6
**unopposed** [1] - 7:17

**unsatisfactory** [1] - 17:3
**unsuccessful** [1] - 16:21
**up** [9] - 5:7, 5:18, 8:3, 8:21, 9:9, 10:2, 12:11, 14:5, 15:3

# V

**Varnado** [4] - 1:17, 5:3, 11:17, 12:7
**VARNADO** [16] - 5:2, 6:13, 6:15, 9:19, 10:15, 10:20, 11:4, 11:12, 11:18, 12:8, 12:23, 15:5, 16:12, 18:5, 18:12, 19:7
**vast** [1] - 16:22
**via** [1] - 2:4
**video** [2] - 6:17, 11:5
**VIDEO** [1] - 20:1
**view** [1] - 12:20
**views** [1] - 15:14
**vs** [1] - 1:6

# W

**waiting** [1] - 11:18
**warrant** [2] - 12:6, 14:3
**warrants** [1] - 12:25
**Wednesday** [2] - 9:5, 9:13
**week** [3] - 3:9, 9:3, 19:11
**weeks** [2] - 15:20, 17:14
**welcome** [1] - 2:7
**willy** [1] - 17:11
**willy-nilly** [1] - 17:11
**witness** [1] - 17:17
**witnesses** [1] - 17:11
**words** [1] - 20:11
**write** [1] - 3:14
**writing** [2] - 9:7, 16:1

# Y

**y'all** [1] - 19:12
**year** [2] - 13:25, 17:5
**years** [2] - 14:18, 14:19
**yesterday** [1] - 13:23

# Z

**Zoom** [2] - 2:4, 2:9