United States District Court
Southern District of Texas
**ENTERED**
February 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-0009 |
|---|---|---|---|

United States of America

*versus*

Robert T. Brockman

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Georgina N. Druce, Associate<br>Jones Day<br>250 Vesey Street, New York, NY 10281-1047<br>(212) 326-3421 ext. 7.3421; gdruce@jonesday.com<br>Admitted United States District Courts for the Southern District of New York, The Eastern District of New York and the Western District of New York |
|---|---|

| Name of party applicant seeks to appear for: | Robert T. Brockman |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/1/2021 | Signed: /S/ Georgina N. Druce |
|---|---|

The state bar reports that the applicant's status is: active

| Dated: February 01, 2021 | Clerk's signature /s/ *signature* |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: February 01, 2021

*/s/ George C. Hanks Jr.*
United States District Judge