**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 4:21-cr-00009** |
| | § | |
| **ROBERT T. BROCKMAN** | § | |

### [PROPOSED] ORDER FOR THE PRODUCTION OF MEDICAL RECORDS

Having considered the United States of America's Motion for Discovery Order Under Rule 17(c) and 45 CFR 164.512(e)(1)(i) ("Motion"), and Mr. Brockman's Partial Opposition to the Motion, it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.

It is **ORDERED** that the United States may serve a subpoena pursuant to Fed. R. Crim. P. 17(c) on the following doctors to produce to the United States the unredacted medical records of ROBERT T. BROCKMAN currently in their custody within 30 days after service of a subpoena for the same:

- James Poole, MD
- Michele York, PhD
- Seth Paul Lerner, MD
- Joseph Jankovic, MD
- Melissa Michelle Yu, MD
- Stuart Yudofsky, MD
- Julie Wendt, MD
- Daniel Savitt, DO

**IT IS FURTHER ORDERED** that said medical records are to be produced under the exception to the Health Insurance Portability and Accountability Act of 1996 (HIPAA)

found at 45 C.F.R. § 164.512(e)(1)(i), and are subject to the Protective Order entered in this case on November 30, 2020.

**IT IS FURTHER ORDERED** that the United States must promptly copy and produce the subpoenaed records with counsel for Defendant.

All other relief requested in the Motion is **DENIED**.

SO ORDERED this ____ day of _____, 2021.

_____
THE HONORABLE GEORGE C. HANKS
UNITED STATES DISTRICT JUDGE