United States District Court
Southern District of Texas
**ENTERED**
February 11, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Cr. No. 4:21cr 009 GCH |
| ROBERT T. BROCKMAN, | § § § | |
| Defendant. | § § § | |

## ORDER COMPELLING DISCLSOURE

For good cause shown, and upon consideration of the United States' Unopposed Motion for Disclosure and Protective Order, IT IS HEREBY ORDERED that the United States shall disclose the unfiltered Attachment B Relevant Materials, as defined in the government's Motion, to Defendant, provided Defendant agrees to and signs the Discovery Protocol, attached to government's Motion as Exhibit 1.

SO ORDERED this 10th day of February, 2021.

*George C. Hanks Jr* (signature)
THE HONORABLE GEORGE C. HANKS
UNITED STATES DISTRICT JUDGE