UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **4:21-CR-009 (GCH)** |
| **v.** | **UNITED STATES' EXPERT NOTICE** |
| **ROBERT T. BROCKMAN** | |
| **Defendant.** | |

The United States of America, by and through undersigned counsel, hereby gives notice that it has retained the following experts to evaluate Defendant's competency claims. The government previously informed defense counsel of the same by phone.

1. **Dr. Park Dietz**. Dr. Dietz is a forensic psychiatrist, the President of Park Dietz and Associates, and a clinical professor of psychiatry and biobehavioral science. His curriculum vitae is attached at Exhibit A.

2. **Dr. Robert Denney**. Dr. Denny is a clinical neuropsychologist at the Missouri Memory Center. His curriculum vitae is attached as Exhibit B.

3. **Dr. Ryan Darby**. Dr. Darby is an Attending Physician in the Department of Neurology at Vanderbilt University Medical Center and a Senior Faculty Member at the Vanderbilt Brain Institute. His curriculum vitae is attached as Exhibit C.

Respectfully submitted this 17th day of February, 2021.

>
> DAVID A. HUBBERT
> Acting Assistant Attorney General
>
> s/ Lee F. Langston
> COREY J. SMITH
> Senior Litigation Counsel
> LEE LANGSTON
> CHRISTOPHER MAGNANI
> Trial Attorneys
>
> Attorneys for United States of America