# Robert L. Denney, PSY.D., ABPP
Board Certified in Clinical Neuropsychology
Board Certified in Forensic Psychology

**Missouri Memory Center**
Neurology Clinic
Citizens Memorial Hospital
1245 N. Butterfield Rd, Suite C1
Bolivar, MO 65613
Phone: (417) 327-3530
Fax (417) 888-728-5456
e-mail: RobertDenneyPsyD@gmail.com

## CURRICULUM VITAE

## CLINICAL WORK EXPERIENCE

**04/2016—Present:** Clinical Neuropsychologist
Missouri Memory Center
CMH Neurology Clinic
Citizens Memorial Hospital
1245 N. Butterfield Rd, Suite C1
Bolivar, MO 65613
Phone: (417) 327-3530
Fax (417) 888-728-5456

**01/2015—06/2018:** Independent Practice in Clinical Neuropsychology
Neuropsychological Associates of Southwest Missouri
4350 S. National Avenue, Suite B-116
Springfield, Missouri 65810
Phone: (417) 881-1810

**01/2012—01/2015:** Independent Practice in Clinical Neuropsychology
Forest Institute
2885 W. Battlefield Road
Springfield, Missouri 65807

**2/2000—12/2011:** U.S. Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000
**Position:** Licensed Psychologist: Forensic Psychology, Clinical
Neuropsychology, Behavioral Medicine, Medical and Surgical Units

Psychological and neuropsychological evaluations and treatment on the medical and surgical units of a 1100 bed maximum security prison-hospital. This work also included providing forensic evaluation services to the U.S. District Courts for individuals experiencing significant medical/neurological disability. Taught didactic seminars on functional neuroanatomy, adult neuropathology, neuropsychological assessment, identifying organic disorders, and

**Robert L. Denney, PSY.D., ABPP**
Curriculum Vita, 11/2018; page 2

malingering organic mental illness to doctoral interns and post-doctoral fellows in an American Psychological Association approved clinical psychology internship program. Provided supervision of psychology interns in the area of neuropsychological evaluation and behavioral medicine. Performed crisis intervention and neuropsychological consultation as needed for mental health treatment and forensic services. As a voting member of the medical staff, clinical privileges included neuropsychological assessment, admitting, discharge, observation, seclusion, restraints, neuroimaging (CT & MRI), electroencephalogram, blood laboratory studies pertaining to contrast material, x-ray to identify foreign bodies pertaining to brain MRI.

**12/91—2/2000:**    U.S. Medical Center for Federal Prisoners
Springfield, Missouri
**Position:** Licensed Psychologist, Clinical & Forensic Neuropsychology,
Mental Health Evaluation Unit

Psychological and neuropsychological evaluations and expert testimony for U.S. District Courts; taught didactic seminars on functional neuroanatomy, adult neuropathology, neuropsychological assessment, identifying organic disorders, malingering organic mental illness, and over-viewing psychoneuroimmunology to doctoral interns and post-doctoral fellows in an American Psychological Association approved clinical psychology internship program. Provided supervision of interns and post-doctoral fellows in the area of forensic evaluation with a neuropsychological emphasis. Evaluated mental status of sentenced federal prisoners upon referral from Bureau of Prisons facilities for their need of inpatient mental health treatment. Performed crisis intervention and neuropsychological consultation as needed for mental health treatment and medical/surgical patients in a 1100 maximum security prison-hospital.

**07/91—07/94:**    Independent contract--Missouri Rehabilitation Center
Mt. Vernon, Missouri
State funded head-injury rehabilitation hospital

Completed neuropsychological evaluations for the outpatient department, typically Missouri Department of Vocational Rehabilitation and insurance company referrals.

**10/91—12/91:**    U.S. Medical Center for Federal Prisoners
Springfield, Missouri
**Position:** Clinical Psychologist, Behavioral Medicine

In charge of psychological services to medical and surgical patients. Duties included consultation to medicine, surgery, neurology, and orthopedics; working with contract psychiatrists to provide psychiatric services; assessment and therapy with dialysis, HIV/AIDS, hypertension, and respiratory rehabilitation; supervision of a doctoral intern during the Behavioral Medicine rotation in an American Psychological Association approved clinical psychology internship.

**10/90—10/91:**    U.S. Medical Center for Federal Prisoners
Springfield, Missouri

**Robert L. Denney, Psy.D., ABPP**
Curriculum Vita, 11/2018; page 3

**Position:** Doctoral Intern in Clinical Psychology

Rotations included mental health assessment and treatment, forensic assessment, and medical/surgical consultation and treatment.  Also included was a six month, part-time rotation in neuropsychological evaluation and treatment at the Missouri Rehabilitation Center and a six month, part-time rotation in adolescent drug and alcohol treatment at the Cox Medical Centers-North, Adolescent Treatment Center.

**1989—1990:**   Forest Institute of Professional Psychology
1322 S. Campbell
Springfield, Missouri
**Position:** Administrative Assistant for the Forest Family Clinic (now Robert J. Murney Clinic), a community mental health center

## TEACHING APPOINTMENTS

**01/10—04/2017:**   Evangel University
1111 N. Glenstone Avenue
Springfield, Missouri
**Position:** Adjunct Professor
Course: Combined graduate and undergraduate Physiological Psychology

**01/96—08/2015:**   School of Professional Psychology at Forest Institute
2885 W. Battlefield
Springfield, Missouri
**Position:** Professor by Distinction (Associate Professor 2002-2015, Adjunct Professor 1996-2002) and Director of Neuropsychology in this APA accredited clinical psychology (Psy.D.) program.

Doctoral level courses taught:
— Functional Neuroanatomy & Neuropathology
— Neuropsychological Assessment I: Adult
— Neuropsychological Intervention I: Adult Neuropathology & Remediation
— Neuropsychological Intervention II: Child Neuropathology & Remediation
— Advanced Neuropsychological Case Analysis & Report writing
— Biopsychology

Previous doctoral level courses taught (as Director of Forensic Psychology):
— Forensic Psychology: Overview of mental health case law and forensic assessment
— Forensic Psychology: Advanced forensic case analysis and report writing

**Robert L. Denney, Psy.D., ABPP**
Curriculum Vita, 11/2018; page 4

**08/94—12/96:**     Southwest Baptist University
                     Springfield Extension
                     Springfield, Missouri
                     **Position:** Adjunct Professor, Dept. of Behavioral Sciences (statistics)

## EDUCATION

Forest Institute of Professional Psychology, Springfield, Missouri
Doctor of Psychology (Psy.D.), Clinical Psychology, *Magna Cum Laude*, September 1991
Included Specialization Track in Clinical Neuropsychology
Research dissertation: *Hemispherical activation theory: Effects of repeated lateral orienting behavior on perceived sad affect among undergraduate dextrals.*

Forest Institute of Professional Psychology, Springfield, Missouri
Master of Arts (M.A.), Psychology, *Magna Cum Laude*, May 1989

Lutheran Bible Institute of Seattle
Issaquah, Washington
Bachelor of Youth Ministry (B.Ym.), June 1985

## STATE LICENSURE

Licensed Psychologist in the District of Columbia: PSY1001323 (December 21, 2017-current)

Licensed Psychologist in the state of Missouri: R0316 (December 1992-current)

Licensed Psychologist in the state of Arizona: 1918 (December 1991-May 1993)

Certificate of Professional Qualification in Psychology (ASPPB): #4325 (July 11, 2013-current)

Interjurisdictional Practice Certificate (ASPPB): #4325 (July 11, 2013-current)

## BOARD CERTIFICATION

Board Certified in Clinical Neuropsychology: American Board of Clinical Neuropsychology, an affiliate of the American Board of Professional Psychology (ABPP) (#5786, October 2003)

Board Certified in Forensic Psychology: American Board of Forensic Psychology, an affiliate of the American Board of Professional Psychology (ABPP) (#4814, March 1997)

## PROFESSIONAL AFFILIATIONS

Chair, Policy and Planning Committee, National Academy of Neuropsychology (2014-2018).

**Robert L. Denney, PSY.D., ABPP**
Curriculum Vita, 11/2018; page 5

Fellow of the American Psychological Association, Division 40 – Clinical Neuropsychology (as of August 2012)

National Academy of Neuropsychology Executive Board member as Past-President (2010-2012)

President of the National Academy of Neuropsychology (2009)

President-Elect of the National Academy of Neuropsychology (2008)

Fellow of the National Academy of Neuropsychology (as of June 30, 2004)

National Academy of Neuropsychology Annual Conference Program Committee: Assistant Program Chair (2002), Program Co-Chair (2003), Program Chair (2004).

Fellow of the American Academy of Forensic Psychology (as of March 1997)

Member of American Academy of Clinical Neuropsychology.

Member of Division 41 of the American Psychological Association: American Psychology-Law Society

## EDITORIAL BOARD ACTIVITY WITH PEER REVIEWED JOURNALS

Member of the Editorial Board for *The Clinical Neuropsychologist* (01/2011 – present)

Member of the Editorial Board for *Applied Neuropsychologist-Adult* (10/2010 – present)

Member of the Editorial Board for the *Archives of Clinical Neuropsychology* (01/2010 – present)

Member of the Editorial Board of the *Journal of Forensic Neuropsychology* (11/1997-7/2006)

*Ad hoc* reviewer for the *Journal of Head Trauma Rehabilitation*

*Ad hoc* reviewer for *Neuropsychology Review*

*Ad hoc* reviewer for *Psychological Reports: Perceptual and Motor Skills*

*Ad hoc* reviewer for *Professional Psychology: Research and Practice*

*Ad hoc* reviewer for *International Journal of Forensic Mental Health*

*Ad hoc* reviewer for *Pediatrics: Official Journal of the American Academy of Pediatrics*

**Robert L. Denney, Psy.D., ABPP**
Curriculum Vita, 11/2018; page 6

*Ad hoc* reviewer for *Journal of Forensic Sciences*

## PUBLICATIONS

### Journal Publications (* denotes peer-reviewed)

*Glen, E. T., Hostetter, G., Ruff, R. M., Roebuck-Spencer, T. M., Denney, R. L., Perry, W…..Scott, J. G. (in press). Integrative care models in neuropsychology: A National Academy of Neuropsychology Education Paper. *Archives of Clinical Neuropsychology.*

Perry, W., Lacritz, L., Roebuck-Spencer, T., Silver, C., **Denney, R. L**., Meyers, J.….& Golden, T. (2018). Population health solutions for assessing cognitive impairment in geriatric patients. *Innovation in Aging, 2*(2) Advance online publication. doi: 10.1093/geroni/igy025 [Simultaneously published in the *Archives of Clinical Neuropsychology*].

*Fazio, R. L., & **Denney, R. L**. (2018). Comparison of Performance of the VIP and WMT in a Criminal Forensic Sample. *Archives of Clinical Neuropsychology*, Jan 24. Advance online publication. doi: 10.1093/arclin/acy001.

*Biddle, C. M., Fazio, R. L., Dyshniku, F., & **Denney, R. L.** (2018). Effects of handcuffs on neuropsychological testing: Implications for criminal forensic evaluations. *Applied Neuropsychology: Adult, 25*, 82-90. https://doi.org/10.1080/23279095.2016.1247093

*Roebuck-Spencer, T. M., Glen, T., Puente, A. E., **Denney, R. L.**, Ruff, R. M. Hostetter, G., & Bianchini, K. J. (2017). Cognitive screening tests versus comprehensive neuropsychological test batteries: A National Academy of Neuropsychology education paper. *Archives of Clinical Neuropsychology, 32,* 491–498.

*Higgins, K. L., **Denney, R. L**., & Maerlender, A. (2017). Sandbagging on the Immediate Post-Concussion Assessment and Cognitive Testing (ImPACT) in a high school athlete population. *Archives of Clinical Neuropsychology, 32*, 259-266. doi.org/10.1093/arclin/acw108

*Dunham, K. J. & **Denney, R. L.** (2016) Development of the poor validity profile analysis for the Medical Symptom Validity Test. *Archives of Clinical Neuropsychology, 31*, 944-953. doi:10.1093/arclin/acw060

*Fazio, R. L., Denning, J. H., & **Denney, R. L.** (2016). TOMM trial 1 as a performance validity indicator in a criminal forensic sample. *The Clinical Neuropsychologist*, *31, 251-267.* https://dx.doi.org/10.1080/13854046.2016.1213316

*Fazio, R. L., Sanders, J. F., & **Denney, R. L.** (2015). Comparison of performance of the Test of Memory Malingering and Word Memory Test in a criminal forensic sample. *Archives of Clinical Neuropsychology, 30,* 293-301.

**Robert L. Denney, PSY.D., ABPP**
Curriculum Vita, 11/2018; page 7

\*Armistead-Jehle, P., & **Denney, R. L.** (2015). The Detection of Feigned Impairment Using the WMT, MSVT, and NV-MSVT. *Applied Neuropsychology: Adult, 22,* 147-155.

\*Dunham, K., Shadi, S., Sofko, C. A., **Denney, R. L.**, & Calloway, J. (2014). Comparison of the Repeatable Battery for the Assessment of Neuropsychological Status Effort Scale and Effort Index in a dementia sample. *Archives of Clinical Neuropsychology, 29,* 633-641.

\*Fazio, R.L., Dunham, K., Griswold, S., & **Denney, R. L.** (2013). An improved measure of handedness: The Fazio Laterality Inventory. *Applied Neuropsychology: Adult, 20,* 197-202.

\*Eng, K., Rolin, S., Fazio, R.L., O'Grady, M., Biddle, C., & **Denney, R. L.** (2013). Finger Tapping: Why can't we alternate hands? *Applied Neuropsychology, 20,* 187-191.

\*Hanson Misialek, L., Fazio, R. L., **Denney, R. L.**, & Myers, W. G. (2013). Limited predictive accuracy of the Booklet Category Test in a criminal forensic sample. *Applied Neuropsychology, 20,* 77-82.

\*Fazio, R., Coenen, C., & **Denney, R. L.** (2012). The original instructions for the Edinburgh Handedness Inventory are misunderstood by a majority of participants. *Laterality: Asymmetries of Body, Brain and Cognition, 17*(1), 70-77.

\*Fazio, R. L., Pietz, C. P., & **Denney, R. L.** (2012). An estimate of the prevalence of autism-spectrum disorders in an incarcerated population. *Open Access Journal of Forensic Psychology,* 69-80. http://www.forensicpsychologyunbound.ws/ -- 2012: 69-80.

\*Dionysus, K. E., **Denney, R. L.**, & Halfaker, D. A. (2011). Detecting negative response bias with the Fake Bad Scale, Response Bias Scale, and Henry-Heilbronner Index of the Minnesota Multiphasic personality Inventory-2. *Archives of Clinical Neuropsychology, 26,* 81-88.

**Denney, R. L.** (2010). Authentic Professional Competence in Clinical Neuropsychology (2009 NAN Presidential Address). *Archives of Clinical Neuropsychology, 25*(5), 457-467.

Heilbronner, R. L., Sweet, J. J., Morgan, J. E., Larrabee, G. J., Millis, S., & Conference Participants (**Denney, R. L.**) (2009). American Academy of Clinical Neuropsychology Consensus Conference Statement on the neuropsychological assessment of effort, response bias, and malingering. *The Clinical Neuropsychologist, 23*, 1093-1129.

\*D'Amato, C. P., & **Denney, R. L.** (2008). Diagnostic utility of the Rarely Missed Index (RMI) in detecting response bias in an adult male incarcerated Setting. *Archives of Clinical Neuropsychology, 23*, 553-561.

\*Downing, S. K., **Denney, R. L.**, Spray, B. J., Houston, C. M., & Halfaker, D. A. (2008). Examining the relationship between the Reconstructed Scales and the Fake Bad Scale of the MMPI-2. *The Clinical Neuropsychologist, 22*, 680-688.

**Robert L. Denney, PSY.D., ABPP**
Curriculum Vita, 11/2018; page 8

*Ardolf, B. R., **Denney, R. L.**, & Houston, C. M. (2007). Base rates of negative response bias and Malingered Neurocognitive Dysfunction among criminal defendants referred for neuropsychological evaluation. *The Clinical Neuropsychologist, 21*, 899-916.

*Gassen, M., Pietz, C. A., Spray, B. J., & **Denney, R. L.** (2007). Accuracy of Megargee's Criminal Offender Infrequency (Fc) Scale in Detecting Malingering Among Forensic Examinees. *Criminal Justice and Behavior, 34*, 493-504.

*Neller, D. J., **Denney, R. L.**, Pietz, C. A., & Thomlinson, R. P. (2006). The relationship between trauma and violence in a jail inmate sample. *The Journal of Interpersonal Violence, 21*, 1234-1241.

*Neller, D. J., **Denney, R. L.**, Pietz, C. A., & Thomlinson, R. P. (2005). Testing the trauma model of violence. *Journal of Family Violence, 20(3)*, 151-159.

**Denney, R. L.** (2003). Introduction. In R. L. Denney (Ed.), Special Issue on Criminal Forensic Neuropsychology. *Journal of Forensic Neuropsychology, 3(4)*,1-3.

*Sullivan, J. P., & **Denney, R. L.** (2003). Constitutional and Judicial Foundations in Criminal Forensic Neuropsychology. *Journal of Forensic Neuropsychology, 3(4)*, 13-44.

**Denney, R. L.** (Ed.). (2003), Special Issue on Criminal Forensic Neuropsychology. *Journal of Forensic Neuropsychology, 3(4)*.

Hom, J., & **Denney, R. L.** (Eds.). (2002). Detection of response bias in forensic neuropsychology: Part II [Special Issue]. *Journal of Forensic Neuropsychology, 3(1/2)*.

Hom, J., & **Denney, R. L.** (Eds.) (2002). Detection of response bias in forensic neuropsychology: Part I [Special Issue]. *Journal of Forensic Neuropsychology, 2(3/4)*.

*Tucillo, J. A., DeFilippis, N. A., **Denney, R. L.**, & Dsurney, J. (2002). Licensure requirements for interjurisdictional forensic evaluation. *Professional Psychology: Research and Practice, 33*, 377-383.

***Denney, R. L.**, & Wynkoop, T. F. (2000). Clinical neuropsychology in a criminal forensic setting. *Journal of Head Trauma Rehabilitation, 15*(2), 804-828.

*Wynkoop, T. F., & **Denney, R. L.** (1999). Exaggeration of neuropsychological deficit in competency to stand trial. *Journal of Forensic Neuropsychology, 1*(2), 29-53.

***Denney, R. L.** (1999). A brief Symptom Validity Testing procedure for Logical Memory of the Wechsler Memory Scale-Revised which can demonstrate verbal memory in the face of claimed disability. *Journal of Forensic Neuropsychology, 1*(1), 5-26.

**Robert L. Denney, PSY.D., ABPP**
Curriculum Vita, 11/2018; page 9

*Frederick, R. I. & **Denney, R. L.** (1998). Minding your "*p*s and *q*s" when using forced-choice recognition tests.  *The Clinical Neuropsychologist, 12*(2), 193-205.

***Denney, R. L.** (1996). Symptom Validity Testing of remote memory in a criminal forensic setting.  *Archives of Clinical Neuropsychology, 11*(7), 589-603.

## Books and Book Chapters

Bush, S. S., Connell, M. A., & **Denney, R. L.** (in press). Ethical Issues in Forensic Psychology: Key Concepts and Resources (2nd edition). Washington, DC: American Psychological Association.

**Denney, R. L.**, Fazio, R. L., & Greiffenstein, M. F. (2018). Clinical neuropsychology in criminal forensics. In J. E. Morgan & J. H. Ricker (Eds.) (2nd ed.), *Textbook of clinical neuropsychology* (pp. 960-979). NY: Taylor & Francis.

Fazio, R. & **Denney, R. L.** (2015). Assessment of neurophysiological and neuropsychological bases for violence. In C. A. Pietz & C. A. Mattson (Eds.) *Violent offenders: Understanding and assessment* (pp. 425-451). NY: Oxford University Press.

**Denney, R. L.** (2012). Criminal forensic neuropsychology and assessment of competency. In G. J. Larrabee (Ed.), *Forensic Neuropsychology: A Scientific Approach* (2nd ed.) (pp 438-472). NY: Oxford University Press.

**Denney, R. L.** (2012). Criminal responsibility and other criminal forensic issues. In G. J. Larrabee (Ed.), *Forensic Neuropsychology: A Scientific Approach* (2nd ed.) (pp 473-500). NY: Oxford University Press.

DeJesus-Zayas, S. R., Buigas, R. & **Denney, R. L.** (2012). Evaluation of culturally diverse populations (pp. 248-265). In D. Faust (Ed.) *Coping with Psychiatric and Psychological Testimony* (6th ed.). NY: Oxford University Press.

Magaletta, P. R., Diamond, P. M., McLearen, A. M., & **Denney, R. L.** (2010). Traumatic brain injuries in correctional populations: Understanding and responding to an important need. In *Managing Specific Populations in Jails and Prisons*. Kingston, NJ: Civic Research Institute.

**Denney, R. L.** (2008). Evaluating Competency to Stand Trial and Sanity in the Face of Marked Amnesia and Claimed Psychosis. In J. E. Morgan & J. J. Sweet (Eds.). *Neuropsychology of Malingering Casebook*. New York: Taylor & Francis.

**Denney, R. L.**, & Sullivan, J. P. (2008) (Eds.). *Clinical Neuropsychology in the Criminal Forensic Setting*. New York: Guilford Press.

**Robert L. Denney, PSY.D., ABPP**
Curriculum Vita, 11/2018; page 10

**Denney, R. L**. (2008). Negative response bias and malingering during neuropsychological assessment in criminal forensic settings. In R. L. Denney & J. P. Sullivan (Eds.). *Clinical Neuropsychology in the Criminal Forensic Setting* (pp. 91-134). New York: Guilford Press.

**Denney, R. L.**, & Sullivan, J. P. (2008). Constitutional, judicial, and practice foundations of criminal forensic neuropsychology. In R. L. Denney & J. P. Sullivan (Eds.). *Clinical Neuropsychology in the Criminal Forensic Setting* (pp. 1-29). New York: Guilford Press.

Marcopulos, B. A., Morgan, J. E., & **Denney, R. L.** (2008). Neuropsychological evaluation of competency to proceed. In R. L. Denney & J. P. Sullivan (Eds.). *Clinical Neuropsychology in the Criminal Forensic Setting* (pp. 176-203). New York: Guilford Press.

Yates, K. F., & **Denney, R. L.** (2008). Neuropsychology in the assessment of mental state at the time of the offense. In R. L. Denney & J. P. Sullivan (Eds.). *Clinical Neuropsychology in the Criminal Forensic Setting* (pp. 204-237). New York: Guilford Press.

Sullivan, J. P., & **Denney, R. L.** (2008). A final word on authentic professional competence in criminal forensic neuropsychology. In R. L. Denney & J. P. Sullivan (Eds.). *Clinical Neuropsychology in the Criminal Forensic Setting* (391-400). New York: Guilford Press.

**Denney, R. L.** (2007). Assessment of malingering in criminal forensic neuropsychological settings. In K. B. Boone (Ed.), *Assessment of Feigned Cognitive Impairment: A Neuropsychological Perspective* (428-452). New York: Guilford Press.

Boyd, A. R., McLearen, A. M., Meyer, R. G., & **Denney, R. L.** (2007). *Detection of Deception*. Sarasota, FL: Professional Resource Press.

Bush, S. S., Connell, M. A., & **Denney, R. L.** (2006). *Ethical Issues in Forensic Psychology: Key Concepts and Resources*. Washington, DC: American Psychological Association.

**Denney, R. L.** (2005). Criminal forensic neuropsychology and assessment of competency. In G. J. Larrabee (Ed.), *Forensic Neuropsychology: A Scientific Approach*. (pp. 378-424). NY: Oxford.

**Denney, R. L.** (2005). Criminal responsibility and other criminal forensic issues. In G. J. Larrabee (Ed.), *Forensic Neuropsychology: A Scientific Approach*. (pp. 425-465). NY: Oxford.

**Denney, R. L.** (2005). Ethical challenges in forensic neuropsychology, section 1. In S. Bush (ed.), *A Casebook of Ethical Challenges in Neuropsychology* (pp. 15-22). Philadelphia, PA: Psychology Press/Taylor & Francis.

**Denney, R. L.** (2005). Gambling, Money Laundering, Competency, Sanity, Neuropathology, and Intrigue. In R. L. Heilbronner (Ed.) *Forensic Neuropsychology Casebook* (pp. 305-325). NY: Guilford.

**Robert L. Denney, Psy.D., ABPP**
Curriculum Vita, 11/2018; page 11

McLearen, A. M., Pietz, C. A., & **Denney, R. L.** (2004). Evaluation of psychological damages. In W. O'Donohue & E. Levensky (Eds.), *Forensic Psychology* (pp. 267-299). NY: Academic.

Hom, J., & **Denney, R. L.** (Eds.) (2002). *Detection of Response Bias in Forensic Neuropsychology*. West Hazleton, PA: Haworth Press.

## Published Abstracts

Rolin, S. N., Biddle, C., Fazio, R., & **Denney, R. L.** (2013). Comparison between MMPI-2 and MMPI-2-RF validity scale classification in a criminal population. *The Clinical Neuropsychologist, 27*, 597-598.

Dunham, K., Rolin, S., Sibson, J., Ogbeide, S., Glover, M., & **Denney, R. L.** (2012). Utility of the Repeatable Battery for the Assessment of Neuropsychological Status (RBANS) in differentiating between types of dementia. *Archives of Clinical Neuropsychology, 27*, 587.

Deneen, T., **Denney, R. L.,** Fisher, J., & Spray, B. (2012). The effectiveness of the MMPI-2-RF validity and cognitive/somatic scales in predicting symptom validity failure in TBI litigant tested for effort. *Archives of Clinical Neuropsychology, 27*, 642-643.

Dunham, K., Shadi, S., Sofko, C., & **Denney, R. L**. (2012). Preliminary look: Comparison of the Effort Index and Effort Scale on the RBANS. *Archives of Clinical Neuropsychology, 27*, 587.

Dunham, K., Warchol, A., Hunter, B., Shadi, S., **Denney, R. L.,** & Nichols, C. (2012). Comparison of the Reliable Digit Span and Age-Corrected Scaled Score on the WISC-IV as a measure of effort in children. *Archives of Clinical Neuropsychology, 27*, 587-588.

Rolin, S., Higgins, K, & **Denney, R. L**. (2012). Utility of the Response Bias Scale (RBS) of the MMPI-2-RF in relation to structured malingering criteria in a criminal population. *Archives of Clinical Neuropsychology, 27*, 643.

Biddle, C., Fazio, R., Willett, K., Rolin, S., O'Grady, M., & **Denney, R.** (2011). Motor dysfunction profiles in a simulated chronic pain sample. *Archives of Clinical Neuropsychology, 26,* 559.

England, D., **Denney, R.,** & Meyers, J. (2011). Differential diagnosis of TBI and PTSD using the Meyers Neuropsychological Battery. *Archives of Clinical Neuropsychology, 26,* 514.

Hanson Misialek, L., Fazio, R., **Denney, R.,** & Myers, W. (2011). Efficacy of embedded validity indices of the Booklet Category Test in a criminal forensic population. *Archives of Clinical Neuropsychology, 26,* 562.

Fazio, R., Griswold, S., & **Denney, R. L.** (2010, October). *Initial psychometric properties of the Fazio Laterality Inventory* [Abstract]. *Archives of Clinical Neuropsychology, 25,* 529.

**Robert L. Denney, PSY.D., ABPP**
Curriculum Vita, 11/2018; page 12

Sanders, F., Bailey, C. M., **Denney, R. L.** & Marcopulos, B. A. (2009). Performance of the Test of Memory Malingering (TOMM) and the Word Memory Test (WMT) in criminal medical and psychiatric settings [Abstract]. *Archives of Clinical Neuropsychology, 24*, 537.

Barber, A. P., **Denney, R. L.**, & Deal, W. P. (2009). Validity of effort testing among individuals with mental retardation [Abstract]. *Archives of Clinical Neuropsychology, 24*, 537.

Triebel, K. L., **Denney, R. L.**, & Halfaker, D. (2009). The utility of a short-Fake Bad Scale for detecting malingered neurocognitive dysfunction on the 370-item MMPI-2 [Abstract]. *Archives of Clinical Neuropsychology, 24*, 536.

Umaki, T. M. & **Denney, R. L.** (2009). Neurocognitive deficits associated with the hepatitis C virus among incarcerated men [Abstract]. *Archives of Clinical Neuropsychology, 24*, 511.

Pipkin, S., **Denney, R. L.**, & Hartman, D. (2008). Detecting exaggeration in neurocognitive functioning: Predicting Word Memory Test classification with the Structured Inventory of Malingered Symptomatology [Abstract]. *Archives of Clinical Neuropsychology, 23*, 748.

**Denney, R. L**., & Tyner, E. (2008). Effectiveness of Reliable Digit Span at differentiating definite malingering neurocognitive dysfunction from good effort mild and moderate TBI among adult male criminals [Abstract]. *The Clinical Neuropsychologist, 22*, 397.

Rosenstein, L. D., & **Denney, R. L.** (2007). Initial development of the Feigning Low Intelligence Test (FLIT) [Abstract]. *The Clinical Neuropsychologist, 21*, 403.

Sanders, J. F., & **Denney, R. L.** (2007). A comparison of the Test of Memory Malingering and the Word Memory Test in a criminal forensic population [Abstract]. *The Clinical Neuropsychologist, 21*, 403.

Ardolf, B., **Denney, R. L.**, & Houston, C. M. (2005). Base rates of malingered neurocognitive dysfunction among criminals [Abstract]. *Archives of Clinical Neuropsychology, 20*, 886.

Downing, S. K., **Denney, R. L.**, Tempelmeyer, T., Halfaker, D. A., & Houston, C. M. (2005). Examining the relationship between the Reconstructed Scales and the Fake Bad Scale in a personal injury population [Abstract]. *Archives of Clinical Neuropsychology, 20*, 885.

Triebel, K. L., & **Denney, R. L.** (2005). Reliability of the Lees-Haley Take Bad Scale in a population of personal injury litigants [Abstract]. *Archives of Clinical Neuropsychology, 20*, 886.

Fairman, J. C., **Denney, R. L.**, Halfaker, D. A. (2003). Evaluation of negative response bias on the WAIS-III [Abstract]. *Archives of Clinical Neuropsychology, 18*, 782.

**Robert L. Denney, PSY.D., ABPP**
Curriculum Vita, 11/2018; page 13

Van Gaasbeek, J. K., **Denney, R. L.**, & Harmon, J. (2001). Another look at an MMPI-2 neurocorrective factor in forensic cases: Utility of the Fake Bad Scale [Abstract]. *Archives of Clinical Neuropsychology, 16*, 813.

Cunic, T. L., & **Denney, R. L.** (2001). Use of videotaped administrations as a method of establishing inter-rater reliability for the NCSE [Abstract]. *Archives of Clinical Neuropsychology, 16*, 819.

**Denney, R. L.**, Feaster, T., Hughes, M., Estees, S., McKay, D., Mockenhaupt, S., Rooney, K., & Whisman, K. (1999). Recognition items on the WMS-III as a forced-choice test of negative response bias [Abstract].  *Archives of Clinical Neuropsychology, 14(1)*, 97.

**Denney, R. L.** (1997). A forced-choice recognition test for detecting negative response bias on the Wechsler Memory Scale-Revised [Abstract]. *Archives of Clinical Neuropsychology, 12(4)*, 308.

**Denney, R. L.**, & Scully, B. M. (1996). Exaggeration of neuropsychological impairment in Pick's Disease: A case study [Abstract]. *Archives of Clinical Neuropsychology, 11(5)*, 382.

**Denney, R. L.**, & Wynkoop, T. F. (1995). Exaggeration of neuropsychological deficits in pretrial evaluation: A case presentation [Abstract]. *The Clinical Neuropsychologist, 9(3)*, 277.

## Book and Test Reviews

**Denney, R. L.** (2011). Book Review: *Forgiveness, Reconciliation, and Restoration: Multidisciplinary Studies from a Pentecostal Perspective* by M. W. Mittelstadt & G. W. Sutton (Eds.) (2010). Pickwick Publications; Eugene, OR. *Encounter: Journal for Pentecostal Ministry,* Summer, Vol. 8.

Wynkoop, T. F., & **Denney, R. L.** (2005). Test Review: Green's Word Memory Test (WMT) for Windows. *Journal of Forensic Neuropsychology, 4,* 101-105.

**Denney, R. L.** & Neller, D.J. (2002). Book Review: *How to Identify Suicidal People: A Systematic Approach to Risk Assessment*, by Thomas W. White.  *The Journal of Psychiatry & Law, 30(4)* 605-606.

**Denney, R. L.** (2001). Book Review: *The Evaluation and Treatment of Mild Traumatic Brain Injury*, edited by Nils Varney and Richard Roberts.  *The Journal of Psychiatry & Law, 29*, 195-198.

Wynkoop, T. F., & **Denney, R. L.** (2001). Test Reviews: Computerized Assessment of Response Bias (CARB), Word Memory Test (WMT), and Memory Complaints Inventory (MCI).  *Journal of Forensic Neuropsychology, 2(1),* 71-77.

**Robert L. Denney, PSY.D., ABPP**
Curriculum Vita, 11/2018; page 14

**Denney, R. L.** (1999). Test Review: Victoria Symptom Validity Test, Version 1.0.  *Journal of Forensic Neuropsychology, 1(1)*, 89-95.

## OTHER PUBLICATIONS

Hearne, B. M. (2005). Up Front–Competency and brain injury: An interview with **Robert Denney, Psy.D.** Special Issue: Is that Legal? Brain Injury and the Law. *Premier Outlook: A periodical about brain injury, 5*(2), 11-19.

**Denney, R. L.** (2003). Competency to Stand Trial. Article published in *APA Division 40, Division of Clinical Neuropsychology, Newsletter 40*, Summer/Fall,

Barber, C., **Denney, R. L.**, Duncan, S., & Landis, R. (1996).  *How to conduct a thorough and professional forensic evaluation: Training manual of the Federal Bureau of Prisons*.  This text/manual was developed for the training of Bureau of Prison's Psychologists to perform mental health evaluations for U.S. District Courts.  Published by the Bureau of Prisons, Psychology Services, Central Office, Washington, DC.

## PRESENTATIONS

**Denney, R. L.** (2017, June). *Mild Traumatic Brain Injury and Post-Concussion Syndrome: A Neuropsychological Perspective.* Workshop presented on behalf of PsyBar, LLC, at the RGA Reinsurance Company 2017 Regional Conference, Des Moines, Iowa.

**Denney, R. L.** (2016, September). *The Mysterious and often Perplexing Nature of Mild TBI and Persistent Post-Concussion Syndrome.* Workshop presented on behalf of PsyBar, LLC, at the 32nd Annual ROSE Conference RGA Reinsurance Company, St. Paul, Minnesota.

**Denney, R. L**. & Rohling, M. L. (2016, June). *Important Ethical and Practice Considerations in Death Penalty related Forensic Neuropsychological Assessment*. Three hour (3 CE Credit) workshop presented at the American Academy of Clinical Neuropsychology 14th Annual Conference, Chicago, Illinois.

**Denney, R. L.** (2014, March). *The Mysterious and often Perplexing Nature of Mild TBI and Persistent Post-Concussion Syndrome*. Workshop presented on behalf of PsyBar, LLC, for the Custom Disability Solutions Group Reinsurance, South Portland, ME.

**Denney, R. L.** (2013, November). *Clinical Neuropsychology for the Forensic Psychologist*. Day long (7 CE Credit) workshop presented at Contemporary Issues in Forensic Psychology, Workshop Series of the American Academy of Forensic Psychology, Fort Lauderdale, Florida.

**Denney, R. L.** (2013, August). *Validity and Deception in Neuropsychological Evaluations*. Workshop presented on behalf of PsyBar, LLC, for The Standard Insurance Company,

**Robert L. Denney, Psy.D., ABPP**
Curriculum Vita, 11/2018; page 15

Portland, OR.

Greiffenstein, M. F. & **Denney, R. L.** (2013, June). *Forensic Neuropsychology: From Foundational Knowledge to Advanced Practice.* Three hour (3 CE Credit) workshop presented at the American Academy of Clinical Neuropsychology 11th Annual Conference, Chicago, Illinois.

**Denney, R. L.** (2013, April). *The Mysterious and Often Perplexing Nature of Mild TBI and Persistent Post-Concussion Syndrome.* Workshop presented on behalf of PsyBar, LLC, for the Prudential Insurance Company of America, Newark, NJ.

**Denney, R. L.** (2012, November). Moderator. *Forensic Grand Rounds.* Workshop presented at the 32nd Annual National Academy of Neuropsychology Conference, Nashville, TN.

**Denney, R. L.** (2012, June). *Validity and Deception in Neuropsychological Evaluations.* Workshop presented on behalf of PsyBar, LLC, for the Prudential Insurance Company of America, Newark, NJ.

**Denney, R. L.** (2012, February). *Foundations of Ethical Neuropsychological Assessment for the Criminal Courts.* Three hour (3 CE Credit) workshop presented at the 40th Annual Meeting of the International Neuropsychological Society, Montréal, Québec, Canada.

**Denney, R. L.** (2011, November). Moderator. *Forensic Grand Rounds.* Workshop presented at the 31st Annual National Academy of Neuropsychology Conference, Marco Island, Florida.

**Denney, R. L.** (2010, October). Moderator. *Forensic Grand Rounds.* Workshop presented at the 30th Annual National Academy of Neuropsychology Conference, Vancouver, British Columbia, Canada.

**Denney, R. L.** (2010, May). *Clinical Neuropsychology for the Forensic Psychologist.* Day long (7 CE Credit) workshop presented at Contemporary Issues in Forensic Psychology, Workshop Series of the American Academy of Forensic Psychology, Kansas City, Missouri.

**Denney, R. L.** (2009, November). *NAN Presidential Address: Authentic Professional Competence in Clinical Neuropsychology.* Presidential Address given at the 29th Annual Conference of the National Academy of Neuropsychology, New Orleans, Louisiana.

**Denney, R. L.** (2009, November). Moderator. *Forensic Grand Rounds.* Workshop presented at the 29th Annual National Academy of Neuropsychology Conference, New Orleans, Louisiana.

**Denney, R. L.** (2008, November). *Foundations of Neuropsychological Assessment for the Criminal Courts.* Three hour (3 CE Credit) workshop presented at the 28th Annual National Academy of Neuropsychology Conference, New York, New York.

**Robert L. Denney, PSY.D., ABPP**
Curriculum Vita, 11/2018; page 16

**Denney, R. L.** (2008, November). Moderator. *Forensic Grand Rounds.* Workshop presented at the 28th Annual National Academy of Neuropsychology Conference, New York, New York.

**Denney, R. L.** (2008, June). *Foundations of Neuropsychological Assessment for the Criminal Courts.* Three hour (3 CE Credit) workshop presented at the American Academy of Clinical Neuropsychology 6th Annual Conference and Workshops, Boston, Massachusetts.

**Denney, R. L.** (2008, January). *Clinical Neuropsychology for the Forensic Psychologist.* Day long (7 CE Credit) workshop presented at Contemporary Issues in Forensic Psychology, Workshop Series of the American Academy of Forensic Psychology, San Antonio, Texas.

**Denney, R. L.** (2007, November). Moderator. *Forensic Grand Rounds.* Workshop presented at the 27th Annual National Academy of Neuropsychology Conference, Scottsdale, Arizona.

**Denney, R. L.** (2007, November). *Forensic Pre-Conference 2: Neuropsychological assessment in the criminal forensic arena: Competencies, sanity, & Ethics.* 2.5-hour (2.5 CE & CLE Credit) workshop presented at the 27th Annual National Academy of Neuropsychology Conference, Scottsdale, Arizona.

**Denney, R. L.** (2007, October). *Malingering detection and ethics in forensic psychological assessment.* 4.5 CE credit hour invited presentation at the Arkansas Psychological Association annual conference. Little Rock, Arkansas.

**Denney, R. L.** (2006, October). Moderator. *Forensic Grand Rounds.* Workshop presented at the 26th Annual National Academy of Neuropsychology Conference, San Antonio, Texas.

**Denney, R. L.** (2006, June). *Matters of import in forensic neuropsychology: Can a panel of experts agree?* - Moderator: Jerry Sweet, Ph.D. Panel: Larry Binder, Ph.D., Robert L. Denney, Psy.D., Manfred Greiffenstein, Ph.D., Robert L. Heilbronner, Ph.D. 4th Annual conference of the American Academy of Clinical Neuropsychology (AACN), Philadelphia, PA.

**Denney, R. L.** (2005, October). Moderator. *Forensic Grand Rounds.* Workshop presented at the 25th Annual National Academy of Neuropsychology Conference, Tampa, Florida.

**Denney, R. L.**, & Sullivan, J. P. (2005, June). *Constitutional/Judicial foundations for criminal forensic neuropsychology: Competency to confess and stand trial.* Three hour (3 CE Credit) workshop presented at the 2005 American Academy of Clinical Neuropsychology workshops and annual meeting, Minneapolis, Minnesota.

Sullivan, J. P., & **Denney, R. L.** (2005, June). *Rules of engagement – Considerations for the clinical neuropsychologist working in forensic areas.* Three hour (3 CE Credit) workshop presented at the 2005 American Academy of Clinical Neuropsychology workshops and annual meeting, Minneapolis, Minnesota.

**Robert L. Denney, Psy.D., ABPP**
Curriculum Vita, 11/2018; page 17

**Denney, R. L.** (2005, February). *Criminal Forensic Neuropsychology: Ethical, Legal, & Practical Issues*. Day long (7 CE Credit) workshop presented at Contemporary Issues in Forensic Psychology, Workshop Series of the American Academy of Forensic Psychology, Dallas, Texas.

**Denney, R. L.** & Sullivan, J. P. (2004, November). *Constitutional and Judicial Foundations for Criminal Forensic Neuropsychology: Competency to Stand Trial and Confess*. 3-hour (3CE Credit) workshop presented at the 24th Annual National Academy of Neuropsychology Conference, Seattle, Washington.

**Denney, R. L.** (2004, November). Moderator. *Forensic Grand Rounds*. Workshop presented at the 24th Annual National Academy of Neuropsychology Conference, Seattle, Washington.

**Denney, R. L.** (2002, October). *Neuropsychological Assessment in the Criminal Forensic Arena: Competencies, Sanity, and Ethics.* 3-hour (3CE Credit) Workshop presented at the 22nd Annual National Academy of Neuropsychology Conference, Miami Beach, Florida.

**Denney, R. L.** (2002, May). *Forensic Issues: Assessment and Ethics.* Pre-conference workshop provided at the 12th Annual Mental Health in Corrections Symposium, Kansas City, Missouri.

**Denney, R. L.** (2002, April). *Forensic neuropsychology in criminal cases: Competency to stand trial and criminal responsibility.* Invited address presented at the UCSD School of Medicine's 12th Annual Nelson Butters' West Coast Neuropsychology Conference: Interface between neuropsychology and law, La Jolla, California.

**Denney, R. L.** (2001, June). *Symptom exaggeration and malingering: Theory and detection strategies*. Presentation given during 11th Annual Mental Health in Corrections Symposium, Kansas City, Missouri.

**Denney, R. L.** (2001, June). *Recent trends in scientific admissibility of mental health testimony*. Presentation given during 11th Annual Mental Health in Corrections Symposium, Kansas City, Missouri.

**Denney, R. L.** (1998, October). *Assessing Civil Competencies.* Presentation given to psychology and rehabilitation staff at Cox Medical Centers-South, Springfield, Missouri.

**Denney, R. L.** (1998, August). *Assessing Feigned Cognitive Impairment.* Presentation given to Bureau of Prisons forensic psychologists, Washington, D.C.

**Denney, R. L.** Junk Science and Admissibility of Neuropsychological Evidence. Presentation given during *Neurolitigation: Analyzing Brain Injury Claims*. A program of Continuing Legal Education:
The State Bars of New Mexico and Arizona, Albuquerque, New Mexico. July 9, 1999.
The University of Denver School of Law, Denver, CO. June 25, 1999.

**Robert L. Denney, PSY.D., ABPP**
Curriculum Vita, 11/2018; page 18

The George Mason University School of Law, Arlington, VA. June 10, 1999.
The State Bars of Nevada and Oregon, Caesar's Palace, Las Vegas, NV. May 22, 1999.
The State Bar of Kansas, University of Kansas, Kansas City, KS. April 24, 1999.
The State Bar of New Mexico, Albuquerque, New Mexico. August 8, 1998.

**Denney, R. L.** Clinical Neuroanatomy and Neuropathology.  Presentation given during *Neurolitigation: Analyzing Brain Injury Claims*. A program of Continuing Legal Education:
The State Bars of New Mexico and Arizona, Albuquerque, New Mexico. July 9, 1999.
The University of Denver School of Law, Denver, CO. June 25, 1999.
The George Mason University School of Law, Arlington, VA. June 10, 1999.
The State Bars of Nevada and Oregon, Caesar's Palace, Las Vegas, NV. May 22, 1999.
The State Bar of Kansas, University of Kansas, Kansas City, KS. April 24, 1999.
The State Bar of New Mexico, Albuquerque, New Mexico. August 8, 1998.

**Denney, R. L.** Neuroimaging: Radiological imaging techniques for the brain.  Presentation given during *Neurolitigation: Analyzing Brain Injury Claims*. A program of Continuing Legal Education:
The State Bars of New Mexico and Arizona, Albuquerque, New Mexico. July 9, 1999.
The University of Denver School of Law, Denver, CO. June 25, 1999.
The George Mason University School of Law, Arlington, VA. June 10, 1999.
The State Bars of Nevada and Oregon, Caesar's Palace, Las Vegas, NV. May 22, 1999.

**Denney, R. L.** (1998, August). The Inadequate Evaluation.  Presentation given during *Neurolitigation: Analyzing Brain Injury Claims*. A program of Continuing Legal Education of The State Bar of New Mexico, Albuquerque, New Mexico. August 8, 1998.

**Denney, R. L.** (1997, November). *Critical Issues in Criminal Forensic Neuropsychology: Competency to Stand Trial and Sanity Evaluations*.  Two hour presentation at the 17th Annual Convention of the National Academy of Neuropsychology, Las Vegas, Nevada.

Reuterfors, D., Mrad, D., & **Denney, R. L.** (1997, February). *The impact of the Tarasoff decision and the Missouri Bradley v. Ray case on Missouri mental health practitioners' duty to warn and protect*. Presentation given to Ozark Area Psychological Association, Springfield, Missouri.

**Denney, R. L.** (1996, May). *Identifying feigned amnesia by using the Symptom Validity Testing Paradigm*.  Symposium conducted at the Sixth Annual Mental Health in Corrections Symposium, Kansas City, Missouri.

## POSTER PRESENTATIONS

Calloway, J. A., & **Denney, R. L.** (2016, February). Initial validation of a new and quick

**Robert L. Denney, PSY.D., ABPP**
Curriculum Vita, 11/2018; page 19

performance validity test: Green's License Plate Test. Poster presented at the 44th Annual Meeting of the International Neuropsychological Society, Boston, Massachusetts.

Biddle, C., Fazio, R. L., & **Denney, R. L.** (2014, February). The effect of hand restraints on forensic neuropsychological evaluations. Poster presented at the 42nd Annual Meeting of the International Neuropsychological Society, Seattle, Washington.

Dunham, K. J., & **Denney, R. L.** (2014, February). *Introduction to a new profile analysis on the Medical Symptom Validity Test.* Poster presented at the 42nd Annual Meeting of the International Neuropsychological Society, Seattle, Washington.

Dunham, K. J., Rolin, S. N., Sibson, J. M., Ogbeide, S. A., & **Denney, R. L.** (2014, February). *Specificity for cognitively impaired individuals on the RBANS Effort Scale and Effort Index.* Poster presented at the 42nd Annual Meeting of the International Neuropsychological Society, Seattle, Washington.

Sofko, S., Dunham, K. J., Shadi, S., **Denney, R. L.**, & Fazio, R. L. (2014, February). *A rarely missed items index for the Repeatable Battery for the Assessment of Neuropsychological Status (RBANS).* Poster presented at the 42nd Annual Meeting of the International Neuropsychological Society, Seattle, Washington.

Dunham, K., Rolin, S., Sibson, J., Ogbeide, S., Glover, M., & **Denney, R. L.** (2012, November). *Utility of the Repeatable Battery for the Assessment of Neuropsychological Status (RBANS) in differentiating between types of dementia.* Poster presented at the 32nd Annual Conference of the National Academy of Neuropsychology, Nashville, Tennessee.

Deneen, T., **Denney, R. L.,** Fisher, J., & Spray, B. (2012, November). *The effectiveness of the MMPI-2-RF validity and cognitive/somatic scales in predicting symptom validity failure in TBI litigant tested for effort.* Poster presented at the 32nd Annual Conference of the National Academy of Neuropsychology, Nashville, Tennessee.

Dunham, K., Shadi, S., Sofko, C., & **Denney, R. L.** (2012, November). *Preliminary look: Comparison of the Effort Index and Effort Scale on the RBANS.* Poster presented at the 32nd Annual Conference of the National Academy of Neuropsychology, Nashville, Tennessee.

Dunham, K., Warchol, A., Hunter, B., Shadi, S., **Denney, R. L.,** & Nichols, C. (2012, November). *Comparison of the Reliable Digit Span and Age-Corrected Scaled Score on the WISC-IV as a measure of effort in children.* Poster presented at the 32nd Annual Conference of the National Academy of Neuropsychology, Nashville, Tennessee.

Rolin, S., Higgins, K, & **Denney, R. L.** (2012, November). *Utility of the Response Bias Scale (RBS) of the MMPI-2-RF in relation to structured malingering criteria in a criminal population.* Poster presented at the 32nd Annual Conference of the National Academy of Neuropsychology, Nashville, Tennessee.

**Robert L. Denney, PSY.D., ABPP**
Curriculum Vita, 11/2018; page 20

Dunham, K., Warchol, A., & **Denney, R. L.** (2012, March). *Can We Trust Kids? A Review of Effort Measures in Pediatric Populations.* Poster presented at the 2012 conference of the Missouri Psychological Association, St. Louis, Missouri.

Dunham, K., Shadi, S., & **Denney, R. L.** (2012, March). *Review of the Use of Symptom Validity Measures for Neurocognitive Dementias.* Poster presented at the 2012 conference of the Missouri Psychological Association, St. Louis, Missouri.

Biddle, C., Fazio, R., Willett, K., Rolin, S., O'Grady, M., & **Denney, R.** (2011, November). *Motor dysfunction profiles in a simulated chronic pain sample.* Poster presented at the 31st Annual Conference of the National Academy of Neuropsychology, Marco Island, Florida.

England, D., **Denney, R.**, & Meyers, J. (2011, November). *Differential diagnosis of TBI and PTSD using the Meyers Neuropsychological Battery.* Poster presented at the 31st Annual Conference of the National Academy of Neuropsychology, Marco Island, Florida.

Hanson Misialek, L., Fazio, R., **Denney, R.**, & Myers, W. (2011, November). *Efficacy of embedded validity indices of the Booklet Category Test in a criminal forensic population.* Poster presented at the 31st Annual Conference of the National Academy of Neuropsychology, Marco Island, Florida.

Mack, J., Sparks, A., Dunham, K., & **Denney, R. L.** (2011, June). *Sensitivity of the Green Battery (WMT, MSVT, & NV-MSVT) to simulated dementia.* Poster presented at the 9th Annual AACN Conference & Workshops, Washington, DC.

Biddle, C., Willett, K., O'Grady, M., Rolin, S., Fazio, R., & **Denney, R. L.** (2011, June). *Finger Tapping: Why can't we alternate hands?* Poster presented at the 9th Annual AACN Conference & Workshops, Washington, DC.

Fazio, R., Griswold, S., & **Denney, R. L.** (2010, October). *Initial psychometric properties of the Fazio Laterality Inventory.* Poster presented at the 30th Annual Conference of the National Academy of Neuropsychology, Vancouver, British Columbia, Canada.

Umaki, T. M. & **Denney, R. L.** (2009, November). *Neurocognitive deficits associated with the hepatitis C virus among incarcerated men.* Poster presented at the 29th Annual Conference of the National Academy of Neuropsychology, New Orleans, Louisiana.

Sanders, F., Bailey, C. M., **Denney, R. L.** & Marcopulos, B. A. (2009, November). *Performance of the Test of Memory Malingering (TOMM) and the Word Memory Test (WMT) in criminal medical and psychiatric settings.* Poster presented at the 29th Annual Conference of the National Academy of Neuropsychology, New Orleans, Louisiana.

**Robert L. Denney, Psy.D., ABPP**
Curriculum Vita, 11/2018; page 21

Barber, A. P., **Denney, R. L.**, & Deal, W. P. (2009, November). *Validity of effort testing among individuals with mental retardation.* Poster presented at the 29th Annual Conference of the National Academy of Neuropsychology, New Orleans, Louisiana.

Triebel, K. L., **Denney, R. L.**, & Halfaker, D. (2009, November). *The utility of a short-Fake Bad Scale for detecting malingered neurocognitive dysfunction on the 370-item MMPI-2.* Poster presented at the 29th Annual Conference of the National Academy of Neuropsychology, New Orleans, Louisiana.

Pipkin, S., **Denney, R. L.**, & Hartman, D. (2008, November). *Detecting exaggeration in neurocognitive functioning: Predicting Word Memory Test classification with the Structured Inventory of Malingered Symptomatology.* Poster presented at the 28th Annual Conference of the National Academy of Neuropsychology, New York, New York.

**Denney, R. L.**, & Tyner, E. (2008, June). *Effectiveness of Reliable Digit Span at differentiating Definite Neurocognitive Dysfunction from good effort mild and moderate TBI among adult male criminals.* Poster presentation at the 6th Annual conference of the American Academy of Clinical Neuropsychology, Boston, Massachusetts.

Dionysus, K. E., **Denney, R. L.**, & Halfaker, D. (2008, June). *A comparison of the validity scales of the MMPI-2 and the RBS 28.* Poster presentation at the 6th Annual conference of the American Academy of Clinical Neuropsychology, Boston, Massachusetts.

Downing, S. K, **Denney, R. L.**, Spray, B. J., & Halfaker, D. A. (2007, November). *The performance of the MMPI-2 Reconstructed Scales among personal injury litigants feigning impairment.* Poster presented at the 27th Annual Conference of the National Academy of Neuropsychology, Scottsdale, Arizona.

Rosenstein, L. D., & **Denney, R. L.** (2007, June). *Initial development of the Feigning Low Intelligence Test (FLIT).* Poster presentation at the 5th Annual conference of the American Academy of Clinical Neuropsychology, Denver, Colorado.

Sanders, J. F., & **Denney, R. L.** (2007, June). *A comparison of the Test of Memory Malingering and the Word Memory Test in a criminal forensic population.* Poster presentation at the 5th Annual conference of the American Academy of Clinical Neuropsychology, Denver, Colorado.

D'Amato, C. P., & **Denney, R. L.** (2007, February). *The Diagnostic Utility of the Rarely Missed Index in Detecting Response Bias in an Adult Male Incarcerated Setting.* Poster presented at the 35th Annual conference of the International Neuropsychology Society, Portland, Oregon.

Ardolf, B. R., **Denney, R. L.**, & Houston, C. M. (2005, October). *Base rates of malingered neurocognitive dysfunction among criminals.* Poster Presentation at the 25th Annual National Academy of Neuropsychology Conference, Tampa, FL.

**Robert L. Denney, PSY.D., ABPP**
Curriculum Vita, 11/2018; page 22

Schnakenberg-Ott, S. D., **Denney, R. L.**, & Ryan, J. J. (2004, November). *Utility of WAIS-III Incidental Learning to detect negative response bias in a sample of civil and criminal litigants.* Poster presented at the 24th Annual National Academy of Neuropsychology Conference, Seattle, WA.

Collins-Johns, K., Powers, B. K., **Denney, R. L.**, Cannedy, R. C. (2002, May). *Comparison of Carlson Psychological Survey Chemical Abuse Scale and Substance Abuse Screening Inventory-3 in an Inmate Population.* Poster presented at the 12th Annual Mental Health in Corrections Symposium, Kansas City, Missouri.

Van Gaasbeek, J. K., **Denney, R. L.**, & Harmon, J. (2001, November) *Another look at an MMPI-2 neurocorrective factor in forensic cases: Utility of the Fake Bad Scale.* Poster presented at 21st Annual Conference of the National Academy of Neuropsychology, San Francisco, CA.

Cunic, T. L., & **Denney, R. L.** (2001, November). *Use of videotaped administrations as a method of establishing inter-rater reliability for the NCSE.* Poster presented at 21st Annual Conference of the National Academy of Neuropsychology, San Francisco, CA.

Burger, C. M., **Denney, R. L.**, & Lee, K. E.(2000, November). *The Kaufman Short Neuropsychological Assessment Procedure and the Halstead Reitan Neuropsychological Battery: A comparison using participants referred by Vocational Rehabilitation.* Poster presented at the 20th Annual Conference of the National Academy of Neuropsychology, Orlando, Florida.

Hughes, M., **Denney, R. L.**, & Cannedy, R. (2000, March) *Competency of juveniles to stand trial in criminal court.* Poster presented at the American Psychology-Law Society Biennial 2000 conference, New Orleans, Louisiana.

**Denney, R. L.**, Feaster, T., Hughes, M., Estees, S., McKay, D., Mockenhaupt, S., Rooney, K., & Whisman, K. (1998, November) *Recognition items on the WMS-III as a forced-choice test of negative response bias.* Poster presented at the 18th Annual Conference of the National Academy of Neuropsychology, Washington, DC.

**Denney, R. L.** (1996, October). *A forced-choice recognition test for detecting negative response bias on the Wechsler Memory Scale-Revised.* Poster presented at the 16th Annual Conference of the National Academy of Neuropsychology, New Orleans, Louisiana.

**Denney, R. L.**, & Scully, B. M. (1995, November). *Exaggeration of Neuropsychological Impairment in Pick's Disease: A Case Study.* Poster presented at the 15th Annual Conference of the National Academy of Neuropsychology, San Francisco, California.

**Denney, R. L.**, & Wynkoop, T. F. (1995, August). *Exaggeration of Neuropsychological Deficits*

**Robert L. Denney, PSY.D., ABPP**
Curriculum Vita, 11/2018; page 23

*in Pretrial Evaluation: A Case Presentation.*  Poster presented at the American Psychological Association 103rd Annual Convention, New York, New York.