# PARK DIETZ & ASSOCIATES, INC.
## Forensic Experts

**Administrative Offices**

2906 Lafayette
Newport Beach, CA  92663
Tel:  949-723-2211
Fax:  949-723-2212
Email:   expert@parkdietzassociates.com
Website:   www.parkdietzassociates.com

- **Forensic Psychiatry**
- **Forensic Psychology**
- **Forensic Pathology**
- **Forensic Neurology**
- **Forensic Social Work**
- **Child Welfare**
- **Criminology**
- **Security**

## Curriculum Vitae
## R. Ryan Darby

### EDUCATION

| Year | Degree | Field | Institution |
|---|---|---|---|
| 2007 | AB, *Cum Laude* | Psychology, Neuroscience | Princeton University |
| 2011 | MD | Medicine | Vanderbilt University |
| 2016 | Certificate | Applied Biostatistics | Harvard University Clinical and Translational Science Center |

### Postdoctoral Training

| Years | Position | Field | Institution |
|---|---|---|---|
| 2011-2012 | Intern | Internal Medicine | Vanderbilt University |
| 2012-2015 | Resident | Neurology | MGH/BWH, Harvard Medical School |
| 2015-2017 | Sidney R. Baer, Jr. Foundation Clinical Research Fellow | Behavioral Neurology and Neuropsychiatry | Berenson-Allen Center for Noninvasive Brain Stimulation at BIDMC, Harvard Medical School |
| 2015-2017 | Clinical Fellow | Behavioral Neurology and Neuropsychiatry | McLean / MGH / BIDMC, Harvard Medical School |

### Current Licensure and Certification

2017-     Tennessee Medical License
2015-     Diplomate American Board of Neurology and Psychiatry

### Academic Appointments

| Year | Position | Department | Institution |
|---|---|---|---|
| 2017- | Assistant Professor | Department of Neurology | Vanderbilt University |
| 2017- | Faculty Affiliate | Bioethics Department | Vanderbilt University |
| 2018- | Senior Faculty | Vanderbilt Brain Institute | Vanderbilt University |

### Hospital Appointments

| | | | |
|---|---|---|---|
| 2017- | Attending | Department of Neurology | Vanderbilt University Medical Center (VUMC) |
| 2017- | Director | Frontotemporal Dementia Clinic | VUMC |

### Professional Organizations

| | |
|---|---|
| 2007- | American Medical Association |
| 2008- | International Neuroethics Society |
| 2009- | American Society of Bioethics and Humanities |
| 2010- | American Academy of Neurology |
| 2014- | American Neuropsychiatric Association |
| 2015- | Organization for Human Brain Mapping |
| 2017- | American Neurological Association |
| 2017- | International Society to Advance Alzheimer's Research and Treatment  (ISTAART) |

## PROFESSIONAL ACTIVITIES

### Committee Service

*Local*

| | | |
|---|---|---|
| 2013-2017 | Center for Law, Brain, and Behavior | Massachusetts General Hospital |
| 2014-2017 | Neuroethics Committee | Harvard Medical School Department of Bioethics |
| 2016-2018 | Committee on Undue Influence | Massachusetts General Hospital / Center for Law, Brain, and Behavior |
| 2017-2019 | Committee on Alzheimer's and related dementias PET imaging development | VUMC departments of Neurology, Psychiatry, Medicine, and Radiology |
| 2018-2019 | Host, outside speaker series: *Seminars in Neuroscience: Brain, Mind, and Society* | Vanderbilt Brain Institute |

*National*

| | | |
|---|---|---|
| 2014-2015 | Ethics, Law, and Humanities Committee | American Academy of Neurology |
| 2017- | Neuropsychiatric Syndromes Committee | ISTAART / Alzheimer's Association |

### Editorial Activities

*Scientific Journals*

| | | |
|---|---|---|
| 2015- | Ad-Hoc Reviewer | Journal Neuropsychiatry and Clinical Neurosciences |
| 2017- | Ad-Hoc Reviewer | Annals Neurology |
| 2017- | Ad-Hoc Reviewer | Neurohospitalist |
| 2017- | Ad-Hoc Reviewer | Cortex |
| 2017- | Ad-Hoc Reviewer | Journal of Neuropsychology |
| 2017- | Ad-Hoc Reviewer | Social, Cognitive, Affective Neuroscience |
| 2017- | Ad-Hoc Reviewer | Brain |
| 2017- | Ad-Hoc Reviewer | Neuropsychiatric Disease and Treatment |

| | | |
|---|---|---|
| 2017- | Ad-Hoc Reviewer | Cognitive and Behavioral Neurology |
| 2017- | Ad-Hoc Reviewer | Experimental Brain Research |
| 2018- | Ad-Hoc Reviewer | Neuropsychologia |
| 2018- | Ad-Hoc Reviewer | Neuropsychology |
| 2018- | Ad-Hoc Reviewer | Neuroimage Clinical |
| 2018- | Ad-Hoc Reviewer | Journal of Neurology |
| 2019- | Ad-Hoc Reviewer | Cognitive Neuropsychiatry |
| 2019- | Ad-Hoc Reviewer | Neurology |
| 2019- | Ad-Hoc Reviewer | Journal of Cognitive, Affective, and Behavioral Neuroscience |
| 2019- | Ad-Hoc Reviewer | New England Journal of Medicine |

*Scientific Meetings*

| | | |
|---|---|---|
| 2018- | Abstract Reviewer | Alzheimer's Association International Conference |

*Grants*

| | | |
|---|---|---|
| 2019- | Grant submission reviewer | Alzheimer's Association Clinician Scientist Fellowship |

## **Awards and Honors**

| | | | |
|---|---|---|---|
| 2009 | Honorable Mention, Helen H. Glaser Student Essay Contest | Alpha Omega Alpha *Pharos Journal* | $250 prize |
| 2009 | Early Career Scholar | American Society Bioethics and Humanities | $500 prize |
| 2009 | Trainee Abstract Award | Brain Matters: New Directions in Neuroethics Conference | $1,000 prize |
| 2010 | Early Career Scholar | American Society Bioethics and Humanities | $500 prize |
| 2014 | Clinical Ethics Award | American Academy of Neurology | Mentored ethics project |
| 2015 | Stanley Cobb Award | Boston Society Neurology and Psychiatry | Best Research Presentation |
| 2016 | Stanley Cobb Award | Boston Society Neurology and Psychiatry | Best Research Presentation |
| 2016 | Fellow Travel Award | American Academy of Neurology | $1000 prize |
| 2017 | S. Weir Mitchell Award | American Academy of Neurology | Outstanding Young Investigator |
| 2017 | Young Investigator Award | American Neuropsychiatry Association | Outstanding Young Investigator |
| 2017 | Travel Award | American Neurological Association | $1000 prize |
| 2017 | Poster Award | American Neurological Association | Best Poster Presentation, ANA meeting |
| 2018 | New Investigator Award (NIA) | ISAART Neuropsychiatric Syndromes PIA | $1500 prize from Alzheimer's Association |
| 2018 | Loan Repayment Program Award | National Institute Aging | Competitive loan repayment from NIH |
| 2020 | Norman Geschwind Prize in Behavioral Neurology | American Academy of Neurology | Recognition of outstanding research in the field of behavioral neurology |

| 2020 | Career Development Award | American Neuropsychiatry Association | Outstanding research for junior investigator in neuropsychiatry |

## TEACHING ACTIVITIES

### Medical School Teaching

| 2018- | VC3 Dementia Case Faculty Observer | 2 hours prep, 4 hours observation /year |
| 2018- | Faculty Affiliate Advisor, Vanderbilt University School of Medicine | Approximately 4 hours / month, advising and mentoring for medical students |

### Resident Teaching

| 2013-2017 | Neuropsychiatric Diseases Neurology Resident Lecture Series | MGH / BWH 3x one-hour lectures/year |
| 2016-2017 | Neurological Diseases Causing Psychosis Psychosis Clinical and Research Group | Massachusetts Mental Health / BIDMC 2x two-hour lecture or case discussions/year |
| 2018- | Frontotemporal Dementia Neurology Resident Lecture Series | Vanderbilt Neurology 1x one-hour lecture/year, 4 hours prep-time |

### Graduate Teaching

| 2018- | Legal issues in neurological patients LAW 7420: Law and Neuroscience | 1 x 90-minute lectures/year, 4 hours prep-time |
| 2019- | Tau in neurodegenerative disorders NURO 8365. Neurobiology of Disease. | 1 x 60 minute lecture / year, 10 hours prep-time |
| 2019- | Network Localization in neuropsychiatry EECE 6358. Quantitative Medical Image Analysis. | 1 x 60 minute lecture / year, 4 hours prep-time |

### Continuing Medical Education

| 2018 | Vanderbilt Contemporary Clinical Neurology Meeting | Hilton Head, SC 5 x 30-minute lectures/year, 10 hour prep-time |
| 2019- | American Academy of Neurology Annual Meeting | Neuroimaging in neurodegenerative disorders. 1 x 30 minute lecture/year, 4 hour prep-time |

### Clinical Teaching

| 2017-2019 | Inpatient Neurology Attending, General and Consult Services, Vanderbilt University Medical Center | 4 wks/year.  Supervise team of approximately 4-5 residents and 3-4 medical students, 5-10 admissions/day |
| 2017- | Medical Student Rotator, Behavioral Neurology Clinic, VUMC | Supervise 1 medical student per clinic, approximately 4 hrs/week |

| | | |
|---|---|---|
| 2018-2019 | Psychiatry Resident Rotator, Behavioral Neurology Clinic, VUMC | Supervise 1 resident per clinic, approximately 4 hrs/week |
| 2019- | Undergraduate Student Rotator, Behavioral Neurology Clinic, VUMC | Shadowed by 1 undergraduate per clinic, approximately 2x /month |

## Research Supervision

*Clinical-Research Fellows*

| | | |
|---|---|---|
| 2019- | Isaiah Kletenik (external research mentor) | Behavioral Neurology Fellow, University of Colorado Medical Center |

*Graduate Students*

| | | |
|---|---|---|
| 2018 | Matthias Tholen (6-month visiting rotation) | Graduate Student, Cognitive Neuroscience, University of Salzburg, Austria |
| 2018 | Breanna Crane (6-month lab rotation) | Graduate Student, Psychology, Johns Hopkins University |

*Medical Students*

| | | |
|---|---|---|
| 2018 | Charles Dawson (Summer research project) | Medical Student, Meharry Medical College |
| 2018 | Laura Wang (Research immersion project) | Medical Student, Vanderbilt |

*Undergraduate Students*

| | | |
|---|---|---|
| 2018- | Dana Orlando (Research elective and summer research student) | Undergraduate, Neuroscience major, Vanderbilt University |
| 2019- | Andrew Mullins (Research elective) | Undergraduate, Neuroscience major, Vanderbilt University |
| 2019- | Rohit Kamath (independent research and summer research) | Undergraduate, Neuroscience major, Vanderbilt University |
| 2019- | Yuqi Bian (independent research) | Undergraduate, Neuroscience major, Vanderbilt University |

## RESEARCH PROGRAM
### Funding Information

| | |
|---|---|
| 2015-2017 | Sidney R. Baer, Jr. Foundation Fellowship in Neuropsychiatry and Behavioral Neurology<br>Fellowship ($150,000 total)<br>*The use of noninvasive brain stimulation and functional neuroimaging in disorders at the interface of neurology and psychiatry* |
| 2017-2020 | Alzheimer's Association ($175,000 total)<br>*Neurobiology of Delusions in Alzheimer's Disease* |
| 2017-2020 | BrightFocus Foundation ($100,000 total)<br>*Neurobiology of Hallucinations in Alzheimer's Disease* |

2018-2020     Vanderbilt Faculty Research Scholars Award ($110,000 / year)
              *Neurobiological Factors Associated with Legal Problems in Dementia*

2018-2020     Loan Repayment Program Award, National Institute Aging ($70,000 total)
              *Network dysfunction in dementia-related psychosis*

2019-2021     Department of Defense Congressionally-directed medical research program ($340,000 total)
              *Cognitive and Neural Mechanisms of Impaired Social Decision-Making in Parkinson's Patients Taking Dopamine Agonists*

**Publications**

**Peer Reviewed Publications**

1. Schneider ER; Rada P; **Darby RD**; Leibowitz SF; Hoebel BG.  Orexigenic peptides and alcohol intake: differential effects of orexin, galanin, and ghrelin.  *Alcoholism, Clinical and Experimental Research*. 2007 Nov; 31(11): 1858-65.

2. **Darby R.**  Ethical Issues in the use of Cognitive Enhancement.  *Alpha Omega Alpha Pharos Journal.* 2010 Spring; 73(2): 16-22.

3. **Darby R.**  Separating Agency from Deeds in Immoral Neurological Patients: a potential challenge to the ADC model.  *American Journal of Bioethics- Neuroscience*. 2014; 5 (4): 25-27.

4. *Bhattacharyya S; ***Darby R**; Berkowitz AL.  Antibiotic-induced neurotoxicity.  *Current Infectious Disease Reports*. 2014 Dec; 16(12): 448. *doi: 10.1007/s11908-014-0448-3.*
   *contributed equally to work

5. **Darby RR.** and Caplan D.  "Cat-gras" delusion: a unique misidentification syndrome and a novel explanation.  *Neurocase*. 2016, Apr; 22(2): 251-6.  *doi: 10.1080/13554794.2015.1136335.*

6. **Darby R**. and Prasad S.  Lesion-related Delusional Misidentification Syndromes: A Comprehensive Review of Reported Cases.  *Journal Neuropsychiatry and Clinical Neurosciences.* 2016 Summer; 28(3): 217-22.  *doi: 10.1176/appi.neuropsych.15100376.*

7. *Bhattacharyya S, ***Darby RR**, Raibagkar P, Gonzalez-Castro L, Berkowitz AL.  Antibiotic-Associated Encephalopathy.  *Neurology*. 2016 Mar 8; 86(10): 963-71. *doi: 10.1212/01.wnl.0000499649.36058.c0.*
   *Contributed equally to work

8. **Darby, RR**, Edersheim, J, Price, BH.  What Frontotemporal Dementia Can Teach Us About Moral Responsibility.  *American Journal of Bioethics: Neuroscience.* 2016; 7(4): 193–201.

9. *Stipp E, ***Darby RR,** Bhattacharyya S, Berkowitz AL. Antibiotic-Associated Encephalopathy. *Neurology*. 2016 Sep 13; 87(11): 1188-9.  *doi: 10.1212/01.wnl.0000499649.36058.c0.*
   *Contributed equally to work.

Case 4:21-cr-00009   Document 44-3   Filed on 02/17/21 in TXSD   Page 7 of 10

10. **Darby RR,** Laganiere S, Pascual-Leone A, Prasad S, Fox MD.  Finding the Imposter: Lesions causing delusional misidentifications share unique pattern of brain connectivity.  *Brain.*  2017 Feb; 140 (Pt 2): 497-507*.  doi: 10.1093/brain/aww288.  PMCID: PMC5278302*

11. **Darby RR**, Pascual-Leone A.  Moral Enhancement using Noninvasive Brain Stimulation.  *Frontiers in Human Neuroscience, 2017 Feb 22; 11:77.  doi: 10.3389/fnhum.2017.00077.  PMCID: PMC5319982*

12. **Darby RR**, Dickerson BC.  Dementia, Decision-Making, and Capacity. *Harvard Reviews Psychiatry*.  2017 Nov/Dec; 25(6):270-278.  *doi: 10.1097/HRP.0000000000000163.  PMCID: PMC5711478*

13. Kharal A, **Darby RR**, Cohen A.  Envenomation Seizures. *Neurohospitalist.*  2018 Jan;8(1):29-30. *doi: 10.1177/1941874417697029*

14. **Darby RR**, Brickhouse M, Wolk D, Dickerson BC.  Cognitive reserve depends on the semantic and executive demands of the task.  *Journal Neurology, Neurosurgery, and Psychiatry*. 2017 0:1–9. *doi: 10.1136/jnnp-2017-315719.  PMCID: PMC5963955*

15. **Darby RR**, Fox MD.  Reply: Capgras syndrome: neuroanatomical assessment of brain MRI findings in an adolescent patient.  *Brain.* 2017 Jul 1; 140(7): e44.  *doi: 10.1093/brain/awx125.*

16. **Darby RR,** Horn A, Cushman F, Fox MD.  Lesion network localization of criminal behavior*.  Proceedings of the National Academy of Sciences (PNAS).* 2018 Jan 16; 115(3):601-606. *doi: 10.1073/pnas.1706587115.  PMCID: PMC5776958*

17.  **Darby RR.**  Neuroimaging abnormalities in neurological patients with criminal behavior. *Current Neurology and Neuroscientific Reports.* 2018 Jun 14; 18(8): 47. *doi: 10.1007/s11910-018-0853-3.*

18. **Darby RR,** Joutsa J, Burke M, Fox MD.  Lesion network localization of free will. *Proceedings of the National Academy of Sciences (PNAS)*. 2018 Oct 16; 115(42): 10792-10797. *doi: 10.1073/pnas.1814117115.  PMCID: PMC6196503*

19. **Darby RR**, Joutsa J, Fox MD.  Network localization of heterogeneous neuroimaging findings. *Brain. 2019 Jan 1; 142(1):70-79. doi: 10.1093/brain/awy292.*

20. **Darby RR**, Fox MD.  Reply: Heterogeneous neuroimaging findings, damage propagation and connectivity: An integrative view.  *Brain,* 2019 May 1;142(5):e18. *doi: 10.1093/brain/awz081.*

21. Sellers J, **Darby RR**, Farooque A, Claassen DO.  Pimavanserin for psychosis in Parkinson's disease-related disorders: a retrospective chart review.  *Drugs and Aging,* 2019 Mar 29*.  doi: 10.1007/s40266-019-00655-y.*

22. Corp DT, Joutsa J, **Darby RR,** Delnooz CC, van de Warrenburg BPC, Cook D, Ren J, Reich MM, Batla A, Bhatia KP, Jinna HA, Liu H, Fox MD.  Network localization of cervical dystonia based on causal brain lesions.  *Brain,* 2019 Jun 1;142(6):1660-1674. *doi: 10.1093/brain/awz112.*

23. **Darby RR.** A network-based response to the two-factor theory of delusion formation. *Cognitive Neuropsychiatry,* 2019 Apr 16:1-5. *doi: 10.1080/13546805.2019.1606709.*

24. Weil RS, Hsu JK, **Darby RR**, Soussand L, Fox MD.  Neuroimaging in Parkinson's disease dementia: Connecting the dots.  *Brain Communications,* 2019, July 8; 1(1)*. doi: 10.1093/braincomms/fcz006*

25. Ferguson MA, Lim C, Cook D, **Darby RR**, Wu O, Rost NS, Corbetta M, Grafman J, Fox MD.  A human memory circuit derived from brain lesions causing amnesia.  *Nature Communications*, 2019, Aug. 2, 10(1): 3497.  *doi: /10.1038/s41467-019-11353-z*

26. Padmanabhan JL, Cooke D, Joutsa J, Siddiqi SH, Ferguson M, **Darby RR**, Soussand L, Horn A, Kim NY, Voss JL, Naidech AM. A human depression circuit derived from focal brain lesions.  *Biological Psychiatry*. 2019 Nov 15;86(10):749-758. *doi: 10.1016/j.biopsych.2019.07.023*

27. Snider S, Hsu JK, **Darby RR**, Cooke D, Fischer D, Grafman J, and Fox MD.  Cortical lesions causing loss of consciousness are anticorrelated with the dorsal brainstem.  *Human Brain Mapping,* 2020 Jan 6*. doi: 10.1002/hbm.24892.*

28. Fischer CE, Ismail Z, Youakim JM, Creese B, Kumar S, Nuñez N, **Darby RR**, Di Vita A, D'Antonio F, de Lena C, McGeown WJ, Ramit R, Rasmussen J, Bell J, Wang H, Bruneau MA, Panegyres PK, Lanctôt KL, Agüera-Ortiz L, Lyketsos K, Cummings J, Jeste DV, Sano M, Devanand DP, Sweet RA, Ballard C.  Revisiting criteria for psychosis in Alzheimer's disease and related dementias- towards better phenotypic classification and biomarker research.  *Journal of Alzheimer's Disease,* 2019 Dec 26. *doi: 10.3233/JAD-190828.*

29. Tetreault AM, Phan T, Orlando D, Lyu I, Kang H, Landman B, **Darby RR**.  Network localization of clinical, cognitive, and neuropsychiatric symptoms in Alzheimer's disease.  *Brain.* 2020 Mar 16*. doi: 10.1093/brain/awaa058.*

**Book Chapters**

1. **Darby, R** and Atri, A.  Rapidly Progressive Dementias in *MGH Pocket Neurology, 2nd Edition, 2016*

2. Wagner, E; **Darby, RR**; Taylor, W.  "My wife seems different: Initial Evaluation and Management of Frontotemporal Dementia" in *Practical Strategies in Geriatric Mental Health: Cases and Approaches, forthcoming.*

3. Joutsa J, **Darby RR**, Fox MD.  Lesion network mapping using resting state functional connectivity MRI.  *Lesion to Symptom Mapping: Principles and Tools, forthcoming.*

**Presentations**

*Local*

| | |
|---|---|
| 2015 | *Transient Global Amnesia* / Grand Rounds<br>Cognitive Neurology Unit, Beth Israel-Deaconess Medical Center |
| 2015 | *Genetic Forms of Frontotemporal Dementia* / Grand Rounds<br>Cognitive Neurology Unit, Beth Israel-Deaconess Medical Center |
| 2016 | *Corticobasal Syndrome* / Grand Rounds<br>Cognitive Neurology Unit, Beth Israel-Deaconess Medical Center |

| | | |
|---|---|---|
| 2016 | *Delusional Misidentification Syndromes* / Grand Rounds<br>Cognitive Neurology Unit, Beth Israel-Deaconess Medical Center | |
| 2016 | *Lesion Network Mapping in Acquired Sociopathy: Towards a neurobiology of criminal behavior.*<br>Center for Law, Brain, and Behavior, Massachusetts General Hospital | |
| 2017 | *Primary Progressive Aphasia*<br>Cognitive Neurology Unit, Beth Israel-Deaconess Medical Center | |
| 2018 | *Disconnection syndromes in brain lesion patients with delusions, criminal behavior, and abnormal free will perception*<br><br>Cognitive Neuroscience Lecture Series, Vanderbilt University Department of Psychology | |
| 2019 | *Network Localization of Neuropsychiatric Symptoms*<br><br>Grand Rounds, Department of Psychiatry, Vanderbilt University Medical Center | |

*National*

| | | |
|---|---|---|
| 2009 | *Cognitive Enhancement: The Promise, the Perils, and the Role of Medicine.*<br>American Society for Bioethics and Humanities Annual Meeting, Washington, DC | |
| 2010 | *Why We Should Use fMRI in the Evaluation of Patients with Disorders of Consciousness*<br>American Society for Bioethics and Humanities Annual Meeting, San Diego, CA | |
| 2016 | *The Imposter Hiding in the Human Connectome: Neural Correlates of Capgras Syndrome*<br>American Neuropsychiatric Association Platform Research Presentation, San Diego, CA | |
| 2016 | *Finding the Imposter: Lesion Network Mapping of Delusional Misidentifications*<br>Grand Rounds, Vanderbilt University Department of Neurology, Nashville, TN | |
| 2017 | *Brain Connectivity of Lesions Causing Delusional Misidentifications*<br>American Academy of Neurology Annual Meeting, Boston, MA | |
| 2017 | *Network Localization of Disordered Free Will*<br>American Neurological Association Annual Meeting, San Diego, CA | |
| 2018 | *Network Localization of Disordered Free Will*<br>American Neuropsychiatry Association Annual Meeting, Boston, MA | |
| 2018 | *Network Localization of Disordered Free Will*<br>American Academy Neurology Annual Meeting, Los Angeles, CA | |
| 2018 | *Ethics Challenges In Forensic Psychiatry and Neurology: bvFTD and Criminal Responsibility*<br>American Psychiatry Association Annual Meeting, New York City, NY | |
| 2019 | *Determining When High-Functioning Professionals with Neurocognitive Disorders Are No Longer Fit for Duty: Ethics Considerations*<br>American Psychiatry Association Annual Meeting, San Francisco, CA | |

*International*

| | | |
|---|---|---|
| 2009 | *From the Armchair to the Bedside: The Future of Cognitive Enhancement* | |
| | Brain Matters International Neuroethics Conference, Halifax, Canada | |

2017    *Making a Murder: Do the Clues Lead to Connectivity of Brain Lesions?*
        International Neuroethics Network Meeting, Pitié-Salpêtrière Hospital, Paris, France

2018    *Dementia, Neuroimaging, and the Law*
        International Neuroethics Network Meeting, Pitié-Salpêtrière Hospital, Paris, France

2018    *Regulating Synthetic Beings: A Neurologist's Perspective*
        Wellcome Trust Center, London, UK

2019    *Evaluating Decision-Making Capacity in Neuropsychiatric Patients: Timing Matters*
        International Neuroethics Network Meeting, Pitié-Salpêtrière Hospital, Paris, France

NOT RETAINED