IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal No. 4:21-cr-00009 |
| ROBERT T. BROCKMAN | § § § | |

## [PROPOSED] ORDER

For good cause shown, the Motion to Modify Competency Hearing Scheduling Order is GRANTED and the Court hereby modifies the Competency Hearing Scheduling Order to reflect the following deadlines:

1. The hearing shall be held before this Court on August 16, 2021.

2. The psychiatric or psychological examinations shall be completed no later than May 31, 2021.

3. The examiners shall prepare their written reports and provide them to counsel no later than June 21, 2021.

4. Any additional expert reports from either party shall be due no later than July 16, 2021.

5. Post-hearing briefs shall be due as follows:

    a. The Government's post-hearing brief, if any, shall be filed no later than September 17, 2021.

    b. The Defendant's opposition brief, if any, shall be filed no later than October 8, 2021.

- 2 -

    c. The Government's reply brief, if any, shall be filed no later than October 15, 2021.

6. Pursuant to Title 18, United States Code, section 3161(h)(1)(A), the period of delay resulting from the competency examination and proceeding, including from the execution of this Order, until at least October 15, 2021, shall be excluded from computing the time within which time must commence in this dispute.

So ORDERED, this _____ day of _____, 2021.

_____
George C. Hanks, Jr.
United States District Judge