IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | Criminal No. 4:21-cr-00009 |
| **ROBERT T. BROCKMAN** | § § | **UNOPPOSED** |

### SUPPLEMENTAL UNOPPOSED MOTION TO MODIFY COMPETENCY HEARING SCHEDULING ORDER

This motion supplements Mr. Brockman's Unopposed Motion to Modify Competency Hearing Scheduling Order (Dkt. No. 48). *See* Exhibit A, Unopposed Motion to Modify Scheduling Order.

On March 31, 2021, Mr. Brockman filed his Unopposed Motion to Modify Scheduling Order, which sought to amend by agreement of the parties the scheduling order entered by the Court on February 1, 2021 (Dkt. No. 36). Since the filing of the Unopposed Motion to Modify Scheduling Order, the parties have met and conferred and have reached an agreement to further modify the scheduling order to allow for additional time between the submission government's expert reports and the submission of any expert reports offered by the defense, as well as additional time between the submission of any defense expert reports and the competency hearing date. These deadline modifications are necessary to aid the parties in the efficient exchange of information in advance of the competency hearing. The government does not oppose this request.

## **CONCLUSION**

For the foregoing reasons, this Court should extend the deadlines in the February 1, 2021 Scheduling Order as set out in the Proposed Order submitted with this motion.

Dated: April 19, 2021

/s/*Jason S. Varnado*
Jason S. Varnado
Texas Bar No. 24034722
SDTX Ad. ID No. 32166
Email: jvarnado@jonesday.com
David S. Smith
Texas Bar No. 24117073
SDTX Ad. ID No. 3398393
Email: dssmith@jonesday.com
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: 832-239-3939
Facsimile: 832-239-3600

Kathryn Keneally (*Admitted Pro Hac Vice*)
New York Bar No. 1866250
Email: kkeneally@jonesday.com
James P. Loonam (*Admitted Pro Hac Vice*)
New York Bar No. 4035275
Email: jloonam@jonesday.com
Georgina N. Druce (Admitted Pro Hac Vice)
New York Bar No. 5267208
Email:gdruce@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: 212-326-3939
Facsimile: 212-755-7306

Conor G. Maloney (*Admitted Pro Hac Vice*)
District of Columbia Bar No. 1632584
Email: cmaloney@jonesday.com
JONES DAY

- 3 -

51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: 202-879-3450
Facsimile: 202-626-1700

*Attorneys for Defendant*
*Robert T. Brockman*

## **CERTIFICATE OF CONFERENCE**

I certify that on the 19th day of April, 2021, I conferred with counsel for the United States, Mr. Corey Smith, who confirmed that the United States is unopposed to this Motion.

*/s/ Jason S. Varnado*
Jason S. Varnado

## **CERTIFICATE OF SERVICE**

I certify that on this 19th day of April, 2021, this document was served by electronic filing service on all counsel of record.

*/s/ Jason S. Varnado*
Jason S. Varnado