## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                    Case Number: 4:21–cr–00009

Robert T Brockman

---

### Notice of Setting

**A proceeding has been set in this case as to Robert T Brockman as set forth below.**

**BEFORE:**
**Judge George C Hanks, Jr**

**LOCATION:**
by video

**DATE:** 5/4/2021

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

RE: Motion for Status – #50

https://www.zoomgov.com/j/1611344740?pwd=S21Removb3dsSC9JbXFCZ0hOWFFKZz09
Meeting ID: 161 134 4740
Passcode: 533482

---

Date:   April 22, 2021                                          Nathan Ochsner, Clerk