IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal No. 4:21-cr-00009 |
| ROBERT T. BROCKMAN | § § § | |

**[PROPOSED] ORDER**

Having considered Defendant Robert T. Brockman's Motion for a Pretrial Conference Pursuant to the Classified Information Procedures Act ("Motion") and the government's non-opposition to the request for a pretrial conference, it is hereby ORDERED that the Motion is GRANTED. It is FURTHER ORDERED that the Court will hold a conference on _____ to address the issues raised in the Motion.

So ORDERED, this _____ day of _____, 2021.

_____
George C. Hanks, Jr.
United States District Judge