# EXHIBIT C

**VISTA EQUITY PARTNERS MANAGEMENT, LLC** (CRD# 156973)

## Schedule A

**Direct Owners and Executive Officers**

1. Complete Schedule A only if you are submitting an initial application or report. Schedule A asks for information about your direct owners and executive officers. Use Schedule C to amend this information.
2. Direct Owners and Executive Officers. List below the names of:
   - (a) each Chief Executive Officer, Chief Financial Officer, Chief Operations Officer, Chief Legal Officer, Chief Compliance Officer(Chief Compliance Officer is required if you are registered or applying for registration and cannot be more than one individual), director, and any other individuals with similar status or functions;
   - (b) if you are organized as a corporation, each shareholder that is a direct owner of 5% or more of a class of your voting securities, unless you are a public reporting company (a company subject to Section 12 or 15(d) of the Exchange Act);
   Direct owners include any *person* that owns, beneficially owns, has the right to vote, or has the power to sell or direct the sale of, 5% or more of a class of your voting securities. For purposes of this Schedule, a *person* beneficially owns any securities: (i) owned by his/her child, stepchild, grandchild, parent, stepparent, grandparent, spouse, sibling, mother-in-law, father-in-law, son-in-law, daughter-in-law, brother-in-law, or sister-in-law, sharing the same residence; or (ii) that he/she has the right to acquire, within 60 days, through the exercise of any option, warrant, or right to purchase the security.
   - (c) if you are organized as a partnership, <u>all</u> general partners and those limited and special partners that have the right to receive upon dissolution, or have contributed, 5% or more of your capital;
   - (d) in the case of a trust that directly owns 5% or more of a class of your voting securities, or that has the right to receive upon dissolution, or has contributed, 5% or more of your capital, the trust and each trustee; and
   - (e) if you are organized as a limited liability company ("LLC"), (i) those members that have the right to receive upon dissolution, or have contributed, 5% or more of your capital, and (ii) if managed by elected managers, all elected managers.
3. Do you have any indirect owners to be reported on Schedule B?   ● Yes   ○ No
4. In the DE/FE/I column below, enter "DE" if the owner is a domestic entity, "FE" if the owner is an entity incorporated or domiciled in a foreign country, or "I" if the owner or executive officer is an individual.
5. Complete the Title or Status column by entering board/management titles; status as partner, trustee, sole proprietor, elected manager, shareholder, or member; and for shareholders or members, the class of securities owned (if more than one is issued).
6. Ownership codes are:   NA - less than 5%   B - 10% but less than 25%   D - 50% but less than 75%  
                          A - 5% but less than 10%   C - 25% but less than 50%   E - 75% or more
7. (a) In the *Control Person* column, enter "Yes" if the *person* has *control* as defined in the Glossary of Terms to Form ADV, and enter "No" if the *person* does not have *control*. Note that under this definition, most executive officers and all 25% owners, general partners, elected managers, and trustees are *control persons*.
   (b) In the PR column, enter "PR" if the owner is a public reporting company under Sections 12 or 15(d) of the Exchange Act.
   (c) Complete each column.

| FULL LEGAL NAME (Individuals: Last Name, First Name, Middle Name) | DE/FE/I | Title or Status | Date Title or Status Acquired MM/YYYY | Ownership Code | Control Person | PR | CRD No. If None: S.S. No. and Date of Birth, IRS Tax No. or Employer ID No. |
|---|---|---|---|---|---|---|---|
| SMITH, ROBERT, FREDERICK | I | CHAIRMAN AND CHIEF EXECUTIVE OFFICER, MEMBER OF EXECUTIVE COMMITTEE | 10/2010 | NA | Y | N | 2529114 |
| WARNKEN-BRILL, JOHN, RICHARD | I | SENIOR MANAGING DIRECTOR, CHIEF FINANCIAL OFFICER | 09/2006 | NA | Y | N | 2921307 |
| FORD, JAMES, MORRILL | I | SENIOR MANAGING DIRECTOR AND PRESIDENT OF PUBLIC EQUITY | 02/2015 | NA | Y | N | 3106067 |
| LEMA, CHRISTINA, SILVIA | I | MANAGING DIRECTOR, GENERAL COUNSEL OF VISTA EQUITY PARTNERS MANAGEMENT, LLC | 02/2012 | NA | N | N | 6175509 |
| BREACH, DAVID, ANDREW | I | CHIEF OPERATING OFFICER AND CHIEF LEGAL OFFICER, MEMBER OF EXECUTIVE COMMITTEE | 04/2015 | NA | Y | N | 6441280 |
| REINKE, GWEN, GORHAM | I | MANAGING DIRECTOR, CHIEF COMPLIANCE OFFICER | 01/2015 | NA | N | N | 1554503 |
| VISTA HOLDINGS GROUP, L.P. | DE | MEMBER OF VISTA EQUITY PARTNERS MANAGEMENT, LLC | 07/2015 | E | Y | N | |
| VEP GROUP, LLC | DE | SENIOR MANAGING MEMBER OF VISTA EQUITY PARTNERS MANAGEMENT, LLC | 07/2015 | NA | Y | N | |
| FLANNERY, DAVID, J | I | SENIOR MANAGING DIRECTOR AND PRESIDENT OF VISTA CREDIT PARTNERS, MEMBER OF EXECUTIVE COMMITTEE | 11/2018 | NA | Y | N | 2467723 |
| SCHWARTZ, ALAN, GREGORY | I | MANAGING DIRECTOR, GENERAL COUNSEL OF VISTA HOLDINGS GROUP, L.P. | 01/2020 | NA | N | N | 5910457 |
| CLINE, ALAN, CHRISTOPHER | I | SENIOR MANAGING DIRECTOR AND ENDEAVOR FUND CO-HEAD, PRIVATE EQUITY, MEMBER OF EXECUTIVE COMMITTEE | 11/2020 | NA | Y | N | 2526571 |
| FOSNAUGH, MICHAEL, EUGENE | I | SENIOR MANAGING DIRECTOR AND FLAGSHIP FUND CO-HEAD, PRIVATE EQUITY, MEMBER OF EXECUTIVE COMMITTEE | 11/2020 | NA | Y | N | 4568541 |
| HICKEY, JAMES, PATRICK | I | SENIOR MANAGING DIRECTOR AND PERENNIAL FUND CO-HEAD, PERMANENT CAPITAL, MEMBER OF EXECUTIVE COMMITTEE | 11/2020 | NA | Y | N | 1196501 |

| HUNG, BETTY, WENI | I | MANAGING DIRECTOR, PRIVATE EQUITY, MEMBER OF EXECUTIVE COMMITTEE | 11/2020 | NA | Y | N | 2807902 |
| MYERS, GREGORY, RIDGWAY | I | SENIOR MANAGING DIRECTOR AND HEAD OF CAPITAL & PARTNER SOLUTIONS, MEMBER OF EXECUTIVE COMMITTEE | 11/2020 | NA | Y | N | 2857123 |
| SAROYA, MANEET | I | SENIOR MANAGING DIRECTOR AND FLAGSHIP FUND CO-HEAD, PRIVATE EQUITY, MEMBER OF EXECUTIVE COMMITTEE | 11/2020 | NA | Y | N | 5005952 |
| Syed, Nadeem | I | SENIOR MANAGING DIRECTOR, PRIVATE EQUITY, MEMBER OF EXECUTIVE COMMITTEE | 11/2020 | NA | Y | N | 7319839 |