# EXHIBIT E

**From:** Smith, Corey (TAX) <corey.smith@usdoj.gov>
**Sent:** Wednesday, February 10, 2021 10:01 AM
**To:** Loonam, James P. <jloonam@jonesday.com>
**Cc:** Langston, Lee F. (TAX) <Lee.F.Langston@usdoj.gov>; Magnani, Christopher (TAX) <Christopher.Magnani@usdoj.gov>; Varnado, Jason S. <jvarnado@jonesday.com>; Keneally, Kathy <kkeneally@jonesday.com>; Romatowski, Peter J. <pjromatowski@JonesDay.com>; Stephens, Neal J. <nstephens@jonesday.com>; Druce, Georgina N. <gdruce@JonesDay.com>
**Subject:** RE: U.S. v. Brockman 4:21cr009 GCH

** External mail **

James

We are in receipt of your letter, and are aware of our Giglio obligations with regarding to Mr. Smith. We are working with NSD to take the appropriate actions. One note, however, some of the information in the article you attached to your letter is not accurate.

All the best,

Corey J. Smith
Senior Litigation Counsel
Tax Division
(202) 514-5230

---

**From:** Loonam, James P. <jloonam@jonesday.com>
**Sent:** Tuesday, February 9, 2021 11:59 PM
**To:** Smith, Corey (TAX) <Corey.Smith@tax.USDOJ.gov>
**Cc:** Langston, Lee F. (TAX) <Lee.F.Langston@tax.USDOJ.gov>; Magnani, Christopher (TAX) <Christopher.Magnani@tax.USDOJ.gov>; Varnado, Jason S. <jvarnado@jonesday.com>; Keneally, Kathy <kkeneally@jonesday.com>; Romatowski, Peter J. <pjromatowski@JonesDay.com>; Stephens, Neal J. <nstephens@jonesday.com>; Druce, Georgina N. <gdruce@JonesDay.com>
**Subject:** RE: U.S. v. Brockman 4:21cr009 GCH

Dear Corey,
Please see the attached letter and exhibits regarding issues raised by a recent article published by Bloomberg.

Best,
James


James P. Loonam
Partner
**JONES DAY® - One Firm Worldwide℠**

250 Vesey Street
New York, New York  10281-1047
Office:  +1.212.326.3808
Cell:  +1.929.275.2619
Fax:  +1.212.755.7306

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***