# EXHIBIT G

**From:** Smith, Corey (TAX) <corey.smith@usdoj.gov>
**Sent:** Thursday, February 25, 2021 4:36 PM
**To:** Loonam, James P. <jloonam@jonesday.com>
**Cc:** Langston, Lee F. (TAX) <Lee.F.Langston@usdoj.gov>; Magnani, Christopher (TAX) <Christopher.Magnani@usdoj.gov>; Varnado, Jason S. <jvarnado@jonesday.com>; Keneally, Kathy <kkeneally@jonesday.com>; Romatowski, Peter J. <pjromatowski@JonesDay.com>; Stephens, Neal J. <nstephens@jonesday.com>; Druce, Georgina N. <gdruce@JonesDay.com>
**Subject:** RE: U.S. v. Brockman 4:21cr009 GCH

**\*\* External mail \*\***

James

In response to your letter, please be advised that the prosecution team is handling discovery matters in this case and to the extent that any material is discoverable it will be provided in accordance with applicable Department of Justice policy and procedures.

Corey J. Smith
Senior Litigation Counsel
Tax Division
(202) 514-5230

**From:** Loonam, James P. <jloonam@jonesday.com>
**Sent:** Thursday, February 25, 2021 12:51 PM
**To:** Smith, Corey (TAX) <Corey.Smith@tax.USDOJ.gov>
**Cc:** Langston, Lee F. (TAX) <Lee.F.Langston@tax.USDOJ.gov>; Magnani, Christopher (TAX) <Christopher.Magnani@tax.USDOJ.gov>; Varnado, Jason S. <jvarnado@jonesday.com>; Keneally, Kathy <kkeneally@jonesday.com>; Romatowski, Peter J. <pjromatowski@JonesDay.com>; Stephens, Neal J. <nstephens@jonesday.com>; Druce, Georgina N. <gdruce@JonesDay.com>
**Subject:** RE: U.S. v. Brockman 4:21cr009 GCH

Dear Corey,
I have attached a letter responding to your email below of February 10.
Best,
James


James P. Loonam
Partner
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, New York  10281-1047
Office:  +1.212.326.3808
Cell:  +1.929.275.2619
Fax:  +1.212.755.7306

1

**From:** Smith, Corey (TAX) <Corey.Smith@tax.USDOJ.gov>
**Sent:** Wednesday, February 10, 2021 10:01 AM
**To:** Loonam, James P. <jloonam@jonesday.com>
**Cc:** Langston, Lee F. (TAX) <Lee.F.Langston@usdoj.gov>; Magnani, Christopher (TAX) <Christopher.Magnani@usdoj.gov>; Varnado, Jason S. <jvarnado@jonesday.com>; Keneally, Kathy <kkeneally@jonesday.com>; Romatowski, Peter J. <pjromatowski@JonesDay.com>; Stephens, Neal J. <nstephens@jonesday.com>; Druce, Georgina N. <gdruce@JonesDay.com>
**Subject:** RE: U.S. v. Brockman 4:21cr009 GCH

**\*\* External mail \*\***

James

We are in receipt of your letter, and are aware of our Giglio obligations with regarding to Mr. Smith. We are working with NSD to take the appropriate actions. One note, however, some of the information in the article you attached to your letter is not accurate.

All the best,

Corey J. Smith
Senior Litigation Counsel
Tax Division
(202) 514-5230

---

**From:** Loonam, James P. <jloonam@jonesday.com>
**Sent:** Tuesday, February 9, 2021 11:59 PM
**To:** Smith, Corey (TAX) <Corey.Smith@tax.USDOJ.gov>
**Cc:** Langston, Lee F. (TAX) <Lee.F.Langston@tax.USDOJ.gov>; Magnani, Christopher (TAX) <Christopher.Magnani@tax.USDOJ.gov>; Varnado, Jason S. <jvarnado@jonesday.com>; Keneally, Kathy <kkeneally@jonesday.com>; Romatowski, Peter J. <pjromatowski@JonesDay.com>; Stephens, Neal J. <nstephens@jonesday.com>; Druce, Georgina N. <gdruce@JonesDay.com>
**Subject:** RE: U.S. v. Brockman 4:21cr009 GCH

Dear Corey,
Please see the attached letter and exhibits regarding issues raised by a recent article published by Bloomberg.

Best,
James


James P. Loonam
Partner
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, New York 10281-1047
Office: +1.212.326.3808
Cell: +1.929.275.2619
Fax: +1.212.755.7306

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***