United States District Court
Southern District of Texas
**ENTERED**
April 28, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal No. 4:21-cr-00009 |
| ROBERT T. BROCKMAN | § § | |

## ORDER

For good cause shown, Mr. Brockman's Supplemental Unopposed Motion to Modify Competency Hearing Scheduling Order is GRANTED and the Court hereby modifies the Competency Hearing Scheduling Order to reflect the following deadlines:

1. The hearing shall be held before this Court on September 13, 2021 at 10:00 a.m.

2. The psychiatric or psychological examinations shall be completed no later than May 31, 2021.

3. The examiners shall prepare their written reports and provide them to counsel no later than June 21, 2021.

4. Any additional expert reports from either party shall be due no later than August 6, 2021.

5. Post-hearing briefs shall be due as follows:

   a. The Government's post-hearing brief, if any, shall be filed no later than October 15, 2021.

   b. The Defendant's opposition brief, if any, shall be filed no later than November 5, 2021.

- 2 -

    c. The Government's reply brief, if any, shall be filed no later than November 12, 2021.

6. Pursuant to Title 18, United States Code, section 3161(h)(1)(A), the period of delay resulting from the competency examination and proceeding, including from the execution of this Order, until at least November 12, 2021, shall be excluded from computing the time within which time must commence in this dispute..

So ORDERED, this 28th day of April, 2021.

*George C. Hanks Jr.*

George C. Hanks, Jr.
United States District Judge