UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*   Case Number: 4:21−cr−00009

Robert T Brockman

## Notice of Resetting

**A proceeding has been reset in this case as to Robert T Brockman as set forth below.**

**BEFORE:**
**Judge George C Hanks, Jr**

**LOCATION:**
by video

**DATE:** 5/10/2021

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Status Conference

https://www.zoomgov.com/j/1611344740?pwd=S21Removb3dsSC9JbXFCZ0hOWFFKZz09
Meeting ID: 161 134 4740
Passcode: 533482

Date:   April 30, 2021                                        Nathan Ochsner, Clerk