**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| **ROBERT T. BROCKMAN,** | § | **Cr. No. 4:21cr 009 GCH** |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |

**[PROPOSED] PROTECTIVE ORDER**

For good cause shown, and upon consideration of the parties' Motion for a Protective Order, IT IS HEREBY ORDERED that the United States is not required to provide to Defendant copies of select documents and emails seized on February 20, 2018, through the execution of a search warrant on email account cek4334@sbcglobal.net, in the Northern District of California, which by Order of the Court in the Northern District of California, CR18 70204 VKD, were the subject of an *in camera* privilege review by the Court, and will not be provided to the United States upon a finding that they are subject to either an attorney/client or attorney work product privilege held by a third party.

SO ORDERED this _____ day of _____, 2021.

_____
THE HONORABLE GEORGE C. HANKS
UNITED STATES DISTRICT JUDGE