UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | § Cr. No. 4:21cr 009 GCH |
| Plaintiff, | § |
| v. | § |
| **ROBERT T. BROCKMAN,** | § |
| Defendant. | § |

**[PROPOSED] ORDER UNDER RULE 17(C)(1)
AND 45 CFR § 164.512(e)(1)(i)**

For good cause shown, IT IS HEREBY ORDERED that pursuant to Fed. R. Crim. P. 17(c)(1) and 45 C.F.R. § 164.512(e)(1)(i) that Dr. STUARY YUDOFSKY produce to the United States the unredacted documents requested in the attached subpoenas within 30 days after service of a subpoena for the same.

FURTHER, said medical records are to be produced under the exception to the Health Insurance Portability and Accountability Act of 1996 (HIPAA) found at 45 C.F.R. § 164.512(e)(1)(i), and are subject to the Protective Order entered in this case on November 30, 2020.

IT IS FURTHER ORDERED the United States must promptly copy and produce the subpoenaed records with counsel for Defendant.

SO ORDERED this _____ day of _____, 2021.

_____
THE HONORABLE GEORGE C. HANKS
UNITED STATES DISTRICT JUDGE