UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | Cr. No. 4:21cr 009 GCH |
| Plaintiff, | § | |
| v. | § | |
| **ROBERT T. BROCKMAN,** | § | |
| Defendant. | § | |

**[PROPOSED] ORDER UNDER FED. R. CRIM. P. 17(C)(1)**

For good cause shown, the following individuals and entities having been properly served with a hearing subpoena requiring the production of relevant records and testimony in a pre-trial hearing to be held in the Southern District of Texas on September 13, 2021 in this matter,

IT IS HEREBY ORDERED that pursuant to Fed. R. Crim. P. 17(c)(1), the following individuals and entities produce to the United States the unredacted documents requested in the attached subpoenas within 30 days after entry of this Order.

The entities and individuals this Order applies to are as follows:

- Burnett, Robert
- Chandler, Bart
- Jackson, James
- Moss, Craig
- Universal Computer Systems Holding

IT IS FURTHER ORDERED the United States must promptly copy and produce the subpoenaed records to counsel for Defendant.


SO ORDERED this _____ day of _____, 2021.


_____
THE HONORABLE GEORGE C. HANKS
UNITED STATES DISTRICT JUDGE