| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-0009 |
|---|---|---|---|

| United States of America |
|---|
| *versus* |
| Robert T. Brockman |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Colleen E. O'Connor<br>Jones Day<br>250 Vesey Street<br>New York, NY 10281-1047<br>212-326-3939; colleenoconnor@jonesday.com<br>New York 5764725 |

| Name of party applicant seeks to appear for: | Robert T. Brockman |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 7/1/2021 | Signed: | /s/ Colleen E. O'Connor |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:                     Clerk's signature |

**Order**                                         **This lawyer is admitted *pro hac vice*.**

Dated: _____                    _____
                                                  United States District Judge