United States District Court
Southern District of Texas
**ENTERED**
July 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-0009 |
|---|---|---|---|

United States of America

versus

Robert T. Brockman

| | |
|---|---|
| Lawyer's Name | Colleen E. O'Connor |
| Firm | Jones Day |
| Street | 250 Vesey Street |
| City & Zip Code | New York, NY 10281-1047 |
| Telephone & Email | 212-326-3939; colleenoconnor@jonesday.com |
| Licensed: State & Number | New York 5764725 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Robert T. Brockman |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/1/2021 | Signed: | /s/ Colleen E. O'Connor |
|---|---|---|

The state bar reports that the applicant's status is: active

Dated: July 01, 2021     Clerk's signature

### Order

This lawyer is admitted *pro hac vice*.

Dated: July 01, 2021

George C. Hanks Jr
United States District Judge