UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 4:21-CR-9 |
| § | |
| ROBERT T BROCKMAN § | |

## NOTICE OF SETTING

A **Status Conference** has been set for 9:00 AM on July 27, 2021. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on zoomgov.com by clicking or copying and pasting the following link:

https://www.zoomgov.com/j/1602000232?pwd=QlBKa2FtcDlNNmc3WGpOTUYrVDlrdz09

Meeting ID: 160 200 0232

Passcode: 116072

Parties should be prepared to discuss all pending issues before the Court.

Date: July 1, 2021

G. Clair
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.