IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 4:21-cr-00009 |
| ROBERT T. BROCKMAN | § § | |

## [PROPOSED] ORDER

Having considered Defendant Robert T. Brockman's Motion to Compel Discovery in Advance of the Competency Hearing, and other documents in support of and in opposition to the motion, it is hereby ORDERED that the Motion is GRANTED. The government is ORDERED to produce:

(a) All records of communications between the government and the Court designated doctors, Dr. Park Dietz, Dr. Robert Denney, and Dr. Ryan Darby (collectively "Examining Doctors"), including emails and notes of verbal communications;

(b) All raw data, notes, and test results underlying the Examining Doctors' reports; and

(c) All (i) articles published by the Examining Doctors, (ii) transcripts of testimony by the Examining Doctors, and (iii) court rulings or opinions that contain adverse

- 2 -

conclusions concerning the qualifications, credibility, or any other issue with regard to the Examining Doctors, that are within the government's possession, custody, or control.

So ORDERED, this _____ day of _____, 2021.

_____
George C. Hanks, Jr.
United States District Judge