UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**ROBERT T. BROCKMAN,**<br><br>    Defendant. | § Cr. No. 4:21cr 009 GCH<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**UNITED STATES'S MOTION TO STRIKE**

On July 6, 2021 Defendant filed a motion to compel discovery regarding Defendant's competency hearing (*Dkt. No. 81*).  The government submits that Defendant's motion is untimely, in violation of the Court's Procedural Rules, and should be stricken.

While the parties did exchange letters regarding requests for discovery On March 16th and March 25, 2021, and emails on June 22d and June 23, 2021, Defendant has failed to follow the Court's procedures for discovery disputes which require a joint letter to the Court and a request for a conference *before* a motion can be filed.  Defendant's counsel has not drafted or proposed a joint letter outlining the disputed discovery issues for the Court, nor have they requested a discovery conference with the Court. The Court's Procedural Rules are quite clear and explicit regarding discovery disputes: "a conference with the Court must be sought by a joint letter filed with the Court." *Court's Procedural Rule 6(E)(1)*. The parties' joint letter must also be filed on the CM/ECF system.  *Court's Procedural Rule 1(E)(1).* The Court's Procedural Rules continue: "If a written motion is necessary, the issues to be addressed and a briefing schedule will be set during the conference." *Court's Procedural Rule 6(E)(2).*  Defendant's

counsel has failed to follow these rules before filing their motion to compel discovery. The government has informed Defendant's counsel of its intent to file this, and they oppose it.

Accordingly, the government respectfully requests that Defendant's Motion to Compel Discovery (*Dkt. No. 81*) be stricken from the record as untimely and in violation of the Court's Procedural Rules.

Respectfully submitted this 9th day of July 2021,

        DAVID A. HUBBERT
        Acting Assistant
        Attorney General
        Tax Division

        s/ Corey J. Smith
        COREY J. SMITH
        Senior Litigation Counsel
        Department of Justice
        Tax Division
        Mass Bar No. 553615
        corey.smith@usdoj.gov
        Tele: (202) 514-5230
        LEE LANGSTON
        CHRISTOPHER MAGNANI
        Trial Attorneys
        Department of Justice
        Tax Division

        Attorneys for United States of America

## Certificate of Service

I the undersigned do hereby certify that on the 9th day of July, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF electronic filing system, which will send notice of electronic filing to Defendant's counsel of record.

/s/ *Corey J. Smith*
Senior Litigation Counsel
Department of Justice
Tax Division
Corey.Smith@usdoj.gov
(202)514-5230

## Certificate of Conference

I the undersigned do hereby certify that on July 8, 2021 government counsel contacted Defendant's counsel of record by email to inquire on their position regarding the instant Motion. Defendant's counsel of record stated their opposition.

/s/ *Corey J. Smith*
Senior Litigation Counsel
Department of Justice
Tax Division
Corey.Smith@usdoj.gov
(202)514-5230