# EXHIBIT 1

## RE: CONFIDENTIAL -- Evatt Tamine/Edge

**From:** Corey Smith (TAX) <corey.smith@usdoj.gov>  Tue, Feb 02, 2021 12:52 PM
**Subject:** RE: CONFIDENTIAL -- Evatt Tamine/Edge
**To:** Paul C. Rauser <prauser@aegislawgroup.com>

Paul

I apologize, we have been swamped with other matters.   We have researched this and Tangarra was NOT a purchaser of debt.  The name appears on some Deutsche Bank documents and we misunderstood.

Corey J. Smith
Senior Litigation Counsel
Tax Division
(202) 514-5230

**From:** Paul C. Rauser <prauser@aegislawgroup.com>
**Sent:** Tuesday, February 2, 2021 11:29 AM
**To:** Smith, Corey (TAX) <Corey.Smith@tax.USDOJ.gov>
**Subject:** Re: CONFIDENTIAL -- Evatt Tamine/Edge

Corey,

Just following up on this.  Can we get please the docs that the government believes indicate that Tangarra was a purchaser of debt?

Best,
Paul

**Paul C. Rauser**
ægis law group LLP
801 Pennsylvania Avenue, N.W.
Suite 740
Washington, D.C. 20004
T: 202 737 3375
F: 202 737 3330
E: prauser@aegislawgroup.com

NOTICE: This communication from Aegis Law Group LLP may contain information that is legally privileged, confidential, or exempt from disclosure.If you have received this electronic

transmission in error, please notify the sender immediately by telephone or by return e-mail and delete all copies.

**From:** "Paul C. Rauser" <prauser@aegislawgroup.com>
**To:** "Corey Smith" <corey.smith@usdoj.gov>
**Sent:** Monday, January 25, 2021 12:37:02 PM
**Subject:** CONFIDENTIAL -- Evatt Tamine/Edge

Dear Corey,

During the course of our discussions last week regarding the debt trades with Deutsche Bank, you mentioned that there was a DB document or two referencing purchases by Tangarra and that this was the basis for including Tangarra as a purchaser of debt in the Brockman indictment.  You said that you would be able to share the source documents in question.

May I ask you to do that as a matter of urgency?  As we discussed, I can find no indication in the files available to us that Tangarra was a purchaser of debt -- indeed, as you and I agreed, it would probably be impossible from a mechanical point of view for Tangarra to make such purchases, as Tangarra had no trading account (or any other account) with Deutsche Bank.

I am sure that you will appreciate that having Tangarra named as a participant in a charged Federal crime -- indeed, several counts of charged criminality -- has far-reaching collateral effects.  It is important that we get this cleared up as soon as possible.  Please let me know when we can get the documents so that I can continue working on this on our end.

Best,
Paul


**Paul C. Rauser**
ægis law group LLP
801 Pennsylvania Avenue, N.W.
Suite 740
Washington, D.C. 20004
T: 202 737 3375
F: 202 737 3330
E: prauser@aegislawgroup.com

NOTICE: This communication from Aegis Law Group LLP may contain information that is legally privileged, confidential, or exempt from disclosure.If you have received this electronic transmission in error, please notify the sender

immediately by telephone or by return e-mail and delete all copies.