UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                         Case Number: 4:21−cr−00009

Robert T Brockman

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Robert T Brockman as set forth below.**

**Before the Honorable George C Hanks, Jr**

**PLACE:**
Courtroom 600 in Houston
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 7/29/2021

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

RE: Notice of Setting – #77

Date: July 26, 2021                                                                                         Nathan Ochsner, Clerk