**TANGARRA CONSULTANTS LIMITED 11/17**

| EXPENSE | AMOUNT |
|---|---:|
| | |
| | |
| Transfer to Henke Property - Regency BCB Account Frozen | $100,020.00 |
| Morning Star Holdings - Nevis Entities - Various Fees | $1,250.00 |
| Irish Stock Exchange - LEI Application for Point Investments Ltd | $350.00 |
| Building work at Bewdley Mews - portion | $3,133.37 |
| Mailboxes - Suite 538 | $672.00 |
| STEP - CLE Course | $410.00 |
| Magazine Subscription - Trusts and Trustees | $250.00 |
| Airfares | $1,908.41 |
| Bermuda Immigration - Status Application Fee | $784.00 |
| Hotels | $4,519.37 |
| Post | $2.30 |
| Meals | $3,296.51 |
| Courier | $849.54 |
| Train | $94.00 |
| Taxi | $189.00 |
| Bermuda Customs | $287.97 |
| Computer Software | $39.99 |
| Computer Hardware | $10,924.30 |
| Parking | $175.00 |
| Silent Circle | $39.96 |
| Dropbox Folder - 100 MB | $9.99 |
| Office Stationery and supplies | $158.00 |
| Bermuda Gas for Tank refill | $14.58 |
| Cleaning | $360.00 |
| Island Self Storage | $1,790.00 |
| Water - Bewdley | $25.50 |
| Electricity - Yadow Office | $1,388.37 |
| | |
| TOTAL | $132,942.16 |

ET_0000022436