Message

| | |
|---|---|
| **From**: | Evatt Tamine (Switzerland) [etamine@bluewin.ch] |
| **Sent**: | 1/25/2009 11:37:42 PM |
| **To**: | 'James Keefe' [james.keefe@db.com] |
| **CC**: | 'Brian Goodrich' [brian.goodrich@db.com]; 'Dana Pecorella' [dana.pecorella@db.com]; 'Jennifer Leyton' [jennifer.leyton@db.com]; 'Paul Ardire' [paul.ardire@db.com]; 'Peter Young' [peter.young@db.com] |
| **Subject**: | New Account Information |
| **Attachments**: | Edge Capital Investments Ltd Certificate of Incorporation.pdf; Tangarra Certificate of Incorporation.pdf; IM Agreement.pdf |

James,

Thanks for the response.

Could you please note that the account should open in the name of EDGE CAPITAL INVESTMENTS LTD. Edge is the Fund and the manager is Tangarra Consultants Ltd. The details requested are below.

FUND MANAGER

| | |
|---|---|
| Name: | TANGARRA CONSULTANTS LIMITED |
| Entity type: | Corporation. Incorporated in Bermuda in 2003. |
| Registered Address: | Panorama Unit 13, 151 South Road, Paget DV04, Bermuda |
| Postal Address: | Suite 609, 12 Church Street, Hamilton HM11 Bermuda |
| Name of Controlling Person: | Evatt Tamine |
| Title: | President and Director |

In relation to this company, I attach Tangarra's Certificate of Incorporation

FUND

| | |
|---|---|
| Name: | EDGE CAPITAL INVESTMENTS LTD |
| Entity type: | Corporation. Incorporated in Nevis on 30 December 2008. |
| Registered Address: | Hunkins Waterfront Plaza, P.O. Box 556, Main Street, Charlestown, Nevis, British West Indies |
| Postal Address: | Suite 228, 12 Church Street, Hamilton HM11 Bermuda |
| Name of Controlling Person: | Screen Management Limited (corporate director - Peter M. Poole (director of Screen Management Ltd) |
| Title: | Director |

This company is a successor to Edge Investment Fund Ltd, a British Virgin Islands private mutual fund which was incorporated in 1999. I attach the Certificate of Incorporation for Edge.

As requested, I attach the investment management agreement between Tangarra and Edge.

The term "settler" is actually pretty common in US trust law. It is the person, company or other trust who has settled (or created) the trust. The term "protector" is something a little more familiar in offshore financial

centers. Generally, it is an independent entity which supervises the trustee and ensures that the trustee acts in accordance with the trust deed.

Please let me know whether you require anything else.

Kind regards


Evatt Tamine

ET_0001825148