IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. 4:21-cr-00009 |
| § | |
| ROBERT T. BROCKMAN § | |

## **[PROPOSED] ORDER**

Having considered Defendant Robert T. Brockman's Motion for the Appointment of Neutral Court-Designated Experts and to Exclude Testimony from Dr. Park Dietz, Dr. Robert Denney, and Dr. Ryan Darby, it is hereby ORDERED that the Motion is GRANTED.

The parties are hereby directed to submit proposals within fourteen days of this Order for neutral licensed or certified psychiatrists or psychologists to conduct psychiatric or psychological examinations of Mr. Brockman pursuant to Title 18, United States Code, sections 4241(b) and 4247(b).

The testimony and reports of Dr. Park Dietz, Dr. Robert Denney, and Dr. Ryan Darby are hereby excluded from evidence in this matter.

So ORDERED, this _____ day of _____, 2021.

_____
George C. Hanks, Jr.
United States District Judge