# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. Cr. No. 4:21-cr-009 |
| Robert T. Brockman ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tangarra Consultants, Ltd.                                                                                          .

Date:   08/17/2021                                              Stephanie K. McGuire
                                                                                *Attorney's signature*

                                                         Stephanie K. McGuire    TBN:  11100520
                                                                           *Printed name and bar number*
                                                                              Hilder & Associates, P.C.
                                                                                 819 Lovett Boulevard
                                                                                 Houston, Texas 77006

                                                                                         *Address*

                                                                            stephanie@hilderlaw.com
                                                                                    *E-mail address*

                                                                                     (713) 655-9111
                                                                                  *Telephone number*

                                                                                     (713) 655-9112
                                                                                      *FAX number*