**Smith, Corey (TAX)**

| | |
|---|---|
| **From:** | DCECF_LiveDB@txs.uscourts.gov |
| **Sent:** | Wednesday, August 4, 2021 4:12 PM |
| **To:** | DC_Notices@txsd.uscourts.gov |
| **Subject:** | Activity in Case 4:21-cr-00009 USA v. Brockman Status Conference |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 8/4/2021 at 3:12 PM CDT and filed on 7/29/2021

**Case Name:**        USA v. Brockman
**Case Number:**      4:21-cr-00009
**Filer:**
**Document Number:** 96(No document attached)

**Docket Text:**
**Minute Entry for proceedings held before Judge George C Hanks, Jr: Status Conference as to Robert T Brockman held on 7/29/2021 The Court received a status update from counsel. As stated on the record, if defense counsel would like an extension of time, the Court request for medical records and expert reports to be filed. as of now all deadlines remain in place. The Court will review the government's response [89] regarding [81] and will take [81] and [52] under advisement. As stated on the record, the Court will enter an order granting all unopposed motions and GRANTS with this minute entry [70] Unopposed MOTION to Produce documents and records *pursuant to Fed R Crim P 17(c)(1)* on this minute entry. Appearances: Christopher Magnani, Corey J Smith, Jason Scott Varnado, James P Loonam, Kathryn Keneally.(Court Reporter: F. Warner) (Interpreter:No) Deft continued on Bond, filed.(jguajardo, 4)**

**4:21-cr-00009-1 Notice has been electronically mailed to:**

Financial Litigation     flu.usatxs-@usdoj.gov

Christopher Magnani     christopher.magnani@usdoj.gov

Colleen E. O'Connor     colleenoconnor@jonesday.com

Conor G Maloney    cmaloney@jonesday.com

Corey J Smith    corey.smith@usdoj.gov, southern.taxcriminal@usdoj.gov, western.taxcriminal@usdoj.gov

David S Smith    dssmith@jonesday.com, dwroth@jonesday.com

Eric Brent Powers    Eric.B.Powers@USDOJ.gov

Georgina N. Druce    gdruce@jonesday.com

James P Loonam    jloonam@jonesday.com

Jason Scott Varnado    jvarnado@jonesday.com, dstromberg@jonesday.com, texasdocket@jonesday.com

Jessica Nuzzelillo Moran    jessica.n.moran@usdoj.gov

Jorge Almonte    Jorge.Almonte@usdoj.gov

Kathryn Keneally    kkeneally@jonesday.com

Lee F Langston    lee.f.langston@usdoj.gov

Neal J Stephens    nstephens@jonesday.com

Philip Harlan Hilder    philip@hilderlaw.com, ashley@hilderlaw.com, emily@hilderlaw.com

**4:21-cr-00009-1 Notice has not been electronically mailed to:**