# Smith, Corey (TAX)

| | |
|---|---|
| **From:** | Block, Samantha <samantha.block@akingump.com> |
| **Sent:** | Tuesday, August 17, 2021 9:38 PM |
| **To:** | Smith, Corey (TAX) |
| **Cc:** | Langston, Lee F. (TAX); MacDougall, Mark; Petree, Nicholas |
| **Subject:** | United States v. Brockman, Case No. 4:21-cr-00009 |

Mr. Smith,

We intend to file a motion in *United States v. Brockman*, pursuant to Rule 17(c), asking the Court to (a) quash the subpoena to the extent it calls for Dr. Yudofsky to appear at the September 13 hearing and (b) modify the subpoena, to the extent it calls for production of documents beyond medical records and outside the scope of the subpoena.  The Local Rules require non-parties filing motions to meet and confer—"to the extent possible."  Based on the extensive correspondence over the past ten days**,** wherein the government has unequivocally rejected the specific relief we are seeking through this motion, we believe that the equivalent of a formal pre-hearing conference is cumulative and unnecessary.  If you disagree, please communicate your position promptly as we expect to file this motion without further delay.

Best,
Sammy


**Samantha Jennifer Block**
**AKIN GUMP STRAUSS HAUER & FELD** LLP

2001 K Street N.W.  |  Washington, DC 20006  |  USA  |  Direct: [+1 202.887.4217](tel:+12028874217)  |  Internal: [24217](tel:24217)
Fax: +1 202.887.4288  |  [samantha.block@akingump.com](mailto:samantha.block@akingump.com)  |  [akingump.com](https://akingump.com)  |  [Bio]

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.