# TRIP ITINERARY

**SOLAIRUS**
AVIATION

| | | | | | |
|---|---|---|---|---|---|
| **Trip Number:** | 3355 | **Client:** | Hardwick Properties, LLC | **Rep:** | Jeanne Zeto |
| **Trip Date(s):** | 9/3/2018 to 9/10/2018 | **Primary Contact:** | Robert Theron Brockman | **Rep Phone:** | 800-359-7861 |
| **AC Tail Number:** | N529DB | | | **Fax:** | 707-781-8009 |
| **AC Type:** | GLOBAL 6000 | | | **Email:** | handlers@solairus.aero |
| **Regulatory:** | Part 135 | | | | |

| LEG # | FROM | TO | DEPARTURE DATE | DEPARTURE DAY | ETD | ETA | ETE |
|---|---|---|---|---|---|---|---|
| 1 | KIAH / HOUSTON, TX | PANC / ANCHORAGE, AK | 9/3/2018 | Mon | 9:30 AM | 1:12 PM | 6:42 |
| 2 | PANC / ANCHORAGE, AK | KIAH / HOUSTON, TX | 9/10/2018 | Mon | 9:00 AM | 5:54 PM | 5:54 |

| Crew | 1 | 2 |
|---|---|---|
| PIC  Charles Zeto  281-728-8395 | X | X |
| SIC  Mark Racine  630-715-7077 | X | X |
| CSR  Kathryn Maakestad  346-241-2781 | X | X |

| Passengers | 1 | 2 |
|---|---|---|
| Brockman, Robert Theron [Lead] | X | X |
| Nalley, Robert [Lead] | X | X |
| Barras, Norman | X | X |
| Cappel, Edward | X | X |
| Cooper, Carlan Max | X | X |
| Deaton, Alfred L. | X | X |
| Doggett, Joe | X | X |
| Harper, Tommy | X | X |
| Kirwan, Jerry | X | X |
| Massey, Fred | X | X |
| McCord, Charles | X | X |
| Yudofsky, Stuart | X | X |
| **Total Passengers** | **12** | **12** |

08/27/2018 09:42

# TRIP ITINERARY



**SOLAIRUS**
A V I A T I O N

| | | | | | |
|---|---|---|---|---|---|
| **Trip Number:** | 3355 | **Client:** | Hardwick Properties, LLC | **Rep:** | Jeanne Zeto |
| **Trip Date(s):** | 9/3/2018 to 9/10/2018 | **Primary Contact:** | Robert Theron Brockman | **Rep Phone:** | 800-359-7861 |
| **AC Tail Number:** | N529DB | | | **Fax:** | 707-781-8009 |
| **AC Type:** | GLOBAL 6000 | | | **Email:** | handlers@solairus.aero |
| **Regulatory:** | Part 135 | | | | |

### LEG 1

| **DEPART** | **HOUSTON, TX (KIAH)** | **ARRIVE** | **ANCHORAGE, AK (PANC)** | **ETE:** 6:30 | **PIC:** Charles E. Zeto |
|---|---|---|---|---|---|
| 9/3/2018 | George Bush Intercontinental Houston | 9/3/2018 | Ted Stevens Anchorage International | 2,832 NM | **SIC:** Mark L. Racine |
| 9:30 AM | ATLANTIC EXECUTIVE | 1:12 PM | SIGNATURE FLIGHT SUPPORT EXECUTIVE | **TZC:** -3 | **CSR:** Kathryn M. Maakestad |
| | 17001 JFK BLVD, Houston, TX 77032 | | 6231 S Airpark Place, Anchorage, AK 99502 | | |
| | 281-230-3600 | | +1 907 243 7627 | | |

**PASSENGERS**

| | | |
|---|---|---|
| **Brockman, Robert Theron (L)** | **Nalley, Robert Maxey (L)** | Barras, Norman Thomas |
| Cappel, Edward Hussion | Cooper, Carlan Max | Deaton, Alfred L. |
| Doggett, Joe | Harper, Tommy | Kirwan, Jerry |
| Massey, Fred | McCord, Charles | Yudofsky, Stuart Charles |

| SERVICES KIAH | PHONE | DETAILS |
|---|---|---|
| CATERING | | BY FLIGHT ATTENDANT |
| | | > Standard Breakfast will be served |
| | | |
| | | > Make-Your-Own Sandwiches for Lunch |
| | | * Ham, Turkey, Tuna, Egg Salad |
| | | * Asst. Bread and Rolls |
| | | * Condiments & Pickles |
| | | * Potato Salad |
| | | * Cookies for Dessert |
| STATUS: Confirmed | | |

| SERVICES PANC | PHONE | DETAILS |
|---|---|---|
| GROUND TRANSPORTATION | | ARRANGED BY CLIENT |
| | | |
| | | ANCHORAGE CHARTER: Iliamna Air Taxi - 907-571-1248 (Nancy LaPorte) |
| | | |
| | | Scheduled to depart Signature Executive in Two (2) Pilatus to Nondalton at 2:00pm local |
| | | Flight time is approx 1:00 hour to fishing camp |
| | | |
| | | Pilatus will return to Nondalton on the 10th for a 7:00p deaprture back to Anchorage |
| STATUS: Confirmed | | |

08/27/2018 09:42

# TRIP ITINERARY


SOLAIRUS
A V I A T I O N

| | | | | | |
|---|---|---|---|---|---|
| **Trip Number:** | 3355 | **Client:** | Hardwick Properties, LLC | **Rep:** | Jeanne Zeto |
| **Trip Date(s):** | 9/3/2018 to 9/10/2018 | **Primary Contact:** | Robert Theron Brockman | **Rep Phone:** | 800-359-7861 |
| **AC Tail Number:** | N529DB | | | **Fax:** | 707-781-8009 |
| **AC Type:** | GLOBAL 6000 | | | **Email:** | handlers@solairus.aero |
| **Regulatory:** | Part 135 | | | | |

### LEG 2

| | | | | | |
|---|---|---|---|---|---|
| **DEPART** | **ANCHORAGE, AK (PANC)** | **ARRIVE** | **HOUSTON, TX (KIAH)** | **ETE:** 5:42 | **PIC:** Charles E. Zeto |
| 9/10/2018 | Ted Stevens Anchorage International | 9/10/2018 | George Bush Intercontinental Houston | 2,832 NM | **SIC:** Mark L. Racine |
| 9:00 AM | SIGNATURE FLIGHT SUPPORT EXECUTIVE | 5:54 PM | ATLANTIC EXECUTIVE | TZC: 3 | **CSR:** Kathryn M. Maakestad |
| | 6231 S Airpark Place, Anchorage, AK 99502 | | 17001 JFK BLVD, Houston, TX 77032 | | |
| | +1 907 243 7627 | | 281-230-3600 | | |

**PASSENGERS**

| | | |
|---|---|---|
| **Brockman, Robert Theron  (L)** | **Nalley, Robert Maxey (L)** | Barras, Norman  Thomas |
| Cappel, Edward Hussion | Cooper, Carlan Max | Deaton, Alfred L. |
| Doggett, Joe | Harper, Tommy | Kirwan, Jerry |
| Massey, Fred | McCord, Charles | Yudofsky, Stuart Charles |

| SERVICES PANC | PHONE | DETAILS |
|---|---|---|
| **CATERING** | | BY FLIGHT ATTENDANT |
| | | > Standard Breakfast will be served |
| | | |
| | | > Make-Your-Own Sandwiches for Lunch |
| | | * Ham, Turkey, Tuna, Egg Salad |
| | | * Asst. Bread and Rolls |
| | | * Condiments & Pickles |
| | | * Potato Salad |
| | | * Cookies for Dessert |
| STATUS: Confirmed | | |
| CONFIRMATION#: BY FLIGHT ATTENDANT | | |
| **GROUND TRANSPORTATION** | | ARRANGED BY CLIENT |
| | | |
| | | ANCHORAGE CHARTER: Iliamna Air Taxi - 907-571-1248 (Nancy LaPorte) |
| | | |
| | | Pilatus will depart at 7:00 pm local back to Anchorage |
| STATUS: Confirmed | | |

08/27/2018 09:42

**Prohibited Items List**
The following list is provided to assist in determining what items are prohibited onboard an aircraft. This is not an all-inclusive list and there may be other items found at the screening location that could easily be used as offensive or defensive weapons and should not be permitted onboard an aircraft.

· The screener must notify his/her supervisor who in turn will notify the GSC or authorized air carrier representative and ELO if the screener finds a prohibited item identified with an asterisk *
· The screening supervisor may resolve all other items
· The GSC or authorized air carrier representative may require that other items be referred to the LEO based on local laws or statues.

**A. Guns and Firearms**
(1) BB guns*
(2) Compressed air guns
(3) Firearms*
(4) Flare pistols*
(5) Gun lighters*
(6) Parts of guns and firearms*
(7) Pellet guns*
(8) Realistic replicas of firearms*
(9) Spear guns*
(10) Starter pistols*
(11) Stun guns/ cattle prods/ shocking devices*

**C. Club-like Items**
(1) Baseball bats
(2) Billy clubs*
(3) Blackjacks*
(4) Brass knuckles*
(5) Cricket bats
(6) Reserved
(7) Golf clubs
(8) Reserved
(9) Hockey sticks
(10) Lacrosse sticks
(11) Martial arts weapons, including numchucks and kubatons*
(12) Night sticks*
(13) Pool cues
(14) Ski poles
(15) Reserved

**E. Incendiaries**
(1) Aerosol, any, except for personal care or toiletries in limited quantities
(2) Fuels, including cooking fuels and any flammable liquid fuel
(3) Gasoline
(4) Gas torches, including micro-torches and torch lighters
(5) Lighter fluid
(6) Strike-anyway matches
(7) Turpentine and paint thinner
(8) Realistic replicas of incendiaries
(9) All lighters

**G. Tools**
(1) Crowbars
(2) Drills and drill bits (including: cordless portable power saws)
(3) Hammers
(4) Saws and saw blades (including: cordless portable power saws)
(5) Other tools greater than 7 inches in length (including: pliers,

**B. Sharp Objects**
(1) Axes and hatchets
(2) Bows and arrows*
(3) Reserved
(4) Ice axes/ ice picks
(5) Knives of any length, except rounded-blade butter and plastic cutlery
(6) Meat cleavers
(7) Razor-type blades (such as: box cutters, utility knives, and razor blades not in a cartridge) but excluding safety razors
(8) Sabers*
(9) Reserved
(10) Scissors, metal with pointed tips and a blade length greater than 4 inches as measured from the fulcrum
(11) Reserved
(12) Swords*
(13) Throwing stars (martial arts)*

**D. All Explosives, including:**
(1) Ammunition*
(2) Blasting caps*
(3) Dynamite*
(4) Fireworks*
(5) Flares in any form
(6) Gunpowder*
(7) Hand grenades*
(8) Plastic explosives*
(9) Realistic replicas of explosives*

**F. Disabling Chemicals and Other Dangerous Items**
(1) Chlorine for pools and spas
(2) Cylinders containing compressed gas, including fire extinguishers
(3) Liquid bleach
(4) Mace
(5) Pepper spray
(6) Spillable batteries, except those in wheelchairs
(7) Spray paint
(8) Tear gas*

08/27/2018 09:42