| From: | Permit |
|---|---|
| To: | "redfish@lambdaprime.org" |
| Subject: | RE: Proposal |
| Date: | Saturday, May 21, 2011 2:30:00 PM |

Evatt,

A couple more conditions to make sure are put into the response:

-donor is to remain anonymous
-if Stuart is to die or become incapable of performance, his place in directing the use of the donation is to be taken by Beth Yudofsky

The donation is to be $10M immediately upon acceptance by Baylor of the conditions, followed by $5M on the next three anniversaries of the original donation.

Bob

**From:** Redfish [mailto:redfish@lambdaprime.org]
**Sent:** Saturday, May 21, 2011 4:17 PM
**To:** permit1@lambdaprime.org
**Subject:** FW: Proposal

Bob,

I have received the proposal from Stuart Yudofsky.  I will draft a response along the lines of your previous letters, however with greatly varied wording so that it cannot be suggested that I have taken any lead or direction from you.

I'll send you something later today or tomorrow for your review.

Evatt

MLATSW_002222