Message

---

**From:** Bob Brockman [bob_brockman@reyrey.com]
**Sent:** 12/28/2019 6:10:56 PM
**To:** 'Stuart Yudofsky' [stuart.yudofsky@gmail.com]
**Subject:** RE: Follow-up

Stuart,

All of this makes sense as I am rationed (by Dr. Gould) one cup of coffee per day.  I have split my one cup a day into 1/2 a cup first thing in the morning and half a cup late in the afternoon. I have been on this regimen for over a year.

I am also not allowed to have canned sodas like Diet Coke - I have dealt with this by cutting out the 1/2 cup of coffee in the afternoon in exchange for 1/2 a can of diet Coke.  This is only when I am in the field fishing somewhere like in Alaska.

Today is the first of two games to decide who will play each other to decide the national championship. Al, Tommy, Rudy will be joining me.  Robert probably will not as his 7 day ordeal with the monks is over this morning

Elizabeth looks better every day - she is in that stage of motherhood where the expecting "mommy" is starting to glow

May I wish you a Happy New Year - as I may not talk to you again until 2020 has arrived.

Bob

-----Original Message-----
From: Stuart Yudofsky [mailto:stuart.yudofsky@gmail.com]
Sent: Saturday, December 28, 2019 10:51 AM
To: Bob Brockman
Cc: Dorothy Brockman
Subject: Follow-up

Dear Bob

I hope all is well with you, Dorothy Kay, Robert, and Elizabeth.

Beth and I are currently in Pebble Beach California, after a visit to our new granddaughter and her parents in Palo Alto.

I'm writing to follow up to our meeting last Sunday.  I communicated with Doctors Pool and Jankovic regarding the  initiation of Ritalin, which I believe would be very helpful to you for the symptoms we discussed.

There's led to a long phone call between me and Dr. Pool regarding the safety Ritalin vis a vis your cardiac arrhythmia.  The conclusion was that Ritalin, a stimulant, might be too risky as it could aggravate the arrhythmia.

I am working about the prospect of several other potential medications that may also be of benefit. These, also, will have to be reviewed and approved by Dr. Pool.

With all best wishes for a happy, healthful New Year.

Stuart

CONFIDENTIAL TREATMENT REQUESTED BY
UNIVERSAL COMPUTER SYSTEMS HOLDING, INC.

UCSH 0226444

Message

| | |
|---|---|
| **From:** | Bob Brockman [bob_brockman@reyrey.com] |
| **Sent:** | 1/21/2019 6:04:43 PM |
| **To:** | 'Yudofsky, Stuart C' [stuarty@bcm.edu] |
| **Subject:** | RE: Appointment with Dr. Jancovic |

Stuart,

Thanks !

Bob

**From:** Yudofsky, Stuart C [mailto:stuarty@bcm.edu]
**Sent:** Sunday, January 20, 2019 8:31 PM
**To:** Bob Brockman
**Subject:** Appointment with Dr. Jancovic

Dear Bob:

I have contacted Joe Jankovic, MD, and he has agreed to do an evaluation of you the week of January 28.

Below please find the contact information to schedule the appointment. As Dr. Jankovic's calendar is perennially full, I recommend calling to schedule the appointment as soon as possible.

Warmest regards,

Stuart

Begin forwarded message:

**From:** "Jankovic, Joseph" <josephj@bcm.edu>
**Date:** January 20, 2019 at 7:41:12 PM CST
**To:** "Yudofsky, Stuart C" <stuarty@bcm.edu>
**Subject: Confidential VIP Referral**

Dear Stuart, it's always nice to hear from you. I would be happy to see Mr. Brockman the week of January 28. He can call Shamia Gaines, my appointment secretary at (713) 798-8349 and she can work with his schedule to arrange for the appointment. I look forward to meeting Mr. Brockman. Thank you for the referral.

With kind regards,

Joe

Joseph Jankovic, MD
Professor of Neurology
Distinguished Chair in Movement Disorders
Director, Parkinson's Disease Center
and Movement Disorders Clinic
Department of Neurology

CONFIDENTIAL TREATMENT REQUESTED BY
UNIVERSAL COMPUTER SYSTEMS HOLDING, INC.

UCSH 0221884

Baylor College of Medicine
Baylor St. Luke's Medical Center at the McNair Campus
7200 Cambridge, 9th Floor, Suite 9A
Houston, TX 77030-4202
Tel: 713-798-2273 or -6556

CONFIDENTIAL TREATMENT REQUESTED BY
UNIVERSAL COMPUTER SYSTEMS HOLDING, INC.

UCSH 0221885

Message

**From**: Bob Brockman [bob_brockman@reyrey.com]
**Sent**: 1/20/2019 12:42:27 AM
**To**: 'Stuart Yudofsky' [stuart.yudofsky@gmail.com]

Stuart,

The meeting today went excellently – in spite of some unfortunate news. My belief is that when the whole truth comes out, that issue may look somewhat differently.

On another subject…

Looking thru some more of the symptoms on Google I have these as well…

-bad posture caused by sunken chest

-overall lack of stamina and strength

-major loss of balance – I couldn't stand up on the foredeck of a flats boat

-skin conditions – dryness, scaly skin, pretty much all over

-swallowing has changed – lots more saliva, tendency to partially choke a little on food happening more often

-depression

-ED – starting about a year ago

-close to the edge on incontinence – requires thoughtful planning of opportunities for urination – which is sometimes every hour

-reduced confidence in my ability to deal with rush hour traffic

-reduced memory ability

-reduced organizational ability

CONCLUSION

Please direct me to the right doctor as soon as possible. I am tied up on Tuesday. Friday I am in San Francisco – coming home on Sunday evening.

I am home the whole week of 1/28.

Thanks for your help.

Bob

CONFIDENTIAL TREATMENT REQUESTED BY
UNIVERSAL COMPUTER SYSTEMS HOLDING, INC.

UCSH 0221872

Message

**From:** Bob Brockman [bob_brockman@reyrey.com]
**Sent:** 10/20/2018 3:03:18 PM
**To:** 'Stuart Yudofsky' [stuart.yudofsky@gmail.com]

Stuart,

Dorothy and I both concur that I need a prescription of 5mg of Lexapro (or something similar) to deal with some situational depression. This is the current dosage that she takes.

I have never taken any medicine like this before – but this is not something that I am able to shake off on my own.

If you concur, I would appreciate it if you could call it in to Briargrove Pharmacy at 713-783-5704. We will pick it up there today – as we are getting flu shots there today as well.

Thanks for your help.

Bob

CONFIDENTIAL TREATMENT REQUESTED BY
UNIVERSAL COMPUTER SYSTEMS HOLDING, INC.

UCSH 0220561