| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | |
|---|---|---|---|
| | | | |
| | *versus* | | |
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | |
|---|---|

| Name of party applicant seeks to appear for: | |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No _____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

I have familiarized myself with the Local Rules of the Southern District of Texas and this Court's procedures.

| Dated: | Signed: | *[signature]* |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:     Clerk's signature |

**Order**    **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                              United States District Judge