| | |
|---|---|
| **From:** | Keneally, Kathy |
| **To:** | Smith, Corey (TAX); Magnani, Christopher (TAX); Langston, Lee F. (TAX) |
| **Cc:** | Varnado, Jason S.; Loonam, James P.; Druce, Georgina N. |
| **Subject:** | US v Brockman: issue re: check in this morning |
| **Date:** | Friday, March 12, 2021 10:34:07 AM |
| **Importance:** | High |

Corey,

I just tried calling you.   Mr. Brockman is at check in, and he is being asked for arrangements concerning payment.   You have agreed that the government will pay the costs of these tests, which are required by your expert.   Please get back to me on either of the below numbers as soon as possible.  In the interim, I will tell Mr. Brockman to continue to check in and proceed with the tests, and we will look to the government for reimbursement of anything that he is required to pay.

Kathy

Kathryn Keneally
Partner
**JONES DAY® - One Firm Worldwide**℠
250 Vesey Street
New York, NY 10281-1047
Office: +1-212-326-3402
Cell:+1-█████████
kkeneally@jonesday.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***