1          MR. BROCKMAN:  Okay.  Well, then I got
2    a question for you.
3          DR. AGRONIN:  Sure.
4          MR. BROCKMAN:  I'm under the
5    impression that, you know, I'm not supposed
6    to be talking to you about the case, that I'm
7    supposed to be talking to you about my mental
8    condition.
9          DR. AGRONIN:  That's true.  But I do
10   what to understand just in general what the
11   case is about.
12         MR. BROCKMAN:  Well, I think my
13   answer's got to be the same.
14         DR. AGRONIN:  Okay.  Why do you think
15   they have me here to talk to you?  What do
16   you think your attorneys want me to help with
17   or determine?
18         MR. BROCKMAN:  Again, I don't know
19   that one particularly.
20         DR. AGRONIN:  Okay.
21         MR. BROCKMAN:  But in any case, the
22   answer's the same.  That's about the case;
23   it's not about me.
24         DR. AGRONIN:  Okay.  But in terms of
25   what would be known in general about your

Page 16

1  case, something that would not necessarily be
2  confidential, is there anything about it that
3  you can describe what the charges are?
4          MR. BROCKMAN:  I don't think so.
5          DR. AGRONIN:  Okay.  Do you know what
6  the charges are, but you are advised not to
7  speak about it?  Or you're not certain what
8  it's about?
9          MR. BROCKMAN:  Probably some of both.
10         DR. AGRONIN:  Okay.
11         MR. BROCKMAN:  I don't know what might
12 be proper.  I don't know what might be
13 improper.
14         DR. AGRONIN:  Okay.  Someone had
15 advised you not to speak about certain
16 things?
17         MR. BROCKMAN:  No.
18         DR. AGRONIN:  Okay.  How about this:
19 are there certain individuals who are most
20 relevant to this case?  You know, if I'm
21 trying to learn more about you, who should I
22 know about or who should I talk to understand
23 about you in the case?  Are the specific
24 individuals that would be very helpful?
25         MR. BROCKMAN:  I think -- again, I

1  think that comes back around to the fact that

2  I'm under instruction that this is not an

3  inquisition type kind of situation where you

4  all grill me and make my life miserable for a

5  couple of days.

6          DR. AGRONIN:  Okay.

7          MR. BROCKMAN:  And it doesn't involve

8  talking about, you know, the case.

9          DR. AGRONIN:  Okay.  Well, I do want

10 to understand -- and this is what your

11 attorneys had asked our group to understand

12 -- is, you know, your general understanding

13 of the case.  And so I'm wondering if there's

14 anything you can tell me about it that would

15 be -- just so I can see what you understand

16 about the case?

17         MR. BROCKMAN:  I don't think so.

18         DR. AGRONIN:  Okay.

19         MR. BROCKMAN:  And I'm sure the

20 lawyers on your side will take it up with the

21 lawyers on my side, and there'll be semi-

22 armed combat.

23         DR. AGRONIN:  Well, as I explained

24 before, the -- it's your attorneys that my

25 group is working with.  Does that make sense

1  to you?

2         MR. BROCKMAN:  When you say it like

3  that, yeah, it does.  I've not been aware of

4  that.

5         DR. AGRONIN:  Okay.  But yeah, the

6  group I work with, the Forensic Panel, is

7  working with your attorneys.  And so they

8  asked us to work with you on -- to understand

9  that.

10        MR. BROCKMAN:  Um-hum.

11        DR. AGRONIN:  Okay?

12        MR. BROCKMAN:  Well, are you saying

13 that the things we talk about here --

14 recordings, test results, whatever -- that

15 that's considered to be attorney-client

16 privilege?

17        DR. AGRONIN:  No, because I'm not an

18 attorney and this is -- this is for -- since

19 it's being videotaped, this is records that

20 both sides -- information that they'll share.

21 And it's information that'll help me develop

22 my own thoughts and opinions about how you're

23 doing for your attorneys.

24        What are the two sides in the case

25 here, just basically without getting -- I

1   know you said you don't want to get into the

2   details of the case, but who is charging who

3   in this case?

4          MR. BROCKMAN:  Department of Justice

5   is charging me.

6          DR. AGRONIN:  Okay.  So my group is

7   not working with the Department of Justice.

8   We're working with your attorneys.

9          MR. BROCKMAN:  Well, that's good to

10  know.

11         DR. AGRONIN:  Okay.  I just wanted to

12  clarify that.  So then, you know, if I have

13  questions about the case, it's -- it's, you

14  know -- that's the direction I'm coming from

15  is to try to understand your understanding of

16  the case.  Have you been involved in a lot of

17  litigation before?

18         MR. BROCKMAN:  Not really.

19         DR. AGRONIN:  Do you remember the last

20  case that you worked with or worked on, what

21  that was about?

22         MR. BROCKMAN:  Well, there's one that

23  is still under litigation, which from a legal

24  standpoint, can I talk about those kind of

25  things?

1         DR. AGRONIN:  Well, I mean -- I guess
2    you'd have to go on what you've been advised
3    or not.  I mean, just wondering if there's a
4    case in the past or a recent one that you can
5    describe or you feel comfortable or are able
6    to describe to me in general details?
7         MR. BROCKMAN:  You know, the folks
8    that I'm thinking of, I'm not sure whether --
9    they're all over the place.  So I don't know
10   when they're here, when they're not.  You
11   know, obviously, my attorneys can -- who
12   essentially -- it's my understanding that my
13   attorneys engaged your firm.
14        DR. AGRONIN:  That's true.
15        MR. BROCKMAN:  Okay.  And so
16   therefore, how all that works out is
17   something they've got to solve.
18        DR. AGRONIN:  Yeah, I was curious if
19   there was a recent case that you were
20   involved in that you participated in that you
21   recall.
22        MR. BROCKMAN:  Well, there's always
23   the issue of collection of accounts
24   receivable from car dealerships.
25        DR. AGRONIN:  Yeah.  Was there a

Page 21

1  recent case you dealt with about accounts
2  receivable?
3        MR. BROCKMAN:  No, not -- I can't
4  think of the name, but that kind of stuff is
5  ongoing.
6        DR. AGRONIN:  Yeah.  For your current
7  case, for this case now, what role do you see
8  yourself playing with your attorneys?  What
9  would you do in the case?
10       MR. BROCKMAN:  Since I've been sued
11 personally as well as corporately, I'm
12 essentially duty-bound to help --
13       DR. AGRONIN:  And what does that mean
14 when you help your attorneys?  What sorts of
15 things would you help them with?
16       MR. BROCKMAN:  Well, the world is very
17 complex, and while you might think that a
18 computer system for a car dealership would be
19 kind of nonattractive, be too small, but I
20 believe for a long time that with the right
21 software, everything will work.
22       And what the competition is always
23 interested in doing is that they want to have
24 the qualities and byproducts for the price
25 the competitor offers their products.

Page 22

1        DR. AGRONIN:  Okay.
2        MR. BROCKMAN:  And tries to convince
3   the buyer that their stuff is as good as
4   ours.
5        DR. AGRONIN:  You know, part of the
6   question that I was curious about is, when
7   you work with your attorneys now, how do you
8   work with them?  What do you do to
9   participate in your case currently?
10       MR. BROCKMAN:  Well, there's always
11  emails.
12       DR. AGRONIN:  What sort of emails?
13       MR. BROCKMAN:  I would call them
14  general purpose.  You know, any kind of
15  question that could be raised, you know,
16  they're raising them.
17       DR. AGRONIN:  Do you feel that you are
18  able to work with your attorneys?  Or does
19  anything get in -- have an impact on that,
20  either positive or negative?
21       MR. BROCKMAN:  I would say for the --
22  for the most part, I'm satisfied with what
23  attorney -- attorney, you know, capabilities
24  they have.
25       DR. AGRONIN:  Yeah.  What makes you