# EXHIBIT 2

**Block, Samantha**

| | |
|---|---|
| **From:** | Garrett Evan W <Evan.Garrett@ci.irs.gov> |
| **Sent:** | Monday, June 21, 2021 7:03 PM |
| **To:** | MacDougall, Mark |
| **Cc:** | Lee Langston (lee.f.langston@usdoj.gov) |
| **Subject:** | September Competency Hearing |
| **Attachments:** | Dr. Yudofsky- Subpoena to Testify_Criminal_SDTX_ENCRYPTED (09-13-2021).pdf |

**EXTERNAL Email**

Dear Mr. MacDougall,

I believe you kindly accepted subpoena service for Dr. Yudofsky back in February from my co-worker Special Agent Ryan Rickey reflecting a hearing date of June 29th. Since the hearing date has been pushed to September 13th, I just wanted to follow up with an updated subpoena (attached) reflecting the new date for your records. The file is encrypted and I will send the password in a separate email.

Thank you,
Evan

**Evan Garrett**
**Special Agent, IRS-CI**
**Denver Field Office**
**(719) 226-3231**