**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Case No. 4:21-cr-0009-GCH |
| ) | |
| v. ) | |
| ) | |
| **ROBERT T. BROCKMAN,** ) | |
| ) | |
| Defendant. ) | |

## **[PROPOSED] ORDER**

Upon consideration of Non-Party Stuart Yudofsky, M.D.'s ("Dr. Yudofsky") Motion to Unseal Dr. Yudofsky's Motion to Quash and Modify Government Subpoena Pursuant to Fed. R. Crim. P. 17(c) (Dkt. No. 108), and reasons cited therein, it is hereby ORDERED that the Motion is GRANTED and the Motion to Quash (Dkt. No. 108) shall be unsealed.

ENTERED this _____ day of _____, 2021

_____
JUDGE GEORGE C. HANKS, JR.