# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Case No. 4:21-cr-0009-GCH |
| ) | |
| v. ) | |
| ) | |
| **ROBERT T. BROCKMAN,** ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER SETTING HEARING

Upon consideration of Non-Party Stuart Yudofsky, M.D.'s ("Dr. Yudofsky") Motion for an Expedited Hearing on Dr. Yudofsky's Motion to Quash and Modify Government Subpoena Pursuant to Fed. R. Crim. P. 17(c) [Dkt. No. 108] (the "Motion to Quash"), and reasons cited therein, it is hereby ORDERED that the Motion is GRANTED.

A videoconference / telephonic hearing is hereby scheduled for the Court to hear Dr. Yudofsky's Motion to Quash at ___:___ am/pm on _____, 2021.

ENTERED this ____ day of _____, 2021

_____
JUDGE GEORGE C. HANKS, JR.