AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 4:21-cr-00009

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Dr. Stuart Yudofsky was received by me on *(date)* 02/22/2021.

☑ I served the subpoena by delivering a copy to the named person as follows:
via email to Attorney Mark MacDougall who represents Yudofsky and accepted service on his behalf
on *(date)* 02/24/2021 ; or

☐ I returned the subpoena unexecuted because: 	.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 	.

My fees are $ 	 for travel and $ 	 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/01/2021

*Server's signature*

Ryan D. Rickey, Special Agent
*Printed name and title*

1999 Broadway, 24th Floor, Denver, CO 80202

*Server's address*

Additional information regarding attempted service, etc: