AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 4:21-cr-00009

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Dr. Stuart Yudofsky was received by me on *(date)* 05/10/2021 .

☑ I served the subpoena by delivering a copy to the named person as follows: served via email to attorney Mark MacDougall at mmacdougall@akingump.com on *(date)* 06/21/2021 ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/21/2021

*Evan Garrett* (Digitally signed by Evan W. Garrett, Date: 2021.06.21 17:28:52 -06'00')

*Server's signature*

Evan Garrett, Special Agent
*Printed name and title*

1999 Broadway, 24th Floor
Denver, CO 80202
*Server's address*

Additional information regarding attempted service, etc: