

U.S. Department of Justice
Tax Division

*Western Criminal Enforcement Section*
*P.O. Box 972*              202-514-5762 (v)
*Washington, D.C. 20044*    202-514-9623 (f)

August 27, 2021

<u>Via Email</u>
The Chambers of The Honorable George C. Hanks
United States District Court Judge
For the Southern District of Texas
ATTN: Jesus Argelis Guajardo

    Re:    *United States v. Robert T. Brockman*, 4:21-cr-009-GCH

Dear Judge Hanks:

    The parties provide this joint letter pursuant to Court Rule 6(E)(1).

    The competency hearing in this matter is currently scheduled for September 13, 2021. There are a number of matters pending before the Court that the parties believe would be beneficial to discuss with the Court in advance of the scheduled hearing. The parties would also like to advise the Court as to the expected length of the hearing and to discuss logistics for the hearing. Accordingly, the parties respectfully request that the Court set a status conference in this matter as soon as the Court is available on or after September 1, 2021, with an accommodation that out of town counsel be permitted to attend via Zoom.

    The undersigned represents that counsel for the government and the Defendant discussed the substance of this letter and submit this letter jointly.

    Very truly yours,

    DAVID A. HUBBERT
    ACTING ASSISTANT
    ATTORNEY GENERAL

    *s/ Corey J. Smith*
    COREY J. SMITH
    Senior Litigation Counsel
    Mass. Bar No. 553615
    Corey.smith@usdoj.gov
    Tele: 202-514-5230