Southern District of Texas
FILED
August 30, 2021
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURTSOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| | | | |
|---|---|---|---|
| Division | Houston | Case Number | 4:21-cr-00009 |

UNITED STATES OF AMERICA

*versus*

ROBERT T. BROCKMAN

| | |
|---|---|
| Lawyer's NameFirmStreetCity & Zip CodeTelephone & EmailLicensed: State & NumberFederal Bar & Number | Boris BourgetU.S. Department of Justice, Tax Division150 M. St. NEWashington, D.C. 20002202-532-3624, boris.bourget@usdoj.govOR Bar No. 172172 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | United States of America |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| | | |
|---|---|---|
| Dated: 8/25/2021 | Signed: | /s/ Boris Bourget |

The state bar reports that the applicant's status is: Active

Dated: August 30, 2021   Clerk's signature   *H. Lerma*

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
United States District Judge