UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cr-00009 |
|---|---|---|---|

| UNITED STATES OF AMERICA |
|---|
| *versus* |
| ROBERT T. BROCKMAN |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Boris Bourget<br>U.S. Department of Justice, Tax Division<br>150 M. St. NE<br>Washington, D.C. 20002<br>202-532-3624, boris.bourget@usdoj.gov<br>OR Bar No. 172172 |
|---|---|

| Name of party applicant seeks to appear for: | United States of America |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/25/2021 | Signed: | /s/ Boris Bourget |
|---|---|---|

The Oregon state bar reports that the applicant's status is: *active member*

Dated: Aug. 26, 2021    Clerk's signature: Juan Davenport

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____    _____
                                   United States District Judge



**U.S. Department of Justice**
**Tax Division**

*Western Criminal Enforcement Section*
*150 M Street, NE, Room 2.102*
*Washington, DC. 20002*
*202-514-5762 (v)*
*202-514-9623(f)*

August 25, 2021

Via FedEx

Clerk of Court
U.S. District Court, Southern District of Texas
515 Rusk Avenue
Houston, TX 77002

      Re: **Motion for Admission *Pro Hac Vice***
         ***United States v. Brockman*, 4:21-cr-00009**

Dear Sir/Madam,

  Please file the attached Motion for Admission *Pro Hac Vice* in the above referenced case.

        Sincerely yours,

        /s/ Boris Bourget

        BORIS BOURGET
        Trial Attorney
        Western Criminal Enforcement Section

15318817.1