

**NICHOLAS E. PETREE**
+1 713.250.2177/fax: +1 713.236.0822
npetree@akingump.com

September 3, 2021

**VIA E-FILE**
George C. Hanks, Jr.
United States District Judge
515 Rusk St., Room 6202
Houston, TX 77002

Re:   *United States v. Brockman*, Case No. 4:21-cr-00009-GCH

Dear Hon. Judge Hanks:

We would like the ***Motion by Non-Party Stuart Yudofsky, M.D. to Quash and Modify Government Subpoena Issued Pursuant to Fed.R.Crim.P. 17(c)*** - (Dkt. No. 108), that we filed on August 18, 2021 to be heard on the same day and time as the Status Conference in this matter, **September 8, 2021 at 2:00 p.m.**

Please let us know if you have any questions or concerns.

Sincerely,

*/s/ Nicholas E. Petree*
Nicholas E. Petree
*Counsel for Dr. Yudofsky*