# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                                Case Number: 4:21−cr−00009

Robert T Brockman

---

## Notice of Resetting

**A proceeding has been reset in this case as to Robert T Brockman as set forth below.**

**BEFORE:**
**Judge George C Hanks, Jr**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1618054975?pwd=dDE5eHA3dHp2MWdmUW84cEgwamdsQT09*
Meeting phone number: 669 254 5252
Meeting ID: 161 805 4975
Meeting Password: 377926


**DATE:** 9/10/2021

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Status Conference

---

Date:   September 8, 2021                                                Nathan Ochsner, Clerk