Case 4:21-cr-00009   Document 129   Filed on 09/09/21 in TXSD   Page 1 of 1
Case 4:21-cr-00009   Document 110   Filed on 08/18/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT	SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cr-0009-GCH |
|---|---|---|---|
| UNITED STATES OF AMERICA ||||
| *versus* ||||
| ROBERT T. BROCKMAN ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mark J. MacDougall<br>Akin Gump Strauss Hauer & Feld<br>2001 K Street NW<br>Washington, D.C. 20006<br>(202) 887-4000 & mmacdougall@akingump.com<br>District of Columbia (No. 398118), Massachusetts (No. 635119), Maryland |
|---|---|

| Name of party applicant seeks to appear for: | Non-Party Stuart Yudofsky, M.D. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

I have familiarized myself with the Local Rules of the Southern District of Texas and this Court's procedures.

| Dated: 8/17/2021 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 9-9-21   Clerk's signature: *[signature]* |

### Order

This lawyer is admitted *pro hac vice*.

Dated: 9/9/21

*George C. Hanks*
United States District Judge