**Grand Jury Subpoena Issued to Universal Computer Systems Holding Inc.**
<u>**Privilege Log of Robert T. Brockman (Withheld Documents)**</u>

| Log No | Sent Date | To | From | Copyee | Description | Privilege Reason<br><br>(AC = Attorney-Client Privilege<br>WP = Work Product Privilege<br>CI = Common Interest<br>MP = Marital Privilege) |
|---|---|---|---|---|---|---|
| 1 | 6/14/2020 | Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 2 | 6/15/2020 | Kathy Keneally [kkeneally@jonesday.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding litigation, and reflecting a common legal interest | AC / WP / CI |
| 3 | 6/15/2020 | Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 4 | 6/19/2020 | 'Cherry, Scott' [Scott_Cherry@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding DOJ criminal investigation, and reflecting a common legal interest | AC / WP / CI |
| 5 | 6/22/2020 | Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 6 | 6/22/2020 | Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 7 | 6/22/2020 | Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 8 | 6/22/2020 | Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 9 | 6/24/2020 | Kathy Keneally [kkeneally@jonesday.com];'Robert Theron Brockman II' [robert@firehead.org] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding litigation, and reflecting a common legal interest | AC / CI |
| 10 | 6/25/2020 | 'Cherry, Scott' [Scott_Cherry@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding DOJ criminal investigation, and reflecting a common legal interest | AC / WP / CI |
| 11 | 7/5/2020 | Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 12 | 7/7/2020 | Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 13 | 7/8/2020 | Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 14 | 7/13/2020 | Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |

Date: 09/06/2021     Case 4:21-cr-00009   Document 130-1   Filed on 09/09/21 in TXSD   Page 2 of 6     CONFIDENTIAL

**Grand Jury Subpoena Issued to Universal Computer Systems Holding Inc.**
**Privilege Log of Robert T. Brockman (Withheld Documents)**

| Log No | Sent Date | To | From | Copyee | Description | Privilege Reason<br><br>(AC = Attorney-Client Privilege<br>WP = Work Product Privilege<br>CI = Common Interest<br>MP = Marital Privilege) |
|---|---|---|---|---|---|---|
| 15 | 7/21/2020 | passmore@houston-cpa.com; Don Passmore [Passmore@covad.net] | Bob Brockman [bob_brockman@reyrey.com] | | Email chain containing confidential attorney-client communication, and requesting information needed to render further legal advice, regarding a business venture, and reflecting a common legal interest | AC / CI |
| 16 | 7/22/2020 | Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 17 | 7/22/2020 | 'Cherry, Scott' [Scott_Cherry@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding DOJ criminal investigation, and reflecting a common legal interest | AC / WP / CI |
| 18 | 7/22/2020 | 'Cherry, Scott' [Scott_Cherry@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding DOJ criminal investigation, and reflecting a common legal interest | AC / WP / CI |
| 19 | 7/22/2020 | Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 20 | 7/25/2020 | 'james@jamesreadlaw.com' [james@jamesreadlaw.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding real estate transactions and dispute, and reflecting a common legal interest | AC / WP / CI |
| 21 | 7/27/2020 | Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 22 | 7/29/2020 | james@jamesreadlaw.com' [james@jamesreadlaw.com]; Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding real estate transaction, and reflecting a common legal interest | AC / CI |
| 23 | 8/9/2020 | Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 24 | 8/9/2020 | Robert Brockman' [robert@firehead.org] | Bob Brockman [bob_brockman@reyrey.com] | | Email chain containing confidential attorney-client communication, and providing information needed to render further legal advice, regarding a business venture, and reflecting a common legal interest | AC / CI |
| 25 | 8/11/2020 | Kathy Keneally [kkeneally@jonesday.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding corporate transaction, and reflecting a common legal interest | AC / WP / CI |

Date: 09/06/2021  Case 4:21-cr-00009   Document 130-1   Filed on 09/09/21 in TXSD   Page 3 of 6   CONFIDENTIAL

**Grand Jury Subpoena Issued to Universal Computer Systems Holding Inc.**
**Privilege Log of Robert T. Brockman (Withheld Documents)**

| Log No | Sent Date | To | From | Copyee | Description | Privilege Reason<br><br>(AC = Attorney-Client Privilege<br>WP = Work Product Privilege<br>CI = Common Interest<br>MP = Marital Privilege) |
|---|---|---|---|---|---|---|
| 26 | 8/12/2020 | Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 27 | 8/12/2020 | Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 28 | 8/12/2020 | 'Cherry, Scott' [Scott_Cherry@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding DOJ criminal investigation, and reflecting a common legal interest | AC / WP / CI |
| 29 | 8/14/2020 | Keneally, Kathy' [kkeneally@jonesday.com]; 'Cherry, Scott' [Scott_Cherry@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding DOJ criminal investigation, and reflecting a common legal interest | AC / WP / CI |
| 30 | 8/23/2020 | Cherry, Scott [Scott_Cherry@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding DOJ criminal investigation, and reflecting a common legal interest | AC / WP / CI |
| 31 | 8/23/2020 | Cherry, Scott [Scott_Cherry@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding DOJ criminal investigation, and reflecting a common legal interest | AC / WP / CI |
| 32 | 8/28/2020 | Don Passmore [Passmore@covad.net]; 'Robert Brockman' [robert@firehead.org]; 'Paul Farrell' [pfarrell@nehemiahsecurity.com] | Bob Brockman [bob_brockman@reyrey.com] | | Email chain containing confidential attorney-client communication, and requesting information needed to render further legal advice, regarding a business venture, and reflecting a common legal interest | AC / CI |
| 33 | 8/28/2020 | 'Dorothy Brockman' [dorothy_brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife, containing confidential attorney-client communication regarding real estate transaction, and reflecting a common legal interest | MP / AC / CI |
| 34 | 8/31/2020 | 'Dorothy Brockman' [dorothy_brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 35 | 9/3/2020 | 'Dorothy Brockman' [dorothy_brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 36 | 9/7/2020 | 'james@jamesreadlaw.com' [james@jamesreadlaw.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding real estate dispute | AC / WP |
| 37 | 9/8/2020 | 'james@jamesreadlaw.com' [james@jamesreadlaw.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding real estate dispute | AC / WP |

| Log No | Sent Date | To | From | Copyee | Description | Privilege Reason<br><br>(AC = Attorney-Client Privilege<br>WP = Work Product Privilege<br>CI = Common Interest<br>MP = Marital Privilege) |
|---|---|---|---|---|---|---|
| 38 | 9/13/2020 | 'Cherry, Scott' [Scott_Cherry@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding DOJ criminal investigation, and reflecting a common legal interest | AC / WP / CI |
| 39 | 9/17/2020 | 'Dorothy Brockman' [dorothy_brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 40 | 9/30/2020 | 'Cherry, Scott' [Scott_Cherry@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding DOJ criminal investigation, and reflecting a common legal interest | AC / WP / CI |
| 41 | 10/1/2020 | edeery@ydklaw.com | Bob Brockman [bob_brockman@reyrey.com] | bob_brockman@reyrey.com; Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Confidential attorney-client communication regarding business venture, and reflecting a common legal interest | AC / CI |
| 42 | 10/1/2020 | 'edeery@ydklaw.com' [edeery@ydklaw.com] | Bob Brockman [bob_brockman@reyrey.com] | bob_brockman@reyrey.com' [bob_brockman@reyrey.com]; Dorothy Brockman [Dorothy_Brockman@reyrey.com] | Confidential attorney-client communication regarding business venture, and reflecting a common legal interest | AC / CI |
| 43 | 10/6/2020 | 'Dorothy Brockman' [dorothy_brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 44 | 10/14/2020 | 'Edward Deery' [EDeery@YDKLAW.COM] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding business venture, and reflecting a common legal interest | AC / CI |
| 45 | 10/14/2020 | 'Edward Deery' [EDeery@YDKLAW.COM] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding business venture, and reflecting a common legal interest | AC / CI |
| 46 | 10/14/2020 | 'Edward Deery' [EDeery@YDKLAW.COM] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding business venture, and reflecting a common legal interest | AC / CI |
| 47 | 10/19/2020 | 'Cherry, Scott' [Scott_Cherry@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding DOJ criminal investigation, and reflecting a common legal interest | AC / WP / CI |
| 48 | 10/29/2020 | 'Dorothy Brockman' [dorothy_brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 49 | 10/29/2020 | 'tommybarras@reyrey.com' [tommybarras@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Email chain containing confidential attorney-client communication regarding DOJ criminal investigation, and reflecting a common legal interest | AC / WP / CI |

**Grand Jury Subpoena Issued to Universal Computer Systems Holding Inc.**
**Privilege Log of Robert T. Brockman (Withheld Documents)**

| Log No | Sent Date | To | From | Copyee | Description | Privilege Reason<br><br>(AC = Attorney-Client Privilege<br>WP = Work Product Privilege<br>CI = Common Interest<br>MP = Marital Privilege) |
|---|---|---|---|---|---|---|
| 50 | 10/29/2020 | 'Dorothy Brockman' [dorothy_brockman@reyrey.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential email communication between husband and wife | MP |
| 51 | 11/4/2020 | 'Miriam.Fisher@lw.com' [Miriam.Fisher@lw.com] | Bob Brockman [bob_brockman@reyrey.com] | | Confidential attorney-client communication regarding litigation, and reflecting a common legal interest | AC / WP / CI |

Date: 09/06/2021     **Grand Jury Subpoena Issued to Universal Computer Systems Holding Inc.**     CONFIDENTIAL
**Privilege Log of Robert T. Brockman (Redacted Documents)**

| Log No | Production Range of Redacted Document | Sent Date | To | From | Copyee | Description | Privilege Reason<br><br>(AC = Attorney-Client Privilege<br>WP = Work Product Privilege<br>CI = Common Interest<br>MP = Marital Privilege) |
|---|---|---|---|---|---|---|---|
| 1 | UCSH 0229303 | 7/13/2020 | Steve Stephens' [Steve.Stephens@amegybank.com] | Bob Brockman [bob_brockman@reyrey.com] | | Email chain requesting information needed to render legal advice | AC |