**Langston, Lee F. (TAX)**

| | |
|---|---|
| **From:** | Keneally, Kathy <kkeneally@jonesday.com> |
| **Sent:** | Thursday, September 9, 2021 4:44 PM |
| **To:** | Langston, Lee F. (TAX); Smith, Corey (TAX); Magnani, Christopher (TAX) |
| **Cc:** | Varnado, Jason S.; Loonam, James P.; Druce, Georgina N.; Maloney, Conor G.; O'Connor, Colleen E.; Mankodi, Esha |
| **Subject:** | RE: US v. Brockman:   privilege logs |

All,

We have reviewed your letters dated September 7, 2021, concerning 42 documents included on a privilege log that we provided to you on September 4, 2020, and an additional 4 documents included on a privilege logs provided to you on September 6, 2021.  It is our position that all necessary information is provided on those privilege logs.

Kathy

**From:** Langston, Lee F. (TAX) <Lee.F.Langston@usdoj.gov>
**Sent:** Tuesday, September 7, 2021 9:41 PM
**To:** Keneally, Kathy <kkeneally@jonesday.com>; Smith, Corey (TAX) <corey.smith@usdoj.gov>; Magnani, Christopher (TAX) <Christopher.Magnani@usdoj.gov>
**Cc:** Varnado, Jason S. <jvarnado@jonesday.com>; Loonam, James P. <jloonam@jonesday.com>; Druce, Georgina N. <gdruce@JonesDay.com>; Maloney, Conor G. <cmaloney@jonesday.com>; O'Connor, Colleen E. <colleenoconnor@jonesday.com>; Mankodi, Esha <emankodi@jonesday.com>
**Subject:** RE: US v. Brockman: privilege logs

**\*\* External mail \*\***

Kathy,

Attached please find a letter that identifies each of the documents to which we have concerns.

Sincerely,

**Lee Langston**
Trial Attorney
Department of Justice Tax Division
Western Criminal Enforcement Section
202-353-0036

**From:** Keneally, Kathy <kkeneally@jonesday.com>
**Sent:** Tuesday, September 7, 2021 8:48 PM
**To:** Langston, Lee F. (TAX) <Lee.F.Langston@tax.USDOJ.gov>; Smith, Corey (TAX) <Corey.Smith@tax.USDOJ.gov>; Magnani, Christopher (TAX) <Christopher.Magnani@tax.USDOJ.gov>
**Cc:** Varnado, Jason S. <jvarnado@jonesday.com>; Loonam, James P. <jloonam@jonesday.com>; Druce, Georgina N.

1

<gdruce@JonesDay.com>; Maloney, Conor G. <cmaloney@jonesday.com>; O'Connor, Colleen E. <colleenoconnor@jonesday.com>; Mankodi, Esha <emankodi@jonesday.com>
**Subject:** US v. Brockman: privilege logs

Lee,

We asserted privileges on a document basis, not on a party basis.  Please identify the documents as to which you have concerns.

Best,
Kathy

---

**From:** Langston, Lee F. (TAX) <Lee.F.Langston@usdoj.gov>
**Sent:** Tuesday, September 7, 2021 2:47 PM
**To:** Druce, Georgina N. <gdruce@JonesDay.com>; Magnani, Christopher (TAX) <Christopher.Magnani@usdoj.gov>
**Cc:** Smith, Corey (TAX) <corey.smith@usdoj.gov>; Garrett Evan W <Evan.Garrett@ci.irs.gov>; Keneally, Kathy <kkeneally@jonesday.com>; Loonam, James P. <jloonam@jonesday.com>; Varnado, Jason S. <jvarnado@jonesday.com>
**Subject:** UCSH Privilege Logs

** External mail **

Counsel,

Attached please find a letter regarding the UCSH Privilege Logs.

Sincerely,


**Lee Langston**
Trial Attorney
Department of Justice Tax Division
Western Criminal Enforcement Section
202-353-0036


***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***