United States District Court
Southern District of Texas

**ENTERED**

September 09, 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## __Motion and Order for Admission *Pro Hac Vice*__

| Division | Houston ▼ | Case Number | 4:21-cr-0009-GCH |
|---|---|---|---|

| UNITED STATES OF AMERICA |
|---|
| *versus* |
| ROBERT T. BROCKMAN |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Samantha J. Block<br>Akin Gump Strauss Hauer & Feld<br>2001 K Street NW<br>Washington, D.C. 20006<br>(202) 887-4000 & samantha.block@akingump.com<br>District of Columbia (No. 1617240), New York (No. 5726682) |
|---|---|

| Name of party applicant seeks to appear for: | Non-Party Stuart Yudofsky, M.D. |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No  ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

I have familiarized myself with the Local Rules of the Southern District of Texas and this Court's procedures.

| Dated:  8/17/2021 | Signed:  *[signature]* |
|---|---|

| The state bar reports that the applicant's status is:  Active |
|---|
| Dated: 9-9-21 | Clerk's signature  *[signature]* |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: ___9-9-2021___                    *[signature]* George C. Hanks
                                         United States District Judge