United States District Court
Southern District of Texas

**ENTERED**
August 30, 2021
Nathan Ochsner, Clerk of Court

September 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cr-00009 |
|---|---|---|---|

UNITED STATES OF AMERICA

*versus*

ROBERT T. BROCKMAN

| | |
|---|---|
| Lawyer's Name | Boris Bourget |
| Firm | U.S. Department of Justice, Tax Division |
| Street | 150 M. St. NE |
| City & Zip Code | Washington, D.C. 20002 |
| Telephone & Email | 202-532-3624, boris.bourget@usdoj.gov |
| Licensed: State & Number | OR Bar No. 172172 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | United States of America |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/25/2021 | Signed: | /s/ Boris Bourget |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: August 30, 2021 | Clerk's signature   *H. Lerma* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 9/9/2021

_____
United States District Judge