UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. 4:21-CR-0009 |
| | § | |
| ROBERT T BROCKMAN, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF STATUS CONFERENCE

The court sets a status conference on Monday, September 13, 2021 at 10:00 am. by Zoom.

Please click on the link below to access this hearing.

https://www.zoomgov.com/j/1618054975?pwd=dDE5eHA3dHp2MWdmUW84cEgwamdsQT09
Dial: 669 254 5252
Meeting ID: 161 805 4975
Passcode: 377926

September 10, 2021

*Jesus A. Guajardo*
Relief Case Manager