## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. 4:21-cr-00009** |
| | § | |
| **ROBERT T. BROCKMAN** | § | |

## [PROPOSED] ORDER

The Competency Hearing shall be held before this Court on November 15, 2021. For good cause shown, the Joint Motion to Modify Competency Hearing Scheduling Order is GRANTED and the Court hereby modifies the Competency Hearing Scheduling Order to reflect the following deadlines:

1. Post-hearing briefs shall be due as follows:

   a. The Government's and Defendant's post-hearing briefs, if any, shall be filed no later than December 6, 2021.

   b. The Government's and Defendant's opposition briefs, if any, shall be filed no later than December 23, 2021.

2.  Pursuant to Title 18, United States Code, section 3161(h)(1)(A), the period of delay resulting from the competency examination and proceeding, including from the execution of this Order, until such time as the Court makes a determination pursuant to Title 18, United States Code, section 4241(b), as to whether defendant Robert T. Brockman is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, shall be excluded from computing the time within which time must commence in this dispute.

So ORDERED, this _____ day of _____, 2021.


_____
George C. Hanks, Jr.
United States District Judge