# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. ROBERT T. BROCKMAN, *Defendant*. | Cr. No. 4:21-cr-009-GCH **EMERGENCY MOTION** |

**ORDER ON PETITIONER'S EMERGENCY MOTION TO STRIKE OR SEAL**

Petitioner's Emergency Motion to Strike or Seal Dkt. 104-1 is hereby GRANTED.

IT IS ORDERED, that Dkt 104-1 is stricken from the record.

September ___, 2021.

_____
United States District Judge