# Smith, Corey (TAX)

| | |
|---|---|
| **From:** | Herrington, Matt <mattherrington@paulhastings.com> |
| **Sent:** | Wednesday, July 8, 2020 2:50 PM |
| **To:** | Smith, Corey (TAX) |
| **Subject:** | Affidavit |
| **Attachments:** | TAMINE, Evatt (005 B Trust) 1st Affidvit of E. Tamine (EAT-1) 2020 Jul 04 small.pdf |

*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.