# Smith, Corey (TAX)

| | |
|---|---|
| **From:** | Herrington, Matt <mattherrington@paulhastings.com> |
| **Sent:** | Tuesday, January 12, 2021 12:09 PM |
| **To:** | Smith, Corey (TAX) |
| **Cc:** | Axelrod, Peter B. |
| **Subject:** | Re:  SJTC |
| **Attachments:** | image001.png |

Not under seal.

Sent from my iPhone

On Jan 12, 2021, at 12:02 PM, Smith, Corey (TAX) <corey.smith@usdoj.gov> wrote:


Matt/Peter

Are the pleadings to replace trustee under seal?  Can we share with other non-govt counsel?

Corey J. Smith
Senior Litigation Counsel
Tax Division
(202) 514-5230

From: Herrington, Matt <mattherrington@paulhastings.com>
Sent: Tuesday, January 12, 2021 11:46 AM
To: Smith, Corey (TAX) <Corey.Smith@tax.USDOJ.gov>; Axelrod, Peter B. <peteraxelrod@paulhastings.com>
Subject: RE: SJTC

We can make 4 pm work tomorrow.  Look forward to speaking.  Basic flaw to me with this BCT solution is there is nothing to stop this gang from, the day after BCT becomes trustee to AEBCT, loading the board of that entity with their folks, and no one will ever know about it because it all happens under the Caymans shroud of confidentiality.


_____


<https://protect2.fireeye.com/v1/url?k=f7b2c815-a829f0d9-f7b5ecf0-0cc47adca7dc-82e992c286e8cfb4&q=1&e=3fb464cf-5431-4661-882f-5f8cc91d40c4&u=http%3A%2F%2Fwww.paulhastings.com%2F>
<image001.png>

Matt Herrington
Direct: +1.202.551.1820 | Mobile: +1.202.746-0395
mattherrington@paulhastings.com<mailto:mattherrington@paulhastings.com>



From: Smith, Corey (TAX) [mailto:corey.smith@usdoj.gov]
Sent: Tuesday, January 12, 2021 10:27 AM
To: Axelrod, Peter B.

1

Cc: Herrington, Matt
Subject: [EXT] RE: SJTC

I am tied up all day tomorrow until 4:00 pm.  More time on Thursday.

Corey J. Smith
Senior Litigation Counsel
Tax Division
(202) 514-5230

From: Axelrod, Peter B. <peteraxelrod@paulhastings.com<mailto:peteraxelrod@paulhastings.com>>
Sent: Monday, January 11, 2021 2:57 PM
To: Smith, Corey (TAX) <Corey.Smith@tax.USDOJ.gov<mailto:Corey.Smith@tax.USDOJ.gov>>
Cc: Herrington, Matt <mattherrington@paulhastings.com<mailto:mattherrington@paulhastings.com>>
Subject: RE: SJTC

Hi Corey,

May I suggest a call at 2pm tomorrow?  We'd like to update you from our end.

Thanks,
Pete
_____

<https://protect2.fireeye.com/v1/url?k=36d317b8-69482eef-36d4335d-ac1f6b017516-073dd59f12c2a4c2&q=1&e=414b4701-fb76-4694-aaef-f7fa75a4f12d&u=http%3A%2F%2Fwww.paulhastings.com%2F>
<image001.png>

Peter B. Axelrod
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 |
Direct: +1.212.318.6067 | peteraxelrod@paulhastings.com<mailto:peteraxelrod@paulhastings.com>


From: Smith, Corey (TAX) <corey.smith@usdoj.gov<mailto:corey.smith@usdoj.gov>>
Sent: Monday, January 11, 2021 2:28 PM
To: Herrington, Matt <mattherrington@paulhastings.com<mailto:mattherrington@paulhastings.com>>
Cc: Axelrod, Peter B. <peteraxelrod@paulhastings.com<mailto:peteraxelrod@paulhastings.com>>
Subject: [EXT] RE: SJTC

Yes.  He claims that this "change" will not put assets out of U.S. govt reach – I am skeptical.   Tentatively, we are speaking tomorrow at 3:00 pm ET.

Corey J. Smith
Senior Litigation Counsel
Tax Division
(202) 514-5230

From: Herrington, Matt <mattherrington@paulhastings.com<mailto:mattherrington@paulhastings.com>>
Sent: Monday, January 11, 2021 2:25 PM
To: Smith, Corey (TAX) <Corey.Smith@tax.USDOJ.gov<mailto:Corey.Smith@tax.USDOJ.gov>>
Cc: Axelrod, Peter B. <peteraxelrod@paulhastings.com<mailto:peteraxelrod@paulhastings.com>>
Subject: RE: SJTC

Is "it" the Cayman's effort?

_____

<https://protect2.fireeye.com/v1/url?k=396bb462-66f08c92-396c9087-ac1f6b0176b0-c4345d4baeefbf74&q=1&e=670e2a35-93eb-4339-818f-8b2a0ddcfe8d&u=http%3A%2F%2Fwww.paulhastings.com%2F>
<image001.png>

Matt Herrington
Direct: +1.202.551.1820 | Mobile: +1.202.746-0395
mattherrington@paulhastings.com<mailto:mattherrington@paulhastings.com>


From: Smith, Corey (TAX) [mailto:corey.smith@usdoj.gov]
Sent: Monday, January 11, 2021 2:23 PM
To: Herrington, Matt
Cc: Axelrod, Peter B.
Subject: [EXT] RE: SJTC

Matt

John has responded when I inquired a second time, he has offered to walk through it with me on the phone this week, TBD.

Corey J. Smith
Senior Litigation Counsel
Tax Division
(202) 514-5230

From: Herrington, Matt <mattherrington@paulhastings.com<mailto:mattherrington@paulhastings.com>>
Sent: Monday, January 11, 2021 2:16 PM
To: Smith, Corey (TAX) <Corey.Smith@tax.USDOJ.gov<mailto:Corey.Smith@tax.USDOJ.gov>>
Cc: Axelrod, Peter B. <peteraxelrod@paulhastings.com<mailto:peteraxelrod@paulhastings.com>>
Subject: RE: SJTC


And I guess they have never responded?

Might I suggest further responding to him, cc to us:

John:

Have not heard back on the below question.  In the meantime we have become aware of the effort to install a Caymans based entity as trustee.  This proposal is objectionable.  Attempting to move control over what the government views as the proceeds of crime to a secrecy jurisdiction is not in our view constructive.

3

_____

<https://protect2.fireeye.com/v1/url?k=1482e389-4b19db44-1485c76c-ac1f6b017728-e30bfdfbf25fd889&q=1&e=f8a6889d-e83d-43e3-b7c8-ff674c3a439a&u=http%3A%2F%2Fwww.paulhastings.com%2F>
<image001.png>

Matt Herrington
Direct: +1.202.551.1820 | Mobile: +1.202.746-0395
mattherrington@paulhastings.com<mailto:mattherrington@paulhastings.com>


From: Smith, Corey (TAX) [mailto:corey.smith@usdoj.gov]
Sent: Monday, January 11, 2021 12:41 PM
To: Herrington, Matt
Cc: Axelrod, Peter B.
Subject: [EXT] RE: SJTC

Matt/Pete

I apologize, I thought I sent this Friday.  Here it is.


Corey J. Smith
Senior Litigation Counsel
Tax Division
(202) 514-5230

From: Herrington, Matt <mattherrington@paulhastings.com<mailto:mattherrington@paulhastings.com>>
Sent: Monday, January 11, 2021 12:06 PM
To: Smith, Corey (TAX) <Corey.Smith@tax.USDOJ.gov<mailto:Corey.Smith@tax.USDOJ.gov>>
Cc: Axelrod, Peter B. <peteraxelrod@paulhastings.com<mailto:peteraxelrod@paulhastings.com>>
Subject: SJTC


Hi Corey – Reminder re sending along response to Medlands counsel. Matt



_____

<https://protect2.fireeye.com/v1/url?k=610b99b6-3e90a005-610cbd53-0cc47adc5e1a-ad87d7e85a7f847c&q=1&e=03413836-4513-4c4a-aa00-af8b2f2b70e2&u=http%3A%2F%2Fwww.paulhastings.com%2F>
<image001.png>

Matt Herrington | Partner, Litigation Department Paul Hastings LLP | 2050 M Street NW, Washington, DC 20036 |
Direct: +1.202.551.1820 | Main: +1.202.551.1700 | Fax: +1.202.551.0320 |
mattherrington@paulhastings.com<mailto:mattherrington@paulhastings.com> |
https://protect2.fireeye.com/v1/url?k=e3aa279c-bc311f51-e3ad0379-ac1f6b017728-acb00087642c53bb&q=1&e=c0101890-19e6-4b1a-96ce-

310f87d81fa4&u=http%3A%2F%2Fwww.paulhastings.com%2F<https://protect2.fireeye.com/v1/url?k=5487062f-0b1c3f9c-548022ca-0cc47adc5e1a-e931b7e0d720d03f&q=1&e=03413836-4513-4c4a-aa00-af8b2f2b70e2&u=http%3A%2F%2Fwww.paulhastings.com%2F>

*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE<https://protect2.fireeye.com/v1/url?k=45046292-1a9f5b21-45034677-0cc47adc5e1a-b051da7a3c9f984c&q=1&e=03413836-4513-4c4a-aa00-af8b2f2b70e2&u=https%3A%2F%2Fwww.paulhastings.com%2Fglobal-privacy-statement>. If you have any questions, please contact Privacy@paulhastings.com<mailto:privacy@paulhastings.com>.

*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE<https://protect2.fireeye.com/v1/url?k=47a5bf7b-183e87b6-47a29b9e-ac1f6b017728-6d494ad27ff528a8&q=1&e=f8a6889d-e83d-43e3-b7c8-ff674c3a439a&u=https%3A%2F%2Fwww.paulhastings.com%2Fglobal-privacy-statement>. If you have any questions, please contact Privacy@paulhastings.com<mailto:privacy@paulhastings.com>.

*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE<https://protect2.fireeye.com/v1/url?k=2f087fd5-70934725-2f0f5b30-ac1f6b0176b0-505fb6ba5bf03d1d&q=1&e=670e2a35-93eb-4339-818f-8b2a0ddcfe8d&u=https%3A%2F%2Fwww.paulhastings.com%2Fglobal-privacy-statement>. If you have any questions, please contact Privacy@paulhastings.com<mailto:privacy@paulhastings.com>.

*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE<https://protect2.fireeye.com/v1/url?k=45b30578-1a283c2f-45b4219d-ac1f6b017516-3a731161f5ff30bc&q=1&e=414b4701-fb76-4694-aaef-f7fa75a4f12d&u=https%3A%2F%2Fwww.paulhastings.com%2Fglobal-privacy-statement>. If you have any questions, please contact Privacy@paulhastings.com<mailto:privacy@paulhastings.com>.

*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and

security principles please click HERE<https://protect2.fireeye.com/v1/url?k=be534e66-e1c876aa-be546a83-0cc47adca7dc-33bcd89b2ac5158d&q=1&e=3fb464cf-5431-4661-882f-5f8cc91d40c4&u=https%3A%2F%2Fwww.paulhastings.com%2Fglobal-privacy-statement>. If you have any questions, please contact Privacy@paulhastings.com<mailto:privacy@paulhastings.com>.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address.  For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.