UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS.  § | CRIMINAL ACTION NO. 4:21-CR-9 |
| § | |
| ROBERT T BROCKMAN. § | |

# ORDER

Pending before the Court is Non-Party Stuart Yudofsky, M.D.'s Motion to Quash and Modify Government Subpoena (Dkt. 108). The motion is **DENIED**. The Fifth Circuit has held "a blanket assertion of the privilege is insufficient to relieve a party of the duty to respond to questions put to him [and] ... he must present himself with his records for questioning, and as to each question and each record elect to raise or not to raise the defense." *SEC v. First Fin. Grp., Inc.*, 659 F.2d 660, 668 (5th Cir. 1981). The documents and testimony are relevant to the issues pending before the Court including assertions of cognitive defects. Stuart Yudofsky, M.D. is **ORDERED** to produce relevant documents and appear at the competency hearing on **November 15, 2021 at 9:00 a.m**.

SIGNED at Houston, Texas, this 17th day of September, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE