UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CRIMINAL ACTION NO. 4:21-CR-9 |
| | § |
| ROBERT T BROCKMAN. | § |

## ORDER

Pending before the Court is Non-Party Tangarra Consultants Ltd.'s Opposed Motion to Seal Document 104-1 (Dkt. 140). The motion is **DENIED**. The Court finds that the Motion to Seal the Tamine Affidavit fails to establish any compelling need to deny public access to these pleadings.

SIGNED at Houston, Texas, this 23rd day of September, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE