| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-0009 |
|---|---|---|---|

| United States of America |
|---|
| *versus* |
| Robert T. Brockman |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sarah D. Efronson<br>Jones Day<br>250 Vesey Street<br>New York, NY 10281-1047<br>212-326-3939; sefronson@jonesday.com<br>New York 5217484<br>SDNY SE0705; EDNY SE2755 |
|---|---|

| Name of party applicant seeks to appear for: | Robert T. Brockman |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/13/2021 | Signed: | /s/ Sarah D. Efronson |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:     Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____     _____
United States District Judge