United States District Court
Southern District of Texas

**ENTERED**
October 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-0009 |
|---|---|---|---|
| | United States of America | | |
| | *versus* | | |
| | Robert T. Brockman | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sarah D. Efronson<br>Jones Day<br>250 Vesey Street<br>New York, NY 10281-1047<br>212-326-3939; sefronson@jonesday.com<br>New York 5217484<br>SDNY SE0705; EDNY SE2755 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Robert T. Brockman |

Has applicant been sanctioned by any bar association or court?　Yes _____　No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/13/2021 | Signed: | /s/ Sarah D. Efronson |
|---|---|---|

| The state bar reports that the applicant's status is: | Currently Registered |
|---|---|
| Dated: 10/13/2021 | Clerk's signature |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 10/13/2021

George C. Hanks Jr.
United States District Judge