United States District Court
Southern District of Texas
**ENTERED**
October 13, 2021
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-0009 |
|---|---|---|---|

| United States of America |
|---|
| *versus* |
| Robert T. Brockman |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael R. Tompkins<br>Jones Day<br>51 Louisiana Ave., N.W.<br>Washington, D.C. 20001-2113<br>212-879-3939; mtompkins@jonesday.com<br>Virginia 95037; District of Columbia 847951 |
|---|---|

| Name of party applicant seeks to appear for: | Robert T. Brockman |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/13/2021 | Signed: | /s/ Michael R. Tompkins |
|---|---|---|

The state bar reports that the applicant's status is:   ACTIVE

| Dated: 10/13/2021 | Clerk's signature | *[signature]* |
|---|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: 10/13/2021

*George C. Hanks Jr.*
United States District Judge