IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 4:21-cr-00009 |
| ROBERT T. BROCKMAN | § § | |

## MOTION TO WITHDRAW

Defendant, Robert T. Brockman requests an order of the Court permitting the withdrawal of Georgina N. Druce as *pro hac vice* counsel for Brockman in the above-captioned case, and shows the Court as follows:

1. Ms. Druce will be on extended leave from Jones Day commencing November 5, 2021. Defendant Brockman will continue to be represented by Jason Varnado of Jones Day.

2. The withdrawal of Ms. Druce is not for delay and, for the foregoing reasons, good cause exists to grant the Motion to Withdraw.

3. Defendant Brockman further requests that the Court grant this Motion to Withdraw and permit the withdrawal of Georgina N. Druce as *pro hac vice* counsel for Brockman and that Jason Varnado remain as the attorney in charge.

Dated: October 19, 2021

/s/Jason S. Varnado
Jason S. Varnado
Texas Bar No. 24034722
SDTX Ad. ID No. 31266
Email: jvarnado@jonesday.com
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: 832-239-3939
Facsimile: 832-239-3600

*Attorney for Defendant*
*Robert T. Brockman*

## CERTIFICATE OF SERVICE

I certify that on this 19th day of October, 2021, this document was served by electronic filing service on all counsel of record.

/s/ *Jason S. Varnado*
Jason S. Varnado