IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 4:21-cr-00009 |
| ROBERT T. BROCKMAN | § § | |

## ORDER

On this date, the Court considered the Motion to Withdraw as Counsel filed by counsel for Defendant Robert T. Brockman. The Motion is GRANTED. Georgina N. Druce is WITHDRAWN as *pro hac vice* counsel for Defendant, and Jason Varnado shall remain as the attorney in charge.

SIGNED at Houston, Texas this _____ day of October, 2021.

_____
JUDGE PRESIDING