UNITED STATES DISTRICT COURT             SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-0009 |
|---|---|---|---|
| | United States of America | | |
| | *versus* | | |
| | Robert T. Brockman | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Irina K. Bleustein<br>Jones Day<br>51 Louisiana Ave. N.W.<br>Washington, D.C. 20001<br>202-879-3939; ibleustein@jonesday.com<br>Florida 0119072; D.C. 1044772<br>District Court for the District of Columbia 1044772 |
|---|---|

| Name of party applicant seeks to appear for: | Robert T. Brockman |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No \_\_✓\_\_\_

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/19/2021 | Signed: | /s/ Irina K. Bleustein |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____          _____

                                                        United States District Judge