UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-0009 |
|---|---|---|---|

United States of America

*versus*

Robert T. Brockman

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Patrick Manion<br>Jones Day<br>51 Louisiana Ave. N.W.<br>Washington, D.C. 20001<br>202-879-3455; pmanion@jonesday.com<br>D.C. 1615138<br>District Court for the District of Columbia 1615138 |
|---|---|

| Name of party applicant seeks to appear for: | Robert T. Brockman |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/19/2021 | Signed: | /s/ Patrick J. Manion |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                        United States District Judge