United States District Court
Southern District of Texas
**ENTERED**
October 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-0009 |
|---|---|---|---|

| United States of America |
|---|
| *versus* |
| Robert T. Brockman |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Irina K. Bleustein<br>Jones Day<br>51 Louisiana Ave. N.W.<br>Washington, D.C. 20001<br>202-879-3939; ibleustein@jonesday.com<br>Florida 0119072; D.C. 1044772<br>District Court for the District of Columbia 1044772 |
|---|---|

| Name of party applicant seeks to appear for: | Robert T. Brockman |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/19/2021 | Signed: | /s/ Irina K. Bleustein |
|---|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 10-19-21 | Clerk's signature | *[signature]* |
|---|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 10/19/2021

*George C. Hanks Jr.*
United States District Judge