UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| Plaintiff(s), | § |
| VS. | § CRIMINAL ACTION NO. 4:21−cr−00009 |
| | § |
| ROBERT T BROCKMAN | § |
| | § |
| Defendant. | § |

## NOTICE OF SETTING

A Status Conference has been set in this matter for 11:00 AM on 10/29/2021. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1610436028?pwd=NlltMHlwOEFBUkU3aWZyWi82dEJ2dz09*
Meeting phone number: 1−669−254−5252
Meeting ID: 161 043 6028
Meeting Password: 240630

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 10/27/2021

Byron Thomas
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.