## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | CRIMINAL ACTION NO. 4:21–cr–00009 |
| | § | |
| ROBERT T BROCKMAN | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTING

A Status Conference has been set in this matter for 04:00 PM on 11/4/2021. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1600733549?pwd=UkRubzRvSmZvNllkQ29iVEwvNmw3UT09*
Meeting phone number: 1–669–254–5252
Meeting ID: 160 073 3549
Meeting Password: 483219

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 11/4/2021

Byron Thomas
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.