# TRANSCRIPT ORDER

**AO 435 (Rev. 04/18)** — ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

*Please Read Instructions:*

| Field | Value |
|---|---|
| 1. NAME | David Voreacos |
| 2. PHONE NUMBER | (201) 417-8444 |
| 3. DATE | 11/3/2021 |
| 4. DELIVERY ADDRESS OR EMAIL | dvoreacos@bloomberg.net |
| 5. CITY | New York |
| 6. STATE | NY |
| 7. ZIP CODE | 10022 |
| 8. CASE NUMBER | 21-cr-009 |
| 9. JUDGE | Hanks |
| 10. FROM | 9/13/2021 |
| 11. TO | 9/13/2021 |
| 12. CASE NAME | USA v Brockman |
| 13. CITY | Houston |
| 14. STATE | TX |

**15. ORDER FOR:** [X] CRIMINAL  [ ] CIVIL  [ ] APPEAL  [ ] NON-APPEAL  [ ] CRIMINAL JUSTICE ACT  [ ] IN FORMA PAUPERIS  [ ] BANKRUPTCY  [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING (Spcy) Status conference | 9/13/2021 |
| [ ] CLOSING ARGUMENT (Defendant) | | [ ] OTHER (Specify) | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [X] | [ ] | NO. OF COPIES  1 | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | | | ESTIMATE TOTAL | | 0.00 |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: *[signature]*
19. DATE: 11/3/2021

| | DATE | BY |
|---|---|---|
| TRANSCRIPT TO BE PREPARED BY | | |
| ORDER RECEIVED | | |
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES    0.00 |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT    0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE    0.00 |

**FOR COURT USE ONLY**
DUE DATE: 11/3/2021

PROCESSED BY
PHONE NUMBER
COURT ADDRESS: United States Courts Southern District of Texas

FILED 11/03/2021
Nathan Ochsner, Clerk of Court

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY