IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 4:21-cr-00009 |
| ROBERT T. BROCKMAN | § § | |

## DEFENDANT'S EXHIBIT LIST FOR COMPETENCY HEARING

| Exh. # | Document Identifier | Description |
|---|---|---|
| DX-1 | Brockman_0000105 | Email exchange between Brockman and Dr. Yudofsky, May 3 – 4, 2017 |
| DX-2 | UCSH 0208677 | Video, Brockman Reynolds & Reynolds Texas Birthday Speech, Nov. 2017 |
| DX-3 | UCSH 0212043 | Video, Brockman Reynolds & Reynolds Texas Birthday Speech, Nov. 2019 |
| DX-4 | Brockman_0000573 – Brockman_0000794; Brockman_0000795 – Brockman_0001006 | Drs. Denney and Dietz, Transcripts of Examination, May 18, 2021 and May 20, 2021 |
| DX-5 | Brockman_0001980 – Brockman_0002024 | Dr. Park Dietz, Paginated Report, June 2021 |
| DX-6 | Brockman_0000157 – Brockman_0000218 | Drs. Robert Denney and Park Dietz, Transcript of Examination, October 20, 2021 |
| DX-7 | Brockman_0000468 – Brockman_0000572 | Dr. Ryan Darby, Transcript of Examination, May 5, 2021 |
| DX-8 | DRD-0000041 – DRD-0000046 | Dr. Ryan Darby, Neuroreader Report, August 20, 2021 |
| DX-9 | Brockman_0002081 – Brockman_0002122 | Dr. Marc Agronin, Curriculum Vitae |
| DX-10 | RTBrockman_Medical_Records_0002180; RTBrockman_Medical_Records_0002181 | Dr. Marc Agronin, Videos of Examination, July 11, 2021 |
| DX-11 | RTBrockman_Medical_ | Dr. Marc Agronin, Transcript of Examination, July 11, 2021 |

- 1 -

| Exh. # | Document Identifier | Description |
|---|---|---|
|  | Records_0001952 – RTBrockman_Medical_Records_0002065 |  |
| DX-12 | S.D. Tex. Dkt. No. 102 | Dr. Marc Agronin, Expert Report, August 6, 2021 |
| DX-13 | RTBrockman_Medical_Records_0006239; RTBrockman_Medical_Records_0006241 | Dr. Marc Agronin, Videos of Examination, October 3, 2021 |
| DX-14 | Brockman_0000219 – Brockman_0000261 | Dr. Marc Agronin, Transcript of Examination, October 3, 2021 |
| DX-15 | S.D. Tex. Dkt. No. 172 | Dr. Marc Agronin, Supplemental Expert Report, October 29, 2021 |
| DX-16 | Brockman_0002067 – Brockman_0002080 | Dr. Thomas Guilmette, Curriculum Vitae |
| DX-17 | RTBrockman_Medical_Records_0002389; RTBrockman_Medical_Records_0002390 | Dr. Thomas Guilmette, Videos of Examination, July 13, 2021 |
| DX-18 | RTBrockman_Medical_Records_0002182 – RTBrockman_Medical_Records_0002250 | Dr. Thomas Guilmette, Transcript of Examination, July 13, 2021 |
| DX-19 | S.D. Tex. Dkt. No. 101 | Dr. Thomas Guilmette, Expert Report, August 6, 2021 |
| DX-20 | RTBrockman_Medical_Records_0006240; RTBrockman_Medical_Records_0006242 | Dr. Thomas Guilmette, Videos of Examination, October 2, 2021 |
| DX-21 | Brockman_0000262 – Brockman_0000286 | Dr. Thomas Guilmette, Transcript of Examination, October 2, 2021 |
| DX-22 | S.D. Tex. Dkt. No. 173 | Dr. Thomas Guilmette, Supplemental Expert Report, October 29, 2021 |
| DX-23 | Brockman_0002126 – Brockman_0002174 | Dr. Thomas Wisniewski, Curriculum Vitae |
| DX-24 | S.D. Tex. Dkt. No. 99 | Dr. Thomas Wisniewski, Expert Report, August 6, 2021 |
| DX-25 | RTBrockman_Medical_Records_0006247; RTBrockman_Medical_ | Dr. Thomas Wisniewski, Videos of Examination, October 17, 2021 |

| Exh. # | Document Identifier | Description |
|---|---|---|
| | Records_0006248 | |
| DX-26 | Brockman_0000423 – Brockman_0000463 | Dr. Thomas Wisniewski, Transcript of Examination, October 17, 2021 |
| DX-27 | S.D. Tex. Dkt. No. 175 | Dr. Thomas Wisniewski, Supplemental Expert Report, October 29, 2021 |
| DX-28 | Brockman_0002025 – Brockman_0002066 | Dr. Christopher Whitlow, Curriculum Vitae |
| DX-29 | S.D. Tex. Dkt. No. 100 | Dr. Christopher Whitlow, Expert Report, August 6, 2021 |
| DX-30 | S.D. Tex. Dkt. No. 174 | Dr. Christopher Whitlow, Supplemental Expert Report, October 29, 2021 |
| DX-31 | Brockman_0002123 – Brockman_0002125 | Scott Polus, Curriculum Vitae |
| DX-32 | S.D. Tex. Dkt. No. 97 | Scott Polus, Expert Report, August 6, 2021 |
| DX-33 | - | Dr. Maria Ponisio, Curriculum Vitae |
| DX-34 | - | Dr. Maria Ponisio, Presentation titled "Representative Images RB Case," October 30, 2021 |
| DX-35 | S.D. Tex. Dkt. No. 98 | Dr. Michelle York, Expert Report, August 6, 2021 |
| DX-36 | BCM-0000791 – BCM-0000795 (excerpt from BCM-0000001 – BCM-0001467) | Baylor College of Medicine, Robert T. Brockman MRI, November 2, 2018 |
| DX-37 | BCM-0000743 – BCM-0000751 (excerpt from BCM-0000001 – BCM-0001467) | Baylor College of Medicine, Robert T. Brockman DaTscan, February 14, 2019 |
| DX-38 | HMH-0000004 – HMH-0000160 | Houston Methodist Hospital Medical Records from January 2020 – March 2021 |
| DX-39 | HMH-0000001 – HMH-0000002 | Houston Methodist Hospital, Robert T. Brockman FDG-PET Report, March 12, 2021 |
| DX-40 | RTBrockman_Medical_Records_0004875 – RTBrockman_Medical_Records_0005048 | Dr. James L. Pool, Examination Notes, June 14, 2021 |
| DX-41 | RTBrockman_Medical_Records_0002406 – | Medical Records from June 24, 2021, Procedure |

| Exh. # | Document Identifier | Description |
|---|---|---|
|  | RTBrockman_Medical_Records_0002579; RTBrockman_Medical_Records_0002397 – RTBrockman_Medical_Records_0002402; RTBrockman_Medical_Records_0002395 – RTBrockman_Medical_Records_0002396; RTBrockman_Medical_Records_0002403 – RTBrockman_Medical_Records_0002405 |  |
| DX-42 | RTBrockman_Medical_Records_0001798 – RTBrockman_Medical_Records_0001799 | Houston Methodist Hospital, Robert T. Brockman Amyloid PET Scan Report, July 28, 2021 |
| DX-43 | RTBrockman_Medical_Records_0001778 – RTBrockman_Medical_Records_0001779 | Houston Methodist Hospital, Robert T. Brockman MRI, July 30, 2021 |
| DX-44 | RTBrockman_Medical_Records_0006333 – RTBrockman_Medical_Records_0006338 | Neuroreader Report of Robert T. Brockman Brain Scan, July 30, 2021 |
| DX-45 | RTBrockman_Medical_Records_0005257 – RTBrockman_Medical_Records_0005258 | Houston Methodist Hospital, Robert T. Brockman FDG-PET Report, August 24, 2021 |
| DX-46 | RTBrockman_Medical_Records_0005711 – RTBrockman_Medical_Records_0005713 | Houston Methodist Hospital, Robert T. Brockman Electrophysiology Records, September 2, 2021 |
| DX-47 | RTBrockman_Medical_Records_0005714 – RTBrockman_Medical_Records_0005773 | Houston Methodist Hospital, Records from September 15 – 18, 2021, Hospitalization |
| DX-48 | RTBrockman_Medical_Records_0005774 – | Email from Dr. James Pool to Kathy Keneally attaching Dr. Eugene Lai |

| Exh. # | Document Identifier | Description |
|---|---|---|
|  | RTBrockman_Medical_Records_0005775; RTBrockman_Medical_Records_0005776 – RTBrockman_Medical_Records_0005780 | Neurology Examination Notes, October 7, 2021 |

Respectfully submitted on November 12, 2021.

*/s/ Jason S. Varnado*
JASON S. VARNADO
TX Bar No. 24034722
SDTX Ad. ID No. 32166
jvarnado@jonesday.com
Tele: 832-239-3939
*Attorney for Defendant*
