IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 4:21-cr-00009 |
| ROBERT T. BROCKMAN | § § | |

### PARTIES' STIPULATIONS REGARDING EXHIBITS FOR PURPOSES OF THE COMPETENCY HEARING

The parties to the above-entitled action hereby stipulate, solely for purposes of the competency hearing of Mr. Robert Brockman scheduled to commence on November 15, 2021 (the "Competency Hearing"), as follows:

1. For purposes of the Competency Hearing only, the parties agree that the Court should pre-admit the following exhibits: GX #s 1 – 8, 29, 32 – 43, 58 – 60, 77 – 95; and DX #s 1 – 48.  The defense reserves all objections to all exhibits for purposes of future proceedings.

2. For purposes of the Competency Hearing only, the defense does not object to the authenticity or admissibility of the following exhibits at the Competency Hearing, but reserves the right to object that certain exhibits are irrelevant or cumulative and should not be admitted into evidence: GX #s 9 – 27, 44 – 57, 62 – 75, and 97 – 114.  The defense reserves all objections to all exhibits for purposes of future proceedings.

- 2 -

Respectfully submitted on November 12, 2021.

DAVID A. HUBBERT
ACTING ASSISTANT
ATTORNEY GENERAL

| | |
|---|---|
| */s/ Corey J. Smith* | */s/ Jason S. Varnado* |
| COREY J. SMITH | JASON S. VARNADO |
| Senior Litigation Counsel | TX Bar No. 24034722 |
| Corey.smith@usdoj.gov | SDTX Ad. ID No. 32166 |
| Tele: 202-514-5230 | jvarnado@jonesday.com |
| | Tele: 832-239-3939 |
| | *Attorney for Defendant* |