# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) Case No. 4:21-cr-0009-GCH |
| v. | ) |
| **ROBERT T. BROCKMAN,** | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

Upon consideration of Non-Party Stuart Yudofsky, M.D.'s ("Dr. Yudofsky") Motion for Leave for Counsel to be Heard, and reasons cited therein, it is hereby ORDERED that the Motion is GRANTED.

ENTERED this ____ day of _____, 2021

_____
JUDGE GEORGE C. HANKS, JR.