# Exhibit C

# Petree, Nicholas

| | |
|---|---|
| **From:** | Langston, Lee F. (TAX) <Lee.F.Langston@usdoj.gov> |
| **Sent:** | Monday, November 8, 2021 3:23 PM |
| **To:** | MacDougall, Mark; Varnado, Jason S.; Keneally, Kathy; Smith, Corey (TAX); Bourget, Boris (TAX) |
| **Cc:** | Petree, Nicholas; Block, Samantha; Wetwiska, Jim |
| **Subject:** | RE: Case 4:21-cr-00009 USA v. Brockman |

**\*\*EXTERNAL Email\*\***

Mark,

We intend to call Dr. Yudofsky on Wednesday.  Please let me know if you have any other questions.

Best,


**Lee Langston**
Trial Attorney
Department of Justice Tax Division
Western Criminal Enforcement Section
202-353-0036

---

**From:** MacDougall, Mark <mmacdougall@AKINGUMP.COM>
**Sent:** Friday, November 5, 2021 12:32 PM
**To:** Varnado, Jason S. <jvarnado@jonesday.com>; Keneally, Kathy <kkeneally@jonesday.com>; Langston, Lee F. (TAX) <Lee.F.Langston@tax.USDOJ.gov>; Smith, Corey (TAX) <Corey.Smith@tax.USDOJ.gov>; Bourget, Boris (TAX) <Boris.Bourget@tax.USDOJ.gov>
**Cc:** Petree, Nicholas <npetree@akingump.com>; Block, Samantha <samantha.block@akingump.com>; Wetwiska, Jim <jwetwiska@AkinGump.com>
**Subject:** [EXTERNAL] Case 4:21-cr-00009 USA v. Brockman

Ladies and Gentlemen,

Please see the attached letter.

Regards,

Mark MacDougall

**Mark J. MacDougall**
AKIN GUMP STRAUSS HAUER & FELD LLP

2001 K Street N.W. | Washington, DC 20006 | USA | Direct: +1 202.887.4510 | Internal: 24510
Fax: +1 202.887.4288 | mmacdougall@akingump.com | akingump.com | Bio

1

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.