UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:21-cr-0009-GCH |
| v. | ) ) ) | |
| **ROBERT T. BROCKMAN,** | ) ) ) | |
| Defendant. | ) ) | |

### **[PROPOSED] ORDER**

Upon consideration of Non-Party Stuart Yudofsky, M.D.'s Motion to Be Called as a Witness on Wednesday, November 17, 2021 (the "Motion"), and reasons cited therein, it is hereby ORDERED that the Motion is GRANTED.

ENTERED this _____ day of _____, 2021

_____
JUDGE GEORGE C. HANKS, JR.