| AO 435 (Rev. 04/18) *Please Read Instructions:* | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS  **TRANSCRIPT ORDER** | | FOR COURT USE ONLY  DUE DATE: | |
|---|---|---|---|---|
| 1. NAME  Jason C. Hoggan | | 2. PHONE NUMBER  (469) 391-7400 | 3. DATE  11/19/2021 | |
| 4. DELIVERY ADDRESS OR EMAIL  jhoggan@sheppardmullin.com | | 5. CITY  Dallas | 6. STATE  TX | 7. ZIP CODE  75201 |
| 8. CASE NUMBER  4:21-cr-00009 | 9. JUDGE  George C. Hanks, Jr. | DATES OF PROCEEDINGS | | |
| | | 10. FROM 11/18/2021 | 11. TO 11/18/2021 | |
| 12. CASE NAME  USA v. Brockman | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Houston | 14. STATE TX | |

**15. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Entire Competency Hearing held on Nov. 18, 2021 | 11/18/21 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [x] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | | | | ESTIMATE TOTAL | 0.00 |
| 18. SIGNATURE  /s/ Jason C. Hoggan | | | | PROCESSED BY | |
| 19. DATE  11/19/2021 | | | | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY  Sean Gumm | | | | COURT ADDRESS | |
| ORDER RECEIVED | DATE | BY | | | |
| DEPOSIT PAID | | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY