| AO 435<br>(Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY |
|---|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | | DUE DATE: |

| 1. NAME<br>Jason C. Hoggan | 2. PHONE NUMBER<br>(469) 391-7400 | 3. DATE<br>11/19/2021 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>jhoggan@sheppardmullin.com | 5. CITY<br>Dallas | 6. STATE<br>TX | 7. ZIP CODE<br>75201 |
| 8. CASE NUMBER<br>4:21-cr-00009 | 9. JUDGE<br>George C. Hanks, Jr. | DATES OF PROCEEDINGS | |
|  |  | 10. FROM 11/18/2021 | 11. TO 11/18/2021 |
| 12. CASE NAME<br>USA v. Brockman |  | LOCATION OF PROCEEDINGS | |
|  |  | 13. CITY Houston | 14. STATE TX |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE |  | [ ] TESTIMONY (Specify Witness) |  |
| [ ] OPENING STATEMENT (Plaintiff) |  |  |  |
| [ ] OPENING STATEMENT (Defendant) |  |  |  |
| [ ] CLOSING ARGUMENT (Plaintiff) |  | [ ] PRE-TRIAL PROCEEDING (Spcy) |  |
| [ ] CLOSING ARGUMENT (Defendant) |  |  |  |
| [ ] OPINION OF COURT |  |  |  |
| [ ] JURY INSTRUCTIONS |  | [X] OTHER (Specify)<br>Entire Competency Hearing<br>held on Nov. 18, 2021 | 11/18/21 |
| [ ] SENTENCING |  |  |  |
| [ ] BAIL HEARING |  |  |  |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES |  |  |
| 14-Day | [ ] | [ ] | NO. OF COPIES |  |  |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES |  |  |
| 3-Day | [ ] | [X] | NO. OF COPIES |  |  |
| DAILY | [ ] | [ ] | NO. OF COPIES |  |  |
| HOURLY | [ ] | [ ] | NO. OF COPIES |  |  |
| REALTIME | [ ] | [ ] |  |  |  |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL    0.00

| 18. SIGNATURE<br>/s/ Jason C. Hoggan | PROCESSED BY |
|---|---|
| 19. DATE<br>11/19/2021 | PHONE NUMBER |

TRANSCRIPT TO BE PREPARED BY
Kathleen Miller

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED |  |  |  |  |
| DEPOSIT PAID |  |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY