UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| VS. | § § | CRIMINAL ACTION NO. 4:21-CR-9 |
| ROBERT T BROCKMAN, | § § § | |
| Defendant. | § § | |

## **ORDER**

The parties shall withdraw their admitted exhibits and offers of proof from the Clerk and shall maintain them for purposes of appeal.

Further, by agreement of the parties of such withdrawal, the parties shall file electronic copies of their admitted exhibits and offers of proof on the CM-ECF/PACER system of this Court. Any objections to the electronic copies must be made in writing and with a certificate of conference that complies with the Local Rules for the Southern District of Texas, within 24 hours of the copies being filed.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, this the 24th day of November, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE