Name **Robert T. Brockman**

DOB: ████ **1941** Page **1**

**BCM**
Baylor College of Medicine

James L. Pool, M.D.
Comprehensive Healthcare Clinic
1977 Butler Blvd - 6th Floor, Suite E6.150
Houston, TX 77030-4101
TEL: 713-798-0180 · FAX: 713-798-0174

| DATE | Time | WEIGHT Pounds | HEIGHT Inches | Temp °F. | SUPINE BP | HR bpm | SITTING BP | HR bpm | STANDING BP | HR bpm |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/18 | 6:00P | 186.9 | 71½ | 97.5 | Ⓡ 128/66 | 50 | 134/68 | 52 | ½' 132/70 | 62 |
| — | — | — | — | — | Ⓛ 130/68 | 50 | 138/66 | 52 | 2' 138/66 | 64 |
| 3/15/19 | 4:30P | 189.7 | 71¾ | 98° | Ⓡ 136/68 | 60 | 138/64 | 62 | ½' 126/70 | 66 |
| — | — | — | — | — | Ⓛ 138/72 | 60 | 136/62 | 62 | 2' 134/74 | 68 |
| 10/1/19 | 1:30P | 181.8 | 71½ | 97.7 | Ⓡ 116/70 | 68 | 132/52 | 68 | ½' 128/64 | 74 |
| — | — | — | — | — | Ⓛ 124/68 | 70 | 128/58 | 72 | 2' 132/66 | 72 |
| 10/5/20 | 1:30P | 181.4 | 71½ | 98° | Ⓡ 126/66 | 60 | 128/62 | 68 | ½' 128/62 | 69 |
| — | — | — | — | — | Ⓛ 122/44 | 60 | 124/64 | 68 | 2' 132/64 | 70 |
| 6/14/21 | 1:30P | 176.8 | 72 | 97.5 | Ⓡ PICC LINE — | | 138/78 | 84 | ½' 154/82 | 80 |
| — | — | — | — | — | Ⓛ 142/76 | 88 | 136/78 | 84 | 2' 148/76 | 82 |

GOVERNMENT EXHIBIT
4:21-CR-009-GCH
No. 85

FRANK GUTIERREZ (3MOS) Texas Health Care

**Robert T. Brockman**
**Current Medications List**
Monday ● June 14, 2021 @ 1:30 PM

RoC: ① 2nd Urosepsis Hospitalization
05/31/2021 → 06/11/2021 4:50AM.

Baylor Comprehensive Healthcare Clinic
7200 Cambridge St - 6th Floor, Suite 6.100
Houston, TX 77030-4202
Tel 713-798-0180 ● Fax 713-798-0174



Baylor
College
of Medicine

| SCORE | TODAY | CLOCK DRAWING: TODAY |
|---|---|---|
| 3-WORD MEMORY | 0 | |
| ORIENTATION | 4 | |
| SEQUENCE MEMORY | 3 | |
| TIME | 0 | |
| TOTAL SCORE | 7 | |

## Background

This patient is an 80 year-old man who lives independently in the community. The patient's cognitive functioning is being evaluated due to cognitive complaints by the patient, a family member, or a community observer.

## Test Results

This patient has received a score of 7 of 29 points. This score falls below the cutoff for dementia in patients of this age and educational level and is typically associated with Major Neurocognitive Disorder, severe (formerly Severe Dementia). In our research database of 3500 patients, no patients in this score range had normal cognition, 1% had Mild Cognitive Impairment (MCI), and 99% had dementia.

The test administrator agrees with the results of this test.

## Results Over Time



| October 2019 | October 2020 | June 2021 |

## Plan

No plan.

**Brockman, Robert**
Patient ID: 03527911 ███████1941  Age: 80  Gender: M



Donna Ansualda

Disclaimer: This test has high levels of sensitivity, specificity and reliability, but does not replace comprehensive neuropsychological and medical evaluation.  Our recommendations are based on current research and extensive clinical experience with this population.  The CogniSense™ tool has been validated in English speaking adults ages 60 to 92 in a community-based primary care setting.

References:

Clionsky, M and Clionsky E, "Development and Validation of the Memory Orientation Screening Test," American Journal of Alzheimer's Disease & Other Dementias, 2010, 25 (8), 650-656

Clionsky, M and Clionsky E, "Identifying Cognitive Impairment in the Annual Wellness Visit: Who Can You Trust?," The Journal of Family Practice, 2011, 60: 653-659

Clionsky, M and Clionsky E, "The Memory Orientation Screening Test (MOST®) accurately separates normal from MCI and demented elders in a prevalence-stratified sample," Alzheimer's Disease & Parkinsonism, 2013, 3:1

# Mr. Brockman, T. Robert

**D.O.B. 5/28/1941**

## MEDICATIONS LIST

<mark>MORNING</mark> 9 AM

Exelon  1 Patch  9.5

Miralax cap full

X Carbidopa-Levodopa 25-100 2 tablets

X Bupropion HCL SR 100 mg 2 tablets

X Synthroid 1 tablet 75 MCG

X Floranex 1 tablet 50

X Eliquis 2.5 mg 1 tablet

X Stool softener X softgels - 240 mg

X Vitamin D3 I capsule 2000 IU – 1

<mark>NOON</mark> 12 PM

Carbidopa-Levodopa 25-100 2 tablets

Floranex 1 tablet

<mark>AFTERNOON</mark> 4 PM

Carbidopa-Levodopa 25-100 2 tablets

<mark>NIGHT 8PM</mark> ( bed time )

X Trazadone 1 tablet 50 mg

X Bupropion HCL SR 100 mg 1 tablets

- X Floranex 1 tablet 50

X Eliquis 2.5 mg  1 tablet

X Rosuvastantin Calcium 5 mg 1 tablet

Flomax - Tamsulosin Hydrochloride 0.4 mg 1 tablet

~~Vitamin D3 2 capsule 2000 IU~~ Morning only per wife -

"Seroquel"

New - Quetiapine Fumarate 25 MG 1/2 Pill

Another 1/2 if needed -

4/2021 THC

CONFIDENTIAL

Social: Grandson (DOB 04/14/2020) James.

P: @ Dr. Michael York - Wed Nov Oct 7, 2020 @ 1:00 PM

Baylor Comprehensive Healthcare Clinic
7200 Cambridge St - 6th Floor, Suite 6.100
Houston, TX 77030-4202
Tel 713-798-0180 • Fax 713-798-0174

**BCM** Baylor
College
of Medicine

CONFIDENTIAL

RTBrockman_Medical_Records_0005054

| Patient Name | Sex | DOB |
|---|---|---|
| Brockman, Robert Theron | Male | ▆▆▆ 1941 |

## Your Current Medications Are

| | |
|---|---|
| ✓buPROPion (WELLBUTRIN) 100 MG tablet | *≈ 1T AM + 1 PM* |
| ✓carbidopa-levodopa (SINEMET) 25-100 MG per tablet | TAKE 2 TABLETS BY MOUTH THREE TIMES DAILY *TID* *Misses Noon.* |
| ✓ELIQUIS 2.5 MG TABS | TAKE 1 TABLET TWICE DAILY |
| ✓EXELON 9.5 MG/24HR PT24 | Place 9.5 mg onto the skin daily. |
| ✓Levomefolate Calcium POWD | Take one tablet by mouth daily to lower homocysteine |
| ✓Mirabegron ER (MYRBETRIQ) 50 MG TB24 | Take 50 mg by mouth daily. *QD* |
| ✓SYNTHROID 75 MCG tablet | Take one tablet every morning for hypothyroidism *QD AM* |
| ✓testosterone (TESTIM) 50 MG/5GM (1%) GEL | Apply two tubes daily *QD* |
| ✓trazodone (DESYREL) 50 MG tablet | Take 1 Tab by mouth at bedtime. |

*~~Stool Softener~~ - Walgreens 5 caps PO TID (Docusate Sodium)*

## Preferred Pharmacy

**Briargrove Pharmacy - Houston, TX - 6435 San Felipe**
6435 San Felipe Houston TX 77057
Phone: 713-783-5704 Fax: 713-783-5482
Not a 24 hour pharmacy; exact hours not known.

**Brand Direct Health - Tampa, FL - 5455 W Waters Ave**
5455 W Waters Ave Ste 215 Tampa FL 33634-1208
Phone: 866-331-6440 Fax: 866-227-5928
Not a 24 hour pharmacy; exact hours not known.

W 181.8   NKDA

H 5' 11.5"

Sat 98

HR 47

T 97.7

R 14

R/O ① Problem Swallowing —
Goes down wrong way!
Worse over past year!
② 1/2 hr To Tie
③ LBP
④ Bird Hunter (Argentina)



① Dr. Eugene Lai (Parkinson's Disease)   Swallowing
② Mid. Idea CCUS                          Memory

Baylor Comprehensive Healthcare Clinic
Jamail Specialty Care Center
1977 Butler Blvd - 6th Floor, Suite E6.150
Houston, TX 77030-4101
Tel 713-798-0180 • Fax 713-798-0174

**BCM** Baylor College of Medicine

Dr. Pool annual checkup 10/1/19

In addition to the problems listed on 10/1/18 – these issues are newly added or updated.

-swallowing problem has gotten much worse – now happens routinely – generally followed by a couple of massive sneezes

-memory issues have become more defined
      -recall of names has gotten worse
      -dates are in numerous cases are almost completely gone
      -unless I was deeply involved with an event or issue – or it was very recent – I have no
            better than partial recall – and frequently no recall at all

-depression is somewhat improved – probably due medication settling in

-my desk has a tendency to get covered over with piles of paper
-when the piles reach a certain level, I have difficulty getting anything done
-Dorothy says that is called "task initiation" problems

-currently I have 15 direct reports – which is way too many

-the answer to this is to delegate more – but that cannot be done quickly

-balance remains poor, however my son Robert has introduced me to balance-board training
      which so far I have not mastered

-lower back problems continue
      Small pillow on the floor sometimes helps
      Dr. Jeff Kozak of Fondren Otthopedic says that it shows up as a cloud of particles
      caused by arthritis

-UTI infection issues


Bob Brockman

-bad posture caused by sunken chest

-overall lack of stamina and strength

-major loss of balance – I couldn't stand up on the foredeck of a flats boat

-noticeable clumsiness and banging into things

-skin conditions – dryness, scaly skin, pretty much all over

-almost 100% loss of smell

-swallowing has changed – lots more saliva, tendency to partially choke a little on food happening more often - happens every day at least once

-general feeling of a sudden onset of old age

-depression

-ED – starting about a year ago – which is a cause for depression in itself

-close to the edge on incontinence – requires thoughtful planning of opportunities for urination – which is sometimes every hour

-reduced confidence in my  ability to deal with rush hour traffic

-reduced memory ability

-reduced organizational ability

-cannot shoot a 410 shotgun as well

-cannot cast a flyrod as well

As of 10/1/18

| Patient Name | Sex | DOB |
|---|---|---|
| Brockman, Robert Theron | Male | ███ 1941 |

## Preferred Pharmacy

*Lance*
*Gould*
*March*
*2019*

**Briargrove Pharmacy - Houston TX - Houston, TX - 6435 San Felipe**

6435 San Felipe Houston TX 77057

Phone: 713-783-5704 Fax: 713-783-5482

Not a 24 hour pharmacy; exact hours not known.

## Your Current Medications Are

| | | |
|---|---|---|
| | buPROPion (WELLBUTRIN SR) 100 MG SR tablet | Take 100 mg by mouth two times daily. 200mg each morning and 100mg each evening |
| LG △ | carbidopa-levodopa (SINEMET) 25-100 MG per tablet | Take X Tabs by mouth 3 times daily. *(Was Zombie)* |
| LG D/C | diltiazem (DILTIAZEM CD) 120 MG ER capsule | Take 120 mg by mouth daily. |
| | ELIQUIS 2.5 MG TABS | TAKE 1 TABLET TWICE DAILY |
| LG D/C | ezetimibe-simvastatin (VYTORIN) 10-40 MG per tablet | Take 1 Tab by mouth every evening. |
| | levothyroxine (SYNTHROID) 75 MCG tablet | Take 75 mcg by mouth daily. |
| | rivastigmine 9.5 MG/24HR PT24 | Place 9.5 mg onto the skin daily. *Stayed 1* |
| | Testosterone (ANDROGEL) 50 MG/5GM GEL | Place onto the skin. *One dose* |
| | trazodone (DESYREL) 50 MG tablet | Take 1 Tab by mouth at bedtime. |

*Docusate 100mg x 2 QD*
*Vit B-1*
*B-3*
*B12 ↑ Tab*
*D3 3,000*
*Aleve 220 PRN LBP*

*F/U (1) Dr. Gudesblatt (Alaska/wk) (Fishing Trip)*
*(2) Dr. Lerner (Fall 2019)*
*(3) Derm (Shohet or) Melanoma ✓ (Lewkago)*
*(4) Eye - Dr. Phebe Slade > 1yr.*
*(5) Dentist (Retired Dr. Haims)*
*(6) Fondren Ortho - LBP - Oct 2019 Jeff Kozak*
*(7) Dr. Gould (3/2019)*

CONFIDENTIAL

Ros: ① "Lack of Energy"
      "Tiredness"

② Houstonian (3 Days/wk)

③ Left Upper Arm Melanoma.
   Dr. Goldberg

④ Cognitive
   ↓ Executive          Dr. Jankovic
   ↓ Short-Term  1/30/2019 · L. Dopa + Rad = II III II % Zunde (Cognitive Δ)
   ↓ Visual  ⑤ Dr. Stuart Yudofsky (Sept 2018)
     Spatial   Rx Wellbutrin
              ∋ = 7/10 ⟶ ← 3/10 Baseline.

Baylor Comprehensive Healthcare Clinic
Jamail Specialty Care Center
1977 Butler Blvd - 6th Floor, Suite E6.150
Houston, TX 77030-4101
Tel 713-798-0180 • Fax 713-798-0174



**Briargrove Pharmacy**
6435 San Felipe St
Houston, TX 77057-2705
(713) 783-5704

*CLINIC VISIT*
*FRIDAY 03/15/2019*

**Patient:** Brockman, Robert

Houston, TX

**DOB:** 1941

(713) 680-8702

01/01/2018  to  03/15/2019

| Drug | NDC | Gen | Rx | Rf | Rdte | Date | Qty | Patient Paid | Third Party | Plan | Daw | Day | Prescriber |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rivastigmine 4.6mg/24hr 30 | 47781-0304-03 | Y | 1488475 | 0 | DB | 03/13/2019 | 30.00000 | 53.54 | | 83.96 | CGNAC | 0 | 30 | Jankovic, Joseph*fax* |
| Trazodone Tab 50 Mg 1000 | 50111-0433-03 | Y | 1488473 | 0 | DB | 03/13/2019 | 90.00000 | 2.26 | | 2.09 | CGNAC | 0 | 90 | Jankovic, Joseph*fax* |
| Eliquis 2.5 Mg Tablet | 00003-0893-21 | N | 1433744 | 2 | ZY | 02/08/2019 | 180.00000 | 1,276.80 | | -1.60 | CGNAC | 0 | 90 | Gould, K. |
| Carbidopa-Levodopa 25-100 Tab | 00228-2539-96 | Y | 1480660 | 0 | SS | 01/30/2019 | 540.00000 | 135.16 | | -102.54 | CGNAC | 0 | 90 | Savitt, Daniel |
| Bupropion Hcl 100 Mg Tablet | 23155-0192-01 | Y | 1478693 | 0 | SD | 01/18/2019 | 270.00000 | 92.18 | | -59.10 | CGNAC | 0 | 90 | Stoerr, Komal*fax.* |
| Diltiazem 24hr Er 120 Mg Cap | 10370-0829-05 | Y | 1474750 | 0 | SD | 12/28/2018 | 90.00000 | 0.00 | | 14.16 | CGNAC | 0 | 90 | Gould, K. |
| Bupropion Hcl 100 Mg Tablet | 23155-0192-01 | Y | 1462586 | 3 | SS | 12/26/2018 | 60.00000 | 0.00 | | 8.75 | CGNAC | 0 | 30 | Yudofsky, Stuart |
| Fluorouracil 5% Cream | 51672-4118-06 | Y | 1470778 | 0 | ZY | 12/05/2018 | 40.00000 | 0.00 | | 56.15 | CGNAC | 0 | 30 | Stoerr, Komal*fax* |
| Bupropion Hcl 100 Mg Tablet | 23155-0192-01 | Y | 1462586 | 2 | DB | 11/28/2018 | 60.00000 | 0.00 | | 10.48 | CGNAC | 0 | 30 | Yudofsky, Stuart |
| Bupropion Hcl 100 Mg Tablet | 23155-0192-01 | Y | 1462586 | 1 | SD | 11/08/2018 | 60.00000 | 0.00 | | 10.48 | CGNAC | 0 | 90 | Lisse, Scott |
| Testim 1% 5gm | 66887-0001-05 | N | 1465960 | 0 | SD | 11/07/2018 | 900.00000 | 0.00 | | 3,431.57 | CGNAC | 0 | 1 | Pool, James |
| M-M-R II Single Dose | 00006-4681-00 | N | 1461353 | 0 | ZY | 10/31/2018 | 1.00000 | 0.00 | | 86.73 | CGNAC | 0 | 1 | Pool, James |
| Heplisav-B 20 Mcg/0.5 Ml Vial | 43528-0002-05 | N | 1461354 | 0 | ZY | 10/31/2018 | 0.50000 | 0.00 | | 139.50 | CGNAC | 0 | 30 | Yudofsky, Stuart |
| Bupropion Hcl 100 Mg Tablet | 23155-0192-01 | Y | 1462586 | 0 | SD | 10/22/2018 | 60.00000 | 0.00 | | 11.08 | CGNAC | 0 | 1 | Agarwal, Suneal |
| Suprep Bowel Prep Kit | 52268-0012-01 | N | 1461621 | 0 | SS | 10/17/2018 | 354.00000 | 0.00 | | 92.59 | CGNAC | 0 | 30 | Lisse, Scott |
| Androgel 1.62%(2.5g) Gel Pckt | 00051-8462-30 | N | 1458338 | 0 | SD | 09/28/2018 | 75.00000 | 0.00 | | 787.28 | CGNAC | 0 | 90 | Lisse, Scott |
| Vytorin Tab 10/40 | 66582-0313-31 | N | 1416752 | 3 | SD | 09/14/2018 | 180.00000 | 202.97 | | 965.45 | CGNAC | 0 | 90 | Gould, K. |
| Eliquis 2.5 Mg Tablet | 00003-0893-21 | N | 1433744 | 1 | DB | 09/14/2018 | 90.00000 | 248.91 | | 81.60 | CGNAC | 1 | 90 | Lisse, Scott |
| Synthroid Tab 75mcg | 00074-5182-19 | N | 1416753 | 3 | DB | 09/14/2018 | 90.00000 | 21.04 | | 3.43 | CGNAC | 0 | 10 | Lisse, Scott |
| Doxycycline Hyclate 100 Mg Cap | 00143-9803-05 | Y | 1454607 | 0 | ZY | 09/06/2018 | 20.00000 | 3.13 | | 81.60 | CGNAC | 1 | 90 | Lisse, Scott |
| Synthroid Tab 75meg | 00074-5182-19 | N | 1416755 | 2 | SD | 08/04/2018 | 90.00000 | 21.04 | | 787.28 | CGNAC | 0 | 90 | Lisse, Scott |
| Vytorin Tab 10/40  90 | 66582-0313-54 | N | 1416752 | 2 | SD | 08/04/2018 | 180.00000 | 202.97 | | 161.73 | CGNAC | 0 | 90 | Gould, K. |
| Eliquis 2.5 Mg Tablet | 00003-0893-21 | Y | 1433744 | 0 | SD | 08/03/2018 | 90.00000 | 248.91 | | 3.44 | CGNAC | 0 | 90 | Gould, K. |
| Diltiazem Er Cap  60 Mg | 00378-6060-01 | Y | 1413281 | 1 | SS | 08/03/2018 | 90.00000 | 45.68 | | 2.05 | CGNAC | 0 | 10 | Lisse, Scott |
| Nitrofurantoin Mcr 100 Mg Cap | 47781-0308-01 | Y | 1441439 | 0 | ZY | 06/15/2018 | 20.00000 | 3.46 | | 968.47 | CGNAC | 0 | 20 | Lisse, Scott |
| Levofloxacin 750 Mg Tablet | 55111-0281-30 | Y | 1441438 | 0 | ZY | 06/15/2018 | 20.00000 | 3.14 | | 118.60 | CGNAC | 0 | 90 | Gould, K. |
| Eliquis 2.5 Mg Tablet | 00003-0893-21 | N | 1390009 | 0 | ZY | 04/28/2018 | 180.00000 | 245.89 | | 789.74 | CGNAC | 0 | 90 | Lisse, Scott |
| Diltiazem Er Cap  60 Mg | 00378-6060-01 | Y | 1413281 | 0 | ZY | 04/28/2018 | 90.00000 | 45.72 | | 81.86 | CGNAC | 1 | 90 | Lisse, Scott |
| Vytorin Tab 10/40  90 | 66582-0313-54 | N | 1416752 | 1 | ZY | 04/28/2018 | 180.00000 | 200.51 | | 792.45 | CGNAC | 0 | 90 | Lisse, Scott |
| Synthroid Tab 75mcg | 00074-5182-19 | N | 1416753 | 1 | ZY | 04/28/2018 | 90.00000 | 20.78 | | 82.14 | CGNAC | 1 | 90 | Lisse, Scott |
| Vytorin Tab 10/40  90 | 66887-0001-05 | N | 1416846 | 1 | SD | 04/07/2018 | 900.00000 | 694.84 | | 2,336.33 | CGNAC | 0 | 90 | Lisse, Scott |
| Synthroid Tab 75mcg | 66582-0313-54 | N | 1416752 | 0 | ZY | 02/24/2018 | 90.00000 | 197.80 | | 971.79 | CGNAC | 0 | 90 | Gould, K. |
| Vytorin Tab 10/40  90 | 00074-5182-19 | N | 1416753 | 0 | ZY | 02/24/2018 | 90.00000 | 20.50 | | 242.37 | CGNAC | 0 | 30 | Lisse, Scott |
| Eliquis 2.5 Mg Tablet | 00003-0893-21 | N | 1390010 | 1 | DB | 02/06/2018 | 180.00000 | 635.48 | | -1.50 | CGNAC | 0 | 30 | Lisse, Scott |
| Androgel 1.62%(2.5g) Gel Pckt | 00051-8462-30 | N | 1410845 | 0 | SD | 01/19/2018 | 300.00000 | 1,104.41 | | 66.71 | CGNAC | 0 | 15 | Lisse, Scott |
| Testim 1% 5gm | 66887-0001-05 | N | 1416846 | 0 | SD | 01/19/2018 | 300.00000 | 1,002.02 | | -2.65 | CGNAC | 0 | 15 | Katz, Tracy |
| Viagra Tab 100mg | 00069-4220-30 | N | 1416754 | 0 | SS | 01/19/2018 | 15.00000 | 25.57 | | -4.38 | CGNAC | 0 | 15 | Katz, Tracy |
| Ketoconazole 2% Cream | 51672-1298-02 | Y | 1416488 | 0 | ZY | 01/18/2018 | 30.00000 | | | | | | | |

**Total Patient Paid:**

**Total Third Party Paid:**

**No. Of Rxs:** 38

**Signature**

NCPDP: 5909885          Tax ID: 46-2265227

3/15/2019 5:00 PM

# Brockman, Robert Theron

MRN: 0300937767

**Office Visit** 3/13/2019
Baylor College of Medicine -
Neurology Associates

Provider: Jankovic, Joseph, MD (Neurology)
Primary diagnosis: PD (Parkinson's disease)
Reason for Visit: Movement Disorder

## Additional Documentation

Vitals:     BP 135/83 (BP Location: left arm, Patient Position: Sitting, Cuff Size: regular) Pulse 61
Ht 6' 1" (1.854 m) Wt 195 lb 9.6 oz (88.7 kg) BMI 25.81 kg/m² BSA 2.14 m²    More Vitals

Encounter Info:   Billing Info, History, Allergies, Detailed Report

## Progress notes

### Jankovic, Joseph, MD at 3/13/2019 1:54 PM

Author Type: Physician          Status: Signed
Editor: Jankovic, Joseph, MD (Physician)

Expand All   Collapse All

**FOLLOW-UP VISIT**

**History**
The patient is a 77 y.o. male with PDD

The patient states he is worse mentally and physically despite levodopa. Although he had
slight improvement in his motor functioning initially with low dose levodopa his motor and
mental functioning deteriorated as he gradually increased dosage. According to wife he has
a "zombie-like effect" for a few minutes after each dose of Sinemet. He has increasing
difficulties getting in and out chair and car and feels unsteady. He avoids stairs and long-
distance driving. He is most concerned about his short-term memory. His RBD has improved
since Dr. Yudofsky placed him on Trazodone. He had bladder cancer 13 years ago and has
frequent urination. Still followed by Dr. Lerner - last evaluation last fall. Also followed by Dr.
Pool and Dr. Yudofsky.

**Examination:**
**BP 135/83 (BP Location: left arm, Patient Position: Sitting, Cuff Size: regular) | Pulse
61 | Ht 6' 1" (1.854 m) | Wt 195 lb 9.6 oz (88.7 kg) | BMI 25.81 kg/m²**

Examination was normal except 1+ hypomimia, 1+ RSM in hands and feet, 1+ arising from
chair, 1+ broad-based gait, 2+ retropulsion, no rigidity in UE and 1+ in LE

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • buPROPion (WELLBUTRIN SR) 100 MG SR tablet | Take 100 mg by mouth two times daily. 200mg each morning and 100mg each evening | | |

| Medication | Instructions | | |
|---|---|---|---|
| carbidopa-levodopa (SINEMET) 25-100 MG per tablet | Take 2 Tabs by mouth 3 times daily. | 540 Tab | 1 |
| diltiazem (DILTIAZEM CD) 120 MG ER capsule | Take 120 mg by mouth daily. | | |
| ELIQUIS 2.5 MG TABS | TAKE 1 TABLET TWICE DAILY | | 2 |
| ezetimibe-simvastatin (VYTORIN) 10-40 MG per tablet | Take 1 Tab by mouth every evening. | | |
| levothyroxine (SYNTHROID) 75 MCG tablet | Take 75 mcg by mouth daily. | | |
| Multiple Vitamins-Minerals (MULTIVITAMIN ADULT OR) | Take  by mouth. | | |
| Testosterone (ANDROGEL) 50 MG/5GM GEL | Place  onto the skin. | | |
| TRAZODONE HCL OR | Take  by mouth at bedtime. | | |

No current facility-administered medications for this visit.

**Diagnosis:**
**Patient Active Problem List**
Diagnosis
- Bladder cancer
- Prostatitis
- Pseudoexfoliation glaucoma(365.52)
- Hypercholesteremia
- Thyroid disease
- Urgency of micturation
- Mild stage glaucoma(365.71)
- Paroxysmal atrial fibrillation
- Erectile dysfunction
- Urinary tract infection without hematuria
- Other fatigue
- PD (Parkinson's disease)
- Cognitive decline
- RBD (REM behavioral disorder)

**Assessment and Plan:**
We discussed the results of neuropsychological testing and the presence of dementia. Although Dr. York suggested DLB he has never had hallucinations or fluctuations. It's possible that patient has PIGD form of parkinsonism
Sinemet 25/100 2 tab tid
Trazodone 50 mg tab qhs
Start Exelon 4.6 mg patch qd x 1 month and 2 patches thereafter
Encouraged to increase muscle strengthening exercise more
Discouraged to reduce and discontinue his 30 different vitamins and iron
Provide patient summary of this note and the neuropsychological report

I personally interviewed and examined the patient. A comprehensive review of systems was performed and positive findings were recorded. Complex decision making included a review of multiple treatment options for the primary as well as comorbid conditions. In addition to counseling about regular exercise program, I discussed with the patient possible side effects of prescribed treatments such as drowsiness and other potential risks. I also discussed the importance of regular check-ups with the primary care physician. After addressing all questions, I provided counseling and education as appropriate. The patient was invited to communicate with us via MyChart and to review our website www.jankovic.org for further information.

More than 50% of the visit was spent counseling, discussing diagnosis and prognosis, and educating about the disease and available resources.

**JOSEPH JANKOVIC, M.D.**
Professor of Neurology
Distinguished Chair in Movement Disorders
Director, Parkinson's Disease Center
and Movement Disorders Clinic
Baylor College of Medicine
Department of Neurology
7200 Cambridge, Suite 9A, MS: BCM 609
Houston, TX 77030-4202
Tel: 713-798-2273 or -6556
Fax: 713-798-6808
Web: www.jankovic.org

No questionnaires available.

## Patient Instructions
None

## AVS Reports

| Date/Time | Report | Action | User |
|---|---|---|---|
| 3/13/2019 2:05 PM | After Visit Summary | Printed | Williams, Dorothy, LVN |
| 3/13/2019 1:54 PM | After Visit Summary | Automatically Generated | Jankovic, Joseph, MD |

## Follow-up and Disposition
Return in about 3 months (around 6/13/2019).

## Orders Placed
None

## Medication Changes
As of 3/13/2019  2:05 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| Added: rivastigmine (EXELON) 4.6 MG/24HR PT24 | 3 | 3/13/2019 | |

Apply 1 patch to skin every 24 hrs x 1 month then increase to 2 patches thereafter
**traZODone HCl**

**#1 - ATRIAL FIB**

Robert T. Brockman
10/15/2018 IM+P

1ST EPISODE (3 mo ago) Sept — CAD Per Son Ⓡ

Did not feel well. Pulse Oximeter ("150 bpm") EMT Atrial Fib → Home

Dorothy called 911 → Methodist. "Normal EKG"

Lance Gould

Diltiazem 120 mg BID  Δ  60 mg BID
Eliquis            Cont'd ?

June 2017 — Colorado Home ("150-155 bpm") 1 Day.  ASPEN

ER  Ⓐ.Fib

3 Hr / 2 Syringes Diltiazem 60 mg PO

Dextrose/Summer uneventful — FRIDAY Off on Lebor Day

3 weeks ago (BCM / Heart Meds) → 2 AM.  Biopsy/Heart

Diltiazem 2 regular tablets

↔ Holter monitor.

Dr. Lance Gould — x 20 yrs (Total 4-5 Per Cong)

Bill Altenovic Medical records.

Wrist BP · Now x weeks (3 months)  one measure

"145/85"

**#2. "SLOWED DOWN" x 2 yrs** "I cannot get my desk clean".

IRS About Audit (Personal + Business)  "Harder time to make decisions"

Memory 6/10    "My Memory is failing More".    [Poor Hearing Background Noise x 2 yrs]
Anxiety 6/10   "Prozac worse 1, 2 yrs".
Anger 6/10     "Short Term Memory Δ —         Walk — Slower!
Frustration    Email Matters.                  Houseman (1981→) 1/8 mile track
4-6/10         Read worse than verbal.
               "Misplace items"               Handwriting — Dramatically worse x 2 mo!
               Paper          ↔ Tremor         Stopped signing "1000 certificates.
               CD ROM                          "Signature looks like hell".
               Flash Drives
                                               OK Silverware
No Smell x 3 yrs!                                  Glassware
   Cooking
   Flowers                                     Avoids Learning New Things
                                               STOPPED READING BOOKS

#3 - LBP "Stenosis" (1/2 yrs ago)

   Dr. Jeff Kozack (Fondren Orthopedics)

   "$L_2 \cdot L_3$ Stenosis"

   Sx: (L) > (R) Low Back Ache (2-4/10) Freq: Daily

   No Sciatica        Pot: Prolong Sitting

   Rx: Aleve

     "Instant I get in bed it goes away".

     "I feel good in morning".

O₂ Sat 97%

#4 - "Fallen Metatarsal Transverse Arch Both Feet"

   Wears Orthotics

   ⊕ ? Peripheral Neuropathy.


#5 - Bladder Cancer

   Blood - urine. Brief Mennon → Urology.

   BCM Methodist (Ourlock)

   Tumor on stalk near ureteric orifice.

   Dr. Seth Lerner (2006 →)

     Last UTI.

Robert Brockman

1. MRI Brain Scan
2. Comprehensive Neuropsychological Exam
3. Comprehensive Tests
4. Colonoscopy

CONFIDENTIAL

*[handwritten top notes]*
FLORIDA x 18 yrs.
College (Centre College - Danville, Ky) x 2yrs.
(U. Florida) Radiralogy BSAA - 1963  1st Class
(U. Florida) Master Degree x 6ms.
Dearborn MI (7/10/64 - 4/10/66) → Transferred to Houston. Ford Motor - til 1/10/1966
Houston TX  IBM  Sales / Branch Manager

Date 10/15/2018 @ 2:30pm

## MEDICAL QUESTIONNAIRE

In an attempt to gain insight into your medical needs and problems, we are requesting that you answer the following questions. Your answers should be complete and concise. Any question not completely understood should be circled, and we will review it with you prior to your clinic visit. If you have pertinent information we have overlooked, space is provided at the back for additional comments.

All information will become part of your permanent record and will be held in strictest confidence. You are requested to complete the questionnaire at home where you have time to think and probably have access to important medical information. Son = Robert

*[handwritten]* Musician - Writer - Banks C.M. - IW..... "IW Penn ....."

NAME  BROCKMAN, ROBERT THERON  "BOB"   DOROTHY
(LAST)      (FIRST)      (MIDDLE)       (SPOUSE'S NAME)  (PARENT'S NAME IF MINOR)

DATE OF BIRTH ▓▓▓▓▓ 94C          SOCIAL SECURITY # ▓▓▓▓▓ 3444

PLACE OF BIRTH St. Petersburg, FL   AGE 77   SEX M   RACE Caucasian

Jan 1960   2nd/ 1st  4/13/1968
1st Divorced
MARITAL STATUS:    S   (M)   W   D    HEIGHT 6' 1"   WEIGHT 186

ADDRESS ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   Houston, TX  ▓▓▓▓▓▓
(STREET)          (CITY)          (STATE)          (ZIP CODE)

HOME PHONE ▓▓▓▓▓▓▓▓
(AREA CODE)          (PHONE NUMBER)

REFERRING
PHYSICIAN  DR. SETH LERNER          PHYSICIAN'S ADDRESS _____
(STREET)

PHYSICIAN'S
OFFICE PHONE _____          _____
(AREA CODE)  (PHONE NUMBER)          (CITY)   (STATE)   (ZIP CODE)

PATIENT'S                5,000 Employees   Logistic Cargo (60-70 Hrs/Wk)
OCCUPATION  REYNOLDS & REYNOLDS (Bought 7yrs ago)
EXECUTIVE (CEO)   BUSINESS ADDRESS  6700 HOLLISTER

BUSINESS PHONE  713-718-1800

SPOUSE'S
OCCUPATION  N/A          BUSINESS ADDRESS  6700 HOLLISTER

BUSINESS PHONE  713-718-1800  EXT 7600

INSURANCE CARRIER  CIGNA          3329754   U31221001
(GROUP NUMBER)   (CERTIFICATE NUMBER)

PAST MEDICAL HISTORY    T&Ae 4yo &c

1. Please list all hospitalizations.
   A) Include the hospital, location, date of admission and discharge and medical reason for admission.
   B) The list is to include all surgical procedures. Do not include child births unless medical problems
      developed.

| | Date | Hospital | City, State | Reason for Hospitalizations and/or Surgical Procedure |
|---|---|---|---|---|
| (1) | 8/10 2006 | METHODIST | Houston | BLADDER CANCER |
| (2) | 12/10/2007 | " | " | " " |
| (3) | 1980 | Sharpstown General | Houston | Prostatitis |
| (4) | | | | |
| (5) | | | | |
| (6) | | | | |

FxHx: (L) Middle finger (Volleyball)

2. Have you ever had any serious childhood diseases?   Yes____   No X
   Please list the disease, date of occurrence and any complications.
   Chickenpox (+), Measles (+), Mumps (-), Whooping Cough (+)

3. Have you ever had an illness of injury that did not require hospitalization but did require prolonged care at
   home?   Yes____   No X
   A) Describe the illness or injury, age of occurrence, and length of time required for recovery.
   _____

4. Have you ever required a blood transfusion?   Yes____   No X
   A) If yes, have you ever had a "transfusion reaction"?   Yes____   No____

5. Are you currently taking any medications?   Include all non prescription medications and birth control pills. Please list
   all medications, the number of times taken per day or per week (frequency), and the length of time you have been taking
   the medication.

| Medication | Frequency | Length of Time (weeks, months, years) |
|---|---|---|
| SYNTHROID 0.75mg | DAILY QAM | 30 YRS |
| VYTORIN 10/40 | " QAM | 10 YRS |
| DILTIASM (CARDIZEM) 600mg QAM | | 2 YRS |
| ELIQUIS (Basis) | | 2 YRS |
| Klr Fizzy Tablet only colorado. | | |

50yo old    (+ 25+) different VITAMINS, MINERALS, ETC

6. If any of the above were prescribed for high blood pressure, do you take the medication as prescribed by your physician? Yes_____ No_X__ — *it is for ATRIAL FIBRULATION*
   A) If no, when and how often do you take your medicine for high blood pressure?
   ___DAILY_____ *Dr. Lance Gould*

7. Do you have any drug allergies? Yes_____ No_X__
   A) Please list the drugs and the accompanying reaction.

   | Drug | Describe the Reaction |
   | --- | --- |
   |  |  |
   |  |  |
   |  |  |
   |  |  |

8. Do you have any food allergies? Yes_____ No_X__
   A) Please list the food and the accompanying reaction.

   | Food | Reaction |
   | --- | --- |
   |  |  |
   |  |  |
   |  |  |

9. Do you have any allergies to substances (such as dust, pollen, (ragweed,) etc.)?
   A) Please list the substance and accompanying reaction.

   | Substance | Reaction |
   | --- | --- |
   | RAGWEED | VIOLENT — LIKE TEAR GAS |
   | POLLENS, POLLUTION | ROUTINE |

10. Are you on a special diet? Yes_____ No_X__ How many years?_____
    Please list the type of diet. _____

11. Do you have any special dietary habits? (food faddism, craving for a special type of food) Yes___ No___
    If yes, what? ___ICE CREAM_____

12. Have you gained or lost weight in the past year? Yes_X__ No_____ *AND UP TO 206*
    _____lbs. gained ___20___ lbs. lost Usual Wt. _192++_ lbs. *NOW 186*
    *HS - 160 lb*
    *College - 194 lb*
13. Do you smoke? Yes_____ No_X__ (*Never*)
    *MAX - 206 lb (S 2017)*
    A) What is your smoking preference? Cigarettes_____ Cigars_____ Pipe_____
    *↓ 20 lb (Protein Shake + Supps)*
    B) How much do you smoke? Packs per day_____ Cigars per day_____
    C) How many years have you smoked? *Second Hand Smoke*

14. Do you drink alcoholic beverages? Yes_____ No_X__ *NOT ANY MORE — STOPPED*
    Indicate your preference: Liquor_____ Beer_____ Wine_____ *2 YEARS AGO*
    A) Have you ever had a drinking problem? Yes_____ No_____
    B) How many drinks do you have? Per day_____ Per week_____ *Only Fishing or Bird Hunting.*
    *'Did not feel good'*
15. Do you drink coffee or tea? Yes_X__ No_____ Cups per day _1_ *'Did not taste good'*
    *Lance Gould - To thin the EtOH*

SOCIAL HISTORY

*Brockmann (German)*
*Mother (Brown)*
*English physical Thurpy*
*x Oyro*

1. What is your ethnic background? (such as African, English, French, Irish, etc.)
   *2nd Generation* __GERMAN (90%)__

2. Are you at present living alone? Yes_____ No _X_
   A) If yes, please list the name of a relative, close friend or significant other person that might be contacted in case of emergency:
   NAME_____ PHONE_____
   ADDRESS_____
   CITY_____ STATE_____ ZIP_____

3. What is the highest level of education you have completed? (Please give school and date)
   __BSBA + ONE YEAR OF GRAD SCHOOL__

4. Have you ever served in the military? Yes _X_ No_____ *(1959-1965) No Active Duty*
   What branch? __USMCR__ For how long? __6 YRS IN THE RESERVE__
   Duty station(s)?_____ *Officer Candidate Program (PLC's)*

5. Any major illnesses or injury while in the military? Yes_____ No _X_
   Service disability? Yes_____ No _X_

FAMILY HISTORY

1. Please answer the following questions:
   A. Indicate with a check mark (√) whether the following relatives are alive or dead.
   B. List their present age or age at death.
   C. List the cause of death.

| RELATIVE | ALIVE | DEAD | AGE OR AGE AT DEATH | PRESENT HEALTH OR CAUSE OF DEATH |
|---|---|---|---|---|
| *Moved to Houston GH* FATHER | | √ | 78 | *Cigar 2/ppd* COPD (Theophylline poisoning) SMOKING |
| MOTHER | | √ | 92 | OLD AGE *Medicine Overdose (40 tx)* |
| FATHER'S MOTHER | | √ | 88 | UNKNOWN |
| FATHER'S FATHER | | √ | 89 | UNKNOWN |
| MOTHER'S MOTHER | | √ | 86 | DIABETES |
| MOTHER'S FATHER *DOB* | | √ | 87 | CUSSEDNESS |
| BROTHERS X 1 (87/1947) √ *David Brockman* | | | *Good.* | SMOKER FOR 50 YRS |
| SISTERS X 0 | | | | |
| CHILDREN X | √ | | | SON 44 - GOOD HEALTH |
| (INDICATE SEX) | MALE | | | |
| *SIAOPI* | | | | |

*DOB 5/14/1974 Robert T. Brockman, II — Elizabeth Bellows  (married 10/15/2017)*
*Rice Graduate*
*Works c Father → Good c*
*BCM Neuroscience PHD*
*OSA (6'9, 180#)*

2.  Have you or any of your family members ever had:  (Check (√) appropriate response.
    If yes, indicate relative  (such as father, aunt, brother).

| | YES | NO | DON'T KNOW | RELATIVE |
|---|---|---|---|---|
| high blood pressure | ____ | ____ | ____ | ____ |
| heart attack | ____ | ____ | ____ | ____ |
| stroke | ____ | ____ | ____ | ____ |
| diabetes | ✓ | ____ | ____ | (M) GRAND MOTHER 4'11" GOITON |
| high blood cholesterol | ____ | ____ | ____ | ____ |
| cancer | ____ | ____ | ____ | ____ |
| gout | ____ | ____ | ____ | ____ |
| tuberculosis | ____ | ____ | ____ | ____ |
| kidney failure | ____ | ____ | ____ | ____ |
| epilepsy | ____ | ____ | ____ | ____ |
| asthma, hay fever or allergy | ____ | ____ | ____ | ____ |
| mental illness | ____ | ____ | ____ | ____ |
| blood clotting problems | ____ | ____ | ____ | ____ |

## GENERAL QUESTIONS

1.  Have you ever been refused life or health insurance?   Yes_____   No ✓
2.  How many hours of sleep do you average per night? 6.5 to 7 _____
3.  Do you find it necessary to take sleeping medications?   Yes_____   No ✓   ONLY OCCASIONALLY
4.  Do you have an excessive feeling of being drained of much of your strength and energy after what you
    consider a good night's sleep?   Yes ✓   No_____   SOMETIMES
5.  Do you have an excessive vague feeling of physical discomfort or uneasiness as before an illness?
    Yes ✓   No_____   SOMEWHAT
6.  Have you noticed any change in your mood (such as excessive irritability (depression) or inability to cope
    with everyday problems)?   Yes ✓   No_____
7.  Does your normal weekly schedule include time for recreation?   Yes ✓   No_____
    What recreation?_____ WATCHING MOVIES IN BED WITH MY WIFE

## HEALTH PROBLEM QUESTIONS

After each question please check "yes", "no", or "don't know".   For each "yes" and "don't know" answer, you will be
questioned further.

AK/Liquid Nitrogen (Dr.Tracy Katz)    Suzanne Bruce
Right Nostril Basal Cell Cancer ("3 yrs ago")

I.   SKIN, HAIR AND NAILS

| | Yes | No | Don't Know |
|---|---|---|---|
| Have you ever had: | | | |
| Scaling, rash or other problems requiring treatment by a dermatologist (skin specialist)? | ✓ | ____ | ____ |
| Enlarging dark spot or mole? | ____ | ____ | ✓ |
| A sore or ulcer on the skin that won't heal? | ✓ | ____ | ____ |
| Changes in skin, hair or nail texture? | ✓ | ____ | ____ |

ROUGH NAIL SURFACE

---

CONFIDENTIAL                                RTBrockman_Medical_Records_0005072

|  | Yes | No | Don't Know |
|---|---|---|---|
| Excessive hair loss? | ✓ | | |
| Excessive sweating? | | ✓ | |
| Generalized excessive dryness? | | ✓ | |
| Generalized or localized itching? | | ✓ | |
| Frequent nail biting? | | ✓ | |
| Easy bruising? | | ✓ | |

II.  HEAD

| Have you ever had: | Yes | No | Don't Know |
|---|---|---|---|
| Head injury accompanied by unconsciousness? | | ✓ | |
| Migraine headaches? | | ✓ | |
| Frequent or severe headaches? | | ✓ | |
| Dizziness, light-headedness or fainting spells? | | ✓ | |

III.  EYES

| Have you ever had: | Yes | No | Don't Know |
|---|---|---|---|
| Pain in eyes? | | ✓ | |
| Recent changes in vision? | | ✓ | *Cataract* |
| Double vision? | | ✓ | *Extraction* |
| Blurred vision? | | ✓ | *2016?* |
| Excessive tearing or redness? | | ✓ | |
| No tearing (dry eyes)? | | ✓ | |
| Excessive burning or itching of eyes? | | ✓ | |
| Spots before your eyes? | | ✓ | |
| Excessive sensitivity to light? | | ✓ | |
| Glasses or contact lenses? | | ✓ | |
| Last eye specialist examination | Date *Dr. Steve Slade* | | |

IV.  EARS

| Have you ever had: | Yes | No | Don't Know |
|---|---|---|---|
| Partial or complete hearing loss? | ✗ | | |
| Ear pain (ear aches)? | | ✓ | |
| Recurring ear infections? | | ✓ | |
| Discharge or drainage from ears? | | ✓ | |
| Ringing or whistling in ears? | | ✓ | |

V.  NOSE, SINUSES

| Have you ever had: | Yes | No | Don't Know |
|---|---|---|---|
| Sinus infections? | | ✓ | |
| Sinus pain? | | ✓ | |
| Frequent nose bleeds? | | ✓ | |
| Nasal or post-nasal drainage or discharge? | | ✓ | |
| Hayfever? | | ✓ | |

VI.   MOUTH, THROAT

Have you ever had:                                          Yes          No          Don't Know
Excessive bleeding of gums?                          _____        ✓ _____        _____
Difficulty swallowing?                                      _____        ✓ _____        _____
Painful swallowing?                                         _____        ✓ _____        _____
Pain in mouth or throat?                                 _____        ✓ _____        _____
A sore that won't heal?                                   _____        ✓ _____        _____
Frequent sore throats?                                    _____        ✓ _____        _____

VII.   NECK

Have you ever had:                                          Yes          No          Don't Know
Thyroid enlargement or tumors?                     _____        ✓ _____        _____
Overactive or underactive thyroid?                 _____        ✓ _____        _____
X-ray therapy to tonsils, thymus or other parts of the head    _____        ✓ _____        _____
   or neck?
Frequent neck pain?                                        _____        ✓ _____        _____
Injury to neck?                                                _____        ✓ _____        _____
Limited movement?                                         _____        ✓ _____        _____
Enlarging lumps under the skin?                     _____        ✓ _____        _____

VIII.   HEART, LUNGS, BLOOD VESSELS

Have you ever had:                                          Yes          No          Don't Know
High blood pressure?                                      ✓ _____        _____        _____
Heart attack(s)?                                              _____        ✓ _____        _____
Pain, pressure or tightness in chest with exertion (angina    _____        ✓ _____        _____
   pectoris)?
Pain, pressure or tightness in chest while resting?    _____        ✓ _____        _____
Abnormal electrocardiogram(EKG)?  *A.fibrillation*    ✓ _____        _____        _____
Heart murmur?                                               _____        ✓ _____        _____
Heart failure?                                                 _____        ✓ _____        _____
Swelling of face, eyes, arms, legs, ankles or abdomen?    _____        ✓ _____        _____
Shortness of breath?                                       _____        ✓ _____        _____
Difficulty breathing while flat or using only 1 pillow?    _____        ✓ _____        _____
Sudden onset of difficulty breathing while asleep?    _____        ✓ _____        _____
Irregular heart beat?                                       ✓ _____        _____        _____
Rapid heart beat?                                           ✓ _____        _____        _____
Slow heart beat?                                            _____        ✓ _____        _____
Fainting or temporary loss of consciousness?    _____        ✓ _____        _____
Leg pain or cramps while walking?                 _____        ✓ _____        _____
Cold hands or feet in warm weather?             _____        ✓ _____        _____
Excessive dry cough?                                    _____        ✓ _____        _____
Excessive productive (mucus producing) cough?    _____        ✓ _____        _____
Coughed up blood?                                       _____        ✓ _____        _____
Asthma?                                                         _____        ✓ _____        _____

|                                                                          | Yes | No | Don't Know |
|--------------------------------------------------------------------------|-----|----|------------|
| Pneumonia?                                                               |     | ✓  |            |
| Tuberculosis?                                                            |     | ✓  |            |

IX.  STOMACH AND INTESTINES

|                                                                          | Yes | No | Don't Know |
|--------------------------------------------------------------------------|-----|----|------------|
| Have you ever had:                                                       |     |    |            |
| Stomach ulcers?                                                          |     | ✓  |            |
| Persistent gnawing, soreness, heaviness or aching in stomach?            |     | ✓  |            |
| Heart burn or indigestion?  *ALEVE PPI*                                  | ✓   |    |            |
| Nausea or vomiting?                                                      |     | ✓  |            |
| Vomited bright red blood or "coffee ground" colored material?            |     | ✓  |            |
| Poor appetite or lack of desire to take in food?                         |     | ✓  |            |
| Fear of eating certain foods because of the possibility of causing digestive disturbance or pain? |     | ✓  |            |
| Bright red blood in stools?                                              |     | ✓  |            |
| Tarry black stools?                                                      |     | ✓  |            |
| Bleeding from rectum?                                                    |     | ✓  *SLIGHT* |            |
| Hemorrhoids?                                                             |     | ✓  |            |
| Yellow jaundice?                                                         |     | ✓  |            |
| Light colored or clay colored stools?                                    |     | ✓  |            |
| Diarrhea or (constipation?)                                              | ✓   |    |            |
| Regular use of laxatives, enemas?                                        |     | ✓  |            |

X.  KIDNEY AND BLADDER

|                                                                          | Yes | No | Don't Know |
|--------------------------------------------------------------------------|-----|----|------------|
| Have you ever had:                                                       |     |    |            |
| Kidney or bladder infection(s)?                                          | ✓   |    |            |
| Kidney stones?                                                           |     | ✓  |            |
| Enlarged prostate gland (FOR MEN)?                                       |     | ✓  |            |
| Blood in urine?  *BLADDER CANCER*                                        | ✓   |    |            |
| Cloudy urine?                                                            | ✓   |    |            |
| Pain or burning with urination?  *U T I*                                 | ✓   |    |            |
| Too frequent urination?                                                  |     |    |            |
| day?                                                                     | ✓   |    |            |
| night?                                                                   | ✓   | ✓  |            |
| Difficulty starting or stopping urination?                               |     | ✓  |            |
| Dribbling urine when laughing, coughing or sneezing?                     |     | ✓  |            |

XI.  NERVOUS SYSTEM

|                                                                          | Yes | No | Don't Know |
|--------------------------------------------------------------------------|-----|----|------------|
| Have you ever had:                                                       |     |    |            |
| Convulsions or seizures?                                                 |     | ✓  |            |
| Loss of muscle function or paralysis?                                    |     | ✓  |            |
| Loss or decrease of feeling in body parts?                              |     | ✓  |            |

RTBrockman_Medical_Records_0005075

|  | Yes | No | Don't Know |
|---|---|---|---|
| Excessive numbness, tingling, or burning in your hands and feet? |  | ✓ | |
| Muscle weakness? | *NL: 14/1-2wk Viagra x 2yrs* | ✓ | |
| Loss of muscle coordination? |  | ✓ | |

XII.   GENITAL  *Libido: 50% ✓  Sex: 4/2018*   *Poor Erection Poor Maint* —

|  | Yes | No | Don't Know |
|---|---|---|---|
| Any recent changes in your sexual desire? | ✓ | | |
| Have you noticed any change in your physical ability to perform sexually? | ✓ | | |
| Have you ever had: | Yes | No | Don't Know |
| Gonorrhea (or "clap")? | | ✓ | |
| Syphilis (or "bad blood")? | | ✓ | |
| Other venereal diseases? | | ✓ | |

XIII.   FEMALE MENSTRUAL AND OBSTETRICAL HISTORY:

Age menstrual periods started? _____
Age during first pregnancy? _____
Number of pregnancies? _____
Number of deliveries? _____
Number of miscarriages? _____
Any significant complications? _____
Date of last menstrual period? _____
    If you have reached menopause. . . . . symptoms? _____
Do you or have you taken estrogen? _____
Date of prior menstrual period? _____
Days between periods? _____
Duration of flow? _____
Number of pads or tampons used per day during menstrual flow? _____

|  | Yes | No | Don't Know |
|---|---|---|---|
| Do you have: | | | |
| Bleeding or spotting between periods? | | | |
| Pain or bleeding with intercourse? | | | |
| Painful periods? | | | |
| Recent increased or decreased bleeding during periods? | | | |
| Large clots during periods? | | | |
| Excessive vaginal discharge or unusual colored discharge? | | | |
| Do you experience premenstrual "blues" or tension? | | | |
| Do you have excessive breast tenderness? | | | |
| Do you do self breast examinations? | | | |
|     Any abnormalities? | | | |
| Have you ever had an abnormal pap smear? | | | |

Date of last pap smear? _____
What method of birth control are you now using? _____

jpool\clinical practice\questionnaire.doc



Baylor College of Medicine

Baylor Comprehensive Healthcare Clinic
1977 Butler Blvd Suite E6.150, Houston, TX 77030
Attention: James Lewis Pool, M.D., Medical Director
TEL: 713-798-0180 · FAX: 713-798-0174

## New Patient Information Form

Today's Date 10/15/2018

Patient's Name Robert Brockamn

Street Address ▮▮▮▮▮▮▮▮

City Houston

State TX        ZIP 77024

Home Phone ▮▮▮▮▮▮

Work Phone _____

Cell Phone 713-412-9916

FAX _____

Email bob_brockman@reyrey.com

Date of Birth ▮▮▮1941

Social Security Number ▮▮▮▮▮3444

If person other than the patient contacted our office for
this new patient appointment, complete the following:

Person's Name _____

Telephone _____

FAX _____

Email _____

### Employment Information

Occupation EXECUTIVE (CEO)

Employer REYNOLDS & REYNOLDS        Phone 713-758-18▮▮

Street Address 6700 HOLLISTER        FAX _____

City Houston        State TX ZIP 77040

### Health Insurance Information

Certificate ID# U312210001 Group ID# 3329754

Insurance Company Cigna

Claims Address _____

Claims Telephone _____

Name of Insured (if different from new patient):

Robert Brockman

Date of Birth of Insured: ▮▮▮1941

### Emergency Contact Information

Person Dorothy Brockman

Relationship Spouse

Home Phone ▮▮▮▮▮▮

Work Phone _____

Cell Phone 713-680-8702

### Spouse Information

Spouse Name _____

Date of Birth _____

Social Security Number _____

CONFIDENTIAL                    RTBrockman_Medical_Records_0005077