# ***VIDEO FILE***

# UCSH 0208677

# Video, Brockman Reynolds & Reynolds Texas Birthday Speech, Nov. 2017 (clip 7:37 – 9:09)

