# ***VIDEO FILE***

# UCSH 0212043

# Video, Brockman Reynolds & Reynolds Texas Birthday Speech, Nov. 2019

