# ***VIDEO FILE***

# UCSH 0208677

# Video, Brockman Reynolds & Reynolds Texas Birthday Speech, Nov. 2019 (clip 1:26 – 3:18)



US v. Brockman
DX-3A
Case No: 4:21-cr-0009