

NEUROREADER®

REPORT

| **Report type:** | Neuroreader® Report | **Gender:** | Male |
|---|---|---|---|
| **Image ID:** | RyDa_20210820_001 | **Age:** | 77 |
| **Clinical image ID:** | 0300937767 | **User name:** | Ryan Darby |
| **Analysis date:** | 2021-Aug-20 18:54:24 | | |

# Reference Head Size

| **The measured total intracranial volume (mTIV)** | 2301 mL |
|---|---|

# Left-Right Asymmetry Index

| **Structures** | **Asymmetry Index** | **NR Index*** | **Z-score** | **Percentile** |
|---|---|---|---|---|
| **Hippocampus** | -0.000071 | -5.82 | -0.38 | 35.10 |

# Brain Volume Assessment

| **Structures** | **Color** | **Vol ml** | **Vol/mTIV in (%)** | **NR Index*** | **Z-score** | **Percentile** |
|---|---|---|---|---|---|---|
| **Whole Brain Matter** | **n/a** | 1197.56 | 52.04 | -2.08 | -0.14 | 44.55 |
| Gray Matter | **n/a** | 428.33 | 18.61 | -11.03 | -0.73 | 23.40 |
| **White Matter** | **n/a** | 769.23 | 33.43 | 8.33 | 0.55 | 70.82 |
| **Hippocampus** | **n/a** | 8.97 | 0.39 | 0.72 | 0.05 | 51.89 |
| **Right Hippocampus** | | 4.64 | 0.20 | 1.80 | 0.12 | 54.71 |
| **Left Hippocampus** | | 4.32 | 0.19 | -0.58 | -0.04 | 48.47 |
| Amygdala | **n/a** | 2.38 | 0.10 | -13.16 | -0.87 | 19.33 |
| **Right Amygdala** | | 1.32 | 0.06 | -8.63 | -0.57 | 28.50 |
| Left Amygdala | | 1.06 | 0.05 | -15.79 | -1.04 | 14.94 |
| Putamen | **n/a** | 7.16 | 0.31 | -12.78 | -0.84 | 20.02 |
| Right Putamen | | 3.71 | 0.16 | -10.74 | -0.71 | 23.98 |
| Left Putamen | | 3.45 | 0.15 | -14.41 | -0.95 | 17.16 |
| **Thalamus** | **n/a** | 19.45 | 0.85 | -1.83 | -0.12 | 45.20 |
| **Right Thalamus** | | 9.63 | 0.42 | -2.89 | -0.19 | 42.47 |
| **Left Thalamus** | | 9.82 | 0.43 | -0.49 | -0.03 | 48.71 |




R E P O R T

| Structures | Color | Vol ml | Vol/mTIV in (%) | NR Index* | Z-score | Percentile |
|---|---|---|---|---|---|---|
| Ventral Diencephalon | n/a | 10.42 | 0.45 | -6.42 | -0.42 | 33.64 |
| Right Ventral Diencephalon | | 5.17 | 0.22 | -6.43 | -0.42 | 33.61 |
| Left Ventral Diencephalon | | 5.25 | 0.23 | -5.74 | -0.38 | 35.28 |
| Pallidum | n/a | 3.59 | 0.16 | 0.78 | 0.05 | 52.03 |
| Right Pallidum | | 1.69 | 0.07 | -0.46 | -0.03 | 48.80 |
| Left Pallidum | | 1.90 | 0.08 | 1.83 | 0.12 | 54.79 |
| Caudate | n/a | 5.67 | 0.25 | -13.85 | -0.91 | 18.11 |
| Right Caudate | | 2.82 | 0.12 | -13.12 | -0.86 | 19.41 |
| Left Caudate | | 2.85 | 0.12 | -14.23 | -0.94 | 17.46 |
| Brain Stem | | 20.68 | 0.90 | -6.01 | -0.40 | 34.63 |
| Frontal Lobe | n/a | 405.87 | 17.64 | -4.53 | -0.30 | 38.30 |
| Right Frontal Lobe | | 204.64 | 8.89 | -3.74 | -0.25 | 40.28 |
| Left Frontal Lobe | | 201.24 | 8.74 | -5.23 | -0.34 | 36.53 |
| Parietal Lobe | n/a | 212.80 | 9.25 | -4.07 | -0.27 | 39.44 |
| Right Parietal Lobe | | 104.96 | 4.56 | -4.82 | -0.32 | 37.56 |
| Left Parietal Lobe | | 107.84 | 4.69 | -3.19 | -0.21 | 41.68 |
| Occipital Lobe | n/a | 121.82 | 5.29 | 8.34 | 0.55 | 70.85 |
| Right Occipital Lobe | | 62.60 | 2.72 | 10.37 | 0.68 | 75.24 |
| Left Occipital Lobe | | 59.22 | 2.57 | 5.06 | 0.33 | 63.03 |
| Temporal Lobe | n/a | 241.23 | 10.48 | 0.98 | 0.06 | 52.57 |
| Right Temporal Lobe | | 118.39 | 5.14 | -0.82 | -0.05 | 47.84 |
| Left Temporal Lobe | | 122.84 | 5.34 | 2.98 | 0.20 | 57.76 |
| Cerebellum | n/a | 154.18 | 6.70 | 3.89 | 0.26 | 60.11 |
| Right Cerebellum | | 76.92 | 3.34 | 3.28 | 0.22 | 58.54 |
| Left Cerebellum | | 77.26 | 3.36 | 4.40 | 0.29 | 61.39 |
| CSF (+ dura) | | 486.29 | 21.13 | -7.78 | -0.51 | 30.43 |
| Lateral Ventricle | n/a | 61.99 | 2.69 | 1.98 | 0.13 | 55.19 |
| Right Lateral Ventricle | | 35.64 | 1.55 | 5.41 | 0.36 | 63.90 |
| Left Lateral Ventricle | | 26.35 | 1.15 | -1.87 | -0.12 | 45.11 |

Text with orange color: All brain matter volumes with a percentile lower than 25% and all CSF structures with a percentile over 75%.
*) NR Index: Neuroreader® Index

brainreader

NEUROREADER®

REPORT

## Summary

**All brain matter volumes with a percentile lower than 25% and all CSF structures with a percentile over 75% (orange font):**

- Gray Matter (23.40%)
- Amygdala (19.33%)
- Left Amygdala (14.94%)
- Putamen (20.02%)
- Right Putamen (23.98%)
- Left Putamen (17.16%)
- Caudate (18.11%)
- Right Caudate (19.41%)
- Left Caudate (17.46%)

## Quality Assessment Overlay Images

*Image ID: RyDa_20210820_001*
*GUDID 05700002060464 Hardware profile 1C*

*NR 2.6.0*
*Page 3 out of 6*

DRD-0000043

DX-8, page 3 of 6



NEUROREADER®

brainreader

REPORT

# Brain Heat Maps

50%

Statistical percentile for each brain structure shown in a color gradient.
The orange color scale indicates all brain matter volumes with a low percentile and all CSF and ventricular structures with a high percentile.

*Image ID: RyDa_20210820_001*
*GUDID 05700002060464 Hardware profile 1C*

*NR 2.6.0*
*Page 4 out of 6*

**DRD-0000044**

DX-8, page 4 of 6



brainreader

NEUROREADER®

REPORT

# Charts

Hippocampus
Volume (ml)
Age (Years)
75%
25%
Lateral Ventricle
Frontal Lobe
Temporal Lobe
Parietal Lobe
Occipital Lobe

*Image ID: RyDa_20210820_001*
*GUDID 05700002060464 Hardware profile 1C*
*NR 2.6.0*
*Page 5 out of 6*

**DRD-0000045**

DX-8, page 5 of 6



# Brain Segmentation Color Table

| Id | Color | Label | Red | Green | Blue |
|---|---|---|---|---|---|
| 255 | | Whole Brain Matter | 255 | 0 | 0 |
| 53 | | Right Hippocampus | 0 | 255 | 0 |
| 17 | | Left Hippocampus | 0 | 0 | 255 |
| 54 | | Right Amygdala | 255 | 255 | 0 |
| 18 | | Left Amygdala | 0 | 255 | 255 |
| 51 | | Right Putamen | 255 | 0 | 255 |
| 12 | | Left Putamen | 255 | 128 | 0 |
| 49 | | Right Thalamus | 128 | 255 | 0 |
| 10 | | Left Thalamus | 0 | 255 | 128 |
| 60 | | Right Ventral Diencephalon | 0 | 128 | 255 |
| 28 | | Left Ventral Diencephalon | 255 | 0 | 128 |
| 52 | | Right Pallidum | 128 | 0 | 255 |
| 13 | | Left Pallidum | 128 | 0 | 0 |
| 50 | | Right Caudate | 0 | 128 | 0 |
| 11 | | Left Caudate | 0 | 0 | 128 |
| 16 | | Brain Stem | 255 | 255 | 128 |
| 303 | | Right Frontal Lobe GM | 128 | 255 | 255 |
| 302 | | Left Frontal Lobe GM | 255 | 128 | 255 |
| 313 | | Right Frontal Lobe WM | 128 | 128 | 0 |
| 312 | | Left Frontal Lobe WM | 0 | 128 | 128 |
| 305 | | Right Parietal Lobe GM | 128 | 0 | 128 |
| 304 | | Left Parietal Lobe GM | 255 | 128 | 128 |
| 315 | | Right Parietal Lobe WM | 128 | 255 | 128 |
| 314 | | Left Parietal Lobe WM | 128 | 128 | 255 |
| 307 | | Right Occipital Lobe GM | 192 | 64 | 64 |
| 306 | | Left Occipital Lobe GM | 64 | 192 | 64 |
| 317 | | Right Occipital Lobe WM | 64 | 64 | 192 |
| 316 | | Left Occipital Lobe WM | 64 | 192 | 192 |
| 309 | | Right Temporal Lobe GM | 192 | 64 | 192 |
| 308 | | Left Temporal Lobe GM | 192 | 192 | 64 |
| 319 | | Right Temporal Lobe WM | 255 | 64 | 64 |
| 318 | | Left Temporal Lobe WM | 255 | 64 | 192 |
| 47 | | Right Cerebellum GM | 255 | 192 | 64 |
| 8 | | Left Cerebellum GM | 255 | 192 | 192 |
| 46 | | Right Cerebellum WM | 64 | 64 | 255 |
| 7 | | Left Cerebellum WM | 64 | 192 | 255 |
| 24 | | CSF (+ dura) | 192 | 64 | 255 |
| 43 | | Right Lateral Ventricle | 192 | 192 | 255 |
| 4 | | Left Lateral Ventricle | 192 | 255 | 192 |