# MARC EDWARD AGRONIN, M.D.

**The Forensic Panel**
224 West 30th Street, Suite 806
New York, New York 10001
Tel: (212) 535-9286
Fax: (212) 535-3259

## BOARD CERTIFICATION

*Diplomate,* National Board of Medical Examiners                    1992

*Board Certified*, Psychiatry, American Board of Psychiatry and Neurology                    1996

*Board Certified,* Added Qualifications in Geriatric Psychiatry                    1998

## EXPERIENCE AND ACADEMIC APPOINTMENTS

Miami Jewish Health Systems, Miami, FL
    *Vice President,* Behavioral Health and Clinical Research                    2015-present
    *Medical Director*, Mental Health and Clinical Research                    1999-present

Miller School of Medicine at the University of Miami, Miami, FL
    *Affiliate Associate Professor of Psychiatry*                    2007-present
    *Affiliate Associate Professor of Neurology*                    2010-present
    *Assistant Professor of Psychiatry*                    1999-2007

The Forensic Panel                    2014-present
    *Member*
        Peer-reviewed forensic consultation service
        Forensic case consultation, report writing, peer review of colleagues

Focus Behavioral Health                    2009-present
    *Peer Reviewer*

The Oak Group, Inc., Wellesley, MA                    2005-present
    *Behavioral Expert Panel*

Medical Care Management Corporation, LLC, Bethesda, MD                    1999-2009
    *Case Reviewer*

Golden Palms Residential Treatment Center                    2006-2011
    *Consulting Psychiatrist*

Alexander Nininger Veterans' Administration Nursing Home, Pembroke Pines, FL                    2004-2011
    *Consulting Psychiatrist*

Weston PsychCare, P.A., Weston, FL                    2003-2006
    *Consulting Psychiatrist*



US v. Brockman
**DX-9**
Case No: 4:21-cr-0009

**Marc Edward Agronin, M.D.**
The Forensic Panel

Page 2 of 42

## EXPERIENCE AND ACADEMIC APPOINTMENTS CONTINUED…

| | |
|---|---|
| United States Department of Justice, Washington, DC<br>*Psychiatric Consultant* | 2002 |
| Child and Family Psychologists, Weston, FL<br>*Associate and Psychiatric Consultant* | 1999-2001 |
| Miami VA Medical Center, Miami, FL<br>*Director*, Geriatric Psychiatry Outpatient Clinic | 1999-2000 |
| University of MN School of Medicine, Minneapolis, MN<br>*Assistant Professor in Psychiatry* | 1996-1999 |
| VA Medical Center, Minneapolis, MN<br>*Attending Staff*, Erectile Dysfunction Clinic<br>*Staff Psychiatrist*, Geropsychiatry Team | <br>1996-1999<br>1996-1999 |
| McLean Hospital, Belmont, MA<br>*Psychiatric Consultant*, Human Sexuality Program | 1994-1995 |
| Tri-City Mental Health and Retardation Center, Everett, MA<br>*Psychiatric Consultant* | 1993-1995 |
| Heritage Hospital, Somerville, MA<br>*Psychiatric Consultant*, Nursing Home | 1993-1995 |
| Harvard Medical School, Boston, MA<br>*Clinical Fellow in Psychiatry* | 1991-1995 |
| Camp Interlaken JCC, Eagle River, WI<br>*Camp Physician* | 2012-2013 |

## EXPERIENCE – TEACHING AND SUPERVISION

| | |
|---|---|
| Miller School of Medicine at the University of Miami, Miami, FL<br>*Lecturer in Psychiatry*<br>*Supervisor,* Psychiatry Residents and Geropsychiatry Fellows | <br>1999-present<br>1999-2010 |
| Brigham Young University<br>*Supervisor,* Gerontology Interns | 2018-presnet |
| Carlos Albizu University<br>*Supervisor,* Psychology Students | 2014-present |
| Ross Medical School<br>*Supervisor,* Long-Term Care Rotation | 2010-2011 |

CONFIDENTIAL

Brockman_0002082

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 3 of 42

## EXPERIENCE – TEACHING AND SUPERVISION CONTINUED…

VA Medical Center, Minneapolis, MN
    *Supervisor,* Geropsychiatry Fellow      1996-1999
    *Lecturer in Psychiatry*      1995-1999

Leverett House, Harvard University, Cambridge, MA      1991-1995
    *Premedical Tutor*

## PROFESSIONAL HONORS AND AWARDS

Distinguished fellow, American Association for Geriatric Psychiatry      2019

Fearless Caregiver Clinician Award      2016

Excellence in Research and Education Award, LeadingAge      2013

Greater Miami Chamber of Commerce Health Care Heroes Award
    *Finalist*      2013
    *Finalist*      2012

Distinguished Fellow, American Psychiatric Association      2011

Clinician of the Year, American Association for Geriatric Psychiatry      2008

Summer Research Institute in Geriatric Psychiatry (Competitive)      1997
    *Participant*

American Association for Geriatric Psychiatry (AAGP) (Competitive)      1993-1995
    *Mead Johnson Fellow*

## RESEARCH

VA Medical Center, Minneapolis, MN
    *Principal Investigator*      1996-1999
        Personality Disorders in a Geriatric Psychiatry Outpatient Clinic
    *Co-Investigator*      1996-1997
        A Randomized, Double-Blind, Placebo-Controlled Study of Risperidone for
        Treatment of Behavioral Disturbances in Subjects with Dementia
        Principal Investigator: Maurice Dysken, M.D.
    *Sub-Investigator*      1997-1999
        A Multicenter, Double-Blind Comparison of Efficacy and Safety of Seroquel,
        Haloperidol, and Placebo in the Treatment of Elderly Subjects Residing in
        Nursing Homes or Assisted Care Facilities and Presenting with Alzheimer's
        Dementia and Psychoses or Other Selected Psychoses
        Principle Investigator: Maurice Dyskten, M.D.

CONFIDENTIAL

Brockman_0002083

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 4 of 42


## RESEARCH CONTINUED…

Miami Jewish Health Systems, Miami, FL

*Principal Investigator* — 1999-2003
A Multicenter, Randomized, Double-Blind, Placebo Flexible Dose Study of Aripiprazole in the Treatment of Nursing Home Patients with Psychosis Associated with Dementia of the Alzheimer's Type

*Principal Investigator* — 2000-2002
A Double-Blind, Placebo-Controlled Study of Depakote in the Treatment of Behavioral Agitation in Elderly Patients with Dementia

*Principal Investigator* — 2001-2002
A Multicenter, Open Label Study of the Efficacy and Safety of Remeron SolTab (Mirtazapine) Orally Disintegrating Tablets in Long-Term Care Subjects with Physician-Diagnosed Depression Who Are at Least 70 Years of Age

*Principal Investigator* — 2002-2003
A Study to Evaluate the Efficacy, Safety, and Maintenance Effect of Risperidone Augmentation of SSRI Monotherapy in Young and Older Adult Patients with Unipolar Treatment Resistant Depression

*Principal Investigator* — 2002-2003
A Multicenter, Double-Blind, Randomized Comparison of the Efficacy and Safety of Quetiapine Fumarate (SEROQUEL) and Placebo in the Treatment of Agitation Associated with Dementia

*Principal Investigator* — 2003-2005
A Phase II Double-Blind, Randomized, Dose-Ranging, Placebo-Controlled, Multicenter, Safety and Efficacy Evaluation of Three Doses of NS 2330 in Patients with Mild to Moderate Dementia of the Alzheimer's Type

*Principal Investigator* — 2004-2005
A Double-Blind, Placebo-Controlled Pilot Tolerability Study of Intramuscular Aripiprazole in the Treatment of Acutely Agitated Patients with a Diagnosis of Alzheimer's, Vascular or Mixed Dementia

*Principal Investigator* — 2004-2006
A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Effectiveness of Memantine in Nursing Home Residents with Moderate to Severe Azheimer's Disease

*Principal Investigator* — 2004-2005
A 24-Week, Multicenter, Randomized, Double-Blind, Placebo- and Active-Controlled, Parallel-group Evaluation of the Efficacy, Safety, and Tolerability of the Once-Daily Exelon Patch Formulation in Patients with Probable Alzheimer's Disease (MMSE 10-20)

*Sub-Investigator* — 2005-2006
Double-Blind, Phase III, Two-Week, Placebo-Controlled Study of Methylnatrexone (MNTX) for the Relief of Constipation Due to Opioid Therapy in Advanced Medical Illness

*Sub-Investigator* — 2005-2006
A Phase III, Randomized, Double-Blind, Parallel-Group, Multinational Trial of Intravenous Telavancin Versus Vancomycin for Treatment of Hospital-Acquired Pneumonia with a Focus on Patients with Infections Due to Methicillin-Resistant Staphylococcus Aureus

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 5 of 42

## RESEARCH CONTINUED…

*Principal Investigator*                                                                   2005-2007
    A Double-Blind, Phase II, Safety and Efficacy Evaluation of ONO-2506PO
    in Patients with Mild to Moderate Alzheimer's Disease

*Principal Investigator*                                                                   2005-2008
    A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety
    and Efficacy of Memantine in Patients with Moderate to Severe Dementia of
    the Alzheimer's Type

*Principal Investigator*                                                                   2005-2008
    A Randomized, Double-Blind, Placebo-Controlled, Efficacy, Safety, and
    Tolerability Study of Bifeprunox in the Treatment of Elderly Subjects with
    Psychosis and Behavioral Disturbances Associated with Dementia of the
    Alzheimer's Type (Solvay Pharmaceuticals, Inc.)

*Principal Investigator*                                                                   2005-2006
    A Multicenter, Randomized, Open-Label, Parallel Design Trial to Compare Time
    to Response in the Symptoms of Anxiety to Concomitant Treatment with
    Niravam and a SSRI or SNRI to Treatment with an SSRI or SNRI Alone in
    Subjects with Generalized Anxiety Disorder or Panic Disorder (Schwarz Pharma,
    Inc./Omnicare Clinical Research)

*Principal Investigator*                                                                   2006-2007
    A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to
    Evaluate Safety and Efficacy of MEM 1003 in Patients with Mild to Moderate
    Alzheimer's Disease (Memory Pharmaceuticals Corp.)

*Principal Investigator*                                                                   2006-2007
    A Double-Blind, Randomized, Placebo-Controlled Study of the Efficacy,
    Safety, and Tolerability of 8-Week Treatment of Rozerem 8 mg (QHS) in Sleep
    Disturbed, Community-Dwelling, Mild to Moderately Severe Alzheimer's
    Disease Subjects (Takeda Phamaceuticals)

*Principal Investigator*                                                                   2006-2007
    A Randomized, Parallel Group, Multiple-Dose, 6-Week Study to Evaluate Safety,
    Tolerability, and Pharmacokinetics of Asenapine in Elderly Subjects with Psychosis
    (Organon USA, Inc.)

*Principal Investigator*                                                                   2006-2009
    An Open-Label, Randomized, Multicenter, Controlled Study of PROCRIT
    (Epoetin alpha) for the Treatment of Anemia of Chronic Kidney Disease in the
    Long-Term Care Setting (Ortho-Biotech Clinical Affairs, LLC)

*Principal Investigator*                                                                   2006-2007
    An Open-Label, Multicenter Study to Assess the Safety of AVP-923
    (Dextromethorphan/Quinidine) in the Treatment of Patients with Pseudobulbar
    Affect (INC Research/Avanir Pharmaceuticals)

*Principal Investigator*                                                                   2006-2007
    Obtaining Clinical Evidence in Elderly Subjects with Diabetes to Support
    Guidelines for Converting from Two or More Oral Anti-Diabetic Agents to
    NovoLog Mix 70/30 Insulin (Novo Nordisk Inc.)

*Principal Investigator*                                                                        2007
    A Randomized, Double-Blind, Placebo-Controlled, Phase 11a Study to Assess the
    Short-Term Effects of PRX-03140 Alone and in Combination with Donepezil in
    Subjects with Mild Alzheimer's Disease (EPIX Pharmaceuticals, Inc.)

CONFIDENTIAL

Brockman_0002085

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 6 of 42

## RESEARCH CONTINUED…

| | |
|---|---|
| *Principal Investigator* | 2008-2012 |

A Phase III, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Efficacy and Safety Trial of Bapineuzumab in Patients with Mild to Moderate Alzheimer's Disease Who are Apolipoprotein E4 Non-Carriers and Carriers (Elan Pharmaceuticals)

*Principal Investigator*     2008-2012

Effect of LY450139 a Gamma-Secertase Inhibitor, on the Progression of Alzheimer's as Compared to Placebo (Eli Lilly)

*Principal Investigator*     2008-2010

Rotavirus Burden of Disease in the Institutionalized Elderly (Merck Pharmaceutical)

*Principal Investigator*     2008-2010

CONNECTION: A Global Phase III, Double-Blind, Placebo-Controlled Safety and Efficacy Study of Oral Dimebon in Patients with Mild-Moderate Alzheimer's Disease (Medivation, Inc.)

*Principal Investigator*     2009-2010

A Phase III Study of the Correlation Between Florpiramine F 18 (F-AV-45) PET Imaging and Amyloid Pathology (Avid Radiopharmaceuticals)

*Principal Investigator*     2009

A Randomized, Placebo-Controlled Study in Elderly Alzheimer's Subjects on a Established and Well Tolerated Dose of Aricept to Assess Skin Tolerability, Skin Irritation and Adhesion with Three Consecutive Seven-Day Applications of the 350 mg Donepezil Transdermal Patch-System (Teikoku Pharma USA., Inc.)

*Principal Investigator*     2009-2013

Effect of Passive Immunization on the Progression of Alzheimer's Disease: Solanezumab (LY2062430) versus Placebo (Eli Lilly)

*Principal Investigator*     2009

2009-10 Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Safety and Tolerability of Oral Lixivaptan Capsules in Subjects with Euvolemic Hyponatremia (Cardiokine Biopharma, LLC)

*Principal Investigator*     2010-2013

A Principal Open –Label Study to Assess the Prognostic of Usefulness of Flumetamol (F18) Injection for Identifying Subjects with Amnestic Mild Cognitive Impairment Who Will Convert to Probable Alzheimer 's Disease

*Principal Investigator*     2010

A Principal Open-Label Study to Compare the Brain Uptake of (18 F) Flumetamol with Brain Amyloid levels Determined Post-Mortem (GE Healthcare Ltd)

*Principal Investigator*     2011-2014

Continued Efficacy and Safety of Solanezumab, an Anti-Amyloid Beta Antibody in Patients with AD. An Open Label Extension for All Patients Completing LZAN (Eli Lilly)

*Principal Investigator*     2011-2014

A Phase II, 24-Month, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Amyloid Imaging Positron Emission Tomography (PET) and Safety Study of ACC-001 and QS-21 in Adjuvant in Subjects with

Brockman_0002086

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 7 of 42

## RESEARCH CONTINUED…

Mild to Moderate Alzheimer's Disease (Janssen Pharmaceuticals)

*Principal Investigator*                                                                                          2011-2013

A Phase II, Multicenter, 234-Month, Randomized, Third Party Unblinded, Placebo-Controlled, Parallel Group Amyloid Imaging Positron Emission Tomography (PET) and Safety Trial of ACC-001 (Vanutide Cridificar) and QS-21 Adjuvant in Subjects with Early Alzheimer's Disease (Pfizer Pharmaceuticals)

*Principal Investigator*                                                                                          2012-2013

A Multinational, Multicenter, Randomized, Double-Blind, Parallel Group, Placebo-Controlled Study of the Effect on Cognitive Performance Safety, and Tolerability of SAR1100894D at the Doses of 0.5 mg, 2 mg, and 5 mg/Day for 24 Weeks in Patients with Mild to Moderate Alzheimer's Disease on Stable Donepezil Therapy (Sanofi-Aventis Pharmaceuticals)

*Principal Investigator*                                                                                          2012-2013

A Randomized, Double Blind, Placebo-Controlled, Parallel Group, Multicenter, Phase III Study of MABT5102A in Patients with Mild to Moderate Alzheimer's Disease (Genentech Pharmaceuticals)

*Principal Investigator*                                                                                          2012-2014

A Phase III, Randomized, Double-Blind, Placebo-Controlled Study of the Efficacy, Safety, and Tolerability of a Single Infusion of MK-6072 (Human Monoclonal Antibody to C. Difficile Toxin B) and MK-3415A (Human Monoclonal Antibody to C. Difficile Toxin A and B ) in Patients Receiving Antibiotic Therapy for C. Difficile Infection (Merck Pharmaceuticals)

*Principal Investigator*                                                                                          2012-2013

A Phase I, Multicenter, Randomized, Double-Blind, Sequential Cohort, Placebo-Controlled Trial to Assess the Safety and Tolerability of Ascending Multiple Oral Doses of Brexpiprazole as Adjunctive Therapy in the Treatment of Elderly Subjects with Major Depressive Disorder

*Principal Investigator*                                                                                          2012-2013

A Randomized, Double-Blind, Parallel Group - Controlled Phase II Efficacy and Safety Study of Dose Groups of Study x Adjunct to Current Antidepressant Therapy in Patients with Major Depressive Disorder Who Exhibit an Inadequate Repose to Antidepressants (Astra-Zeneca)

*Principal Investigator*                                                                                          2012-2013

Feasibility Study: Safety and Efficacy Assessment of SAPPHIRE II System to Aid in the Diagnosis of Probable Alzheimer's Disease in Twenty Normal Subjects and Twenty Patients with Probable Alzheimer's Disease (Cognoptix)

*Principal Investigator*                                                                                          2012-present

A 26-Week, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group Study to Investigate the Effects of Daily Administration of AC-1204 in Participants with Mild to Moderate Alzheimer's Disease (AD) with an Optional 26-Week Open-Label Extension (Accera)

*Principal Investigator*                                                                                          2012-present

A Placebo-Controlled, Double-Blind, Parallel-Group, Bayesian Adaptive Randomization Design and Dose Regimen-Finding Study to Evaluate Safety, Tolerability and Efficacy of BAN2401 in Subjects with Early Alzheimer's Disease (Eisai)

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 8 of 42

## RESEARCH CONTINUED…

*Principal Investigator*                                                    2012-2013
    A Randomized, Double-Blind, Placebo-Controlled, Multicenter Study to Evaluate
    the Efficacy, Safety and Tolerability of Study x as Adjunctive Therapy in Subjects
    with Cancer Related Pain

*Principal Investigator*                                                    2012-2013
    A Phase II, Randomized, Double Dummy, Double-Blind, Placebo-Controlled
    Study to Assess the Efficacy and Tolerability of Study x for the Treatment of
    Symptoms of Agitation in Patients with Alzheimer's Disease

*Principal Investigator*                                                    2012-2015
    A Randomized, Double-Blind, Placebo-Controlled, Multiple-Dose Study to the
    Safety, Tolerability, Pharmacokinetics, and Pharmacodynamics of BIIB037 in
    Subjects with Mild or Prodomal Alzheimer's Disease (Biogen)

*Principal Investigator*                                                    2012-2013
    A Multi-Site, Point in Time, Prospective Blood Collection Protocol in Order to
    Collect Sample from D/Ps with MCI (Mild Cognitive Impairment) or Prodromal
    Stage Alzheimer's Disease

*Principal Investigator*                                                    2012-2013
    A Prospective, Randomized, Double-Blind, Placebo-Controlled, Phase II Efficacy
    and Safety Study of Study x for Treatment of Agitation and Aggression in Patients
    with Moderate to Severe Alzheimer's Disease

*Principal Investigator*                                                         2013
    A Multicenter, Open Label, Long-Term Safety Extension of Phase I Studies x
    in Patients with Mild to Moderate Alzheimer's Disease

*Principal Investigator*                                                         2013
    A 12-Week Safety Extension Study of Oral xx for Treatment of Agitation and
    Aggression in Patients with Moderate to Severe Alzheimer's Disease

*Principal Investigator*                                                    2013-2015
    Phase III, 12-Week, Multicenter, Randomized, Double-Blind, Placebo-
    Controlled Trial to Evaluate the Efficacy, Safety, and Tolerability of 3 Fixed
    Doses of xx in the Treatment of Subjects with Agitation Associated with
    Dementia of the Alzheimer's Type

*Principal Investigator*                                                         2013
    A Phase II, Randomized, Double-Blind Placebo-Controlled Study to Assess the
    Efficacy and Safety of xx For the Treatment of Tardive Dyskinesia in Subjects
    with Schizophrenia or Schizoaffective Disorder

*Principal Investigator*                                                    2013-2016
    A Phase III, Randomized, Placebo-Controlled, Parallel Group, Double-Blind
    Clinical Trial to Study the Efficacy and Safety of MK-8931 in Subjects with
    Amnestic Mild Cognitive Impairment Due to Alzheimer's Disease
    (Prodromal AD)

*Principal Investigator*                                                    2014-2016
    "Effect of NeuroAD, Combined TMS Stimulation and Cognitive Training, on
    the cognitive function of Mild to Moderate Alzheimer Patients." Protocol #
    NRX-US4. Sponsor: Neuronix Ltd.

CONFIDENTIAL

Brockman_0002088

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 9 of 42

## RESEARCH CONTINUED…

*Principal Investigator*                                                                          2014-2016
Effect of Passive Immunization on the Progression of Mild Alzheimer's Disease:
Solanezumab (LY2062430) Versus Placebo (LZAX). Protocol: H8A-MC-LZAX.
Sponsor: Eli Lilly.

*Principal Investigator*                                                                          2014-2018
"A phase III, randomized, double-blind, placebo-controlled, parallel-group,
multicenter efficacy and safety study of gantenerumab in patients with mild
Alzheimer's disease." Protocol # WN28745. Sponsor: Hoffman LaRoche
Marguerite Road.

*Principal Investigator*                                                                          2014-2017
"A Phase II, Single-Blind, Placebo-Controlled, Sequential Treatment, Multiple
Ascending Dose Study to Evaluate the Safety and Tolerability of Donepezil with
Solifenacin in Patients with Alzheimer's Disease Type Dementia."
Protocol # CPC-001-07. Sponsor: Chase Pharmaceuticals

*Principal Investigator*                                                                          2014-2017
"A Randomised, double-blind, parallel-group, placebo-controlled, fixed-dose
study of Lu AE58054 in patients with mild-moderate Alzheimer's disease treated
with donepezil. Protocol # 14862A. Sponsor: H. Lundbeck A/S.

*Principal Investigator*                                                                          2015-2017
"Randomized, double-blind, placebo controlled, multi-center registration trial to
evaluate the efficacy and safety of TTP488 in patients with mild Alzheimer's
disease receiving acetylcholinesterase inhibitors and/or memantine.
(Note: TTP488 (azeligaron) is a RAGE antagonist). Protocol TTP488-301.
Sponsor: Transtech Pharma, LLC

*Principal Investigator*                                                                          2015-2017
"A Study to Assess Effectiveness, Safety, and Health-related Outcomes of
NUEDEXTA® (Dextromethorphan Hydrobromide and Quinidine Sulfate)
for the Treatment of Pseudobulbar Affect (PBA) in Nursing Home Patients."
Protocol # 15-AVR-404. Sponsor: Avanir Pharmaceuticals, Inc.

*Principal Investigator*                                                                          2015-2018
"A Phase 3, Multicenter, Long-term, Extension Study of the Safety and Efficacy
of AVP-786 (deuterated [d6] dextromethorphan hydrobromide [d6-DM]/quinidine
sulfate [Q]) for the Treatment of Agitation in Patients with Dementia of the
Alzheimer's Type." Protocol# 15-AVP-786-301/303. Sponsor: Avanir
Pharmaceuticals, Inc.

*Principal Investigator*                                                                          2015-2017
"A 24-month, Multicenter, Randomized, Double-Blind, Placebo-Controlled,
Parallel-Group, Efficacy, Safety, Tolerability, Biomarker, and Pharmacokinetic
Study of AZD3293 in Early Alzheimer's Disease (The AMARANTH Study)."
Protocol #18D-MC-AZES. Sponsors: Astra-Zeneca / Eli-Lilly and Company.

*Principal Investigator*                                                                          2015-2019
"A phase 1B, multicenter, randomized, placebo-controlled, double-blind,
multiple-dose study to assess the safety, tolerability, and pharmacokinetics of
intravenous crenezumab administered in patients with mild to moderate Alzheimer's
disease." Protocol # GN29632. Sponsor: Genentech, Inc.

*Principal Investigator*                                                                          2015-2018

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 10 of 42

## RESEARCH CONTINUED…

"A Clinico-Pathological Study of the Correspondence Between 18F-AV-1451 PET Imaging and Post-Mortem Assessment of Tau Pathology." Protocol # 18F-AV-1451-A16. Sponsor: Avid Radiopharmaceuticals

*Principal Investigator*                                                                                 2015-2019

"A Phase 3 Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of Aducanumab (BIIB037) in Subjects with Early Alzheimer's Disease." Protocol# 221AD301. Sponsor: Biogen

*Principal Investigator*                                                                                 2015-2019

"A randomized, double-blind, placebo controlled, multi-center study to assess the efficacy and safety of ITI-007 in the treatment of agitation in patients with dementia." Protocol # ITI-007-201. Sponsor: Intra-Cellular Therapies, Inc.

*Principal Investigator*                                                                                 2016-2019

"A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Dosing-Ranging study of piromelatine in patients with mild dementia due to Alzheimer's disease." Protocol # NEUP11-AD2. Sponsor: Neurim Pharmaceuticals.

*Principal Investigator*                                                                                 2016-2018

"A phase 1 randomized, double-blind, placebo controlled, multiple dose, dose escalation study of NPT088 in patients with probable Alzheimer's disease." Protocol # NPT088-CL002. Sponsor: Proclara Biosciences.

*Principal Investigator*                                                                                 2016-2018

"A randomized, double-blind, placebo controlled, study to assess the efficacy and safety of AXS-02 administered orally to subjects with complex regional pain syndrome type 1. Protocol AXS02-301. Sponsor: Axsome Therapeutics.

*Principal Investigator*                                                                                 2017-2019

A 24-Month Study to Evaluate the Efficacy and Safety of E2609 in Subjects With Early Alzheimer's Disease (MissionAD1). Protocol # E2609-G00-301. Sponsor: Eisai / Biogen

*Principal Investigator*                                                                                 2017-2018

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study With Open-Label Extension Phase of the Efficacy and Safety of Lemborexant in Subjects With Irregular Sleep-Wake Rhythm Disorder and Mild to Moderate Alzheimer's Disease Dementia. Protocol E2006-G000-202. Sponsor: Eisai

*Principal Investigator*                                                                                 2018

"A phase 2 placebo-controlled, double blind, parallel-group, randomized study to evaluate the efficacy, safety and tolerability of E2027 in subjects with dementia with Lewy bodies. Protocol E2027-G000-201. Sponsor: Eisai

*Principal Investigator*                                                                                 2018-2019

"A multicenter, double-blind, parallel-group, randomized controlled study to investigate efficacy and safety of orally administered BI 425809 during a 12-week treatment period compared to placebo in patients with cognitive impairment due to Alzheimer's disease. Protocol # 1346.23. Sponsor: Boehringer-Ingelheim

*Principal Investigator*                                                                                 2018

"Escitalopram for Agitation in Alzheimer's Disease Research Group." Protocol S-CITAD. Sponsor: Johns Hopkins (JHSPH) Center for Clinical Trials / National Institute on Aging (NIA)

CONFIDENTIAL

Brockman_0002090

*Marc Edward Agronin, M.D.*
The Forensic Panel

Page 11 of 42

## RESEARCH CONTINUED…

*Principal Investigator*                                                                                        2018
   Pilot Trial of Dronabinol Adjunctive Treatment of Agitation in Alzheimer's Disease
   (AD)(THC-AD). Sponsor: Johns Hopkins University / McLean Hospital.

*Principal Investigator*                                                                                        2018
   Memory Improvement Through Nicotine Dosing (MIND) Study. Protocol
   ATRI-002-NIC. Sponsors: USC Alzheimer Therapeutic Research Institute;
   University of Southern California; National Institute on Aging (NIA); Vanderbilt
   University

*Principal Investigator*                                                                                   2018-2019
   "A prospective, randomized, double-blind, dose-comparison concurrent control
   study to assess the safety and efficacy and tolerability of GRF6019 infusions in subjects
   with mild to moderate Alzheimer's disease. Protocol # ALK6019-201. Sponsor: Alkahest,
   Inc.

*Principal Investigator*                                                                                        2018
   A phase II, multicenter, randomized, double-blind, placebo-controlled, parallel-group,
   efficacy, and safety study of MTAU9937A in patients with prodromal to mild Alzheimer's
   disease. Protocol: GN39763. Sponsor: Genentech.

*Principal Investigator*                                                                                   2018-2019
   Assessment of Safety, Tolerability and Efficacy of LY3002813 Alone and in
   Combination With LY3202626 in Early Symptomatic Alzheimer's Disease
   (Trailblazer-AZ). Protocol 15T-MC-AACG(b). Sponsor: Eli Lilly.

*Principal Investigator*                                                                                   2018-2019
   A Phase, I Prospective, Randomized, Double-Blinded, Placebo-controlled,
   Trial to Evaluate the Safety and Potential Efficacy of Longeveron Allogeneic
   Human Mesenchymal Stem Cell (LMSCs) Infusion Versus Placebo in Patients With
   Alzheimer's Disease. Sponsor: Longeveron

*Principal Investigator*                                                                                        2019
   Eisai

*Principal Investigator*                                                                                        2019
   Genentech

*Principal Investigator*                                                                                        2019
   AgeneBio

## PRESENTATIONS

"The End of Old Age" book talk, Hadassah at Temple Dor Dorim, Weston, FL                     Jan. 2019

Lecture on aging at the Refuat Hanefesh group, Miami, FL                                          Jan. 2019
"The End of Old Age" book talk and signing (Jewish Book Council event), Mirage JCC,
Irvine, CA                                                                                         Jan. 2019

"Alzheimer's Research." Kiwanis Club, North Miami Beach, FL                                        Feb. 2019

AAGP Talks                                                                                     Feb./Mar. 2019

"The End of Old Age" book talk and signing (Jewish Book Council event), Levis JCC,

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 12 of 42

## PRESENTATIONS CONTINUED…

| | |
|---|---|
| Boca Raton, FL | Apr. 2019 |
| "The End of Old Age" book talk and signing (Jewish Book Council event), Naples, FL | Apr. 2019 |
| "The End of Old Age" book talk and signing (Jewish Book Council event), Katz JCC, Chery Hill, NJ | Apr. 2019 |
| "The End of Old Age" book talk and signing (Jewish Book Council event), Rubenstein JCC, Houston, TX | May 2019 |
| "The End of Old Age" lecture, Key Biscayne Community Center, Key Biscayne, FL | May 2019 |
| "The End of Old Age" lecture, Greenwich Hospital Medical Staff meeting, Greenwich, CT | May 2019 |
| US Psych Congress, San Diego, CA | Oct. 2019 |
| "The End of Old Age" lecture, sponsored by Al Nahmad, University of Miami Alumni Center, Coral Gables, FL | Oct. 2019 |
| "The End of Old Age" book talk. At Books and Books, Coral Gables, FL | Jan. 2018 |
| "The End of Old Age" book talk. At the Trump Synagogue, Williams Island, FL | Feb. 2018 |
| "The End of Old Age" book talk. At Books and Books, Bal Harbor, FL | Feb. 2018 |
| "The End of Old Age" book talk. At Books and Books Suniland, Pine Crest, FL | Feb. 2018 |
| "The End of Old Age" book talk. At the Shul of Bal Harbor, FL | Mar. 2018 |
| "The End of Old Age" book talk. At Nova Chabad, Cooper City, FL | Mar. 2018 |
| "Aging and Alzheimer's" presented at forum sponsored by Fidelity Investments, Ft. Lauderdale, FL | Mar. 2018 |
| "The End of Old Age" presentation to community sponsored by David Lawrence Center at Moorings Park, Naples, FL | Apr. 2018 |
| "The End of Old Age" community presentation, New Orleans JCC and grand rounds at Tulane University Medical School Neuroscience Dept, New Orleans, LA | Apr. 2018 |
| "Pharmacologic development for agitation in dementia," presented to investors at a meeting sponsored by Axsome Pharmaceuticals, NYC | Apr. 2018 |
| Jewish Family and Children's Services, Philadelphia, PA<br>        "The End of Old Age" keynote presentation | May 2018 |
| "The End of Old Age" book talk. Book Bites at Temple Beth Israel, Sunrise, FL | May 2018 |

Brockman_0002092

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 13 of 42

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| "The End of Old Age" book talk. Broward County Library, Ft. Lauderdale, FL | May 2018 |
| 23rd Annual Ministering the Elderly Conference, Miami FL<br>　　Panel discussion "Medical and Psycho-social Perspectives on Hope" | June 2018 |
| 2018 annual meeting of the Florida Geriatric Society, Orlando, FL<br>　　"The Evolution of Care Models in Long-Term Care." | Aug. 2018 |
| "The End of Old Age" book talk and signing (Jewish Book Council event),<br>West Hartford JCC, West Hartford, CT | Sept. 2018 |
| "Alzheimer's Disease." Lecture to community group sponsored by United Regional<br>Healthcare – Witchita Falls, TX | Oct. 2018 |
| "Solving Clinical Challenges in Geriatric Psychiatry." US Psychiatric Congress, Orlando, FL | Oct. 2018 |
| "The End of Old Age" book talk and signing (Jewish Book Council event), Miami Beach JCC,<br>Miami Beach, FL | Oct. 2018 |
| "The End of Old Age" book talk and signing (Jewish Book Council event), Mandel JCC,<br>Cleveland, OH | Nov. 2018 |
| "The End of Old Age" book talk, Fort Lauderdale Yacht Club, Fort Lauderdale, FL | Nov. 2018 |
| "The End of Old Age" book talk and signing (Jewish Book Council event), Jewish<br>Community Alliance, Jacksonville, FL | Nov. 2018 |
| "The End of Old Age" book talk, St. Anthony's Church, Fort Lauderdale, FL | Nov. 2018 |
| "The End of Old Age" book talk and signing with author John Leland (Happiness is a<br>Choice You Make) at the Miami Book Fair, Miami, FL | Nov. 2018 |
| Panel discussion on Alzheimer's Disease, Fearless Caregiver Conference, Miami, FL | Dec. 2018 |
| "Memory Changes: What's Normal, What's Not." Michael Ann Russell JCC, North Miami, FL | Dec. 2018 |
| Lecture on aging at the Refuat Hanefesh group, Miami, FL | Jan. 2017 |
| "The Dementia Caregiver" book talk at Books and Books, Coral Gables, FL | Jan. 2017 |
| "Building a Better Older Brain," grand rounds at Beth Israel Hospital, NYC | Feb. 2017 |
| Panel discussion on the impact of loneliness and isolation in aging with Jane Brody,<br>sponsored by Jewish Family Services, Naples, FL | Feb. 2017 |
| "What's Natural During the Aging Process." Presented at the David Posnack JCC | Feb. 2017 |

CONFIDENTIAL
Brockman_0002093

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| BYU Gerontology Conference 2017, Brigham Young University, Provo, Utah | Mar. 2017 |
| "Building a Better Aging Brain." https://www.youtube.com/watch?v=qq-2XdIsH1Y | |
| 2017 annual meeting of the American Association for Geriatric Psychiatry, in Dallas, TX | Mar. 2017 |
|     Symposium with Brad Dickerson, MD on "Early Diagnosis and Multifactorial Management: Towards a New Therapeutic Window and a Disease Modifying Approach" Symposium with Wendy Miller on "The Art and Science of Creative Aging," | |
| Pine Rest Christian Mental Health Services, Grand Rapids, MI | Mar. 2017 |
|     "Building a Better Older Brain," grand rounds and community program | |
| US Psychiatric Congress in New Orleans, LA | Sept. 2017 |
|     "Successful Aging in Dementia," | |
| Presentation on aging and the EmpathiCare Village at the Riviera Country Club, Coral Gables, FL | Nov. 2017 |
| Panel discussion on Alzheimer's research at the Fearless Caregiver Meeting, Miami FL | Dec. 2017 |
| Multiple talks also given throughout 2016-17 as part of the DETECT series on Alzheimer's disease, including in Miami, New York City, Boston, Chicago, and Atlanta | |
| Lecture on aging at the Refuat Hanefesh group, Miami, FL | Jan. 2016 |
| "The Dementia Caregiver" book bites lecture at Temple Beth Israel, Sunrise, FL | Mar. 2016 |
| Alzheimer's lecture and creative aging seminar with Wendy Miller at the American Association for Geriatric Psychiatry annual meeting, Washington DC | Mar. 2016 |
| Lecture on Alzheimer's to Broward Aging Networking Council in Pembroke Pines, FL | May 2016 |
| "An Update on Dementia" grand rounds at Citrus Mental Health, Hialeah, FL | Aug. 2016 |
| U.S. Psychiatric and Mental Health Congress, San Antonio, TX | Oct. 2016 |
|     "Building a better older brain." | |
| "Dementia Caregiving," presented to community in sponsored by Fox Valley Memory Project and Greater Wisconsin Alzheimer's Association, Appleton, WI | Nov. 2016 |
| One Day University, Ft. Lauderdale | Dec. 2016 |
|     Presentation on "How the Brain Ages: What We Know Now," | |
| Grand Rounds at Vanderbilt University Department of Psychiatry, Nashville, TN | Feb. 2015 |

Brockman_0002094

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 15 of 42

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| American Psychiatric Institute Master of Psychopharmacology Conference, San Diego, CA<br>        Lecture on "Psychotropic Treatment of Alzheimer's Disease and other Late-life<br>        Psychiatric Disorders" | Mar. 2015 |
| Lecture on mental health in late life, Jewish Family Services, Naples, FL | Mar. 2015 |
| 2015 annual meeting of the American Association for Geriatric Psychiatry, New Orleans, LA<br>        Symposium on "The Creative Age of Gene Cohen" | Mar. 2015 |
| Keynote speech at the Center for Healthcare Design meeting, Baltimore, MD | Apr. 2015 |
| Grand Rounds on "An Update on Alzheimer's Disease," Citrus Mental Health, Hialeah, FL | July 2015 |
| US Psychiatric Congress in San Diego, FL<br>        Lecture on "Psychiatric Problems Associated with Dementia," | Sept. 2015 |
| Talk on "The Fountain of Age, " and book signing at the Chamber of Commerce in<br>        Gainesville, GA | Oct. 2015 |
| Panel discussant on "Antipsychotics in Long-Term Care," at Best Care Practice in the<br>        Geriatrics Continuum meeting of the Florida Medical Directors Association,<br>        Lake Buena Vista, FL | |
| "How the Brain Ages: What We Know Now" at the One Day University, Tampa, FL | Nov. 2014 |
| PsychCongress 1-Day conference Integrating Mental Health in Primary Care conference,<br>        San Antonio, TX<br>Speaking on "Evolving Strategies for Early Identification and Management of<br>        Alzheimer's Disease" | Oct. 2014 |
| UCF Fairwinds Alumni Center, in Orlando, FL<br>        Keynote Speaker at the Arts & Wellness Symposium, sponsored by the National<br>        Center for Creative Aging and the University of Central Florida | Oct. 2014 |
| American Physician's Institute's Master Psychopharmacology Conference, Pasadena, CA<br>        Lecture on "The Older Geriatric Psychiatry Patient: Approaches to Treating Dementia,<br>        Depression, Agitation and Psychosis" | Oct. 2014 |
| US Psychiatric & Mental Health Congress, Orlando, FL<br>        Lecture on "The Fountain of Age: Seeking the Positive Potential of Aging" | Sept. 2014 |
| Ethics Grand Rounds on "Antipsychotics Medications: Use and Abuse," at Baptist Hospital,<br>Kendall, FL | July 2014 |
| National Leadership Exchange / Conference on Creative Aging, National Center for Creative<br>Aging (NCCA), Washington, DC<br>        Keynote speaker on "The Creative Age: Exploring Potential in the Second Half of Life" | June 2014 |

CONFIDENTIAL

Brockman_0002095

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 16 of 42

## PRESENTATIONS CONTINUED…

| | |
|---|---|
| Annual meeting of the National Association of Professional Geriatric Care Managers (NAPGCM) in Nashville, TN | May 2014 |

    Keynote Speaker on "The Creative Age: Perils and Promises of Aging" lecture on "Alzheimer's Disease and Other Dementias: Where Are We Now and Where Are We Headed?"

| | |
|---|---|
| Spoke on "Evolving Strategies for Early Identification and Management of Alzheimer's Disease" at PsychCongress 1- Day Regional meetings Ft. Lauderdale | May 2014 |
| Spoke on "Evolving Strategies for Early Identification and Management of Alzheimer's Disease" at PsychCongress 1-Day Regional meetings in Springfield, VA | Mar. 2014 |
| Spoke on "Updates on the Treatment of Dementia in Primary Care" at the CME Institute Spring meeting for primary care physicians, Marco Island, FL | Mar. 2014 |
| Grand Rounds on "What's New with Alzheimer's Disease" at Citrus Mental Health, Hialeah, FL | Mar. 2014 |
| Spoke on "Evolving Strategies for Early Identification and Management of Alzheimer's Disease" at PsychCongress 1-Day Regional meetings, Uniondale, NY | Mar. 2014 |
| AAGP Meeting, Orlando, FL<br>    'Prisoner of Her Past' | Mar 2014 |
| Am College of Osteopathic Neurologists and Psychiatrists, Mid-Year Meeting, Miami, FL<br>    'Update on Alzheimer's Disease' | Mar 2014 |
| Naples Art Association Discussion on Arts and Alzheimer's Disease, Naples, FL<br>    'I Remember Better When I Paint' | Feb 2014 |
| Broward Alzheimer's Coordinating Council, Annual Conference, Deerfield Beach, FL<br>    'Understanding and Dealing with Behavioral Changes in Dementia' | Nov 2013 |
| Aging Conference of the Minnesota and St. Paul Senior Workers Association,<br>    Brooklyn Park, MN<br>    'How We Age: Problems and Potential' | Oct 2013 |
| Florida Medical Director's Association Best Care Practices in the Geriatrics Continuum,<br>    Lake Buena Vista, FL<br>    'Advance Directives, DNRs, Decision-Making Capacity and Competency' | Oct 2013 |
| US Psychiatric Congress, Annual Meeting, Las Vegas, NV<br>    'The Dementia Dilemma: Dealing with Agitation and Psychosis' | Sep 2013 |
| Lecture to undergraduate seminar at University of Miami, Miami, FL<br>    'Working with Elderly Holocaust Survivors' | Sep 2013 |

CONFIDENTIAL

Brockman_0002096

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 17 of 42

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Southwestern School for Behavioral Health Studies, Annual Meeting, Tuscon, AZ | Aug 2013 |
| 'How We Age: Realizing the Potential for Wisdom, Creativity and Growth' | |
| 'Alzheimer's Disease and Other Dementias' | |
| | |
| Interchurch Center Jarvie Colloquium, Plenary Speaker, New York, NY | Jun 2013 |
| 'The Creative Age: An Exploration of Late-Life Potential' | |
| 'A Primer on Memory Disorders and Management Strategies' | |
| | |
| Copper Ridge Dementia Care Grand Rounds at William Hill Manor, Easton, MD | Jun 2013 |
| 'Psychiatric Illnesses in Older Adults' | |
| | |
| Young Professionals Organization, Islamorada, FL | May 2013 |
| 'How We Age' | |
| | |
| Collier County Conference on Aging, Naples, FL | Apr 2013 |
| 'How We Age' | |
| | |
| Helen Bader Foundation, Door County Dept. of Human Services, Sturgeon Bay, WI | Apr 2013 |
| 'How we Age' | |
| | |
| CME Institute Talks, Marco Island, FL | Apr 2013 |
| 'Lectures on Depression and Dementia' | |
| | |
| Phoenix Aging Agency Luncheon, Symposium, Scottsdale, AZ | Feb 2013 |
| 'Hand-Me-Down-Memories: An Intergenerational Understanding of Trauma and PTSD' | |
| | |
| Las Vegas Psychological Society, Las Vegas, NV | Feb 2013 |
| 'How We Age: Impact on Personality and Mental Illness' | |
| | |
| Florida Geriatric Care Managers Association, Conference, Ft Lauderdale, FL | Jan 2013 |
| 'Challenges with Aging Clients: Problems and Possibilities' | |
| | |
| Care and Conquer Conference, Keynote Speaker, St. Louis, MO | Nov 2012 |
| 'How We Age' | |
| | |
| US Psych Congress, Annual Meeting, San Diego, CA | Nov 2012 |
| 'Alzheimer's Disease Update 2012: The State-of-the-Science' | |
| 'The Age Equation: The Impact of Aging on Mental Illness' | |
| 'Physical Comorbidities of Depression' | |
| | |
| Florida Medical Directors Association, Annual Meeting, Orlando, FL | Oct 2012 |
| 'Acute Psychiatric Emergencies' | |
| | |
| Montefiore's Senior Living Health Expo, Keynote Speaker, Cleveland, OH | Oct 2012 |
| 'Growing Older in a New Light' | |

CONFIDENTIAL

Brockman_0002097

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 18 of 42

## PRESENTATIONS CONTINUED…

| | |
|---|---|
| Baptist Hospital, Ethics Forum, Miami, FL | May 2012 |
|     'Sexuality in Late Life: Ethical Issues' | |
| | |
| Harvard University, 50th Reunion Class, Cambridge, MA | May 2012 |
|     'A Perspective on Aging' | |
| | |
| Helen Bader Foundation, Talk & Book Signing, Milwaukee, WI | May 2012 |
|     'How We Age' | |
| | |
| UMDNJ Medical School Psychiatry Department Grand Rounds, Cherry Hill, NJ | Apr 2012 |
|     'The Creative Age' | |
|     'How We Age' | |
| | |
| CMEI Course Presentation, Ft. Lauderdale, FL | Mar 2012 |
|     Marco Island, FL | Apr 2012 |
|     'Dementia: An Update' | |
|     'Management of Depression and Anxiety in Late Life' | |
| | |
| American Association for Geriatric Psychiatry, Annual Meeting, Washington, DC | Mar 2012 |
|     'Psychotherapy in the Elderly' | |
|     'The Creative Age' | |
|     'A Dementia Update' | |
| | |
| Women's Wellness Symposium, Talk & Book Signing, Palm Beach Gardens, FL | Mar 2012 |
|     'How We Age' | |
| | |
| Holocaust Survivors Meeting, Boca Raton, FL | Feb 2012 |
|     'Memory Changes in Late Life' | |
| | |
| Las Vegas Psychiatric Society, Annual meeting, Las Vegas, NV | Feb 2012 |
|     'An Update on Alzheimer's Treatment' | |
| | |
| Jewish Federation, Talk & Book Signing, Naples, FL | Dec 2011 |
|     'How We Age' | |
| | |
| MJHS Multicultural Conference, Miami, FL | Nov 2011 |
|     'An Update on Alzheimer's Disease' | |
| | |
| US Psychiatric Congress, Las Vegas, NV | Nov 2011 |
|     'An Update on Alzheimer's Disease' | |
|     'Cancer Psychology' | |
| | |
| Miami Gay & Lesbian Chamber of Commerce Symposium on Aging, Los Gatos, CA | Sep 2011 |
|     'How We Age' | |

CONFIDENTIAL

Brockman_0002098

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 19 of 42

## PRESENTATIONS CONTINUED…

| | |
|---|---|
| North Dade Chamber of Commerce, Presentation, Miami Shores, FL<br>    'Alzheimer's Research Update.'' | Aug 2011 |
| CMEI Meeting, Presentation, Wisconsin Dells, WI<br><br>    'Depression in the Elderly Patient' | Aug 2011 |
| Florida Association of Clinical Pharmacists, Tampa, FL<br>    'Depression and Anxiety in the Elderly Patient' | Jun 2011 |
| Jewish Book Council, New York, NY<br>    'How We Age' | May 2011 |
| National Association of Social Workers, New York, NY<br>    'How We Age' | May 2011 |
| South Florida Alzheimer's Association, Annual Conference, Boca Raton, FL<br>    'An Update on Alzheimer's Research' | May 2011 |
| Sunny Isles beach Community Center, Sunny Isles Beach, FL<br>    'How We Age' | May 2011 |
| Michael Ann Russell JCC, North Miami Beach, FL<br>    'How We Age' | May 2011 |
| Brownard Aging Network Conference, Pembroke Pine, FL<br>    'How We Age' | May 2011 |
| National Association of Social Workers, Meeting, Miami, FL<br>    'State-of-the-Art Treatment of the Elderly Patient' | Apr 2011 |
| Florida Association Directors of Nursing Administration Conference, Orlando, FL<br>    'How We Age' | Apr 2011 |
| American Association for Geriatric Psychiatry, Annual Meeting, San Antonio, TX<br>    'Psychotherapy in Late Life'<br>    'State-of-the-Science Update on Dementia' | Mar 2011 |
| MJHS Ministering to the Elderly, Presentation, Miami, FL<br>    'Perspectives on the Aging Patient' | Mar 2011 |
| AMPC Review Course, Las Vegas, NV<br>    'Treating Depression and Agitation in the Elderly Patient' | Mar 2011 |
| Conference, Talk and Book Signing, Phoenix, AZ<br>    'How We Age' | Feb 2011 |

CONFIDENTIAL

Brockman_0002099

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 20 of 42

## PRESENTATIONS CONTINUED…

| | |
|---|---|
| US Psychiatric and Mental health Congress, Case Discussion, Orlando, FL<br>    'Sustained Remission in Depression: An Interactive Case Challenge Workshop'<br>    'What Is Old'<br>    'Cognitive Enhancing Strategies' | Nov 2010 |
| Jewish Community Services, Miami, FL<br>    'Therapy with Older Clients' | Nov 2010 |
| Baptist Hospital, Ethics Forum, Miami, FL<br>    'Values in Late-life Decision-Making' | Nov 2010 |
| Miami Jewish Health Systems, Program Moderator, Miami, Florida<br>    'A Multicultural Perspective in Alzheimer's Disease' | Nov 2010 |
| Florida Atlantic University Alzheimer's Association Meeting Program, Boca Raton, FL<br>    'An Update on Alzheimer's Disease' | Oct 2010 |
| Citrus Mental Health Center, Grand Rounds, Hialeah, FL<br>    'Therapy with Older Clients' | Aug 2010 |
| ACC, Alzheimer's Educational Conference, West Palm Beach, FL<br>    'Psychotherapy with Older Adults with Alzheimer's' | Jun 2010 |
| Hebrew Home of Greater Washington DC, Annual Meeting, Washington, DC<br>    'How We Age: A Doctor's Reflections on Our Not-So-Inevitable Decline' | Jun 2010 |
| National Council on Aging, Webinar, www.ncoa.org<br>    'Understanding the Role of Attitudes and Stereotypes in Serving Older Adults' | May 2010 |
| Mercy Hospital Staff Presentation, Miami, FL<br>    'New Developments in the Treatment of Alzheimer's' | May 2010 |
| Alzheimer's Association Regional Education Conference at FIU, Keynote Discussion, Miami, FL<br>    'Research and Medical Panel' | May 2010 |
| South Guardianship Organization, Presentation, Miami, FL<br>    'Update on Alzheimer's Disease' | May 2010 |
| Miami Jewish Health Systems Ministering to the Elderly, Annual Conference, Miami, FL<br>    'Reflections on Growing Older: Voices From the Community'<br>    'I No Longer Know Who I Am: Meaning and Purpose When Facing Dementia' | Mar 2010 |
| Florida Association for Directors of Nursing Administration, Annual Convention, Orlando, FL<br>    'Managing Alzheimer's & Other Dementias in the Elderly Population' | Apr 2010 |
| County of Orange Health Care Agency, Presentation, Santa Ana, CA<br>    'The Spectrum of Dementia: Assessment and Treatment' | Mar 2010 |

CONFIDENTIAL

Brockman_0002100

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 21 of 42

## PRESENTATIONS CONTINUED…

| | |
|---|---|
| Greater Miami Women's Auxiliary, Presentation, Miami, FL<br>    'Memory: What's Normal, What's Not?' | Feb 2010 |
| Miami-Dade Memory Walk, Awards Breakfast, Miami, FL<br>    'An Update on Alzheimer's Disease' | Feb 2010 |
| Jewish Chaplaincy Program, Refuat Ha'Nefesh Fellows Program, Miami, FL<br>    'Dementia, Depression and Mental Illness in the Elderly' | Dec 2009 |
| Demystifying Health Care Reform, Annual Presentation, Aventura, FL<br>    'Perspectives on Health Care Reform' | Nov 2009 |
| US Psychiatric Congress, Las Vegas, NV<br>    'What is Old?'<br>    'It's Not Always Alzheimer's Disease: A Review of the Other Dementia Types' | Nov 2009 |
| South Florida Guardianship Organization, Annual meeting, Miami, FL<br>    'Update on Alzheimer's Disease' | Jul 2009 |
| ACC Alzheimer's Educational Conference, Annual meeting, West Palm Beach, FL<br>    'Mood and Behavioral Disturbances Associated with Dementia' | May 2009 |
| Miami Jewish Health Systems, Discussion Panel, Aventura, FL<br>    'The Alzheimer's Project' | May 2009 |
| Florida Chapter of the American Society of Consultant Pharmacists (FL-ASCP), Senior Meeting, Tampa, FL<br>    'Managing Late Life Anxiety' | Apr 2009 |
| Miami Jewish Home & Hospital, Family Circle Evening, Miami, FL<br>    'Waking Up the Brain: Enhancing Brain Functioning' | Mar 2009 |
| Michael-Ann Russell JCC, Senior Health Fair, North Miami Beach, FL<br>    'Sexuality and Aging' | Feb 2009 |
| Harvard Medical School Grand Rounds, Belmont, MA<br>    'Personality and Personality Disorders in Late Life: Where Are We Heading?'<br>    'Personality and Developmental Tasks in Late Life' | Nov 2008 |
| Connecting New With Options symposium, FAU Memory & Wellness Center Boca Raton, FL<br>    'Memory Disorders and Alzheimer's Disease' | Oct 2008 |
| Florida Medical Director Association, Annual Program, Orlando, FL<br>    'Effective Mental Health Services in the Long-Term Care Setting' | Oct 2008 |

Brockman_0002101

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 22 of 42

## PRESENTATIONS CONTINUED…

US Psychiatric Congress, San Diego, CA     Oct 2008
     'Tales from the Clinic: Finding the Humanity in the Patient'
     'Depression and Apathy Associated with Dementia'

Medical Management of Schizophrenia: Meeting the Challenges workshop, New York, NY     Sep 2008
     'Case Study: Schizophrenia and Metabolic Disturbances'

DON Conference, Presented to Pharmerica, Ft. Lauderdale, FL     Nov 2007
     'Alzheimer's Disease: An Update on Diagnosis and Treatment'

U.S. Psychiatric Congress in Orlando, FL     Oct 2007
     'Personality Disorders in Late Life'
     'Sexuality in Late Life'

Diamond Health Care, Annual meeting, Richmond, VA     Oct 2007
     'Tales From the Clinic'

Miami Jewish Home & Hospital for the Aged, Miami, FL     Jul 2007
     'Alzheimer's Disease: New Research, New Hope'

Temple Beth Moshe, Presented to the Over 50 Group, North Miami, FL     Jun 2007
     'Memory Loss: What's Normal, What's Not?'

Alpha Physician Services Medical Director Forum, Daytona Beach, FL     Apr 2007
     'Sexuality Issues in Long-Term Care'

Point East Community Center, Presented residents group, North Miami Beach, FL     Apr 2007
     'Memory – What's Normal, What's Not?'

Fearless Caregiver Conference, Miami, FL     Mar 2007
     Expert Question & Answer Panel

Aging & Disability Resource Center of Broward County, Ft. Lauderdale, FL     Mar 2007
     'The Uses of Psychotropic Drugs in the Elderly'

Florida Medical Directors Assoc., Am Acad Care Physicians, Florida ASCP Conf, Orlando, FL     Oct 2006
     'Lessons from the Memory Clinic: Practical Information on Diagnosis, Treatment, and
     Resources for the Multidisciplinary Team'

American Conference on Psychiatric Disorders, Program Moderator, New York, NY     Jun 2006
     'Mild Cognitive Impairment, Early Diagnosis, and Etiopathogenesis of Alzheimer's Disease'

Twelfth Annual Douglas Garden's Seminar on Ministering to the Elderly, Miami, FL     Jun 2006
     'Dementia – It's Not Always Alzheimer's'

Alpha Physician Services Medical Director Forum, Orlando, FL     Apr 2006
     'Management of Dementia-Related Behavioral Problems'

Brockman_0002102

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 23 of 42

## PRESENTATIONS CONTINUED…

| | |
|---|---|
| 15th Annual Practical Psychopharmacology Update, sponsored by CME, LLC, Delray Beach, FL<br>'When is Psychopharmacology Useful in the Treatment of Personality Disorders?'<br>'Metabolic Syndrome and Atypical Antipsychotics' | Mar 2006 |
| 15th Annual Practical Psychopharmacology Update, sponsored by CME, LLC, Las Vegas, NV<br>'When is Psychopharmacology Useful in the Treatment of Personality Disorders?'<br>'Metabolic Syndrome and Atypical Antipsychotics' | Jun 2006 |
| Mt. Sinai Medical Center Social Services Department, Miami Beach, FL<br>'New Developments in the Treatment of Alzheimer's' | Mar 2006 |
| Grand Rounds, Dept. of Psychiatry and Beh. Sciences, Miller School of Medicine, Miami, FL<br>'Personality Disorders in Late Life: Challenges and Choices' | Feb 2006 |
| 17th Annual Broward Area Coordinating Council Meeting, Pompano Beach, FL<br>'Dementia – It's Not Always Alzheimer's Disease' | Feb 2006 |
| 18th Annual U.S. Psychiatric & Mental Health Congress, Las Vegas, NV<br>'Agitation and Psychosis in Geriatric Patients'<br>'Types of Dementia and Their Treatment' | Nov 2005 |
| South Florida Guardianship Association, Miami, FL<br>'Psychiatric Issues in Late Life' | Jul 2005 |
| South Florida Guardianship Association, Meeting, Miami, FL<br>'Memory Loss – What's Normal, What's Not?' | Jul 2005 |
| Annual Education Seminar, Miami-Dade County Alzheimer's Disease Initiative, Miami, FL<br>'How Medications Affect Behavior' | Jun 2005 |
| 3rd Annual Long Term Care Symposium, Adult & Geriatric Institute of Florida, Hollywood, FL<br>'Alzheimer's Disease and Treatment Options' | Apr 2005 |
| 4th Annual Alzheimers Foundation, Biloxi, MS<br>'An Update on the Assessment and Treatment of Alzheimer's Disease and Related<br>Behavioral Disturbances' | Mar 2005 |
| Advances in Geriatrics XIV, sponsored by MAGEC, West Palm Beach, FL<br>'The Spectrum of Dementia' | Mar 2005 |
| Elderly Services Related Network Meeting, Plantation, FL<br>'Medication Management of Dementia' | Mar 2005 |
| Mt. Sinai Medical Center, Presentation to case managers and social workers, Miami Beach, FL<br>'Dementia and Its Management' | Dec 2004 |

CONFIDENTIAL

Brockman_0002103

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 24 of 42

## PRESENTATIONS CONTINUED…

| | |
|---|---:|
| 15th Annual Brevard County Long Term Care Symposium, Melbourne, FL<br>    'Update of Treatment of Psychosis in the Elderly' | Nov 2004 |
| CME Program, Memory Fitness Institute/Annenberg Center for Health Sciences, Atlanta, GA<br>    'The Memory Prescription: Assessing and Treating the Spectrum of Brain Impairment' | Jul 2004 |
| CME Program, Memory Fitness Institute/Annenberg Center for Health Sciences, Dallas, TX<br>    'The Memory Prescription: Assessing and Treating the Spectrum of Brain Impairment' | Sep 2004 |
| CME Program, Memory Fitness Institute/Annenberg Center for Health Sciences, Miami, FL<br>    'The Memory Prescription: Assessing and Treating the Spectrum of Brain Impairment' | Oct 2004 |
| CME Program, 6th Annual U.S. Geriatric and Long-Term Care Congress, Orlando, FL<br>    'Working with Personality Disorders in Late Life: Diagnosis & Treatment'<br>    'Sexual Dysfunction in the Elderly' | Jun 2004 |
| CME program Elder Care Summit, Center for Health Information and Penn State, Tampa, FL<br>    'Managing Behaviors in Cognitively Impaired Older Adults Residing in Nursing Facilities' | Jun 2004 |
| 27th Annual Meeting of the American Medical Director's Association, Phoenix, AZ<br>    *CME program: The Long-Term Management of Patients with Dementia of the Alzheimer's Type*<br>    'Dementia: Products and Promises' | Mar 2004 |

PsychCME, Duke University Medical Center "Recent Advances in Treating Mood & Behavioral Disorders"
    'An Evidence Based Approach to Treating Mood and Behavioral Disturbances in the Elderly'

| | |
|---|---:|
| Atlanta, GA | Feb 2004 |
| Orlando, FL | Feb 2004 |
| Dallas, TX | Feb 2004 |
| Houston, TX | Feb 2004 |
| Philadelphia, PA | Mar 2004 |
| Boston, MA | Mar 2004 |

| | |
|---|---:|
| Florida Geriatric Care Manager's Association (FGCMA) Conference, Aventura, FL<br>    'Dementia: It's Not Always Alzheimer's Disease!' | Feb 2004 |

CME symposium "Receptors & Selectivity in Antidepressant Therapy: Implications to the Clinical Treatment of Major Depression," sponsored by the Institute for Advanced Health Education, UMDNJ, Forest Pharmaceuticals, Inc.

| | |
|---|---:|
| Miami, FL | Nov 2003 |
| Atlanta, GA | Jan 2004 |
|    'Developments in Antidepressant Therapy: A Critical Assessment of Clinical Studies' | |

CME symposium "Emerging Strategies in the Treatment of Alzheimer's Disease," sponsored by CME, Inc. and Forest Laboratories, Inc.

| | |
|---|---:|
| Tampa, FL | Nov 2003 |
| Baltimore, MD | Oct 2003 |
|    'Innovative Therapeutic Approaches to Manage Alzheimer's Disease' | |

Brockman_0002104

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 25 of 42

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Broward Alzheimer's Coordinating Council Conf, N. Broward Med Center Pompano Beach, FL | Nov 2003 |
| 'Dementia (It's Not Always Alzheimer's Disease)' | |
| | |
| Michael-Ann Russell Jewish Community Center, North Miami Beach, FL | Oct 2003 |
| 'Memory Loss and Aging –What's Normal, What's Not?' | |
| | |
| Florida Medical Directors Association, 12th Annual Program, Orlando, FL | Oct 2003 |
| 'Utilizing New QI/QM Approaches to Improve Outcomes in Antipsychotic Therapy and Pain Management' | |
| | |
| American Society of Consultant Pharmacists,' 25th Annual Midyear Conference, Tampa, FL | May 2003 |
| 'Managing Behaviors and Mood in LTC Residents: Evaluating the Risks and Benefits of Atypical Antipsychotics' | |
| | |
| American Medical Director's Association, 26th Annual Meeting, Orlando, FL | Mar 2003 |
| 'Clinical, Legal, Fiscal: Integrating the Domains of Dementia' | |
| 'Managing Behaviors and Mood in LTC Residents: Evaluating the Risks and Benefits of Atypical Antipsychotics' | |
| | |
| Alzheimer's Disease Education Conference, Miami, FL | Nov 2001 |
| 'Pharmaceutical Interventions in Alzheimer's Care: Current and Future Directions of Drug Treatment' | |
| | |
| A CE program by MatureHealth Communications LLC | |
| Ft. Lauderdale, FL | Feb 2003 |
| | |
| Chicago, IL | Apr 2003 |
| 'Focus on the Diseases of the CNS: An Update on Managing Psychosis and its Complications' | |
| | |
| Broward Country Convention Center Ft. Lauderdale, FL. | Feb 2003 |
| 'Management of Behavioral Episodes in Dementia: New Evidence for Care' | |
| | |
| American Medical Director's Association, 25th Annual Meeting, San Diego, CA | Mar 2002 |
| 'New Approaches to Treatment of Dementia: Optimizing Resident Function and Caregiver Efficiency' | |
| | |
| Michael-Ann Russell Jewish Community Center, North Miami Beach, FL | Mar 2002 |
| 'Sex After Sixty' | |
| | |
| Alzheimer's Disease Education Conference, Miami, FL | Nov 2001 |
| 'Pharmaceutical Interventions in Alzheimer's Care: Current and Future Directions of Drug Treatment' | |
| | |
| Holmes Regional Medical Center Grand Rounds, Melbourne, FL | Nov 2001 |
| 'Optimal Management of Psychosis and Agitation in the Elderly' | |

CONFIDENTIAL

Brockman_0002105

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 26 of 42

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Broward Alzheimer's Coordinating Council Conference, Annual Meeting, Pompano Beach, FL<br>'Medications for Dementia in the New Millennium' | Oct 2001 |
| Alzheimer's Disease Educational Conference, Annual Meeting, Palm Beach Gardens, FL<br>'Optimal Management of Psychosis and Agitation' | Jul 2001 |
| Alzheimer's Disease Educational Conference, Annual Meeting, Palm Beach Gardens, FL<br>'The Diagnosis and Management of Alzheimer's Disease' | Jul 2001 |
| Mercy Hospital Community Health Networking Group, Presentation, Miami, FL<br>'Alzheimer's Disease: Dimensions and Caregiver Support' | Jun 2001 |
| Miami-Dade Coalition on Aging, Coral Gables, FL<br>'Dementia: Different Causes, Different Treatments' | Jan 2001 |
| CME Psychopharmacology Across the Lifecycle, Symposium, Orlando, FL<br>'The Pharmacologic Spectrum to Treat Dementia and Related Psychiatric Disorders' | Nov 2000 |
| Baptist Hospital Mental Health Grand Rounds, Miami, FL<br>'Sexual Function and Dysfunction in Late Life' | Nov 2000 |
| U.S. Geriatric and Long Term Care Congress, Annual Presentation, Las Vegas, NV<br>'Diagnosis and Treatment of Late-Life Personality Disorders' | Jun 2000 |
| U.S. Geriatric and Long Term Care Congress, Annual Presentation, Las Vegas, NV<br>'Treating Erectile Dysfunction in the Elderly Men' | Jun 2000 |
| Rona Barlestone Associates, Staff Presentation, Hollywood, FL<br>'An Introduction to Geriatric Psychiatry' | Apr 2000 |
| Minneapolis VA Aging in the New Millennium, Conference, Minneapolis, MN<br>'Sexual Function and Dysfunction in Late Life' | Apr 2000 |
| Mt. Sinai Medical Center Grand Rounds, Miami, FL<br>'Sexuality and Sexual Dysfunction in Late Life' | Apr 2000 |
| American Association for Geriatric Psychiatry, Roundtable Luncheon, Miami, FL<br>'Personality Disorders in Late Life' | Mar 2000 |
| American Association for Geriatric Psychiatry, Annual Meeting, Miami, FL<br>'Practical Approaches to the Treatment of Late-Life Personality Disorders' | Mar 2000 |
| American Association for Geriatric Psychiatry, Annual Meeting, Miami, FL<br>'Sexuality and Sexual Dysfunction in Late Life' | Mar 2000 |
| Jewish Family Service of Broward County, Clinical Staff Presentation, Plantation, FL<br>'An Introduction to Psychiatric Medications' | Nov 1999 |

CONFIDENTIAL

Brockman_0002106

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 27 of 42

## PRESENTATIONS CONTINUED…

| | |
|---|---|
| American Academy of Nurse Practitioners, Annual Conference, Atlanta, GA<br>'New Insights in the Management of Erectile Dysfunction' | Jun 1999 |
| American Association for Geriatric Psychiatry, Roundtable Luncheon, New Orleans, LA<br>'Personality Disorders in Late Life' | Mar 1999 |
| American Association for Geriatric Psychiatry, Annual Meeting, New Orleans, LA<br>'Pharmacologic Treatment of Personality Disorders in Late Life' | Mar 1999 |
| American Association for Geriatric Psychiatry, Annual Meeting, New Orleans, LA<br>'Psychological Assessment and Treatment of Erectile Dysfunction in Late Life' | Mar 1999 |
| St. Paul Family and Children's Services Grand Rounds, St. Paul, MN<br>'Diagnosis and Treatment of Late-life Depression' | Nov 1998 |
| American Association for Geriatric Psychiatry Symposium, Chicago, IL<br>'Late-life Depression and Co-morbid Illness' | Nov 1998 |
| Minneapolis VA Women's Health Mini-Residency, Minneapolis, MN<br>'Sexual Dysfunction and Women's Health' | Sep 1998 |
| VA Medical Center Psychiatry Grand Rounds, Minneapolis, MN<br>'The Use of Stimulants in Medically Ill Psychiatric Patients' | Sep 1998 |
| Minnesota Veterans Home to the Family Support Group, Minneapolis, MN<br>'Where Can Caregivers Go For Help? Caregiver Issues Dealing With Dementia' | Jul 1998 |
| Minnesota Area Geriatric Education Center (MAGEC) Geriatric Fellowship<br>'Mood Disorders in Late Life' | Jun 1998 |
| Minnesota Area Geriatric Education Center (MAGEC) Educational Fellowship<br>'Personality Disorders in Late Life' | Jun 1998 |
| VA Medical Center Psychiatry Grand Rounds, Minneapolis, MN<br>'Assessment and Treatment of Erectile Dysfunction: Viagra and Other Treatment Options' | Jun 1998 |
| Hennepin County Medical Center Selected Topics Seminar, Minneapolis, MN<br>'Personality and Psychopathology in the Elderly' | May 1998 |
| Minneapolis VA GRECC Conference on the Aging Brain in Health and Disease, Minneapolis, MN<br>'Personality and Psychopathology in the Elderly' | Apr 1998 |
| AAGP Treatment Approaches for the Geriatric Patient with Erectile Dysfunction Symposium,<br>Annual meeting, San Diego, CA<br>'Counseling the Geriatric Patient with Erectile Dysfunction' | Mar 1998 |

CONFIDENTIAL

Brockman_0002107

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 28 of 42

## PRESENTATIONS CONTINUED…

| | |
|---|---|
| University of MN, Psychological Assessment and Diagnosis in Marriage and Family Therapy, Minneapolis, MN<br>'Psychopharmacology: An Introduction' | Feb 1998 |
| VA Medical Center Psychiatry Grand Rounds, Minneapolis, MN<br>'Personality Disorders in a Geriatric Psychiatry Outpatient Clinic' | Jan 1998 |
| Graduate Course Lecture at the University of St. Thomas, St. Paul, MN<br>'Clinical Practice with the Elderly' | Aug 1997 |
| Minneapolis Education Center Conference on Developing an Erectile Dysfunction Clinic, Minneapolis, MN<br>'Patient Psychotropic Medication Assessment: Psychiatry Clinic' | Nov 1997 |
| Minneapolis Education Center Conf. on Dev. Erectile Dysfunction Clinic, Minneapolis, MN<br>'Psychogenic Erectile Dysfunction' | Nov 1997 |
| VA Medical Center Medicine Journal Club, Minneapolis, MN<br>'Review of Journal Article and Presentation on Psychocardiology' | Nov 1996 |
| Minneapolis Education Center Conference on Mood Disorders in the Elderly, Minneapolis, MN<br>'An Overview of Mood Disorders in Late Life' | Oct 1996 |
| Minnesota Association for Guardianship and Conservatorship (MAGiC), Annual State Conference, Minneapolis, MN<br>'Unique Features of Depression' | Oct 1996 |
| VA Medical Center Psychiatry Grand Rounds, Minneapolis, MN<br>'Sociopathy and Substance Disorder' | Sep 1996 |
| VA Medical Center Staff Grand Rounds, St. Cloud, MN<br>'Personality Disorders in the Elderly' | Mar 1996 |
| VA Medical Center Lecture to VA Dietitians, Minneapolis, MN<br>'An Introduction to Alzheimer's Disease' | Mar 1996 |
| University of Minnesota Medical School Geropsychiatry Survey Course, Minneapolis, MN<br>'Personality Disorders in the Elderly' | Mar 1996 |
| Lecture to Graduate Students in Social Work, Minneapolis, MN<br>'Social Work with Older Adults'<br>'Social Work with Older Adults' | <br>Apr 1996<br>Oct 1996 |
| Hennepin County Medical Center Geriatric Medicine Staff Presentation, Minneapolis, MN<br>'Choosing An Appropriate Antidepressant' | Aug 1995 |

CONFIDENTIAL

Brockman_0002108

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 29 of 42

## PRESENTATIONS CONTINUED…

| | |
|---|---|
| Hennepin County Medical Center Geriatric Medicine Staff Presentation, Minneapolis, MN<br>'New Antidepressants' | Aug 1995 |
| VA Medical Center Psychiatry Grand Rounds, Minneapolis, MN<br>'Personality Disorders in the Elderly: An Overview' | Nov 1994 |
| Psychosocial Lunchtime Series, Sponsored by John Gunderson, M.D., Belmont, MA<br>'Personality Disorders in the Elderly: Research Findings' | Mar 1994 |
| Agnes Goldberg Memorial Symposium, Fifteenth Annual Meeting, Belmont, MA<br>'Personality Disorders in the Elderly: An Overview' | Apr 1993 |
| McLean Hospital Weekly Clinical Case Conference, Belmont, MA<br>'Obsessive-Compulsive Symptoms in Psychotic Patients: Related or Distinct Entities' | Jan 1993 |
| Presentation to Erik and Joan Erikson, Harvard University, Cambridge, MA<br>'Sex differences in the play constructions of college age students: preliminary findings' | Nov 1986 |

## PUBLICATIONS

**"The Patient with Dementia."** In: Agronin ME, RL Glick, JS Berlin, A Fishkind, and S Zeller (eds). Emergency Psychiatry: Principles and Practice, 2nd Edition. Philadelphia, PA: Lippincott Williams & Wilkins, 2019.

**"Geriatric Psychiatry: Personality Disorders."** In: Agronin ME, BJ Sadock, VA Sadock, and P Ruiz (eds.), Kaplan & Sadock's ComprehensiveTextbook of Psychiatry, 10th Edition (pp. 4103 – 4107). Philadelphia, PA: Wolters Kluwer, 2016

**Sexuality and Aging.** Agronin ME. In DC Steffens, DG Blazer, ME Thakur (Eds), Textbook of Geriatric Psychiatry, 5th edition (pp. 389 - 414). Washington, DC: American Psychiatric Press, 2015

**"Sexuality and Sexual Disorders"** Agronin ME. *American Psychiatric Publishing Textbook of Geriatric Psychiatry, 5th Edition*, 2015

**"Somatic Symptom Disorders"** Agronin ME. *American Psychiatric Publishing Textbook of Geriatric Psychiatry, 5th Edition,* 2015

**"Sensitivity and specificity of [18F] Flutemetamol PET imaging for estimating cerebral neuritic plaque density: Results of a multicenter phase 3 clinical trial"** Salloway S, Curtis C, Gamez J, Singh U, Sadowsky C, Villena T, Sabbagh M, Beach TG, Duara R, Fleisher AS, Frey KA, Walker Z, Hunjan A, Holmes C, Escovar YM, Vera CA, Agronin ME, et al. Submitted for publication, 2015

**"Detection of amyloid β signature in the lens and its correlation in the brain to aid in the diagnosis of Alzheimer's disease"** Kerbage C, Sadowsky CH, Tariot PN, Agronin M, Alva G, Turner FD, Nilan D, Cameron A, Cagle GD, Hartung PD. *Am J Alz Dis & Other Dem*, 2014

Brockman_0002109

*Marc Edward Agronin, M.D.*
The Forensic Panel

Page 30 of 42

## PUBLICATIONS CONTINUED…

**"Alzheimer's Disease and Other Dementias, 3rd Edition"** Agronin ME. New York, Routledge, 2014

**"Sexuality and Aging"** Agronin ME. In *Principles and Practice of Sex Therapy.* YM Binik and KSK Hall (eds.), NY, The Guildford Press. 2014 pp 525-540

**"Personality Disorders and Somatoform Disorders"** Agronin ME. In *Geriatric Nursing Review Syllabus: A Core Curriculum in Advanced Practice Geriatric Nursing, 4th Edition.* Flaherty E, Resnick B (eds.), New York: American Geriatrics Society; 2014

**"From Cicero to Cohen: developmental theories of aging, from antiquity to the present"** Agronin ME. *The Gerontologist.* 2013. Published online 10 May 2013

**"The effect of an Aloe Polymannose multinutrient complex on cognitive and immune functioning in Alzheimer's disease"** Lewis JE, McDaniel HR, Agronin ME, Loewenstein DA, et al. *J Alz Dis* (2013) 33 pp 393-406

**"Personality Disorders and Somatoform Disorders"** Agronin ME.  GRS Teaching Slides. NY, American Geriatrics Society; 2013, www.geriatricscareonline.org

**"Personality Disorders and Somatoform Disorders"** Agronin ME. Geriatrics Review Syllabus, 8th Edition, Audio Companion. AL, Oakstone Medical Publishing for American Geriatrics Society; 2013

**"Personality Disorders and Somatoform Disorders"** Agronin ME. In *Geriatrics Review Syllabus: A Core Curriculum in Geriatric Medicine, 8th Edition.* Durso SC, Sullivan GM (eds.), New York, NY, American Geriatrics Society; 2013

**"Principles and Practice of Geriatric Psychiatry, 2nd Edition"** Agronin ME, Maletta G (eds). Philadelphia, Lippincott Williams & Wilkins, 2011

**"How We Age: A Doctor's Journey into the Heart of Growing Old"** Agronin ME. Da Capo/Perseus Press, 2011

**"Nursing Homes and Long-term Care"** Agronin ME, Bharucha A, Scheinthal S. In *Principles and Practice of Geriatric Psychiatry.* S Kumar (ed.), 2011

**"Therapy with Older Clients: Key Strategies for Success"** Agronin ME. W.W. Norton & Co., 2010

**"Older Patients . . . Even Older? A Review of Jonathan Weiner's new book Long for This World: The Strange Science of Immortality"** Agronin ME. *Geriatric Psychiatry News*  Nov/Dec 2010 pp 9, 11

**"Dr. Gary Small and the Naked Lady Who Stood on Her Head."** Agronin ME. *Geriatric Psychiatry News* Sep/Oct 2010 p 4

**"Managing Depression in Older Patients: Practical Approaches to Complex Patients"** Agronin ME. *PsychClinician Report* Sep2010

CONFIDENTIAL

Brockman_0002110

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 31 of 42

## PUBLICATIONS CONTINUED...

**"Managing Depression in Older Adults"** Agronin ME. *Monograph in PsychClinician Report* Sep 2010

**"The Age of Happiness"** Agronin ME. *Geriatric Psychiatry News* Jul/Aug 2010 p 5

**"More Training and Research"** Agronin ME. Contribution to *Room for Debate: When Boomers Get Dementia* (New York Times online) June 2 2010.
http://roomfordebate.blogs.nytimes.com/2010/06/02/when-boomers-get-dementia/

**"Older Patients . . . Even Older? A Review of Jonathan Weiner's new book Long for This World: The Strange Science of Immortality"** Agronin ME. Nov/Dec 2010 pp 9, 11

**"Dr. Gary Small and the Naked Lady Who Stood on Her Head"** Agronin ME. *Geriatric Psychiatry News.* Sep/Oct 2010 p 4

**"This I Believe"** Agronin ME. *Geriatric Psychiatry News* May/June 2010 p 5

**"The Ghosts of Savannah"** Agronin ME. *Geriatric Psychiatry News* Mar/Apr 2010 p 5

**"Cases: Old Age, From Youth's Narrow Prism"** Agronin ME. *New York Times* Health section, March 1 2010. http://www.nytimes.com/2010/03/02/health/02case.html

**"Learning from the Elders: An Interview with Bernard Lown, MD"** Agronin ME. *Geriatric Psychiatry News* Jan/Feb 2010 p 5

**"On Geriatric Psychiatry and Aging: An Interview with AAGP Member Pierre Loebel, MD"** Agronin ME. *Geriatric Psychiatry News,* May/Jun 2009, pp 7

**"From A Place of Fire and Weeping, Lessons on Memory, Aging, and Hope"** Agronin ME. Reprinted in *Together* (Publication of the American Gathering of Jewish Holocaust Survivors & Their Descendants), Apr 2009 23(1) pp 4, 15

**"Brain Games: Do They Really Work?"** Doraiswamy PM, Agronin ME. *Scientific American Mind* online Apr 28 2009. http://www.scientificamerican.com/article.cfm?id=brain-games-do-they-really

**"Group therapy in the elderly"** Agronin ME. *Current Psychiatry Reports* 2009 11(1) pp 27-32

**"Personality Disorders and Somatoform Disorders"** Agronin ME. In *Assisted Living Nursing: A Manual for Management and Practice.* B Resnick, & E Mitty (eds.), New York, NY, Springer Pub Co., 2009

**"Personality Disorders and Somatoform Disorders"** Agronin ME. In *Geriatric Nursing Review Syllabus: A Core Curriculum in Advanced Practice Geriatric Nursing, 2nd Edition.* B Resnick, & E Mitty (eds.), New York, American Geriatrics Society, 2009

**"Management of Sexual Disorders in the Elderly"** Agronin ME. In *Clinical Manual of Sexual Disorders.* R Balon and T Seagraves (eds.), Washington: American Psychiatric Publishing, Inc., 2009, pp 403-422

CONFIDENTIAL

Brockman_0002111

*Marc Edward Agronin, M.D.*
The Forensic Panel

Page 32 of 42

## PUBLICATIONS CONTINUED…

**"Geriatric Psychiatry: Personality Disorders"** Agronin ME. In *Kaplan & Sadock's Comprehensive Textbook of Psychiatry, 9th Edition*. BJ Sadock, VA Sadock, and P Ruiz (eds.), Philadelphia, PA, Lippincott Williams & Wilkins, 2009

**"Somatoform Disorders"** Agronin ME. In *Textbook of Geriatric Psychiatry, 4th Edition*. DG Blazer, DC Steffens & EW Busse eds. Washington, DC, American Psychiatric Press, 2009, pp 347-356

**"Sexual Disorders"** Agronin ME. In *Textbook of Geriatric Psychiatry, 4th Edition*. DG Blazer, DC Steffens &EW Busse eds. Washington, DC, American Psychiatric Press, 2009, pp 357-374

**"What Survivors Feel"** Agronin ME. In Room for Debate: Seeking Justice Decades Later (New York Times online). February 4, 2009. http://roomfordebate.blogs.nytimes.com/2009/02/04/seeking-justice-decades-later/

**"Return"** Agronin ME. *Geriatric Psychiatry News*. Jan/Feb 2009 p 3

**"Cases: From a Place of Fire and Weeping, Lessons on Memory, Aging and Hope"** Agronin ME. *New York Times* Health. December 23, 2008. http://www.nytimes.com/2008/12/23/health/23case.html

**"Therapeutic management of schizophrenia: practical tools and screens"** Treisman GJ, Agronin ME, Kane JM. Brochure sponsored by The Johns Hopkins University School of Medicine and Advanced Strategies in Medicine (McMahon Group), December, 15, 2008

**"Improving evidence-based, individualized care of patients with schizophrenia"** Treisman GJ, Agronin ME, Kane JM. Monograph sponsored by The Johns Hopkins University School of Medicine and Advanced Strategies in Medicine (McMahon Group). December, 15, 2008

**"Alzheimer's Update: New Research Brings Hope for Alzheimer's Disease Sufferers"** Agronin ME. *South Florida Hospital News*. 2008 5(3)

**"To Go Gently Or Not: Does Slow Medicine Make Sense in Psychiatry?"** Agronin ME. *American Psychiatry News*. 2008 1(12) pp 22-23

**"The Patient with Dementia"** Agronin ME. In *Emergency Psychiatry: Principles and Practice*. RL Glick, JS Berlin, A Fishkind, and S Zeller (eds), Philadelphia, PA, Lippincott Williams & Wilkins, 2008, pp 223-232

**"Sacred History"** Agronin ME. *CNS SeniorCare*. 2008 7(4) p 3

**"If I Forget Thee"** Agronin ME. *American Psychiatry News*. 2008 1(11) pp 41-42

**"Bereft"** Agronin ME. *American Psychiatry News*. 2008 1(10) p 11

**"Strength in Numbers"** Agronin ME. *American Psychiatry News*. 2008 1(9) p 15

**"Savant, of Sorts"** Agronin ME. *American Psychiatry News*. 2008 1(8) p 19

**"Threads"** Agronin ME. *CNS SeniorCare*. 2008 7(3) p 13

Brockman_0002112

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 33 of 42

## PUBLICATIONS CONTINUED…

**"A Sage From the Prairie: An Interview with George S. McGovern"** Agronin ME. *American Psychiatry News.* 2008 1(6) pp 22-23

**"Just Words"** Agronin ME. *CNS News Neurology.* 2008 10(5) pp 1, 14

**"Blessed"** Agronin ME. *American Psychiatry News.* 2008 1(5) p 14

**"Stumped"** Agronin ME. *American Psychiatry News.* 2008 1(4) p 22

**"Lousy"** Agronin ME. *CNS News Neurology.* 2008 10(4) pp 10, 12

**"Cicero Rules"** Agronin ME. *American Psychiatry News.* 2008 1(3) p 21

**"In Sight"** Agronin ME. *CNS News Neurology.* 2008 10(2) p 4

**"Trees"** Agronin ME. *American Psychiatry News.* 2008 1(2) p 12

**"Liar, Liar"** Agronin ME. *CNS SeniorCare.* 2008 7(2) pp 11, 17

**"Unmasked"** Agronin ME. *CNS News Neurology.* 2008 10(1) pp 1, 18-19

**"Number Our Days"** Agronin ME. *American Psychiatry News.* 2008 1(1) p 13

**"A Tale of Two Muses"** Agronin ME. *CNS SeniorCare.* 7(1) pp 20-21

**"Sunshine"** Agronin ME. *CNS News.* 2007 9(10) pp 24-25

**"Let's Rejoice"** Agronin ME. *CNS News.* 2007 9(9) pp 18-19

**"Caring for the Dementia Caregiver: Ways to Identify and Reduce Burden"** Agronin ME. *Psychiatric Times.* 2007 (suppl 2/4)

**"Roots"** Agronin ME. *CNS News.* 2007 9(8) pp 21-22

**"Personality Is as Personality Does"** Agronin ME. Guest Editorial, *American Journal of Geriatric Psychiatry.* Summer 2007

**"Rules of Four"** Agronin ME. *CNS SeniorCare.* 2007 6(3) pp 13-14

**"39 Doctors"** Agronin ME. *CNS News.* 2007 9(7) pp 12-13

**"Falls in Long-Term Care Residents"** Agronin ME. *ElderCare.* 2007 7(1) pp 13-16

**"Honoring Our Heroes"** Agronin ME. *CNS News.* 2007 9(6) pp 26-27

**"'I Would Prefer Not To': A Case of the Patient With Indirect Life-Threatening Behavior"** Agronin ME. *CNS News.* 2007 9(5) pp 24-25

*Marc Edward Agronin, M.D.*
The Forensic Panel

Page 34 of 42

## PUBLICATIONS CONTINUED…

**"Working With Challenging Caregivers"** Agronin ME. *CNS News.* 2007 9(4) pp 26-27

**"Cherishing Relics of All Kinds"** Agronin ME. *CNS SeniorCare.* 2007 6(2) pp 3-4

**"Recognizing and Exalting the Stages of 'Silent Death' Through Basic Elements"** Agronin ME. *CNS News.* 2007 9(3) pp 12, 17

**"Waiting for Gratitude: Approaching and Dealing With the Pathological Narcissistic Patient"** Agronin ME. *CNS News.* 2007 9(2) pp 28-30

**"Certainty"** Agronin ME. *CNS News.* 2007 9(1) pp 24, 30-31

**"Strange But True: Dealing With the Schizotypal Personality Disorder Patient"** Agronin ME. *CNS SeniorCare.* 2007 6(1) pp 5-6

**"Personality Disorders and Somatoform Disorders"** Agronin ME. In *Geriatric Nursing Review Syllabus: A Core Curriculum in Advanced Practice Geriatric Nursing, 2nd Edition.* C Auerhahn, L Capezuti, E Flaherty, and N Resnick (eds.), New York: American Geriatrics Society, 2007

**"Delirium"** Agronin ME. In *Conn's Current Therapy, 2007 Edition.* R Rakel, ET Bope (eds.), Philadelphia, Saunders/Elsevier, Inc., 2007, pp 1294-1299

**"Personality Disorders"** Agronin ME.  In *Psychiatry in the Nursing Home, 2nd Edition.* W Reichman, P Katz (eds.), New York, Oxford University Press, 2007

**"Personality Disorders"** Agronin ME. In *Encyclopedia of Health and Aging.* KS Markides (ed), Thousand Oaks, CA, SAGE Publications, 2007, pp 460-462

**"Somatoform Disorders"** Agronin ME. In *Essentials of Geriatric Psychiatry.* DG Blazer, DC Steffens, and EW Busse (eds.), Washington, DC, American Psychiatric Press 2007, pp 207-218

**"Alzheimer Disease and Related Dementias:  A Practical Guide., 2nd Edition"** Agronin ME. Philadelphia, Lippincott Williams & Wilkins, 2007

**"Personality Disorders and Somatoform Disorders"** Agronin ME. In *The Geriatric Review Syllabus: A Core Curriculum in Geriatric Medicine, 6th Edition.* P Pompei, JB Murphy (eds.), New York, NY, American Geriatrics Society, 2006

**"Delirium"** Agronin ME. In *Conn's Current Therapy, 2006 Edition.* R Rakel, ET Bope (eds.), Philadelphia, Saunders/Elsevier, Inc., 2006, pp 1354-1360

CONFIDENTIAL

Brockman_0002114

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 35 of 42

## PUBLICATIONS CONTINUED…

**"Personality Disorders"** Agronin ME. In *Psychiatry for Neurologists*. DV Jeste and JH Friedman (eds.), Totowa NJ, Humana Press 2006, pp 105-124

**"Personality Disorders in Late Life"** Zweig R, Agronin ME. In *Principles and Practice of Geriatric Psychiatry*. ME Agronin, G Maletta (eds.), Philadelphia, Lippincott Williams & Wilkins 2006, pp 449-470

**"Sexuality and Sexual Disorders in Late Life"** Agronin ME, Westheimer RK. In *Principles and Practice of Geriatric Psychiatry*. ME Agronin, G Maletta (eds.), Philadelphia, Lippincott Williams & Wilkins 2006, pp 523-546

**"Principles and Practice of Geriatric Psychiatry"** Agronin ME, Maletta G (Editors). Philadelphia, Lippincott Williams & Wilkins 2006

**"Beyond Words: The Story of Joseph Red Hair"** Agronin ME. *CNS News*. 2006 8(11) pp 44-45

**"On Futility: Restoring the Promise of Blossoms"** Agronin ME. *CNS News*. 2006 8(10) pp 1, 34-35

**"Accentuate the Positive for Vital and Successful Aging"** Agronin ME. *CNS SeniorCare*. 2006 5(4) pp 18-19

**"Attention-Deficit/Hyperactivity Disorder in the Elderly"** Agronin ME. *CNS News*. 2006 8(9) pp 20-22

**"The Shame of Boxing – Dementia Pugilistica"** Agronin ME. *CNS News*. 2006 8(8) pp 6-7

**"Human Prion Diseases"** Agronin ME. *CNS News*. 2006 8(7) pp 10-11

**"Dementia Due to Toxic Exposure"** Agronin ME. *CNS News*. 2006 8(6) pp 36-37

**"Management of Alzheimer Disease and Other Types of Dementia"** Agronin ME. *Behavioral Health Trends*. 2006 18(suppl A) pp 24-35

**"Postoperative Cognitive Dysfunction"** Agronin ME. CNS News. 2006 8(5) pp 12, 35

**"Working with Challenging Caregivers"** Agronin ME. *CNS News*. 2006 8(4) pp 4-5

**"Normal Pressure Hydrocephalus"** Agronin ME. *CNS News*. 2006 8(3) pp 22-23

**"Assessment of the Severely Demented"** Agronin ME. *CNS News*. 2006 8(2) p 30

**"Changes and Challenges: Clinical Research in the Elderly"** Agronin ME. *CNS Seniorcare*. 2006 5(2) pp 15-16

**"Personality Changes in Dementia"** Agronin ME. *CNS News Long-Term Care*. 2006 5(1) pp 1, 18

**"Sexuality and Aging. Questions and Answers"** Agronin ME. In *Comprehensive Textbook of Geriatric Psychiatry, 3rd Edition*. J Sadavoy, LF Jarvik, GT Grossberg, and BS Meyers (eds.), New York, W.W. Norton and Company 2005, pp 58-60, 237-242

CONFIDENTIAL

Brockman_0002115

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 36 of 42

## PUBLICATIONS CONTINUED…

**"Geriatric Psychiatry: Sexuality and Aging"** Agronin ME. In *Kaplan & Sadock's Comprehensive Textbook of Psychiatry, 8th Edition*. BJ Sadock, VA Sadock (eds.), Philadelphia, PA, Lippincott Williams & Wilkins, 2005, pp 3834-3838

**Hyperprolactinemia (a case study)** Agronin ME. In: D Perkins, ed. Prolactin Elevation Issues Associated with Atypical Antipsychotics, A CME special report. *CNS News*. 2005

**"Intellectual Disabilities in Late Life"** Agronin ME. *CNS News Long-Term Care*. 2005 4(3) pp 9, 21

**"Sexuality and Aging: Cases of Dementia"** Agronin ME. *CNS News Long-Term Care*. 2005 4(2) p 7

**"Sexuality and Aging: An Interview with Dr. Ruth"** Agronin ME. *CNS News Long-Term Care*. 2005 4(1)p 7

**"Sexuality and Aging"** Agronin ME In *Comprehensive Textbook of Geriatric Psychiatry*, 3rd Edition. J Sadavoy, LF Jarvik, GT Grossberg, and BS Meyers (eds.), New York: W.W. Norton and Co 2004, pp 789-816

**"Sexual Disorders"** Agronin ME. In *Textbook of Geriatric Psychiatry, 3rd edition*. DG Blazer, DC Steffens, and EW Busse (eds.), Washington, DC, American Psychiatric Press 2004, pp 303 - 318

**"Somatoform Disorders"** Agronin ME. In *Textbook of Geriatric Psychiatry, 3rd edition*. DG Blazer, DC Steffens, and EW Busse (eds.), Washington, DC, American Psychiatric Press 2004, pp 295-302

Four case studies in **"Managing Moods: Diagnosis and Treatment of Mood Problems and Behavioral Issues in the Elderly."** Agronin ME. In Aupperle P, ed. *Case-Based Medicine Teaching Series*, McMahon Publishing Group. New York. 2004

**"Sexuality and Aging: The Impact of Menopause and Andropause"** Agronin ME. *CNS Long-Term Care*. 2004 3(4) pp 14-16

**"Dealing with Personality Disorders in Long-Term Care"** Agronin ME. *The Clinical View: Geriatric Psychiatry in Long-Term Care*. American Association for Geriatric Psychiatry. 2004 2(4) pp 10-13

**"Sexuality and Aging: An Introduction"** Agronin ME. *CNS Long-Term Care*. 2004 3(3) pp 12-13

**"Interdisciplinary Management of Behavioral Disorders"** Agronin ME. *ElderCare*. Hybrid Publishing. 2004 4(1) pp 1-4

**"Memory Changes with Aging: What's Normal What's Not?"** Agronin ME. Health column, *Jewish Image of Florida*. 2003

**"Therapeutic strategies in long-term care"** Agronin ME. *Eldercare*. Hybrid Publishing, 2003

**"Treating the total disease: The clinical aspects of dementia, the global aspects of care"** Agronin ME. *ElderCare*. Hybrid Publishing. 2003

**"Cholinesterase inhibitors in the treatment of dementia. A continuing education monograph"** Agronin ME & Tangalos EG. Published by Scott & White and Center for Health Information, 2003

CONFIDENTIAL

Brockman_0002116

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 37 of 42

## PUBLICATIONS CONTINUED...

**"Dementia: A Practical Guide"** Agronin ME. Philadelphia, Lippincott Williams & Wilkins, 2003

**"Personality Disorders and Somatoform Disorders"** Agronin ME. In *The Geriatric Review Syllabus: A Core Curriculum in Geriatric Medicine, 5th Edition*. New York, NY, American Geriatrics Society, 2002

**"Optimizing Pharmacotherapy in Patients with Psychotic and Behavioral Disorders. Medical Simulations in the Management of Dementia"** Agronin ME. Case simulation for CME booklet published by InterMed Press, Darien, CT. 2002

**"The undertreated disease: Patients with Alzheimer's disease often don't receive appropriate therapies"** Agronin ME. *ElderCare*. 2002 2 (3) pp 8-10

**"Sexuality and Sexual Dysfunction in Geriatric Patients"** Agronin ME. *Psychiatric Times*. 2001 18(11) pp 27-28

**"Addressing Sexuality and Sexual Dysfunction"** Agronin ME. *Geriatric Times*. 2001 2(1) pp 32-34

**"Personality Disorders in Late Life: Understanding and Overcoming the Gap in Research"** Agronin ME & Maletta G. *American Journal of Geriatric Psychiatry*. 2000 8(1) pp 4-18

**"Geriatric Psychiatry Self-Assessment Program"** GJ Kennedy, ME Agronin, SM Scheinthal, MJ Tueth (Editors). Dubuque, IO, Kendal/Hunt Publishing Company, 1999

**"Pharmacologic Treatment of Personality Disorders in Late-Life"** Agronin ME. In *Personality Disorders in Older Adults: Emerging Issues in Diagnosis and Treatment*. Rosowsky, R Abrams, and R Zweig (Editors). Mahwah, NJ, Lawrence Erlbaum Associates, 1999

**"Overselling Depression to the Oversold"** Agronin ME. T*he Gerontologist*. 1999 39(4) pp 489-492

**"The New Frontier in Geriatric Psychiatry: Nursing Homes and Other Long-Term Care Settings"** Agronin ME. *The Gerontologist*. 1998 38(3) pp 388-391

**"Personality and Psychopathology in Late Life"** Agronin ME. *Geriatrics*. 1998 53(Suppl. 1) pp S35 - S40

**"A Woman's Guide To Overcoming Sexual Fear and Pain"** Goodwin AJ, Agronin ME. Oakland, CA, New Harbinger Publications, Inc., 1997

**"Personality Disorders in the Elderly: Diagnosis, Course, and Treatment"** Agronin ME. *Clinical Advances*. 1996 10(3)

**"Personality Disorders in the Elderly: An Overview"** Agronin ME. *Journal of Geriatric Psychiatry*. 1994 27(2) pp 151-191

**"The Multi-Grade Inventory for Teachers (MIT): Scale Development, Reliability, and Validity of an Instrument to Assess Children with Attentional Deficits and Learning Disabilities"** Agronin ME, Holahan JM, Shaywitz BA, Shaywitz SE. In *Attention Deficit Disorder Comes of Age: Toward the 21st Century*. Shaywitz SE, Shaywitz BA (Editors). Austin, TX, PRO-ED, 1992

*Marc Edward Agronin, M.D.*
The Forensic Panel

Page 38 of 42

## PUBLICATIONS CONTINUED…

"**Alzheimer's Disease: Treatment and Long-term Management, Edited by Jeffrey L.Cummings and Bruce L. Miller**" Agronin ME. *Yale Journal of Biology and Medicine*. 1990 62(5) pp 607-9

"**Psychiatric Diagnosis, 4th Edition, By Donald W. Goodman and Samuel B. Guze**" Agronin ME. *Yale Journal of Biology and Medicine*. 1989 62(5) p 551

"**Laboratory Test Handbook, By David S. Jacobs et al**" Agronin ME. *Yale Journal of Biology and Medicine*. 1989 62(5) p 550

"**Psychosomatic Medicine and Contemporary Psychoanalysis, By Graeme Taylor**" Agronin ME. *Yale Journal of Biology and Medicine*. 1989 62(1) 52

"**Treating the Elderly with Psychotherapy: The Scope for Change in Later Life, Edited by Joel Sadavoy and Molyn Leszcz**" Agronin ME. *Yale Journal of Biology and Medicine*. 1988 61(6) p 551

"**Psychological Testing from Early Childhood Through Adolescence: A Developmental and Psychodynamic Approach By Miriam G. Siegel**" Agronin ME. *Yale Journal of Biology and Medicine*. 1988 61(2) p 166

"**Psychology and the Art of Shooting from the Hip**" Agronin ME. *Harvard Psychological Review*. 1987 2(1) p 2

"**Harvard's Center for Psychological Studies in the Nuclear Age**" and "**An Interview with John E. Mack, MD**" Agronin ME. *Harvard Psychological Review*. 1987 2(1) pp 3-8

## PUBLICATIONS: ABSTRACTS

Atri A, Agronin M, Grossberg G, Hendrix S, Ellison N, Edwards J, Kerolous M: Memantine Added to Background Cholinesterase-Inhibitors Reduces Agitation in Alzheimer's Disease. Submitted for the AAN annual meeting, 2018

Agronin M, Miller WL. The Art and Science of Creative Aging. Abstract and symposium at the 2017 annual meeting of the American Association for Geriatric Psychiatry. Am J G Psych, March 2017, 25(3), S24. DOI: https://doi.org/10.1016/j.jagp.2017.01.054

Agronin M, Miller WL. Sky Above Clouds: The Ongoing Creative Age of Gene Cohen. Featuring Wendy Miller in the 2nd Annual Gene Cohen Lecture. Abstract and symposium at the 2016 annual meeting of the American Association for Geriatric Psychiatry. Am J G Psych, March 2016, 24(3), S39. DOI: https://doi.org/10.1016/j.jagp.2016.01.056

Cummings JL, Lyketsos CG, Peskind ER, Porsteinsson AP, Mintzer JE, Scharre DW, De la Gandara JE, Agronin M, Davis CS, Nguyen U, Shin P, Tariot PN, Siffert Joao: Dextromethorphan/quinidine (AVP-923) phase 2 study for the treatment of agitation in Alzheimer's disease: comparing the enrolled agitation sample with the international psychogeriatric association definition of agitation in cognitive disorders (NCT01584440). Poster and oral session at the 2015 Alzheimer's Association Internal Conference, July, 2015 in Washington, DC

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 39 of 42

## PUBLICATIONS: ABSTRACTS CONTINUED…

Cummings JL, Lyketsos CG, Peskind ER, Porsteinsson AP, Mintzer JE, Scharre DW, De la Gandara JE,
Agronin M, Davis CS, Nguyen U, Shin P, Tariot PN, Siffert Joao: Dextromethorphan/quinidine
(AVP-923) for treatment of agitation in patients with Alzheimer's disease: analysis of week 10 results
for patients treated only with AVP-923 versus patients receiving only placebo (NCT015844440).
Poster and oral session at the 2015 Alzheimer's Association Internal Conference, July 22, 2015 in
Washington, DC

Peskind E, Cummings J, Lyketsos C, Tariot P, Agronin M, Porsteinsson AP, Mintzer J, Nguyen U, Knowles
N, Shin P, Siffert Joao: Dextromethorphan/Quinidine (AVP-923) for Treatment of Agitation in
Persons with Alzheimer's Disease: Evaluation of Concomitant Psychiatric Medications. Poster
presented at the 2015 annual meeting of the American Psychiatric Association, May 19, 2015 in
Toronto, Canada

Agronin ME. The creative age: theories of positive aging from Cicero to Cohen. Abstract and symposium
submitted to the 2015 annual meeting of the American Association for Geriatric Psychiatry held in
New Orleans, LA, March 27-30, 2015. Am J G Psych 2015, 23(3), Suppl 1, S29

Agronin ME., & Reich H. (2014) "Prisoner of Her Past: The Lasting Effects of Trauma in Late Life"
Abstract and Symposium Submitted to the 27th Annual Meeting of the American Association for
Geriatric Psychiatry, Orlando, FL

Agronin ME., Feliciano L., & Sparacino B. (2014) "Intensive Behavioral Management in Long-Term Care
Settings Using an Applied Behavior Analysis (ABA) Approach" Abstract and Symposium Submitted
to the 27th Annual Meeting of the American Association for Geriatric Psychiatry, Orlando, FL

Witte MM., Barnes J., Lingler J., Agronin M., Hochstetler H., Healey K., Hake A., & Trzepacz (2013)
"Testing the Use of Standardized Scripts for Disclosing 'Hypthetical/Mock' Amyloid PET Scan
Results to Non-demented Cognitively-Impaired Patients and Their Partners" Presented at the
Annual Meeting of the American Academy of Psychosomatic Medicine.

Brown EL., Agronin ME., Stone A., Ford-Marchion S., & Kirlew L. (2013) "Mood and Behavioral
Disturbance Observation Checklist: A Pilot Study" Poster and Abstract Presented at the 26th Annual
Meeting of the American Association for Geriatric Psychiatry, Los Angeles, CA

Agronin ME., Silverman M., & Silverman A. (2010) "Benign Meningioma Presenting with Depression and
Cognitive Decline in an 85 Year-Old Man" Abstract Submitted for the 2010 Annual Meeting of the
American Geriatric Psychiatry, JAGS 58 (4-Suppl): S19

Schwartz K. & Agronin ME. (2010) "Group Therapy in g" Abstract and Symposium Presented at the 23rd
Annual Meeting of the American Association for Geriatric Psychiatry, Savannah, GA

Agronin ME., Ryder D., & Ford S. (2008) "Group Therapy in the Elderly: Experiences with a Structured
Outpatient Program (SOP)" Abstract and Symposium Presented at the 21st Annual Meeting of the
American Association for Geriatric Psychiatry, Orlando, FL

Brockman_0002119

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 40 of 42

## PUBLICATIONS: ABSTRACTS CONTINUED…

Agronin ME., Richter RW., Pope LE., & Arnold RP. (2007) "Incidence of Common Adverse Events with AVP-23 in Patients with Involuntary Emotional Expression Disorder (IEED) of Differing Age" Presented at the 20th Annual Meeting of the American Association for Geriatric Psychiatry, New Orleans, LA

Richter RW., Agronin ME., Berg JE., Pope LE., & Arnold RP. (2007) "An Open Label, Multi-center Study to Assess the Safety of AVP-923 (Dextromethorphan/Quinidine) in the Treatment of Involuntary Emotional Expression Disorder (IEED)" Presented at the 20th Annual Meeting of the American Association for Geriatric Psychiatry, New Orleans, LA

Clevenger V., Blondet R., Agronin M., Silverman M. (2006) "Attention Deficit Hyperactivity Disorder (ADHD) in an Elderly Woman Diagnosed on the Basis of Frequent Falls" *Journal of American Geriatrics Society*

Beltrame I., Blondet R., Silverman M., Agronin M., Clevenger V., Ferreira T., & Roos B. (2005) "Establishing a Ventilator Unit (VU) at the Miami Jewish Home & Hospital for the Aged (MJHHA) – Addressing the Unique Ethical, Moral, Religious, Cultural, and Morale Issues" Presented at the 58th Annual Meeting of the American Federation for Aging Research, Orlando, FL

Alzugaray E., Goldhaber M., Silverman M., Agronin M., Kutcher J., & Ross BA. (2005) "Denial of Voting Rights for Elderly Nursing Home Residents in the 2004 Presidential Election" Presented at the 2005 Annual Meeting of the American Geriatrics Society, Orlando, FL

Agronin ME. (2005) "Optimal Treatment of Personality Disorders in Late Life" Presented at the Annual Meeting of the American Medical Directors Association, New Orleans, LA

Agronin ME. (1999) "Depressive Personality Disorder in Late Life: A Descriptive Study of 11 Cases" Presented at the Annual Meeting of the American Association for Geriatric Psychiatry, New Orleans, LA

Agronin ME. (1998) "Depressive Personality Disorders in a Geriatric Psychiatry Outpatient Clinic" Presented at the Minneapolis VA Medical Center Research Day

Agronin ME & Orr WB. (1998) "Personality Disorders in a Geriatric Psychiatry Outpatient Clinic" Presented at the Annual Meeting of the American Association for Geriatric Psychiatry, San Diego, CA

Agronin ME. (1997) "Personality Disorders in Geriatric Psychiatry Outpatient Clinic" Submitted for presentation at the Minneapolis VA Medical Center Research Day

## PHARMACEUTICAL SPEAKERS BUREAUS AND ADVISORY PANELS

| | |
|---|---|
| Eli Lilly speakers bureau for Amyvid reader training | 2016-2017 |
| Actavis speakers bureau for Namzeric | 2015-2018 |
| Actavis/Forest speakers bureau for Namenda XR | 2013-2015 |

CONFIDENTIAL

Brockman_0002120

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 41 of 42

## PHARMACEUTICAL SPEAKERS BUREAUS AND ADVISORY PANELS CONTINUED…

| | |
|---|---|
| AssureX speakers bureau for GenesightX | 2011-2014 |
| Eli Lilly speakers bureau and consultant for Amyvid | 2012-2013 |
| Avanir speakers bureau for Nuedexta | 2011-2012 |
| Accera speakers bureau for Axona, and advisory board member | 2011-2013 |
| Merck speakers bureau for Asenapine | 2009-2010 |
| Novartis speakers bureau for Exelon Patch | 2008-2014 |
| Astra-Zeneca: speaker's bureau for Seroquel | 2006-2010 |
| Abbott Laboratories: speakers bureau for Depakote ER | 2006-2007 |
| Forest Pharmaceuticals: speakers bureau for Lexapro and Namenda | 2003-2009 |
| Organon, Inc.: Long-term care advisory panel (2001-02), and speakers' bureau for Remeron | 2001-2004 |
| Janssen Pharmaceutica: speakers bureau for Risperdal, Razadyne ER, Invega ER | 2000-2008 |

## EDITORIAL AFFILIATIONS

| | |
|---|---|
| *Peer Reviewer,* Journal of the American Geriatrics Society | |
| *Peer Reviewer,* American Journal of Geriatric Psychiatry | |
| *Peer Reviewer,* American Journal of Alzheimer's Disease | |
| *Advisory Board,* Psychiatric Clinics of North America Journal | 2014-2015 |
| *Medical Editor,* American Association for Geriatric Psychiatry Newsletter | 2008-2014 |
| *Editor,* Profiles in Depression, Oxford Institute | 2002 |
| *Editorial Board,* CNS News and CNS Seniorcare, McMahon Publishing, New York NY | 2005-2008 |
| *Editorial Board,* The Carlat Report | 2003-2006 |
| *Editor,* Profiles in Depression, Oxford Institute | 2002 |
| *Editorial Committee,* Geriatric Psychiatry Self-Assessment Program | 1998-1999 |
| *Editor,* Yale Journal of Biology and Medicine | 1988-1991 |
| *Founder and Publisher,* The Harvard Psychological Review | 1985-1987 |

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| *Treasurer/Secretary,* American Association for Geriatric Psychiatry | 2018-2019 |
| *Board of Directors,* National Center for Creative Aging | 2014-2018 |
| *Vice President* | 2015-2017 |
| *Board of Directors,* American Association for Geriatric Psychiatry | 2013-2015 |
| *Ethics Committee Member,* Miami Jewish Home & Hospital for the Aged | 1999-present |

CONFIDENTIAL
Brockman_0002121

*Marc Edward Agronin, M.D.*
**The Forensic Panel**

Page 42 of 42

## PROFESSIONAL AFFILIATIONS CONTINUED...

| | |
|---|---:|
| *Alumnus Interviewer*, Harvard University Admission Committee | 1996-present |
| *Member,* American Association for Geriatric Psychiatry (AAGP) | 1992-present |
| *Member,* American Psychiatric Association (APA) | 1991-present |
| *Board of Directors,* Temple Beth Israel, Sunrise, FL | 2011-2015 |
| *Member,* International Society for the Study of Personality Disorders (ISSPD) | 1997-2007 |
| *Board of Directors,* Alzheimer's Association/South Florida Chapter | 2002-2005 |
| *Member,* Florida Statewide Steering Committee on Dementia Training | 2003 |
| *Member,* Planning and Program Selection Committee, AAGP Annual Meeting | 1999-2002 |
| *Co-chairman,* AAGP/Bristol-Myers Squibb Fellowship Selection Committee | 1999-2001 |
| *Committee Member,* VA Medical Center, Geriatric Residency Training, Ethics, Medical Records, And Physician Professional Standards Board | 1996-1999 |
| *Chairman,* Psychiatry Morbidity and Mortality Committee, VA Medical Center | 1997-1998 |
| *Member,* Medical Advisory Committee, Shalom Home, Inc., Minneapolis, MN | 1996-1997 |
| *Fundraising Training Co-Chair,* St. Paul United Jewish Fund and Council, St. Paul, MN | 1997 |
| *Founder and President,* William James Society, Harvard University | 1985-1987 |

## EDUCATION

| | |
|---|---:|
| Yale University School of Medicine, New Haven, CT | 1991 |
|     M.D. | |
| | |
| Harvard University, Cambridge, MA | 1987 |
|     B.A. | |
|     *Summa Cum Laude* | |
|     *Phi Beta Kappa* | |

## POSTDOCTORAL TRAINING

| | |
|---|---:|
| VA Medical Center, University of MN, Minneapolis, MN | |
|     Fellowship (Geriatric Psychiatry) | 1995-1996 |
| | |
| McLean Hospital, Harvard Medical School, Belmont, MA | |
|     Residency (Adult Psychiatry) | 1991-1995 |
|     Chief Resident in Geriatric Psychiatry | 1994-1995 |
| | |
| Mt. Auburn Hospital, Cambridge, MA | |
|     Internship (Medicine) | 1991-1992 |

## PROFESSIONAL LICENSURE

Florida State