# ***VIDEO FILE***

# Dr. Marc Agronin, Videos of Examination, July 11, 2021

# (clip DX-11 transcript pg. 101:7 – 101:20)

