# ***VIDEO FILE***

# Dr. Marc Agronin, Videos of Examination, October 3, 2021

# (clip DX-14 transcript pg. 38:19 – 39:13)

