# Thomas J. Guilmette, Ph.D., ABPP-CN

The Forensic Panel
224 West 30th Street, Suite 806
New York, New York 10001
Tel: 212-535-9286
Fax: 212-535-3259

### BOARD CERTIFICATION

| | |
|---|---|
| *Diplomate,* Board Certified in Clinical Neuropsychology | 1991 |

### EXPERIENCE

| | |
|---|---|
| Veterans Administration Medical Center | 2019-present |
|     *Neuropsychologist (intermittent)* | |
| | |
| Neuropsychology Partners, Inc., East Providence, RI | |
|     *Professional Staff* | 2018-present |
| | |
| Providence College, Providence, RI | |
|     Department of Psychology | |
|         *Chair,* Department of Psychology | 2011-2014 |
|         *Professor,* Psychology | 2007-present |
|         *Tenure awarded* | 2005 |
|         *Associate Professor,* Psychology | 2002-2007 |
|         *Assistant Professor,* Psychology | 1998-2002 |
|         *Instructor* | |

            Introduction to Psychology (PSY 100)
            Research Design & Statistical Analysis I (PSY 201)
            Psychology of Aging (PSY 314)
            Human Neuropsychology (PSY 315)
            Psychological Testing and Assessment (PSY 330)
            Psychology and Law (PSY 335)
            Research in Neuropsychology (PSY 405)
            Selected Topics: Assessment of Neuropsychological Disorders (PSY 490)
            Neuroscience Capstone (PSY 479)

| | |
|---|---|
| Salve Regina University, Newport, RI | |
|     *Program Evaluator,* Department of Psychology | 2013 |
| | |
| American Academy of Clinical Neuropsychology Annual Meeting, San Diego, CA | |
|     *Co-Chair,* 2018 Consensus Conference on Uniform Test Score Labeling of Performance Tests | 2013 |
| | |
| Alpert Medical School of Brown University, Providence, RI | |
|     Division of Biology and Medicine, Department of Psychiatry and Human Behavior | |
|         *Adjunct Associate Professor,* Psychiatry and Human Behavior | 2005-present |
|         *Clinical Assistant Professor,* Psychiatry and Human Behavior | 1990-2005 |
|     Clinical Psychology Training Consortium | |
|         *Advisor,* Predoctoral Neuropsychology Internship | 2003-2010 |
|         *Co-Coordinator,* Neuropsychology Postdoctoral Fellowship | 1993-1996 |
| | |
| University of Rhode Island, Kingston, RI | |
|     *Adjunct Graduate Faculty* | 1992-present |



CONFIDENTIAL     Brockman_0002067

*Thomas J. Guilmette, Ph.D., ABPP*
The Forensic Panel

Page 2 of 14

### EXPERIENCE CONTINUED…

Our Lady of Fatima Hospital, North Providence, RI
    Southern New England Rehabilitation Center
        *Director,* Neuropsychology         1995-2018

Eleanor Slater Hospital, Cranston, RI
    *Consultant,* Neuropsychology         1997-2006

Charleton Memorial Hospital, Fall River, MA
    Southeast Rehabilitation Center
        *Consultant,* Neuropsychology         1991–1998

Rhode Island Hospital, Providence, RI
    Department of Psychiatry
        *Director,* Neuropsychology         1991-1997
        *Director,* Rehabilitation Neuropsychology         1990-1991

Rhode Island Chapter of the National Head Injury Foundation, Pawtucket, RI
    *Vice President*         1992-1993
    *Member,* Board of Directors         1986-1992

Newport Hospital, Newport, RI
    Vanderbilt Rehabilitation Center
        *Clinical Director,* Neuropsychology         1986-1990

Long Island University Greenvale, NY
    C.W. Post Center
        *Adjunct Faculty*         1984

United States Military Academy, West Point, NY
    William Keller Army Hospital
        *Chief,* Psychology Service         1982-1984

### HONORS AND AWARDS

American Academy of Clinical Neuropsychology, Boston, MA         2008
    *Invited participant,* Consensus Conference on the Neuropsychological Assessment of Effort, Response Bias and Malingering

### GRANT

**The Effects of Negative Performance Expectations on Neuropsychological Test Scores**
    *Co-Investigators:* Drs. Geoffrey Tremont & Jared Bruce (RI Hospital & Brown Medical School) *Source of Funding:* Providence College Committee to Aid Faculty Research *Amount of Funding:* $4465 (Fall semester 2006)

*Thomas J. Guilmette, Ph.D., ABPP*
The Forensic Panel

Page 3 of 14

## PRESENTATIONS

The Rhode Island Workers' Compensation Educational Conference 2018, Providence, RI     Nov 2018
    'Alternative treatments for head injury claims'

Annual meeting, American Academy of Clinical Neuropsychology, San Diego, CA     Jun 2018
    'AACN consensus conference statement on uniform test score labeling of performance tests'

Neurosurgery Grand Rounds, Brigham and Women's Hospital, Boston, MA     Oct 2017
    'Mild traumatic brain injury'

24th Annual Southern New England Rehabilitation Center Rehabilitation Conference, Warwick, RI     Sep 2017
    'Assessment and management of impaired self-awareness in brain injury'

35th International Congress on Law and Mental Health, Prague, Czech Republic     Jul 2017
    *Forensic Assessment of Work Capacity: Conceptual and Practical Challenges* (symposium):
    'The role of neuropsychological assessment in predicting work capacity following brain injury'

2nd Association for Scientific Advancement in Psychological Injury and Law Practice and Research Conference, Toronto, Canada     Aug 2015
    'Forensic psychological evaluations for personal injury: Research, theory, practice, and standards'

25th Annual Conference, Case Management Society of New England, Boxboro, MA     Oct 2014
    'The senior brain: From optimal aging to dementia' (invited presentation)

21st Annual Southern New England Rehabilitation Center Rehabilitation Conference, Warwick, RI     Sep 2014
    'Cognitive changes associated with MS & PD' (invited presentation)

20th Annual Southern New England Rehabilitation Center Rehabilitation Conference, Warwick, RI     Sep 2013
    'The neuropsychology of concussion' (invited presentation)

Psychology Department Colloquia, Roger Williams University, Forensic Psychology, Bristol, RI     Mar 2012
    'The neuropsychological assessment of effort and malingering in disability and personal injury cases' (invited presentation)

14th Annual Conference of the Contemporary Applications of Psychological Testing, Boston, MA     Oct 2011
    'Assessment of effort, response bias, and malingering in neurodevelopmental Evaluations' (invited presentation)

National Business Institute Anatomy and Physiology 101 for Attorneys, Providence, RI     Aug 2011
    'Head injuries/neuropsychological injuries' (invited presentation)

Annual Meeting, International Neuropsychological Society, Boston, MA     Feb 2011
    'Concussion understanding and management among New England high school soccer coaches' (poster presentation)

Atria Assisted Living Center, Lincoln, RI     Oct 2010
    'Dementia and delirium in the elderly' (invited presentation)

*Thomas J. Guilmette, Ph.D., ABPP*
The Forensic Panel

Page 4 of 14

## PRESENTATIONS CONTINUED…

| | |
|---|---|
| 17th Annual Southern New England Rehabilitation Center Rehabilitation Conference, Warwick, RI<br>'Brain tumor and treatment effects on cognition' (invited presentation) | Oct 2010 |
| Annual meeting of the New Hampshire Brain Injury Association, Manchester, NH<br>'Brain injury and family dynamics' (invited presentation) | May 2010 |
| RI Occupational Therapy Association, Warwick, RI<br>'Family dynamics in rehabilitation' (invited presentation) | Apr 2010 |
| 16th Annual Southern New England Rehabilitation Center Rehabilitation Conference, Warwick, RI<br>'Challenges in Rehabilitation: Family dynamics' (invited presentation) | Oct 2009 |
| Capital Ridge Assisted Living Center, Providence, RI<br>'Dementia subtypes and delirium' (invited presentation) | Jun 2009 |
| RI Occupational Therapy Association, Warwick, RI<br>'Effects of stroke in a young population' (invited presentation) | Apr 2009 |
| St. Luke's Hospital Grand Rounds, New Bedford, MA<br>'The spectrum of non-dementia cognitive changes in the elderly: Normal aging and Mild Cognitive Impairment' (invited presentation) | Oct 2008 |
| 15th Annual Southern New England Rehabilitation Center Rehabilitation Conference, Providence, RI<br>'Maintaining healthy cognition in aging' (invited presentation) | Oct 2008 |
| 14th Annual Southern New England Rehabilitation Center Rehabilitation Conference, Providence, RI<br>'Delirium and dementia in rehabilitation' (invited presentation) | Oct 2007 |
| Annual Meeting, National Academy of Neuropsychology, San Antonio, TX<br>'A survey of concussion knowledge and management among New England high school football coaches' (poster presentation) | Oct 2006 |
| Southern New England Rehabilitation Center Advances in Stroke Rehabilitation Conference, Providence, RI<br>'Cognitive and neurobehavioral rehabilitation: Insight and awareness deficits following stroke' (invited presentation) | Oct 2006 |
| Annual Meeting, American Academy of Clinical Neuropsychology, Philadelphia, PA<br>'The quandary of assigning qualitative descriptors to neuropsychological test scores: Results of a survey of AACN members' (invited presentation) | Jun 2006 |
| Comprehensive Approach to Stroke Rehab Conference, St. Francis Health Center, Topeka, KS<br>'Intervention strategies for cognitive and neurobehavioral syndromes' (invited presentation) | Dec 2005 |
| Annual Meeting, National Academy of Neuropsychology, Tampa, FL<br>'The use of descriptive labels in reporting neuropsychological test scores: Forensic implications' (poster presentation) | Oct 2005 |

*Thomas J. Guilmette, Ph.D., ABPP*
The Forensic Panel

Page 5 of 14

### PRESENTATIONS CONTINUED…

| | |
|---|---|
| Annual Meeting, American Psychological Association, Washington, DC<br>'The relationship between brain volume and neuroticism across the lifespan' (poster presentation) | Aug 2005 |
| Annual Meeting, National Academy of Neuropsychology, Seattle, WA<br>'The influence of victim characteristics on potential jurors' perception of mild head injury' (poster presentation) | Nov 2004 |
| Annual Meeting, Clinical Laboratory Science Society of Central New England, Providence, RI<br>'Forensic neuropsychology' (invited presentation) | May 2004 |
| Psychology Club and Psi Chi Chapter, Salve Regina University, Newport, RI<br>'Forensic psychology' (invited presentation) | Nov 2003 |
| Annual Meeting, National Academy of Neuropsychology, Dallas, TX<br>'Recall of 9/11/01 as indicator of cognitive functioning in the elderly' (poster presentation) | Oct 2003 |
| MENTOR Head Injury Center, Wakefield, MA<br>'Sleep problems and traumatic brain injury' (invited presentation) | May 2003 |
| Uxbridge School System Professional Development Day, Uxbridge, MA<br>'Overview of pervasive developmental and other learning disorders' (invited presentation) | Jan 2003 |
| Rhode Island Chapter of the American Heart Association Stroke Club<br>'Depression following stroke' (invited presentation) | Sep 2002 |
| Southern New England Rehabilitation Center Advances in Stroke Rehabilitation Conference, Providence, RI<br>'Overview and guidelines for cognitive rehabilitation of stroke patients' (invited presentation) | Sep 2002 |
| Annual Meeting, American Psychological Association, Chicago, IL<br>'A follow-up survey of the public's misperceptions of TBI' (poster presentation) | Aug 2002 |
| Uxbridge School System Professional Development Day, Uxbridge, MA<br>'Reading acquisition and dyslexia' (invited workshop) | Jan 2002 |
| Charlton Memorial Hospital Department of Rehabilitation, Fall River, MA<br>'Higher level cognitive retraining' (invited presentation) | Jun 2001 |
| Univ. of Rhode Island, Dept. of Communicative Disorders Continuing Education, Kingston, RI<br>'Assessment and functional manifestations of impaired executive functions' (invited presentation) | Feb 2001 |
| Uxbridge School System Professional Development Day, Uxbridge, MA<br>'Nonverbal learning disabilities: Characteristics, assessment, and interventions' (invited workshop) | Jan 2001 |

## PRESENTATIONS CONTINUED…

East Bay RSVP Stroke Club, Rumford, RI                                                            Jul 2000
  'Stroke therapy: Decreasing brain damage and promoting recovery of function' (invited presentation)

24th Annual Williamsburg Traumatic Brain Injury Conference, Williamsburg, VA     Jun 2000
  'Academic re-entry for school age children with TBI: The law, assessment, and intervention'

St. Luke's Hospital, Department of Psychiatry Grand Rounds, New Bedford, MA       Jan 2000
  'My patient with Alzheimer's must be incompetent, right? Wrong: Myths and misconceptions of mental competence' (invited presentation)

Southern New England Rehabilitation, Conference "Brain Injury and Beyond," Providence, RI   Sep 1999
  'Neuropsychology management of mild traumatic brain injuries' (invited presentation)

Annual Meeting, American Psychological Association, Boston, MA                          Aug 1999
  'Layperson's use of diagnostic information in determining mild head injury' (poster presentation)
  'Trail Making Test errors with normal controls and TBI subjects' (poster presentation)

Southeast Rehabilitation Center, Charlton Memorial Hospital, Fall River, MA             Jul 1999
  'Research and rehabilitation of traumatic brain injuries' (invited presentation)

Annual Meeting, Society for Research on Nicotine and Tobacco, San Diego, CA          Mar 1999
  'Prevalence and characteristics of smokers undergoing acute rehabilitation' (poster presentation)

University of Rhode Island School Psychology Program, Kingston, RI                      Nov 1998
  'The role of neuropsychology in school psychology assessments' (invited presentation)

Annual Meeting, National Academy of Neuropsychology, Washington, DC                 Nov 1998
  'The relationship between three mental status measures and activities of daily living in a long-term psychiatric population' (poster presentation)

Annual Meeting, American Psychological Association, San Francisco, CA                Aug 1998
  'Forensic neuropsychology – Assessment of adversarial cases' (discussant at symposium)

St. Luke's Hospital, Department of Psychiatry Grand Rounds, New Bedford, MA       Feb 1998
  'Brief assessment and behavioral treatment of cognitive disorders in the elderly' (invited presentation)

Charlton Mem. Hosp. Conf., "Cognitive problems assoc. with Parkinson's Disease,"
Fall River, MA                                                                                      Jun 1997
  'Progressive diseases: Current perspectives, associated problems, and community resources' (invited presentation)

Lifespan Palliative Care Conference, Providence, RI                                          May 1997
  'Psychological aspects of palliative care' (invited presentation)

Fall River Physician CME Program, St. Anne's Hospital, Fall River, MA                    Jan 1997
  'ADHD testing' (invited presentation)

*Thomas J. Guilmette, Ph.D., ABPP*
The Forensic Panel

Page 7 of 14

### PRESENTATIONS CONTINUED...

| | |
|---|---|
| Rehab New England, Warwick, RI<br>'Principles of pediatric neuropsychology' (invited presentation) | Apr 1996 |
| Charlton Memorial Hospital Communications Disorders Department, Fall River, MA<br>'Executive and frontal lobe functions' (invited presentation) | Apr 1996 |
| Beacon Mutual Insurance Company, West Warwick, RI<br>'Evaluation of mild head trauma' (invited presentation) | Dec 1995 |
| Annual Meeting, National Academy of Neuropsychology, San Francisco, CA<br>'A comparison of nine WAIS-R short forms in moderate to severe brain injuries' (poster presentation) | Nov 1995 |
| RIBA CLE Seminar, "Understanding and presenting head and brain injury cases," Newport, RI<br>'Overview of functional neuroanatomy, classification of traumatic brain injuries, and methods of assessment' (invited presentation) | Aug 1995 |
| Annual Meeting, American Psychological Association, New York, NY<br>'Relationship between WRAML General Memory and Memory Screening Indices' (poster presentation) | Aug 1995 |
| Traumatic Brain Injury Conference, St. Francis Hospital and Medical Center, Topeka, KS<br>'Early stages of TBI: Treatment approach by the acute care teams'<br>'Principles of cognitive rehabilitation'<br>'Dealing with the TBI client in the work hardening setting and return to work issues'<br>'The effects of TBI in children and adolescents' | Mar 1995 |
| International Management Council, Fall River, MA<br>'Enhancing your memory' (invited presentation) | Sep 1994 |
| Annual Meeting, American Congress of Rehabilitation Medicine, Minneapolis, MN<br>'A comparison of sleep disturbance symptoms in traumatic brain injury and other neurologic groups' (poster presentation) | Jun 1994 |
| Annual Meeting, American Psychological Association, Toronto, Canada<br>'Assessment of verbal memory in mild to moderate head injury' (poster presentation)<br>'Identifying malingering: A comparison of two methods' (poster presentation) | Aug 1993 |
| Annual Meeting, American Congress of Rehabilitation Medicine, Denver, CO<br>'Psychological assessment methods: Clinical documentation, program evaluation and research' (symposium) | Jun 1993 |
| 2nd Annual Science Symposium, Massachusetts Neuropsychological Society, Boston, MA<br>'A recognition memory model for WMS-R Logical Memory and Visual Reproduction: Preliminary norms' (poster presentation) | Jun 1993 |
| Annual Meeting, American Psychological Association, Washington, DC<br>'Malingering detection: Identifying organic versus simulated memory impairment' (poster presentation) | Aug 1992 |

### PRESENTATIONS CONTINUED…

Annual Meeting, National Academy of Neuropsychology, Dallas, TX — Nov 1991
    'Symptom Validity Testing as a method for malingering detection' (poster presentation)

Annual Meeting, American Bar Association Chicago, IL — Aug 1990
    *Brain Damage Claims: What can Psychologists and Neuropsychologists Contribute?* (symposium):
    'The neurobehavioral effects of mild to moderate head injury; current practices of neuropsychological assessment, and guidelines for identifying competent practitioners'

Annual Meeting, American Psychological Association, Boston, MA — Aug 1990
    *Geriatric Rehabilitation: Relationships Amongst Mood, Cognition, Treatment Adherence and Outcome* (symposium):
    'Patient report versus staff perceptions of mood in geriatric rehabilitation'

National Stroke Conference, Boston, MA — Apr 1989
    'Normative data on the depression subscale of the Brief Symptom Inventory for elderly stroke patients' (poster session)

Annual Meeting, National Academy of Neuropsychologists, Chicago, IL — Oct 1987
    'Clinical practice in neuropsychology: Results of a national survey' (invited presentation)

Annual Meeting, American Psychological Association, New York, NY — Sep 1987
*Clinical Judgment in Neuropsychology: How Good are We?* (symposium):
    'Eliminating the hindsight bias in neuropsychologists' judgment'

Annual Meeting, American Psychological Association, Los Angeles, CA — Aug 1985
    'The role of the psychologist in the treatment of head injured children' (paper presentation)

### PUBLICATIONS

**American Academy of Clinical Neuropsychology consensus conference on uniform labeling of performance test scores.** Guilmette, T.J. et al. *The Clinical Neuropsychologist*, 43, pp 437-453 (2020)

**The effects of age and gender on verdict rendering in not guilty by reason of insanity mock trials.** Guilmette, T.J., Hill, E., & Boucher, E. (in preparation).

**Assessing adaptive functioning in death penalty cases after *Hall* and DSM-5.** Hagan, L.D., Drogin, E.Y., & Guilmette, T.J. *Journal of the American Academy of Psychiatry and Law, 44*, pp 96-105. 2016

**DSM-5: Challenging diagnostic testimony.** Hagan, L.D., & Guilmette, T.J. *International Journal of Law and Psychiatry, 42-43,* pp 128-134. 2015

**Personal injury and other tort matters.** Drogin, E.Y.; Hagan, L.D.; Guilmette, T.J.; Piechowski, L.D. In Cutler, B.L. & Zapf, P.A., Eds. 2015. *APA handbook of forensic psychology, Vol. 1: Individual and situational influences in criminal and civil contexts*. Washington, DC, US: American Psychological Association.

**Family intervention: Telephone tracking (FITT): A pilot stroke outcome study.** Bishop, D., Miller, I., Weiner, D., Guilmette, T., Mukand, J., Feldmann, E., Keitner, G., & Springate, B. *Topics in Stroke Rehabilitation* 2014 21(Suppl 1), S63-S74.

**PUBLICATIONS CONTINUED...**

**The role of clinical judgment in symptom validity assessment**  Guilmette, T.J. In D.A. Carone & S.S. Bush Eds., *Mild Traumatic Injury: Symptom Validity Assessment and Malingering*  pp 31-43 New York: Springer Publishing Co. 2013

**Brain injury and work performance**  Guilmette, T.J., & Giuliano, A.J. In I.Z. Schultz & E.S. Rogers Eds. *Work Accommodation and Retention in Mental Health* pp. 141-161 New York Springer Science and Business Media 2011

**Science rather than advocacy when reporting IQ scores**  Hagan, L.D., Drogin, E.Y., & Guilmette, T.J. *Professional Psychology: Research and Practice* 2010 41, pp 420-423

**IQ scores should not be adjusted for the Flynn effect in capital punishment cases**  Hagan, L.D., Drogin, E.Y., & Guilmette, T.J. *Journal of Psychoeducational Assessment* 2010  28, pp 474-476

**American Academy of Clinical Neuropsychology Consensus Conference Statement on the Neuropsychological Assessment of Effort, Response Bias, and Malingering**  Heilbronner, R.J., Sweet, J.J., Morgan, J.E., Larrabee, G.J., Millis, S., & Conference Participants. *The Clinical Neuropsychologist* 2009 23, pp 1093-1129

**The relationship between early life stress and microstructural integrity of the corpus callosum in a non-clinical population**  Paul, R., Henry, L., Grieve, S.M., Guilmette, T.J., Niaura, R., Bryant, R., Bruce, S., Williams, L.M., Richard, C.C., Cohen, R.A., & Gordon, E. *Neuropsychiatric Disease and Treatment*  2008 4, pp 193-201

**Adjusting IQ scores for the Flynn Effect: Consistent with the standard of practice?**  Hagan, L.D., Drogin, E.Y. & Guilmette, T.J. *Professional Psychology: Research and Practice*  2008 39, pp 619-625

**The relationships among rehabilitation staff members' reports of cognitive dysfunction and neuropsychological assessment in an acute rehabilitation population**  Guilmette, T.J., Temple, R.O., & Kennedy, M.L. *Rehabilitation Psychology* 2008 53, pp 238-242

**Assigning qualitative descriptors to test scores in neuropsychology: Forensic implications**  Guilmette, T.J., Hagan, L., & Giuliano, A.J. *The Clinical Neuropsychologist,* 2008  *22*, pp 122-139

**Concussion understanding and management among New England high school football coaches**  Guilmette, T.J., Malia, L.A., & McQuiggan, M.D. *Brain Injury*  2007  21 pp 1039-1047

**Investigation of biases in the general public in evaluating mild head injury using neuropsychological and CT scan results: Forensic implications**  Guilmette, T.J., Kennedy, M.L., Weiler, M.D., & Temple, R.O. *The Clinical Neuropsychologist*  2006 *20*, pp 305-314

**Traumatic brain injury: Evaluation and litigation – 2006 edition**  Bernard, P.G., Brutman, B., Guilmette, T.J., McNamara, M.E., Petrocelli, R.W., & Smothers, J.M. LexisNexis. Newark, NJ

**The influence of victim characteristics on potential jurors' perceptions of brain damage in mild traumatic brain injury**  Guilmette, T.J., Temple, R.O., Kennedy, M.L., Weiler, M.D., Ruffolo, L.F., & Dufresne, E. *Brain Injury*  2005  19, pp 1027-1030

*Thomas J. Guilmette, Ph.D., ABPP*
The Forensic Panel

Page 10 of 14

## PUBLICATIONS CONTINUED...

**Prediction of vocational functioning from neuropsychological test data**  Guilmette, T.J. In I.Z. Schultz & R.J. Gatchel (Eds.), *Handbook of complex disability claims: Early risk identification, intervention, and prevention* (pp. 303-314). New York: Springer Science and Business Media. 2005

**Recall of 9/11/01 as an indicator of cognitive functioning in the elderly** Guilmette, T.J., Carroll, B., Ferreira, J., Magner, E., Mihuta, M., & Kennedy, M.L. *Journal of Aging, Neuropsychology, and Cognition* 2004 11, pp 450-458

**The public's misconceptions about traumatic brain injury: A follow up survey** Guilmette, T.J., & Paglia, M.F. *Archives of Clinical Neuropsychology,* 2004 19 pp 183-189

**Book review: Help for families of children with traumatic brain injuries** Guilmette, T.J. *Contemporary Psychology: APA Review of Books,* 2003  48  pp 43-44

**Rehabilitation for patients with brain tumors**  Mukand, J.A., Guilmette, T.J., & Tran, M. *Critical Reviews in Physical Medicine and Rehabilitation*  2003 15, pp 99-111

**Letters** Wall, B.W., Krupp, B.H., & Guilmette, T. *Journal of the American Academy of Psychiatry and the Law*  2003 31 pp 525-526

**Restoration of competency to stand trial: A training program for persons with mental retardation** Wall, B.W., Krupp, B.H., & Guilmette, T.J. *Journal of the American Academy of Psychiatry and Law*  2003 31  pp 189-210

**Ecological validity: Prediction of everyday and vocational functioning from neuropsychological test data**  Sbordone, R.J., & Guilmette, T.J. In Sweet J. Ed., *Forensic neuropsychology: Fundamentals and practice* pp. 227-254  Lisse, the Netherlands: Swets & Zeitlinger Publishers 1999  reprinted in Schultz, I. & Brady D. Eds.  *Psychological injuries at trial.* American Bar Association, Chicago, IL  2003

**Suggestions for a smoking cessation program in the long-term care setting** Guilmette, T.J., & Shadel, W.G. *Annals of Long-Term Care: Clinical Care and Aging,* 2002 10 pp 43-48

**Book review: Stroke therapy: Basic, preclinical, and clinical directions**  Guilmette, T.J. *Brain Injury*  2001 15, pp 279-280

**A comparison of the WISC-III and the Otis-Lennon School Abilities Test with students referred for learning disabilities**  Guilmette, T.J., Kennedy, M.L., & Queally, P.T. *Journal of Psychoeducational Assessment*  2001  19  pp 239-244

**Dopaminergic therapy with Carbidopa L-Dopa for left neglect after stroke: A case series** Mukand, J.A., Guilmette, T.J., Allen, D.G., Brown, L.K., Brown, S.L., Tober, K.L., & VanDyck, W.R. *Archives of Physical Medicine and Rehabilitation*  2001 82, 1279-82

**The prevalence of cigarette smoking in an acute inpatient physical medicine and rehabilitation population**  Guilmette, T.J., Motta, S.I., Shadel, W.G., Mukand, J., & Niaura, R. *Substance Abuse* 2001 22 pp 187-192

PUBLICATIONS CONTINUED…

**Promoting smoking cessation in the rehabilitation center**  Guilmette, T.J., Motta, S.I., Shadel, W.G., Mukand, J., & Niaura, R.  *American Journal of Physical Medicine and Rehabilitation*  2001  80  pp  560-562

**Comparison of time and error rates on the Trail Making Test among patients with head injuries, experimental malingerers, patients with suspect effort on testing, and normal controls**  Ruffolo, L.F., Guilmette, T.J., & Willis, W.G.  *The Clinical Neuropsychologist*  2000  14 pp 223-230

**Book review: Mild traumatic brain injury: a clinician's guide**  Guilmette, T.J. *Journal of Forensic Neuropsychology*  1999  1,  pp 58-64

**The role of mental status measures in civil competency determinations**  Guilmette, T.J. & Krupp, B.H.  *Journal of Forensic Neuropsychology,* 1999 1, pp 1-16

**A comparison of nine WAIS-R short forms in individuals with mild to severe traumatic brain injury.**  Guilmette, T.J., Dabrowski, J., Kennedy, M.L., Gnys, J. *Assessment,* 1999  6, pp 33-41

**The relationship between the WRAML Memory Screening and General Memory Indices in a clinical population**  Kennedy, M.L., & Guilmette, T.J.  *Assessment*  1997 4,  pp 69-72

**Ethical considerations in forensic neuropsychological consultation**  Guilmette, T.J., & Hagan, L.D.  *The Clinical Neuropsychologist*  1997 11 pp 287-290

**PocketGuide to brain injury, cognitive, and neurobehavioral rehabilitation**  Guilmette, T.J. Singular Publishing Group, Inc. San Diego, CA: 1997

**Order effects in the administration of a forced-choice procedure for detection of malingering in disability claimants' evaluations**  Guilmette, T.J., Whelihan, W.M., Hart, K.J., Sparadeo, F.R., & Buongiorno, G. *Perceptual and Motor Skills*  1996 83, pp 1007-1016

**Sleep and pain complaints in symptomatic traumatic brain injury and neurologic populations** Beetar, J.T., Guilmette, T.J., & Sparadeo, F. *Archives of Physical Medicine and Rehabilitation* 1996 77 pp 1298-1302

**The prediction of vocational functioning from neuropsychological data.** Guilmette, T.J., & Kastner, M.P. In Sbordone R.J. & Long C.J. Eds., *Ecological validity of neuropsychological testing* pp. 387-411 Winter Park, FL St. Lucie Press Corp. 1996

**Orientation and 3-word recall in predicting memory: Age effect and false-negative errors** Guilmette, T.J., Tsoh, J.Y., & Malcolm, C.D. *Neuropsychiatry, Neuropsychology, and Behavior Neurology* 1995 8 pp 20-25

**Sensitivity, specificity, and diagnostic accuracy of three verbal memory measures in mild brain injury** Guilmette, T.J., & Rasile, D.  *Neuropsychology*  1995 pp 338-344

**Neurocognitive rehabilitation guidelines for therapists**  Guilmette, T.J., & Kennedy, M.L. *Topics in Stoke Rehabilitation* 1995 2 pp 32-43

**Folstein versus Modified Mini-Mental State Exam in geriatric stroke: Stability, validity and screening utility**  Grace, J., Nadler, J.D., White, D.A., Guilmette, T.J., Giuliano, A.J., Monsch, A.U., & Snow, M.G. *Archives of Neurology*  1995  52  pp 477-484

**PUBLICATIONS CONTINUED…**

**Validity of neuropsychological test results in disability evaluations** Guilmette, T.J., Whelihan, W., Sparadeo, F.R., & Buongiorno, G. *Perceptual and Motor Skills* 1994  78,  pp 1179-1186

**Detecting simulated memory impairment: A comparison of the Rey Fifteen-Item Test and the Hiscock Forced-Choice Procedure** Guilmette, T.J., Hart, K.J., Giuliano, A.J., & Leininger, B. *The Clinical Neuropsychologist* 1994  8  pp  283-294

**Malingering** Guilmette, T.J., & Bishop, D. In Feldmann E. Ed., *Current diagnosis in neurology* pp. 304-307  Mosby-Year Book, Inc. Philadelphia, PA 1994

**Traumatic brain injury: Evaluation and litigation**   Petrocelli, R.W., Guilmette, T.J., & McNamara, M.E.  Charlottesville, VA: The Miche Company 1994

**Malingering detection: The use of a forced-choice method in identifying organic versus simulated memory impairment.**  Guilmette, T.J., Hart, K.J., & Giuliano, A.J. *The Clinical Neuropsychologist* 1993  7  pp 59-69

**When "normal" people do "crazy" things: Insanity and antisocial personality in criminal cases**  Guilmette, T.J., & McNamara, M.E. *Rhode Island Bar Journal*  1993 42, pp 5-10

**Emotional dysfunction in a geriatric population: Staff observations and patients' reports** Guilmette, T.J., Snow, M.G., Grace, J., & Giulinao, A.J. *Archives of Physical Medicine and Rehabilitation*  1992  73  pp 587-593

**Proving brain damage from mild head injury**  Guilmette, T.J., & Matazow, G.S. *Trial*  1992  28, pp 56-60

**Taking the stand: Issues and strategies in forensic neuropsychology** Guilmette, T.J., & Giuliano, A.J. *The Clinical Neuropsychologist*  1991 5, pp 197-219

**Characteristics of neuropsychologists who prefer the Halstead-Reitan or the Luria-Nebraska Neuropsychological Battery** Guilmette, T.J., & Faust, D. *Professional Psychology: Research and Practice*  1991 22 pp 80-83

**Cognitive and behavioral symptoms in mild head injury: Considerations for brain damage litigation**  Guilmette, T.J.  *Rhode Island Bar Journal,* 1991 39 pp 7-12

**A national survey of psychologists who offer neuropsychological services**  Guilmette, T.J., Faust, D., Hart, K., & Arkes, H.R.  *Archives of Clinical Neuropsychology*  1990  5, pp 373-392

**To say it's not so doesn't prove that it isn't: Research on the detection of malingering.  Reply to Bigler.** Faust, D., & Guilmette, T.J.  *Journal of Consulting and Clinical Psychology,* 1990  58, pp 248-250

**Response to Schmidt's (1989) comments on the article by Faust, Hart, Guilmette, and Arkes (1988)**  Arkes,  H.R., Faust, D., & Guilmette, T.J. *Professional Psychology: Research and Practice,* 1990  21, pp 3-4

**Neuropsychologists' training, experience, and judgment accuracy**  Faust, D., Guilmette, T.J., Hart, K., Arkes, H.R., Fishburne, F.J., & Daves, L. *Archives of Clinical Neuropsychology,* 1988 3, pp 145-163

## PUBLICATIONS CONTINUED…

**Pediatric malingering: The capacity of children to fake believable deficits on neuropsychological testing**  Faust, D., Hart, K., & Guilmette, T.J. *Journal of Consulting and Clinical Psychology*  1988  56, pp 578-582

**Neuropsychologists' capacity to detect adolescent malingerers**  Faust, D., Hart, K., Guilmette, T.J., & Arkes, H.R. *Professional Psychology: Research and Practice,* 1988 19,  pp 508-515

**Eliminating the hindsight bias** Arkes, H.R., Faust, D., Guilmette, T.J., & Hart, K. *Journal of Applied Psychology* 1988 *73,* pp 305-307

**Baseline and comparative neuropsychological data on U.S. Army aviators** Guilmette, T.J., & Treanor, J.J.  *Journal of Aviation, Space and Environmental Medicine,* 1986 57, pp 950-953

## EDITORIAL ACTIVITIES

| | |
|---|---|
| *Board member,* The Clinical Neuropsychologist | 2011-present |
| *Board member,* Psychological Injury and Law | 2007-present |
| *Board member,* Journal of Forensic Neuropsychology | 1997-2006 |
| *Ad hoc reviewer,* Brain Injury | |
| *Ad hoc reviewer,* Aging, Neuropsychology, and Cognition | |
| *Ad hoc reviewer,* Perceptual and Motor Skills | |
| *Ad hoc reviewer,* Neuropsychology | |
| *Ad hoc reviewer,* The Clinical Neuropsychologist | |
| *Ad hoc reviewer,* Assessment | |
| *Ad hoc reviewer,* Child Neuropsychology | |
| *Ad hoc reviewer,* Journal of the International Neuropsychological Society | |
| *Ad hoc reviewer,* Archives of Clinical Neuropsychology | |
| *Ad hoc reviewer,* Archives of Physical Medicine and Rehabilitation | |
| *Ad hoc reviewer,* Aging and Mental Health | |
| *Ad hoc reviewer,* Journal of Head Trauma Rehabilitation | |
| *Ad hoc reviewer,* Pediatrics | |
| *Ad hoc reviewer,* Rehabilitation Psychology | |

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| International Neuropsychological Society | 2016-present |
| American Academy of Clinical Neuropsychology | 1991-present |
| *Case Sample Reviewer,* Board Certification Exam | |
| American Board of Professional Psychology | 1991 - present |
| National Academy of Neuropsychology | 1991-present |
| American Psychological Association | 1983-present |
| Division 40, Clinical Neuropsychology | |
| *Member,* APA Annual Convention Program Committee | 1993 |

### PROFESSIONAL AFFILIATIONS CONTINUED…

Providence College
    *Chair and Faculty Senator,* Task Force on Assessment of Teaching     2009-2011, 2017-present
    *Member,* Neuroscience Certificate Program Co-Director     2009-present
    *Adivsor,* Analyze This (Department of Psychology Newsletter)     2000-2010
    *Member,* Committee on Academic Appeals     2004-2007
    *Member,* Healthcare Advisory Committee     2006
    *Advisor,* Psi Chi (National Honor Society in Psychology)     2000-2005
    *Member,* Institutional Animal Care and Use Committee     1999-2005
    *Member,* Graduate Council     2002-2004
Faculty Search Committees
    *Member,* Applied Developmental/Child Clinical     2014
    *Member,* Behavioral Neuroscience     2013
    *Chair,* Social Psychology     2008-2009
    *Chair,* Biopsychology     2008-2009
American Heart Association of Rhode Island
    *Member,* Stroke Committee     1990-1992

### INTERNSHIP AND POSTDOCTRAL TRAINING

Alpert Medical School of Brown University & Rhode Island Hospital     1984-1986
    *Postdoctoral Fellowship,* Pediatric and Adult Neuropsychology
    Primary supervisor: David Faust, Ph.D.

Walter Reed Army Medical Center, Washington, DC     1981-1982
    *Predoctoral internship,* Clinical Psychology (APA Approved)

### MILITARY SERVICE

U.S. Army, Medical Service Corps     1982-1984
    *Captain*

### EDUCATION

University of Missouri
    Ph.D., Counseling Psychology (APA Approved)     1982
    U.S. Army Health Professions Scholarship Award

Providence College
    B.A., Psychology, Cum Laude     1978
    Four-year Army ROTC Scholarship

### PROFESSIONAL LICENSURE

Rhode Island
Massachusetts
Missouri (Inactive)