# THOMAS WISNIEWSKI, M.D.
## The Forensic Panel
224 West 30th Street, Suite 806
New York, New York 10001
Tel: (212) 535-9286
Fax: (212) 535-3259

### EXPERIENCE

Gerald J. and Dorothy R. Friedman Professor of the New York University Alzheimer's Disease Center
*Professor of Neurology, Pathology, and Psychiatry* — Present

National Neuropathology Fellowship Program Directors Committee at the American Association of Neuropathologists, Inc.
*Member* — 2017-present

PI of T32 training grant: NIH/NIA 1T32AG052909-01A1 Postdoctoral Research Training in Neurodegenerative Disorders and the Aging Brain; — 2017-2022

NYU School of Medicine
*Lecturer,* Neuroscience Course in Disorders — 2009-present
*Lecturer,* Advanced Immunology: Neuroimmunology Course — 2008-present
*Director,* Neuropathology Fellowship — 2006-present
*Lecturer,* Psychiatry Board Review Course — 2000-2005
*Lecturer,* Pathology Board Review Course (Neuropathology) — 1999-present
*Lecturer,* Neurogenetics Course — 1999-present
*Lecturer,* Molecular Signaling and Drug Development Course — 1999-present
*Lecturer and Organizer,* Mechanisms of Disease: The Nervous System Course — 1998-present
*Clinical Lecturer,* Neurology Course — 1990-present
*Lecturer Organizer,* General Neurology — 1987-1988

*Lecturer and Course designer* of the first Interclerkship Intensive for NYULMC on Cognitive Issues in the Health Care Setting: Informed Consent, Physician Impairment, Capacity, Ethics, Dementia and Delirium. — 2012

NYU NIH funded Alzheimer's Disease Clinical Center
*Director* — 2015-present

NYU Center for Cognitive Neurology
*Director* — 2014-present

NYU NIH funded Alzheimer's Disease Clinical Center
*Co-Director* — 2014-2015

Pearl Barlow Center for Memory Evaluation and Treatment, NYUSM
*Director* — 2014-present

NYU Department of Neurology
*Associate Chair for Research* — 2013-present

NYU Comprehensive Center on Brain Aging
*Associate Director of Research* — 2011-2014

Cognitive Neurology Division of the Department of Neurology, NYUSM
*Director* — 2009-present

Pearl Barlow Center for Memory Evaluation and Treatment, NYUSM
*Acting Director* — 2008-2010

NYU Medical Center
*Neuropathology Fellowship Program Director* — 2006-present
*Director of Memory and Dementia Disorders Center* — 2005-2010

Neurology Department Promotions Committee
*Member* — 2005-present


US v. Brockman
DX-23
Case No: 4:21-cr-0009

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 2 of 49

## EXPERIENCE CONT....

| | |
|---|---|
| Manhattan Veterans Administration Hospital, New York | |
| *Neurology Consult Attending Physician,* (serves as the Consult Neurology Attending for general Neurology on a part time basis year round and run a Dementia clinic once/week). | 1990-present |
| Tisch Hospital (NYU Med. Cent.) | |
| *Attending Physician,* Neurology Department | 1990-present |
| Bellevue Hospital, New York | |
| *Attending Physician,* (serves as the Neurology Attending on the general Neurology Ward 1-2 months/year) | 1990-present |
| Columbia-Presbyterian Medical Center, New York | |
| *Course Developer and Lecturer,* Neuropathology | 1988-1990 |
| Downstate Medical Center, Brooklyn, New York | |
| *Organized Lectures,* General Pathology | 1984-1985 |

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| NYU Medical Center Faculty Council | |
| *President* | 2019-2020 |
| *Re-Elected Member* | 2018-2021 |
| *Re-Elected Member* | 2015-2018 |
| *Member* | 2012-2015 |
| NYU NIA funded Alzheimer's Disease Research Center | |
| *Director* | 2015-present |
| NYULMC Center for Cognitive Neurology | |
| *Director* | 2014-present |
| Pearl Barlow Center for Memory Evaluation and Treatment | |
| *Director* | 2014-present |
| NYU Alzheimer's Disease Clinical Center | |
| *Co-Director* | 2014-2015 |
| Department of Neurology | |
| *Associate Chair of Research* | 2013-present |
| NYU Senate Administration & Technology Committee | |
| *Member* | 2016-2018 |
| NYU Senate Council | |
| *Member* | 2013-2019 |
| Comprehensive Center on Brain Aging | |
| *Associate Director of Research* | 2011-2013 |
| Department of Neurology | |
| *Chief of the Division of Aging and Dementia* | 2010-present |
| Memory and Dementia Disorders Center | |
| *Director* | 2003-present |
| Pearl Barlow Center for Memory Evaluation and Treatment | |
| *Acting Director* | 2007-2010 |
| NYU Faculty Council | |
| *Member* | 2007-2009 |

CONFIDENTIAL

Brockman_0002127

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 3 of 49

## HOSPITAL APPOINTMENTS CONT.…

Neuropathology Fellowship Program
    *Director*                                         2006-present
Neuropathology Core of the NIH-funded NYU Alzheimer's Disease (AD) clinical center
    *Director*               2002-present
Conformational Disorders Laboratory
    *Director*               2000-present
Manhattan Veterans Administration Hospital, New York
    *Staff Neurologist*      1990-present
Bellevue Hospital, New York
    *Associate Attending* in Neurology      1998-present
    *Assistant Attending* in Neurology      1993-1998
    *Instructor* in Neurology      1990-1993

## ACADEMIC APPOINTMENTS

New York University Alzheimer's Disease Center
    *Professor,* Given Endowed Chair: Gerald J. and Dorothy R. Friedman
    ($3.1 million endowment, with the Levidow endowment now being used for
    support for the NYU ADRC)      2017
*Professor of Neurology,* Given Endowed Chair: Lulu P. and David J. Levidow
    ($2.86 million endowment)      2014-2017
New York University
    *Professor of Neurology, Pathology, and Psychiatry* (tenured)      2005
    *Associate Professor of Neurology, Pathology, and Psychiatry* (tenured)      1999-2005
    *Associate Professor of Neurology and Pathology*      1998-1999
    *Director of the Conformational Disorders Laboratory*      1997
    *Assistant Professor of Neurology and Pathology*      1992-1998
    *Clinical Intructor in Neurology*      1990-1992
    *Assistant Clinical Instructor in Neurology*      1987-1988
Columbia University, New York
    *Clinical Fellow in Neuropathology*      1998-1990
New York University Alzheimer's Disease Center
    *Director of the Neuropathology Core*      2002
NYS Institute for Basic Research in Developmental Disabilities, Department of Developmental
Neurobiology
    *Research Scientist*      2000

## MAJOR COMMITTEE ASSIGNMENTS

*Chairperson* of NIA Special Emphasis Panel for T32 applications
    ZAG1 ZIJ-D (A1) (SRO: Dario Dieguez)      June 2021
*Member* of 2021/10 NST-1; (SRA: William Benzing)      May 2021
*Member* of DOD review of FY20 Peer Reviewed Medical Research Program (PRMRP),
    (SRO: Deborah S. Parris)      Oct. 2020
*Member* of NST-1; (SRA: William Benzing)      Sept. 2020
*Member* of 2020/10 ZNS1 SRB-X (08) (SRA: Delany Torres) for BRAIN

CONFIDENTIAL
Brockman_0002128

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 4 of 49

## MAJOR COMMITTEE ASSIGNMENTS CONT....

|  |  |
|---|---|
| K99/R00 to Promote Diversity | May 2020 |
| *Member* of 2020/10 ZAG1 ZIJ-6 (O4) (SRA: Alexander Parsadanian) for Alzheimer's Disease Drug Development | May 2020 |
| *Member* of 2019/08 ZRG1 BBBP-J (51) R (SRA: Maribeth Champoux) for RFA-OD-19-018: Clinical Trials Development for Co-Occurring Conditions in Individuals with Down Syndrome: Phased Awards for INCLUDE (R61/R33) | July 2019 |
| *Member* of 2019/08 ZRG1 BBBP-J (52) R (SRA: Maribeth Champoux) for RFA-OD-19-015: Investigation of Co-occuring conditions across the Lifespan to Understand Down Syndrome (INCLUDE) Clinical Trial Readiness | July 2019 |
| *Chairman* of 2019/10 ZAG1 ZIJ-G (O1) Study section (SRA: Maurizio Grimaldi) for Cellular Platform for Epigenetic and 'Omics Characterization of AD | June 2019 |
| *Standing* 2018/10 NST-1 NIH NINDS Study Section (SRA: William Benzing) | June 2018 |
| 2018/10 ZNS1 SRB-B (61) Member Conflict Panel (SRA: William Benzing) | June 2018 |
| *Standing Member* of 2017/10 NST-1 NIH NINDS Study Section (SRA: William Benzing) | June 2017 |
| 2017/10 ZNS1 SRB-B (57) NST Member Conflict Panel (SRA: William Benzing) | June 2017 |
| *Member* of the NIH UO1 Review Committee 2017/10 ZAG1 ZIJ-6 (01), "Alzheimer's Disease Drug Development" (SRA: Alexander Parsadanian). | May 2017 |
| *Member* of the 2017/05 NIH NINDS ZNS1 SRB-B (55) NST Member Conflict Panel (SRA: William Benzing) | Feb. 2017 |
| *Member* of the 2017/05 NST-1 NIH NINDS Study Section (SRA: William Benzing) | Feb. 2017 |
| *Member* of the Weston Brain Institute Transformational Research 2016 Proposal Review Panel | July 2016 |
| *Member* of NSD-C Neurological Sciences and Disorders C Neurological Sciences and Disorders C Study Section (SRA: William Benzing) | June 2016 |
| *Chairman and Member* of the 2015-6 Peer Reviewed Alzheimer's Research Program (PRARP) for the Department of Defense Congressionally Directed Medical Research Programs (CDMRP) Convergence Science Research-2 study section. (SRO: Xuanli [Lia] Yao) | Feb. 2016 |
| *Member* of 2016/05 ZAG1 ZIJ-6 (M3) ADNI-3 Study Section. (SRA: Alexander Parsadanian) | Feb. 2016 |
| *Standing Member* of the Food and Drug Administration's (FDA) Transmissible Spongiform Encephalopathies Advisory Committee (TSEAC) | 2015-2017 |
| *Member* of 2015/10 NSD-C Neurological Sciences and Disorders C Neurological Sciences and Disorders C Study Section (SRA: William Benzing) | June 2015 |
| *Member* of ZRG1 BDCN-Y (02) Study Section: Traumatic Brain Injury and Cerebrovascular Disorders (SRA: Alexander Yakovlev) | June 2015 |
| *Member* of 2015/05 ZRG1 BDCN-J 03 M Member Conflict: Neuroimaging and Neurodegeneration Study Section (SRA: Jay Joshi) | April 2015 |
| *Member* of 2015/05 NSD-C Neurological Sciences and Disorders C Study Section (SRA: William Benzing) | April 2015 |
| *Chairman and Member* of the 2014-5 Peer Reviewed Alzheimer's Research Program (PRARP) for the Department of Defense Congressionally Directed Medical Research Programs (CDMRP). (SRO: Donald A. Martyn) | March 2015 |
| *Member* of the Pfizer-FRQS Innovation Fund for Alzheimer's Disease and Related Disorders (High Risk, High-Potential Projects) Review Committee (Program Manager: Manon Pelletier), Montreal, Quebec, Canada | Feb. 2015 |
| *Member* of the U01 AD Drug Development Review Panel ZAG1 ZIJ-6(J4). (SRA: Alexander Parsadanian) | Sept. 2014 |

CONFIDENTIAL

Brockman_0002129

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 5 of 49

## MAJOR COMMITTEE ASSIGNMENTS CONT....

| | |
|---|---|
| *Elected as Standing Member* of the 2014/10 NSD-C Neurological Sciences and Disorders C Study section. (SRA: William Benzing) | June 2014-2018 |
| *Member* of the Special Emphasis Panel/Scientific Review Group 2014/05 ZAG1 ZIJ-6 (M1) Drug Development for Alzheimer's Disease (SRA: Alexander Parsadanian) | March 2014 |
| *Chairman and Member* of the Clinical Neuroimmunology and Brain Tumors Study Section [CNBT] Special Emphasis Panel (BDCN-J (02) M) (SRA: Jay Joshi) | March 2014 |
| *Member* of the Special Emphasis Panel/Scientific Review Group Biobehavioral Regulation, Learning and Ethology (BRLE), 2014/05 ZRG1 BBBP-V (55) R (SRA: Mark Lindner) | Feb. 2014 |
| *Member* of the Chronic Dysfunction and Integrative Neurodegeneration (CDIN) Study Section (SRA: Wei-Qin Zhao) | Sept. 2013 |
| *Member* of the BDCN Integrated Review Group (BDCN IRG) Grant overview study section (SRA: Joy Joshi) | Sept. 2013 |
| *Member* of the 2013/10 ZRG1 BDCN-Y (02) Neurodegenerative and Neurodevelopmental Disorders Study Section (SRA: Alexander Yakovlev) | June 2013 |
| *Member* of the 2013/10 ZAG1 ZIJ-7 (01) Degenerative and Dementing Diseases study section (SRA: Ramesh Vemuri) | June 2013 |
| *Member* of the special NIH/NIA special emphasis panel to review R01 applications in response to RFA AG13-013 (SRA: Alexander Parsadanian) | June 2013 |
| *Member* of the NIH study section: 2013/10 BNVT Bioengineering of Neuroscience, Vision and Low Vision Technologies Study Section (SRA: Robert Elliot) | May 2013 |
| *Member* of the NIH special emphasis panel: Neurodegenerative and Neurodevelopmental Disorders Special Emphasis Panel ZRG1 BDCN-Y (02) (SRA: Alexander Yakovlev) | June 2013 |
| *Member* of NIH 2013/05 CNN Clinical Neuroscience and Neurodegeneration Study Section, (SRA: Samuel Edwards) | Feb. 2013 |
| *Member* of NIH special emphasis panel 2013/05 ZRG1 IDM-S (02) M, Member Conflict: Topics in Infectious Diseases and Microbiology (SRA: Liangbiao Zheng) | Feb. 2013 |
| *Member* of the NIH special emphasis panel MDCN Integrated Review Group ZRG1 MDCN-F(59) R (SRA: Joanne Fujii) | Oct. 2012 |
| *Member* of the NIH special emphasis panel NIH Special Emphasis Panel ZRG1 IDM-B (04), (SRA: Richard Kostriken) | Sept. 2012 |
| *Member* of the NIH special emphasis panel ZRG1 IDM-V (02) M, Member Conflict: Topics In Microbial Pathogenesis  (SRA: Gagan Pandya) | 2011 |
| *Member* of the NIH special emphasis panel ZRG1 BDCN-C (02) M, Neurodegeneration, Trauma, Immunology and Aging (SRA: Julius Cinque) | 2011 |
| *Member* of the NIH special emphasis panel ZRG1 BDCN-J (02) M, Neurodevelopment, Neurodegeneration and Stroke (SRA: Jay Joshi) | 2011 |
| *Member* of the special emphasis panel NIH 2011/05 ZRG1 BDCN-Y (02) F meeting; Neurodegenerative Disorders (SRA: Alexander Yakovlev) | 2011 |
| *Council Member* of grant reviewers for the Creutzfeldt-Jakob Disease Foundation Inc. | 2010-2012 |
| *Member* of the special emphasis panel NIH Brain Disorders and Clinical Neurosciences (BDCN)-T(02) study section | 2010 |
| *Member* of the NIH Brain Disorders and Clinical Neurosciences (BDCN)-Y(04) study section | 2010 |
| *Member* of the Scientific Program Committee of the 11th International Conference on Alzheimer's Disease and Related Disorders | 2007-2008 |
| *Committee Member* Permanent Study Section, National Institutes of Health, NIA-N (Neuroscience of Aging) Study Section, term of committee membership: | |

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

## MAJOR COMMITTEE ASSIGNMENTS CONT….

| | |
|---|---|
| July 1, 2005 to June 30, 2009 | 2005-2009 |
| *Ad Hoc Study Section Committee Member*, National Institutes of Health, BDCN-4 | |
| (now known as Clinical Neuroimmunology and Brain Tumors; CNBT 01, SRA: | |
| Jay Joshi), meeting at least twice a year from 2003 to 2012 | 2003-2012 |
| *Reviewer* for the Department of Defense National Prion Research Initiative | 2003 |
| *Reviewer* for the American Federation of Aging Research | 1999-present |
| *Ad Hoc Study Section Committee Member*, NIH Brain Disorders and Clinical Neurosciences-4 | |
| (BDCN-4) | 1999-2003 |
| *Ad Hoc Study Section Committee Member*, NIH Cellular and Molecular | |
| Developmental Neurosciences-2 | 1998-1999 |
| NIH reverse side-visit of Prusiner Program Project, University of California | 1998 |
| NIH side-visit of Program Project, University of Southern Alabama | 1998 |
| *Committee Member*, Ad Hoc NIH Program Project Study Section Review | 1997 |
| *Committee Member*, Neuroscience of Aging Study Section, NIH | 1996 |
| *Committee Member*, Ad Hoc Neurological Sciences-1 Study Section, NIH | 1995-1996 |
| Program Committee for the American Association of Neuropathology | 1995 |
| Ad Hoc Committee of Reviewers, American Journal of Pathology | 1992-present |
| Ad Hoc Committee of Reviewers, Annals of Neurology | 1992-present |

## NIH ALZHEIMER'S DISEASE RESEARCH CENTER AND PROGRAM PROJECT COMMITTEE

| | |
|---|---|
| Chairperson of NIH special emphasis panel 2021/05 ZAG1 ZIJ-G (M1) for P30 | |
| Alzheimer's Disease Research Centers (SRO: Maurizio Grimaldi) | March 2021 |
| Chairperson of NIH special emphasis panel ZAG1 ZIJ-1 (M2), Griffin P01 review | |
| (SRO: Birgit Neuhuber) | Jan. 2021 |
| Chairman of 2021/01 ZAG1 ZIJ-6 (J1); (SRA: Alexander Parsadanian) Resource | |
| Networks for Protein Polymorphisms in AD | Sept. 2020 |
| Chairperson of the NIH special emphasis panel 2020/05 ZAG1 ZIJ-D (M1) for | |
| PAR-18-029 Delirium and Alzheimer's Disease (SRO: Dario Dieguez) | Feb. 2020 |
| Chairman of the NIH special emphasis panel 2020/01 ZAG1 ZIJ-1 (J1) for P01 | |
| "Degenerative and Dementing Diseases of Aging" (PI: S. Prusiner; SRA: Birgit Neuhuber) | Sept. 2019 |
| Chairman of the NIH special emphasis panel ZAG1 ZIJ-P (A1) 1 for RFA-AG19-027 | |
| (SRA: Nijaguna Prasad) | May 2019 |
| Member of the NIH special emphasis panel ZAG1 ZIJ-6 (O3) for PAR18-020 U01 AD | |
| Drug Development (SRA: Alexander Parsadanian) | May 2019 |
| Chairman of the NIH special emphasis panel: 2019/01 ZAG1 ZIJ-G (J1), ADC P30 | |
| Review (SRA: Maurizio Grimaldi) | Sept. 2018 |
| Member of the NIH special emphasis panel: 2018/08 ZRG1 BDCN-W (50) R for PAR-18-596: | |
| Research on Current Topics in Alzheimer's Disease and Its Related Dementias | |
| (Human Studies); (SRA: Samuel Edwards) | July 2018 |
| Member of the NIH special emphasis panel: 2018/10 ZAG1 ZIJ-6 (O2) Alzheimer's Disease Drug | |
| Development (SRA: Alexander Parsadanian) | May 2018 |
| Member of the NIH special emphasis panel: 2018/10 ZAG1 ZIJ-P (O2) Omics & Spatial | |
| Interrogation of Alzheimer's Disease (P.I.: Ed Lein; SRA: Nijaguna Prasad) | May 2018 |
| Member of the NIH special emphasis panel: 2018/10 ZAG1 ZIJ-P (O2) Omics & Spatial | |
| Interrogation of Alzheimer's Disease (P.I.: Ed Lein; SRA: Nijaguna Prasad) | May 2018 |

CONFIDENTIAL

Brockman_0002131

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

### NIH ALZHEIMER'S DISEASE RESEARCH CENTER AND PROGRAM PROJECT COMMITTEE CONT....

| | |
|---|---|
| Member of the External Advisory Committee (EAC) of the NIH funded Yale University Alzheimer's Disease Research Center | March 2017 |
| Member of the External Advisory Committee (EAC) of the NIH funded Yale University Alzheimer's Disease Research Center | Jan. 2016 |
| Member of 2015/10 ZAG1 ZIJ-1 (O2) Study Section: Dementia for review of P01 AG017586-16 entitled: Frontotemporal Dementias: Genotypes and Phenotypes (P.I.: Virginia Lee) (SRA: Jeannette Johnson) | July 2015 |
| Member of the External Advisory Board; Yale Alzheimer's Disease Research Center; Yale University School of Medicine | 2015-2020 |
| Chairman of the special emphasis panel: 2014/08 ZAI1 RWM-M (S2) 1 "NIAID Investigator Initiated Program Project Applications (P01)" for review of PO1 AI07774-06 entitled: Pathogenesis, Transmission and Detection of Zoonotic prion diseases (P.I.: Claudio Soto) (SRA: Richard Morris) | July 2014 |
| Chairman of the special emphasis panel: 2014/08 ZAI1 RWM-M (S3) 1 "NIAID Investigator Initiated Program Project Applications (P01)" for review of PO1 AI106705-01A1 entitled: Mechanisms of Transmissibility in Prion Diseases (P.I.: Witold Surewicz) (SRA: Richard Morris) | June 2014 |
| Member of the special emphasis panel: 2014/10 ZAG1 ZIJ-7 (O1) Review of program project entitled: Degenerative and Dementing Diseases, PO1AG002132-34 (P.I.: Stanley Prusiner) (SRA: Ramesh Vemuri) | June 2014 |
| Member of the special emphasis panel:  2014/10 ZAG1 ZIJ-5 (O1) Amyloid and Vascular Pathology in AD, 2 P01 AG025204-11 (P.I.: William E. Klunk) (SRA: Elaine Lewis) | June 2014 |
| Member of the special emphasis panel: 2014/05 ZAI1 RWM-M (M1) 1, "NIAID Investigator Initiated Program Project Applications (P01)" (SRA: Richard Morris) | April 2014 |
| Chairman of the special emphasis panel: 2014/01 ZAG1 ZIJ-6 (J1) of the program project grant entitled: Behavioral and Neural Plasticity in Aging  (P.I.: Carl Cotman) (SRA: Alexander Parsadanian) | Dec. 2013 |
| Member of the special emphasis panel: 2014/01 ZAG1 ZIJ-6 (J2) of the program project grant entitled: Therapeutics for Prion Disease (P.I.: Stanley Prusiner) (SRA: Alexander Parsadanian) | Nov. 2013 |
| Member of the Alzheimer's Disease Research Center (ADRC) 2014/01 ZAG1 ZIJ-4 (J1) review committee (SRA: William Cruce) | Oct. 2013 |
| Member of the special emphasis panel: ZNS SRB-J (1) "Udall Center Review" (SRA: Birgit Neuhuber) | April 2013 |
| Chairman of the the of the special emphasis panel to review the UC Irvine Program Project Grant PO1AG000538-34 (PI Carl W Cotman; Behavioral and Neural Plasticity in the Aged) | Nov. 2012 |
| Member of the special emphasis panel ZNS SRB-J (1) "Udall Center Review" (SRA: Birgit Neuhuber) | April 2012 |
| Member of the NIH Review Committee of the Mount Sinai School of Medicine Program Project (PI Samuel Gandy, P01 AG010491, Interdisciplinary Approach to Alzheimer Drug Discovery). | Oct. 2010 |
| Member of the NIH Review Committee of the University of Philadelphia University Program Project (PI Virginia Lee, P01 AG017586-11, Frontotemporal Dementias, Genotypes and Phenotypes). | July 2010 |
| Member of the NIH Review Committee for the University of California, San Francisco | |

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 8 of 49

<u>NIH ALZHEIMER'S DISEASE RESEARCH CENTER AND PROGRAM PROJECT COMMITTEE CONT....</u>

| | |
|---|---|
| Program Project (PI Stanley Prusiner, P01 AG010770-18, Pathogenesis of Age-Dependent CNS Degeneration). | June 2010 |
| Member of the NIH Review Committee for the University of Pittsburgh School of Medicine Program Project (PI William Klunk, P01 AG025204-06, Neuroimaging and Aging). | Nov. 2009 |
| Member of the NIH Review Committee for the University of California, San Francisco Program Project (PI Stanley Prusiner, P01 AG010770, Pathogenesis of Age-Dependent CNS Degeneration). | Oct. 2009 |
| Member of the NIH Review Committee for the University of California, San Francisco Program Project (PI Lennart Mucke P01 AG022074-06, Proteinopathies of the Aging Central Nervous System). | Jan. 2008 |
| Member of the NIH Review Committee for the University of California, San Francisco Program Project (PI Stanley Prusiner, P01 AG021601-06, Novel Therapeutics for Prion Disease). | Dec. 2008 |
| Member of the External Advisor Panel for the University of South Florida Alzheimer's Disease Research Center, meeting once a year | 2005-present |
| Member of External Advisor Panel for the Mt. Sinai Alzheimer's Disease Research Center, meeting once a year | 2004-present |
| Member of the NIH Review Committee for the University of Philadelphia Program Project (PI Virginia Lee, P01 AG017586-06, Fronotemporal Dementias: Genotypes and Phenotypes). | June 2004 |
| Member of the NIH Review Committee for the John Hopkins University Alzheimer's Disease Program Project | March 2004 |
| Member of the NIH Review Committee for the Mt. Sinai Medical Center Alzheimer's Disease Program Project | March 2004 |
| Member of the NIH Review Committee for the Mt. Sinai Medical Center Alzheimer's Disease Research Center | April 2003 |
| Member of NIA ADCC grant applications (ZAG1 PCR-5) study section | Jan. 2001 |
| NIH site visit reviewer of Program Project | |
| Univ. Cal, Irvine | Oct. 2000, March 2000 |
| Univ. of S. Alabama | Feb. 2000 |
| USC | March 1999 |
| NIH reverse site-visit of Alzheimer's Disease Research Centers | Jan. 1996 |
| NIH reviewer of the University of Washington, St. Louis Alzheimer's Disease Research Center | Sept. 1994 |
| NIH reviewer of the University of Southern California Alzheimer's Research Center | Feb. 1994 |
| NIH reviewer of Massachusetts Alzheimer's Disease Research Center | Nov. 1993 |

<u>AWARDS</u>

| | |
|---|---|
| Given Endowed Chair: Gerald J. and Dorothy R. Friedman Professor of the New York University Alzheimer's Disease Center ($3.1 million endowment; with the Levidow endowment now being used for the NYU ADC) | 2017 |
| Given Endowed Chair: Lulu P. and David J. Levidow Professor of Neurology ($2.86 million endowment) | 2014-2017 |
| Elected as Distinguished Fellow of the Kosciuszko Foundation Collegium of Eminent Scientists | 2014 |

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 9 of 49

## Awards Cont....

| | |
|---|---|
| Listed in "Best Doctors in America" (bestdoctors.com) | 2008-2019 |
| Dr. Henry & Krystyna Wisniewski Memorial Award from the Alzheimer's Disease Foundation of Staten Island | 2011 |
| Prion 2009 prize at the International Prion 2009 meeting in Greece | 2009 |
| Alzheimer Award from The Journal of Alzheimer's Disease (for the best publication in their Journal for the year). | 2002 |
| Zenith Award from the Alzheimer's Disease Association | 1999 |

## Clinical Trial Participation

| | |
|---|---|
| PI of Alzheimer's Association Part the Cloud (PIs: Wisniewski, Scholtzova); Phase 1 Clinical Trial of Innate Immunity Stimulation via TLR9 in Early AD, under review | 2020-2022 |
| Principal Investigator on protocol s17-00336; Clinical Evaluation of the Effects of Hemodialysis on the Blood and Cerebrospinal Fluid Dynamics of Amyloid Beta Peptides in End Stage Renal Disease Patients | 2018-present |
| Principal Investigator on protocol s18-01151; Anti-Viral Therapy in Alzheimer's disease | 2018-present |
| Investigator on protocol s17-01708; Randomized, double-blind, placebo-controlled, parallel-group to assess the safety, tolerability, and efficacy of BIIB092 in subjects with mild cognitive impairment due to Alzheimer's disease | 2018-present |
| Investigator on protocol s17-00718; A randomized, double-blind, placebo-controlled, parallel group study to evaluate the efficacy and safety of CNP520 in participants at risk for the onset of clinical symptoms of Alzheimer's disease (AD) | 2018-present |
| Investigator on protocol s14-00586; Neurotrack Test Validation | 2017-present |
| Investigator on protocol s16-02216; Long-Term Nicotine Treatment of Mild Cognitive Impairment | 2017-present |
| Investigator on protocol s16-00595; Performance, Imaging and Biological Markers for Sports-Related Concussion | 2016-present |
| Investigator on protocol s16-00580 Imaging Dementia – Evidence for Amyloid Scanning (IDEAS) Study: A Coverage with Evidence Development Longitudinal Cohort Study | 2016-2018 |
| Investigator on protocol s16-00846 Therapeutic Effects of Exercise I n Adults with Amnestic Mild Cognitive Impairment (EXERT) Protocol Number: ADC-041-EX | 2016-present |
| Investigator on protocol s15-01268 18D-MC-AZET: A Randomized, Double-Blind, Placebo-Controlled and Delayed-Start Study of LY3314814 in Mild Alzheimer's disease dementia (The DAYBREAK study) | 2016-present |
| Investigator on protocol s16-00594 CAPI015A2201J: A randomized, double-blind, placebo-controlled, two-cohort parallel group study to evaluate the efficacy of CAD106 and CNP 520 in participants at risk for the onset of clinical symptoms of Alzheimer's disease | 2016-present |
| Investigator on protocol s16-02297/12606 Alzheimer's disease Neuroimaging Initiative Protocol (ADNI-1) \ Protocol #ADC-024 Alzheimer's disease Neuroimaging Protocol Grand Opportunity (ADNI-GO) \ Protocol # ADC-038 Safety Evaluation of Florbetapir F 18 (18F-AV-45) in subjects participating in ADNI-GO Protocol \ Protocol #18F-AV-45-A15-ADNI-Go Alzheimer's Disease Neuroimaging Initiative 2 (ADNI-2) \ Protocol # ADC-039 Alzheimer's Disease Neuroimaging Initiative 3 (ADNI3) Protocol Number: ATRI-001 IND: 131762 | 2010-present |

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 10 of 49

## CLINICAL TRIAL PARTICIPATION CONT….

| | |
|---|---|
| Investigator on protocol s16-00580 18F-AV-1451-A16: A Clinico-Pathological Study of the Correspondence Between 18F-AV-1451 PET Imagining and Post-Mortem Assessment of Tau Pathology | 2016-2019 |
| Investigator on protocol s15-00939 CTP2S1502HT6: A Phase 2A Multicenter, Randomized, Double-Blind, Parallel Group, 26-Week, Placebo-Controlled Study of 50 mg and 100 mg of SUVN-502 in Subjects with Moderate Alzheimer's Disease Currently Treated with Donepezil Hydrochloride and Memantine Hydrochloride | 2015-2019 |
| Investigator on protocol s15-00538 221AD301: A Phase 3 Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of Aducanumab (BIIB037) in Subjects with Early Alzheimer's disease | 2015-present |
| Investigator on protocol s14-00053 A Phase III, Randomized, Placebo-Controlled, Parallel-Group, Double-Blind Clinical Trial to Study the Efficacy and Safety of MK-8931 (SCH 900931) in Subjects with Amnestic Mild Cognitive Impairment Due to Alzheimer's disease (Prodromal AD). MK-8931 PN019 | 2014-present |
| Investigator on protocol s14-00588 Anti-Amyloid Treatment in Asymptomatic Alzheimer's disease (A4 Study) Protocol H8A-MC-LZAZ (a)/ADC-040-A4. IND 11,631 | 2014-present |
| Investigator on protocol s12-02469 A Randomized, Placebo Controlled, Parallel-Group, Double Blind Efficacy and Safety Trial of MK-8931 in Subjects with Mild to Moderate Alzheimer's Disease. (Phase 2/3; Protocol No. MK-8921-017) (also known as SCH 900931, P07738). | 2012-2017 |
| Investigator on protocol s15-00311 Longitudinal Evaluation of Amyloid Risk and Neurodegeneration – the LEARN Study. A companion study to Anti-Amyloid Treatment in Asymptomatic Alzheimer's Disease (A4) Trial | 2014-2017 |
| Investigator on protocol s13-00706; Cognitive Detection of Preclinical AD; Validation Using Biomarkers | 2013-present |
| Investigator on protocol s14-00497 H8A-MC-LZAX Effect of Passive Immunization on the Progression of Mild Alzheimer's disease: Solanezumab (LY2062430) Versus Placebo | 2013-2017 |
| PI on "Clinical trial pertaining to Avanir compounds AVP-786 and/or AVP-923 in a phase 3 clinical trial for agitation in Alzheimer's disease." Sponsor: Avanir Pharmaceutics, Inc.; protocol: NYU s15-00340 | 2015-2017 |
| Investigator on protocol S13-00415 "White matter involvement in preclinical AD: a multimodal MR-PET study." Sponsor NIH/NIA | 2013-2016 |
| Investigator on protocol S14-00148,  A Phase 2, randomized, multicenter, double blind, placebo controlled, parallel group study comparing HT-0712 with placebo in subjects with age associated memory impairment (AAMI); sponsor: Dart NeuroScience | 2014-2015 |
| Investigator on protocol S14-00053,  Phase III, Randomized, Placebo-Controlled, Parallel-Group, Double-Blind Clinical Trial to Study the Efficacy and Safety of MK-8931 (SCH 900931) in Subjects with Amnestic Mild Cognitive Impairment Due to Alzheimer's Disease (Prodromal AD); sponsor: Merck Sharp & Dohme | 2014-2015 |
| Investigator on protocol S12-01284,  Phase II study to evaluate the impact on biomarkers of resveratrol treatment in patients with mild to moderate Alzheimer's disease; sponsor: NIH | 2014-2015 |
| Investigator on protocol 017 P07738, A randomized, placebo controlled, parallel-group, double blind efficacy and safety trial of MK-8931 in subjects with mild to moderate Alzheimer's disease; sponsor: F.Hoffmann-La Roche Ltd | 2013-2014 |

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 11 of 49

## CLINICAL TRIAL PARTICIPATION CONT....

| | |
|---|---|
| Investigator on protocol BP28248, RO460522 Efficacy and Safety Study in Moderate AD; sponsor: Roche/Genentech | 2013-2014 |
| Investigator on Protocol H8A-MC-LZAM, Effect of Solanezumab (LY2062430), an Anti-amyloid beta monoclonal antibody on the progression of Alzheimer's disease as compared to placebo; sponsor: Eli Lilly and Co. | 2011-2012 |
| Safety Monitor of Study: Family History of Alzheimer's Disease (AD), Hypometabolism and Oxidative Stress , Protocol: H# 08-857 | 2011-2013 |
| Investigator on protocol ELN115727, a Phase 3 Extension, Multicenter, Double-Blind, Long Term Safety and Tolerability Treatment Trial of Bapineuzumab (AAB-001, ELN115727) in Subjects with Alzheimer's Disease who Participated in Study ELN115727-301 or in Study ELN115727-302 (Protocol ELN115727-351), sponsor: Janssen Ltd. | 2011-2012 |

## PROFESSIONAL MEMBERSHIPS

| | |
|---|---|
| *Fellow,* American Neurological Association | 2012 |
| The Harvey Society | 1998 |
| Society for Neuroscience | 1996 |
| American Association of Neuropathology | 1989 |
| American Academy of Neurology | 1987 |
| American Medical Association | 1984 |
| British Medical Association | 1982 |

## PROFESSIONAL SERVICES

| | |
|---|---|
| *Editorial Board* of Cells (ISSN 2073-4409) | 2020 |
| *Editorial Board*, Vaccines | 2018 |
| *Associate Editor*, Journal of Alzheimer's Disease | 2018 |
| *Specialty Chief Editor*, Frontiers in Aging Neuroscience; https://loop.frontiersin.org/people/5340/overview | 2018 |
| *Editorial Board*, The Chinese Journal of Alzheimer's Disease & Related Disorders | 2018 |
| *Editorial Board*, Alzheimer's & Dementia: Translational Research & Clinical Interventions; the Journal of the Alzheimer's Disease Association | 2015 |
| *Editorial Board,* World Journal of Pharmacology | 2011-2019 |
| *Editorial Board,* International Journal of Vaccines and Immunization | 2015-2016 |
| *Editorial Board*, Annals of Vaccines and Immunization | 2013-2016 |
| *Editorial Board*, Dataset Papers in Science | 2013-2014 |
| *Senior Foreign Editor*, Chinese Journal of Contemporary Neurology and Neurosurgery (ISSN 1672-6731) | 2011 |
| *Editorial Board*, PLoS ONE | 2011-2015 |
| *Associate Editor*, Journal of Alzheimer's Disease | 2011-2012 |
| *Editorial Board,* Journal of Biological Medicine | 2011-2013 |
| *Editorial Board*, Translational Neuroscience | 2010-2012 |
| *Editorial Board*, Alzheimer's Research and Therapy | 2009 |
| *Editorial Board,* Future Neurology | 2008-2014 |
| *Associate Editor,* Current Alzheimer Research | 2004-2006 |
| *Editorial Board*, Acta Neuropathologica | 2002-2005 |

CONFIDENTIAL

Brockman_0002136

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 12 of 49

## PROFESSIONAL SERVICES CONT….

| | |
|---|---|
| *Senior Editor*, Journal of Alzheimer's Disease | 2001-2002 |
| *Editorial Board*, Journal of Alzheimer's Disease | 2000-2001 |
| *Editorial Board,* Journal of Neuropathology and Experimental Neurology | 1998-2001 |
| *Editorial Board,* Amyloid | 1997-2002 |
| *Member,* Board of Directors of the New York City Chapter of the Alzheimer's Association | 2017-present |

## GRANTS

### PRINCIPAL INVESTIGATOR

| | |
|---|---|
| PI of NIH/NIA AG008051 (Director of the Center, PI of the Administrative, Neuropathology and Biomarker Cores) Alzheimer's Disease Clinical Research Center Grant; Grant period 05/01/20-04/30/2025 Annual Direct: $2,000,000, Total grant: $16,950,000; Pending Award | 2020-2025 |
| PI of NIH/NIA P01AG060882-A1 Novel Approaches to Understand the Pathogenesis and Treat Alzheimer's Disease (Core Leader of Administrative and Neuropathology/Proteomics Cores, Leader of Project 2) Annual Direct $1,354,859, Total Grant $11,892,628; Pending Award | 2020-2025 |
| PI of multi-PI (other PI: Ge) NIH/NINDS RF1NS11041 Mechanisms of Age-Related White Matter Hyperintensites: Insights from advanced MRI) Grant period 9/30/18-6/30/23 Direct Costs 2,303,420 (multi-year funded); Total grant $3,580,140 | 2018-2023 |
| PI of multi-PI (PIs Busciglio, Wisniewski, et al) NIH/NIA 1RF1AG056850-01A1 "The Role of Inflammation and NGF Dysfunction in the Evolution of Alzheimer Disease Pathology in Down Syndrome" Grant Period: 04/01/2018-12/31/2022 $2,920,095 (multi-year funded) | 2018-2022 |
| PI of Edward and Della L. Thome Memorial Foundation; "Developing Peptoid Inhibitors to Target the ApoE/Abeta Interaction as a Novel Alzheimer's Disease Therapy" Grant Period: 02/28/18-02/27/20 Annual Direct: $250,000; Total Grant $500,000 | 2018-2020 |
| PI of multi-PI (PIs: Wisniewski, Safar, Haines; Contact PI: Wisniewski) 1RF1AG058267-01; Characterization of Rapidly Progressive Alzheimer's Disease. Grant period 09/30/2017 – 06/30/2022 Direct Costs $2,798,998 (multi-year funded) Total grant: $3,979,344. | 2017-2021 |
| PI of Multiple System Atrophy Coalition Grant 2017-10-006 "Proteomic Analysis of Glial Cytoplasmic Inclusions in Multiple System Atrophy" Grant Period 12/1/17-11/30/19 Total Grant: $50,000 | 2017-2019 |
| PI of multi-PI (other PIs: Busciglio J,  Fortea J and Cuello C) R01 grant: "The Role of Inflammation and NGF Dysfunction in the Evolution of Alzheimer Disease Pathology in Down syndrome", Annual Direct: $596,219; total grant: $3,273,120; Grant period 04/01/18-3/30/2023 | 2017-2022 |
| PI of New York State Department of Health; Alzheimer's Disease Center of Excellence; Contract #C031426 Grant Period: 7/1/16-2/28/21Annual Direct: $313,333 in year one and $470,000 in years 2-5; Total grant: $2,193,333 | 2016-2021 |
| PI of multi-PI (other PI: Scharfman, H) NIH/NIA 1T32AG052909-01A1 Postdoctoral Research Training in Neurodegenerative Disorders and the Aging Brain; total grant: Grant Period: 05/01/2017-04/30/2022 Annual Direct: $200,000, Total grant: $938,848 | 2017-2022 |

CONFIDENTIAL

Brockman_0002137

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 13 of 49


## GRANTS CONT.....

| | |
|---|---|
| PI of NIH/NIA of Administrative Supplement for Neuropathology Career Development 2015-2016 | |
|     Annual Direct: $200,000, Total $339,000 | 2015-2016 |
| PI of NIH/NIA AG008051 (Director of the Center, PI of the Administrative and | |
|        Neuropathology Cores) Alzheimer's Disease Clinical Core Center Grant; | |
|     Annual Direct: $1,148,244, Total grant: $9,359,500 | 2015-2020 |
| PI of NIA/NIH R01 grant: Detection and Clearance of AD Lesions. AG20245, | |
|     Annual Direct: $164,000, Total Grant: $1,385,800 | 2012-2017 |
| NYU Langone Multiple R01 Research Incentive Grant, | |
|     Annual Direct: $24,425. | 2012-2013 |
| PI of an Alzheimer's Drug Discovery Foundation grant: Development of peptidomimetic | |
|        ApoE/Aß Binding Inhibitors as an Effective and Non- toxic Therapeutic Approach for | |
|     AD, Annual/Total Direct: $100,000 | 2012-2013 |
| PI of Seix Dow Foundation Grant, | |
|     Annual Direct: $1,000,000, Total Grant: $2,000,000 | 2013-2015 |
| PI of DOH-2011-1004010353; NYU Alzheimer's Disease Assistance Center; funding from | |
|     New York State Department of Health, | |
|     Annual Annual Direct: $114,343, Total Grant: $628,885 | 2011-2016 |
| NYU Langone Multiple R01 Research Incentive Grant, | |
|     Annual/Total Direct: $20,000. | 2011-2012 |
| PI of NINDS/NIH R01 grant: 1R01NS073502: "Therapeutic Targeting of Abnormal | |
|     Conformation in Neurodegenerative Disease" | |
|     Annual Direct:  $218,750, Total Grant: $2,914,903 | 2010-2020 |
| PI of Alzheimer's Association Investigator Initiated Research Grant: | |
|     Immunotherapy for amyloid plaques, CAA and NFT pathology. | |
|     Annual Direct: $54,546 , Total Direct Costs: $150,000 | 2010-2013 |
| PI of Challenge Grant 3R01NS047433-06S1 NIH/NINDS; | |
|     Therapeutic Approaches for Prion diseases. | |
|     Total Costs for Grant: $1,242,287 | 2009-2013 |
| PI of NINDS/NIH R01 grant: Therapeutic Approaches for Prion Disease, NS047433; | |
|     Annual Direct: $250,000, Total Grant: $3,555,059 | 2004-2014 |
| | |
| PI of NIA/NIH R01 grant: Detection and Clearance of AD Amyloid Lesions. AG20245, | |
|     Annual Direct: $184,500, Total Grant: $4,400,109 | 2002-2017 |
| PI of National Institute of Health (NIA) R01 Amyloid β peptide and apolipoprotein E AG15408, | |
|     Annual Direct: $ 173,939, Total Grant: $1,910,129 | 1999-2011 |
| PI of Neuropathology Core of PPG "Characterization of the Pathological and Biochemical | |
|     Markers that Correlate to the Clinical Features of Autism", AS073234; US Army | |
|     Medical Research Acquisition Act (W81XWH-08-1-0741), | |
|     Annual Direct of Core: $123,404; Total Grant: $1,900,000 | 2008-2014 |
| Director of the Neuropathology Core of the NYU Alzheimer's Disease Clinical Center | |
|     (NIH NIA AG08051), | |
|     Annual Direct: $128,917, Total Grant $3,268,046 | 2000-2015 |
| PI of NIH/NIA/Fogarty International Center R21 grant (R21 AG028187) | |
|     Immunization Approaches for Alzheimer's Disease. | |
|     Annual Direct: $86,700, Total Grant: $250,446 | 2007-2009 |
| PI of NIH Fogarty International Research Collaborative Award, (R03 TW006848): | |

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 14 of 49

### GRANTS CONT…..

|  |  |
|---|---|
| Therapy for Alzheimer and Prion diseases. Annual Direct: $100,000 | 2005-2008 |
| PI of Alzheimer's Disease Association, Investigator Initiated Research Award: Mucosal Immunization Therapy in Alzheimer's Disease Mice (IIRG-06-26434), Annual Direct: $72,727, $240.000 | 2006-2009 |
| PI of Alzheimer's Disease Association, Investigator Initiated Research Award: Vaccine Therapy for the Prevention and Treatment of Prion Disease (IIRG-02-3702), Annual Direct: $72,727, $240,000 | 2002-2005 |
| PI of Neuropathology Core of NIH/NIA AG08051 Alzheimer's Disease Clinical Core Center Grant; Annual Direct of NP Core $128,917, Total Grant $3,268,046 | 2000-2015 |
| PI of American Parkinson Disease Association Investigator Grant: Biochemistry and Immunohistochemistry Annual Direct: $100,000 | 2000-2002 |
| PI of Project 3 (The role of ischemia and vascular pathology in Alzheimer's disease) on NIH Program Project (PO1AG17617): In Vivo Models of Neuronal and Vascular Pathobiology in AD Annual Direct: $125,000 | 2000-2004 |
| PI of the Neuropathology Core on NIH Program Project (PO1AG17617): In Vivo Models of Neuronal and Vascular Pathobiology in AD (PI of Program Project Dr. Ralph Nixon) Annual Direct: $120,000 | 2000-2005 |
| Site PI of NIH/NIA 5U01AG016976-20 (other PI: Kukull) National Alzheimer's Coordinating Center Grant period: 07/01/1999-06/30/2020 $15,799 (Subcontract) | 1999-2020 |
| PI of Alzheimer's Disease Association, **Zenith Award**: Amyloid ß and Apolipoprotein E Interactions in Vivo and in Vitro (Zenith-99-1791). Annual Direct: $150,000 | 1999-2001 |
| PI of Alzheimer's Disease Association, Investigator Initiated Award: Imaging of Alzheimer's disease lesions in vivo (IIRG-98-017) Annual Direct: $80,000 | 1998-2001 |
| PI of National Institute of Health (National Institute of Aging) Pilot Study in LEAD award (AG10953) The Biochemistry of Human Prion Strains. Annual Direct: $50,000 | 1997-1998 |
| PI of National Center for Research Resources, National Institute of Health. Shared Instrumentation Grant. FTS-6000 Spectrometer Mainframe Annual Direct: $250,000 | 1997-1998 |
| PI of National Institute of Health (National Institute of Aging) Pilot Study in LEAD award. Theoretical molecular modeling of amyloid β. Annual Direct: $35,000 | 1995-1996 |
| PI of New York University Medical Center Alzheimer's Disease Center Pilot Study: The Source of Alzheimer's Amyloid Protein. Annual Direct: $30,000 | 1992-1993 |

PI of National Institute of Health (National Institute of Aging) Clinical Investigator Award

Brockman_0002139

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 15 of 49

### GRANTS CONT.....

|  |  |
|---|---|
| (K08-AG00542-01): Lewy Body Disease and Gelsolin |  |
| Annual Direct: $150,000 | 1992-1997 |
| PI of Alzheimer's Disease Association, Clinical Investigator Initiated Award Grant (IIRG91-102): |  |
| The Lewy body Variant of Alzheimer's disease, |  |
| Annual Direct $80,000 | 1991-1994 |

**SUPPORT AS CO-INVESTIGATOR/CO-PI**

Co-Investigator on NIH R01 GRANT12899122 (PI: Qian)
  Understanding CSF clearance in aging and Alzheimer's brain through dynamic sodium MRI
  Grant period: 09/01/2020-08/31/2025
  $432,489, under review                                                                                                2020-2025
Co-Investigator on NIH/NIA R01 Grant12782331; (PI Masurkar);
  "Cell Type Specific Vulnerability to Alzheimer's Disease in Hippocampal Area CA1"
  Annual Direct: $352,791, under review                                                                          2019-2024
Site PI of NIH R21NS110410-01 (other PI: Tsao)
  "Analysis of Blood Biomarkers Following Blast and Concussion in Military Personnel"
  Grant period: 05/01/2019-04/30/2021
  Annual Direct: $40,852                                                                                                     2019-2021
Co-Investigator on NIH/NIDDS grant (PI: Fossati)
  Potentiation of CAA-Mediated Endothelial Dysfunction by Cardiovascular Risk Factors;
  Annual direct: $345,780                                                                                                   2018-2023
Site PI of NIH/NIA 5R44AG044860-06(PI: Umansky)
  "Brain-enriched MicroRNAs Detectable in Plasma as Biomarkers of Alzheimer's Disease"
  Grant period: 11/05/2018-02/28/2020
  $946,110 (total funding) $99,996 TC Sub                                                                          2018-2020
Site PI of NIH/NIA R01AG055422 (PI: Devanand)
  "Anti-Viral therapy in Alzheimer's Disease"
  Grant Period: 06/14/2018-05/31/2022
  $474,600 (TC)                                                                                                                  2018-2022
Co-Investigator on NIH/NIDCR grant (MPIs: Wu, Plassman, Anderson)
  "Care-Partner Assisted Intervention to Improve Oral Health for Individuals with
  Mild Dementia";
  Annual direct: $555,265                                                                                                   2018-2023

Co-Investigator on NIH/NIA 1R56AG058913-01 (MPIs: De Leon, Rusinek)
  CSF Clearance with 11C-Butanol PET Predicts Amyloid Deposition
  Total Direct $614,266                                                                                                       2018-2019
Co-Investigator on NIH/NIA R01AG056682 (PI: Varga, AW)
  Role of slow waves and sleep apnea in memory and risk for Alzheimer disease
  $441,628                                                                                                                         2017-2022
Co-Investigator on NIH/NIA 1RF1AG057570 (PIs: De Leon)
  PET Measures of CSF Clearance in Preclinical Alzheimer's Disease
  $2,798,998 (multi-year funded)                                                                                      2017-2022
Co-Investigator on NIH/NINDS 1R01NS102845-01 (PI: Scholtzova);
  Innate Immunity Stimulation via CpG ODN in a Non-Human Primate Model of Sporadic
  Cerebral Amyloid Angiopathy
  Annual direct: $525,061.00; Total grant: $3,152,557.00                                                  2017-2022

CONFIDENTIAL

Brockman_0002140

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 16 of 49

### GRANTS CONT.....

Co-Investigator on NIH/NIA 5R44AG044860-06 (PI: Umansky);
 "Brain-enriched MicroRNAs Detectable in Plasma as Biomarkers of Alzheimer's Disease"
 $946,110 (Total Funding)                                                                    2017-2020
Co-PI of New York State Department of Health;
 Alzheimer's Disease Caregiver Support Grant; RFA # 1504231000 (PI: Mittelman);
 Annual direct: $1,363,636                                                                   2016-2021
Co-I on NIH U01-NS093334-01 (PI: Stern)
 Detect, Define and Measure the Progression of Chronic Traumatic Encephalopathy
 $2,574,015 Direct Per Year                                                                  2015-2022
Co-PI on grant from the "The Steven A. and Alexandria M. Cohen Foundation";
 (PIs: de Leon, Marmar); Validation of Tau Blood test for TBI using PET Imaging.
 Annual Direct: $887,690                                                                     2015-2017
Co-PI on NIH/NINDS U01 NS093334-01grant:
 Chronic traumatic encephalopathy: detection, diagnosis, course and risk factors.
 NYU Project: Detection, define and measure the progression of chronic traumatic
 encephalopathy. (PI: Stern)
 Annual Direct: $1,500,000;
 Annual Direct to NYU Site: $165,400                                                         2015-2022
Mentor on NIH Grant (K23 AG048622-01):
 New Region-Specific Targeted MRI to Characterize Alzheimer's Disease Pathology
 (PI: T. Shepherd).
 Annual Direct Costs: $178,630/yr.                                                           2014-2019
Co-PI on 1R24OD18340-01 (PI: Levy)
 Restoring Biospecimen Research Resources Lost Due to Super Storm Sandy Award
 $3,971,911 (total direct) $100,334 (to ADC)                                                 2014-2016
Co-Investigator on NIH grant:
 Restoring Animal Research Resources Lost Due to Super Storm Sandy.
 1R24OD018339-01 (PI: David Levy)
 Total Direct Costs: $3,971,911.
 Annual Direct to Wisniewski Lab: $59,211/yr                                                 2014-2016
Co-PI of Alzheimer's Disease Association Investigator Initiated Grant IIRG-13-283707
 (PI: Fernando Goni): Conformational Directed Immunotherapy Targeting both
 Tau and Aβ Pathology.
 Annual Direct: $80,000                                                                      2013-2016
Co-PI of a Research Training Grant from the Saudi Arabia Cultural Mission to Train Saudi
 Physicians in Neuroscience Research (PI: Allal Boutajangout/Wisniewski).
 Annual Direct: $240,000                                                                     2012-2017
Co-PI of Alzheimer's Disease Association Investigator Initiated Grant IIRG-12-239474
 (PI: Henrieta Scholtzova): Innate immunity stimulation as a novel therapeutic
 approach in AD.
 Annual Direct: $80,000                                                                      2012-2015
Co-PI of NIH 1R21NS079676-01 (PI: Henrieta Scholtzova):
 Testing of Innate Immunity Stimulation via TLR9 on CAA using Non-human Primates.
 Annual Direct: $150,000                                                                     2012-2014
Co-PI of NYU Applied Research Support Grant (Co-PI: Goni F) Monoclonal Antibody
 Development Targeting Pathological Oligomers as a Treatment for Alzheimer's Disease.

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 17 of 49

**GRANTS CONT.....**

|  |  |  |
|---|---|---|
| Annual Direct: $50,000 | | 2011-2012 |

Co-Investigator National Institute of Health (1RC2AG036501-0110, PI: de Leon M):
      Imaging Neuroinflamation in Alzheimer's Disease with [11C]Arachidonic Acid.
      Annual Direct: $250,000                                                  2009-2011
Co-Investigator of National Institute of Health (R01 AR02594, PI: Frangione B):
      Conformational Disorders: Amyloid and Prion Proteins.
      Annual Direct: $250,000                                                  1999-2004
Co-Investigator of National Institute of Health (National Institute of Aging)
      (R01 AG08721-04, PI: Frangione, B): Amyloid Angiopathy, Early Plaque and Aging
      Annual Direct: $225,000                                                1995-1999

**PATENTS**

Preventing and treating amyloid-beta deposition by stimulation of innate immunity, U.S. Patent
      Application Serial No. 16/458,966, filed July 1, 2019, a continuation of U.S. National Patent
      Application Serial No. 12/918,739, based on PCT/US2009/034677, filed February 20, 2009
      (now Patent No. 10,383,887, issued August 20, 2019), and claiming priority from U.S.
      Provisional Patent Application Serial No. 61/030,089, filed February 20, 2008
      NYU Ref.: WIS02-08CON
      Inventors: Wisniewski T, Scholtzova H, Kascsak RJ, Spinner DS.
      **Issued: 03/30/21**
      Patent Number: 10,960,019
Immunotherapy targeting the shared abnormal conformational state of amyloidogenic peptides/proteins,
      U.S. Patent Application Serial No. 15/830902, filed Dec. 12, 2017 Patent published:
      10/25/18; LR Ref. No.: 29527.0875
      Inventors:  Wisniewski T and Goni F
      NYU Reference:  WIS02-09CON2
      **Issued: 04/09/19**
      Patent Number: 10,253,070
Method for treating amyloid disease.
      Inventors: Wisniewski T, Goni F.
      Filed 12/03/14. A divisional patent of application No. 14/559,301 filed on 12/03/2014,
      now Pat. No. 9,295,719, which is a divisional patent of application No. 13/553,566, filed on
      07/19/2012, that is now patent No. 8,906,382. Provisional application No. 61/509,442 filed on
      07/19/2011; NYU Ref. WIS02-11DIV2
      **Issued: 09/26/17**
      Patent Number: 9,770,496 B2
Monoclonal Antibody to Treat Alzheimer's Disease, Prion Disease, Frontotemporal Dementia
      and Traumatic Brain Injury/Chronic Traumatic Encephalopathy.
      Inventors: T. Wisniewski, A. Boutajangout.
      EFS ID: 29732298, Application Number: 62530664; Docket Number: 29527.2010 (WIS01-
      13PRO). Filed: 07/10/2017;
      **Issued: 5/26/20**
      Patent Number: 10,662,246

Brockman_0002142

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 18 of 49

<u>**PATENTS CONT…..**</u>

Mucosal Immunization to Prevent Prion Infection.
    Inventors: T.Wisniewski, F. Goni, E.M.Sigurdsson, J.A. Chabalogoity, B. Frangione,
    U.S. Patent Appl. 14/174,717 (NYU Ref: WIS02-02CON // TS Ref: 243735.000119) Filed:
    02/06/2014; a continuation of Patent Number: 8,685,718;
    **Issued: 07/11/17**
    Patent Number: 9,700,607 B2
Method of providing patient specific immune response in amyloidosis and protein aggregation
    disorders. Inventors: Henco K, Nitsch R, Grimm J, Zeller A, Maier M. Rights of patent
    transferred to T.Wisniewski/NYU from Neuroimmune, a continuation of U.S. Patent Application
    Serial No. 12/733,437, which is based on PCT/EP2008/007127, filed September 1, 2008 (now
    Patent No. 9,370,531, issued June 21, 2016);
    U.S. Patent Application Serial No. 15/177,980, filed June 9, 2016;
    NYU Reference: HEN01-01CON2
    **Issued: 12/29/20**
    Patent Number: 10,874,725
Specific murine and humanized monoclonal antibodies detecting pathology associated secondary
    structure changes in proteins and peptides: 62/365,465;
    LR Reference No.: 29527.1811;
    Inventors: Wisniewski T, Goni F. Filed: 07/22/16;
    Published 8/22/19;
    https://pdfaiw.uspto.gov/.aiw?Docid=20190256612&idkey=NONE
    NYU Reference No.: WIS02-17PCT
    **Issued: 12/22/20**
    Patent Number: 10,870,709
Immunotherapy targeting the shared abnormal conformational state of amyloidogenic peptides/proteins,
    U.S. Patent Application Serial No. 14/616,300, filed February 6, 2015, for a continuation of U.S.
    Patent Application Serial No. 13/773,264, filed February 21, 2013 (now Patent No. 8,951,519,
    issued February 10, 2015), which is a divisional of U.S. Patent Application Serial No. 12/774,293,
    filed May 5, 2010 (now Patent No. 8,409,584, issued April 2, 2013),  Patent allowed: 08/03/2017
    Inventors:  Wisniewski T and Goni F
    **Issued: 12/05/17**
    Patent Number: 9,834,582
Method for treating amyloid disease.
    Inventors: Wisniewski T, Goni F. Filed 12/03/14. A divisional patent of parent patent serial
    number: 13/553,566 (US patent 8,906,382).
    **Issued: 03/29/16**
    Patent Number: 9,295,719 B2
Compounds for the diagnosis or treatment of disorders associated with protein or peptide oligomers.
    International Application Number: PCT/US15/58692; US Patent application: 15/523,999; ILO
    Ref: 14376N; ETPL Ref: SBIC/P/08713/02/US; NYU Reference: WIS02-16PCT;
    Inventors: Chang YT, Su D, Teoh CL, Sahu S, Wisniewski T.;
    Filed 11/26/15; pending
Humanized single-chain antibody against beta 3 integrin for the treatment and prevention of metastasis.
    Inventors: Wisniewski T, Zhang W, and Dang S. Filed 8/2/2012.  Application No.: 61/678,659,
    **Issued: 02/21/2017**
    Patent Number: 9,574,001 B2

CONFIDENTIAL

Brockman_0002143

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 19 of 49

<u>PATENTS CONT…..</u>

Method for treating amyloid disease.
    Inventors: Frangione B, Sigurdsson EM, Wisniewski T, Ghiso J. Filed 10/18/12. A divisional
    patent of parent 10/540,294; Application No.: 13/655234;
    **Issued: 08/09/16**
    Patent Number: 9,409,146 B2
Synthetic immunogenic but non-deposit forming polypeptides and peptides, homologous to amyloid beta,
    prion protein, amylin, alpha synuclein, or polyglutamine repeats for induction of an immune
    response thereto.
    Inventors: Frangione B, Wisniewski T, Sigurdsson EM, filed Nov. 21, 2002
    **Issued European Patent Office: 10/09/15;**
    Patent Number: 02 804 046.7
Immunotherapy targeting the shared abnormal conformational state of amyloidogenic peptides/proteins,
    a divisional of U.S. Patent Application Serial No. 12/774,293, Inventors: Wisniewski T, Goni F,
    filed May 5, 2010;
    **Issued: 02/10/15**
    Patent Number: 8,951,519
A humanized single-chain antibody against beta 3 integrin inhibits pulmonary metastasis by preferentially
    fragmenting activated platelets in the tumor microenvironment.
    Inventors: Wisniewski T, Zhang W, Dang S. Filed 8/2/12;
    **Issued: 02/06/14**
    Patent Number: US20140037629A1
Immunotherapeutic modulation of amyloidogenic disease using non-fibrillogenic, non-amyloidogenic
    polymerized proteins and peptides, U.S. Patent Application Serial No. 13/550,316; claiming
    priority of US provisional application Serial Nos: 61/509,320 and 61/509,442 both filed 07/19/11;
    Inventors:Wisniewski T, and Goni F.
    NYU Ref. No.: WIS02-10US
    **Issued: 03/27/18**
    Patent Number: 9,926,353 B2
Method of providing patient specific immune response in amyloidosis and protein aggregation disorders.
    Inventors: Henco K, Nitsch R, Grimm J, Zeller A, Maier M. Filed 09/01/2008. Rights of patent
    transferred to T.Wisniewski/NYU from Neuroimmune
    **Issued: 06/21/16**
    Patent Number: 9,370,531
Preventing and treating amyloid-β deposition by stimulation of innate immunity.
    Inventors: Wisniewski T, Scholtzova H, Kascsak RJ, Spinner DS. Filed 08/20/2008,
    NYU patent number: WIS02-08US
    Application Number: PCT/US2009/034677 (12/918,739)
    **Issued: 08/20/19**
    Patent Number: 10,383,887
Method for treating amyloid disease.
    Inventors: Wisniewski T, Goni F. Filed 7/19/11.
    **Issued: 1/24/13**
    Patent Number: 8,906,382
Immunotherapy targeting the shared abnormal conformational state of amyloidogenic peptides/proteins.
    Inventors: Wisniewski T, Goni F. Filed 05/05/10; Application No.: 20100284909 (12/774,293),
    **Issued: 4/2/13**

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 20 of 49

<u>**PATENTS CONT.....**</u>

Patent Number: 8,409,584
Method for treating amyloid disease.
>Inventors: Frangione B, Sigurdsson EM, Wisniewski T, Ghiso J. Filed 02/05/09.
>**Issued: 11/27/12**
>Patent Number: 8,318,175

Synthetic immunogenic but non-amyloidogenic peptides homologous to amyloid beta. for induction of an
>immune response to amyloid  beta and amyloid deposits.
>Inventors: Frangione B, Wisniewski T, Sigurdsson EM,
>**Issued 4/20/10**
>Patent Number: 7,700,107

Imaging Agents for Protein Misfolding.
>Inventors: Wisniewski T, Min J, Li Q, Chang YT.  Filed 2/11/08, Application Number:
>20100279340 (NYU: 12/029,271),
>**Issued 4/17/12**
>Patent Number: 8,158,380.

Mucosal Immunization to prevent prion infection.
>Inventors: Wisniewski T, Sigurdsson E, Chabalgoity JA, Goni F. Filed 11/18/05, Application
>Number:  20070059807 (NYU: 10/558,276),
>**Issued 04/01/14**
>Patent Number: 8,685,718

Prevention and Treatment of Alzheimer Amyloid Deposition.
>Inventors: Wisniewski T, Sadowski M, Sigurdsson E, Frangione B . (NYU OIL ID: WIS02-05US )
>Filed 3/26/04,
>**Issued: 12/15/09**
>Patent Number: 7,632,816

Synthetic immunogenic but non amyloidogenic peptides homologous to amyloid beta for induction of an
>immune response to amyloid beta and amyloid deposits.
>Inventors: Wisniewski T., Sigurdsson E, Frangione B. Filed 09/19/03,
>**Issued: 09/23/2008**
>Patent Number: 7,427,655

Synthetic Immuogenic but Non-Deposit-Forming Polypeptides and Peptides
>Homologous to Amyloid $\beta$, Prion Protein, Amylin, $\alpha$-Synuclein or Polyglutamine
>Repeats for Induction of an Immune Response Thereto.
>Inventors: Frangione B, Sigurdsson E, Wisniewski T. Filed 11/21/02,
>**Issued: 01/20/09**
>Patent Number: 7,479,482

Detection of Alzheimer's Amyloid by Magnetic Resonance Imaging;
>Inventors: Wisniewski T, Sigurdsson, E, Zaim Y, Turnbull D. Filed 5/23/2001,
>**Issued: 11/23/2004**
>Patent Number: 6,821,504

Synthetic Immunogenic but Non-Amyloidogenic Peptides Homologous to Amyloid $\beta$ for Induction of an
>Immune Response to Amyloid $\beta$ and Amyloid Deposits; Inventors: Wisniewski T, Frangione B,
>Sigurdsson E. Filed 5/22/2001,
>**Issued: 3/30/2004**
>Patent Number: 6,713,450

Brockman_0002145

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 21 of 49


<u>PUBLICATIONS</u>

*Proteomic and Transcriptomic Analyses of the Hippocampus and Cortex in SUDEP and High-Risk SUDEP Cases.* Leitner D, Mills JD, Pires G, Faustin A, Drummond E, Kanshin E, Nayak S, Askenazi M, Verducci C, Chen BJ, Janitz M, Anink JJ, Baayer JC, Idema S, van Vliet EA, Devore S, Friedman D, Biehl B, Scott C, Thijs R, Wisniewski T, Ueberheide B, Thom M, Aronica E, Devinsky D. Neurology, in press. Epub: 4/28/21; DOI: 10.1212/WNL.0000000000011999

*Meta-Analysis employing the African geneome resources panel identifies novel Alzheimer disease risk loci and pathways in African Americans.* Kunkle BW, Schmidt M, Klein HU, Naj AC, Hamilton-Nelson KL, Larson EB, Graff-Radford NR, Evans DA, De Jager PL, Martinez I, Ayodele T, Crane PK, Buxbaum JD, Ertekin-Taner N, Logue MW, Barnes LL, Cantwell LB, Jean-Francois M, Kuzma AB, Adams, LD, Fallin D, Vance JM, Cuccaro ML, Manly JJ, Chung J, Mez J, Go RCP, Obisesan TO, Lunetta, KL, Jun GR, Kamboh MI, Lopez OL, Bennett DA, Hall KS, Hendrie HC, Reiman EM, Kowall NW, Leverenz JB, Small SA, Levey AI, Golde TE, Saykin AJ, Starks TS, Albert MS, Hyman BT, Petersen RC, Sano M, Wisniewski T, Vassar R, Kaye JA, Henderson CW, DeCarli C, LaFerla FM, Brewer JB, Miller BL, Swerdlow RH, Van Eldik LJ, Paulson HL, Trojanowski JQ, Chui HC, Rosenberg RN, Craft S, Grabowski TJ, Asthana S, Morris JC, Strittmatter SM, Goate AM, Kukull WA, Foroud TM, Martin ER, Wang LS, Byrd GS, Farrer LA, Haines JL, Schellenberg GS, Mayeux R, Pericak-Vance MA, Reitz C. JAMA Neurology, 78(1):102-113, 2021. DOI: 10.1001/jamaneurol.2020.3536.

*Clinicopathological staging of dynamics of neurodegeneration and neuronal loss in Alzheimer's disease.* Wegiel J, Flory M, Kuchna I, Nowicki K, Ma SY, Wegiel J, Badmaev E, de Leon M, Wisniewski T, Reisberg B. Journal of Neuropathology and Experimental Neurology,  Jan 1;80(1):21-44, 2021.

*Proteomic differences in the hippocampus and cortex of epilepsy brain tissue.* Pires G, Leitner D, Drummond E, Kanshin E, Nayak S, Askenazi M, Faustin A, Friedman D, Debure L, Ueberheide B, Wisniewski T*, Devinsky O*. Brain Communications 2021: in press. *co-corresponding authors. DOI: 10.1093/braincomms/fcab021 Associated Press Release: https://nyulangone.org/news/study-maps-key-proteins-linked-epilepsy-revealing-new-drug-targets


*Zinc with an Ionophore Lowers In-Hospital Mortality Rates among COVID-19 Patients.* Frontera JA, Rahamian J, Yaghi S, Liu M, Lewis A, de Havenon A, Wisniewski T, Troxel A, Petkova E, Meropol S, Balcer L Galetta S.  BMC Infectious Diseases, under review. Research Square preprint: DOI: 10.21203/rs.3.rs-94509/v1 Associated Press Release: https://nyulangone.org/news/study-maps-key-proteins-linked-epilepsy-revealing-new-drug-targets

*A Prospective Study of Neurologic Events in Hospitalized COVID-19 Patients in New York City.* Frontera JA, Sabadia SB, Lalchan R, Fang T, Flusty B, Millar-Vernetti P, Synder T, Berger S, Yang D, Granger A, Morgan N, Patel P, Gutman J, Melmed K, Agarwal S, Bokhari M, Andino A, Valdes E, Omari M, Kvernland A, Lillemoe K, Chou S, McNett M, Helbok R, Mainali S, Fink E, Robertson C, Schober M, Suarez J, Ziai W, Menon D, Friedman D, Friedman D, Holmes M, Huang J, Thawani S, Howard J, Abou-Fayssal N, Krieger P, Lewis A, Lord AS, Zhou, TD, Kahn E, Czeisler BM, Torres J, Yaghi S, Ishida K, Scher E, de Havenon A, Placatonakis D, Liu M, Wisniewski T, Troxel A, Balcer L , Galetta S. Neurology, 96(4):e575-e586, 2021.  DOI: 10.1212/WNL.0000000000010979.

Brockman_0002146

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 22 of 49

## PUBLICATIONS CONT.....

*ADAMTS18 modulates the development of aortic arch and common carotid artery.* Ye S, Yang N, Lu T, Wu T, Wang L, Pan YJ, Cao X, Yuan X, Wisniewski T, Dang S, Zhang W. iScience, in press.  DOI: 10.1016/j.isci.2021.102672

*Toxic Metabolic Encephalopathy in Hospitalized Patients with SARS-CoV-2.* Frontera JA, Melmed K, Fang T, Granger A, Lin J, Yaghi S, Zhou T, Lewis A, Kurz S, Kahn DE, de Havenon A, Huang J, Czeisler BM, Lord A, Meropol S, Petkova E, Troxel A, Wisniewski T, Balcer L, Galetta S. Neurocritical Care, epub: 3/17/21 DOI: 10.1007/s12028-021-01220-5

*Innate Immunity Stimulation via Toll-like Receptor 9 Agonist CpG ODN Ameliorates Alzheimer's Disease Pathology in Aged Squirrel Monkeys.* Patel AG, Nehete PN, Krivoshik SR, Pei X, Cho EL, Nehete BP, Ramani1 MD, Williams LE, Wisniewski T*, Scholtzova H*.  Brain, in press, DOI: 10.1093/brain/awab129 , *co-corresponding authors Associated Press Release: https://nyulangone.org/news/new-treatment-stops-progression-alzheimers-disease-monkey-brains.

*The Role of Racemization in Post-Translational Modifications: Relevance to Protein Aging, Aggregation and Neurodegeneration.* Dyakin VV, Wisniewski T, Lajtha A. Symmetry, 13: 455, 2021. DOI:10.3390/sym13030455. Review featured on Cover of Journal

*Aluminum Industrial Health and Safety, in Patty's Industrial Hygiene and Toxicology.* Willhite CC, Karyakina NA, Yenugadhati N, Momoli F, Wisniewski T, Krewski D. Wiley Press, 2021, in press.

*Anti-apoE Immunotherapy for Alzheimer's Disease Poses Significant Translational Dangers.* Potter H, Johnson NR, Wisniewski T, Eckel R. Science Translational Medicine, eletter; epub 05/18/21; URL: https://stm.sciencemag.org/content/13/581/eabd7522 .

*The use of affinity purification-mass spectroscopy to identify phosphorylated tau interactors in Alzheimer's disease.* Pires G, Ueberheide B, Wisniewski T, Drummond E. Methods in Molecular Biology, under review.

*Passive Immunization with a Novel Monoclonal anti-PrP Antibody TW1 in an Alzheimer's Mouse Model with Tau Pathology.* Boutajangout A, Zhang W,  Kim J, Abdali W, Prelli F, Wisniewski T. Frontiers in Aging Neuroscience, 13, article 640677, 2021.  epub 02/25/21,  DOI: 10.3389/fnagi.2021.640677

*Platelet function is associated with dementia risk in the Framingham Heart Study.* Ramos-Cejudo J, Johnson AD, Beiser A, Seshardri S, Salinas J, Berger JS, Fillmore NR, Do N, Parekh A, Convit A, Betensky RA, Wisniewski TM, Osorio RS. Lancet Neurology, under review.

*Blinded review of neuropathology in the hippocampus of sudden unexplained death in childhood.* Leitner DF, McGuone D, William C, Faustin A, Askenazi M, Snuderl M, Wisniewski T, Crandall L, SUDC Study Group, Devinsky O. Neuropathology and Applied Neurobiology, in press.

*Neuropathology of SUDEP and Non-SUDEP Epilepsy in the North American SUDEP Registry.* Leitner DF, Faustin A, Verducci C, Friedman D, William C, Devore S, Wisniewski T, Devinsky O. Brain Communications, under review.

CONFIDENTIAL

Brockman_0002147

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 23 of 49

<u>PUBLICATIONS CONT.....</u>

*Prevalence and predictors of prolonged cognitive and psychological symptoms following COVID-19 in the United States.* Frontera JA, Lewis A, Melmed K, Lin J, Kondziella D, Helbok R, Yaghi S, Meropol S, Wisniewski T, Balcer L, Galetta S. Frontiers in Aging Neuroscience, in press. DOI: 10.3389/fnagi.2021.690383

*A prospective study of long-term outcomes among hospitalized COVID-19 patients with and without neurological complications.* Frontera JA, Yang D, Lewis A, Patel P, Medicherla C, Arena V, Fang T, Andino A, Snyder T, Madhavan M, Gratch D, Fuchs B, Dessy A, Canizares M, Jauregui R, Thomas B, Bauman K, Olivera A, Bhagat D, Sonson M, Park G, Stainman R, Sunwoo B, Talmasov D, Tamimi M, Zhu Y, Rosenthal J, Dygert L, Ristic M, Ishii H, Valdes E, Omari M, Gurin L, Huang J, Czeisler B, Kahn E, Meropol S, Troxel A, Petkova E, Wisniewski T, Balcer L, Morrison C, Yaghi S, Galetta S. Journal of the Neurological Sciences. 2021: May 12;426:117486. doi: 10.1016/j.jns.2021.117486.

*Distinct assemblies of amyloid beta conformers target primarily temporal cortex in rapidly progressive Alzheimer's disease.* Liu H, Kim C, Haldiman T, Sigurdson CJ, Nystrom S, Nilsson PR, Cohen ML, Wisniewski T, Hammarstrom P, Safar JG. Journal of Biological Chemistry, under review.

*Exploration of rapid automatized naming and standard visual tests in prodromal Alzheimer disease detection.* Wu SZ, Nolan-Kenney R, Moehringer NJ, Hasanaj LF, Joseph BM, Clayton AM, Rucker JC, Galetta SL, Wisniewski T, Masurkar AV, Balcer LJ. Journal of Neuro-Ophthalmology, in press, 2021.

*Age-related morphological and hemodynamic changes of major neck arteries measured with MR angiography.* Sun Z, Jiang D, Liu P, Muccio M, Li C, Lu H, Cao Y, Wisniewski T, Ge Y. American Journal of Neuroradiology, under review.

*Chiral Interface of Amyloid Beta (Aβ): Relevance to Protein Aging, Aggregation, and Neurodegeneration.* Dyakin VV, Wisniewski T, Lajtha, A. Symmetry, 12 (4): 585, 2020. doi: 10.3390/sym12040585

*Alzheimer's disease: many failed trials, so where do we go from here?* Reiss AB, Glass AD, Wisniewski T, Wolozin B, Gomolin IH, Pinkhasov A, De Leon J, Stecker MM. Journal of Investigative Medicine, Aug; 68(6):1135-1140, 2020. DOI: 10.1136/jim-2020-001297

*APOE-amyloid interaction: Therapeutic targets.* Wisniewski T, Drummond E. Neurobiology of Disease 138:104784, 2020. doi: 10.1016/j.nbd.2020.104784. PubMed PMID: 32027932; PMCID: PMC7118587.

*Reader response: blood biomarkers of traumatic brain injury and cognitive impairment in older veterans.* Wisniewski T, Fossati S. Neurology. 2020. Epub 7/24/20. DOI: 10.1212/WNL.0000000000010087

*Primary age-related tauopathy (PART): addressing the spectrum of neuronal tauopathic changes in the aging brain.* Hickman RA, Flowers XE, Wisniewski T. Current Neurology and Neuroscience Reports, Jul 14, 20(9):39, 2020.
122 DOI: 10.1007/s11910-020-01063-1

*ADAMTS18 deficiency leads to pulmonary hypoplasia and bronchial microfibril accumulation.* Lu T, Yang, N, Wang C, Lin X, Ye S, Zhang T, Zhang Q, Zhu R, Pan Y, Wisniewski T, Cao Z, Ding BS, Dang S, Zhang W. iScience, 23: issue 9:101472, 2020. DOI: 10.1016/j.isci.2020.101472

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 24 of 49

<u>PUBLICATIONS CONT…..</u>

*Cerebrovascular analysis of the normal aging C57BL/6 mouse brain using in vivo contrast-enhanced magnetic resonance angiography.* Hill LK, Hoang DM, Chiriboga LA, Wisniewski T, Sadowski MJ, Wadghiri YZ. Frontiers in Aging Neuroscience, 12:585218, 2020. DOI: 10.3389/fnagi.2020.585218

*Neuropathologic Changes in Sudden Unexpected Death in Childhood.* McGuone D, Leitner D, William C, Faustin A, Neelatian N, Shepherd T, Snuderl M, Wisniewski T, Devinsky O. Journal of Neuropathology and Experimental Neurology, epub Jan 29, 2020;  DOI: 10.1093/jnen/nlz136

*Valacyclovir Treatment of Alzheimer's Disease (VALAD) Trial Protocol for a randomized, double-blind, placebo-controlled, treatment trial.* Devanand D, Andrews HA, Kreisl WC, Razlighi Q, Gershon A, Stern Y, Mintz A, Wisniewski T, Acosta E,  Bell KL, Pelton GH, Deliyannides D, Prasad K, Huey ED,. BMJ Open, Feb 6;10(2):e032112, 2020;  DOI: 10.1136/bmjopen-2019-032112

*Phosphorylated Tau Interactome in the Human Alzheimer's Disease Brain.* Drummond E, Pires G, MacMurray C, Askenazi M, Nayak S, Bourdon M, Safar J, Ueberheide B, Wisniewski T. Brain, 143: 2803-2817, 2020, DOI: 10.1093/brain/awaa223 Associated Press Release: https://nyulangone.org/news/study-reveals-how-renegade-protein-interrupts-brain-cell-function-alzheimers-disease

*Class C CpG Oligodeoxynucleotide Immunomodulatory Response in Aged Squirrel Monkey (Saimiri boliviensis boliviensis).* Nehete PN, Williams LE, Chitta S, Nehete BP, Patel A, Ramani M, Wisniewski T, Scholtzova H. Frontiers in Aging Neuroscience, 12: 36, 2020, DOI: 10.3389/fnagi.2020.00036

*Psychometric Cognitive Decline (PCD) Precedes the Advent of Subjective Cognitive Decline (SCD) in the Evolution of Alzheimer's Disease.* Reisberg B, Shao Y, Moosavi M, Kenowsky S, Vedvyas A, Marsh K, Bao J, Buj M, Torossian C, Kluger A, Rao J, Vedyvas G, Oo T, Malik F, Arain F, Ulysse A, Singleton-Garvin J, Masurkar AV, Wisniewski T. Dementia and Geriatric Cognitive Disorders, epub May 8:1-6, 2020. DOI: 10.1159/000507286

*A Sensitive and Cost-effective Chemiluminescence ELISA for Measurement of Amyloid beta (β) 1-42 peptide (Aβ42) in Human Plasma.* Mehta P, Patrick BA, Miller DL, Coyle PK, Wisniewski T. Journal of Alzheimer's Disease, 78(3):1237-1244, 2020. DOI: 10.3233/JAD-200861

*RT-QuIC detection of tauopathies using full-length tau substrate.* Tennant JM, Henderson DM, Wisniewski T, Hoover EA. Prion, 14: 249-256, 2020. DOI: 10.1080/19336896.2020.1832946

*Evolution of neuroinflammation across the lifespan of individuals with Down syndrome.* Aguilar LF, Iulita F, Kovecses O, Torres MD, Wisniewski T, Busciglio J, Cuello C. Brain, 143(12):3653-3671, 2020. DOI: 10.1093/brain/awaa326

*Plasma tau predicts cerebral vulnerability in aging.* Cantero JL, Atienza M, Ramos-Cejudo J, Fossati S, Wisniewski T, Osorio RS. Aging-US, 12(21):21004-21022, 2020. DOI: 10.18632/aging.104057

*Prevalence and Impact of Hyponatremia in Patients with SARS-CoV-2 in New York City.* Frontera JA, Valderrama EV, Lewis A,  Lord A,  Zhou T, D. Kahn E, Melmed K,  Czeiler B, Yaghi S, Wisniewski T,  Balcer L, Hammer E. Critical Care Medicine, e1211-e1217, 2020. DOI: 10.1097/CCM.0000000000004605

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 25 of 49

<u>PUBLICATIONS CONT.....</u>

*Inner SPACE: 400-micron isotropic resolution MRI of the human brain.* Shepherd TM, Hoch MJ, Bruno M, Faustin A, Papaioannou A, Jones SE, Devinsky O, Wisniewski T. Frontiers in Neuroanatomy, 14: 9, 2020. DOI: 10.3389/fnana.2020.00009

*Comparative analysis of cognitive impairment and its etiological subtypes in China from 2010 to 2015: Changes and risk factors.* Lu H, Shi Z, Yue W, Zhang Y, Liu S, Liu S, Zhao L, Xiang L, Zhang Y, Wang X, Su W, Li Z, Wang J, Wisniewski T, Ji Y. Scientific Reports, Jan 29;9(1):851, 2019. doi: 10.1038/s41598-018-37286-z.

*ADAMTS18 deficiency affects neuronal morphogenesis and reduces the levels of depression-like behaviors in mice.* Zhu R, Pan YH, Sun L, Zhang T, Wang C, Ye S, Yang N, Lu T, Wisniewski T, Dang S, Zhang W. Neuroscience, 399:53-64, 2019. doi: 10.1016/j.neuroscience.2018.12.025

*Two Year Outcomes, Cognitive and Behavioral Markers of Decline in Healthy, Cognitively Normal Older Persons with Global Deterioration Scale Stage 2 (Subjective Cognitive Decline and Impairment).* Reisberg B, Torossian C, Shulman MB, Monteiro I, Boksay I, Golomb J, Benarous FG, Ulysse A, Oo T, Vedyvas A, Rao JA, Marsh K, Kluger A, Sangha J, Hassan J, Alshalabi M, Arain F, Ahaikh N, Buj M, Kenowsky S, Masurkar AV, Rabin L, Noroozian M, Sanchez-Saudinios MB, Blesa R, Auer S, Zhang Y, de Leon M, Sadowski M, Wisniewski T, Gauthier S, Shao Y. Journal of Alzheimer's Disease, 67: 685-705, 2019. DOI: 10.3233/JAD-180341

*3-T MRI Whole Brain Microscopy Discrimination of Subcortical Anatomy, Part 1: Brainstem.* Hoch MJ, Faustin A, Bruno M, Cruz N, Crandall L, Wisniewski T, Devinsky O, Shepherd TM. American Journal of Neuroradiology, 40(3):401-407, 2019. DOI: 10.3174/ajnr.A5956

*Overview of Potential Aluminum Health Risks.* Willhite C, Karyakina N, Turner M, Yenugadhati N, Momoli F, Wisniewski T and Krewski D.  Chapter in Encyclopedia of Environmental Health, pages 817-830, 2019. eBook ISBN: 9780444639523. https://doi.org/10.1016/B978-0-12-409548-9.11826-3

*LATE to the PART-y. Brain.* Josephs KA, MacKenzie I, Frosch M, Bigio E, Neumann M, Arai T, Cairns N, Dugger BN, Ghetti B, Grossman M, Hasegawa M, Holton J, Jellinger K, Kofler JD, Mann D, McAleese KE, Oyanagi K, Perl D, Revesz T, Vonsattel JP, Wisniewski T, Hu W.  2019 Sep 1;142(9):e47. DOI: 10.1093/brain/awz224

*Follow-up of active Aβ immunization in Alzheimer disease. Comment on "Persistent neuropathological effects 14 years following amyloid-β immunization in Alzheimer's disease".* Wisniewski T. Nature Reviews Neurology, Sep;15(9):495-496, 2019. DOI: 10.1038/s41582-019-0239-4.

*Alzheimer's Disease.* Wisniewski T. Editor: Wisniewski T. Codon Publications, Brisbane Australia; ISBN: 978-0-6468096-8-7; Nov. 21, 2019, PMID: 31895508
DOI: http://dx.doi.org/10.15586/alzheimersdisease.2019
URL: https://exonpublications.com/index.php/exon/issue/view/11

*Using Proteomics to Understand Alzheimer's Disease. In Alzheimer's Disease.* Drummond E, Wisniewski T. Editor Wisniewski T. Chapter 3, pages 39-54, 2019. DOI: http://dx.doi.org/10.15586/alzheimersdisease.2019.ch3

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 26 of 49

<u>PUBLICATIONS CONT.....</u>

*Future horizons in Alzheimer's disease research. In Molecular Biology of Neurodegenerative Diseases: Visions for the Future.* Wisniewski T, Drummond E. Editor David Teplow; ISSN 1877-1173; Progress in Molecular Biology and Translational Science; 168:223-241, 2019.
doi: 10.1016/bs.pmbts.2019.08.001

*Novel mouse tauopathy model for repetitive mild traumatic brain injury: evaluation of long-term effects on cognition and biomarker levels after therapeutic inhibition of tau phosphorylation.* Rubenstein R, Sharma D, Chang B, Oumata N, Cam M, Vaucelle L, Lindberg MF, Chiu A, Wisniewski T, Wang KK, Meijer L. Frontiers in Neurology, 10: 124, 2019.

*Perturbed mitochondria and ER contacts in live neurons modelling Alzheimer's disease amyloid pathology.* Martino Adami PV, Nichtova Z, Weaver DB, Bartok A, Wisniewski T, Jones DR, Do Carmo S, Castano EM, Cuello C, Hajnoczy G, Morelli L. Journal of Cell Science, 132(20):jcs229906. Published 2019 Oct 22;  doi: 10.1242/jcs.229906

*Affibody-mediated sequestration of amyloid β demonstrates preventive efficacy in a transgenic Alzheimer's disease mouse model.* Lindberg H, Boutajangout A, Awwad A, Wahlberg E, Paul A, Baitalmal R, Gudmundsdotter L, Hoiden-Guthenberg I, Gunneriusson E, Frejd FY, Hard T, Lofblom J, Stahl S, Wisniewski T. Frontiers in Aging Neuroscience, 11: 64, 2019 DOI: 10.3389/fnagi.2019.00064

*3-T MRI Whole Brain Microscopy Discrimination of Subcortical Anatomy, Part 2: Basal Forebrain.* Hoch MJ, Faustin A, Bruno M, Cruz N, Crandall L, Wisniewski T, Devinsky O, Shepherd TM. American Journal of Neuroradiology, 40(7):1095-1105, 2019. doi: 10.3174/ajnr.A6088

*Secernin-1 is a novel phosphorylated tau binding protein that accumulates in Alzheimer's disease and not in other tauopathies.* Pires G, McElligott S, Halliday G, Potier MC, Wisniewski T*, Drummond E*. Acta Neuropathologica Communications, 7 (1):195, 2019; * co-corresponding authors. DOI: 10.1186/s40478-019-0848-6

*Carbonic Anhydrase Inhibition Selectively Prevents Amyloid β Neurovascular Mitochondrial Toxicity.*Solesio ME, Peixoto PM, Debure L, Madamba SM, de Leon MJ, Wisniewski T, Pavlov EV, Fossati S. Aging Cell, e12787, 2018. DOI: 10.1111/acel.12787

*Veterinary and human disorders affecting brain and behavior.* Devinsky O, Jordyn B, Cerda-Gonzales S, Coffey B, Davis K, Friedman D, Hainline B, Houpt K, Lieberman D, Perry P, Prüss H, Samuels MA, Small GW, Volk H, Summerfield A, Vite C, Wisniewski T, Natterson-Horowitz B. Nature Reviews Neurology, 14(11):677-686, 2018. DOI: 10.1038/s41582-018-0074-z

Ramos-Cejudo J, Wisniewski T, Marmar C, Zetterberg H, Blennow K, de Leon M, Fossati S. Traumatic brain injury and Alzheimer's disease: the cerebrovascular link. EBioMedicine; 28:21-30, 2018. DOI: 10.1016/j.ebiom.2018.01.021; PMCID: PMC5835563

*Vaccination Strategies, In "Human Prion Diseases".* Wisniewski T, Goñi F. Handbook of Clinical Neurology, Volume 153, Chapter 23: 419-430, 2018; Editors: Pocchiari and Manson, Elsevier Press, DOI: 10.1016/B978-0-444-63945-5.00023-4

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 27 of 49

<u>PUBLICATIONS CONT…..</u>

*Is Multiple System Atrophy an Infectious Disease?* Wenning G, Trojanowski JQ, Kaufmann H, Rocca WA, Wisniewski T, Low PA. Annals of Neurology, 83: 10-12, 2018. DOI: 10.1002/ana.25132;

*Potential Novel Approaches to Understand the Pathogenesis and Treat Alzheimer's Disease.* Drummond E, Goñi F, Liu S, Prelli F, Scholtzova H, Wisniewski T Journal of Alzheimer's Disease, 64(s1):S299-S312, 2018. DOI: 10.3233/JAD-179909

*Recent Advancements toward Therapeutic Vaccines against Alzheimer's disease.* Herline K, Drummond E, Wisniewski T. Expert Review of Vaccines, 17(8):707-721, 2018. DOI: 10.1080/14760584.2018.1500905

*Potential Novel Approaches to Understand the Pathogenesis and Treat Alzheimer's Disease.* Drummond E, Goñi F, Liu S, Prelli F, Scholtzova H, Wisniewski T. Chapter in Advances in Alzheimer's Disease. Volume 6: 297-310, 2018. Editors: George Perry, Jesús Avila, Paula I. Moreira, Aaron A. Sorensen, Massimo Tabaton. IOS Press; ISBN: 978-1-61499-876-1. DOI: 10.3233/978-1-61499-876-1-297

*Anti-β-sheet conformation monoclonal reduces tau and Aβ oligomer pathology in an Alzheimer's model.*Goñi F, Martá-Ariza M, Herline K, Peyser D, Boutajangout A, Mehta P, Drummond E, Prelli F, Wisniewski T. Alzheimer's Research and Therapy, 10:10, 2018. PMCID: PMC5789573; http://doi.org/10.1186/s13195-018-0337-3

*Isolation of amyloid plaques and neurofibrillary tangles from archived Alzheimer's disease tissue using laser capture microdissection for downstream proteomics.* Drummond E, Nayak S, Pires G, Ueberheide B, Wisniewski T. Methods in Molecular Biology, 1723: 319-334, 2018. PMCID: PMC5811767; DOI: 10.1007/978-1-4939-7558-7_18

*Generation and partial characterization of rabbit monoclonal antibody to pyroglutamate amyloid beta3-42(pE3-Aβ).* Mehta PD, Patrick BA, Barshatzky M, Mehta SP, Frackowiak J, Mazur-Kolecka B, Wegiel J. Wisniewski T, Miller DL. Journal of Alzheimer's Disease, 62(4):1635-1649, 2018. DOI: 10.3233/JAD-170898

*The role of reduced expression of fragile X mental retardation protein in neurons and increased expression in astrocytes in idiopathic and syndromic autism (duplications 15q11.2-q13).* Wegiel J, Schanen NC, Cook EH, Brown WT, La Fauci G, Kascsak R, Kascsak R, Flory M, Kaczmarski W, Kuchna I, Nowicki K, Martinez-Cerdeno V, Wisniewski T, Wegiel J. Autism Research, 11(10):1316-1331, 2018. DOI: 10.1002/aur.2003

*Axon deficit and loss of corpus callosum segment–specific structural and functional diversification of axons are markers of loss of integrity and function of interhemispheric connectome in autism.* Wegiel J, Kaszmarski K, Flory M, Martinez-Cerdeno V, Wisniewski T, Nowicki K, Kuchna I, Wegiel J. Acta Neuropathologica Communications, Dec 19;6(1):143, 2018. DOI: 10.1186/s40478-018-0645-7.

*Immunotherapy To Improve Cognition And Reduce Pathological Species In an Alzheimer's Disease Mouse Model.* Herline K, Prelli F, Mehta P, MacMurray C, Goni F, Wisniewski T. Alzheimer's Research and Therapy, 10(1): 54, 2018. PMCID: PMC6006698; DOI: 10.1186/s13195-018-0384-9

*Human Umbilical Cord Stem Cell Xenografts Improve Cognitive Decline and Reduce the Amyloid Burden in a Mouse Model of Alzheimer's Disease.* Boutajangout A, Noorwali A, Atta H, Wisniewski T. Current Alzheimer Research, 14(1):104-111, 2017. PMCID:PMC5241019

CONFIDENTIAL

Brockman_0002152

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 28 of 49

<u>PUBLICATIONS CONT…..</u>

*Localized Proteomics of Individual Neurons Isolated from Formalin-Fixed, Paraffin Embedded Tissue Sections using Laser Capture Microdissection, In the Neuromethods series, "Current Proteomic Approaches Applied to Brain Function".* Drummond E, Nayak S, Ueberheide B, Wisniewski T. Springer Press. (Santamaria Martinez E and Fernández J, Editors), Volume 127, Chapter 18: 289-301, 2017.  DOI: 10.1007/978-2D1-2D4939-2D7119-2D0-5F18

*Alzheimer's Disease: Experimental Models and Reality.* Drummond E, Wisniewski T. Acta Neuropathologica, 133(2): 155-175, 2017. PMCID: PMC5253109

*The use of localized proteomics to identify the drivers of Alzheimer's disease pathogenesis.* Drummond E, Wisniewski T. Neural Regeneration Research, 12(6): 912-914, 2017. PMCID: PMC5514863

*Thymoma-Associated Panencephalitis (TAPE): A Newly Emerging Paraneoplastic Neurologic Syndrome.* Nwabuobi L, Pellinen J, Wisniewski T. Neuroimmunology and Neuroinflammation, 4: 117-123, 2017.

*Partial agenesis and hypoplasia of the corpus callosum in idiopathic autism.* Wegiel J, Flory M, Kaczmarski W, Brown WT, Chadman K, Wisniewski T, Nowicki K, Kuchna I, Ma SY, Wegiel J. Journal of Neuropathology and Experimental Neurology, 76(3): 225-237, 2017.

*Tau Phosphorylation Induced by Severe Closed Head Traumatic Brain Injury is Linked to the Cellular Prion Protein.* Rubenstein R, Chang B, Grinkina N, Drummond E, Davies P, Ruditzky M, Sharma D, Wang K, Wisniewski T. Acta Neuropathologica Communications, 5: 30 pages 1-17, 2017. PMCID: PMC5395835

*Proteomic Differences in Amyloid Plaques in Rapidly Progressive and Sporadic Alzheimer's Disease.* Drummond E, Nayak S, Faustin A, Pires G, Hickman R, Askenzi M, Cohen M, Haldiman T, Kim C, Han X, Alzheimer's Disease Neuroimaging Initiative, Shao Y, Safar J, Ueberheide B, Wisniewski T. Acta Neuropathologica, 133: 933-954, 2017. PMCID: PMC5503748 Manuscript Highlighted in Nature Reviews Neurology:  Alzheimer disease: localized proteomics distinguishes AD subtypes, Wood, H, May;13(5):260, 2017.

*Production of Monoclonals to Pathologic b-Sheet Oligomeric Conformers in Neurodegenerative Disease.* Goni F, Marta-Ariza M, Peyser D, Herline K, Wisniewski,T. Scientific Reports, Aug 29th, 7: 9881, 2017. PMCID: PMC5575137

*Multiregional age-associated reductions in brain neuronal reserve without association with neurofibrillary degeneration or β-amyloidosis.* Wegiel J, Flory M, Kuchna I, Nowicki K, Ma SY, Wegiel J, Badmaev E, Silverman WP, de Leon M, Reisberg B, Wisniewski T. Journal of Neuropathology and Experimental Neurology, Jun 1;76(6):439-457, 2017.

*Targeting the apolipoprotein E/Aβ interaction by CPO_Aβ17-21P, a non-toxic and non-fibrillogenic peptoid, ameliorates Aβ-related pathology and improves cognitive decline in a mouse model of Alzheimer's disease.* Liu S, Park S, Allington G, Prelli F, Sun Y, Marta-Ariza M, Scholtzova H, Biswas, G, Brown B, Mehta PD, Kwon YU, Wisniewski T. Scientific Reports, Aug 14th,  7: 8009, 2017. PMCID: PMC5556019

*Innate Immunity Stimulation via Toll-like Receptor 9 Ameliorates Vascular Pathology in Tg-SwDI mice with Associated Cognitive Benefits.* Scholtzova H, Do E, Dhakal S, Sun Y, Liu S, Mehta PD, Wisniewski T Journal of

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 29 of 49

<u>PUBLICATIONS CONT.....</u>

Neuroscience, 37(4): 936-959, 2017. PMCID: PMC5296786 Manuscript Highlighted in the Journal Club: Selles MC, Fortuna JTS, Santos LE. Immunomodulation via Toll-like receptor 9: an adjunct therapy strategy against Alzheimer's disease? Journal of Neuroscience, 10 May 2017,  37  (19)  4864-4867;  DOI: https://doi.org/10.1523/JNEUROSCI.0579-17.2017

*Greater specifity for CSF p-tau231 over p-tau181 in the differentiation of healthy controls from Alzheimer's.* Spiegel J, Pirraglia E, Li Y, Glodzik L, Osorio R, Saint Louis LA, Randall C, Butler T, Xu J, Zinkowski RP, Zetterberg H, Fortea J, Fossati S, Wisniewski T, Davis P, Blennow K, de Leon MJ. Alzheimer's & Dementia: The Journal of the Alzheimer's Association, 49(1):93-100, 2016. PMCID: PMC4694576

*The COX-2 Inhibitor Meloxicam Ameliorates Neuroinflammation and Depressive Behavior in Adult Mice After Splenectomy.* Haile M, Boutajangout A, Chung K, Chan J, Stopler T, Vincent N, Batchan M, D'Urso J, Lin Y, Kline R, Kamer A, Yaghmoor F, Blanck T, Bekker A, Wisniewski T Journal of Neurophysiology and Neurological Disorders, 3:1-9, 2016. NIHMSID 809487

*Ageing-related tau-astrogliopathy (ARTAG): harmonized evaluation strategy.* Kovacs GG, Ferrer I, Grinbeg L, Alafuzoff I, Atterns J, Budka H, Cairns NJ, Crary JF, Duychaerts C, Ghetti B, Halliday G, Ironside JW, Love S, Mackenzie IR, Munoz DG, Murray M, Nelson PT, Takahashi H, Trojanowski JQ, Olaf A, Arzberger T, Baborie A, Beach T, Bieniek K, Bigio EH, Bodi I, Braak H, Dugger B, Geany M, Gelpi E, Gentleman SM, Giaccone G, Hatanpaa KJ, Hof P, Hofer M, Holton J, Hortobagyi T, Hyman BT, Jellinger K, Ince P, Kofler J, Kovari E, Kril J, Mann  D, Matej R, McKee AC, McLean C, Milenkovic I, Montine TJ, Murayama S, Lee E, Rahimi J, Revesz T, Rodriguez RD, Rozemuller A, Schnieder JA, Seeley W, Seilhean D, Smith C, Tagliavini F, Takao M, Thal D, Toledo JB, Tolnay M, Tredici K, Troncoso JC, Vinters H, Weis S, Vonsatell JP, Wharon S, White C, Wisniewski T, Woulfe JM, Yamada M, Dickson DW. Acta Neuropathologica, 131(1): 87-102, 2016. PMCID: PMC4879001

*Transmissible Spongiform Encephalopathies; Chapter 23 in Neurotrophic Viral Infections Volume 2: Neurotropic Retroviruses, DNA Viruses, Immunity and Transmission, 2nd Edition.* Wisniewski T, Goni F. Edited by Dr. Carol Shoskes Reiss, Publisher: Springer, pages: 221-248, 2016.

*Developing therapeutic vaccines against Alzheimer's disease.* Wisniewski T, Drummond E. Expert Review of Vaccines, 15(3): 401-415, 2016 PMCID:  PMC4940858

*"Diagnosis of Prion Diseases".* Rubenstein R, Peterson R, Wisniewski T. In the Manual of Molecular and Clinical Laboratory Immunology (8th Edition) published by the American Society for Microbiology Press. (R.L. Hodinka, Ed.), Chapter 71: 682-695, 2016.

*The growing Alzheimer disease epidemic: risk factors, biomarkers and the urgent need for therapeutics.* Hickman RA, Faustin A, Wisniewski T. Chapter in "Global and Domestic Public Health and Neuroepidemiology", Series Title: Neurologic Clinics, 34(4):941-953, 2016. PMCID:  PMC5116320

*GATA1-mediated transcriptional regulation of γ-secretase activating protein increase Aβ formation in Down syndrome.* Chu J, Wisniewski T, Pratico D. Annals of Neurology, 79(1): 138-143, 2016. PMCID:  PMC4989126

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 30 of 49

PUBLICATIONS CONT…..

*State-dependent alterations in CSF Aβ42 levels in cognitively intact elderly with late life major depression.* Pomara N, Bruno D, Osorio R, Reichert C, Nierenberg J, Sarreal AS, Henrnando RT, Wisniewski T, Marmar CR, Zetterberg H, Blennow K. Neuroreport, 27: 1068-1071, 2016. PMCID: PMC5007146

*Neuronal nucleus and cytoplasm volume deficit in autistic children and volume increase in autistic adolescents and adults.* Wegiel J, Flory M, Kuchna I, Nowicki K, Ma SY, Imaki H, Wegiel J, Frackowiak J,  Kolecka BM, Wierzba-Bobrowicz T, London E, Wisniewski T, Brown WT. Acta Neuropathologica Communications, 3(1): 2, 2015.

*Prevalence of Dementia and Main Subtypes in Rural Northern China.* Ji Y, Shi Z, Zhang Y, Liu S, Liu S, Yue W, Liu M, Huo YR, Wang J, Wisniewski T. Dementia Geriatric Cognitive  Disorders 39 (5-6):294-302, 2015.

*A Chemical Fluorescent Probe for the Detection of Aβ Oligomers.* Teoh CL, Su D, Sahu S, Yun SW, Drummond E, Prelli F, Lim S, Cho S, Ham S, Wisniewski T , Chang YT. Journal of the American Chemical Society, 137(42):13503-9, 2015.  PMCID:  PMC4756585

*TGF-β Blockade Reduces Mortality and Metabolic Changes in a Validated Murine Model of Pancreatic Cancer.* Greco SH, Tomkötter L, Vahle AK, Rokosh R, Avanzi A, Deutsch M, Alothman S, Alqunaibit D, Ochi A, Zambirinis C, Mohaimi T, Rendon M, Levie E, Pansari M, Torres-Hernandez A, Daley D, Barilla R, H. Pachter L, Tippens D, Boutajangout A, Wisniewski T, Miller G. Cachexia, PLoS ONE, Jul 14;10(7):e0132786, 2015.

*Significant neuronal soma volume deficit in the limbic system in subjects with 15q11.2-q13 duplications.* Wegiel J, Flory M, Schanen NC, Cook EH, Nowicki K, Kuchna I, Imaki H, Ma SY, Wegiel J, London E, Casanova MF, Wisniewski T, Brown WT. Acta Neuropathologica Communications, 3: 63, 2015.

*Proteomic analysis of individual neurons isolated from formalin-fixed paraffin-embedded brain sections using laser microdissection.* Drummond ES, Nayak S, Ueberheide B, Wisniewski T. Scientific Reports, 5: 15456;  doi: 10.1038/srep15456 , 2015. PMCID: PMC4614382

*Mucosal immunization with an attenuated Salmonella vaccine partially protects white-tailed deer from chronic wasting disease.* Goñi F, Mathiason CK, Yim L, Wong K, Hayes-Klug J, Nalls A, Peyser D, Estevez V, Xu J, Osborn DA, Miller KV, Warren RJ, Brown DR, Chabalgoity JA, Hoover EA, Wisniewski T. Vaccine, 33: 726-733, 2015. PMCID: PMC4304998

*Blocking the Apolipoprotein E/Amyloid β Interaction in Triple Transgenic Mice Ameliorates Alzheimer's Disease Related Amyloid β and Tau Pathology.* Liu S, Breitbart A, Sun Y,  Mehta PD, Boutajangout A, Scholtzova H, Wisniewski T. Journal of Neurochemistry, 128: 577-591, 2014.

*Two phase 3 trials of bapineuzumab in mild to moderate Alzheimer's disease.* Salloway S, Sperling R, Fox NC, Blennow K, Klunk W, Raskind M, Sabbagh M, Honig LS, Porsteinsson AP, Ferris S, Reichert M, Ketter N, Nejadnik B, Guenzler V, Miloskavsky M, Wang D, Lu Y, Lull J, Tudor IC, Liu E, Grundman M, Yuen E, Black R, Brashear HR; Bapineuzumab 301 and 302 Clinical Trial Investigators (including Wisniewski T). New England Journal of Medicine, 370(4): 322-333, 2014.

CONFIDENTIAL

Brockman_0002155

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 31 of 49


<u>PUBLICATIONS CONT.....</u>

*Nerve Growth Factor Metabolic Dysfunction in Down's Syndrome Brains: a Cause for Cholinergic Degeneration?* Iulita MF, Carmo SD, Ower A, Fortress A, Aguilar LF, Hanna M, Wisniewski T,  Granholm AC, Buhusi M, Busciglio J, Cuello AC. Brain, 137: 860-872, 2014.

*Stereological study of the neuronal number and volume of 38 brain subdivisions of subjects diagnosed with autism reveals significant alterations restricted to the striatum, amygdala and cerebellum.* Wegiel J, Flory M, Kuchna I, Nowicki K, Ma SY, Imaki H, Wegiel J, Cohen IL, London E, Wisniewski T, Brown WT. Acta Neuropathologica Communications, 2: 141, 2014.

*Brain-region-specific alterations of the trajectories of neuronal volume growth throughout the lifespan in autism.* Wegiel J, Flory M, Kuchna I, Nowicki N, Ma SY, Imaki H, Wegiel J, Cohen IL, London E, Brown WT, Wisniewski T. Acta Neuropathologica Communications, 2: 28, 2014.

*Prevalence of cognitive impairment no dementia in a rural area of northern China.* Zhang Y, Shi Z, Liu M, Liu S, Yue W, Liu S, Xiang L, Lu H, Liu P, Wisniewski T, Wang J, Ji Y. Neuroepidemiology, 42: 197-203, 2014. PMCID:  PMC4993106

*Toll-like receptor 9 stimulation for reduction of amyloid β and tau Alzheimer's disease related pathology.* Scholtzova H, Chianchiano P, Pan J, Sun Y, Goni F, Mehta PD, Wisniewski T. Acta Neuropathologica Communications, 2: 101, 2014.

*Systematic review of potential health risks posed by pharmaceutical, occupational and consumer exposures to metallic and nanodot aluminum, aluminum oxide and the soluble salts.* Willhite CC, Karyakina NA, Yokel RA, Mornoli F, Yenugadhati N, Wisniewski TM, Ian MF, Krewski A, Krewski D. Critical Reviews in Toxicology, 44 (S4):1-80, 2014. PMCID:  PMC4997813

*Delayed development of the claustrum in autism. In The Claustrum: Structural, Functional, and Clinical Neuroscience.* Wegiel J, Morys J, Kowianski P, Ma SY, Kuchna I, Nowicki K, Imaki H, Wegiel J, Flory M, Brown TW, Wisniewski T. Edited by Smythies JR, Edelstein LR, Ramachandran VS. Academic Press, Chapter 8, pages: 225-235, 2014.

*Immunotherapy for Alzheimer's disease.* Wisniewski T, Goni F.  Biochemical Pharmacology, 88: 499-507, 2014.

*Novel Immunological Approaches for the Treatment of Alzheimer's disease.* Sabharwal P, Wisniewski T. Chinese Journal of Contemporary Neurology and Neurosurgery, 14: 139-151, 2014.

*Tau as a therapeutic target in Alzheimer's disease.* Boutajangout A, Wisniewski T. Gerontology, 60: 381-385, 2014.

*The Role of TREM2 in Alzheimer's Disease and other Neurological Disorders.* Yaghmoor F, Noorsaeed A, Alsaggaf S, Aljohami W, Scholtzova H, Boutajangout A, Wisniewski T. Journal of Alzheimer's Disease and Parkinsonism, 4(5): 160, 2014.

*Primary age-related tauopathy (PART): a common pathology associated with human aging.* Crary JF, Trojanowski JQ, Schneider JA, Abisambra JF, Alafuzoff I, Arnold SE, Attems J, Beach TG, Cairns NJ, Dickson DW, Gearing M, Grinberg L, Hof PR, Hyman BT, Jellinger K, Kovacs GG, Knopman DS, Kofler J, Masliah

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 32 of 49

<u>PUBLICATIONS CONT.....</u>

E, McKee A, Murray ME, Neltner JH, Santa-Maria I, Seeley WW, Serrano-Pozo A, Shelanski ML, Stein T, Takao M, Thal DR, Toledo JB, Troncoso JC, Vonsattel JP, White 3rd CL, Wisniewski T, Woltjer RL, Yamada M, and Nelson PT. Acta Neuropathologica, 128(6): 755-766. 2014.

*Alzheimer's disease: focus on desmosterol.* Wisniewski T, Newman K, Javitt NB. Journal of Alzheimer's Disease, 33: 881-888, 2013.

*Detection of Amyloid Plaques Targeted by Bifunctional USPIO in Alzheimer's Disease Transgenic Mice using Magnetic Resonance Microimaging.* Wadghiri YZ, Li J, Wang J, Hoang DM, Sun Y, Xu H, Tsui W, Li Y, Wang A, de Leon M, Wisniewski T. PLoS ONE, 8(2):e57097, 2013.

*Clinicopathological stratification of idiopathic autism associated with duplications 15q11.2-q13.* Wegiel J, Schanen NC, Cook EH, Brown WT, Kuchna I, Nowicki K, Wegiel J, Imaki H, Ma SY, London E, Wisniewski T. In The Neuroscience of Autism Spectrum Disorders. Chapter 3.9, pages: 347-359, Edited by Joseph D. Buxbaum & Patrick R. Hof. Academic Press, Elsevier, Amsterdam, 2013

*The Innate Immune System in Alzheimer's Disease.* Boutajangout A., Wisniewski T. International Journal of Cell Biology, Volume 2013, Article ID 576383, 1-7. 2013.

*Metabotropic Glutamate Receptor 5 Mediates Signaling from Alzheimer Aß Oligomer Bound to Prion Protein.* Um JW, Kaufman AC, Kostylev M, Heiss JK, Stagi M, Takahashi H, Kerrisk ME, Vortmeyer A, Wisniewski T, Guther EC, Koleske J, Nygaard HB, Strittmatter SM. Neuron, 79(5): 887-902, 2013.

*Apolipoprotein E4 frequency is increased among frontotemporal dementia and Alzheimer's disease patients in a Chinese population.* Ji Y, Liu M, Huo YR, Liu S, Shi Z, Liu S, Wisniewski T, Wang J. Dementia and Geriatric Cognitive Disorders, 36: 163-170, 2013. NIHMS564570; PMC4068025

*Influence of CD40 on Prion Disease and the Immune Response to Recombinant PrP.* Rubenstein R, Chiu A, Chang B, Wisniewski T. Journal of Neuroimmunology, 257 (1-2): 21-27, 2013.

*Contribution of olivo-floccular circuitry developmental defects to atypical gaze in autism.* Wegiel J, Kuchna I, Nowicki K, Imaki H, Wegiel J, Yong Ma S, Azmitia EC, Banerjee P, Flory M, Cohen IL, London E, Brown TW, Hare KC, Wisniewski T. Brain Research, 1512: 106-122, 2013.

*Immunomodulation Targeting Both Aß and Tau Pathological Conformers Ameliorates Alzheimer's Disease Pathology in TgSwDI and 3xTg Mouse Models.* Goni F, Herline K, Peyser D, Wong K, Ji Y, Sun Y, Mehta P, Wisniewski T. Journal of Neuroinflammation, 10: 150, 2013.

*Notch signaling proteins HES-1 and Hey-1 bind to insulin degrading enzyme (IDE) proximal promoter and repress its transcription and activity: implications for cellular Aß metabolism.* Leal MC, Surace EI, Holgado MP, Ferrari CC Tarelli R, Pitossi F, Wisniewski T, Castano EM, Morelli L. BBA-Molecular Cell Research, 1823(2): 227-235, 2012.

*Cerebrospinal fluid amyloid beta levels are lower and F2-isoprostanes higher in individuals with major depressive disorder.* Pomara N, Bruno D, Sarreal AS, Hernando RT, Nierenberg J, Petkova E, Sidtis JJ, Wisniewski T, Mehta PD, Pratico D, Zetterberg H, Blennow K. American Journal of Psychiatry, 169(5):523-30, 2012.

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 33 of 49

<u>**PUBLICATIONS CONT…..**</u>

*Differences between the patterns of developmental abnormalities in autism associated with duplications 15q11.2q13 and idiopathic autism.* Wegiel J, Schanen NC, Cook EH, Sigman M, Brown WT, Kuchna I, Nowicki K, Wegiel J, Imaki H, Ma SY, Marchi E, Wierzba-Bobrowicz T, Chauhan A, Chauhan V, Cohen IL, London E, Flory M, Lach B, Wisniewski T. Journal of Neuropathology and Experiment Neurology, 71(5):382-397, 2012.

*Influence of Mabs on PrPSc formation using in vitro and cell-free systems.* Chang B, Petersen R, Wisniewski T, Rubenstein R. PloS ONE, 7(7): e41626, 2012.

*In vivo imaging of amyloid plaques in transgenic mice.* Wadghiri YZ, Hoang DM, Wisniewski T, Sigurdsson EMMethods in Molecular Biology, 849: 435-451, 2012.

*Prions and Diseases, 1st ed., Volume 2: Animals, Humans and the Environment.* Wisniewski, T, Goñi, F. Immunomodulation. In: Zou, W. Q., Gambetti, P. (Eds) Publisher: Springer, New York, Chapter 17: 267-287, 2012.

*Correlation of Alzheimer's Disease Neuropathologic Changes and Cognitive Status: a Review of the Literature.* Nelson PT, Alafuzoff I, Bigio EH, Bouras C, Braak H, Cairns NJ, Davies P, Del Tredic K, Duychaerts C, Frosch MP, Hof PR, Hulette CM, Hyman BT, Iwatsubo T, Jellinger KA, Jicha GA, Kovari E, Kukull WA, Leverenz JB, Love S, Mackenzie IR, Mann DM, Masliah E, McKee AC, Montine TJ, Morris JC, Schneider JA, Sonnen JA, Thal DR, Trojanowski JQ, Troncoso JC, Wisniewski T, Woltjer RL, Beach TG. Journal of Neuropathology and Experimental Neurology, 71(5):362-381, 2012.

*Could Immunomodulation be used to Treat Prion Diseases?* Wisniewski T, Goñi, F. Expert Review of Anti-infective Therapy, 10(3): 307-317, 2012.

*Apolipoprotein E: essential catalyst of the Alzheimer amyloid cascade.* Potter H, Wisniewski T. International Journal of Alzheimer's Disease, 2012:489428,  2012.

*Active Immunotherapy for Alzheimer's disease.* Wisniewski T. Lancet Neurology, 11(7):571-572, 2012.

*Alzheimer amyloid-b oligomer bound to post-synaptic prion protein signals via Fyn to alter NMDA receptors, dendritic spines and seizures.* Um JW, Nygaard HB, Heiss JK, Kostylev MA, Stagi M, Takahashi H, Vortmeyer A, Wisniewski T, Gunther EC, Strittmatter SM. Nature Neuroscience, 15(9): 1227-1235, 2012.

*A humanized single-chain antibody against beta 3 integrin inhibits pulmonary metastasis by preferentially fragmenting activated platelets in the tumor microenvironment.* Zhang W, Dang S, Hong T, Tang J, Fan J, Bu D, Wisniewski T. Blood, 120(14): 2889-2898, 2012.

*Abnormal Intracellular Accumulation and Extracellular Aβ Deposition in Idiopathic and Dup 15 Autism.* Wegiel J, Frackowiak J, Kolecka BM, Schanen NC, Cook Jr EH, Sigman M, Brown WT, Kuchna I, Wegiel J, Nowicki K, Imaki H, Ma SY, Chauhan A, Chauhan V, Miller DL, Mehta PD, Cohen IL, London E, Reisberg B, de Leon MJ, Wisniewski T. PLoS ONE, 7(5):e35414, 2012.

*Link between DYRK1A overexpression and several-fold enhancement of neurofibrillary degeneration with 3-repeat tau protein in Down syndrome.* Wegiel J, Kaczmarski W, Barua M, Kuchna I, Nowicki K, Wang KC, Wegiel J,

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 34 of 49

<u>PUBLICATIONS CONT.....</u>

Yang S, Frackowiak J, Mazur-Kolecka B, Silverman WP, Reisberg B, Monteiro I,  de Leon M, Wisniewski T, Dalton A, Lai F, Hwang YW, Adayev T, Liu F, Iqbal K, Iqbal IG, Gong CX. Journal of Neuropathology and Experimental Neurology, 70(1):36-50, 2011.

*Blocking the apolipoprotein E/ amyloid β interaction reduces fibrillar vascular amyloid deposition and cerebral microhemorrhages in TgSwDI mice.* Yang J, Ji Y, Mehta P, Bates KA, Sun Y, Wisniewski T. Journal of Alzheimer's Disease, 24(2):269-285, 2011.

*Detection of amyloid plaques targeted by USPIO-Ab1-42 in Alzheimer's disease transgenic mice using magnetic resonance microimaging.*Yang J, Zaim Wadghiri Y, Hoang DM, Tsui W, Sun Y, Chung E, Li Y, Wang A, de Leon M, Wisniewski T. Neuroimage, 55: 1600-1609, 2011.

*A novel strategy of dissolution of pre-existing platelet thrombus by synergistic administration of a low concentration of bifunctional antibodies against beta3 integrin.* Dang S, Hong T, Wisniewski T, Zhang W. PLoS ONE, 6(10): e27012, 2011.

*Styryl-based and Tricyclic Compounds as Potential Anti-Prion Agents.* Chung E, Prelli F, Dealler S, Lee WS, Chang YT, Wisniewski T. PLoS ONE, 6(9): e24844, 2011 (http://dx.plos.org/10.1371/journal.pone.0024844)

*The neuropathology of autism: defects of neurogenesis and neuronal migration, and dysplastic changes.* Wegiel J, Kuchna I, Nowicki K, Imaki H, Wegiel J, Marchi E, Ma SY, Chauhan A, Chauhan V, Bobrowicz TW, de Leon M, Louis LA, Cohen IL, London E, Brown WT, Wisniewski T. Acta Neuropathol., 119: 755-770, 2010

*Dissolution of arterial platelet thrombi in vivo with a bifunctional platelet GPIIIa49-66 ligand which specifically targets the platelet thrombus.* Zhang W, Li YS, Nardi MA, Dang S, Yang J, Li Z, Karpatkin S, Wisniewski T. Blood, 116: 2336-2344, 2010.

*Vaccination as a Therapeutic Approach for Alzheimer' Disease.* Wisniewski T, Boutajangout A. Mount Sinai Journal of Medicine, 77: 17-31, 2010.

*Immunotherapeutic Approaches for Alzheimer's disease in transgenic mouse models.* Wisniewski T, Boutajangout A. Brain Structure and Function, 214: 201-218, 2010.

*Type, topography, and sequelae of neuropathological changes: Shaping clinical phenotype of autism.* Wegiel J, Wisniewski T, Chauhan A, Chauhan V, Kuchna I, Nowicki K, Imaki H, Wegiel J, Ma SY, Bobrowicz T, Cohen I, London E, Brown TW. In Autism: Oxidative stress, inflammation, and immune abnormalities. Boca Raton, FL, CRC Press, pages: 279-282, 2010.

*Murine Models of Alzheimer's Disease and Their Use in Developing Immunotherapies.* Wisniewski T, Sigurdsson EM. BBA-Molecular Basis of Disease, 1802: 847-859, 2010.

*Neuroimaging of cognitive disorders: commentary.* de Leon MJ, Rusinek H, Tsui W, Wisniewski T, Wegiel J, George A. Chapter 28 in Understanding Neuropsychiatric Disorders, Editors: Shenton ME, Turetsky BI. Cambridge University Press, pages: 395-401, 2010.

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 35 of 49

<u>PUBLICATIONS CONT.....</u>

*Immunomodulation for Prion and Prion Related Diseases.* Wisniewski T, Goni F. Expert Review of Vaccines, 9(12): 1441-1452, 2010.

*Immunomodulation Targeting Abnormal Protein Conformation Reduces Pathology in a Mouse Model of Alzheimer's Disease.* Goni F, Prelli F, Ji Y, Scholtzova H, Yang J, Sun Y, Liang FX, Kascsak R, Kascsak R, Mehta P, Wisniewski T. PLoS ONE, 5(10): e13391, 2010.

*Anti-PrPC monoclonal antibody infusion as a novel treatment for Ab oligomer cognitive deficits.* Chung E, Ji Y, Sun Y, Kascsak R, Kascsak R, Mehta P, Strittmatter SM, Wisniewski T. BMC Neuroscience, 11:130, 2010.

*Antibody response and plasma Aβ1-40 in young Microcebus Murinus primates immunized with Aβ1-42 and its derivates.* Trouche SG, Asuni A, Rouland S, Wisniewski T, Frangione B, Verdier JM, Sigurdsson EM, Mestre-Frances N. Vaccine, 27:957-964, 2009.

*An entorhinal cortex sulcal pattern is associated with Alzheimer's disease.*Zhan J, Brys M, Glodzik L, Tsui W, Javier E, Wegiel J, Kuchna I, Pirraglia E, Li Y, Mosconi L, Saint Louis LA, Switalski R, De Santi S, Kim BC, Wisniewski T, Reisberg B, Bobinski M, de Leon MJ. Human Brain Mapping, 30: 874-882, 2009.

*Diminished amyloid β burden in Tg2576 mice following a prophylactic oral immunization with a Salmonella based amyloid β derivative vaccine.* Boutajangout A, Goni F, Knudsen E, Schreiber F, Asuni A, Quartermain D, Frangione B, Chabalgoity A, Wisniewski T, Sigurdsson EM. Journal of Alzheimer's Disease, 18: 961-972, 2009.

*Anti-PrP Mab 6D11 suppresses PrPSc replication in prion infected myeloid precursor line FDC-P1/22L and in the lymphoreticular system in vivo.* Sadowski MJ, Pankiewicz J, Prelli F, Scholtzova H, Spinner DS, Kascsak RB, Kascsak RJ, Wisniewski T. Neurobiology of Disease, 34: 267-278, 2009.

*FDG-PET changes in brain glucose metabolism from normal cognition to pathologically verified Alzheimer's disease.* Mosconi,L.; Mistur,R.; Switalski,R.; Tsui,W.H.; Glodzik,L.; Li,Y.; Pirraglia,E.; De,Santi S.; Reisberg,B.; Wisniewski,T.; De Leon,M.J. European Journal of Nuclear Medicine and Molecular Imaging, 36(5): 811-822, 2009. This manuscript won the "Best Clinical Paper of 2009" award from Springer and the European Association of Nuclear Medicine.

*Induction of Toll-like receptor 9 signaling as a method for ameliorating Alzheimer's disease related pathology.* Scholtzova H, Kascsak RJ, Bates KA, Boutajangout A, Kerr DJ, Meeker HC, Mehta PD, Spinner DS, Wisniewski T. Journal of Neuroscience, 29: 1846-1854, 2009.

*AD Vaccines: Conclusions and Future Directions.* Wisniewski T. In CNS & Neurological Disorders-Drug Targets, 8(2): 160-166, 2009.

*A novel human prion disease with protease-sensitive prion.* Gambetti P,  Dong Z, Yuan J, Xiao X, Zheng M, Alsheklee A, Castellani R, Cohen M, Marder K, Harris C, Montine T, Wisniewski T, Dickson DW, Hulette CM, DeArmond  SJ, Mastrianni JA, Kong Q,  Zou WQ. Annals of Neurology, 63: 697-708, 2008.

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 36 of 49

PUBLICATIONS CONT…..

*Aß dimer-containing human cerebrospinal fluid disrupts synaptic plasticity: prevention by systemic passive immunization.* Klyubin I, Betts V, Blennow K, Zetterberg H, Wallin A, Lemere CA, Cullen WK, Welzel A, Peng Y, Wisniewski T, Selkoe DJ, Anwyl R, Walsh DM, Rowan MJ. Journal of Neuroscience, 28: 4231-4237, 2008.

*5-lipoxygenase gene disruption reduces amyloid-β pathology in a mouse model of Alzheimer's disease.* Firuzi O, Zhuo J, Chinnici CM, Wisniewski T, Pratico D. FASEB Journal, 22: 1169-1178, 2008.

*A non-toxic ligand for voxel-based MRI analysis of plaques in AD transgenic mice.* Sigurdsson EM, Wadghiri YZ, Mosconi L, Blind JA, Knudsen E, Asuni A, Tsui WH, Sadowski M, Turnbull DH, de Leon M, Wisniewski T. Neurobiology of Aging, 29: 836-847, 2008.

*Prominent neuroleptic sensitivity in a case of early-onset Alzheimer's disease due to Presenilin-1 G206A mutation.* Goni F, Chabalgoity JA, Prelli F, Schreiber F, Scholtzova H, Chung E, Kascsak R, Cercy SP, Sadowski MJ, Wisniewski T. Cognitive and Behavioral Neurology, 21(3):190-195, 2008.

*Infections of the Nervous System: Prion Diseases.* Sadowski M, Verma A, Wisniewski T. In Neurology in Clinical Practice, 5th Edition, Bradley W. (ed.), Chapter 57G, 1567-1581, 2008.

*Amyloid-β immunisation for Alzheimer's disease.* Wisniewski T, Konietzko U. Lancet Neurology, 7(9):805-811, 2008.

*Preventing Aβ fibrillization and deposition: β-sheet     breakers and pathological chaperone inhibitors.* Wisniewski T, Sadowski M. BMC Neuroscience, 9(Suppl 2):S5, 2008.

*Prominent neuroleptic sensitivity in a case of early-onset Alzheimer's disease due to Presenilin-1 G206A mutation.* Cercy SP, Sadowski MJ, Wisniewski T. Cognitive and Behavioral Neurology, 21(3):190-195, 2008.

*Accelerated prion disease pathogenesis in the absence of Toll-like receptor 4 (TLR4) signaling.* Spinner DS, Cho IS, Park SY, Kim JI, Meeker HC, Ye X, LaFauci G, Kerr DJ, Flory MJ, Kim BS, Kascsak RB, Wisniewski T, Levis WR, Schuller-Levis GB, Carp RI, Park E, Kascsak RJ. Journal of Virology, 82(21):10701-10708, 2008.

*The role of overexpressed DYRK1A protein in the early onset of neurofibrillary degeneration in Down syndrome.* Wegiel J, Dowjat K, Kaczmarski W, Kuchna I, Nowicki K, Frackowiak J, Mazur Kolecka B, Wegiel J, Silverman WP, Reisberg B, DeLeon M, Wisniewski T, Gong CX, Liu F, Adayev T, Chen-Hwang MC, Hwang YW. Acta Neuropathology, 116(4):391-407, 2008.

*A NMDA receptor antagonist leads to behavioral improvement and amyloid reduction in Alzheimer's disease model transgenic mice shown by micro-magnetic resonance imaging.* H. Scholtzova, Y. Z. Wadghiri, M. Douadi, E. M. Sigurdsson, Y. Li, D. Quartermain, P. Banerjee, and T. Wisniewski. Journal of Neuroscience Research, 86 (12):2784-2791, 2008.

*A blood test for prion: disease associated prion aggregates detected in the blood of infected but asymptomatic animals.* Chang B, Cheng X, Yin S, Pan T, Zhang H, Wong P, Kang SC, Xiao F, Yan H, Li C, Wolfe LL, Miller MW, Wisniewski T, Greene MI, Sy MS. Clinical and Vaccine Immunology, 14: 36-43, 2007

CONFIDENTIAL

Brockman_0002161

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 37 of 49

<u>**PUBLICATIONS CONT…..**</u>

*CpG Oligodeoxynucleotide-enhanced humoral immune response and production of antibodies to prion protein PrPSc in mice immunized with 139A scrapie-associated fibrils.* Spinner DS, Kascsak RB, LaFauci G, Meeker HC, Xuemin Y, Flory MJ, Kim JI, Schuller-Levis GB, Levis WR, Wisniewski T, Carp RI, Kascsak RJ. Journal of Leukocyte Biology, 14(1):36-43, 2007

*Disease modifying approaches for Alzheimer's pathology.* Sadowski M, Wisniewski T. Current Pharmaceutical Design 13(19):1943-54, 2007.

*Is vaccination against transmissible spongiform encephalopathy feasible?* Wisniewski T, Chabalgoity J.A. & Goni F. In Animal vaccination – Part 1: development, production and use of vaccines (P.-P. Pastoret, M. Lombard & A.A. Schudel, eds). Rev. sci. tech. Off. int. Epiz., 26 (1), 243-251, 2007.

*Therapeutic Approaches for Prion and Alzheimer's Diseases.* Sigurdsson E., Wisniewski T. FEBS Journal, 274: 3784-3798, 2007.

*Intraneuronal Abeta immunoreactivity is not a predictor of brain amyloidosis-beta or neurofibrillary degeneration.* Wegiel J, Kuchna I, Nowicki K, Frackowiak J, Mazur-Kolecka B, Imaki H, Wegiel J, Mehta PD, Silverman WP, Reisberg B, deLeon M, Wisniewski T, Pirttilla T, Frey H, Lehtimaki T, Kivimaki T, Visser FE, Kamphorst W, Potempska A, Bolton D, Currie JR, and Miller DL. Acta Neuropathologica (Berl),. 113(4):389-402, 2007

*Ligand binding and calcium influx induce distinct ectodomain/gamma -secretase processing pathways of EPHB2 receptor.* Litterst C, Georgakopoulos A, Shioi J, Ghersi E, Wisniewski T, Wang R, Ludwig A, Robakis NK. Journal of Biological Chemistry  282(22):16155-63, 2007.

*Mechanistic insights into prion curing by novel anti-prion compounds.* Webb S, Lekishivili T, Loeschner C, Sellarajah S, Prelli F, Wisniewski T, Gilbert IM, Brown DR. Journal of Virology, 81: 10729-10741, 2007.

*Styryl based in vivo imaging agents for β-amyloid plaques.* Li Q, Min J, Namm J, Kim EM, Ji Y, Wu H, Wisniewski T, Chang YT. ChemBioChem, 8(14): 1679-1687, 2007.

*Clearance and prevention of prion infection in cell culture by anti-PrP antibodies.* Pankiewicz J, Prelli F, Sy MS, Kascsak RJ, Kascsak RB, Spinner DS, Carp RI, Meeker HC, Sadowski M, Wisniewski T. European Journal of Neuroscience, 23: 2635-2647, 2006.

*Plaque-Associated Overexpression of Insulin-Degrading Enzyme in the Cerebral Cortex of Aged Transgenic Tg2576 Mice With Alzheimer Pathology.* Leal MC, Dorfman VB, Gamba GF, Frangione B, Wisniewski T, Castano EM, Sigurdsson EM, Morelli L. Journal of Neuropathology and Experimental Neurology, 65:976-987, 2006.

*Blocking the Apolipoprotein E/Amyloid-b Interaction as a Potential Therapeutic Approach for Alzheimer's Disease.* Sadowski MJ, Pankiewicz J, Scholtzova H, Mehta PD, Prelli F, Wen P, Quartermain D, Wisniewski T. Proceedings of the National Academy of Science, 49: 18787-18792, 2006.

*Prion Related Diseases.* Wisniewski T., Sigurdsson E. In Lorenzo NY (ed.) eMedicine Neurology. http://www.emedicine.com/neuro/topic662.htm, 2006

CONFIDENTIAL

Brockman_0002162

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 38 of 49

<u>PUBLICATIONS CONT.....</u>

*Apolipoproteins in different amyloidoses.* Sadowski M, Wisniewski T. In Protein Misfolding. Aggregation and Conformational Diseases. Editors: Uversky VN, Fink AL; Kluwer Academic/Plenum Publishers. Chapter 16, pages: 329-350, 2006.

*Aβ derivative vaccination in alum adjuvant prevents amyloid deposition and does not cause brain microhemorrhages in Alzheimer's model mice.* Asuni A, Boutajangout A, Scholtzova H, Knudsen E, Li Y, Quartermain D, Frangione B, Wisniewski T, Sigurdsson EM. European Journal of Neuroscience, 24: 2530-2542, 2006.

*Biochemical fingerprints of prion infection: accumulations of aberrant full-length and N-terminally truncated PrP species are common features in mouse prion disease.* Pan T, Wong P, Chang B, Li C, Li R, Kang SC, Wisniewski T, Sy MS. Journal of Virology, 79: 934-943, 2005

*Mucosal vaccination delays or prevents prion infection via an oral route.* Goni F, Knudsen E, Schreiber F, Scholtzova H, Pankiewicz J, Carp R, Meeker HC, Rubenstein R, Brown DR, Chabalgoity JA, Sigurdsson EM, Wisniewski T. Neuroscience, 133: 413-421, 2005.

Sasson J, Sadowski M, Wisniewski T, Brown DR. Therapeutics and prion disease: can immunization or drugs be effective?  Mini-Reviews in Medicinal Chemistry, 5: 361-366, 2005.

Wadghiri YZ, Sigurdsson EM, Wisniewski T, Turnbull DH.  MR Imaging of Amyloid Plaques in Transgenic Mice. Chapter 27, pages: 365-380; In Sigurdsson EM (ed) Amyloid Proteins: Methods in Molecular Biology Vol. 299, Humana Press Inc., Totowa, NJ, 2005.

*Immunological and anti-chaperone therapeutic approaches for Alzheimer's disease.* Wisniewski T, Frangione B. Brain Pathology, 15: 72-77, 2005.

*Is amyloid-beta-peptide immunization clinically effective in patients with Alzheimer's disease?* Wisniewski T. Nature Clinical Practice Neurology. 1: 84-85, 2005.

*Promising Developments in Prion Immunotherapy.* Sigurdsson E., Wisniewski T. Expert Reviews of Vaccines, 4: 607-610, 2005.

*An aggregate specific ELISA: Detection of conformational differences between recombinant PrP protein dimers and PrPSc aggregates.* Pan T, Chang B, Wong P, Li C, Li R, Kang SC, Thompsett AR, Po T, Yin S, Barnard G, McConnell I, Brown DR, Wisniewski T, Sy MS. Journal of Virology, 79: 12355-12364., 2005.

*Prion protein is ubiquitinated after developing protease resistance in the brains of scrapie infected mice.* Kang SC, Brown DR, Whiteman M, Li R, Pan T, Perry G, Wisniewski T, Sy MS, Wong BS. Journal of Pathology, 203: 603-608, 2004.

*Epitope scanning reveals gain and loss of strain specific antibody binding epitopes associated with the conversion of normal cellular prion to scarpie prion.* Pan T, Li R, Kang SC, Wong BS, Wisniewski T, Sy MS. Journal of Neurochemistry, 90: 1205-1217, 2004.

*Prion Diseases.* Sadowski M, Verma A, Wisniewski T. In Neurology in Clinical Practice, 4th Edition, Bradley W. (ed.), Chapter 59G: 1613-1630, 2004.

CONFIDENTIAL

Brockman_0002163

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 39 of 49

<u>PUBLICATIONS CONT.....</u>

*In vivo magnetic resonance of amyloid plaques in Alzheimer's disease model mice.* Sigurdsson EM, Wadghiri YZ, Sadowski M, Elliot JI, Li Y, Scholtzova H, Tang CY, Aguilnaldo G, Duff K, Turnbull DH, Wisniewski TChapter in: The Living Brain and Alzheimer's Disease, Fondation IPSEN. Pages: 47-59, Ed. Hyman B., Springer Verlag Berlin Heidelberg, 2004.

Book title: *100 Questions and Answers about Alzheimer's disease.* Wisniewski T, Sadowski M. Jones and Bartlett Publishers, 2004.

*Vaccines for Conformational Disorders.* Sadowski M, Wisniewski T. Expert Review of Vaccines, 3 (3): 279-290, 2004.

*Mad cow disease and variant Creutzfeldt-Jakob disease.* Wisniewski TIn Lorenzo NY (ed.) eMedicine Neurology. http://www.emedicine.com/neuro , 2004.
*An animal model of vascular amyloidosis.* Ghiso J, Wisniewski T. Nature Neuroscience, 7: 902-904, 2004.

*Cell type and brain structure specific patterns of distribution of minibrain kinase in human brain.* Wegiel J, Kuchna I, Novicki K, Dowjat K, Reisberg B, DeLeon M, Wisniewski T, Chen-Hwang MC, Hwang YW. Brain Research, 1010: 69-80, 2004.

*A novel highly pathogenic Alzheimer presenilin-1 mutation in codon 117 (P117S): Comparison of clinical, neuropathological and cell culture phenotypes of Pro117Leu and Pro117Ser mutations.* Dowjat WK, Kuchna I, Wisniewski T, Wegiel J. Journal of Alzheimer's Disease, 6: 31-43, 2004

*Decreased hippocampal glucose metabolism correlates with neuronal loss and impaired recall in Alzheimer's disease model mice.* Sadowski M, Pankiewicz J, Scholtzova H, Ji Y, Quartermain D, Jensen C, Duff K, Nixon RA, Gruen RJ, Wisniewski T. Journal of Neuropathology and Experimental Neurology, 63: 418-428, 2004.

*Links between the pathology of Alzheimer's disease and vascular dementia.* Sadowski M, Pankiewicz J, Scholtzova H, Li Y, Quartermain D, Duff K, Wisniewski T. Neurochemical Research, 29: 1251-1260, 2004.

*Magnetic resonance imaging assessment of neuropathology in a transgenic mouse model of Alzheimer's disease.* Helpern JA, Falangola MF, Dyakin VV, Lee SP, Bogart A, Estok K, Ardekani B, Duff K, Branch C, Wisniewski T, De Leon MJ, Wolf O, O'Shea J, Wegiel J, Nixon RA. Magnetic Resonance in Medicine, 51: 794-798, 2004.

*Blocking the apolipoprotein E/ b-amyloid interaction reduces b-amyloid toxicity and decreases b-amyloid load in transgenic mice.* Sadowski M, Pankiewicz J, Scholtzova H, Ripellino JA, Li Y, Schmidt SD, Mathews PM, Fryer JD, Holtzman DM, Sigurdsson EM, Wisniewski T. American Journal of Pathology, 165: 937-948, 2004.

*Enhanced cognition with a reduced immune response in an AD mouse model immunized with Ab derivatives.* Sigurdsson EM, Knudsen E, Asuni A, Sage D, Goni F, Quartermain D, Frangione B, Wisniewski T. Journal of Neuroscience, 24: 6277-6282, 2004.

*Targeting prion amyloid deposits in vivo using methoxy-X04.* Sadowski M, Pankiewicz J, Scholtzova H, Tsai J, Li Y, Carp RI, Meeker HC, Gambetti P, Debnath M, Mathis CA, Li S, Gan WB, Klunk WE, Wisniewski T. Journal of Neuropathology and Experimental Neurology, 63: 775-784, 2004.

CONFIDENTIAL

Brockman_0002164

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 40 of 49

<u>PUBLICATIONS CONT…..</u>

*Mapping the antigenicity of copper-treated cellular prion protein with the scrapie isoform.* Wong BS, Li R, Sassoon J, Liu T, Pan T, Kang SC, Wisniewski T, Brown DR, Sy MS. Cellular and Molecular Life Sciences, 60: 1224-1234, 2003.

*Anti-PrP antibodies for prophylaxis following prion exposure.* Sigurdsson EM, Sy MS, Li R, Scholtzova H, Kascsak RJ, Kascsak R, Carp RI, Meeker HC, Frangione B, Wisniewski T. Neuroscience Letters, 336: 185-187, 2003.

*Detection of Alzheimer's amyloid in transgenic mice using magnetic resonance micro-imaging.* Zaim Wadghiri Y, Sigurdsson EM, Sadowski M, Elliot JI, Li Y, Scholtzova H, Tang CY, Aguilnaldo G, Pappola M, Duff K, Wisniewski T*, Turnbull DH* (*joint senior authors). Magnetic Resonance in Medicine, 50: 293-302, 2003.

*Apolipoprotein E isoform-specific regulation of dendritic spine morphology in apolipoprotein E transgenic mice and Alzheimer's disease patients.* Ji Y, Gong Y, Gan W, Beach T, Holtzman DM, Wisniewski T. Neuroscience, 122: 305-315, 2003.

*Alzheimer dementia neuropathology. In: Dementia. Presentations, differential diagnosis, and nosology.* Wegiel J, Wisniewski T, Reisberg B, Silverman W. Edited by V. Olga B. Emery, PhD. and Thomas E. Oxman, MD., The Johns Hopkins University Press, Baltimore and London, Chapter 4: 89-120, 2003.

*. Immunological treatment and imaging approaches for prion disease.* Sadowski M, Wisniewski T Current Medical Chemistry: Immunology, Endocrine & Metabolic Agents, 3: 113-118, 2003.

*In vivo magnetic resonance imaging signal changes in scrapie infected mice.* Sadowski M, Tang CY, Aguinaldo G, Carp R, Meeker HC, Wisniewski T. Neuroscience Letters, 345: 1-4, 2003.

*Copper chelation delays the onset of prion disease.* Sigurdsson EM, Brown D, Alim MA, Scholtzova H, Carp R, Meeker HC, Prelli F, Frangione B, Wisniewski T. Journal of Biological Chemistry, 278: 46199-46202, 2003.

*Overexpression of wild type but not an FAD mutant presenilin-1 promotes hippocampal neurogenesis in adult mice.* Wen PH, Shao X, Shao Z, Hof PR, Wisniewski T, Kelley K, Friedrich VL, Ho L, Painetti GM, Robakis NK, Elder GA. Neurobiology of Disease, 10: 8-19, 2002.

*Intraneuronal Ab42 accumulation in Down syndrome brain.* Mori C, Spooner ET, Wisniewski KE, Wisniewski TM, Yamaguchi H, Saido TC, Li C, Tolan DR, Selkoe DJ, Lemere CA. Amyloid, 9:88-102, 2002.

*Therapeutic effects of astrocytes expressing both tyrosine hydoxylase and brain-derived neurotrophic factor on a rat model with Parkinson's disease.* Wang ZH, Ji Y, Zeng B, Raksadawan N, Pastores GM, Ong E, Wisniewski T, Kolodny EH. Neuroscience, 113: 629-640, 2002.

*Transport across the blood-brain barrier and differential cerebrovascular sequestration of circulating Alzhiemer's amyloid-b peptide in aged Rhesus vs. aged Squirrel monkeys.* Mackic JB, Bading J, Ghiso J, Walker L, Wisniewski T, Frangione B, Zlokovic BV. Vascular Pharmacology, 38: 303-313, 2002.

CONFIDENTIAL

Brockman_0002165

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 41 of 49

**PUBLICATIONS CONT.....**

*Molecular contrast enhanced magnetic resonance imaging of Alzheimer's amyloid plaques.* Poduslo JF, Wengenack TM, Curran GL, Wisniewski T, Sigurdsson E, Macura SI, Borowski BJ, Jack CR. Neurobiology of Disease, 11: 315-329, 2002.

*Longitudinal Tau levels increase in mild cognitive impairment.* De Leon MJ, Segal S, Tarshish C, DeSanti S, Zinkowski R, Mehta PD, Convit A, Caraos C, Rusinek H, Tsui W, Saint Louis LA, DeBarnardis J, Kerkmanand D, Qadri F, Gary A, Lesbre, Wisniewski T, Poirier J, Davies P. Neuroscience Letters, 333: 183-186, 2002.

*A presenilin-1 mediated g-secretase activity cleaves cadherins and controls disassembly of adherens junctions.* Marambaud P, Shioi J, Serban G, Georgakopoulos A, Sarner S, Nagy V, Wen P, Efthimiopoulos S, Wisniewski T, Robakis NK. EMBO Journal, 21: 1948-1956, 2002.

*Vascular fibrosis and calcification in the hippocampus in aging, Alzheimer's disease and Down syndrome.* Wegiel J, Kuchna I, Wisniewski T, de Leon MJ, Reisberg B, Pirttila T, Kivimaki T, Lehtimaki. Acta Neuropathologica, 103: 333-343, 2002.

*Prion Related Diseases.* Wisniewski T. In Lorenzo NY (ed.) eMedicine Neurology. http://www.emedicine.com/neuro/topic662.htm, 2002

*A safer vaccine for Alzheimer's disease?* Sigurdsson EM, Frangione B, Wisniewski T. Neurobiology of Aging, 23: 1001-1008, 2002.

*Therapeutics in Alzheimer's and Prion Diseases.* Wisniewski T, Brown D, Sigurdsson EM. Biochemical Society Transactions, 30: 574-578, 2002.

*Immunization for Alzheimer's Disease.* Sigurdsson EM, Frangione B, Wisniewski T. Drug Development Research, 56: 135-142, 2002.

*Infectivity of Amyloid Diseases.* Sigurdsson EM, Wisniewski T, Frangione B. Trends in Molecular Medicine, 8: 411-413, 2002.

*Immunization Treatment Approaches in Alzheimer and Prion Diseases.* Wisniewski T, Sigurdsson EM. Current Neurology and Neuroscience Reports, 2: 400-404, 2002.

*Vaccination delays the onset of prion disease in mice.* Sigurdsson E, Brown DR, Daniels M, Kascsak RJ, Kascsak R, Carp R, Meeker HC, Frangione B, Wisniewski T. American Journal of Pathology, 161: 13-17, 2002.

*Amyloid b40/42 clearance across the blood-brain barrier following intra-ventricular injections in wild-type, apoE knock-out and human apoE3 or E4 expressing transgenic mice.* Ji Y, Permanne B, Sigurdsson EM, Holtzman DM, Wisniewski T. Journal of Alzheimer's Disease, 3: 23-30, 2001.

*A life history.* Wisniewski T., Henry M. Wisniewski. Journal of Alzheimer's Disease, 2001, 3: 7-22.

CONFIDENTIAL

Brockman_0002166

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 42 of 49

<u>PUBLICATIONS CONT…..</u>

Chapter 13: *Conformation as a Therapeutic Target in the Prionoses and other Neurodegenerative Conditions.* Wisniewski T, Sigurdsson EM, Aucouturier P, Frangione B. In  Baker HF  (ed.)  Molecular and Cellular Pathology in Prion Diseases.  The Humana Press, Inc.(Totowa, NJ) p: 223-236, 2001.

*Melatonin reverses the pro-fibrillogenic effects of apolipoprotein E4 on the Alzheimer's b-amyloid protein.* Poeggeler, B, Miravalle,L, Zagorski M, Wisniewski T, Chyan YJ, ZhangY, Shao H, Bryant-Thomas T, Vidal R, Frangione B, Ghiso J, Pappolla MA. Biochemistry, 40: 14995-15001, 2001.

*Alzheimer's disease presenilin-1 expression modulates the assembly of neurofilaments.* Dowjat WK, Wisniewski H, Wisniewski T. Neuroscience, 103: 1-8, 2001.

*Familial Alzheimer's disease connected with a mutation in presenilin gene 1.* Kulczycki J, Bertrand E, Lojkowska W, Dowjat W, Wisniewski T, Lyxzywek-Zwierz M. Neurologia I Neurochirurgia Polska, 35: 213-224, 2001.

*Scrapie neuroinvasion in RAG-10/0 mice by transfer of infected splenic dendritic cells.* Aucouturier P, Geissmann F, Saborio G, Meeker HC, Damotte D, Kascsak R, Kascsak R, Carp RI, Wisniewski T. Journal of Clinical Investigation, 108: 703-708, 2001.

*Fibrillar amyloid-b affects neurofibrillary changes but only in neurons already involved in neurofibrillary degeneration.* Wegiel J, Bobinski M, Tarnawski M, Dziewiatowski J, Popovitch E, Miller DC, Wisniewski T, Golomb J, de Leon MJ, Reisberg B. Acta Neuropathology 101: 585-590, 2001.

*Immunization with a non-toxic/non-fibrillar amyloid-b homologous peptide reduces Alzheimer's disease associated pathology in transgenic mice.* Sigurdsson EM, Scholtzova H, Mehta PD, Frangione B, Wisniewski T. American Journal of Pathology, 159: 439-447, 2001.

*Temporal accrual of complement proteins in amyloid plaques in Down syndrome with Alzheimer's disease.* Stoltner, SE, Grenfell TJ, Mori C, Wisniewski KE, Wisniewski TM, Selkoe DJ, Lemere CA. American Journal of Pathology, 156: 489-499, 2000.

*Reversion of prion protein conformational changes by synthetic ß-sheet breaker peptides.* Soto C, Kascsak RJ, Saborio GP, Aucouturier P, Wisniewski T, Prelli F, Kascsak R, Mendez E, Kumar A, Harris DA, Ironside J, Tagliavini F, Carp RI, Frangione B. The Lancet, 355: 192-197, 2000.

*In Vivo Reversal of Amyloid ß Lesions in Rat Brain.* Sigurdsson EM, Permanne B, Soto C, Wisniewski T, Frangione B. Journal of Neuropathology and Experimental Neurology, 59: 11-17, 2000.

*Sodium dodecyl sulpate-resistant complexes of Alzheimer's amyloid b-peptide with the N-terminal, receptor binding domain of apolipoprotein E.* Golabek AA, Kida E, Walus M, Perez C, Wisniewski T, Soto C. Biophysical Journal, 79: 1008-1015, 2000.

*Prion Disease and the Immune System.* Aucouturier P, Carp RI, Carnaud C, Wisniewski T. Clinical Immunology, 2000, 96: 79-85.

Book Review of Prion Biology and Diseases. Wisniewski T, Frangione B. Edited by Stanley B. Prusiner. New England Journal of Medicine, 2000, 342:983.

CONFIDENTIAL

Brockman_0002167

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 43 of 49

<u>PUBLICATIONS CONT…..</u>

*On the biological activity of Vitamin E.* Kayden HJ, Wisniewski T. American Journal of Clinical Nutrition, 2000, 72: 201-202.

*Localization of a-tocopherol transfer protein in the brains of patients with ataxia with vitamin E deficiency and other oxidative stress related neurodegenerative disorders.* Copp RP, Wisniewski T, Hentati F, Larnaout A, Hamida MB, Kayden HJ. Brain Research, 822: 80-87, 1999.

*Biochemical and conformational variability of human prion strains in sporadic Creutzfeldt-Jakob disease.* Aucouturier P, Kascak RJ, Frangione B, Wisniewski T. Neuroscience Letters, 274(1):33-36, 1999.

*Prion Diseases and the Immune System.* Aucouturier, P, Frangione B, Wisniewski T. Annals of Internal Medicine (Paris, France), 1999; 150: 75-78.

*Amyloid: Chemical and Molecular Considerations.* Wisniewski T, Frangione B. In: M. DeLeon (Ed.)  An Atlas of Alzheimer's Disease. Parthenon Publishing, Carnforth, U.K., 1999; pp:109-130.

*Inhibition of neurite outgrowth by Familial Alzheimer's disease linked presenilin-1 mutations.* Dowjat WK, Wisniewski T, Efthimiopoulos S, Wisniewski HM. Neuroscience Letters, 267: 141-144, 1999.

*A novel Polish presenilin-1 mutation (P117L) is associated with familial Alzheimer's disease and leads to death as early as the age of 28 years.* Wisniewski T, Dowjat WK, Buxbaum JD, Khorhova O, Efthimiopoulos S, Kulczycki J, Lojkowska W, Wegiel J, Wisniewski HM, Frangione B. NeuroReport, 9: 217-221, 1998.

*Compound heterozygous genotype is associated with protracted juvenile neuronal ceroid lipofuscinosis.* K.E. Wisniewski, N.Zhong, W. Kaszmarski, A. Kaszmarski, E. Kida, W.T. Brown, K.O. Schwartz, E.S. Stenroos, A.M. Lazzarini, A.J. Rubin, W.G. Johnson, T.M. Wisniewski. Annals of Neurology, 43: 106-110, 1998.

*Light and electron microscopic immunolocalization of presenilin I in abnormal muscle fibers of patients with sporadic inclusion-body myositis and autosomal recessive inclusion body myopathy.* Askanas V, King Engel W, Chih-Chao Y, Alvarez R B, Lee VMY, Wisniewski T. American Journal of Pathology, 152: 889-895, 1998.

*aB-Crystallin is associated with intermediate filaments in astrocytoma cells.* Wisniewski T, Goldman JE. Neurochemistry Research, 23: 389-396, 1998.

*Cell-type specific enhancement of amyloid ß deposition in a novel presenilin-1 mutation (P117L).* Wegiel J, Wisniewski HM, Izabela K, Michal T, Eulalia B, Eirene P, Jerzy K, Wiesław D, Wisniewski T. Journal of Neuropathology and Experimental Neurology, 57: 831-838, 1998.

*Decreases in plasma Aß 1-40 levels with aging in non-demented elderly with apoE-epsilon 4 allele.* Pomara N, Shao B, Wisniewski T, Mehta PD. Neurochemistry Research, 23: 1563-1566, 1998.

*The Prionoses and Other Conformational Disorders.* Wisniewski T, Dowjat K, Frangione B. Amyloid: The International Journal of Experimental and Clinical Investigation  1998; 5: 212-224.

*Pathogenesis of amyloid-ß plaques: activated microglia the cause of fibrillar amyloid formation and neuropil degeneration.* Wisniewski HM, Wegiel J, Wisniewski T. NeuroScience News 1998; 1: 30-34.

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 44 of 49

<u>PUBLICATIONS CONT…..</u>

*HB-GAM, a novel amyloid associated protein, is present in prion related disorders and other cerebral amyloidoses.* Lalowski M, Baumann M, Rauvala H, Frangione B, Wisniewski T. In: Fischer et al. (Editors) Progress in Alzheimer's and Parkinson's Diseases; Plenum Press, New York, 1998; pp: 121-131.

*Enrichment of Presenilin 1 peptides in neuronal large dense core and somatodendritic clathrin coated vesicles.* Efthimiopoulos S, Floor E, Georgakopoulos A, Shior J, Cui W, Yasothornsrikul S, Hook VYH, Wisniewski T, Buee L, Robakis NK. Journal of Neurochemistry, 71: 2365-2372, 1998.

*C for T substitution at codon 108: the first identified silent mutation in the transthyretin gene.* Palha JA, Moreira P, Wisniewski T, Frangione B, Saraiva MJ. Amyloid: International Journal of Experimental Clinical Investigation, 4:52-53, 1997.

*Alzheimer's Disease and Amyloid β.* Wisniewski T, Ghiso J, Frangione B. Neurobiology of Disease 1997; 4: 313-328.

*Alzheimer's soluble amyloid β is a normal component of human urine.* Ghiso J, Calero M, Matsubara E, Governale S, Chuba J, Beavis R, Wisniewski T, Frangione B. FEBS Letters, 408: 105-108, 1997.

*Presenilin is associated with Alzheimer's disease amyloid.* Wisniewski T, Dowjat W, Permanne B, Palha J, Kumar A, Gallo G, Frangione B. American Journal of Pathology, 151: 601-610, 1997.

*Detection of apolipoprotein E/ dimeric soluble amyloid β complexes in Alzheimer's disease brain supernatants.* Permanne B, Perez C, Soto C, Frangione B, Wisniewski T. Biochem. Biophys. Res. Commun., 240: 715-720, 1997.

*Amyloid β 1-42 deposits do not lead to Alzheimer's neuritic plaques in aged dogs.* Wisniewski T, Lalowski M, Bobik M, Russell M, Strosznajder J, Frangione B. Biochemical Journal 1996; 313: 575-580.

*The molecular biology of brain aging and neurodegenerative disorders.* Wisniewski T, Frangione B. Acta Neurobiologiae Experimentalis 1996; 56: 267-279.

*Apolipoprotein E, Amyloidosis and Alzheimer's Disease.* Wisniewski T, Frangione B. Dementia (Japan) 1996; 10: 171-183.

*Apolipoprotein E and amyloidosis.* Frangione B, Castano EM, Wisniewski T, Ghiso J, Prelli F, Vidal R. Ciba Foundation Symposium 1996; 199: 132-141.

*Chaperoning Amyloid in Alzheimer's Disease: The Art of Avoiding Sticky Situations?* Frangione B, Castano EM, Prelli F, Soto C, Ghiso J, Wisniewski T. In: A.D.Roses, K.H. Weisgraber and Y.Christen (ed.) Apolipoprotein E and Alzheimer's Disease; Springer-Verlag, Berlin, Heidelberg, 1996; pp:

*Meningovascular amyloidosis associated with a novel transthyretin (TTR) missense mutation at codon 18 (TTRD18G).* Vidal R, Garzuly F, Budka H, Lalowski M, Linke RP, Brittig F, Frangione B, Wisniewski T. American Journal of Pathology 1996;148: 361-366. Article Featured on Cover.

*HB-GAM is a cytokine present in Alzheimer's and Down's Syndrome Lesions.* Wisniewski T, Lalowski M, Baumann M, Rauvala H, Raulo E, Nolo R, Frangione B. Neuroreport 1996; 7: 667-671.

CONFIDENTIAL

Brockman_0002169

**Thomas Wisniewski, M.D.**
The Forensic Panel

Page 45 of 49

<u>PUBLICATIONS CONT.....</u>

*Identification of C-terminal fragments of α- and β-tubulin in amyloid deposits of the familial cerebral amyloid angiopathy, British type.* Baumann MH, Wisniewski T, Plant GT, Levy E, Ghiso J. BiochemicalBiophysical Research Communications 1996; 219: 238-242.

*Micropreparative gel electrophoresis of small molecular weight peptides: purification of highly insoluble amyloid peptide fragments.* Baumann MH, Golabek A, Lalowski, Wisniewski T. Analytical Biochemistry 1996, 236: 191-198.

*Alzheimer's soluble β-amyloid is conformationally modified by apolipoprotein E in vitro.* Soto C, Golabek A, Wisniewski T, Castano EM. Neuroreport 1996, 7: 721-725.

*Transthyretin gene in Alzheeimer's disease patients.* Palha JA, Moreira P, Wisniewski T, Frangione B, Sariava MJ. Neuroscience Letters 1996; 204: 212-214.

*The interaction between apolipoprotein E and Alzheimer's amyloid β-peptide is dependent on β-peptide conformation.* Golabek A, Soto C, Vogel T, Wisniewski T. The Journal of Biological Chemistry 1996; 271: 10602-10606.

*Sequence of deposition of heterogeneous amyloid β-peptides and apo E in Down syndrome: implications for initial events in amyloid plaque formation.* Lemere CA, Blusztajn JK, Yamaguchi H, Wisniewski T, Saido T, Selkoe D. Neurobiology of Disease 1996; 3:16-32.

*Alzheimer's presenilin 1 gene expression in platlets and megakaryocytes: Identification of a novel splice variant.* Vidal R, Ghiso J, Wisniewski T, Frangione B. FEBS Letters 1996; 393: 19-23.

*Familial meningocerebrovascular amyloidosis, Hungarian type, with mutant transthyretin (TTR Asp18Gly).* Garzuly F, Wisniewski T, Brittig F, Budka H. Neurology, 47: 1562-1567, 1996.

*The "non-amyloidogenic" p3 fragment (amyloid β 17-42) is a major constituent of Down syndrome cerebellar preamyloid.* Lalowski M, Golabek A, Lemere CA, Selkoe DJ, Wisniewski HM, Beavis RC, Frangione B, Wisniewski T. Journal of Biological Chemistry, 271: 33623-33631, 1996.

*The influence of apolipoprotein E isotype on Alzheimer's disease pathology in 40 cases of Down's syndrome.* Wisniewski T, Morelli L, Wegiel J, Levy E, Wisniewski HM, Frangione B. Annals of Neurology 1995; 36:137-139.

*Early onset Alzheimer's disease in a South American pedigree.* Mangone C, Castano E, Levy E, Abiusi G, Wisniewski T, Marques M, Faccio E, Gorelick P, Frangione B, Sica R. Clinical, SPECT, immunohistochemical and DNA findings. Acta Neurologica Scandinavica 1995; 91:6-13.

*Familial cerebral angiopathy (British type) with nonneuritic amyloid plaque formation may be due to a novel amyloid protein.* Ghiso J, Plant GT, Revesz T, Wisniewski T, Frangione B. Journal of Neurological Sciences 1995; 129: 74-7.

*Fibrillogenesis of Alzheimer's Amyloid β peptides and apolipoprotein E.* Castano EM, Prelli F, Wisniewski T, Golabek A, Kumar RA, Soto C, Frangione B. Biochemical Journal 1995; 306:599-60.

CONFIDENTIAL

Brockman_0002170

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 46 of 49

<u>PUBLICATIONS CONT.....</u>

*Alzheimer's Disease amyloid binding proteins in vitro and in normal human cerebrospinal fluid.* Golabek A, Marques MA, Lalowski M, Wisniewski T. Neuroscience Letters 1995; 191:79-82.

*Conformational mimicry in Alzheimer's disease.* Wisniewski T, Golabek AA, Kida E, Wisniewski KE, Frangione B. American Journal of Pathology 1995; 147:238-244.

*Amyloids, Genes and Chaperones. In Research Advances in Alzheimer's Disease and Related Disorders.* Frangione B, Wisniewski T, Castano E,  Ghiso J. Ed. Iqbal K., Mortimer JA, Winblad B, Wisniewski T. Publisher John Wiley, Chapter 61, pp:563-568; 1995.

*The blood brain barrier regulates transport of Alzheimer's amyloid β and apolipoproteins E and J.* Zlokovic, B., Mackic, J., Martel, C., Wisniewski, T., Frangione, B., and Ghiso, J.:  In  K. Iqbal, J. Mortimer, B. Winblad and H. Wisniewski  (eds.)  Research advances in Alzheimer's disease and related disorders.  Proceedings of the IV international conference on Alzheimer's disease and related disorders.  Minneapolis, July/August, 1994.  John Wiley & Sons, Chichester (England), 1995, pp 585-595.

*Alzheimer's Disease: An apolipoprotein E amyloidosis?* Wisniewski T, Lalowski M, Golabek A, Frangione B. The Lancet 1995; 345: 956-958.

*Amyloidosis in Alzheimer's disease.* Wisniewski T, Frangione B. The Lancet 1995; 346: 441.

*S182 protein in Alzheimer's disease neuritic plaques.* Wisniewski T, Palha JA, Ghiso J, Frangione B. The Lancet, 1995 346:1366.

*Alzheimer's disease and soluble Aβ.* Wisniewski T, Ghiso J, Frangione B. Neurobiology of Aging 1994; 15:143-152.

*The amino acid sequence of neuritic plaque amyloid from a familial Alzheimer's disease patient.* Wisniewski T, Lalowski M., Levy E., Marques M.R.F., Frangione B.  Annals of Neurology 1994; 35:245-246.

*Regional differences of Apolipoprotein E. immunoreactivity in diffuse plaques in Alzheimer's disease brain.* Kida E, Golabek A, Wisniewski T, Wisniewski K. Neuroscience Letters 1994; 167: 73-76.

*Apolipoprotein E associates with β Amyloid peptide of Alzheimer's Disease to form novel monfibrils: Isoform Apo E4 associates more efficiently than Apo E3.* Sanan DA, Weisgraber KH, Mahley RW, Huang D, Saunders A, Schmechel D, Wisniewski T, Frangione B, Roses A, Strittmatter WJ. Journal of Clinical Investigation 1994; 94:860-869.

*Potential role of Apolipoprotein E in fibrillogenesis.* Gallo G, Wisniewski T, Choi-Miura N, Ghiso J, Frangione B. American Journal of Pathology 1994; 145:1-5.

*Alzheimer's disease and amyloid β. In Amyloid and Amyloidosis 1993.* Frangione B, Wisniewski T, Ghiso J. Ed.:Kiselevsky R, Benson MD, Frangione B, Gauldie J, Muckle TJ, Young ID. Parthenon Publishing, 1994; pp:310-315.

Brockman_0002171

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 47 of 49

<u>PUBLICATIONS CONT…..</u>

*Unifying features of systemic and cerebral amyloidoses.* Ghiso J, Wisniewski T, Frangione B. Molecular Neurobiology 1994; 8: 49-64.

*Position Paper on Alzheimer's Disease Research.* Frangione B, Wisniewski T, Ghiso J. Neurobiology of Aging 1994; 15 (suppl 2):S97-S99.

*Acceleration of Alzheimer's fibril formation by apolipoprotein E in vitro.* Wisniewski T, Castano EM, Golabek A, Vogel T, Frangione B. American Journal of Pathology 1994; 145:1030-1035.

*Brain uptake of circulating apolipoprotein J and E complexed to Alzheimer's amyloid β.* Zlokovic BV, Martel CL, Mackic JB, Matsubara E, Wisniewski T, McComb G, Frangione B, Ghiso J. Biochemical Biophysical Research Communications 1994; 205:1431-1437.

*Gelsolin immunoreactivity in corneal amyloid, macular and granular dystrophies and wound healing.* Rodrigues M, Rajagopalan S, Jones K, Nirankari V, Wisniewski T, Frangione B, Gorevic P. American Journal of Opthalmology 1993; 115:644-652.

*Alzheimer's disease and Dutch variant: "Opposing faces of a single coin.".* Frangione B, Wisniewski T, Tagliavini F, Bugiani O, Ghiso J. In Alzheimer's Disease: Advances in Clinical and Basic Research. Editors: Corain B, Iqbal K, Nicolin M. Wiley; p:387-396;1993.

*Apolipoprotein E: binding to soluble β-amyloid.* Wisniewski T, Golabek A, Matsubara E, Ghiso J, Frangione B. Biochemical Biophysical Research Communications 1993; 192:359-365.

*Alzheimer's amyloid β specifically binds SP40,40 (Apolipoprotein J), an inhibitor of the compliment membrane attack complex.* Ghiso J, Matsubara E, Koudinov A, Wisniewski T, Frangione B. The Biochemical Journal 1993; 293:27-30.

*Cerebrospinal fluid inhibits fibrillogenesis by Alzheimer's disease peptides.* Wisniewski T, Castano E, Ghiso J, Frangione B. Annals of Neurology 1993; 34: 631-633.

*Lewy bodies and gelsolin.* Wisniewski T, Haltia M, Ghiso J, Frangione B. Parkinson/Alzheimer Digest 1992; 1:6-8.

*Accumulation of αB-crystallin in central nervous system glia and neurons in pathological conditions.* Iwaki T, Wisniewski T, Iwaki A, Corbin E, Tomokane N, Tateishi J, Goldman JE. American Journal of Pathology 1992; 140:345-356.

*Epitope mapping of two polyclonal antibodies that recognize amyloid lesions in patients with Alzheimer's disease.* Ghiso J, Wisniewski T, Vidal R, Rostagno A, Frangione B. The Biochemical Journal 1992; 282:517-522.

*Apolipoprotein E: a pathological chaperone in systemic and cerebral amyloidoses.* Wisniewski T, Frangione B. Neuroscience Letters 1992; 135:235-238.

CONFIDENTIAL

Brockman_0002172

*Thomas Wisniewski, M.D.*
The Forensic Panel

Page 48 of 49

<u>PUBLICATIONS CONT.....</u>

*Alzheimer's Disease and the Cerebral Amyloidoses.* Wisniewski T.M., Wisniewski HM. In Neurodevelopment, Aging and Cognition. Editors Ivica Kostovic, Stevo Knezevic, Henry M. Wisniewski and George J. Spilich,  Birkhauser, Boston ; p157-172; 1992.

*Familial amyloidosis- Finnish type- and its relationship to Lewy bodies in Parkinson's and Diffuse Lewy Body disease.* Frangione B, Haltia M, Levy E, Ghiso J, Kiuru S, Prelli F, Wisniewski T. In the Proceedings of the XIth International Congress of Neuropathology- Kyoto; p150-156; 1992.

*I corpi di Lewy immunoreagisono con gli anticorpi dell-amiloide di tip Finnico omologo alla gelsolina.* Wisniewski T, Haltia M, Ghiso J, Frangione B. Update on Parkinson's disease and migraine 1992: 2:59-60.

*Aberrant aggregation of a normal amyloid precursor protein fragment.* Wisniewski T, Frangione B. Neuroscience Facts 1992; 3:66.

*Senile neuronal ceroid lipofuscinosis, a report of three cases and a review of the literature.* Constantinidis J, Wisniewski KE, Wisniewski TM. Acta Neuropathologica 1992; 83:461-468.

*Molecular biology of the Dutch variant of Alzheimer's disease.* Wisniewski T, Frangione B. Molecular Biology 1992; 6:75-86.

*Lewy bodies are immunoreactive with antibodies raised to gelsolin related amyloid.* Wisniewski T, Haltia M, Ghiso J, Frangione B. American Journal of Pathology 1991; 138:1077-1083.

*Inherited amyloids of the nervous system.* Castano EM, Wisniewski T, Frangione B. Current Opinion in Neurobiology 1991; 1:448-454.

*Gelsolin variant and β-amyloid co-occur in a case of Finnish amyloidosis and Alzheimer's.* Haltia M, Ghiso J, Miller D, Franione B, Wisniewski T. Neurobiology of Aging 1991; 12:313-316.

*Pituitary Apoplexy.* Post K, Onesti S, Wisniewski T. In Intracranial Hemorrhages: Etiology, Pathogenesis, Clinical Features and Treatment. Editor Kauffman H. Raven Press; 1991

*Peptides homologous to the amyloid protein of Alzheimer's disease containing a glutamine for glutamic acid substitution have accelerated amyloid fibril formation.* Wisniewski T, Ghiso J, Frangione B. Biochemical and Biophysical Research Communications 1991; 179:1247-1254.

*The dominant form of the pigmentary orthochromatic leukodystrophy.* Constantinidis J, Wisniewski TM. Acta Neuropathologica 1991; 82:483-487.

*Clinical versus subclinical pituitary apoplexy: presentation, surgical management and outcome in 21 patients.* Onesti S, Wisniewski T, Post K. Neurosurgery 1990; 26:980-986.

*Pituitary apoplexy associated with a Rathke's cleft cyst.* Onesti S, Wisniewski T,  Post K. Neurosurgery 1990; 27:644-646.

CONFIDENTIAL

Brockman_0002173

*Thomas Wisniewski, M.D.*
**The Forensic Panel**

Page 49 of 49

**PUBLICATIONS CONT.....**

*Solitary intracranial plasmacytoma: immunohistochemical and molecular studies.* Wisniewski T, Sisti M, Inhirami G, Knowles D, Powers J. Neurosurgery 1990; 27:826-829.

*Beta-protein immunoreactivity in brains of patients with neuronal ceroid lipofuscinosis: ultrastructural and biochemical demonstration.* Kitaguchi T, Wisniewski KE,  Maslinski S, Maslinska D, Wisniewski TM, Kim KS. Neuroscience Letters 1990, 112:155-160.

*Purification of neurofilament subunits from bovine brains and studies on neurofilament assembly.* Moon HM, Wisniewski T, Mertz P, DeMartini  J, Wisniewski HM. Journal of Cell Biology 1981; 89:560-567.

**EDUCATION**

| | |
|---|---|
| BS. University of London, King's College, London, England | 1980 |
| MD King's College Medical School, London, England | 1983 |

**POSTDOCTORAL TRAINING**

| | |
|---|---|
| Chief Resident of Pathology, Columbia-Presbyterian Medical Center, Columbia University, New York | 1989-1990 |
| Clinical Fellow in Neuropathology, Columbia-Presbyterian Medical Center, Columbia University, New York | 1988-1989 |
| Chief Resident of Neurology, New York University Medical Center, New York | 1987-1988 |
| Resident of Neurology, New York University Medical Center, New York | 1985-1987 |
| Resident in Anatomical Pathology, Downstate Medical Center, Brooklyn, New York | 1984-1985 |
| Rotating internship in Medicine and Surgery at King's College and West Hill Hospitals, London, England | 1983-1984 |

**PROFESSIONAL LICENSURE AND CERTIFICATION**

| | |
|---|---|
| American Board of Pathology Certificate in Neuropathology | 1990 |
| American Board of Psychiatry and Neurology Certificate in Neurology | 1989 |
| New York State License Registration | 1985 |
| Certificate of Full Registration as a Medical Practitioner, England | 1984 |

CONFIDENTIAL

Brockman_0002174