# Scott F. Polus, CCE

## Xact Data Discovery

733 Marquette Avenue South, Suite 125 • Minneapolis, Minnesota 55402 • (612) 424-7579
spolus@xactdatadiscovery.com • www.xactdatadiscovery.com

---

## SUMMARY OF QUALIFICATIONS

Highly skilled digital forensic services and electronic discovery professional with expertise in providing a broad range of investigative, forensic, litigation consulting and technology services to law firms and corporations.

- Certified Computer Examiner, International Society of Forensic Computer Examiners
- Expertise in over 1,000 digital forensic collections and examinations
- Proficient in multiple operating systems, network architecture, electronic discovery and forensic software, and applications and mobile devices
- Experience with providing expert testimony (written and oral) in over 100 legal matters
- Education and training provider on forensic collection, data management, and electronic discovery

## TECHNICAL PROFICIENCIES

---

**Forensic & Technical Software:** AccessData (Forensic Toolkit, Password Recovery Toolkit, Registry Viewer, Imager), Guidance Software EnCase 6, EnCase 7, EnCase 8, Linux (CAINE, Raptor, Paladin), WinFE, Oxygen Forensic Suite, Magnet-Internet Evidence Finder, NetAnalysis, Harvester Portable, X1 Social Discovery, HTTrack, WGET, F-Response Enterprise, Recon for Mac OS X, Paraben Email Examiner, Paraben Network Email Examiner, SharePoint Collector, Robocopy, Triforce ANJP NTFS Journal Parser,  FastCopy, MS Powershell, ExMerge, Exchange Admin Tools, Emailchemy, Aid4Mail Forensic, X-Ways Forensic, et al.
**eDiscovery Software:** Relativity, Concordance, Summation, Ipro, dtSearch
**Email Systems:** Microsoft Exchange, Microsoft Office 365, Google Apps, Symantec Enterprise Vault and Discovery Accelerator, Global Relay, Mimecast, Lotus Notes, Web Mail
**Operating Systems:** MS Windows (98/XP/Vista/7/8/10), Linux (Ubuntu), Mac OS (PowerPC and OS X), VM ESXi,
**File Systems:** FAT, FAT16, FAT32, NTFS, HFS+, APFS
**Mobile Devices:**  Android, iOS (Apple), Blackberry 7, Blackberry 10, Windows Mobile 8, Windows 10
**Databases:**  MS SQL, SQLite, MS Access

## PROFESSIONAL EXPERIENCE

---

### Xact Data Discovery

**Regional Vice President of Forensic Services**, Minneapolis, MN ........................ April 2017-Present
**Director of Forensic Services**, Minneapolis, MN ........................ March 2013-April 2017

- Manage and conduct digital forensic collections in complex litigation, government investigations, and internal corporate investigations. Plan, deploy, and supervise large-scale, enterprise preservation and collection.
- Perform forensic examinations across various digital devices and storage media utilizing forensic software such as FTK and EnCase.
- Conduct intellectual property and trade secret investigations, including MS Windows registry investigation, Internet history recovery and analysis, data transfer mediums, and deleted file and unallocated space data recovery.
- Produce written and digital reports of forensic examinations and processes.
- Oversee evidence management/chain of custody (acquisition/preservation, analysis, reporting).
- Provide expert testimony via deposition, affidavit, and courtroom testimony.
- Consult with IT and compliance managers on data retention and efficient preservation policies.
- Manage day-to-day forensic lab protocols and workflow for all company offices.
- Test, train, and implement processes for forensic software and hardware.
- Serve on company's senior management team, including strategic planning, corporate process development, and task rollout and oversight.

US v. Brockman
**DX-31**
Case No: 4:21-cr-0009

Xact Data Discovery

CONFIDENTIAL

Brockman_0002123

**Director of Sales and Operations**, Miami, FL & Minneapolis, MN                    July 2008-March 2013
- Managed sales and operations for Southeast and Midwest corporate regions.
- Oversaw training and development of technical staff and operations.

**General Manager**, Phoenix, AZ                                                  November 2007-July 2008
- Oversaw daily operations and production for local production centers.
- Supported company director with large forensic collections.

**Account Executive**, Phoenix, AZ                                              February 2007-November 2007
- Consulted with and sold eDiscovery solutions to law firms, government agencies, and corporate entities.

### Nexus Information Systems

**Account Executive**, Plymouth, MN                                              March 2006 – February 2007
- Engaged in business-to-business IT consultation.
- Focused on remote and local backup methodologies, data retention, and hardware architecture.

## CERTIFICATIONS, TRAINING & LICENSES

**CCE:** Certified Computer Examiner, International Society of Forensic Computer Examiners (#1753)
**ACE:** AccessData Certified Examiner
**Magnet Forensics**: Internet Evidence Finder Essentials (IEF), Version 6.x
**RECON for Mac OS X Certification:** Surviving Digital Forensics Series
**Resolving Attached USBs:** Surviving Digital Forensics Series
**Volatile Memory Collection and Analysis:** Surviving Digital Forensics Series
**LNK File Analysis:** Surviving Digital Forensics Series
**Private Investigator Licenses:** Texas (A18625), Michigan (3701206570)

## PROFESSIONAL DEVELOPMENT

**Presentations, CLEs, and Media**
- Instructor, NY CLE at Simpson Thacher & Barlett, *Remote Datda Collections & Mobile Device Workflows,* May 2020
- Presenter, First Chair Podcast, *Discovery from Micorosft 365,* Sept 2019
- Presenter, Women in eDiscovery – Los Angeles Chapter, *Cost-saving Strategies for Forensics Collections,* May 2019
- Panelist, Today's General Counsel Institute's *"The Exchange" Conference*, on Emerging ESI, September 2018
- Panelist, Today's General Counsel Institute's *"The Exchange" Conference*, on Emerging ESI, July 2018
- Presenter, Mobile Device Forensics, ACEDS – *From Texts to Context*, May 2018
- Instructor, ACEDS – *Challenges of Mobile and Social Sources, as well as ephemeral messaging,* December 2018
- Presenter, *Mobile Device Forensics - Beyond the Cell Phone*, Xact Data Discovery Webinar Series, December 2016 and June 2016
- Presenter, *Corporate Data Identification and Discovery*, Private Firm Presentation, August 2016
- Presenter, *kCura Relativity - Forensics and Collections*, Xact Data Discovery eDiscovery Conference, May 2016
- Presenter, *Mobile Device Forensics and Investigations*, Indiana Chapter of National Society of Professional Insurance Investigators, June 2015
- Presenter, *Governing Big Data: What Strategy Works Best*, Greater Kansas City Chapter of ARMA International, February 2014
- Presenter, *eDiscovery for Dummies*, Minnesota Defense Lawyers Association, August 2013
- Presenter, *Full Database Collections, Review and Productions*, Minnesota Association of Litigation Support Professionals, July 2013
- Presenter, *Forensics - Best Practices and Approaches*, National Federation of Paralegal Associations, June 2013
- Panel Expert, *Remote Collections: Forensic Defensibility*, Women in eDiscovery, February 2013

CONFIDENTIAL                                                                Brockman_0002124

**Articles**
- Contributor, *New Matter Kickoff Plan*, Whitepaper, May 2021
- Contributor, *Microsoft 365 is Forcing Lawyers to Face Cloud Discovery*, ACEDS, December 2015
- Author, *Mobile Device Forensics Overview*, Xact Data Discovery Blog Series, August 2015
- Author, *Employee IP Theft and Non-competes - Where Is the Data?*, Xact Data Discovery Blog Series, May 2015

## Cases Testified In

- *RADIANT Global Logistics v BTX Air Express of Detroit* – Deposition – June 2020
  - Defendants, Scopelitis Law, Chicago, IL
- *State of Minnesota v Brett Alexander Hempel* – Court Testimony – October 2019
  - Defendants, Bird, Stevens & Borgen, P.C., Wabasha, MN
- *MSD v Gershenson* – Deposition – Feb 2018
  - Defendants, Fisher Patterson Sayle & Smith.  St Louis, MO
- *Airgas v Metro Welding Supply* – Court Testimony – May 2017
  - Defendants, Jaffe Raitt Heuer & Weiss, Detroit, MI
- *Distribution International v. GIC, and Justin Hargis* - Court Testimony - March 2017
  - Defendants, Jones Day. Palo Alto, CA
- *Walsten v. Shank Power Products* – Court Testimony – June 2013
  - Defendants, Foley & Mansfield, Minneapolis, MN
- *Hogenson v. Gieseke* – October 2013 – Deposition
  - Defendants, Foley & Mansfiled, Minneapolis, MN
- *Perceptron v. VRSI and M. Blood (citizen)* – Court Testimony – Jan. 2016
  - Defendants, Foley & Lardner.  Detroit, MI
- *Anchor Bank v. Paul Hoghaug and Ameriprise Financial ServiciesI* – February 2016, Video Deposition
  - Green Espel PLLP.  Minneapolis, MN

CONFIDENTIAL                                                                      Brockman_0002125