# CURRICULUM VITAE

## MARIA ROSANA PONISIO, M.D.

**Date:** July 07, 2020

**Citizenship:** Argentina    **Visa Status:** Permanent Resident

### Contact Information

Office:
Division of Nuclear Medicine
Mallinckrodt Institute of Radiology
Washington University School of Medicine
Campus Box 8223
510 South Kingshighway Blvd
St. Louis, MO 63110
Phone (314) 362-2863
Fax     (314) 362-2806
mrponisio@wustl.edu

Home:
St. Louis, MO
(314) 727-5779 (Home)
(314) 489-3270 (Cell)

### Present Position

Assistant Professor of Radiology, Division of Nuclear Medicine
Program Director, Nuclear Medicine Residency Program
Mallinckrodt Institute of Radiology
Washington University School of Medicine
St. Louis, MO 63110

Board of Directors, Society of Nuclear Medicine and Molecular Imaging

### Education

Undergraduate:            Degree in Medicine (MD)
01/1984 – 03/1990         Facultad de Ciencias Médicas de la Universidad Nacional
                          de La Plata, Buenos Aires, Argentina

Residency:                Medical Residency in Radiology
06/1990 – 05/1994         Children's Hospital Sor Maria Ludovica,
                          La Plata, Buenos Aires, Argentina

Specialist Degree:        Specialist in Pediatric Radiology (Degree)
06/1994 – 05/1996         Instituto Universitario de Ciencias Biomédicas,
                          Fundación Universitaria Dr. Rene G. Favaloro,
                          Buenos Aires, Argentina.
                          Thesis Title: Neuro-ultrasonography of Developmental
                          Abnormalities of the Central Nervous System in Newborns

Visiting Fellowships:
07/1999 – 09/1999         Visiting Fellowship in Neuroradiology

Curriculum Vitae
Maria Rosana Ponisio, M.D.                                                                                                                  Page 2

|  |  |
|---|---|
|  | St. Louis Children's Hospital<br>St. Louis, Missouri, USA (three months) |
| 11/2000 – 11/2000 | Visiting Fellowship in Neuroradiology<br>Hospital for Sick Children<br>Toronto, Ontario, Canada (one month) |
| 2002 - 2003 | Visiting Fellowship in Neuroradiology<br>Fundacion para la Lucha contra Enfermedadse<br>Neurologicas de la Infancia (FLENI)<br>Buenos Aires, Argentina |
| 10/2005 – 10/2007 | Visiting Radiologist/Observer<br>St Louis Children Hospital<br>St. Louis Missouri, USA |

Fellowships:

| | |
|---|---|
| 07/2008 – 06/2010 | Neuroradiology<br>Mallinckrodt Institute of Radiology<br>Washington University School of Medicine<br>St Louis, Missouri, USA |
| 07/2010 – 06/2011 | Pediatric Radiology<br>Mallinckrodt Institute of Radiology<br>Washington University School of Medicine<br>St Louis, Missouri, USA |
| 07/2011 – 06/2013 | Nuclear Medicine (Chief Resident 2012-2013)<br>Mallinckrodt Institute of Radiology<br>Washington University School of Medicine<br>St Louis, Missouri, USA |

## Academic Positions/Employment

| | |
|---|---|
| 07/2017 – Present | Assistant Professor<br>Nuclear Medicine Section<br>Mallinckrodt Institute of Radiology<br>Washington University School of Medicine<br>St. Louis, Missouri |
| 04/2016 – 06/2017 | Instructor in Radiology<br>Nuclear Medicine Section<br>Mallinckrodt Institute of Radiology<br>Washington University School of Medicine<br>St. Louis, Missouri |
| 12/2014 – 04/2016 | Clinical Researcher<br>Department of Energy (DOE) training grant,<br>Mallinckrodt Institute of Radiology<br>Washington University School of Medicine |

August 27, 2021

Curriculum Vitae
Maria Rosana Ponisio, M.D.                                                                                                      Page 3

|  |  |
|---|---|
|  | St. Louis, Missouri |
| 07/2013 – 12/2013 | Senior Scientist<br>Mallinckrodt Institute of Radiology<br>Washington University School of Medicine<br>St. Louis, MO 63130 |
| 1999 – 06/2005 | Chief of Pediatric Neuroradiology<br>Department of Radiology<br>Children's Hospital Sor Maria Ludovica<br>La Plata, Buenos Aires, Argentina |
| 1996 - 1999 | Attending Physician in Radiology<br>Department of Radiology<br>Children's Hospital Sor Maria Ludovica<br>La Plata, Buenos Aires, Argentina |
| 06/1994 – 1996 | Attending Physician (Provisional) in Radiology<br>Department of Radiology<br>Children's Hospital Sor Maria Ludovica<br>La Plata, Buenos Aires, Argentina |

**University and Hospital Appointments and Committees:**

| | |
|---|---|
| 04/2016-present | Attending, Division of Nuclear Medicine, Washington University School of Medicine, St. Louis, MO |
| 04/2019-present | Program Director, Nuclear Medicine Residency Program, Washington University School of Medicine, St. Louis, MO |
| 04/2016-03/2019 | Assistant Program Director, Nuclear Medicine Residency Program, Washington University School of Medicine, St. Louis, MO |
| 2016-present | Member, Clinical Competency Committee, Diagnostic Radiology Residency Program, Washington University School of Medicine, St. Louis, MO |
| 2016-present | Member, Clinical Competency Committee, Nuclear Medicine Residency Program, Washington University School of Medicine, St. Louis, MO |
| 2017-present | Medical Student Education Team, Mallinckrodt Institute of Radiology, Washington University School of Medicine, St. Louis, MO |
| 2019-present | Radiology Residency Curriculum Review and Revision, Washington University School of Medicine, St. Louis, MO |

August 27, 2021

Curriculum Vitae
Maria Rosana Ponisio, M.D.                                                                                           Page 4

| | |
|---|---|
| 2019-present | ACGME Radiology Residency Program Self-Study, Washington University School of Medicine, St. Louis, MO |
| 2019-present | Developing Faculty Competencies in Assessment Group, Washington University School of Medicine, St. Louis, MO |
| 04/2019 | Nuclear Medicine Program Director's Summit, SNMMI, Baltimore, MD |
| 2019-2020 | Nuclear Medicine Committee, Society for Pediatric Radiology (SPR) |
| 2020-2023 | Continue Education Committee, Society for Nuclear Medicine and Molecular Imaging (SNMMI) |
| 2020-present | Executive Diversity Committee (EDC), MIR Office of Diversity, Equity, and Justice, MIR, Washington University School of Medicine, St. Louis, MO |

**Medical Licensure and Board Certification**

| | | |
|---|---|---|
| Medical Licensure: | 07/2008 | Missouri (Permanent) |
| Board Certification: | 10/2013 | American Board of Nuclear Medicine |
| | 11/2014 | American Board of Radiology |
| | 10/2020 | American Board of Nuclear Medicine (MOC) |

**Honors and Awards**

| | |
|---|---|
| 11/2016 | **Cum Laude Award** <br> Electronic Education Exhibit <br> *Current and Future Directions in Pediatric PET/MRI* <br> MR **Ponisio**, G Khanna, J McConathy. <br> 102nd Scientific Assembly and Annual Meeting of the Radiological Society of North America <br> November 27 – December 2, 2016 |
| 06/2018 | **Summa Cum Laude** <br> Education Exhibit Award <br> *Simultaneous PET/MRI Neuroimaging in Pediatric Epilepsy: Our Experience at Mallinckrodt Institute of Radiology, Saint Louis, Missouri* <br> M **Ponisio**, M Parsons, M Miller-Thomas, M Smyth |
| 11/2018 | **Certificate of Merit Award** <br> 104th Scientific Assembly and Annual Meeting of the Radiological Society of North America <br> November 25 – November 30, 2018 <br> *68Ga-DOTATATE PET Neuroimaging: A Case-Based Pictorial Review* <br> Fang M. Zhu, MD, PhD, Maria R. **Ponisio,** MD |

August 27, 2021

Curriculum Vitae
Maria Rosana Ponisio, M.D.                                                                                                    Page 5

| | |
|---|---|
| 6/2020 | **Finalist Posted for Award**<br>*Clinically significant incidental findings in nuclear medicine*<br>SNMMI 2020 annual meeting<br>Paul-Robert Derenoncourt MD, M.R. **Ponisio, MD** |
| 6/2021 | *Applications of PET/MRI in Pediatric Patients*<br>SNMMI 2020 annual meeting<br>Paul-Robert Derenoncourt MD, M.R. Ponisio, MD |
| 6/2021 | **Distinguished Teacher for 2020/2021** by the Mallinckrodt Institute radiology residents |

**Editorial Responsibilities**

    **Reviewer for the Following Journals:**
        Pediatric Radiology
        European Journal of Nuclear Medicine and Molecular Imaging
        OncoTargets and Therapy Journal
        Journal of Pediatric Hematology and Oncology
    **Abstract reviewer SNMMI 2019**
    **RSNA Case Collection**

**Community Service Contributions**

    **Professional Societies and Organizations:**
        Society of Nuclear Medicine and Molecular Imaging
        American College of Radiology
        Radiological Society of North America
        Sociedad Argentina de Radiologia

**Major Invited Professorships and Lectureships**

| | |
|---|---|
| 09/2009 | **Invited International Speaker**<br>55th Argentine Congress of Radiology<br>Buenos Aires, Argentina<br>Presented Lectures:<br>Congenital Malformations of the Central Nervous Systems (CNS)<br>Neonatal Hypoxic-Ischemic Encephalopathy: Correlation between Ultrasound and Magnetic Resonance Imaging<br>Clinical Cases: Manifestations of Neuropathology in Adults More Frequently Observed in Children |
| 09/2010 | **Invited International Speaker**<br>56th Argentine Congress of Radiology<br>Buenos Aires, Argentina<br>Presented Lectures:<br>Pediatric Stroke<br>Pediatric Spinal Lesions |

August 27, 2021

Curriculum Vitae
Maria Rosana Ponisio, M.D.                                                                                                  Page 6

| | |
|---|---|
| 05/2017 | **Invited National Speaker**<br>2017 Society for Pediatric Radiology Annual Meeting<br>Sunrise Session<br>Vancouver, British Columbia, Canada<br>Presented Lectures:<br>Pediatric PET/MRI: Current and Future Directions<br>PET/MR in Pediatric Oncology |
| 02/2019 | **Invited International Speaker**<br>XXI Congreso Internacional de Avances en Medicina<br>Guadalajara, Mexico<br>Presented Lectures:<br>PET CT-MRI in Oncology: case-reviewed approach<br>PET/MRI in pediatric oncology<br>PET/MRI in neuro imagines: case-reviewed approach<br>PET/MRI at Washington University in St Louis, MO |
| 05/2019 | **Invited National Speaker:**<br>UTMB Diagnostic Radiology Cooley Visiting Professor<br>Board Review lectures and noon conferences |
| 09/2019 | **Invited National Speaker**<br>Epilepsy Update: 2019<br>Continuing Medical Education<br>Washington University in St Louis<br>Lecture: SPECT and PET in Epilepsy |
| 01/2020 | **Invited International Speaker**<br>Neuroimaging in MRI/PET symposium<br>Bariloche, Argentina |
| 03/2020 | **Invited National Speaker**<br>High Country Nuclear Medicine Conference<br>Sun Valley, Idaho, USA |
| 05/2020 | **Invited National Speaker**<br>Annual Meeting & Postgraduate Course<br>Society of Pediatric Radiology<br>Miami, Florida, USA |
| 12/2020 | **Invited National Speaker:**<br>UTMB Diagnostic Radiology Cooley Visiting Professor<br>Board Review lectures and noon conferences |
| 9/2021 | **Invited International Speaker**<br>Argentinean Annual Meeting of radiology,<br>Buenos Aires Argentina. |

August 27, 2021

Curriculum Vitae
Maria Rosana Ponisio, M.D.                                                                                              Page 7

|          |          |
|----------|----------|
| 10/2021  | **International Teleconference Program**<br>Faculty member<br><br>Use of PET-CT in alternative pathology of thorax |
| 10/2021  | **Invited International Speaker**<br>Thoracic oncology course<br>Federation Argentina de Asociaciones de Radiologia,<br>Diagnostic por imagines y Terapia Radiante (FAARDIT) |

**Consulting Relationships and Board Memberships**

| | |
|---|---|
| 04/2014 | Avid Radiopharmaceuticals, Amyvid PET imaging study |
| 07-08/2018 | Avid Radiopharmaceuticals, TAU PET imaging study |

**Research**

**Support:**
Co-director, NIH/NCI Cancer Center Support P30 CA091842; "Imaging Response Assessment Core (IRAC)", 07/01/2015 – 06/30/2020, Principal Investigator, T. Eberlein

**Teaching Title and Responsibilities**

| | |
|---|---|
| 2017-present | Medical student instructor in Radiology Instructor (Nuclear Medicine Section), Mallinckrodt Institute of Radiology Washington University School of Medicine |
| 2018-present | Adult Epilepsy Fellowship Neuroimaging Elective Instructor (Nuclear Medicine Section) Washington University School of Medicine |
| 2019-present | Residency Program Director, Division of Nuclear Medicine Washington University School of Medicine |

**Bibliography**

**Peer-Reviewed Journal Articles**

1. **Ponisio R**, Bertolotti J, Unchalo F. Hypoxic-Ischemic Encephalopathy in Neonatal. Ultrasonus Clínicas 2000; 1:195-204.

2. **Ponisio R**, Bertolotti J, Unchalo F. Neonatal Hypoxic-Ischemic Encephalopathy: Achievements, Trends and Disputes. Infantile Medicine 2001; 8:37-41.

3. Agnosti MR, Azark MA, Morales JCD, Demkura H, Drut R, **Ponisio R**, Ayala SEG. Cryptococcosis of the Central Nervous System. Ludovica Pediátrica 2001; 3:135-139.

August 27, 2021

4. Ibañez O, Ucar ME, **Ponisio MR**, Bertolotti J, Devred P, Ortega O. Ultrasound Imaging of Abdominal Pain in Henoch-Schönlein Purpura (HSP). Sintesis Radiologica 2003; 13:110-112.

5. Esteban M, Ferreyra ML, Brogiolo MO, Aguilar LI, Sarti MM, **Ponisio MR**. Shaken Baby Syndrome (SBS). Ludovica Pediátrica 2004; 6:26-33.

6. **Ponisio MR**, Esteban M, Jones M, Ucar ME, Ibañes O. Child Abuse: Appropriate Diagnosis of Endocraneal Lesions. Sintesis Radiologica 2005; 15:3-9.

7. An H, Ford AL, Vo K, Eldeniz C, **Ponisio R**, Zhu H, Li Y, Chen Y, Powers WJ, Lee JM, Lin W. Early changes of tissue perfusion after tissue plasminogen activator in hyperacute ischemic stroke. Stroke 2011; 42:65-72.

8. Ford AL, An H, D'Angelo G, **Ponisio R**, Bushard P, Vo KD, Powers WJ, Lin W, Lee JM. Preexisting Statin Use is Associated with Greater Reperfusion in Hyperacute Ischemic Stroke. Stroke 2011; 42:1307-13.

9. Thangarajh M, Yang G, Fuchs D, **Ponisio MR**, McKinstry RC, Jaju A, Noetzel MJ, Casella JF, Barron-Casella E, Hooper WC, Boulet SL, Bean CJ, Pyle ME, Payne AB, Driggers J, Trau HA, Vendt BA, Rodeghier M, DeBaun MR. Magnetic Resonance Angiography-defined Intracranial, Vasculopathy is Associated With Silent Cerebral Infarcts and Glucose-6-phosphate Dehydrogenase Mutation in Children with Sickle Cell Anemia. Br J Haematol 2012; 159:352-9.

10. An H, Ford AL, Chen Y, Zhu H, **Ponisio R**, Kumar G, Modir-Shanechi A, Khoury N, Vo KD, Williams JA, Derdeyn CP, Diringer MN, Panagos P, Powers WJ, Lee JM, Lin W Defining the Ischemic Penumbra using Magnetic Resonance Oxygen Metabolic Index. Stroke 2015; 46:982-988.

11. **Ponisio MR**, McConathy J, Laforest R, Khanna G. Evaluation of diagnostic performance of whole body simultaneous PET/MRI in pediatric lymphoma. Pediatric Radiology 2016; 46:1258-68.

12. Gauvain K, **Ponisio MR**, Barone A, Grimaldi M, Parent E, Leeds H, Goyal M, Rubin J, McConathy J. $^{18}$F-FDOPA PET/MRI for monitoring early response to bevacizumab in children with recurrent brain tumors. Neurooncol Pract. 2018 Mar;5(1):28-36. doi: 10.1093/nop/npx008. Epub 2017 May 25. PMID: 29692922.

13. Day G, Gordon B, Jackson K, Christensen J, **Ponisio MR**, Su Y, Ances B, Benzinger T, Morris J. Tau PET binding distinguishes patients with early-stage posterior cortical atrophy from amnestic Alzheimer disease dementia. Alzheimer Disease & Associated Disorders: April–June 2017; 31: 87–93. doi: 10.1097/WAD.0000000000000196

14. Hassanzadeh C, Rao YJ, Chundury A, Rowe J, **Ponisio MR**, Sharma A, Miller-Thomas M, Tsien CI, Ippolito JE. Multiparametric MRI and FDG PET Imaging is a Potential Prognostic Imaging Biomarker in Recurrent Glioblastoma. Front Oncol. 2017 Aug 18; 7:178. PMID: 28868256

15. Day GS, Gordon BA, Jackson K, Christensen JJ, **Ponisio MR**, Su Y, Ances BM, Benzinger TLS, Morris JC Tau-PET Binding Distinguishes Patients With Early-stage Posterior Cortical Atrophy

August 27, 2021

From Amnestic Alzheimer Disease Dementia.. Alzheimer Dis Assoc Disord. 2017 Apr-Jun; 31(2):87-93. doi: 10.1097/WAD.0000000000000196. PMID: 28394771

16. Choudhury N, **Ponisio MR**, McKinstry RC, Jordan LC, Rodeghier M, Pruthi S, DeBaun MR. Intracranial Vasculopathy is Associated With Cerebral Infarct Recurrence in Children With Sickle Cell Anemia, Silent Strokes, and Normal Transcranial Doppler Velocities. Accepted for publication, British Journal of Haematology, Oct 2018; 183(2):324-326. doi: 10.1111/bjh.14979. Epub 2017 Oct 26.

17. Gregory Scott Day, Brian Andrew Gordon, Richard J Perrin, Nigel J. Cairns, Helen Beaumont, Katherine Schwetye, Cole J Ferguson, Namita Sinha, Robert C Bucelli, Erik S. Musiek, Nupur Ghoshal, Maria Rosana **Ponisio,** Benjamin Vincent, Shruti Mishra, Kelley Jackson, John C. Morris, Tammie L.S. Benzinger, and Beau M Ances. In vivo [18F]-AV-1451 tau-PET imaging in sporadic Creutzfeldt-Jakob disease. Neurology Mar 2018, 90 (10) e896-e906; doi: 10.1212/WNL.0000000000005064.

18. Lori C. Jordan, Dionna O. Roberts Williams, Mark J. Rodeghier, Brittany V. Covert Greene MPH, **Maria R. Ponisio,** James F. Casella. Robert C. McKinstry, Michael J. Noetzel, Fenella J. Kirkham, Emily R. Meier, Beng Fuh, Melissa McNaull, Sharada Sarnaik, Suvankar Majumdar, Timothy L. McCavit, Michael R. DeBaun. Children with sickle cell anemia with normal transcranial Doppler ultrasounds and without silent infarcts have a low incidence of new strokes. Am J Hematol. 2018;00:1–9. https://doi.org/10.1002/ajh.25085

19. Deepika S. Darbari, Odianosen Eigbire-Molen, **Maria R. Ponisio**, Mikhail V. Milchenko, Mark J. Rodeghier, James F. Casella, Robert C. McKinstry, and Michael R. DeBaun. Progressive Loss of Brain Volume in Children with Sickle Cell Anemia and Silent Cerebral Infarct: A Report from the Silent Cerebral Infarct Transfusion (SIT) Trial. Am J Hematol. 2018 Dec;93(12):E406-E408. doi: 10.1002/ajh.25297. Epub 2018 Oct 26 PMID: 29076125

20. Choudhury NA, DeBaun MR, **Ponisio MR**, Jordan LC, Rodeghier M, Pruthi S, McKinstry RC. Intracranial vasculopathy and infarct recurrence in children with sickle cell anaemia, silent cerebral infarcts and normal transcranial Doppler velocities. Br J Haematol. 2018 Oct;183(2):324-326. doi: 10.1111/bjh.14979.

21. Darbari DS, Eigbire-Molen O, **Ponisio MR**, Milchenko MV, Rodeghier MJ, Casella JF, McKinstry RC, DeBaun MR. Progressive loss of brain volume in children with sickle cell anemia and silent cerebral infarct: A report from the silent cerebral infarct transfusion trial. Am J Hematol. 2018 Dec;93(12):E406-E408. doi: 10.1002/ajh.25297. Epub 2018 Oct 26. PMID: 30264867

22. Chen, Charles; Gordon, Brian Andrew; McCullough, Austin; Zaza, Aiad; Mejias, Christopher; Dincer, Aylin; Flores, Shaney; Keefe, Sarah; Paulick, Angela; Wang, Qing; Jackson, Kelley; Koudelis, Deborah; Su, Yi; **Ponisio, Maria**; Siegel, Barry; Zhao, Peinan; Sotiras, Aristeidis; Jha, Abhinav; Perrin, Richard; Morris, John; Wang, Yong; Benzinger, Tammie. Detecting tau PET positivity in Alzheimer's disease without a priori assumptions about its frequency. Submitted Brain Communications 2020

23. Maria Schwabe, Stanislav Spiridonov, Elizabeth L Yanik, Jack W Jennings, Travis Hillen, **Maria Ponisio**, Douglas J McDonald, Farrokh Dehdashti, Cara A Cipriano. How Effective Are Noninvasive Tests for Diagnosing Malignant Peripheral Nerve Sheath Tumors in Patients With

Neurofibromatosis Type 1? Diagnosing MPNST in NF1 Patients. Sarcoma 2019 Jul 1;2019:4627521.

24. Wang Q, Pérez-Carrillo GJG, **Ponisio MR**, LaMontagne P, Dahiya S, Marcus DS, Milchenko M, Shimony J, Liu J, Chen G, Salter A, Massoumzadeh P, Miller-Thomas MM, Rich KM, McConathy J, Benzinger TLS, Wang Y. Heterogeneity Diffusion Imaging of gliomas: Initial experience and validation. PLoS One. 2019 Nov 14;14(11):e0225093.

25. Darryl K Miles, **Maria R Ponisio**, Ryan Colvin, David Limbrick, Jacob K Greenberg, Celeste Brancato, Jeffrey R Leonard, Jose A Pineda. Predictors of Intracranial Hypertension in Children Undergoing ICP Monitoring After Severe Traumatic Brain Injury. Childs Nerv Syst. 2020 Jul;36(7):1453-1460.

26. **Maria R. Ponisio**, Jonathan E. McConathy, Sonika Dahiya, Michelle M. Miller-Thomas, Keith M. Rich, Amber Salter, Qing Wang, Pamela J. LaMontagne, Gloria J. Guzmán Pérez-Carrillo, Tammie L. S. Benzinger Dynamic 18F-FDOPA-PET/MRI for the preoperative evaluation of gliomas: Correlation with stereotactic histopathology (article in press) Neuro-Oncology Practice

**Invited and Review Articles**

1. **Ponisio MR,** Fowler KJ, Dehdashti F. The Emerging Role of PET/MR Imaging in Gynecologic Cancers. PET Clin. 2016; 11:425-40.

2. **Ponisio MR**, Dehdashti F. A Role of PET Agents Beyond FDG in Gynecology. Semin Nucl Med. 2019 Nov;49(6):501-511.

3. **Maria R. Ponisio**, John M. Zempel, Brian K. Day, Lawrence N. Eisenman, Michelle M. Miller-Thomas, Matthew D. Smyth, R. Edward Hogan. The role of SPECT/CT and PET in epilepsy. AJR. Accepted: 03/ 2020

**Book Chapters**

1. **Ponisio MR**, Diagnostico por imagenes en el paciente neurocritico pediatrico (Diagnostic Imaging of the Pediatric Patient in the Neuro Intensive Care). In: Garcia M, ed. Neurointensivismo Enfoque clinico, diagnostico y terapeutica (Neuro Intensive Care: Clinical Diagnostic Therapy). Buenos Aries, Argentina, Panamericana 2009 Chapter 63:659-668.

2. **Ponisio MR**, Iranpour P, Khanna G, McConathy J. "PET/MRI for Clinical Pediatric Oncologic Imaging", PET/MRI in Oncology: Current Clinical Applications: Iagaru A, Hope T, Veit-Haibach P, eds., Springer 2018, pp. 401-432.

3. Eric P. Eutsler, **Maria R. Ponisio**, Geetika Khanna, Book Chaper, "Imaging in Pediatric Orthopaedics", Lovell and Winter's Pediatric Orthopaedics, 8th edition. April 2020.

4. **Ponisio** MR, Benzinger Tammie. Hybrid PET/MR Neuroimaging - A Comprehensive Approach Section II. Radiotracers in Neurologic PET/MRI.  **Amyloid Imaging in Dementia and Neurodegenerative Disease** (in press, 2021).

August 27, 2021

5. **Ponisio** MR, Benzinger Tammie. Hybrid PET/MR Neuroimaging - A Comprehensive Approach Section II. Radiotracers in Neurologic **PET/MRI. FDOPA in movement disorders and neuro-oncology** (in press, 2021).

6. **Ponisio** MR, Benzinger Tammie. Hybrid PET/MR Neuroimaging - A Comprehensive Approach Section II. Radiotracers in Neurologic PET/MRI. **TAU in dementias** (2021, in press).

**Abstracts**

1. **Poniso MR**, Ferrari CM, Bertolotti JJ. Developmental Abnormalities of the Central Nervous System Detected by Ultrasound in Neonatal Intensive Care Unit (NICU) 42nd Argentine Congress of Radiology, 1996.

2. **Ponisio MR**, Bertolotti JJ, Climent, GV, Constantino D, Schwerwenzel S. Head Trauma in the Neonatal Period, Ultrasound vs Computed Tomography, 8th Congress of the World Federation for Ultrasound in Medicine and Biology, Buenos Aires, Argentina, 1997.

3. **Ponisio R**, Begna D, Tadaro N, Saleme M, Pltzer C, Jaluf G, De La Rosa. Evaluation of the Traumatic Coma Data Bank Computed Tomography Classification in Pediatric Cranioencephalic Trauma. Argentine Congress of Radiology, Buenos Aires, Argentina, 1999.

4. Ucar ME**, Ponisio MR**, Ibanez OJ, Gatti MC, Ferrari CM, Berolotti JJ. Niemann Pick Disease and HRCT of the Lungs, International Pediatric Radiology Meeting, Paris, France, 2001.

5. **Ponisio R**, Ucar ME, Ibanez O. Cerebral Venous Thrombosis in Children. 49th Argentine Congress of Radiology, 2003.

6. Ucar ME**, Ponisio MR**, Ibanez O, Fernandez R, Gomez S, Fynn A. Pulmonary Mycosis in Pediatric Patients with Hematologic Immune Deficiency: Value of HRCT. 51st Argentine Congress of Radiology, 2005.

7. Pineda J, Capers C**, Ponisio MR**, Leonard J. CT Classification to Guide Therapeutic Intervention and Outcome Prediction in Children with Severe Traumatic Brain Injury The Second Joint Symposium of the International and National Neurotrauma Societies, Santa Barbara, California, USA, 2009.

8. Lucero M, **Ponisio MR**, Herrero M. Merosin-Positive Congenital Muscular Dystrophy 53rd Argentine Congress of Neurology, Buenos Aires, Argentina, 2006.

9. Ford AL, An H, **Ponisio MR**, Vo KD, Derdeyn CP; Powers WJ, Lin W, Lee J. Oxygen Metabolic Index Predicts Gray Matter Infarction Better Than Apparent Diffusion Coefficient and Mean Transit Time During Hyper-Acute Ischemic Stroke International Stroke Conference, February 2010, San Antonio, Texas, USA, 2010.

10. **Ponisio MR**, Fischer KC, Khanna G, Rajderkar D. The Role of Multimodality Imaging in the Diagnosis, Staging and Treatment Monitoring of Nasopharyngeal Carcinomas in the Pediatric Population, American Society of Neuroradiology 50th Annual Meeting, New York, New York, USA, 2012.

August 27, 2021

Curriculum Vitae
Maria Rosana Ponisio, M.D.                                                                                                 Page 12

11. **Ponisio MR**, McKinstry RC. Neonatal Hypoxic-ischemic Encephalopathy: Comparison Between Cranial Ultrasound and Magnetic Resonance Performed Within a 24-hour Interval, Scientific Exhibit, Society for Pediatric Radiology 55th Annual Meeting, San Francisco, California, USA, 2012.

12. Rubin B, Su Y, McConathy J, Blazey T, **Ponisio R**, Weng J, Hornbeck R, Fagan A, Xiong C, Morris J, Benzinger T. How Do We Define Amyloid Positivity In Asymptomatic Population? Comparison of CSF, Quantitative PET Clinical PET Examination Oral Sessions: Normal Aging and Early Detection of Alzheimer's disease. Alzheimer's Association International Conference, Boston, MA, USA, 2013.

13. Eigbire-Molen O, Darbari DS, **Ponisio MR**, Milchenko MV, Rodeghier MJ, Casella JF, McKinstry R, DeBaun MR. Progressive Loss of Brain Volume in Children with Sickle Cell Anemia: A Report from the Silent Cerebral Infarct Transfusion Trial Cohort. 57th American Society of Hematology, 2015.

14. **Ponisio MR**, McConathy JE, Laforest R, Woodard PK, Khanna G. Whole Body Simultaneous FDG-PET/MR for Pediatric Lymphoma: Initial Experience. Radiological Society of North America 101st Annual meeting (RSNA), Chicago, IL, USA, 2015.

15. McConathy J, **Ponisio MR**, Parent E. FDOPA-PET/MRI for Recurrent Pediatric Brain Tumors: Initial Results. Society of Nuclear Medicine and Molecular Imaging 62nd Annual Meeting in Baltimore, MD, USA, 2015.

16. **Ponisio MR**, McConathy J, Khanna G. Current and Future Directions in Pediatric PET/MRI. Radiological Society of North America 102nd Annual meeting (RSNA), Chicago, IL, USA, RSNA, 2016.

17. Gauvain K, Barone A, Grimaldi M, Parent E, **Ponisio M**, Leeds HS, Rubin JB, McConathy JM. $^{18}$F-FDOPA-PET/MRI for recurrent pediatric brain tumors, International Symposium on Pediatric Neuro-Oncology (ISPNO 2016). Liverpool Convention Center, Liverpool, United Kingdom, 2016.

18. Spiridonov S, **Ponisio MR**, Schwabe M, McDonald D, Cipriano C, Dehdashti D. Diagnosing Malignant Peripheral Nerve Sheath Tumors in Patients with Neurofibromatosis Type-1. Siteman Cancer Center Oncologic Imaging Research Program, 2016.

19. Wang Q, **Ponisio MR**, Benzinger, T. Quantitative definition of tumor heterogeneity using diffusion basis spectrum imaging with extended isotropic spectrum. ISMRM 24th Annual Meeting, 2016.

20. Gordon B, Morris J, Benzinger T, Ances B, Su Y, **Ponisio MR**, Christensen J, Jackson K. In vivo quantification of regional tau and β-amyloid deposition in progressive posterior cortical dysfunction due to Alzheimer disease has been accepted for a poster discussion presentation at the American Academy of Neurology 69th Annual Meeting, April 22 to April 28, 2017 in Boston, MA, 2017.

August 27, 2021

Curriculum Vitae
Maria Rosana Ponisio, M.D.                                                                                              Page 13

21. Guzman, G, Benzinger Tammie, Wang Y, Wang Q**, Ponisio MR**, LaMontagne P, Song SK, Dahiya S, McConathy J. Diffusion Basis Spectrum Imaging with Extended Isotropic Spectrum (DBSI-EIS): Initial Experience in the Evaluation of Gliomas.  ASNR 55th Annual Meeting, April 22 – 27, 2017, Long Beach, CA, 2017.

22. Gregory S Day,  Brian A Gordon,  Kelley Jackson,  Jon Christensen,  **Maria R Ponisio**,  Yi Su,  Beau M Ances,  Tammie LS Benzinger and  John C Morris. In vivo quantification of regional tau and β-amyloid deposition in progressive posterior cortical dysfunction due to Alzheimer disease. Poster Discussion Session.  Neurology April 18, 2017   vol. 88  no. 16 Supplement P6.103.

23. Vanessa Sanders, **Maria Rosana Ponisio**, Katie Fowler, Geetika Khana, Farrokh Dehdashti, Joyce Mhlanga. FDG-PET/MRI in Pediatric Solid Organ Malignancies: A single center experience.  PET/MRI ISMRM workshop, Chicago, Illinois. October 2017.

24. Fang Zhu, **Maria Rosana Ponisio**. 68Ga-DOTATATE PET neuroimaging:  A case based pictorial review. RSNA, Chicago, Illinois November, 2018

25. Fang Zhu, **Maria Rosana Ponisio**. $^{68}$Ga-DOTATATE PET neuroimaging:  A case based pictorial review. Mallinckrodt Institute of Radiology Research Symposium Poster Session, St Louis, Missouri, March 2019

26. Vanessa Sanders, Geetika Khanna, Dominique Fuse, Joyce Mhlanga, **Maria Rosana Ponisio**. Impact of Diffusion-weighted Sequences in 18F-FDG PET/MR Whole-body Pediatric Oncologic Imaging Added Value with Added Time?. The Society for Pediatric Radiology Annual Meeting, San Francisco, May 2019.

27. Ada Uzo-Okereke, Ed Hogan, **Maria Rosana Ponisio,** Brain Day. FDG-PET Hypometabolism Changes after Intracranial Grid and Strip Placement. Poster presentation at the American Neurological Association October 13-15, 2019 at St. Louis Grand Hotel, St. Louis, Missouri.

28. Hae Sol Moon, **Maria R. Ponisio**, Abhinav K. Jha. A machine-learning-based technique for striatal segmentation in DaTScan SPECT images. World Molecular Imaging Congress meeting, Montreal Sep 2019.

29. Leah A. Jensen, Dominique Fuser Przybysz, Gregory S. Day, Manu S. Goyal, Michelle M. Miller-Thomas, **Maria R. Ponisio**. FDG-PET/CT in autoimmune encephalitis: metabolic patterns, MRI correlation, and relevant paraclinical findings. Poster, Virtual Annual Meeting SNMMI 2020.

30. Paul-Robert Derenoncourt, **Maria R. Ponisio**. Clinically Significant Incidental Findings in Nuclear Medicine. Poster, Virtual Annual Meeting SNMMI 2020.

31. **Maria Ponisio**, Dominique Fuser, Geetika Khanna and Ana Arbelaez. Preoperative simultaneous dynamic FDOPA-PET/MRI for differentiating the two histopathological forms of congenital hyperinsulinism: Initial experience. Poster, Virtual Annual Meeting SNMMI 2020.

August 27, 2021

32. Hae Sol Moon, Ziping Liu1, **Maria Ponisio**, Richard Laforest and Abhinav Jha. A physics-guided and learning-based estimation method for segmenting 3D DaT-Scan SPECT images. Oral Presentation, Virtual Annual Meeting SNMMI 2020.

33. MR **Ponisio**, MD; JE McConathy, MD; K M Rich, MD; T S Benzinger, MD, PhD. 18F-FDOPA-PET/MRI: Preliminary Experience in Preoperative Evaluation of Non-Enhancing Gliomas in Adult Patients, Oral presentation. Radiological Society of North America 107st Annual meeting (RSNA), Chicago, IL, USA 2020.

34. Paul-Robert Derenoncourt, **Maria R. Ponisio.** Applications of PET/MRI in Pediatric Patients. Poster Virtual Annual Meeting SNMMI 2021.

35. Paul-Robert Derenoncourt, **Maria R. Ponisio**. Pediatric body PET/MRI: a pictorial review of the most common applications. Paul-Robert Derenoncourt, Malak Itani, Tyler Fraum, Rosana **Ponisio**, Joyce Mhlanga. Radiological Society of North America 107st Annual meeting (RSNA), Chicago, IL, USA 2021. (Submitted).

36. Paul-Robert Derenoncourt, Malak Itani, Tyler Fraum, **Maria Rosana Ponisio**, Joyce Mhlanga. Hepatobiliary and Pancreatic Applications of PET/MRI. Radiological Society of North America 107st Annual meeting (RSNA), Chicago, IL, USA 2021. (Submitted).

37. Charles D. Chen, Jordan A. Lang, Shaney Flores, Suzanne E. Schindler, Anne M. Fagan, John C. Morris, Tammie L.S. Benzinger, **Maria Rosana Ponisio**. Concordance of PET Tau Visual Reads with PET Tau Quantification and CSF pTau. Radiological Society of North America 107st Annual meeting (RSNA), Chicago, IL, USA 2021. (Submitted).

38.

August 27, 2021