# Representative Images RB case

Maria Rosana Ponisio, MD

Assistant Professor

Residency Program Director

Division of Nuclear Medicine, Mallinckrodt Institute of Radiology

Washington University School of Medicine



US v. Brockman
**DX-34**
Case No:  4:21-cr-0009

# FDG-PET/CT
# Scan date: 03/12/2021



Cingulate sulcus

Precuneous

Cingulate gyrus

Parieto-occipital sulcus

Sagittal

- Two key structures to recognize are the cingulate gyrus and the overlying precuneus cortex, which are best appreciated on sagittal images of the medial hemispheres.
- The cingulate gyrus, located adjacent to the corpus callosum, is affected early in neurodegenerative disorders.
- The precuneus lies cephalad to the posterior cingulate gyrus and is bounded anteriorly by the cingulate marginal sulcus and posteriorly by the parieto-occipital sulcus

RadioGraphics 2014; 34:684–701



Precuneus

Cingulate sulcus

Cingulate gyrus

Parieto-occipital sulcus

RadioGraphics 2014; 34:684–701

Sagittal view

Sagittal view

FDG 03/12/2021

Blue = −2 SDs, purple = −3 SDs



RadioGraphics 2014; 34:684–701

*No hypometabolism in the occipital lobes was seen* , including the primary visual cortex a finding associated with Dementia with Lewy bodies (DLB).
DLB is also associated with normal FDG uptake in the cingulate gyrus. This patient has decreased activity in the cingulate gyrus and precuneous, most consistent with early AD.

Voxel-based analysis results normalized to whole brain:
3D Stereotactic surface projection (SSP)



Colors scale means decreased metabolic activity

Blue = −2 SDs, purple = −3 SDs

03/12/2021

Voxel-based analysis results normalized to whole brain:
3D Stereotactic surface projection (SSP)



- **Precuneous**

- Cingulate  Gyrus

- **Parietal**

- Posterior
  temporal lobe

03/12/2021

# FDG PET/CT
# Scan date:8/24/2021

Voxel-based analysis results normalized to whole brain:
3D Stereotactic surface projection (SSP)



- **Precuneous**
- **Cingulate Gyrus**

- **Parietal**

- **Posterior temporal**

FDG 8/24/2021



Precuneous

Cingulate
sulcus

Cingulate gyrus

Parieto-occipital
sulcus

RadioGraphics 2014; 34:684–701

Sagittal view

Sagittal view

Blue = −2 SDs, purple = −3 SDs

FDG 8/24/2021



Occipital Lobe

RadioGraphics 2014; 34:684–701

Sagittal view

Sagittal view

FDG 8/24/2021

Blue = −2 SDs, purple = −3 SDs



**FDG 03/12/2021**



**FDG 8/24/2021**

# Brain amyloid PET/CT (F-18 florbetapir, amyloid) (07/28/2021)



Brain amyloid PET/CT

Brain amyloid PET/CT



Normal cortical-white matter contrast in the cerebellum  (reference region)

# Example Case of β-amyloid negative PET assessment (NOT the evaluated patient):

β-amyloid negative PET assessment shows tracer binding in the white matter tracts with a "winter tree" configuration and convex configuration caused by tracer deposition in the white matter with an absence of uptake in the midline grey matter cerebral cortex

  

  

**PATIENT:**  β-amyloid positive PET show tracer binding in the cerebral cortex gives a "summer tree" configuration.

Positive β-amyloid PET



07/28/2021

A. Example Case of β-amyloid negative: PET assessment shows tracer binding in the white matter tracts with a "winter tree" configuration and convex configuration caused by tracer deposition in the white matter with an absence of uptake in the midline grey matter cerebral cortex



Example Case of β-amyloid negative

Patient RB Positive β-amyloid PET

B. PATIENT RB: β-amyloid positive PET show tracer binding in the cerebral cortex gives a "summer tree" configuration.

07/28/2021

Brain amyloid PET/CT



"kissing hemisphere sign"

"temporal plain"

07/28/2021

Example Case of negative amyloid



07/28/2021