# PET BRAIN METABOLIC EVAL

## Brockman, Robert T
MRN: 003768603, Legal Sex: Male, ▮▮▮ (79 yrs), Outpatient
Accession #: IM32223937

## Final Result

```
PROCEDURE:   PET BRAIN METABOLIC EVAL

CLINICAL HISTORY:  G31.83 Dementia with Lewy
bodies, G30.0 Alzheimer's disease with early
onset, EVAL FOR LEWY BODY DEMENTIA  ALZHEIMER
DISEASE

COMPARISON:
No prior brain PET or SPECT scans are available.

TECHNIQUE:
The patient was injected with 10 mCi of 18F-FDG
intravenously, followed 1 hour later by PET-CT
scanning of the brain. CT scanning was
nondiagnostic in quality and was used for
attenuation correction and to aid in
localization of any abnormal findings on
PET. Blood glucose = 111.

FINDINGS:
Mildly reduced uptake in the right parietal
lobe. Mildly reduced uptake in the
posterolateral right temporal lobe is fairly
focal; this may correspond to a prominent sulcus
on the MRI of 1/24/2012. Thus, the right
parietal hypometabolism is the only
definite metabolic abnormality. Uptake elsewhere
in the temporal lobes and in the rest of the
cortex bilaterally is normal. Normal metabolism
bilaterally in the basal ganglia, thalami, and
cerebellum.

IMPRESSION:
Findings are very mild, but suggestive of early
neurodegenerative disease, either Alzheimer's
disease or dementia with Lewy bodies
(Parkinson's disease with dementia). Findings
are unlikely to represent frontotemporal
dementia.
```

HMH-2UA70310KZ

## Appointment Info
Exam Date
3/12/2021

Department
HOUSTON METHODIST HOSPITAL OPC
NUC MED
713-441-2282
6445 Main Street
HOUSTON TX 77030-1502

## Reason for Exam
EVAL FOR LEWY BODY DEMENTIA, ALZHEIMER DISEASE

## Diagnoses
Lewy body Parkinson disease (HCC)
Alzheimer disease type 3 (HCC)
Dementia without behavioral disturbance, unspecified dementia type (HCC)

## Providers
PCP
James L. Pool, MD
713-798-0180
6620 Main St.
Houston TX 77030

Ordering Provider
R. Ryan Darby, MD
615-875-7160
1509 CLAYTON AVE
NASHVILLE TN 37212

Attending Provider
Provider Not In System
No number on file
No address on file

US v. Brockman
DX-39
Case No: 4:21-cr-0009

Signed by Fisher, Ronald Evan, MD on 3/12/2021 2:49 PM