

# FAX TRANSMITTAL

**** CONFIDENTIALITY NOTICE****
This facsimile transmission, including attachments to this cover page, is the property of Houston Methodist and/or its relevant affiliates and may contain confidential and privileged material for the sole use of the intended recipient (s). Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or are not authorized to receive for the recipient), please contact the sender or reply to Houston Methodist at privacy@houstonmethodist.org and return all copies of the facsimile to Houston Methodist.  The sender or privacy@houstonmethodist.org can provide you with mailing instructions.  Otherwise, this facsimile may be destroyed using a cross-shredder.

| To: | Michael Welner, MD | From: | Hm Interface, Radiology Results Incoming |
|---|---|---|---|
| Fax: | 212-535-3259 | Fax: | |
| | | Phone: | 713-441-2282 |
| | | Dept: | HOUSTON METHODIST HOSPITAL OPC NUC MED |

**NOTES:**


Date and time of transmission:  7/28/2021 1:50:04 PM
Number of pages including this cover sheet:  2



US v. Brockman
DX-42
Case No: 4:21-cr-0009

# PET/CT AMYVID



**Brockman, Robert T**
MRN: 003768603, Legal Sex: Male, ▓▓▓▓▓▓ (80 yrs), Outpatient
Accession #: IM33024502

## Final Result

PROCEDURE:  PET CT AMYVID

INDICATION: Memory impairment.

COMPARISON:  CT brain 6/7/2021; MRI brain 6/6/2021.

TECHNIQUE:  The patient was injected IV with 10 mCi of 18F-florbetapir (Amyvid).  Approximately 45 min later, PET images of the brain were obtained.  Corresponding low dose CT scanning was performed as part of the attenuation correction process.  Automated dose exposure control was utilized.

FINDINGS:  There is diffuse loss of the gray-white matter distinction, most pronounced in the frontal and temporal lobes.  No areas of focally intense uptake.

IMPRESSION:

Positive study, indicating moderate to frequent amyloid neuritic plaques.

HMH-2UA84521X4

Dictated and approved by radiology resident/fellow: Kiersten T. Westhart, M.D.

I, Stephen Chiang, MD, personally reviewed the images and resident's/fellow's findings and agree with the final report.
          Signed by Chiang, Stephen Brian, MD on 7/28/2021  1:46 PM

## Appointment Info

**Exam Date**
7/28/2021

**Department**
HOUSTON METHODIST HOSPITAL OPC NUC MED
713-441-2282
6445 Main Street
HOUSTON TX 77030-1502

## Reason for Exam
MEMORY IMPAIRMENT

## Diagnosis
Memory impairment

## Providers
**PCP**
James L. Pool, MD
713-798-0180
6620 Main St.
Houston TX 77030

**Ordering Provider**
Michael Welner, MD
212-535-9286
224 WEST 30TH STREET SUITE 806
NEW YORK NY 10001

**Attending Provider**
Provider Not In System
No number on file
No address on file