

# FAX TRANSMITTAL

**** CONFIDENTIALITY NOTICE****
This facsimile transmission, including attachments to this cover page, is the property of Houston Methodist and/or its relevant affiliates and may contain confidential and privileged material for the sole use of the intended recipient (s). Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or are not authorized to receive for the recipient), please contact the sender or reply to Houston Methodist at privacy@houstonmethodist.org and return all copies of the facsimile to Houston Methodist. The sender or privacy@houstonmethodist.org can provide you with mailing instructions. Otherwise, this facsimile may be destroyed using a cross-shredder.

| To: | Michael Welner, MD | From: | Hm Interface, Radiology Results Incoming |
|---|---|---|---|
| Fax: | 212-535-3259 | Fax: | |
| | | Phone: | 713-441-9346 |
| | | Dept: | HOUSTON METHODIST HOSPITAL OPC MRI |

**NOTES:**

Date and time of transmission: 7/30/2021 6:45:24 PM
Number of pages including this cover sheet: 2



# MRI BRAIN WO CONTRAST



## Brockman, Robert T
MRN: 003768603, Legal Sex: Male, ▓▓▓▓▓ (80 yrs), Outpatient
Accession #: IM33029596

## Final Result

EXAMINATION: MRI BRAIN WO CONTRAST

CLINICAL HISTORY: G20 Parkinson's disease, R41.89 Other symptoms and signs involving cognitive functions and awareness, g20

COMPARISON:  CT head 6/7/2021

TECHNIQUE: Multisequence multiplanar MRI images of the brain were obtained without IV contrast.

FINDINGS:

No evidence of acute intracranial hemorrhage, mass, mass effect, acute infarct or midline shift.

Moderate diffuse cerebral volume loss with proportionate ventricular prominence. Mild chronic microvascular ischemic change. No abnormal susceptibility. Basal cisterns are clear. Major intracranial flow voids are maintained.

 Bilateral lens extractions. Visualized paranasal sinuses and mastoid air cells are clear.

IMPRESSION:

1. No acute intracranial abnormality.

HMRM-MPHYBXN
      Signed by Northcutt, Benjamin Gordon, MD on 7/30/2021  6:42 PM

## Appointment Info

Exam Date
7/30/2021

Department
HOUSTON METHODIST HOSPITAL OPC MRI
713-441-9346
6445 Main St.
HOUSTON TX 77030-1502

## Reason for Exam
g20

## Diagnoses
Parkinson's syndrome (HCC)
Cognitive impairment

## Providers

PCP
James L. Pool, MD
713-798-0180
6620 Main St.
Houston TX 77030

Ordering Provider
Michael Welner, MD
212-535-9286
224 WEST 30TH STREET SUITE 806
NEW YORK NY 10001

Attending Provider
Michael Welner, MD
212-535-9286
224 WEST 30TH STREET SUITE 806
NEW YORK NY 10001