003768603
BROCKMAN^ROBERT^T
M
DOB:
Age: N/A

Case 4:21-cr-00009   Document 234-34   Filed on 12/03/21 in TXSD   Page 1 of 6

Neuroreader Segmentation, pacsreport
Brainreader ApS
IM33029596
7/30/2021-N/A
Se:0
Im:0
Laterality: N/A

| Report type: | Neuroreader® Report | Analysis date | 2021-Jul-30 22:58:15 |
|---|---|---|---|
| Image ID | pacs_20210730225812 | Accession Number | IM33029596 |
| Group name | PACS-Houston-Methodist | Patient Name | Brockman Robert T |
| Study ID | 38210 | BirthDate | |
| Clinical image ID | 003768603 | Gender | Male |
| Patient ID | 003768603 | Age | 80 |

# Reference Head Size

| The measured total intracranial volume (mTIV) | 2413 mL |
|---|---|

# Left-Right Asymmetry Index

| Structures | Asymmetry Index | NR Index* | Z-score | Percentile |
|---|---|---|---|---|
| Hippocampus | -0.000051 | -2.73 | -0.18 | 42.88 |

# Brain Volume Assessment

| Structures | Color | Vol ml | Vol/mTIV in (%) | NR Index* | Z-score | Percentile |
|---|---|---|---|---|---|---|
| Whole Brain Matter | n/a | 1145.95 | 47.49 | -6.19 | -0.41 | 34.18 |
| Gray Matter | n/a | 560.63 | 23.23 | -3.98 | -0.26 | 39.68 |
| White Matter | n/a | 585.32 | 24.26 | -0.07 | 0.00 | 49.81 |
| Hippocampus | n/a | 8.41 | 0.35 | -2.38 | -0.16 | 43.78 |
| Right Hippocampus | green | 4.32 | 0.18 | -1.70 | -0.11 | 45.54 |
| Left Hippocampus | blue | 4.10 | 0.17 | -3.10 | -0.20 | 41.93 |
| Amygdala | n/a | 2.70 | 0.11 | -6.00 | -0.39 | 34.64 |
| Right Amygdala | yellow | 1.38 | 0.06 | -5.30 | -0.35 | 36.37 |
| Left Amygdala | cyan | 1.31 | 0.05 | -5.84 | -0.38 | 35.04 |
| Putamen | n/a | 8.15 | 0.34 | -6.96 | -0.46 | 32.35 |
| Right Putamen | magenta | 4.25 | 0.18 | -5.10 | -0.34 | 36.85 |
| Left Putamen | orange | 3.90 | 0.16 | -8.59 | -0.57 | 28.59 |
| Thalamus | n/a | 18.34 | 0.76 | -5.94 | -0.39 | 34.80 |
| Right Thalamus | light green | 9.44 | 0.39 | -4.19 | -0.28 | 39.13 |
| Left Thalamus | green | 8.90 | 0.37 | -7.68 | -0.51 | 30.68 |

**US v. Brockman**
**DX-44**
Case No: 4:21-cr-0009

Image ID: pacs_20210730225812
GUDID 05700002060464 Hardware profile 1C
Z: 0.3 %
L: 128 W: 256
CONFIDENTIAL

NR 2.6.0
Page 1 out of 6

DX-44, page 1 of 6
RTBrockman_Medical_Records_0006333

003768603
BROCKMAN^ROBERT^T
M
DOB:
Age: N/A

Neuroreader Segmentation, pacsreport
Brainreader ApS
IM33029596
7/30/2021-N/A
Se:0
Im:1
Laterality: N/A

| Structures | Color | Vol ml | Vol/mTIV in (%) | NR Index* | Z-score | Percentile |
|---|---|---|---|---|---|---|
| Ventral Diencephalon | n/a | 9.50 | 0.39 | -10.17 | -0.67 | 25.18 |
| Right Ventral Diencephalon | | 4.57 | 0.19 | -10.35 | -0.68 | 24.80 |
| Left Ventral Diencephalon | | 4.93 | 0.20 | -8.80 | -0.58 | 28.13 |
| Pallidum | n/a | 3.27 | 0.14 | -3.37 | -0.22 | 41.23 |
| Right Pallidum | | 1.61 | 0.07 | -2.71 | -0.18 | 42.93 |
| Left Pallidum | | 1.67 | 0.07 | -3.71 | -0.24 | 40.37 |
| Caudate | n/a | 8.11 | 0.34 | -3.17 | -0.21 | 41.75 |
| Right Caudate | | 4.22 | 0.17 | -1.95 | -0.13 | 44.91 |
| Left Caudate | | 3.90 | 0.16 | -4.45 | -0.29 | 38.49 |
| Brain Stem | | 21.38 | 0.89 | -4.31 | -0.28 | 38.85 |
| Frontal Lobe | n/a | 384.60 | 15.94 | -8.06 | -0.53 | 29.80 |
| Right Frontal Lobe | | 192.38 | 7.97 | -7.65 | -0.50 | 30.74 |
| Left Frontal Lobe | | 192.22 | 7.97 | -8.27 | -0.54 | 29.33 |
| Parietal Lobe | n/a | 210.04 | 8.70 | -5.91 | -0.39 | 34.86 |
| Right Parietal Lobe | | 101.56 | 4.21 | -7.71 | -0.51 | 30.59 |
| Left Parietal Lobe | | 108.48 | 4.50 | -3.99 | -0.26 | 39.65 |
| Occipital Lobe | n/a | 110.16 | 4.57 | -0.48 | -0.03 | 48.73 |
| Right Occipital Lobe | | 60.80 | 2.52 | 5.01 | 0.33 | 62.90 |
| Left Occipital Lobe | | 49.36 | 2.05 | -6.19 | -0.41 | 34.19 |
| Temporal Lobe | n/a | 200.16 | 8.30 | -10.83 | -0.71 | 23.80 |
| Right Temporal Lobe | | 96.62 | 4.00 | -11.77 | -0.77 | 21.94 |
| Left Temporal Lobe | | 103.54 | 4.29 | -9.31 | -0.61 | 27.02 |
| Cerebellum | n/a | 149.90 | 6.21 | -0.48 | -0.03 | 48.75 |
| Right Cerebellum | | 75.00 | 3.11 | -0.79 | -0.05 | 47.94 |
| Left Cerebellum | | 74.90 | 3.10 | -0.16 | -0.01 | 49.57 |
| CSF (+ dura) | | 645.11 | 26.74 | 2.07 | 0.14 | 55.42 |
| Lateral Ventricle | n/a | 99.60 | 4.13 | 9.19 | 0.60 | 72.74 |
| Right Lateral Ventricle | | 56.68 | 2.35 | 12.34 | 0.81 | 79.15 |
| Left Lateral Ventricle | | 42.91 | 1.78 | 4.97 | 0.33 | 62.83 |

Text with orange color: All brain matter volumes with a percentile lower than 25% and all CSF structures with a percentile over 75%.
*) NR Index: Neuroreader® Index

Image ID: pacs_20210730225812
GUDID 05700002060464 Hardware profile 1C

NR 2.6.0
Page 2 out of 6

Z: 0.3 %
L: 128 W: 256
CONFIDENTIAL
DX-44, page 2 of 6
RTBrockman_Medical_Records_0006334

## Summary

**All brain matter volumes with a percentile lower than 25% and all CSF structures with a percentile over 75% (orange font):**

- Right Ventral Diencephalon (24.80%)
- Temporal Lobe (23.80%)
- Right Temporal Lobe (21.94%)

- Right Lateral Ventricle (79.15%)

## Quality Assessment Overlay Images



Image ID: pacs_20210730225812
GUDID 05700002060464 Hardware profile 1C

NR 2.6.0
Page 3 out of 6

CONFIDENTIAL
DX-44, page 3 of 6
RTBrockman_Medical_Records_0006335



# Brain Heat Maps

50%

Statistical percentile for each brain structure shown in a color gradient.
The orange color scale indicates all brain matter volumes with a low percentile and all CSF and ventricular structures with a high percentile.



Image ID: pacs_20210730225812
GUDID 05700002060464 Hardware profile 1C

NR 2.6.0
Page 4 out of 6

# Charts



*Image ID: pacs_20210730225812*
*GUDID 05700002060464 Hardware profile 1C*

*NR 2.6.0*
*Page 5 out of 6*

DX-44, page 5 of 6

CONFIDENTIAL  RTBrockman_Medical_Records_0006337


# Brain Segmentation Color Table

| Id | Color | Label | Red | Green | Blue |
|---|---|---|---|---|---|
| 255 | | Whole Brain Matter | 255 | 0 | 0 |
| 53 | | Right Hippocampus | 0 | 255 | 0 |
| 17 | | Left Hippocampus | 0 | 0 | 255 |
| 54 | | Right Amygdala | 255 | 255 | 0 |
| 18 | | Left Amygdala | 0 | 255 | 255 |
| 51 | | Right Putamen | 255 | 0 | 255 |
| 12 | | Left Putamen | 255 | 128 | 0 |
| 49 | | Right Thalamus | 128 | 255 | 0 |
| 10 | | Left Thalamus | 0 | 255 | 128 |
| 60 | | Right Ventral Diencephalon | 0 | 128 | 255 |
| 28 | | Left Ventral Diencephalon | 255 | 0 | 128 |
| 52 | | Right Pallidum | 128 | 0 | 255 |
| 13 | | Left Pallidum | 128 | 0 | 0 |
| 50 | | Right Caudate | 0 | 128 | 0 |
| 11 | | Left Caudate | 0 | 0 | 128 |
| 16 | | Brain Stem | 255 | 255 | 128 |
| 303 | | Right Frontal Lobe GM | 128 | 255 | 255 |
| 302 | | Left Frontal Lobe GM | 255 | 128 | 255 |
| 313 | | Right Frontal Lobe WM | 128 | 128 | 0 |
| 312 | | Left Frontal Lobe WM | 0 | 128 | 128 |
| 305 | | Right Parietal Lobe GM | 128 | 0 | 128 |
| 304 | | Left Parietal Lobe GM | 255 | 128 | 128 |
| 315 | | Right Parietal Lobe WM | 128 | 255 | 128 |
| 314 | | Left Parietal Lobe WM | 128 | 128 | 255 |
| 307 | | Right Occipital Lobe GM | 192 | 64 | 64 |
| 306 | | Left Occipital Lobe GM | 64 | 192 | 64 |
| 317 | | Right Occipital Lobe WM | 64 | 64 | 192 |
| 316 | | Left Occipital Lobe WM | 64 | 192 | 192 |
| 309 | | Right Temporal Lobe GM | 192 | 64 | 192 |
| 308 | | Left Temporal Lobe GM | 192 | 192 | 64 |
| 319 | | Right Temporal Lobe WM | 255 | 64 | 64 |
| 318 | | Left Temporal Lobe WM | 255 | 64 | 192 |
| 47 | | Right Cerebellum GM | 255 | 192 | 64 |
| 8 | | Left Cerebellum GM | 255 | 192 | 192 |
| 46 | | Right Cerebellum WM | 64 | 64 | 255 |
| 7 | | Left Cerebellum WM | 64 | 192 | 255 |
| 24 | | CSF (+ dura) | 192 | 64 | 255 |
| 43 | | Right Lateral Ventricle | 192 | 192 | 255 |
| 4 | | Left Lateral Ventricle | 192 | 255 | 192 |
Image ID: pacs_20210730225812
GUDID 05700002060464 Hardware profile 1C

NR 2.6.0