

# FAX TRANSMITTAL

**** CONFIDENTIALITY NOTICE****

This facsimile transmission, including attachments to this cover page, is the property of Houston Methodist and/or its relevant affiliates and may contain confidential and privileged material for the sole use of the intended recipient (s). Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or are not authorized to receive for the recipient), please contact the sender or reply to Houston Methodist at privacy@houstonmethodist.org and return all copies of the facsimile to Houston Methodist. The sender or privacy@houstonmethodist.org can provide you with mailing instructions. Otherwise, this facsimile may be destroyed using a cross-shredder.

| To: | Michael Welner, MD | From: | Hm Interface, Radiology Results Incoming |
|---|---|---|---|
| Fax: | 212-535-3259 | Fax: | |
| | | Phone: | 713-441-2282 |
| | | Dept: | HOUSTON METHODIST HOSPITAL OPC NUC MED |

**NOTES:**


Date and time of transmission: 8/24/2021 2:46:18 PM
Number of pages including this cover sheet: 2



US v. Brockman
**DX-45**
Case No: 4:21-cr-0009

# PET BRAIN METABOLIC EVAL



**Brockman, Robert T**
MRN: 003768603, Legal Sex: Male, ███████ (80 yrs), Outpatient
Accession #: IM33191029

## Final Result

```
PROCEDURE:  PET BRAIN METABOLIC EVAL

CLINICAL HISTORY:  G30.9 Alzheimer's disease
 unspecified, F02.80 Dementia in other diseases
classified elsewhere without behavioral disturbance,
alzheimers

COMPARISON:
Amyvid brain PET 7/28/2021.

TECHNIQUE:
The patient was injected with 10 mCi of 18F-FDG
intravenously, followed 1 hour later by PET-CT
scanning of the brain. CT scanning was nondiagnostic
in quality and was used for attenuation correction
and to aid in localization of any abnormal findings
on
PET. Blood glucose = 117.

FINDINGS:
Mildly reduced uptake in the posterior temporal lobes
and bilaterally in the parietal lobes. Slightly
reduced uptake in the frontal lobes. Occipital uptake
is reasonably good. There is preserved, prominent
uptake in the primary sensorimotor cortex
bilaterally, frequently a secondary sign of adjacent
neurodegenerative disease. Normal metabolism in the
basal ganglia, thalami, and cerebellum.

IMPRESSION:
Findings are mild, but very suggestive of
neurodegenerative disease, particularly Alzheimer's
disease. Although statistically less likely, dementia
with Lewy bodies or Parkinson's disease with dementia
can have a similar scan pattern. The markedly
abnormal uptake on the prior Amyvid PET scan also
somewhat favors Alzheimer's disease over DLB/PDD.


HMH-2UA70310KZ
```

Signed by Fisher, Ronald Evan, MD on 8/24/2021  2:43 PM

## Appointment Info

**Exam Date**
8/24/2021

**Department**
HOUSTON METHODIST HOSPITAL OPC NUC MED
713-441-2282
6445 Main Street
HOUSTON TX 77030-1502

## Reason for Exam
alzheimers

## Diagnosis
Alzheimer's dementia (HCC)

## Providers

**PCP**
James L. Pool, MD
713-798-0180
6620 Main St.
Houston TX 77030

**Ordering Provider**
Michael Welner, MD
212-535-9286
224 WEST 30TH STREET SUITE 806
NEW YORK NY 10001

**Attending Provider**
Michael Welner, MD
212-535-9286
224 WEST 30TH STREET SUITE 806
NEW YORK NY 10001