

Houston Methodist Hospital
Health Information Management
6565 Fannin Street, ST 520
Houston, TX 77030
Phone: 713-441-2401
Fax: 713-790-3450

## Fax Transmission Cover

September 3, 2021

Michael Welner
224 West 30th Street Suite 806
New York, NY 10001
Phone Number: 212-535-9286
Fax Number: 212-535-3259

Subject: Request to obtain medical records

Records of: Robert T Brockman
Patient Medical Record Number: 003768603
Release ID: 88224586

___

Attached you will find documentation regarding your request for medical records. Should you have any questions regarding your request, please contact us using the above contact number.

Sincerely,

D Huna Henderson
Release of Information
Health Information Management

****CONFIDENTIALITY NOTICE****
This facsimile transmission, including attachments to this cover page, is the property of Houston Methodist Hospital and/or its relevant affiliates and may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or are not authorized to receive for the recipient), please contact the sender or reply to Houston Methodist Hospital at DataSecurity@houstonmethodist.org and destroy all copies of the facsimile. Thank You.



US v. Brockman
DX-46
Case No: 4:21-cr-0009



Houston Methodist Hospital
6565 FANNIN
HOUSTON TX 77030

Brockman, Robert T
MRN: 003768603, DOB: ▓▓▓▓▓▓, Sex: M
ADM: 9/2/2021, D/C: 9/2/2021

## 09/02/2021 - ELECTROPHYSIOLOGY in HMH NEUROPHYSIOLOGY

### Imaging/Tests
### Neurology

**Outpatient EEG [443074674] (Final result)**

Awaiting signature from: **System, Provider Not In**    Status: **Completed**
Mode: Ordering in Verbal with readback mode    Communicated by: Roy, Mable
This order may be acted on in another encounter.
Ordering user: Roy, Mable 08/23/21 1020    Ordering provider: System, Provider Not In
Authorized by: Welner, Michael, MD    Ordering mode: Verbal with readback
Frequency: Routine Once 09/02/21 1032 - 1 occurrence    Class: Ancillary Performed
Quantity: 1    Lab status: Final result
Instance released by: Roy, Mable 9/2/2021 10:32 AM
Diagnoses:
Encephalopathy [G93.40]
Delirium, puerperal [F05]

**Questionnaire**

| Question | Answer |
|---|---|
| Clinical Indication: | Other |
| Specify: | f05,g93.40 |
| Testing Location: | In Neurophysiology Dept |
| Testing Duration: | Over 1 Hour |

**Outpatient EEG [443074674]**    Resulted: 09/02/21 2302, Result status: Final result

Ordering provider: System, Provider Not In 09/02/21 1032    Order status: Completed
Resulted by: Ma, Brandy Boyee, MD    Filed by: Ma, Brandy Boyee, MD 09/02/21 2305
Performed: 09/02/21 1227 - 09/02/21 1227
Narrative:
VIDEO-EEG RECORDING AWAKE & DROWSY - EXTENDED > 1 HOUR

Date of Service: 09/02/21

Patient Name: Robert T Brockman
MRN#: 003768603
Date of Birth: ▓▓▓▓▓▓
Attending MD: Brandy Ma, MD

Technique: Recordings were obtained using a standard international 10-20 electrode placement supplemented with a single electrocardiogram chest electrode. The recordings were obtained using a reference electrode and reformatted digitally into sequential bipolar and referential montages for review.

Indication: 80 y.o. year old male referred for video-EEG to evaluate for seizures.

Findings:

Background: The background is continuous, composed of predominantly alpha and theta frequencies, with normal voltages and fair anterior to posterior organization. There is a reactive posterior dominant rhythm of 7 Hz.

With drowsiness, there is the expected attenuation of the posterior dominant rhythm. Sleep is not captured.

Hyperventilation: was not performed
Photic stimulation: was performed with no evidence of photic driving

Interictal: There are no epileptiform discharges or seizures captured.

Generated by 1018560 at 9/3/21 1:16 PM    Page 1
CONFIDENTIAL    RTBrockman_Medical_Records_0005712
DX-46, page 2 of 3



| Houston Methodist Hospital | Brockman, Robert T |
|---|---|
| 6565 FANNIN | MRN: 003768603, DOB: ███████, Sex: M |
| HOUSTON TX 77030 | ADM: 9/2/2021, D/C: 9/2/2021 |

## 09/02/2021 - ELECTROPHYSIOLOGY in HMH NEUROPHYSIOLOGY (continued)

### Imaging/Tests (continued)

Impression:
This is a mildly abnormal Video-EEG study characterized by diffuse slowing of the background, a non-specific indicator of global cerebral dysfunction. There are no epileptiform discharges or seizures captured.

Brandy Ma, MD

ICD-10 Code: R569

### Procedures Performed | Chargeables
EEG MONITORING EXTENDED > 1 HR [NEU162]

### Indications
Encephalopathy [G93.40 (ICD-10-CM)]
Delirium, puerperal [F05 (ICD-10-CM)]

### Signed
Electronically signed by Ma, Brandy Boyee, MD on 9/2/21 at 2305 CDT

### Order History                                                        Inpatient

| Date/Time | Action Taken | User | Additional Information |
|---|---|---|---|
| 09/02/21 1032 | Release | Roy, Mable | From Order: 443074667 |
| 09/02/21 1302 | Result | Miller, Orlando | In process |
| 09/02/21 2302 | Result | Ma, Brandy Boyee, MD | Final |

# End of Report

Generated by 1018560 at 9/3/21  1:16 PM                                    Page 2
CONFIDENTIAL                                        RTBrockman_Medical_Records_0005713
DX-46, page 3 of 3