



DBD-0000124

DX-59, page 1 of 1