

US v. Brockman
DX-60
Case No: 4:21-cr-0009

DBD-0000075