

Patient: BROCKMAN, ROBERT

