

Patient: BROCKMAN2, ROBERT

