

US v. Brockman
DX-63
Case No: 4:21-cr-0009