

US v. Brockman
DX-64
Case No: 4:21-cr-0009