*United States v. Robert Brockman*

**Competency Testing at DOJ's Request**

| DATE | EXPERT | EVENT DESCRIPTION |
|---|---|---|
| 3/12/2021 | Dr. Ryan Darby (neurologist) | Robert T. Brockman undergoes a positron emission tomography scan ("**PET Scan**") at Houston Methodist. |
| 4/29/2021 – 4/30/2021 | Dr. Darby | Mr. Brockman undergoes an **overnight sleep study** at Memorial Hermann. |
| 5/5/2021 | Dr. Darby | Dr. Darby interviewed and tested Mr. Brockman for approximately three hours.<br><br>Dr. Darby interviewed Mr. Brockman's wife, Dorothy Brockman, for one hour. |
| 5/18/2021 | Dr. Park Dietz (forensic psychiatrist) and Dr. Robert Denney (neuropsychologist) | Dr. Dietz and Dr. Denney interviewed Mr. Brockman for 8.5 hours. |
| 5/19/2021 | Dr. Denney | Dr. Denney tested Mr. Brockman for 8.15 hours. |
| 5/20/2021 | Dr. Dietz and Dr. Denney | Dr. Dietz and Dr. Denney interviewed Mr. Brockman for 7.75 hours. |
| 6/14/2021 | Dr. Denney | Dr. Denney interviewed Jones Day attorney Kathy Keneally, who represents Mr. Brockman in this matter, for approximately 50 minutes. |
| 6/15/2021 | Dr. Denney | Dr. Denney interviewed Jones Day attorney Peter Romatowski, who represents Mr. Brockman in this matter, for approximately 40 minutes. |
| 8/12/2021 – 8/13/2021 | Dr. Darby | Mr. Brockman undergoes a second **overnight sleep study** at Memorial Hermann. |
| 8/24/2021 | Dr. Darby | Mr. Brockman undergoes a **PET Scan** at Houston Methodist. |
| 9/2/2021 | Dr. Darby | Mr. Brockman undergoes an electrophysiology ("**EEG**") at Houston Methodist. |
| 10/20/2021 | Dr. Dietz and Dr. Denney | Dr. Dietz and Dr. Denney interviewed and tested Mr. Brockman for approximately 7 hours. A phlebotomist conducted a toxicology screen of Mr. Brockman. |
| 10/26/2021 | Dr. Denney | Dr. Denney conducted follow-up testing of Mr. Brockman for approximately 1 hour. |



US v. Brockman
DX-72
Case No: 4:21-cr-0009