***VIDEO FILE***

UCSH 0210523

Video, Brockman Reynolds & Reynolds Texas Birthday Speech, Nov. 2018 (clip 4:55 – 6:16)



US v. Brockman
DX-74A
Case No: 4:21-cr-0009