# ***VIDEO FILE***

# Video of Dietz and Denney Exam, Oct. 2021 (GX-93) (clip DX-6 transcript pg. 26:7 – 26:17)



US v. Brockman
DX-75A
Case No: 4:21-cr-0009