***VIDEO FILE***

Video of Dietz and Denney Exam, Oct. 2021 (GX-93) (clip DX-6 transcript pg. 55:18 – 56:11)



US v. Brockman
DX-75B
Case No: 4:21-cr-0009