# ***VIDEO FILE***

# Video of Dietz and Denney Exam, Oct. 2021 (clip DX-6 transcript pg. 28:18 – 31:9)



**US v. Brockman**
**DX-75C**
Case No: 4:21-cr-0009