# ***VIDEO FILE***

# Video of Dietz and Denney Exam, Oct. 2021

# (clip DX-6 transcript pg. 26:7 – 27:6)



US v. Brockman
**DX-75D**
Case No: 4:21-cr-0009