# ***VIDEO FILE***

# Video of Dietz and Denney Exam, Oct. 2021

# (clip DX-6 transcript pg. 55:4 – 58:15)



US v. Brockman
**DX-75E**
Case No: 4:21-cr-0009