# \*\*\*VIDEO FILE\*\*\*

# Dietz/Denney Exam Video

# – Day 3 –

# (clip DX-4 transcript pg. 44:19 – 46:24)



US v. Brockman
DX-83A
Case No: 4:21-cr-0009