UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § Cr. No. 4:21cr 009 GCH |
| **ROBERT T. BROCKMAN,** | § |
| | § |
| Defendant. | § |
| | § |
| | § |

**ADMITED GOVERNMENT EXHIBITS**

| Exhibit No. | Description | Identifier | Admitted |
|---|---|---|---|
| 1 | Forensic Neuropsychological Report, Dr. Robert Denney | DBD-0000127 to DBD-0000164 | Y |
| 2 | Dr. Denney Supplemental Report | | Y |
| 3 | Dietz/Denney Exam Video- Day 1 | | Y (Under seal) |
| 4 | Dietz/Denney Exam Video- Day 3 | | Y (Under seal) |
| 5 | Dietz/Denney Exam Video Transcripts Days 1 & 3 | | Y (Under seal) |
| 5A | Dietz/Denney May 20 Transcript pp. 99-124 | | Y |
| 6 | Letter Report, Dr. Maria Ponisio re 3/12/2021 PET Scan | DMP-000007 to DMP-0000011 | Y |
| 7 | Letter Report, Dr. Maria Ponisio re 7/28/2021 PET Scan | DMP-0000001 to DMP-0000006 | Y |
| 8 | Letter Report, Dr. Maria Ponisio re 8/24/2021 PET Scan | DMP-0000012 to DMP-0000016 | Y |
| 9 | Evatt Tamine Performance Review, | ET_0000019742 to | Y |

| Exhibit No. | Description | Identifier | Admitted |
|---|---|---|---|
|  | 2/5/2010 | ET_0000019745 |  |
| 10 | Email Exchange, Robert Brockman and Evatt Tamine, 9/2/2010 | ET_0000044709 to ET_0000044710 | Y |
| 11 | Email from Brockman to Tamine, 11/21/2013 | ET_0000058894 | Y |
| 12 | Tamine Performance Review, 6/4/2017 | MLATSW_020987 to MLATSW_020995 | Y |
| 14 | Email between Brockman and Tamine, 5/21/2011 | ET_0001791710 | Y |
| 15 | Email between Brockman and Tamine, 6/4/2011 | ET_0001791784 | Y |
| 16 | Letter from Tamine to Dr. Stuart Yudofsky, 6/5/2011 | ET_0001694180 to ET_0001694185 | Y |
| 17 | Email from Brockman to Tamine, 8/13/2017 | MLATSW_020952 | Y |
| 18 | Tamine Memo re: Frozen Accts, 7/29/2017 | MLATSW_020907 to MLATSW_020911 | Y |
| 19 | Email from Brockman to Tamine, 6/12/2011 | MLATSW_002276 | Y |
| 20 | Letter from Tamine to Brockman | ET_0001694884 to ET_0001694886 | Y |
| 21 | Email from Brockman to Tamine, 8/1/2015 | MLATSW_015369 | Y |
| 23 | Emails between Tamine and Brockman 7/26/2017 | MLATSW_020867 | Y |
| 24 | Emails between Tamine and Brockman 6/20/2015 | MLATSW_015263 to MLATSW_015265 | Y |
| 25 | Email from Tamine to Brockman 3/4/2014 | MLATSW_006702 | Y |
| 26 | Email from Brockman to Tamine and Don Jones 7/23/2008 | ET_0000015153 | Y |
| 27 | Email from Tamine to Yudofsky, 8/13/2015 | ET_0002071945 | Y |
| 28 | Subpoena to Vista |  | Y |
| 29 | Alaskan Trip Itinerary | SOL-0000584 | Y |

| Exhibit No. | Description | Identifier | Admitted |
|---|---|---|---|
| 32 | FTC Hearing Transcript, Vol. 1, 9/18/2019 | FTC-0000001 to FTC-0000110 | Y |
| 33 | FTC Hearing Transcript, Vol. 2, 9/19/2019 | FTC-0000111 to FTC-0000202 | Y |
| 34 | FTC Hearing Exhibits, Vol. 1 | FTC-0000472 to FTC-0000486; FTC-0000297 to FTC-0000299; FTC-0000316 to FTC-0000317; FTC-0000487; FTC-0000300 to FTC-0000303; FTC-0000294 to FTC-0000296; FTC-0000304 to FTC-000305 | Y |
| 35 | FTC Hearing Exhibits, Vol. 2 | FTC-0000292 to FTC-0000293; FTC-0000306 to FTC-0000311; FTC-0000432 to FTC-0000442; FTC-0000331 to FTC-0000356; FTC-0000357 to FTC-0000422; FTC-0000318 to FTC-0000330; FTC-0000423 to FTC-0000427; FTC-0000428 to FTC-0000431; FTC-0000312 to FTC-0000315; FTC-0000446 to FTC-0000469; FTC-0000443 to FTC-0000445; FTC- | Y |

| Exhibit No. | Description | Identifier | Admitted |
|---|---|---|---|
|  |  | 0000470 to FTC-0000471 |  |
| 36 | Brockman Deposition Transcript, 1/16/2019 | FTC-0000970 to FTC-0001048 | Y |
| 37 | Brockman Deposition Transcript, 1/17/2019 | FTC-0001253 to FTC-0001354 | Y |
| 38 | Letter Report, Dr. Ryan Darby, 6/18/2021 | DRD-0000009 to FTC-0000023 | Y |
| 39 | Darby Supplemental Report |  | Y |
| 40 | Examination Video, Dr. Ryan Darby | DRD-0000003 to DRD-0000005 | Y (under seal) |
| 40A | Dr. Ryan Darby Examination Video Clip, 18:47 to 21:15 | DRD-0000005 | Y |
| 41 | Polysomnography Report (Sleep Study), 4/29/2021 | MHH-0000001 to MHH-0000007 | Y |
| 42 | Titration Report (Sleep Study), 8/12/2021 | MHH-0000008 to MHH-0000019 | Y |
| 43 | PET Scan Reports, Dr. Ryan Darby |  | Y |
| 44 | Email from Brockman to Bart Chandler, 6/27/2020 | UCSH_0229197 | Y |
| 45 | Email from Brockman to Passmore, July 31, 2020 | UCSH_0229391 | Y |
| 46 | Email from Brockman to Cyndi Slade | UCSH_0229417 to UCSH_0229418 | Y |
| 47 | Email from Brockman to Passmore, 10/10/2020 | UCSH_0229970 | Y |
| 48 | Email from Brockman to Slade, 8/10/2020 | UCSH_0229464 to UCSH_0229465 | Y |
| 49 | Email from Brockman re Alaska Itinerary, 8/27/2018 | UCSH_0219578 to UCSH_0219579 | Y |
| 50 | Email from Brockman to Lerner, 9/6/2018 | UCSH_0219722 | Y |
| 51 | Email exchange between Brockman and Moss, 7/30/2020 | UCSH_0229389 | Y |
| 52 | DCS Board Resolution, 8/13/2020 | UCSH_0229512 to UCSH_0229526 | Y |
| 54 | Email exchange between Brockman and Arnett, 6/3/2020 | UCSH_0228917 to UCSH_0228919 | Y |

| Exhibit No. | Description | Identifier | Admitted |
|---|---|---|---|
| 55 | Email exchange between Brockman and Barras, 2/13/2020 | UCSH_0227075 to UCSH_0227076 | Y |
| 56 | Email exchange between Brockman and Barras, 3/1/2020 | UCSH_0227291 to UCSH_0227294 | Y |
| 57 | Email exchange between Brockman and Barras, 6/3/2020 | UCSH_0228922 | Y |
| 58 | Brockman Deposition Video, Kellogg Hansen 1/16/2019 | FTC-0001735, FTC-0001667, FTC-0001673, | Y |
| 58A | Clip #2, Brockman_R-011619-3of3.mpg, 1:58-5:45 | FTC-0001673 | Y |
| 58B | Clip #3, Brockman_R-011619-3of3.mpg, 0:17-1:57 | FTC-0001673 | Y |
| 58C | Clip #4, Brockman_R-011619-1of3.mpg, 8:40-15:45 | FTC-0001735 | Y |
| 58D | Clip #5, Brockman_R-011619-1of3.mpg, 2:05-5:01 | FTC-0001735 | Y |
| 59 | Brockman Deposition Video, Kellogg Hansen 1/17/2019 | FTC-0001786, FTC-0001785, FTC-0001873, FTC-0001872 | Y |
| 59A | Clip #1, Brockman_R-011719-4of4.mpg, 9:50-17:00 | FTC-0001872 | Y |
| 59B | Clip #6, Brockman_R-011719-1of4.mpg, 1:15:50-1:18:55 | FTC-0001786 | Y |
| 60 | Transcript, Deposition of Norman Barras, April 15, 2021 | CAM-0000702 to CAM-0001081 | Y |
| 63 | Email from Brockman to Moss, 12/16/2018 | UCSH 0221292 | Y |
| 67 | Email from Brockman to Moss 10/14/2018 | CM-00023194 | Y |
| 68 | Email from Brockman to Moss 1/2/2020 | CM-00027155 to CM-27232 | Y |
| 69 | Email from Brockman to Moss 5/11/2020 | CM-00028695 | Y |
| 70 | Email from Brockman to Moss 11/13/2020 | CM-00029368 | Y |
| 71 | Email from Brockman to Moss, 10/21/2019 | CM-00026581 | Y |

| Exhibit No. | Description | Identifier | Admitted |
|---|---|---|---|
| 73 | Email from Barras to Moss, 8/14/2020 | CM-00016846 | Y |
| 77 | Video, Brockman Reynolds & Reynolds Speech, 2019 | UCSH 0212042 | Y |
| 77A | Video, Brockman Reynolds & Reynolds Speech Clip, 2019, 41:40-44:47 | | Y |
| 78 | Declaration of Kathryn Keneally, 12/8/2020 | N.D. Cal. Dkt. No. 64-1 | Y |
| 79 | Declaration of Peter Romatowski | N.D. Cal. Dkt. No. 64-3 | Y |
| 80 | Request for Medical Discovery, 11/19/2020 | | Y |
| 81 | Taxpayer Conference Letter 4/9/2020 | | Y |
| 82 | Taxpayer Conference Letter Exhibits | | Y |
| 83 | Dr. Dietz Report | PDA-0000025 to PDA-0000069 | Y |
| 84 | Dr. Dietz Supp. Report | | Y |
| 85 | Dr. James L. Pool, Examination Notes, 6/14/2021 | RTBrockman_Medical_Records0005409 | Y |
| 86 | Dr. Ponisio 10/25/21 Report | | Y |
| 87 | Tamine Immunity Agreement | | Y |
| 88 | Dr. Dietz Second Supplemental Report | PDA-0000353 to PDA-0000372 | Y |
| 89 | Video of Guilmette Exam (July) | | Y (under seal) |
| 90 | Transcript of Guilmette Exam (July) | | Y (under seal) |
| 91 | Video of Agronin Exam (July) | | Y (under seal) |
| 91A | Excerpt from Agronin July Exam Video | | Y |
| 92 | Transcript of Agronin Exam (July) | | Y (under seal) |
| 93 | Video of Dietz and Denney Exam (October) | | Y (under seal) |
| 94 | Transcript of Dietz and Denney Exam (October) | PDA-0000314 to PDA-0000352 | Y (under seal) |
| 95 | Records of Dr. Scott Lisse | | Y (under seal) |
| 95A | Lisse records of January 2018 visit | | Y (under seal) |
| 95B | Lisse records of August 2018 visit | | Y (under seal) |

| Exhibit No. | Description | Identifier | Admitted |
|---|---|---|---|
| 95C | Lisse records of September 2015 visit | | Y (under seal) |
| 104 | 5/3/17 Email Exchange between Dr. Yudofsky and Defendant | YUDOFSKY-000034_0001 | Y |
| 115 | Email from Defendant to Passmore 10/9/19 | UCSH_0225102 | Y |
| 116 | Dec. 2018 Reynolds & Reynolds Video | UCSH 0210542 | Y |
| 116A | Dec. 2018 Reynolds & Reynolds Video 24:20 to 26:11 | UCSH 0210542 | Y |
| 117 | Form 8275 Disclosure | | Y (Under Seal) |
| 118 | Letter from Charles Rettig to IRS, May 13, 2015 | | Y (Under Seal) |
| 119 | Dr. Denney Exam Score Sheet | DBD-0000178 | Y |
| 120 | Dr. Denney WMT Validity Test Raw Data Graph | DBD-0000124 to 126 | Y |
| 121 | Dr. Denney NV-MSVT Raw Data Graph | DBD-0000075 to 76 | Y |
| 122 | "Determination of the Smoking Gun of Intent" Binder article | | Y |
| 123 | "Intent to Fail" Binder article | | Y |
| 124 | Denney Blank Test Sample Sheet 1 | | Y |
| 125 | Brockman Rey 15 Score Sheet | DBD-0000235 | Y |
| 126 | Denney Test Sample Sheet 2 | | Y |
| 127 | Guilmette Iowa Test Score Summary Table | RTBrockman_Medical_Records_0001877 | Y |
| 128 | Guilmette Rey Test Data Score Sheet | RT_Brockman_Medical_Records_0006293 | Y |
| 129 | Dr. Guilmette Figure Recall Scoresheet | RT_Brockman_Medical_Records_0006290 | Y |
| 130 | Dr. Denney Core Memory Index Chart | | Y |
| 131 | Memo from RB to Don Jones and ET | ET_0000015039 | Y |
| 133 | Email from RB to ET, 6/19/2017 | MLATSW_020479 | Y |
| 134 | 12/2011 To-do List | MLATSW_002426 | Y |
| 135 | Email from ET to RB | MLATSW_005621 | Y |

| Exhibit No. | Description | Identifier | Admitted |
|---|---|---|---|
| 136 | RB & ET Email Chain 5/5/2014 | MLATSW_007905 | Y |
| 137 | Email Chain 5/13/2013 | MLATSW_003607 | Y |
| 139 | RB & ET Email Chain 4/2/2015 | MLATSW_013209 | Y |
| 140 | Fig 3 Reduction in temporoparietal metabolism | | Y |
| 141 | Fig 2 Regions with reduced metabolism comparing PDD patient and PD-MCI patients | | Y |
| 142A | P. Edison, "Mayloid, hypometabolism, and cognition in Alzheimer disease" | | Y |
| 142B | Posterior parietooccipital hypometabolism may differentiate mild cognitive impairment from dementia in Parkinson's disease | | Y |
| 143 | Darby Slide 6 | | Y |
| 144 | Email between Barras and Jackson, 4/1/2020 | UCSH 0230485 | Y |
| 146 | Emails between Barras and Jackson, 11/24/2020 | UCSH 0230699 to 700 | Y |
| 147 | Emails between M. Bates and Barras, 2/16/2021 | RB-00010403 to 04 | Y |
| 148 | Emails between Barras and Jackson, 6/19/2020 | UCSH 230523 to 24 | Y |
| 149 | Emails between Barras and Jackson | UCSH 0230604 | Y |
| 150 | Emails between Barras and Burnett | RB-00010447 | Y |
| 151 | 6 emails produced by UCSH on 11/18/21 regarding Jim Jackson and Tommy Barras | UCSH 0231176-79; UCSH 0231180-82; UCSH 0231184-85 | Y |
| 152 | Email from Jackson to Barras re "Two IRS Agents" 12/13/2020 | | Y |
| 153 | 2015 Health Document received from Dr. Scott Lisse | | Y (Under Seal) |
| 156 | Lai Records, 1/8/2020 Office Visit | HMH-0000141 to 161 | Y |
| 157 | Lai Records, 2/12/2020 Office Visit | HMH-0000079 to 104 | Y |
| 158 | Lai Records, 2/2/2021 Office Visit | HMH-0000031 to 44 | Y |
| 159 | Brockman to Yudofsky Email | UCSH 0221872 | Y |

| Exhibit No. | Description | Identifier | Admitted |
|---|---|---|---|
| | 1/20/2019 | | |
| 160 | Interview Notes, Agronin & F. Gutierrez | Brockman_0002176 | Y |
| 161 | "Ethical Issues Associated with the Assessment of Exaggeration, Poor Effort, and Malingering," Iverson, G., Applied Neuropsychology | | Y |
| 162 | "AACN 2021 Consensus Statement" Sweet, J, et al., The Clinical Neuropsychologist | | Y |
| 163 | A-Test Sheet, July 13, 2021 | | Y |
| 164 | MSVT Scores Oct. 2, 2021 | RTBrockman_Medical_Records_0006271-73 | Y |
| 165 | "Use of the Rey 15-Item Test as a performance validity test in an elderly population", R. Fazio, Applied Neuropsychology | | Y |
| 166 | Rey 15 Score Sheet, Oct. 2, 2021 | RTBrockman_Medical_Records_0006293-94 | Y |
| 167 | "Coin-in-the-hand" test score sheet, Oct. 2, 2021 | RTBrockman_Medical_Records_0006261 | Y |
| 168 | Conners CPT3 Assessment Report, Oct. 2, 2021 | RTBrockman_Medical_Records_0006262 | Y |
| 169 | AACN Consensus Statement, 2009 | | Y |
| 170 | Progression of FDG-PET Slide | | Y |
| 171 | Whitlow PET Comparison | | Y |
| 172 | Age-Specific and Sex Specific Prevalence . . ." Hassler | | Y |
| 173 | "Associations among vascular risk factors . . ." Lockhart article | | Y |
| 175 | Transcript of Initial Appearance | | Y |

Submitted on December 7, 2021

>DAVID A. HUBBERT
>ACTING ASSISTANT
>ATTORNEY GENERAL
>
>*s/ Corey J. Smith*
>COREY J. SMITH
>Senior Litigation Counsel
>Mass. Bar No. 553615
>Corey.smith@usdoj.gov
>Tele: 202-514-5230