

Deposition of:
# Norman Thomas Barras, Jr.

*April 15, 2021*

In the Matter of:

# Cox Automotive, Inc., et al vs. The Reynolds and R

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |



GOVERNMENT EXHIBIT

4:21-CR-009-GCH
No. 60

CAM-0000702

HIGHLY CONFIDENTIAL

Page 1

1

                    AMERICAN ARBITRATION ASSOCIATION

2                          -   -   -

          COX AUTOMOTIVE, INC.;        :   AAA Case No.

3         AUTOTRADER.COM, INC.;        :   01-19-0000-4548

          DEALER DOT COM, INC.;        :

4         DEALERTRACK, INC.;           :

          HOMENET, INC.; KELLEY        :

5         BLUE BOOK CO., INC.;         :

          VAUTO, INC.;                 :

6         VINSOLUTIONS, INC.; and      :

          XTIME, INC.,                 :

7                       Claimants,     :

                                       :

8             vs.                      :

                                       :

9         THE REYNOLDS AND             :

          REYNOLDS COMPANY,            :

10                      Respondent.    :

11

                           -   -   -

12

                       April 15, 2021

13

                    HIGHLY CONFIDENTIAL

14

                           -   -   -

15

16              Videotaped deposition of NORMAN

17   THOMAS BARRAS, JR., taken via Zoom, beginning

18   at 8:50 a.m., before LINDA ROSSI-RIOS, a

19   Federally Approved Registered Professional

20   Reporter, Certified Court Reporter and Notary

21   Public.

22                          -   -   -

                    VERITEXT LEGAL SOLUTIONS

23                     MID-ATLANTIC REGION

                 1801 Market Street - Suite 1800

24                  Philadelphia, PA   19103

CAM-0000703

HIGHLY CONFIDENTIAL

```
                                              Page 2
 1     A P P E A R A N C E S :
 2
 3      On behalf of the Claimants, Cox
        Automotive, Inc.; Autotrader.com, Inc.;
 4      Dealer Dot Com, Inc.; Dealertrack, Inc.;
        HomeNet, Inc.; Kelley Blue Book Co., Inc.;
 5      vAuto, INC.; VinSolutions, Inc.; and
        Xtime, Inc.
 6
              KELLOGG HANSEN TODD FIGEL &
 7            FREDERICK PLLC
              BY:  MICHAEL N. NEMELKA, ESQUIRE
 8                   and
                  DANIEL DORRIS, ESQUIRE
 9            1615 M Street, N.W.
              Suite 400
10            Washington, DC  20036
              202.326.7900
11            mnemelka@kelloghansen.com
              ddorris@kellogghansen.com
12
13
        On behalf of the Respondent and the
14      Witness
15            SUSMAN GODFREY LLP
              BY:  HARRY SUSMAN, ESQUIRE
16            1000 Louisiana
              Suite 5100
17            Houston, TX  77002-5096
              713.651.9366
18            hsusman@susmangodfrey.com
19     A L S O   P R E S E N T :
20
              SCOTT CHERRY, ESQUIRE
21            The Reynolds and Reynolds Company
22            ANDREW KIZZIE, Paralegal,
              Kellogg Hansen Todd Figel & Frederick
23
              SCOTT FORMAN, Videographer
24                     -   -   -
```

CAM-0000704

HIGHLY CONFIDENTIAL

```
                                                      Page 3

  1                        I    N    D    E    X
  2
        WITNESS                                       PAGE
  3
      NORMAN  THOMAS  BARRAS,  JR.
  4
         By  Mr.  Nemelka                             10
  5
  6
                        E    X    H    I    B    I    T    S
  7
        MARKED                DESCRIPTION              PAGE
  8
      Exhibit  CX-72   USCH  0228922                   48
  9
      Exhibit  CX-73   USCH  0228641  -  0228644      132
 10
      Exhibit  CX-74   Second  Supplemental           154
 11                    Response  (Corrected
                       Final)
 12
      Exhibit  CX-75   FTC  Supplemental              159
 13                    Response
 14   Exhibit  CX-76   UCSH  0227291  &  0227292      172
 15   Exhibit  CX-77   UCSH  0228917  -  0228919      183
 16   Exhibit  CX-78   REYMDL00044042  &             197
                       00044043
 17
      Exhibit  CX-79   REYMDL00226199  -             209
 18                    00226200  002
 19   Exhibit  CX-80   REYMDL00263558                212
 20   Exhibit  CX-81   REYMDL00045418                219
 21   Exhibit  CX-82   REYAAA00099367  -             227
                       00099369
 22
      Exhibit  CX-83   REYMDL00044034  -             229
 23                    00044040
 24   Exhibit  CX-84   REYMDL00045379                245
```

CAM-0000705

HIGHLY CONFIDENTIAL

Page 4

```
 1              E X H I B I T S  (cont'd.)
 2  Exhibit CX-85  REYMDL00045405 &        253
                   00045406
 3
    Exhibit CX-86  REYMDL00045571 &        257
 4                 00045572
 5  Exhibit CX-87  REYMDL00049086          260
 6  Exhibit CX-88  REYMDL00065479 -        263
                   00065481
 7
    Exhibit CX-89  REYMDL00071225 &        274
 8                 00071226
 9  Exhibit CX-90  REYMDL00122040 -        283
                   00122042
10
    Exhibit CX-91  REYMDL00183498          287
11
    Exhibit CX-92  REYMDL00251062 &        295
12                 00251063
13  Exhibit CX-93  REYMDL00262436          301
14  Exhibit CX-94  REYMDL00333760 &        304
                   00333761
15
    Exhibit CX-95  REYMDL00496899 -        307
16                 00496911
17  Exhibit CX-96  VISTA-COX_0000392 -     319
                   0000423
18
19
20
21
22
23
24
```

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

CAM-0000706

HIGHLY CONFIDENTIAL

Page 5

```
1                  DEPOSITION  SUPPORT  INDEX
2       DIRECTION  TO  WITNESS  NOT  TO  ANSWER
3       Page     Line
4        75        13
         77         9
5        77        19
         78         7
6        78        13
         79        13
7
8
9
        REQUEST  FOR  PRODUCTION  OF  DOCUMENTS
10
        Page     Line
11
        (None)
12
13
14      STIPULATIONS
15      Page     Line
16       73        16
17
18
19
        QUESTIONS  MARKED
20
        Page     Line
21
        (None)
22
23
24
```

CAM-0000707

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 6

```
1                       -    -    -

2              COURT REPORTER:  The attorneys

3         participating in this deposition

4         acknowledge that I am not physically

5         present in the deposition room, and

6         that I will be reporting this

7         deposition remotely.

8              They further acknowledge that in

9         lieu of an oath administered in person,

10        I will administer the oath remotely.

11             The parties and their counsel

12        further agree that the witness may be

13        in a state where I am not a Notary and

14        stipulate to the witness being sworn in

15        by an out-of-state Notary.

16             If any party does have an

17        objection to this manner of reporting,

18        please state so now.

19             (No objections.)

20                      -    -    -

21             THE VIDEOGRAPHER:  Also the

22        deposition will take place in central

23        time because the witness is in Houston

24        today.
```

CAM-0000708

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 7

1              Good morning.  We're going on

2        the record at 8:50 a.m. on April 15,

3        2021.

4              This is media unit 1 of the

5        video recorded deposition of Tommy

6        Barras in the matter of Cox Automotive,

7        Inc. et al. versus The Reynolds and

8        Reynolds Company filed in the American

9        Arbitration Association, Case Number

10        01-19-4548.

11              This deposition is being held at

12        Susman Godfrey LLP.

13              My name is Scott Forman from the

14        firm Veritext.  I'm the videographer.

15              The court reporter is Linda

16        Rossi-Rios from the firm Veritext.

17              I am not related to any party in

18        this action, nor am I financially

19        interested in the outcome.

20              Counsel will now state their

21        appearances and affiliations for the

22        record.

23              MR. NEMELKA:  Mike Nemelka on

24        behalf of Cox Automotive with the law

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 8

1          firm of Kellogg Hansen.

2                    MR. SUSMAN:  Harry Susman on

3          behalf of the respondent, Reynolds and

4          Reynolds, and the witness.  Law firm

5          Susman Godfrey.  With me by Zoom is

6          Scott Cherry, general counsel of

7          Reynolds and Reynolds.

8                    By the way, Mike, for what it's

9          worth, I'm sitting in the same room

10         with Mr. Barras.  I'll just keep my

11         Zoom on.

12                   MR. NEMELKA:  I appreciate that.

13         Thanks, Harry.

14                   MR. SUSMAN:  I may from time to

15         time, I may walk over there to try to

16         help him.  I'm not sure on the Exhibit

17         Share, how that's --

18                   MR. NEMELKA:  And it will help

19         for me to see when you object, too, to

20         still see you on camera.  Thank you

21         very much.

22                   THE VIDEOGRAPHER:  Pause for a

23         second to make sure we have everybody.

24                   MR. CHERRY:  I'm not --

CAM-0000710

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 9

1          THE VIDEOGRAPHER:  I'm sorry.
2      Please go ahead.
3          MR. CHERRY:  Just want to
4      note -- let you know, Mike, I am not in
5      the same room as Mr. Barras.
6          MR. NEMELKA:  Okay.  I should
7      also note I have -- Harry, I have Drew
8      Kizzie with me again, my paralegal, to
9      help me with the exhibits given the
10     remote nature of this deposition.
11          MR. SUSMAN:  Great.  Thank you
12     very much.
13          THE VIDEOGRAPHER:  Will the
14     court reporter please swear in the
15     witness.
16              -   -   -
17          NORMAN THOMAS BARRAS, JR., after
18     having been duly sworn, was examined
19     and testified as follows:
20              -   -   -
21          THE VIDEOGRAPHER:  We may
22     proceed counsel.  Thank you very much.
23              -   -   -
24              EXAMINATION

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 10

```
 1                          -   -   -
 2      BY MR. NEMELKA:
 3              Q.    Good morning, Mr. Barras.
 4              A.    Good morning.
 5              Q.    My name is Mike Nemelka, and I
 6      have the opportunity to ask you questions
 7      today during your deposition.
 8                    Would you, please, state your
 9      full name for the record?
10              A.    My given name is Norman Thomas
11      Barras, Jr., but I go by Tommy.
12              Q.    Where do you currently reside?
13              A.    Houston, Texas.
14              Q.    What is your address?
15              A.                              Houston, Texas
16      77024.
17              Q.    Where are you employed?
18              A.    With Reynolds and Reynolds.
19              Q.    What is your current position?
20              A.    I'm CEO and president.
21              Q.    How long have you been CEO and
22      president?
23              A.    I was promoted in June 2020 to
24      president and CEO in November of 2020.
```

CAM-0000712

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 11

1          Q.     How long have you been with
2     Reynolds and Reynolds?
3          A.     44 years.  It will be 45 in June.
4          Q.     I'd like to walk through your
5     history with the company, but first let's
6     start with your -- with your background before
7     you joined the company.  Did you -- did you go
8     to college?
9          A.     No, I did not.
10         Q.     Did you graduate from high school?
11         A.     Yes, I did.
12         Q.     Which high school?
13         A.     It's a school in Louisiana.
14         Q.     And is that where you grew up,
15    in Louisiana?
16         A.     That's where my mother grew up,
17    in Louisiana.  She moved -- she moved the
18    family there when my mother and father
19    divorced.
20         Q.     Where did you grow up?
21         A.     Houston.
22         Q.     Houston.  And then you graduated
23    from high school in Louisiana?
24         A.     Correct.

CAM-0000713

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 12

```
 1            Q.     And what did you do after high
 2    school?
 3            A.     Started working for Reynolds.
 4    UCS at that time.
 5            Q.     Wow.  So you -- so your first
 6    job after high school was working with -- for
 7    UCS?
 8            A.     Well, I would call it my first
 9    real job.  I had, you know, busboy, you know,
10    restaurant-type jobs, store.  The first real
11    job I had out of high school was with Reynolds
12    and Reynolds, or UCS at the time.
13            Q.     How old were you when you
14    started at UCS?
15            A.     17.
16            Q.     And did Mr. Brockman personally
17    hire you?
18            A.     Yes.
19            Q.     And what position did he hire
20    you for when you first started at Reynolds?
21            A.     It was UCS back then.
22            Q.     UCS, thank you.
23            A.     The company was very small at
24    the time.  I'm their number three person
```

CAM-0000714

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 13

1    hired.  So we were hired to do everything.

2    Essentially I wore many hats.

3         Q.    So you're employee number three?

4         A.    Correct.

5         Q.    Is Mr. Brockman employee number

6    one?

7         A.    Correct.

8         Q.    Who is employee number two?

9         A.    Mr. Nalley, Rob Nalley.

10        Q.    How did you become aware of UCS

11   as a teenager?

12        A.    Well, my father was an accountant

13   for the railroad here in Houston, and he had

14   an employee working for him that worked part

15   time for Bob.  And I was -- in those days I

16   would accompany my father to work.  I was very

17   interested in the computers.  And long story

18   short, the employee that worked for my father

19   introduced me to Bob, and that was the

20   beginning of the story.

21        Q.    And so your responsibilities --

22   you said everything, but give me some examples

23   of what your responsibilities were when you

24   started at Reynolds as a -- at age 17?

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 14

1          A.      At UCS I was -- at that time,

2     the company was -- how do you say it -- an

3     inventory management system where we sold or

4     we provided inventory on a pad, a printout for

5     dealerships.  They would post their

6     transactions on those pads and then return

7     them to UCS where we keypunch, process and

8     produce new print reports for them to be used

9     for the next week's business.  So I picked up

10    the work from the bus stations and brought

11    them to the company, and Bob and others would

12    process them, give them back to me and I'd

13    bring them back to the bus station, ship them

14    back to the customer.

15          Q.      What year was that when you

16    joined Reynolds?

17          A.      1976.

18          Q.      Did you -- try to do this in a

19    somewhat organized way.  Did you have a -- did

20    you have a job title?

21          A.      I wouldn't -- well, I couldn't

22    tell you.  I was an employee.  How about that?

23          Q.      Well, what was the first job

24    title you did have at Reynolds beyond -- at

CAM-0000716

Page 15

1     UCS beyond employee?

2              A.     Well, I went from kind of the

3     back office guy to working in the computer

4     room, basically working with the computers to

5     process the work.  So my first title would

6     have been computer operator.

7              Q.     When was that?

8              A.     Probably 1977, but I'd have to

9     go back in my memory and try to figure out

10    exact dates and stuff.  But it was early on,

11    you know.

12             Q.     Close enough.  And did you work

13    closely with Mr. Brockman from the start?

14             A.     There was only -- there was only

15    a handful of us in the company, yes.

16             Q.     So then you were a computer

17    operator, and what were -- what were your

18    responsibilities then?

19             A.     To -- I have to -- after the

20    print reports would come in and the

21    keypunchers punched the changes, we'd take a

22    deck of card and run them in through a program

23    and process those transactions against the

24    current inventory for the customer and produce

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 16

1    new reports for the dealer to keep track of

2    the sales for the next week.  I would do

3    everything from running the programs to update

4    the inventory, to printing the reports.  In

5    those days we'd actually put the hat on to

6    burst it and wrap it and ship it to the

7    customer as well.  There wasn't really defined

8    roles.  We did what we needed to be done to

9    get the customers updated reports.

10        Q.    Was this in Houston?

11        A.    Yes.

12        Q.    Going down chronologically, what

13   was the next material change in your job

14   responsibilities?

15        A.    Well, I went from a computer

16   operator to lead operator.  And then I was the

17   head of the operations, the computer

18   operations area.  The whole time, though,

19   during the early days I was very interested in

20   the programming side of the business.  And

21   when there were down times, I would program.

22   And Bob would give me projects to work on and

23   give me materials to read, and I kind of

24   sucked up -- you know, sucked up every

CAM-0000718

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 17

1    language he threw at me, every project he

2    threw at me in my spare time, which was --

3    well, I basically lived here.  I lived with

4    the company because I just loved the business

5    and loved the opportunity to be a programmer.

6    A year later I moved into the programming

7    department as a programmer.

8            Q.    Mr. Brockman was also -- did

9    programming at that time for Reynolds.

10   Correct?

11           A.    For UCS, correct.

12           Q.    For UCS.  Can we agree -- I

13   understand that UCS acquired Reynolds in 2006,

14   but, you know, it's -- I've lived with this

15   company for years, you know, and it's going to

16   be hard for me to refer to it as UCS.  Can we

17   agree that the time period before 2006, when I

18   refer to your experience at UCS, and if I say

19   Reynolds, that I actually mean UCS?

20                 MR. NEMELKA:  Is that okay.

21           Harry?

22                 MR. SUSMAN:  If you just do

23           it -- if you can, sure, if he says UCS.

24                 THE WITNESS:  Well, UCS means a

CAM-0000719

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 18

1          lot to me.  Okay.  It's part of my

2          blood, it's part of my history.  So I

3          will probably correct you whether we

4          agree or not.  But I agree.

5     BY MR. NEMELKA:

6          Q.    I just want to make sure we

7     understand each other, what I'm referring to,

8     but I'll do my best to refer to UCS pre-2006.

9          A.    Okay.

10         Q.    So you're -- you were essentially

11    a self taught programmer.  Is that right?

12         A.    Correct.

13         Q.    And you became head of computer

14    operations for UCS.  Do you recall the

15    approximate time frame when that occurred?

16         A.    Towards the end of 1977, maybe

17    into 19 -- I'm sorry, '77 to '78, but it

18    wasn't long that I moved away from computer

19    operations into the programming area.

20         Q.    So now moving forward

21    chronologically, did you -- did your

22    responsibilities at UCS become primarily on

23    the programming side?

24         A.    In the early days, again, we

CAM-0000720

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 19

1    wear -- we wore multiple hats, but my focus

2    was on the development of software.  And when

3    we needed, I was computer operator.  And when

4    they needed the work taken to the bus station,

5    we did that as well.  So kind of wore all

6    hats.  But my primary focus was on software

7    development.

8         Q.    So Reynolds had this inventory

9    tracking product?

10        A.    Parts inventory, correct.

11        Q.    In your product development, did

12   you help develop the dealer management system

13   that Reynolds offered -- again, that UCS

14   offered?

15        A.    In the beginning there was this

16   parts inventory management system, but from

17   there our focus turned to providing, you know,

18   software applicaions and systems for the

19   dealer in the dealership.  We -- you know, Bob

20   and I worked with others to create parts

21   inventory, accounting, service applications,

22   vehicle applications, F&I.  You know, all

23   applications that would -- that was needed to

24   run a dealership I was involved in.

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 20

1          Q.      And so is -- let's talk about

2     this by decade so we can -- so in the '80s,

3     what were your responsibilities at Reynolds in

4     the '80s?

5          A.      To create and enhance and build --

6     build online applications, in dealership

7     applications for our dealerships.

8          Q.      And after head of computer

9     operations, did you have a different title in

10    the '80s?

11         A.      I probably had several titles in

12    the '80s.  I was computer programmer in the

13    beginning and then I led a team of developers

14    and then worked my way into managing the

15    entire programming department.

16         Q.      All right.  Now let's talk about

17    the '90s.  What were your responsibilities at

18    UCS in the '90s?

19         A.      I continued to run, you know,

20    the software development organization as a

21    group.  I also was in charge -- put in charge

22    of our, what we call our IT operations area,

23    which was basically maintaining PCs.  In those

24    days we didn't really have servers.  But, you

CAM-0000722

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 21

1    know, we had devices that were on everyone's

2    desk that we used to program and run the

3    business, support the business.

4         Q.    When did you become chief

5    technology officer?

6         A.    Now you're going to catch me off

7    guard because I didn't -- I didn't go back and

8    look at my history.

9         Q.    That's okay.

10         A.    I was promoted to vice

11    president, chief technology officer I want to

12    say in the '90s, but I don't have a date in my

13    memory at the moment.

14         Q.    Did you have any ownership

15    interest in UCS at the time?

16         A.    You'll have to be more specific.

17         Q.    Before the Reynolds and UCS

18    transaction, did you have any ownership

19    interest in UCS?

20         A.    In the late '90s Bob created --

21    made available for me to become a stockholder

22    in UCS.

23         Q.    And what was your interest, how

24    much?

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 22

1          A.      Again, the specifics at that

2     time I'm unclear of.  Today I'm a 1 percent

3     owner.

4          Q.      Today you're a 1 percent owner.

5     Did you -- did any of your ownership

6     interest -- did you cash out any of your

7     ownership interest in the Reynolds

8     transaction?

9          A.      No.

10         Q.      No.  Have you ever cashed out

11    any of your ownership interest in Reynolds or

12    UCS?

13         A.      No.

14         Q.      Throughout the '80s and '90s,

15    did you continue to work closely with

16    Mr. Brockman as you -- as you performed these

17    responsibilities?

18         A.      Yes.

19         Q.      So did your -- the

20    responsibilities you described in the '90s in

21    terms of developing these software and --

22    software applications for dealerships, and

23    heading up that effort, did your

24    responsibilities change at all or is that --

CAM-0000724

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 23

1    or encompass anything else or was that it?

2         A.    I'm not sure I understand the

3    question.

4         Q.    Besides the responsibilities you

5    described in the '90s, did you have any others

6    at UCS?

7         A.    No.  That was my responsibilities,

8    yes.

9         Q.    Who did you report to?

10        A.    Bob Brockman.

11        Q.    During your entire time at UCS

12   did you report to Mr. Brockman?

13        A.    Yes.

14        Q.    You never reported to anybody

15   else?

16        A.    Yeah, that's -- back in the

17   early days there may have been someone that I

18   reported to, but I don't recall.

19        Q.    At least for the '80s and '90s

20   and afterwards you reported to Mr. Brockman.

21   Is that right?

22        A.    That's correct.

23        Q.    At the time of the Reynolds and

24   UCS transaction, were you still chief

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 24

1    technology officer?

2              A.    Yes.

3              Q.    And then after 2006 was that

4    still your title, chief technology officer?

5              A.    Correct.

6              Q.    And so now let's -- in this

7    chronology, now we're in 2006, after the

8    acquisition, or after the transaction, what

9    were your responsibilities at Reynolds?

10             A.    The same responsibilities over

11   development and the IT operations of the

12   company, of the combined company.

13             Q.    What was your next -- how long

14   were you chief technology officer at Reynolds?

15             A.    I was chief technology officer

16   until I was promoted in June of 2020.

17             Q.    So you were -- had the same

18   position until you were promoted in June 2020

19   to the role of president?

20             A.    Correct.

21             Q.    How did your responsibilities

22   change when you were -- when you were promoted

23   in June 2020 to president?

24             A.    Well, the promotion -- my

CAM-0000726

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 25

1    promotion was part of an executive decision to
2    create an executive team.  There were seven of
3    us, you know, put into positions, into
4    executive VP titles that basically you created
5    the team that would run Reynolds, and I was
6    the lead.
7            Q.    Who did you report to when you
8    were president?
9            A.    To Mr. Brockman.
10           Q.    Did he retain the CEO title?
11           A.    Yes.
12           Q.    And still was chairman?
13           A.    Yes.
14           Q.    When did you become CEO?
15           A.    In November of 2020.
16           Q.    Do you recall the precise date
17   in November?
18           A.    I do not recall the exact date,
19   but it was early November.
20           Q.    And before that time, did you --
21   did you report to Mr. Brockman as president?
22   Was there any time before November 2020 that
23   you did not report to Mr. Brockman when you
24   were president?

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 26

1          A.     I was reporting to Mr. Brockman.

2          Q.     After November 2020, what role

3    did Mr. Brockman take in the company when he

4    was no longer CEO?

5          A.     Bob Brockman resigned in

6    November of 2020 executing the disability

7    provisions in his employment agreement.  With

8    that resignation, he did not -- he no longer

9    had a role inside of Reynolds.

10          Q.     Was he still chairman of the

11   board?

12          A.     No.

13          Q.     When did he resign as chairman

14   of the board?

15          A.     November of 2020.

16          Q.     At the same time?

17          A.     Yes.

18          Q.     Before Mr. Brockman resigned,

19   who was on Reynolds' board of directors?

20          A.     The board consisted of

21   Mr. Brockman and Mr. Al Deaton.

22          Q.     Brockman and who?

23          A.     Mr. Al Deaton.

24          Q.     Who is Al Deaton?

CAM-0000728

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 27

1          A.      Friend and confidant of

2     Mr. Brockman's.

3          Q.      How does Mr. Brockman know him?

4          A.      Their relationship is really

5     long and old.  I don't know how they came to

6     know each other.

7          Q.      Did Mr. Deaton have any role in

8     Reynolds besides being on the board with

9     Mr. Brockman?

10         A.      Mr. Deaton was a long time

11    advisor to the company.  He was around as a

12    friend and, you know, consultant for decades,

13    so his title and role was on the board.

14         Q.      How long was that -- for what

15    time period was that the board's composition,

16    Mr. Brockman and Mr. Deaton?

17         A.      I don't have the -- I don't know

18    the answer to that question.

19         Q.      When did it start?

20         A.      I don't know the answer to that

21    question.

22         Q.      Are you aware before November 2020

23    of Reynolds' board being anything other than

24    Mr. Brockman and Mr. Deaton?

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 28

1        A.      I'm unaware.

2        Q.      After November 2020 who -- and

3    Mr. Brockman resigned, who was on the board of

4    directors for Reynolds?

5        A.      So I am the chairman of the

6    board and Jim Jackson is a board member.

7        Q.      You're the chairman and Jim

8    Jackson.  Who is Jim Jackson?

9        A.      Jim Jackson is a long-time

10   associate, a long-time friend of both Bob and

11   myself, a pastor of Chapelwood Methodist

12   Church, and someone we -- someone I count on

13   and have counted on for a long time.

14       Q.      Are you a member of that -- of

15   the congregation of that Methodist church?

16       A.      At Chapelwood, yes.

17       Q.      Is Mr. Brockman a member of

18   Chapelwood as well?

19       A.      Yes.

20       Q.      Who decided to place him on the

21   board of Reynolds?

22       A.      Place?

23       Q.      Mr. Jackson.

24       A.      I did.

CAM-0000730

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 29

1      Q.    Did you talk to Mr. Brockman
2   about that choice?
3      A.    I don't recall.
4      Q.    Who decided to place you as the
5   chairman of the board of Reynolds?
6      A.    Mr. Brockman.
7      Q.    So you talked to Mr. Brockman
8   about that appointment?
9      A.    We talked about that appointment,
10  yes.
11     Q.    And you had that conversation in
12  November 2020?
13     A.    Prior to his resignation, yes.
14     Q.    Did you discuss with him who
15  else should be on the board besides you?
16     A.    I believe we had conversations.
17  I'm not sure if names were talked about.  I
18  don't recall.
19     Q.    But you did have --
20     A.    I'm sure --
21     Q.    You did have -- sorry, go ahead.
22     A.    I'm sure we talked about it,
23  yes.
24     Q.    When was the last time you spoke

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 30

```
 1      with Mr. Brockman?

 2             A.     Monday of this week.

 3             Q.     So that would be April 12.  What

 4      did you talk to him about?

 5             A.     I am -- I am friends with the

 6      Brockman family.  The Brockman family is my

 7      family.  I visit with the Brockmans frequently

 8      because they're my friends and my family.

 9      When we visit, we talk about many things that

10      friends would talk about; hunting, fishing,

11      sports, politics, our families.  Both families

12      have a love for dogs.  And my wife is --

13      raises and shows Cocker Spaniels all over the

14      country.  We frequently talk about her events

15      and how she did at the shows.  We talk about,

16      you know, our adventures with the dogs, and

17      the -- we have a pack of dogs actually that we

18      care for and show and breed.  So we talk about

19      what friends would talk about.

20             Q.     There's one topic missing from

21      that list.  Do you talk about Reynolds?

22             A.     We do not talk about Reynolds

23      specifically.  Generally do they ask how

24      Reynolds is doing?  Yes.  They were the
```

CAM-0000732

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 31

1    founders.  They were the creators.  Their

2    family is part of Reynolds and the UCS world.

3    So they ask.  But once he resigned in 2020, I

4    was advised that we should stay away, I should

5    stay away from conversation about Reynolds

6    specifically.  And when those conversations

7    come up with the Brockmans, I answer very

8    generically and move on to other topics.

9              Q.    What was the reason for you --

10   for you not to talk about specifics at

11   Reynolds after November 2020?

12                   MR. SUSMAN:  Tommy, if the

13             advice came from lawyers, I instruct

14             you not to answer the question.

15                   THE WITNESS:  I cannot answer

16             the question.

17   BY MR. NEMELKA:

18             Q.    That advice came from lawyers?

19             A.    Correct.

20             Q.    Lawyers for Reynolds?

21             A.    Correct.

22             Q.    So if I understand your

23   testimony correctly, when Mr. Brockman asks

24   you about specifics at the business of

CAM-0000733

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 32

1    Reynolds, you respond in a general manner.  Is

2    that right?

3         A.    Mr. Brockman rarely asks me

4    about Reynolds.  When we visit, he has good

5    days and bad days.  Most days are pretty tough

6    for him.  And the questions are really around

7    the family and how I'm doing, how the company

8    is doing.  But they're very general questions,

9    not anything specific.

10        Q.    But he was chairman of the board

11   as of November.  Correct?

12        A.    Correct.

13        Q.    And he was CEO of the company as

14   of November?

15        A.    Correct.

16        Q.    And you reported to him as of

17   November?

18        A.    Correct.

19        Q.    After you became CEO and

20   chairman of Reynolds, when was the next time

21   you spoke with Mr. Brockman?

22        A.    As I said earlier, I speak to my

23   friends and my family several times a week.

24        Q.    So you speak to Mr. Brockman

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 33

1    several times a week?

2         A.    I speak with the Brockman family

3    several times a week, yes.

4         Q.    Do you ever speak to Mr. Brockman,

5    just Mr. Brockman?

6         A.    No.

7         Q.    There's always somebody else

8    there?

9         A.    Yes.

10        Q.    Why is that?

11        A.    I can't answer that question.

12   The family, the family is very close and

13   they're together.  When we're together, we

14   come together as a family and we talk together

15   as a family.

16        Q.    Before November 2020 would you

17   talk to Mr. Brockman, just the two of you?

18        A.    Yes.

19        Q.    But after November 2020 you

20   never have?

21        A.    Correct.

22        Q.    When you talk to Mr. Brockman do

23   you do it by phone?

24        A.    Rarely.

CAM-0000735

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 34

1           Q.      How do you do it?

2           A.      In person.

3           Q.      At his house?

4           A.      Yes.

5           Q.      So a few times a week you visit

6      him at his home?

7           A.      Yes.

8           Q.      And who else is there besides

9      Mr. Brockman?

10          A.      Mainly his wife, Dorothy.

11          Q.      So anybody --

12          A.      Sometimes his son Robert.

13          Q.      Anybody else?

14          A.      He has 24/7 healthcare to care

15     for him, so there's always a nurse around.

16          Q.      How long have you considered

17     Mr. Brockman family?

18          A.      Forever.

19          Q.      Have there been any specific

20     transactions at Reynolds that you've discussed

21     with Mr. Brockman since November?

22          A.      No.

23          Q.      What about Reynolds' financial

24     performance?

CAM-0000736

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 35

```
1              A.    No.
2              Q.    Any pricing for your Reynolds
3     DMS products?
4              A.    No.
5              Q.    RCI pricing?
6              A.    No.
7              Q.    Did you discuss your deposition
8     with Mr. Brockman on Monday?
9              A.    No.
10             Q.    Have you ever discussed that you
11    were being deposed with Mr. Brockman?
12             A.    No.
13             Q.    Have you ever discussed any
14    litigation that Reynolds is involved in with
15    Mr. Brockman since November 2020?
16             A.    No.
17             Q.    Before November 2020 did you?
18             A.    Did we speak about -- can you
19    repeat the question, please?
20             Q.    Did you speak with Mr. -- when
21    you were president, did you ever discuss with
22    Mr. Brockman litigation that Reynolds is
23    involved in?
24             A.    I'm sure we had conversation
```

CAM-0000737

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 36

1    about legal matters between June and November

2    of 2020.  I don't recall.

3          Q.    But you're sure you did?

4          A.    I would think we would have, yes.

5          Q.    But since November you never have?

6          A.    Yes.

7          Q.    What about this arbitration with

8    Cox Automotive, have you ever discussed this

9    arbitration with Mr. Brockman?

10         A.    No.

11         Q.    Even before November 2020?

12         A.    I was not involved -- as chief

13   technology officer, executive vice president

14   of development and technology, I was not

15   involved with the majority of the business

16   decisions and business of Reynolds.  I focused

17   on the technology side.  That was -- that was

18   basically my cup of rice.

19         Q.    You're aware that Reynolds

20   approached Cox Automotive to settle this

21   dispute.  Correct?

22         A.    Yes.

23         Q.    Who made that decision?

24         A.    It was a decision that we came

CAM-0000738

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 37

1    to as an executive team.

2         Q.    Did you ever discuss that

3    decision with Mr. Brockman?

4         A.    No.

5         Q.    Did you ever discuss any

6    negotiations that you've had with Cox

7    Automotive with Mr. Brockman?

8         A.    No.

9         Q.    When you say that decision was

10   made as an executive team, which exec -- who

11   is part of that executive team that made the

12   decision to approach Cox Automotive to settle?

13        A.    My executive team includes

14   Robert Burnett, Eric Edwards, Scott Santana,

15   Chris Walsh, Pam Lugo.  I'm missing someone.

16        Q.    Is it the group of seven

17   executives that you referred to earlier as

18   part of the reorganization?

19        A.    Yes.

20        Q.    And did you discuss -- you

21   discussed this litigation as a group?

22        A.    Yes.

23        Q.    And is your testimony that

24   Mr. Brockman has never asked about the

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 38

1    litigation with Cox Automotive since
2    November 2020?
3           A.    Restate your question, please.
4           Q.    Is it your testimony that
5    Mr. Brockman has never asked about the
6    litigation with Cox Automotive since
7    November 2020?
8           A.    Yes, he has never asked.
9           Q.    And you've never brought it up
10   with him?
11          A.    Yes, I've never brought it up
12   with him.
13          Q.    Who has ultimate decision-making
14   authority at Reynolds whether Reynolds will
15   settle with and on what terms with Cox
16   Automotive?
17          A.    I ultimately have the final
18   decision, but I would rely on my team to
19   participate.
20          Q.    Is that answer the same with
21   respect to the litigation with Motor Vehicle
22   Software Corporation?
23          A.    I'm not familiar with that name.
24          Q.    MVSC?

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 39

```
 1            A.      I am familiar with the acronym,
 2    yes.  Yes.
 3            Q.      And is that the same decision
 4    with respect to Authenticom?
 5            A.      Yes.
 6            Q.      Have you ever discussed the
 7    Authenticom litigation with Mr. Brockman --
 8            A.      No.
 9            Q.      -- since November 2020?
10            A.      No.
11            Q.      What about before November 2020?
12            A.      No.
13            Q.      Never?
14            A.      Again, I was not involved in the
15    legal aspects of the business prior to my
16    promotion.
17            Q.      You have discussed the company
18    Authenticom with Mr. Brockman, though.  Correct?
19            A.      Yes.
20            Q.      Now, to MVSC.  Have you ever
21    discussed MVSC, the MVSC litigation with
22    Mr. Brockman since November 2020?
23            A.      No.
24            Q.      So you see -- you see
```

CAM-0000741

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 40

1    Mr. Brockman a few -- you visit Mr. Brockman a

2    few times a week at his home.  Is that right?

3         A.    Several times a week, yes.

4         Q.    Do you ever --

5         A.    I would say I visit with the

6    Brockman family.  Because 100 percent of the

7    time I'm visiting with the wife and

8    Mr. Brockman.

9         Q.    Do you ever communicate with

10   Mr. Brockman other than in person?

11        A.    No.

12        Q.    You say that you only speak in

13   general terms with Mr. Brockman about the

14   Reynolds business.  Is that correct?

15        A.    Correct.

16        Q.    But before November 2020 you

17   would speak to him about specifics.  Right?

18        A.    Yes.

19        Q.    And was it your advice of

20   counsel at Reynolds that changed how you

21   communicate with Mr. Brockman at Reynolds, is

22   that right, about Reynolds?

23        A.    I'm not sure I understand your

24   question.

CAM-0000742

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 41

1          Q.    I want to clarify for the
2     record.  Before November 2020, when
3     Mr. Brockman was chairman and CEO and you were
4     president, you discussed specifics about the
5     business with Mr. Brockman.  After
6     November 2020, he stepped down from those
7     positions, you no longer do.  Who made that
8     decision?
9          A.    With Mr. Brockman's resignation,
10    exercising his disability provision of his
11    employment agreement, I was advised not to --
12    to no longer discuss Reynolds business with
13    the Brockman family.
14         Q.    And it was counsel for Reynolds
15    that gave you that advice.  Is that right?
16         A.    Yes.
17         Q.    Mr. Barras, have you ever been
18    deposed?
19         A.    Counting this time?
20         Q.    Other than today.
21         A.    Yes.  Once.
22         Q.    What context was that?
23         A.    It was several decades ago.  It
24    was an employee matter.  I don't recall other

CAM-0000743

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 42

1    than it was an employee matter.

2         Q.    Did you prepare for today's

3    deposition?

4         A.    Yes.

5         Q.    How?

6         A.    I spoke with my legal team on

7    Friday for a couple of hours, yesterday for an

8    hour or so.

9         Q.    How many total hours -- how many

10   hours total did you spend preparing for this

11   deposition?

12        A.    I don't have an exact number of

13   hours.  I wasn't really keeping track.

14   Several.  More than -- more than a couple.

15   Less than a day.

16        Q.    Who of your legal team did you

17   meet with?

18        A.    I met with Harry and Scott

19   Cherry.  Andi, Mike and John.  And don't ask

20   me about last names, I'm horrible with names.

21        Q.    Is Andi the Andi Gulley?

22        A.    Yes.

23        Q.    When did you meet with her?

24        A.    On Friday and again on Monday.

CAM-0000744

Page 43

1    Again yesterday, sorry.

2            Q.    And Mike, is that Michael Cohen?

3            A.    No.

4            Q.    Who is Mike?

5                  MR. SUSMAN:  Kelso, just to help

6            out.

7    BY MR. NEMELKA:

8            Q.    And who was the third person you

9    referenced?

10           A.    Scott Cherry and Jon Emmanuel.

11   They're Reynolds' general counsel.

12           Q.    Is Andi Gulley representing you

13   in this arbitration?

14           A.    That's -- I don't know that I

15   have the answer to that question.  Harry

16   Susman is right in front of me, so I believe

17   he is representing me.

18           Q.    Is Andi Gulley of Gibbs Bruns

19   also representing Reynolds in this

20   arbitration?

21           A.    I am unable to answer that

22   question.

23           Q.    Why is that?

24           A.    I don't know all the names of

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 44

```
 1      all the various legal teams that are working

 2      with us.

 3              Q.      But in connection with your

 4      deposition today, you did meet with Ms. Gulley.

 5      Correct?

 6              A.      She was part of the team that

 7      met with me, yes.

 8              Q.      Did you review documents as part

 9      of your preparation?

10              A.      Yes.

11              Q.      How many?

12              A.      A handful.

13              Q.      Who selected those documents?

14              A.      I'm guessing the legal team that

15      was talking with me.

16              Q.      Did you review any documents

17      that were not selected by legal counsel?

18              A.      No.

19              Q.      Did you any -- did you talk to

20      anybody else about your deposition besides the

21      people that you've just mentioned?

22              A.      No.

23              Q.      Nobody at Reynolds, you haven't

24      talked to any business folks at Reynolds about
```

CAM-0000746

Page 45

1     your deposition?

2            A.     I have not discussed this

3     deposition with anyone.  It is obviously

4     conversation in our executive team that we

5     have this litigation ongoing.

6            Q.     Since it's been a while since

7     you were deposed, Mr. Barras, you and I, I

8     think, are doing a fine job at this, but I

9     think it's just worth reminding that I want to

10    make sure that you understand any question I

11    ask.  So if you ever don't understand a

12    question I ask, please ask for clarification.

13    I appreciate that you've already done that

14    today.  Okay?

15           A.     I will do my best, yes.

16           Q.     I want to make sure that I don't

17    cut you off, to give you a chance to answer my

18    questions; and likewise I'd appreciate.  And,

19    again, I think we've been doing a good job,

20    but just so that we give each other space to

21    answer and -- ask and answer questions.  Okay?

22           A.     I apologize that I'm breaking in

23    too quickly sometimes.

24           Q.     I don't feel you are.  In fact,

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 46

1      I've cut you off a few times.  So I think

2      we're doing an okay job.

3                    If you ever need a break to go

4      to the restroom, that is fine.  I just would

5      ask if a question is pending, that you finish

6      answering my question before taking that

7      break.  Okay?

8            A.      Okay.

9            Q.      This deposition is being taken

10     in somewhat unusual circumstances remotely.  I

11     understand that Mr. Susman is in the room with

12     you.  But I can't -- I'm not in the room with

13     you, so I would just ask you to, if you are

14     referring to any materials that you have

15     before you, that you let me know that because

16     I can't see it.

17           A.      Okay.

18           Q.      Do you have any materials in

19     front of you?

20           A.      No.  A bottle of water and my

21     glasses.  How about that?

22                  MR. SUSMAN:  Some Altoids.

23                  THE WITNESS:  I'm going to get

24         very dry mouth.  So I'm trying to not

CAM-0000748

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 47

1          hack in front of you guys.

2     BY MR. NEMELKA:

3          Q.     Thank you.  Appreciate that.

4               Is there any reason that you

5     can't testify truthfully today?

6          A.     No.

7          Q.     Are you on any medication that

8     would prohibit you from being able to testify

9     truthfully today?

10          A.     No.

11          Q.     Any cognitive decline that

12     you're aware of personally that would inhibit

13     your ability to answer my questions today?

14          A.     No.

15          Q.     Any -- among the documents that

16     -- you say when you see something, you

17     remember it.  Anything with respect to your

18     memory that would inhibit your ability to

19     answer my questions today?

20          A.     No.

21          Q.     You have a good memory?

22          A.     Yes.

23          Q.     Is it a photographic memory?

24          A.     I wouldn't describe it that way,

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 48

1      no.

2              Q.      But a good one?

3              A.      I've been told that.

4              Q.      Do you believe that?

5              A.      Yes.

6                      MR. NEMELKA:  Drew, can we

7              introduce the first exhibit as, it's

8              tab 27 of -- tab 27 of the second

9              folder that you created.  And this will

10             be Cox Exhibit 72.

11                             -   -   -

12                     (Exhibit CX-72, USCH 0228922,

13             marked for identification.)

14                             -   -   -

15                     MR. SUSMAN:  I'm going to go

16             over and make sure the Exhibit Share is

17             working.

18                     MR. NEMELKA:  Okay.

19                     MR. SUSMAN:  Let me know when

20             it's in the file.

21                     THE WITNESS:  I've refreshed a

22             couple times.

23                     MR. NEMELKA:  It looks like it's

24             there.

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 49

1                    THE WITNESS:   I got it.

2                    MR. SUSMAN:   You do?

3                    THE WITNESS:   Yes.

4     BY MR. NEMELKA:

5           Q.     Do you have it there, Mr. Barras?

6           A.     Yes.

7           Q.     I'm going to give you a moment

8     to review this.  Let me know when you're

9     finished.

10          A.     Okay.

11          Q.     This is an email chain you had

12    with Mr. Brockman on -- in June 2020?

13          A.     Correct.

14          Q.     Is this -- this is the -- when

15    you were promoted to president of Reynolds.

16    Is that right?

17          A.     Yes.

18          Q.     Who made the decision to promote

19    you to president?

20          A.     Mr. Brockman.

21          Q.     What was the purpose of you

22    sending this email to Mr. Brockman?

23          A.     I was kind of overwhelmed by

24    the -- I was very grateful for the promotion,

CAM-0000751

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 50

1    and I just wanted to express my thanks and my
2    love for the family.
3           Q.    When did you learn that you were
4    being promoted to president?
5           A.    In early 2020.
6           Q.    So this is -- sorry, go ahead, I
7    cut you off.
8           A.    The discussions started early in
9    2020 about a responsibility change and the
10   makeup of a new team.
11          Q.    And Mr. Brockman told you that
12   you would be promoted to president?
13          A.    Yes.
14          Q.    And what were the reasons that
15   Mr. Brockman gave you for the reorganization?
16          A.    Mr. Brockman was 79 years old.
17   He was -- it was time for him to start turning
18   over the reins of the company.
19          Q.    Did you have any doubt about
20   Mr. Brockman's ability to lead Reynolds at the
21   time?
22          A.    No.
23          Q.    Did you think in June -- so did
24   you think in June 2020 when you were

CAM-0000752

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 51

1    promoted -- strike that.

2              So when you were promoted in

3    June 2020 Mr. Brockman was still CEO.  Correct?

4         A.    Yes.

5         Q.    And you reported to him.  Right?

6         A.    Correct.

7         Q.    Did you have any belief at that

8    time that Mr. Brockman should no longer lead

9    Reynolds?

10        A.    Repeat your question, please.

11        Q.    In June 2020 did you have any --

12   did you have any belief that Mr. Brockman

13   should no longer lead Reynolds?

14        A.    No.

15        Q.    In November 2020 when you

16   were -- when you were promoted to CEO, did you

17   have any reason to think that Mr. Brockman

18   should no longer lead Reynolds at that time?

19        A.    Yes.

20        Q.    Why?

21        A.    He resigned and exercised the

22   disability provision in his employment

23   agreement.  That was the first time I had -- I

24   became aware of any illness with Mr. Brockman.

CAM-0000753

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 52

1          Q.      Before November 2020 you were

2    not aware of any illness of Mr. Brockman?

3          A.      Correct.

4          Q.      You had no reason to think that

5    he was unable to lead Reynolds before

6    November 2020?

7          A.      Correct.

8          Q.      That he was still sharp enough

9    and had the cognitive abilities to lead

10   Reynolds as of November 2020.  Is that right?

11         A.      Yes.

12         Q.      Did you have any reason to --

13   before November 2020 to doubt his mental

14   capacities?

15         A.      No.

16         Q.      Did you have any reason after

17   November 2020 to doubt Mr. Brockman's mental

18   capacities?

19         A.      Yes.

20         Q.      When was the first time that you

21   started to have that thought?

22         A.      When he resigned exercising his

23   disability provision of his employment

24   agreement, made me aware that there was a

CAM-0000754

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 53

1    serious -- seriously -- a serious illness, you

2    know, that Mr. Brockman was suffering from.

3          Q.    That was the first time, when he

4    resigned in November 2020?

5          A.    Yes.

6          Q.    And what was the illness that

7    he -- that you understood he had?

8          A.    Mr. Brockman -- the Brockman

9    family are very private people about their

10   health.  They didn't talk to me about the

11   issues that were going on at the time.

12         Q.    And what was the illness that

13   you -- have you come to understand what the

14   illness is that he has?

15         A.    Since that time it's become

16   public that he has Parkinson's disease and

17   other ailments.

18         Q.    Which other ailments?

19         A.    He just recently was released

20   from the hospital, and he's having serious

21   kidney and bladder problems.  He's cathetered

22   now probably for the rest of his life.  His

23   health is deteriorating very rapidly.

24         Q.    So Parkinson's and kidneys.  Any

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 54

```
 1    other ailment that you're aware of that
 2    Mr. Brockman has?
 3          A.    Again, Mr. Brock -- the Brockman
 4    family is very private with health matters.
 5    They don't speak with me on every issue that
 6    is going on.
 7          Q.    Are you aware of any others?
 8          A.    No.
 9          Q.    So you're not aware, then, of
10    any cognitive decline that Mr. Brockman has?
11          A.    If it's with regards to
12    Parkinson's, I believe that there is some
13    issue there.  But I am not a medical expert
14    and don't understand all the complications of
15    Parkinson's.
16          Q.    Well, you personally, are there
17    any that you perceive, any cognitive decline
18    that you perceive personally?
19          A.    I witnessed for years
20    Mr. Brockman's forgetting things, not
21    recalling some of the decisions and being able
22    to grasp technology discussions that we were
23    having, but I thought nothing of it.  He was
24    aging, he was involved with transforming a
```

CAM-0000756

Page 55

1    struggling organization in Reynolds into a

2    successful organization.  He was very, very

3    busy, working long hours and stressed.  I

4    thought nothing of it.  It was -- I was

5    focused on what I needed to do from a

6    technology standpoint.

7         Q.     In terms of your experience, as

8    you testified, you found him to be sharp and

9    his cognitive abilities to be strong up

10   through November 2020.  Correct?

11        A.     Correct.

12        Q.     You had no reason to doubt his

13   mental facility -- faculties.  Correct?

14        A.     Up until November 2020, yes.

15        Q.     So I want to ask you about your

16   conversations with Mr. Brockman as he was

17   describing to you the leadership change.

18   Apart from his age, were there any other

19   reasons that he gave?  I think you mentioned

20   age.  Are there any other reasons that he

21   gave?

22        A.     No.  It was time.

23        Q.     What about his age did he say

24   that necessitated the leadership change in

CAM-0000757

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 56

```
 1    2020?
 2          A.    Well, he had run -- he had been
 3    running Reynolds for 50 years, it was time for
 4    him to step back.
 5          Q.    He wanted to -- he wanted to no
 6    longer work so hard?
 7          A.    I don't think he described it
 8    that way.  I didn't ever perceive Bob Brockman
 9    to not work hard, so...
10          Q.    All right.  Then how did he
11    describe it?
12          A.    It was time for him to turn the
13    running of the company over to the next
14    executive team.
15          Q.    And when did he first broach the
16    subject with you?  Early 2020 you said?
17          A.    Yes.
18          Q.    So for about four, five months
19    you discussed with him the leadership change
20    before it was announced in early June 2020?
21          A.    We not only talked together but
22    we talked to the members of the executive team
23    to describe what we were thinking from a
24    leadership transition standpoint.
```

CAM-0000758

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 57

```
 1          Q.     How often did you talk to

 2   Mr. Brockman in early -- you know, during this

 3   time in 2020 before you became president?

 4          A.     As often as I had -- you know,

 5   for our entire careers.  Several times a week.

 6          Q.     And what about how often did you

 7   email with Mr. Brockman at the time before you

 8   became president?

 9          A.     Frequently.

10          Q.     Daily?

11          A.     That's probably a fair assessment,

12   yes.

13          Q.     Is that testimony the same up

14   through after you became president through the

15   beginning of November 2020, that you would

16   speak with Mr. Brockman several times a week

17   and email with him daily?

18          A.     Email communication reduced

19   some, but, yes, we continued to communicate up

20   to November.

21          Q.     Let's go back to Exhibit 72.

22   Mr. Brockman's response to you, he says --

23          A.     I'm sorry, is this the one I'm

24   looking at?
```

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 58

1          Q.     Yes, it's Cox Exhibit 72.

2     Mr. Brockman replies to you, "Tommy.

3               "To start with -- you and I

4     should be talking every day about any decision

5     of importance that is cooking -- before it is

6     leaked or published."  Do you see that?

7          A.     Yes.

8          Q.     And did you talk every day about

9     any decision of importance?

10          A.     We talked about every decision,

11    every important decision, yes.

12          Q.     And give me an example of some

13    of those decisions that you talked to him

14    about?

15          A.     That's -- that's not an easy

16    question.  We were running the business.  My

17    questions to him would have been more teach me

18    about things that I didn't understand like the

19    financial side of the business or sales

20    opportunities or how to behave with sales.

21    How to behave with our support organizations.

22    Those tasks, those duties I had not -- I had

23    not been part of up until my promotion.  So

24    those conversations were dominant in our

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 59

1    conversations.  Help me, teach me about how to

2    run Reynolds, how to be a good steward of the

3    company.

4         Q.    Did you continue to discuss the

5    programming and development side of the

6    business?

7              A.    No.

8         Q.    After June 2020 you did not?

9              A.    My conversations with Bob,

10   Mr. Brockman on technology had become less

11   frequent over the years.  He trusted me.  I

12   had been in technology with him for 45 years.

13   We -- he trusted that I would turn this

14   business around.  And I have done that in

15   other acquisitions that we've had.  Again, our

16   technology decisions, he felt comfortable with

17   where I was going with Reynolds and he let me

18   run the business.  His focus was on other

19   parts of the business that wasn't as strong,

20   that wasn't executing as strong.  That was his

21   intention.

22         Q.    Did you still keep him apprised

23   of what you were doing as -- on the development

24   software side?

CAM-0000761

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 60

1        A.      Of course.

2        Q.      And he still had input into what

3    you were doing?

4        A.      He participated.  Not often, but

5    he did.

6        Q.      So this talking every day with

7    Mr. Brockman about running Reynolds, did that

8    continue up through his resignation in

9    November 2020?

10       A.      He didn't speak every day about

11   the learning that I needed.  I was learning.

12   I was working with the team, you know, trying

13   to figure out all the different personalities

14   that were part of the team.  We had -- when

15   posed -- when questions would come up that I

16   didn't understand or didn't have knowledge to

17   make a good decision, I would ask for advice

18   from Mr. Brockman.

19       Q.      So you may not have talked every

20   day about, you know, you learning how to run

21   Reynolds, but you did -- but did you talk to

22   Mr. Brockman every day about any decision of

23   importance that is cooking, as he says?

24       A.      I can't recall every decision

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 61

1     that was made between that time frame, but I

2     would have consulted him, yes.

3            Q.     Did you ever discuss -- when did

4     you learn you were going to become CEO of

5     Reynolds?

6            A.     I don't have an exact date.  It

7     was sometime between June and November.

8            Q.     How soon before you became CEO

9     did you learn that you were going to be --

10    that Mr. Brockman had selected you for that

11    position?

12           A.     Again, I don't have an exact

13    date when that discussion occurred.  I would

14    guess it was closer to November than it was to

15    June.

16           Q.     Was it before or after his

17    federal indictment became public in October?

18           A.     I don't recall.

19           Q.     When you became president, did

20    Mr. -- in June, did Mr. Brockman say he wanted

21    you to become CEO eventually.

22           A.     Yes.

23           Q.     And when did he tell you that?

24           A.     During the June time frame we

CAM-0000763

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 62

1    talked about what the plan would look like

2    years down the road.  It would be his goal,

3    our goal to work together towards having me

4    step into the CEO chairman role.

5              Q.    Did he say he would continue to

6    advise you as an advisor to the CEO after you

7    stepped into that position?

8              A.    Yes.

9              Q.    When did he tell that you?

10             A.    I don't -- again, I don't recall

11   the exact date, but it was part of the

12   discussion, that was the goal.

13             Q.    He would advise you for several

14   years as you were CEO during that time.

15   Correct?

16             A.    Yes.

17             Q.    But when he resigned in

18   November, that was no longer the plan?

19             A.    All that changed in November,

20   yes.

21             Q.    But up until then it was your

22   understanding that you would become CEO, and

23   after you became COE, Mr. Brockman would be

24   your CEO advisor.  Is that right?

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 63

```
1            A.     Yes.
2                   MR. NEMELKA:  We've been going
3            an hour.  I have another document I
4            want to introduce, but if you would
5            like a break, I'm happy to take one or
6            we can keep going.
7                   THE WITNESS:  Just keep going.
8      BY MR. NEMELKA:
9            Q.     I have a few more questions
10     about Cox Exhibit 72.  You say, "...give me
11     the strength needed to carry on your legacy."
12     Do you see that?
13           A.     Yes.
14           Q.     What is the legacy you're
15     referring to?
16           A.     Bob Brockman created a very
17     successful organization, software organization.
18     And I wanted and needed his strength to
19     continue on.
20           Q.     And then before that you say, "I
21     still do not understand why you chose me to
22     carry forward your mission..."  Do you see
23     that?
24           A.     Yes.
```

Page 64

1          Q.      What didn't you understand about
2     his decision to make you president?
3          A.      At the time I had a lot of self
4     doubt and didn't know -- it was a hard time.
5     It was just a hard time.  I was -- I didn't
6     want to let him down.  I wanted to make sure
7     that we continued on.  Thinking back, he had
8     the trust in me.  I really didn't trust
9     myself.  But that quickly changed.
10         Q.      That quickly changed after you
11    became president?
12         A.      I think I became more comfortable
13    with the decision, more comfortable with the
14    team that we had assembled and very
15    comfortable that we would be successful
16    continuing to run the Reynolds organization.
17         Q.      You said you did not want to let
18    Mr. Brockman down in your testimony, and in
19    your email you say, "...I will do my best to
20    never disappoint you."  Do you see that?
21         A.      Yes.
22         Q.      Disappoint him in which way?
23    Never disappoint him in which way?
24         A.      More like a son talking to a

Page 65

1    father.  I wanted to make sure that I did

2    everything perfectly.

3         Q.    So never disappoint him with

4    respect to how you ran Reynolds?

5         A.    And I was -- and how I behaved

6    as an executive.

7         Q.    Has it been hard after

8    November 2020 to follow the advice to not talk

9    about specifics of Reynolds with Mr. Brockman?

10        A.    Did you say it was hard?

11        Q.    I said has it been hard.  Given

12   your relationship with Mr. Brockman before

13   November 2020 and the detail of your

14   discussions and the depth of your discussions

15   with Mr. Brockman about Reynolds, has it been

16   hard after November 2020 to keep everything at

17   a general level?

18        A.    Yes, it's been hard.

19        Q.    Today do you think Mr. Brockman

20   would have any trouble understanding topics at

21   Reynolds you would want to discuss with him?

22        A.    Yes.

23        Q.    Which ones?

24        A.    Every one.

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 66

```
 1          Q.      Every single topic at Reynolds
 2    that you want to discuss with him at Reynolds,
 3    you think Mr. Brockman would have a hard time
 4    understanding?
 5          A.      Mr. Brockman's health has
 6    deteriorated very rapidly.
 7          Q.      So before -- sorry, go ahead.
 8          A.      Many days he's a blank slate.
 9    Very dull.  And understanding about basic life
10    functions are very hard for him.
11          Q.      Sorry, go ahead.
12          A.      I'm done.
13          Q.      But before November 2020 you
14    never thought that?
15          A.      Yes.
16          Q.      That's correct, you never
17    thought that?
18          A.      That's correct, yes.
19          Q.      When was the first time that you
20    thought -- that you thought that given -- I
21    mean, given that there's a moment in time when
22    you were talking to him frequently about
23    Reynolds in detail, in depth about running the
24    business?
```

CAM-0000768

Page 67

1           A.    When he resigned in November 2020

2      and exercised the disability provisions of his

3      employment agreement.

4           Q.    But there was nothing that you

5      personally perceived before that time that

6      would give you a reason to think that he had

7      an inability to run Reynolds.  Correct?

8           A.    No.

9           Q.    I thought that was your testimony

10     before, that you never perceived any reason

11     that Mr. Brockman should not run Reynolds

12     before November 2020?

13          A.    Restate your question.

14          Q.    Is it still your testimony that

15     there was no -- you never had any reason to

16     believe that Mr. Brockman should not run

17     Reynolds before November 2020?

18          A.    He was capable of running

19     Reynolds before November, yes.

20          Q.    Do you still not want to

21     disappoint Mr. Brockman?  Do you feel the same

22     way?

23          A.    Of course.

24          Q.    So you own 1 percent of

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 68

```
 1     Reynolds.  Is there anybody else that owns a
 2     percentage of Reynolds?
 3            A.      There is a majority stockholder.
 4     That's part of the trust that owns the
 5     majority of stock.
 6            Q.      Who is that?
 7            A.      Who?  It's a trust.
 8            Q.      So let's break this down.  You
 9     own 1 percent of Reynolds.  And what form does
10     your ownership take?  Is it Spanish Steps
11     Holdings?  Is it UCS?  What form does your
12     ownership take?
13            A.      I'm not sure I understand that
14     question.
15            Q.      You own 1 percent of Reynolds.
16     You said that.  Correct?
17            A.      Correct.
18            Q.      Do you own 1 percent of Reynolds
19     directly, 1 percent of Reynolds stock?
20            A.      That complexity I can't answer.
21     It's not that I'm trying to be evasive.  I
22     don't know.
23            Q.      Apart from the Eugene Brockman
24     Charitable Trust, is there any other entity or
```

CAM-0000770

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 69

1    person that has an ownership stake in

2    Reynolds?

3         A.     To my knowledge, there are other

4    entities in the trust that have stock.

5         Q.     Who are those entities?  What

6    are those entities?

7         A.     I can't talk about it.  I don't

8    know.  They're part of the trust, the overall

9    trust structure.

10        Q.     Does Mr. Nalley own any percentage

11   of Reynolds?

12        A.     No.

13        Q.     So apart from you and the

14   entities within the trust structure, is there

15   anybody else or any other entity that owns a

16   part of Reynolds?

17        A.     No.

18        Q.     So the trust structure owns 99

19   percent and you own 1 percent.  Is that right?

20        A.     Correct.

21        Q.     And you -- and who are the

22   trustees of the charitable trust?

23        A.     A new independent trustee was

24   named I want to say late last week.  The name

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 70

```
1    of the trustee is Maples.
2            Q.     What's the name?
3            A.     Maples.
4            Q.     Maples?
5            A.     Yes.
6            Q.     Was that the trustee that you
7    advocated for?
8            A.     I don't understand that question.
9            Q.     Was there a trustee that you
10   favored as over others?
11           A.     I have no involvement in making
12   a decision like that.
13           Q.     Was Maples the favored trustee
14   of Dorothy Brockman?
15           A.     I don't know the answer to that
16   question.
17           Q.     Did you ever discuss with
18   Mr. Brockman or Dorothy Brockman who would be
19   trustees of the Eugene Brockman Charitable
20   Trust?
21           A.     I did not.
22           Q.     Who makes decisions whether
23   dividend payments will be paid by Reynolds to
24   the charitable trust?
```

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 71

1          A.     The majority stockholder can
2     request dividends and has requested dividends
3     recently to support the charitable
4     responsibilities that the trust has.
5          Q.     And who decides whether to --
6     how to respond to those requests?
7          A.     The trust is the majority
8     stockholder.  He makes a request that we
9     honor.
10         Q.     So any request that the trust
11    makes for dividend, you honor that?
12         A.     Let me describe.  I need to step
13    back because I am not an expert on how the
14    trust behaves.  That's just not what I do.  The
15    trust has certain charitable responsibilities
16    that it's committed to, and it didn't have the
17    funds to make -- to honor those
18    responsibilities.  The trust asked one of its
19    assets to assist with taking care of its
20    charitable contributions, and we complied.
21         Q.     When was that request made?
22         A.     There have been three
23    distributions; one in August of 2020 and
24    another in December and one recently in April

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 72

1        '21.

2               Q.     How much was the April 2021

3        distribution?

4               A.     16 million.

5               Q.     1-6?

6               A.     1-6 million, yes.

7               Q.     What about December 2020?

8               A.     I don't know the exact numbers

9        of the previous dividends.  I want to say in

10       December it might have been 4 or 5 million.

11              Q.     What about August 2020?

12              A.     I don't recall the exact number,

13       but I want to say 10 to 12 million.

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 73



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 74



CAM-0000776

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 75



CAM-0000777

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 76



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 77

[redacted]

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

CAM-0000779

Ex. 60, p. 78 of 380

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 78



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 79



CAM-0000781

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 80



CAM-0000782

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 81



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 82

CAM-0000784

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 83



CAM-0000785

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 84



CAM-0000786

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 85



CAM-0000787

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 86



CAM-0000788

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 87



CAM-0000789

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 88



CAM-0000790



CAM-0000791

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 90



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 91



CAM-0000793

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 92



CAM-0000794

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 93



CAM-0000795

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 94



CAM-0000796

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 95



CAM-0000797

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 96



CAM-0000798

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 97



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 98



CAM-0000800



CAM-0000801

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 100



CAM-0000802

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 101



```
17          Q.      Mr. Barras, where do you store
18     your email, your work email?
19          A.      On my laptop.
20          Q.      Are they stored anywhere else?
21          A.      No.
22          Q.      Reynolds does not store its --
23     store your work emails on any centralized
24     server?
```

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 102

1        A.      Correct.

2        Q.      Are they ever stored on a server

3    and then deleted?

4        A.      The way the system works, when I

5    fire up my laptop, my email are downloaded to

6    my laptop and they're removed from the server.

7        Q.      How long has that been Reynolds'

8    policy with respect to your emails?

9        A.      Over 25 years.

10       Q.      Who set that policy?

11       A.      I did.

12       Q.      Did you talk to Mr. Brockman

13   about that policy?

14       A.      Yes.

15       Q.      Did he concur in that?

16       A.      He followed my advice.

17       Q.      And does this -- who does this

18   policy apply to?

19       A.      The officers of Reynolds and

20   Reynolds have their emails set up to exist on

21   their laptop.

22       Q.      You said the officers?

23       A.      Yes.

24       Q.      How many officers does Reynolds

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 103

1    have?

2           A.     I don't know the exact number.

3           Q.     What's approximate?

4           A.     30.

5           Q.     So the top 30 executives at

6    Reynolds?

7           A.     Yes.

8           Q.     What's the reason for that

9    policy?

10          A.     It's a long story.  At the

11   beginning of -- Reynolds UCS had its own email

12   system, its own email client.  We use that

13   email for communications for ourselves --

14   between ourselves and our customers.  But that

15   was a product that we sold to our customers

16   and that we use to support our customers.  But

17   as we grew and as our clients' needs grew to

18   talk outside of the email client that we

19   supported for UCS, we migrated to a Microsoft

20   client email system for all employees.

21          Q.     I haven't heard the reason why

22   Reynolds stores -- only stores emails on the

23   executives' laptops for the top 30 but not the

24   rest of the organization?

CAM-0000805

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 104

1        A.      As we -- at the beginning of
2    that, in the early days of our using the
3    Microsoft tool, we -- all employees had their
4    email on their laptop.  That became very -- it
5    was a hard model to support for all our
6    associates.  And as technology changed, we
7    learned of newer technologies that Microsoft
8    offered, specifically Exchange, which allowed
9    us to move our associates to a server, a
10   centralized server so that they could get to
11   their email.  We did not move our officers
12   away from their configuration for a couple of
13   reasons.  The security that our officers are
14   taught and that are implemented, we felt
15   really comfortable with that.  We also wanted
16   the officers to have their email local to
17   their PC so that they could -- they could get
18   the email without being connected to a
19   corporate central server.
20        Q.      For that second reason, they can
21   still have their emails local on their hard
22   drive and Reynolds retain a copy of it on a
23   server.  Correct?  I mean -- strike that.
24               For that second reason, officers

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 105

1    could still have access to their email on

2    their laptop and Reynolds could still keep

3    a -- you know, keep a record of those emails

4    on centralized servers.  Right?

5         A.    The newer technologies do

6    provide that capability.

7         Q.    And then the first reason, you

8    say security of officers, what are you

9    referring to there?

10        A.    The security that the officers,

11   you know, take care of their own housekeeping,

12   their security.  Their laptop is basically

13   self contained.  So they have access to the

14   systems that they need, to the documents they

15   need to run the business.

16        Q.    But I don't understand the

17   connection between that and storing -- only

18   storing their emails on their laptop.  How

19   does that increase security?

20        A.    Our officers practice good

21   security.  They have good configurations.

22        Q.    What do you mean they practice

23   good security?

24        A.    They take care of their laptops.

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 106

1          Q.     Are you aware that Mr. Schaefer's

2    laptop was stolen from his unlocked car in

3    2015?

4          A.     I was aware of that, yes.

5          Q.     You think that's good security?

6          A.     No.

7          Q.     What if laptops get stolen or

8    are lost?

9          A.     Teach our officers to take care

10   of their equipment.

11         Q.     Have you thought of changing

12   Reynolds' policy so that the emails aren't

13   stored only on the laptop but that there's at

14   least a backup copy on Reynolds' company

15   servers?

16         A.     Yes.

17         Q.     When did you make -- when did

18   you think about that?

19         A.     Can you restate your question?

20         Q.     When was that, when have you

21   thought of making -- changing that policy?

22         A.     Technology in the email part of

23   the world, you know, grows and increases every

24   day.  While that's not who we are, we're

CAM-0000808

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 107

1    not -- you know, we don't focus on email and

2    Microsoft, you know, product enhancements.  It

3    has come to my attention that we could have a

4    different configuration for our officers.  I

5    have not decided to do that.

6             Q.    You have not decided to do that?

7             A.    Correct.

8             Q.    Why not?

9             A.    Distracting my executive team

10   and my officers is not something that I choose

11   to do at the moment.

12            Q.    How do you distract your

13   executive team?  Don't you have IT people that

14   can handle that?

15            A.    All officers would have to learn

16   a new way of getting to their email.  I'm not

17   prepared to distract them right now on that.

18            Q.    How would they -- how would

19   it -- how would it -- why would they have to

20   learn a new way of getting to their email?

21   They use Outlook.  Right?

22            A.    Correct.

23            Q.    So how would they have to learn

24   a new way if Reynolds started keeping the copy

CAM-0000809

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 108

1    on a centralized server that you say that they

2    already have at one point but deletes?

3          A.    They would have to learn a new

4    configuration for their Outlook client.

5          Q.    How?  What's the new configuration?

6          A.    To move from a central -- to

7    move from a local Outlook file to an Outlook

8    file on a server.

9          Q.    What is anything new about that

10   that the user has to learn?

11         A.    My decision is not to distract

12   the officers with a new technology for email.

13         Q.    And my question is, what is new

14   about that, what you just said?  What would

15   they have to learn that's new?

16         A.    It is my opinion that the

17   configuration change would disrupt our officers.

18         Q.    How?

19         A.    It is my opinion that that would

20   distract our officers.

21         Q.    I'm asking you how?

22         A.    And I answered the question.

23         Q.    No, you didn't, and I'd like you

24   to answer it.

CAM-0000810

Page 109

1          A.      The configuration change between

2     having a local PST file and having an email

3     client on a server changes the behavior of the

4     officers.

5          Q.      Changing the behavior of the

6     officers?

7          A.      Changes the configuration.

8     Excuse me, Michael, I said the wrong word.

9          Q.      How does the configuration, how

10    does the user, how does that affect the user

11    of the email, changing the configuration?

12         A.      They would have to learn a

13    different way to get to their email client,

14    their email on a central server.

15         Q.      And I'm asking what is -- what

16    would be different?  You testified, Mr. Barras,

17    that Reynolds has a copy of the 30 executives

18    that -- at one time and they're just not

19    retained.  Right?

20         A.      Yes.

21         Q.      All Reynolds would have to do is

22    start retaining those emails.  Right?

23         A.      No.

24         Q.      Okay.  What would change?

CAM-0000811

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 110

1           A.      It would move from a local,

2     saving their local email on their PC to a

3     central server.

4           Q.      And for the user what changes?

5           A.      Configuration changes.

6           Q.      What is the configuration that

7     changes for them?  Like, what does that look

8     like?

9           A.      The local PST file would be

10    moved -- the storing of the email would be

11    moved from their local PC to the server.

12    That's a configuration change.

13          Q.      I'm saying what does that look

14    like for the user?  What is different for the

15    user?

16          A.      The configuration change would

17    have to be learned by the officer from storing

18    the local email, storing the email on their

19    PC, to a central server.  It would change the

20    configuration.

21          Q.      What is a configuration?

22          A.      Restate the question.

23          Q.      You keep using the word

24    configuration that has to be changed.  What do

CAM-0000812

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 111

1    you mean by "configuration"?

2          A.     The email client today is set up

3    to store the email locally.  To change, to

4    store the configuration on a server would

5    require a configuration change.

6          Q.     And so how does that affect the

7    user?  What -- you said they have to learn

8    something new.  What do they have to learn

9    that is new?

10          A.     It's different, Michael.

11          Q.     I understand that.  But I'm

12    asking what -- what do they -- from the user's

13    perspective of Outlook, what is different

14    about it?

15          A.     I've answered the question.

16          Q.     Respectfully, I don't believe

17    so.  How does it -- you say you don't want to

18    distract your executives, it would be this big

19    distraction.  And so you're saying it's a

20    configuration change and I'm asking how is it

21    then -- how is that a distraction?  How does

22    it change the behavior of -- how does it

23    affect the user of Outlook?

24          A.     It is my opinion that any

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 112

1    configuration change for an officer would be a

2    distraction, keep them from doing their job.

3         Q.    So if their emails were stored

4    centrally, that would keep them from doing

5    their job?

6         A.    It's a distraction to change.

7    That's the comment I made.

8         Q.    And the change that you're

9    testifying to is just a change in the

10   configuration that they're centrally stored

11   instead of locally stored.  Correct?

12        A.    Correct.

13        Q.    But is there any difference of

14   how Outlook looks to them?

15        A.    I am not familiar with what the

16   config change looks like.  I'm not experienced.

17        Q.    Would the email look any

18   different to them?

19        A.    I am not experienced with what

20   the config change looks like.  I've not

21   experienced it myself.

22        Q.    So you actually don't know if

23   there would be any change of what the user

24   actually looks like -- what it actually looks

CAM-0000814

Page 113

1    like to the user.  Right?

2            A.    Configuration change forcing,

3    moving the email from a locally stored client

4    to a server-based email system would cause

5    change for the user.

6            Q.    But you don't know what that

7    change is?

8            A.    I don't know all the changes,

9    no.  But the configuration change would

10   disrupt the officers.

11           Q.    Would it just be because they

12   would know that their emails are now being

13   stored centrally instead of locally?  You

14   haven't -- is that what it is, just that they

15   would know that they're centrally stored

16   instead of locally?

17           A.    There's a question there?

18           Q.    Yes.  Is that the disruption,

19   just that they would know that their emails

20   are now stored centrally instead of locally?

21           A.    Any distraction from the current

22   configuration to the new configuration is not

23   a distraction that I'm willing to encounter

24   today.

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 114

1          Q.     What is the distraction?

2    That's -- I guess drilling down on it, what is

3    the distraction?

4          A.     The configuration change from

5    the -- storing the local -- storing the email

6    locally on the officer's laptop to a server is

7    a distraction, is a change to our officers.

8          Q.     And I'm asking you, is the only

9    change for the officers just that they'll be

10   stored centrally instead of locally?

11         A.     I'm sure there's other changes

12   that I am not familiar with at this moment.

13         Q.     You're not aware of any other

14   changes right now.  Right?

15         A.     The configuration change is a

16   change to the officer's laptop, which I am not

17   willing to do.

18         Q.     You're aware that -- you're

19   aware that Mr. Brockman used Evidence

20   Eliminator on his work laptop.  Correct?

21         A.     I read that in the indictment.

22         Q.     Well, Reynolds itself did an

23   investigation on that, didn't it?

24         A.     I am not aware of that.

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 115

1              Q.     Have you read Reynolds' report
2       to the FTC in December of 2020?
3              A.     No, I have not.
4              Q.     Have you read Reynolds' report
5       to the FTC in January 2021?
6              A.     No, I have not.
7              Q.     Are you aware that they confirmed
8       that Brockman had Evidence Eliminator on his
9       work laptop?
10             A.     I am not aware of that.
11             Q.     But you are aware that Brockman
12      has been alleged to have used Evidence
13      Eliminator to destroy his work emails.  Right?
14             A.     I don't know what Evidence
15      Eliminator does.  I can't talk to it.
16             Q.     My question is, is you're aware,
17      though, that he has been alleged to have used
18      Evidence Eliminator to destroy emails on his
19      laptop.  Right?
20             A.     Yes.
21             Q.     And you're also aware that
22      because he -- if he did that, those emails are
23      not -- are gone forever because there's no
24      centralized location where you could get them.

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 116

1    Right?

2          A.      I have no knowledge of what

3    Evidence Eliminator does.

4          Q.      That's not my question.  If

5    he -- if somebody deletes emails -- if a

6    Reynolds executive, the top 30, deletes an

7    email from their laptop, there's no

8    centralized source where a copy of that lap --

9    of that email is.  Correct?

10         A.      Restate your question.

11         Q.      If you delete, Mr. Barras, an

12   email from your -- a work email from your

13   laptop, that email can't be recovered from

14   anywhere else.  Correct?

15         A.      Correct.

16         Q.      And with that knowledge, you're

17   still comfortable having Reynolds maintain the

18   policy that for these 30 top executives, those

19   emails will only be stored on their work

20   laptops?

21         A.      I believe that it helps our

22   executive team be more productive, yes.

23         Q.      How does it help your executive

24   team be more productive?

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 117

1          A.      Because they don't have to be
2      attached to a server to have their email.
3          Q.      They don't have to be attached
4      to a server to do what?
5          A.      They don't have to be attached
6      to a server to have access to their email.
7          Q.      So do other employees at
8      Reynolds, are they not able to email from
9      their laptop?
10         A.      Our associates must be connected
11     to the central server to check email, yes.
12         Q.      What does it take to be
13     connected to the central server?
14         A.      Communications of VPN type
15     configuration between the laptop and the
16     environment -- and the email environment, yes.
17         Q.      Did Mr. Brockman ever discuss
18     Evidence Eliminator with you?
19         A.      No.
20         Q.      He never brought up -- he never
21     said the words Evidence Eliminator to you?
22         A.      No.
23         Q.      Did he ever discuss a program
24     like Evidence Eliminator with you?

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 118

```
 1           A.    No.
 2           Q.    Did he ever discuss -- when was
 3   the first time you heard of Evidence Eliminator?
 4           A.    I don't recall.
 5           Q.    After Mr. Brockman's federal
 6   indictment became public, that was in October
 7   of 2020.  Correct?
 8           A.    I believe that is the date.
 9           Q.    Did anybody ever ask you about
10   Evidence Eliminator?
11           A.    No.
12           Q.    So you've never talked to
13   anybody about Evidence Eliminator?
14           A.    No.
15           Q.    Are you aware of what Reynolds
16   has reported to the FTC about you and Evidence
17   Eliminator?
18           A.    No.
19           Q.    Have you ever deleted emails
20   from your laptop?
21           A.    Yes.
22           Q.    Why?
23           A.    I get thousands of emails a day
24   from spam and junk providers that I can't
```

CAM-0000820

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 119

1    really stop, so I have lots of those that I

2    get rid of.

3         Q.    Apart from the spam, do you

4    delete any other emails?

5         A.    No.

6         Q.    So on your current Reynolds

7    laptop how far back do your emails go?

8         A.    I can't tell you, I don't know.

9         Q.    Decades?

10        A.    A long time.

11        Q.    Decades?

12        A.    I don't delete -- I'm under a do

13   not delete order.  I don't think it's decades,

14   though.

15        Q.    But if you've never deleted

16   emails other than junk email, does that mean

17   every work email that you've ever -- about

18   Reynolds' business that's not junk is now --

19   is on your laptop?

20        A.    No.

21        Q.    Why not?

22        A.    Before I was put under a do not

23   delete order, we -- I maintained -- the

24   officers maintain a six-month retention on

Page 120

1    their laptop.   That is the corporate policy.

2           Q.     And when did you receive a do

3    not delete order?

4           A.     I do not recall the -- I do not

5    recall the date.   It's a few years back.

6           Q.     Before you received that,

7    would -- how would emails be deleted from your

8    laptop?

9           A.     I would delete -- I would delete

10   the email that were over six months old.

11          Q.     So you personally delete.  So

12   every day would you delete the emails that

13   were six months old?

14          A.     I wouldn't do it every day, but

15   I would have a routine that I would clean up

16   my laptop housekeeping wise.

17          Q.     So how frequently would you

18   delete the emails that were six months old?

19          A.     I wasn't regular, but for sure I

20   did it on a monthly basis, yes.

21          Q.     And this is something that you

22   personally did, it's nothing that software

23   that you had installed on your laptop did?

24          A.     I might have had -- I personally

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 121

1    like to take care of my own housekeeping.  So

2    I would say generally I would have done the

3    removal of old emails myself.  Have I used

4    Outlook to automate that function?  Maybe.  I

5    am not -- I don't have the answer to that

6    question.  But I am more comfortable deleting,

7    doing my housekeeping myself than using

8    software.

9            Q.      Have you -- before Brockman's

10   federal indictment was disclosed in October of

11   2020, were you aware that he was under

12   investigation, federal investigation for tax

13   crimes?

14           A.      I was made aware of a federal

15   situation because I was served with a subpoena

16   in, I believe it was, 2019.

17           Q.      What was the subpoena for?

18           A.      To be honest with you, I don't

19   recall.  I did not read it.

20           Q.      What did you do with it?

21           A.      I let my lawyers deal with it.

22           Q.      Did you talk to federal

23   investigators?

24           A.      I did not.

CAM-0000823

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 122

1        Q.     Did you turn over any documents
2    to federal investigators?
3        A.     My laptop was copied and...
4        Q.     Copied and what?
5        A.     Copied and put in a safe storage
6    I'm guessing.  I'm not exactly sure what
7    happened.
8        Q.     Did you talk to Mr. Brockman
9    about the investigation?
10       A.     No.
11       Q.     Ever?
12       A.     Never.
13       Q.     Why not?
14       A.     My responsibilities inside of
15   Reynolds were to focus on technology.  The
16   legal business, the sales business, the
17   business as a whole was outside my
18   responsibility.
19       Q.     Did Mr. Brockman ever bring up
20   the federal investigation with you?
21       A.     Yes.
22       Q.     When?
23       A.     Told me not to worry about it.
24       Q.     When did he do that?

CAM-0000824

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 123

1           A.    I don't know.  I don't recall.
2           Q.    Was it while he was still CEO
3    and chairman?
4           A.    Yes.
5           Q.    Tell me everything he said.
6           A.    Just that.  Don't worry.
7           Q.    How did the conversation start?
8           A.    I don't recall.
9           Q.    What did you say in response?
10          A.    Nothing.
11          Q.    You said nothing?
12          A.    I went back to work.
13          Q.    You think that was before --
14   that was before the indictment became public
15   in October?
16          A.    I'm sorry, repeat your question.
17          Q.    He told you not to worry about
18   it.  Did he tell you not to worry about the
19   federal investigation before or after the
20   indictment was public?
21          A.    Public when?
22          Q.    In October 2020.
23          A.    Before.
24          Q.    And have you talked about it

CAM-0000825

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 124

1    with him since the indictment was made public?

2          A.    No.

3          Q.    In your visits to his home three

4    times a week, do he ever talk about the -- his

5    criminal case?

6          A.    No.

7          Q.    Has it ever been a topic of

8    conversation?

9          A.    No.

10         Q.    What about with his wife Dorothy?

11         A.    Excuse me?

12         Q.    What about with his wife Dorothy?

13         A.    No.

14         Q.    What did you think, Mr. Barras,

15   when you learned about the government's

16   indictment?

17         A.    I was very upset.

18         Q.    What were you upset about?

19         A.    The claims against -- the claims

20   made against my friend and father essentially.

21   I was upset.

22         Q.    Were you upset because he was

23   indicted or were you upset because he may have

24   done the crimes he's alleged to have committed?

CAM-0000826

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 125

1          A.     Bob Brockman has not committed

2     any crimes.  I was upset because his name and

3     his family have been seriously disrupted

4     because of this.

5          Q.     So you don't believe that

6     Mr. Brockman has avoided payment of any taxes,

7     taxes on any income?

8          A.     I believe Bob Brockman has not

9     committed any crimes.

10         Q.     Do you believe that he destroyed

11    any evidence?

12         A.     I do not have that knowledge.

13    But no.  But no, I do not believe he destroyed

14    evidence.

15         Q.     So you don't think that he would

16    have used Evidence Eliminator on his laptop to

17    destroy his -- to destroy his work emails?

18         A.     I do not know what Evidence

19    Eliminator does.

20         Q.     Do you -- you don't believe that

21    Mr. Brockman would have deleted all of his

22    work emails, is that your testimony, to

23    destroy evidence?

24         A.     I do not know Mr. Brockman's

CAM-0000827

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 126

```
 1     behavior with his equipment, no.  I'm not
 2     involved.
 3            Q.    Why do you -- what's the basis
 4     for your testimony that Mr. -- your belief
 5     that Mr. Brockman has not committed any
 6     crimes?
 7            A.    I believe that he has not
 8     committed any crime.
 9            Q.    What's the basis for that?
10            A.    I believe that.
11            Q.    Why?
12            A.    I believe that.
13            Q.    What's the basis for that
14     belief?
15            A.    I don't know what answer you
16     want me to give you.  I gave you the answer.
17     I believe that he has not committed a crime.
18            Q.    I'm not looking for any specific
19     answer.  I just want to know what the basis
20     for that belief is?
21            A.    I believe Bob Brockman has not
22     committed any crimes.
23            Q.    Why?  Why do you believe that?
24            A.    I've answered your question.
```

CAM-0000828

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 127

1          Q.     Respectfully I don't believe you

2     have.  I'm asking is it because you're --

3     there's many reasons why you may believe that,

4     believe him an honest person or whatever.  I'm

5     just asking what your personal belief is, why

6     do you think he didn't committed any crimes?

7          A.     I don't believe Bob Brockman

8     committed any crimes.

9          Q.     My question is why?  Why do you

10    believe that?

11         A.     I do not believe he committed

12    any crimes.

13         Q.     Do you believe he paid all the

14    taxes that were due?

15         A.     I have no knowledge of Bob's

16    financial situation.  I don't know.  I can't

17    tell you.  I can't answer the question.

18         Q.     Do you believe Mr. Brockman --

19    so what's your basis -- if you don't know

20    whether he paid all his taxes, what's the

21    basis for your belief that he didn't commit

22    any crimes?

23         A.     I believe Bob Brockman has not

24    committed any crimes.

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 128

1          Q.     Have you done an independent
2     investigation of that?
3          A.     No.
4          Q.     Is it just based on your
5     personal relationship with Brockman, that
6     belief?
7          A.     I have a very personal
8     relationship with Bob Brockman.  He did not
9     commit any crimes.
10         Q.     And that knowledge is because --
11    has he told you that he has not committed any
12    crimes?
13         A.     We have not talked about it.
14         Q.     When you -- do you email with
15    Mr. Brockman?
16         A.     Be more specific.
17         Q.     Do you -- have you emailed with
18    Mr. Brockman since you became chairman and
19    CEO?
20         A.     No.
21         Q.     Not a single email?
22         A.     I don't recall, but I don't
23    believe I have.  And I can explain.
24         Q.     Okay.

CAM-0000830

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 129

1          A.      He doesn't know how to check
2     email anymore.
3          Q.      Did he know how to check email
4     when he was chairman and CEO in November of
5     2020?
6          A.      Yes.
7          Q.      Which email account would you
8     email him with?  Which email account did
9     Mr. Brockman use in corresponding with you?
10         A.      Our Reynolds and Reynolds
11    account.
12         Q.      Any other emails?  Did he use
13    any other emails?
14         A.      No, not to my knowledge.  Or not
15    to my recollection.
16         Q.      Did you ever send an email to or
17    from Mr. -- to Mr. Brockman or receive one
18    from him that was not from his work, Reynolds
19    work email?
20         A.      I don't recall.
21         Q.      You could have, though?
22         A.      I don't recall.
23         Q.      Are you aware of a
24    lambdaprime.org domain, email domain?

CAM-0000831

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 130

1          A.    Say that again.

2          Q.    Are you aware of a

3     lambdaprime.org email domain?

4          A.    No.

5          Q.    Are you aware of any secret

6     email accounts that Mr. Brockman used?

7          A.    No.

8          Q.    Do you have -- did you ever have

9     any secret email accounts that you used with

10    Mr. Brockman besides your Reynolds work email?

11         A.    No.

12         Q.    What is Mr. Nalley's current

13    role at Reynolds?

14         A.    Bob Nalley's is currently vice

15    chairman.

16         Q.    He is still on the board as

17    well?

18         A.    Rob Nalley was not on the board

19    of directors.

20         Q.    He was never on the board of

21    directors?

22         A.    No.

23         Q.    So he's vice president of the

24    company?

CAM-0000832

Page 131

1          A.      Yes.

2          Q.      What are his responsibilities as

3     vice chairman?

4          A.      Help me run Reynolds, be an

5     advisor.

6          Q.      Does he have an office at

7     Reynolds?

8          A.      Yes.

9          Q.      Does he come into the office?

10         A.      No.

11         Q.      Did he before COVID?

12         A.      Yes.

13         Q.      Is it near your office?

14         A.      Yes.

15         Q.      Where, proximity?

16         A.      Right across the hall.

17         Q.      Did you take a new office after

18    becoming chairman and CEO?

19         A.      Yes.

20         Q.      Did you take the office that

21    Mr. Brockman had?

22         A.      Yes.

23              MR. NEMELKA:  All right.  Drew,

24         let's mark as Cox 73 tab 28 from the

CAM-0000833

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 132

1          same binder.

2                           -   -   -

3                    (Exhibit CX-73, USCH 0228641 -

4          0228644, marked for identification.)

5                           -   -   -

6     BY MR. NEMELKA:

7          Q.     Is it there?  It looks like it's

8     there, Mr. Barras.  Exhibit 73, if you can

9     open it up.  It's a memo from Rob Nalley to

10    Bob Brockman.  Have you seen this email

11    before?

12         A.     Hold on, I'm still refreshing.

13    Yes, I have the email.  Can I read it?

14         Q.     Sure.  Have you seen this before?

15         A.     Yes.

16         Q.     You can take a moment to review.

17         A.     Okay.

18         Q.     Are you finished?  When did you

19    see this?

20         A.     I believe this was prepared

21    sometime early in 2020 or midyear 2020.  I'm

22    not exactly sure of the date.  I think it was

23    May maybe.

24         Q.     And did Mr. Brockman share this

CAM-0000834

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 133

1    with you?

2            A.      Yes.

3            Q.      So -- and did you discuss this

4    with him?

5            A.      With him?

6            Q.      With Mr. Brockman.

7            A.      Yes.

8            Q.      And what did you discuss?

9            A.      What duties Mr. Nalley would

10   perform.

11           Q.      Do you see here that

12   Mr. Brockman's plan was to give up his CEO

13   title on or before his birthday, ▓▓▓▓▓?   Do

14   you see that?

15           A.      Yes.

16           Q.      But he stayed on as CEO through

17   November.  Why did that plan change?

18           A.      He chose to stay on.

19           Q.      Why, do you know?

20           A.      I don't know.

21           Q.      Did he discuss with you who

22   would become CEO in May, if he had stepped

23   down on his birthday?

24           A.      We discussed it, yes.

Page 134

1          Q.     And who?

2          A.     Me.

3          Q.     But he never -- he didn't

4    discuss with you why he chose to stay on

5    instead of stepping down?

6          A.     He chose to stay on.

7          Q.     What were his reasons?

8          A.     He chose to stay on.

9          Q.     And I'm asking what his reasons

10   were?

11         A.     It was his -- he made the

12   decision to stay on.

13         Q.     Did he tell you why?

14         A.     No.

15         Q.     So for Mr. Nalley, he derived --

16   he gave Mr. Nalley specific responsibilities

17   as you say he discussed with him.  It was

18   recommended he step down as vice chairman and

19   become an advisor to the CEO.  Has that -- you

20   say that has not happened, he still is vice

21   chairman?

22         A.     Correct.

23         Q.     Is there any plan for him to

24   step down?

CAM-0000836

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 135

```
1            A.      He has -- he has a plan to
2      retire.
3            Q.      And when is that?
4            A.      In June.
5            Q.      In June.  What's the basis for
6      that decision to retire?
7            A.      He's retiring.  Wants to enjoy
8      life.
9            Q.      Have you asked him to retire?
10           A.      We worked together on his
11     retirement plan.
12           Q.      And did you ask him to retire?
13           A.      No.
14           Q.      When you say you worked together
15     on his retirement plan, what does that mean?
16           A.      We worked together to ensure
17     there would be a smooth transition of the
18     responsibilities he had to the executive team.
19           Q.      And what are his current
20     responsibilities?
21           A.      He managed our legal department.
22     He managed our aircraft department, division.
23     And he managed our document service business.
24           Q.      Are those still his
```

CAM-0000837

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 136

1    responsibilities?
2           A.    No.
3           Q.    What are his current
4    responsibilities?
5           A.    He's preparing for retirement.
6           Q.    So he doesn't manage your legal
7    department?
8           A.    No.
9           Q.    Who does?
10          A.    I do.
11          Q.    He doesn't manage your aircraft
12   business?
13          A.    No.
14          Q.    Who does?
15          A.    I do.
16          Q.    And he doesn't manage your
17   documents business?
18          A.    No.
19          Q.    And you do that as well?
20          A.    No.
21          Q.    Who does?
22          A.    The documents business was split
23   up between two executives, Chris Walsh and
24   Willie Daughters.

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 137

1        Q.    Okay.  While here on, let's see,
2    page 3 of 4, the first line says, "Legal must
3    have your approval (veto power) to decide
4    whether or not to settle any lawsuit."  Do you
5    see that?
6        A.    Yes.
7        Q.    Is that still the case, that
8    legal must have Mr. Nalley's approval to
9    settle any lawsuit?
10       A.    No.
11       Q.    When did that change?
12       A.    As part of his retirement plan,
13   he basically stepped down out of all the areas
14   that he was in.
15       Q.    Was that after you became
16   chairman and CEO?
17       A.    Yes.
18       Q.    So now any approval to decide
19   whether to settle any lawsuit is -- ultimately
20   must be provided by you.  Right?
21       A.    I'm the final decision-maker,
22   but I use my executive team to lean on to make
23   the best decisions we can.
24       Q.    Aviation department, is that

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 138

1    just the corporate aircraft that Reynolds uses

2    for its executives?

3         A.    Your description of the aviation

4    department is improper.

5         Q.    What is the aviation department?

6         A.    It manages an aircraft that

7    Reynolds uses in connection with its business.

8         Q.    How many aircraft?

9         A.    One.

10        Q.    So, Mr. Barras, when Mr. Brockman

11   was running Reynolds up through November 2020,

12   was there anything that you thought he should

13   be doing differently to make -- you know, to

14   make the business better?

15        A.    Yes.

16        Q.    What?

17        A.    I'm not Bob Brockman.  I would

18   prefer to have a friendlier face to the

19   company, not be as tough with our

20   competitor -- with our third-party customers

21   and vendors.

22        Q.    Do you mean not as tough with

23   your competitors either?

24        A.    Restate your question.

CAM-0000840

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 139

1          Q.     You said not to be as tough with

2      your competitors.  Did you say competitors?

3          A.     No, I didn't mean my competitors.

4      I'm going to be tough with my competitors.

5          Q.     But you started to say

6      competitors.  Right?

7          A.     I did.  I misstated.

8          Q.     What do you mean not as tough

9      with your customers and vendors and third

10     parties?

11         A.     I believe we can be more

12     flexible in our terms and conditions.

13         Q.     Which terms and conditions did

14     you think that Mr. Brockman was too inflexible

15     with?

16         A.     That is a huge list.  I'm not

17     prepared to go through each one of those right

18     now.

19         Q.     What are some of the main ones?

20         A.     Terms, discounting.

21         Q.     Discounting?

22         A.     Discounting, yes.

23         Q.     So the price -- the pricing that

24     Reynolds gave to its customers?

CAM-0000841

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 140

1       A.      The discounting for which we
2    decided to grant customers for doing business
3    with Reynolds.
4       Q.      So you thought that -- you think
5    that Reynolds should be -- should have been
6    doing more discounting.  Is that right?
7       A.      That's not what I said.
8       Q.      So how do you disagree with
9    discounting with Mr. Brockman?
10      A.      Mr. Brockman ran the company the
11   way he did.  I'm running the company
12   differently.
13      Q.      And I would like to explore
14   this.  This is important in the ways that are
15   different.  In discounting, what is different?
16      A.      Be more flexible with our
17   discounting with our customers.
18      Q.      What does that mean, more
19   flexible with discounting?
20      A.      I don't have specifics to point
21   to at the moment.  I'm studying all the
22   behaviors trying to figure out what the right
23   thing -- what the right things are to do.
24      Q.      And just tell me, though, the

CAM-0000842

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 141

```
 1    general concept of discounting, what do you
 2    mean by that?
 3           A.     Discounting the price we charge
 4    for our products and services.
 5           Q.     And is it the circumstances in
 6    which you would provide that discounting that
 7    you're studying?
 8           A.     I don't understand your question.
 9           Q.     So in which circumstances would --
10    do you think that Reynolds should be more
11    flexible with discounting than Mr. Brockman was?
12           A.     I'm learning and studying all
13    those -- that situation today.
14           Q.     Is one scenario where a
15    dealership uses the Reynolds DMS and other
16    Reynolds add-on products, that you would
17    provide discounting in that situation, whereas
18    before you may not have?
19           A.     I'm not prepared to talk about
20    individual products and services.  I'm
21    studying what I'd like to do, trying to figure
22    it out.
23           Q.     And I'm trying to understand
24    your testimony which is you thought that
```

CAM-0000843

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 142

1    Reynolds should be more flexible with respect

2    to discounting, and so I want to understand

3    what that means.  Which situations do you

4    think that Reynolds should be more flexible?

5              A.    I'm studying the products and

6    services we offer and trying to figure out

7    what my pricing needs to look like going

8    forward.

9              Q.    What other ways do you -- ways

10   that you're going to run Reynolds differently

11   than Mr. Brockman?

12             A.    I am a different person than

13   Mr. Brockman.

14             Q.    Established.  Conceded.

15   Admitted.  I'm asking for which ways you plan

16   on running Reynolds differently than

17   Mr. Brockman did?

18             A.    I don't have a hard and fast

19   list.  I'm kind of learning as I go.

20             Q.    What are some -- we were going

21   through the list of areas that you were

22   looking at changing, and one of them was

23   discounting.  I asked you for the main ones.

24   What were some others?

CAM-0000844

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 143

```
1           A.      I'm still studying all the
2      business, all the service products and
3      services we offer, trying to figure out what
4      I'm going to do different -- how I'm going to
5      behave different.
6           Q.      So one is price, that's
7      discounting.  Right?  Is that correct?
8           A.      Correct.
9           Q.      What about Reynolds' data access
10     policies, are you evaluating those?
11          A.      You'll need to be more specific
12     on your question.
13          Q.      Reynolds policies with respect
14     to dealer access to their data.
15          A.      I'm studying all the products
16     that we offer, trying to figure out if there's
17     different pricing, different pricing that we
18     should consider.
19          Q.      I'm talking about the data
20     access.  So let's do it this way:  What about
21     third-party access to the data on the Reynolds
22     DMS, are you evaluating Reynolds' policies
23     with respect to that?
24          A.      Yes.
```

CAM-0000845

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 144

```
 1          Q.     And what are you considering?
 2          A.     I've not come to a decision.
 3          Q.     But you may change, Reynolds may
 4    change those policies?
 5          A.     We may change.
 6          Q.     Under Mr. Brockman did you
 7    believe that there was any chance that those
 8    third-party data access policies would change?
 9          A.     I don't know.
10          Q.     But you're considering changing
11    those now?
12          A.     I'm considering changing, yes.
13          Q.     What about requiring vendors to
14    go through the RCI program to obtain data from
15    dealers, are you considering changing that
16    policy?
17          A.     No.
18          Q.     Why not?
19          A.     I think it's the right platform.
20          Q.     What about Reynolds' third-party
21    data access policies are you considering
22    changing?
23          A.     I'm studying all the applications
24    and pricing that Reynolds has.  I've not come
```

CAM-0000846

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 145

1    to any decision.

2         Q.    Right.  What specifically about

3    third-party access to the DMS are you

4    considering changing?

5         A.    I'm reviewing all the products

6    and services that we provide for our customers

7    and looking -- considering what we may change,

8    what to change.  I have not made any decisions

9    on any particular product or service.

10        Q.    Is there a timeline for you to

11   make decisions?

12        A.    No.

13        Q.    Have you set an own personal

14   deadline for making these decisions?

15        A.    No.

16        Q.    You described Bob Schaefer

17   previously as Reynolds' contact with CDK in a

18   document.  Who is Reynolds' current primary

19   point of contact with CDK?

20        A.    I don't know that I can answer

21   that question.  I'm sure it's not one

22   individual.  I'm sure it's many.  But I don't

23   know.

24        Q.    Based on where you sit as CEO

Page 146

1    and chairman, who is Reynolds' primary point

2    of contact with CDK?

3         A.    I don't have the knowledge that

4    I can answer that question.

5         Q.    Why do you say it's many people?

6         A.    We have many products that work

7    with CDK.  We are a vendor.

8         Q.    Bob Schaefer testified that you

9    had a conversation with him about retiring in

10   January 2023.  Is that accurate?

11        A.    Yes.

12        Q.    He said that you wanted him to

13   retire because, this is his words, you thought

14   that there needed to be a change to the

15   reputation in the market to be a new Reynolds

16   and Reynolds.  Did you say that to him?

17        A.    I don't recall those words.

18        Q.    Did you say that Reynolds needed

19   a new reputation in the market and Schaefer

20   stepping down was part of that?

21        A.    Bob Schaefer has led our data

22   services organization since its inception,

23   it's beginning over 15 years ago.  Bob

24   Schaefer has talked about retiring.  The data

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 147

1    services division is a very stable, mature

2    organization, and I feel like it's the right

3    time to put a new leader over data services so

4    that Bob Schaefer can enjoy retirement, enjoy

5    life after Reynolds.

6         Q.    Mr. Schaefer testified that he

7    does not want to retire but that you asked him

8    to.  Do you know that?

9         A.    I answered your question.

10        Q.    No.  My question is, did you

11   know that Mr. Schaefer does not want to retire?

12        A.    I don't know what Mr. Schaefer

13   said to you.

14        Q.    My question to you is do you

15   know that Mr. Schaefer does not want to retire

16   but is only doing so because you asked him to?

17        A.    Mr. Schaefer has made it clear

18   that he is ready to retire, that he is

19   contemplating retirement.  He's been making

20   those statements for years.

21        Q.    Did you say to him that you

22   wanted to change the reputation of Reynolds in

23   the market?

24        A.    As an overall strategy I want to

CAM-0000849

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 148

1   behave differently than Bob Brockman behaved.
2   So, yes, I want to change the way Reynolds is
3   perceived in the marketplace.
4          Q.     And in which ways do you want
5   Reynolds to be perceived differently than it
6   is -- than it was under Mr. Brockman?
7          A.     I believe we can show a
8   friendlier -- a strategy that makes us a good
9   partner with our third-party customers and
10  OEMs.  I believe that a softer approach with
11  all our customers, our vendors, is a better
12  strategy for us long term.
13         Q.     In what ways do you think
14  Reynolds needs to be friendlier or softer?
15         A.     I just described what I was
16  thinking about and what I was try -- what I'm
17  going to try to do.  I have not come to a
18  specific list of behaviors that I want to
19  change.  I am studying and trying to figure
20  out how we could be better.
21         Q.     What are some ways that you're
22  considering changing so to be friendlier and
23  softer?
24         A.     I mean, generally terms and

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 149

1    condition and pricing.

2         Q.    So pricing I got.  What about

3    terms and conditions?

4         A.    Our contracts and terms and

5    conditions are very tough.  I am looking at

6    what it would take to have different

7    friendlier terms and conditions.

8         Q.    And my question is, which terms

9    and conditions do you think need to be

10    friendlier?

11         A.    I have not -- I have no

12    specifics to point to that I'm ready to talk

13    about or change.

14         Q.    My question is to you, what are

15    some, though?  What are some terms and

16    conditions that you're evaluating?

17         A.    I'm looking at the entire

18    agreements to see if there's any changes that

19    are necessary.

20         Q.    Does that include third-party

21    prohibition on DMS access?

22         A.    I'm not -- I can't answer that

23    question.  I'm not -- I haven't thought about

24    it.

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 150

1          Q.    Could that be one of the terms

2     and conditions that you evaluate?

3          A.    I'm evaluating all terms and

4     conditions.

5          Q.    Including -- well, that would

6     then necessarily include third-party access to

7     data on the DMS.  Correct?

8          A.    I'm looking at all terms and

9     conditions, yes.

10         Q.    What other terms and conditions

11    do you believe are you looking at that need to

12    be friendlier or softer?

13         A.    I think I've answered that

14    question several times.  I'm looking at all

15    our business practices and trying to figure

16    out which ones we should adjust to be a

17    different Reynolds, different in the

18    marketplace.

19         Q.    I understand.  I hope you

20    understand that's a general statement.  I

21    would like -- I'm trying to get some specifics.

22    What specific terms and conditions apart from

23    third-party access are you looking at whether

24    they should be friendlier or softer?

CAM-0000852

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 151

1          A.     I don't have specifics for you,
2     Michael.
3          Q.     All of them then.
4          A.     As I said, I'm looking at all
5     our terms and conditions to see what -- if we
6     need to change, should we change, should we
7     consider changing.
8          Q.     What does replacing Mr. Schaefer
9     have to do with changing Reynolds' reputation
10    to be friendlier and softer?
11         A.     I answered the question earlier.
12    Mr. Schaefer has run, has been very successful
13    in running our data services organization for
14    15 years, since its inception.  He spoke of
15    retirement.  I feel it's the right time to put
16    a new leader in place in data services that
17    allows Mr. Schaefer to retire and to enjoy
18    life after Reynolds.
19         Q.     And what would -- what are your
20    goals for the new leader of the data services
21    business?  What are they going to -- what
22    would they be?
23         A.     Today I would continue the
24    business as it is today.  I'm not prepared to

CAM-0000853

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 152

1    talk about what I would change with a new

2    leader into that organization.  I don't have a

3    thought clearly about what changes are needed

4    in that part of the world.

5              Q.    In which ways would you like the

6    new leader to be different than Mr. Schaefer?

7              A.    That's a hard question.  I'm not

8    sure how to answer for you.

9              Q.    Why don't you -- do you have any

10   ideas how you would like the organization to

11   be run differently?

12             A.    The data services organization,

13   its business I'm not going to change.  The way

14   it behalves with RCI and third parties, I

15   think that is the right business model.  Who

16   is the next leader that represents us, we will

17   continue to -- we'll continue forward.  I hope

18   I would work with the new leadership to be a

19   friendlier, more cooperative partner, as I

20   said earlier, and look at terms and conditions

21   to see if those -- if it is appropriate to

22   adjust, to change our behavior in that part of

23   the business.

24             MR. NEMELKA:  We've been going

CAM-0000854

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 153

1          for an hour and a half, Mr. Barras, do

2          you mind if we break for lunch?

3               THE WITNESS:  You make the

4          decision.  That's fine.

5               MR. NEMELKA:  Okay.  Shall we

6          say 40 minutes, Harry?

7               MR. SUSMAN:  Yeah.  I can tell

8          you that I don't think Tommy has eaten

9          lunch, so we can -- if you want to make

10         it thirty to move this along, I'm happy

11         to do that.

12              MR. NEMELKA:  Let's go off the

13         record.

14              THE VIDEOGRAPHER:  We're going

15         off the record.  The time is 12:01 p.m.

16                    -   -   -

17              (A recess was taken.)

18                    -   -   -

19              THE VIDEOGRAPHER:  We're back on

20         the record.  The time is 12:49 p.m.

21    BY MR. NEMELKA:

22         Q.   Good afternoon, Mr. Barras.

23         A.   Mike, before you get started,

24    I'd like to correct one misstatement I made

CAM-0000855

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 154

1    about Evidence Eliminator.  I think you asked

2    something like did anyone speak to me about

3    Evidence Eliminator.  And our lawyers in the

4    investigation with the FTC did talk to me

5    about Evidence Eliminator.

6          Q.    You also said you never heard of

7    Evidence Eliminator before.  Right?

8          A.    Up until that point, yes.

9          Q.    Up until your lawyers talked to

10   you, you never heard of Evidence Eliminator?

11         A.    Yes.

12              MR. NEMELKA:  Drew, let's mark

13         as an exhibit the Second Supplemental

14         Response (Corrected Final).

15                    -   -   -

16              (Exhibit CX-74, Second

17         Supplemental Response (Corrected

18         Final), marked for identification.)

19                    -   -   -

20   BY MR. NEMELKA:

21         Q.    It looks like it's there,

22   Mr. Barras.  It's Cox Exhibit 74.

23         A.    Sorry.

24         Q.    Not there yet?

CAM-0000856

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 155

1          A.      Not there yet.  Hold on.  I have

2    it now.

3          Q.      Okay.  If you want to open that

4    up.  If you go to the bottom of the first

5    page, this was -- this was provided.  Have you

6    read the supplemental response that Reynolds

7    provided to the FTC?

8          A.      Well, okay.  I don't think I

9    have control over the mouse for some reason.

10   Oh, no, there it is.  I'm sorry.

11         Q.      Have you reviewed this response

12   that Reynolds provided to the FTC before?

13         A.      Can I read it?

14         Q.      Sure.  I just have a question

15   about where you're referenced on the bottom of

16   the first page.

17         A.      Okay.

18         Q.      Do you see where it says, "Tommy

19   Barras had heard of the product while

20   overseeing Reynolds's IT department, but was

21   not familiar with how the product worked and

22   was not aware any use of the product at

23   Reynolds"?  Do you see that?

24         A.      I do.

CAM-0000857

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 156

1          Q.     So you actually had heard of the

2     product when the lawyers talked to you.  Right?

3          A.     I don't recall, but obviously I

4     did.

5          Q.     And when and in what context

6     have you heard of Evidence Eliminator?

7          A.     I do not recall.

8          Q.     It says here that you heard of

9     it "...while overseeing Reynolds's IT

10    department...."  Correct?

11         A.     Yes.

12         Q.     So when did you hear about it?

13         A.     I'll say again, I do not recall.

14         Q.     Who told you about it?

15         A.     I do not recall.

16         Q.     Was it Mr. Brockman?

17         A.     I answered the question.  I do

18    not recall.

19         Q.     It could have been Mr. Brockman,

20    though.  Right?

21         A.     I do not recall.

22         Q.     Could it have been him?

23         A.     I do not recall.

24         Q.     Are you going to answer my

CAM-0000858

Page 157

1    question whether it could have been

2    Mr. Brockman?

3         A.    I do not recall how I heard

4    about the Evidence Eliminator.

5         Q.    My question is whether it could

6    have been from Mr. Brockman?

7         A.    I do not recall.

8         Q.    You don't know if it was

9    Mr. Brockman who told you that, told you about

10   it?

11        A.    I do not recall.

12        Q.    Why was your testimony

13   previously that you had not heard of the

14   product in this deposition and now it is that

15   you had heard of it?

16        A.    I corrected the statement

17   because I did -- obviously was interviewed

18   concerning the FTC and that topic came up.

19        Q.    But right after lunch my first

20   question -- one of my first questions to you,

21   whether you ever heard of the product, you

22   said no, and then we looked at it here and you

23   have.

24        A.    I corrected my mistake.

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 158

1          Q.     Did you ever investigate what

2     Evidence Eliminator is?

3          A.     No.

4          Q.     It says here, "...while

5     overseeing Reynolds's IT department."  Did you

6     tell -- is that information that you provided

7     to Reynolds' lawyers?

8          A.     Ask the question again, please.

9          Q.     Did you provide the information

10    to Reynolds' lawyers that you had heard of

11    Evidence Eliminator while overseeing Reynolds'

12    IT department?

13         A.     That's what I'm reading here, so

14    I'm guessing that's what it says.

15         Q.     You're guessing that's what you

16    said -- that's what you told them?

17         A.     That's what's written here.

18         Q.     And is that what you told them?

19         A.     I don't recall.

20         Q.     So you don't know if you told

21    them that?

22         A.     I do not remember the conversation,

23    no, I don't.

24         Q.     What is the connection between

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 159

1    you hearing about Evidence Eliminator and your

2    role as overseeing Reynolds' IT department?

3         A.    Can you restate the question,

4    please?

5         Q.    Yeah.  What is the connection

6    between you hearing about the product while

7    you were overseeing Reynolds' IT department,

8    why is that connected?

9         A.    I have no idea.

10         Q.    It also says here that you were

11    not familiar with how the product worked and

12    you were not aware of any use of the product

13    at Reynolds.  Do you see that?

14         A.    Yes.

15         Q.    Did you tell -- is that what you

16    told the lawyers?

17         A.    I do not recall.  But I do not

18    know how Evidence Eliminator does -- what it

19    does, I do not.

20              MR. NEMELKA:  Drew, let's mark

21         as the next Exhibit FTC supplemental

22         response, final.

23                   -  -  -

24              (Exhibit CX-75, FTC Supplemental

CAM-0000861

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 160

1          Response, marked for identification.)

2                         -   -   -

3     BY MR. NEMELKA:

4          Q.    Looks like it's there, Exhibit 75.

5     Before I ask you questions about the document,

6     Mr. Barras --

7          A.    I don't have it yet, hold on.

8          Q.    That's okay.  I have a few

9     questions for you before I refer to it.

10               Do you recall your testimony

11    before lunch that you only ever emailed with

12    Mr. Brockman from his Reynolds work email?

13         A.    That's what I recall.

14         Q.    So now let's look at Cox Exhibit

15    75.

16         A.    Okay.

17         Q.    If you go to page 18.  First of

18    all, this is Reynolds' response, supplemental

19    response to the FTC.  Have you reviewed this

20    before?

21         A.    Do you want me to read all of

22    this right now?

23         Q.    No, I don't.  I don't.  I'm just

24    asking if you have seen -- if you've seen this

CAM-0000862

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 161

1    before?

2         A.    I don't believe I have.  I don't

3    recall, though.

4         Q.    So this is a response that -- a

5    supplemental response that Reynolds provided

6    to the FTC.  If you go down to page 18 and let

7    me know when you're there.

8         A.    Okay.  I'm there.

9         Q.    Subsection B, it says, the last

10   sentence of that first paragraph, "Of the 37

11   witnesses interviewed, six (Barras, Burnett,

12   Daughters, Jones, Hollender and Nalley)

13   recalled Mr. Brockman using

14   'houstonfishingservice' from time to time as a

15   personal address many years ago."  Do you see

16   that?

17        A.    Yes.

18        Q.    Does that refresh your

19   recollection that you do recall Mr. Brockman

20   using a different email address with you?

21        A.    No.

22        Q.    Is this what you told the Reynolds'

23   lawyers, that you -- at the time, that you

24   recalled him using houstonfishingservice?

CAM-0000863

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 162

1          A.      I do not recall.

2          Q.      Did you tell Reynolds lawyers

3    that you recalled Mr. Brockman using

4    houstonfishingservice from time to time?

5          A.      I do not recall.

6          Q.      That's what it says here, doesn't

7    it?

8          A.      It does.

9          Q.      And this -- when did you talk to

10   Reynolds' lawyers about this investigation?

11         A.      To be honest with you, I don't

12   recall this conversation at all.

13         Q.      What emails would you email share

14   -- what would you email back and forth with

15   Mr. Brockman about when he used his

16   houstonfishingservice email?

17         A.      I don't believe -- I don't

18   recall getting email from Mr. Brockman on this

19   email address.

20         Q.      Well, at the time that Reynolds'

21   lawyers talked to you, you recalled that.

22   Right?

23         A.      That's what it says here.

24         Q.      But in this deposition you don't

CAM-0000864

Page 163

1    recall?

2           A.     I do not recall.

3           Q.     Did you email him about

4    Reynolds' work from houstonfishing -- from the

5    Houston -- to the houstonfishingservice email?

6           A.     I just answered the question,

7    Michael.  I didn't -- I don't recall using

8    this email address for any communications with

9    Mr. Brockman.

10          Q.     I'm just trying to probe that

11   because you told your lawyers that you did

12   recall that and that's what Reynolds told the

13   FTC.

14          A.     Well, I'm sorry, I don't recall

15   the conversation with the lawyers regarding

16   the FTC.  I don't.

17          Q.     You at least agree with me here

18   of what Reynolds told the FTC is that you did

19   recall emailing with Mr. Schaefer -- excuse

20   me, Mr. Brockman when he used the

21   houstonfishingservice email.  Correct?

22          A.     That's what it says here.

23          Q.     Would you take fishing or

24   hunting trips with Mr. Brockman?

CAM-0000865

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 164

1          A.     Yes.

2          Q.     How frequently?

3          A.     Can you be more specific from a

4    timing standpoint?

5          Q.     Yeah.  Was this every year,

6    every few months?

7          A.     We had events that we did every

8    year, yes.

9          Q.     How many times a year would you

10   go on hunting or fishing trips?

11         A.     Several.

12         Q.     So three or four?

13         A.     Probably.  We have a yearly

14   hunting event that we do in Argentina.  And I

15   live -- I have a home in Colorado that's on

16   the water that we fish.

17         Q.     What is the hunting trip to

18   Argentina that you -- what do you hunt there?

19         A.     Dove.

20         Q.     You went there every year?

21         A.     Yes.

22         Q.     When was the last time you went?

23         A.     2019.

24         Q.     Who all went on those trips?

CAM-0000866

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 165

1          A.      The group included 24 hunters.

2          Q.      All from Reynolds?

3          A.      No.

4          Q.      Mostly from Reynolds?

5          A.      The majority were Reynolds

6     associates, yes.

7          Q.      Would Mr. Brockman pay for the

8     trip or would each person pay for their own

9     way?

10         A.      This was an event, this was an

11    event that the company paid for.

12         Q.      Reynolds paid for it.  Who --

13    which non-Reynolds people went with you?

14         A.      Friends of Mr. Brockman's.

15         Q.      Like who?

16         A.      Al Deaton.  I'm trying to

17    remember the last invite list.  Sorry.

18         Q.      Al Deaton was on the board of

19    Reynolds, though.  Right?

20         A.      Yes.

21         Q.      How long would you stay in

22    Argentina hunting?

23         A.      We were there for five days.

24         Q.      Would Mr. Schaefer go on these

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 166

1   trips?

2           A.     I don't recall the last time he

3   was on the trip.  I don't recall.  It wasn't

4   in 2019, I don't believe.

5           Q.     Where would you stay in

6   Argentina?

7           A.     There's a lodge that we stay at

8   in Córdoba.

9           Q.     What other trips would you go on

10  with Mr. Brockman besides the Argentina trips?

11          A.     I said I have a home in

12  Colorado.  We fish frequently on the rivers in

13  Colorado.

14          Q.     Fly fishing?

15          A.     Yes.

16          Q.     Just the two of you or who else?

17          A.     Sometimes just the two of us,

18  but in many cases we'd have other Reynolds

19  associates with us.  Friends of the family as

20  well.

21          Q.     Any other trips besides Argentina

22  and Colorado?

23          A.     There was -- we have a yearly

24  trip to Alaska.

CAM-0000868

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 167

1          Q.      Where in Alaska do you go?

2          A.      It's a lodge called Newhalen.

3          Q.      What part -- is it Kenai

4     Peninsula or what part of Alaska?

5          A.      No, it's on Lake Iliamna.   I

6     believe that's south, south Alaska.

7          Q.      And was this a Reynolds -- did

8     Reynolds pay for this trip as well?

9          A.      No.

10         Q.      Who paid that for that trip?

11         A.      The fishermen.

12         Q.      And who would go on these trips

13    besides you and Mr. Brockman?

14         A.      The trip has friends of Bob

15    Brockman.  And there's another group that also

16    attends that, that's on that trip that doesn't

17    really having to do with Reynolds, but they're

18    friends of ours.

19         Q.      Anybody from Reynolds besides

20    you and Mr. Brockman go to Alaska?

21         A.      Yes.

22         Q.      Who?

23         A.      Mr. Nalley.  Al Deaton is

24    sometimes on that trip.  And other senior

CAM-0000869

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 168

1    Reynolds fly fishermen, how about that.

2            Q.    Who would that include?

3            A.    The last event was in 2019.  I'm

4    trying to remember who was invited.  One of

5    our senior sales leaders was on that trip.

6    I'm sorry, I don't --

7            Q.    Okay.

8            A.    I don't have the names in my

9    head.

10           Q.    Would you send pictures of your

11   hunting and fishing trips to each other?

12           A.    I'm sure we did.

13           Q.    Do you recall doing that?

14           A.    No.

15           Q.    Do you recall ever sending any

16   hunting or fishing pictures to Mr. Brockman?

17           A.    Yes.

18           Q.    How frequently?

19           A.    I can't really tell you.  I'm

20   not a big picture taker.  I might have, you

21   know, taken a picture or two and sent them to

22   him.  But I don't -- I usually hunt and fish,

23   not take pictures.

24           Q.    Right.  What about getting

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 169

1    pictures from Mr. Brockman, would he send you

2    pictures of his hunting and fishing trips?

3           A.    I'm sure he did.

4           Q.    A lot or just here and there?

5           A.    He behaved the same way I did.

6    He liked to hunt and fish, not take pictures.

7           Q.    So pretty infrequently?

8           A.    I don't really have an answer to

9    that.  Yes.  How about that.

10          Q.    Was there anybody else at

11   Reynolds who you would receive pictures from

12   your hunting and fishing trips?

13          A.    I'm sure there is, yes.

14          Q.    I'm trying to just, you know,

15   get a sense for the volume here.  Would you

16   get a lot of hunting and fishing pictures or

17   just here and there?

18          A.    Here and there.  I would not say

19   it's a lot.

20          Q.    Would this be, like, an email

21   chain that you and Mr. Brockman and others

22   would be on?

23          A.    Maybe.  Yes.

24          Q.    Did your email account ever

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 170

1      become too full because of hunting or fishing

2      pictures?

3              A.      No.

4              Q.      Did Mr. Brockman ever tell you

5      that his email account became too full because

6      of hunting or fishing pictures?

7              A.      I don't recall.

8              Q.      But at least the emails that you

9      exchanged with him, with these pictures, they

10     didn't cause a problem for your email account.

11     Is that right?

12             A.      No.

13             Q.      In all your -- any conversations

14     and decades of experience with Mr. Brockman he

15     never mentioned Evidence Eliminator to you

16     once?

17             A.      No.

18             Q.      Did he ever tell you that in

19     August 2016 that he was going to destroy or

20     delete all of his work emails?

21             A.      No.

22             Q.      Did he ever tell you after

23     August 2016 that he destroyed all his work

24     emails?

CAM-0000872

Page 171

1           A.     No.

2           Q.     Did he tell you that he deleted

3    all his work emails in August 2016?

4           A.     No.

5           Q.     Before that date did he tell you

6    that he was going to delete all his emails?

7           A.     No.

8           Q.     Did you ever talk to Mr. Brockman

9    about his email retention policy?

10          A.     No.

11          Q.     Did Mr. Brockman ever tell you

12   that he would -- did that six-month document

13   retention policy that you talked about for

14   your own person -- for your own personal email

15   account, did that apply to Mr. Brockman as

16   well?

17          A.     That was a corporate policy for

18   all employees.

19          Q.     Would you check whether

20   Mr. Brockman complied with that?

21          A.     No.

22          Q.     Did you ever halt that policy

23   before you got the do not destroy/hold letter

24   for this case?

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 172

1            A.      I'm not sure I understand your

2     question.

3            Q.      You said you got a do not

4     destroy letter with respect to the litigation

5     in the MDL and this arbitration.  Correct?

6            A.      Yes.

7            Q.      Before that did you ever get a

8     do not destroy notice?

9            A.      I don't believe so, no.

10                   MR. NEMELKA:  Drew, let's mark

11               the next exhibit as the -- from tab 26

12               of the second binder.

13                          -   -   -

14                   (Exhibit CX-76, UCSH 0227291 &

15               0227292, marked for identification.)

16                          -   -   -

17    BY MR. NEMELKA:

18           Q.      Do you have that up, Mr. Barras?

19           A.      No, it's still loading.

20           Q.      Looks like it's up.  If you

21    click Marked Exhibits, it might refresh.

22           A.      I just did.  It's still circling.

23    You said 76.  Correct?

24           Q.      This will be Exhibit 76, correct.

CAM-0000874

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 173

1        A.      I have it now.

2        Q.      Thank you.  If you could open

3  Cox Exhibit 76 which is an email chain between

4  you and Mr. Brockman from February and

5  March 2020.  Is that correct?

6        A.      Yes.

7        Q.      I'll give you a moment to

8  review.  Let me know when you've finished.

9               Are you finished?

10        A.      Yes.

11        Q.      So on February 28, 2020, you

12  sent an email to Mr. Brockman that you talked

13  about the ExCom strategy.  Do you see that?

14        A.      On what --

15        Q.      It's the first email of the

16  document if you go back.  Not the latest one.

17  It's Friday, February 28, 2020.

18        A.      Okay.  Yes.  ExCom.

19        Q.      ExCom strategy.  Is this the

20  strategy that you're referring to about the

21  seven, seven executives?

22        A.      We called the executive team

23  ExCom, yes.

24        Q.      And it's the seven people that

CAM-0000875

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 174

1    you listed earlier in the deposition?

2           A.    Yes.

3           Q.    Then you say, "The ExCom

4    strategy...will be a strong solution for the

5    future.  You need to be pleased."  What did

6    you mean by Mr. Brockman needing to be

7    pleased?

8           A.    Well, I'm not sure I used the

9    right word there.  I think I meant to say

10   should be pleased.  The ExCom strategy was

11   something he was participating with me on to

12   build.

13          Q.    Did you mean that, you know, the

14   decisions that the ExCom strategy make -- that

15   they should make sure they comport with what

16   Mr. Brockman would like?

17          A.    I'm not sure -- I'm not sure of

18   that context.  I think what we're talking

19   about, what I believe we're talking about here

20   is that the strategy to identify the right

21   team put the right team in place is a strong

22   solution.  He should be please by that decision.

23          Q.    You need to be pleased, meaning

24   the decision that the ExCom strategy took, at

Page 175

1    least before November 2020, should be

2    consistent with Mr. Brockman's wishes.  Right?

3         A.    I'm not sure I understand the

4    context of what you're saying.

5         Q.    When Mr. Brockman was CEO and

6    chairman, did you want to make sure that he

7    was pleased with the decisions that you were

8    making?

9         A.    Yes.

10        Q.    In your next email you write,

11   "Other issue:  Rudy and Schaefer at each

12   other's throats."

13        A.    Can you point me to the page

14   that you're referring to, please?

15        Q.    Sure.  It's the top -- it's the

16   top of that same page, the first sentence of

17   that same page, but it's an email that you

18   sent on Saturday, February 29.

19        A.    Okay.  I'm here.  Thank you.

20        Q.    You write, Other issue:  Rudy

21   and Schaefer at each other's throats.  The

22   negativity is not productive -- both just want

23   to battle to show up the other.  Both want you

24   to see them as the key to the future -- the

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 176

1    other must fall in order to accomplish -- or

2    fail in order to accomplish.  There is no

3    middle ground.  What were -- what were Rudy

4    and Mr. Schaefer fighting above?

5              A.    I don't recall the specific

6    incident, but Mr. Schaefer and Rudy Nieto both

7    are very strong personalities and are trying

8    to make sure that their voice is heard in the

9    issues that were going on.

10             Q.    What is Rudy Nieto's position?

11             A.    Senior vice president of sales.

12             Q.    So he's over sales?

13             A.    He's one of the leaders in our

14   sales department.

15             Q.    And which products is he over?

16             A.    So Rudy manages relationships

17   with our enterprise customers, some of our

18   larger accounts, OEMs, various third parties.

19             Q.    What about RCI vendors?

20             A.    No, Rudy wasn't involved in

21   that.

22             Q.    So what other third parties

23   besides OEMs?

24             A.    There are products that are

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 177

1    penetration products, F&I type products that

2    Rudy would have been working with those

3    vendors to add functionality or improve our

4    penetration on certain products in F&I and the

5    financing of vehicles.

6          Q.    Is that a stand-alone application

7    that Reynolds has, the F&I, or is that part of

8    its DMS?

9          A.    It's part of the DMS.

10         Q.    Do dealers buy it separately,

11   though, from the DMS?  Is it a separate line

12   item?

13         A.    I don't think it's just one

14   thing we're talking about.  I think it's

15   several.  I think they are chargeable line

16   items, yes.

17         Q.    So what was the -- what was the

18   gist of the conflict that Rudy and Schaefer

19   were having?

20         A.    Like I said, they're very strong

21   personalities and both want their voice heard.

22         Q.    Right.  But what was the -- what

23   was the source of the conflict?  What was

24   the -- what were the themes of their

CAM-0000879

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 178

1    disagreement?

2          A.    I don't recall the specific

3    topic.  I'm not sure what fact sheet this

4    refers to.  I don't know.  I don't know.

5          Q.    I'm asking you as a general

6    matter.  What were Rudy and Schaefer fighting

7    about as a general matter?

8          A.    Again, I said Rudy Nieto and Bob

9    Schaefer are very strong personalities and

10   they want their voice heard above the other.

11         Q.    And what was Rudy advocating on

12   behalf of OEMs and their third-party

13   applications versus what Schaefer was?

14         A.    I said I don't remember the

15   context that we're talking about here.

16         Q.    Apart from this email, what were

17   they -- what -- give me an example of a

18   specific disagreement that they were having.

19         A.    I don't have a specific example

20   I can share with you.  But they are strong

21   personalities.

22         Q.    Apart from their personalities,

23   do you have any recollection of any

24   disagreement, you know, what they were

CAM-0000880

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 179

 1    disagreeing about?

 2           A.     I do not recall this particular

 3    topic.

 4           Q.     And that's not my question.  I'm

 5    not talking about this particular topic.  I'm

 6    talking about generally what were they

 7    fighting about?

 8           A.     They both have strong

 9    personalities and want their voices heard

10    above the other.

11           Q.     On what topics do they want

12    their voices heard above the other?

13           A.     I'd have to guess what this was

14    about.  I'm not comfortable guessing, I don't

15    know.

16           Q.     Again, you keep bringing it back

17    to the specific email.  I'm asking as a

18    general matter, you said they want their

19    voices heard above the other.  On what topics?

20           A.     I don't have a topic to share

21    with you, Michael.  They are strong

22    personalities.  They're both sales type

23    personalities.  They have strong opinion on,

24    you know, the topics they believe in.  And

CAM-0000881

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 180

```
 1      they, they are very tough with each other.
 2              Q.      Schaefer responded to you --
 3      excuse me.  Mr. Brockman responded to you in
 4      March, March 1, 2020, saying --
 5              A.      You're going up to the top of
 6      this.  Correct?
 7              Q.      Correct.  Yeah.  He says -- it's
 8      the second paragraph there, second sentence,
 9      "Management of sales decision making is one of
10      the most complex things that I have to teach
11      you about."  He says, "...Schaefer is most
12      knowledgeable about the above rules and
13      policies."  And "Rudy is the most adept at
14      trying to find a way around the rules -- which
15      is a source of friction between the two."
16                      So what are the rules and
17      policies that Reynolds has that are being
18      referred to here?
19              A.      This was referring to sales.
20      That is one of the areas that I am an infant
21      on as far as understanding a business.  I need
22      to learn.  I don't -- I am just at the
23      beginning of learning what it's all about,
24      what sales is all about as far as Reynolds'
```

CAM-0000882

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 181

1    sales organization.

2              So, you know, Rudy is a

3    salesman, meaning he is leading the charge

4    with selling our products and services to our

5    customers, some of our largest customers.  And

6    Rudy is going to -- as a salesman, he's going

7    to, as Bob points out, is going to try to go

8    around the rules, and we're trying to keep him

9    in the box.  But specifically I do not have a

10   list of rules that Rudy was trying to violate.

11        Q.    Is Keith Hill the other person

12   who -- is he still in sales for the DMS

13   product?

14        A.    No.

15        Q.    Who is?

16        A.    Chris Walsh.

17        Q.    Did Keith Hill used to be over

18   sales at DMS?

19        A.    Yes.

20        Q.    Was he demoted?

21        A.    No, he retired.

22        Q.    Did you ask him to retire?

23        A.    No.

24        Q.    When did he retire?

CAM-0000883

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 182

1          A.      Beginning of the year or early

2     part of -- early part of this year.

3          Q.      Early part of 2021?

4          A.      Yes.

5          Q.      Did he have plans to retire

6     before you became chairman and CEO?

7          A.      You would have to ask him.

8          Q.      Were you aware of any plans of

9     his to retire before you became chairman and

10    CEO?

11         A.      No.

12         Q.      Did you -- would you -- when he

13    was head of sales for DMS, did you find

14    anything wanting with his performance?

15         A.      I found Keith Hill to be a very

16    knowledgeable leader of sales.

17         Q.      Did you find anything wanting in

18    his performance?

19         A.      I did not have enough time to

20    work with him.  The time I did spend with him,

21    I liked working with Keith.

22         Q.      Did you have any influence over

23    him retiring?

24         A.      No.

CAM-0000884

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 183

1          Q.     If it weren't for Keith Hill,
2     you would have been fine with him staying as
3     head of DMS sales?
4          A.     Restate your question, please.
5          Q.     Would you have been fine with
6     Keith Hill staying as head of DMS sales?
7          A.     Yes.
8               MR. NEMELKA:  Drew, let's mark
9          as Cox Exhibit 77 tab 29 of this second
10         binder.
11                      -   -   -
12               (Exhibit CX-77, UCSH 0228917 -
13         0228919, marked for identification.)
14                      -   -   -
15     BY MR. NEMELKA:
16          Q.     Let me know when you have it,
17     Mr. Barras.
18          A.     77.  Correct?
19          Q.     Yes.
20          A.     I have it.
21          Q.     What I'm really focused on is
22     the email that Mr. Brockman sent, looks like,
23     to all US associates and all Canada associates
24     of Reynolds about management changes on

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 184

1     June 3, 2020.  Do you see that email?

2             A.     It's at the bottom of this

3     email.  Correct?

4             Q.     Correct.

5             A.     I see it.

6             Q.     So here he says -- he introduces

7     to Reynolds this executive committee.  Correct?

8             A.     Yes.

9             Q.     And there are seven people on

10    it.  He says that you would lead it.  Are

11    these seven still -- I guess Keith Hill is no

12    longer there.  Are the rest of them still part

13    of the executive committee today?

14            A.     No.  There have been changes.

15            Q.     What are the changes?

16            A.     Keith Hill resigned, you know,

17    retired.  Jerry Kirwan retired.  And Craig

18    Moss exited the company.

19            Q.     Did they all leave the company

20    after you became chairman and CEO?

21            A.     Yes.

22            Q.     All right.  Why did Craig Moss

23    exit the company?

24            A.     Craig Moss had real trouble

Page 185

1    accepting me in the lead role and the CEO

2    role.  We left -- we departed on mutual terms.

3         Q.    So you asked him to leave?

4         A.    Yes.

5         Q.    When was that?

6         A.    I don't know the -- I don't

7    recall the exact date.  Early in 2021.

8    Thinking about it, it's probably the latter

9    part of 2020, but I don't have a -- I don't

10   have -- I don't have the date in my -- in my

11   mind.

12        Q.    What did he -- what did he tell

13   you about not being able to accept you as the

14   new CEO and chairman?

15        A.    Found it difficult to work with

16   each other.

17        Q.    Personality conflict or the way

18   he performed his job?

19        A.    No, it was more personality than

20   his job function.

21        Q.    What about Jerry Kirwan, did you

22   can him to retire?

23        A.    No.

24        Q.    Do you know why he retired?

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 186

```
 1            A.      He wanted to enjoy life after
 2    Reynolds, I guess.  I don't know.
 3            Q.      Who replaced Craig Moss?
 4            A.      Robert Burnett.
 5            Q.      Is Robert Burnett still vice
 6    president of corporate development?
 7            A.      Yes.
 8            Q.      Who replaced Jerry Kirwan?
 9            A.      Jerry Kirwan's responsibilities
10    were split between Willie Daughters and the
11    new executive vice president of sales, Chris
12    Walsh.
13            Q.      Who replaced Keith Hill, Chris
14    Walsh?
15            A.      Yes.
16            Q.      So how many people are on the
17    executive committee now?
18            A.      Six.
19            Q.      So Willie Daughters, Eric
20    Edwards, Scott Santana, Chris Walsh, Robert
21    Burnett and you?
22            A.      Yes.
23            Q.      Mr. Barras, if you, being
24    chairman and CEO if -- how would you ever be
```

CAM-0000888

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 187

1    replaced as -- in your position at Reynolds,

2    would it have to be your own decision to step

3    down?  Is there any -- is there any authority

4    at Reynolds that could replace you?

5            A.    You asked several questions

6    there.  Can you restate the question?

7            Q.    Is there any authority at

8    Reynolds that has the power to force you to

9    resign or leave the company?

10           A.    I would think the board of

11   directors has the power to relieve me.

12           Q.    But there are only two people on

13   the board of directors.  Right?

14           A.    Correct.

15           Q.    You and Mr. Jackson?

16           A.    Correct.

17           Q.    So can the board take any action

18   that's not unanimous?

19           A.    No.

20           Q.    So you would have to agree with

21   your own firing.  Right?

22           A.    Yes.

23           Q.    So is there any power at

24   Reynolds that could remove you from your

CAM-0000889

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 188

1    current position absent your own volition?

2         A.    The power of the 99 percent

3    stockholder would be able to remove me I would

4    guess.

5         Q.    If the trustee of the Eugene

6    Brockman Trust told you to resign?

7         A.    If the majority stockholder

8    asked me to resign, I'm guessing I would

9    resign.

10        Q.    Who has authority to appoint

11   board members of Reynolds?

12        A.    The board of directors.

13        Q.    So did Mr. Brockman place you on

14   the board before he resigned from the board?

15        A.    Yes.

16        Q.    How soon after you were made

17   chairman did Mr. Brockman resign?

18        A.    Restate your question, please.

19        Q.    How soon after you joined the

20   board of directors did Mr. Brockman resign

21   from the board?

22        A.    I don't recall the number of

23   days, but it was right before he -- right

24   before he resigned.

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 189

```
 1              Q.      Pretty much simultaneous?
 2              A.      Yes.
 3              Q.      Did you and Mr. Brockman ever
 4      talk about as chairman and CEO basically no
 5      one would have the authority to remove you at
 6      Reynolds?
 7              A.      Excuse me, can you ask the
 8      question again?
 9              Q.      Yes.  Let me turn off my air
10      conditioning.  Just a second.  I think you
11      hear that, is that hard for you to hear in the
12      background?
13              A.      I do hear something in the
14      background.
15              Q.      Hopefully that's better.
16              A.      Thank you.
17              Q.      Yes.  Did Mr. -- did you and
18      Mr. Brockman talk about nobody having
19      authority to remove you as chairman and CEO
20      once you were installed in those positions?
21              A.      It was never a topic of
22      discussion.
23              Q.      Did you and Mr. Brockman ever
24      talk about your succession plans, who would
```

CAM-0000891

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 190

1    succeed you as chairman and CEO?

2          A.     No.

3          Q.     Did you and Mr. Brockman have

4    discussions about any alternative person who

5    would become chairman and CEO or lead the

6    company besides you?

7          A.     No.

8          Q.     So as far as you're aware, you

9    were the only chosen successor that

10   Mr. Brockman had considered?

11         A.     Yes.

12         Q.     Who communicates with Maples,

13   the trustee of the Eugene Brockman Trust, on

14   behalf of Reynolds, is it you?

15         A.     The appointment of Maples is a

16   fairly recent change.  We're still trying to,

17   you know, understand, to get to know the new

18   trustee.  We're a week into that appointment.

19   So we're still trying to feel our way into

20   what -- how that's going to work at this

21   point.  I'm working on it.  Yes, I would

22   communicate with the trustee.

23         Q.     And who at Maples are you

24   communicating with?

CAM-0000892

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 191

1         A.        The person's name is Peter

2    Goddard.

3         Q.        Did you know him before he was

4    appointed or before Maples was appointed?

5         A.        No.

6         Q.        Are you aware that Dorothy

7    Brockman had advocated that Maples be

8    appointed as the trustee?

9         A.        No.

10         Q.        Are you aware that her counsel

11   argued to the Bermuda court that if Maples was

12   appointed, that Reynolds would pay a large

13   dividend?

14         A.        I don't understand the question.

15         Q.        Are you aware that her counsel

16   argued in the Bermuda court that if it

17   selected Maples as the trustee, then the

18   company, Reynolds, would be prepared to make a

19   large dividend payment to the trust?

20         A.        I have no idea what you're

21   talking about.

22         Q.        You have no idea about any

23   representations that were made to the court in

24   Bermuda?

CAM-0000893

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 192

1          A.     Zero.  I am not involved with

2     the courts in Bermuda.

3          Q.     Did you have any conversations

4     with anybody about Reynolds' dividend payments

5     being dependent on who was selected as trustee?

6          A.     No.

7                 Mike, can we take a restroom

8     break?

9          Q.     Absolutely.  No problem.

10         A.     Thank you.

11                THE VIDEOGRAPHER:  Going off the

12         record.  The time is 1:41 p.m.

13                      -  -  -

14                (A recess was taken.)

15                      -  -  -

16                THE VIDEOGRAPHER:  We're back on

17         the record.  The time is 1:53 p.m.

18     BY MR. NEMELKA:

19         Q.     Mr. Barras, do you know a man by

20     the name of Evatt Tamine?

21         A.     Yes.

22         Q.     Am I pronouncing his name

23     correctly?

24         A.     Tamine.

CAM-0000894

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 193

1       Q.     How do you know Mr. Tamine?

2       A.     Mr. Tamine and I worked in the

3    early '90s on an acquisition that UCS made in

4    Birmingham, England.  I was -- I worked on the

5    technology side of the acquisition and

6    Mr. Tamine was brought in to be part of the

7    legal side of the business.

8       Q.     That's when you first met him?

9       A.     Yes.

10      Q.     What was the acquisition?  Is

11   this an acquisition by Reynolds?

12      A.     UCS.

13      Q.     By UCS?

14      A.     Uh-huh.  The acquisition -- the

15   name of the company was called Kalamazoo.

16      Q.     And that's when you first met

17   Mr. Tamine.  Did you have any interactions

18   with him after that?

19      A.     Well, we worked on that

20   acquisition for close to four years where I

21   traveled pretty much every other week to work

22   on getting that business back into shape.

23   Mr. Tamine had a home in Birmingham, a company

24   leased an apartment and Evatt Tamine and I

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 194

1      lived in that apartment when I was in the UK.

2            Q.     So you know him quite well then?

3            A.     I knew him quite well at that

4      time.

5            Q.     So you were roommates together

6      basically in England?

7            A.     Yes.

8            Q.     And then after the Kalamazoo,

9      after you -- you know, those four years of you

10     working on that business, did you have any

11     other interactions with Mr. Tamine?

12           A.     No.

13           Q.     He would go on the hunting and

14     fishing trips with you, wouldn't you?

15           A.     Did.

16           Q.     So you had interactions with him

17     then.  Right?

18           A.     I don't recall the dates that we

19     interacted.  I'm not sure if it was in that

20     same window or not.  I don't remember.  I

21     don't recall.  But, yes, he did go hunting

22     with us.

23           Q.     To Argentina?

24           A.     Yes.

CAM-0000896

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 195

```
 1            Q.     Any other hunting trips?
 2            A.     No.
 3            Q.     When was the last time he went
 4    with you hunting to Argentina?
 5            A.     I do not recall.  Some years ago.
 6            Q.     Within the past ten years?
 7            A.     I don't have an answer, I'm
 8    sorry.
 9            Q.     Did Mr. Brockman know Mr. Tamine
10    before the Kalamazoo acquisition?
11            A.     I do not know that answer.
12            Q.     When was this again?  When were
13    those four years?
14            A.     It was in the early '90s.  Again,
15    I'm horrible with dates.  The acquisition of
16    Kalamazoo, I want to believe it was '93, '94,
17    in that time frame.  But I don't recall.
18            Q.     '93, '94, so four years '98.  So
19    in the past 22 years has -- besides the
20    hunting trips, have you had any other
21    interactions with Mr. Tamine?
22            A.     After the UK, we did not work on
23    any other projects together, no.
24            Q.     You just socialized with him on
```

CAM-0000897

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 196

1    these hunting trips?

2          A.    Yes.

3          Q.    Were you aware that he was

4    working for Mr. Brockman?

5          A.    Yes.

6          Q.    What was your understanding of

7    his job for Mr. Brockman?

8          A.    I didn't -- I misstated there.

9    I'm not sure, I don't believe he worked for

10   Mr. Brockman.  He was a trustee of the

11   Brockman trust.

12         Q.    He's the trustee of the Brockman

13   trust?

14         A.    Yes.  Was the trustee.

15         Q.    Was he the only trustee?

16         A.    I don't know that answer.

17         Q.    But he was the trustee of the

18   Brockman trust.  Is that your understanding?

19         A.    That's the best of my knowledge.

20         Q.    Do you know when he became the

21   trustee of the trust?

22         A.    No.

23         Q.    Are you aware that Mr. Tamine

24   has become a cooperating witness for the

Page 197

1    federal government in its criminal case

2    against Mr. Brockman?

3          A.    Yes.

4          Q.    How did you learn that?

5          A.    In the media.

6          Q.    Have you discussed Mr. Tamine

7    with Mr. Brockman?

8          A.    No.

9          Q.    When is the last time you talked

10   about Mr. Tamine with Mr. Brockman?

11         A.    I don't recall.

12         Q.    Was it in the past year?

13         A.    No.

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 198



CAM-0000900

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 199



CAM-0000901

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 200



CAM-0000902

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 201



CAM-0000903

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 202



CAM-0000904

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 203



CAM-0000905

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 204



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 205



CAM-0000907

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 206



CAM-0000908

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 207

CAM-0000909

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 208



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 209

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 210



CAM-0000912

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 211

CAM-0000913

Page 212



CAM-0000914

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 213



CAM-0000915



CAM-0000916

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 215



Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

CAM-0000917

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 216



CAM-0000918

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 217



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 218

CAM-0000920

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 219



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 220



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 221



CAM-0000923

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 222



CAM-0000924

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 223



CAM-0000925

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 224



CAM-0000926

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 225



CAM-0000927

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 226



CAM-0000928

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 227

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 228

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 229



CAM-0000931

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 230



CAM-0000932

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 231

CAM-0000933

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 232



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 233

CAM-0000935

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 234



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 235



CAM-0000937

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 236

CAM-0000938

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 237



CAM-0000939

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 238

CAM-0000940

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 239



CAM-0000941

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 240



CAM-0000942

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 241

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 242



CAM-0000944

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 243

CAM-0000945

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 244



CAM-0000946

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 245



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 246



CAM-0000948

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 247



CAM-0000949

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 248



CAM-0000950

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 249



CAM-0000951

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 250



CAM-0000952

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 251



CAM-0000953

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 252

CAM-0000954

Page 253



CAM-0000955

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 254



CAM-0000956

Page 255



CAM-0000957

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 256





CAM-0000959

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 258



CAM-0000960

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 259



CAM-0000961

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 260

CAM-0000962



CAM-0000963

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 262



CAM-0000964

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 263

CAM-0000965

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 264



CAM-0000966

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 265



CAM-0000967

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 266



CAM-0000968

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 267

CAM-0000969

Page 268



CAM-0000970

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 269



CAM-0000971

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 270



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 271

CAM-0000973

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 272



CAM-0000974

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 273



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 274



CAM-0000976



CAM-0000977

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 276



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 277

CAM-0000979

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 278

CAM-0000980

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 279



CAM-0000981

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 280



CAM-0000982

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 281



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 282



CAM-0000984

Stop.

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 284

CAM-0000986

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 285



CAM-0000987

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 286

CAM-0000988

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 287



CAM-0000989

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 288



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 289

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 290

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 291



CAM-0000993

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 292



CAM-0000994

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 293



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 294



CAM-0000996

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 295



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 296

CAM-0000998



CAM-0000999

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 298



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 299



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 300



CAM-0001002

Page 301



(Page body is fully redacted — text content is obscured by redaction bars.)

CAM-0001003

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 302



CAM-0001004



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 304



CAM-0001006

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 305



CAM-0001007

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 306



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 307



CAM-0001009

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 308



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 309



CAM-0001011

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 310



CAM-0001012

Page 311



Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

CAM-0001013

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 312



CAM-0001014



HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 313

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 314





CAM-0001017

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 316



CAM-0001018

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 317



CAM-0001019

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 318



CAM-0001020

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 319



CAM-0001021

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 320



CAM-0001022

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 321



CAM-0001023

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 322



CAM-0001024

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 323



CAM-0001025

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 324



CAM-0001026

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 325



CAM-0001027



CAM-0001028



CAM-0001029

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 328



CAM-0001030

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 329



CAM-0001031

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL



Page 330

HIGHLY CONFIDENTIAL
NORMAN THOMAS BARRAS, JR. - HIGHLY CONFIDENTIAL

Page 331

1                    C E R T I F I C A T E
2
3

          I do hereby certify that I am a Notary
4    Public in good standing, that the aforesaid
     proceeding was taken before me, pursuant to
5    notice, at the time and place indicated; that
     the proceeding was correctly recorded in
6    machine shorthand by me and thereafter
     transcribed under my supervision with
7    computer-aided transcription; that the
     deposition is a true and correct record; and
8    that I am neither of counsel nor kin to any
     party in said action, nor interested in the
9    outcome thereof.
10          WITNESS my hand and official seal this
     26th day of April, 2021.
11
12
13

     _____
14          Linda Rossi-Rios, RPR, CSR,
            and Notary Public
15
16
17
18
19
20
21
22
23
24   Assignment Number:  4534414

CAM-0001033

HIGHLY CONFIDENTIAL

**[& - 2019]**                                                                 Page 1

**&**

**&** 2:6,22 3:14,16
4:2,3,7,11,14
172:14 197:18
253:14 257:6
274:2 295:16
304:8 320:10,22

**0**

**0000392** 4:17
319:23
**0000423** 4:17
319:24
**00044040** 3:23
229:8
**00044043** 3:16
197:19
**00045406** 4:2
253:15
**00045572** 4:4
257:7
**00065481** 4:6
263:2
**00071226** 4:8
274:3
**00099369** 3:21
227:12
**00122042** 4:9
283:16
**002** 3:18 209:20
209:20
**00226200** 3:18
209:20
**00251063** 4:12
295:17
**00333761** 4:14
304:9
**00496911** 4:16
307:16
**01-19-0000-4548**
1:3

**01-19-4548** 7:10
**0227291** 3:14
172:14
**0227292** 3:14
172:15
**0228641** 3:9 132:3
**0228644** 3:9 132:4
**0228917** 3:15
183:12
**0228919** 3:15
183:13
**0228922** 3:8 48:12

**1**

**1** 7:4 22:2,4 67:24
68:9,15,18,19
69:19 100:14
180:4 197:15
264:8 323:9
**1,943** 291:6 292:11
**1-6** 72:5,6
**1.5** 100:16,20
101:15
**10** 3:4 72:13 98:6
98:8,11,15,18,22
101:1,8,11 230:2,6
286:10
**10,000** 292:12
**100** 40:6 233:2
**1000** 2:16
**1001** 331:13
**1096** 323:22
**10:17** 80:6
**10:35** 80:11
**11** 227:18
**115** 315:18 318:4
**12** 30:3 72:13
210:23 292:9
**12,000** 212:22
213:2,15,16,18,18
214:7

**12:01** 153:15
**12:49** 153:20
**12:52** 230:6
**13** 5:4,6,6
**130** 319:21
**132** 3:9
**14** 212:19 229:5
288:16 289:13
290:2
**15** 1:12 7:2 146:23
151:14
**153** 199:19
**154** 3:10
**157** 210:22 241:9
**159** 3:12
**16** 5:16 72:4
320:13 324:10
**1615** 2:9
**17** 12:15 13:24
**172** 3:14
**18** 160:17 161:6
245:22
**1800** 1:23
**1801** 1:23
**183** 3:15
**19** 5:5 18:17
210:23
**19103** 1:24
**197** 3:16
**1976** 14:17
**1977** 15:8 18:16
**1:41** 192:12
**1:53** 192:17

**2**

**2** 94:5 100:12,14
100:22 101:15
209:16 219:24
264:10 313:15
315:3,7,12
**2,000** 291:9

**20** 253:12
**20036** 2:10
**2006** 17:13,17 18:8
24:3,7
**2007** 325:12,16,19
**2011** 325:13,20
**2012** 325:12
326:11,14,23
327:11,12
**2013** 320:14
324:10
**2014** 296:12
298:10,19 299:9
299:10 308:2,24
314:17 316:1,15
316:20 319:17
**2015** 106:3 198:4
198:15 202:24
210:8 211:5 213:4
214:12 216:4
230:2 247:1
260:17 263:20
264:12 277:11,20
282:24 290:15,21
291:11,19,22
294:3,9 296:2
298:18 315:20
316:12 318:6,9
319:15
**2016** 170:19,23
171:3 220:1 225:4
257:17,24 288:16
288:23 289:13
290:12 291:5
302:4 304:20
**2017** 210:5 212:19
**2019** 121:16
164:23 166:4
168:3 227:18,21
228:18

CAM-0001034

HIGHLY CONFIDENTIAL

**[202.326.7900 - 86]**                                    Page 2

| | | | |
|---|---|---|---|
| **202.326.7900** 2:10 | **245** 3:24 | 318:16 | **72** 3:8 48:10,12 |
| **2020** 10:23,24 | **25** 102:9 | **4,000** 213:8,9 | 57:21 58:1 63:10 |
| 24:16,18,23 25:15 | **253** 4:2 | **40** 153:6 | **73** 3:9 5:16 131:24 |
| 25:22 26:2,6,15 | **257** 4:3 | **40.5** 326:15 327:1 | 132:3,8 322:11,12 |
| 27:22 28:2 29:12 | **26** 172:11 | 327:12 | **74** 3:10 154:16,22 |
| 31:3,11 33:16,19 | **260** 4:5 | **400** 2:9 239:17 | **75** 3:12 5:4 159:24 |
| 35:15,17 36:2,11 | **263** 4:6 | **42** 273:24 | 160:4,15 |
| 38:2,7 39:9,11,22 | **26th** 331:10 | **43** 280:1 | **76** 3:14 172:14,23 |
| 40:16 41:2,6 | **27** 48:8,8 263:19 | **44** 11:3 | 172:24 173:3 |
| 49:12 50:5,9,24 | 264:11 | **45** 11:3 59:12 | **77** 3:15 5:4,5 |
| 51:3,11,15 52:1,6 | **274** 4:7 | **4534414** 331:24 | 18:17 183:9,12,18 |
| 52:10,13,17 53:4 | **28** 131:24 133:13 | **47** 283:13 | **77002-5096** 2:17 |
| 55:10,14 56:1,16 | 173:11,17 | **48** 3:8 | **77024** 10:16 |
| 56:20 57:3,15 | **283** 4:9 | **496909** 314:5 | **78** 3:16 5:5,6 |
| 59:8 60:9 65:8,13 | **287** 4:10 | **4:24** 295:6 | 18:17 197:15,18 |
| 65:16 66:13 67:1 | **29** 10:15 175:18 | **4:41** 295:11 | 198:5 301:7,13,16 |
| 67:12,17 71:23 | 183:9 308:2 | **5** | 301:21 |
| 72:7,11 94:18 | **295** 4:11 | **5** 72:10 93:24 94:1 | **780** 96:5,7,8 97:11 |
| 115:2 118:7 | **3** | **50** 56:3 239:16 | 100:4 101:14 |
| 121:11 123:22 | | 327:13 | **79** 3:17 5:6 50:16 |
| 129:5 132:21,21 | **3** 94:3 137:2 184:1 | **50.6** 326:11 | 209:17,19 |
| 138:11 173:5,11 | 212:8 247:1 | **500** 212:23 | **8** |
| 173:17 175:1 | **30** 103:4,5,23 | **5100** 2:16 | **8** 227:9 284:21 |
| 180:4 184:1 185:9 | 109:17 116:6,18 | **52** 287:20 288:6,17 | **80** 3:19 212:8,10 |
| 323:18 | **301** 4:13 | **52.3** 325:13,21 | 257:13 |
| **2021** 1:12 7:3 72:2 | **304** 4:14 | **57** 297:6 298:8,8 | **800** 96:7 |
| 115:5 182:3 185:7 | **307** 4:15 | **59** 298:13 300:2 | **80s** 20:2,4,10,12 |
| 331:10 | **319** 4:17 | 301:2 | 22:14 23:19 |
| **2023** 146:10 | **32.7** 325:12,18 | **5:30** 328:12 | **81** 3:20 219:4,16 |
| **209** 3:17 | **37** 161:10 | **5:38** 328:17 | 219:18,23 225:3 |
| **21** 72:1 198:15 | **39** 262:23 | **5:40** 330:14,16 | **82** 3:21 227:9,11 |
| 219:2 | **3:08** 245:15 | **6** | 227:20 |
| **212** 3:19 | **3:20** 245:20 | **6** 315:21 318:7 | **83** 3:22 229:5,7,14 |
| **219** 3:20 | **3rd** 198:17 250:10 | **62** 85:24 | 230:3 246:20,20 |
| **22** 195:19 | 255:7 260:22 | **67** 295:12 | **84** 3:24 245:22,24 |
| **227** 3:21 | 277:12 281:20 | **7** | 246:21,22,23 |
| **229** 3:22 | 290:18 308:22 | **7** 5:5 210:5 | **85** 4:2 253:12,14 |
| **24** 165:1 257:4 | 311:21 | **700** 96:7 | 253:18,21 |
| 304:20 | **4** | **713.651.9366** 2:17 | **86** 4:3 257:4,6,13 |
| **24/7** 34:14 | **4** 72:10 137:2 | | 257:22 258:1 |
| | 312:21,22 318:15 | | 304:6 |

HIGHLY CONFIDENTIAL

**[87 - adding]**                                                                 Page 3

**87**   4:5 260:4,5,7,14
**88**   4:6 262:23
 263:1,5,14
**89**   4:7 273:24
 274:2,13 277:10
 279:13 307:11
**8:50**   1:18 7:2

**9**

**9**   5:4 230:19
 231:11
**9,000**   290:22
**9,300**   290:22 292:1
**9,317**   290:16
**90**   4:9 283:13,15
 283:23 284:8
**90s**   20:17,18 21:12
 21:20 22:14,20
 23:5,19 193:3
 195:14
**91**   4:10 287:19,22
 288:4,17,22
 289:12
**92**   4:11 288:2
 295:14,16,21
**93**   4:13 195:16,18
 301:7,9,16,24
**94**   4:14 195:16,18
 304:6,8,13 307:12
**95**   4:15 307:13,15
 307:21
**96**   4:17 319:21,23
 320:6 323:23
 324:6
**98**   195:18
**99**   69:18 92:20,20
 188:2

**a**

**a.m.**   1:18 7:2 80:6
 80:11

**aaa**   1:2
**abilities**   52:9 55:9
**ability**   47:13,18
 50:20 311:3
**able**   47:8 54:21
 117:8 185:13
 188:3 215:8,13,17
 216:7 217:5,8
 236:16 248:22
 259:14,20 291:14
 303:14 305:20
 306:4,18 307:5
**absent**   188:1
**absolute**   240:6
**absolutely**   192:9
**absorb**   235:11
 315:18 318:4
**absorbing**   210:22
**accept**   185:13
**accepted**   233:1
 235:21
**accepting**   185:1
**access**   75:2 93:6,7
 93:18 96:1,2 97:1
 99:3,11,18 100:1
 105:1,13 117:6
 143:9,14,20,21
 144:8,21 145:3
 149:21 150:6,23
 199:21 206:6,19
 207:3,11 208:3,18
 209:3,9 211:10,16
 212:5 214:5 215:4
 215:6,14,14
 216:15 217:1
 218:6 231:15
 232:5 234:11
 236:7,8,9,16,20
 237:2,6,11,14,18
 237:20,22,24
 238:2 239:9,18

240:11,12,15,18
 240:20 241:14,20
 242:6,9,15,18,23
 243:12,17,22
 244:2,21 258:13
 258:21 259:10,23
 276:24 290:18,23
 293:18,21 294:5
 294:12 313:11
**accessed**   237:16
**accesses**   213:19
 216:6 238:4
 261:23
**accessing**   200:1
 206:11 211:9,22
 242:5 258:15,17
 260:22 261:13,15
 261:19 262:9
**accompany**   13:16
**accomplish**   176:1
 176:2
**accomplishments**
 308:19
**account**   129:7,8
 129:11 169:24
 170:5,10 171:15
**accountant**   13:12
**accounting**   19:21
 94:24 99:5
**accounts**   130:6,9
 176:18
**accurate**   146:10
 202:15
**accustomed**   99:22
**achieve**   324:18
**acknowledge**   6:4,8
**acknowledged**
 77:11
**acquired**   17:13
 85:11,15 266:8
 284:18

**acquiring**   76:17
 77:18 78:6,19
 79:12 82:13,19
 83:2,17 84:3,9
 85:1 86:22 87:2
 89:17 329:11,19
**acquisition**   24:8
 193:3,5,10,11,14
 193:20 195:10,15
 206:22,24 207:2,4
 207:8 264:22
 266:21 328:20
 329:4,7,23
**acquisitions**   59:15
 76:7 77:1 80:16
 81:16 82:2,4,8
 83:11,14 84:17
 86:6,8,18 87:7,24
 88:7,16,24 89:11
 89:21 90:4,15
 266:24
**acronym**   39:1
**action**   7:18 187:17
 251:3,3 331:8
**actions**   90:16
**active**   86:21 87:1
 230:20 231:12
**actual**   92:7 280:18
**add**   76:14,17
 83:24 141:16
 177:3 248:6,7
 255:20 270:9,19
 274:10 275:14
 276:13 329:12
**added**   226:1
 248:13 255:11
 256:8 299:15
 300:11,14
**adding**   254:24
 256:17

CAM-0001036

HIGHLY CONFIDENTIAL

[address - answered]                                                      Page 4

address  10:14
 161:15,20 162:19
 163:8 237:10
addressed  251:19
adept  180:13
adjust  150:16
 152:22
adjusted  326:5
adjustments  296:6
administer  6:10
administered  6:9
admitted  142:15
adp  298:13,14,15
 298:22 300:18,18
 312:24 315:19
 316:11 318:20,22
 319:2,8
advantage  254:20
 256:18
adventures  30:16
advice  31:13,18
 40:19 41:15 60:17
 65:8 82:17,24
 83:8,20 84:7,14,22
 85:4 86:16 87:20
 88:3,13,21 89:5,15
 90:1 102:16
advise  62:6,13
advised  31:4 41:11
advisor  27:11 62:6
 62:24 131:5
 134:19
advocated  70:7
 191:7
advocating  178:11
affect  109:10
 111:6,23
affiliations  7:21
aforesaid  331:4
afternoon  153:22

age  13:24 55:18,20
 55:23
aged  323:1
aggressive  228:2
aging  54:24
ago  41:23 146:23
 161:15 195:5
 298:21 306:9
 314:19
agree  6:12 17:12
 17:17 18:4,4
 163:17 187:20
 201:6,9 234:7,15
 256:21,22 271:15
 272:11,17
agreed  203:18,20
 205:21 240:9
agreement  26:7
 41:11 51:23 52:24
 67:3 74:18 199:2
 199:5,10,13,15
 200:8 202:3,17
 210:9 214:20
 215:1,21,24 234:8
 234:13 292:7
agreements
 149:18 202:24
 203:7 211:5
ahead  9:2 29:21
 50:6 66:7,11
 81:20 197:22
 281:4
aided  331:7
ailment  54:1
ailments  53:17,18
air  189:9
aircraft  135:22
 136:11 138:1,6,8
al  7:7 26:21,23,24
 165:16,18 167:23

alaska  166:24
 167:1,4,6,20
alert  285:11
allegations  76:13
 273:8
alleged  74:9,11
 115:12,17 124:24
allocation  311:12
allow  207:10
 216:17 228:15
 236:1,6 238:8
 244:1 245:4
 254:18 304:22
 305:17 307:7
 310:8 324:17
allowed  91:11
 104:8 206:21,23
 207:3,5 211:14
 216:20 236:9
 237:6,7 239:8
 309:8,21 311:15
 312:11
allowing  208:3,3
 232:3,4 293:8
allows  151:17
alluded  300:24
alternative  190:4
 242:3,4
alternatives
 228:16
altoids  46:22
amazon  222:11,21
american  1:1 7:8
amounts  91:24
 92:8
analysis  256:16,21
analytics  247:18
analyzing  249:9
andi  42:19,21,21
 43:12,18

andrew  2:22
angry  261:11
announced  56:20
answer  5:2 27:18
 27:20 31:7,14,15
 33:11 38:20 43:15
 43:21 45:17,21,21
 47:13,19 68:20
 70:15 73:24 75:16
 77:14,20,22 78:17
 78:24 79:7,19,24
 80:15,17,24 82:17
 82:24 83:8,21
 84:7,14,22 85:5
 86:16,20,24 87:5
 87:17,20 88:4,13
 88:21 89:5,8,15
 90:1,10 91:13
 96:12,16 108:24
 121:5 126:15,16
 126:19 127:17
 145:20 146:4
 149:22 152:8
 156:24 169:8
 195:7,11 196:16
 222:15 224:20
 239:23 245:1
 253:2,5 268:3,4,16
 269:4,9,13,22,23
 270:5,13,18,22,24
 271:1 272:23
 274:8,17,19 275:1
 275:3,8,11,19,22
 276:1,7,11 277:1,4
 291:23 306:21
 311:23 328:24
 329:8,16,24
answered  77:3
 87:9 97:19 98:7,9
 108:22 111:15
 126:24 147:9

HIGHLY CONFIDENTIAL

[answered - authenticom]                                                      Page 5

150:13 151:11
156:17 163:6
226:24 244:24
277:1 306:14
312:7 317:17
**answering** 46:6
76:8 78:10,15,21
79:21 81:5 82:14
82:21 83:5,18
84:4,11,19 85:2
86:13 88:1,9,10,18
89:3,12,22 90:6
267:20 268:8,13
269:1,20 270:3,11
273:10 274:22
275:6 328:22
329:14
**antitrust** 74:8
**anybody** 23:14
34:11,13 44:20
68:1 69:15 73:19
118:9,13 167:19
169:10 192:4
203:2
**anymore** 129:2
**apart** 55:18 68:23
69:13 119:3
150:22 178:16,22
**apartment** 193:24
194:1
**apologize** 45:22
**apparently** 279:22
280:12
**appearances** 7:21
**appears** 225:7
231:17
**application** 177:6
236:14 237:5,18
238:9 239:6
240:15 241:20
246:7,10 254:12

254:13 260:2
265:8 274:10
284:17,19 303:11
305:4 312:17
**applications** 19:18
19:21,22,23 20:6,7
22:22 76:14,18
83:3,24 144:23
178:13 225:19
249:10,14 250:15
250:18 252:2
255:12,13 259:1
263:12 265:3,17
266:1,6,17 270:9
270:20 275:14
276:13 282:24
283:7,20 309:9
312:16 329:12
**apply** 102:18
171:15
**appoint** 188:10
**appointed** 191:4,4
191:8,12
**appointment** 29:8
29:9 190:15,18
**appreciate** 8:12
45:13,18 47:3
330:10
**apprised** 59:22
298:6
**approach** 37:12
148:10 228:2
**approached** 36:20
**appropriate**
152:21 251:8
**approval** 137:3,8
137:18 233:2
**approved** 1:19
**approximate**
18:15 103:3

**april** 1:12 7:2 30:3
71:24 72:2 91:23
331:10
**arbitration** 1:1 7:9
36:7,9 43:13,20
172:5
**area** 16:18 18:19
20:22 267:18
**areas** 137:13
142:21 180:20
**argentina** 164:14
164:18 165:22
166:6,10,21
194:23 195:4
**argue** 81:5
**argued** 191:11,16
**arrange** 224:8
**arrangement**
226:10
**aside** 234:14
**asked** 37:24 38:5,8
71:18 79:13 83:23
83:24 92:11 95:9
135:9 142:23
147:7,16 154:1
185:3 187:5 188:8
273:9 276:2,22
**asking** 97:24
100:19 108:21
109:15 111:12,20
114:8 127:2,5
134:9 142:15
160:24 178:5
179:17 209:7
216:1 218:15
221:3,16,18 226:7
236:22 237:15
253:1 263:18
269:22 272:21
275:18 276:6
278:22 306:10

310:15 311:20
312:2 317:15
326:18,23
**asks** 31:23 32:3
**aspects** 39:15
**assembled** 64:14
**assessment** 57:11
**assets** 71:19
**assigned** 300:8
**assignment** 331:24
**assist** 71:19
**associate** 28:10
**associated** 297:12
**associates** 104:6,9
117:10 165:6
166:19 183:23,23
**association** 1:1 7:9
**assume** 231:23
**assuming** 75:19
198:22 241:1
**atlantic** 1:23
**attached** 117:2,3,5
279:3,21,22
280:12 320:9
**attachment** 278:5
278:8,20 279:2,14
295:14
**attends** 167:16
**attention** 95:12,15
107:3
**attorneys** 6:2
**attribute** 292:10
**august** 71:23
72:11 170:19,23
171:3 198:4,15
212:19 230:2,6
**authenticated**
318:21,23
**authenticom** 39:4
39:7,18 201:1,6,11
201:13 205:16,18

HIGHLY CONFIDENTIAL

[authenticom - behaves]                                                    Page 6

| | | | |
|---|---|---|---|
| 205:21,23,24 | 52:2,24 54:1,7,9 | 322:11 323:21 | 316:24 318:12 |
| 206:11 207:11,16 | 74:10 85:13 93:21 | 328:16 | 328:19 330:8,9 |
| 208:18 236:2 | 97:9 106:1,4 | **background** 11:6 | **base** 81:11 |
| 237:17,21 244:2 | 114:13,18,19,24 | 189:12,14 | **based** 113:4 128:4 |
| 260:19 261:19 | 115:7,10,11,16,21 | **backup** 106:14 | 145:24 272:7 |
| 262:9 263:12,24 | 118:15 121:11,14 | **bad** 32:5 | 306:10,11 307:2 |
| 264:6,16 265:4,7 | 129:23 130:2,5 | **balance** 330:4 | **basic** 66:9 |
| 265:11,20,23,24 | 155:22 159:12 | **ballpark** 98:5 | **basically** 15:4 17:3 |
| 266:4,5,22,23 | 182:8 190:8 191:6 | **bandit** 230:20 | 20:23 25:4 36:18 |
| 311:4 | 191:10,15 196:3 | 231:12 | 105:12 137:13 |
| **authenticom's** | 196:23 199:5 | **bandwidth** 233:14 | 189:4 194:6 234:9 |
| 206:5 | 203:17 208:15 | 234:3,16 240:2 | 248:2 |
| **authority** 38:14 | 226:8,9,11 243:15 | **barr** 253:23 | **basis** 80:24 120:20 |
| 187:3,7 188:10 | 271:9 294:14 | 254:15,23 256:11 | 126:3,9,13,19 |
| 189:5,19 | 322:5 | 256:12 299:23 | 127:19,21 135:5 |
| **automate** 121:4 | **azure** 222:11 | **barras** 1:17 3:3 | **bates** 289:14 314:3 |
| **automated** 243:21 | **b** | 7:6 8:10 9:5,17 | **bathroom** 245:9 |
| 244:3 | | 10:3,11 41:17 | **battle** 175:23 |
| **automatic** 243:11 | **b** 3:6 4:1 161:9 | 45:7 49:5 76:23 | **becoming** 76:4 |
| 243:21 244:9 | 299:20 300:1,5,7 | 79:11 80:13 81:8 | 82:9 131:18 |
| **automotive** 1:2 | 300:10 | 81:24 90:22 101:7 | **beginning** 1:17 |
| 2:3 7:6,24 36:8,20 | **back** 12:21 14:12 | 101:17 109:16 | 13:20 19:15 20:13 |
| 37:7,12 38:1,6,16 | 14:13,14 15:3,9 | 116:11 124:14 | 57:15 103:11 |
| 77:7 78:5 83:3 | 21:7 23:16 56:4 | 132:8 138:10 | 104:1 146:23 |
| 84:17 86:11 | 57:21 64:7 71:13 | 153:1,22 154:22 | 180:23 182:1 |
| 282:21 283:1 | 80:3,10 119:7 | 155:19 160:6 | 206:17 212:23 |
| **automotive's** | 120:5 123:12 | 161:11 172:18 | 222:2 232:23 |
| 283:7,20 | 153:19 162:14 | 183:17 186:23 | 264:8 |
| **autotrader.com** | 173:16 179:16 | 192:19 219:8,24 | **begins** 324:14 |
| 1:3 2:3 | 192:16 193:22 | 233:6 235:14 | **behalf** 2:3,13 7:24 |
| **available** 21:21 | 207:17 226:2 | 239:14 241:13 | 8:3 178:12 190:14 |
| 224:16 254:18 | 230:1 233:16 | 244:20 246:5 | 208:19 237:21 |
| **avenues** 215:9 | 239:22 242:21,22 | 247:7 257:18 | 243:12,13 274:17 |
| **average** 213:21 | 242:23 245:19 | 264:11 269:14 | 293:18,22 294:5 |
| 291:2 | 247:9,24 248:18 | 270:16 273:23 | **behalves** 152:14 |
| **avery** 233:3 | 249:15,23 250:10 | 275:12 278:7 | **behave** 58:20,21 |
| **aviation** 137:24 | 250:22 252:8 | 279:24 283:6,19 | 143:5 148:1 |
| 138:3,5 | 254:4 267:1 | 288:21 290:9 | **behaved** 65:5 |
| **avoided** 125:6 | 270:24 275:16 | 295:21 305:15 | 148:1 169:5 |
| **aware** 13:10 27:22 | 280:2 290:3 | 308:9 310:15 | **behaves** 71:14 |
| 36:19 47:12 51:24 | 295:10 314:24 | 311:17 314:7 | |
| | 318:15 321:12 | | |

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

CAM-0001039

HIGHLY CONFIDENTIAL

[behavior - brockman]                                                                    Page 7

**behavior** 109:3,5
  111:22 126:1
  152:22 207:1
**behaviors** 140:22
  148:18
**belief** 51:7,12
  126:4,14,20 127:5
  127:21 128:6
**believe** 29:16
  43:16 48:4 54:12
  67:16 95:21 96:5
  97:19 111:16
  116:21 118:8
  121:16 125:5,8,10
  125:13,20 126:7
  126:10,12,17,21
  126:23 127:1,3,4,7
  127:10,11,13,18
  127:23 128:23
  132:20 139:11
  144:7 148:7,10
  150:11 161:2
  162:17 166:4
  167:6 172:9
  174:19 179:24
  195:16 196:9
  202:9,11,15
  204:22,22 207:3
  213:17,18 230:7
  236:6 239:2
  244:24 253:3
  259:5 261:21
  262:4 270:17
  272:22 278:6
  316:7
**believes** 235:3
  324:16
**benefited** 74:14
**berkshire** 321:18
  322:6 324:17,23

**bermuda** 191:11
  191:16,24 192:2
**best** 18:8 45:15
  64:19 75:15
  137:23 196:19
  284:24 285:13
  324:17
**better** 100:10
  138:14 148:11,20
  189:15 216:5
  224:20 313:16,22
  313:24 314:8
**beyond** 14:24 15:1
  77:12
**bidirectional**
  242:8,17
**big** 81:17 111:18
  168:20
**billion** 93:13,24
  94:1,3,5 100:7,8
  100:12,14,16,20
  100:22 101:15
  315:21 318:7
**billions** 72:19,20
  72:23 73:5,6,9
  74:7,15 75:22
  77:1 82:2 90:13
  90:17 92:13 93:2
  93:5,22
**binder** 132:1
  172:12 183:10
  197:16
**birmingham**
  193:4,23
**birthday** 133:13
  133:23
**bit** 95:22 97:15
  289:6
**bladder** 53:21
**blank** 66:8

**block** 206:5,14,16
  207:6 238:3
**blocked** 259:4
**blocking** 206:19
  207:16 311:2
**blood** 18:2
**blue** 1:5 2:4
**bmi** 313:8
**board** 26:11,14,19
  26:20 27:8,13,23
  28:3,6,6,21 29:5
  29:15 32:10 99:8
  130:16,18,20
  165:18 187:10,13
  187:17 188:11,12
  188:14,14,20,21
  259:3,8
**board's** 27:15
**bob** 13:15,19
  14:11 16:22 19:19
  21:20 23:10 26:5
  28:10 56:8 59:9
  63:16 125:1,8
  126:21 127:7,23
  128:8 130:14
  132:10 138:17
  145:16 146:8,21
  146:23 147:4
  148:1 167:14
  178:8 181:7 225:5
  230:18,20 231:19
  231:20,23 250:8
  250:11 253:23
  258:18 260:16,17
  261:1,4,14 302:3,6
  302:22 321:8,9
  324:14
**bob's** 127:15
**book** 1:5 2:4
**books** 94:23 95:13

**bother** 284:23
**bottle** 46:20
**bottom** 155:4,15
  184:2 198:13
  212:21 232:19
  233:18,21 248:6
  281:2 323:8
**bought** 265:22
**box** 181:9
**boys** 81:17
**break** 46:3,7 63:5
  68:8 79:17 80:3
  153:2 192:8
  245:12 295:3
  328:8
**breaking** 45:22
**breed** 30:18
**brian** 320:7,18
**bring** 14:13
  122:19 278:9
**bringing** 179:16
**broach** 56:15
**brock** 54:3
**brockman** 12:16
  13:5 15:13 17:8
  22:16 23:10,12,20
  25:9,21,23 26:1,3
  26:5,18,21,22 27:3
  27:9,16,24 28:3,17
  29:1,6,7 30:1,6,6
  31:23 32:3,21,24
  33:2,4,5,17,22
  34:9,17,21 35:8,11
  35:15,22 36:9
  37:3,7,24 38:5
  39:7,18,22 40:1,1
  40:6,8,10,13,21
  41:3,5,13 49:12,20
  49:22 50:11,15,16
  51:3,8,12,17,24
  52:2 53:2,8,8 54:2

CAM-0001040

HIGHLY CONFIDENTIAL

[brockman - car]                                                              Page 8

54:3,10 55:16
56:8 57:2,7,16
58:2 59:10 60:7
60:18,22 61:10,20
62:23 63:16 64:18
65:9,12,15,19 66:3
67:11,16,21 68:23
70:14,18,18,19
74:16 76:1 82:5
91:17 102:12
114:19 115:8,11
117:17 122:8,19
125:1,6,8,21 126:5
126:21 127:7,18
127:23 128:5,8,15
128:18 129:9,17
130:6,10 131:21
132:10,24 133:6
138:10,17 139:14
140:9,10 141:11
142:11,13,17
144:6 148:1,6
156:16,19 157:2,6
157:9 160:12
161:1,3,19 162:3
162:15,18 163:9
163:20,24 165:7
166:10 167:13,15
167:20 168:16
169:1,21 170:4,14
171:8,11,15,20
173:4,12 174:6,16
175:5 180:3
183:22 188:6,13
188:17,20 189:3
189:18,23 190:3
190:10,13 191:7
195:9 196:4,7,10
196:11,12,18
197:2,7,10 198:3
198:11,14 199:8

200:24 201:10
203:12 204:4,6,11
204:13 209:12
210:4,6,10,21
212:19 219:20,24
225:5,12 227:5,18
227:21 231:20,24
232:2 247:1,8
250:7 253:23
254:16 255:5,19
256:1 257:17,24
260:19 261:12
266:19 277:12,18
284:20 285:3,11
285:19,20 288:23
289:13 290:11
294:14 296:3,9
297:8,9,19 302:3
302:22 321:8,16
322:18 323:15,19
**brockman's** 27:2
41:9 50:20 52:17
54:20 57:22 66:5
118:5 121:9
125:24 133:12
165:14 175:2
**brockmans** 30:7
31:7
**broker** 236:7
239:12
**brokers** 215:17
237:24 266:16
**brought** 14:10
38:9,11 117:20
193:6 200:16
264:22
**bruns** 43:18
**buffett** 320:11,22
321:13,21 324:9
324:12

**build** 20:5,6
174:12 200:13
206:3 222:9
238:10 292:14
**building** 228:9
**built** 208:6
**bullet** 308:22
312:24 313:16,24
314:11 315:8,16
317:14,23 318:2
318:19 319:2
**bunch** 247:12
284:10 316:22
323:1
**burnett** 37:14
99:16,17 100:2
161:11 186:4,5,21
263:19 264:12
**burst** 16:6
**bus** 14:10,13 19:4
**busboy** 12:9
**business** 14:9
16:20 17:4 21:3,3
31:24 36:15,16
39:15 40:14 41:5
41:12 44:24 58:16
58:19 59:6,14,18
59:19 66:24 87:8
87:15 95:8 99:21
105:15 119:18
122:16,16,17
135:23 136:12,17
136:22 138:7,14
140:2 143:2
150:15 151:21,24
152:13,15,23
180:21 193:7,22
194:10 209:6,13
209:14 210:14
218:12,14,18
226:5,10 233:11

233:23 235:20,24
248:18 249:5
261:3 262:20
263:22 264:4,14
265:6,9,22 268:11
268:22 269:19
270:2 271:18
272:2,12,18,18
273:1 274:21
275:5 276:21
296:11 327:18
328:3 329:5,13
**businesses** 266:7,8
266:9
**busy** 55:3
**butt** 305:20 306:5
306:5,19 307:6
**buy** 177:10 246:15
246:15 285:15
**buyer** 322:24
**bypass** 228:8

**c**

**c** 2:1 331:1,1
**call** 12:8 20:22
**called** 167:2
173:22 193:15
200:8
**camera** 8:20
**canada** 183:23
**capability** 105:6
255:7,20 256:2,7
**capable** 67:18
**capacities** 52:14
52:18
**capital** 92:24
**captcha** 228:3,20
**capture** 228:15
**car** 84:10 106:2
246:13,15 247:20
247:21,21

CAM-0001041

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| **card** 15:22 | 230:19,21 231:6 | 96:2 123:2 128:19 | **challenged** 210:10 |
| **cards** 261:6 | 231:11,14,14,21 | 129:4 131:18 | 210:22 |
| 262:14 | 232:4,10 234:9,13 | 133:12,16,22 | **chance** 45:17 |
| **care** 30:18 34:14 | 235:11 263:23 | 134:19 137:16 | 144:7 210:1 |
| 71:19 95:21 | 264:6,16 265:10 | 145:24 175:5 | 260:13 270:23 |
| 105:11,24 106:9 | 265:15,20 266:15 | 182:6,10 184:20 | **change** 16:13 |
| 121:1 209:14 | 284:23 285:4,5,12 | 185:1,14 186:24 | 22:24 24:22 50:9 |
| **careers** 57:5 | 285:12,16,17 | 189:4,19 190:1,5 | 55:17,24 56:19 |
| **carry** 63:11,22 | 286:6,12,24 287:4 | 243:18 267:8 | 81:22 91:12 |
| **cars** 248:3 | 287:6,13 291:13 | **certain** 71:15 | 108:17 109:1,24 |
| **case** 1:2 7:9 74:10 | 291:19,22 292:7 | 177:4 199:21 | 110:12,16,19 |
| 74:13 124:5 137:7 | 293:7,12 294:4 | 208:16 | 111:3,5,20,22 |
| 171:24 197:1 | 302:7,8,10,15 | **certainly** 273:16 | 112:1,6,8,9,16,20 |
| 330:5 | 303:6,8,10,17,20 | **certification** 260:1 | 112:23 113:2,5,7,9 |
| **cases** 166:18 | 303:23,24 316:4,5 | **certified** 1:20 | 114:4,7,9,15,16 |
| 262:17 | 316:16,21 317:9 | 236:5 | 133:17 137:11 |
| **cash** 22:6 72:14,20 | 318:1,5 | **certify** 233:14 | 144:3,4,5,8 145:7 |
| 72:22 73:10,15 | **cdk's** 199:4,10 | 234:4,17 240:3 | 145:8 146:14 |
| 90:13,17 91:15 | 208:20 209:3,9 | 331:3 | 147:22 148:2,19 |
| 93:5,10 | 232:13 241:10 | **cfo** 99:14 | 149:13 151:6,6 |
| **cashed** 22:10 | 292:6 293:17,21 | **chain** 49:11 | 152:1,13,22 |
| **catch** 21:6 | 294:4,12,16 | 169:21 173:3 | 190:16 233:1 |
| **cathetered** 53:21 | 302:12,22 303:14 | 198:2,10 200:14 | 273:8 |
| **cause** 113:4 | **central** 6:22 | 219:19 229:15,17 | **changed** 40:20 |
| 170:10 | 104:19 108:6 | 253:22 257:16,23 | 62:19 64:9,10 |
| **cc'ing** 254:16 | 109:14 110:3,19 | 263:10 284:8 | 104:6 110:24 |
| 255:5 | 117:11,13 | **chairman** 25:12 | 228:4 263:23 |
| **cdk** 74:17,19,22 | **centralized** 101:23 | 26:10,13 28:5,7 | 264:5,15 265:10 |
| 75:2 76:16,18 | 104:10 105:4 | 29:5 32:10,20 | **changes** 15:21 |
| 89:11,18,21 | 108:1 115:24 | 41:3 62:4 73:8 | 109:3,7 110:4,5,7 |
| 145:17,19 146:2,7 | 116:8 | 76:4 82:9 85:20 | 113:8 114:11,14 |
| 198:16 199:2,16 | **centrally** 112:4,10 | 85:23 95:4,23 | 149:18 152:3 |
| 199:19,24 200:3 | 113:13,15,20 | 96:1 123:3 128:18 | 183:24 184:14,15 |
| 201:20 202:1,8,13 | 114:10 | 129:4 130:15 | 259:8 |
| 202:18,23 203:3,6 | **ceo** 10:20,21,24 | 131:3,18 134:18 | **changing** 106:11 |
| 204:2,9,16,19,22 | 25:10,14 26:4 | 134:21 137:16 | 106:21 109:5,11 |
| 205:1 208:15 | 32:13,19 41:3 | 146:1 175:6 182:6 | 142:22 144:10,12 |
| 209:5,6 210:9,22 | 51:3,16 61:4,8,21 | 182:9 184:20 | 144:15,22 145:4 |
| 211:8,21,22 212:4 | 62:4,6,14,22,24 | 185:14 186:24 | 148:22 151:7,9 |
| 214:20 215:1,7,12 | 73:8 76:4 82:9 | 188:17 189:4,19 | 205:6 |
| 215:21 217:23,24 | 85:20,23 95:4,24 | 190:1,5 243:18 | |

HIGHLY CONFIDENTIAL

[chapelwood - company]                                              Page 10

chapelwood  28:11
  28:16,18
characterization
  74:18
charge  20:21,21
  141:3 181:3
  226:15
chargeable  177:15
charges  224:5
charitable  68:24
  69:22 70:19,24
  71:3,15,20 91:17
check  117:11
  129:1,3 171:19
  255:1
cherry  2:20 8:6,24
  9:3 42:19 43:10
chief  21:4,11
  23:24 24:4,14,15
  36:12 299:6
choice  29:2
choices  225:1
choose  107:10
  208:5 239:5
chose  63:21
  133:18 134:4,6,8
  241:18 266:12
chosen  190:9
chris  37:15 136:23
  181:16 186:11,13
  186:20
chronologically
  16:12 18:21
chronology  24:7
church  28:12,15
circle  10:15
circling  172:22
circumstances
  46:10 141:5,9
claimants  1:7 2:3

claiming  272:5
claims  74:13
  124:19,19
clarification  45:12
clarify  41:1
clean  120:15
clear  79:10 80:22
  86:19 147:17
  270:16 276:16
  277:6 297:10
  323:2 325:23
clearly  81:4 152:3
click  172:21
  280:21
client  91:5 103:12
  103:18,20 108:4
  109:3,13 111:2
  113:3 273:17
  274:8
clients  91:12
  103:17 271:13
close  15:12 33:12
  193:20 214:21
  215:8,13 222:1
  283:4 292:20
closed  214:4,5,6
  214:11,15 215:20
closely  15:13
  22:15
closer  61:14
cloud  221:1,9,11
  221:15,20,24
  222:6,7,8,10,12,18
  222:23,24 224:15
cm  254:12,13
  313:17 314:1,14
cocker  30:13
coe  62:23
cognitive  47:11
  52:9 54:10,17
  55:9

cohen  43:2
college  11:8
colorado  164:15
  166:12,13,22
column  299:20,21
  300:1,3,5,7,9
com  1:3 2:4
combined  24:12
come  15:20 31:7
  33:14 53:13 60:15
  80:3 101:3 107:3
  131:9 144:2,24
  148:17 205:10
  220:16 238:4,5
  270:24 280:5
  310:8
comes  201:1 249:9
  251:17
comfortable  59:16
  64:12,13,15 72:16
  73:4 76:8 78:10
  78:15,21 79:21
  82:14,21 83:5,18
  84:4,11,19 85:2
  86:13 87:12 88:1
  88:10,18 89:3,12
  89:22 90:6,19
  95:2 96:15 104:15
  116:17 121:6
  179:14 267:19,21
  268:8,13 269:1,20
  270:3,11 271:2
  274:22 275:6
  328:22 329:6,14
  329:22
coming  248:3
  252:12
comment  112:7
  225:22
comments  321:12

commit  127:21
  128:9
commitment
  91:20
committed  71:16
  124:24 125:1,9
  126:5,8,17,22
  127:6,8,11,24
committee  184:7
  184:13 186:17
  299:5
communicate  40:9
  40:21 57:19
  190:22
communicates
  190:12
communicating
  190:24
communication
  57:18 262:18
communications
  103:13 117:14
  163:8 207:20
  256:5
companies  77:1,7
  77:17 78:5,12
  79:12 82:13,20
  83:17,23 84:1
  86:22 87:2 199:16
  205:2 311:3
company  1:9 2:21
  7:8 11:5,7 12:23
  14:2,11 15:15
  17:4,15 24:12,12
  26:3 27:11 32:7
  32:13 39:17 50:18
  56:13 59:3 78:19
  86:11 106:14
  130:24 138:19
  140:10,11 165:11

HIGHLY CONFIDENTIAL

[company - contributions]                                                        Page 11

184:18,19,23
187:9 190:6
191:18 193:15,23
236:2 267:15
306:24 307:1
321:22 329:20
compel  311:4
compelled  270:21
competes  329:20
competing  75:1
  255:12
competition  74:21
  76:21 88:8,24
  286:20
competitive  76:15
  329:13
competitor  90:20
  138:20 256:24
  271:3 305:7
  306:13 329:4
competitors  73:12
  84:2 138:23 139:2
  139:2,3,4,6 248:7
  267:23 306:6
complained
  241:23
completely  87:16
  259:4
complex  180:10
complexity  68:20
complicated
  217:14
complications
  54:14
complied  71:20
  171:20
comply  92:16
component  222:7
components  95:17
comport  174:15

composition  27:15
computer  15:3,6
  15:16 16:15,17
  18:13,18 19:3
  20:8,12 308:7,8
  331:7
computers  13:17
  15:4 244:13
conceded  142:14
concentration
  76:20
concept  141:1
concern  216:14
concerning  157:18
concur  102:15
condition  149:1
conditioning
  189:10
conditions  139:12
  139:13 149:3,5,7,9
  149:16 150:2,4,9
  150:10,22 151:5
  152:20
conduct  235:24
conducted  262:20
confer  286:19
confidant  27:1
confidential  1:13
  73:18,21 75:14
  91:2,10 271:8
config  112:16,20
configuration
  104:12 107:4
  108:4,5,17 109:1,7
  109:9,11 110:5,6
  110:12,16,20,21
  110:24 111:1,4,5
  111:20 112:1,10
  113:2,9,22,22
  114:4,15 117:15
  244:12

configurations
  105:21
confirm  202:14
  230:8 324:4
confirmed  115:7
conflict  177:18,23
  185:17
confused  232:15
  293:20
congregation
  28:15
connected  104:18
  117:10,13 159:8
connection  44:3
  105:17 138:7
  158:24 159:5
consequence
  259:15
consider  84:1
  143:18 151:7
  218:17,20 227:5
consideration
  218:14
considered  34:16
  190:10 225:9
considering  144:1
  144:10,12,15,21
  145:4,7 148:22
  225:13
consisted  26:20
consistent  175:2
consolidation
  76:12
consultant  27:12
consulted  61:2
consumes  247:16
  247:17 251:22,22
consuming  252:16
cont'd  4:1
contact  145:17,19
  146:2 200:9

202:22 254:14,15
  254:20 256:18
contained  105:13
contains  219:23
contemplated
  80:16 81:15 82:3
  82:7 83:11 87:24
  88:6,15,23 89:10
  89:20 90:3
contemplating
  78:18 79:11 82:1
  82:19 83:2,14
  84:3,9,16,24 85:10
  86:9,10,19 90:15
  90:17 91:16
  147:19
contents  271:12
context  41:22
  156:5 174:18
  175:4 178:15
  306:12 314:22
  320:21
continue  22:15
  59:4 60:8 62:5
  63:19 151:23
  152:17,17 211:16
  232:4 236:1,9
  238:9 240:16
  266:23
continued  20:19
  57:19 64:7 303:11
continuing  64:16
contract  198:16
  202:7,11,11,20
  215:23 216:3
  222:10
contracts  149:4
  230:22 231:22
  232:5,13
contributions
  71:20

CAM-0001044

HIGHLY CONFIDENTIAL

[control - current]                                                           Page 12

| | | | |
|---|---|---|---|
| control 155:9 | 68:16,17 69:20 | counsel 6:11 7:20 | 246:23 253:12,18 |
| conversation | 73:5 78:20 80:1 | 8:6 9:22 40:20 | 253:21 257:22 |
| 29:11 31:5 35:24 | 82:6 92:22 93:22 | 41:14 43:11 44:17 | 260:14 263:13 |
| 45:4 123:7 124:8 | 95:6,24 96:24 | 78:23 79:23 87:5 | 272:5 273:24 |
| 146:9 158:22 | 102:1 104:23 | 89:7 90:8 191:10 | 279:12 282:20 |
| 162:12 163:15 | 107:7,22 112:11 | 191:15 268:16 | 283:1,6,19 287:19 |
| conversations | 112:12 114:20 | 331:8 | 288:4,21 289:11 |
| 29:16 31:6 55:16 | 116:9,14,15 118:7 | counsel's 80:14 | 295:14,20 301:15 |
| 58:24 59:1,9 | 134:22 143:7,8 | 82:17,24 83:8,20 | 301:23,23 304:12 |
| 170:13 192:3 | 150:7 153:24 | 84:7,14,22 85:4 | 307:12,13,21 |
| 204:2,10 | 156:10 163:21 | 86:15 87:19 88:3 | 319:21,23 320:6 |
| cooking 58:5 | 172:5,23,24 173:5 | 88:13,21 89:5,14 | craig 99:15 184:17 |
| 60:23 | 180:6,7 183:18 | 90:1,9 269:4 | 184:22,24 186:3 |
| cooperating | 184:3,4,7 187:14 | count 28:12 | create 19:20 20:5 |
| 196:24 | 187:16 199:22 | 327:19 328:2 | 25:2 238:7,21 |
| cooperation | 200:17 205:19 | counted 28:13 | 239:8 |
| 291:13 | 206:6,21,24 207:6 | counting 41:19 | created 21:20 25:4 |
| cooperative | 207:12,17 210:6,7 | 227:3 | 48:9 63:16 207:21 |
| 152:19 | 210:19,20 211:5 | country 30:14 | 208:6 216:17,22 |
| coordinated 74:17 | 212:19,20 213:22 | counts 95:15 | 220:21 228:14 |
| copied 122:3,4,5 | 214:13,14,22 | couple 42:7,14 | 238:21 294:4 |
| 253:22 | 215:9 218:8 226:4 | 48:22 104:12 | 312:17 |
| copy 104:22 | 238:17 241:7 | 217:21 266:2 | creating 205:12 |
| 106:14 107:24 | 243:2,3,5 246:22 | course 60:1 67:23 | creation 218:22 |
| 109:17 116:8 | 249:16 251:6,17 | 273:2 | creators 31:1 |
| corner 281:2 | 252:13 253:24 | court 1:20 6:2 | credibility 311:18 |
| corporate 104:19 | 271:18 286:4,8 | 7:15 9:14 191:11 | crime 126:8,17 |
| 120:1 138:1 | 292:21 302:4,5 | 191:16,23 | crimes 121:13 |
| 171:17 186:6 | 304:20 309:13 | courts 192:2 | 124:24 125:2,9 |
| corporation 38:22 | 316:12 326:7,11 | covid 131:11 | 126:6,22 127:6,8 |
| correct 11:24 13:4 | 326:21 331:7 | cox 1:2 2:3 4:17 | 127:12,22,24 |
| 13:7 17:10,11 | corrected 3:11 | 7:6,24 36:8,20 | 128:9,12 |
| 18:3,12 19:10 | 154:14,17 157:16 | 37:6,12 38:1,6,15 | criminal 124:5 |
| 23:22 24:5,20 | 157:24 | 48:10 58:1 63:10 | 197:1 |
| 31:19,21 32:11,12 | correctly 31:23 | 74:10 131:24 | crying 276:17 |
| 32:15,18 33:21 | 192:23 240:5 | 154:22 160:14 | csr 331:14 |
| 36:21 39:18 40:14 | 290:13 331:5 | 173:3 183:9 | cup 36:18 |
| 40:15 44:5 49:13 | correspondence | 197:15 198:5 | current 10:19 |
| 51:3,6 52:3,7 | 229:19 286:21 | 212:8 219:18 | 15:24 113:21 |
| 55:10,11,13 62:15 | corresponding | 227:9,19 229:5,14 | 119:6 130:12 |
| 66:16,18 67:7 | 129:9 | 230:2 245:22 | 135:19 136:3 |

CAM-0001045

HIGHLY CONFIDENTIAL

[current - dealerships]                                                    Page 13

145:18 188:1
204:17 254:8
272:24 274:20
275:4,12
**currently** 10:12
  87:16 130:14
  204:17 205:5,11
  205:12 269:19
  323:3
**customer** 14:14
  15:24 16:7 201:1
  201:11,13 205:22
  223:8,10,12,21
  241:17 246:12,13
  246:14 247:11,19
  251:13 252:10
  327:19,21
**customer's** 223:11
**customers** 16:9
  95:16,17 103:14
  103:15,16 138:20
  139:9,24 140:2,17
  145:6 148:9,11
  176:17 181:5,5
  201:20 202:2
  205:24 215:18
  223:16,16,17,19
  223:24 224:17
  226:18 228:8
  247:17 248:18,24
  255:7,21 256:8
  259:20 262:6,12
  265:1 285:7,8
  286:2,3,22 287:5
  292:16 309:10
  327:23,24 328:1,4
**customization**
  200:16
**cut** 45:17 46:1
  50:7 274:16

**cx** 3:8,9,10,12,14
  3:15,16,17,19,20
  3:21,22,24 4:2,3,5
  4:6,7,9,10,11,13
  4:14,15,17 48:12
  132:3 154:16
  159:24 172:14
  183:12 197:18
  209:19 212:10
  219:4 227:11
  229:7 245:24
  253:14 257:6
  260:7 263:1 274:2
  283:15 287:22
  295:16 301:9
  304:8 307:15
  319:23
**córdoba** 166:8

### d

**d** 3:1 299:21 300:3
**daily** 57:10,17
**damages** 74:12
**daniel** 2:8
**data** 85:1,8 89:1
  90:4 143:9,14,19
  143:21 144:8,14
  144:21 146:21,24
  147:3 150:7
  151:13,16,20
  152:12 199:21
  202:12 203:23
  206:6,11 207:11
  208:18 209:3,9
  210:17 215:17
  218:6 220:15,23
  221:23 222:3,4,4
  223:7,8,10,10,19
  224:13 225:14
  226:2,17 228:11
  228:17 235:2,20
  236:7 237:2,5,11

237:24 238:2,5,13
238:14 239:12,18
240:12 241:14,19
242:5,21 243:7,8,9
243:12,14,22
244:2,6,15,21,22
247:12,23 248:17
249:3,8,9,11,14,17
249:18,22 250:5
250:15,22 251:9
251:15,17,20,23
252:12,16,20
258:10,13 261:21
263:23 264:5,15
265:4,7,10,15,20
266:14,15,17
270:19 273:9
274:9 276:24
292:13 302:8
313:11 329:21
**database** 220:23
  220:24
**datacom** 261:13
**date** 21:12 25:16
  25:18 61:6,13
  62:11 94:12,21,22
  118:8 120:5
  132:22 171:5
  185:7,10 257:19
  320:13
**dated** 198:15
  219:24 302:3
  324:10
**dates** 15:10 194:18
  195:15 325:14
**daughters** 136:24
  161:12 186:10,19
**day** 42:15 58:4,8
  60:6,10,20,22
  106:24 118:23
  120:12,14 305:20

306:5,19 307:6
331:10
**days** 13:15 16:5,19
  18:24 20:24 23:17
  32:5,5,5 66:8
  104:2 165:23
  188:23
**dc** 2:10
**ddorris** 2:11
**deadline** 145:14
**deal** 121:21 254:8
  254:11,19 316:21
  317:8,9,13,24
  318:10,11 319:10
  319:11 327:15
**dealer** 1:3 2:4 16:1
  19:12,19 143:14
  213:18,22 214:1
  215:5 224:14
  225:1 228:10,16
  236:14,15 241:17
  243:8,12,13,17
  244:1,5,8,8 245:5
  248:22,23 259:20
  291:3
**dealer's** 243:13
  244:2,13 251:9
**dealers** 83:4 90:5
  144:15 177:10
  208:4,19 213:3,6
  213:16 215:5
  224:5,6,7,10 228:8
  228:13 231:6
  235:15 239:1,5
  241:22 243:20
  246:7 259:2 328:3
**dealership** 19:19
  19:24 20:6 141:15
  239:4 246:12
**dealerships** 14:5
  20:7 22:22 84:10

CAM-0001046

HIGHLY CONFIDENTIAL

[dealersocket - difficult]                                      Page 14

dealersocket
282:9
dealertrack 1:4
2:4 282:16,19
deaton 26:21,23
26:24 27:7,10,16
27:24 165:16,18
167:23
decade 20:2
decades 27:12
41:23 86:2 119:9
119:11,13 170:14
december 71:24
72:7,10 94:11
115:2
decide 137:3,18
247:18
decided 28:20
29:4 107:5,6
140:2
decides 71:5
236:14
decision 25:1
36:23,24 37:3,9,12
38:13,18 39:3
41:8 49:18 58:4,9
58:10,11 60:17,22
60:24 64:2,13
70:12 108:11
134:12 135:6
137:21 144:2
145:1 153:4
174:22,24 180:9
187:2 208:2,5
224:18 239:7
decisions 36:16
54:21 58:13 59:16
70:22 137:23
145:8,11,14
174:14 175:7
233:11,23

deck 15:22
declared 264:1,7
264:17 265:12
declaring 72:17
decline 47:11
54:10,17
defer 91:7
define 200:11,12
214:8 242:19
defined 16:7
degree 214:22
delete 116:11
119:4,12,13,23
120:3,9,9,11,12,18
170:20 171:6
deleted 102:3
118:19 119:15
120:7 125:21
171:2
deletes 108:2
116:5,6
deleting 121:6
delivered 90:4
demoted 181:20
departed 185:2
department 17:7
20:15 99:6 135:21
135:22 136:7
137:24 138:4,5
155:20 156:10
158:5,12 159:2,7
176:14 246:11
dependent 192:5
226:21
depends 235:6
deployed 204:17
205:5
deposed 35:11
41:18 45:7
deposition 1:16
5:1 6:3,5,7,22 7:5

7:11 9:10 10:7
35:7 42:3,11 44:4
44:20 45:1,3 46:9
79:4 91:1,6,12
157:14 162:24
174:1 276:9
330:13 331:7
deprived 276:18
depth 65:14 66:23
derived 134:15
describe 47:24
56:11,23 71:12
199:13 204:1
234:9
described 22:20
23:5 56:7 145:16
148:15 199:14
203:19,22 310:19
describes 220:21
describing 55:17
description 3:7
138:3 254:5
300:10
designate 73:17,20
designated 91:1
91:10 271:8
desk 21:2
destroy 115:13,18
125:17,17,23
170:19 171:23
172:4,8
destroyed 125:10
125:13 170:23
detail 65:13 66:23
296:13
details 296:10
deteriorated 66:6
deteriorating
53:23
dev 210:10,11

develop 19:12
238:6 298:14
300:18
developed 76:4
developers 20:13
238:2 262:11
developing 22:21
development 19:2
19:7,11 20:20
24:11 36:14 59:5
59:23 186:6
210:12 254:5
256:13 262:1,4
292:14 296:2,10
296:11 297:7,17
298:3,7 299:12
309:8,20 310:10
310:24 311:15
devices 21:1
difference 112:13
different 20:9
60:13 95:23 97:7
97:16 107:4
109:13,16 110:14
111:10,13 112:18
140:15,15 142:12
143:4,5,17,17
149:6 150:17,17
152:6 161:20
208:16 220:20
222:21 239:5
242:4 253:7 288:7
313:12
differently 138:13
140:12 142:10,16
148:1,5 152:11
199:14
difficult 96:12
97:14 185:15
254:24

HIGHLY CONFIDENTIAL

**directed** 79:24
268:15
**directing** 83:8,21
84:7,14,22 85:5
87:20 88:4,13,21
89:5,7,15 90:1
**direction** 5:2 87:5
90:9 269:4
**directly** 68:19
263:23 264:5,15
265:10
**directors** 26:19
28:4 130:19,21
187:11,13 188:12
188:20
**disability** 26:6
41:10 51:22 52:23
67:2
**disagree** 81:2
140:8 234:19
**disagreed** 261:14
261:16
**disagreeing** 179:1
**disagreement**
178:1,18,24
**disappoint** 64:20
64:22,23 65:3
67:21
**disastrous** 208:5
**disclosed** 121:10
**discounting**
139:20,21,22
140:1,6,9,15,17,19
141:1,3,6,11,17
142:2,23 143:7
**discuss** 29:14 35:7
35:21 37:2,5,20
41:12 59:4 61:3
65:21 66:2 70:17
91:5,11 117:17,23
118:2 133:3,8,21

134:4 204:8 233:3
233:4 271:12
300:13,17 321:11
323:14,18
**discussed** 34:20
35:10,13 36:8
37:21 39:6,17,21
41:4 45:2 56:19
75:24 82:5 91:24
92:6 133:24
134:17 197:6
324:21
**discussing** 286:1
321:17
**discussion** 61:13
62:12 189:22
296:23 298:4
**discussions** 50:8
54:22 65:14,14
77:17 78:4 82:12
83:16 86:21 87:2
190:4 204:9
321:21 322:4,5
**disease** 53:16
**dispute** 36:21
**disrupt** 108:17
113:10
**disrupted** 125:3
303:18
**disruption** 113:18
**distract** 107:12,17
108:11,20 111:18
261:2
**distracting** 107:9
262:4
**distraction** 111:19
111:21 112:2,6
113:21,23 114:1,3
114:7 309:20
311:14 312:10

**distractions**
310:23 312:1
**distributing** 93:2
**distribution** 72:3
92:12
**distributions**
71:23
**dividend** 70:23
71:11 92:12
191:13,19 192:4
**dividends** 71:2,2
72:9 91:16,19,22
92:1,4,7
**division** 135:22
147:1
**divorced** 11:19
**dmi** 199:15 200:1
200:10 202:4,8,9
202:16,21 203:20
204:19,22 211:8
215:1 216:5 217:9
234:9,11 292:15
293:1 317:9
**dms** 35:3 76:12,16
78:12,19 79:12
82:20 83:23 87:8
87:23 88:8,17
141:15 143:22
145:3 149:21
150:7 177:8,9,11
181:12,18 182:13
183:3,6 199:22
206:6,12 207:12
208:1,9,11,18
211:9,23 212:5
215:3 217:1 226:3
231:15 235:4,5
237:19 238:23
239:1,11,13
242:21,24 244:21
249:15,23 250:16

250:22 251:9,12
251:16,21,24
252:2 258:13
262:9 266:18
268:10 269:19
270:18 271:16,17
271:22,22 272:1,2
272:6,12,13,18,19
273:1,4 274:9,21
276:12 290:24
292:20,24 293:8
293:22 294:5
305:19,23 306:18
327:22 328:3,21
329:5,13
**dms's** 254:19
**document** 63:3
135:23 145:18
160:5 171:12
173:16 229:22
278:20 279:9
288:6,12 289:4,10
289:16,17,19,23
290:2 301:19
**documents** 5:9
44:8,13,16 47:15
105:14 122:1
136:17,22 294:23
**dogs** 30:12,16,17
**doing** 30:24 32:7,8
45:8,19 46:2
59:23 60:3 73:8,9
74:3 76:18 112:2
112:4 121:7
138:13 140:2,6
147:16 168:13
206:15 238:12
252:23 261:17
273:4 286:14,21
287:7 290:5,8
313:22

HIGHLY CONFIDENTIAL

[dollars - emails]                                    Page 16

**dollars** 73:9 74:7
  74:11,15 75:22
  82:2 90:13 92:13
  93:2,5,14,22
**domain** 129:24,24
  130:3
**dominant** 58:24
**dominion** 258:6,8
**dominion's** 258:24
**dorothy** 34:10
  70:14,18 124:10
  124:12 191:6
**dorris** 2:8
**dot** 1:3 2:4
**doubt** 50:19 52:13
  52:17 55:12 64:4
**dove** 164:19
**download** 280:16
  280:22
**downloaded** 102:5
**downloading**
  253:19
**draft** 324:8
**drew** 9:7 48:6
  131:23 154:12
  159:20 172:10
  183:8 197:14
  209:17 212:7
  219:1 227:8 229:4
  245:7,21 253:11
  260:5 262:22
  279:6 283:4,12
  287:18 288:6,14
  288:19 301:6,16
  304:6 307:12
  319:20
**drilling** 114:2
**drive** 104:22
**drives** 246:12
**drop** 291:14
  292:11

**dropped** 291:6
**dry** 46:24
**dsv** 210:16
**due** 127:14
**dull** 66:9
**duly** 9:18
**duties** 58:22 133:9
**dynamic** 241:18
  241:24 242:2
  243:4,6,9,19,22,24
  244:16,17 245:2,4

**e**

**e** 2:1,1,19,19 3:1,6
  4:1 246:5,5 331:1
  331:1
**earlier** 32:22
  37:17 151:11
  152:20 174:1
  327:14
**early** 15:10 16:19
  18:24 23:17 25:19
  50:5,8 56:16,20
  57:2 104:2 132:21
  182:1,2,3 185:7
  193:3 195:14
  239:7 322:22
**earth** 74:1 75:5
**easy** 58:15 256:17
**eaten** 153:8
**ebitda** 96:3 97:11
  100:4 101:14
  325:7 326:1,6,8,11
  327:6,7,13
**educate** 74:4
**edwards** 37:14
  186:20 299:2,4
  300:2,14,14
  313:15
**efficiently** 275:21
**effort** 22:23
  322:22

**either** 138:23
  204:4,6,7 207:6
  222:20 228:11
  321:10
**eleads** 282:11
**eliminate** 228:2
**eliminating** 88:24
**elimination** 76:20
**eliminator** 114:20
  115:8,13,15,18
  116:3 117:18,21
  117:24 118:3,10
  118:13,17 125:16
  125:19 154:1,3,5,7
  154:10 156:6
  157:4 158:2,11
  159:1,18 170:15
**email** 49:11,22
  57:7,17,18 64:19
  101:18,18 102:5
  103:11,12,13,18
  103:20 104:4,11
  104:16,18 105:1
  106:22 107:1,16
  107:20 108:12
  109:2,11,13,14
  110:2,10,18,18
  111:2,3 112:17
  113:3,4 114:5
  116:7,9,12,12,13
  117:2,6,8,11,16
  119:16,17 120:10
  128:14,21 129:2,3
  129:7,8,8,16,19,24
  130:3,6,9,10
  132:10,13 160:12
  161:20 162:13,14
  162:16,18,19
  163:3,5,8,21
  169:20,24 170:5
  170:10 171:9,14

  173:3,12,15
  175:10,17 178:16
  179:17 183:22
  184:1,3 198:2,10
  198:14 199:8
  200:14,19,20
  201:5 204:13
  210:2,4,5 212:18
  212:21 219:19,22
  219:23 227:18,19
  227:20 229:15,17
  229:24 230:9,10
  230:12 246:24,24
  252:6 253:22
  254:16 256:5
  257:16,23 258:2
  263:10,15,18,18
  264:11,11,19
  279:13 284:8
  288:16,22 289:12
  290:11 302:2
  304:17,18,18
  305:1,16 306:11
  307:21 320:7
  321:7 324:1
**emailed** 128:17
  160:11
**emailing** 163:19
  230:24
**emails** 101:23
  102:8,20 103:22
  104:21 105:3,18
  106:12 109:22
  112:3 113:12,19
  115:13,18,22
  116:5,19 118:19
  118:23 119:4,7,16
  120:7,12,18 121:3
  125:17,22 129:12
  129:13 162:13
  170:8,20,24 171:3

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

CAM-0001049

HIGHLY CONFIDENTIAL

[emails - exempt]                                                      Page 17

171:6 284:10
294:22
embedded 230:9
emmanuel 43:10
emotional 262:16
employed 10:17
employee 13:3,5,8
13:14,18 14:22
15:1 41:24 42:1
employees 103:20
104:3 117:7
171:18 312:1
employment 26:7
41:11 51:22 52:23
67:3
encompass 23:1
encounter 113:23
encourage 224:22
248:7
endpoints 222:2,3
england 193:4
194:6
enhance 20:5
239:11 312:17
enhanced 239:10
312:16
enhancements
107:2 294:11,16
309:22 311:16
enhances 239:12
enhancing 262:5,7
309:9 310:10
312:12
enjoy 135:7 147:4
147:4 151:17
186:1
enjoyed 323:4
ensure 135:16
303:11,17
entered 251:12

enterprise 176:17
218:10
entire 20:15 23:11
57:5 149:17
entities 69:4,5,6
69:14
entity 68:24 69:15
environment
117:16,16 207:19
208:7,8 221:8
223:3,6,13 224:14
225:22 239:20
293:3 310:9
environments
216:8 225:18
equal 242:3
equipment 106:10
126:1
equivocating
276:13
era 199:17 200:1
202:6 238:3
258:10 290:18
298:14,23 300:19
312:11 318:20,23
eraccess 298:16
eric 37:14 186:19
260:18 299:2,24
300:2,13,14
307:23 313:14
especially 273:16
esquire 2:7,8,15
2:20
essentially 13:2
18:10 124:20
208:9 246:16
264:24
establish 80:20
320:20
established 83:10
92:19 142:14

et 7:7
eugene 68:23
70:19 188:5
190:13
evaluate 150:2
246:13
evaluating 143:10
143:22 149:16
150:3
evasive 68:21
evatt 192:20
193:24
event 164:14
165:10,11 168:3
events 30:14 164:7
eventually 61:21
240:5,7
everybody 8:23
everyone's 21:1
evidence 114:19
115:8,12,14,18
116:3 117:18,21
117:24 118:3,10
118:13,16 125:11
125:14,16,18,23
154:1,3,5,7,10
156:6 157:4 158:2
158:11 159:1,18
170:15
exact 15:10 25:18
42:12 61:6,12
62:11 72:8,12,16
73:4 96:6 100:6
100:17 103:2
185:7 199:23
exactly 122:6
132:22
examination 9:24
examined 9:18
example 58:12
178:17,19 237:12

251:16 255:10,19
276:2,24
examples 13:22
250:14
excel 278:8 279:20
280:1,9,16,17,18
283:4 284:2
296:16,21
exception 236:24
exchange 104:8
exchanged 170:9
excom 173:13,18
173:19,23 174:3
174:10,14,24
excuse 109:8
124:11 163:19
180:3 189:7
307:12 323:22
excused 330:16
exec 37:10
executed 255:16
executing 26:6
59:20
executive 25:1,2,4
36:13 37:1,10,11
37:13 45:4 56:14
56:22 65:6 99:6
99:11 107:9,13
116:6,22,23
135:18 137:22
173:22 184:7,13
186:11,17 299:3,4
executives 37:17
99:19,23 103:5,23
109:17 111:18
116:18 136:23
138:2 173:21
exempt 236:15
237:14,19,20
238:14 240:11,14
240:20 241:14

HIGHLY CONFIDENTIAL

[exempt - fighting]                                                      Page 18

292:6
exempted  228:15
 290:16,22 291:10
 291:19,22 292:2,3
 292:19
exempting  228:19
 236:19
exemption  213:21
 238:12 291:6
exemptions  205:5
 211:11,13,18,24
 212:4,23 213:2,15
 213:24 214:7,13
 216:10,16,17
 217:3,4,11 228:3,7
 228:19,22 235:23
 259:13 260:2
 292:11 294:1,2
exercised  51:21
 67:2
exercising  41:10
 52:22
exhibit  3:8,9,10,12
 3:14,15,16,17,19
 3:20,21,22,24 4:2
 4:3,5,6,7,9,10,11
 4:13,14,15,17 8:16
 48:7,10,12,16
 57:21 58:1 63:10
 132:3,8 154:13,16
 154:22 159:21,24
 160:4,14 172:11
 172:14,24 173:3
 183:9,12 197:15
 197:18 198:5
 209:17,19 212:8
 212:10 219:2,4,16
 219:18,23 225:3
 227:9,11,20 229:5
 229:7,14 230:3
 245:22,24 246:20

246:23 253:12,14
253:18,21 257:4,6
257:13,22 260:5,7
260:14 262:23
263:1,5,14 273:24
274:2 277:10
278:6,12,19
279:10,13 280:4
283:13,15,23
284:8 287:19,19
287:22 288:4,17
288:22 289:12
295:14,16,21
296:16,16 301:7,9
301:16,24 304:6,8
304:12 307:12,13
307:15,21 319:21
319:23 320:5,6
322:11 323:21
324:4,6
exhibits  9:9
 172:21
exist  102:20
 205:12
existing  95:16,16
 198:17 199:4,11
exists  254:12
exit  184:23
exited  184:18
expedition  276:20
 277:2
experience  17:18
 55:7 170:14 208:1
 208:11 209:1
 235:5 238:24
 239:10,13
experienced
 112:16,19,21
expert  54:13 71:13
expired  230:22
 231:22 232:6,13

explain  74:1,4
 91:8 128:23
 242:12 310:1
explained  77:24
 77:24
explicitly  208:17
explore  140:13
exploring  324:15
exposure  99:20
express  50:1
extend  207:24
 235:4 238:23,24
 255:6 256:2
extended  208:9
 232:12 277:23
extending  230:21
 231:21
extent  293:9
extract  242:20
 244:15
extracted  242:20
extracts  302:9

          f

f  331:1
f&i  19:22 177:1,4
 177:7 254:8,8
face  138:18
facility  55:13
fact  45:24 178:3
facts  260:20
faculties  55:13
fail  176:2
failing  261:5
fair  57:11 289:22
fairly  190:16
fall  176:1 267:18
familiar  38:23
 39:1 94:23 112:15
 114:12 155:21
 159:11 207:2

families  30:11,11
family  11:18 30:6
 30:6,7,8 31:2 32:7
 32:23 33:2,12,12
 33:14,15 34:17
 40:6 41:13 50:2
 53:9 54:4 125:3
 166:19
far  119:7 180:21
 180:24 190:8
farthest  81:14
fast  142:18
faster  232:11
father  11:18 13:12
 13:16,18 65:1
 124:20
favored  70:10,13
february  173:4,11
 173:17 175:18
 202:24 211:5
 216:4 219:24
 294:3,9
federal  61:17
 118:5 121:10,12
 121:14,22 122:2
 122:20 123:19
 197:1
federally  1:19
fee  226:1,12
feel  45:24 67:21
 85:24 147:2
 151:15 190:19
 229:22 267:19
 285:2,10
felt  59:16 104:14
 261:24
fifth  282:16
figel  2:6,22
fight  75:10
fighting  176:4
 178:6 179:7

311:19
figure  15:9 60:13
  140:22 141:21
  142:6 143:3,16
  148:19 150:15
  260:22 261:16
  307:2 313:21
  326:1
figuring  262:8
file  48:20 108:7,8
  109:2 110:9
  280:19 283:4
filed  7:8
final  3:11 38:17
  137:21 154:14,18
  159:22
financial  34:23
  58:19 94:7,20
  95:7 97:18,24
  99:4 100:1 127:16
  325:4 327:17
financially  7:18
financials  73:2
  93:6,8,19 95:5,11
  95:20,24 96:2,22
  97:1,6 99:19,20,23
  327:16,17
financing  177:5
find  180:14 182:13
  182:17 228:16
  230:4 257:20
  296:9 313:20
fine  45:8 46:4
  153:4 183:2,5
  245:11 278:16
  287:13
finish  46:5 248:12
finished  49:9
  132:18 173:8,9
  212:16 219:10
  258:4

fire  102:5
firing  187:21
firm  7:14,16 8:1,4
first  11:5 12:5,8
  12:10,20 14:23
  15:5 48:7 51:23
  52:20 53:3 56:15
  66:19 105:7 118:3
  137:2 155:4,16
  157:19,20 160:17
  161:10 173:15
  175:16 193:8,16
  197:16 198:14
  204:13,18 232:22
  264:13 281:23
  282:2 286:10
  297:6 303:9
  308:16,18 313:16
  313:24 314:10
  318:19 321:6,7,24
  323:6
firsthand  283:9
fiscal  94:12,13
fish  164:16 166:12
  168:22 169:6
fishermen  167:11
  168:1
fishing  30:10
  163:23 164:10
  166:14 168:11,16
  169:2,12,16 170:1
  170:6 194:14
  276:19 277:2
five  56:18 165:23
  244:14 245:12
  282:23
flexible  139:12
  140:16,19 141:11
  142:1,4
fly  166:14 168:1

focus  19:1,6,17
  59:18 95:10,12,14
  107:1 122:15
  218:9,12,22,24
  229:19,20,22
  246:24 262:11
  292:13 309:7,8,21
  310:10 311:16
  312:11 327:14,16
  327:20
focused  36:16 55:5
  73:1 96:17 97:5,8
  97:13,16 183:21
  209:15 234:23
  263:17 327:18,22
folder  48:9
folks  44:24
follow  65:8 80:14
  82:16,23 83:7,20
  84:6,13,21 85:4
  86:15 87:4 88:3
  88:12,20 89:4,24
  90:9 95:5,24
  268:18 269:3
followed  102:16
following  87:19
  89:14
follows  9:19
force  187:8 309:24
  310:2,5,16,16,17
  310:21 312:5
forcing  113:2
  218:19 308:22
  309:16,16,17
  310:1 311:10,21
  311:24 312:2,3
forever  34:18
  115:23
forgetting  54:20
forgot  315:1

form  68:9,11
forman  2:23 7:13
forth  162:14 290:4
forward  18:20
  63:22 90:20 95:14
  142:8 152:17
  225:5 233:1
  267:22 277:11,17
  277:22 292:17
  298:22
found  55:8 182:15
  185:15
founders  31:1
four  56:18 164:12
  193:20 194:9
  195:13,18 201:5,5
  233:10,18,21
fourth  232:20
  282:13
fowler  263:19
  264:12
frame  18:15 61:1
  61:24 195:17
  277:19 285:5
frederick  2:7,22
free  229:22
frequent  59:11
frequently  30:7,14
  57:9 66:22 120:17
  164:2 166:12
  168:18 285:21
  297:20,22,22
friction  180:15
friday  42:7,24
  173:17
friend  27:1,12
  28:10 124:20
friendlier  138:18
  148:8,14,22 149:7
  149:10 150:12,24
  151:10 152:19

HIGHLY CONFIDENTIAL

[friends - going]                                                              Page 20

| | | | |
|---|---|---|---|
| **friends** 30:5,8,10 | **gaining** 237:11 | 288:11 289:14 | **godfrey** 2:15 7:12 |
| 30:19 32:23 | **general** 8:6 32:1,8 | **given** 9:9 10:10 | 8:5 |
| 165:14 166:19 | 40:13 43:11 65:17 | 65:11 66:20,21 | **goes** 278:16 |
| 167:14,18 | 72:18 73:5 141:1 | 250:10 273:16 | 324:13 |
| **front** 43:16 46:19 | 150:20 178:5,7 | 276:11 278:19 | **going** 7:1 16:12 |
| 47:1 73:1 | 179:18 234:14 | 285:3,17 306:21 | 17:15 21:6 46:23 |
| **frustrated** 262:19 | 276:21 | **giving** 232:2 | 48:15 49:7 53:11 |
| **ftc** 3:12 115:2,5 | **generally** 30:23 | 254:19 274:7 | 54:6 59:17 61:4,9 |
| 118:16 154:4 | 121:2 148:24 | **glasses** 46:21 | 63:2,6,7 73:23 |
| 155:7,12 157:18 | 179:6 | **go** 9:2 10:11 11:7 | 74:2 75:6 77:13 |
| 159:21,24 160:19 | **generate** 248:19 | 15:9 21:7 29:21 | 78:17 79:3,3,4 |
| 161:6 163:13,16 | 248:22 316:22 | 46:3 48:15 50:6 | 80:5,13,17,19 |
| 163:18 | **generates** 248:5 | 57:21 66:7,11 | 81:18,22 82:16,23 |
| **full** 10:9 99:18 | 248:14 | 75:14 79:5 81:19 | 83:7 84:6,13,21 |
| 100:1 170:1,5 | **generating** 247:13 | 119:7 139:17 | 86:20,24 87:4 |
| **fully** 214:6,9,11,14 | **generator** 246:17 | 142:19 144:14 | 88:12,20 89:2,4,24 |
| 214:15 | **generic** 221:16 | 153:12 155:4 | 90:8,20 95:14 |
| **function** 121:4 | **generically** 31:8 | 160:17 161:6 | 139:4 142:7,10,20 |
| 185:20 238:9 | **getting** 107:16,20 | 164:10 165:24 | 143:4,4 148:17 |
| 303:12 | 162:18 168:24 | 166:9 167:1,12,20 | 151:21 152:13,24 |
| **functionality** | 193:22 213:20 | 173:16 181:7 | 153:14 156:24 |
| 177:3 208:10 | 218:6,8 220:8 | 194:13,21 197:22 | 170:19 171:6 |
| 239:3,4 245:3 | 226:17 228:16,17 | 207:17 209:16 | 176:9 180:5 181:6 |
| 254:17,24 255:2 | 240:12 244:22 | 230:1,11 233:3 | 181:6,7 190:20 |
| 255:11 256:17,23 | 247:24 251:15 | 239:22 245:8 | 192:11 200:6 |
| 302:9,13,23 | 293:1 294:16 | 254:4 260:4 267:1 | 216:8 229:21 |
| 303:15,18,24 | 308:15 311:8 | 275:17 276:19 | 232:17,24 233:10 |
| 309:6 | **gibbs** 43:18 | 278:5 279:24 | 235:22 241:13 |
| **functions** 66:10 | 308:15 | 280:2 281:4 282:9 | 245:14 247:8 |
| **fund** 74:3 | **gist** 177:18 | 297:5 298:8 304:5 | 252:7 262:9 |
| **funds** 71:17 | **give** 13:22 14:12 | 308:5,7,17,21 | 267:22 268:3,4,18 |
| **further** 6:8,12 | 16:22,23 45:17,20 | 312:20,21 313:14 | 269:3,13 273:8,17 |
| 73:22 76:11,19 | 49:7 58:12 63:10 | 313:15 314:24 | 274:24 276:10,18 |
| **future** 91:19 92:1 | 67:6 126:16 | 318:15 320:5 | 276:19 277:2 |
| 92:3,7 174:5 | 133:12 173:7 | 321:6 322:11 | 279:1,8,10,11 |
| 175:24 | 178:17 198:4 | 323:21 324:2,3,8 | 284:3,12 286:11 |
| **fyi** 302:7 | 227:15 229:18 | 325:1,4 | 287:3,6 295:5 |
| **g** | 237:12 247:4,12 | **goal** 62:2,3,12 | 298:6 316:4,11 |
| | 254:2 255:1 | **goals** 73:14 151:20 | 328:11 329:16 |
| **gain** 237:24 238:2 | 256:18 258:3 | **goddard** 191:2 | 330:3,13 |
| 243:17 | 263:13 270:22 | | |

HIGHLY CONFIDENTIAL

[goldman - hill]                                                    Page 21

| | | | |
|---|---|---|---|
| goldman 321:12 | growth 73:14 | 256:5 302:24 | 156:1,6,8 157:3,13 |
| 325:1 | 308:24 309:16 | happening 232:11 | 157:15,21 158:10 |
| good 7:1 10:3,4 | 312:13,14 327:19 | 250:20 | 176:8 177:21 |
| 32:4 45:19 47:21 | 328:2 | happy 63:5 73:16 | 178:10 179:9,12 |
| 48:2 59:2 60:17 | gs 321:12 | 153:10 | 179:19 204:15 |
| 105:20,21,23 | guard 21:7 | harass 81:10 | 214:3 260:18 |
| 106:5 148:8 | guess 61:14 114:2 | harassing 75:17 | 321:20 322:1 |
| 153:22 287:10 | 179:13 184:11 | 81:14 | hearing 159:1,6 |
| 323:11 331:4 | 186:2 188:4 | hard 17:16 56:6,9 | heavier 226:20 |
| gotten 75:4 | 258:16 299:24 | 64:4,5 65:7,10,11 | heavily 225:20 |
| government 197:1 | guessing 44:14 | 65:16,18 66:3,10 | 227:3 |
| government's | 95:2 100:6 122:6 | 104:5,21 142:18 | hedwig 10:15 |
| 124:15 | 158:14,15 179:14 | 152:7 189:11 | held 7:11 294:15 |
| graduate 11:10 | 188:8 | 214:18 239:11 | help 8:16,18 9:9 |
| graduated 11:22 | gulley 42:21 43:12 | hardware 224:7,9 | 19:12 43:5 59:1 |
| grant 140:2 | 43:18 44:4 | hardy 221:24 | 74:19 95:13 |
| 211:12 235:23 | guy 15:3 273:3 | harry 2:15 8:2,13 | 116:23 131:4 |
| 238:11 | guys 47:1 258:20 | 9:7 17:21 42:18 | 273:15,21 292:23 |
| granted 211:11 | 281:10 304:23,24 | 43:15 73:16 74:24 | 312:19 |
| 228:7 236:23 | 305:8,17 307:7 | 76:10 77:23 79:2 | helped 214:21 |
| granting 212:4 | 313:21 323:1 | 80:23 153:6 268:1 | 292:20 |
| grasp 54:22 | **h** | 274:6 277:6 | helpful 230:12 |
| grateful 49:24 | h 3:6 4:1 | 278:11 330:5 | helps 116:21 248:9 |
| great 9:11 286:16 | hack 47:1 | hat 16:5 | hey 273:18 |
| 327:15 | half 153:1 | hathaway 321:12 | hiccup 290:7 |
| greater 208:10 | halfway 326:16,20 | 322:6 324:23 | high 11:10,12,23 |
| 214:21 293:9 | hall 131:16 308:7 | hats 13:2 19:1,6 | 12:1,6,11 220:13 |
| 309:5,5,6 317:18 | 308:13 312:22 | he'll 276:1,11 | 315:3,15,20 |
| gregg 320:7,8,19 | hall's 315:1,12 | head 16:17 18:13 | 316:12 318:6,8 |
| grew 11:14,16 | halt 171:22 | 20:8 168:9 182:13 | 323:3 |
| 103:17,17 | hand 72:15 82:3 | 183:3,6 | higher 225:6 |
| ground 176:3 | 90:14,18 93:22 | heading 22:23 | 234:24 |
| group 20:21 37:16 | 281:2 331:10 | health 53:10,23 | highlight 313:22 |
| 37:21 165:1 | handful 15:15 | 54:4 66:5 | highly 1:13 73:17 |
| 167:15 | 44:12 | healthcare 34:14 | 73:21 74:5 75:13 |
| grow 11:20 | handle 107:14 | hear 156:12 | 76:19 78:1 79:7 |
| growing 87:23 | hansen 2:6,22 8:1 | 189:11,11,13 | 91:1,10 271:8 |
| 95:14 | happen 277:3 | 268:1 | 274:8 |
| grown 93:11 | 279:10 | heard 81:20 | hill 181:11,17 |
| grows 106:23 | happened 122:7 | 103:21 118:3 | 182:15 183:1,6 |
| | 134:20 226:8 | 154:6,10 155:19 | 184:11,16 186:13 |

HIGHLY CONFIDENTIAL

[hire - indicating]                                                                 Page 22

| | | | |
|---|---|---|---|
| **hire**  12:17,19 | **hours**  42:7,9,10,13 | 154:18 160:1 | **improperly**  75:9 |
| 244:1 | 55:3 | 172:15 183:13 | **improve**  177:3 |
| **hired**  13:1,1 | **house**  34:3 | 197:19 209:20 | 319:4 |
| **history**  11:5 18:2 | **housekeeping** | 212:11 219:5 | **improves**  313:2,6 |
| 21:8 | 105:11 120:16 | 227:12 229:8 | **improving**  262:11 |
| **hold**  132:12 155:1 | 121:1,7 | 246:1 253:15 | **inability**  67:7 |
| 160:7 171:23 | **houston**  2:17 6:23 | 257:7 260:8 263:2 | **inappropriate** |
| 230:4 | 10:13,15 11:21,22 | 274:3 283:16 | 225:23 227:1 |
| **holding**  294:10 | 13:13 16:10 163:5 | 287:23 295:17 | **inception**  146:22 |
| **holdings**  68:11 | **houstonfishing** | 301:10 304:9 | 151:14 |
| **holes**  318:21 | 163:4 | 307:16 319:24 | **incident**  176:6 |
| **hollender**  161:12 | **houstonfishings...** | **identified**  216:5 | 225:7,18 226:3 |
| **home**  34:6 40:2 | 161:14,24 162:4 | 290:12 | **include**  76:6 77:1 |
| 124:3 164:15 | 162:16 163:5,21 | **identifies**  235:2 | 93:1 149:20 150:6 |
| 166:11 193:23 | **hsusman**  2:18 | **identify**  174:20 | 168:2 228:1 |
| **homenet**  1:4 2:4 | **hub**  219:13 220:4 | 219:15 | **included**  165:1 |
| **honest**  121:18 | 220:17,19,22 | **identifying**  228:13 | 298:15 |
| 127:4 162:11 | 221:5,20 222:15 | **ids**  290:16,23 | **includes**  37:13 |
| 231:1 250:2 | 223:2,5 315:10 | 291:10,15,18,21 | 227:20 |
| **honor**  71:9,11,17 | **huge**  139:16 | 292:6,19 | **including**  150:5 |
| **hook**  304:23 | **huh**  193:14 318:17 | **iliamna**  167:5 | **income**  125:7 |
| 305:17 307:8 | **hundreds**  74:11 | **illness**  51:24 52:2 | 326:4,14,19 327:4 |
| **hope**  150:19 | **hunt**  164:18 | 53:1,6,12,14 | **incorporate**  319:8 |
| 152:17 | 168:22 169:6 | **implemented** | **incorporated** |
| **hopefully**  189:15 | **hunters**  165:1 | 104:14 259:12 | 312:24 319:3 |
| **horrible**  42:20 | **hunting**  30:10 | **implications** | **increase**  105:19 |
| 195:15 | 163:24 164:10,14 | 218:21 | 198:7 328:20 |
| **hospital**  53:20 | 164:17 165:22 | **importance**  58:5,9 | **increased**  318:14 |
| **host**  223:15,18 | 168:11,16 169:2 | 60:23 | **increases**  106:23 |
| **hosted**  223:19 | 169:12,16 170:1,6 | **important**  58:11 | **increasing**  88:16 |
| 224:13 | 194:13,21 195:1,4 | 140:14 261:3 | **independent**  69:23 |
| **hostile**  199:17 | 195:20 196:1 | 262:5,8,10 267:3,5 | 76:14 85:1,8 |
| 215:2,16 216:20 | | 267:9,14 268:6,23 | 128:1 236:3 |
| 217:8 258:9 309:4 | **i** | 269:16 270:17 | 239:15 240:18 |
| 309:19 310:4 | **idea**  98:3 159:9 | 311:18,20 323:10 | 241:10,15 244:22 |
| 312:10 | 191:20,22 251:5,7 | **imposed**  226:12 | 258:12,15 |
| **hosting**  224:16 | 252:19 256:9 | **impossible**  253:2,4 | **index**  5:1 |
| **hosts**  221:10 | 287:10 298:20 | **impression**  230:21 | **indicated**  297:13 |
| **hot**  251:23 | **ideas**  152:10 | 231:20 232:3 | 331:5 |
| **hour**  42:8 63:3 | **identical**  289:15 | **improper**  78:2 | **indicating**  227:2 |
| 153:1 | **identification** | 138:4 274:7 | |
| | 48:13 132:4 | | |

CAM-0001055

HIGHLY CONFIDENTIAL

**indicted**  124:23
**indictment**  61:17
  114:21 118:6
  121:10 123:14,20
  124:1,16
**individual**  141:20
  145:22
**industry**  87:17
**infant**  180:20
**inflexible**  139:14
**influence**  182:22
**information**  75:12
  158:6,9 302:21
**infrequently**
  169:7
**inhibit**  47:12,18
**initiative**  312:23
  318:18 319:7
**initiatives**  262:5
  298:13
**input**  60:2
**inside**  26:9 122:14
**inspecting**  248:4
**installed**  120:23
  189:20
**instance**  252:24
  294:19
**instruct**  31:13
  75:16
**instructed**  79:14
**instructing**  78:23
  79:6 86:16 269:10
**instruction**  78:2,8
  78:13 80:14
  268:19 269:8
**instructions**  274:7
**integralink**  199:16
  200:2,11 202:4,8
  202:10,16,21
  203:20 204:19,23
  211:8 215:2 216:6

217:9 234:9,11
  292:15 313:8
  317:9
**integralinks**  293:1
**integrate**  235:22
**integration**  89:1
  200:12 201:14
  207:23 211:14
  219:13 220:4,19
  220:22 221:5,20
  222:3,14 223:2,5,9
  225:14 235:1,3,3
  236:5,21,23
  238:10 240:9
  254:19 265:4,17
  266:10 270:19
  274:10 305:19,23
  306:18 307:5
  309:3 315:10
  329:21
**integrations**  202:5
  215:18 217:6
  292:15 310:7
**integrator**  85:8
  236:3 238:14,15
  239:16 240:19
  241:2,16
**integrators**  85:1
  202:12 241:10
  244:23 258:12,15
**intention**  59:21
**interacted**  194:19
**interactions**
  193:17 194:11,16
  195:21
**interest**  21:15,19
  21:23 22:6,7,11
  324:22
**interested**  7:19
  13:17 16:19 85:14
  324:15 331:8

**interface**  202:5
  205:6 206:3
  234:10,22 238:7
  239:10 240:8
  298:14,23 300:18
  300:22,23
**interfaces**  199:17
  200:11 205:11,13
  205:13 215:2,16
  216:19,21,21,22
  217:9,10 218:23
  230:20 231:12
  254:8 258:9 309:4
  309:7,19 310:4
  312:11 318:20,22
**internal**  311:12
  312:1
**interrupt**  219:14
**interviewed**
  157:17 161:11
**intimately**  202:10
**introduce**  48:7
  63:4
**introduced**  13:19
**introduces**  184:6
**inventory**  14:3,4
  15:24 16:4 19:8
  19:10,16,21
**investigate**  158:1
**investigation**
  114:23 121:12,12
  122:9,20 123:19
  128:2 154:4
  162:10 261:22
**investigators**
  121:23 122:2
**invite**  165:17
**invited**  168:4
**involved**  19:24
  35:14,23 36:12,15
  39:14 54:24 126:2

176:20 192:1
  202:20 226:6
  284:24 285:4,12
  285:16,17,22
  296:10
**involvement**  70:11
  266:9
**issue**  54:5,13
  175:11,20 226:5
  314:23
**issues**  53:11 176:9
  285:6 286:5
  287:15 315:4,16
**italicize**  233:9
**italics**  230:10
**item**  177:12
  299:18 300:10
**items**  177:16

**j**

**jackson**  28:6,8,8,9
  28:23 99:7 187:15
**january**  94:11
  115:5 146:10
  225:4
**jerry**  184:17
  185:21 186:8,9
**jim**  28:6,7,8,9 99:7
**job**  12:6,9,11
  14:20,23 16:13
  45:8,19 46:2
  112:2,5 185:18,20
  196:7 198:23
  260:21 261:5
**jobs**  12:10 260:21
**john**  42:19 324:9
  324:11
**join**  311:5
**joined**  11:7 14:16
  188:19
**jon**  43:10 304:18

HIGHLY CONFIDENTIAL

[jonathan - laptop]                                    Page 24

| | | | |
|---|---|---|---|
| jonathan 304:19 | kelso 43:5 | 107:1,2 112:22 | 286:20 287:7,12 |
| jones 161:12 | kenai 167:3 | 113:6,8,12,15,19 | 289:18 291:23 |
| jr 1:17 3:3 9:17 | kept 277:21 | 115:14 119:8 | 292:3,5 296:6 |
| 10:11 | key 175:24 296:1 | 123:1 125:18,24 | 298:5 299:1,15 |
| july 210:5,23 | 297:11,13,15 | 126:15,19 127:16 | 303:22 304:4 |
| 257:17,24 260:17 | 308:23 309:15 | 127:19 129:1,3 | 305:13 306:21,23 |
| june 10:23 11:3 | 312:13,14 | 133:19,20 138:13 | 311:18 321:11,16 |
| 24:16,18,23 36:1 | keypunch 14:7 | 144:9 145:20,23 | knowledge 60:16 |
| 49:12 50:23,24 | keypunchers | 147:8,11,12,15 | 69:3 93:15,17 |
| 51:3,11 56:20 | 15:21 | 157:8 158:20 | 116:2,16 125:12 |
| 59:8 61:7,15,20,24 | kick 305:20 306:4 | 159:18 161:7 | 127:15 128:10 |
| 135:4,5 184:1 | 306:18 307:5 | 168:21 169:14 | 129:14 146:3 |
| junk 118:24 | kidney 53:21 | 173:8 174:13 | 196:19 208:22 |
| 119:16,18 | kidneys 53:24 | 178:4,4,24 179:15 | 209:2,8,8 283:9 |
| | kin 331:8 | 179:24 181:2 | 292:1 |
| **k** | kind 15:2 16:23 | 183:16 184:16 | knowledgeable |
| kalamazoo 193:15 | 19:5 49:23 142:19 | 185:6,24 186:2 | 180:12 182:16 |
| 194:8 195:10,16 | 248:12 298:1 | 190:17,17 191:3 | 202:10 |
| keep 8:10 16:1 | kirwan 184:17 | 192:19 193:1 | known 306:20 |
| 59:22 63:6,7 | 185:21 186:8 | 194:2,9 195:9,11 | knows 301:19 |
| 65:16 105:2,3 | kirwan's 186:9 | 196:16,20 199:23 | |
| 110:23 112:2,4 | kizzie 2:22 9:8 | 202:14 204:2 | **l** |
| 179:16 181:8 | 301:17 | 209:5 213:10,14 | l 2:19 |
| 278:18 287:14 | knew 194:3 316:3 | 214:3 217:3 | lagging 308:8,8 |
| 298:5 | 316:14 | 218:18 222:1 | lake 167:5 |
| keeping 42:13 | know 9:4 12:9,9 | 224:9,19 228:24 | lamb 296:4 298:6 |
| 107:24 | 15:11 16:24 17:14 | 235:18 237:3 | 307:22 |
| keith 181:11,17 | 17:15 19:17,19,22 | 239:18 240:1 | lambdaprime.org |
| 182:15,21 183:1,6 | 20:19 21:1 25:3 | 241:3,6,21 242:1 | 129:24 130:3 |
| 184:11,16 186:13 | 27:3,5,6,12,17,20 | 243:11 244:12 | language 17:1 |
| kelley 1:4 2:4 | 30:16 43:14,24 | 246:14 250:1,4,6 | 311:21 |
| kellogg 2:6,22 8:1 | 46:15 48:19 49:8 | 250:19 251:1,2,4 | lap 116:8 |
| kellogghansen.c... | 53:2 57:2,4 60:12 | 251:18,19 252:4,5 | laptop 101:19 |
| 2:11 | 60:20 64:4 68:22 | 252:14,15,17,17 | 102:5,6,21 104:4 |
| kelloghansen.com | 69:8 70:15 72:8 | 253:1,3,9,10,10 | 105:2,12,18 106:2 |
| 2:11 | 74:23,23 81:10,18 | 255:15,17 256:4,6 | 106:13 114:6,16 |
| kelly 307:23 308:6 | 86:6 94:19 95:1 | 257:1 258:14 | 114:20 115:9,19 |
| 308:13 314:24 | 96:6,16 98:2,12,16 | 259:21 266:11 | 116:7,13 117:9,15 |
| 315:12 | 98:20,24 101:9,10 | 269:11 276:5,6 | 118:20 119:7,19 |
| kelly's 308:16 | 101:12,13 103:2 | 278:10 281:10 | 120:1,8,16,23 |
| 318:16 | 105:3,11 106:23 | 283:6,19 286:13 | 122:3 125:16 |

HIGHLY CONFIDENTIAL

**[laptops - looking]**                                                                 Page 25

**laptops**  103:23
 105:24 106:7
 116:20
**large**  191:12,19
 277:13 278:2
 280:19 281:20,22
**larger**  176:18
 205:6 316:9
**largest**  181:5
 271:21 272:6
 283:8
**late**  21:20 69:24
**latest**  173:16
**law**  7:24 8:4
**lawsuit**  137:4,9,19
**lawyers**  31:13,18
 31:20 91:7 121:21
 154:3,9 156:2
 158:7,10 159:16
 161:23 162:2,10
 162:21 163:11,15
**layer**  221:22
**lead**  16:16 25:6
 50:20 51:8,13,18
 52:5,9 184:10
 185:1 190:5
 246:15,17 247:22
 248:5
**leader**  95:9 147:3
 151:16,20 152:2,6
 152:16 182:16
 267:15
**leaders**  168:5
 176:13
**leadership**  55:17
 55:24 56:19,24
 152:18 317:12,18
 318:13 319:14,18
**leading**  181:3
**leads**  247:13
 248:23 251:23

**leaked**  58:6
**lean**  137:22
**learn**  50:3 61:4,9
 93:4 107:15,20,23
 108:3,10,15
 109:12 111:7,8
 180:22 197:4
 327:15
**learned**  104:7
 110:17 124:15
**learning**  60:11,11
 60:20 141:12
 142:19 180:23
 327:17
**leased**  193:24
**leave**  184:19 185:3
 187:9
**led**  20:13 146:21
**left**  185:2 209:11
 209:13 281:2
**leg**  255:13
**legacy**  63:11,14
**legal**  1:22 36:1
 39:15 42:6,16
 44:1,14,17 122:16
 135:21 136:6
 137:2,8 193:7
**legitimate**  266:14
 266:16,17
**legitimately**
 265:15
**lemkau**  320:8
**letter**  171:23
 172:4 286:2 287:4
 324:9
**level**  65:17
**levels**  323:3
**lieu**  6:9
**life**  53:22 66:9
 135:8 147:5
 151:18 186:1

**liked**  169:6 182:21
**likewise**  45:18
**lime**  305:3,8,24
 306:2,6,13
**limitations**  241:23
**limited**  242:22
**linda**  1:18 7:15
 331:14
**line**  5:3,10,15,20
 137:2 177:11,15
 232:19,20 233:20
 264:4,23 297:6
 298:8,13 299:18
 300:2,10 301:2
 315:1 324:13
**lines**  201:5 233:10
 233:18,21
**list**  30:21 139:16
 142:19,21 148:18
 165:17 181:10
 198:21,21 259:18
 300:12,15 301:21
**listed**  174:1
 222:18 282:2
**litigation**  35:14,22
 37:21 38:1,6,21
 39:7,21 45:5
 172:4
**little**  73:11 95:22
 97:15 199:14
**live**  164:15 223:20
 321:11
**lived**  17:3,3,14
 194:1
**lives**  223:7
**llp**  2:15 7:12
**load**  279:9
**loaded**  280:14
 308:16
**loading**  172:19
 274:6,14,15

 288:24 302:1
 304:14 308:14
**local**  104:16,21
 108:7 109:2 110:1
 110:2,9,11,18
 114:5
**locally**  111:3
 112:11 113:3,13
 113:16,20 114:6
 114:10
**location**  115:24
 222:5 303:1
**lodge**  166:7 167:2
**log**  243:11
**long**  10:21 11:1
 13:17 18:18 24:13
 27:5,10,14 28:9,10
 28:13 34:16 55:3
 85:22 86:1,1,6,12
 93:7,9,19 102:7
 103:10 119:10
 148:12 165:21
 212:22 276:9
 278:14 284:14
 298:20
**longer**  26:4,8 41:7
 41:12 51:8,13,18
 56:6 62:18 184:12
 238:19
**look**  21:8 62:1
 95:13 110:7,13
 112:17 142:7
 152:20 160:14
 252:6 263:16
 283:10 321:10
 325:7
**looked**  157:22
 322:24
**looking**  57:24
 126:18 142:22
 145:7 149:5,17

HIGHLY CONFIDENTIAL

[looking - meaning]                                                                 Page 26

150:8,11,14,23
151:4 224:17
225:2,3 226:16
257:12 258:2
283:22 284:11
288:1 289:9,16
314:4 323:22
**looks** 48:23 94:24
112:14,16,20,24
112:24 132:7
154:21 160:4
172:20 183:22
257:10
**losing** 74:20 75:1
**lost** 106:8 233:16
**lot** 18:1 64:3 72:17
169:4,16,19
222:13 267:3,4,5
291:18 323:9
**lots** 119:1 220:8
**loud** 318:3
**louisiana** 2:16
11:13,15,17,23
**love** 30:12 50:2
**loved** 17:4,5
**low** 234:22
**lugo** 37:15
**lunch** 153:2,9
157:19 160:11

**m**

**m** 2:9 246:5
**machine** 331:6
**mail** 264:24
**main** 139:19
142:23
**maintain** 116:17
119:24
**maintained**
119:23
**maintaining** 20:23

**maintenance**
265:1
**major** 92:15,17
**majority** 36:15
68:3,5 71:1,7
165:5 188:7
**maker** 137:21
**makeup** 50:10
**making** 38:13
70:11 82:1 83:11
84:16 86:4,9,10
90:15 91:17
106:21 145:14
147:19 175:8
180:9 254:17
257:21
**man** 101:3 192:19
273:18
**manage** 136:6,11
136:16
**managed** 135:21
135:22,23
**management** 14:3
19:12,16 180:9
183:24 254:14,15
254:21 256:19
**manages** 138:6
176:16
**managing** 20:14
**manner** 6:17 32:1
**manually** 244:5
**maples** 70:1,3,4,13
190:12,15,23
191:4,7,11,17
**march** 173:5
180:4,4
**margin** 96:20
97:17 101:1,8
325:17,24 326:5
326:10,14,19
327:4,7

**margins** 96:10,10
96:14 97:3,9,11,12
97:22 98:11,15,21
325:12 327:9,12
327:13
**mark** 131:24
154:12 159:20
172:10 183:8
197:15 212:7
219:1 227:8 229:4
245:21 253:11
257:3 262:23
273:23 278:6,9,11
283:3,12 287:19
295:12 301:6
304:6 307:11
319:20
**marked** 3:7 5:19
48:13 132:4
154:18 160:1
172:15,21 183:13
197:19 209:20
212:11 219:5,15
219:19 227:12
229:8 246:1,23
253:12,15 257:7
260:8 263:2 274:3
277:9 283:16
287:23 288:21
295:17 301:10
304:9 307:16
319:24
**market** 1:23 82:20
87:23,23 88:8,17
88:17 89:1 146:15
146:19 147:23
270:18,19 271:16
271:22 272:2,13
272:19 273:5
302:13 303:3,15
303:21 328:21

**marketing** 305:3,8
305:24 306:2,13
**marketing's** 306:6
**marketplace**
148:3 150:18
**markets** 274:11
**marking** 288:17
**marks** 330:12
**match** 261:1
**material** 16:13
**materials** 16:23
46:14,18 320:10
320:21 321:1
324:1
**matter** 7:6 41:24
42:1 178:6,7
179:18 205:18
234:14
**matters** 36:1 54:4
**mature** 147:1
**mdl** 172:5
**mean** 17:19 66:21
76:10 79:3 85:7
104:23 105:22
111:1 119:16
135:15 138:22
139:3,8 140:18
141:2 148:24
174:6,13 200:5
211:12 213:15
215:23 217:16
223:22 237:20
242:19 259:9,22
259:24 262:14
273:5 278:2 282:1
300:23 309:2,17
310:21 311:1,20
312:5 313:5 317:3
**meaning** 174:23
181:3

CAM-0001059

HIGHLY CONFIDENTIAL

[means - nalley]                                                              Page 27

| | | | |
|---|---|---|---|
| **means** 17:24 91:4 | 273:3 275:15,23 | **misspoke** 202:19 | **moss** 99:15 184:18 |
| 142:3 198:20,21 | 306:21 312:8 | 227:7 | 184:22,24 186:3 |
| 213:18,19 240:19 | 314:3 326:3 | **misstated** 139:7 | **mother** 11:16,18 |
| 243:21 244:3 | **microsoft** 103:19 | 196:8 | **motor** 38:21 |
| 258:22 259:11,23 | 104:3,7 107:2 | **misstatement** | **mouse** 155:9 |
| 271:11 300:14 | 222:11,20 | 153:24 | **mouth** 46:24 |
| 313:10 319:1 | **mid** 1:23 | **mistake** 157:24 | **mouthful** 214:15 |
| **meant** 174:9 310:1 | **middle** 176:3 | 227:7 262:21 | **move** 31:8 104:9 |
| 310:20,20 311:23 | 264:10 | **mistaken** 289:20 | 104:11 108:6,7 |
| 317:14 323:17 | **midyear** 132:21 | **mix** 289:7,19 | 110:1 153:10 |
| **measured** 220:15 | **migrate** 212:1 | **mnemelka** 2:11 | 205:7 206:1 |
| **media** 7:4 197:5 | 216:20 217:5 | **model** 104:5 | 216:19 217:8 |
| **medical** 54:13 | 256:23 312:9 | 152:15 | 221:22 228:10 |
| **medication** 47:7 | **migrated** 103:19 | **moment** 21:13 | 233:12 234:1,12 |
| **meet** 42:17,23 | 211:15 313:8 | 49:7 66:21 107:11 | 281:12 293:16 |
| 44:4 | **migrating** 294:6 | 114:12 132:16 | **moved** 11:17,17 |
| **member** 28:6,14 | 310:3 | 140:21 173:7 | 17:6 18:18 110:10 |
| 28:17 | **migration** 292:16 | 198:4 227:15 | 110:11 266:13,14 |
| **members** 56:22 | 292:18 313:2,6 | 229:18 247:4 | 326:16 |
| 188:11 | 319:5 | 254:2 258:3 | **moving** 18:20 |
| **memo** 132:9 | **mike** 7:23 8:8 9:4 | 263:13 278:24 | 113:3 215:16 |
| 322:17 323:15 | 10:5 42:19 43:2,4 | 284:13 288:11 | 222:4 265:16 |
| **memory** 15:9 | 94:19 153:23 | **monday** 30:2 35:8 | 292:17 309:18 |
| 21:13 47:18,21,23 | 192:7 | 42:24 230:2,6 | 311:14 |
| **mental** 52:13,17 | **million** 72:4,6,10 | **money** 74:3,19,20 | **multiple** 19:1 |
| 55:13 | 72:13 96:6,8 | 75:7,8 309:23 | 72:23 73:6 213:24 |
| **mentioned** 44:21 | 97:11 100:5 | **monitor** 216:7 | 254:6 323:12 |
| 55:19 170:15 | 101:14 | **month** 95:13 | **mutual** 185:2 |
| **menu** 280:2 | **millions** 74:11 | 119:24 171:12 | **mvsc** 38:24 39:20 |
| **messed** 284:1 | **mind** 81:22 100:18 | 239:16,17 277:14 | 39:21,21 |
| **met** 42:18 44:7 | 153:2 185:11 | 277:18 | **n** |
| 193:8,16 | **mine** 281:6 308:11 | **monthly** 120:20 | **n** 2:1,7,19 3:1 |
| **method** 241:14 | **minute** 245:12 | 219:12 220:3 | **n.w.** 2:9 |
| 243:22 | 328:8 | 225:4 226:16 | **naked** 305:3,7,24 |
| **methodist** 28:11 | **minutes** 153:6 | 277:10 279:4 | 306:2,6,13 |
| 28:15 | 244:14 328:6 | 281:6,16,21 | **nalley** 13:9,9 |
| **michael** 2:7 43:2 | **missing** 30:20 | **months** 56:18 | 69:10 130:18 |
| 73:22 79:14 97:19 | 37:15 | 120:10,13,18 | 132:9 133:9 |
| 109:8 111:10 | **mission** 63:22 | 164:6 292:9 | 134:15,16 161:12 |
| 151:2 163:7 | **missions** 95:19 | **morning** 7:1 10:3 | 167:23 263:11 |
| 179:21 255:24 | | 10:4 | 322:19 |

CAM-0001060

HIGHLY CONFIDENTIAL

[nalley's - november]                                                          Page 28

nalley's  130:12,14
137:8
name  7:13 10:5,9
10:10 38:23 69:24
70:2 125:2 191:1
192:20,22 193:15
220:20 300:1,2
320:19
named  69:24
names  29:17 42:20
42:20 43:24 168:8
299:17,18,20,20
299:21,21 300:9
natively  278:13,15
nature  9:10
near  131:13
necessarily  150:6
necessary  149:19
necessitated  55:24
need  46:3 71:12
73:23 77:13 81:18
99:21 105:14,15
143:11 149:9
150:11 151:6
174:5,23 180:21
214:8 221:17
235:14 236:18
239:18 244:21
258:20 259:2
261:4 262:6
263:16 269:9
273:15,21 276:3,4
278:8 279:15
needed  16:8 19:3,4
19:23 55:5 60:11
63:11,18 146:14
146:18 152:3
200:13 217:6,8,11
217:13 239:4
241:20 265:2
285:2,11,18

292:16
needing  174:6
needs  103:17
142:7 148:14
221:24 223:10
243:13
negativity  175:22
negotiate  198:23
202:17 203:6
negotiations  37:6
202:20,23 203:12
204:8,11
neither  331:8
nemelka  2:7 3:4
7:23,23 8:12,18
9:6 10:2,5 17:20
18:5 31:17 43:7
47:2 48:6,18,23
49:4 63:2,8 73:16
74:5 75:10,20
76:10,22 77:4,5,15
77:23 78:3,11,16
79:2,9,18 80:2,12
80:22 81:7,13,23
101:4,6 131:23
132:6 152:24
153:5,12,21
154:12,20 159:20
160:3 172:10,17
183:8,15 192:18
197:14,21 209:16
209:22 212:7,13
219:1,7,17 227:8
227:14 229:4,10
245:7,11,21 246:3
253:11,17 257:3,9
260:4,10 262:22
263:4 267:24
269:12 273:12,20
273:22 274:5,12
276:3 277:5,8

278:10,18 279:1,6
279:11,17,23
280:15 281:5,15
283:3,5,12,18
284:5 287:18
288:3,5,10,14,20
289:5,18,24 290:6
295:12,19 297:4
301:6,14 304:5,11
307:11,18 310:12
310:14 314:5,6
319:20 320:2
326:7,9 328:5,18
330:3,9
never  23:14 33:20
36:5 37:24 38:5,8
38:9,11 39:13
64:20,23 65:3
66:14,16 67:10,15
117:20,20 118:12
119:15 122:12
130:20 134:3
154:6,10 170:15
189:21 218:13
313:18,18 314:1
314:14 324:21
new  14:8 16:1
50:10 69:23 91:18
91:21,22 92:10,11
107:16,20,24
108:3,5,9,12,13,15
111:8,9 113:22
131:17 146:15,19
147:3 151:16,20
152:1,6,18 185:14
186:11 190:17
200:17 205:12
246:15 247:21
263:24 264:6,16
265:11 285:23
298:16 302:9,16

303:9,12,17,19
312:17 315:18
318:4 319:19
newer  104:7 105:5
newhalen  167:2
news  95:12
nieto  176:6 178:8
nieto's  176:10
non  165:13 310:13
norman  1:16 3:3
9:17 10:10
notable  308:19
notary  1:20 6:13
6:15 331:3,14
note  9:4,7
notice  172:8 331:5
notification  254:7
254:11
notify  249:21
november  10:24
25:15,17,19,22
26:2,6,15 27:22
28:2 29:12 31:11
32:11,14,17 33:16
33:19 34:21 35:15
35:17 36:1,5,11
38:2,7 39:9,11,22
40:16 41:2,6
51:15 52:1,6,10,13
52:17 53:4 55:10
55:14 57:15,20
60:9 61:7,14
62:18,19 65:8,13
65:16 66:13 67:1
67:12,17,19 129:4
133:17 138:11
175:1 277:11
284:21 286:10
288:16,23 289:13
290:12 291:5

HIGHLY CONFIDENTIAL

[number - organizations]                                            Page 29

| | | | |
|---|---|---|---|
| **number** 7:9 12:24<br>13:3,5,8 42:12<br>72:12,18,24 73:4,5<br>74:22,24 96:6<br>97:13 98:1 100:7<br>100:17 103:2<br>188:22 199:21,23<br>213:5,9,14 228:24<br>229:3 279:24<br>289:15 291:6,15<br>292:19 314:3<br>326:2 331:24<br>**numbers** 72:8,16<br>96:20<br>**nurse** 34:15 | **occurs** 323:11<br>**october** 61:17<br>94:22 118:6<br>121:10 123:15,22<br>227:18,21 263:19<br>264:11 308:2<br>316:1,15 319:17<br>320:13 324:10<br>**oems** 148:10<br>176:18,23 178:12<br>**offer** 142:6 143:3<br>143:16 224:21,24<br>246:7,9<br>**offered** 19:13,14<br>104:8 | 168:7 173:18<br>175:19 198:9<br>206:10,13 227:16<br>229:14,23 230:16<br>247:6 254:3<br>257:14 263:7,21<br>276:20 277:7<br>280:24 281:3,13<br>284:15 287:17<br>288:13 289:1,22<br>297:2 302:1,2<br>304:17 308:15,17<br>313:22,22 314:13<br>315:5,11 323:7<br>324:7,11 325:3,6 | **opened** 281:6<br>301:22<br>**opening** 263:6<br>297:3<br>**operating** 96:10<br>326:4,13,19 327:4<br>327:11<br>**operations** 16:17<br>16:18 18:14,19<br>20:9,22 24:11<br>273:1<br>**operator** 15:6,17<br>16:16,16 19:3<br>**opinion** 108:16,19<br>111:24 179:23 |

**o**

| | | | |
|---|---|---|---|
| **o** 2:19<br>**oath** 6:9,10 98:14<br>99:2<br>**object** 8:19<br>**objecting** 268:2<br>**objection** 6:17<br>81:12,21<br>**objections** 6:19<br>**objective** 300:8,12<br>300:15<br>**objectives** 296:1<br>297:11,13,15<br>324:18<br>**obtain** 144:14<br>**obvious** 76:11<br>**obviously** 45:3<br>99:5 156:3 157:17<br>285:22<br>**occur** 205:5<br>313:18 314:1,14<br>**occurred** 18:15<br>61:13 296:24<br>303:1<br>**occurring** 261:23 | **office** 15:3 131:6,9<br>131:13,17,20<br>**officer** 21:5,11<br>24:1,4,14,15 36:13<br>110:17 112:1<br>299:7<br>**officer's** 114:6,16<br>**officers** 102:19,22<br>102:24 104:11,13<br>104:16,24 105:8<br>105:10,20 106:9<br>107:4,10,15<br>108:12,17,20<br>109:4,6 113:10<br>114:7,9 119:24<br>**official** 331:10<br>**oh** 155:10 289:21<br>289:21<br>**okay** 9:6 17:20<br>18:1,9 21:9 45:14<br>45:21 46:2,7,8,17<br>48:18 49:10 77:4<br>109:24 128:24<br>132:17 137:1<br>153:5 155:3,8,17<br>160:8,16 161:8 | **old** 12:13 27:5<br>50:16 85:24<br>120:10,13,18<br>121:3 265:12<br>**onboard** 258:20<br>**once** 31:3 41:21<br>170:16 189:20<br>266:12,13 319:10<br>319:11<br>**ones** 65:23 82:4<br>139:19 142:23<br>150:16 222:14<br>234:24 248:4<br>276:7<br>**ongoing** 45:5<br>**online** 20:6<br>**open** 132:9 155:3<br>173:2 215:8,14<br>219:8 246:19<br>253:18,20 280:17<br>280:17 281:4<br>284:6 295:23<br>296:15 301:23<br>304:12,14 307:19<br>320:3 322:12 | **opportunities**<br>58:20 218:4<br>248:19<br>**opportunity** 10:6<br>17:5 249:6<br>**opposed** 205:12<br>**options** 224:24<br>**order** 80:23 90:22<br>119:13,23 120:3<br>176:1,2 224:9<br>270:20 271:5<br>283:24 288:8<br>**ordering** 260:20<br>**organization**<br>20:20 55:1,2<br>63:17,17 64:16<br>103:24 146:22<br>147:2 151:13<br>152:2,10,12 181:1<br>203:24 210:18<br>235:2,21 238:5<br>292:14 297:14<br>309:21 310:24<br>311:15 317:11<br>**organizations**<br>58:21 |

CAM-0001062

HIGHLY CONFIDENTIAL

[organized - patience]                                                    Page 30

organized 14:19
oriented 296:13
outcome 7:19
  331:9
outlook 107:21
  108:4,7,7 111:13
  111:23 112:14
  121:4
outside 84:17 95:8
  103:18 122:17
  215:15 223:3,5
  312:3
overall 69:8
  147:24
overseeing 155:20
  156:9 158:5,11
  159:2,7
overview 325:5
overwhelmed
  49:23
owned 200:3
  205:1 266:12
  282:20 283:1
  305:4 306:2
owner 22:3,4
  299:19
owners 266:11
ownership 21:14
  21:18 22:5,7,11
  68:10,12 69:1
owns 68:1,4 69:15
  69:18 92:20 224:4
  302:18

p

p 2:1,1,19
p.m. 153:15,20
  192:12,17 230:6
  245:15,20 295:6
  295:11 328:12,17
  330:14,16

pa 1:24
pack 30:17
pad 14:4
pads 14:6
page 3:2,7 5:3,10
  5:15,20 137:2
  155:5,16 160:17
  161:6 175:13,16
  175:17 198:14
  229:21 232:19
  254:4 264:8,10
  284:22 286:11
  308:16,18 312:21
  312:21 313:15
  314:4 315:3,7,9,12
  318:15,16 320:6
  321:4,6,8 323:5,6
  324:3 325:9 326:3
  326:17,20
paid 70:23 127:13
  127:20 165:11,12
  167:10 218:6,8
pam 37:15
panel 75:14 79:6
  270:21 276:17
paragraph 161:10
  180:8 232:23
  264:13 324:14
paragraphs 201:6
paralegal 2:22 9:8
  301:17
parentals 209:15
parkinson's 53:16
  53:24 54:12,15
part 13:14 18:1,2
  25:1 31:2 37:11
  37:18 44:6,8
  58:23 60:14 62:11
  68:4 69:8,16
  76:24 92:23,24
  95:7,8 96:21 97:5

99:20 106:22
  137:12 146:20
  152:4,22 167:3,4
  177:7,9 182:2,2,3
  184:12 185:9
  193:6 200:15
  208:13 221:23
  248:8 263:15
  284:24 285:13
  287:12 308:18
  322:22 323:14
participant 271:22
participate 38:19
participated 60:4
participating 6:3
  174:11
particular 145:9
  179:2,5 239:6
parties 6:11
  139:10 152:14
  176:18,22 199:21
  200:10,12 201:15
  203:21 204:23
  207:11,23,24
  208:4,8,12,17
  211:15 215:4,19
  218:11,24 234:11
  235:22 236:11
  237:23 238:1,23
  239:2 240:15
  242:23 250:5,23
  255:2 260:22
  277:13 281:20
  282:4 290:18
  293:2,4,13,16,16
  293:19,23 294:6
  308:23 309:7,19
  310:2,8,17 311:11
  311:21 312:3,4,6,9
partner 148:9
  152:19

partners 254:6
parts 19:10,16,20
  59:19 99:21
  221:12 222:8
  223:2,4
party 6:16 7:17
  138:20 143:21
  144:8,20 145:3
  148:9 149:20
  150:6,23 178:12
  198:17 199:4,11
  199:11 200:10
  206:19 207:20
  208:3 214:5
  216:15,18,24
  222:24 223:9,10
  225:17 231:15
  232:5 233:12
  234:2 236:8,11,13
  236:22 237:4,11
  238:13,14 239:9
  239:21,24 240:8
  240:20 241:2,19
  241:20 243:7,11
  243:16,16,21
  244:1 245:6
  249:10,13 250:10
  255:7,20 256:2
  258:8,11 264:22
  281:7,17,22 282:5
  290:23 305:12
  306:22 309:3
  313:7,12 322:9
  331:8
pass 247:9 252:8
passed 247:24
passionate 262:17
pastor 28:11
path 207:23 323:2
patience 290:9

HIGHLY CONFIDENTIAL

[pause - policy]

pause 8:22
pay 165:7,8 167:8
  191:12 198:22
  239:15,15 249:1
paying 95:15
  239:16 313:10
payment 125:6
  191:19
payments 70:23
  192:4
pc 104:17 110:2,11
  110:19
pcs 20:23
pending 46:5
penetration 177:1
  177:4
peninsula 167:4
people 44:21 53:9
  99:10,24 107:13
  146:5 165:13
  173:24 184:9
  186:16 187:12
  300:6
perceive 54:17,18
  56:8
perceived 67:5,10
  148:3,5
percent 22:2,4
  40:6 67:24 68:9
  68:15,18,19 69:19
  69:19 92:20,20
  98:6,8,11,15,18,22
  101:1,8,11 188:2
  325:12,13,18,21
  325:24 326:11,15
  327:1,12,13
percentage 68:2
  69:10 325:17,17
  326:5,14,19 327:4
  327:7

perfectly 65:2
perform 133:10
performance
  34:24 182:14,18
  285:6,23 286:5
  287:1 307:22
  308:6,12 312:22
performed 22:16
  185:18
period 17:17
  27:15 94:24 217:7
  277:22,23 327:11
permanently
  284:3
permit 208:17
person 6:9 12:24
  34:2 40:10 43:8
  69:1 127:4 142:12
  165:8 171:14
  181:11 190:4
  262:17 296:13
  300:11
person's 191:1
personal 127:5
  128:5,7 145:13
  161:15 171:14
  208:22,24
personalities
  60:13 176:7
  177:21 178:9,21
  178:22 179:9,22
  179:23
personality
  185:17,19
personally 12:16
  47:12 54:16,18
  67:5 120:11,22,24
personnel 314:23
perspective
  111:13 293:7

peter 191:1
philadelphia 1:24
phone 33:23
photographic
  47:23
physically 6:4
picked 14:9
picture 168:20,21
pictures 168:10,16
  168:23 169:1,2,6
  169:11,16 170:2,6
  170:9
pissed 261:1,7
pissing 261:1
place 6:22 28:20
  28:22 29:4 80:24
  90:22 151:16
  174:21 188:13
  211:20,20 225:24
  271:5 294:17
  331:5
plain 311:2
plan 62:1,18 73:7
  73:8 76:16 77:12
  85:22 133:12,17
  134:23 135:1,11
  135:15 137:12
  142:15 329:11,19
plans 75:21,24
  76:3,24 86:4
  92:23,24 182:5,8
  189:24 271:24
  272:18 274:20
  275:4,12 276:23
  328:20 329:3
platform 144:19
  199:18 207:21,22
  220:17,21 225:21
  238:22 239:8,19
  316:8

play 261:5 262:14
please 6:18 9:2,14
  10:8 35:19 38:3
  45:12 51:10 79:20
  86:7 158:8 159:4
  174:22 175:14
  183:4 188:18
  230:14 232:8
  245:13 246:19
  253:18 260:5
  262:23 271:20
  291:20 304:13
  318:18 320:9
  322:12
pleased 174:5,7,10
  174:23 175:7
pllc 2:7
plus 323:1
point 108:2 140:20
  145:19 146:1
  149:12 154:8
  175:13 190:21
  264:2 308:22
  312:24 313:17
  314:11 315:8,16
  316:9 317:12,14
  317:23 318:3,19
  319:2 323:5
pointing 257:19
points 181:7
  215:14 222:2
  237:22
policies 75:2
  143:10,13,22
  144:4,8,21 180:13
  180:17 209:3,9
  211:19 273:9
  275:4,13 276:24
policy 102:8,10,13
  102:18 103:9
  106:12,21 116:18

CAM-0001064

HIGHLY CONFIDENTIAL

[policy - program]                                                                                    Page 32

120:1 144:16
171:9,13,17,22
201:24 208:16,21
263:24 264:6,16
265:11,12
**politics**  30:11
**poor**  198:7
**portfolio**  266:13
296:11
**posed**  60:15
**position**  10:19
12:19 24:18 61:11
62:7 77:11 81:3
86:10 93:10
176:10 187:1
188:1 243:19
261:18
**positions**  25:3
41:7 189:20
**possible**  313:1
319:4,9
**post**  14:5
**potential**  319:14
321:17 324:15
**potentially**  246:14
**power**  137:3 187:8
187:11,23 188:2
**powerpoints**
294:23
**practice**  105:20,22
**practices**  150:15
**pre**  18:8
**precise**  25:16
**prefer**  138:18
239:1
**prejudge**  75:18
**preparation**  44:9
**prepare**  42:2
**prepared**  107:17
132:20 139:17
141:19 151:24

191:18 325:2
**preparing**  42:10
136:5 316:21
317:11,11,17
318:13 319:13,18
**present**  6:5
**presentation**
239:6 325:2
**president**  10:20,22
10:24 21:11 24:19
24:23 25:8,21,24
35:21 36:13 41:4
49:15,19 50:4,12
57:3,8,14 61:19
64:2,11 130:23
176:11 186:6,11
256:13 299:4,11
**presume**  77:10
**pretty**  32:5 169:7
189:1 193:21
**previewed**  280:20
**previous**  72:9
266:11
**previously**  145:17
157:13 226:19
276:2
**price**  139:23 141:3
143:6 198:23
225:9 227:6
**prices**  226:23
**pricing**  35:2,5
139:23 142:7
143:17,17 144:24
149:1,2 225:13,16
225:23 227:2
**primarily**  18:22
327:22
**primary**  19:6
145:18 146:1
**print**  14:8 15:20

**printing**  16:4
**printout**  14:4
**prior**  29:13 39:15
**priorities**  235:6
267:3 269:18
270:1,8 271:17
272:1,12 297:7,12
**priority**  234:21,23
234:24 259:18
297:7 315:3,16,20
316:12 318:6,9
**private**  53:9 54:4
**privileged**  75:11
**probably**  15:8
18:3 20:11 53:22
57:11 164:13
185:8 272:8
277:21
**probe**  163:10
**problem**  170:10
192:9 245:6
287:16
**problems**  53:21
228:14 285:9
287:2
**proceed**  9:22
269:11
**proceeding**  331:4
331:5
**proceeds**  323:10
**process**  14:7,12
15:5,23 94:21
247:12 251:13
323:11
**processes**  228:9
**produce**  14:8
15:24 251:23
**produced**  278:13
278:15
**product**  19:9,11
103:15 107:2

145:9 155:19,21
155:22 156:2
157:14,21 159:6
159:11,12 181:13
247:16 264:23,23
285:23 302:16
309:14 311:16
**production**  5:9
**productive**  116:22
116:24 175:22
**products**  35:3
141:4,16,20 142:5
143:2,15 145:5
146:6 176:15,24
177:1,1,4 181:4
256:24 262:6,8,12
309:11,22,23
310:11 312:12
**professional**  1:19
**profit**  96:9,10,13
96:20 97:3,9,10,12
97:17,22 98:11,14
98:20 101:1,7
**profitability**  323:3
**program**  15:22
16:21 21:2 117:23
144:14 201:16
206:2 208:13
210:23 211:16
215:15 216:19
218:5,7,20 228:12
231:7,8 232:11
233:13 234:2,12
235:1,16 237:9
238:7 242:11,14
243:2 254:6 259:3
283:8 293:2
308:23 310:4,18
311:5,11,22 312:4
312:6 313:9 316:6
316:17

CAM-0001065

HIGHLY CONFIDENTIAL

[programmer - question]                                                      Page 33

| | | | |
|---|---|---|---|
| **programmer** 17:5<br>17:7 18:11 20:12<br>**programmers**<br>260:20<br>**programming**<br>16:20 17:6,9<br>18:19,23 20:15<br>59:5 217:15<br>**programs** 16:3<br>221:22<br>**progressing** 259:8<br>**prohibit** 47:8<br>**prohibition**<br>149:21<br>**project** 17:1 211:1<br>217:15 235:6<br>259:17 268:11,23<br>269:17 298:17<br>299:14 300:21<br>319:14<br>**projects** 16:22<br>195:23 235:8<br>267:4,6,9,14 268:6<br>298:2 316:22<br>**promote** 49:18<br>**promoted** 10:23<br>21:10 24:16,18,22<br>49:15 50:4,12<br>51:1,2,16<br>**promotion** 24:24<br>25:1 39:16 49:24<br>58:23<br>**pronouncing**<br>192:22<br>**properly** 277:13<br>281:20 303:12<br>**protected** 294:11<br>**protecting** 211:10<br>293:17,21 294:4<br>**protections** 294:17 | **protective** 80:23<br>90:22 271:5<br>**provide** 105:6<br>141:6,17 145:6<br>158:9 207:22<br>208:7,10 215:3<br>231:16 232:4<br>238:22 241:19<br>242:6,8,14,17<br>245:5 250:17,18<br>250:23<br>**provided** 14:4<br>137:20 155:5,7,12<br>158:6 161:5<br>225:21 239:9<br>293:2 309:5 310:7<br>**provider** 258:9<br>272:6,6<br>**providers** 118:24<br>266:18<br>**provides** 239:3,19<br>**providing** 19:17<br>73:4 237:1,5<br>247:21 250:5<br>**provision** 41:10<br>51:22 52:23<br>**provisions** 26:7<br>67:2<br>**proximity** 131:15<br>**pst** 109:2 110:9<br>**public** 1:21 53:16<br>61:17 73:14 118:6<br>123:14,20,21<br>124:1 331:4,14<br>**publication** 272:5<br>**published** 58:6<br>**pull** 265:15 279:2<br>279:6 288:11<br>295:20<br>**pulled** 258:1 | **pulling** 246:4<br>**punched** 15:21<br>**purchased** 208:2<br>265:6,18 266:7,9<br>284:18<br>**purchases** 251:13<br>**purpose** 49:21<br>207:24<br>**purposes** 249:19<br>**pursuant** 211:23<br>292:6 331:4<br>**push** 242:20 243:7<br>243:8,9,14 244:5<br>244:15<br>**pushed** 226:2<br>242:21 249:14,15<br>249:23 250:22<br>251:16 252:2<br>**put** 16:5 20:21<br>25:3 74:22,24<br>119:22 122:5<br>147:3 151:15<br>174:21 211:20<br>250:16<br>**putting** 211:20<br>234:13<br><br>**q**<br><br>**quarters** 325:8<br>**question** 23:3<br>27:18,21 31:14,16<br>33:11 35:19 38:3<br>40:24 43:15,22<br>45:10,12 46:5,6<br>51:10 58:16 67:13<br>68:14 70:8,16<br>75:18,19 77:3<br>78:10,15,18,22<br>79:20,22 80:18<br>82:15,22,24 83:6<br>83:19 84:5,12,20<br>85:3 86:7,14,23 | 87:9 88:2,11,19<br>89:3,13,23 90:7<br>94:10 95:22,23<br>96:11,12,16 97:7,8<br>97:14,15,17,20,21<br>98:7,9,23 106:19<br>108:13,22 110:22<br>111:15 113:17<br>115:16 116:4,10<br>121:6 123:16<br>126:24 127:9,17<br>138:24 141:8<br>143:12 145:21<br>146:4 147:9,10,14<br>149:8,14,23<br>150:14 151:11<br>152:7 155:14<br>156:17 157:1,5,20<br>158:8 159:3 163:6<br>172:2 179:4 183:4<br>187:6 188:18<br>189:8 191:14<br>201:23 205:20<br>207:7 214:9<br>215:10 216:24,24<br>222:16 226:24<br>232:7,17 236:18<br>237:4,13 239:22<br>240:17 242:13<br>243:23 244:19,24<br>253:2,6 255:18<br>268:5,9,14 269:2,5<br>269:9,14,15,21<br>270:4,6,12,14<br>271:20 272:4,16<br>290:10 291:20,24<br>293:5,6 311:6,23<br>312:7 317:4<br>326:24 328:23<br>329:1,9,15,17<br>330:1 |

HIGHLY CONFIDENTIAL

[questions - recommended]                                          Page 34

| | | | |
|---|---|---|---|
| **questions** 5:19 | **rapidly** 53:23 66:6 | 160:21 199:8 | 123:1,8 128:22 |
| 10:6 32:6,8 45:18 | **rarely** 32:3 33:24 | 227:16 230:16 | 129:20,22 146:17 |
| 45:21 47:13,19 | **rating** 309:18 | 272:7 304:16 | 156:3,7,13,15,18 |
| 58:17 60:15 63:9 | **rci** 35:5 144:14 | 305:1 317:6,6 | 156:21,23 157:3,7 |
| 79:5,8 80:15,20 | 152:14 176:19 | 318:2,18 | 157:11 158:19 |
| 81:1,19 86:20 | 199:18 200:13 | **reading** 158:13 | 159:17 160:10,13 |
| 87:1 89:8 91:13 | 201:15 202:6 | 264:3 | 161:3,19 162:1,5 |
| 157:20 160:5,9 | 204:16 205:4,7 | **ready** 147:18 | 162:12,18 163:1,2 |
| 187:5 221:16 | 206:1 207:21,21 | 149:12 315:9,18 | 163:7,12,14,19 |
| 270:17,22 271:1 | 208:6,13 210:23 | 318:4 | 166:2,3 168:13,15 |
| 272:24 273:6,11 | 211:16 212:2 | **readying** 316:8 | 170:7 176:5 178:2 |
| 273:15,19 274:9 | 215:15 216:19,21 | **real** 12:9,10 | 179:2 185:7 |
| 274:18,19,23 | 216:22 217:11 | 184:24 258:19 | 188:22 194:18,21 |
| 275:1,3,7,9,11,16 | 218:5,7,9,18,19 | **reality** 214:6 | 195:5,17 197:11 |
| 275:19,22,24 | 220:8,17,20 | **really** 16:7 20:24 | 198:10,12 203:16 |
| 276:5,6,22 277:4 | 222:14 225:21 | 27:4 32:6 42:13 | 213:4 216:11 |
| 311:19 328:7,9 | 228:12 231:7,8 | 64:8 81:21 104:15 | 294:13,19,21 |
| 330:5 | 232:10 233:1,12 | 119:1 167:17 | 295:1,2 298:24 |
| **queue** 236:4 | 234:2,12,24 235:7 | 168:19 169:8 | 300:20 301:4 |
| **quicker** 205:7 | 235:7,8,16 236:5 | 183:21 198:7 | 303:5 305:2,10 |
| **quickly** 45:23 64:9 | 236:21,23 237:8 | 206:19 258:21 | 306:8,15,23 |
| 64:10 313:1 319:3 | 238:7,10,21 | 259:10,23 261:2 | 314:20,22 323:16 |
| 319:8 | 239:19 242:3,11 | 284:22 297:11 | **recalled** 161:13,24 |
| **quite** 194:2,3 | 242:14 243:1 | 311:1,8,20,22 | 162:3,21 |
| 216:23 280:7 | 248:18 254:6,18 | **realtime** 242:6,15 | **recalling** 54:21 |
| 318:24 | 255:7,20 256:8 | **reason** 31:9 47:4 | 231:2 |
| **r** | 259:3,6 268:21 | 51:17 52:4,12,16 | **receive** 120:2 |
| **r** 2:1,19 246:5 | 270:2 275:5 | 55:12 67:6,10,15 | 129:17 169:11 |
| 331:1 | 276:12 282:5,24 | 74:6,15,16 103:8 | 254:7 |
| **railroad** 13:13 | 283:8 293:2,16 | 103:21 104:20,24 | **received** 120:6 |
| **raise** 226:22 | 300:23 304:24 | 105:7 155:9 255:6 | 219:12 256:6 |
| 259:17 | 305:18 307:8 | 256:1 291:14 | **recess** 80:8 153:17 |
| **raises** 30:13 | 308:23 310:2,4,7 | **reasons** 50:14 | 192:14 245:17 |
| **raising** 225:9,13 | 310:17 311:5,11 | 55:19,20 104:13 | 295:8 328:14 |
| 225:23 227:6 | 311:22 312:4,6,10 | 127:3 134:7,9 | **recognize** 257:22 |
| **ralph** 265:3 | 313:1,9 316:5,16 | **recall** 18:14 23:18 | **recollection** |
| **ran** 65:4 140:10 | 319:3,9 | 25:16,18 29:3,18 | 129:15 161:19 |
| 285:14 | **reach** 93:13 | 36:2 41:24 60:24 | 178:23 |
| **range** 96:6 98:5 | **read** 16:23 114:21 | 61:18 62:10 72:12 | **recommended** |
| **ranges** 100:19 | 115:1,4 121:19 | 85:18 118:4 120:4 | 134:18 |
| | 132:13 155:6,13 | 120:5 121:19 | |

HIGHLY CONFIDENTIAL

**[record - request]**                                                  Page 35

| | | | |
|---|---|---|---|
| **record**  7:2,22 10:9 | **refreshed**  48:21 | 81:6 | **replaced**  186:3,8 |
| 41:2 79:10 80:6 | 320:10,21 | **relevant**  74:2,6 | 186:13 187:1 |
| 80:11,21 81:19 | **refreshing**  132:12 | 75:5 76:19 78:1 | 281:8 |
| 105:3 153:13,15 | 197:24 | 79:7 81:4 271:16 | **replacing**  151:8 |
| 153:20 192:12,17 | **refuse**  274:24 | 272:2,13,19 273:5 | **replies**  58:2 |
| 245:15,20 274:6 | 275:8 328:24 | 274:9 | **report**  23:9,12 |
| 276:15 277:5 | 329:8,16,24 | **relieve**  187:11 | 25:7,21,23 115:1,4 |
| 295:6,11 296:23 | **refused**  271:1 | **rely**  38:18 | 220:13 225:4 |
| 318:3,19 328:12 | 276:7,8 | **relying**  225:7,20 | 226:16 261:4 |
| 328:17 330:14 | **refusing**  270:5,13 | 226:19 | 277:10,12,14,23 |
| 331:7 | 275:19 277:3 | **remaining**  294:1 | 279:5 281:19 |
| **recorded**  7:5 | **regarding**  163:15 | **remains**  324:14 | 292:4 |
| 331:5 | 203:6 | **remember**  47:17 | **reported**  23:14,18 |
| **recovered**  116:13 | **regardless**  198:18 | 158:22 165:17 | 23:20 32:16 51:5 |
| **recovering**  75:3 | 201:2,12,17,21 | 168:4 178:14 | 118:16 256:14 |
| **recross**  330:5 | 202:2 | 194:20 231:3 | 325:7 326:1,8,10 |
| **reduced**  57:18 | **regards**  54:11 | 314:21 | 327:7,12 |
| **reducing**  88:7 | 287:13 | **reminded**  264:24 | **reporter**  1:20,20 |
| **reduction**  292:19 | **region**  1:23 | **remindertrax** | 6:2 7:15 9:14 |
| **refer**  17:16,18 | **registered**  1:19 | 264:21 | **reporting**  6:6,17 |
| 18:8 160:9 | **regular**  120:19 | **reminding**  45:9 | 26:1 94:8 96:4 |
| **referenced**  43:9 | **reins**  50:18 | **remote**  9:10 | 241:18,24 242:2 |
| 155:15 | **relate**  88:24 89:21 | **remotely**  6:7,10 | 243:4,6,9,20,22,24 |
| **referred**  37:17 | 90:4 | 46:10 290:8 | 244:16,17 245:2,4 |
| 180:18 204:18 | **related**  7:17 | **removal**  121:3 | **reports**  14:8 15:20 |
| 226:3 | **relationship**  27:4 | **remove**  187:24 | 16:1,4,9 219:12 |
| **referring**  18:7 | 65:12 128:5,8 | 188:3 189:5,19 | 220:4,6 277:18 |
| 46:14 63:15 105:9 | 206:17 238:6 | 199:17 215:2 | **represent**  278:15 |
| 173:20 175:14 | 265:14 287:12 | 309:20 311:24 | **representations** |
| 180:19 200:18,20 | **relationships** | 312:10 | 191:23 |
| 200:22 217:24 | 176:16 198:17 | **removed**  102:6 | **representative** |
| 228:6 236:12 | 199:4,12 200:7,17 | 259:12 | 92:14 |
| 247:15 264:1,20 | **release**  302:16 | **removing**  310:23 | **representing** |
| 265:13 267:11,12 | 303:9,12,17,19 | **reorganization** | 43:12,17,19 |
| 293:24 299:22 | 304:3 | 37:18 50:15 | **represents**  152:16 |
| 305:9 313:19 | **released**  53:19 | **repeat**  35:19 51:10 | **reputation**  146:15 |
| 314:15 316:7 | 303:7,21,23 | 123:16 201:23 | 146:19 147:22 |
| 321:1,2 | **releasing**  294:10 | 215:11 233:20 | 151:9 |
| **refers**  178:4 | 302:10 304:1 | 325:14 | **request**  5:9 71:2,8 |
| **refresh**  161:18 | **relevance**  75:11 | **replace**  187:4 | 71:10,21 91:22 |
| 172:21 | 76:11 78:1 81:1,2 | 202:4,5 | 250:1 251:1,18 |

CAM-0001068

HIGHLY CONFIDENTIAL

[request - reymdl00045571]                                    Page 36

| | | | |
|---|---|---|---|
| 252:14 254:5 | respectfully | 214:9 232:7 | reversal  254:11 |
| 255:16 257:2 | 111:16 127:1 | 236:18 242:12 | reverse  284:16,17 |
| requested  71:2 | respond  32:1 71:6 | 271:20 272:16 | 285:7 286:3,6 |
| 254:7 | 204:12 | 290:4 291:20 | 287:4,13 302:8,17 |
| requests  71:6 | responded  180:2,3 | restaurant  12:10 | 302:18,19 303:14 |
| require  111:5 | 201:4 286:16 | restroom  46:4 | 303:16,17 |
| required  199:3 | respondent  1:10 | 79:17 192:7 295:3 | reversed  254:9 |
| requirement | 2:13 8:3 | result  257:1 293:6 | review  44:8,16 |
| 199:9 | responds  255:5 | 293:7 | 49:8 97:4 132:16 |
| requires  198:16 | 286:9 | resulted  202:24 | 173:8 198:4 210:1 |
| requiring  144:13 | response  3:11,13 | retail  81:16 84:17 | 227:15,24 228:2 |
| reservation  248:2 | 57:22 123:9 | 86:12 | 229:18,22 247:4 |
| 248:8,13 | 154:14,17 155:6 | retain  25:10 | 254:2 258:3 |
| reservations | 155:11 159:22 | 104:22 | 260:13 263:13 |
| 247:10,17 249:12 | 160:1,18,19 161:4 | retained  109:19 | 284:13 304:15 |
| 250:9 251:20 | 161:5 233:9 | retaining  95:16 | 306:11 308:6,12 |
| 252:9 | 276:12 | 109:22 | 312:22 313:14 |
| reserve  330:4 | responses  230:10 | retention  119:24 | 315:13,24 318:16 |
| reside  10:12 | 230:14 | 171:9,13 327:19 | reviewed  96:24 |
| resign  26:13 187:9 | responsibilities | 327:21 | 155:11 160:19 |
| 188:6,8,9,17,20 | 13:21,23 15:18 | retire  135:2,6,9,12 | 198:9 322:17 |
| resignation  26:8 | 16:14 18:22 20:3 | 146:13 147:7,11 | reviewing  145:5 |
| 29:13 41:9 60:8 | 20:17 22:17,20,24 | 147:15,18 151:17 | 219:10 250:22 |
| resigned  26:5,18 | 23:4,7 24:9,10,21 | 181:22,24 182:5,9 | 289:7 |
| 28:3 31:3 51:21 | 71:4,15,18 122:14 | 185:22 | reviews  307:23 |
| 52:22 53:4 62:17 | 131:2 134:16 | retired  181:21 | reward  323:10 |
| 67:1 184:16 | 135:18,20 136:1,4 | 184:17,17 185:24 | reyaaa00099367 |
| 188:14,24 | 186:9 | retirement  135:11 | 3:21 227:11 |
| resolution  198:6 | responsibility | 135:15 136:5 | reymdl00044034 |
| resources  233:13 | 50:9 122:18 262:1 | 137:12 147:4,19 | 3:22 229:7 |
| 234:3,16 240:2 | 299:13 | 151:15 | reymdl00044042 |
| 311:13 | responsible  203:5 | retiring  135:7 | 3:16 197:18 |
| respect  38:21 39:4 | responsive  310:13 | 146:9,24 182:23 | reymdl00045379 |
| 47:17 65:4 102:8 | rest  53:22 103:24 | retrospect  225:15 | 3:24 245:24 |
| 142:1 143:13,23 | 184:12 | return  14:6 | reymdl00045405 |
| 172:4 199:10 | restate  38:3 67:13 | revenue  218:4,11 | 4:2 253:14 |
| 202:1 268:10,21 | 86:7 106:19 | 218:14,18,21 | reymdl00045418 |
| 270:2,9,18 271:17 | 110:22 116:10 | 309:12 | 3:20 219:4 |
| 272:1,12,24 | 138:24 159:3 | revenues  100:5 | reymdl00045571 |
| 274:21 275:4,5,13 | 183:4 187:6 | 101:14 312:15,18 | 4:3 257:6 |
| 294:24 | 188:18 207:7 | 313:1,6 319:4 | |

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| reymdl00049086 | 44:23,24 49:15 | 147:5,22 148:2,5 | 231:6,15 234:8,15 |
| 4:5 260:7 | 50:20 51:9,13,18 | 148:14 150:17 | 235:4,5,15,18 |
| reymdl00065479 | 52:5,10 55:1 56:3 | 151:9,18 155:6,12 | 237:19 238:6,23 |
| 4:6 263:1 | 59:2,17 60:7,21 | 155:23 158:7,10 | 238:24 239:2,7,11 |
| reymdl00071225 | 61:5 64:16 65:4,9 | 158:11 159:2,7,13 | 239:13,16,21 |
| 4:7 274:2 | 65:15,21 66:1,2,23 | 160:12,18 161:5 | 240:8 241:23 |
| reymdl00122040 | 67:7,11,17,19 68:1 | 161:22 162:2,10 | 242:5,24 243:18 |
| 4:9 283:15 | 68:2,9,15,18,19 | 162:20 163:4,12 | 244:21 247:10,11 |
| reymdl00183498 | 69:2,11,16 70:23 | 163:18 165:2,4,5 | 247:11,24 250:15 |
| 4:10 287:22 | 72:14 73:7 74:7 | 165:12,13,19 | 250:17 251:9,12 |
| reymdl00226199 | 74:13 75:3,22 | 166:18 167:7,8,17 | 251:21,24 252:1,8 |
| 3:17 209:19 | 76:15 78:18 79:11 | 167:19 168:1 | 252:9,16,23 253:7 |
| reymdl00251062 | 80:15 81:15 82:1 | 169:11 177:7 | 254:12,20 255:11 |
| 4:11 295:16 | 84:2,24 85:10,14 | 180:17,24 183:24 | 256:22 258:13 |
| reymdl00262436 | 86:5,9,11 87:8,15 | 184:7 186:2 187:1 | 259:1 261:19 |
| 4:13 301:9 | 87:22 88:17 90:14 | 187:4,8,24 188:11 | 263:11 264:23 |
| reymdl00263558 | 90:14,16 91:16 | 189:6 190:14 | 265:6,24 266:3,5 |
| 3:19 212:10 | 92:12,21 93:1,4,10 | 191:12,18 192:4 | 266:12,13,21 |
| reymdl00333760 | 93:21 94:7 95:5,7 | 193:11 199:3,3,15 | 267:8,15 268:6,10 |
| 4:14 304:8 | 95:19,24 96:2,3,9 | 199:22 200:6,9 | 268:12 269:19 |
| reymdl00496899 | 96:13,20 97:10,10 | 201:10 202:3,21 | 271:16,21,24 |
| 4:15 307:15 | 98:10,14 99:3 | 203:5 205:22,23 | 272:17 273:1 |
| reynold  206:10 | 100:1,4 101:1,7,13 | 206:1,5,11,18,21 | 274:20 275:4,12 |
| reynolds  1:9,9 | 101:22 102:7,19 | 206:23 207:1,5,9 | 284:19 285:24 |
| 2:21,21 7:7,8 8:3 | 102:20,24 103:6 | 207:10,12,18,19 | 286:2,3,22,23 |
| 8:4,7,7 10:18,18 | 103:11,22 104:22 | 208:1,2,6,9,11,18 | 290:24 291:3 |
| 11:2,2 12:3,11,12 | 105:2 106:12,14 | 209:3,5,13 210:9 | 292:20,23 293:8 |
| 12:20 13:24 14:16 | 107:24 109:17,21 | 211:9,17,23,23 | 293:22 294:5,10 |
| 14:24 17:9,13,19 | 114:22 115:1,4 | 212:5 213:3,6,16 | 302:12,18 303:13 |
| 19:8,13 20:3 | 116:6,17 117:8 | 213:22 214:1,4,6 | 304:23 305:5,18 |
| 21:17 22:7,11 | 118:15 119:6,18 | 214:11,21 215:13 | 306:3 307:8 |
| 23:23 24:9,14 | 122:15 129:10,10 | 215:14,20 216:10 | 308:23 309:4,8,9 |
| 25:5 26:9,19 27:8 | 129:18 130:10,13 | 216:15,18 217:1,2 | 309:10,11,13,15 |
| 27:23 28:4,21 | 131:4,7 138:1,7,11 | 217:3 218:3,7 | 310:8,9,10 311:12 |
| 29:5 30:21,22,24 | 139:24 140:3,5 | 219:13 220:4,18 | 312:1,3,13,14,18 |
| 31:2,5,11,20 32:1 | 141:10,15,16 | 220:22,24 221:1,5 | 313:11 315:9 |
| 32:4,20 34:20,23 | 142:1,4,10,16 | 221:8,20 222:9 | 320:10,10,22,22 |
| 35:2,14,22 36:16 | 143:9,13,21,22 | 223:1,3,4,5,13,15 | 321:17,22 322:4,6 |
| 36:19 38:14,14 | 144:3,20,24 | 223:17 224:4,8,12 | 322:8 323:19 |
| 40:14,20,21,22 | 145:17,18 146:1 | 224:14 225:8 | 324:22 325:11,17 |
| 41:12,14 43:11,19 | 146:15,16,18 | 226:1,12,15,18 | 327:3,9,16,22 |


HIGHLY CONFIDENTIAL

[reynolds - santana]　　　　　　　　　　　　　　　　　　　　Page 38

328:3,19 329:3,7
329:11,19,20,23
**reynolds's** 155:20
156:9 158:5
**reyrey** 320:24
323:24
**rice** 36:18
**rid** 119:2
**right** 18:11 20:16
23:21 32:2 40:2
40:17,22 41:15
43:16 49:16 51:5
52:10 56:10 62:24
69:19 82:5,10
83:12,13 89:8
90:22 92:21 93:19
94:18 101:15
105:4 107:17,21
109:19,22 113:1
114:14,14 115:13
115:19 116:1
131:16,23 137:20
139:6,17 140:6,22
140:23 143:7
144:19 145:2
147:2 151:15
152:15 154:7
156:2,20 157:19
160:22 162:22
165:19 168:24
170:11 174:9,20
174:21 175:2
177:22 184:22
187:13,21 188:23
188:23 194:17
197:14 200:3
201:17 204:20
205:2,23 210:24
211:1,10,24 212:5
214:1,12,17 216:9
218:4 220:1

223:14 226:23
227:6,22 230:11
231:8,16 232:14
234:22 235:11
237:9 240:6,13,21
241:4,10,24
242:11,22 243:10
243:13,14 244:6
245:10 246:21
247:19,19 248:9
249:8,10,15,19
252:3,21 255:8,14
255:21 256:3,19
257:18,18 259:4
262:22 264:9
265:5,21 266:1
271:5,22 272:2,9
277:9 279:16,17
281:13 282:6,11
282:14,17 283:1
284:9 285:21
286:3,7 287:5
288:12 289:9,13
289:19,22 290:1
290:24 291:3,7,11
291:16 292:6
293:23 294:7,11
296:3 302:14,18
302:23 303:4,15
303:21 306:1,7
307:9 308:3 311:5
311:8 312:15
313:12 314:17
316:1,6,17 318:9
319:9,17 320:16
320:19 322:15
326:17
**rih** 315:9,18,19,20
316:11,23 317:19
318:4,5,6,14

**rios** 1:18 7:16
331:14
**risk** 266:4,23
284:16,17 285:7
286:3,6 287:13
302:8,18,20
303:10,14,16,18
**risk's** 287:5
**rivers** 166:12
**road** 62:2 212:22
**rob** 13:9 130:18
132:9 307:24
308:15
**robert** 34:12 37:14
99:16,17,18 100:2
186:4,5,20 263:19
264:12 286:11
321:6,8 323:24
**role** 24:19 26:2,9
27:7,13 62:4
130:13 159:2
185:1,2 201:19
225:17
**roles** 16:8
**ron** 298:5 307:22
**room** 6:5 8:9 9:5
15:4 46:11,12
**roommates** 194:5
**rossi** 1:18 7:16
331:14
**routine** 120:15
**rpr** 331:14
**rtb** 260:20
**rudy** 175:11,20
176:3,6,10,16,20
177:2,18 178:6,8
178:11 180:13
181:2,6,10
**rules** 180:12,14,16
181:8,10

**run** 15:22 19:24
20:19 21:2 25:5
56:2 59:2,18
60:20 64:16 67:7
67:11,16 105:15
131:4 142:10
151:12 152:11
221:6 239:4
284:24 285:3,13
285:15,18,22
**running** 16:3 56:3
56:13 58:16 60:7
66:23 67:18
138:11 140:11
142:16 151:13
**runs** 221:7,7
246:11

**s**

**s** 2:1,19,19 3:6 4:1
**sachs** 321:12
325:1
**safe** 122:5 207:22
208:7 215:3
216:21 217:10
218:23 225:21
238:22 239:19
293:3
**sale** 321:17 322:21
322:22 323:11
**sales** 16:2 58:19,20
94:22 122:16
168:5 176:11,12
176:14 179:22
180:9,19,24 181:1
181:12,18 182:13
182:16 183:3,6
186:11 323:9
**salesman** 181:3,6
**santana** 37:14
186:20

HIGHLY CONFIDENTIAL

[saturday - send]                                                    Page 39

| | | | |
|---|---|---|---|
| **saturday** 175:18 | 151:17 152:6 | **secret** 130:5,9 | 255:3,6,8 256:1,10 |
| **saving** 110:2 | 163:19 165:24 | **section** 325:5 | 258:22 260:11 |
| **saw** 235:10 248:21 | 175:11,21 176:4,6 | **secure** 201:14 | 264:17 275:21,21 |
| 250:13 301:21 | 177:18 178:6,9,13 | 207:19,22 208:7 | 276:10 277:15 |
| 303:1,4 | 180:2,11 198:3,11 | 214:18 215:4,17 | 278:7 280:8 281:9 |
| **saying** 110:13 | 203:14,23 209:12 | 216:22 217:10 | 286:14,17 287:8 |
| 111:19 175:4 | 219:20 229:16,20 | 218:23 225:22 | 287:15,15 288:18 |
| 180:4 204:15 | 230:1,9,17,24 | 239:20 292:23 | 290:19 296:6,17 |
| 205:14 225:5 | 232:1,18 233:8 | 293:8 | 296:19 302:9,10 |
| 230:18 231:10,18 | 240:1 247:8 250:8 | **securely** 310:9 | 302:12 303:14 |
| 236:17 237:14 | 252:7 253:23 | **security** 104:13 | 305:21 306:12,14 |
| 240:4 248:20 | 257:16,23 258:18 | 105:8,10,12,19,21 | 307:24 308:11,24 |
| 251:20 254:17 | 260:16 261:12,14 | 105:23 106:5 | 313:2 314:7,9,9,10 |
| 259:2 279:20 | 263:10 266:19 | 211:19 215:22 | 315:10,15,21 |
| 305:16 306:17 | 284:9 286:9,11 | 216:14 218:10 | 317:6,21 319:5 |
| 320:8 | 287:5 | 228:9,13 266:4,23 | 320:9,12,23 |
| **says** 17:23 57:22 | **schaefer's** 106:1 | 294:10,15 298:12 | 321:14 322:21 |
| 60:23 137:2 | 198:23 210:18 | 302:9,13,23 | 323:11,12 324:18 |
| 155:18 156:8 | 228:1 230:12 | 303:14 309:6 | 325:8,11,18,21 |
| 158:4,14 159:10 | **school** 11:10,12,13 | 312:23 318:17 | 326:15 328:6,8 |
| 161:9 162:6,23 | 11:23 12:2,6,11 | 319:7 | **seeing** 281:10 |
| 163:22 180:7,11 | **scope** 275:22 | **see** 8:19,20 39:24 | **seeking** 270:20 |
| 184:6,10 198:15 | **scott** 2:20,23 7:13 | 39:24 46:16 47:16 | **seen** 96:20 132:10 |
| 200:24 204:14 | 8:6 37:14 42:18 | 58:6 63:12,22 | 132:14 160:24,24 |
| 228:21 230:13 | 43:10 186:20 | 64:20 79:6 97:18 | **selected** 44:13,17 |
| 232:18 233:9,22 | 233:3 253:23 | 132:19 133:11,14 | 61:10 191:17 |
| 240:1 254:23 | 254:15,23 256:10 | 137:1,5 149:18 | 192:5 |
| 256:1 278:7 | 256:12 299:23 | 151:5 152:21 | **self** 18:11 64:3 |
| 280:19 286:11 | **scroll** 280:4 | 155:18,23 159:13 | 105:13 |
| 287:6 290:22 | **seal** 331:10 | 161:15 173:13 | **sell** 224:8,9 262:12 |
| 298:13 308:22 | **seamless** 254:18 | 175:24 184:1,5 | 309:14,22 |
| 312:24 313:17,24 | **second** 3:10 8:23 | 198:13,18,24 | **selling** 181:4 |
| 314:11,13 315:9 | 48:3 104:20,24 | 199:20 200:6 | 321:21 322:4,5,8 |
| 317:5,16,22 318:8 | 154:13,16 172:12 | 201:2,7 205:7 | 323:19 324:22 |
| 322:21 323:8 | 180:8,8 183:9 | 212:24 225:9 | **semantics** 205:1 |
| **scale** 315:20 318:6 | 189:10 271:21 | 228:4 230:12,14 | **send** 129:16 |
| **scenario** 141:14 | 272:6,6,8,9 282:8 | 233:5,6,7,15 234:5 | 168:10 169:1 |
| **schaefer** 145:16 | 284:22 305:1 | 239:12 246:14 | 286:12,13 287:3,7 |
| 146:8,19,21,24 | 308:21 312:23 | 247:2,13 248:4,9 | 297:18,20 321:12 |
| 147:4,6,11,12,15 | 322:15 325:5 | 248:14 250:7,12 | 321:13 325:2 |
| 147:17 151:8,12 | | 252:10 254:9,21 | |

CAM-0001072

HIGHLY CONFIDENTIAL

[sending - small]                                                          Page 40

sending  49:22
 168:15 286:2,21
 287:4
sends  198:14
 254:16
senior  167:24
 168:5 176:11
 256:12
seniors  300:7
sense  169:15
sent  168:21 173:12
 175:18 183:22
 227:21 230:8
 247:1 296:2 297:8
 297:8 304:18
 305:16 322:18
sentence  161:10
 175:16 180:8
 204:14 233:10
separate  87:16
 177:11 278:12
 279:9
separately  177:10
september  94:15
 94:17,21 247:1
 290:15,21 291:11
 291:19,22 298:10
 298:19 299:10
 302:4 304:20
serious  53:1,1,20
seriously  53:1
 125:3
serve  235:15,16
 259:20
served  121:15
server  101:24
 102:2,6 104:9,10
 104:19,23 108:1,8
 109:3,14 110:3,11
 110:19 111:4
 113:4 114:6 117:2

117:4,6,11,13
 223:11,12 224:19
servers  20:24
 105:4 106:15
 221:2 223:20
 224:1,4,6
service  19:21
 135:23 143:2
 145:9 221:6,9
 222:10,12,23,24
 224:19,21 246:6,8
 246:11,12 247:17
 247:21 248:8,24
 249:11 251:11,20
 264:24 265:1
services  141:4,20
 142:6 143:3 145:6
 146:22 147:1,3
 151:13,16,20
 152:12 181:4
 203:23 210:17
 222:11,13,18,21
 224:17 231:16
 235:2,21 238:5
 239:17 245:5
 250:18,24 261:21
 265:5 292:13
 329:21
servicing  231:6,14
serving  85:22
 199:19,20 259:1
 316:5,16
set  102:10,20
 111:2 145:13
 221:22 244:8
settle  36:20 37:12
 38:15 137:4,9,19
seven  25:2 37:16
 99:10 173:21,21
 173:24 184:9,11
 314:19

shape  193:22
share  8:17 48:16
 87:23 88:17
 132:24 162:13
 178:20 179:20
 279:10 280:4
 328:21
shared  322:18
sharing  90:19
 267:22 271:2
sharp  52:8 55:8
sheet  178:3 298:2
shift  207:20
shifting  309:3
ship  14:13 16:6
shop  248:3
short  13:18 217:7
shorthand  331:6
shoveling  262:1
show  30:18 148:7
 175:23 220:7,9,10
 280:6
showed  220:13
 280:11
shows  30:13,15
 220:10,11 325:16
shuffled  288:9
shut  258:20 259:4
side  16:20 18:23
 36:17 58:19 59:5
 59:24 193:5,7
 214:16 218:11,14
 218:18 249:5
 327:17
siebenburgen
 320:7
signature  331:13
signed  215:24
 216:3 259:6
 317:13,24 318:10
 318:12 319:10,12

319:15
significantly
 291:15
signing  211:4
similar  239:17
 327:9
simply  95:18
simultaneous
 189:1
single  66:1 128:21
 278:19
sins  313:17,19
 314:1,11,13,15
sit  145:24
site  221:23,23
 223:22 224:1,5,13
 224:19
sites  222:1
sits  299:4
sitting  8:9 98:13
 98:17
situation  121:15
 127:16 141:13,17
 243:15 286:23
situations  142:3
six  119:24 120:10
 120:13,18 161:11
 171:12 186:18
 213:10 306:9
size  92:3 198:8,18
 201:2,12,17,21
 202:2
slate  66:8
slow  308:10
small  12:23 229:1
 229:3 233:15
 234:4,17 235:13
 240:3 241:12
 244:20,23 277:14
 278:2 281:21,22

CAM-0001073

HIGHLY CONFIDENTIAL

[smith - store]                                                             Page 41

smith  321:6,8
  323:24
smooth  135:17
socialized  195:24
softer  148:10,14
  148:23 150:12,24
  151:10
software  19:2,6,18
  20:20 22:21,22
  38:22 59:24 63:17
  77:7 78:5 83:3,24
  90:5 120:22 121:8
  280:18 303:9,19
sold  14:3 103:15
solution  174:4,22
solutions  1:22
  248:9
somebody  33:7
  116:5
somewhat  14:19
  46:10
son  34:12 64:24
soon  61:8 188:16
  188:19 302:10
  304:1
sorry  9:1 18:17
  29:21 43:1 50:6
  57:23 66:7,11
  75:17 94:9 123:16
  154:23 155:10
  163:14 165:17
  168:6 195:8 204:5
  232:16 233:19
  251:22 257:11
  264:18 283:21
  288:19 289:21
  295:2 301:12,18
  308:10 317:3
sort  278:1
sorted  277:13
  281:20

sounds  248:12
source  116:8
  177:23 180:15
south  167:6,6
space  45:20 76:12
  76:16 77:8 78:6
  81:16 84:18 86:12
spam  118:24
  119:3
spaniels  30:13
spanish  68:10
spare  17:2
speak  32:22,24
  33:2,4 35:18,20
  40:12,17 54:5
  57:16 60:10 154:2
  208:20 266:2
special  205:13
specialized  323:2
specific  21:16 32:9
  34:19 72:24
  126:18 128:16
  134:16 143:11
  148:18 150:22
  164:3 176:5 178:2
  178:18,19 179:17
  221:17 237:12,22
  273:6 275:18,24
specifically  30:23
  31:6 104:8 145:2
  181:9
specifics  22:1
  31:10,24 40:17
  41:4 65:9 140:20
  149:12 150:21
  151:1 220:12
speculate  203:8
speed  221:12
spend  42:10
  182:20

spent  276:9
split  136:22
  186:10
spoke  29:24 32:21
  42:6 151:14
sports  30:11
spreadsheet
  279:21 280:1,9
  284:3 295:13
stability  218:10
  309:5
stable  147:1
  225:22 238:22
  239:20 293:3
stake  69:1
stamp  301:20
stand  177:6
  275:13
standing  331:4
standpoint  55:6
  56:24 73:15 95:1
  164:4 215:22
stands  251:2
start  11:6 15:13
  27:19 50:17 58:3
  109:22 123:7
  207:15 219:22
  229:24 242:13
started  12:3,14,20
  13:24 50:8 52:21
  92:9 107:24 139:5
  153:23 225:20
  261:1 274:16
starting  229:21
starts  233:10
  321:7
state  6:13,15,18
  7:20 10:8
stated  95:18
  327:14

statement  150:20
  157:16 201:7
  207:18 232:21,24
  234:7
statements  97:18
  97:24 99:4 100:1
  147:20 229:17
station  14:13 19:4
stations  14:10
statistics  219:13
status  255:15
stay  31:4,5 133:18
  134:4,6,8,12
  165:21 166:5,7
stayed  133:16
staying  183:2,6
step  56:4 62:4
  71:12 134:18,24
  187:2 275:15
stepped  41:6 62:7
  133:22 137:13
stepping  134:5
  146:20
steps  68:10
steward  59:2
stick  272:20
stipulate  6:14
stipulations  5:14
stirred  260:19
stock  68:5,19 69:4
stockholder  21:21
  68:3 71:1,8 92:15
  92:17 188:3,7
stolen  106:2,7
stop  74:20 119:1
  228:12 255:24
  266:21
storage  122:5
store  12:10 95:15
  101:17,22,23
  111:3,4 327:19

CAM-0001074

HIGHLY CONFIDENTIAL

[store - tab]                                                                 Page 42

| | | | |
|---|---|---|---|
| 328:2 | **stuff**  15:10 250:10 | 65:1 68:13 74:5 | **susmangodfrey....** |
| **stored**  101:20 | 267:18 | 94:20 96:17,21 | 2:18 |
| 102:2 106:13 | **subject**  56:16 | 114:11 120:19 | **swear**  9:14 |
| 112:3,10,11 113:3 | 302:7 305:11 | 122:6 132:14,22 | **sworn**  6:14 9:18 |
| 113:13,15,20 | 320:24 | 145:21,22 152:8 | **system**  14:3 19:12 |
| 114:10 116:19 | **subpoena**  121:15 | 155:14 168:12 | 19:16 102:4 |
| **stores**  103:22,22 | 121:17 | 169:3,13 172:1 | 103:12,20 113:4 |
| **storing**  105:17,18 | **subsection**  161:9 | 174:8,15,17,17 | 206:20 213:19 |
| 110:10,17,18 | **subsequent**  256:4 | 175:3,6,15 176:8 | 214:5,19,21 |
| 114:5,5 | **substance**  91:5,11 | 178:3 194:19 | 215:15 226:22 |
| **story**  13:17,20 | **succeed**  190:1 | 196:9 200:21 | 227:3 228:17 |
| 103:10 258:6,19 | **successful**  55:2 | 201:22 216:2 | 235:23 236:7,8,16 |
| **strategies**  73:13 | 63:17 64:15 95:18 | 218:15 221:3 | 236:20,24 237:6 |
| 267:22 271:3 | 95:20 151:12 | 222:15 232:9 | 237:15 238:3,8 |
| 274:20 | 322:23 | 243:23 257:21 | 239:9 242:5 |
| **strategy**  90:20 | **succession**  189:24 | 270:23 280:7 | 243:17 253:8 |
| 147:24 148:8,12 | **successor**  190:9 | 284:18 285:8,24 | 259:14 261:14,15 |
| 173:13,19,20 | **sucked**  16:24,24 | 290:7 318:24 | 261:20 305:18 |
| 174:4,10,14,20,24 | **sucks**  261:7 | 325:16 327:5,8 | 307:8 309:5 |
| 276:21 329:7,23 | **suffered**  74:12 | 328:10 | **systems**  19:18 |
| **straws**  304:19 | **suffering**  53:2 | **surprised**  294:24 | 105:14 199:18 |
| **strawsburg** | **suite**  1:23 2:9,16 | **susman**  2:15,15 | 200:1 202:6 |
| 304:19 | **supervision**  331:6 | 7:12 8:2,2,5,14 | 211:17 216:7 |
| **street**  1:23 2:9 | **supplemental**  3:10 | 9:11 17:22 31:12 | 226:20 238:1 |
| **strength**  63:11,18 | 3:12 154:13,17 | 43:5,16 46:11,22 | 256:24 260:23 |
| **stressed**  55:3 | 155:6 159:21,24 | 48:15,19 49:2 | 265:16 304:23 |
| **strike**  51:1 104:23 | 160:18 161:5 | 73:20 75:4,13 | |
| 310:12 | **support**  5:1 21:3 | 77:2,9,19 78:7,13 | **t** |
| **strong**  55:9 59:19 | 58:21 71:3 103:16 | 79:13 81:9,17 | **t**  2:19 3:6 4:1 |
| 59:20 174:4,21 | 104:5 240:9 | 101:2,5 153:7 | 246:5 331:1,1 |
| 176:7 177:20 | 315:21 316:9 | 219:14 245:8 | **tab**  48:8,8 131:24 |
| 178:9,20 179:8,21 | 317:12 318:7 | 267:17 269:8 | 172:11 183:9 |
| 179:23 | **supported**  103:19 | 273:2,18 274:16 | 197:15 209:16 |
| **structure**  69:9,14 | **supporting**  298:16 | 275:23 276:15 | 212:8 219:2 227:9 |
| 69:18 | **supposed**  235:17 | 277:7 278:14,23 | 229:5 245:22 |
| **struggling**  55:1 | 240:23 | 279:8,19 280:3,10 | 253:12 257:4,13 |
| **studied**  96:22 | **sure**  8:16,23 17:23 | 281:1,12 283:23 | 260:4 262:23 |
| **studying**  140:21 | 18:6 23:2 29:17 | 284:2 289:2,14,21 | 273:24 277:12 |
| 141:7,12,21 142:5 | 29:20,22 35:24 | 290:1 296:17,20 | 281:7,17,19,22 |
| 143:1,15 144:23 | 36:3 40:23 45:10 | 314:2 325:23 | 283:13 287:20 |
| 148:19 | 45:16 48:16 64:6 | 328:10 330:7 | 288:6,17 295:12 |
| | | | 301:7 304:6 |

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

CAM-0001075

HIGHLY CONFIDENTIAL

**[tab - thereof]**                                                            Page 43

| | | | |
|---|---|---|---|
| 307:11 319:21 | 227:1 247:9 252:7 | 38:18 42:6,16 | 148:24 149:3,4,7,8 |
| **take**  6:22 15:21 | 252:7 286:12 | 44:6,14 45:4 | 149:15 150:1,3,8 |
| 26:3 63:5 68:10 | 287:6 | 50:10 56:14,22 | 150:10,22 151:5 |
| 68:12 79:16 80:2 | **talked**  29:7,9,17 | 60:12,14 64:14 | 152:20 185:2 |
| 95:20 99:2 105:11 | 29:22 44:24 56:21 | 99:6,11 107:9,13 | 231:2 326:13 |
| 105:24 106:9 | 56:22 58:10,13 | 116:22,24 135:18 | **testified**  9:19 55:8 |
| 117:12 121:1 | 60:19 62:1 118:12 | 137:22 173:22 | 74:16 81:24 |
| 131:17,20 132:16 | 123:24 128:13 | 174:21,21 262:2 | 109:16 146:8 |
| 149:6 163:23 | 146:24 154:9 | 302:8 | 147:6 241:22 |
| 168:23 169:6 | 156:2 162:21 | **teams**  44:1 | 266:20 273:14 |
| 187:17 192:7 | 171:13 173:12 | **technologies**  104:7 | 294:15 |
| 198:16 199:3 | 197:9 203:2 214:4 | 105:5 | **testify**  47:5,8 |
| 200:6,24 201:10 | 231:5 285:20 | **technology**  21:5 | 101:2 276:4 |
| 201:15,20 202:1 | **talking**  44:15 58:4 | 21:11 24:1,4,14,15 | **testifying**  98:19 |
| 204:16 205:4,10 | 60:6 64:24 66:22 | 36:13,14,17 54:22 | 112:9 273:13 |
| 205:17,22 217:17 | 73:12 75:7 87:12 | 55:6 59:10,12,16 | 274:16 |
| 217:19,20 233:14 | 91:18 92:9 143:19 | 95:10 104:6 | **testimony**  31:23 |
| 234:3,16 240:2 | 174:18,19 177:14 | 106:22 108:12 | 37:23 38:4 57:13 |
| 284:13,14 321:10 | 178:15 179:5,6 | 122:15 193:5 | 64:18 67:9,14 |
| 328:5,7 | 191:21 225:16 | 209:15 214:16 | 98:13,18 99:1 |
| **taken**  1:17 19:4 | 231:13 234:14,21 | 249:6 299:7 | 100:24 125:22 |
| 46:9 80:8 153:17 | 249:4,5 280:8 | **teenager**  13:11 | 126:4 141:24 |
| 168:21 192:14 | 299:1 301:1,16 | **tell**  14:22 61:23 | 157:12 160:10 |
| 245:17 251:3,4 | 311:24 325:24 | 62:9 73:22,23 | 238:20 240:4 |
| 295:8 328:14 | 326:8 329:6,22 | 77:13 83:12 119:8 | 271:12 |
| 331:4 | **tamine**  192:20,24 | 123:5,18 127:17 | **texas**  10:13,15 |
| **taker**  168:20 | 193:1,2,6,17,23,24 | 134:13 140:24 | **text**  307:3 |
| **talk**  20:1,16 29:1 | 194:11 195:9,21 | 153:7 158:6 | **thank**  8:20 9:11,22 |
| 30:4,9,10,14,15,18 | 196:23 197:6,10 | 159:15 162:2 | 12:22 47:3 80:4 |
| 30:19,21,22 31:10 | **tasks**  58:22 | 168:19 170:4,18 | 173:2 175:19 |
| 33:14,17,22 44:19 | **taste**  258:21 | 170:22 171:2,5,11 | 189:16 192:10 |
| 53:10 57:1 58:8 | 259:10,23,24 | 185:12 273:4 | 245:13 246:22 |
| 60:21 65:8 69:7 | **taught**  18:11 | 276:4 | 263:18 289:7 |
| 73:19 102:12 | 95:10 104:14 | **telling**  91:9 | 290:8 330:9,11 |
| 103:18 115:15 | **tax**  121:12 | **tells**  248:2 | **thanks**  8:13 50:1 |
| 121:22 122:8 | **taxes**  125:6,7 | **ten**  195:6 212:24 | 281:14 297:5 |
| 124:4 141:19 | 127:14,20 | **term**  86:6,12 | 308:17 |
| 149:12 152:1 | **teach**  58:17 59:1 | 148:12 214:14 | **themes**  177:24 |
| 154:4 162:9 171:8 | 106:9 180:10 | **terms**  22:21 38:15 | **theories**  75:8 |
| 189:4,18,24 | **team**  20:13 25:2,5 | 40:13 55:7 86:5 | **thereof**  331:9 |
| 203:11,14 206:2 | 37:1,10,11,13 | 139:12,13,20 | |

HIGHLY CONFIDENTIAL

[thing - today]                                                      Page 44

| | | | |
|---|---|---|---|
| **thing** 81:14 140:23 | 148:9 149:20 | **thorough** 261:22 | 80:6,11 85:13 |
| 177:14 284:13 | 150:6,23 152:14 | **thought** 52:21 | 86:1,1 93:9,11,19 |
| 311:18 | 176:18,22 178:12 | 54:23 55:4 66:14 | 109:18 118:3 |
| **things** 30:9 54:20 | 199:4,11,11,21 | 66:17,20,20 67:9 | 119:10 147:3 |
| 58:18 140:23 | 200:9,10,12 | 82:9 89:17 106:11 | 151:15 153:15,20 |
| 180:10 249:5 | 201:14 203:20 | 106:21 138:12 | 161:14,14,23 |
| 253:7 273:16 | 204:23 206:19 | 140:4 141:24 | 162:4,4,20 164:22 |
| **think** 36:4 45:8,9 | 207:11,20,23,24 | 146:13 149:23 | 166:2 182:19,20 |
| 45:19 46:1 50:23 | 208:3,4,8,12,17 | 152:3 226:22 | 192:12,17 194:4 |
| 50:24 51:17 52:4 | 211:15 214:5 | 227:5 232:9 266:3 | 195:3,17 197:9 |
| 55:19 56:7 64:12 | 215:4,19 216:15 | 284:24 285:13,21 | 206:16 207:15 |
| 65:19 66:3 67:6 | 216:18,24 218:11 | 287:10,11 289:3 | 208:16 211:8 |
| 77:2,10 87:9 | 218:23 222:24 | 310:19 | 217:7,11,12 |
| 92:19 94:14 106:5 | 223:9,9 225:17 | **thousands** 118:23 | 227:24 228:10 |
| 106:18 119:13 | 229:21 231:15 | 214:12 217:4,4 | 233:14 234:4,16 |
| 123:13 124:14 | 232:5,19 233:12 | 224:2,3,3 | 237:18 240:2 |
| 125:15 127:6 | 234:2,10 235:22 | **threat** 329:13 | 241:7 245:15,20 |
| 132:22 139:14 | 236:7,11,11,13,22 | **threats** 76:15 | 256:19 265:20 |
| 140:4 141:10 | 237:4,10,23 238:1 | **three** 12:24 13:3 | 267:2,2 275:20 |
| 142:4 144:19 | 238:13,14,23 | 71:22 124:3 | 276:9 277:19,22 |
| 148:13 149:9 | 239:2,9,21,24 | 164:12 217:21,24 | 277:24 282:7,24 |
| 150:13 152:15 | 240:8,14,20 241:2 | 267:9,14 268:5 | 285:5 295:6,11 |
| 153:8 154:1 155:8 | 241:19,20 242:23 | 282:23 325:8 | 297:14 299:6,9 |
| 174:9,18 177:13 | 243:7,11,16,16,20 | **threw** 17:1,2 | 321:24 327:10 |
| 177:14,15 187:10 | 244:1 245:6 | **throats** 175:12,21 | 328:12,17 330:4 |
| 189:10 213:18 | 249:10,13 250:4 | **tied** 323:9 | 330:10,14 331:5 |
| 218:1 226:15 | 250:23 255:2,20 | **time** 6:23 8:14,15 | **timeline** 145:10 |
| 232:1 242:2 251:8 | 256:2 258:8,11 | 12:4,12,24 13:15 | **times** 16:21 32:23 |
| 253:6,8 272:4 | 264:4,14,22 272:9 | 14:1 16:18 17:2,9 | 33:1,3 34:5 40:2,3 |
| 277:5 279:19 | 281:7,17,22 282:4 | 17:17 18:15 21:15 | 46:1 48:22 57:5 |
| 281:1 284:4 | 282:5,11 290:23 | 22:2 23:11,23 | 57:16 124:4 |
| 285:18 288:5 | 293:2,3,13,15,16 | 25:20,22 26:16 | 150:14 164:9 |
| 289:23 298:19 | 293:18,22 294:6 | 27:10,15 28:9,10 | 204:16 |
| 305:15 312:19 | 304:3 305:12 | 28:13 29:24 32:20 | **timing** 164:4 |
| 314:22,23 | 306:22 309:3,7,18 | 40:7 41:19 50:17 | **title** 14:20,24 15:5 |
| **thinking** 56:23 | 310:2,8,17 311:10 | 50:21 51:8,18,23 | 20:9 24:4 25:10 |
| 64:7 148:16 185:8 | 312:2,4,5,9 313:7 | 52:20 53:3,11,15 | 27:13 133:13 |
| 272:3 | 324:14 | 55:22 56:3,12 | **titles** 20:11 25:4 |
| **third** 43:8 138:20 | **thirty** 153:10 | 57:3,7 61:1,24 | **today** 6:24 10:7 |
| 139:9 143:21 | **thomas** 1:17 3:3 | 62:14 64:3,4,5 | 22:2,4 41:20 44:4 |
| 144:8,20 145:3 | 9:17 10:10 | 66:3,19,21 67:5 | 45:14 47:5,9,13,19 |

HIGHLY CONFIDENTIAL

[today - type]                                                                 Page 45

| | | | |
|---|---|---|---|
| 65:19 93:23 98:14 | 232:16 275:1,9 | 232:10 | **trustees** 69:22 |
| 98:17 111:2 | 285:22 | **transitioning** | 70:19 |
| 113:24 141:13 | **topics** 31:8 65:20 | 315:19 316:4,11 | **truthfully** 47:5,9 |
| 151:23,24 184:13 | 179:11,19,24 | 316:15,18 317:1,2 | **try** 8:15 14:18 |
| 214:19 216:10 | **total** 42:9,10 | 317:5,15,21,22 | 15:9 148:16,17 |
| 221:13 225:6 | **tough** 32:5 138:19 | 318:5 | 181:7 206:2 |
| 228:23 250:20 | 138:22 139:1,4,8 | **translate** 309:10 | 248:23 261:16 |
| 254:12 267:10 | 149:5 180:1 | **translates** 309:12 | 288:16 |
| 268:7,12,24 271:1 | **track** 16:1 42:13 | **transport** 221:21 | **trying** 46:24 60:12 |
| 283:8,11 299:3,8 | 96:13 327:3,6 | **traveled** 193:21 | 68:21 140:22 |
| **today's** 42:2 | **tracking** 19:9 | **treasurer** 99:14 | 141:21,23 142:6 |
| **todd** 2:6,22 | 298:1 | **trip** 164:17 165:8 | 143:3,16 148:19 |
| **told** 48:3 50:11 | **trade** 246:15 | 166:3,24 167:8,10 | 150:15,21 163:10 |
| 122:23 123:17 | **trading** 247:20,20 | 167:14,16,24 | 165:16 168:4 |
| 128:11 156:14 | **traffic** 225:6 | 168:5 | 169:14 176:7 |
| 157:9,9 158:16,18 | 248:21 316:23 | **trips** 163:24 | 180:14 181:8,10 |
| 158:20 159:16 | **transaction** 21:18 | 164:10,24 166:1,9 | 190:16,19 206:5 |
| 161:22 163:11,12 | 22:8 23:24 24:8 | 166:10,21 167:12 | 206:14,16 207:19 |
| 163:18 188:6 | 226:1 278:3 | 168:11 169:2,12 | 207:20 224:12 |
| 261:12 | 283:10 316:9 | 194:14 195:1,20 | 230:4 257:20 |
| **tom** 267:17 | 317:10,12,18 | 196:1 | 273:20 275:20,20 |
| **tommy** 7:5 10:11 | 318:14 324:16,17 | **trouble** 65:20 | 276:10 278:22 |
| 31:12 58:2 153:8 | **transactional** | 184:24 225:19 | 313:20 314:21 |
| 155:18 230:13 | 226:12 | **true** 331:7 | **tuesday** 284:21 |
| 261:8 279:20 | **transactions** 14:6 | **trust** 64:8,8 68:4,7 | **tune** 74:14 |
| 280:3 296:18 | 15:23 34:20 | 68:24 69:4,8,9,14 | **turn** 56:12 59:13 |
| **tomorrow** 321:14 | 220:16 251:11 | 69:18,22 70:20,24 | 122:1 189:9 320:6 |
| **tony** 263:19 | 282:3 315:21 | 71:4,7,10,14,15,18 | **turned** 19:17 |
| 264:11,12 | 318:7 | 74:3 91:17 92:14 | **turning** 50:17 |
| **tool** 104:3 | **transcribed** 331:6 | 92:18 93:2 188:6 | **two** 13:8 33:17 |
| **tools** 228:15 | **transcript** 271:7 | 190:13 191:19 | 95:17,19 136:23 |
| **top** 103:5,23 116:6 | **transcription** | 196:11,13,18,21 | 166:16,17 168:21 |
| 116:18 175:15,16 | 331:7 | **trusted** 59:11,13 | 180:15 187:12 |
| 180:5 230:19 | **transfer** 220:15 | **trustee** 69:23 70:1 | 205:2 211:3,22 |
| 231:11 233:17 | **transferred** 231:7 | 70:6,9,13 91:19,21 | 212:1,3 218:2 |
| 280:5 282:23 | **transferring** | 92:10,11 188:5 | 235:10 267:9,13 |
| 304:18 321:7 | 221:14,19 231:7 | 190:13,18,22 | 268:5 323:1 |
| **topic** 30:20 66:1 | **transforming** | 191:8,17 192:5 | **tx** 2:17 |
| 124:7 157:18 | 54:24 | 196:10,12,14,15 | **type** 12:10 117:14 |
| 178:3 179:3,5,20 | **transition** 56:24 | 196:17,21 | 177:1 179:22 |
| 189:21 231:2,4 | 135:17 224:12 | | 306:24 |

HIGHLY CONFIDENTIAL

[typical - videographer]                                                                Page 46

| | | | |
|---|---|---|---|
| **typical** 286:19 | 172:1 175:3 | 137:22 155:22 | 240:3,21 244:20 |
| **u** | 190:17 191:14 | 159:12 200:10 | 258:11 278:4 |
| **ucs** 12:4,7,12,14 | 199:7,9 201:22 | 208:4,10 215:18 | 286:24 287:1 |
| 12:21,22 13:10 | 204:24 205:1,20 | 222:13,14 224:19 | 302:17 303:10 |
| 14:1,7 15:1 17:11 | 206:4 215:10 | 236:2,14 237:24 | 305:12 306:22 |
| 17:12,13,16,18,19 | 231:9 237:4 240:4 | 239:1 241:1,18 | 316:16 |
| 17:23,24 18:8,14 | 241:21 267:2 | 243:20,21 245:2 | **vendors** 90:5 |
| 18:22 19:13 20:18 | 271:4,13 282:19 | 249:2 251:9 | 138:21 139:9 |
| 21:15,17,19,22 | 311:17 | 252:19 262:17 | 144:13 148:11 |
| 22:12 23:6,11,24 | **understanding** | 263:11 266:5,15 | 176:19 177:3 |
| 31:2 68:11 103:11 | 62:22 65:20 66:4 | 266:16,23 275:20 | 199:24 204:16,19 |
| 103:19 193:3,12 | 66:9 180:21 196:6 | 298:2 309:11 | 204:22 205:6,10 |
| 193:13 206:18 | 196:18 204:14 | 311:3 | 208:13 210:22 |
| 207:9,9 | 205:9 | **user** 108:10 | 212:2 217:6 218:5 |
| **ucsh** 3:14,15 | **understood** 53:7 | 109:10,10 110:4 | 218:19 230:19,22 |
| 172:14 183:12 | 285:9 | 110:14,15 111:7 | 231:5,12,13,16,21 |
| **uh** 193:14 318:17 | **unit** 7:4 | 111:23 112:23 | 232:10,13 235:8 |
| **uid's** 290:16 | **unitalicize** 232:23 | 113:1,5 208:1,10 | 235:11 236:10 |
| **uk** 194:1 195:22 | **unitalicized** | 235:4,5 238:24 | 241:3,12,22 244:6 |
| **ultimate** 38:13 | 232:24 | 239:5,10,10,13 | 244:15 249:22 |
| **ultimately** 38:17 | **unlocked** 106:2 | 290:16,23 291:10 | 250:16 302:16 |
| 137:19 319:15 | **unsecured** 217:1 | 291:15,18,21 | 303:9 304:3 312:9 |
| **unable** 43:21 52:5 | **unsure** 222:19,22 | 292:6,19 | 312:24 315:19,19 |
| **unanimous** 187:18 | **unusual** 46:10 | **user's** 111:12 | 316:5,11 318:5,5 |
| **unaware** 28:1 | **update** 16:3 | **users** 215:5 | 319:3,8 |
| **unclear** 22:2 | **updated** 16:9 | **uses** 138:1,7 | **veritext** 1:22 7:14 |
| **uncomfortable** | 277:21 285:24 | 141:15 250:15 | 7:16 |
| 73:11 | 287:14 | 329:12 | **versus** 7:7 178:13 |
| **underneath** | **upgraded** 287:14 | **usually** 168:22 | 239:16 |
| 299:23 | **ups** 248:14 | **v** | **veto** 137:3 |
| **understand** 17:13 | **upsell** 248:23 | **valuable** 257:1 | **vice** 21:10 36:13 |
| 18:7 23:2 31:22 | **upset** 124:17,18,21 | **various** 44:1 | 130:14,23 131:3 |
| 40:23 45:10,11 | 124:22,23 125:2 | 176:18 | 134:18,20 176:11 |
| 46:11 53:13 54:14 | 262:3,19 | **vauto** 1:5 2:5 | 186:5,11 256:12 |
| 58:18 60:16 63:21 | **usage** 220:8 233:2 | **vehicle** 19:22 | 299:3,11 |
| 64:1 68:13 70:8 | **usch** 3:8,9 48:12 | 38:21 | **video** 7:5 281:9,9 |
| 76:13 85:7 90:21 | 132:3 | **vehicles** 177:5 | **videographer** 2:23 |
| 90:24 91:4 94:9 | **use** 73:15 76:24 | **vendor** 146:7 | 6:21 7:14 8:22 9:1 |
| 99:22 105:16 | 79:17 83:4 90:5 | 205:17 233:14 | 9:13,21 80:5,10 |
| 111:11 141:8,23 | 92:24 103:12,16 | 234:4,17 235:13 | 153:14,19 192:11 |
| 142:2 150:19,20 | 107:21 129:9,12 | 237:15 239:24 | 192:16 245:14,19 |

CAM-0001079

HIGHLY CONFIDENTIAL

[videographer - witnessed]                                        Page 47

| | | | |
|---|---|---|---|
| 295:5,10 328:11 | **want**  9:3 18:6 | **washington**  2:10 | 305:21 306:5,19 |
| 328:16 330:12 | 21:11 41:1 45:9 | **watch**  216:8 | 307:6 |
| **videotaped**  1:16 | 45:16 55:15 63:4 | **water**  46:20 | **week's**  14:9 |
| **view**  74:8 262:7,10 | 64:6,17 65:21 | 164:16 | **weinberg**  324:9,11 |
| 267:15 | 66:2 67:20 69:24 | **way**  8:8 14:19 | **weird**  248:13 |
| **viewed**  218:3 | 72:9,13 111:17 | 20:14 47:24 56:8 | **went**  15:2 16:15 |
| **vinsolutions**  1:6 | 126:16,19 142:2 | 64:22,23 67:22 | 123:12 164:20,22 |
| 2:5 249:2 282:13 | 147:7,11,15,24 | 73:2 102:4 107:16 | 164:24 165:13 |
| 282:20 | 148:2,4,18 153:9 | 107:20,24 109:13 | 195:3 199:15 |
| **violate**  181:10 | 155:3 160:21 | 140:11 143:20 | 212:22 233:16 |
| **violated**  225:19 | 175:6,22,23 | 148:2 152:13 | 250:2 252:18 |
| **violations**  74:9 | 177:21 178:10 | 165:9 169:5 | 292:1 313:9 |
| **visit**  30:7,9 32:4 | 179:9,11,18 | 180:14 185:17 | 325:20 |
| 34:5 40:1,5 | 195:16 200:24 | 190:19 198:7 | **wholesale**  277:3 |
| **visiting**  40:7 | 205:17 219:15 | 224:22 239:14 | **wife**  30:12 34:10 |
| **visits**  124:3 | 227:17 229:16,19 | 244:9 249:24 | 40:7 124:10,12 |
| **vista**  4:17 319:23 | 229:20 235:14 | 251:10 252:20 | **willie**  136:24 |
| **voice**  176:8 177:21 | 246:24 250:9 | 256:23 262:20 | 186:10,19 |
| 178:10 | 255:1 257:15 | 267:1 269:17 | **willing**  113:23 |
| **voices**  179:9,12,19 | 263:9,16 266:15 | 280:4 285:6 | 114:17 198:22 |
| **volition**  188:1 | 266:22 270:22 | 302:21 325:9 | **window**  194:20 |
| **volume**  169:15 | 276:16 278:11 | **ways**  140:14 142:9 | 247:20 |
| 220:3,6,10,14 | 284:12,23 295:20 | 142:9,15 148:4,13 | **wise**  120:16 |
| 234:22 277:10,18 | 296:5 297:5 | 148:21 152:5 | **wishes**  175:2 |
| 317:10,18 318:14 | 308:17 309:24 | 266:14,17 | **witness**  2:14 3:2 |
| **volumes**  220:13 | 314:24 320:20 | **wb**  320:24 321:13 | 5:2 6:12,14,23 8:4 |
| 278:3 283:10 | 322:16 328:7 | 323:24 | 9:15 17:24 31:15 |
| **vp**  25:4 | **wanted**  50:1 56:5 | **we've**  45:19 59:15 | 46:23 48:21 49:1 |
| **vp's**  323:2 | 56:5 61:20 63:18 | 63:2 74:9 83:10 | 49:3 63:7 77:21 |
| **vpn**  117:14 | 64:6 65:1 104:15 | 92:19 152:24 | 78:9,14 79:16 |
| **vs**  1:8 263:24 | 146:12 147:22 | 220:21 246:23 | 80:4 81:11 153:3 |
| 264:6,16 265:11 | 186:1 201:14 | 288:21 | 196:24 245:13 |
| | 205:10 207:15 | **wear**  19:1 | 267:21 278:21 |
| **w** | 215:5,18 255:13 | **web**  222:11,21 | 279:4,15 280:7,13 |
| **wait**  236:4,20 | 266:16 285:8,24 | **websolution** | 281:3,13 283:24 |
| **waiting**  235:17 | 315:2 | 313:17 314:1,14 | 288:1,8 289:3 |
| 238:15 | **wanting**  182:14,17 | **week**  16:2 30:2 | 290:3 296:19 |
| **walk**  8:15 11:4 | 206:1 309:10 | 32:23 33:1,3 34:5 | 297:2 301:12 |
| **walsh**  37:15 | **wants**  135:7 | 40:2,3 57:5,16 | 330:11,16 331:10 |
| 136:23 181:16 | **warren**  321:13,21 | 69:24 124:4 | **witnessed**  54:19 |
| 186:12,14,20 | 324:9,12 | 190:18 193:21 | |

CAM-0001080

HIGHLY CONFIDENTIAL

[witnesses - zoom]                                                    Page 48

| | | | |
|---|---|---|---|
| witnesses 161:11 | 215:7,12 228:13 | 247:9,23 249:2,21 | 217:20,21,24 |
| wondering 87:14 | 267:10,16 268:6 | 251:16,17,21 | 218:2 235:11,18 |
| word 109:8 110:23 | 268:12,23 286:24 | 252:3,8,13,20 | 235:19 266:20,24 |
| 174:9 214:9 | 287:12 292:16 | 281:23 282:1,20 | 306:9 314:19 |
| 310:16,21 | 293:12,13,15 | xtime's 225:13 | yep 314:18 |
| wording 225:3 | 298:3 300:17 | 252:16,20 | yesterday 42:7 |
| words 117:21 | 302:8,15,19 303:8 | xtreme 246:5,6,10 | 43:1 |
| 146:13,17 233:7 | 303:10,16 304:2 | 246:13 247:12,16 | yesterday's 95:11 |
| 262:18,19 311:2 | works 102:4 | 248:9,14,19,21 | z |
| 314:9 | world 31:2 106:23 | 249:7,8,18 250:21 | zero 192:1 |
| wore 13:2 19:1,5 | 152:4 | 251:13,22 | zoom 1:17 8:5,11 |
| work 13:16 14:10 | worry 122:23 | y | |
| 15:5,12 16:22 | 123:6,17,18 | yeah 23:16 86:8 | |
| 19:4 22:15 56:6,9 | worth 8:9 45:9 | 153:7 159:5 164:5 | |
| 62:3 86:1 101:18 | wow 12:5 | 180:7 215:12 | |
| 101:23 114:20 | wrap 16:6 | 218:1 289:6 | |
| 115:9,13 116:12 | wrapped 94:16 | 301:21 308:11 | |
| 116:19 119:17 | write 175:10,20 | 311:7 314:20 | |
| 123:12 125:17,22 | 247:7 260:24,24 | 327:1 | |
| 129:18,19 130:10 | 290:15 302:6,7 | year 14:15 17:6 | |
| 146:6 152:18 | 305:19 307:4 | 94:8,13,13,14,17 | |
| 160:12 163:4 | writes 321:8 | 94:20,22 96:4 | |
| 170:20,23 171:3 | writing 319:16 | 100:5 164:5,8,9,20 | |
| 182:20 185:15 | written 158:17 | 182:1,2 197:12 | |
| 190:20 193:21 | 307:23 | 217:17,19,20 | |
| 195:22 200:9 | wrong 109:8 | 228:4 297:19,23 | |
| 216:18 238:6 | 230:21 231:20 | 319:19 322:22 | |
| 260:3 293:6 | 232:2 262:18,19 | yearly 95:1 164:13 | |
| 298:13 | 264:18 288:6 | 166:23 | |
| worked 13:14,18 | 289:17 | years 11:3 17:15 | |
| 19:20 20:14 | wrote 230:17 | 50:16 54:19 56:3 | |
| 135:10,14,16 | 233:5 250:7 | 59:11,12 62:2,14 | |
| 155:21 159:11 | 252:10 258:18 | 85:24 93:16 102:9 | |
| 193:2,4,19 196:9 | 260:16 261:9 | 120:5 146:23 | |
| 285:7 312:8,8 | 284:20 305:21 | 147:20 151:14 | |
| working 12:3,6 | 307:9 308:6,13 | 161:15 193:20 | |
| 13:14 15:3,4 44:1 | 312:20 315:24 | 194:9 195:5,6,13 | |
| 48:17 55:3 60:12 | x | 195:18,19 207:5 | |
| 177:2 182:21 | x 3:1,6 4:1 246:5 | 207:10 211:3,22 | |
| 190:21 194:10 | xtime 1:6 2:5 | 212:1,3,24 213:11 | |
| 196:4 214:18 | 225:5,17 226:2,15 | 217:13,13,17,19 | |