Name ROBERT T. BROCKMAN

DOB ████ 941   Page 1

## BCM
Baylor College of Medicine

James L. Pool, M.D.
Comprehensive Healthcare Clinic
1977 Butler Blvd - 6th Floor, Suite E6.150
Houston, TX 77030-4101
TEL: 713-798-0180 · FAX: 713-798-0174

| DATE | Time | WEIGHT Pounds | HEIGHT Inches | Temp °F. | SUPINE BP | HR bpm | SITTING BP | HR bpm | STANDING BP | HR bpm |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/18 | 6:00P | 186.9 | 71½ | 97.5 | (R) 128/66 | 50 | 134/68 | 52 | ½' 132/70 | 62 |
| | — | — | — | — | (C) 130/68 | 50 | 138/66 | 52 | 2' 138/66 | 64 |
| 3/15/19 | 4:30P | 189.7 | 71¾ | 98° | (R) 136/68 | 60 | 138/64 | 62 | ½' 126/70 | 60 |
| | — | — | — | — | (C) 138/72 | 60 | 136/62 | 62 | 2' 134/74 | 68 |
| 10/1/19 | 1:30P | 181.8 | 71½ | 97.7 | (R) 116/70 | 68 | 132/52 | 68 | ½' 128/64 | 74 |
| | — | — | — | — | (C) 124/68 | 70 | 128/58 | 72 | 2' 132/66 | 72 |
| 10/5/20 | 1:30P | 181.4 | 71½ | 98° | (R) 126/66 | 60 | 128/62 | 68 | ½' 128/62 | 69 |
| | — | — | — | — | (C) 122/44 | 60 | 124/64 | 68 | 2' 132/64 | 70 |
| 6/14/21 | 1:30P | 176.8 | 72 | 97.5 | (R) PICC LINE — | | 138/78 | 84 | ½' 154/82 | 80 |
| | — | — | — | — | (C) 142/76 | 88 | 136/78 | 84 | 2' 148/76 | 82 |

GOVERNMENT EXHIBIT
4:21-CR-009-GCH
No. 85

CONFIDENTIAL

FRANK GUTIERREZ (3mos) TexM Health Care

**Robert T. Brockman**
**Current Medications List**
**Monday • June 14, 2021 @ 1:30 PM**

Roc: ① 2nd Urosepsis Hospitalzation
05/31/2021 → 06/11/2021 4:50Am.

Baylor Comprehensive Healthcare Clinic
7200 Cambridge St - 6th Floor, Suite 6.100
Houston, TX 77030-4202
Tel 713-798-0180 • Fax 713-798-0174

**BCM** Baylor
College
of Medicine

**Brockman, Robert**
Patient ID: 03527911 ▇▇▇▇1941   Age: 80   Gender: M                Date: June 14, 2021

| SCORE | TODAY | CLOCK DRAWING: TODAY |
|---|---|---|
| 3-WORD MEMORY | 0 | |
| ORIENTATION | 4 | |
| SEQUENCE MEMORY | 3 | |
| TIME | 0 | |
| TOTAL SCORE | 7 | |

## Background

This patient is an 80 year-old man who lives independently in the community. The patient's cognitive functioning is being evaluated due to cognitive complaints by the patient, a family member, or a community observer.

## Test Results

This patient has received a score of 7 of 29 points. This score falls below the cutoff for dementia in patients of this age and educational level and is typically associated with Major Neurocognitive Disorder, severe (formerly Severe Dementia).  In our research database of 3500 patients, no patients in this score range had normal cognition, 1% had Mild Cognitive Impairment (MCI), and 99% had dementia.

The test administrator agrees with the results of this test.

## Results Over Time



| October 2019 | October 2020 | June 2021 |
|---|---|---|
| 12 | 13 | 7 |

## Plan

No plan.

CONFIDENTIAL                                RTBrockman_Medical_Records_0005051

Brockman, Robert
Patient ID: 03527911 ████████ 1941  Age: 80  Gender: M



Donna Ansualda

Disclaimer: This test has high levels of sensitivity, specificity and reliability, but does not replace comprehensive neuropsychological and medical evaluation.  Our recommendations are based on current research and extensive clinical experience with this population.  The CogniSense™ tool has been validated in English speaking adults ages 60 to 92 in a community-based primary care setting.

References:

Clionsky, M and Clionsky E, "Development and Validation of the Memory Orientation Screening Test," American Journal of Alzheimer's Disease & Other Dementias, 2010, 25 (8), 650-656

Clionsky, M and Clionsky E, "Identifying Cognitive Impairment in the Annual Wellness Visit: Who Can You Trust?," The Journal of Family Practice, 2011, 60: 653-659

Clionsky, M and Clionsky E, "The Memory Orientation Screening Test (MOST®) accurately separates normal from MCI and demented elders in a prevalence-stratified sample," Alzheimer's Disease & Parkinsonism, 2013, 3:1

CONFIDENTIAL

# Mr. Brockman, T. Robert

D.O.B.  1941

## MEDICATIONS LIST

**MORNING** 9 AM

Exelon  1 Patch  9.5

Miralax cap full

x Carbidopa-Levodopa 25-100 2 tablets

✗ Bupropion HCL SR 100 mg 2 tablets

✗ Synthroid 1 tablet 75 MCG

✗ Floranex 1 tablet 50

✗ Eliquis 2.5 mg 1 tablet

✗ Stool softener ✗ softgels - 240 mg

✗ Vitamin D3 I capsule 2000 IU  – |

**NOON** 12 PM

Carbidopa-Levodopa 25-100 2 tablets

Floranex 1 tablet

**AFTERNOON** 4 PM

Carbidopa-Levodopa 25-100 2 tablets

**NIGHT 8PM** ( bed time )

✗ Trazadone 1 tablet 50 mg

✗ Bupropion HCL SR 100 mg 1 tablets

- Floranex 1 tablet 50

✗ Eliquis 2.5 mg  1 tablet

✗ Rosuvastantin Calcium 5 mg 1 tablet

Flomax – Tamsulosin Hydrochloride 0.4 mg 1 tablet

~~Vitamin D3 2 capsule 2000 IU~~ Morning only Per Wife –

"Seroquel"

New – Quetiapine Fumarate 25 MG ½ pill

Another ½ if needed –

4/2021 THC

RTBrockman_Medical_Records_0005053

**Robert T. Brockman**
**Current Medications List**
**Monday • October 05, 2020 @ 1:30 PM**



T: Dr. Michael York - Wed Nov Oct 7, 2020 @ 1:00 PM

Baylor Comprehensive Healthcare Clinic
7200 Cambridge St - 6th Floor, Suite 6.100
Houston, TX 77030-4202
Tel 713-798-0180 • Fax 713-798-0174

BCM Baylor College of Medicine

Page 1 of 1

| Patient Name | Sex | DOB |
|---|---|---|
| Brockman, Robert Theron | Male | ▇1941 |

## Your Current Medications Are

| | |
|---|---|
| buPROPion (WELLBUTRIN) 100 MG tablet | *(handwritten)* TT AM + T PM |
| carbidopa-levodopa (SINEMET) 25-100 MG per tablet | TAKE 2 TABLETS BY MOUTH THREE TIMES DAILY / *(handwritten)* 3rd I *(handwritten)* MISRES NOON. |
| ELIQUIS 2.5 MG TABS | TAKE 1 TABLET TWICE DAILY |
| EXELON 9.5 MG/24HR PT24 | Place 9.5 mg onto the skin daily. |
| Levomefolate Calcium POWD | Take one tablet by mouth daily to lower homocysteine |
| Mirabegron ER (MYRBETRIQ) 50 MG TB24 | Take 50 mg by mouth daily. *(handwritten)* QD |
| SYNTHROID 75 MCG tablet | Take one tablet every morning for hypothyroidism *(handwritten)* QD AM |
| testosterone (TESTIM) 50 MG/5GM (1%) GEL | Apply two tubes daily *(handwritten)* QD |
| trazodone (DESYREL) 50 MG tablet | Take 1 Tab by mouth at bedtime. |

*(handwritten)* Stool Softener · Walgreens 5 caps PO1D (Docusate Sodium)

## Preferred Pharmacy

**Briargrove Pharmacy - Houston, TX - 6435 San Felipe**
  6435 San Felipe Houston TX 77057
  Phone: 713-783-5704 Fax: 713-783-5482
  Not a 24 hour pharmacy; exact hours not known.

**Brand Direct Health - Tampa, FL - 5455 W Waters Ave**
  5455 W Waters Ave Ste 215 Tampa FL 33634-1208
  Phone: 866-331-6440 Fax: 866-227-5928
  Not a 24 hour pharmacy; exact hours not known.

Robert T. Brockman
Current Medications List
Tuesday ● October 01, 2019

W 181.8   NKDA

H 5' 11.5"

Sat 98

HR 47

T 97.7

R 14

1051 ① Problem Swallowing -
Goes down wrong way!
Worse over past yrs!
② 1/2 oz To Tie
③ LAP
④ Bird Hunter (Argentina)

① Dr. Eugenstein (Parkinsoni Disease) Swallowing
② Mid. Idea CCUA Memory

Baylor Comprehensive Healthcare Clinic
Jamail Specialty Care Center
1977 Butler Blvd - 6th Floor, Suite E6.150
Houston, TX 77030-4101
Tel 713-798-0180 • Fax 713-798-0174



Baylor
College
of Medicine

CONFIDENTIAL

RTBrockman_Medical_Records_0005056

Dr. Pool annual checkup 10/1/19

In addition to the problems listed on 10/1/18 – these issues are newly added or updated.

-swallowing problem has gotten much worse – now happens routinely – generally followed by a couple of massive sneezes

-memory issues have become more defined
     -recall of names has gotten worse
     -dates are in numerous cases are almost completely gone
     -unless I was deeply involved with an event or issue – or it was very recent – I have no
          better than partial recall – and frequently no recall at all

-my desk has a tendency to get covered over with piles of paper
-when the piles reach a certain level, I have difficulty getting anything done
-Dorothy says that is called "task initiation" problems

-currently I have 15 direct reports – which is way too many

-the answer to this is to delegate more – but that cannot be done quickly

-balance remains poor

-lower back problems continue
     Small pillow on the floor sometimes helps
     Dr. Jeff Kozak of Fondren Otthopedic says that it shows up as a cloud of particles
     caused by arthritis

-UTI infection issues

Bob Brockman

RTBrockman_Medical_Records_0005057

-bad posture caused by sunken chest

-overall lack of stamina and strength

-major loss of balance – I couldn't stand up on the foredeck of a flats boat

-noticeable clumsiness and banging into things

-almost 100% loss of smell

-swallowing has changed – lots more saliva, tendency to partially choke a little on food happening more often  - happens every day at least once

-general feeling of a sudden onset of old age

-close to the edge on incontinence – requires thoughtful planning of opportunities for urination – which is sometimes every hour

-reduced confidence in my  ability to deal with rush hour traffic

-reduced memory ability

-reduced organizational ability

-cannot shoot a 410 shotgun as well

-cannot cast a flyrod as well

As of 10/1/18

CONFIDENTIAL

Page 1 of 1

| Patient Name | Sex | DOB |
|---|---|---|
| Brockman, Robert Theron | Male | ▮▮▮1941 |

## Preferred Pharmacy

**Briargrove Pharmacy - Houston TX - Houston, TX - 6435 San Felipe**

6435 San Felipe Houston TX 77057

Phone: 713-783-5704 Fax: 713-783-5482

Not a 24 hour pharmacy; exact hours not known.

*Lance Gould March 2019*

## Your Current Medications Are

| buPROPion (WELLBUTRIN SR) 100 MG SR tablet | Take 100 mg by mouth two times daily. 200mg each morning and 100mg each evening |
|---|---|
| carbidopa-levodopa (SINEMET) 25-100 MG per tablet | Take X Tabs by mouth 3 times daily.  *(Was Zombie)* |
| diltiazem (DILTIAZEM CD) 120 MG ER capsule | Take 120 mg by mouth daily. |
| ELIQUIS 2.5 MG TABS | TAKE 1 TABLET TWICE DAILY |
| ezetimibe-simvastatin (VYTORIN) 10-40 MG per tablet | Take 1 Tab by mouth every evening. |
| levothyroxine (SYNTHROID) 75 MCG tablet | Take 75 mcg by mouth daily. |
| rivastigmine 9.5 MG/24HR PT24 | Place 9.5 mg onto the skin daily. *Stayed 1* |
| Testosterone (ANDROGEL) 50 MG/5GM GEL | Place  onto the skin. *One dose* |
| trazodone (DESYREL) 50 MG tablet | Take 1 Tab by mouth at bedtime. |

*(LG) △*
*(LG) D/C*
*(LG) D/C*

*Handwritten notes (left):*
Docusate 100mg x 2 QD
Vit B-1
B-3
B12 T Tab
D3 3,000
Aleve 220 MD LRP

*Handwritten notes (right):*
F/U (1) Dr. Yudofsky (Alaska/wk Fishing Trip)
(2) Dr. Locket (Fall 2019)
(3) Derm (Shores) Melanoma ✓ (Lewis ago)
(4) Eye - Dr. Phebe Slade > 1yr.
(5) Dentist (Retired Dr. Hainy)
(6) Fondren Ortho - LBP - Oct 2019 Jeff Kozak
(7) Dr. Gould (3/2019)

Robert T. Brockman
Current Medications List
Friday • March 15, 2019

ROI: ① "LACK OF ENERGY"
      "TIREDNESS"

    ② Houstonian (3 Days/wk)

    ③ LEFT UPPER ARM MELANOMA.
       DR. GOLDBERG

    ④ Cognitive
↓ EXECUTIVE          DR. JANKOVIC
↓ SHORT-TERM 1/30/2019 · L.DOPA + RAD = II III II X Zmae (Cognitive △)
↓ Visual    ⑤ DR. Stuart Yudofsky (Sept 2018)
  Spatial      RxWELLBUTRIN
               ∑ = 7/10 → 3/10 slow BASELINE.

Baylor Comprehensive Healthcare Clinic
Jamail Specialty Care Center
1977 Butler Blvd - 6th Floor, Suite E6.150
Houston, TX 77030-4101
Tel 713-798-0180 • Fax 713-798-0174



Baylor
College
of Medicine

03/15/2019   05:29   7137835482

BRIARGROVE PHARMACY                 PAGE  01/01

**Briargrove Pharmacy**
6435 San Felipe St
Houston, TX 77057-2705
(713) 783-5704

*Clinic Visit*
*Friday 03/15/2019*

Patient:   **Brockman, Robert**

Houston, TX ███

DOB:   ███ 1941

(713) 680-8702

### 01/01/2018  to  03/15/2019

| Drug | NDC | Gen | Rx | Ref | Rph | Date | Qty | Patient Paid | Third Party | Plan | Daw | Day | Prescriber |
|------|-----|-----|-----|-----|-----|------|-----|------|------|------|-----|-----|------------|
| ✓ Rivastigmine 4.6mg/24hr 30 | 47781-0304-03 | Y | 1488473 | 0 | DB | 03/13/2019 | 30.00000 | 53.54 | 83.96 | CGNAC | 0 | 30 | Jankovic, Joseph*fax* |
| ✓ Trazodone Tab 50 Mg 1000 | 50111-0433-03 | Y | 1488473 | 0 | DB | 03/13/2019 | 90.00000 | 2.26 | 2.09 | CGNAC | 0 | 90 | Jankovic, Joseph*fax* |
| ✓ Eliquis 2.5 Mg Tablet | 00003-0893-21 | N | 1433744 | 2 | ZY | 02/08/2019 | 180.00000 | 1,276.80 | -1.60 | CGNAC | 0 | 90 | Gould, K. |
| ✓ Carbidopa-Levodopa 25-100 Tab | 00228-2539-96 | Y | 1480660 | 0 | SS | 01/30/2019 | 540.00000 | 135.16 | -102.54 | CGNAC | 0 | 90 | Savin, Daniel |
| ✓ Bupropion Hcl 100 Mg Tablet | 23155-0192-01 | Y | 1487693 | 0 | SD | 01/18/2019 | 270.00000 | 92.18 | -59.10 | CGNAC | 0 | 90 | Stoerr, Komal*fax* |
| ✓ Diltiazem 24hr Er 120 Mg Cap | 10370-0829-05 | Y | 1474730 | 0 | SD | 12/28/2018 | 90.00000 | 0.00 | 14.16 | CGNAC | 0 | 90 | Gould, K. |
| Bupropion Hcl 100 Mg Tablet | 23155-0192-01 | Y | 1462586 | 3 | SS | 12/26/2018 | 60.00000 | 0.00 | 8.75 | CGNAC | 0 | 30 | Yudofsky, Stuart |
| ✓ Fluorouracil 5% Cream | 51672-4118-06 | Y | 1470078 | 0 | ZY | 12/05/2018 | 40.00000 | 0.00 | 56.15 | CGNAC | 0 | 30 | Stoerr, Komal*fax* |
| Bupropion Hcl 100 Mg Tablet | 23155-0192-01 | Y | 1462586 | 2 | DB | 11/28/2018 | 60.00000 | 0.00 | 10.48 | CGNAC | 0 | 30 | Yudofsky, Stuart |
| Bupropion Hcl 100 Mg Tablet | 23155-0192-01 | I | 1462586 | 1 | SD | 11/08/2018 | 60.00000 | 0.00 | 10.48 | CGNAC | 0 | 30 | Yudofsky, Stuart |
| ✓ Testim 1% 5gm | 66887-0001-05 | N | 1465960 | 0 | SD | 11/07/2018 | 900.00000 | 0.00 | 3,431.57 | CGNAC | 0 | 90 | Lisse, Scott |
| M-M-R II Single Dose | 00006-4681-00 | N | 1461353 | 0 | ZY | 10/31/2018 | 1.00000 | 0.00 | 86.73 | CGNAC | 0 | 1 | Pool, James |
| Heplisav-B 20 Mcg/0.5 Ml Vial | 43528-0002-05 | N | 1461354 | 0 | ZY | 10/31/2018 | 0.50000 | 0.00 | 139.50 | CGNAC | 0 | 1 | Pool, James |
| Bupropion Hcl 100 Mg Tablet | 23155-0192-01 | Y | 1462586 | 0 | SD | 10/22/2018 | 60.00000 | 0.00 | 11.08 | CGNAC | 0 | 30 | Yudofsky, Stuart |
| Suprep Bowel Prep Kit | 52268-0012-01 | N | 1461621 | 0 | SS | 10/17/2018 | 354.00000 | 0.00 | 92.59 | CGNAC | 0 | 1 | Agarwal, Suneal |
| Androgel 1.62%(2.5g) Gel Pckt | 00051-8462-30 | N | 1458338 | 0 | SS | 09/28/2018 | 75.00000 | 0.00 | 633.98 | CGNAC | 0 | 30 | Lisse, Scott |
| ✓ Vytorin Tab 10/40 | 66582-0313-31 | N | 1416752 | 3 | SD | 09/14/2018 | 90.00000 | 202.97 | 787.28 | CGNAC | 0 | 90 | Lisse, Scott |
| Eliquis 2.5 Mg Tablet | 00003-0893-21 | N | 1433744 | 1 | DG | 09/14/2018 | 180.00000 | 248.91 | 965.45 | CGNAC | 0 | 90 | Gould, K. |
| ✓ Synthroid Tab 75mcg | 00074-5182-19 | N | 1416753 | 3 | DB | 09/14/2018 | 90.00000 | 21.04 | 81.60 | CGNAC | 1 | 90 | Lisse, Scott |
| Doxycycline Hyclate 100 Mg Cap | 00143-0803-05 | Y | 1454607 | 0 | ZY | 09/06/2018 | 20.00000 | 3.13 | 3.43 | CGNAC | 0 | 10 | Lisse, Scott |
| Synthroid Tab 75mcg | 00074-5182-19 | N | 1416753 | 2 | SD | 08/04/2018 | 90.00000 | 21.04 | 81.60 | CGNAC | 1 | 90 | Lisse, Scott |
| Vytorin Tab 10/40  90 | 66582-0313-54 | N | 1416752 | 2 | SD | 08/04/2018 | 90.00000 | 202.97 | 787.28 | CGNAC | 0 | 90 | Lisse, Scott |
| Eliquis 2.5 Mg Tablet | 00003-0893-21 | N | 1433744 | 0 | SS | 08/03/2018 | 90.00000 | 45.68 | 161.73 | CGNAC | 0 | 90 | Gould, K. |
| Diltiazem Er Cap 60 Mg | 00378-6060-01 | Y | 1413281 | 1 | SS | 08/03/2018 | 90.00000 | 45.68 | 161.73 | CGNAC | 1 | 90 | Lisse, Scott |
| Nitrofurantoin Mcr 100 Mg Cap | 47781-0308-01 | Y | 1441439 | 0 | ZY | 06/15/2018 | 20.00000 | 3.46 | 3.44 | CGNAC | 0 | 10 | Lisse, Scott |
| Levofloxacin 750 Mg Tablet | 55111-0281-30 | Y | 1441438 | 0 | ZY | 06/15/2018 | 20.00000 | 3.14 | 2.65 | CGNAC | 0 | 20 | Lisse, Scott |
| Eliquis 2.5 Mg Tablet | 00003-0893-21 | N | 1390009 | 0 | ZY | 04/28/2018 | 180.00000 | 245.89 | 968.47 | CGNAC | 0 | 90 | Gould, K. |
| Diltiazem Er Cap 60 Mg | 00378-6060-01 | Y | 1413281 | 0 | ZY | 04/28/2018 | 90.00000 | 45.72 | 118.60 | CGNAC | 0 | 90 | Lisse, Scott |
| Vytorin Tab 10/40  90 | 66582-0313-54 | N | 1416752 | 1 | ZY | 04/28/2018 | 90.00000 | 200.51 | 789.74 | CGNAC | 0 | 90 | Lisse, Scott |
| Synthroid Tab 75mcg | 00074-5182-19 | N | 1416753 | 0 | ZY | 04/28/2018 | 90.00000 | 20.78 | 81.86 | CGNAC | 1 | 90 | Lisse, Scott |
| Testim 1% 5gm | 66887-0001-05 | N | 1416846 | 1 | SD | 04/07/2018 | 900.00000 | 694.84 | 2,736.73 | CGNAC | 0 | 90 | Lisse, Scott |
| Vytorin Tab 10/40  90 | 66582-0313-54 | N | 1416752 | 0 | ZY | 02/24/2018 | 90.00000 | 197.80 | 792.45 | CGNAC | 0 | 90 | Lisse, Scott |
| Synthroid Tab 75mcg | 00074-5182-19 | N | 1416753 | 0 | ZY | 02/24/2018 | 90.00000 | 20.50 | 82.14 | CGNAC | 1 | 90 | Lisse, Scott |
| Eliquis 2.5 Mg Tablet | 00003-0893-21 | N | 1390010 | 1 | DB | 02/06/2018 | 180.00000 | 242.57 | 931.79 | CGNAC | 0 | 90 | Gould, K. |
| Androgel 1.62%(2.5g) Gel Pckt | 00051-8462-30 | N | 1416845 | 0 | SD | 01/19/2018 | 75.00000 | 635.48 | -1.50 | CGNAC | 0 | 30 | Lisse, Scott |
| Testim 1% 5gm | 66887-0001-05 | N | 1416846 | 0 | SD | 01/19/2018 | 300.00000 | 1,104.41 | 66.71 | CGNAC | 0 | 30 | Lisse, Scott |
| Viagra Tab 100mg | 00069-4220-30 | N | 1416754 | 0 | ZY | 01/19/2018 | 15.00000 | 1,002.02 | -2.65 | CGNAC | 0 | 15 | Lisse, Scott |
| Ketoconazole 2% Cream | 51672-1290-02 | Y | 1416488 | 0 | ZY | 01/18/2018 | 30.00000 | 25.57 | -4.38 | CGNAC | 0 | 15 | Katz, Tracy |

**Total Patient Paid:**

**Total Third Party Paid:**

No. Of Rxs:   38

Signature

NCPDP: 5909885          Tax ID: 46-2265227

3/15/2019 5:00 PM

CONFIDENTIAL

RTBrockman  Medical  Records  0005061

Brockman, Robert Theron (MRN 0300937767) DOB: 05/28/1941     Encounter Date: 03/13/2019

# Brockman, Robert Theron

MRN: 0300937767

**Office Visit** 3/13/2019     Provider: Jankovic, Joseph, MD (Neurology)
Baylor College of Medicine -     Primary diagnosis: PD (Parkinson's disease)
Neurology Associates     Reason for Visit: Movement Disorder

## Additional Documentation

Vitals:     BP 135/83 (BP Location: left arm, Patient Position: Sitting, Cuff Size: regular) Pulse 61
            Ht 6' 1" (1.854 m) Wt 195 lb 9.6 oz (88.7 kg) BMI 25.81 kg/m² BSA 2.14 m²  More Vitals

Encounter Info:  Billing Info, History, Allergies, Detailed Report

## Progress notes

### Jankovic, Joseph, MD at 3/13/2019  1:54 PM

Author Type: Physician          Status: Signed
Editor: Jankovic, Joseph, MD (Physician)

Expand All   Collapse All

**FOLLOW-UP VISIT**

**History**
The patient is a 77 y.o. male with PDD

The patient states he is worse mentally and physically despite levodopa.  Although he had
slight improvement in his motor functioning initially with low dose levodopa his motor and
mental functioning deteriorated as he gradually increased dosage.  According to wife he has
a "zombie-like effect" for a few minutes after each dose of Sinemet. He has increasing
difficulties getting in and out chair and car and feels unsteady.  He avoids stairs and long-
distance driving. He is most concerned about his short-term memory. His RBD has improved
since Dr. Yudofsky placed him on Trazodone. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ has
frequent urination. Still followed by Dr. Lerner - last evaluation last fall.  Also followed by Dr.
Pool and Dr. Yudofsky.

**Examination:**
**BP 135/83 (BP Location: left arm, Patient Position: Sitting, Cuff Size: regular)  | Pulse
61  | Ht 6' 1" (1.854 m)  | Wt 195 lb 9.6 oz (88.7 kg)  | BMI 25.81 kg/m²**

Examination was normal except 1+ hypomimia, 1+ RSM in hands and feet, 1+ arising from
chair, 1+ broad-based gait, 2+ retropulsion, no rigidity in UE and 1+ in LE

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • buPROPion (WELLBUTRIN SR) 100 MG SR tablet | Take 100 mg by mouth two times daily. 200mg each morning and 100mg each evening | | |

Brockman, Robert Theron (MRN 0300937767) ███████ 1941          Encounter Date: 03/13/2019

| | | | |
|---|---|---|---|
| • carbidopa-levodopa (SINEMET) 25-100 MG per tablet | Take 2 Tabs by mouth 3 times daily. | 540 Tab | 1 |
| • diltiazem (DILTIAZEM CD) 120 MG ER capsule | Take 120 mg by mouth daily. | | |
| • ELIQUIS 2.5 MG TABS | TAKE 1 TABLET TWICE DAILY | | 2 |
| • ezetimibe-simvastatin (VYTORIN) 10-40 MG per tablet | Take 1 Tab by mouth every evening. | | |
| • levothyroxine (SYNTHROID) 75 MCG tablet | Take 75 mcg by mouth daily. | | |
| • Multiple Vitamins-Minerals (MULTIVITAMIN ADULT OR) | Take  by mouth. | | |
| • Testosterone (ANDROGEL) 50 MG/5GM GEL | Place  onto the skin. | | |
| • TRAZODONE HCL OR | Take  by mouth at bedtime. | | |

No current facility-administered medications for this visit.

**Diagnosis:**
**Patient Active Problem List**
Diagnosis



- • Urinary tract infection without hematuria
- • Other fatigue
- • PD (Parkinson's disease)
- • Cognitive decline
- • RBD (REM behavioral disorder)

**Assessment and Plan:**
We discussed the results of neuropsychological testing and the presence of dementia. Although Dr. York suggested DLB he has never had hallucinations or fluctuations. It's possible that patient has PIGD form of parkinsonism
Sinemet 25/100 2 tab tid
Trazodone 50 mg tab qhs
Start Exelon 4.6 mg patch qd x 1 month and 2 patches thereafter
Encouraged to increase muscle strengthening exercise more
Discouraged to reduce and discontinue his 30 different vitamins and iron
Provide patient summary of this note and the neuropsychological report

Brockman, Robert Theron (MRN 0300937767) DOB: 05/28/1941          Encounter Date: 03/13/2019

I personally interviewed and examined the patient. A comprehensive review of systems was performed and positive findings were recorded. Complex decision making included a review of multiple treatment options for the primary as well as comorbid conditions. In addition to counseling about regular exercise program, I discussed with the patient possible side effects of prescribed treatments such as drowsiness and other potential risks. I also discussed the importance of regular check-ups with the primary care physician. After addressing all questions, I provided counseling and education as appropriate. The patient was invited to communicate with us via MyChart and to review our website www.jankovic.org for further information.
More than 50% of the visit was spent counseling, discussing diagnosis and prognosis, and educating about the disease and available resources.

**JOSEPH JANKOVIC, M.D.**
Professor of Neurology
Distinguished Chair in Movement Disorders
Director, Parkinson's Disease Center
and Movement Disorders Clinic
Baylor College of Medicine
Department of Neurology
7200 Cambridge, Suite 9A, MS: BCM 609
Houston, TX 77030-4202
Tel: 713-798-2273 or -6556
Fax: 713-798-6808
Web: www.jankovic.org

No questionnaires available.

## Patient Instructions
None

## AVS Reports

| Date/Time | Report | Action | User |
|---|---|---|---|
| 3/13/2019 2:05 PM | After Visit Summary | Printed | Williams, Dorothy, LVN |
| 3/13/2019 1:54 PM | After Visit Summary | Automatically Generated | Jankovic, Joseph, MD |

## Follow-up and Disposition
Return in about 3 months (around 6/13/2019).

## Orders Placed
None

## Medication Changes
As of 3/13/2019  2:05 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| Added: rivastigmine (EXELON) 4.6 MG/24HR PT24 | 3 | 3/13/2019 | |
| Apply 1 patch to skin every 24 hrs x 1 month then increase to 2 patches thereafter | | | |
| traZODone HCl | | | |

#1 - ATRIAL FIB                                    ROBERT T. BROCKMAN
                                                   10/15/2018 INTP

1ST EPISODE (3 5EPT mo ago)   CAD/Per Scan ✓
    Did not feel week. Pulse OK (meter ("150 bpm")   C Home   EMT Atrial Fib
    Dorothy called 911 → Methodist. "Normal EKG"
    Lance Gould
        Diltiazem 20 mg BID  Δ  60 mg BID
        ELiquis              Cardizem?
    June 2017 - Colorado Home ("150-155 bpm")  1 8 Day.
        ER. A. Fib   ASPEN
        I.V / 2 Syringes  Diltiaz - 60 mg POD
        Destroy Summer unacceptable - Fri ?? Oct from lab all day
        3 weeks ago (BCM / fixed meds Biopsy heart) → 2 PM.
            Diltiaz 2 regular tablets
        ← Holter monitor.

Dr. Lance Gould - x 20 years  (Torm 4-5 Per Cary)
Bruce Albenoric Medical records.

Wrist BP - Now x Weeks (3 months)  one
    "145/85"


#2. "Slowed Down" x 2 yr    "I cannot get my desk clean".
    JRS Audit Audit (Personal + Busniss)  "Harder time to make decisions".
Menrory  "My Memory is failing More".    [ Poor Hearing Background Noise x 2 yrs]
6/10
Attn.   "Propanerolos 1, 2 yrs".
6/10    "Short Term Memory Δ -            Walk - Slower!
Anxg.       Email matters.                   Houstonian (1981→) 1/8 mile track
6/10        Read worse than Verbal.
Frustration "Misplace items"              Handwriting - Dramatically Worse x 2 mo!
4/10            Paper                     ← Tremor   Stopped signing "1000 Certificates.
                CD ROM                               "Signature looks like hell".
                Flash Drives             OK Silverware
                                            Glassware
No Smell x 3rd Eyes!                    Avoid Learning New Things
    Cooking                             STOPPED READING BOOKS
    Flowers

CONFIDENTIAL                                   RTBrockman_Medical_Records_0005065

#3 - <u>LBP</u> "Stenosis" (1½ yrs ago)

Robert T. Brockman
10/15/2018 IHHP

O₂ Sat 97%

Dr. Jeff Kozack (Fondren Orthopedics)
"L2·L3 Stenosis"

Sx: (L) ®(R) Low Back Ache (2-4/10) Freq: Daily
No Sciatica
Pat: Prolong sitting.

Rx: Aleve
"Instant I get in bed it goes away".
"I feel great in morning".

#4 - "Fallen Metatarsal Transvern Arch Both Feet"
Wears Orthotics
⊕ ? Peripheral Neuropathy.

#5 Right Fi...

LATT UTI.

Robert Brockman

①   MRI Brain Scan
②   Comprehensive Neuropsychological Exam
③   Comprehensive Tests

**Baylor College of Medicine**

## MEDICAL QUESTIONNAIRE

*[handwritten notes at top:]* Florida x 18 yrs. College (Centre College - Danville, Ky) x 2yrs. (U. Florida) Returns to BSBA-1963 1st Class (U. Florida) Masters Degree x 4yr. Dearborn MI (7/10/64 - 4/10/66) → Transferred to Houston Ford Motor Fall 1/10/66 Houston TX IBM Sales/Branch Manager

Date _10/15/2018 @ 2:30pm_

In an attempt to gain insight into your medical needs and problems, we are requesting that you answer the following questions.  Your answers should be complete and concise.  Any question not completely understood should be circled, and we will review it with you prior to your clinic visit.  If you have pertinent information we have overlooked, space is provided at the back for additional comments.

All information will become part of your permanent record and will be held in strictest confidence.  You are requested to complete the questionnaire at home where you have time to think and probably have access to important medical information. *[handwritten:]* Son = Robert

*[handwritten note:] Musician with Bob e.M. + Tryone Curb Rodgers*

NAME **B R O C K M A N , ROBERT THERON** "BOB"   **DOROTHY**
_____ (LAST) _____ (FIRST) _____ (MIDDLE)   (SPOUSE'S NAME)   (PARENT'S NAME IF MINOR)

DATE OF BIRTH ████ 94C   SOCIAL SECURITY # ████ 3444

PLACE OF BIRTH _St. Petersburg, FL_   AGE _77_   SEX _M_   RACE _Caucasian_

*[handwritten:]* Jan 1960 1st Divorced   2nd/1st 4/18/1968

MARITAL STATUS:   S   (M)   W   D   HEIGHT _6' 1"_   WEIGHT _186_

ADDRESS ████████   ████   _Houston, TX_   ████
_____ (STREET) _____ (CITY) _____ (STATE) _____ (ZIP CODE)

HOME PHONE ████████
_____ (AREA CODE) _____ (PHONE NUMBER)

REFERRING PHYSICIAN _DR. SETH LERNER_   PHYSICIAN'S ADDRESS _____
_____ (STREET)

PHYSICIAN'S OFFICE PHONE _____
_____ (AREA CODE) (PHONE NUMBER)   (CITY) (STATE) (ZIP CODE)

*[handwritten:]* 5,000 Employees Logistic Cargo (60-70Hrs/Wk)

PATIENT'S OCCUPATION _EXECUTIVE (CEO)_   _REYNOLDS & REYNOLDS (Bought 7yrs ago)_   BUSINESS ADDRESS _6700 Hollister_

BUSINESS PHONE _713-718-1800_

SPOUSE'S OCCUPATION _N/A_   BUSINESS ADDRESS _6700 Hollister_

BUSINESS PHONE _713-718-1800   EXT 7600_

INSURANCE CARRIER _CIGNA_   _3329754_   _U312210001_
_____ (GROUP NUMBER) _____ (CERTIFICATE NUMBER)

2

PAST MEDICAL HISTORY    *Take 4yo 8*

1. Please list all hospitalizations.
   A) Include the hospital, location, date of admission and discharge and medical reason for admission.
   B) The list is to include all surgical procedures. Do not include child births unless medical problems developed.

| | Date | Hospital | City, State | Reason for Hospitalizations and/or Surgical Procedure |
|---|---|---|---|---|
| (1) | 8/10 2006 | METHODIST | Houston | BLADDER CANCER |
| (2) | 12/10/2007 | " | " | " " |
| | | | | |
| (4) | | | | |
| (5) | | | | |
| (6) | | | | |

*FxHx: L middle finger (Volleyball)*

2. Have you ever had any serious childhood diseases?   Yes____   No _X_
   Please list the disease, date of occurrence and any complications.
   *Chickenpox ⊕, Measles ⊕, Mumps ⊖, Whooping Cough ⊕*

3. Have you ever had an illness of injury that did not require hospitalization but did require prolonged care at home?   Yes____   No _X_
   A) Describe the illness or injury, age of occurrence, and length of time required for recovery.
   _____

4. Have you ever required a blood transfusion?   Yes____   No _X_
   A) If yes, have you ever had a "transfusion reaction"?   Yes____   No____

5. Are you currently taking any medications? Include all non prescription medications and birth control pills. Please list all medications, the number of times taken per day or per week (frequency), and the length of time you have been taking the medication.

| Medication | Frequency | Length of Time (weeks, months, years) |
|---|---|---|
| SYNTHROID 0.75mg | DAILY QAM | 30 YRS |
| VYTORIN 10/40 | " QAM | 10 YRS |
| DILTIASM (CARDIZEM) 60mg QAM | | 2 YRS |
| ELIQUIS (5mg) | | 2 YRS |
| KCl Fizzy tablet only Colorado. | | |

*50yo old   + 25+ different VITAMINS, MINERALS, ETC*

CONFIDENTIAL                                RTBrockman_Medical_Records_0005069

3

6. If any of the above were prescribed for high blood pressure, do you take the medication as prescribed by your physician?   Yes_____   No ✗ – it is FOR ATRIAL FIBRULATION
   A) If no, when and how often do you take your medicine for high blood pressure?
   _____ DAILY _____   Dr. Lance Gould

7. Do you have any drug allergies?   Yes_____   No ✗
   A) Please list the drugs and the accompanying reaction.

   <u>Drug</u>                                    <u>Describe the Reaction</u>
   _____            _____
   _____            _____
   _____            _____
   _____            _____

8. Do you have any food allergies?   Yes_____   No ✗
   A) Please list the food and the accompanying reaction.

   <u>Food</u>                                    <u>Reaction</u>
   _____            _____
   _____            _____
   _____            _____
   _____            _____

9. Do you have any allergies to substances (such as dust, pollen, (ragweed,)etc.)?
   A) Please list the substance and accompanying reaction.
   <u>Substance</u>                               <u>Reaction</u>
   _____ RAGWEED _____            ___ VIOLENT-LIKE TEAR GAS
   _____ POLLENS, POLLUTION _____   ___ ROUTINE

10. Are you on a special diet?   Yes_____   No ✗   How many years?_____
    Please list the type of diet. _____

11. Do you have any special dietary habits? (food faddism, craving for a special type of food)   Yes___   No___
    If yes, what? _____ ICE CREAM _____

12. Have you gained or lost weight in the past year?   Yes ✗   No_____   AND UP TO 206
    _____ lbs. gained   20  lbs. lost   Usual Wt. 192++  lbs.
                                                         NOW 186   HS - 160th
13. Do you smoke?   Yes_____   No ✗  (never)           College - 194th.
    A) What is your smoking preference?   Cigarettes____ Cigars____ Pipe____   MAX - 206th (5/2017)
    B) How much do you smoke?   Packs per day_____ Cigars per day_____   ↓ 20th (Protein Isoleune Supp.)
    C) How many years have you smoked? Second hand Smoke

14. Do you drink alcoholic beverages?   Yes_____   No ✗   NOT ANY MORE – STOPPED
    Indicate your preference:   Liquor_____ Beer_____ Wine_____   2 YEARS AGO
    A) Have you ever had a drinking problem?   Yes_____ No_____   Only Fishing or Bird Hunting.
    B) How many drinks do you have?   Per day_____ Per week_____   'Did not feel good'

15. Do you drink coffee or tea?   Yes ✗   No_____   Cups per day  1   'Did not taste good'
                                                         Lance Gould to Pinch ETOH.

4

*Brockmann (German)*
*Mother (Brown)*
*English physical therapy*
*& Cryo*

SOCIAL HISTORY

1. What is your ethnic background?   (such as African, English, French, Irish, etc.)
   *2nd generation GERMAN (50%)*

2. Are you at present living alone?   Yes_____   No __X__
   A) If yes, please list the name of a relative, close friend or significant other person that might be contacted
   in case of emergency:
   NAME_____ PHONE_____
   ADDRESS_____
   CITY_____ STATE_____ ZIP_____

3. What is the highest level of education you have completed?   (Please give school and date)
   *BSBA + ONE YEAR OF GRAD SCHOOL*

4. Have you ever served in the military?   Yes __X__   No_____   *(1959-1965) No Active Duty*
   What branch? *US MCR*   For how long? *6 YRS IN THE RESERVE*
   Duty station(s)? *Officer Candidate Program (PLC's)*

5. Any major illnesses or injury while in the military?   Yes_____   No __X__
   Service disability?   Yes_____   No __X__

FAMILY HISTORY

1. Please answer the following questions:
   A. Indicate with a check mark (√) whether the following relatives are alive or dead.
   B. List their present age or age at death.
   C. List the cause of death.

CONFIDENTIAL

5

2. Have you or any of your family members ever had:  (Check (√)  appropriate response.
   If yes, indicate relative  (such as father, aunt, brother).

GENERAL QUESTIONS

1. Have you ever been refused life or health insurance?    Yes_____    No_✔_
2. How many hours of sleep do you average per night?_6.5 to 7_____
3. Do you find it necessary to take sleeping medications?    Yes_____    No_✔_    ONLY OCCASIONALLY
4. Do you have an excessive feeling of being drained of much of your strength and energy after what you
   consider a good night's sleep?    Yes_✔_    No_____    SOMETIMES
5. Do you have an excessive vague feeling of physical discomfort or uneasiness as before an illness?
   Yes_✔_    No_____    SOMEWHAT
6. Have you noticed any change in your mood (such as excessive irritability (depression) or inability to cope
   with everyday problems)?    Yes_✔_    No_____
7. Does your normal weekly schedule include time for recreation?    Yes_✔_    No_____
   What recreation?_____WATCHING MOVIES IN BED WITH MY WIFE

RTBrockman_Medical_Records_0005072

6

II.   HEAD

| Have you ever had: | Yes | No | Don't Know |
|---|---|---|---|
| Head injury accompanied by unconsciousness? | | ✓ | |
| Migraine headaches? | | ✓ | |
| Frequent or severe headaches? | | ✓ | |
| Dizziness, light-headedness or fainting spells? | | ✓ | |

RTBrockman_Medical_Records_0005073

7



CONFIDENTIAL

RTBrockman_Medical_Records_0005074

8

X.   KIDNEY AND BLADDER

| Have you ever had: | Yes | No | Don't Know |
|---|---|---|---|
| Kidney or bladder infection(s)? | ✓ | | |
| Kidney stones? | | ✓ | |
| Enlarged prostate gland (FOR MEN)? | | ✓ | |
| Blood in urine? | ✓ | | |
| Cloudy urine? | ✓ | | |
| Pain or burning with urination?   UTI | ✓ | | |
| Too frequent urination? | | | |
|     day? | ✓ | | |
|     night? | ✓ | ✓ | |
| Difficulty starting or stopping urination? | | ✓ | |
| Dribbling urine when laughing, coughing or sneezing? | | ✓ | |

RTBrockman_Medical_Records_0005075

9

XIII.   FEMALE MENSTRUAL AND OBSTETRICAL HISTORY:

Age menstrual periods started?                                    _____
Age during first pregnancy?                                       _____
Number of pregnancies?                                            _____
Number of deliveries?                                             _____
Number of miscarriages?                                           _____
Any significant complications?                                    _____
Date of last menstrual period?                                    _____
   If you have reached menopause. . . . . symptoms?               _____
Do you or have you taken estrogen?                                _____
Date of prior menstrual period?                                   _____
Days between periods?                                             _____
Duration of flow?                                                 _____
Number of pads or tampons used per day during
   menstrual flow?

Do you have:                                              Yes          No        Don't Know
Bleeding or spotting between periods?                   _____      _____     _____
Pain or bleeding with intercourse?                      _____      _____     _____
Painful periods?                                        _____      _____     _____
Recent increased or decreased bleeding during periods?  _____      _____     _____
Large clots during periods?                             _____      _____     _____
Excessive vaginal discharge or unusual colored
   discharge?                                           _____      _____     _____
Do you experience premenstrual "blues" or tension?      _____      _____     _____
Do you have excessive breast tenderness?                _____      _____     _____
Do you do self breast examinations?                     _____      _____     _____
   Any abnormalities?                                   _____      _____     _____
Have you ever had an abnormal pap smear?                _____      _____     _____
Date of last pap smear?    _____
What method of birth control are you now using?    _____

jpool\clinical practice\questionnaire.doc

CONFIDENTIAL                                               RTBrockman_Medical_Records_0005076



**Baylor Comprehensive Healthcare Clinic**
**1977 Butler Blvd Suite E6.150, Houston, TX 77030**
**Attention: James Lewis Pool, M.D., Medical Director**
**TEL: 713-798-0180 · FAX: 713-798-0174**

## New Patient Information Form

Today's Date 10/15/2018

Patient's Name Robert Brockamn

Street Address ███████████

City Houston

State TX          ZIP 77024

Home Phone ███████████

Work Phone _____

Cell Phone 713-412-9916

FAX _____

Email bob_brockman@reyrey.com

Date of Birth ███1941

Social Security Number █████████3444

If person other than the patient contacted our office for this new patient appointment, complete the following:

Person's Name _____

Telephone _____

FAX _____

Email _____

### Employment Information

Occupation EXECUTIVE (CEO)

Employer REYNOLDS & REYNOLDS          Phone 713-758-180

Street Address 6700 HOLLISTER          FAX _____

City Houston          State TX   ZIP 77040

### Health Insurance Information

Certificate ID# U312210001  Group ID# 3329754

Insurance Company Cigna

Claims Address _____

_____

Claims Telephone _____

Name of Insured (*if different from new patient*):

Robert Brockman

Date of Birth of Insured: ███1941

### Emergency Contact Information

Person Dorothy Brockman

Relationship Spouse

Home Phone ███████████

Work Phone _____

Cell Phone 713-680-8702

### Spouse Information

Spouse Name _____

Date of Birth _____

Social Security Number _____

CONFIDENTIAL

RTBrockman_Medical_Records_0005077