IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| **v.** § § | Criminal No. 4:21-cr-00009 |
| **ROBERT T. BROCKMAN** § § | |

## [PROPOSED] ORDER

Upon consideration of Defendant Robert T. Brockman's Motion for a Competency Hearing pursuant to 18 U.S.C. § 4241(a), the government's response thereto, the evidence presented during a hearing held from November 15 through November 24, 2021, and the post-hearing briefs regarding the competency determination, it is hereby ORDERED as follows:

1. Defendant Robert T. Brockman presently suffers from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241(d).

2. The Court will set a status conference to consider further proceedings in order to determine whether treatment in a suitable facility for any period of time is necessary to determine whether Defendant Robert T. Brockman can attain capacity to stand trial in the future or if such treatment would be unnecessary and a violation of Mr. Brockman's statutory and constitutional rights. *See Jackson v. Indiana*, 406 U.S. 715 (1972); *see also* 18 U.S.C. § 4241(d).

- 2 -

So ORDERED, this _____ day of _____, 2021.

_____
George C. Hanks, Jr.
United States District Judge