UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § Cr. No. 4:21cr 009 GCH <br> § <br> **ROBERT T. BROCKMAN,** § <br> § <br> § <br> Defendant. § <br> § | |

## ORDER ADOPTING UNOPPOSED DISCOVERY PROTOCOL

For good cause shown, and upon consideration of the Parties' Discovery Protocol as to Outstanding Tamine Materials (the "Discovery Protocol"), IT IS HEREBY ORDERED that the Discovery Protocol is adopted by the Court. The United States shall produce the materials subject to the Discovery Protocol in accordance with the terms set forth therein.

SO ORDERED this _____ day of January, 2022

_____
GEORGE C. HANKS
United States District Judge