08:21:16

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF TEXAS

3                  —   —   —

   THE HONORABLE GEORGE C. HANKS, JR., JUDGE PRESIDING
4
   ─────────────────────────────────────────────────
   USA,                        No. 4:21-CR-00009-1
5
                   Plaintiff,
6
   vs.
7
   ROBERT T. BROCKMAN,
8
                   Defendant.
9
   ─────────────────────────────────────────────────
          COMPETENCY HEARING -- DAY 2 AM SESSION
10
       OFFICIAL REPORTER'S TRANSCRIPT OF PROCEEDINGS
11
                   Houston, Texas
12
           TUESDAY, NOVEMBER 16, 2021
13
   ─────────────────────────────────────────────────
14 APPEARANCES:

15 For the Plaintiff:   COREY J. SMITH, DOJ

16                      CHRISTOPHER MAGNANI, DOJ

17                      LEE F. LANGSTON, DOJ.

18                      BORIS BOURGET, DOJ

19
   For the Defendant:   JASON S. VARNADO, ESQ., Attorney
20                       at Law

21                       COLLEN O'CONNOR, ESQ., Attorney
                         at Law
22
                         JAMES P. LOONAM, ESQ., Attorney
23                       at Law

24                       KATHRYN KENEALLY, ESQ., Attorney
                         at Law
25

```
 1  For the                n/a
    Interpreter:
 2

 3  Reported by:           Sean Gumm, RPR, CRR
                           Official Court Reporter
 4                         United States District Court
                           Southern District of Texas
 5                         sean_gumm@txs.uscourts.gov

 6
    Proceedings recorded by mechanical stenography.
 7  Transcript produced by Reporter on computer.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## INDEX OF WITNESSES

PAGE

**ROBERT DENNEY, (For the GOVERNMENT)**
    Direct Examination Resumed By Mr. Corey    4
Smith:

--o0o--

SEAN W. GUMM, CSR #13168, RPR, CRR

PEOPLE vs ROBERT T. BROCKMAN, CASE NO. 4:21-CR-00009-1
*** Reproduction only per Govt. Code §69954(d) ***

# PROCEEDINGS

**(The following proceedings held electronically.)**

**\* \* \***

**TUESDAY, NOVEMBER 16, 2021 -- 9:11 A.M.**

**--oOo--**

THE COURT:  Morning, everyone.  We're continuing the competency hearing in this matter. If you would like to continue examining the witness.

**ROBERT DENNEY,**

**(For the GOVERNMENT)**

having previously been called as a Witness, and having already been duly and regularly sworn, continued to testify as follows:

**DIRECT EXAMINATION RESUMED**

BY MR. COREY SMITH:

Thank you, Your Honor.

Q.   Dr. Denney, when we broke last night, you had conveyed your opinion to the Court that you believe that the Defendant is competent to stand trial in this case; do you recall that?

A.   Yes, I do.

Q.   And can you -- again, let's pick up where we left off.  What do you base that opinion on?

A.   Well, there's many things that I would have to list.  One is, first of all, the neurocognitive

testing from the very beginning looks to be
disingenuous, so we cannot rely on that as
indicative of his true memory ability.

          Mr. -- and basically but for the
memory concern, all other aspects of his -- well, I
probably should not say that.  Mr. Brockman is a
very bright man pre-morbidly.  For individuals who
are very bright, they have a cognitive reserve.

          The -- there is evidence that he
has a neurodegenerative disease -- Parkinson's
disease for sure.  Parkinson's disease has a long,
slow course.  Rarely -- rarely does somebody
demonstrate significant, gross impairments in memory
and overall cognitive functioning until late in the
course of the disease.

          There is also neuroimaging findings
to suggest Mr. Brockman, likely, has an Alzheimer's
disease process starting in his brain.  Those
findings are rated as mild.  Even when you compare
the FDG's first PET to the second PET, the change
was mild.  Those findings indicate he would be in
the earliest stages of that disease process.

          People his age, 80-year-olds, can
have positive beta-amyloid PET scans and be
cognitively normal and in the MCI stage.  That's

09:13:53  1  where they're first starting to notice mild

09:13:56  2  cognitive difficulties, but it's not impairing daily

09:14:00  3  functioning in a significant way.

09:14:05  4            Consequently, those findings do not

09:14:08  5  suggest he would be severely impaired.

09:14:11  6  Additionally, the MRI volumetric studies, looking at

09:14:15  7  the parts of the brain that are specific to

09:14:16  8  Alzheimer's pathology, as that pathology progresses

09:14:22  9  and a person starts to have significant memory and

09:14:26  10 cognitive problems, um, those then correlate with

09:14:34  11 shrinkage of brain volume.  The metric MRI studies

09:14:40  12 show his brain volume for the hippocampus and the

09:14:43  13 temporal lobes, in general, are within normal ranges

09:14:48  14 for his age.

09:14:48  15            Those findings communicate to me

09:14:51  16 that although Mr. Brockman has neurodegenerative

09:14:57  17 disease process, he's in the earliest stages of

09:15:00  18 those disease processes.  Consequently, that

09:15:09  19 objective data does not correspond with the grossly

09:15:13  20 impaired neurocognitive test scores.  The

09:15:17  21 explanation for that is validity findings.  We

09:15:20  22 cannot rely on those tests data.

09:15:26  23            So in addition to that, the --

09:15:31  24 Dr. Park -- I mean Dr. Dietz and I, during the first

09:15:40  25 evaluation in October, went through -- or I led it.

09:15:43   1   I went through a structured interview on

09:15:47   2   competency-specific issues, called the Competency

09:15:49   3   Assessment Instrument.  It asks questions about his

09:15:54   4   understanding of the charges, his understanding of

09:15:57   5   the roles of courtroom participants, his

09:15:59   6   understanding as his own role as a defendant, his

09:16:03   7   relationship, and his understanding of counsel and

09:16:06   8   the role of counsel.

09:16:09   9                     It also asks questions about his

09:16:12  10   understanding of the consequences of the

09:16:16  11   proceedings, how serious that is, what likely

09:16:19  12   outcomes are.  And Mr. Brockman demonstrated a

09:16:26  13   reticence to discuss details of his case.

09:16:28  14   Q.   If I can interrupt, Dr. Denney, would you like

09:16:31  15   a bottled water?

09:16:32  16   A.   I have one, thank you.  But I'm getting there,

09:16:34  17   yes.

09:16:35  18   Q.   The test that you just mentioned, is there a

09:16:38  19   score sheet you used when you were asking those

09:16:40  20   questions of Mr. Brockman?

09:16:42  21   A.   The first one, the Competency Assessment

09:16:44  22   Instrument, there is no score sheet for that.  It's

09:16:48  23   a structured interview.  Originally, it had a score

09:16:52  24   sheet, but over the years forensic psychologists

09:16:55  25   realized that score sheet doesn't amount to any

09:16:58  1  meaningful findings.

09:17:00  2          It's really more of a guide to make

09:17:01  3  sure you are asking the right questions.

09:17:04  4  Q.  Was there a test that you administered to

09:17:06  5  Mr. Brockman that encompassed his competency -- his

09:17:11  6  ability to understanding legal proceedings and

09:17:13  7  assist his counsel?

09:17:14  8  A.  Yes, both of the tests.  I was describing the

09:17:17  9  Competency Assessment Instrument, the first one done

09:17:21  10  in May --

09:17:21  11  Q.  Okay.

09:17:22  12  A.  -- but I also administered another one called

09:17:25  13  the ECST-R, or Evaluation of Competency to Stand

09:17:30  14  Trial-Revised, ECST-R.

09:17:32  15          MR. COREY SMITH:  With the Court's

09:17:33  16  permission we have that score sheet, that test

09:17:35  17  sheet.  We would like to put it on the screen.  This

09:17:38  18  is from Dr. Denney's data that was shared with

09:17:40  19  counsel.

09:17:48  20          THE COURT:  Is this an exhibit?

09:17:50  21          MR. COREY SMITH:  Marking it for

09:17:50  22  identification as 119 at this time.

09:17:52  23          THE COURT:  Okay.

09:17:58  24          MR. COREY SMITH:

09:17:58  25  Q.  I thought it might be easier, Dr. Denney, to

09:18:01  1  explain this test to the Court if the sheet was in
09:18:03  2  front of you.
09:18:03  3  **A.**   Sure.
09:18:21  4  **Q.**   While we're trying to get the technology
09:18:25  5  working, why don't you explain this test, what you
09:18:27  6  asked, and how Mr. Brockman did on this test for the
09:18:30  7  Court?
09:18:30  8  **A.**   Yes, this is a standardized, semi-structured
09:18:34  9  interview that does have scoring criteria.  It asks
09:18:39  10 questions focused on the same types of things I was
09:18:43  11 mentioning, his understanding of the charges against
09:18:45  12 him, their consequences -- how serious they are, his
09:18:51  13 understanding of courtroom participants, all of the
09:18:54  14 primary players in the process of the criminal
09:18:57  15 adjudicative process, and it also asks him questions
09:19:02  16 about his thoughts, concerns, and ideas -- not only
09:19:08  17 about the charges in his case, but also about
09:19:11  18 counsel -- to ascertain whether he has much trust in
09:19:13  19 counsel, whether he's able to rely on counsels'
09:19:17  20 recommendations -- that sort of thing.
09:19:19  21             And so, the summary scores of it
09:19:22  22 come down into three different categories.  One is
09:19:24  23 consulting with counsel.  The other two deal with a
09:19:30  24 factual understanding of his case, and also a
09:19:34  25 rational understanding of his case.

09:19:39  1   Q.   When did you administer this test to

09:19:41  2   Mr. Brockman?

09:19:42  3   A.   It was -- it ended up being split over two

09:19:45  4   days, but it was in this -- this most recent October

09:19:48  5   of 2021.

09:19:50  6   Q.   And in your opinion, did Mr. Brockman pass this

09:19:53  7   test?

09:19:54  8   A.   Yes.   Yeah, when looking at his actual answers

09:19:58  9   related to his case, none of his answers suggested

09:20:04  10  an abnormal understanding of his case.   All of his

09:20:08  11  responses were consistent with the nature of the

09:20:11  12  case.   He seemed to have a good awareness of it.

09:20:15  13             I will put a caveat in there that

09:20:17  14  he, again, was reticent to discuss many details

09:20:21  15  about his case, citing that he believed that would

09:20:23  16  be wrong for him to disclose much information about

09:20:26  17  his case.   I believe he suggested it was at the

09:20:32  18  request of counsel that he shouldn't talk about his

09:20:34  19  case.

09:20:34  20  Q.   And these responses by Mr. Brockman to this

09:20:38  21  test, in his score of the test, how does that inform

09:20:41  22  your opinion of his competency to stand trial in

09:20:43  23  this case?

09:20:46  24  A.   Again, setting the issue of -- of severe

09:20:50  25  cognitive impairment aside, he demonstrated a

09:20:55   1   factual and rational understanding of the nature and

09:20:57   2   consequences of the proceedings against him, and he

09:21:01   3   appeared capable and motivated to cooperate with

09:21:04   4   counsel.

09:21:05   5                    The scores all fell within the

09:21:09   6   normal range.

09:21:10   7   Q.   I think we now have it.  If you can describe to

09:21:15   8   the Court what we're looking at?

09:21:16   9   A.   Sure.  This is simply a summary.  It's not the

09:21:19   10   test itself.  It's a summary of the scores.  What we

09:21:23   11   look at is the column over on the right side, which

09:21:27   12   is the competency scales.

09:21:32   13                    The way this is scaled on this

09:21:34   14   graph is scores above 60 are of concern, that would

09:21:40   15   suggest possible moderate difficulties.  I'll use

09:21:44   16   the word "Moderate" meaning relatively mild, but

09:21:48   17   starting to have some difficulty that would be of

09:21:50   18   concern.

09:21:52   19                    Scores down below 60 are within the

09:21:55   20   normal limits, compared to competent individuals --

09:21:59   21   the norms that are based on this structured test.

09:22:02   22   Q.   Are those numbers across the bottom on the

09:22:04   23   right the scores of Mr. Brockman?

09:22:06   24   A.   Yeah, those are T-scores, translated based upon

09:22:10   25   norms.  They graph out where I placed the X's.  They

09:22:14   1  all fall within the perfectly reasonably competent

09:22:17   2  range.

09:22:17   3  Q.   Could you briefly describe for the Court --

09:22:19   4  there's five numbers there -- I'm sorry, four

09:22:22   5  numbers there, 45, 44 -- what each one of

09:22:26   6  those signifies to you?

09:22:27   7  A.   Yes.  Sure.  The first one, 45, corresponds

09:22:30   8  with the CWC, which stands for consulting with

09:22:34   9  counsel.  The reason there's a zero down there --

09:22:37  10  the way this test works is when somebody says

09:22:41  11  something that suggests an impairment in that

09:22:43  12  reasoning or understanding ability, they gain

09:22:50  13  points.  The more points on this, the more impaired

09:22:53  14  it is.

09:22:53  15          And he identified nothing in his

09:22:55  16  responses in those areas that I would consider to be

09:23:01  17  abnormal, or to meet the criteria for gaining

09:23:04  18  points.  That's why it's a zero, which translates to

09:23:06  19  a T-45 in the normal range.

09:23:08  20          The next one is the FAC, which

09:23:12  21  would be a factual understanding of his case.  His

09:23:20  22  score of one point -- there was one item on the test

09:23:23  23  where he did not respond with much detail.  I

09:23:32  24  thought maybe there could be something behind that.

09:23:36  25  I don't know.  Maybe a one instead of a zero, but

09:23:38   1   there was nothing blatantly abnormal about his

09:23:41   2   response, it's just -- it wasn't very disclosing.

09:23:45   3                  As a result, he got turned into a

09:23:49   4   T-score of 40, which is about -- you know, normal

09:23:51   5   range still.  The next one is RAC, which deals more

09:23:55   6   with rational understanding of his case.  His

09:24:01   7   responses in that regard also scored out to suggest

09:24:05   8   no significant impairment whatsoever, which resulted

09:24:09   9   in a T-score of 44.

09:24:11   10                  The last column is a combination of

09:24:14   11   the factual and rational scales to create a little

09:24:18   12   summary scale of obviously factual and rational

09:24:21   13   understanding.  And his scores were normal on that

09:24:25   14   as well.

09:24:27   15   Q.   Now, yesterday you also were describing for the

09:24:29   16   Court what you called validity testing.  How do

09:24:34   17   these validity tests work, and how do you administer

09:24:37   18   them to -- in this case Mr. Brockman?

09:24:39   19   A.   Well, let me start with the first part of that

09:24:44   20   question, how do they work.

09:24:45   21   Q.   Yes.

09:24:46   22   A.   Because that is a long answer.  I will try to

09:24:49   23   keep it brief.  These tests, designed to be validity

09:24:56   24   tests, the purpose is to identify whether somebody

09:24:59   25   is putting forth appropriate task engagement, which

means are they applying themselves to the task like they're supposed to be with the intent of performing at the best that they can.

They are designed to look difficult to an average person, but in reality they're not difficult.  And they're -- and they're researched to demonstrate that they're not particularly difficult in various different pathological conditions.  And in that process, we develop cutoff scores.

So every validity test has a cutoff scores -- and maybe there's multiple cutoff scores depending on the clientele we're dealing with, like many of these tests have to be adjusted a little bit to deal with people who are older or who have potential cognitive problems.

When you adjust those cutoff scores, they are adjusted in a way so that you keep the false positive rate low.  You don't want a validity test to wrongly say somebody is exaggerating.  So we keep the cutoff score at a point that makes what's called the false-positive rate very low.  It's analogous to beyond a reasonable doubt.  You don't want to call somebody exaggerating when they really aren't.

So we set that at a rate below .10,

09:26:34   1   meaning that it will be less than ten out of a
09:26:39   2   hundred would be called positive, on average.  We
09:26:43   3   find that is the most accurate, diagnostically,
09:26:48   4   place to set the cutoff.  So that's with one test,
09:26:51   5   but we don't just rely on one test.  We include
09:26:55   6   multiple tests arranged throughout the other testing
09:26:59   7   in a random way so they're mixed in.
09:27:04   8                    And we look at the number of
09:27:05   9   positive tests, not just a one-single test.
09:27:10   10  Although one-single test can be dispositive if it's
09:27:13   11  severe enough -- I mean, if it's so extreme, but we
09:27:18   12  typically look at a multiple set of these validity
09:27:21   13  tests, and they tell us whether the other cognitive
09:27:24   14  testing administered during the same evaluation can
09:27:29   15  be relied upon or not.
09:27:31   16  Q.   So what does it mean when someone you are
09:27:34   17  testing fails a validity test?
09:27:36   18  A.   That means the person went beyond the cutoff on
09:27:42   19  the test to suggest exaggeration.
09:27:47   20  Q.   What does that mean, exaggeration?  Is that the
09:27:50   21  same as malingering?
09:27:52   22  A.   Well, in this context basically yes.  Although
09:27:55   23  there's -- as I mentioned yesterday, there's a
09:27:58   24  little bit more reasoning that a clinician has to go
09:28:02   25  to get to malingering beyond exaggeration.  You have

09:28:05   1   to determine that exaggeration is due to a

09:28:08   2   significant, secondary gain and was intentional.

09:28:12   3   Q.   Now, you examined Mr. Brockman both in May and

09:28:15   4   in October; is that right?

09:28:17   5   A.   Yes.

09:28:17   6   Q.   And in both evaluations, did you use these

09:28:22   7   validity tests to evaluate Mr. Brockman?

09:28:24   8   A.   Yes, I did.

09:28:25   9   Q.   Did he fail any of these validity tests?

09:28:28   10   A.   Yes, he did.

09:28:28   11   Q.   Did he fail both in May and in October?

09:28:31   12   A.   Yes, he did.

09:28:33   13   Q.   Now, I know that some of these names get

09:28:35   14   somewhat technical, but how many validity tests, if

09:28:38   15   you can recall -- if you want to refer to your

09:28:40   16   reports in the binders right next to you, your

09:28:44   17   reports are pre-admitted as Exhibits 1 and 2 in the

09:28:48   18   white binders --

09:28:49   19   A.   Can I look at my report in my folder?

09:28:50   20   Q.   Yeah, you've got your report, or you can use

09:28:53   21   the exhibit in the binder.  In the first evaluation

09:28:57   22   in May of 2021, how many validity tests did you use

09:29:01   23   to evaluate Mr. Brockman?

09:29:13   24   A.   I believe there were five different validity

09:29:16   25   tests incorporated in the examination.

09:29:19  1    Q.   In May?

09:29:19  2    A.   In May of 2021, yes.

09:29:23  3    Q.   Let me just backtrack just a little bit.  Can

09:29:26  4    you explain to the Judge the difference between a

09:29:28  5    free-standing validity test and an embedded validity

09:29:32  6    test?

09:29:32  7    A.   Yes, thank you.  I think I mentioned this

09:29:35  8    briefly yesterday, but I was going a little fast.

09:29:39  9    Free-standing validity tests are tests that are

09:29:41  10   designed from the get-go to be a validity test.

09:29:47  11   They are independent, and you insert them into your

09:29:51  12   overall examination at various places in the test

09:29:56  13   battery -- not the same one.  You only do one at a

09:30:00  14   time, you know, in one exam, but there's multiple

09:30:04  15   different free-standing ones.

09:30:06  16              The goal is to put at least two,

09:30:12  17   maybe three -- sometimes more -- in your battery,

09:30:15  18   depending on other issues.  Now, the embedded

09:30:17  19   validity indicators are indicators that over time we

09:30:23  20   have learned that, and research has demonstrated

09:30:26  21   that within normal neurocognitive testing there are

09:30:30  22   oftentimes characteristics that are very rarely

09:30:39  23   failed by people who even have significant,

09:30:43  24   cognitive impairment.

09:30:45  25              And so those characteristics can be

09:30:47   1   used as an embedded validity indicator.

09:30:52   2   **Q.**   So if I can direct your attention to Page 24 of

09:30:55   3   your report where I believe you discuss the results

09:30:57   4   of some of your validity tests, you mention a test

09:31:00   5   called the WMT.  I'll give you a second to get to

09:31:05   6   that.

09:31:06   7   **A.**   Is this the first or second report?

09:31:07   8   **Q.**   The one of your testing in May, yes.

09:31:09   9   **A.**   Yes.  Okay.

09:31:10   10  **Q.**   The first report, Exhibit 1.   There is a

09:31:25   11  binder.  It's Exhibit 1.

09:31:26   12  **A.**   Government's Exhibit 1?

09:31:29   13  **Q.**   Correct.  Page 24 when you get there.

09:31:43   14  **A.**   Page 24, did you say?

09:31:45   15  **Q.**   Yes.

09:31:45   16  **A.**   Thank you.  Yes.

09:31:54   17  **Q.**   So on that page you report that you used a

09:32:00   18  validity test called the WMT that Mr. Brockman

09:32:03   19  failed.  Can you explain to the Court what the WMT

09:32:06   20  is?

09:32:07   21  **A.**   Yes.  WMT stands for Word Memory Test.  Again,

09:32:15   22  it is a free-standing validity test that is designed

09:32:24   23  to look like a regular, verbal-memory type of test

09:32:32   24  that a person would not recognize as being a

09:32:34   25  validity test.  It's rather sophisticated in that it

09:32:37  1  has scales within it that are very, very easy, and

09:32:43  2  people with severe cognitive impairment can still do

09:32:46  3  reasonably well on them.

09:32:49  4          It also has some scales that are a

09:32:51  5  little bit harder than the easy ones.  That way you

09:32:56  6  can identify whether there's the proper differential

09:33:02  7  between the easy part of the tests and the harder

09:33:07  8  part of the tests.  The harder part of the tests

09:33:10  9  people don't do as well.

09:33:11  10          That should be the way with the

09:33:13  11  clinical cases.  People don't do as well on the

09:33:15  12  harder part, as opposed to the easy part, and you

09:33:18  13  can compare the scales to identify unusual patterns

09:33:20  14  that don't make clinical sense.

09:33:22  15  Q.   Did you observe this unusual pattern with

09:33:26  16  Mr. Brockman in this test?

09:33:28  17  A.   Yes.

09:33:29  18  Q.   And in your data -- if we want to put that

09:33:33  19  first graph up --

09:33:35  20          MR. COREY SMITH:  And with your

09:33:36  21  permission, Your Honor, Dr. Denney has included in

09:33:40  22  his test data a graph of this test.  I think the

09:33:45  23  graph is down lower.

09:33:48  24          THE WITNESS:  Right.

09:33:49  25          MR. COREY SMITH:

09:33:49  1   Q.   Is that the graph?

09:33:50  2   A.   It is.

09:33:50  3   Q.   Could you explain what you depicted on this

09:33:52  4   graph?

09:33:53  5   A.   Sure.

09:33:55  6              MR. LOONAM:  I'm sorry, where is this

09:33:57  7   from?

09:33:58  8              MR. COREY SMITH:  From his test data.

09:34:00  9              MR. LOONAM:  Not from the supplemental

09:34:02 10   report?  This is from the --

09:34:02 11              MR. COREY SMITH:  From the original

09:34:03 12   report in June, yes.

09:34:04 13              MR. LOONAM:  Is there an exhibit number

09:34:05 14   to this or --

09:34:06 15              MR. COREY SMITH:  We can mark it for

09:34:08 16   identification.  We're going to use its a

09:34:10 17   demonstrative.  We can mark it as Government's

09:34:15 18   Exhibit 120.  We're not going to use it for

09:34:17 19   evidence.

09:34:17 20              MR. LOONAM:  I know what it is, but...

09:34:22 21              MR. COREY SMITH:

09:34:22 22   Q.   Dr. Denney, can you describe for the Court what

09:34:24 23   you depicted in your graph with regard to this WMT

09:34:29 24   validity test?

09:34:29 25   A.   Yes.  First of all, if I may answer one

09:34:31   1    question you asked just a moment before.

09:34:34   2    Q.   Sure.

09:34:34   3    A.   Atypical patterns -- this test -- there's two

09:34:38   4    different initial ways you look at it.  One is, is

09:34:42   5    it a pass or fail?  That looks at the easiest

09:34:46   6    subtests.  If the easiest subtests are below a

09:34:49   7    specific cutoff, it's considered a fail.  But then

09:34:52   8    you have to do a further analysis to determine why

09:34:55   9    it's failed.

09:34:56   10                   Was it failed because a person has

09:35:00   11   a genuine, severe cognitive impairment?  If so, then

09:35:04   12   that would be termed a genuine memory impaired

09:35:08   13   profile.  But then you have to look at that genuine

09:35:11   14   impaired memory profile and determine whether

09:35:15   15   there's atypical or implausible findings in it,

09:35:19   16   compared to a person's day-to-day function.

09:35:22   17                   That's what we'll do on this test.

09:35:24   18   Q.   And in this administration of this test to

09:35:28   19   Mr. Brockman, did he present memory impaired

09:35:34   20   profile?

09:35:34   21   A.   He did, by the mathematical algorithms in the

09:35:40   22   test.

09:35:40   23   Q.   But you also say in your report -- after you

09:35:41   24   say he presented a memory impaired profile, you also

09:35:45   25   say that he -- "A poor profile worse than the most

09:35:49  1  severely demented amnestic patients; what does that

09:35:54  2  mean?

09:35:54  3  A.   Yes, although he met the mathematical

09:35:58  4  algorithm, which in this case is very easy, the mean

09:36:01  5  easy score minus the mean difficult score -- or the

09:36:05  6  other way around.  It's the difference between the

09:36:07  7  two, and if the difference is substantial enough

09:36:09  8  that meets that simple algorithm.

09:36:13  9                 He met that.  However, you were

09:36:16  10 also supposed to compare this profile to

09:36:19  11 representative groups to see if it's plausible.

09:36:23  12 Q.   Well, let's walk the Court through the chart

09:36:26  13 here.  You have these letters across the bottom, IR,

09:36:31  14 DR -- can you explain for the Court what those are?

09:36:33  15 A.   Yes, this test has different scales as I

09:36:37  16 mentioned, harder ones and easier ones.  That's what

09:36:40  17 these represent.  The IR is the immediate

09:36:43  18 recognition.  The way this test works is you present

09:36:47  19 word pairs on a screen on the computer and you go

09:36:50  20 through the list twice.  The person is looking at

09:36:53  21 it.

09:36:54  22                 Then they have to immediately

09:37:00  23 choose between one of the words on the list or a

09:37:02  24 foil, which is a word that was not included in the

09:37:05  25 list, and they have to select that.  That's the IR,

09:37:10  1   the immediate recognition.  This graph I should say

09:37:17  2   -- these scores are percent correct.  So you see

09:37:21  3   that on the left is the percentage correct out of

09:37:23  4   the max 100 percent.

09:37:25  5              And then it's the blue line the

09:37:27  6   Defendant's scores.  The next one is DR, delayed

09:37:34  7   recognition.  So after the IR part is finished, the

09:37:37  8   first recognition part, you then have the examinee

09:37:48  9   doing something else, other cognitive tasks, but not

09:37:53  10  verbal related tasks.  You don't intermix other

09:37:56  11  memory tests or anything like that in there.

09:37:58  12  They're non-verbal tasks, so to speak.

09:38:01  13             Then you come back to this task and

09:38:03  14  have him complete the delayed recognition.  This is

09:38:07  15  the same type of task that is immediate recognition

09:38:12  16  where you -- the screen has one of the words that he

09:38:16  17  -- from the original list, but then a different

09:38:20  18  foil, which is a word that was never used before on

09:38:22  19  the test.  They have to choose which word they

09:38:25  20  remember from the original list.

09:38:29  21  Q.   Doctor, if I may interrupt, as you are walking

09:38:32  22  the Court through these tests, which line on the

09:38:34  23  graph represents Mr. Brockman's performance on the

09:38:38  24  test?

09:38:38  25  A.   The dark blue line is Mr. Brockman's

09:38:40  1  performance.

09:38:41  2  **Q.**   The gray, shaded area, what does that

09:38:44  3  represent?

09:38:44  4  **A.**   Thank you.  The gray, shaded area is the

09:38:47  5  impaired area based upon normative standards.  It

09:38:52  6  looked at people that have no memory problems, and

09:38:55  7  then took two standard variations below the mean as

09:39:00  8  the cutoff for what's impaired, what's not impaired.

09:39:04  9  That's the difference between the light-colored

09:39:06  10  background and the gray area.  It's going beyond two

09:39:10  11  standard variations below the mean.

09:39:12  12  **Q.**   The dotted, colored lines above the solid blue

09:39:16  13  line -- what do those represent?

09:39:18  14  **A.**   Those are other comparative groups.  Those --

09:39:21  15  in the program, you can choose comparative groups.

09:39:27  16  You choose the groups most relevant for your

09:39:30  17  particular examinee.  So these comparative groups,

09:39:34  18  you will notice they are all elderly with an exit

09:39:38  19  score.

09:39:39  20           These people are -- are cognitively

09:39:45  21  impaired individuals, and the exit score is a global

09:39:51  22  assessment that can be used to scale how demented.

09:40:02  23  So it's basically a measure for severity of

09:40:08  24  dementia.

09:40:08  25  **Q.**   You can continue.  I interrupted you.  The

09:40:11   1   description of the tests across the -- horizontal

09:40:14   2   cross the bottom?

09:40:15   3   A.   Yes, CNS is consistency between the IR and the

09:40:19   4   DR -- the immediate recognition and are the delayed

09:40:23   5   recognition.   If the examinee got the same word

09:40:27   6   right or got the same word wrong, this CNS keeps

09:40:31   7   track of that, and it's how consistent the person

09:40:36   8   was across those two prior measures.

09:40:40   9   Q.   Mm-hmm.

09:40:41   10   A.   The next one, MC, is multiple choice.   I have

09:40:44   11   to backtrack a slight bit and say that the original

09:40:48   12   words presented on the screen for the examinee to

09:40:51   13   remember are actually word pairs.   First word comes

09:40:56   14   on the screen, and then there's another word that

09:40:58   15   goes with it.

09:41:00   16            They're told that they're word

09:41:02   17   pairs, and to remember the word pairs.   It would be

09:41:05   18   something like table/chair, for example -- that's

09:41:12   19   not actually from the test because I don't want to

09:41:14   20   start giving up the actual items -- but they are

09:41:16   21   semantically related -- mildly so.   MC is multiple

09:41:28   22   choice.   What the computer gives you is the first

09:41:30   23   word in the pair, and there's a list of five words

09:41:32   24   next to it, and you have to select the word that

09:41:35   25   went with this word.

1           So it's a multiple choice, paired

2   measure.  The next one, PA, is called paired

3   associates.  Now, I would turn the laptop away from

4   the examinee, and I ask him to tell me the words

5   that go with the word I tell him, so I tell him the

6   first word in the word pair and ask him to give me

7   the word that goes with it.  So that's -- that's a

8   cued, free recall; okay?  It's a much harder task

9   than the other tests.

10          Then the last one is FR, called

11  free recall.  That's where I simply ask the examinee

12  to tell me all of the word pairs originally

13  presented on the computer.  He can give them to me

14  in pairs, one at a time, or in any order and just do

15  your best.  Then I keep track of how many he gives

16  me.

17  Q.   And in that last test, how many did

18  Mr. Brockman get right?

19  A.   I believe zero.  He -- he said he was not able

20  to recall any of them.

21  Q.   So in this validity test you administered in

22  May of this year, how did Mr. Brockman do against

23  these other control groups that are listed on the

24  graph?

25  A.   He performed -- well, let me explain.  The exit

score, zero to nine, would be mild, cognitive
impairment problems.  Ten to fourteen is more
serious.  Fifteen to nineteen more serious.  Twenty
to twenty-four would be moderate to severe.
Twenty-four-plus is severe.

These are severely impaired,
inpatient, demented people.  They were literally
inpatient when they were examined.  And so he
performed worse than the most severely demented
people on all scales except his consistency, which
is the last thing you would expect to be as good as
them, because that tells you he was actually pretty
consistent.  He was more consistent between
immediate and delayed recall than his other scores,
but still nonetheless he was as consistent as the
most severely demented individual.

Q.   So is this a test that Mr. Brockman failed -- a
validity test that he failed?

A.   He failed, but it produced what's called a
genuine memory impaired profile.  But when you look
at the comparative groups, in my professional
opinion it does not correspond with reality because
it is so extremely impaired.

Additionally, the fact that his
multiple-choice score and paired associate scores

09:44:22   1   are the same raises a red flag for me as well.  That

09:44:25   2   appears rather implausible, because as you can see

09:44:28   3   from all of the other scores on there, the more

09:44:31   4   impaired a person gets the worse they do on paired

09:44:35   5   associate, compared to multiple choice.  Because

09:44:39   6   paired associate is a more difficult task than

09:44:41   7   multiple choice.

09:44:41   8   Q.   Now, the line -- the through -- solid blue line

09:44:45   9   Mr. Brockman's chart -- his scores on these subtests

09:44:48   10  is different in shape than the control group dotted

09:44:53   11  line scores.  How does that inform you on your

09:44:55   12  analysis of Mr. Brockman's cognitive abilities?

09:44:58   13  A.   Yes, the difference between his easy scores,

09:45:04   14  which would be IR, DR and CS, and the more difficult

09:45:08   15  scores of MC, PA, and FR is extreme.  You'll notice

09:45:12   16  that the difference between the easy and hard scores

09:45:15   17  is much more extreme in his case than they are in

09:45:18   18  any of the other dementia cases.

09:45:20   19               That suggested to me that it's an

09:45:26   20  atypical profile that makes me believe it's not a

09:45:29   21  valid reflection of his genuine abilities.

09:45:31   22  Q.   Now, in your June report, which is the May 2021

09:45:37   23  testing, on that same Page 24 you mention a test

09:45:41   24  called the NV-MSVT.  What is that?

09:45:45   25  A.   This NV-MSVT is a short for Non-Verbal Medical

09:45:55   1    Symptom Validity Test.

09:45:56   2    Q.    What kind of test is that?

09:45:58   3    A.    That is a free-standing validity test as well.

09:46:01   4    Q.    How did Mr. Brockman do on that test?

09:46:04   5    A.    He performed poorly -- let me refresh my

09:46:18   6    memory.

09:46:18   7    Q.    It's on Page 24.

09:46:19   8    Q.    Thank you.  He performed poorly, so it was a

09:46:22   9    fail.  But based upon the mathematical algorithm, it

09:46:27   10   suggested it could be a possibly genuine memory

09:46:29   11   impaired profile.  However, again you have to look

09:46:33   12   at the profile and see is it -- is it a plausible

09:46:36   13   genuine memory impaired profile compared to relevant

09:46:41   14   criterion groups?

09:46:42   15   Q.    Did you prepare a similar graph with regard to

09:46:45   16   that test as we just saw for the WMT test?

09:46:49   17   A.    Yes, I did.

09:46:50   18   Q.    Can you put that up?

09:47:01   19             Can you describe again for the Court

09:47:03   20   what your graph depicts for the Court on the NV-MSVT

09:47:09   21   test?

09:47:09   22   A.    Yes, this test is by the same publisher, so

09:47:13   23   it's laid out the same way here.  Because although

09:47:16   24   this is my figure here today, it's actually from the

09:47:20   25   actual test itself.  So this test is a little bit

different, because it's not a verbal memory task.
You are not giving word pairs on the screen.

Rather, it is giving picture pairs.
So there is a picture of an object -- like typically
an animal or something like that.  Then there's
another object with it, so it's a pair of objects in
that picture.  And instead of 40-such objects or
words like the WMT, it's only 20.  So it's much
simpler in that regard.  It's easier.

Then the other scales get into the
characteristics of the test.  IR is immediate
recognition, similar to the word memory test.  It's
immediate.  After the presentation on a screen, you
go through this -- go through the pictures twice,
and then you test his recognition for it.  You have
to choose between this picture or that picture.  One
was right and one was not shown.

And then, after a ten-minute delay
-- so not a 30-minute delay, just a ten-minute delay
-- you come back and do it again with the original
pictures, but different foils.  You have to choose
them and recognize them.  It's very easy.  Then the
CNS is the consistency between the two.

Then the next two scales are also
very -- they're recognition tests, but they're

unique in that the nature of the foils are
different.  The delayed recognition archetypes mean
that the foils, the wrong answers, are emotional
pictures -- something that would elicit a bit of an
emotional response.  That's why it's called
archetypes like snakes, eyes looking at you or a
dagger -- something you would recognize right away.
"Well, I didn't see that picture before."

Then the DRV stands for delayed
recognition variations.  On this one, it has the
original picture with the two items -- for example,
a dog and a bone -- and then it gives you a
different picture with a variation, say a dog with a
frisbee in its mouth, right, instead of a bone.  So
it's a harder subtest, because the foils are much
more like the original pictures.

Then paired associate with the
computer shows the first -- one of the pictures with
one of the objects, and then I asked the examinee,
"What went with that picture?  It's a picture of a
dog, so what went with it?"  He tells me and I type
it in.

Then the free recall is at the very
end.  I say, "Now I would like for you to give me
all of those original ten picture pairs," you know.

09:50:37   1                    "You can give them to me one at a

09:50:39   2   time or in pairs, just as many as you can in any

09:50:42   3   order."

09:50:43   4                    Then I put in the computer his

09:50:46   5   performance for free recall.

09:50:49   6                    MR. COREY SMITH:  I apologize, Your

09:50:50   7   Honor.  I forgot to put on the record.  We're

09:50:53   8   marking this for identification as 121.

09:50:55   9   Government's Exhibit 121.

09:50:56   10   Q.   So which line on your graph is Mr. Brockman's

09:51:00   11   score on this NV-MSVT test?

09:51:06   12   A.   Like the first one, it's the dark blue line.

09:51:08   13   Q.   How did Mr. Brockman do on this test when

09:51:12   14   compared to the other control groups that the dotted

09:51:15   15   lines?

09:51:17   16   A.   It's a fail, first of all.  However, I think I

09:51:20   17   mentioned the mathematical rules are such that it

09:51:24   18   would be considered a possible or -- possible

09:51:26   19   genuine memory impaired profile, but then you have

09:51:29   20   to look at the overall pattern compared to

09:51:32   21   appropriate comparison groups to make that final

09:51:34   22   determination.

09:51:36   23                    And in this case, these other

09:51:40   24   groups I put up here to compare to are -- well the

09:51:45   25   green line are 48 sophisticated simulators, people

that are simulating dementia but they're graduate

students in psychology.

Then the next group are 33 Missouri

Memory Center clinical dementia cases.  These are

people from my own caseload who -- as a matter of

fact, they are in the last couple of years people

diagnosed with dementia.  I placed them in there.

The next group -- I think it's lavender/purple color

are 49 dementia patients.  The next group are a

mixed dementia group who pass the original criteria

for the NV-MSVT.  And the next is a mixed dementia

group who failed the easy item on the NV-MSVT.

So they're all dementia patients

except the simulators.

Q.   How did Mr. Brockman do as opposed to those

other control groups?

A.   Well, his scores fall -- the first set of

scores fall within a reasonable range of the other

groups, although the pattern is not the same because

he is in the impaired range on the easiest aspect of

the test.  But then on the DRV he gets 100 percent

correct.  That's quite atypical.

Q.   In your report from June of this year on

Page 24, you are describing this test.  I want to

ask you about something that you said in the report.

1  In the second full paragraph, the last sentence

2  where it starts, "The disparity"; do you see that?

3  **A.**   Page again?

4  **Q.**   Page 24.

5  **A.**   "The disparity," yes.

6  **Q.**   So you are saying, "The disparity indicated the

7  profile was not created by a person with dementia,"

8  and then you go on.  What do you mean by that and

9  how do you draw that conclusion?

10  **A.**   Well, what you see is he did -- he placed the

11  easy -- easy scales up very, very high.  Although

12  DRV is 100 percent, that's atypical.  That should --

13  if you look at the compared to other dementia cases,

14  particularly as they become more demented, DRV

15  drops.

16              Because there's always the same

17  curve is what you would expect.  It's a nice,

18  gradual curve -- mild cognitive impairment causes a

19  mild curve.  Actually, normal performance is a mild

20  curve -- well, not so much.  Once you get into the

21  cognitive impaired range, that curve continues to be

22  mild, gradual decline, but it drops lower on the

23  scale.  Everything drops.  That's what you see.  You

24  can see that pattern over, over, and over again with

25  the dementia patient groups.

09:54:47   1                    His doesn't do that same pattern.

09:54:50   2   He does below criteria for the easiest items, then

09:54:55   3   does 100 percent on DRV, and then for paired

09:55:00   4   associate and free recall we see a drastic drop

09:55:02   5   where he's performing down at the 20 percent correct

09:55:07   6   and zero percent correct.

09:55:09   7                    When you compare that to the actual

09:55:12   8   genuine dementia patients, their pattern is not like

09:55:16   9   that.  It's -- it's very odd to see a pattern like

09:55:19  10   this in my experience.  I use this test on all of my

09:55:23  11   dementia exams in the clinic.

09:55:25  12   Q.   So the fact that you observed atypical scoring

09:55:29  13   patterns of Mr. Brockman in these two validity tests

09:55:32  14   we just walked the Court through, what does that

09:55:35  15   tell you, in your professional opinion, about

09:55:37  16   Mr. Brockman's cognitive scores in these cognitive

09:55:40  17   tests that he took?

09:55:41  18   A.   I don't believe his cognitive scores reflect

09:55:50  19   genuine, severe cognitive impairment.

09:55:52  20   Q.   Why is that?

09:55:53  21   A.   I don't believe the patterns are consistent

09:55:55  22   with what you see with genuine demented patients.

09:55:57  23   Q.   Now, another -- let me move to another test.

09:56:01  24   That same page in your report from June of 2021, you

09:56:04  25   mention, in the third paragraph, a test called the

09:56:08  1   VSVT.  What is that test?

09:56:11  2   **A.**   The VSVT stands for Victoria Symptom Validity

09:56:17  3   Test.  This is also a computer-generated -- or

09:56:22  4   computer-administered test.  Rather than words or

09:56:26  5   pictures, it uses numbers however.  It shows a

09:56:30  6   five-digit number on the screen, and then the number

09:56:34  7   goes away.

09:56:35  8          And then after a few seconds two

09:56:38  9   five-digit numbers show up on the screen, and the

09:56:42  10  person has to click the key on the left side or the

09:56:44  11  right side on the computer to choose the number on

09:56:49  12  the left or the number on the right, which was, in

09:56:52  13  their view, the same as the number they just saw.

09:56:54  14  So it's a recognition task.

09:56:56  15          You see the first five-digit

09:56:59  16  number.  Then it goes away.  Five seconds later two,

09:57:03  17  five-digit numbers and you select the one you saw

09:57:05  18  from just before.

09:57:06  19  **Q.**   How did Mr. Brockman do on this test?

09:57:09  20  **A.**   He performed poorly on it.  If I can explain?

09:57:20  21  There are what are called easy items and hard items.

09:57:27  22  Even though they're labeled easy and hard, they're

09:57:29  23  both pretty equally easy, okay?

09:57:34  24          But the ones that are labeled hard

09:57:37  25  -- instead of being a completely different

five-digit number as the foil, it's the same
five-digit number but with the middle numbers
transposed, okay?  However, you can look at it and
see the first numbers are not the same immediately.
And so it's still strikingly easy task, but that's
why they call it hard because it's similar numbers.

And on that part of the task -- I
mean Mr. Brockman performed poorly on this across
the board, but on those hard items -- and the reason
it's done that way is because it's -- it's a bit of
a bait for the person.  They think this is harder,
then they'll perform more poorly on the hard items,
which is exactly what Mr. Brockman did. He did more
poorly on the hard items than the easy items, which
number one does not make a lot of sense.

Second, he performed so poorly on
the hard items that he was below the cutoff we use,
even in dementia cases, to suggest a positive
finding based upon research.  But his score was also
low enough that from a probabilistic perspective, he
should have done better if he was blindfolded.

Q.   What was his score on this test back in May of
2021?

A.   On the hard items?

Q.   In the overall test, the Victoria Symptom

09:59:08  1  Validity Test, what was his score?  It's in your

09:59:11  2  report, I think -- Page 24, the third paragraph.

09:59:26  3  **A.**  Okay.  Yeah.  It's -- yeah, I only put in here

09:59:29  4  the score on the hard items.

09:59:32  5  **Q.**  Okay.

09:59:32  6  **A.**  I don't recall, off the top of my head, what

09:59:35  7  his score was on the easy items, but they were below

09:59:39  8  the typical criterion for suggesting putting forth

09:59:43  9  good effort.  But his hard items were much lower,

09:59:48  10  and so I focused on that.  He only obtained 8

09:59:50  11  correct out of 24 items on that hard-item scale.

10:00:01  12  **Q.**  That 8 out of 24 on the hard-item scale, is

10:00:04  13  that a pass or a fail?

10:00:05  14  **A.**  Oh, it's a fail.  Anything below 11 in a

10:00:08  15  dementia context would be considered a fail.

10:00:10  16  **Q.**  Now, we haven't gotten to it yet -- and we'll

10:00:16  17  get into it a little bit more later -- the

10:00:18  18  psychologist retained by Mr. Brockman in this case

10:00:22  19  also performed some cognitive testing,

10:00:26  20  Dr. Guilmette.  Are you familiar with the reports

10:00:27  21  he's produced?

10:00:27  22  **A.**  Yes.

10:00:28  23  **Q.**  Have he reviewed them?

10:00:29  24  **A.**  Yes, I have.

10:00:30  25  **Q.**  Does Dr. Guilmette address your scoring of

10:00:38  1  Mr. Brockman in the Victoria symptom validity test?

10:00:40  2  A.   Yes, he does.

10:00:41  3  Q.   Is his opinion the same as yours?

10:00:43  4  A.   No.

10:00:43  5  Q.   What's his opinion?

10:00:45  6  A.   Well, he said that that score of eight falls in

10:00:49  7  the random range.  He's -- I have to back up.  I'm

10:00:59  8  sorry.  Let me explain how the test works in order

10:01:01  9  to make this answer understandable.  It's a

10:01:06  10  two-alternative, forced-choice task.  There's two

10:01:09  11  options, and the person has to choose between one of

10:01:12  12  the two options.

10:01:14  13              So if -- so it's analogous to

10:01:19  14  flipping a coin.  If you flip -- let's assign heads

10:01:23  15  as one and tails as zero.  If we flip a coin

10:01:26  16  multiple times and we average the result, it's going

10:01:29  17  to be approximately 50 percent.  It's not going to

10:01:34  18  be exactly 50 percent, but it will make a

10:01:36  19  bell-shaped curve.  We can use that bell-shaped

10:01:39  20  curve -- curve based upon what's called the binomial

10:01:45  21  theorem, which tells a person with no ability should

10:01:51  22  perform within the random range.

10:01:53  23              The further they get away from the

10:01:55  24  mean, you can calculate the odds of that happening

10:01:59  25  by random chance alone.  So imagine him taking the

test blindfolded, okay?  He obtained a score of
eight.  Well, in classic test theory where we're
performing psychological testing between means of
groups of subjects with maybe Diet Coke® versus, you
know, a person's preference for Diet Pepsi™ --
whatever -- we typically use, in science, a
probability of p-value, 0.05, which tells you that
it goes so far out into the -- out into the tails of
the curve that it would only occur, you know, less
than five times out of a hundred.

It's a very rare event, and we use
that then to say, "Okay, well then this is not --
not due to random events.  This is due to the
experimental effect, whatever that is."

In this case, that would -- a .05
level would correspond to a seven wrong on the hard
items.  Mr. Brockman obtained eight -- I'm sorry,
not seven wrong, seven correct on the hard items.
Mr. Brockman obtained eight correct on the hard
items.

So it's above the p-value .05, but
it is right next to it.  And subsequent research
regarding that p-value, which is -- for him it was
specifically 0.0758 or less than p-0.8, okay?  So
using the binomial theorem, less than 8 people out

of 100 would perform that way if they were
blindfolded.

The subsequent research that came
out in 2014 and 2019, I believe Binder and Millis --
or Binder, Larrabee and Millis, and Binder and
Chafetz research says that in the forensic setting
of a real evaluation of somebody in a forensic
setting where there's potential for secondary gain,
scores falling below a probability of p-value .2,
okay, which would be much higher than eight, is
still so low as to tell you the person intentionally
chose the wrong answer.

He must have known the right
answer, but then intentionally chose the wrong
answer more often than it would occur in clinical
patients.

Q.   Did you cite this literature you are now
describing for the Court in your report from June of
2021?

A.   I did.

MR. COREY SMITH:  May I approach the
witness, Your Honor?

THE COURT:  You may.

MR. COREY SMITH:  I'm going to hand the
witness copies of the articles he footnotes in his

10:05:04   1   report, and I'd like to mark them for identification

10:05:07   2   as 121 -- 121, 122.

10:05:12   3                    THE COURT:  Okay.

10:05:13   4                    MR. COREY SMITH:  122 and 123, Your

10:05:16   5   Honor -- just for the record, 122 is the article by

10:05:21   6   Laurence Binder and Michael Chafetz entitled,

10:05:24   7   "Determination of the Smoking Gun of Intent,

10:05:27   8   Significance of Testing of Forced-Choice Results in

10:05:31   9   Social Security Claimants."

10:05:33   10                    And 123 is, "Intent to Fail

10:05:36   11   Significance Testing of Forced-Choice Results" by

10:05:38   12   Laurence Binder, Glenn Larrabee and Scott Millis.

10:05:43   13   We're going to offer those into evidence as part of

10:05:46   14   Dr. Denney's testimony.

10:05:49   15                    THE COURT:  Any objection?

10:05:51   16                    MR. LOONAM:  Whether it's entered into

10:05:52   17   evidence or cited and quoted to the Court doesn't

10:05:54   18   really matter.  No objection.

10:05:58   19                    MR. COREY SMITH:

10:05:59   20   Q.   My question with regard to the two articles you

10:06:02   21   cite in your report, what does it mean to you that

10:06:05   22   in this test, Mr. Brockman scored 8 out of 24 on the

10:06:10   23   hard items in this validity test?  How does that

10:06:13   24   inform your professional opinion?

10:06:14   25   A.   That tells me that Mr. Brockman knew the right

10:06:17  1   answers, but intentionally chose the wrong answers.

10:06:22  2   That, as they say -- you hate to use the term

10:06:25  3   smoking gun, but that's what they're saying.  It's

10:06:27  4   indicative of intent to perform poorly.

10:06:31  5   Q.   Now, I want to ask you a few more tests you did

10:06:34  6   in May, and then move on to your October testing.

10:06:38  7   I'll point you to where in your report, just to help

10:06:41  8   refresh your memory, Page 26.  You talk about a test

10:06:45  9   called the NAB® Memory Verbal Learning -- I think I

10:06:48  10  got that right from your report?

10:06:54  11  A.   As a validity test?

10:06:55  12  Q.   No, no, no.  You cite this test?

10:06:57  13  A.   Yeah, it's the NAB®, Neuropsychological

10:07:00  14  Assessment Battery Memory Module.  It's the primary

10:07:04  15  memory index of that memory battery.

10:07:07  16  Q.   Can you explain for the Court, briefly, what

10:07:09  17  this test is?  If this is not a validity test as you

10:07:12  18  said, it's a cognitive test?

10:07:14  19  A.   Yes, standard neuropsychological test on

10:07:17  20  memory.

10:07:18  21  Q.   So what -- well, if you can describe the test

10:07:21  22  briefly, and then what did you discern from the

10:07:23  23  results you obtained from Mr. Brockman about his

10:07:26  24  performance on the test?

10:07:27  25  A.   Yes, this is a battery of learning and memory

10:07:30  1  test that combine together.  And over the course of

10:07:34  2  about 40 minutes, give you scores in the area of

10:07:38  3  verbal learning ability, non-verbal learning, and

10:07:43  4  then verbal recall, non-verbal recall, and then also

10:07:49  5  a combination of audio and visual recall.

10:07:54  6              Gives you a total score, as well as

10:07:56  7  subscores related to a person's memory.

10:08:02  8  Q.   So those scores -- what does that tell you

10:08:06  9  about Mr. Brockman and the overall assessment of his

10:08:10  10  cognitive ability, and I should say answer that

10:08:13  11  first before I ask another question?

10:08:15  12  A.   Well, putting validity issues aside, he scored

10:08:19  13  with an overall index score of 58, which is grossly,

10:08:26  14  grossly impaired.  It's a standard score with a mean

10:08:29  15  of 100 standard deviation of 15.  So it's similar to

10:08:33  16  an IQ score -- same scale.

10:08:37  17              A 58 would be almost three standard

10:08:42  18  deviations below the mean.  It's severely, severely

10:08:46  19  impaired.

10:08:46  20  Q.   So if you take this test score, this NAB®

10:08:49  21  memory test score in isolation away from the

10:08:51  22  validity tests and other -- other data, it presents

10:08:55  23  as if Mr. Brockman is severely impaired in the

10:08:57  24  memory area?

10:08:59  25  A.   Yes.  If this were a genuine result that

10:09:01   1   reflects a person's real ability -- yeah, a grossly

10:09:07   2   impaired memory.

10:09:08   3   Q.   You comment on these -- these memory tests on

10:09:10   4   Page 27 of your report, the third paragraph.  I'd

10:09:13   5   like to point you to that paragraph, if I may.

10:09:17   6                  THE COURT:  Which page?

10:09:20   7                  MR. COREY SMITH:  27, Your Honor, of

10:09:22   8   the June report.

10:09:24   9                  THE WITNESS:  Yes, I see it.

10:09:26   10                  MR. COREY SMITH:

10:09:26   11   Q.   The third paragraph down starts with,

10:09:29   12   "Overall."  You say, "Brockman's scores during the

10:09:33   13   memory learning do not make clinical sense."

10:09:36   14                  What do you mean by that?

10:09:38   15   A.   Two things.  They -- number one, they were

10:09:42   16   extremely -- they were severe, and that severity was

10:09:47   17   not consistent with the man I was seeing and talking

10:09:52   18   to, and who demonstrated recollection for what

10:09:56   19   happened the day before in my examination versus the

10:09:59   20   day after.

10:10:01   21                  He specifically remembered the

10:10:03   22   details of the instructions related to the MMPI we

10:10:07   23   tried to start the day before, and he spontaneously

10:10:09   24   brought that issue up the next morning.  These

10:10:12   25   results are so severe that if they were genuinely

10:10:16  1   reflecting -- or if they were reflecting genuine

10:10:20  2   impairment, he would absolutely not have been able

10:10:22  3   to have done that.

10:10:24  4            The second aspect of them that make

10:10:26  5   them look not right is that he did not show the

10:10:31  6   pattern where people would learn -- they tend to

10:10:35  7   learn better, but then they are more poorly -- or

10:10:38  8   they're more impaired on their free recall of that

10:10:40  9   information afterwards, which is a classic type of

10:10:43  10  problem you see with dementia.

10:10:45  11           They can learn -- maybe they learn

10:10:47  12  slowly, but what they learn they can learn.  And

10:10:50  13  then they do more poorly on the free recall.  He

10:10:53  14  didn't do that.  He was pretty flat across the

10:10:56  15  board, except for his non-verbal learning and

10:11:00  16  retention were up in, I believe, the reasonably

10:11:05  17  normal ranges.

10:11:09  18           That's pretty striking.  For

10:11:12  19  somebody to be that globally impaired, and yet

10:11:15  20  normal ranges on the nonverbal portions of the test

10:11:19  21  again does not make clinical sense.  I do not see

10:11:21  22  that in the clinic, and I use this memory battery on

10:11:24  23  every person I evaluate at the memory clinic.

10:11:26  24  Q.   So overall, in your May testing of

10:11:30  25  Mr. Brockman, what conclusions can you draw from

10:11:32   1   both the cognitive testing, the validity testing,

10:11:37   2   and the overall pattern of his test scores?  What --

10:11:41   3   in your professional opinion, what conclusion can

10:11:42   4   you draw?

10:11:44   5   **A.**   That he was intentionally exaggerating his

10:11:47   6   cognitive impairment on the testing.

10:11:51   7   **Q.**   Now, let's turn to the more recent testing in

10:11:54   8   October of this year, just of last month.  Did you

10:11:56   9   obtain similar results in October that you did in

10:12:00   10   May?  That's Exhibit 2 if you want to look at your

10:12:04   11   report.  It's government's Exhibit 2, pre-admitted.

10:12:08   12   **A.**   Yes.  In rough summary, yes, I found similar

10:12:15   13   results.

10:12:17   14   **Q.**   So if I can ask you to turn to Page 11 of your

10:12:21   15   October report.  If we can put this page up?  Yep.

10:12:36   16   I believe that page is on the screen for you.

10:12:38   17   **A.**   Yes.

10:12:40   18   **Q.**   This screen is entitled the -- make that

10:12:45   19   larger?

10:12:51   20            Dr. Denney, which chart would be --

10:12:55   21   **A.**   Well, we can -- we'll look at both of them.  We

10:12:58   22   can look at the top one.  That's fine.

10:13:00   23   **Q.**   The first thing I want to ask you, is this the

10:13:03   24   same test you administered to the Defendant,

10:13:07   25   Mr. Brockman, back in May of this year?

10:13:09   1   **A.**   Yes, it is.

10:13:10   2   **Q.**   How does this compare -- this is the October

10:13:12   3   result; is that right?

10:13:14   4   **A.**   Yes.

10:13:14   5   **Q.**   How does that compare to the chart we saw

10:13:17   6   earlier this morning from the May test?

10:13:20   7   **A.**   Well, it is also a fail with the basic

10:13:24   8   algorithms, because on the easiest subtests -- the

10:13:41   9   IR, DR, CNS -- he fell below criteria, so it's a

10:13:44   10   fail.

10:13:46   11                The algorithm for the test would

10:13:51   12   suggest it could be a possible, genuine memory

10:13:56   13   impaired profile if it is compared to relevant

10:14:04   14   criterion groups, and is deemed to be a plausible

10:14:08   15   profile.

10:14:09   16   **Q.**   Just to be clear, this is the same validity

10:14:12   17   test that you administered in May; is that correct?

10:14:15   18   **A.**   Yes, it is.   So he performed more poorly on the

10:14:18   19   easy items than he did in May, but he -- and he

10:14:22   20   performed very poorly also on the more difficult

10:14:24   21   items, although he got five percent correct on the

10:14:27   22   free recall this time.   Last time he got none

10:14:30   23   correct.

10:14:30   24   **Q.**   And how does he compare against these control

10:14:33   25   groups that you have in the dotted color lines?

10:14:37   1   **A.**   The control groups, as you can see listed on

10:14:40   2   the bottom there, are mixed dementia group, another

10:14:45   3   mixed dementia group, neurology patients who have

10:14:50   4   dementia, and then 33 Missouri Memory Center

10:14:55   5   clinical dementia cases.

10:14:56   6                    Then that bottom one, 48

10:14:59   7   sophisticated simulators out of a research study, I

10:15:06   8   pulled that data out.

10:15:07   9   **Q.**   So how does that inform your professional

10:15:09   10   opinion -- let me rephrase that question and make it

10:15:12   11   clearer.   Mr. Brockman's score, the solid blue line

10:15:16   12   -- when compared to the control group -- how is his

10:15:19   13   profile of his scores informing your professional

10:15:23   14   opinion about whether or not Mr. Brockman is truly

10:15:25   15   taking these tests or exaggerating -- faking his

10:15:29   16   symptoms?

10:15:29   17   **A.**   Right.   You can see the overall, arching

10:15:33   18   pattern of his scores, the curve of his scores do

10:15:36   19   not match the curve of the dementia patients.

10:15:39   20   Dementia patients have a same type of pattern,

10:15:44   21   basically.   Except if it's more severe, the pattern

10:15:48   22   is lower on the scale.

10:15:50   23                    But it has that same curve down to

10:15:52   24   the right.   Mr. Brockman's performance, he performed

10:15:58   25   worse than them on the easiest portions of the test

10:16:00   1   and actually performed in the range -- the

10:16:03   2   malingerer, the simulators do.  Yet, he performed

10:16:07   3   better on DRA and DRV than he did on the easier IR

10:16:14   4   score.

10:16:16   5          Then we see a drastic drop to

10:16:19   6   paired associate and free recall, a straight line

10:16:23   7   down rather than a curve like you see with the other

10:16:26   8   dementia patients.  That tells me that his profile

10:16:30   9   is not consistent with genuine dementia.

10:16:35   10   **Q.**   So you scored this as a failed validity test in

10:16:38   11   October?

10:16:40   12   **A.**   Yes.  I would rate this as a fail, based upon

10:16:43   13   the implausible of his profile, compared to

10:16:49   14   appropriate criterion groups.

10:16:51   15   **Q.**   Does that mean he was intentionally trying to

10:16:55   16   fail the test?

10:16:57   17   **A.**   I can't say from this test whether that

10:17:01   18   indicates he was intentionally.  I'm just saying his

10:17:03   19   profile in this test is not consistent with genuine

10:17:09   20   dementia.

10:17:09   21   **Q.**   Another test you performed in October --

10:17:12   22   Page 12 of your October report -- it's Green's MSVT.

10:17:18   23   It's up on the screen.  Is that a test you also

10:17:23   24   administered in May of 2021?

10:17:25   25   **A.**   Yes, it is.

10:17:26   1   Q.   And how did he do on this test?   How did

10:17:29   2   Mr. Brockman do on this test -- well, first, how did

10:17:32   3   he do on this test in October of 2021?

10:17:36   4   A.   Very poorly.   You want me to explain this test?

10:17:38   5   Because we haven't explained it yet.

10:17:40   6   Q.   Yes, let's go ahead and explain this test for

10:17:42   7   the Court.   What it is?

10:17:43   8   A.   Thank you.   The MSVT stands for Medical Symptom

10:17:48   9   Validity Test.   This is the sister test to the

10:17:50   10  non-verbal MSVT.

10:17:53   11              It's -- it's a word test as well,

10:17:56   12  so it uses words but they're very simple words.

10:18:00   13  It's arranged in a way similar to the -- that other

10:18:03   14  word memory test that we talked about, except

10:18:08   15  instead of 40 words, it's only 20 words and they're

10:18:10   16  at a first-grade reading level.

10:18:13   17              They are strong word pairs that are

10:18:16   18  connected together -- words that are actually

10:18:21   19  compound words using an example just like an item

10:18:26   20  from the test, but not from the test, would be like

10:18:29   21  shoe/laces for example.   The person views these word

10:18:33   22  pairs on the screen of the computer.

10:18:38   23              Again, there's ten-word pairs for

10:18:41   24  20 words total.   You look through the list twice to

10:18:44   25  learn them, and then it measures the person's

10:18:47   1    immediate recognition just like before, you choose

10:18:50   2    which word you remember from the list compared to a

10:18:52   3    foil they've not seen, and then you do that for the

10:18:55   4    immediate recognition.

10:18:57   5              Then, after a ten-minute delay you

10:19:00   6    come back and do it again, but with new foils so you

10:19:03   7    are not confusing them with foils.  They have to

10:19:06   8    choose the word they remember from the original

10:19:07   9    list, and then the CNS again stands for consistency.

10:19:13  10    PA stands for paired associate.

10:19:16  11              In this instance, I turned the

10:19:18  12    computer away from the examinee and I say, "Okay.

10:19:22  13    I'm going to say the first word in the word pair,

10:19:24  14    and you tell me the word that went with it.  So for

10:19:28  15    example, what word went with shoe" -- in my example

10:19:32  16    earlier where I used the word shoelace, and he would

10:19:36  17    give me the second word that goes with it.

10:19:37  18              It's a compound word, so the two

10:19:37  19    words are strongly associated, and that's what

10:19:40  20    paired associate score is, percent correct.  Then

10:19:42  21    the free recall is, as you would expect, "I would

10:19:47  22    like you to tell me all of the word pairs you

10:19:49  23    remember from the original list.  You can give them

10:19:50  24    to me in pairs, or one at a time -- any order, just

10:19:55  25    do your best."

10:19:56  1  **Q.**   How did -- how did Mr. Brockman do in this
10:19:59  2  test?
10:20:00  3  **A.**   He performed very poorly.
10:20:02  4  **Q.**   And is it similar to his performance back in
10:20:04  5  May?
10:20:09  6  **A.**   I did not administer this test in May.
10:20:11  7  **Q.**   Okay.  I'm sorry.
10:20:12  8  **A.**   So I don't have a comparison on that.
10:20:16  9  **Q.**   So let me just focus on this test in October.
10:20:18  10  So when you administered this test in October and he
10:20:21  11  did poorly, would you mark that as a fail or as a
10:20:24  12  pass?
10:20:25  13  **A.**   Well, I'll walk through the algorithm with you
10:20:27  14  briefly.  It's a fail for the first criterion,
10:20:31  15  because the IR, DR and CNS are well below where they
10:20:34  16  should be.
10:20:35  17               The second half of that to
10:20:37  18  determine whether it's a genuine -- potential
10:20:40  19  genuine memory impaired profile then is the
10:20:42  20  difference between the easy and hard subtest scores.
10:20:47  21  On this particular task, because his free recall was
10:20:50  22  so low compared to his immediate recognition score,
10:20:54  23  it met the easy/hard difference for a possible,
10:20:58  24  genuine memory impaired profile.  But, you have to
10:21:03  25  compare that to relevant criterion groups to see is

10:21:06   1   it a plausible profile.

10:21:10   2                    And in this instance it's not,

10:21:12   3   because the IR, DR and CNS are way too low.  There's

10:21:17   4   research regarding this that came out in 2021 by

10:21:22   5   Cerny and colleagues, that showed when you average

10:21:25   6   the easy scores -- take the mean of those three --

10:21:30   7   if it's below 75 it's a fail, even in mixed clinical

10:21:37   8   groups that include dementia patients.

10:21:39   9   Q.   Now -- so this is two validity tests that

10:21:42   10   Mr. Brockman, in your opinion, failed October of

10:21:44   11   this year, last month?

10:21:46   12   A.   Yes, in my opinion this would be classified as

10:21:48   13   a fail because it's not plausible compared to those

10:21:52   14   severe dementia patients as you see.

10:21:54   15   Q.   Let me ask you about another validity test that

10:21:57   16   you administered in October of this year, the

10:22:00   17   Rey-15-Item Test.  Can you explain what that test is

10:22:04   18   for the Court?  First of all, did you administer it

10:22:07   19   to Mr. Brockman?

10:22:08   20   A.   Yes, I did.

10:22:09   21   Q.   Can you explain to the Court what is that test?

10:22:14   22   A.   This is a test that was developed in the 1930's

10:22:16   23   and 40's.  I believe published in -- yeah, 1940's.

10:22:23   24   Might have been the early 50's.  It's an exceedingly

10:22:28   25   simple task.

Q.   I think we have your test sheet from your data
to help you explain to the Court what the test is.
A.   Yeah, not that one yet.   Okay -- the way this
works is I would show this piece -- let me set the
stage.

"Okay.   Sir, I have a page here
with 15 different things on it.   I'm going to let
you look at it for just a few seconds, and then I'm
going to take it away and I would like for you to
draw as many of those 15 different things as you
possibly can,"  then you would normally show it to
the person for ten seconds.

But with elderly people research
says they need a little more time, so you show it
for maybe 20 or 30 seconds.   I showed it to him for
30 seconds.   Then you take it away, and you have the
person draw as many of those 15 things they can on a
piece of paper immediately afterwards.   Sometimes
you wait ten seconds, depends on the research.   I
just did it pretty quick right away.

And as you can see, the pattern is
obvious.   Once you get a quick glimpse of this, you
understand the pattern.   That's what makes it
actually a great validity test in this regard,
because it seems like it's going to be hard, but it

10:23:53    1    is actually very easy.

10:23:57    2                    Now, you want me to say how

10:23:59    3    Mr. Brockman performed on --

10:24:02    4    Q.   Yeah, how did Mr. Brockman do on this test?  I

10:24:04    5    think we have this test sheet from your test.

10:24:06    6    A.   Yeah, he only -- he only recalled one of those

10:24:09    7    items.  That's pretty poor.  Most people, even with

10:24:17    8    cognitive impairment, can remember nine of those.

10:24:20    9    Q.   On the screen -- sorry to interrupt,

10:24:22   10    Dr. Denney.  You have it up in the corner?

10:24:25   11    A.   Yes.

10:24:25   12    Q.   Is this Mr. Brockman's --

10:24:27   13    A.   That is, yeah, Mr. Brockman's Rey-15 and free

10:24:31   14    recall test.  He started to draw a clock, and then

10:24:34   15    stopped doing that and he drew another -- looks

10:24:37   16    somewhat like a circle -- might have been start of

10:24:42   17    another clock.  He stopped, and then he drew the

10:24:44   18    third one down, a circle on the bottom.

10:24:46   19                    So I count this as a one, because

10:24:48   20    that circle on the bottom would be consistent with

10:24:50   21    the circle you saw on the stimulus page.  And these

10:24:54   22    other two marks are called intrusions.

10:24:57   23    Q.   What is that?

10:24:59   24    A.   Things that should not be there.  They were not

10:25:02   25    a part of the original stimuli.  And in elderly and

10:25:08  1  cognitively impaired people when you get intrusions

10:25:11  2  they're exceedingly rare, so much so that they could

10:25:14  3  be considered a positive finding on this validity

10:25:18  4  test when a person does that.  But then there is a

10:25:21  5  recognition task to this test, too, that should

10:25:25  6  always be administered with it.

10:25:27  7  Q.    Did you administer the second portion?

10:25:29  8  A.    Yes, I did.  And that recognition test was

10:25:33  9  developed by Kyle Boone in, I think, 2000.  So it's

10:25:39  10  a much more recent addition to this task.

10:25:41  11  Q.    I think we have that sheet for you to describe

10:25:44  12  to the Court.

10:25:49  13  A.    For this -- after they have drawn what they can

10:25:51  14  remember of the original 15 items, I pulled out this

10:25:55  15  sheet and say, "Now I have a sheet with 30 different

10:25:59  16  items on it.  I would like for you to circle the

10:26:04  17  items you remember from that original page I showed

10:26:06  18  you," and then they draw.

10:26:08  19             Again, it's immediately after

10:26:10  20  they're done drawing the first page, and then they

10:26:12  21  circle the answers here.  For most individuals, you

10:26:19  22  take a combination of the free recall score and the

10:26:22  23  recognition scores.  If it's below 22, it's positive

10:26:28  24  for indicating not valid.

10:26:32  25             For people who are older, you

10:26:34    1  cannot use that rule.  You have to change them for
10:26:36    2  people who are older and probably have some
10:26:39    3  cognitive problems, such as dementia.
10:26:41    4              Then there is a new algorithm that
10:26:46    5  came out in 2017, where you take the -- you look at
10:26:51    6  this recognition task and you take the true
10:26:53    7  positives, that is the correct answers they circle
10:26:57    8  minus the false positives -- those are the wrong
10:27:00    9  answers they circle -- and then you -- I'm sorry,
10:27:05   10  you take the true positive and you minus the false
10:27:08   11  positives, and then you subtract the intrusion from
10:27:10   12  the first page.  Anything less than two is a
10:27:13   13  positive indicator for invalidity among elderly
10:27:18   14  people with cognitive problems.
10:27:20   15              Additionally, that paper said you
10:27:23   16  need to let the person look at the Rey longer.  You
10:27:26   17  give them some accommodation.
10:27:27   18  Q.   On this Rey-15 Test, how does Mr. Brockman's
10:27:32   19  performance on this test inform your professional
10:27:34   20  opinion of his cognitive testing?
10:27:41   21  A.   His summary score using the Fazio, Faris and
10:27:46   22  Yamout paper, which was cited in my -- my report, as
10:27:48   23  well as Dr. Guilmette's -- using that algorithm,
10:27:51   24  this is a fail because he obtained a score of one,
10:27:54   25  which is below two.

10:27:55  1   **Q.**   So far in October, we have three failed

10:27:59  2   validity tests that we've walked you through?

10:28:01  3   **A.**   Yes, in my opinion they were all failed.

10:28:03  4   **Q.**   Did you compare some of this test results --

10:28:07  5   it's actually Page 15 of your supplemental report,

10:28:09  6   if I can ask you to look at that.

10:28:16  7   **A.**   Oh, sure.

10:28:17  8   **Q.**   Okay.  So is this a summary of your analysis of

10:28:21  9   Mr. Brockman's testing?

10:28:23  10  **A.**   Well, kind of.

10:28:25  11  **Q.**   Okay.  Why don't you describe for the Court

10:28:27  12  what it is.

10:28:28  13  **A.**   Let me switch gears for you real quick.  We're

10:28:30  14  not talking about validity tests anymore.  This is

10:28:33  15  not a validity test.  This is the profile, printout

10:28:39  16  of the NAB® -- which is again the Neuropsychological

10:28:42  17  Assessment Battery Memory Module.  That's that

10:28:47  18  40-minute task I described earlier.

10:28:50  19              I administered that task with

10:28:52  20  Mr. Brockman in May of 2021, and I administered the

10:28:56  21  same task -- 40-minute task in October of 2021.

10:29:01  22  This is a graph of his performance on each of the

10:29:06  23  subscales of those NAB® batteries, both of them

10:29:11  24  superimposed on top of each other.

10:29:13  25  **Q.**   This analysis -- how does this inform you about

10:29:17  1   Mr. Brockman's tested memory and cognitive ability?

10:29:23  2   **A.**   Well, it reflects what I said before, severe

10:29:26  3   performance across the board.  And the overall

10:29:30  4   summary index, by the way, was 58 back in May and

10:29:36  5   was again 58 in October.  So exactly the same,

10:29:41  6   severe overall performance on this memory battery.

10:29:44  7              When you look at the subscale

10:29:46  8   scores, you can see they're virtually the same

10:29:49  9   across the board.  What you also notice is, as I

10:29:52  10   said earlier, he did not do better in his learning

10:29:55  11   scores than he did in his recall scores.  They were

10:29:59  12   all pretty across the board impaired.

10:30:04  13              As a matter of fact, in short term

10:30:08  14   -- or in the story learning, he actually did better

10:30:12  15   during the delay than he did on the learning part,

10:30:14  16   which doesn't make clinical sense.

10:30:16  17   **Q.**   Well, why is that, that doesn't make clinical

10:30:20  18   sense?

10:30:20  19   **A.**   The way memory works for pretty much everyone

10:30:24  20   until they are morbidly impaired -- you know, maybe

10:30:30  21   morbidly is not a good word to use -- grossly

10:30:34  22   impaired to such a degree that you probably wouldn't

10:30:36  23   even need to test them, it's obvious by looking and

10:30:40  24   talking with the person they're so terribly impaired

10:30:44  25   I'm probably not going to get useful result out of

10:30:47    1    it.  It's almost untestable.  At that point, it'll
10:30:50    2    be kind of flat.
10:30:51    3              But prior to that, even with
10:30:53    4    dementia you are going to see a pattern that the
10:30:55    5    person does better on their learning tasks than
10:30:58    6    their free recall tasks or delayed memory tasks,
10:31:01    7    because that's the way it works.  You work with
10:31:03    8    somebody through multiple trials like word-list
10:31:08    9    learning.  I read the list to you once, twice, three
10:31:11   10    times -- some tests do it five times -- and you show
10:31:15   11    a learning curve.
10:31:16   12              Even people with dementia have a
10:31:19   13    learning curve, unless it's again grossly severe.
10:31:22   14    And then they do more poorly on their recall of that
10:31:25   15    information.  That's the way memory works.  We don't
10:31:30   16    see that general pattern here.
10:31:32   17    Q.   So is this a pattern that you would see in a
10:31:34   18    patient with mild to moderate dementia?
10:31:38   19    A.   Absolutely not.
10:31:39   20    Q.   Can you point to -- on your analysis here, this
10:31:42   21    graph, for the Court what parts of this tell you
10:31:44   22    that this is not a typical pattern for somebody with
10:31:48   23    mild to moderate dementia?
10:31:49   24    A.   Sure.  Mr. Brockman's performance during the
10:31:54   25    list-learning A, which is the immediate learning

10:31:58  1   trial, I provide three different -- I provided the

10:32:02  2   word list to him once, and he recalls as many words

10:32:06  3   as he can recall.  And then I do it again, and he

10:32:08  4   does the same.  And then I do it again, so it's

10:32:11  5   three times.

10:32:12  6            It's a learning process.  His score

10:32:14  7   should have been higher than his delayed memory

10:32:18  8   score, but -- I mean, it is -- raw score is better

10:32:24  9   than zero, but that pattern is still not enough to

10:32:27  10  make it reasonable.

10:32:31  11           And the similar thing is the

10:32:34  12  pattern true as I mentioned on the story learning,

10:32:37  13  which is STL, IRC, versus his story learning DRC.

10:32:45  14  It's zero on both of them.  That's not typically the

10:32:49  15  way it works.

10:32:52  16           We see -- actually, when you scale

10:32:54  17  that based upon norms, you can see looks atypical

10:32:58  18  because you can see the DRC portion there is higher.

10:33:01  19  It's a T of 30 versus a T of 19 on the first one.

10:33:06  20  It's atypical when you look at the norms to get that

10:33:09  21  sort of an uptick.

10:33:12  22           And last is the striking difference

10:33:14  23  between his verbal -- or his visual learning and

10:33:18  24  retention by those marks above the SHL -- the SHL

10:33:27  25  stands for shape learning.  Now, you will see on

10:33:33  1   average an improvement for those, compared to the

10:33:36  2   verbal ones, but not this big of an improvement.

10:33:39  3              It's normal for me to see a bit of

10:33:42  4   an improvement across dementia cases, but not this

10:33:45  5   big of an improvement.

10:33:46  6   Q.   So how do these scores -- specifically I want

10:33:49  7   to ask you about the shape learning, SHL score here.

10:33:53  8   Is that consistent with the Rey-15 Test we just

10:33:57  9   looked at where Mr. Brockman -- when was asked to

10:34:01  10  draw the shapes, A, B, C -- he only drew the circle,

10:34:04  11  are those two test results consistent?

10:34:07  12  A.   No, but let me say a couple things.  One is

10:34:12  13  that free recall rate of the Rey-15 is free recall,

10:34:15  14  not recognition, but it's exceedingly simple -- much

10:34:20  15  more simple than the tasks in the NAB® Memory

10:34:26  16  Module.

10:34:26  17             Second, no.  These scores on the

10:34:33  18  NAB® Memory Module fall in the normal range.

10:34:37  19  Anything above a T of 40 is in the normal range,

10:34:44  20  because a T of 40 would be one standard deviation

10:34:48  21  below the mean.  With mean scores the 50 and a ten

10:34:52  22  standard variation.  So you can see that's below 50,

10:34:55  23  yes, but above 40 so that would be considered in the

10:34:58  24  normal range with the percentile rankings in the

10:35:02  25  20's, 30's and 40's.

10:35:04  1   Q.   So just so we're clear, we're talking about the

10:35:06  2   two dots that -- on the graph that are -- the

10:35:10  3   mountain that peaks up; is that what we're talking

10:35:13  4   about?

10:35:13  5   A.   Yes, SHL, IRG -- and SHL, DRG.

10:35:18  6   Q.   Those pretty scores pretty much the same from

10:35:21  7   May to October?

10:35:22  8   A.   Yeah, there was not any significant difference.

10:35:24  9   They were all within the normal range in May and

10:35:26  10  October.

10:35:27  11  Q.   So in your professional opinion, an individual

10:35:30  12  who scored where that graph peaks up on this Memory

10:35:35  13  Module, is that consistent with what you saw in

10:35:39  14  Mr. Brockman's performance on the Rey-15 Test, the

10:35:43  15  test we just looked at?

10:35:44  16  A.   No, absolutely not.  He should have -- with

10:35:46  17  these high visual learning and retention scores, he

10:35:51  18  should have aced the Rey-15, particularly the

10:35:54  19  recognition portion.  He should have done, like, 100

10:35:57  20  -- nearly virtually 100 percent.

10:36:00  21  Q.   My question, Dr. Denney, is that inconsistency

10:36:02  22  that you just told the Court about -- what does that

10:36:05  23  tell you and inform your professional opinion about

10:36:08  24  Mr. Brockman?

10:36:10  25  A.   That tells me that his memory performance, as

10:36:13   1   reflected on not only the NAB® Memory Module, but --

10:36:18   2   again the Rey-15 item and the other memory validity

10:36:23   3   tests indicate that his memory presentation is not

10:36:29   4   genuine.  It's exaggerated.

10:36:34   5            MR. COREY SMITH:  At this time I'm

10:36:35   6   going to go into a new area.

10:36:36   7            THE COURT:  Good time for a break.

10:36:37   8            MR. COREY SMITH:  If this is good for

10:36:39   9   the Court.

10:36:39   10            THE COURT:  That'll be perfect.

10:36:40   11   15 minutes.  I think that's been working well for

10:36:42   12   everyone.  If you need a little bit more time, let

10:36:45   13   me know.  But let's plan on being back in

10:36:47   14   15 minutes, which is ten till.

10:36:56   15   (Whereupon, a recess was held.)

10:58:54   16            THE COURT:  Counsel, you may proceed

10:58:55   17   when ready.

10:58:56   18            MR. COREY SMITH:  Thank you, Your

10:58:56   19   Honor.  Before I restart the direct examination,

10:59:01   20   couple items I marked for identification, I'd like

10:59:04   21   to offer into evidence at this time.  That would be

10:59:06   22   119, which is the ECST-R questionnaire.  There were

10:59:13   23   the two graphs, 120 and 121 from Dr. Denney's

10:59:20   24   May 2021 examination.

10:59:22   25            THE COURT:  Okay.

| | | |
|---|---|---|
| 10:59:23 | 1 | MR. COREY SMITH:  And then there was |
| 10:59:27 | 2 | the last item, the test with the letters and the |
| 10:59:30 | 3 | numbers, 124, 125, and 126.  I offer them into the |
| 10:59:35 | 4 | record at this time. |
| 10:59:36 | 5 | THE COURT:  Okay.  Any objection? |
| 10:59:37 | 6 | MR. LOONAM:  No objection. |
| 10:59:38 | 7 | THE COURT:  Without objection, 119, |
| 10:59:40 | 8 | 121, 126 are admitted.  Were one of those exhibits |
| 10:59:44 | 9 | the actual drawings -- or did you want -- |
| 10:59:48 | 10 | MR. COREY SMITH:  Yeah, the last one, |
| 10:59:50 | 11 | Your Honor, 124, 125, and 126. |
| 10:59:53 | 12 | THE COURT:  Ah, 124, 125, and 126 are |
| 10:59:58 | 13 | all admitted. |
| 10:59:58 | 14 | MR. COREY SMITH:  Thank you, Your |
| 10:59:59 | 15 | Honor. |
| 10:59:59 | 16 | MR. LOONAM:  Your Honor, I would ask -- |
| 11:00:02 | 17 | weren't part of the exhibit sets, so if you can |
| 11:00:04 | 18 | provide us a marked copy? |
| 11:00:07 | 19 | MR. COREY SMITH:  Yes, we're making |
| 11:00:08 | 20 | copies and have them for you. |
| 11:00:09 | 21 | THE COURT:  As long as you have a copy, |
| 11:00:13 | 22 | Mr. Loonam. |
| 11:00:14 | 23 | MR. LOONAM:  I don't now, but it's |
| 11:00:15 | 24 | fine. |
| 11:00:15 | 25 | THE COURT:  Do you need it at this |

11:00:17    1    time?
11:00:17    2                    MR. LOONAM:  I don't.
11:00:18    3                    THE COURT:  Okay.  You may continue.
11:00:20    4                    MR. COREY SMITH:  Thank you, Your
11:00:22    5    Honor.
11:00:22    6    Q.   So, Dr. Denney, I would like to ask you to
11:00:25    7    compare your test-scoring results for Mr. Brockman
11:00:30    8    from May to October.  Is there anything you can draw
11:00:33    9    from those two sets of scoring of cognitive testing
11:00:36   10    and validity testing?
11:00:41   11    A.   Well, they were very similar in both regards.
11:00:46   12    The cognitive testing was -- results were extremely
11:00:52   13    poor.  The validity tests were positive overall.
11:00:56   14    Q.   When you say the validity test was positive,
11:00:58   15    what does that mean?
11:01:00   16    A.   That out -- now, keep in mind there's multiple
11:01:05   17    validity tests in any battery, and they don't all
11:01:09   18    have to be positive.  As I said, you don't look at
11:01:13   19    just one test necessarily, although one test can be
11:01:16   20    dispositive, but you look at the number of them
11:01:18   21    together.
11:01:22   22                    And on both of those assessments,
11:01:25   23    Mr. Brockman failed two or more -- I don't recall.
11:01:29   24    It may have been more, but anyways two or more of
11:01:32   25    those validity tests.  Research shows -- five

11:01:38  1   different studies since, gosh, over recent years

11:01:42  2   have shown that when you have two or more validity

11:01:45  3   test failures in a battery, even up to nine possible

11:01:51  4   validity tests in that battery, two or more failed

11:01:54  5   is a positive indicate orf  overall test battery

11:01:58  6   invalidity, meaning you cannot rely upon the

11:02:01  7   clinical, cognitive testing as being a genuine

11:02:04  8   reflection of the person's ability.

11:02:06  9                So in both of my assessments, May

11:02:09  10  and October results suggested that Mr. Brockman was

11:02:14  11  exaggerating, and in in my opinion intentionally

11:02:17  12  exaggerating.

11:02:18  13  **Q.**   You stand by your results not only in October,

11:02:20  14  but also in May; is that correct?

11:02:21  15  **A.**   Yes.

11:02:22  16  **Q.**   Now, in addition to all of this testing that

11:02:24  17  we've been talking about this morning, did you look

11:02:27  18  at other data and other items in coming to your

11:02:31  19  conclusions regarding Mr. Brockman?

11:02:37  20  **A.**   You mean extra test material -- other items.

11:02:40  21  **Q.**   Let me be more specific.  Did you look at other

11:02:43  22  doctors' testing and cognitive testing of

11:02:46  23  Mr. Brockman in coming to your conclusions about

11:02:48  24  Mr. Brockman?

11:02:48  25  **A.**   Yes, I did.

| | | |
|---|---|---|
| 11:02:49 | 1 | Q.   Are you familiar with a doctor by the name of |
| 11:02:52 | 2 | Dr. Michele York? |
| 11:02:54 | 3 | A.   Yes. |
| 11:02:54 | 4 | Q.   Did you review her test data? |
| 11:02:56 | 5 | A.   Yes, I did. |
| 11:02:57 | 6 | Q.   And her test reports?  Let me ask you to go to |
| 11:03:01 | 7 | Government's Exhibit 82.  It's in the binders there. |
| 11:03:26 | 8 |                 MR. COREY SMITH:  This is a |
| 11:03:27 | 9 | pre-admitted exhibit, Your Honor. |
| 11:03:30 | 10 | Q.   I would ask you at Exhibit 82, Dr. Denney, to |
| 11:03:33 | 11 | turn to Attachment O of that exhibit, it's deep in |
| 11:03:37 | 12 | the attachments. |
| 11:04:00 | 13 | A.   Yes, I have it. |
| 11:04:01 | 14 | Q.   So what is that? |
| 11:04:03 | 15 | A.   This is a document entitled, "Confidential |
| 11:04:06 | 16 | Neuropsychological Evaluation Regarding Robert |
| 11:04:11 | 17 | Brockman by Dr. Michele York." |
| 11:04:14 | 18 | Q.   What's the date of the test? |
| 11:04:16 | 19 | A.   Oh, um, the date of evaluation was May -- I'm |
| 11:04:22 | 20 | sorry, March 1, 2019. |
| 11:04:24 | 21 | Q.   Have you reviewed -- excuse me, have you |
| 11:04:27 | 22 | reviewed this -- these test results before? |
| 11:04:29 | 23 | A.   Yes, I have. |
| 11:04:30 | 24 | Q.   And what was Dr. York's conclusions regarding |
| 11:04:35 | 25 | Mr. Brockman? |

11:04:38  1   **A.**   That he had significant, cognitive problems and

11:04:42  2   warranted a diagnosis of dementia.

11:04:44  3   **Q.**   Now, in reviewing Dr. York's report and test

11:04:48  4   data, do you know whether or not Dr. York performed

11:04:51  5   any of these validity tests that you have been

11:04:53  6   telling the Court about this morning?

11:04:57  7   **A.**   Well, she evaluated him more than once.

11:05:01  8   **Q.**   Well, we'll get to the other ones, but just

11:05:04  9   take them one at a time.

11:05:05  10  **A.**   Okay.  This is the first one in -- in March of

11:05:09  11  '19.  No, she did not use any validity tests, and

11:05:11  12  she did not review what little embedded ability

11:05:17  13  tests were available.

11:05:18  14  **Q.**   Yesterday, you were describing for the Court

11:05:21  15  yesterday the difference between a clinical

11:05:23  16  evaluation.  Dr. York's evaluation in March of 2019,

11:05:27  17  was that a clinical or forensic evaluation?

11:05:29  18  **A.**   It was a clinical evaluation in her clinic.

11:05:32  19  **Q.**   So what does that mean to you as a forensic

11:05:38  20  psychologist -- psychological examiner?

11:05:40  21  **A.**   That means that she came to the case with a

11:05:43  22  certain set of assumptions.  As I tried to explain

11:05:49  23  yesterday, the differences between forensic and

11:05:53  24  clinical, one of the things are assumptions.  You

11:05:55  25  assume the patient is there because they want to get

11:05:58  1  better, and you are assuming what they tell you is

11:06:03  2  reasonably true.

11:06:04  3           You do not assume that they have

11:06:06  4  any ulterior motivation, and then you respond in a

11:06:09  5  like manner with a therapeutic relationship.  You

11:06:13  6  try to foster that so you can get the best testing

11:06:16  7  out of the person, and you are not particularly too

11:06:23  8  uptight about validity issues.

11:06:26  9           You know, you won't even

11:06:28  10  necessarily need to include validity tests.

11:06:30  11  Q.   So in addition to -- you said -- well, let me

11:06:34  12  ask you this way.  You said -- you are aware of

11:06:37  13  Dr. York evaluating Mr. Brockman more than once?

11:06:39  14  A.   Yes.

11:06:39  15  Q.   Did you review all of that test data and test

11:06:42  16  reports?

11:06:42  17  A.   Yes, I did.

11:06:43  18  Q.   How many times did she evaluate Mr. Brockman?

11:06:45  19  A.   She evaluated him three times.

11:06:47  20  Q.   And in those three times, what were -- were her

11:06:51  21  conclusions the same across all three tests or three

11:06:54  22  evaluations?

11:06:59  23  A.   Yes, I believe they were.  I believe she

11:07:03  24  reported that she believed he had dementia, and it

11:07:05  25  was dementia of the Lewy bodies type was her belief

11:07:15  1   it appeared.

11:07:16  2   Q.   Do you recall the date of her second test?  I

11:07:16  3   don't know if that's in the exhibit, but do you

11:07:18  4   recall the date of her second test?

11:07:18  5   A.   I believe it was December of 2019.

11:07:23  6   Q.   And do you know whether that was a forensic or

11:07:26  7   clinical evaluation?

11:07:27  8   A.   Well, she noted in her report that it had now

11:07:32  9   shifted to a forensic evaluation because she had

11:07:35  10  been requested by attorneys to perform the

11:07:38  11  evaluation.

11:07:41  12  Q.   And did -- did she perform, as far as you can

11:07:47  13  recall, any validity testing in her December 2019

11:07:52  14  examination?  I think you talk about that on Page 13

11:07:57  15  of your original report, if you want to refer to it.

11:08:04  16  A.   Okay.  Let me look at my report.

11:08:06  17  Q.   It's your May report Page 13 you talk about

11:08:09  18  Dr. York's testimony.  That might help refresh your

11:08:13  19  memory.

11:08:25  20  A.   What was the exhibit number on that one?

11:08:27  21  Q.   Number one?

11:08:28  22  A.   Oh, you know, I've got it right here.  I

11:08:30  23  realized where I -- I've got it.  There it is.  Yes,

11:09:08  24  I have -- I have it.  I see it.

11:09:11  25  Q.   So when Dr. York examined Mr. Brockman in

11:09:16  1   December 3rd of 2019, did she perform any validity

11:09:21  2   tests?

11:09:21  3   A.   I believe she included the Rey-15-Item Test,

11:09:28  4   but she did not include the recognition portion.

11:09:31  5   She just did the first stimulus page.  And she also

11:09:37  6   reviewed the Reliable-Digit Span embedded index.

11:09:44  7   Q.   For Dr. York, how did Mr. Brockman perform?

11:09:48  8   A.   On the Rey-15, he performed within acceptable

11:09:52  9   limits.  His Reliable-Digit Span score was

11:09:58  10  acceptable as well, although there was other things

11:10:01  11  he did during the examination that raised some

11:10:03  12  serious concern about the validity of that exam.

11:10:06  13  Q.   Serious concern with you or Dr. York?

11:10:07  14  A.   With me.

11:10:09  15  Q.   What are those things that he did?

11:10:12  16  A.   In the December 2019 examination, during one

11:10:15  17  task she asked him to read down a list of words out

11:10:19  18  loud.  He looked at one of the words and said,

11:10:25  19  "Well, that's not a word."

11:10:27  20               It was the word, "T-W-O."

11:10:32  21  Q.   How would you interpret that response?

11:10:34  22  A.   Well, that's ridiculous.  These tests are

11:10:41  23  designed -- that test specifically is designed to

11:10:44  24  measure a person's pre-morbid level of ability.  In

11:10:48  25  other words, it reaches through pathology and

11:10:50  1   captures old, well-learned information that a person

11:10:53  2   would have had to such a degree that you can

11:10:55  3   estimate what their pre-morbid, general psychometric

11:11:04  4   intelligence would be.

11:11:05  5              So reading those words, that's old,

11:11:07  6   well-learned information.  He's been able to read

11:11:09  7   the word "two" since probably in early elementary

11:11:12  8   school or before.  I mean, it's deeply ingrained.

11:11:22  9   To lose that during extreme neuropathology, like a

11:11:26  10  stroke or posterior cortical atrophy or some other

11:11:30  11  very serious condition that we're not in any way

11:11:32  12  talking about here, is ridiculous.  Additionally, he

11:11:35  13  claims he was unable to multiply three times four.

11:11:40  14  Q.   What was Dr. York's conclusion in 2019 about

11:11:43  15  Mr. Brockman's ability -- cognitive ability?

11:11:48  16  A.   That was he was severely impaired.  Still

11:11:58  17  holding to the notion he had Lewy bodies-type

11:12:00  18  dementia.

11:12:01  19  Q.   Now, you mentioned the third examination by

11:12:04  20  Dr. York; when was that?

11:12:07  21  A.   I believe that was December of 2020 -- was it

11:12:13  22  that late?

11:12:14  23  Q.   If I can direct your attention to Page 15 of

11:12:16  24  your report, I think that'll help refresh your

11:12:19  25  memory.

11:12:20  1   **A.**   I'm sorry, October of 2020, yes.

11:12:22  2   **Q.**   Was this a forensic or clinical exam?

11:12:27  3   **A.**   She again noted that it was at the request of

11:12:30  4   attorneys, and so noted it as a forensic exam.  She

11:12:37  5   also noted it was in response to Dr. Pool.

11:12:39  6                    So she's blurring clinical and

11:12:41  7   forensic in an inappropriate way, but noted it to be

11:12:46  8   some kind of forensic exam.

11:12:48  9   **Q.**   So in her -- Dr. York's October of 2020 exam,

11:12:51  10  did Dr. York -- according to what you reviewed --

11:12:54  11  perform any validity tests?

11:12:57  12  **A.**   She administered no free-standing validity

11:13:00  13  tests this time.

11:13:00  14  **Q.**   So what does that indicate to you as the

11:13:03  15  reliability of this test data?

11:13:07  16  **A.**   Well, without validity tests in a -- without a

11:13:15  17  thorough assessment of validity for a criminal

11:13:18  18  defendant who is a part of criminal proceedings, you

11:13:22  19  cannot rely on the -- the regular test data.

11:13:25  20  There's no way to say that that's valid.

11:13:29  21  **Q.**   So did you -- well, let me back up to the --

11:13:33  22  the March 2019 test, which you talk about on Page 10

11:13:38  23  of your report.  If I can ask you -- well, before I

11:13:42  24  direct you to an exhibit.  In analyzing the data and

11:13:47  25  evidence in this case, were you made aware of two

11:13:49  1   depositions that Mr. Brockman gave in 2019?

11:13:55  2   A.   Yes.

11:13:56  3   Q.   One in January of 2019, and one in September?

11:13:59  4   A.   September, correct.

11:14:00  5   Q.   Did you review those transcripts?

11:14:03  6   A.   Yes, I did.  I believe the January -- well, I

11:14:08  7   reviewed transcripts of the September deposition.  I

11:14:12  8   actually watched his video of the January

11:14:15  9   deposition.

11:14:16  10  Q.   And did you watching that video and reviewing

11:14:19  11  of the January deposition, and reviewing the

11:14:23  12  transcript of the September deposition -- did that

11:14:27  13  inform your professional opinion you are giving the

11:14:29  14  Court here today?

11:14:30  15  A.   Yes, it did.

11:14:31  16  Q.   And how is that?  Well let me rephrase the

11:14:34  17  question to make it clearer.  What information did

11:14:36  18  you glean from that review of those two depositions

11:14:41  19  in formulating your professional opinion?

11:14:44  20  A.   The doctors' test results suggesting dementia

11:14:49  21  are erroneous.  I teach my -- when I taught at -- in

11:14:54  22  the neuropsych program at the Forest Institute

11:15:00  23  teaching neuroanatomy and neuropathology, I always

11:15:04  24  taught my students this phrase -- and my clinical

11:15:07  25  interns as well -- real-world functioning always

11:15:09     1    trumps psychological test result.

11:15:13     2                      In other words, your test result

11:15:14     3    may say someone has no memory whatsoever, but when

11:15:17     4    you see them in a deposition providing sharp

11:15:23     5    responses with memory, and acting in a way that is

11:15:28     6    totally opposite of what the severe test scores

11:15:31     7    would suggest, you have to believe one or the other.

11:15:38     8    And the real world should take precedence, not test

11:15:42     9    scores, because test scores can be subverted

11:15:48    10    intentionally or unintentionally.

11:15:50    11    Q.    What did you observe from the January 2019

11:15:53    12    deposition on Mr. Brockman?

11:15:55    13    A.    There is no way Mr. Brockman could have had

11:15:57    14    dementia at that time.  It's absolutely impossible

11:16:01    15    given that performance.

11:16:02    16    Q.    So that deposition was on January 16, 2019.

11:16:07    17    What was the date of Michele York's 2019

11:16:13    18    examination, the exact date -- the date of her first

11:16:17    19    examination?

11:16:17    20    A.    March 1, 2019, I believe.  At least in the

11:16:21    21    report --

11:16:21    22    Q.    Excuse me.  So what is the lapse of time from

11:16:27    23    the January 2019 deposition to Michele York 's first

11:16:32    24    examination?

11:16:33    25    A.    Six weeks.

11:16:34   1   Q.   And you --

11:16:35   2   A.   Or less.

11:16:36   3   Q.   And you observed that tape, and you also

11:16:38   4   reviewed Dr. York's test data; is that correct?

11:16:40   5   A.   Yes.

11:16:42   6   Q.   So in your professional opinion, Dr. Denney,

11:16:45   7   could an individual that produced the test scores

11:16:50   8   that Mr. Brockman did for Dr. York -- could that

11:16:54   9   same person, six weeks earlier, have given that

11:16:59   10   performance you observed in the deposition in

11:17:01   11   January of 2019, just six weeks earlier?

11:17:06   12   A.   No, absent some severe, intervening event, like

11:17:12   13   a major car accident, falling from a third floor --

11:17:16   14   story or something like that; right?  Absent other

11:17:20   15   brain trauma, no.

11:17:22   16         Dr. York's memory testing, for

11:17:24   17   example, fell in the severe range -- the results

11:17:31   18   did.  And there's no way that somebody with genuine,

11:17:36   19   severe range memory testing scores could have

11:17:38   20   performed the way he did just not even six weeks

11:17:43   21   later.

11:17:43   22   Q.   When you viewed that videotape of Mr. Brockman

11:17:47   23   giving a deposition on January 16th of 2019, did you

11:17:51   24   see any indication of dementia of any sort exhibited

11:17:56   25   by Mr. Brockman during the deposition?

11:17:59  1   **A.**   Not of dementia.  Looking at it -- you know,

11:18:05  2   it's -- there were subtle signs.  Of course, it's a

11:18:09  3   little different looking back on it.  You know, I

11:18:12  4   may not have recognized it upfront, and certainly

11:18:15  5   without knowing the man before, but looking back on

11:18:17  6   them I can see subtle signs of possible

11:18:21  7   Parkinson's-type symptoms, but no indication of any

11:18:25  8   cognitive impairment whatsoever.

11:18:27  9   **Q.**   And then, I want to ask you about Dr. York's

11:18:30  10   second exam on December 3, 2019.  Did you review

11:18:34  11   this second deposition of the Defendant on

11:18:40  12   September 16th and 17th of 2019, the Federal Trade

11:18:44  13   Commission deposition?

11:18:46  14   **A.**   Yes, I did.

11:18:46  15   **Q.**   This one was not recorded, just reviewed the

11:18:49  16   transcript?

11:18:49  17   **A.**   Correct.

11:18:50  18   **Q.**   In your review -- reading of that transcript --

11:18:53  19   again, same question.  Did you see any evidence of

11:18:56  20   mild to moderate or severe dementia -- dementia of

11:19:00  21   any kind?

11:19:01  22   **A.**   Certainly nothing that would arise to dementia.

11:19:05  23   Not knowing whether the answers are corrector not, I

11:19:09  24   couldn't -- couldn't say that -- you know, they were

11:19:14  25   maybe incorrect.  I don't know.  His delivery of

| | |
|---|---|
| 11:19:18 | 1 |
| 11:19:22 | 2 |
| 11:19:25 | 3 |
| 11:19:28 | 4 |
| 11:19:32 | 5 |
| 11:19:34 | 6 |
| 11:19:38 | 7 |
| 11:19:42 | 8 |
| 11:19:45 | 9 |
| 11:19:47 | 10 |

1  them, phrasing, thought process, his ability to stay

2  focused, his ability to handle the stress of that

3  based upon his words on the transcript revealed no

4  indication of a substantive, cognitive problem.

5  Q.   So the timeframe from that deposition that you

6  are talking about, September 2019, to Dr. York's

7  exam in December of 2019, is roughly, what, two

8  months, six to eight weeks?

9  A.   Somewhere in there.

10  Q.   In your professional opinion, could an

11  individual that performed as you observed -- granted

12  in a transcript -- then two months later produce the

13  test results -- genuinely produce the test results

14  that Dr. York recorded in her December 2019

15  evaluation?

16           Let me reverse that the other way.

17  In December of 2019, I think you testified Dr. York

18  determined that he is -- that Mr. Brockman is -- has

19  moderate to severe dementia and incompetent to stand

20  trial in December of 2019?

21  A.   Yes.

22  Q.   Could a person with those scores, just two

23  months earlier, have performed as you observed in

24  the transcript of that deposition in September of

25  2019?

| | | |
|---|---|---|
| 11:20:34 | 1 | **A.**   Again, barring some drastic and serious |
| 11:20:38 | 2 | intervening event, no.   Her -- her memory -- memory |
| 11:20:42 | 3 | scores -- summary index are about as low as they can |
| 11:20:47 | 4 | possibly get on the test -- literally on the bottom, |
| 11:20:52 | 5 | okay.   And that's the same as it was, you know, |
| 11:20:56 | 6 | months and months before. |
| 11:20:58 | 7 |                     And to have these interjected |
| 11:21:01 | 8 | depositions in there, no, it makes no sense.   The |
| 11:21:04 | 9 | test cannot possibly be a genuine reflection of his |
| 11:21:08 | 10 | real abilities. |
| 11:21:08 | 11 | **Q.**   In light of the deposition? |
| 11:21:09 | 12 | **A.**   In light of the depositions.   It's impossible. |
| 11:21:12 | 13 | **Q.**   So on Page 17 of your report, you again talk |
| 11:21:15 | 14 | about some other doctors performing some tests. |
| 11:21:20 | 15 | Specifically I want to ask you about Mr. Brockman's |
| 11:21:23 | 16 | office visits with Dr. Lai.   I guess Dr. Lai, |
| 11:21:34 | 17 | according to this, examined him three times? |
| 11:21:38 | 18 | **A.**   I believe so, but this is the June report; |
| 11:21:42 | 19 | right? |
| 11:21:42 | 20 | **Q.**   Yes. |
| 11:21:42 | 21 | **A.**   Dr. Lai, I believe, evaluated him after this |
| 11:21:47 | 22 | report. |
| 11:21:47 | 23 | **Q.**   I'm going to ask you about what's in this |
| 11:21:49 | 24 | report. |
| 11:21:49 | 25 | **A.**   Very good.   Yes. |

| | | |
|---|---|---|
| 11:21:50 | 1 | Q.   Let me start -- let's start with this.  We'll |
| 11:21:53 | 2 | get to that in a minute.  Did you review these |
| 11:21:55 | 3 | medical records and these analyses? |
| 11:21:57 | 4 | A.   Yes, I did. |
| 11:21:58 | 5 | Q.   What did Dr. Lai determine in his analysis or |
| 11:22:03 | 6 | his evaluation of Mr. Brockman? |
| 11:22:07 | 7 | A.   It's my recollection that he opined that |
| 11:22:11 | 8 | Mr. Brockman had some mild cognitive problems, |
| 11:22:16 | 9 | probably with mild cognitive impairment, which he |
| 11:22:19 | 10 | attributed to Parkinson's, but he also raised the |
| 11:22:22 | 11 | possibility of REM sleep behavior disorder. |
| 11:22:25 | 12 | Q.   What is that? |
| 11:22:28 | 13 | A.   REM sleep behavior disorder is -- because of |
| 11:22:32 | 14 | pathology in the brain, it causes the typical |
| 11:22:37 | 15 | circadian rhythms in the way the brain functions |
| 11:22:41 | 16 | during the day and night to alter to where people, |
| 11:22:44 | 17 | while they're sleeping, tend to act out their |
| 11:22:47 | 18 | dreams.  The part of the brain that shuts down the |
| 11:22:50 | 19 | body from motor movement during those deep-sleep |
| 11:22:53 | 20 | dreams becomes faulty, and a person starts to |
| 11:22:57 | 21 | physically act out their dreams. |
| 11:22:59 | 22 | It's oftentimes -- or it's -- it's |
| 11:23:01 | 23 | one of the characteristics inherent in Lewy |
| 11:23:04 | 24 | bodies-related dementia. |
| 11:23:06 | 25 | Q.   Is this symptom recorded in Dr. Lai's reports? |

11:23:15    1   **A.**   Well, he noted that there had been reported

11:23:19    2   symptoms that suggested REM sleep behavior and --

11:23:23    3   and -- and medication had been prescribed for that.

11:23:26    4   **Q.**   Is that REM sleep disorder attributable to a

11:23:31    5   particular disease?

11:23:32    6   **A.**   Well, it's -- it's very commonly associated

11:23:35    7   with Lewy bodies disease.

11:23:39    8   **Q.**   What is Lewy bodies disease?

11:23:41    9   **A.**   Lewy bodies disease is closely related to

11:23:49   10   Parkinson's disease.  Lewy bodies are abnormal brain

11:23:55   11   cells -- damaged brain cells, in essence -- that

11:23:59   12   have been termed Lewy bodies because it refers to

11:24:02   13   being identified by Lewy.

11:24:07   14                And they are reflected in -- in the

11:24:10   15   brain in a greater amount in Parkinson's, but -- and

11:24:14   16   even more severe manner in Lewy bodies dementia.

11:24:18   17   **Q.**   So in your review of these medical records from

11:24:23   18   Dr. Lai, Dr. York, and some of the other doctors

11:24:26   19   that the Defendant went to, did you observe that the

11:24:30   20   Defendant had relayed to his doctors that he had the

11:24:34   21   symptoms of Lewy bodies disease, like this acting

11:24:36   22   out --

11:24:37   23                MR. LOONAM:  Objection to this leading,

11:24:38   24   Your Honor.

11:24:42   25                THE COURT:  I'm going to allow it, just

11:24:43   1   so I can -- we can keep moving forward.  I think

11:24:46   2   this is in the expert report, so it's already out

11:24:50   3   there.  So I'm going to allow it.  Objection

11:24:52   4   overruled.

11:24:53   5              MR. COREY SMITH:  Just two questions on

11:24:55   6   this issue and then move on, Your Honor.

11:24:56   7   Q.   I just wanted to ask if -- in your review of

11:24:59   8   the medical records, did the Defendant report to

11:25:00   9   some of his doctors some of these symptoms of Lewy

11:25:03  10   bodies disease?

11:25:04  11   A.   That's what the report said.  That's -- that's,

11:25:07  12   like, Dr. Lai for example that's why he suggested

11:25:09  13   the possibility of that because of the report of

11:25:12  14   Mr. Brockman and I think Mrs. Brockman.

11:25:16  15   Q.   The second question is in viewing the more

11:25:19  16   recent medical evidence in this case, is there any

11:25:21  17   evidence that the Defendant has Lewy bodies disease?

11:25:23  18   A.   No, I believe that has been pretty well put to

11:25:27  19   rest that he does not have dementia -- the Lewy

11:25:32  20   bodies type.

11:25:32  21   Q.   So back to Dr. Lai's report.  I want to ask you

11:25:35  22   in your review of his analysis and report, did

11:25:38  23   Dr. Lai perform any validity tests on Mr. Brockman?

11:25:44  24   A.   No.

11:25:45  25   Q.   Now, are you familiar with the more recent --

11:25:47   1   you started to bring it up, the more -- it's not in

11:25:50   2   your report -- the more recent examination of the

11:25:53   3   Defendant by Dr. Lai; did you review that?

11:25:55   4   A.   Yes, I did.

11:25:56   5   Q.   What does Dr. Lai conclude in that report?

11:26:00   6   A.   He concluded that doctor -- Mr. Brockman's

11:26:04   7   condition has worsened to such a degree now that --

11:26:07   8   based upon the reports of, you know, his wife and I

11:26:13   9   believe caregiver that his condition now would

11:26:17  10   warrant the diagnosis of dementia.

11:26:22  11   Q.   These evaluations by Dr. Lai, were these

11:26:25  12   clinical or forensic evaluations?

11:26:26  13   A.   Those were clinical evaluations, yeah.

11:26:28  14   Q.   Did Dr. Lai perform any validity tests in his

11:26:31  15   most recent examination?

11:26:32  16   A.   No.

11:26:41  17   Q.   Now, you mention that Dr. Lai's report is based

11:26:46  18   on reports from Mrs. Brockman and Mr. Brockman's

11:26:54  19   caregiver; is that right?

11:26:56  20   A.   I'm not 100 percent positive that he -- he

11:26:58  21   obtained information from Mr. Gutierrez; right --

11:27:04  22   Frank.  My recollection is he did.  He definitely

11:27:08  23   obtained information from Missus and Mr. Brockman.

11:27:11  24   Q.   Let me ask you about your evaluations of

11:27:13  25   Mr. Brockman, Dr. Denney.  Normally, when you

11:27:15   1   perform an evaluation like this of a defendant in a

11:27:18   2   criminal case -- or any subject -- do you normally

11:27:20   3   seek to interview people close to the subject to --

11:27:23   4   to get a recording of their observations of the

11:27:26   5   subject?

11:27:26   6   **A.**   Yes, I do.

11:27:27   7   **Q.**   Did that happen in this case?

11:27:29   8   **A.**   No.

11:27:30   9   **Q.**   You didn't talk to anybody close to

11:27:33   10  Mr. Brockman?

11:27:33   11  **A.**   No, I did not.

11:27:36   12  **Q.**   Why not?

11:27:38   13  **A.**   Well, I wanted to.  We had talked about the

11:27:41   14  possibility of us being able to do that.  And I was

11:27:44   15  told that they chose -- for example, Mrs. Brockman

11:27:51   16  chose not to be interviewed by me.

11:27:57   17  **Q.**   So that was not your choice not to interview

11:27:59   18  anybody?

11:28:01   19  **A.**   No.

11:28:01   20  **Q.**   So, in addition -- going through the list of

11:28:14   21  things that you looked at to come to your

11:28:16   22  professional opinion about Mr. Brockman's condition,

11:28:19   23  we've talked about your testing.  You reviewed other

11:28:23   24  medical records of other doctors.  You looked at the

11:28:25   25  depositions.

11:28:26  1                   Are you aware of some speeches that

11:28:30  2  Mr. Brockman gave in 2019?

11:28:34  3  **A.**   Yes.

11:28:36  4  **Q.**   And specifically a speech in 2018 to a set of

11:28:43  5  Reynolds and Reynolds employees?

11:28:45  6  **A.**   Yes, he was speaking at the Reynolds and

11:28:48  7  Reynolds birthday celebration, a yearly event.

11:28:51  8                   MR. COREY SMITH:  So we're prepared to

11:28:52  9  play a three or four-minute clip of this.  It's

11:28:55  10  Exhibit 116.  This clip will be marked for

11:28:57  11  identification 116-A, if that's okay, Your Honor.

11:29:00  12                   THE COURT:  116-A, of course, is

11:29:02  13  admitted.

11:29:05  14                   MR. COREY SMITH:  Entire tape is

11:29:07  15  pre-admitted.

11:29:11  16  (Whereupon, audio played and not reported.)

11:31:00  17                   So could we go to the very beginning of

11:31:03  18  the actual exhibit -- just to get the date of this

11:31:05  19  speech?  It's -- I think it's imprinted on the tape.

11:31:40  20  (Whereupon, audio played and not reported.)

11:31:52  21  **Q.**   Doctor, do you know when this speech was given?

11:31:55  22  **A.**   I believe December of 2018, yeah.

11:31:59  23  **Q.**   So what I want to ask you is to compare what we

11:32:02  24  just saw Mr. Brockman -- at least that clip of his

11:32:05  25  speech in 2018, November/December of 2018 -- to the

11:32:11  1   test results and the evaluation of Mr. Brockman by

11:32:14  2   Dr. York on March 1st of 2019, three or four months

11:32:19  3   later.

11:32:20  4           In your professional opinion, could

11:32:23  5   an individual that tested the way Mr. Brockman

11:32:26  6   tested with Dr. York on March 1, 2019, have given

11:32:31  7   the performance just four months earlier we just saw

11:32:37  8   [SIC] on that tape?

11:32:40  9   A.   Again, not with -- with a couple caveats, the

11:32:43  10  answer is no.  But the caveats are -- you know,

11:32:47  11  assuming no intervening event happened, no car

11:32:51  12  accident or parachute not opening or something in

11:32:54  13  that intervening time, and in the context of the

11:32:57  14  type of neuropathologies we're talking about here,

11:33:04  15  no.  There are some degenerative conditions and an

11:33:07  16  illness that a person can have that can cause a

11:33:10  17  crash and burn in just three months for sure, but

11:33:12  18  that's not the situation here.

11:33:15  19          So regarding Mr. Brockman, no.

11:33:18  20  There's no way.

11:33:19  21  Q.   And then, are you also aware of a similar

11:33:21  22  speech Mr. Brockman gave the following year?  That's

11:33:24  23  Exhibit 77, Your Honor.  We have another short clip

11:33:27  24  -- another three minutes.  We'll mark that clip

11:33:31  25  77-A.

11:33:38    1   (Whereupon, audio played and not reported.)

11:36:45    2                   MR. COREY SMITH:

11:36:46    3   Q.   Dr. Denney, do you know the -- we said the year

11:36:49    4   is 2019.   Do you know the month this speech was

11:36:52    5   given?

11:36:52    6   A.   November, I believe.

11:36:54    7   Q.   Is there anything notable about Mr. Brockman's

11:36:58    8   speech -- at least that clip -- in light of his

11:37:02    9   evaluation -- the evaluation of his cognitive

11:37:04   10   abilities; anything that you noted?

11:37:08   11   A.   Yes, two things first that I need to mention is

11:37:10   12   we see a difference between this and the earlier in

11:37:13   13   his physical presentation.   That difference I would

11:37:19   14   attribute to early signs of Parkinson's-type thing.

11:37:23   15   Little less facial animation, but we can't let the

11:37:29   16   physical signs of Parkinson's confuse us when we're

11:37:33   17   talking about cognitive functioning because they're

11:37:35   18   different.

11:37:36   19                   His cognitive functioning was --

11:37:39   20   was good.   He was using notes obviously, but then he

11:37:45   21   separated from his notes and he was able to

11:37:46   22   communicate what he wanted to communicate from his

11:37:48   23   own mind/memory.   He did well.

11:37:51   24                   Comparing that to the tests -- is

11:37:53   25   that what you asked; right?

11:37:55   1   Q.   That was my next question.  I want to ask you

11:38:00   2   to compare your observations in November of 2019, to

11:38:03   3   the test results that Dr. York recorded just the

11:38:05   4   next month on December 3rd of 2019.

11:38:09   5   A.   Right.  And this was -- the video, if I recall

11:38:12   6   correctly, was like the 13th or 14th.  It's

11:38:15   7   somewhere in the early/mid-portion of November.  And

11:38:18   8   now, you know, less than a month later he is scoring

11:38:22   9   in the most severest range possible on learning and

11:38:27   10  memory testing.  That's -- that defies credulity.

11:38:34   11  Q.   So in light of this evidence of the speeches,

11:38:40   12  your observation and analysis of the depositions --

11:38:42   13  all in 2019 -- what does that tell you about the

11:38:46   14  reliability of Dr. York's conclusions -- with all

11:38:51   15  due respect to Dr. York, what does that tell you

11:38:54   16  about the conclusions she reached in her reports?

11:38:56   17  A.   They are wrong.

11:39:04   18  Q.   Now, like to change gears for a second and move

11:39:06   19  to Dr. Guilmette.  Did you have an opportunity to

11:39:08   20  review Dr. Guilmette's initial report in July of --

11:39:12   21  in -- regarding his July 2021 evaluation of

11:39:18   22  Mr. Brockman?

11:39:18   23  A.   Yes, I did.

11:39:20   24  Q.   And it's actually Defense Exhibit 21, which I'm

11:39:23   25  -- if I may approach the witness, Your Honor?

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
| 11:39:25 | 1  | THE COURT:  You may approach. |
| 11:39:26 | 2  | MR. COREY SMITH: |
| 11:39:26 | 3  | Q.   If you don't have it, his reports are in here |
| 11:39:29 | 4  | -- I don't know -- you got a lot right there.  There |
| 11:39:32 | 5  | you go. |
| 11:39:33 | 6  | A.   That's all right.  I know where to find it. |
| 11:39:35 | 7  | Q.   It's Exhibit 21. |
| 11:39:36 | 8  | A.   Okay. |
| 11:39:40 | 9  | Q.   I'll give you a second to get to your report. |
| 11:39:47 | 10 | A.   21 is a -- is a transcript. |
| 11:39:52 | 11 | Q.   I'm sorry, is it maybe 22? |
| 11:40:09 | 12 | A.   Probably 20. |
| 11:40:15 | 13 | Q.   19.  I'm sorry.  It's Exhibit 19 -- Defense |
| 11:40:21 | 14 | Exhibit 19. |
| 11:40:42 | 15 | A.   That says August 6th, '21. |
| 11:40:47 | 16 | Q.   That would be when the report was submitted? |
| 11:40:49 | 17 | A.   That's -- okay.  Yes, right.  That's July's |
| 11:40:51 | 18 | examination, then.  Yes. |
| 11:40:52 | 19 | Q.   Yes.  So what I want to ask you -- and you |
| 11:40:55 | 20 | commented in your supplemental report about |
| 11:41:00 | 21 | Dr. Guilmette's first report.  It's on Page 4 of |
| 11:41:06 | 22 | your supplemental report? |
| 11:41:10 | 23 | A.   Yes. |
| 11:41:11 | 24 | Q.   So what I want to ask you is what we've been |
| 11:41:14 | 25 | talking about, Dr. York's reports, does |

11:41:20  1   Dr. Guilmette in his report state he is looking at

11:41:23  2   and relying on Dr. York's reports?

11:41:25  3   A.   Oh, yes.  He listed, as a source of

11:41:29  4   information, Dr. York's reports.  He also discusses

11:41:31  5   it in his report, those findings.

11:41:34  6   Q.   Does he come to the same conclusion that you do

11:41:38  7   that Dr. York's conclusions are wrong?

11:41:42  8   A.   No, he gives no indication in his report that

11:41:45  9   he has any suspicion of the genuineness of those

11:41:50  10  findings.

11:41:50  11  Q.   Does -- in your review of Dr. Guilmette's

11:41:54  12  report from July, submitted in August of '21 -- does

11:41:59  13  Dr. Guilmette review or comment on -- well, let me

11:42:03  14  take away review, because I think they're listed,

11:42:06  15  but does he comment on what we've looked at and

11:42:08  16  talked about here in this courtroom today,

11:42:11  17  Mr. Brockman's 2019 depositions in January of 2019,

11:42:17  18  or December of 2019?

11:42:19  19  A.   The report does list them that he -- that --

11:42:21  20  that they were sources of information for him, but I

11:42:24  21  don't believe he comments on them, in any way, in

11:42:26  22  the report.  He certainly doesn't integrate them

11:42:30  23  into his opinion, seemingly.

11:42:31  24  Q.   Does he compare those 2019 depositions to

11:42:34  25  Dr. York's evaluations of Mr. Brockman, which were

11:42:38   1   basically contemporaneous?

11:42:40   2   **A.**   There's no indication of that.

11:42:41   3   **Q.**   Does -- in your review of Dr. Guilmette's

11:42:44   4   report, does he comment on the speeches that

11:42:50   5   Mr. Brockman gave in November of 2018 and November

11:42:52   6   of 2019 that you reviewed?

11:42:59   7   **A.**   To the best of my recollection, no.

11:43:12   8   **Q.**   Now, in Dr. Guilmette's report on Page 22, if I

11:43:15   9   can ask you to turn to that, this is his initial

11:43:18   10   report, not the supplemental report?

11:43:25   11   **A.**   Yes.

11:43:25   12   **Q.**   He talks about Dr. York's evaluations of

11:43:30   13   Mr. Brockman; is that right?

11:43:32   14   **A.**   Yes.

11:43:32   15   **Q.**   What does he find?

11:43:37   16   **A.**   Well, he discusses the fact that Dr. York

11:43:43   17   administered certain tests, and that she changed to

11:43:46   18   a -- from a clinical evaluation to a forensic

11:43:48   19   evaluation, and that she administered a malingering

11:43:53   20   test.

11:43:58   21             He noted that might explain why he

11:44:03   22   seemed to have done better on the second exam is

11:44:07   23   because she told him it was a forensic exam.

11:44:10   24   **Q.**   Does -- does Dr. Guilmette, in his report

11:44:14   25   talking about Dr. York's evaluations, at all

11:44:17  1  question the reliability of Dr. York's conclusions

11:44:23  2  or does he accept them at face value?

11:44:26  3  A.   Well, he mentions that she performed validity

11:44:30  4  indications -- or assessment to some degree, but he

11:44:33  5  didn't say anything critical of it.  He -- he

11:44:36  6  appeared to accept it as -- them as being valid

11:44:39  7  findings.

11:44:39  8  Q.   And in discussing the various scoring that

11:44:46  9  Dr. York did -- I mean, this is Dr. Guilmette

11:44:49  10 discussing Dr. York's findings -- does he make a

11:44:52  11 comment about the consistency of the scores over

11:44:57  12 time?

11:44:57  13 A.   Yes, he does.  I think that's in the context of

11:45:01  14 the notion of malingering or validity.

11:45:03  15 Q.   So what does Dr. Guilmette say in his report?

11:45:05  16 A.   Yeah, my recollection is he was saying because

11:45:08  17 the tests are consistent across time, that that

11:45:12  18 supports the notion that they are valid.

11:45:15  19 Q.   Do you agree with that conclusion?

11:45:16  20 A.   No.

11:45:17  21 Q.   Why not?

11:45:18  22 A.   Well, you can have consistent, invalid results.

11:45:22  23 It's just like shooting an arrow at a target.  You

11:45:25  24 can consistently miss the target.  That doesn't make

11:45:28  25 it accurate.  That's one aspect of it conceptually.

11:45:38   1              When a person exaggerates and

11:45:40   2   starts suppressing their scores down, the scores

11:45:43   3   tend to cluster together, because they hit a floor

11:45:47   4   effect.  They can only go so bad, and you translate

11:45:50   5   the raw scores into scaled scores and other standard

11:45:54   6   scores.

11:45:54   7              In that process, they get scrunched

11:45:57   8   into little categories.  And that squishes them down

11:46:00   9   when they're at the very low end of the performance

11:46:02  10   ability of the test.  Consequently, the summary

11:46:07  11   indices then come out looking very, very similar.

11:46:11  12   Just because somebody is producing scores in a -- in

11:46:15  13   an impaired range on a consistent basis in no way

11:46:21  14   supports the notion that they're valid.

11:46:23  15   Q.   To be clear, when we're talking about comparing

11:46:25  16   scores, we're talking about Dr. York's scores; is

11:46:28  17   that right?

11:46:28  18   A.   Yes, in this context here of -- of

11:46:31  19   Dr. Guilmette discussing Dr. York, yes.  Because she

11:46:34  20   had three different testing sections.

11:46:36  21   Q.   He's accepting the scores as valid as written?

11:46:40  22              MR. LOONAM:  Objection to leading, Your

11:46:42  23   Honor.

11:46:42  24              MR. COREY SMITH:  I can rephrase.

11:46:43  25              THE COURT:  Rephrase.

11:46:44   1                    MR. COREY SMITH:

11:46:44   2   **Q.**   Is Dr. Guilmette, in his analysis, accepting

11:46:47   3   Dr. York's scores as valid as written?

11:46:52   4   **A.**   In my opinion, Dr. Guilmette says that they're

11:46:57   5   valid.  He doesn't -- he doesn't give any indication

11:47:00   6   he thinks they're invalid, and appears to be

11:47:03   7   supporting them and relying on them as a valid

11:47:05   8   reflection of the man's real abilities.

11:47:08   9   **Q.**   In your opinion, Dr. Denney, with an individual

11:47:11   10   that actually has dementia, who has tested over a

11:47:15   11   period of time over almost two years, what would you

11:47:19   12   expect to see in terms of these cognitive scores?

11:47:23   13   Well, go ahead.  Answer that question.

11:47:26   14   **A.**   These conditions are well known.  We understand

11:47:29   15   how they work.  We understand what's called the

11:47:31   16   natural course of the disorder.  For instance,

11:47:37   17   Alzheimer's disease; right?  It starts usually --

11:47:41   18   the standard Alzheimer's type of disease starts with

11:47:45   19   memory difficulties upfront.  That can go for

11:47:48   20   several years.

11:47:49   21                    Then there's a diagnosis.  The

11:47:51   22   average length of time for a diagnosis to death is

11:47:55   23   eight to ten years, but it can be as long as

11:47:58   24   20 years.  That's what the research shows.  And we

11:48:00   25   know that a person is just mildly affected early on,

11:48:06    1   but as time goes by they start to have more problems

11:48:08    2   and more problems.

11:48:09    3              So we see a curve in their

11:48:11    4   performance, their memory scores, for example, are

11:48:14    5   maybe a little bit impaired, maybe one or two scores

11:48:18    6   fall in the mild one standard deviation below maybe.

11:48:22    7   So you might say, "Okay, this would warrant mild

11:48:26    8   cognitive impairment," because they're perceiving

11:48:29    9   the problems, but it's not affecting their lives in

11:48:33   10   a substantial way.

11:48:33   11              The scores get worse, and worse,

11:48:35   12   and worse over time.  We see the natural course of

11:48:37   13   the disorder play out as it does.  That's science.

11:48:47   14   That's true for Parkinson's-related -- they're

11:48:49   15   neurodegenerative diseases, so they gradually get

11:48:54   16   worse over time.

11:48:58   17              You don't see the worst possible

11:49:00   18   scores early in the course of the disease, and the

11:49:02   19   worst possible scores late in the course of the

11:49:05   20   disease.  That's not how it works.

11:49:09   21   Q.   So do you agree or disagree with

11:49:12   22   Dr. Guilmette's conclusions regarding observing

11:49:17   23   Dr. York's scores over time?

11:49:19   24   A.   Well, his -- his conclusion is that they were

11:49:21   25   consistent over time, but that -- they shouldn't

11:49:24  1  have been consistent over time.  If he really had --

11:49:27  2  if he was presenting in a genuine way to providers

11:49:32  3  early on when his -- when his problems are just

11:49:34  4  starting to arise, then we're going to see scores

11:49:37  5  that are reasonably good but maybe faulty.  Then

11:49:44  6  over time they're going to gradually get worse.

11:49:47  7           We don't see that here.  We see a

11:49:49  8  straight line, severe memory performance, from the

11:49:54  9  earliest performance with Dr. York to her assessment

11:49:57  10  two years later.

11:50:00  11           MR. LOONAM:  Your Honor, if we can take

11:50:02  12  a break at a convenient time for counsel in

11:50:05  13  questioning?

11:50:05  14           THE COURT:  Sure.

11:50:06  15           MR. LOONAM:  Thank you, sir.

11:50:08  16           THE COURT:  Not a problem.  Would you

11:50:10  17  like -- good stopping point right now?

11:50:13  18           MR. COREY SMITH:  We can stop right

11:50:14  19  now.  I was going to into a new subject matter.

11:50:17  20           MR. LOONAM:  I got lucky --

11:50:18  21           THE COURT:  How long do you need?

11:50:19  22           MR. LOONAM:  -- before I interjected.

11:50:21  23           THE COURT:  About how long?

11:50:22  24           MR. LOONAM:  Just a few minutes, Your

11:50:24  25  Honor.

```
11:50:24   1              THE COURT:  Okay.  Is ten minutes Okay.
11:50:27   2    And then continue on until about 10:30.
11:50:31   3              MR. LOONAM:  Thank you, Your Honor.
11:50:33   4              THE COURT:  We'll take a break until
11:50:35   5    12:00 noon and then get started then.
11:59:16   6    (Whereupon, a recess was held.)
12:05:39   7              THE COURT:  You may continue.
12:05:41   8              MR. COREY SMITH:  Thank you, Your
12:05:41   9    Honor.
12:05:41  10    Q.    Before the break, Dr. Denney, I asked you
12:05:44  11    questions about comparing Dr. York's evaluations
12:05:48  12    over time and Dr. Guilmette's conclusions about that
12:05:53  13    comparison, as compared to your conclusions.  I want
12:05:55  14    to go back to you -- if you could go -- I want to go
12:05:59  15    back to those Dr. York reports to make sure the
12:06:02  16    record is clear.  Could you put in front of you
12:06:04  17    again Government's Exhibit -- it's 82 -- yeah, 82,
12:06:11  18    and ask you to look at Dr. York's reports again.
12:06:14  19    Yeah, 82.
12:06:15  20              Exhibit A of Exhibit 82 I believe is
12:06:24  21    Dr. York's December report.
12:06:31  22    A.    December 3, 2019, yes.
12:06:33  23    Q.    Yes.  So what is her conclusion about
12:06:36  24    Mr. Brockman in December 2019?
12:06:47  25    A.    Um --
```

12:06:48   1   Q.   I believe it's towards the end.

12:06:51   2   A.   Yeah, I'm looking at the last paragraph now.

12:06:53   3   She lists these difficulties taken together with

12:06:58   4   dementia at the time of diagnosis -- basically she's

12:07:02   5   concluding he has dementia with Lewy bodies.

12:07:04   6   Q.   What severity of dementia does she conclude?

12:07:14   7   A.   I don't recall that off the top of my head.

12:07:16   8   Let me see if I can find where she says that.

12:07:18   9   Q.   Direct you to the last page of her report where

12:07:20   10   she signs it.

12:07:21   11   A.   That's where I'm looking it.

12:07:23   12   Q.   It's up on the screen.

12:07:24   13   A.   Oh, I'm sorry.

12:07:30   14   A.   Mild to moderate severity, based upon the test

12:07:33   15   results.

12:07:36   16   Q.   And then, if you could go to Exhibit O of that

12:07:42   17   Exhibit 82, which is her March report.

12:07:56   18   A.   Yes.

12:07:56   19   Q.   And what does she conclude in March?

12:08:11   20   A.   Let's see.  You've got it there, I've got it

12:08:16   21   here.  Again, she concludes consistent with dementia

12:08:18   22   with Lewy bodies.

12:08:23   23           MR. LOONAM:  Do we know which page the

12:08:25   24   witness is referring to?

12:08:28   25           MR. COREY SMITH:  Page 69 of Exhibit O

1   to Exhibit 82.

2          THE WITNESS:  Yeah, 69 and 70 at the

3   top and on the top of the next page.  She says at

4   the top of 70 -- I'm trying to find if she qualifies

5   that at all to a severity level.

6   **Q.**   Towards the bottom of Page 69, Dr. Denney.

7   **A.**   Oh, I see.  There we go.  "Pattern of

8   neuropsych performance indicates dementia of mild to

9   moderate severity" -- same thing.

10  **Q.**   Do you agree with either one of these

11  conclusions?

12  **A.**   Well, I mean, if you take that sentence by

13  itself, I agree that the neuropsych tests's scores

14  could be consistent with mild to moderate, but I

15  don't agree with her conclusions, given the total of

16  the information available.

17  **Q.**   Including some of the things --

18  **A.**   Right, the videos, decision -- that sort of

19  thing.

20  **Q.**   Is there any indication -- are you aware of

21  Dr. York -- based on her report that she considered

22  any of that other evidence?

23  **A.**   There's no indication she was even aware of

24  them, or -- yeah.  No, nothing.

25  **Q.**   So let's -- you can set that aside if you want,

1  Dr. Denney.  I want to go back to your supplemental

2  report where you're discussing Dr. Guilmette's

3  findings.

4            While you're doing that, I want to

5  ask you are you aware whether or not Dr. Guilmette

6  performed any validity tests like we were talking

7  about all this morning?

8  **A.**   Yes, he did.

9  **Q.**   Did you evaluate those validity tests performed

10  by Dr. Guilmette?

11  **A.**   Yes, I had the opportunity to review the raw

12  test data.

13  **Q.**   So I want to ask you -- Page 5 of your

14  supplemental report of October of this year, you

15  discuss the validity tests performed by

16  Dr. Guilmette; do you see that?

17  **A.**   Yes.

18  **Q.**   And just going to go through -- well, first of

19  all, from a global perspective did Mr. Brockman fail

20  any of Mr. Guilmette's validity tests like he did

21  with you?

22  **A.**   Yes, he failed more than one.

23  **Q.**   What does that indicate to you, in your

24  professional opinion?

25  **A.**   Well, he failed enough of them to indicate that

12:11:07  1  the rest of the neurocognitive test data are not a

12:11:10  2  valid reflection of his genuine, cognitive ability.

12:11:14  3  Q.   Did Mr. Guilmette, in his report, come to that

12:11:20  4  same conclusion?

12:11:21  5  A.   No, he did not.

12:11:22  6  Q.   What did Mr. -- Dr. Guilmette conclude?

12:11:25  7  A.   Dr. Guilmette -- it appeared to me that he was

12:11:28  8  rationalizing away the positive findings on the

12:11:31  9  validity tests.

12:11:32  10  Q.   Let's go through a couple of those validity

12:11:34  11  tests.   The first one is the MSVT test.   You talk

12:11:38  12  about it in your report on Page 5 -- your

12:11:41  13  supplemental report, Exhibit 2?

12:11:43  14  A.   Yes.

12:11:44  15  Q.   What is your conclusion -- first of all, the

12:11:49  16  MSVT validity test, did you administer that test to

12:11:54  17  Mr. Brockman?

12:11:54  18  A.   I did in October of 2021.

12:11:56  19  Q.   Did Mr. Brockman fail or pass that test?

12:11:58  20  A.   In my opinion, he failed it.

12:12:03  21  Q.   And why do you -- when you say in your opinion?

12:12:06  22  Was there -- is it a -- some --

12:12:08  23  A.   Well, there's no hesitation with that.   It's

12:12:10  24  just -- yes, I believe he failed it.

12:12:12  25  Q.   Okay.   What about when Mr. -- Dr. Guilmette

12:12:16  1   administered the same test?  What does Dr. Guilmette

12:12:20  2   record happened?

12:12:22  3   A.   Dr. Guilmette rightfully noted that it was a

12:12:26  4   fail, but then looking at the simple algorithm

12:12:32  5   between the easy/hard items, it met that rule.  So

12:12:36  6   it would be a possible, genuine memory impaired

12:12:40  7   profile.  And then he left it at that.

12:12:42  8               He said -- he wrote because it's a

12:12:45  9   genuine, memory impaired profile that substantiates

12:12:50  10  -- in essence substantiates Mr. Brockman's

12:12:54  11  impairment, and not indicating that it would reflect

12:12:57  12  invalidity.

12:12:59  13  Q.   So does Dr. Guilmette conclude this is a pass?

12:13:03  14  A.   Yeah, he -- he -- he treats it as a pass.

12:13:05  15  Q.   Would you agree with that?

12:13:07  16  A.   Well, I wouldn't based upon research data.

12:13:14  17  Q.   Okay.

12:13:15  18  A.   Specific --

12:13:16  19  Q.   I'm sorry.  Did you want to expand that answer?

12:13:19  20  A.   Yes, specifically the reason I say that is

12:13:21  21  because the easy subtests were so much lower than

12:13:30  22  what we would expect with dementia.  They were so

12:13:34  23  low that -- and people have researched this now and

12:13:37  24  published on it in 2021, Cerny and colleagues came

12:13:41  25  out with a -- a -- an insightful point that if the

easy subtests are so low compared to genuinely,
cognitively impaired persons, then it's not really a
plausible profile.  And they took the average of the
three easy tests to get that mean.  If a mean score
is less than 75 for those three easy tests, that's
considered a fail in their clinical data.  That's
what they recommended using.

          The mean score for Dr. Guilmette's
MSVT done in July was 73, which is below that
seventy five, but that's a relatively new finding.
And I wanted to verify that that really is a
valuable tool.  And so, I took out of -- data set of
dementia patients with the MSVT that I -- that Katy
Dunham (phonetic) and I, and some other colleagues
published on several years ago.

          These are MSVT data acquired from
demented patients in nursing homes, okay.  I then
compared Mr. Brockman's MSVT easy score obtained
during Dr. Guilmette's assessment in July of 2021 to
nursing home patients.  Mr. Brockman's was
significantly lower than the nursing home patients
on the easy portion of the MSVT, which are the
validity aspects of the MSVT.

          Consequently, I believe that data
supports the Cerny et al findings that if you have

12:15:37  1    an unusually low mean score in the easy subtests of

12:15:40  2    the MSVT that that is still a fail because it is an

12:15:45  3    implausible profile.  And that's -- the notion of

12:15:53  4    implausible profile has been long known and promoted

12:15:58  5    by Paul Green.

12:15:59  6    Q.   When someone fails validity test like this

12:16:01  7    because of the implausible profile, what does that

12:16:03  8    tell you about the reliability of the overall,

12:16:06  9    cognitive testing?

12:16:06  10   A.   Well, again, just looking at one test may not

12:16:10  11   be completely fair because you want more than one

12:16:13  12   failed validity test in a battery.  But looking at

12:16:16  13   that one test, that would suggest the other

12:16:18  14   neurocognitive test data were not a valid reflection

12:16:21  15   of his genuine abilities, but I would would need to

12:16:25  16   look at the other validity tests, too.

12:16:26  17   Q.   Let's look at another one of Dr. Guilmette's

12:16:30  18   validity tests, the Rey-15 Test, which you also

12:16:35  19   discuss on Page 15 of your supplemental report.  Do

12:16:37  20   you agree with Dr. Guilmette's conclusions on the

12:16:39  21   Rey-15 Test that he passed -- that Mr. Brockman

12:16:41  22   passed that validity test?

12:16:43  23   A.   I do not.  I definitely do not agree with him

12:16:45  24   on that.

12:16:45  25   Q.   Why is that?

| | |
|---|---|
| 12:16:47 | 1 |
| 12:16:53 | 2 |
| 12:16:59 | 3 |
| 12:17:05 | 4 |
| 12:17:10 | 5 |
| 12:17:16 | 6 |

**A.**   Dr. Guilmette did something that was -- which I would say is not kosher regarding a validity test. He administered it, and Mr. Brockman failed it.  He then coached Mr. Brockman to perform it again, at which point he passed it, per Dr. Guilmette's interpretation.

And, um, number one I don't believe that's right.  You are not supposed to do that.  You don't coach people on validity tests.  In addition, when you look at the algorithm produced by Fazio, Faris and Yamout, which is a paper Dr. Guilmette cited in his own report, when you look at their rule for evaluating a Rey-15-Item Test's validity among elderly with cognitive impairment, he still fails.

He gets a score on that of -- what was it?  Oh, a zero.  It takes the true positives, minus the false positives, minus the intrusions and got a zero.  And that's below two, which is the cutoff in that research.

**Q.**   So is that two validity tests that you believe Mr. Brockman failed --

**A.**   MSVT and the Rey-15?  Yeah, he failed.

**Q.**   Now, you also talk about test called the Coin-in-the-Hand-Test that Dr. Guilmette administered to Mr. Brockman.  Can you explain to

12:18:26  1    the Court what the Coin-in-the-Hand-Test is?

12:18:29  2    **A.**   Yes.   The Coin-in-the-Hand-Test -- we're

12:18:33  3    talking about July; correct?

12:18:34  4    **Q.**   July 1st.

12:18:35  5    **A.**   Yes.

12:18:36  6    **Q.**   July 1st testing.

12:18:38  7    **A.**   Sure.   The Coin-in-the-Hand-Test is a validity

12:18:41  8    test that was developed with the notion of using it

12:18:44  9    with substantially, cognitively impaired people,

12:18:48  10   potential dementia cases where there is some

12:18:52  11   suspicions whether that's really valid or not.

12:18:55  12                  The way the test works is you hold

12:18:58  13   a nickle -- you have a nickle and you tell the

12:19:00  14   examinee that, "Okay.   I have this nickle and I'm

12:19:03  15   going to put it in one of my hands, and then I want

12:19:06  16   you, with your eyes open, to watch me do it.   Then I

12:19:09  17   want you to close your eyes and count backwards from

12:19:12  18   ten, and open your eyes and tell me which hand it is

12:19:16  19   in."

12:19:17  20                  Okay.   It's exceedingly simple.

12:19:22  21   For people who don't have substantive, cognitive

12:19:25  22   problems, and who are rather intelligent probably,

12:19:32  23   can see through it rather easily.   Nonetheless, it

12:19:34  24   has been known to be a viable indicator when

12:19:37  25   somebody scores more than two errors out of ten

12:19:40  1  trials on that simple task.

12:19:42  2  Q.   Before Dr. Guilmette, did Mr. Brockman pass

12:19:48  3  that test?

12:19:48  4  A.   He did.  I think he got all ten right.

12:19:51  5  Q.   What does that indicate to you?

12:19:53  6  A.   Not much.

12:19:54  7  Q.   What about in October, when Dr. Guilmette

12:19:57  8  examined Mr. Brockman again did Mr. Brockman pass

12:20:01  9  that test or fail that test?

12:20:02  10  A.   Dr. Guilmette administered the same task in

12:20:05  11  October, and this time Mr. Brockman failed it.  He

12:20:09  12  produced three errors on it, which is more than two

12:20:13  13  and that's a fail.

12:20:19  14  Q.   And there's another test in your report that

12:20:21  15  you talk about, the A Test; what's that?

12:20:24  16  A.   Yes.  The A Test is an old, mental

12:20:31  17  status-related task that has been adopted for use in

12:20:34  18  detecting -- it's been adopted for use as a validity

12:20:39  19  test for people with cognitive impairment.  And you

12:20:43  20  -- you -- the examiner reads a list of letters, and

12:20:48  21  the examinee has to tap their hand or their finger

12:20:51  22  every time the letter A comes up on the list.

12:20:54  23           And if the person has more than two

12:20:57  24  errors on that, that's a positive indicator for

12:21:02  25  invalid results as well.  Because people who are

12:21:05  1  even substantially compromised cognitively in, like,

12:21:09  2  Social Security disability evaluations do better

12:21:11  3  than that.  It's been proven to be an effective

12:21:17  4  validity test for people with substantive cognitive

12:21:19  5  problems.

12:21:19  6  Q.   So did Mr. Brockman pass or fail this validity

12:21:22  7  test?

12:21:22  8  A.   He failed it the first time.  He failed it

12:21:26  9  horribly.  Then Dr. Guilmette did the same thing.

12:21:32  10  He then coached him on how to do the test, at which

12:21:35  11  point he passed it with flying colors, which proves

12:21:39  12  that he could have passed it the first time, but for

12:21:43  13  the coaching that Dr. Guilmette gave him to

12:21:46  14  basically -- for anybody who is savvy about

12:21:51  15  interactions will pick up on, "Oh, I should have

12:21:54  16  passed this test."

12:21:55  17  Q.   So in total, when Dr. Guilmette was evaluating

12:21:58  18  Mr. Brockman in July of this year, what was the

12:22:01  19  ratio of passed validity test -- in your opinion,

12:22:05  20  passed validity tests versus failed validity tests?

12:22:08  21  A.   Yeah, they're looking at the free-standing

12:22:11  22  tests and the embedded tests in a fair manner, there

12:22:14  23  is probably -- I believe there's nine of them.

12:22:19  24  Let's see -- because there was the TOM, which was

12:22:22  25  another free-standing test that he passed, although

12:22:24    1    he didn't give the whole test.  Dr. Guilmette didn't

12:22:28    2    give the entire test, so it's hard to have much

12:22:31    3    confidence in that.

12:22:32    4              So there was one, two, three, four

12:22:38    5    -- five free-standing tests and four embedded ones.

12:22:42    6    And of those validity tests, Mr. Brockman failed

12:22:47    7    four of them.

12:22:51    8    Q.    Now, what -- in your opinion?

12:22:53    9    A.    Yeah, in my opinion certainly.

12:22:55    10   Q.    And Dr. Guilmette doesn't agree with that

12:22:58    11   opinion; is that right?

12:22:59    12   A.    No, his report appears to indicate to me that

12:23:02    13   he believes that they were failed because of genuine

12:23:05    14   impairment.

12:23:06    15   Q.    And on Page 18 -- well, first of all, what does

12:23:09    16   that indicate to you, and how does that inform your

12:23:13    17   professional opinion of Mr. Brockman's condition,

12:23:15    18   the fact that in your opinion he failed four

12:23:17    19   validity tests administered by Dr. Guilmette?

12:23:22    20   A.    Four positive -- even in the context of nine

12:23:27    21   validity tests is pretty striking.  It's not like

12:23:32    22   just one was failed and you think, "Okay.  Maybe it

12:23:34    23   was just an fluke," but four were failed.

12:23:40    24              And keep in mind, each test, in and

12:23:42    25   of itself, is designed to be rarely failed.  And it

12:23:45  1   has cutoffs set for cognitively impaired people,

12:23:49  2   because we're dealing with dementia possibility

12:23:51  3   here, that makes them very low in their false

12:23:53  4   positive rates.  So when you combine four of them

12:23:55  5   together, the probability of them all being false

12:24:00  6   positives is pretty nil.

12:24:03  7              There's research showing that when

12:24:05  8   you've got multi-validity test -- there's five

12:24:08  9   different studies since 2000 -- oh gosh, 2009, that

12:24:14  10  show when you've got two or more positive validity

12:24:18  11  test fails in a battery of malingering tests, even

12:24:22  12  up to nine of them in the battery, that's still a

12:24:25  13  positive indicator for not valid tests.

12:24:30  14             In other words, the rest of the

12:24:31  15  neurocognitive test battery cannot be relied upon as

12:24:37  16  indicia of genuine cognitive functioning.

12:24:38  17  Q.   So does Dr. Guilmette in his report attempt to

12:24:41  18  address the two -- or two to four -- two, if you

12:24:45  19  believe Dr. Guilmette, four if you believe you -- in

12:24:47  20  your opinion, the fails of Mr. Brockman in these

12:24:52  21  validity tests -- does Dr. Guilmette address that

12:24:56  22  and why -- trying to address perhaps why

12:24:59  23  Mr. Brockman failed his tests?

12:25:01  24  A.   Well, he does.  And you made a good point in --

12:25:04  25  in Dr. Guilmette's analysis there were two fails,

12:25:08    1    and two is enough based upon the research.  But then

12:25:11    2    Dr. Guilmette -- it appears to me in reading his

12:25:14    3    report that he's basically saying, "Well, I think

12:25:19    4    those two were failed because he was confused," or

12:25:23    5    "He was too impaired to do them."

12:25:28    6                    So that, to me, appears to be a way

12:25:30    7    to rationalize away the failed results in order to

12:25:35    8    say that the tests were valid.

12:25:37    9    Q.    Does Dr. Guilmette entertain the possibility

12:25:41    10   that Mr. Brockman may have been suffering from some

12:25:45    11   delirium, and that may be why he failed some of

12:25:47    12   those tests?

12:25:48    13   A.    That's a little vague in his report.  I know

12:25:51    14   Dr. Agronin's report makes it more clear he believed

12:25:54    15   there was delirium present.  Dr. Guilmette raises

12:25:58    16   the issue of, "Well, maybe he's still in delirium."

12:26:01    17                   And I think his latter conclusion

12:26:03    18   was that he has some delirium, but even still he has

12:26:07    19   dementia underneath it and seemed to suggest, "Well,

12:26:12    20   maybe he failed that because he was in delirium."

12:26:14    21                   That was my takeaway from reading

12:26:17    22   his report.

12:26:18    23   Q.    In your review of this test data, do you

12:26:21    24   believe when Dr. Guilmette administered these tests

12:26:23    25   to Mr. Brockman, that Mr. Brockman had any delirium?

12:26:27   1   **A.**   No, I don't believe he did.

12:26:29   2   **Q.**   Why do you have that opinion?

12:26:31   3   **A.**   Well, the other test data.  And I -- and I did

12:26:34   4   review the interviews -- the video of the

12:26:37   5   interviews.  And I agree that the man is acting in a

12:26:40   6   way that would suggest he could have delirium.  He's

12:26:44   7   changing subjects on them in the middle of

12:26:46   8   conversation, given non-sequitur types of answers,

12:26:52   9   but when you look at the test data Dr. Guilmette

12:26:54   10   actually acquired from Mr. Brockman that day -- or

12:26:58   11   those days they demonstrate, in fact, that he was

12:27:00   12   not in delirium.

12:27:03   13   **Q.**   Dr. Denney, what is the Iowa Gambling Test?

12:27:09   14   **A.**   It is a computerized test that uses a deck of

12:27:13   15   cards -- actually four different decks of cards, and

12:27:16   16   it's designed to measure a person's risk-taking

12:27:22   17   tendencies, which is a characteristic of executive

12:27:25   18   function.  You know, people that start having

12:27:28   19   executive functioning problems oftentimes start

12:27:31   20   taking greater risks, and have poor judgment and

12:27:34   21   make bad decisions.  And this test is designed to

12:27:40   22   measure that.

12:27:41   23          It's a computerized test where you

12:27:42   24   have to interact with the computer consistently over

12:27:48   25   -- about 15 minutes, unless you are slow.  And in

12:27:51  1   Mr. Brockman's case, it went 17 minutes.

12:27:55  2                       The thing that's striking about the

12:27:59  3   test is the instructions on it -- the instruction

12:28:01  4   card is a full-sized piece of paper that is

12:28:05  5   single-spaced all the way down, explaining how this

12:28:07  6   test works to the examinee.

12:28:11  7   Q.   What is the point of the Iowa Gambling Test?

12:28:17  8   A.   The point of it?

12:28:17  9   Q.   I should say the objective.

12:28:19  10   A.   The objective is to measure -- the objective

12:28:22  11   for the test taker?

12:28:23  12   Q.   Mm-hmm.

12:28:24  13   A.   Okay, the objective is to choose the deck of

12:28:27  14   cards -- it's a gambling test, and you click on a

12:28:29  15   deck.   And it's going to give you a response that

12:28:32  16   either earns you more money, or takes money away

12:28:35  17   from you.   You are starting out with a certain

12:28:38  18   amount of money.   It's like a slot machine.   You

12:28:42  19   took this deck, and you either get money or you lose

12:28:45  20   money.

12:28:45  21                       Well, I take this deck and I either

12:28:47  22   get money or lose money, and then the probabilities

12:28:53  23   are changed for the decks.   So a couple decks are

12:28:56  24   losers; right?   If you consistently hit these decks,

12:28:59  25   you are going to lose money fast.   The other two

12:29:01  1   decks are relative winners.

12:29:03  2                     One wins at a very small amount on

12:29:05  3   a more consistent basis, and the other deck looks to

12:29:09  4   be like a loser, but when it wins it wins big.  So

12:29:12  5   in the long run it's a winner.  And so the person --

12:29:17  6   none of that is told to the person.  They have to

12:29:19  7   figure this out on their own which deck is a good

12:29:23  8   deck to choose.  And you start out with a certain

12:29:25  9   amount of money, and the goal is to make more money,

12:29:28  10  or at least not lose much money.

12:29:30  11  Q.   When did you administer this test to

12:29:32  12  Mr. Brockman?

12:29:33  13  A.   I did not administer it.

12:29:35  14  Q.   Who administered it?

12:29:36  15  A.   Dr. Guilmette.

12:29:37  16  Q.   Can we put on the screen the -- did you review

12:29:39  17  the test score that resulted from this test?

12:29:42  18  A.   Yes, I reviewed the raw test data from

12:29:44  19  Dr. Guilmette.

12:29:45  20              MR. COREY SMITH:  And we're going to

12:29:46  21  mark this as 127, Your Honor.

12:29:49  22              THE COURT:  Okay.

12:29:50  23              MR. COREY SMITH:  This is from

12:29:53  24  Dr. Guilmette's data.

12:29:54  25              THE COURT:  Any objection?

12:29:55   1            MR. LOONAM:   No objection.

12:29:55   2            THE COURT:   127 is admitted -- I'm

12:29:58   3   sorry.

12:29:58   4            MR. COREY SMITH:   No, I'm sorry, Your

12:29:59   5   Honor.   Thank you.

12:30:02   6   Q.   Dr. Denney, what do these test scores in the

12:30:08   7   Iowa Gambling Test administered by Dr. Guilmette

12:30:10   8   tell you about Mr. Brockman?

12:30:12   9   A.   Yeah, let me -- let me orient the Court to the

12:30:16   10   document first.   We see the raw score column there.

12:30:21   11   We see those translated into T-scores.   Those are

12:30:25   12   normative scores, and then the percentiles next to

12:30:28   13   those scores for demographically corrected -- you

12:30:32   14   see that above that a column that says

12:30:34   15   demographically correct?   That's for age and

12:30:38   16   education.

12:30:39   17            Then the next column over US Census

12:30:43   18   match is based upon a broad US Census data -- not

12:30:48   19   the US Census of course, but a sample of

12:30:55   20   participants that mirror the US Census data in age,

12:31:00   21   ethnicity, race -- things like that.   And so -- so

12:31:03   22   we can compare how Mr. Brockman performed, not only

12:31:06   23   to other men his age and education, but also to the

12:31:09   24   general population of the country.

12:31:12   25            Down at the bottom are the exact

12:31:14  1   performances for each deck.  And we see here for --

12:31:22  2   and the net total -- I'll explain that.  That's for

12:31:25  3   the first part of the test, second 20 percent of the

12:31:29  4   test.  So the test, over time, is broken into

12:31:32  5   sections.  It just measures how he changes over

12:31:36  6   time.

12:31:36  7              You'll notice all of those T-scores

12:31:38  8   for the net one through five are -- range from 43 at

12:31:44  9   the lowest to the high of 54.  And if you recall,

12:31:50  10  T-scores are normed with a mean of 50, and a

12:31:54  11  standard deviation of ten.  So anything above 40 is

12:31:56  12  norm.  It's within one standard deviation.  You can

12:31:58  13  see that reflected in the percentile scores next to

12:32:01  14  that.

12:32:02  15             So the lowest score was a 43, which

12:32:04  16  would be in the low average range with a percentile

12:32:07  17  of the 24th percentile.  That's still normal for his

12:32:11  18  age and education for an 80-year-old man.

12:32:14  19             Then we look at the decks and

12:32:16  20  you'll see the performance for each of the decks is

12:32:18  21  above the 16th percentile.  The 16th percentile is

12:32:22  22  the demarcation line between one standard deviation

12:32:25  23  below the mean and below.  So anything

12:32:28  24  16th percentile and above is within normal limits.

12:32:31  25             And if you compare then to the US

12:32:34 1    Census match, his scores also are perfectly normal

12:32:37 2    throughout this entire test.

12:32:38 3    Q.   So what does that -- these test results tell

12:32:41 4    you about Mr. Brockman?

12:32:42 5    A.   Well, they tell me that he's got pretty decent

12:32:47 6    risk-taking behavior.  It's not too bad.  Judgment's

12:32:51 7    not too bad.  But more importantly, in context of

12:32:54 8    this questioning it tells me he's not in delirium,

12:32:57 9    because this is a 17-minute long test.

12:32:59 10              And remember, the hallmark of

12:33:01 11   delirium is variable arousal; right?  A person's

12:33:05 12   with you, and then they're not.  If he was really

12:33:10 13   delirious, he would start this task and then pretty

12:33:12 14   soon stop and say, "Why am I doing this?  What are

12:33:16 15   we doing here?"

12:33:18 16              He would not be focussed and be

12:33:20 17   able to perform this task normally.  It's just

12:33:23 18   impossible.  So not only this, there were other

12:33:25 19   tests, too, in the battery that suggest -- even if

12:33:29 20   somebody performs poorly, if they can stay on task

12:33:32 21   for that period of time it tells you that they're

12:33:35 22   not in delirium.

12:33:36 23   Q.   When did Dr. Guilmette administer this test?

12:33:39 24   A.   Well, this was July -- I believe it was July

12:33:45 25   examination.  I don't remember exactly which day it

12:33:47   1   was.

12:33:47   2   Q.   Right.  So now let me ask a couple questions

12:33:49   3   about Dr. Guilmette's October examination of

12:33:53   4   Mr. Brockman.  Did you review that test data as

12:33:55   5   well?

12:33:55   6   A.   Yes, I did.

12:33:55   7   Q.   And I want to ask you about a test that we've

12:33:58   8   talked about earlier, this Rey-15 Test, the one that

12:34:01   9   you administered, and I guess Dr. York administered,

12:34:07   10   Dr. Guilmette administered this one as well?

12:34:08   11   A.   Well, yes.  Dr. York did not administer the

12:34:12   12   recognition portion.  She only used the first part

12:34:15   13   did --

12:34:16   14   Q.   With the A, B, C?

12:34:17   15   A.   Yes.

12:34:18   16   Q.   So how did Mr. Brockman do on this test for --

12:34:21   17   for Dr. Guilmette?

12:34:24   18   A.   Well, he failed it, number one.  The -- he

12:34:32   19   performed -- he -- when you look at the just the

12:34:36   20   free recall part of it, he got six of the items

12:34:39   21   correct out of the 15.

12:34:40   22   Q.   So we have -- just a minute.  We have

12:34:42   23   Dr. Guilmette's test data from this test we'd like

12:34:45   24   to put on the screen and mark for identification as

12:34:47   25   128?

12:34:48   1          THE COURT:  Okay.  Any objection to 128

12:34:50   2  being admitted?

12:34:51   3          MR. LOONAM:  No, Your Honor.

12:34:53   4          THE COURT:  Without objection, 128 is

12:34:54   5  admitted.

12:34:56   6          MR. COREY SMITH:  Thank you.

12:34:57   7          THE WITNESS:  There you see on the

12:35:00   8  screen Mr. Brockman's performance on this 15-item

12:35:04   9  test.  You probably remember what the diagram looks

12:35:07  10  like.

12:35:07  11          And he got A, B, C and 1, 2, 3, and

12:35:11  12  then there's another little mark down there that I'm

12:35:15  13  sure Dr. Guilmette will have to explain, but is an

12:35:19  14  intrusion.  It's an extra item.  It may be a three,

12:35:23  15  I don't know.  Nonetheless, he got 6 of the 15

12:35:27  16  items.  And so, for this -- for an elderly group

12:35:31  17  with cognitive problems, this would be a pass, but

12:35:35  18  then you need to look at two different things.

12:35:39  19          One is the recognition portion, but

12:35:41  20  also this performance compared to other visual

12:35:45  21  memory performances during the evaluation.  Because

12:35:49  22  remember, this is a very simple visual, memory task.

12:35:53  23  Q.  So what other tests are you talking about --

12:35:58  24  comparing this to what other tests?

12:35:59  25  A.  Well, Dr. Guilmette also administered the

```
12:36:02   1   RBANS, R-B-A-N-S, which stands for Repeatable
12:36:10   2   Battery for the Assessment of -- or
12:36:12   3   Neuropsychological Assessment -- something like
12:36:14   4   that.  Nonetheless --
12:36:17   5   Q.   We have that test sheet.
12:36:36   6                 MR. COREY SMITH:  Like to mark as 129,
12:36:38   7   Your Honor.
12:36:38   8                 THE COURT:  Any objection to 129 being
12:36:40   9   admitted?
12:36:41  10                 MR. LOONAM:  No, Your Honor.
12:36:42  11                 THE COURT:  Without objection, 129 is
12:36:44  12   admitted.
12:36:46  13                 MR. COREY SMITH:
12:36:46  14   Q.   You were about to compare these two tests
12:36:48  15   administered by Dr. Guilmette?
12:36:52  16   A.   Yes.  I don't mean to be inappropriate, but I
12:36:55  17   want the Court to understand the RBANS is a small
12:36:58  18   battery of cognitive tests that go together, and
12:37:01  19   they measure verbal learning, visual learning and
12:37:04  20   retention, verbal retention, visual/spacial skill,
12:37:08  21   the ability to understand geometric lines, as well
12:37:15  22   as copy a figure and remember that figure over time.
12:37:19  23                 That's this portion over here is
12:37:21  24   the figure recall portion.  You'll see the diagram
12:37:25  25   at the top is the stimulus card that the examinee
```

12:37:28   1   looks at, and they copy the figure.  The first time

12:37:33   2   they see that design, they're instructed to actually

12:37:35   3   copy the whole thing.

12:37:37   4           And then you go through -- then

12:37:39   5   it's taken away.  Then you go through different

12:37:41   6   tasks, verbal learning tasks -- or not so much

12:37:45   7   verbal learning, but use the speed of processing and

12:37:48   8   attention-concentration sort of tasks, and then you

12:37:52   9   come back to the verbal recall and that sort of

12:37:56   10  thing.  Then near the end of it about -- I would say

12:37:58   11  about seven to ten minutes later you ask him to draw

12:38:04   12  that figure again from memory.

12:38:11   13          So this is after -- roughly 10 --

12:38:14   14  9/10 minutes of distracting activities.  Then he

12:38:20   15  pulls this out of his memory in whole cloth.  He's

12:38:26   16  able to get several points related to this geometric

12:38:31   17  figure.  You can see the resemblance, the rectangle,

12:38:35   18  cross, and a little bit of triangular work there.

12:38:42   19  When you compare that -- ability to draw there after

12:38:44   20  let's say eight minutes of distracting activity, and

12:38:48   21  you compare that to his performance on the Rey-15,

12:38:54   22  in which -- which is strikingly simple and there is

12:38:58   23  no distracting delay -- it's an immediate

12:39:02   24  performance -- those two don't make sense.

12:39:05   25          If he can do this on the Rey figure

12:39:10  1  recall, he should have aced that 15-item test.

12:39:14  2  **Q.**   And the fact that in your opinion these two

12:39:17  3  tests administered by Dr. Guilmette in October are

12:39:20  4  inconsistent, what does that tell you about

12:39:23  5  Mr. Brockman?

12:39:25  6  **A.**   Well, that his test data are not a valid

12:39:28  7  reflection of his genuine ability.  When a person is

12:39:33  8  attempting to exaggerate cognitive deficit, they

12:39:37  9  don't really know for sure what they're doing.

12:39:40  10  They're somewhat shooting in the dark.  They perform

12:39:42  11  more poorly on some tests, but then do a little

12:39:45  12  better on other tests, and variability in there --

12:39:48  13  oftentimes that doesn't make any sense.

12:39:50  14              And so, that's what we see here.

12:39:52  15  We see him performing better on a more difficult

12:39:55  16  task than he did on an extremely simple task.  That

12:40:02  17  tells me he's not applying appropriate task

12:40:06  18  engagement in this neuropsych test battery, which

12:40:10  19  results in not valid test findings.

12:40:12  20  **Q.**   So now -- just one last set of questions,

12:40:18  21  Dr. Denney.  There's been a lot of evidence so far

12:40:21  22  in this hearing about whether or not what the status

12:40:24  23  of Mr. Brockman's memory is over the time frame that

12:40:27  24  he has been given these tests.  Did you have the

12:40:30  25  opportunity to review that data and chart it out for

12:40:33  1   the Court?

12:40:35  2   **A.**   Yes, I did.  And the reason I did is because --

12:40:39  3   as you suggest -- his memory concerns have been a

12:40:42  4   major part of the notion whether he's competent

12:40:46  5   enough or not to assist counsel.  So I wanted to

12:40:52  6   look at his summary memory indices across time to

12:40:52  7   see how that looks.

12:41:00  8             MR. COREY SMITH:  And with the

12:41:01  9   permission of the Court, we'd like to show that

12:41:01  10  chart.

12:41:01  11            THE COURT:  Sure.

12:41:02  12            MR. LOONAM:  Your Honor, I'm sure I'll

12:41:03  13  have no objection -- I see.  The -- at the bottom.

12:41:07  14  I see.  Okay.

12:41:09  15            THE COURT:  Is that going to be exhibit

12:41:10  16  --

12:41:11  17            MR. COREY SMITH:  130, yes, Your Honor.

12:41:13  18            THE COURT:  Okay.  Any objection to

12:41:14  19  Government's 130?

12:41:15  20            MR. LOONAM:  No, Your Honor.

12:41:16  21            THE COURT:  Okay.  Without objection,

12:41:17  22  Exhibit 130 is admitted.

12:41:20  23            MR. COREY SMITH:  Thank you, Your

12:41:21  24  Honor.

12:41:21  25  **Q.**   Dr. Denney, can you please describe for the

12:41:23   1   Court what you charted out in your graph here?

12:41:28   2   **A.**   Yes, I took the index -- the best -- the most

12:41:34   3   summary index score from each of the test batteries.

12:41:39   4   I did not take an individual subtest because they

12:41:47   5   vary more, and I did not want to in any way look

12:41:50   6   like I'm cherry picking.  I took the primary memory

12:41:53   7   index from each evaluation.

12:41:55   8              Dr. York administered a portion of

12:42:02   9   the Wechsler Memory Scale IV for -- it's called the

12:42:06   10  older -- older-adult battery.  And I took the

12:42:09   11  summary index for his delayed recall of verbal and

12:42:16   12  visual material, the LMVR.  I did that -- because

12:42:22   13  she administered that through all three exams.  And

12:42:26   14  then I placed the standard score here underneath the

12:42:30   15  label.  Then I put the percentiles in there.

12:42:36   16             Now, not everybody that evaluated

12:42:39   17  Mr. Brockman used the exact same tests.  However,

12:42:44   18  those tests are all applied to norms, and produce

12:42:47   19  standard scores.  All of them have the same types of

12:42:55   20  standard scores, so we can compare them.  And of

12:42:57   21  course we can compare percentiles across the tests,

12:43:01   22  and that will tell us how he performed in the memory

12:43:04   23  domain across time.

12:43:07   24             So I've explained the memory index

12:43:09   25  from Dr. York's evaluation.  As I noted -- and then

12:43:14   1   the one, two, three -- so we have March '19,

12:43:18   2   December '19, and October 2020, and then we've got

12:43:22   3   my first evaluation from May 2021, during which I

12:43:27   4   administered the NAB® Memory Module, and that has

12:43:31   5   one summary indicator.

12:43:33   6                   All of the little subtests in the

12:43:36   7   Memory Module have one index score.  That's what I

12:43:40   8   used.  It's the most stable score.  It was an index

12:43:44   9   score of 58.

12:43:47   10                   Then I looked at Dr. Guilmette's

12:43:48   11   July test data, and he administered the RBANS, which

12:43:52   12   is that small neurocognitive battery.  In the RBANS

12:43:56   13   is a delayed memory index score, which takes into

12:44:02   14   consideration a -- an examinee's ability to remember

12:44:05   15   information after distracting delays.  So that's

12:44:09   16   ability to remember information.

12:44:10   17                   I use that index for

12:44:14   18   Dr. Guilmette's examinations, because he used the

12:44:17   19   RBANS for both of his examinations.  In my last one

12:44:21   20   there on the right, my October 2021, I used the same

12:44:25   21   NAB® Memory Module index as I used the first time.

12:44:28   22                   So all of these are summary indices

12:44:31   23   scores for overall memory or delayed memory.  You

12:44:35   24   can see, comparing across time, those scores and the

12:44:43   25   percentile scores at the bottom that correspond to

12:44:45   1    each of those scores.  They are all at one percent

12:44:48   2    -- the first percentile or below the first

12:44:54   3    percentile.

12:44:54   4            Then I graph those percentile

12:44:56   5    scores.  And you'll notice the axis there going from

12:45:02   6    0 to 16.  I chose 0 to 16 because anything below the

12:45:06   7    sixteenth percentile is the impaired range, you

12:45:10   8    know.  Above the sixteenth percentile is considered

12:45:13   9    normal, and technically go all the way up to 100,

12:45:17   10   but then the chart would be, you know, kind of

12:45:19   11   confusing.

12:45:19   12           And so I just focused on the

12:45:22   13   impairment range -- or possible impairment range

12:45:25   14   that we're looking at.  And you can see strikingly

12:45:27   15   across this figure that Mr. Brockman performed at

12:45:31   16   the lowest ranges possible basically on all of these

12:45:36   17   memory tests starting in March of 2019, through

12:45:42   18   October 2021.

12:45:43   19   Q.   So what does that -- this analysis you've just

12:45:46   20   described for the Court, what does that tell you

12:45:48   21   about Mr. Brockman?

12:45:51   22   A.   I see no clinical course, okay.

12:45:58   23   Q.   What does that mean?

12:45:59   24   A.   Every -- every neuropathology has -- every

12:46:03   25   pathology has a clinical course -- a natural course.

12:46:07   1   How does the condition evolve over time?  I
12:46:13   2   mentioned this earlier, with a neurodegenerative
12:46:16   3   disease, it has a standard pattern.  It starts mild
12:46:21   4   and then gets worse over time.
12:46:25   5              With Mr. Brockman, we see
12:46:28   6   devastatingly severe scores from the get-go.  He
12:46:33   7   doesn't show this -- what we would expect if his
12:46:36   8   condition was getting worse over time, we would see
12:46:39   9   a normal curve that we would expect for a
12:46:43  10   neurodegenerative disorder.  We don't.  We see a
12:46:46  11   flat line on the basement from the very beginning.
12:46:49  12   Q.   And the memory scores you have to the far left,
12:46:54  13   Dr. York 3/2019 and 12/2019, are those scores taken
12:47:01  14   from the tests contemporaneous with the speeches and
12:47:04  15   the depositions that we talked about earlier today?
12:47:06  16   A.   Yes, that's true.  Exactly.
12:47:08  17   Q.   So do you, in your professional opinion,
12:47:10  18   believe those are real scores?
12:47:12  19   A.   Well, they're real scores, but not genuine --
12:47:16  20   genuinely reflecting his genuine ability.  You see
12:47:19  21   what I'm saying?
12:47:20  22   Q.   Yeah.
12:47:20  23   A.   They're real scores and they did occur.
12:47:23  24   Dr. York administered them, but they don't reflect
12:47:26  25   honest to goodness real ability, because they don't

12:47:31  1  correspond to what we see in the videos.

12:47:33  2  **Q.**   So in your opinion, and looking at all of this

12:47:36  3  data, including -- not just the test data in your

12:47:41  4  analyses, but these real-world speeches and

12:47:44  5  depositions and Mr. Brockman's conduct outside the

12:47:48  6  examination room, what is your professional opinion

12:47:51  7  about whether Mr. Brockman is competent to stand

12:47:54  8  trial in this case?

12:48:03  9  **A.**   It's my professional opinion that there's no

12:48:05  10  way that he had genuine impairment like this early

12:48:11  11  on.   And it's my opinion that he has been

12:48:14  12  exaggerating and malingering from the very

12:48:17  13  beginning.   And looking at the total information in

12:48:20  14  this case, I believe that he is continuing to

12:48:23  15  exaggerate, and that he is competent to stand trial.

12:48:27  16              Now, he may have mild cognitive

12:48:30  17  impairment.   He may even have cognitive impairments

12:48:33  18  to the point that you could say it's mild --

12:48:36  19  earliest stages of mild dementia, but even with

12:48:40  20  that, in my professional opinion, Mr. Brockman is

12:48:43  21  competent to proceed.   If he chooses to cooperate

12:48:46  22  with his attorneys, he can do that.

12:48:50  23              MR. COREY SMITH:   Thank you,

12:48:51  24  Dr. Denney.   I have no further questions for

12:48:53  25  Dr. Denney, Your Honor.

12:48:54  1          THE COURT:  What we'll do, everyone, is

12:48:56  2  take a break until 1:45.  I have another matter to

12:48:59  3  take up right now, but you can leave -- just like

12:49:02  4  yesterday, leave everything in place.  Won't be a

12:49:04  5  problem, but we'll start back up at 1:45.

12:49:09  6          MR. COREY SMITH:  One item, Your Honor.

12:49:10  7  By agreement, we have a witness that we're going to

12:49:12  8  take out of order before we start the cross with

12:49:15  9  Dr. Denney, just because he has to leave the

12:49:18  10  country, if that's okay with the Court.

12:49:19  11          THE COURT:  Not a problem.

12:49:20  12          MR. COREY SMITH:  It's not another

12:49:22  13  doctor.

12:49:22  14          THE COURT:  Not a problem at all.

12:49:23  15  We'll take that witness up at one forty five.

16  **(WHEREUPON, THE PROCEEDINGS WERE RECESSED AT 12:49**

17                  **P.M.)**

18                  ---oOo---

19

20

21

22

23

24

25

1                        C E R T I F I C A T E

2

3

4              I hereby certify that pursuant to Title 28,

5    Section 753 United States Code, the foregoing is a

6    true and correct transcript of the stenographically

7    reported proceedings in the above matter.

8              Certified on 11/17/2021.

9

10

11          Sean Gumm, RPR, CRR

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**'**

**'19** [3] - 70:11, 127:1, 127:2
**'21** [2] - 91:15, 92:12

**0**

**0** [2] - 128:6
**0.05** [1] - 40:7
**0.0758** [1] - 40:24
**05** [2] - 40:15, 40:21

**1**

**1** [8] - 16:17, 18:10, 18:11, 18:12, 69:20, 77:20, 88:6, 121:11
**10** [3] - 14:25, 75:22, 123:13
**100** [10] - 23:4, 33:21, 34:12, 35:3, 41:1, 44:15, 64:19, 64:20, 85:20, 128:9
**10:30** [1] - 99:2
**11** [2] - 38:14, 47:14
**11/17/2021** [1] - 132:8
**116** [1] - 87:10
**116-A** [2] - 87:11, 87:12
**119** [3] - 8:22, 65:22, 66:7
**12** [1] - 50:22
**12/2019** [1] - 129:13
**120** [2] - 20:18, 65:23
**121** [6] - 32:8, 32:9, 42:2, 65:23, 66:8
**122** [3] - 42:2, 42:4, 42:5
**123** [2] - 42:4, 42:10
**124** [3] - 66:3, 66:11, 66:12
**125** [2] - 66:3, 66:11, 66:12
**126** [4] - 66:3, 66:8, 66:11, 66:12
**127** [2] - 116:21, 117:2
**128** [3] - 120:25, 121:1, 121:4
**129** [3] - 122:6, 122:8, 122:11
**12:00** [1] - 99:5
**12:49** [1] - 131:16
**13** [2] - 72:14, 72:17
**130** [3] - 125:17, 125:19, 125:22
**13th** [1] - 90:6
**14th** [1] - 90:6
**15** [13] - 44:15, 55:7, 55:10, 55:17, 57:14,

59:5, 65:11, 65:14, 74:23, 106:19, 114:25, 120:21, 121:15
**15-item** [2] - 121:8, 124:1
**16** [5] - 1:12, 4:4, 77:16, 128:6
**16th** [5] - 78:23, 79:12, 118:21, 118:24
**17** [2] - 81:13, 115:1
**17-minute** [1] - 119:9
**17th** [1] - 79:12
**18** [1] - 111:15
**19** [4] - 62:19, 91:13, 91:14
**1930's** [1] - 54:22
**1940's** [1] - 54:23
**1:45** [2] - 131:2, 131:5
**1st** [3] - 88:2, 108:4, 108:6

**2**

**2** [7] - 1:9, 16:17, 41:9, 47:10, 47:11, 103:13, 121:11
**20** [8] - 30:8, 35:5, 51:15, 51:24, 55:15, 91:12, 96:24, 118:3
**20's** [1] - 63:25
**2000** [2] - 57:9, 112:9
**2009** [1] - 112:9
**2014** [1] - 41:4
**2017** [1] - 58:5
**2018** [5] - 87:4, 87:22, 87:25, 93:5
**2019** [41] - 41:4, 69:20, 70:16, 72:5, 72:13, 73:1, 73:16, 74:14, 75:22, 76:1, 76:3, 77:11, 77:16, 77:17, 77:20, 77:23, 78:11, 78:23, 79:10, 79:12, 80:6, 80:7, 80:14, 80:17, 80:20, 80:25, 87:2, 88:2, 88:6, 89:4, 90:2, 90:4, 90:13, 92:17, 92:18, 92:24, 93:6, 99:22, 99:24, 128:17
**2020** [4] - 74:21, 75:1, 75:9, 127:2
**2021** [22] - 1:12, 4:4, 10:5, 16:22, 17:2, 28:22, 35:24, 37:23, 41:19, 50:24, 51:3, 54:4, 59:20, 59:21, 65:24, 90:21, 103:18, 104:24,

105:19, 127:3, 127:20, 128:18
**21** [3] - 90:24, 91:7, 91:10
**22** [3] - 57:23, 91:11, 93:8
**24** [11] - 18:2, 18:13, 18:14, 28:23, 29:7, 33:24, 34:4, 38:2, 38:11, 38:12, 42:22
**24th** [1] - 118:17
**26** [1] - 43:8
**27** [2] - 45:4, 45:7
**28** [1] - 132:4

**3**

**3** [3] - 79:10, 99:22, 121:11
**3/2019** [1] - 129:13
**30** [4] - 55:15, 55:16, 57:15, 62:19
**30's** [1] - 63:25
**30-minute** [1] - 30:19
**33** [2] - 33:3, 49:4
**3rd** [2] - 73:1, 90:4

**4**

**4** [2] - 3:3, 91:21
**40** [7] - 13:4, 44:2, 51:15, 63:19, 63:20, 63:23, 118:11
**40's** [2] - 54:23, 63:25
**40-minute** [2] - 59:18, 59:21
**40-such** [1] - 30:7
**43** [2] - 118:8, 118:15
**44** [2] - 12:5, 13:9
**45** [2] - 12:5, 12:7
**48** [2] - 32:25, 49:6
**49** [1] - 33:9
**4:21-CR-00009-1** [1] - 1:4

**5**

**5** [2] - 102:13, 103:12
**50** [5] - 39:17, 39:18, 63:21, 63:22, 118:10
**50's** [1] - 54:24
**54** [1] - 118:9
**58** [5] - 44:13, 44:17, 60:4, 60:5, 127:9

**6**

**6** [1] - 121:15
**60** [2] - 11:14, 11:19
**69** [3] - 100:25, 101:2,

101:6
**6th** [1] - 91:15

**7**

**70** [2] - 101:2, 101:4
**73** [1] - 105:9
**75** [2] - 54:7, 105:5
**753** [1] - 132:5
**77** [1] - 88:23
**77-A** [1] - 88:25

**8**

**8** [4] - 38:10, 38:12, 40:25, 42:22
**80-year-old** [1] - 118:18
**80-year-olds** [1] - 5:23
**82** [8] - 69:7, 69:10, 99:17, 99:19, 99:20, 100:17, 101:1

**9**

**9/10** [1] - 123:14
**9:11** [1] - 4:4

**A**

**A.M** [1] - 4:4
**abilities** [6] - 28:12, 28:21, 81:10, 89:10, 96:8, 106:15
**ability** [24] - 5:3, 8:6, 12:12, 39:21, 44:3, 44:10, 45:1, 60:1, 68:8, 70:12, 73:24, 74:15, 80:1, 80:2, 95:10, 103:2, 122:21, 123:19, 124:7, 127:14, 127:16, 129:20, 129:25
**able** [8] - 9:19, 26:19, 46:2, 74:6, 86:14, 89:21, 119:17, 123:16
**abnormal** [4] - 10:10, 12:17, 13:1, 83:10
**absent** [2] - 78:12, 78:14
**absolutely** [4] - 46:2, 61:19, 64:16, 77:14
**accept** [2] - 94:2, 94:6
**acceptable** [2] - 73:8, 73:10
**accepting** [2] - 95:21, 96:2
**accident** [2] - 78:13,

88:12
**accommodation** [1] - 58:17
**according** [2] - 75:10, 81:17
**accurate** [2] - 15:3, 94:25
**aced** [2] - 64:18, 124:1
**acquired** [2] - 105:16, 114:10
**act** [2] - 82:17, 82:21
**acting** [3] - 77:5, 83:21, 114:5
**activities** [1] - 123:14
**activity** [1] - 123:20
**actual** [6] - 10:8, 25:20, 29:25, 35:7, 66:9, 87:18
**addition** [6] - 6:23, 57:10, 68:16, 71:11, 86:20, 107:9
**additionally** [4] - 6:6, 27:24, 58:15, 74:12
**address** [4] - 38:25, 112:18, 112:21, 112:22
**adjudicative** [1] - 9:15
**adjust** [1] - 14:16
**adjusted** [2] - 14:13, 14:17
**administer** [10] - 10:1, 13:17, 53:6, 54:18, 57:7, 103:16, 116:11, 116:13, 119:23, 120:11
**administered** [35] - 8:4, 8:12, 15:14, 26:21, 36:4, 47:24, 48:17, 50:24, 53:10, 54:16, 57:6, 59:19, 59:20, 75:12, 93:17, 93:19, 104:1, 107:3, 107:25, 109:10, 111:19, 113:24, 116:14, 117:7, 120:9, 120:10, 121:25, 122:15, 124:3, 126:8, 126:13, 127:4, 127:11, 129:24
**administration** [1] - 21:18
**admitted** [13] - 16:17, 47:11, 66:8, 66:13, 69:9, 87:13, 87:15, 117:2, 121:2, 121:5, 122:9, 122:12, 125:22
**adopted** [2] - 109:17, 109:18

**adult** [1] - 126:10
**affected** [1] - 96:25
**affecting** [1] - 97:9
**afterwards** [2] - 46:9, 55:18
**age** [6] - 5:23, 6:14, 117:15, 117:20, 117:23, 118:18
**ago** [1] - 105:15
**agree** [10] - 94:19, 97:21, 101:10, 101:13, 101:15, 104:15, 106:20, 106:23, 111:10, 114:5
**agreement** [1] - 131:7
**Agronin's** [1] - 113:14
**ahead** [2] - 51:6, 96:13
**al** [1] - 105:25
**algorithm** [9] - 22:4, 22:8, 29:9, 48:11, 53:13, 58:4, 58:23, 104:4, 107:10
**algorithms** [2] - 21:21, 48:8
**allow** [2] - 83:25, 84:3
**almost** [3] - 44:17, 61:1, 96:11
**alone** [1] - 39:25
**alter** [1] - 82:16
**alternative** [1] - 39:10
**Alzheimer's** [4] - 5:17, 6:8, 96:17, 96:18
**AM** [1] - 1:9
**amnestic** [1] - 22:1
**amount** [5] - 7:25, 83:15, 115:18, 116:2, 116:9
**amyloid** [1] - 5:24
**analogous** [2] - 14:22, 39:13
**analyses** [2] - 82:3, 130:4
**analysis** [11] - 21:8, 28:12, 59:8, 59:25, 61:20, 82:5, 84:22, 90:12, 96:2, 112:25, 128:19
**analyzing** [1] - 75:24
**animal** [1] - 30:5
**animation** [1] - 89:15
**answer** [10] - 13:22, 20:25, 39:9, 41:12, 41:14, 41:15, 44:10, 88:10, 96:13, 104:19
**answers** [10] - 10:8, 10:9, 31:3, 43:1, 57:21, 58:7, 58:9, 79:23, 114:8
**anyways** [1] - 67:24

**apologize** [1] - 32:6
**APPEARANCES** [1] - 1:14
**appeared** [4] - 11:3, 72:1, 94:6, 103:7
**applied** [1] - 126:18
**applying** [2] - 14:1, 124:17
**approach** [3] - 41:21, 90:25, 91:1
**appropriate** [4] - 13:25, 32:21, 50:14, 124:17
**archetypes** [2] - 31:2, 31:6
**arching** [1] - 49:17
**area** [7] - 24:2, 24:4, 24:5, 24:10, 44:2, 44:24, 65:6
**areas** [1] - 12:16
**arise** [2] - 79:22, 98:4
**arousal** [1] - 119:11
**arranged** [2] - 15:6, 51:13
**arrow** [1] - 94:23
**article** [1] - 42:5
**articles** [2] - 41:25, 42:20
**ascertain** [1] - 9:18
**aside** [3] - 10:25, 44:12, 101:25
**aspect** [3] - 33:20, 46:4, 94:25
**aspects** [2] - 5:5, 105:23
**assessment** [6] - 24:22, 44:9, 75:17, 94:4, 98:9, 105:19
**Assessment** [7] - 7:3, 7:21, 8:9, 43:14, 59:17, 122:2, 122:3
**assessments** [2] - 67:22, 68:9
**assign** [1] - 39:14
**assist** [2] - 8:7, 125:5
**associate** [8] - 27:25, 28:5, 28:6, 31:17, 35:4, 50:6, 52:10, 52:20
**associated** [2] - 52:19, 83:6
**associates** [1] - 26:3
**assume** [2] - 70:25, 71:3
**assuming** [2] - 71:1, 88:11
**assumptions** [2] - 70:22, 70:24
**AT** [1] - 131:16
**atrophy** [1] - 74:10

**Attachment** [1] - 69:11
**attachments** [1] - 69:12
**attempt** [1] - 112:17
**attempting** [1] - 124:8
**attention** [3] - 18:2, 74:23, 123:8
**attention-concentration** [1] - 123:8
**Attorney** [4] - 1:19, 1:21, 1:22, 1:24
**attorneys** [3] - 72:10, 75:4, 130:22
**attributable** [1] - 83:4
**attribute** [1] - 89:14
**attributed** [1] - 82:10
**atypical** [8] - 21:3, 21:15, 28:20, 33:22, 34:12, 35:12, 62:17, 62:20
**audio** [4] - 44:5, 87:16, 87:20, 89:1
**August** [2] - 91:15, 92:12
**available** [2] - 70:13, 101:16
**average** [8] - 14:5, 15:2, 39:16, 54:5, 63:1, 96:22, 105:3, 118:16
**aware** [7] - 71:12, 75:25, 87:1, 88:21, 101:20, 101:23, 102:5
**awareness** [1] - 10:12
**axis** [1] - 128:5

**B**

**background** [1] - 24:10
**backtrack** [2] - 17:3, 25:11
**backwards** [1] - 108:17
**bad** [4] - 95:4, 114:21, 119:6, 119:7
**bait** [1] - 37:11
**barring** [1] - 81:1
**base** [1] - 4:23
**based** [16] - 11:21, 11:24, 24:5, 29:9, 37:19, 39:20, 50:12, 62:17, 80:3, 85:8, 85:17, 100:14, 101:21, 104:16, 113:1, 117:18
**basement** [1] - 129:11

**basic** [1] - 48:7
**basis** [2] - 95:13, 116:3
**batteries** [2] - 59:23, 126:3
**battery** [19] - 17:13, 17:17, 43:15, 43:25, 46:22, 60:6, 67:17, 68:3, 68:4, 68:5, 106:12, 112:11, 112:12, 112:15, 119:19, 122:18, 124:18, 126:10, 127:12
**Battery** [3] - 43:14, 59:17, 122:2
**become** [1] - 34:14
**becomes** [1] - 82:20
**beginning** [4] - 5:1, 87:17, 129:11, 130:13
**behavior** [4] - 82:11, 82:13, 83:2, 119:6
**behind** [1] - 12:24
**belief** [1] - 71:25
**believes** [1] - 111:13
**bell** [2] - 39:19
**bell-shaped** [2] - 39:19
**below** [25] - 11:19, 14:25, 21:6, 24:7, 24:11, 35:2, 37:17, 38:7, 38:14, 41:9, 44:18, 48:9, 53:15, 54:7, 57:23, 58:25, 63:21, 63:22, 97:6, 105:9, 107:18, 118:23, 128:2, 128:6
**best** [6] - 14:3, 26:15, 52:25, 71:6, 93:7, 126:2
**beta** [1] - 5:24
**beta-amyloid** [1] - 5:24
**better** [12] - 37:21, 46:7, 50:3, 60:10, 60:14, 61:5, 62:8, 71:1, 93:22, 110:2, 124:12, 124:15
**between** [20] - 17:4, 19:7, 22:6, 22:23, 24:9, 25:3, 27:13, 28:13, 28:16, 30:16, 30:23, 39:11, 40:3, 53:20, 62:23, 70:15, 70:23, 89:12, 104:5, 118:22
**beyond** [4] - 14:22, 15:18, 15:25, 24:10
**big** [3] - 63:2, 63:5,

116:4
**Binder** [5] - 41:4, 41:5, 42:6, 42:12
**binder** [2] - 16:21, 18:11
**binders** [3] - 16:16, 16:18, 69:7
**binomial** [2] - 39:20, 40:25
**birthday** [1] - 87:7
**bit** [13] - 14:13, 15:24, 17:3, 19:5, 25:11, 29:25, 31:4, 37:10, 38:17, 63:3, 65:12, 97:5, 123:18
**blatantly** [1] - 13:1
**blindfolded** [3] - 37:21, 40:1, 41:2
**blue** [3] - 23:5, 23:25, 24:12, 28:8, 32:12, 49:11
**blurring** [1] - 75:6
**board** [5] - 37:9, 46:15, 60:3, 60:9, 60:12
**bodies** [15] - 71:25, 74:17, 82:24, 83:7, 83:8, 83:9, 83:10, 83:12, 83:16, 83:21, 84:10, 84:17, 84:20, 100:5, 100:22
**bodies-related** [1] - 82:24
**bodies-type** [1] - 74:17
**body** [1] - 82:19
**bone** [2] - 31:12, 31:14
**Boone** [1] - 57:9
**BORIS** [1] - 1:18
**bottled** [1] - 7:15
**bottom** [12] - 11:22, 22:13, 25:2, 49:2, 49:6, 56:18, 56:20, 81:4, 101:6, 117:25, 125:13, 127:25
**BOURGET** [1] - 1:18
**brain** [11] - 5:18, 6:7, 6:11, 6:12, 78:15, 82:14, 82:15, 82:18, 83:10, 83:11, 83:15
**break** [5] - 65:7, 98:12, 99:4, 99:10, 131:2
**brief** [1] - 13:23
**briefly** [5] - 12:3, 17:8, 43:16, 43:22, 53:14
**bright** [2] - 5:7, 5:8
**bring** [1] - 85:1
**broad** [1] - 117:18

**BROCKMAN** [1] - 1:7
**Brockman** [123] - 5:6, 5:17, 6:16, 7:12, 7:20, 8:5, 9:6, 10:2, 10:6, 10:20, 11:23, 13:18, 16:3, 16:7, 16:23, 18:18, 19:16, 21:19, 26:18, 26:22, 27:17, 29:4, 32:13, 33:15, 35:13, 36:19, 37:8, 37:13, 38:18, 39:1, 40:17, 40:19, 42:22, 42:25, 43:23, 44:9, 44:23, 46:25, 47:25, 49:14, 51:2, 53:1, 54:10, 54:19, 56:3, 56:4, 59:20, 63:9, 64:24, 67:7, 67:23, 68:10, 68:19, 68:23, 68:24, 69:17, 69:25, 71:13, 71:18, 72:25, 73:7, 76:1, 77:12, 77:13, 78:8, 78:22, 78:25, 80:18, 82:6, 82:8, 84:14, 84:23, 85:18, 85:23, 85:25, 86:10, 86:15, 87:2, 87:24, 88:1, 88:5, 88:19, 88:22, 90:22, 92:25, 93:5, 93:13, 99:24, 102:19, 103:17, 103:19, 106:21, 107:3, 107:4, 107:21, 107:25, 109:2, 109:8, 109:11, 110:6, 110:18, 111:6, 112:20, 112:23, 113:10, 113:25, 114:10, 116:12, 117:8, 117:22, 119:4, 120:4, 120:16, 124:5, 126:17, 128:15, 128:21, 129:5, 130:7, 130:20
**Brockman's** [31] - 23:23, 23:25, 28:9, 28:12, 32:10, 35:16, 45:12, 49:11, 49:24, 56:12, 56:13, 58:18, 59:9, 60:1, 61:24, 64:14, 74:15, 81:15, 85:6, 85:18, 86:22, 89:7, 92:17, 104:10, 105:18, 105:20, 111:17, 115:1, 121:8, 124:23, 130:5
**broke** [1] - 4:17

**broken** [1] - 118:4
**brought** [1] - 45:24
**burn** [1] - 88:17
**but..** [1] - 20:20
**BY** [1] - 4:15

# C

**calculate** [1] - 39:24
**cannot** [7] - 5:2, 6:22, 58:1, 68:6, 75:19, 81:9, 112:15
**capable** [1] - 11:3
**captures** [1] - 74:1
**car** [2] - 78:13, 88:11
**card** [2] - 115:4, 122:25
**cards** [3] - 114:15, 115:14
**caregiver** [2] - 85:9, 85:19
**case** [28] - 4:20, 7:13, 9:17, 9:24, 9:25, 10:9, 10:10, 10:12, 10:15, 10:17, 10:19, 10:23, 12:21, 13:6, 13:18, 22:4, 28:17, 32:23, 38:18, 40:15, 70:21, 75:25, 84:16, 86:2, 86:7, 115:1, 130:8, 130:14
**caseload** [1] - 33:5
**cases** [8] - 19:11, 28:18, 33:4, 34:13, 37:18, 49:5, 63:4, 108:10
**categories** [2] - 9:22, 95:8
**causes** [2] - 34:18, 82:14
**caveat** [1] - 10:13
**caveats** [2] - 88:9, 88:10
**celebration** [1] - 87:7
**cells** [2] - 83:11
**Census** [5] - 117:17, 117:18, 117:19, 117:20, 119:1
**Center** [2] - 33:4, 49:4
**Cerny** [3] - 54:5, 104:24, 105:25
**certain** [4] - 70:22, 93:17, 115:17, 116:8
**certainly** [4] - 79:4, 79:22, 92:22, 111:9
**Certified** [1] - 132:8
**certify** [1] - 132:4
**Chafetz** [2] - 41:6, 42:6
**chance** [1] - 39:25

**change** [3] - 5:20, 58:1, 90:18
**changed** [2] - 93:17, 115:23
**changes** [1] - 118:5
**changing** [1] - 114:7
**characteristic** [1] - 114:17
**characteristics** [4] - 17:22, 17:25, 30:11, 82:23
**charges** [3] - 7:4, 9:11, 9:17
**chart** [7] - 22:12, 28:9, 47:20, 48:5, 124:25, 125:10, 128:10
**charted** [1] - 126:1
**cherry** [1] - 126:6
**Choice** [2] - 42:8, 42:11
**choice** [6] - 25:10, 25:22, 26:1, 27:25, 28:5, 28:7, 39:10, 86:17
**choose** [12] - 22:23, 23:19, 24:15, 24:16, 30:16, 30:21, 36:11, 39:11, 52:1, 52:8, 115:13, 116:8
**chooses** [1] - 130:21
**chose** [6] - 41:12, 41:14, 43:1, 86:15, 86:16, 128:6
**CHRISTOPHER** [1] - 1:16
**circadian** [1] - 82:15
**circle** [9] - 56:16, 56:18, 56:20, 56:21, 57:16, 57:21, 58:7, 58:9, 63:10
**cite** [3] - 41:17, 42:21, 43:12
**cited** [3] - 42:17, 58:22, 107:12
**citing** [1] - 10:15
**Claimants** [1] - 42:9
**claims** [1] - 74:13
**classic** [2] - 40:2, 46:9
**classified** [1] - 54:12
**clear** [5] - 48:16, 64:1, 95:15, 99:16, 113:14
**clearer** [2] - 49:11, 76:17
**click** [2] - 36:10, 115:14
**clientele** [1] - 14:12
**clinic** [4] - 35:11, 46:22, 46:23, 70:18
**clinical** [25] - 19:11, 19:14, 33:4, 41:15,

45:13, 46:21, 49:5, 54:7, 60:15, 60:17, 68:7, 70:15, 70:17, 70:18, 70:24, 72:7, 75:2, 75:6, 76:24, 85:12, 85:13, 93:18, 105:6, 128:22, 128:25
**clinician** [1] - 15:24
**clip** [6] - 87:9, 87:10, 87:24, 88:23, 88:24, 89:8
**clock** [2] - 56:14, 56:17
**close** [3] - 86:3, 86:9, 108:17
**closely** [1] - 83:9
**cloth** [1] - 123:15
**cluster** [1] - 95:3
**CNS** [7] - 25:3, 25:6, 30:23, 48:9, 52:9, 53:15, 54:3
**coach** [1] - 107:9
**coached** [2] - 107:4, 110:10
**coaching** [1] - 110:13
**Code** [1] - 132:5
**cognitive** [56] - 5:8, 5:14, 6:2, 6:10, 10:25, 14:15, 15:13, 17:24, 19:2, 21:11, 23:9, 27:1, 28:12, 34:18, 34:21, 35:16, 35:18, 35:19, 38:19, 43:18, 44:10, 47:1, 47:6, 56:8, 58:3, 58:14, 58:20, 60:1, 67:9, 67:12, 68:7, 68:22, 70:1, 74:15, 79:8, 80:4, 82:8, 82:9, 89:9, 89:17, 89:19, 96:12, 97:8, 103:2, 106:9, 107:14, 108:21, 109:19, 110:4, 112:16, 121:17, 122:18, 124:8, 130:16, 130:17
**cognitively** [7] - 5:25, 24:20, 57:1, 105:2, 108:9, 110:1, 112:1
**coin** [2] - 39:14, 39:15
**Coin** [4] - 107:24, 108:1, 108:2, 108:7
**Coin-in-the-Hand-Test** [4] - 107:24, 108:1, 108:2, 108:7
**Coke®** [1] - 40:4
**colleagues** [3] - 54:5, 104:24, 105:14

**COLLEN** [1] - 1:21
**color** [2] - 33:8, 48:25
**colored** [2] - 24:9, 24:12
**colors** [1] - 110:11
**column** [5] - 11:11, 13:10, 117:10, 117:14, 117:17
**combination** [3] - 13:10, 44:5, 57:22
**combine** [2] - 44:1, 112:4
**coming** [2] - 68:18, 68:23
**comment** [5] - 45:3, 92:13, 92:15, 93:4, 94:11
**commented** [1] - 91:20
**comments** [1] - 92:21
**Commission** [1] - 79:13
**commonly** [1] - 83:6
**communicate** [3] - 6:15, 89:22
**comparative** [4] - 24:14, 24:15, 24:17, 27:21
**compare** [21] - 5:19, 19:13, 22:10, 32:24, 35:7, 48:2, 48:5, 48:24, 53:25, 59:4, 67:7, 87:23, 90:2, 92:24, 117:22, 118:25, 122:14, 123:19, 123:21, 126:20, 126:21
**compared** [18] - 11:20, 21:16, 28:5, 29:13, 32:14, 32:20, 34:13, 48:13, 49:12, 50:13, 52:2, 53:22, 54:13, 63:1, 99:13, 105:1, 105:18, 121:20
**comparing** [5] - 89:24, 95:15, 99:11, 121:24, 127:24
**comparison** [3] - 32:21, 53:8, 99:13
**COMPETENCY** [1] - 1:9
**Competency** [4] - 7:2, 7:21, 8:9, 8:13
**competency** [5] - 4:7, 7:2, 8:5, 10:22, 11:12
**competency-specific** [1] - 7:2
**competent** [7] - 4:19,

11:20, 12:1, 125:4, 130:7, 130:15, 130:21
**complete** [1] - 23:14
**completely** [2] - 36:25, 106:11
**compound** [2] - 51:19, 52:18
**compromised** [1] - 110:1
**computer** [12] - 2:7, 22:19, 25:22, 26:13, 31:18, 32:4, 36:3, 36:4, 36:11, 51:22, 52:12, 114:24
**computer-administered** [1] - 36:4
**computer-generated** [1] - 36:3
**computerized** [2] - 114:14, 114:23
**concentration** [1] - 123:8
**conceptually** [1] - 94:25
**concern** [5] - 5:5, 11:14, 11:18, 73:12, 73:13
**concerns** [2] - 9:16, 125:3
**conclude** [5] - 85:5, 100:6, 100:19, 103:6, 104:13
**concluded** [1] - 85:6
**concludes** [1] - 100:21
**concluding** [1] - 100:5
**conclusion** [10] - 34:9, 47:3, 74:14, 92:6, 94:19, 97:24, 99:23, 103:4, 103:15, 113:17
**conclusions** [15] - 46:25, 68:19, 68:23, 69:24, 71:21, 90:14, 90:16, 92:7, 94:1, 97:22, 99:12, 99:13, 101:11, 101:15, 106:20
**condition** [7] - 74:11, 85:7, 85:9, 86:22, 111:17, 129:1, 129:8
**conditions** [3] - 14:8, 88:15, 96:14
**conduct** [1] - 130:5
**confidence** [1] - 111:3
**confidential** [1] - 69:15
**confuse** [1] - 89:16

**confused** [1] - 113:4
**confusing** [2] - 52:7, 128:11
**connected** [1] - 51:18
**consequences** [3] - 7:10, 9:12, 11:2
**consequently** [4] - 6:4, 6:18, 95:10, 105:24
**consider** [1] - 12:16
**consideration** [1] - 127:14
**considered** [8] - 21:7, 32:18, 38:15, 57:3, 63:23, 101:21, 105:6, 128:8
**consistency** [5] - 25:3, 27:10, 30:23, 52:9, 94:11
**consistent** [21] - 10:11, 25:7, 27:13, 27:15, 35:21, 45:17, 50:9, 50:19, 56:20, 63:8, 63:11, 64:13, 94:17, 94:22, 95:13, 97:25, 98:1, 100:21, 101:14, 116:3
**consistently** [3] - 94:24, 114:24, 115:24
**consulting** [2] - 9:23, 12:8
**contemporaneous** [2] - 93:1, 129:14
**context** [7] - 15:22, 38:15, 88:13, 94:13, 95:18, 111:20, 119:7
**continue** [5] - 4:8, 24:25, 67:3, 99:2, 99:7
**continued** [1] - 4:13
**continues** [1] - 34:21
**continuing** [2] - 4:7, 130:14
**control** [7] - 26:23, 28:10, 32:14, 33:16, 48:24, 49:1, 49:12
**convenient** [1] - 98:12
**conversation** [1] - 114:8
**conveyed** [1] - 4:18
**cooperate** [2] - 11:3, 130:21
**copies** [2] - 41:25, 66:20
**copy** [5] - 66:18, 66:21, 122:22, 123:1, 123:3
**Corey** [1] - 3:3
**COREY** [49] - 1:15,

4:15, 8:15, 8:21, 8:24, 19:20, 19:25, 20:8, 20:11, 20:15, 20:21, 32:6, 41:21, 41:24, 42:4, 42:19, 45:7, 45:10, 65:5, 65:8, 65:18, 66:1, 66:10, 66:14, 66:19, 67:4, 69:8, 84:5, 87:8, 87:14, 89:2, 91:2, 95:24, 96:1, 98:18, 99:8, 100:25, 116:20, 116:23, 117:4, 121:6, 122:6, 122:13, 125:8, 125:17, 125:23, 130:23, 131:6, 131:12
**corner** [1] - 56:10
**correct** [22] - 18:13, 23:2, 23:3, 33:22, 35:5, 35:6, 38:11, 40:18, 40:19, 48:17, 48:21, 48:23, 52:20, 58:7, 68:14, 76:4, 78:4, 79:17, 108:3, 117:15, 120:21, 132:6
**corrected** [1] - 117:13
**correctly** [1] - 90:6
**corrector** [1] - 79:23
**correlate** [1] - 6:10
**correspond** [5] - 6:19, 27:22, 40:16, 127:25, 130:1
**corresponds** [1] - 12:7
**cortical** [1] - 74:10
**counsel** [13] - 7:7, 7:8, 8:7, 8:19, 9:18, 9:19, 9:23, 10:18, 11:4, 12:9, 65:16, 98:12, 125:5
**counsels'** [1] - 9:19
**count** [2] - 56:19, 108:17
**country** [2] - 117:24, 131:10
**couple** [7] - 33:6, 63:12, 65:20, 88:9, 103:10, 115:23, 120:2
**course** [14] - 5:12, 5:15, 44:1, 79:2, 87:12, 96:16, 97:12, 97:18, 97:19, 117:19, 126:21, 128:22, 128:25
**COURT** [43] - 1:1, 4:6, 8:20, 8:23, 41:23,

42:3, 42:15, 45:6, 65:7, 65:10, 65:16, 65:25, 66:5, 66:7, 66:12, 66:21, 66:25, 67:3, 83:25, 87:12, 91:1, 95:25, 98:14, 98:16, 98:21, 98:23, 99:1, 99:4, 99:7, 116:22, 116:25, 117:2, 121:1, 121:4, 122:8, 122:11, 125:11, 125:15, 125:18, 125:21, 131:1, 131:11, 131:14
**Court** [39] - 2:3, 2:4, 4:18, 9:1, 9:7, 11:8, 12:3, 13:16, 18:19, 20:22, 22:12, 22:14, 23:22, 29:19, 29:20, 35:14, 41:18, 42:17, 43:16, 51:7, 54:18, 54:21, 55:2, 57:12, 59:11, 61:21, 64:22, 65:9, 70:6, 70:14, 76:14, 108:1, 117:9, 122:17, 125:1, 125:9, 126:1, 128:20, 131:10
**Court's** [1] - 8:15
**courtroom** [3] - 7:5, 9:13, 92:16
**crash** [1] - 88:17
**create** [1] - 13:11
**created** [1] - 34:7
**credulity** [1] - 90:10
**criminal** [4] - 9:14, 75:17, 75:18, 86:2
**criteria** [5] - 9:9, 12:17, 33:10, 35:2, 48:9
**criterion** [6] - 29:14, 38:8, 48:14, 50:14, 53:14, 53:25
**critical** [1] - 94:5
**cross** [3] - 25:2, 123:18, 131:8
**CRR** [2] - 2:3, 132:11
**CS** [1] - 28:14
**cued** [1] - 26:8
**curve** [17] - 34:17, 34:18, 34:19, 34:20, 34:21, 39:19, 39:20, 40:9, 49:18, 49:19, 49:23, 50:7, 61:11, 61:13, 97:3, 129:9
**cutoff** [11] - 14:9, 14:10, 14:11, 14:16, 14:20, 15:4, 15:18, 21:7, 24:8, 37:17,

107:19
**cutoffs** [1] - 112:1
**CWC** [1] - 12:8

# D

**dagger** [1] - 31:7
**daily** [1] - 6:2
**damaged** [1] - 83:11
**dark** [3] - 23:25, 32:12, 124:10
**data** [39] - 6:19, 6:22, 8:18, 19:18, 19:22, 20:8, 44:22, 49:8, 55:1, 68:18, 69:4, 70:4, 71:15, 75:15, 75:19, 75:24, 78:4, 102:12, 103:1, 104:16, 105:6, 105:12, 105:16, 105:24, 106:14, 113:23, 114:3, 114:9, 116:18, 116:24, 117:18, 117:20, 120:4, 120:23, 124:6, 124:25, 127:11, 130:3
**date** [8] - 69:18, 69:19, 72:2, 72:4, 77:17, 77:18, 87:18
**DAY** [1] - 1:9
**day-to-day** [1] - 21:16
**days** [2] - 10:4, 114:11
**deal** [2] - 9:23, 14:14
**dealing** [2] - 14:12, 112:2
**deals** [1] - 13:5
**death** [1] - 96:22
**December** [17] - 72:5, 72:13, 73:1, 73:16, 74:21, 79:10, 80:7, 80:14, 80:17, 80:20, 87:22, 90:4, 92:18, 99:21, 99:22, 99:24, 127:2
**decent** [1] - 119:5
**decision** [1] - 101:18
**decisions** [1] - 114:21
**deck** [9] - 114:14, 115:13, 115:15, 115:19, 115:21, 116:3, 116:7, 116:8, 118:1
**decks** [7] - 114:15, 115:23, 115:24, 116:1, 118:19, 118:20
**decline** [1] - 34:22
**deemed** [1] - 48:14

**deep** [2] - 69:11, 82:19
**deep-sleep** [1] - 82:19
**deeply** [1] - 74:8
**defendant** [3] - 7:6, 75:18, 86:1
**Defendant** [10] - 1:8, 1:19, 4:19, 47:24, 79:11, 83:19, 83:20, 84:8, 84:17, 85:3
**Defendant's** [1] - 23:6
**Defense** [2] - 90:24, 91:13
**deficit** [1] - 124:8
**defies** [1] - 90:10
**definitely** [2] - 85:22, 106:23
**degenerative** [1] - 88:15
**degree** [4] - 60:22, 74:2, 85:7, 94:4
**delay** [6] - 30:18, 30:19, 52:5, 60:14, 123:23
**delayed** [11] - 23:6, 23:14, 25:4, 27:14, 31:2, 31:9, 61:6, 62:7, 126:11, 127:13, 127:23
**delays** [1] - 127:15
**delirious** [1] - 119:13
**delirium** [11] - 113:11, 113:15, 113:16, 113:18, 113:20, 113:25, 114:6, 114:12, 119:8, 119:11, 119:22
**delivery** [1] - 79:25
**demarcation** [1] - 118:22
**demented** [8] - 22:1, 24:22, 27:7, 27:9, 27:16, 34:14, 35:22, 105:17
**dementia** [62] - 24:24, 28:18, 33:1, 33:4, 33:7, 33:9, 33:10, 33:11, 33:13, 34:7, 34:13, 34:25, 35:8, 35:11, 37:18, 38:15, 46:10, 49:2, 49:3, 49:4, 49:5, 49:19, 49:20, 50:8, 50:9, 50:20, 54:8, 54:14, 58:3, 61:4, 61:12, 61:18, 61:23, 63:4, 70:2, 71:24, 71:25, 74:18, 76:20, 77:14, 78:24, 79:1, 79:20, 79:22, 80:19, 82:24, 83:16, 84:19, 85:10,

96:10, 100:4, 100:5, 100:6, 100:21, 101:8, 104:22, 105:13, 108:10, 112:2, 113:19, 130:19
**demographically** [2] - 117:13, 117:15
**demonstrate** [3] - 5:13, 14:7, 114:11
**demonstrated** [4] - 7:12, 10:25, 17:20, 45:18
**demonstrative** [1] - 20:17
**DENNEY** [2] - 3:2, 4:9
**Denney** [24] - 4:17, 7:14, 8:25, 19:21, 20:22, 47:20, 56:10, 64:21, 67:6, 69:10, 78:6, 85:25, 89:3, 96:9, 99:10, 101:6, 102:1, 114:13, 117:6, 124:21, 125:25, 130:24, 130:25, 131:9
**Denney's** [3] - 8:18, 42:14, 65:23
**depicted** [2] - 20:3, 20:23
**depicts** [1] - 29:20
**deposition** [16] - 76:7, 76:9, 76:11, 76:12, 77:4, 77:12, 77:16, 77:23, 78:10, 78:23, 78:25, 79:11, 79:13, 80:5, 80:24, 81:11
**depositions** [10] - 76:1, 76:18, 81:8, 81:12, 86:25, 90:12, 92:17, 92:24, 129:15, 130:5
**describe** [8] - 11:7, 12:3, 20:22, 29:19, 43:21, 57:11, 59:11, 125:25
**described** [2] - 59:18, 128:20
**describing** [5] - 8:8, 13:15, 33:24, 41:18, 70:14
**description** [1] - 25:1
**design** [1] - 123:2
**designed** [9] - 13:23, 14:4, 17:10, 18:22, 73:23, 111:25, 114:16, 114:21
**detail** [1] - 12:23
**details** [3] - 7:13, 10:14, 45:22

**detecting** [1] - 109:18
**Determination** [1] - 42:7
**determination** [1] - 32:22
**determine** [5] - 16:1, 21:8, 21:14, 53:18, 82:5
**determined** [1] - 80:18
**devastatingly** [1] - 129:6
**develop** [1] - 14:9
**developed** [3] - 54:22, 57:9, 108:8
**deviation** [6] - 44:15, 63:20, 97:6, 118:11, 118:12, 118:22
**deviations** [1] - 44:18
**diagnosed** [1] - 33:7
**diagnosis** [5] - 70:2, 85:10, 96:21, 96:22, 100:4
**diagnostically** [1] - 15:3
**diagram** [2] - 121:9, 122:24
**Diet** [2] - 40:4, 40:5
**Dietz** [1] - 6:24
**difference** [13] - 17:4, 22:6, 22:7, 24:9, 28:13, 28:16, 53:20, 53:23, 62:22, 64:8, 70:15, 89:12, 89:13
**differences** [1] - 70:23
**different** [25] - 9:22, 14:8, 16:24, 17:15, 21:4, 22:15, 23:17, 28:10, 30:1, 30:21, 31:2, 31:13, 36:25, 55:7, 55:10, 57:15, 62:1, 68:1, 79:3, 89:18, 95:20, 112:9, 114:15, 121:18, 123:5
**differential** [1] - 19:6
**difficult** [8] - 14:4, 14:6, 14:7, 22:5, 28:6, 28:14, 48:20, 124:15
**difficulties** [4] - 6:2, 11:15, 96:19, 100:3
**difficulty** [1] - 11:17
**digit** [6] - 36:6, 36:9, 36:15, 36:17, 37:1, 37:2
**Digit** [2] - 73:6, 73:9
**Direct** [1] - 3:3
**direct** [5] - 18:2, 65:19, 74:23, 75:24, 100:9

**DIRECT** [1] - 4:14
**disability** [1] - 110:2
**disagree** [1] - 97:21
**discern** [1] - 43:22
**disclose** [1] - 10:16
**disclosing** [1] - 13:2
**discuss** [5] - 7:13, 10:14, 18:3, 102:15, 106:19
**discusses** [2] - 92:4, 93:16
**discussing** [4] - 94:8, 94:10, 95:19, 102:2
**disease** [21] - 5:10, 5:11, 5:15, 5:18, 5:22, 6:17, 6:18, 83:5, 83:7, 83:8, 83:9, 83:10, 83:21, 84:10, 84:17, 96:17, 96:18, 97:18, 97:20, 129:3
**diseases** [1] - 97:15
**disingenuous** [1] - 5:2
**disorder** [6] - 82:11, 82:13, 83:4, 96:16, 97:13, 129:10
**disparity** [1] - 34:2, 34:5, 34:6
**dispositive** [1] - 15:10, 67:20
**distracting** [4] - 123:14, 123:20, 123:23, 127:15
**District** [2] - 2:4, 2:4
**DISTRICT** [2] - 1:1, 1:2
**doctor** [5] - 23:21, 69:1, 85:6, 87:21, 131:13
**doctors** [5] - 81:14, 83:18, 83:20, 84:9, 86:24
**doctors'** [2] - 68:22, 76:20
**document** [2] - 69:15, 117:10
**dog** [3] - 31:12, 31:13, 31:21
**DOJ** [4] - 1:15, 1:16, 1:17, 1:18
**domain** [1] - 126:23
**done** [8] - 8:9, 37:10, 37:21, 46:3, 57:20, 64:19, 93:22, 105:9
**dots** [1] - 64:2
**dotted** [4] - 24:12, 28:10, 32:14, 48:25
**doubt** [1] - 14:23
**down** [16] - 9:22, 11:19, 12:9, 19:23, 35:5, 45:11, 49:23,

50:7, 56:18, 73:17, 82:18, 95:2, 95:8, 115:5, 117:25, 121:12
**DR** [7] - 22:14, 23:6, 25:4, 28:14, 48:9, 53:15, 54:3
**Dr** [170] - 4:17, 6:24, 7:14, 8:18, 8:25, 19:21, 20:22, 38:20, 38:25, 42:14, 47:20, 56:10, 58:23, 64:21, 65:23, 67:6, 69:2, 69:10, 69:17, 69:24, 70:3, 70:4, 70:16, 71:13, 72:18, 72:25, 73:7, 73:13, 74:14, 74:20, 75:5, 75:9, 75:10, 78:4, 78:6, 78:8, 78:16, 79:9, 80:6, 80:14, 80:17, 81:16, 81:21, 82:5, 82:25, 83:18, 84:12, 84:21, 84:23, 85:3, 85:5, 85:11, 85:14, 85:17, 85:25, 88:2, 88:6, 89:3, 90:3, 90:14, 90:15, 90:19, 90:20, 91:21, 91:25, 92:1, 92:2, 92:4, 92:7, 92:11, 92:13, 92:25, 93:3, 93:8, 93:12, 93:16, 93:24, 93:25, 94:1, 94:9, 94:9, 94:15, 95:16, 95:19, 96:2, 96:3, 96:4, 96:9, 97:22, 97:23, 98:9, 99:10, 99:11, 99:12, 99:15, 99:18, 99:21, 101:6, 101:21, 102:1, 102:2, 102:5, 102:10, 102:16, 103:6, 103:7, 103:25, 104:1, 104:3, 104:13, 105:8, 105:19, 106:17, 106:20, 107:1, 107:5, 107:11, 107:24, 109:2, 109:7, 109:10, 110:9, 110:13, 110:17, 111:1, 111:10, 111:19, 112:17, 112:19, 112:21, 112:25, 113:2, 113:9, 113:14, 113:15, 113:24, 114:9, 114:13, 116:15, 116:19,

116:24, 117:6,
117:7, 119:23,
120:3, 120:9,
120:10, 120:11,
120:17, 120:23,
121:13, 121:25,
122:15, 124:3,
124:21, 125:25,
126:8, 126:25,
127:10, 127:18,
129:13, 129:24,
130:24, 130:25,
131:9
**DRA** [1] - 50:3
**drastic** [3] - 35:4,
50:5, 81:1
**draw** [11] - 34:9,
46:25, 47:4, 55:10,
55:17, 56:14, 57:18,
63:10, 67:8, 123:11,
123:19
**drawing** [1] - 57:20
**drawings** [1] - 66:9
**drawn** [1] - 57:13
**DRC** [2] - 62:13, 62:18
**dreams** [3] - 82:18,
82:20, 82:21
**drew** [3] - 56:15,
56:17, 63:10
**DRG** [1] - 64:5
**drop** [2] - 35:4, 50:5
**drops** [3] - 34:15,
34:22, 34:23
**DRV** [6] - 31:9, 33:21,
34:12, 34:14, 35:3,
50:3
**due** [4] - 16:1, 40:13,
90:15
**duly** [1] - 4:12
**Dunham** [1] - 105:14
**during** [14] - 6:24,
15:14, 45:12, 60:14,
61:24, 73:11, 73:16,
74:9, 78:25, 82:16,
82:19, 105:19,
121:21, 127:3

**E**

**earliest** [4] - 5:22,
6:17, 98:9, 130:19
**early** [7] - 54:24, 74:7,
89:14, 96:25, 97:18,
98:3, 130:10
**early/mid** [1] - 90:7
**early/mid-portion** [1] -
90:7
**earns** [1] - 115:16
**easier** [4] - 8:25,
22:16, 30:9, 50:3

**easiest** [6] - 21:5,
21:6, 33:20, 35:2,
48:8, 49:25
**easily** [1] - 108:23
**easy** [29] - 19:1, 19:5,
19:7, 19:12, 22:4,
22:5, 28:13, 28:16,
30:22, 33:12, 34:11,
36:21, 36:22, 36:23,
37:5, 37:14, 38:7,
48:19, 53:20, 54:6,
56:1, 104:21, 105:1,
105:4, 105:5,
105:18, 105:22,
106:1
**easy/hard** [2] - 53:23,
104:5
**ECST** [3] - 8:13, 8:14,
65:22
**ECST-R** [3] - 8:13,
8:14, 65:22
**education** [3] -
117:16, 117:23,
118:18
**effect** [2] - 40:14, 95:4
**effective** [1] - 110:3
**effort** [1] - 38:9
**eight** [8] - 39:6, 40:2,
40:17, 40:19, 41:10,
80:8, 96:23, 123:20
**either** [4] - 101:10,
115:16, 115:19,
115:21
**elderly** [6] - 24:18,
55:13, 56:25, 58:13,
107:14, 121:16
**electronically** [1] - 4:3
**elementary** [1] - 74:7
**elicit** [1] - 31:4
**embedded** [7] - 17:5,
17:18, 18:1, 70:12,
73:6, 110:22, 111:5
**emotional** [2] - 31:3,
31:5
**employees** [1] - 87:5
**encompassed** [1] -
8:5
**end** [4] - 31:24, 95:9,
100:1, 123:10
**ended** [1] - 10:3
**engagement** [2] -
13:25, 124:18
**entered** [1] - 42:16
**entertain** [1] - 113:9
**entire** [3] - 87:14,
111:2, 119:2
**entitled** [3] - 42:6,
47:18, 69:15
**equally** [1] - 36:23
**erroneous** [1] - 76:21

**errors** [3] - 108:25,
109:12, 109:24
**ESQ** [4] - 1:19, 1:21,
1:22, 1:24
**essence** [2] - 83:11,
104:10
**estimate** [1] - 74:3
**et** [1] - 105:25
**ethnicity** [1] - 117:21
**evaluate** [5] - 16:7,
16:23, 46:23, 71:18,
102:9
**evaluated** [4] - 70:7,
71:19, 81:21, 126:16
**evaluating** [3] - 71:13,
107:13, 110:17
**Evaluation** [2] - 8:13,
69:16
**evaluation** [25] - 6:25,
15:14, 16:21, 41:7,
69:19, 70:16, 70:17,
70:18, 72:7, 72:9,
72:11, 80:15, 82:6,
86:1, 88:1, 89:9,
90:21, 93:18, 93:19,
121:21, 126:7,
126:25, 127:3
**evaluations** [11] -
16:6, 71:22, 85:11,
85:12, 85:13, 85:24,
92:25, 93:12, 93:25,
99:11, 110:2
**event** [5] - 40:11,
78:12, 81:2, 87:7,
88:11
**events** [1] - 40:13
**evidence** [12] - 5:9,
20:19, 42:13, 42:17,
65:21, 75:25, 79:19,
84:16, 84:17, 90:11,
101:22, 124:21
**evolve** [1] - 129:1
**exact** [3] - 77:18,
117:25, 126:17
**exactly** [5] - 37:13,
39:18, 60:5, 119:25,
129:16
**exaggerate** [2] -
124:8, 130:15
**exaggerated** [1] - 65:4
**exaggerates** [1] - 95:1
**exaggerating** [7] -
14:20, 14:24, 47:5,
49:15, 68:11, 68:12,
130:12
**exaggeration** [4] -
15:19, 15:20, 15:25,
16:1
**exam** [10] - 17:14,
73:12, 75:2, 75:4,

75:8, 75:9, 79:10,
80:7, 93:22, 93:23
**Examination** [1] - 3:3
**examination** [18] -
16:25, 17:12, 45:19,
65:19, 65:24, 72:14,
73:11, 73:16, 74:19,
77:18, 77:19, 77:24,
85:2, 85:15, 91:18,
119:25, 120:3, 130:6
**EXAMINATION** [1] -
4:14
**examinations** [2] -
127:18, 127:19
**examined** [5] - 16:3,
27:8, 72:25, 81:17,
109:8
**examinee** [12] - 23:8,
24:17, 25:5, 25:12,
26:4, 26:11, 31:19,
52:12, 108:14,
109:21, 115:6,
122:25
**examinee's** [1] -
127:14
**examiner** [2] - 70:20,
109:20
**examining** [1] - 4:8
**example** [10] - 25:18,
31:11, 51:19, 51:21,
52:15, 78:17, 84:12,
86:15, 97:4
**exams** [2] - 35:11,
126:13
**exceedingly** [4] -
54:24, 57:2, 63:14,
108:20
**except** [5] - 27:10,
33:14, 46:15, 49:21,
51:14
**excuse** [2] - 69:21,
77:22
**executive** [2] - 114:17,
114:19
**Exhibit** [23] - 18:10,
18:11, 18:12, 20:18,
32:9, 47:10, 47:11,
69:7, 69:10, 87:10,
88:23, 90:24, 91:7,
91:13, 91:14, 99:17,
99:20, 100:16,
100:17, 100:25,
101:1, 103:13,
125:22
**exhibit** [12] - 8:20,
16:21, 20:13, 66:17,
69:9, 69:11, 72:3,
72:20, 75:24, 87:18,
99:20, 125:15
**exhibited** [1] - 78:24

**exhibits** [1] - 66:8
**Exhibits** [1] - 16:17
**exit** [3] - 24:18, 24:21,
26:25
**expand** [1] - 104:19
**expect** [7] - 27:11,
34:17, 52:21, 96:12,
104:22, 129:7, 129:9
**experience** [1] - 35:10
**experimental** [1] -
40:14
**expert** [1] - 84:2
**explain** [20] - 9:1, 9:5,
17:4, 18:19, 20:3,
22:14, 26:25, 36:20,
39:8, 43:16, 51:4,
51:6, 54:17, 54:21,
55:2, 70:22, 93:21,
107:25, 118:2,
121:13
**explained** [2] - 51:5,
126:24
**explaining** [1] - 115:5
**explanation** [1] - 6:21
**extra** [2] - 68:20,
121:14
**extreme** [4] - 15:11,
28:15, 28:17, 74:9
**extremely** [4] - 27:23,
45:16, 67:12, 124:16
**eyes** [4] - 31:6,
108:16, 108:17,
108:18

**F**

**FAC** [1] - 12:20
**face** [1] - 94:2
**facial** [1] - 89:15
**fact** [8] - 27:24, 33:6,
35:12, 60:13, 93:16,
111:18, 114:11,
124:2
**factual** [5] - 9:24,
11:1, 12:21, 13:11,
13:12
**Fail** [1] - 42:10
**fail** [26] - 16:9, 16:11,
21:5, 21:7, 29:9,
32:16, 38:13, 38:14,
38:15, 48:7, 48:10,
50:12, 50:16, 53:11,
53:14, 54:7, 54:13,
58:24, 102:19,
103:19, 104:4,
105:6, 106:2, 109:9,
109:13, 110:6
**failed** [38] - 17:23,
18:19, 21:9, 21:10,
27:17, 27:18, 27:19,

33:12, 50:10, 54:10,
59:1, 59:3, 67:23,
68:4, 102:22,
102:25, 103:20,
103:24, 106:12,
107:3, 107:21,
107:22, 109:11,
110:8, 110:20,
111:6, 111:13,
111:18, 111:22,
111:23, 111:25,
112:23, 113:4,
113:7, 113:11,
113:20, 120:18
**fails** [6] - 15:17, 106:6,
107:14, 112:11,
112:20, 112:25
**failures** [1] - 68:3
**fair** [2] - 106:11,
110:22
**faking** [1] - 49:15
**fall** [5] - 12:1, 33:17,
33:18, 63:18, 97:6
**falling** [2] - 41:9,
78:13
**falls** [1] - 39:6
**false** [7] - 14:18,
14:21, 58:8, 58:10,
107:17, 112:3, 112:5
**false-positive** [1] -
14:21
**familiar** [3] - 38:20,
69:1, 84:25
**far** [5] - 40:8, 59:1,
72:12, 124:21,
129:12
**Faris** [2] - 58:21,
107:11
**fast** [2] - 17:8, 115:25
**faulty** [2] - 82:20, 98:5
**Fazio** [2] - 58:21,
107:10
**FDG's** [1] - 5:20
**Federal** [1] - 79:12
**fell** [3] - 11:5, 48:9,
78:17
**few** [4] - 36:8, 43:5,
55:8, 98:24
**fifteen** [1] - 27:3
**figure** [10] - 29:24,
116:7, 122:22,
122:24, 123:1,
123:12, 123:17,
123:25, 128:15
**final** [1] - 32:21
**findings** [16] - 5:16,
5:19, 5:21, 6:4, 6:15,
6:21, 8:1, 21:15,
92:5, 92:10, 94:7,
94:10, 102:3, 103:8,

105:25, 124:19
**fine** [2] - 47:22, 66:24
**finger** [1] - 109:21
**finished** [1] - 23:7
**first** [53] - 4:25, 5:20,
6:1, 6:24, 7:21, 8:9,
12:7, 13:19, 16:21,
18:7, 18:10, 19:19,
20:25, 23:8, 25:13,
25:22, 26:6, 31:18,
32:12, 32:16, 33:17,
36:15, 37:4, 44:11,
47:23, 51:2, 51:16,
52:13, 53:14, 54:18,
57:20, 58:12, 62:19,
70:10, 73:5, 77:18,
77:23, 89:11, 91:21,
102:18, 103:11,
103:15, 110:8,
110:12, 111:15,
117:10, 118:3,
120:12, 123:1,
127:3, 127:21, 128:2
**first-grade** [1] - 51:16
**five** [19] - 12:4, 16:24,
25:23, 36:6, 36:9,
36:15, 36:16, 36:17,
37:1, 37:2, 40:10,
48:21, 61:10, 67:25,
105:10, 111:5,
112:8, 118:8, 131:15
**five-digit** [6] - 36:6,
36:9, 36:15, 36:17,
37:1, 37:2
**flag** [1] - 28:1
**flat** [3] - 46:14, 61:2,
129:11
**flip** [2] - 39:14, 39:15
**flipping** [1] - 39:14
**floor** [2] - 78:13, 95:3
**fluke** [1] - 111:23
**flying** [1] - 110:11
**focus** [1] - 53:9
**focused** [4] - 9:10,
38:10, 80:2, 128:12
**focussed** [1] - 119:16
**foil** [4] - 22:24, 23:18,
37:1, 52:3
**foils** [6] - 30:21, 31:1,
31:3, 31:15, 52:6,
52:7
**folder** [1] - 16:19
**following** [2] - 4:3,
88:22
**follows** [1] - 4:13
**footnotes** [1] - 41:25
**forced** [1] - 39:10
**Forced** [2] - 42:8,
42:11
**forced-choice** [1] -

39:10
**Forced-Choice** [2] -
42:8, 42:11
**foregoing** [1] - 132:5
**forensic** [15] - 7:24,
41:6, 41:7, 70:17,
70:19, 70:23, 72:6,
72:9, 75:2, 75:4,
75:7, 75:8, 85:12,
93:18, 93:23
**Forest** [1] - 76:22
**forgot** [1] - 32:7
**formulating** [1] -
76:19
**forth** [2] - 13:25, 38:8
**forty** [1] - 131:15
**forward** [1] - 84:1
**foster** [1] - 71:6
**four** [17] - 12:4, 27:4,
27:5, 74:13, 87:9,
88:2, 88:7, 111:4,
111:5, 111:7,
111:18, 111:20,
111:23, 112:4,
112:18, 112:19,
114:15
**four-minute** [1] - 87:9
**fourteen** [1] - 27:2
**FR** [2] - 26:10, 28:15
**frame** [1] - 124:23
**Frank** [1] - 85:22
**free** [26] - 17:5, 17:9,
17:15, 18:22, 26:8,
26:11, 29:3, 31:23,
32:5, 35:4, 46:8,
46:13, 48:22, 50:6,
52:21, 53:21, 56:13,
57:22, 61:6, 63:13,
75:12, 110:21,
110:25, 111:5,
120:20
**free-standing** [9] -
17:5, 17:9, 17:15,
18:22, 29:3, 75:12,
110:21, 110:25,
111:5
**frisbee** [1] - 31:14
**front** [2] - 9:2, 99:16
**full** [2] - 34:1, 115:4
**full-sized** [1] - 115:4
**function** [2] - 21:16,
114:18
**functioning** [5] - 5:14,
6:3, 76:25, 89:17,
89:19, 112:16,
114:19
**functions** [1] - 82:15

## G

**gain** [3] - 12:12, 16:2,
41:8
**gaining** [1] - 12:17
**Gambling** [3] -
114:13, 115:7, 117:7
**gambling** [1] - 115:14
**gears** [2] - 59:13,
90:18
**general** [4] - 6:13,
61:16, 74:3, 117:24
**generated** [1] - 36:3
**genuine** [34] - 21:11,
21:12, 21:13, 27:20,
28:21, 29:10, 29:13,
32:19, 35:8, 35:19,
35:22, 44:25, 46:1,
48:12, 50:9, 50:19,
53:18, 53:19, 53:24,
65:4, 68:7, 78:18,
81:9, 98:2, 103:2,
104:6, 104:9,
106:15, 111:13,
112:16, 124:7,
129:19, 129:20,
130:10
**genuinely** [4] - 45:25,
80:13, 105:1, 129:20
**genuineness** [1] -
92:9
**geometric** [2] -
122:21, 123:16
**GEORGE** [1] - 1:3
**get-go** [2] - 17:10,
129:6
**given** [8] - 77:15, 78:9,
87:21, 88:6, 89:5,
101:15, 114:8,
124:24
**glean** [1] - 76:18
**Glenn** [1] - 42:12
**glimpse** [1] - 55:22
**global** [2] - 24:21,
102:19
**globally** [1] - 46:19
**goal** [2] - 17:16, 116:9
**goodness** [1] - 129:25
**gosh** [2] - 68:1, 112:9
**GOVERNMENT** [2] -
3:2, 4:10
**government's** [2] -
32:9, 47:11
**Government's** [5] -
18:12, 20:17, 69:7,
99:17, 125:19
**grade** [1] - 51:16
**gradual** [2] - 34:18,
34:22
**gradually** [2] - 97:15,

98:6
**graduate** [1] - 33:1
**granted** [1] - 80:11
**graph** [20] - 11:14,
11:25, 19:19, 19:22,
19:23, 20:1, 20:4,
20:23, 23:1, 23:23,
26:24, 29:15, 29:20,
32:10, 59:22, 61:21,
64:2, 64:12, 126:1,
128:4
**graphs** [1] - 65:23
**gray** [3] - 24:2, 24:4,
24:10
**great** [1] - 55:24
**greater** [2] - 83:15,
114:20
**Green** [1] - 106:5
**green** [1] - 32:25
**Green's** [1] - 50:22
**gross** [1] - 5:13
**grossly** [6] - 6:19,
44:13, 44:14, 45:1,
60:21, 61:13
**group** [10] - 28:10,
33:3, 33:8, 33:9,
33:10, 33:12, 49:2,
49:3, 49:12, 121:16
**groups** [21] - 22:11,
24:14, 24:15, 24:16,
24:17, 26:23, 27:21,
29:14, 32:14, 32:21,
32:24, 33:16, 33:19,
34:25, 40:4, 48:14,
48:25, 49:1, 50:14,
53:25, 54:8
**guess** [2] - 81:16,
120:9
**guide** [1] - 8:2
**Guilmette** [51] - 38:20,
38:25, 90:19, 92:1,
92:13, 93:24, 94:9,
94:15, 95:19, 96:2,
96:4, 102:5, 102:10,
102:16, 103:3,
103:6, 103:7,
103:25, 104:1,
104:3, 104:13,
107:1, 107:11,
107:24, 109:2,
109:7, 109:10,
110:9, 110:13,
110:17, 111:1,
111:10, 111:19,
112:17, 112:19,
112:21, 113:2,
113:9, 113:15,
113:24, 114:9,
116:15, 116:19,
117:7, 119:23,

120:10, 120:17,
121:13, 121:25,
122:15, 124:3
**Guilmette's** [21] -
58:23, 90:20, 91:21,
92:11, 93:3, 93:8,
97:22, 99:12, 102:2,
102:20, 105:8,
105:19, 106:17,
106:20, 107:5,
112:25, 116:24,
120:3, 120:23,
127:10, 127:18
**Gumm** [2] - 2:3,
132:11
**Gun** [1] - 42:7
**gun** [1] - 43:3
**Gutierrez** [1] - 85:21

## H

**half** [1] - 53:17
**hallmark** [1] - 119:10
**hand** [3] - 41:24,
108:18, 109:21
**Hand** [4] - 107:24,
108:1, 108:2, 108:7
**handle** [1] - 80:2
**hands** [1] - 108:15
**HANKS** [1] - 1:3
**hard** [21] - 28:16,
36:21, 36:22, 36:24,
37:6, 37:9, 37:12,
37:14, 37:17, 37:24,
38:4, 38:9, 38:11,
38:12, 40:16, 40:18,
40:19, 42:23, 53:20,
55:25, 111:2
**hard-item** [2] - 38:11,
38:12
**harder** [8] - 19:5, 19:7,
19:8, 19:12, 22:16,
26:8, 31:15, 37:11
**hate** [1] - 43:2
**head** [2] - 38:6, 100:7
**heads** [1] - 39:14
**hearing** [2] - 4:7,
124:22
**HEARING** [1] - 1:9
**held** [3] - 4:3, 65:15,
99:6
**help** [4] - 43:7, 55:2,
72:18, 74:24
**hereby** [1] - 132:4
**hesitation** [1] - 103:23
**high** [3] - 34:11,
64:17, 118:9
**higher** [3] - 41:10,
62:7, 62:18
**hippocampus** [1] -

6:12
**hit** [2] - 95:3, 115:24
**hmm** [2] - 25:9,
115:12
**hold** [1] - 108:12
**holding** [1] - 74:17
**home** [2] - 105:20,
105:21
**homes** [1] - 105:17
**honest** [1] - 129:25
**Honor** [33] - 4:16,
19:21, 32:7, 41:22,
42:5, 45:7, 65:19,
66:11, 66:15, 66:16,
67:5, 69:9, 83:24,
84:6, 87:11, 88:23,
90:25, 95:23, 98:11,
98:25, 99:3, 99:9,
116:21, 117:5,
121:3, 122:7,
122:10, 125:12,
125:17, 125:20,
125:24, 130:25,
131:6
**HONORABLE** [1] - 1:3
**horizontal** [1] - 25:1
**horribly** [1] - 110:9
**Houston** [1] - 1:11
**hundred** [2] - 15:2,
40:10

## I

**ideas** [1] - 9:16
**identification** [7] -
8:22, 20:16, 32:8,
42:1, 65:20, 87:11,
120:24
**identified** [2] - 12:15,
83:13
**identify** [3] - 13:24,
19:6, 19:13
**illness** [1] - 88:16
**imagine** [1] - 39:25
**immediate** [12] -
22:17, 23:1, 23:15,
25:4, 27:14, 30:11,
30:13, 52:1, 52:4,
53:22, 61:25, 123:23
**immediately** [4] -
22:22, 37:4, 55:18,
57:19
**impaired** [44] - 6:5,
6:20, 12:13, 21:12,
21:14, 21:19, 21:24,
24:5, 24:8, 24:21,
27:6, 27:20, 27:23,
28:4, 29:11, 29:13,
32:19, 33:20, 34:21,
44:14, 44:19, 44:23,

45:2, 46:8, 46:19,
48:13, 53:19, 53:24,
57:1, 60:12, 60:20,
60:22, 60:24, 74:16,
95:13, 97:5, 104:6,
104:9, 105:2, 108:9,
112:1, 113:5, 128:7
**impairing** [1] - 6:2
**impairment** [23] -
10:25, 12:11, 13:8,
17:24, 19:2, 21:11,
27:2, 34:18, 35:19,
46:2, 47:6, 56:8,
79:8, 82:9, 97:8,
104:11, 107:14,
109:19, 111:14,
128:13, 130:10,
130:17
**impairments** [2] -
5:13, 130:17
**implausible** [6] -
21:15, 28:2, 50:13,
106:3, 106:4, 106:7
**importantly** [1] - 119:7
**impossible** [3] -
77:14, 81:12, 119:18
**imprinted** [1] - 87:19
**improvement** [4] -
63:1, 63:2, 63:4,
63:5
**inappropriate** [2] -
75:7, 122:16
**include** [4] - 15:5,
54:8, 71:10, 73:4
**included** [3] - 19:21,
22:24, 73:3
**including** [2] - 101:17,
130:3
**incompetent** [1] -
80:19
**inconsistency** [1] -
64:21
**inconsistent** [1] -
124:4
**incorporated** [1] -
16:25
**incorrect** [1] - 79:25
**independent** [1] -
17:11
**index** [15] - 43:15,
44:13, 60:4, 73:6,
81:3, 126:2, 126:3,
126:7, 126:11,
126:24, 127:7,
127:8, 127:13,
127:17, 127:21
**INDEX** [1] - 3:1
**indicate** [9] - 5:21,
65:3, 68:5, 75:14,
102:23, 102:25,

109:5, 111:12,
111:16
**indicated** [1] - 34:6
**indicates** [2] - 50:18,
101:8
**indicating** [2] - 57:24,
104:11
**indication** [8] - 78:24,
79:7, 80:4, 92:8,
93:2, 96:5, 101:20,
101:23
**indications** [1] - 94:4
**indicative** [2] - 5:3,
43:4
**indicator** [6] - 18:1,
58:13, 108:24,
109:24, 112:13,
127:5
**indicators** [2] - 17:19
**indices** [3] - 95:11,
125:6, 127:22
**indicia** [1] - 112:16
**individual** [7] - 27:16,
64:11, 78:7, 80:11,
88:5, 96:9, 126:4
**individuals** [4] - 5:7,
11:20, 24:21, 57:21
**inform** [9] - 10:21,
28:11, 42:24, 49:9,
58:19, 59:25, 64:23,
76:13, 111:16
**information** [14] -
10:16, 46:9, 61:15,
74:1, 74:6, 76:17,
85:21, 85:23, 92:4,
92:20, 101:16,
127:15, 127:16,
130:13
**informing** [1] - 49:13
**ingrained** [1] - 74:8
**inherent** [1] - 82:23
**initial** [3] - 21:4, 90:20,
93:9
**inpatient** [2] - 27:7,
27:8
**insert** [1] - 17:11
**insightful** [1] - 104:25
**instance** [3] - 52:11,
54:2, 96:16
**instead** [5] - 12:25,
30:7, 31:14, 36:25,
51:15
**Institute** [1] - 76:22
**instructed** [1] - 123:2
**instruction** [1] - 115:3
**instructions** [2] -
45:22, 115:3
**Instrument** [3] - 7:3,
7:22, 8:9
**integrate** [1] - 92:22

**intelligence** [1] - 74:4
**intelligent** [1] - 108:22
**Intent** [2] - 42:7, 42:10
**intent** [2] - 14:2, 43:4
**intentional** [1] - 16:2
**intentionally** [8] -
41:11, 41:14, 43:1,
47:5, 50:15, 50:18,
68:11, 77:10
**interact** [1] - 114:24
**interactions** [1] -
110:15
**interjected** [2] - 81:7,
98:22
**intermix** [1] - 23:10
**interns** [1] - 76:25
**interpret** [1] - 73:21
**interpretation** [1] -
107:6
**Interpreter** [1] - 2:1
**interrupt** [3] - 7:14,
23:21, 56:9
**interrupted** [1] - 24:25
**intervening** [4] -
78:12, 81:2, 88:11,
88:13
**interview** [5] - 7:1,
7:23, 9:9, 86:3,
86:17
**interviewed** [1] -
86:16
**interviews** [2] - 114:4,
114:5
**intrusion** [2] - 58:11,
121:14
**intrusions** [3] - 56:22,
57:1, 107:17
**invalid** [3] - 94:22,
96:6, 109:25
**invalidity** [3] - 58:13,
68:6, 104:12
**Iowa** [3] - 114:13,
115:7, 117:7
**IQ** [1] - 44:16
**IR** [11] - 22:13, 22:17,
22:25, 23:7, 25:3,
28:14, 30:11, 48:9,
50:3, 53:15, 54:3
**IRC** [1] - 62:13
**IRG** [1] - 64:5
**isolation** [1] - 44:21
**issue** [4] - 10:24,
45:24, 84:6, 113:16
**issues** [4] - 7:2, 17:18,
44:12, 71:8
**it'll** [1] - 61:1
**item** [9] - 12:22, 33:12,
38:11, 38:12, 51:19,
65:2, 66:2, 121:14,
131:6

**items** [31] - 25:20, 31:11, 35:2, 36:21, 37:9, 37:12, 37:14, 37:17, 37:24, 38:4, 38:7, 38:9, 38:11, 40:17, 40:18, 40:20, 42:23, 48:19, 48:21, 56:7, 57:14, 57:16, 57:17, 65:20, 68:18, 68:20, 104:5, 120:20, 121:16
**itself** [4] - 11:10, 29:25, 101:13, 111:25
**IV** [1] - 126:9

## J

**JAMES** [1] - 1:22
**January** [10] - 76:3, 76:6, 76:8, 76:11, 77:11, 77:16, 77:23, 78:11, 78:23, 92:17
**JASON** [1] - 1:19
**JR** [1] - 1:3
**Judge** [1] - 17:4
**JUDGE** [1] - 1:3
**judgment** [1] - 114:20
**judgment's** [1] - 119:6
**July** [12] - 90:20, 90:21, 92:12, 105:9, 105:19, 108:3, 108:4, 108:6, 110:18, 119:24, 127:11
**July's** [1] - 91:17
**June** [7] - 20:12, 28:22, 33:23, 35:24, 41:18, 45:8, 81:18

## K

**KATHRYN** [1] - 1:24
**Katy** [1] - 105:13
**keep** [7] - 13:23, 14:17, 14:20, 26:15, 67:16, 84:1, 111:24
**keeps** [1] - 25:6
**KENEALLY** [1] - 1:24
**key** [1] - 36:10
**kind** [6] - 29:2, 59:10, 61:2, 75:8, 79:21, 128:10
**knowing** [2] - 79:5, 79:23
**known** [4] - 41:13, 96:14, 106:4, 108:24
**kosher** [1] - 107:2
**Kyle** [1] - 57:9

## L

**label** [1] - 126:15
**labeled** [2] - 36:22, 36:24
**Lai** [11] - 81:16, 81:21, 82:5, 83:18, 84:12, 84:23, 85:3, 85:5, 85:11, 85:14
**Lai's** [3] - 82:25, 84:21, 85:17
**laid** [1] - 29:23
**LANGSTON** [1] - 1:17
**lapse** [1] - 77:22
**laptop** [1] - 26:3
**larger** [1] - 47:19
**Larrabee** [2] - 41:5, 42:12
**last** [17] - 4:17, 13:10, 26:10, 26:17, 27:11, 33:6, 34:1, 47:8, 48:22, 54:11, 62:22, 66:2, 66:10, 100:2, 100:9, 124:20, 127:19
**late** [3] - 5:14, 74:22, 97:19
**latter** [1] - 113:17
**Laurence** [2] - 42:6, 42:12
**lavender/purple** [1] - 33:8
**Law** [4] - 1:20, 1:21, 1:23, 1:24
**leading** [2] - 83:23, 95:22
**learn** [7] - 46:6, 46:7, 46:11, 46:12, 51:25
**learned** [3] - 17:20, 74:1, 74:6
**Learning** [1] - 43:9
**learning** [26] - 43:25, 44:3, 45:13, 46:15, 60:10, 60:13, 60:15, 61:5, 61:9, 61:11, 61:13, 61:25, 62:6, 62:12, 62:13, 62:23, 62:25, 63:7, 64:17, 90:9, 122:19, 123:6, 123:7
**least** [5] - 17:16, 77:20, 87:24, 89:8, 116:10
**leave** [3] - 131:3, 131:4, 131:9
**led** [1] - 6:25
**LEE** [1] - 1:17
**left** [6] - 4:23, 23:3, 36:10, 36:12, 104:7, 129:12

**legal** [1] - 8:6
**length** [1] - 96:22
**less** [9] - 15:1, 40:9, 40:24, 40:25, 58:12, 78:2, 89:15, 90:8, 105:5
**letter** [1] - 109:22
**letters** [3] - 22:13, 66:2, 109:20
**level** [4] - 40:16, 51:16, 73:24, 101:5
**Lewy** [16] - 71:25, 74:17, 82:23, 83:7, 83:8, 83:9, 83:10, 83:12, 83:13, 83:16, 83:21, 84:9, 84:17, 84:19, 100:5, 100:22
**light** [5] - 24:9, 81:11, 81:12, 89:8, 90:11
**light-colored** [1] - 24:9
**likely** [2] - 5:17, 7:11
**limits** [3] - 11:20, 73:9, 118:24
**line** [15] - 23:5, 23:22, 23:25, 24:13, 28:8, 28:11, 32:10, 32:12, 32:25, 49:11, 50:6, 98:8, 118:22, 129:11
**lines** [4] - 24:12, 32:15, 48:25, 122:21
**list** [20] - 4:25, 22:20, 22:23, 22:25, 23:17, 23:20, 25:23, 51:24, 52:2, 52:9, 52:23, 61:8, 61:9, 61:25, 62:2, 73:17, 86:20, 92:19, 109:20, 109:22
**list-learning** [1] - 61:25
**listed** [4] - 26:23, 49:1, 92:3, 92:14
**lists** [1] - 100:3
**literally** [2] - 27:7, 81:4
**literature** [1] - 41:17
**lives** [1] - 97:9
**LMVR** [1] - 126:12
**lobes** [1] - 6:13
**look** [40] - 11:11, 14:4, 15:8, 15:12, 16:19, 18:23, 21:4, 21:13, 27:20, 29:11, 32:20, 34:13, 37:3, 46:5, 47:10, 47:21, 47:22, 51:24, 55:8, 58:5, 58:16, 59:6, 60:7, 62:20, 67:18, 67:20, 68:17, 68:21, 72:16, 99:18, 106:16,

106:17, 107:10, 107:12, 114:9, 118:19, 120:19, 121:18, 125:6, 126:5
**looked** [8] - 24:6, 63:9, 64:15, 73:18, 86:21, 86:24, 92:15, 127:10
**looking** [20] - 6:6, 10:8, 11:8, 22:20, 31:6, 60:23, 79:1, 79:3, 79:5, 92:1, 95:11, 100:2, 100:11, 104:4, 106:10, 106:12, 110:21, 128:14, 130:2, 130:13
**looks** [8] - 5:1, 21:5, 56:15, 62:17, 116:3, 121:9, 123:1, 125:7
**LOONAM** [24] - 1:22, 20:6, 20:9, 20:13, 20:20, 42:16, 66:6, 66:16, 66:23, 67:2, 83:23, 95:22, 98:11, 98:15, 98:20, 98:22, 98:24, 99:3, 100:23, 117:1, 121:3, 122:10, 125:12, 125:20
**Loonam** [1] - 66:22
**lose** [5] - 74:9, 115:19, 115:22, 115:25, 116:10
**loser** [1] - 116:4
**losers** [1] - 115:24
**loud** [1] - 73:18
**low** [13] - 14:18, 14:22, 37:20, 41:11, 53:22, 54:3, 81:3, 95:9, 104:23, 105:1, 106:1, 112:3, 118:16
**lower** [6] - 19:23, 34:22, 38:9, 49:22, 104:21, 105:21
**lowest** [3] - 118:9, 118:15, 128:16
**lucky** [1] - 98:20

## M

**machine** [1] - 115:18
**MAGNANI** [1] - 1:16
**major** [2] - 78:13, 125:4
**malingerer** [1] - 50:2
**malingering** [6] - 15:21, 15:25, 93:19, 94:14, 112:11, 130:12

**man** [5] - 5:7, 45:17, 79:5, 114:5, 118:18
**man's** [1] - 96:8
**manner** [2] - 71:5, 83:16, 110:22
**March** [11] - 69:20, 70:10, 70:16, 75:22, 77:20, 88:2, 88:6, 100:17, 100:19, 127:1, 128:17
**mark** [9] - 20:15, 20:17, 42:1, 53:11, 88:24, 116:21, 120:24, 121:12, 122:6
**marked** [3] - 65:20, 66:18, 87:10
**marking** [2] - 8:21, 32:8
**marks** [2] - 56:22, 62:24
**match** [3] - 49:19, 117:18, 119:1
**material** [2] - 68:20, 126:12
**mathematical** [4] - 21:21, 22:3, 29:9, 32:17
**matter** [7] - 4:7, 33:5, 42:18, 60:12, 98:19, 131:2, 132:7
**max** [1] - 23:4
**MC** [3] - 25:10, 25:21, 28:15
**MCI** [1] - 5:25
**mean** [36] - 6:24, 15:11, 15:16, 15:20, 22:2, 22:4, 22:5, 24:7, 24:11, 31:2, 34:8, 37:8, 39:24, 42:21, 44:14, 44:18, 45:14, 50:15, 54:6, 62:8, 63:21, 67:15, 68:20, 70:19, 74:8, 94:9, 101:12, 105:4, 105:8, 106:1, 118:10, 118:23, 122:16, 128:23
**meaning** [3] - 11:16, 15:1, 68:6
**meaningful** [1] - 8:1
**means** [4] - 14:1, 15:18, 40:3, 70:21
**measure** [7] - 24:23, 26:2, 73:24, 114:16, 114:22, 115:10, 122:19
**measures** [3] - 25:8, 51:25, 118:5
**mechanical** [1] - 2:6

**medical** [5] - 82:3, 83:17, 84:8, 84:16, 86:24
**Medical** [2] - 28:25, 51:8
**medication** [1] - 83:3
**meet** [1] - 12:17
**meets** [1] - 22:8
**memory** [73] - 5:3, 5:5, 5:13, 6:9, 18:23, 21:12, 21:14, 21:19, 21:24, 23:11, 24:6, 27:20, 29:6, 29:10, 29:13, 30:1, 30:12, 32:19, 43:8, 43:15, 43:20, 43:25, 44:7, 44:21, 44:24, 45:2, 45:3, 45:13, 46:22, 46:23, 48:12, 51:14, 53:19, 53:24, 60:1, 60:6, 60:19, 61:6, 61:15, 62:7, 64:25, 65:2, 65:3, 72:19, 74:25, 77:3, 77:5, 78:16, 78:19, 81:2, 90:10, 96:19, 97:4, 98:8, 104:6, 104:9, 121:21, 121:22, 123:12, 123:15, 124:23, 125:3, 125:6, 126:6, 126:22, 126:24, 127:13, 127:23, 128:17, 129:12
**Memory** [14] - 18:21, 33:4, 43:9, 43:14, 49:4, 59:17, 63:15, 63:18, 64:12, 65:1, 126:9, 127:4, 127:7, 127:21
**men** [1] - 117:23
**mental** [1] - 109:16
**mention** [5] - 18:4, 28:23, 35:25, 85:17, 89:11
**mentioned** [8] - 7:18, 15:23, 17:7, 22:16, 32:17, 62:12, 74:19, 129:2
**mentioning** [1] - 9:11
**mentions** [1] - 94:3
**met** [4] - 22:3, 22:9, 53:23, 104:5
**metric** [1] - 6:11
**Michael** [1] - 42:6
**Michele** [4] - 69:2, 69:17, 77:17, 77:23
**middle** [2] - 37:2, 114:7
**might** [6] - 8:25,

54:24, 56:16, 72:18, 93:21, 97:7
**mild** [23] - 5:19, 5:21, 6:1, 11:16, 27:1, 34:18, 34:19, 34:22, 61:18, 61:23, 79:20, 82:8, 82:9, 97:6, 97:7, 100:14, 101:8, 101:14, 129:3, 130:16, 130:18, 130:19
**mildly** [2] - 25:21, 96:25
**Millis** [3] - 41:4, 41:5, 42:12
**mind** [2] - 67:16, 111:24
**mind/memory** [1] - 89:23
**minus** [3] - 22:5, 58:8, 58:10, 107:17
**minute** [6] - 30:18, 30:19, 52:5, 82:2, 87:9, 120:22
**minutes** [11] - 44:2, 65:11, 65:14, 88:24, 98:24, 99:1, 114:25, 115:1, 123:11, 123:14, 123:20
**mirror** [1] - 117:20
**miss** [1] - 94:24
**Missouri** [2] - 33:3, 49:4
**Missus** [1] - 85:23
**mixed** [6] - 15:7, 33:10, 33:11, 49:2, 49:3, 54:7
**MMPI** [1] - 45:22
**moderate** [10] - 11:15, 11:16, 27:4, 61:18, 61:23, 79:20, 80:19, 100:14, 101:9, 101:14
**Module** [9] - 43:14, 59:17, 63:16, 63:18, 64:13, 65:1, 127:4, 127:7, 127:21
**moment** [1] - 21:1
**money** [11] - 115:16, 115:18, 115:19, 115:20, 115:22, 115:25, 116:9, 116:10
**month** [5] - 47:8, 54:11, 89:4, 90:4, 90:8
**months** [8] - 80:8, 80:12, 80:23, 81:6, 88:2, 88:7, 88:17
**morbid** [2] - 73:24,

74:3
**morbidly** [3] - 5:7, 60:20, 60:21
**morning** [6] - 4:6, 45:24, 48:6, 68:17, 70:6, 102:7
**most** [12] - 10:4, 15:3, 21:25, 24:16, 27:9, 27:16, 56:7, 57:21, 85:15, 90:9, 126:2, 127:8
**motivated** [1] - 11:3
**motivation** [1] - 71:4
**motor** [1] - 82:19
**mountain** [1] - 64:3
**mouth** [1] - 31:14
**move** [4] - 35:23, 43:6, 84:6, 90:18
**movement** [1] - 82:19
**moving** [1] - 84:1
**MR** [71] - 4:15, 8:15, 8:21, 8:24, 19:20, 19:25, 20:6, 20:8, 20:9, 20:11, 20:13, 20:15, 20:20, 20:21, 32:6, 41:21, 41:24, 42:4, 42:16, 42:19, 45:7, 45:10, 65:5, 65:8, 65:18, 66:1, 66:6, 66:10, 66:14, 66:16, 66:19, 66:23, 67:2, 67:4, 69:8, 83:23, 84:5, 87:8, 87:14, 89:2, 91:2, 95:22, 95:24, 96:1, 98:11, 98:15, 98:18, 98:20, 98:22, 98:24, 99:3, 99:8, 100:23, 100:25, 116:20, 116:23, 117:1, 117:4, 121:3, 121:6, 122:6, 122:10, 122:13, 125:8, 125:12, 125:17, 125:20, 125:23, 130:23, 131:6, 131:12
**MRI** [2] - 6:6, 6:11
**MSVT** [19] - 28:24, 28:25, 29:20, 32:11, 33:11, 33:12, 50:22, 51:8, 51:10, 103:11, 103:16, 105:9, 105:13, 105:16, 105:18, 105:22, 105:23, 106:2, 107:22
**multi** [1] - 112:8
**multi-validity** [1] - 112:8

**multiple** [13] - 14:11, 15:6, 15:12, 17:14, 25:10, 25:21, 26:1, 27:25, 28:5, 28:7, 39:16, 61:8, 67:16
**multiple-choice** [1] - 27:25
**multiply** [1] - 74:13
**must** [1] - 41:13

**N**

**n/a** [1] - 2:1
**NAB®** [10] - 43:9, 43:13, 44:20, 59:16, 59:23, 63:15, 63:18, 65:1, 127:4, 127:21
**name** [1] - 69:1
**names** [1] - 16:13
**natural** [3] - 96:16, 97:12, 128:25
**nature** [3] - 10:11, 11:1, 31:1
**near** [1] - 123:10
**nearly** [1] - 64:20
**necessarily** [2] - 67:19, 71:10
**need** [10] - 55:14, 58:16, 60:23, 65:12, 66:25, 71:10, 89:11, 98:21, 106:15, 121:18
**net** [2] - 118:2, 118:8
**neuroanatomy** [1] - 76:23
**neurocognitive** [7] - 4:25, 6:20, 17:21, 103:1, 106:14, 112:15, 127:12
**neurodegenerative** [5] - 5:10, 6:16, 97:15, 129:2, 129:10
**neuroimaging** [1] - 5:16
**neurology** [1] - 49:3
**neuropathologies** [1] - 88:14
**neuropathology** [3] - 74:9, 76:23, 128:24
**neuropsych** [4] - 76:22, 101:8, 101:13, 124:18
**Neuropsychological** [4] - 43:13, 59:16, 69:16, 122:3
**neuropsychological** [1] - 43:19
**never** [1] - 23:18
**new** [5] - 52:6, 58:4, 65:6, 98:19, 105:10

**next** [20] - 12:20, 13:5, 16:16, 23:6, 25:10, 25:24, 26:2, 30:24, 33:3, 33:8, 33:9, 33:11, 40:22, 45:24, 90:1, 90:4, 101:3, 117:12, 117:17, 118:13
**nice** [1] - 34:17
**nickle** [3] - 108:13, 108:14
**night** [2] - 4:17, 82:16
**nil** [1] - 112:6
**nine** [6] - 27:1, 56:8, 68:3, 110:23, 111:20, 112:12
**nineteen** [1] - 27:3
**non** [6] - 23:12, 44:3, 44:4, 46:15, 51:10, 114:8
**Non** [1] - 28:25
**non-sequitur** [1] - 114:8
**non-verbal** [5] - 23:12, 44:3, 44:4, 46:15, 51:10
**Non-Verbal** [1] - 28:25
**none** [3] - 10:9, 48:22, 116:6
**nonetheless** [4] - 27:15, 108:23, 121:15, 122:4
**nonverbal** [1] - 46:20
**noon** [1] - 99:5
**norm** [1] - 118:12
**normal** [21] - 5:25, 6:13, 11:6, 11:20, 12:19, 13:4, 13:13, 17:21, 34:19, 46:17, 46:20, 63:3, 63:18, 63:19, 63:24, 64:9, 118:17, 118:24, 119:1, 128:9, 129:9
**normally** [4] - 55:11, 85:25, 86:2, 119:17
**normative** [2] - 24:5, 117:12
**normed** [1] - 118:10
**norms** [5] - 11:21, 11:25, 62:17, 62:20, 126:18
**notable** [1] - 89:7
**noted** [10] - 72:8, 75:3, 75:4, 75:5, 75:7, 83:1, 89:10, 93:21, 104:3, 126:25
**notes** [2] - 89:20, 89:21
**nothing** [4] - 12:15, 13:1, 79:22, 101:24

**notice** [6] - 6:1, 24:18, 28:15, 60:9, 118:7, 128:5
**notion** [7] - 74:17, 94:14, 94:18, 95:14, 106:3, 108:8, 125:4
**November** [5] - 89:6, 90:2, 90:7, 93:5
**NOVEMBER** [2] - 1:12, 4:4
**November/ December** [1] - 87:25
**number** [17] - 15:8, 20:13, 36:6, 36:11, 36:12, 36:13, 36:16, 37:1, 37:2, 37:15, 45:15, 67:20, 72:20, 72:21, 107:7, 120:18
**numbers** [10] - 11:22, 12:4, 12:5, 36:5, 36:9, 36:17, 37:2, 37:4, 37:6, 66:3
**nursing** [3] - 105:17, 105:20, 105:21
**NV** [6] - 28:24, 28:25, 29:20, 32:11, 33:11, 33:12
**NV-MSVT** [6] - 28:24, 28:25, 29:20, 32:11, 33:11, 33:12

**O**

**O'CONNOR** [1] - 1:21
**object** [2] - 30:4, 30:6
**objection** [17] - 42:15, 42:18, 66:5, 66:6, 66:7, 83:23, 84:3, 95:22, 116:25, 117:1, 121:1, 121:4, 122:8, 122:11, 125:13, 125:18, 125:21
**objective** [5] - 6:19, 115:9, 115:10, 115:13
**objects** [3] - 30:6, 30:7, 31:19
**observation** [1] - 90:12
**observations** [2] - 86:4, 90:2
**observe** [3] - 19:15, 77:11, 83:19
**observed** [5] - 35:12, 78:3, 78:10, 80:11, 80:23
**observing** [1] - 97:22
**obtain** [1] - 47:9

**obtained** [9] - 38:10, 40:1, 40:17, 40:19, 43:23, 58:24, 85:21, 85:23, 105:18
**obvious** [2] - 55:22, 60:23
**obviously** [2] - 13:12, 89:20
**occur** [3] - 40:9, 41:15, 129:23
**October** [36] - 6:25, 10:4, 16:4, 16:11, 43:6, 47:8, 47:9, 47:15, 48:2, 50:11, 50:21, 50:22, 51:3, 53:9, 53:10, 54:10, 54:16, 59:1, 59:21, 60:5, 64:7, 64:10, 67:8, 68:10, 68:13, 75:1, 75:9, 102:14, 103:18, 109:7, 109:11, 120:3, 124:3, 127:2, 127:20, 128:18
**odd** [1] - 35:9
**odds** [1] - 39:24
**OF** [3] - 1:2, 1:10, 3:1
**offer** [3] - 42:13, 65:21, 66:3
**office** [1] - 81:16
**Official** [1] - 2:3
**OFFICIAL** [1] - 1:10
**often** [1] - 41:15
**oftentimes** [4] - 17:22, 82:22, 114:19, 124:13
**old** [3] - 74:1, 74:5, 109:16
**older** [5] - 14:14, 57:25, 58:2, 126:10
**older-adult** [1] - 126:10
**once** [6] - 34:20, 55:22, 61:9, 62:2, 70:7, 71:13
**one** [99] - 4:25, 7:16, 7:21, 8:9, 8:12, 9:22, 12:5, 12:7, 12:20, 12:22, 12:25, 13:5, 15:4, 15:5, 15:9, 15:10, 17:13, 17:14, 18:8, 20:25, 21:4, 22:23, 23:6, 23:16, 25:10, 26:2, 26:10, 26:14, 30:16, 30:17, 31:10, 31:18, 31:19, 32:1, 32:12, 36:17, 37:15, 39:11, 39:15, 45:15, 47:22, 49:6, 52:24, 55:3, 56:6,

56:18, 56:19, 58:24, 62:19, 63:12, 63:20, 66:8, 66:10, 67:19, 70:9, 70:10, 70:24, 72:20, 72:21, 73:16, 73:18, 76:3, 77:7, 79:15, 82:23, 94:25, 97:5, 97:6, 101:10, 102:22, 103:11, 106:10, 106:11, 106:13, 106:17, 107:7, 108:15, 111:4, 111:22, 116:2, 118:8, 118:12, 118:22, 120:8, 120:10, 120:18, 121:19, 124:20, 127:1, 127:5, 127:7, 127:19, 128:1, 131:6, 131:15
**one-single** [2] - 15:9, 15:10
**ones** [8] - 17:15, 19:5, 22:16, 36:24, 63:2, 70:8, 111:5
**oOo** [1] - 131:18
**open** [2] - 108:16, 108:18
**opening** [1] - 88:12
**opined** [1] - 82:7
**opinion** [46] - 4:18, 4:23, 10:6, 10:22, 27:22, 35:15, 39:3, 39:5, 42:24, 47:3, 49:10, 49:14, 54:10, 54:12, 58:20, 59:3, 64:11, 64:23, 68:11, 76:13, 76:19, 78:6, 80:10, 86:22, 88:4, 92:23, 96:4, 96:9, 102:24, 103:20, 103:21, 110:19, 111:8, 111:9, 111:11, 111:17, 111:18, 112:20, 114:2, 124:2, 129:17, 130:2, 130:6, 130:9, 130:11, 130:20
**opportunity** [3] - 90:19, 102:11, 124:25
**opposed** [2] - 19:12, 33:15
**opposite** [1] - 77:6
**options** [2] - 39:11, 39:12
**order** [6] - 26:14, 32:3, 39:8, 52:24, 113:7,

131:8
**orf** [1] - 68:5
**orient** [1] - 117:9
**original** [15] - 20:11, 23:17, 23:20, 25:11, 30:20, 31:11, 31:16, 31:25, 33:10, 52:8, 52:23, 56:25, 57:14, 57:17, 72:15
**originally** [2] - 7:23, 26:12
**outcomes** [1] - 7:12
**outside** [1] - 130:5
**overall** [16] - 5:14, 17:12, 32:20, 37:25, 44:9, 44:13, 45:12, 46:24, 47:2, 49:17, 60:3, 60:6, 67:13, 68:5, 106:8, 127:23
**overruled** [1] - 84:4
**own** [5] - 7:6, 33:5, 89:23, 107:12, 116:7

**P**

**p-0.8** [1] - 40:24
**p-value** [4] - 40:7, 40:21, 40:23, 41:9
**P.M** [1] - 131:17
**PA** [3] - 26:2, 28:15, 52:10
**PAGE** [1] - 3:2
**Page** [26] - 18:2, 18:13, 18:14, 28:23, 29:7, 33:24, 34:4, 38:2, 43:8, 45:4, 47:14, 50:22, 59:5, 72:14, 72:17, 74:23, 75:22, 81:13, 91:21, 93:8, 100:25, 101:6, 102:13, 103:12, 106:19, 111:15
**page** [15] - 18:17, 34:3, 35:24, 45:6, 47:15, 47:16, 55:6, 56:21, 57:17, 57:20, 58:12, 73:5, 100:9, 100:23, 101:3
**pair** [4] - 25:23, 26:6, 30:6, 52:13
**paired** [10] - 26:1, 26:2, 27:25, 28:4, 28:6, 31:17, 35:3, 50:6, 52:10, 52:20
**pairs** [15] - 22:19, 25:13, 25:17, 26:12, 26:14, 30:2, 30:3, 31:25, 32:2, 51:17, 51:22, 51:23, 52:22, 52:24

**paper** [5] - 55:18, 58:15, 58:22, 107:11, 115:4
**parachute** [1] - 88:12
**paragraph** [7] - 34:1, 35:25, 38:2, 45:4, 45:5, 45:11, 100:2
**park** [1] - 6:24
**Parkinson's** [9] - 5:10, 5:11, 79:7, 82:10, 83:10, 83:15, 89:14, 89:16, 97:14
**Parkinson's-related** [1] - 97:14
**Parkinson's-type** [2] - 79:7, 89:14
**part** [19] - 13:19, 19:7, 19:8, 19:12, 23:7, 23:8, 37:7, 42:13, 56:25, 60:15, 66:17, 75:18, 82:18, 118:3, 120:12, 120:20, 125:4
**participants** [3] - 7:5, 9:13, 117:20
**particular** [3] - 24:17, 53:21, 83:5
**particularly** [4] - 14:7, 34:14, 64:18, 71:7
**parts** [2] - 6:7, 61:21
**pass** [12] - 10:6, 21:5, 33:10, 38:13, 53:12, 103:19, 104:13, 104:14, 109:2, 109:8, 110:6, 121:17
**passed** [9] - 106:21, 106:22, 107:5, 110:11, 110:12, 110:16, 110:19, 110:20, 110:25
**pathological** [1] - 14:8
**pathology** [5] - 6:8, 73:25, 82:14, 128:25
**patient** [3] - 34:25, 61:18, 70:25
**patients** [16] - 22:1, 33:9, 33:13, 35:8, 35:22, 41:16, 49:3, 49:19, 49:20, 50:8, 54:8, 54:14, 105:13, 105:17, 105:20, 105:21
**pattern** [22] - 19:15, 32:20, 33:19, 34:24, 35:1, 35:8, 35:9, 46:6, 47:2, 49:18, 49:20, 49:21, 55:21, 55:23, 61:4, 61:16, 61:17, 61:22, 62:9, 62:12, 101:7, 129:3

**patterns** [4] - 19:13, 21:3, 35:13, 35:21
**Paul** [1] - 106:5
**peaks** [2] - 64:3, 64:12
**people** [33] - 5:23, 14:14, 17:23, 19:2, 19:9, 19:11, 24:6, 24:20, 27:7, 27:10, 32:25, 33:5, 33:6, 40:25, 46:6, 55:13, 56:7, 57:1, 57:25, 58:2, 58:14, 61:12, 82:16, 86:3, 104:23, 107:9, 108:9, 108:21, 109:19, 109:25, 110:4, 112:1, 114:18
**Pepsi™** [1] - 40:5
**per** [1] - 107:5
**perceiving** [1] - 97:8
**percent** [15] - 23:2, 23:4, 33:21, 34:12, 35:3, 35:5, 35:6, 39:17, 39:18, 48:21, 52:20, 64:20, 85:20, 118:3, 128:1
**percentage** [1] - 23:3
**percentile** [13] - 63:24, 118:13, 118:16, 118:17, 118:21, 118:24, 127:25, 128:2, 128:3, 128:4, 128:7, 128:8
**percentiles** [3] - 117:12, 126:15, 126:21
**perfect** [1] - 65:10
**perfectly** [2] - 12:1, 119:1
**perform** [15] - 37:12, 39:22, 41:1, 43:4, 72:10, 72:12, 73:1, 73:7, 75:11, 84:23, 85:14, 86:1, 107:4, 119:17, 124:10
**performance** [27] - 23:23, 24:1, 32:5, 34:19, 43:24, 49:24, 53:4, 58:19, 59:22, 60:3, 60:6, 61:24, 64:14, 64:25, 77:15, 78:10, 88:7, 95:9, 97:4, 98:8, 98:9, 101:8, 118:20, 121:8, 121:20, 123:21, 123:24
**performances** [2] - 118:1, 121:21
**performed** [29] - 26:25, 27:9, 29:5,

29:8, 36:20, 37:8, 37:16, 38:19, 48:18, 48:20, 49:24, 50:1, 50:2, 50:21, 53:3, 56:3, 70:4, 73:8, 78:20, 80:11, 80:23, 94:3, 102:6, 102:9, 102:15, 117:22, 120:19, 126:22, 128:15
**performing** [5] - 14:2, 35:5, 40:3, 81:14, 124:15
**performs** [1] - 119:20
**perhaps** [1] - 112:22
**period** [2] - 96:11, 119:21
**permission** [3] - 8:16, 19:21, 125:9
**person** [34] - 6:9, 14:5, 15:18, 18:24, 21:10, 22:20, 25:7, 28:4, 34:7, 36:10, 37:11, 39:11, 39:21, 41:11, 46:23, 51:21, 55:12, 55:17, 57:4, 58:16, 60:24, 61:5, 71:7, 74:1, 78:9, 80:22, 82:20, 88:16, 95:1, 96:25, 109:23, 116:5, 116:6, 124:7
**person's** [9] - 21:16, 40:5, 44:7, 45:1, 51:25, 68:8, 73:24, 114:16, 119:11
**persons** [1] - 105:2
**perspective** [2] - 37:20, 102:19
**PET** [3] - 5:20, 5:24
**phonetic** [1] - 105:14
**phrase** [1] - 76:24
**phrasing** [1] - 80:1
**physical** [2] - 89:13, 89:16
**physically** [1] - 82:21
**pick** [2] - 4:22, 110:15
**picking** [1] - 126:6
**picture** [11] - 30:3, 30:4, 30:7, 30:16, 31:8, 31:11, 31:13, 31:20, 31:25
**pictures** [6] - 30:14, 30:21, 31:4, 31:16, 31:18, 36:5
**piece** [3] - 55:4, 55:18, 115:4
**place** [2] - 15:4, 131:4
**placed** [4] - 11:25, 33:7, 34:10, 126:14
**places** [1] - 17:12

**Plaintiff** [2] - 1:5, 1:15
**plan** [1] - 65:13
**plausible** [6] - 22:11, 29:12, 48:14, 54:1, 54:13, 105:3
**play** [2] - 87:9, 97:13
**played** [3] - 87:16, 87:20, 89:1
**players** [1] - 9:14
**plus** [1] - 27:5
**point** [14] - 12:22, 14:21, 43:7, 45:5, 61:1, 61:20, 98:17, 104:25, 107:5, 110:11, 112:24, 115:7, 115:8, 130:18
**points** [4] - 12:13, 12:18, 123:16
**pool** [1] - 75:5
**poor** [4] - 21:25, 56:7, 67:13, 114:20
**poorly** [18] - 29:5, 29:8, 36:20, 37:8, 37:12, 37:14, 37:16, 43:4, 46:7, 46:13, 48:18, 48:20, 51:4, 53:3, 53:11, 61:14, 119:20, 124:11
**population** [1] - 117:24
**portion** [11] - 57:7, 62:18, 64:19, 73:4, 90:7, 105:22, 120:12, 121:19, 122:23, 122:24, 126:8
**portions** [2] - 46:20, 49:25
**positive** [21] - 5:24, 14:18, 14:21, 15:2, 15:9, 37:18, 57:3, 57:23, 58:10, 58:13, 67:13, 67:14, 67:18, 68:5, 85:20, 103:8, 109:24, 111:20, 112:4, 112:10, 112:13
**positives** [6] - 58:7, 58:8, 58:11, 107:16, 107:17, 112:6
**possibility** [5] - 82:11, 84:13, 86:14, 112:2, 113:9
**possible** [13] - 11:15, 32:18, 48:12, 53:23, 68:3, 79:6, 90:9, 97:17, 97:19, 104:6, 128:13, 128:16
**possibly** [4] - 29:10, 55:11, 81:4, 81:9

**posterior** [1] - 74:10
**potential** [4] - 14:15, 41:8, 53:18, 108:10
**pre** [7] - 5:7, 16:17, 47:11, 69:9, 73:24, 74:3, 87:15
**pre-admitted** [4] - 16:17, 47:11, 69:9, 87:15
**pre-morbid** [2] - 73:24, 74:3
**pre-morbidly** [1] - 5:7
**precedence** [1] - 77:8
**preference** [1] - 40:5
**prepare** [1] - 29:15
**prepared** [1] - 87:8
**prescribed** [1] - 83:3
**present** [3] - 21:19, 22:18, 113:15
**presentation** [3] - 30:13, 65:3, 89:13
**presented** [3] - 21:24, 25:12, 26:13
**presenting** [1] - 98:2
**presents** [1] - 44:22
**PRESIDING** [1] - 1:3
**pretty** [15] - 27:12, 36:23, 46:14, 46:18, 55:20, 56:7, 60:12, 60:19, 64:6, 84:18, 111:21, 112:6, 119:5, 119:13
**previously** [1] - 4:11
**primary** [3] - 9:14, 43:14, 126:6
**printout** [1] - 59:15
**probabilistic** [1] - 37:20
**probabilities** [1] - 115:22
**probability** [3] - 40:7, 41:9, 112:5
**problem** [6] - 46:10, 80:4, 98:16, 131:5, 131:11, 131:14
**problems** [16] - 6:10, 14:15, 24:6, 27:2, 58:3, 58:14, 70:1, 82:8, 97:1, 97:2, 97:9, 98:3, 108:22, 110:5, 114:19, 121:17
**proceed** [2] - 65:16, 130:21
**Proceedings** [1] - 2:6
**PROCEEDINGS** [3] - 1:10, 4:1, 131:16
**proceedings** [4] - 4:3, 7:11, 8:6, 11:2, 75:18, 132:7

**process** [9] - 5:18, 5:22, 6:17, 9:14, 9:15, 14:9, 62:6, 80:1, 95:7
**processes** [1] - 6:18
**processing** [1] - 123:7
**produce** [3] - 80:12, 80:13, 126:18
**produced** [6] - 2:7, 27:19, 38:21, 78:7, 107:10, 109:12
**producing** [1] - 95:12
**professional** [21] - 27:21, 35:15, 42:24, 47:3, 49:9, 49:13, 58:19, 64:11, 64:23, 76:13, 76:19, 78:6, 80:10, 86:22, 88:4, 102:24, 111:17, 129:17, 130:6, 130:9, 130:20
**profile** [29] - 21:13, 21:14, 21:20, 21:24, 21:25, 22:10, 27:20, 28:20, 29:11, 29:12, 29:13, 32:19, 34:7, 48:13, 48:15, 49:13, 50:8, 50:13, 50:19, 53:19, 53:24, 54:1, 59:15, 104:7, 104:9, 105:3, 106:3, 106:4, 106:7
**program** [2] - 24:15, 76:22
**progresses** [1] - 6:8
**promoted** [1] - 106:4
**proper** [1] - 19:6
**proven** [1] - 110:3
**proves** [1] - 110:11
**provide** [2] - 62:1, 66:18
**provided** [1] - 62:1
**providers** [1] - 98:2
**providing** [1] - 77:4
**psychological** [3] - 40:3, 70:20, 77:1
**psychologist** [2] - 38:18, 70:20
**psychologists** [1] - 7:24
**psychology** [1] - 33:2
**psychometric** [1] - 74:3
**published** [3] - 54:23, 104:24, 105:15
**publisher** [1] - 29:22
**pulled** [2] - 49:8, 57:14
**pulls** [1] - 123:15
**purpose** [1] - 13:24

**pursuant** [1] - 132:4
**put** [16] - 8:17, 10:13, 17:16, 19:18, 29:18, 32:4, 32:7, 32:24, 38:3, 47:15, 84:18, 99:16, 108:15, 116:16, 120:24, 126:15
**putting** [3] - 13:25, 38:8, 44:12

**Q**

**qualifies** [1] - 101:4
**questioning** [2] - 98:13, 119:8
**questionnaire** [1] - 65:22
**questions** [11] - 7:3, 7:9, 7:20, 8:3, 9:10, 9:15, 84:5, 99:11, 120:2, 124:20, 130:24
**quick** [3] - 55:20, 55:22, 59:13
**quite** [1] - 33:22
**quoted** [1] - 42:17

**R**

**RAC** [1] - 13:5
**race** [1] - 117:21
**raised** [2] - 73:11, 82:10
**raises** [2] - 28:1, 113:15
**random** [5] - 15:7, 39:7, 39:22, 39:25, 40:13
**range** [23] - 11:6, 12:2, 12:19, 13:5, 33:18, 33:20, 34:21, 39:7, 39:22, 50:1, 63:18, 63:19, 63:24, 64:9, 78:17, 78:19, 90:9, 95:13, 118:8, 118:16, 128:7, 128:13
**ranges** [4] - 6:13, 46:17, 46:20, 128:16
**rankings** [1] - 63:24
**rare** [2] - 40:11, 57:2
**rarely** [4] - 5:12, 17:22, 111:25
**rate** [5] - 14:18, 14:22, 14:25, 50:12, 63:13
**rated** [1] - 5:19
**rates** [1] - 112:4
**rather** [7] - 18:25, 28:2, 30:3, 36:4,

50:7, 108:22, 108:23
**ratio** [1] - 110:19
**rational** [5] - 9:25, 11:1, 13:6, 13:11, 13:12
**rationalize** [1] - 113:7
**rationalizing** [1] - 103:8
**raw** [5] - 62:8, 95:5, 102:11, 116:18, 117:10
**RBANS** [6] - 122:1, 122:17, 127:11, 127:12, 127:19
**reached** [1] - 90:16
**reaches** [1] - 73:25
**read** [3] - 61:9, 73:17, 74:6
**reading** [5] - 51:16, 74:5, 79:18, 113:2, 113:21
**reads** [1] - 109:20
**ready** [1] - 65:17
**real** [12] - 41:7, 45:1, 59:13, 76:25, 77:8, 81:10, 96:8, 129:18, 129:19, 129:23, 129:25, 130:4
**real-world** [2] - 76:25, 130:4
**reality** [2] - 14:5, 27:22
**realized** [2] - 7:25, 72:23
**really** [9] - 8:2, 14:24, 42:18, 98:1, 105:2, 105:11, 108:11, 119:12, 124:9
**reason** [4] - 12:9, 37:9, 104:20, 125:2
**reasonable** [3] - 14:23, 33:18, 62:10
**reasonably** [5] - 12:1, 19:3, 46:16, 71:2, 98:5
**reasoning** [2] - 12:12, 15:24
**recalled** [1] - 56:6
**recent** [8] - 10:4, 47:7, 57:10, 68:1, 84:16, 84:25, 85:2, 85:15
**recess** [2] - 65:15, 99:6
**RECESSED** [1] - 131:16
**recognition** [26] - 22:18, 23:1, 23:7, 23:8, 23:14, 23:15, 25:4, 25:5, 30:12, 30:15, 30:25, 31:2, 31:10, 36:14, 52:1,

52:4, 53:22, 57:5, 57:8, 57:23, 58:6, 63:14, 64:19, 73:4, 120:12, 121:19
**recognize** [3] - 18:24, 30:22, 31:7
**recognized** [1] - 79:4
**recollection** [5] - 45:18, 82:7, 85:22, 93:7, 94:16
**recommendations** [1] - 9:20
**recommended** [1] - 105:7
**record** [5] - 32:7, 42:5, 66:4, 99:16, 104:2
**recorded** [5] - 2:6, 79:15, 80:14, 82:25, 90:3
**recording** [1] - 86:4
**records** [4] - 82:3, 83:17, 84:8, 86:24
**rectangle** [1] - 123:17
**red** [1] - 28:1
**refer** [2] - 16:15, 72:15
**referring** [1] - 100:24
**refers** [1] - 83:12
**reflect** [3] - 35:18, 104:11, 129:24
**reflected** [3] - 65:1, 83:14, 118:13
**reflecting** [3] - 46:1, 129:20
**reflection** [7] - 28:21, 68:8, 81:9, 96:8, 103:2, 106:14, 124:7
**reflects** [2] - 45:1, 60:2
**refresh** [4] - 29:5, 43:8, 72:18, 74:24
**regard** [6] - 13:7, 20:23, 29:15, 30:9, 42:20, 55:24
**regarding** [8] - 40:23, 54:4, 68:19, 69:24, 88:19, 90:21, 97:22, 107:2
**Regarding** [1] - 69:16
**regards** [1] - 67:11
**regular** [2] - 18:23, 75:19
**regularly** [1] - 4:12
**related** [10] - 10:9, 23:10, 25:21, 44:7, 45:22, 82:24, 83:9, 97:14, 109:17, 123:16
**relationship** [2] - 7:7, 71:5
**relative** [1] - 116:1

**relatively** [2] - 11:16, 105:10
**relayed** [1] - 83:20
**relevant** [4] - 24:16, 29:13, 48:13, 53:25
**reliability** [4] - 75:15, 90:14, 94:1, 106:8
**Reliable** [2] - 73:6, 73:9
**Reliable-Digit** [2] - 73:6, 73:9
**relied** [2] - 15:15, 112:15
**rely** [6] - 5:2, 6:22, 9:19, 15:5, 68:6, 75:19
**relying** [2] - 92:2, 96:7
**REM** [4] - 82:11, 82:13, 83:2, 83:4
**remember** [16] - 23:20, 25:13, 25:17, 52:2, 52:8, 52:23, 56:8, 57:14, 57:17, 119:10, 119:25, 121:9, 121:22, 122:22, 127:14, 127:16
**remembered** [1] - 45:21
**Repeatable** [1] - 122:1
**rephrase** [4] - 49:10, 76:16, 95:24, 95:25
**report** [83] - 16:19, 16:20, 18:3, 18:7, 18:10, 18:17, 20:10, 20:12, 21:23, 28:22, 33:23, 33:25, 35:24, 38:2, 41:18, 42:1, 42:21, 43:7, 43:10, 45:4, 45:8, 47:11, 47:15, 50:22, 58:22, 59:5, 70:3, 72:8, 72:15, 72:16, 72:17, 74:24, 75:23, 77:21, 81:13, 81:18, 81:22, 81:24, 84:2, 84:8, 84:11, 84:13, 84:21, 84:22, 85:2, 85:5, 85:17, 90:20, 91:9, 91:16, 91:20, 91:21, 91:22, 92:1, 92:5, 92:8, 92:12, 92:19, 92:22, 93:4, 93:8, 93:10, 93:24, 94:15, 99:21, 100:9, 100:17, 101:21, 102:2, 102:14, 103:3, 103:12, 103:13, 106:19, 107:12, 109:14,

111:12, 112:17, 113:3, 113:13, 113:14, 113:22
**reported** [6] - 71:24, 83:1, 87:16, 87:20, 89:1, 132:7
**Reported** [1] - 2:3
**Reporter** [2] - 2:3, 2:7
**REPORTER'S** [1] - 1:10
**reports** [15] - 16:16, 16:17, 38:20, 69:6, 71:16, 82:25, 85:8, 85:18, 90:16, 91:3, 91:25, 92:2, 92:4, 99:15, 99:18
**represent** [3] - 22:17, 24:3, 24:13
**representative** [1] - 22:11
**represents** [1] - 23:23
**request** [2] - 10:18, 75:3
**requested** [1] - 72:10
**research** [15] - 17:20, 37:19, 40:22, 41:3, 41:6, 49:7, 54:4, 55:13, 55:19, 67:25, 96:24, 104:16, 107:19, 112:7, 113:1
**researched** [2] - 14:6, 104:23
**resemblance** [1] - 123:17
**reserve** [1] - 5:8
**respect** [1] - 90:15
**respond** [2] - 12:23, 71:4
**response** [5] - 13:2, 31:5, 73:21, 75:5, 115:15
**responses** [5] - 10:11, 10:20, 12:16, 13:7, 77:5
**rest** [3] - 84:19, 103:1, 112:14
**restart** [1] - 65:19
**result** [7] - 13:3, 39:16, 44:25, 48:3, 60:25, 77:1, 77:2
**resulted** [2] - 13:8, 116:17
**results** [24] - 18:3, 43:23, 45:25, 47:9, 47:13, 59:4, 63:11, 67:7, 67:12, 68:10, 68:13, 69:22, 76:20, 78:17, 80:13, 88:1, 90:3, 94:22, 100:15, 109:25, 113:7,

119:3, 124:19
**Results** [2] - 42:8, 42:11
**Resumed** [1] - 3:3
**RESUMED** [1] - 4:14
**retained** [1] - 38:18
**retention** [5] - 46:16, 62:24, 64:17, 122:20
**reticence** [1] - 7:13
**reticent** [1] - 10:14
**revealed** [1] - 80:3
**reverse** [1] - 80:16
**review** [23] - 69:4, 70:12, 71:15, 76:5, 76:18, 79:10, 79:18, 82:2, 83:17, 84:7, 84:22, 85:3, 90:20, 92:11, 92:13, 92:14, 93:3, 102:11, 113:23, 114:4, 116:16, 120:4, 124:25
**reviewed** [11] - 38:23, 69:21, 69:22, 73:6, 75:10, 76:7, 78:4, 79:15, 86:23, 93:6, 116:18
**reviewing** [3] - 70:3, 76:10, 76:11
**Revised** [1] - 8:14
**Rey** [2] - 58:16, 123:25
**Rey-15** [13] - 56:13, 58:18, 63:8, 63:13, 64:14, 64:18, 65:2, 73:8, 106:18, 106:21, 107:22, 120:8, 123:21
**Rey-15-Item** [3] - 54:17, 73:3, 107:13
**Reynolds** [4] - 87:5, 87:6, 87:7
**rhythms** [1] - 82:15
**ridiculous** [2] - 73:22, 74:12
**rightfully** [1] - 104:3
**risk** [2] - 114:16, 119:6
**risk-taking** [2] - 114:16, 119:6
**risks** [1] - 114:20
**ROBERT** [3] - 1:7, 3:2, 4:9
**Robert** [1] - 69:16
**role** [2] - 7:6, 7:8
**roles** [1] - 7:5
**room** [1] - 130:6
**rough** [1] - 47:12
**roughly** [2] - 80:7, 123:13
**RPR** [2] - 2:3, 132:11
**rule** [3] - 58:1, 104:5,

107:12
**rules** [1] - 32:17
**run** [1] - 116:5

**S**

**sample** [1] - 117:19
**savvy** [1] - 110:14
**saw** [8] - 29:16, 36:13, 36:17, 48:5, 56:21, 64:13, 87:24, 88:7
**scale** [8] - 13:12, 24:22, 34:23, 38:11, 38:12, 44:16, 49:22, 62:16
**Scale** [1] - 126:9
**scaled** [2] - 11:13, 95:5
**scales** [10] - 11:12, 13:11, 19:1, 19:4, 19:13, 22:15, 27:10, 30:10, 30:24, 34:11
**scans** [1] - 5:24
**school** [1] - 74:8
**science** [2] - 40:6, 97:13
**score** [56] - 7:19, 7:22, 7:23, 7:25, 8:16, 10:21, 12:22, 13:4, 13:9, 14:20, 22:5, 24:19, 24:21, 27:1, 27:25, 32:11, 37:19, 37:22, 38:1, 38:4, 38:7, 39:6, 40:1, 44:6, 44:13, 44:14, 44:16, 44:20, 44:21, 49:11, 50:4, 52:20, 53:22, 57:22, 58:21, 58:24, 62:6, 62:8, 63:7, 73:9, 105:4, 105:8, 105:18, 106:1, 107:15, 116:17, 117:10, 118:15, 126:3, 126:14, 127:7, 127:8, 127:9, 127:13
**scored** [5] - 13:7, 42:22, 44:12, 50:10, 64:12
**scores** [95] - 6:20, 9:21, 11:5, 11:10, 11:14, 11:19, 11:23, 11:24, 13:13, 14:9, 14:11, 14:17, 23:2, 23:6, 27:14, 27:25, 28:3, 28:9, 28:11, 28:13, 28:15, 28:16, 33:17, 33:18, 35:16, 35:18, 41:9, 44:2, 44:8, 45:12, 47:2,

49:13, 49:18, 53:20, 54:6, 57:23, 60:8, 60:11, 63:6, 63:17, 63:21, 64:6, 64:17, 77:6, 77:9, 78:7, 78:19, 80:22, 81:3, 94:11, 95:2, 95:5, 95:6, 95:12, 95:16, 95:21, 96:3, 96:12, 97:4, 97:5, 97:11, 97:18, 97:19, 97:23, 98:4, 101:13, 108:25, 117:6, 117:11, 117:12, 117:13, 118:7, 118:10, 118:13, 119:1, 126:19, 126:20, 127:23, 127:24, 127:25, 128:1, 128:5, 129:6, 129:12, 129:13, 129:18, 129:19, 129:23
**scoring** [7] - 9:9, 35:12, 38:25, 67:7, 67:9, 90:8, 94:8
**Scott** [1] - 42:12
**screen** [18] - 8:17, 22:19, 23:16, 25:12, 25:14, 30:2, 30:13, 36:6, 36:9, 47:16, 47:18, 50:23, 51:22, 56:9, 100:12, 116:16, 120:24, 121:8
**scrunched** [1] - 95:7
**Sean** [2] - 2:3, 132:11
**sean_gumm@txs. uscourts.gov** [1] - 2:5
**second** [19] - 5:20, 18:5, 18:7, 34:1, 37:16, 46:4, 52:17, 53:17, 57:7, 63:17, 72:2, 72:4, 79:10, 79:11, 84:15, 90:18, 91:9, 93:22, 118:3
**secondary** [2] - 16:2, 41:8
**seconds** [7] - 36:8, 36:16, 55:8, 55:12, 55:15, 55:16, 55:19
**Section** [1] - 132:5
**sections** [2] - 95:20, 118:5
**Security** [2] - 42:9, 110:2
**see** [76] - 22:11, 23:2, 28:2, 29:12, 31:8, 34:2, 34:10, 34:23,

34:24, 35:4, 35:9, 35:22, 36:15, 37:4, 45:9, 46:10, 46:21, 49:1, 49:17, 50:5, 50:7, 53:25, 54:14, 55:21, 60:8, 61:4, 61:16, 61:17, 62:16, 62:17, 62:18, 62:25, 63:3, 63:22, 72:24, 77:4, 78:24, 79:6, 79:19, 89:12, 96:12, 97:3, 97:12, 97:17, 98:4, 98:7, 100:8, 100:20, 101:7, 102:16, 108:23, 110:24, 117:10, 117:11, 117:14, 118:1, 118:13, 118:20, 121:7, 122:24, 123:2, 123:17, 124:14, 124:15, 125:7, 125:13, 125:14, 127:24, 128:14, 128:22, 129:5, 129:8, 129:10, 129:20, 130:1
**seeing** [1] - 45:17
**seek** [1] - 86:3
**seemingly** [1] - 92:23
**select** [3] - 22:25, 25:24, 36:17
**semantically** [1] - 25:21
**semi** [1] - 9:8
**semi-structured** [1] - 9:8
**sense** [9] - 19:14, 37:15, 45:13, 46:21, 60:16, 60:18, 81:8, 123:24, 124:13
**sentence** [2] - 34:1, 101:12
**separated** [1] - 89:21
**September** [7] - 76:3, 76:4, 76:7, 76:12, 79:12, 80:6, 80:24
**sequitur** [1] - 114:8
**serious** [8] - 7:11, 9:12, 27:3, 73:12, 73:13, 74:11, 81:1
**SESSION** [1] - 1:9
**set** [11] - 14:25, 15:4, 15:12, 33:17, 55:4, 70:22, 87:4, 101:25, 105:12, 112:1, 124:20
**sets** [2] - 66:17, 67:9
**setting** [3] - 10:24, 41:6, 41:8

**seven** [4] - 40:16, 40:18, 123:11
**seventy** [1] - 105:10
**several** [3] - 96:20, 105:15, 123:16
**severe** [23] - 10:24, 15:11, 19:2, 21:11, 27:4, 27:5, 35:19, 45:16, 45:25, 49:21, 54:14, 60:2, 60:6, 61:13, 77:6, 78:12, 78:17, 78:19, 79:20, 80:19, 83:16, 98:8, 129:6
**severely** [9] - 6:5, 22:1, 27:6, 27:9, 27:16, 44:18, 44:23, 74:16
**severest** [1] - 90:9
**severity** [6] - 24:23, 45:16, 100:6, 100:14, 101:5, 101:9
**shaded** [1] - 24:2, 24:4
**shape** [3] - 28:10, 62:25, 63:7
**shaped** [2] - 39:19
**shapes** [1] - 63:10
**shared** [1] - 8:18
**sharp** [1] - 77:4
**sheet** [13] - 7:19, 7:22, 7:24, 7:25, 8:16, 8:17, 9:1, 55:1, 56:5, 57:11, 57:15, 122:5
**shifted** [1] - 72:9
**SHL** [5] - 62:24, 63:7, 64:5
**shoe** [1] - 52:15
**shoe/laces** [1] - 51:21
**shoelace** [1] - 52:16
**shooting** [2] - 94:23, 124:10
**short** [3] - 28:25, 60:13, 88:23
**show** [10] - 6:12, 36:9, 46:5, 55:4, 55:11, 55:14, 61:10, 112:10, 125:9, 129:7
**showed** [3] - 54:5, 55:15, 57:17
**showing** [1] - 112:7
**shown** [2] - 30:17, 68:2
**shows** [4] - 31:18, 36:5, 67:25, 96:24
**shrinkage** [1] - 6:11
**shuts** [1] - 82:18
**SIC** [1] - 88:8
**side** [3] - 11:11, 36:10, 36:11

**Significance** [2] - 42:8, 42:11

**significant** [8] - 5:13, 6:3, 6:9, 13:8, 16:2, 17:23, 64:8, 70:1

**significantly** [1] - 105:21

**signifies** [1] - 12:6

**signs** [5] - 79:2, 79:6, 89:14, 89:16, 100:10

**similar** [12] - 29:15, 30:12, 37:6, 44:15, 47:9, 47:12, 51:13, 53:4, 62:11, 67:11, 88:21, 95:11

**simple** [11] - 22:8, 51:12, 54:25, 63:14, 63:15, 104:4, 108:20, 109:1, 121:22, 123:22, 124:16

**simpler** [1] - 30:9

**simply** [2] - 11:9, 26:11

**simulating** [1] - 33:1

**simulators** [4] - 32:25, 33:14, 49:7, 50:2

**single** [3] - 15:9, 15:10, 115:5

**single-spaced** [1] - 115:5

**sister** [1] - 51:9

**situation** [1] - 88:18

**six** [6] - 77:25, 78:9, 78:11, 78:20, 80:8, 120:20

**sixteenth** [2] - 128:7, 128:8

**sized** [1] - 115:4

**skill** [1] - 122:20

**sleep** [5] - 82:11, 82:13, 82:19, 83:2, 83:4

**sleeping** [1] - 82:17

**slight** [1] - 25:11

**slot** [1] - 115:18

**slow** [2] - 5:12, 114:25

**slowly** [1] - 46:12

**small** [3] - 116:2, 122:17, 127:12

**SMITH** [49] - 1:15, 4:15, 8:15, 8:21, 8:24, 19:20, 19:25, 20:8, 20:11, 20:15, 20:21, 32:6, 41:21, 41:24, 42:4, 42:19, 45:7, 45:10, 65:5, 65:8, 65:18, 66:1, 66:10, 66:14, 66:19, 67:4, 69:8, 84:5,

**87:8**, 87:14, 89:2, 91:2, 95:24, 96:1, 98:18, 99:8, 100:25, 116:20, 116:23, 117:4, 121:6, 122:6, 122:13, 125:8, 125:17, 125:23, 130:23, 131:6, 131:12

**Smith** [1] - 3:3

**Smoking** [1] - 42:7

**smoking** [1] - 43:3

**snakes** [1] - 31:6

**Social** [2] - 42:9, 110:2

**solid** [3] - 24:12, 28:8, 49:11

**someone** [3] - 15:16, 77:3, 106:6

**sometimes** [2] - 17:17, 55:18

**somewhat** [3] - 16:14, 56:16, 124:10

**somewhere** [2] - 80:9, 90:7

**soon** [1] - 119:14

**sophisticated** [3] - 18:25, 32:25, 49:7

**sorry** [15] - 12:4, 20:6, 39:8, 40:17, 53:7, 56:9, 58:9, 69:20, 75:1, 91:11, 91:13, 100:13, 104:19, 117:3, 117:4

**sort** [6] - 9:20, 62:21, 78:24, 101:18, 123:8, 123:9

**source** [1] - 92:3

**sources** [1] - 92:20

**Southern** [1] - 2:4

**SOUTHERN** [1] - 1:2

**spaced** [1] - 115:5

**Span** [2] - 73:6, 73:9

**speaking** [1] - 87:6

**specific** [5] - 6:7, 7:2, 21:7, 68:21, 104:18

**specifically** [7] - 40:24, 45:21, 63:6, 73:23, 81:15, 87:4, 104:20

**speech** [7] - 87:4, 87:19, 87:21, 87:25, 88:22, 89:4, 89:8

**speeches** [5] - 87:1, 90:11, 93:4, 129:14, 130:4

**speed** [1] - 123:7

**split** [1] - 10:3

**spontaneously** [1] - 45:23

**squishes** [1] - 95:8

**stable** [1] - 127:8

**stage** [2] - 5:25, 55:5

**stages** [3] - 5:22, 6:17, 130:19

**Stand** [1] - 8:13

**stand** [6] - 4:19, 10:22, 68:13, 80:19, 130:7, 130:15

**standard** [18] - 24:7, 24:11, 43:19, 44:14, 44:15, 44:17, 63:20, 63:22, 95:5, 96:18, 97:6, 118:11, 118:12, 118:22, 126:14, 126:19, 126:20, 129:3

**standardized** [1] - 9:8

**standards** [1] - 24:5

**standing** [9] - 17:5, 17:9, 17:15, 18:22, 29:3, 75:12, 110:21, 110:25, 111:5

**stands** [9] - 12:8, 18:21, 31:9, 36:2, 51:8, 52:9, 52:10, 62:25, 122:1

**start** [13] - 13:19, 15:20, 45:23, 56:16, 82:1, 97:1, 114:18, 114:19, 116:8, 119:13, 131:5, 131:8

**started** [3] - 56:14, 85:1, 99:5

**starting** [6] - 5:18, 6:1, 11:17, 98:4, 115:17, 128:17

**starts** [8] - 6:9, 34:2, 45:11, 82:20, 95:2, 96:17, 96:18, 129:3

**state** [1] - 92:1

**STATES** [1] - 1:1

**States** [2] - 2:4, 132:5

**status** [2] - 109:17, 124:22

**status-related** [1] - 109:17

**stay** [2] - 80:1, 119:20

**stenographically** [1] - 132:6

**stenography** [1] - 2:6

**still** [13] - 13:5, 19:2, 27:15, 37:5, 41:11, 62:9, 74:16, 106:2, 107:14, 112:12, 113:16, 113:18, 118:17

**stimuli** [1] - 56:25

**stimulus** [3] - 56:21, 73:5, 122:25

**STL** [1] - 62:13

**stop** [2] - 98:18, 119:14

**stopped** [2] - 56:15, 56:17

**stopping** [1] - 98:17

**story** [4] - 60:13, 62:12, 62:13, 78:14

**straight** [2] - 50:6, 98:8

**stress** [1] - 80:2

**striking** [4] - 46:18, 62:22, 111:21, 115:2

**strikingly** [3] - 37:5, 123:22, 128:14

**stroke** [1] - 74:10

**strong** [1] - 51:17

**strongly** [1] - 52:19

**structured** [4] - 7:1, 7:23, 9:8, 11:21

**students** [2] - 33:2, 76:24

**studies** [4] - 6:6, 6:11, 68:1, 112:9

**study** [1] - 49:7

**subject** [4] - 86:2, 86:3, 86:5, 98:19

**subjects** [2] - 40:4, 114:7

**submitted** [2] - 91:16, 92:12

**subscale** [1] - 60:7

**subscales** [1] - 59:23

**subscores** [1] - 44:7

**subsequent** [2] - 40:22, 41:3

**substantial** [2] - 22:7, 97:10

**substantially** [2] - 108:9, 110:1

**substantiates** [2] - 104:9, 104:10

**substantive** [3] - 80:4, 108:21, 110:4

**subtest** [3] - 31:15, 53:20, 126:4

**subtests** [8] - 21:6, 28:9, 48:8, 104:21, 105:1, 106:1, 127:6

**subtle** [2] - 79:2, 79:6

**subtract** [1] - 58:11

**subverted** [1] - 77:9

**suffering** [1] - 113:10

**suggest** [13] - 5:17, 6:5, 11:15, 13:7, 15:19, 37:18, 48:12, 77:7, 106:13, 113:19, 114:6, 119:19, 125:3

**suggested** [7] - 10:9,

**10:17**, 28:19, 29:10, 68:10, 83:2, 84:12

**suggesting** [2] - 38:8, 76:20

**suggests** [1] - 12:11

**summary** [15] - 9:21, 11:9, 11:10, 13:12, 47:12, 58:21, 59:8, 60:4, 81:3, 95:10, 125:6, 126:3, 126:11, 127:5, 127:22

**superimposed** [1] - 59:24

**supplemental** [9] - 20:9, 59:5, 91:20, 91:22, 93:10, 102:1, 102:14, 103:13, 106:19

**supporting** [1] - 96:7

**supports** [3] - 94:18, 95:14, 105:25

**supposed** [3] - 14:2, 22:10, 107:8

**suppressing** [1] - 95:2

**suspicion** [1] - 92:9

**suspicions** [1] - 108:11

**switch** [1] - 59:13

**sworn** [1] - 4:13

**symptom** [2] - 39:1, 82:25

**Symptom** [4] - 29:1, 36:2, 37:25, 51:8

**symptoms** [5] - 49:16, 79:7, 83:2, 83:21, 84:9

## T

**T-45** [1] - 12:19

**T-score** [2] - 13:4, 13:9

**T-scores** [4] - 11:24, 117:11, 118:7, 118:10

**T-W-O** [1] - 73:20

**table/chair** [1] - 25:18

**tails** [2] - 39:15, 40:8

**takeaway** [1] - 113:21

**taker** [1] - 115:11

**talks** [1] - 93:12

**tap** [1] - 109:21

**tape** [4] - 78:3, 87:14, 87:19, 88:8

**target** [2] - 94:23, 94:24

**task** [31] - 13:25, 14:1, 23:13, 23:15, 26:8, 28:6, 30:1, 36:14,

37:5, 37:7, 39:10,
53:21, 54:25, 57:5,
57:10, 58:6, 59:18,
59:19, 59:21, 73:17,
109:1, 109:10,
109:17, 119:13,
119:17, 119:20,
121:22, 124:16,
124:17
**tasks** [10] - 23:9,
23:10, 23:12, 61:5,
61:6, 63:15, 123:6,
123:8
**taught** [2] - 76:21,
76:24
**teach** [1] - 76:21
**teaching** [1] - 76:23
**technical** [1] - 16:14
**technically** [1] - 128:9
**technology** [1] - 9:4
**temporal** [1] - 6:13
**ten** [18] - 15:1, 27:2,
30:18, 30:19, 31:25,
51:23, 52:5, 55:12,
55:19, 63:21, 65:14,
96:23, 99:1, 108:18,
108:25, 109:4,
118:11, 123:11
**ten-minute** [3] - 30:18,
30:19, 52:5
**ten-word** [1] - 51:23
**tend** [3] - 46:6, 82:17,
95:3
**tendencies** [1] -
114:17
**term** [2] - 43:2, 60:13
**termed** [2] - 21:12,
83:12
**terms** [1] - 96:12
**terribly** [1] - 60:24
**Test** [22] - 18:21, 29:1,
36:3, 38:1, 51:9,
54:17, 58:18, 63:8,
64:14, 73:3, 106:18,
106:21, 107:24,
108:1, 108:2, 108:7,
109:15, 109:16,
114:13, 115:7,
117:7, 120:8
**test** [248] - 6:20, 7:18,
8:4, 8:16, 9:1, 9:5,
9:6, 10:1, 10:7,
10:21, 11:10, 11:21,
12:10, 12:22, 14:10,
14:19, 15:4, 15:5,
15:9, 15:10, 15:17,
15:19, 17:5, 17:6,
17:10, 17:12, 18:4,
18:18, 18:22, 18:23,
18:25, 19:16, 19:22,

20:8, 20:24, 21:3,
21:17, 21:18, 21:22,
22:15, 22:18, 23:19,
23:24, 25:19, 26:17,
26:21, 27:17, 27:18,
28:23, 29:2, 29:3,
29:4, 29:16, 29:21,
29:22, 29:25, 30:11,
30:12, 30:15, 32:11,
32:13, 33:21, 33:24,
35:10, 35:23, 35:25,
36:1, 36:4, 36:19,
37:22, 37:25, 39:1,
39:8, 40:1, 40:2,
42:22, 42:23, 43:8,
43:11, 43:12, 43:17,
43:18, 43:19, 43:21,
43:24, 44:1, 44:20,
44:21, 46:20, 47:2,
47:24, 48:6, 48:11,
48:17, 49:25, 50:10,
50:16, 50:17, 50:19,
50:21, 50:23, 51:1,
51:2, 51:3, 51:4,
51:6, 51:9, 51:11,
51:14, 51:20, 53:2,
53:6, 53:9, 53:10,
54:15, 54:17, 54:21,
54:22, 55:1, 55:2,
55:24, 56:4, 56:5,
56:14, 57:4, 57:5,
57:8, 58:19, 59:4,
59:15, 60:23, 63:11,
64:15, 66:2, 67:7,
67:14, 67:19, 68:3,
68:5, 68:20, 69:4,
69:6, 69:18, 69:22,
70:3, 71:15, 72:2,
72:4, 73:23, 75:15,
75:19, 75:22, 76:20,
77:1, 77:2, 77:6,
77:8, 77:9, 78:4,
78:7, 80:13, 81:4,
81:9, 88:1, 90:3,
93:20, 95:10,
100:14, 102:12,
103:1, 103:11,
103:16, 103:19,
104:1, 106:6,
106:10, 106:12,
106:13, 106:14,
106:22, 107:2,
107:23, 108:8,
108:12, 109:3,
109:9, 109:14,
109:19, 110:4,
110:7, 110:10,
110:16, 110:19,
110:25, 111:1,
111:2, 111:24,
112:8, 112:11,

112:15, 113:23,
114:3, 114:9,
114:14, 114:21,
114:23, 115:3,
115:6, 115:11,
115:14, 116:11,
116:17, 116:18,
117:6, 118:3, 118:4,
119:2, 119:3, 119:9,
119:23, 120:4,
120:7, 120:16,
120:23, 121:9,
122:5, 124:1, 124:6,
124:18, 124:19,
126:3, 127:11, 130:3
**Test's** [1] - 107:13
**test-scoring** [1] - 67:7
**tested** [4] - 60:1, 88:5,
88:6, 96:10
**testified** [1] - 80:17
**testify** [1] - 4:13
**testimony** [2] - 42:14,
72:18
**testing** [34] - 5:1,
13:16, 15:6, 15:14,
15:17, 17:21, 18:8,
28:23, 38:19, 40:3,
43:6, 46:24, 47:1,
47:6, 47:7, 58:20,
59:9, 67:9, 67:10,
67:12, 68:7, 68:16,
68:22, 71:6, 72:13,
78:16, 78:19, 86:23,
90:10, 95:20, 106:9,
108:6
**Testing** [2] - 42:8,
42:11
**tests** [97] - 6:22, 8:8,
8:17, 13:23, 13:24,
14:13, 15:6, 15:9,
15:13, 16:7, 16:9,
16:14, 16:22, 16:25,
17:9, 18:4, 19:7,
19:8, 23:11, 23:22,
25:1, 26:9, 30:25,
35:13, 35:17, 43:5,
44:22, 45:3, 49:15,
54:9, 59:2, 59:14,
61:10, 65:3, 67:13,
67:17, 67:25, 68:4,
70:5, 70:11, 70:13,
71:10, 71:21, 73:2,
73:22, 75:11, 75:13,
75:16, 81:14, 84:23,
85:14, 89:24, 93:17,
94:17, 102:6, 102:9,
102:15, 102:20,
103:9, 103:11,
105:4, 105:5,
106:16, 106:18,

107:9, 107:20,
110:20, 110:22,
111:5, 111:6,
111:19, 111:21,
112:11, 112:13,
112:21, 112:23,
113:8, 113:12,
113:24, 119:19,
121:23, 121:24,
122:14, 122:18,
124:3, 124:11,
124:12, 124:24,
126:17, 126:18,
126:21, 128:17,
129:14
**tests's** [1] - 101:13
**TEXAS** [1] - 1:2
**Texas** [2] - 1:11, 2:4
**that'll** [2] - 65:10,
74:24
**THE** [48] - 1:3, 4:6,
8:20, 8:23, 19:24,
41:23, 42:3, 42:15,
45:6, 45:9, 65:7,
65:10, 65:16, 65:25,
66:5, 66:7, 66:12,
66:21, 66:25, 67:3,
83:25, 87:12, 91:1,
95:25, 98:14, 98:16,
98:21, 98:23, 99:1,
99:4, 99:7, 101:2,
116:22, 116:25,
117:2, 121:1, 121:4,
121:7, 122:8,
122:11, 125:11,
125:15, 125:18,
125:21, 131:1,
131:11, 131:14,
131:16
**themselves** [1] - 14:1
**theorem** [2] - 39:21,
40:25
**theory** [1] - 40:2
**therapeutic** [1] - 71:5
**they've** [1] - 52:3
**thinks** [1] - 96:6
**third** [7] - 35:25, 38:2,
45:4, 45:11, 56:18,
74:19, 78:13
**thorough** [1] - 75:17
**thoughts** [1] - 9:16
**three** [26] - 9:22,
17:17, 44:17, 54:6,
59:1, 61:9, 62:1,
62:5, 71:19, 71:20,
71:21, 74:13, 81:17,
87:9, 88:2, 88:17,
88:24, 95:20, 105:4,
105:5, 109:12,
111:4, 121:14,

126:13, 127:1
**throughout** [2] - 15:6,
119:2
**timeframe** [1] - 80:5
**Title** [1] - 132:4
**today** [4] - 29:24,
76:14, 92:16, 129:15
**together** [7] - 44:1,
51:18, 67:21, 95:3,
100:3, 112:5, 122:18
**TOM** [1] - 110:24
**took** [8] - 24:7, 35:17,
105:3, 105:12,
115:19, 126:2,
126:6, 126:10
**tool** [1] - 105:12
**top** [8] - 38:6, 47:22,
59:24, 100:7, 101:3,
101:4, 122:25
**total** [6] - 44:6, 51:24,
101:15, 110:17,
118:2, 130:13
**totally** [1] - 77:6
**towards** [2] - 100:1,
101:6
**track** [2] - 25:7, 26:15
**Trade** [1] - 79:12
**transcript** [9] - 2:7,
76:12, 79:16, 79:18,
80:3, 80:12, 80:24,
91:10, 132:6
**TRANSCRIPT** [1] -
1:10
**transcripts** [2] - 76:5,
76:7
**translate** [1] - 95:4
**translated** [2] - 11:24,
117:11
**translates** [1] - 12:18
**transposed** [1] - 37:3
**trauma** [1] - 78:15
**treats** [1] - 104:14
**trial** [6] - 4:19, 10:22,
62:1, 80:20, 130:8,
130:15
**Trial** [1] - 8:14
**Trial-Revised** [1] -
8:14
**trials** [2] - 61:8, 109:1
**triangular** [1] - 123:18
**tried** [2] - 45:23, 70:22
**true** [9] - 5:3, 58:6,
58:10, 62:12, 71:2,
97:14, 107:16,
129:16, 132:6
**truly** [1] - 49:14
**trumps** [1] - 77:1
**trust** [1] - 9:18
**try** [2] - 13:22, 71:6
**trying** [4] - 9:4, 50:15,

101:4, 112:22
**TUESDAY** [2] - 1:12, 4:4
**turn** [5] - 26:3, 47:7, 47:14, 69:11, 93:9
**turned** [2] - 13:3, 52:11
**twenty** [3] - 27:3, 27:4, 27:5
**twenty-four** [1] - 27:4
**twenty-four-plus** [1] - 27:5
**twice** [4] - 22:20, 30:14, 51:24, 61:9
**two** [62] - 9:23, 10:3, 17:16, 21:3, 22:7, 24:7, 24:10, 25:8, 30:23, 30:24, 31:11, 35:13, 36:8, 36:16, 39:10, 39:12, 42:20, 45:15, 52:18, 54:9, 56:22, 58:12, 58:25, 63:11, 64:2, 65:23, 67:9, 67:23, 67:24, 68:2, 68:4, 74:7, 75:25, 76:18, 80:7, 80:12, 80:22, 84:5, 89:11, 96:11, 97:5, 98:10, 107:18, 107:20, 108:25, 109:12, 109:23, 111:4, 112:10, 112:18, 112:25, 113:1, 113:4, 115:25, 121:18, 122:14, 123:24, 124:2, 127:1
**two-alternative** [1] - 39:10
**type** [12] - 18:23, 23:15, 31:21, 46:9, 49:20, 71:25, 74:17, 79:7, 84:20, 88:14, 89:14, 96:18
**types** [3] - 9:10, 114:8, 126:19
**typical** [3] - 38:8, 61:22, 82:14
**typically** [4] - 15:12, 30:4, 40:6, 62:14

## U

**ulterior** [1] - 71:4
**unable** [1] - 74:13
**underneath** [2] - 113:19, 126:14
**understandable** [1] - 39:9
**unintentionally** [1] -

77:10
**unique** [1] - 31:1
**United** [2] - 2:4, 132:5
**UNITED** [1] - 1:1
**unless** [2] - 61:13, 114:25
**untestable** [1] - 61:1
**unusual** [2] - 19:13, 19:15
**unusually** [1] - 106:1
**up** [27] - 4:22, 10:3, 19:19, 25:20, 29:18, 32:24, 34:11, 36:9, 39:7, 45:24, 46:16, 47:15, 50:23, 56:10, 64:3, 64:12, 68:3, 75:21, 85:1, 100:12, 109:22, 110:15, 112:12, 128:9, 131:3, 131:5, 131:15
**upfront** [2] - 79:4, 96:19
**uptick** [1] - 62:21
**uptight** [1] - 71:8
**US** [5] - 117:17, 117:18, 117:19, 117:20, 118:25
**USA** [1] - 1:4
**useful** [1] - 60:25
**uses** [3] - 36:5, 51:12, 114:14

## V

**vague** [1] - 113:13
**valid** [17] - 28:21, 57:24, 75:20, 94:6, 94:18, 95:14, 95:21, 96:3, 96:5, 96:7, 103:2, 106:14, 108:11, 112:13, 113:8, 124:6, 124:19
**validity** [97] - 6:21, 13:16, 13:17, 13:23, 14:10, 14:19, 15:12, 15:17, 16:7, 16:9, 16:14, 16:22, 16:24, 17:5, 17:9, 17:10, 17:19, 18:1, 18:4, 18:18, 18:22, 18:25, 20:24, 26:21, 27:18, 29:3, 35:13, 39:1, 42:23, 43:11, 43:17, 44:12, 44:22, 47:1, 48:16, 50:10, 54:9, 54:15, 55:24, 57:3, 59:2, 59:14, 59:15, 65:2, 67:10, 67:13, 67:14, 67:17, 67:25, 68:2, 68:4, 70:5,

70:11, 71:8, 71:10, 72:13, 73:1, 73:12, 75:11, 75:12, 75:16, 75:17, 84:23, 85:14, 94:3, 94:14, 102:6, 102:9, 102:15, 102:20, 103:9, 103:10, 103:16, 105:23, 106:6, 106:12, 106:16, 106:18, 106:22, 107:2, 107:9, 107:13, 107:20, 108:7, 109:18, 110:4, 110:6, 110:19, 110:20, 111:6, 111:19, 111:21, 112:8, 112:10, 112:21
**Validity** [4] - 29:1, 36:2, 38:1, 51:9
**valuable** [1] - 105:12
**value** [5] - 40:7, 40:21, 40:23, 41:9, 94:2
**variability** [1] - 124:12
**variable** [1] - 119:11
**variation** [2] - 31:13, 63:22
**variations** [3] - 24:7, 24:11, 31:10
**various** [3] - 14:8, 17:12, 94:8
**VARNADO** [1] - 1:19
**vary** [1] - 126:5
**verbal** [18] - 18:23, 23:10, 23:12, 30:1, 44:3, 44:4, 46:15, 51:10, 62:23, 63:2, 122:19, 122:20, 123:6, 123:7, 123:9, 126:11
**Verbal** [2] - 28:25, 43:9
**verbal-memory** [1] - 18:23
**verify** [1] - 105:11
**versus** [5] - 40:4, 45:19, 62:13, 62:19, 110:20
**viable** [1] - 108:24
**Victoria** [3] - 36:2, 37:25, 39:1
**video** [4] - 76:8, 76:10, 90:5, 114:4
**videos** [2] - 101:18, 130:1
**videotape** [1] - 78:22
**view** [1] - 36:13
**viewed** [1] - 78:22
**viewing** [1] - 84:15

**views** [1] - 51:21
**virtually** [2] - 60:8, 64:20
**visits** [1] - 81:16
**visual** [7] - 44:5, 62:23, 64:17, 121:20, 121:22, 122:19, 126:12
**visual/spacial** [1] - 122:20
**volume** [2] - 6:11, 6:12
**volumetric** [1] - 6:6
**vs** [1] - 1:6
**VSVT** [2] - 36:1, 36:2

## W

**wait** [1] - 55:19
**walk** [2] - 22:12, 53:13
**walked** [2] - 35:14, 59:2
**walking** [1] - 23:21
**warrant** [2] - 85:10, 97:7
**warranted** [1] - 70:2
**watch** [1] - 108:16
**watched** [1] - 76:8
**watching** [1] - 76:10
**water** [1] - 7:15
**ways** [1] - 21:4
**Wechsler** [1] - 126:9
**weeks** [5] - 77:25, 78:9, 78:11, 78:20, 80:8
**well-learned** [2] - 74:1, 74:6
**WERE** [1] - 131:16
**whatsoever** [3] - 13:8, 77:3, 79:8
**white** [1] - 16:18
**whole** [3] - 111:1, 123:3, 123:15
**wife** [1] - 85:8
**winner** [1] - 116:5
**winners** [1] - 116:1
**wins** [3] - 116:2, 116:4
**witness** [7] - 4:8, 41:22, 41:25, 90:25, 100:24, 131:7, 131:15
**WITNESS** [4] - 19:24, 45:9, 101:2, 121:7
**Witness** [1] - 4:12
**WITNESSES** [1] - 3:1
**WMT** [7] - 18:5, 18:18, 18:19, 18:21, 20:23, 29:16, 30:8
**word** [43] - 11:16, 22:19, 22:24, 23:18,

23:19, 25:5, 25:6, 25:13, 25:14, 25:16, 25:17, 25:23, 25:24, 25:25, 26:5, 26:6, 26:7, 26:12, 30:2, 30:12, 51:11, 51:14, 51:17, 51:21, 51:23, 52:2, 52:8, 52:13, 52:14, 52:15, 52:16, 52:17, 52:18, 52:22, 60:21, 61:8, 62:2, 73:19, 73:20, 74:7
**Word** [1] - 18:21
**word-list** [1] - 61:8
**words** [23] - 22:23, 23:16, 25:12, 25:23, 26:4, 30:8, 36:4, 51:12, 51:15, 51:18, 51:19, 51:24, 52:19, 62:2, 73:17, 73:18, 73:25, 74:5, 77:2, 80:3, 112:14
**works** [11] - 12:10, 22:18, 39:8, 55:4, 60:19, 61:7, 61:15, 62:15, 97:20, 108:12, 115:6
**world** [3] - 76:25, 77:8, 130:4
**worse** [11] - 21:25, 27:9, 28:4, 49:25, 97:11, 97:12, 97:16, 98:6, 129:4, 129:8
**worsened** [1] - 85:7
**worst** [2] - 97:17, 97:19
**written** [2] - 95:21, 96:3
**wrongly** [1] - 14:19
**wrote** [1] - 104:8

## X

**X's** [1] - 11:25

## Y

**Yamout** [2] - 58:22, 107:11
**year** [10] - 26:22, 33:23, 47:8, 47:25, 54:11, 54:16, 88:22, 89:3, 102:14, 110:18
**yearly** [1] - 87:7
**years** [9] - 7:24, 33:6, 68:1, 96:11, 96:20, 96:23, 96:24, 98:10, 105:15
**yesterday** [7] - 13:15, 15:23, 17:8, 70:14,

70:15, 70:23, 131:4

**York** [29] - 69:2, 69:17, 70:4, 71:13, 72:25, 73:7, 73:13, 74:20, 75:10, 77:23, 78:8, 80:14, 80:17, 83:18, 88:2, 88:6, 90:3, 90:15, 93:16, 94:9, 95:19, 98:9, 99:15, 101:21, 120:9, 120:11, 126:8, 129:13, 129:24

**York's** [28] - 69:24, 70:3, 70:16, 72:18, 74:14, 75:9, 77:17, 78:4, 78:16, 79:9, 80:6, 90:14, 91:25, 92:2, 92:4, 92:7, 92:25, 93:12, 93:25, 94:1, 94:10, 95:16, 96:3, 97:23, 99:11, 99:18, 99:21, 126:25

## Z

**zero** [11] - 12:9, 12:18, 12:25, 26:19, 27:1, 35:6, 39:15, 62:9, 62:14, 107:16, 107:18