08:00:15

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF TEXAS

3                    _ _ _

    THE HONORABLE GEORGE C. HANKS, JR., JUDGE PRESIDING
4
   _____
   USA,                        No. 4:21-CR-00009-1
5
                  Plaintiff,
6
   vs.
7
                                **ORIGINAL**
   ROBERT T. BROCKMAN,
8
                  Defendant.
9
   _____
          COMPETENCY HEARING -- DAY 6 AM SESSION
10
       OFFICIAL REPORTER'S TRANSCRIPT OF PROCEEDINGS
11
                  Houston, Texas
12
             MONDAY, NOVEMBER 22, 2021
13
   _____

14 APPEARANCES:

15 For the Plaintiff:   COREY J. SMITH, DOJ

16                      CHRISTOPHER MAGNANI, DOJ

17                      LEE F. LANGSTON, DOJ

18                      BORIS BOURGET, DOJ

19 For the Defendant:   JASON S. VARNADO, ESQ., Attorney
                        at Law
20
                        COLLEEN O'CONNOR, ESQ., ATTORNEY
21                      AT LAW

22                      JAMES P. LOONAM, ESQ., Attorney
                        at Law
23
                        KATHRYN KENEALLY, ESQ., Attorney
24                      at Law

25                      IRINA K. BLEUSTEIN, ESQ.,
                        Attorney at Law

```
 1
   For the                n/a
 2 Interpreter:

 3 Reported by:         Sean Gumm, RPR, CRR
                        Official Court Reporter
 4                      United States District Court
                        Southern District of Texas
 5                      sean_gumm@txs.uscourts.gov

 6
   Proceedings recorded by mechanical stenography.
 7 Transcript produced by Reporter on computer.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

6-3

SEAN W. GUMM, CSR #13168, RPR, CRR

1

## <u>INDEX OF WITNESSES</u>

2

3                                                                    **PAGE**

4     **JAMES POOL, (For the Defendant)**

5     Direct Examination By Mr. Varnado:              5

6     Cross-Examination By Mr. Langston:             77

7     Redirect Examination By Mr. Varnado:          139

8     Recross-Examination By Mr. Langston:          142

9

10

11                            --oOo--

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              PROCEEDINGS

2  _____

3      (The following proceedings held in open court.)

4                        *   *   *

5           MONDAY, NOVEMBER 22, 2021 -- 8:39 A.M.

6                      --oOo--

7           THE COURT:  Good morning, everyone and

8  welcome back.  I hope you all had a nice weekend,

9  and getting to see your families after awhile.

10 We're ready to get started again.  The Prosecution

11 has rested, so Mr. Loonam or Mr. Varnado, you may

12 call your first witness.

13           MR. VARNADO:  Thank you very much, Your

14 Honor.  And the Defense calls Dr. James Pool.

15           THE COURT:  Okay.  Dr. Pool.  Good

16 morning, Dr. Pool.

17           THE WITNESS:  Good morning.

18           THE COURT:  If you could raise your

19 right hand.

20                  **JAMES POOL**,

21               **(For the Defendant)**

22           called as a Witness, having been duly

23 and regularly sworn, testified as follows:

24           THE WITNESS:  I do.

25           THE COURT:  Okay.  Please take the

08:40:33  1  stand, sir.  Feel free to take your mask off when

08:40:36  2  you are on the stand.

08:40:36  3  **DIRECT EXAMINATION**

08:40:36  4  **BY MR. VARNADO:**

08:40:45  5  **Q.**  Good morning, Dr. Pool.

08:40:46  6  **A.**  Good morning.

08:40:47  7  **Q.**  You got a bottle of water up there if you need

08:40:51  8  it.

08:40:52  9  **A.**  Thank you very much.

08:40:52  10  **Q.**  Can you state and spell your name for the

08:40:54  11  record?

08:40:54  12  **A.**  James L. Pool, P-O-O-L, M.D.

08:41:00  13  **Q.**  Dr. Pool, what do you do for a living?

08:41:02  14  **A.**  I'm a Professor of Medicine and Pharmacology at

08:41:06  15  the Baylor College of Medicine in Houston, Texas.

08:41:09  16  **Q.**  We're going to talk more in detail about what

08:41:11  17  you do on a daily basis, but I want to get

08:41:14  18  background information.  What is your connection to

08:41:16  19  Mr. Brockman?

08:41:17  20  **A.**  I am Mr. Brockman's primary care physician.

08:41:21  21  **Q.**  How long have you been Mr. Brockman's primary

08:41:23  22  care physician?

08:41:24  23  **A.**  Since October of 2018.

08:41:26  24  **Q.**  Okay.  At the Baylor College of Medicine, what

08:41:30  25  positions do you hold?  You mentioned professor.

SEAN W. GUMM, CSR #13168, RPR, CRR

08:41:33  1  Any other titles that you have there at Baylor

08:41:36  2  College of Medicine?

08:41:36  3  A.   Well, things that I've done previously, I was

08:41:42  4  the Director of Cardiovascular and Hypertension

08:41:45  5  Research in the DeBakey Heart Center.  That is

08:41:48  6  something that I no longer do.  I'm totally devoted

08:41:52  7  to patient care now.

08:41:53  8  Q.   So with the title of "Professor," your

08:41:56  9  day-to-day activities involve taking care of

08:41:58  10  patients?

08:41:58  11  A.   Correct.

08:41:59  12  Q.   All right.  And are there any particular

08:42:00  13  clinics that you are involved with at the Baylor

08:42:04  14  College of Medicine?

08:42:04  15  A.   The Comprehensive Healthcare Clinic.

08:42:09  16  Q.   Can you give us a brief overview of what the

08:42:12  17  Comprehensive Healthcare Clinic is?  Just high

08:42:14  18  points now.

08:42:15  19  A.   The Comprehensive Healthcare Clinic -- rather

08:42:24  20  than being a cliche, it is what it purports to be,

08:42:27  21  and that is comprehensive care of each individual

08:42:30  22  from the perspective of internal medicine.  And we

08:42:35  23  manage a wide array of medical problems, and we

08:42:40  24  solicit help from a wide variety of Houston,

08:42:46  25  American, and international specialists to help

SEAN W. GUMM, CSR #13168, RPR, CRR

08:42:49   1   support our mission for very unique medical

08:42:52   2   problems.

08:42:53   3   Q.   Okay.  Can you briefly describe for the Court

08:42:55   4   your educational and post-graduate training?

08:42:59   5   A.   Going back to undergraduate school?

08:43:03   6   Q.   Yeah, undergraduate and then medical school.

08:43:07   7   A.   Okay.

08:43:08   8            MR. LANGSTON:  Objection.  I don't

08:43:09   9   think this witness is testifying as an expert.  So I

08:43:12   10  think maybe getting his medical education may not be

08:43:15   11  relevant here.

08:43:15   12           THE COURT:  But it's important for the

08:43:17   13  Court to be able to evaluate the witness's

08:43:20   14  credibility and validity.  So respectfully,

08:43:23   15  overruled.  So...

08:43:23   16           MR. VARNADO:

08:43:23   17  Q.   Please go ahead.

08:43:25   18  A.   Okay.  I was born in the State of Iowa, but my

08:43:29   19  family finally ended up in Tulsa, Oklahoma.  I went

08:43:33   20  to undergraduate school at the University of Tulsa,

08:43:39   21  where I received my bachelor of science degree in

08:43:41   22  1968.

08:43:42   23  Q.   Okay.

08:43:43   24  A.   And then I was accepted to the University of

08:43:46   25  Oklahoma School of Medicine, which is in Oklahoma

08:43:50  1  City, distinctly different from the location of the

08:43:53  2  university in Norman.  I completed my M.D. degree

08:43:58  3  there in 1972, and left to take a position as a

08:44:03  4  first-rear year resident, subsequently second and

08:44:06  5  third-year resident and then fellow at Duke

08:44:10  6  University in Durham, North Carolina.

08:44:14  7            While I was finishing my fellowship

08:44:16  8  -- my first year of fellowship at Duke University,

08:44:20  9  some former colleagues recruited me to go to the

08:44:25  10 National Institutes of Health in Washington, D.C.

08:44:29  11 There I was given the opportunity to finish my

08:44:34  12 fellowship and begin my carer as a research science.

08:44:37  13            My focus at the National Institutes

08:44:40  14 of Health was in hypertension, high blood pressure,

08:44:42  15 and in cardiovascular pharmacology.  That led to an

08:44:47  16 interesting interaction with Dr. Michael E. DeBakey,

08:44:54  17 who is a cardiovascular surgeon, and at the time

08:44:58  18 President of Baylor College of Medicine.

08:45:01  19            My senior mentor was recruited by

08:45:05  20 Dr. DeBakey.  I was the most junior member of the

08:45:09  21 team, and was similarly recruited to come to Houston

08:45:14  22 to do hypertension -- high blood pressure -- and

08:45:19  23 cardiovascular pharmacology research at the Baylor

08:45:22  24 College of Medicine.  And that was really my primary

08:45:24  25 focus for a number of years.

08:45:29    1                    Dr. DeBakey subsequently recruited
08:45:32    2    me to be his physician, and the primary reason for
08:45:39    3    that was that he was getting into advanced age.
08:45:41    4    With the advanced age, as most everybody here now
08:45:44    5    knows -- although at the time it was -- kept it
08:45:50    6    highly secretive, but as everybody knows he
08:45:53    7    developed a DeBakey Type II aortic aneurysm.  He
08:45:59    8    asked me and his close surgical colleague,
08:46:02    9    Dr. George P. Noon to manage that problem.
08:46:07   10                    Ultimately, he became the oldest
08:46:10   11    human ever to have a DeBakey Type II aneurysm repair
08:46:14   12    performed.  As a result of that -- I reflect back on
08:46:21   13    all of the decisions that went into that, but one of
08:46:23   14    them resulted in we were able to -- he was able to
08:46:27   15    survive to 99 years and 10 months and receive the
08:46:35   16    Congressional Gold Medal.
08:46:35   17    Q.   So you actually were Dr. DeBakey's physician?
08:46:38   18    A.   Yes.
08:46:39   19    Q.   So did your focus then change -- so what is
08:46:42   20    your focus right now in the patients you treat and
08:46:46   21    what you are doing at Baylor?
08:46:47   22    A.   Comprehensive primary care from the perspective
08:46:51   23    of internal medicine.
08:46:53   24    Q.   Okay.  And do you treat patients with cognitive
08:46:55   25    impairments?

SEAN W. GUMM, CSR #13168, RPR, CRR

08:46:56  1   **A.**   Yes.

08:46:56  2   **Q.**   Could you give us a ballpark idea of how many

08:46:59  3   patients you have right now that, you know, would

08:47:01  4   fall into that category?

08:47:03  5   **A.**   Well, I can give you a statistic, which one of

08:47:06  6   my colleagues that has currently left his post at

08:47:10  7   Harvard and now doing research in Arizona -- it's

08:47:14  8   generally held that about one out of four Americans

08:47:18  9   has cognitive impairment.  And that --

08:47:22  10             MR. LANGSTON:  Objection.

08:47:23  11             THE COURT:  Okay.  What's the

08:47:24  12   objection?

08:47:25  13             MR. LANGSTON:  Again, this witness is

08:47:26  14   -- he's giving statistics about how many Americans

08:47:29  15   have cognitive impairment.  Again, there's no notice

08:47:31  16   of this.  We've never been told Dr. Pool was going

08:47:34  17   to testify as an expert.  To the extent they're

08:47:36  18   trying to sneak in statistics about cognitive

08:47:39  19   impairment I don't think is relevant to this

08:47:41  20   witness.

08:47:42  21             THE COURT:  Objection overruled.  I

08:47:43  22   think the witness is giving the Court his background

08:47:45  23   on treat older patients.  I understand your

08:47:48  24   objection.  Overruled.

08:47:49  25             You may continue.

08:47:50    1              MR. VARNADO:

08:47:51    2    **Q.**    Please go ahead, Doctor.

08:47:52    3    **A.**    I would say that my personal, professional

08:47:55    4    experience pretty much mirrors that.  So if you look

08:47:58    5    at my patient population that are aged 80 and older,

08:48:03    6    that patient population -- about a fourth of those

08:48:07    7    patients have some sort of cognitive impairment.

08:48:09    8    **Q.**    Okay.  We'll speak about that in a moment.

08:48:12    9    Dr. Pool, does Baylor provide legal counsel to

08:48:15    10    doctors like yourself who are asked to come testify

08:48:17    11    in court?

08:48:18    12    **A.**    They provide legal counsel to us, period.  The

08:48:23    13    -- the Associate General Counsel for Baylor is James

08:48:28    14    Banfield.  Mr. Banfield and I go back probably

08:48:36    15    literally four decades.  He is responsible for risk

08:48:39    16    management.  He's responsible for legal issues that

08:48:44    17    are beyond our expertise, training.

08:48:53    18    **Q.**    Did you and I meet on a couple of occasions

08:48:55    19    with Mr. Banfield's consent prior to you coming to

08:48:59    20    testify today?

08:48:59    21    **A.**    Yes, that is correct.

08:49:00    22    **Q.**    Did you also submit a letter to Mr. Brockman's

08:49:02    23    counsel, Ms. Keneally in January of 2020, concerning

08:49:07    24    Mr. Brockman's cognitive impairment?

08:49:09    25    **A.**    Yes, I did.

*SEAN W. GUMM, CSR #13168, RPR, CRR*

08:49:10   1   Q.   Did you understand that that letter would be

08:49:13   2   included in a submission to the Department of

08:49:15   3   Justice prior to Mr. Brockman being indicted?

08:49:18   4   A.   Yes.

08:49:19   5   Q.   And in general, did -- what did that -- what

08:49:22   6   did you state in that letter, in terms of just

08:49:24   7   providing information regarding Mr. Brockman's

08:49:26   8   current health status at that time?

08:49:29   9   A.   I -- the primary focus of the letter, as I

08:49:32   10   remember it -- and I have not read it since I

08:49:35   11   submitted it -- but, um, it was that Mr. Brockman

08:49:39   12   had -- from the time I saw him October 2018, had

08:49:46   13   cognitive impairment.

08:49:47   14   Q.   Okay.   And at the time of that submission of

08:49:51   15   the letter, and that was subsequently turned over to

08:49:53   16   the IRS, did you become aware that the Defense had

08:49:55   17   executed HIPAA waivers to allow you to talk to

08:49:59   18   government agents or lawyers in that period of time

08:50:01   19   before Mr. Brockman's indictment?

08:50:03   20   A.   Yes.   I was aware of that.   Then I was

08:50:09   21   subsequently made aware that that waiver was

08:50:11   22   withdrawn, and I was henceforth to discontinue

08:50:18   23   communication with the Denver Office of the

08:50:21   24   Department of Justice.

08:50:22   25   Q.   Okay.   And let's break that down.   Because

08:50:24   1   while the HIPAA waivers were in place, before

08:50:29   2   Mr. Brockman was indicted, did anyone try to contact

08:50:32   3   to speak about Mr. Brockman's health?

08:50:34   4   **A.**   Yes.

08:50:34   5   **Q.**   Okay.  I'm going to show you what's just been

08:50:41   6   marked for identification as Defense Exhibit 78.  I

08:50:44   7   want to make sure we get the timing right.  Again,

08:51:13   8   showing for identification Defense Exhibit 78.  This

08:51:17   9   is to see if this refreshes your recollection as to

08:51:19   10  the time the IRS had reached out to you on October

08:51:25   11  22, 2020?

08:51:26   12  **A.**   Yes, Ryan Ricky (phonetic) is a very familiar

08:51:29   13  name to me from communications and by e-mail.

08:51:31   14  **Q.**   I'll take that back from you just once you got

08:51:34   15  a chance to look at it.

08:51:35   16  **A.**   Okay.

08:51:36   17  **Q.**   If Mr. Brockman's indictment became public on

08:51:39   18  October 15th of 2020, did this communication come

08:51:42   19  after Mr. Brockman was actually indicted?

08:51:52   20  **A.**   Yes, October 22, 2020.

08:51:54   21  **Q.**   You mentioned HIPAA waivers being retracted.

08:51:56   22  Did that occur after Mr. Brockman was indicted --

08:51:59   23  you at least became aware of it after?

08:52:01   24  **A.**   I became aware of that, but I don't know the

08:52:04   25  exact date and time of withdrawal of waiver.

SEAN W. GUMM, CSR #13168, RPR, CRR

08:52:07  1   Q.   Okay.  Prior to -- did you talk with any

08:52:15  2   lawyers from the Department of Justice at all in

08:52:18  3   this time period?

08:52:19  4   A.   No, not at all.  Ryan Ricky was my only

08:52:22  5   contact.

08:52:23  6   Q.   Okay.  Ultimately, because the HIPAA waivers

08:52:27  7   had been taken down you didn't have a substantive

08:52:30  8   conversation with him about Mr. Brockman's health

08:52:32  9   condition?

08:52:33  10  A.   Correct.

08:52:33  11  Q.   So after -- have there been more recent

08:52:37  12  inquiries about trying to contact you to speak with

08:52:41  13  you in advance of your testimony by the Department

08:52:43  14  of Justice, as far as you know?

08:52:45  15  A.   Yes.  Within the past few weeks, a different

08:52:51  16  special agent -- not Ryan Ricky -- different special

08:52:55  17  agent contacted me by telephone.  I spoke to him by

08:53:02  18  telephone and by -- and there was an e-mail -- I

08:53:06  19  gave him my e-mail address so he could actually

08:53:09  20  e-mail me.

08:53:09  21  Q.   Okay.  But no substantive conversations about

08:53:12  22  Mr. Brockman's health?

08:53:13  23  A.   Oh, no.  Nothing whatsoever.

08:53:15  24  Q.   Was that on advice of your counsel at Baylor?

08:53:18  25  A.   Yes, James Banfield.

08:53:19  1   Q.   Do you know if that advice was impacted by

08:53:22  2   filings in this case where the Government is

08:53:25  3   suggesting doctors at the Baylor College of Medicine

08:53:27  4   were conspiring to give a false diagnosis of

08:53:29  5   Mr. Brockman?

08:53:30  6              MR. LANGSTON:  Objection.  Does this

08:53:31  7   witness know what his attorney's advice is based on?

08:53:36  8   Speculation.

08:53:37  9              THE COURT:  I'll allow the question.

08:53:40  10  It is speculation.  And then if he says, "Yes," then

08:53:44  11  you get to cross-examine him on it.  So objection

08:53:46  12  overruled.

08:53:48  13             You can re-ask the question.

08:53:51  14             MR. VARNADO:

08:53:51  15  Q.   If you know.  Do you know if Mr. Banfield's

08:53:55  16  advice was impacted by the pleadings in this case

08:53:57  17  where the Government suggested Baylor College of

08:54:00  18  Medicine doctors provided false diagnoses in support

08:54:03  19  of Mr. Brockman?

08:54:04  20  A.   Mr. Banfield so stated to me on the phone --

08:54:08  21             THE COURT:  That's hearsay.  So

08:54:10  22  objection's sustained.

08:54:12  23             MR. VARNADO:

08:54:12  24  Q.   In any event, have you spoken to government

08:54:17  25  lawyers prior to today?

08:54:19  1  **A.**   No.

08:54:21  2  **Q.**   All right.  We mentioned -- you mention that

08:54:23  3  you have been Mr. Brockman's physician since 2018.

08:54:26  4  Um, do you recall who referred Mr. Brockman to you?

08:54:30  5  **A.**   Yes, one of my colleagues in the Department of

08:54:38  6  Urology at Baylor, Dr. Seth Lerner, L-E-R-N-E-R.

08:54:43  7  **Q.**   Okay.  I'm going to show you what's been marked

08:54:45  8  for identification as Defense Exhibit 79.  Just take

08:55:02  9  a minute to look at that.  Do you recognize what

08:55:05  10  that record is from the Baylor College of Medicine?

08:55:12  11  **A.**   This is a visit with diagnoses and other

08:55:19  12  relevant issues for -- with Dr. Seth Lerner on

08:55:24  13  September 11, 2018.

08:55:33  14  **Q.**   Ask you to look at the fifth page of the

08:55:37  15  document.  The Bates stamp at the bottom is

08:55:43  16  BCM-1133.  So, Dr. Pool, is this a record that's

08:55:46  17  familiar to you in terms of your work at the Baylor

08:55:50  18  College of Medicine as to what the patient visit

08:55:51  19  printout looks like?

08:55:53  20  **A.**   Yes, it is.

08:55:54  21  **Q.**   Okay.  Is this a -- you mentioned this was from

08:55:57  22  the visit Mr. Brockman had with Dr. Lerner on

08:56:01  23  September 11th of 2018; correct?

08:56:03  24  **A.**   Yes.

08:56:03  25  **Q.**   Okay.

08:56:05    1              MR. VARNADO:  Move to admit Defense

08:56:09    2    Exhibit 79.

08:56:09    3              MR. LANGSTON:  No objection.

08:56:10    4              THE COURT:  Without objection, Defense

08:56:13    5    Exhibit 79 is admitted.

08:56:14    6              MR. VARNADO:

08:56:14    7    Q.   And I'm just showing you on the page I asked

08:56:16    8    you to turn to here in this note.  In this note,

08:56:20    9    does it say on the bottom of the page that ends in

08:56:23   10    1133 that, "The patient was distressed by change of

08:56:29   11    health and sense of wellbeing, and I offered to set

08:56:32   12    up a consultation with Dr. Pool, and he would like

08:56:34   13    to do this"?

08:56:37   14              Is that consistent with your memory

08:56:38   15    Dr. Lerner ultimately did contact you and made the

08:56:41   16    referral of Mr. Brockman to your care?

08:56:44   17    A.   Yes.

08:56:44   18    Q.   Did you have an understanding from Dr. Lerner

08:56:50   19    who was actually managing Mr. Brockman's care at

08:56:53   20    that time?

08:56:54   21    A.   Could you rephrase the question?  Are you

08:56:57   22    asking me about comprehensive care or --

08:57:02   23    Q.   Let me ask this.  Did you know who -- when you

08:57:05   24    had communication with Dr. Lerner about referring

08:57:09   25    Mr. Brockman, did you get an understanding as to

08:57:12  1  whether or not he had a general practitioner at that

08:57:14  2  time?

08:57:16  3  A.   My understanding from Dr. Seth Lerner was that

08:57:20  4  there was actually nobody quarterbacking his care.

08:57:24  5  It was basically segregated into categories of

08:57:29  6  specialists, but knowing that actually had a

08:57:32  7  comprehensive overview.

08:57:33  8  Q.   Is Dr. Lerner actually a patient of yours as

08:57:37  9  well?

08:57:37  10  A.   He is.

08:57:42  11  Q.   At the time of his referral to you what, if

08:57:45  12  anything, did you know about Mr. Brockman?

08:57:47  13  A.   Nothing, other than Dr. Lerner had -- it had

08:57:53  14  indicated that at his level of medical training,

08:58:01  15  experience and knowledge that Mr. Brockman had

08:58:06  16  un-diagnosed -- un-managed issues that needed to be

08:58:14  17  addressed.

08:58:14  18  Q.   Okay.  At the time of the referral from

08:58:17  19  Dr. Lerner, were you aware of any connections

08:58:19  20  Mr. Brockman had to the Baylor College of Medicine?

08:58:21  21  A.   No.

08:58:21  22  Q.   At the time of the referral, were you aware

08:58:24  23  whether or not Mr. Brockman had ever served on the

08:58:26  24  board of the Baylor College of Medicine?

08:58:28  25  A.   No.

08:58:28    1   Q.   Were you aware of any philanthropic donations

08:58:33    2   to the Baylor College of Medicine that may have been

08:58:35    3   connected to Mr. Brockman at the time of his

08:58:37    4   referral?

08:58:37    5   A.   No.

08:58:38    6   Q.   Okay.  At the time of his referral, were you

08:58:42    7   aware of any donations Mr. Brockman may have made to

08:58:45    8   research projects headed by Seth Lerner?

08:58:49    9   A.   No.

08:58:49   10   Q.   Have you heard of an entity called the A.

08:58:55   11   Eugene Brockman Charitable Trust?

08:58:55   12   A.   No.

08:58:56   13   Q.   At the time of Mr. Brockman's referral, were

08:58:59   14   you aware that an entity called the A. Eugene

08:59:05   15   Brockman Charitable Trust had made a $25 million

08:59:07   16   donation to the Baylor College of Medicine in 2010?

08:59:10   17   A.   No.

08:59:10   18   Q.   Did Mister or Mrs. Brockman ever raise that

08:59:13   19   donation to you in the first visit you had?

08:59:15   20   A.   No.

08:59:15   21   Q.   What about any subsequent visits?

08:59:17   22   A.   No.

08:59:17   23   Q.   Do you recall the date that you first examined

08:59:21   24   Mr. Brockman?  I'll take that back from you.

08:59:25   25   A.   On or about -- well, it was October 2018.  I

*SEAN W. GUMM, CSR #13168, RPR, CRR*

08:59:31    1    don't remember the exact day.

08:59:33    2    Q.   Okay.  I won't make this a memory test.  I will

08:59:36    3    mark for identification Defense Exhibit 80.

09:00:07    4              MR. VARNADO:  May I approach, Your

09:00:08    5    Honor?

09:00:08    6              THE COURT:  You may.

09:00:09    7              MR. VARNADO:

09:00:09    8    Q.   Again, Defense Exhibit 80.  Just ask if you

09:00:13    9    recognize what those documents are.

09:00:15   10    A.   Yes.  These are copies of my notes.

09:00:22   11    Q.   Notes from what?

09:00:23   12    A.   Visits with Bob Brockman, dated October

09:00:29   13    the 15th, 2018, through June 14, 2021.

09:00:33   14    Q.   Okay.  Move to admit Defense Exhibit 80.

09:00:36   15              THE COURT:  Any objection?

09:00:38   16              MR. LANGSTON:  No objection, Your

09:00:39   17    Honor.

09:00:39   18              THE COURT:  Without objection, Defense

09:00:40   19    Exhibit's 80 is admitted.

09:00:42   20              MR. VARNADO:

09:00:43   21    Q.   Okay.  Dr. Pool, I want you to feel free to

09:00:45   22    refer to any of these notes at any time if you feel

09:00:49   23    like you need to during the examination we're

09:00:50   24    talking about today.  I just wanted to put this up

09:00:53   25    here to orient you on time.

09:00:54   1          You can see on the screen in front of

09:00:57   2   you -- on that small screen there.

09:00:59   3   A.   I see it.

09:00:59   4   Q.   Does that left-hand column contain the dates of

09:01:04   5   the visits you've had with Mr. Brockman?

09:01:05   6   A.   That is correct.

09:01:06   7   Q.   Okay.

09:01:07   8   A.   And these, by the way, are in my handwriting,

09:01:14   9   entered by me.

09:01:15   10   Q.   Very good.  You mentioned Mr. Brockman was

09:01:18   11   referred over to the Comprehensive Healthcare

09:01:23   12   Clinic.  You know, is there a particular focus or

09:01:27   13   emphasis that the clinic has in terms of the types

09:01:29   14   of patients it treats in terms of their medical

09:01:33   15   infirmities, or is it a full-service practice of

09:01:38   16   treating different ailments?

09:01:39   17   A.   The latter is correct.  It's a full-service

09:01:41   18   clinic.

09:01:42   19   Q.   And is this Comprehensive Healthcare Clinic

09:01:47   20   something unique to Baylor, or do other hospital

09:01:51   21   systems have something similar?

09:01:52   22   A.   I don't know about other hospital systems, but

09:01:54   23   certainly medical schools.

09:01:55   24   Q.   Can you give us some examples that you are

09:01:57   25   aware of?

09:01:57  1   **A.**   Obviously I'm very, very familiar with the

09:02:01  2   experience of Duke -- which was my original

09:02:04  3   training -- um, and each of the other academic

09:02:09  4   institutions in the Texas Medical Center.  There are

09:02:16  5   special units at hospital-based university

09:02:22  6   affiliated.  MD Anderson would be a good example,

09:02:25  7   and my counterpart there for years and years was

09:02:29  8   Dr. John Stroehlein.

09:02:32  9                   We tend these entities -- we tend

09:02:35  10  to partner to keep the logistics and the

09:02:39  11  comprehensive and in-depth evaluation of patients on

09:02:43  12  track.

09:02:44  13  **Q.**   Okay.  So this is not something that's unique

09:02:46  14  to the Baylor College of Medicine?

09:02:48  15  **A.**   It is not.

09:02:48  16  **Q.**   And are Comprehensive Healthcare Clinic

09:02:52  17  patients required to make a donation to Baylor

09:02:54  18  College of Medicine?

09:02:54  19  **A.**   Not at all.

09:02:55  20  **Q.**   Okay.  So again, you can refer to your notes if

09:02:58  21  you want, or we can just go from your memory, but

09:03:00  22  what's your recollection of the symptoms

09:03:03  23  Mr. Brockman presented with and reported to you

09:03:05  24  during his -- your first examination?  I think the

09:03:18  25  oldest notes are in the back, Dr. Pool, if that's

09:03:22   1   helpful.

09:03:22   2   **A.**   Correct.  It's usually my custom to ask

09:03:26   3   patients to start where they want so that I can see

09:03:29   4   what they have sort of as their priorities.  The

09:03:34   5   first thing Mr. Brockman reported to me was that he

09:03:36   6   had atrial fibrillation.  The atrial fibrillation

09:03:40   7   started three years earlier in the third quarter.

09:03:43   8              And then he gave me the details of

09:03:45   9   how that was evaluated, how it was treated, and that

09:03:48   10  he was on medication to control the speed with which

09:03:53   11  the atrial fibrillation would drive the heart rate,

09:03:58   12  and also anticoagulation to avoid the possibilities

09:04:02   13  of thrombotic stroke.

09:04:04   14  **Q.**   And what are some of the other maladies that

09:04:07   15  Mr. Brockman presented with?

09:04:09   16  **A.**   He went and -- then to a second priority, which

09:04:13   17  he described as being "slowed down" for two years.

09:04:21   18  And then, specifically, in talking through and

09:04:24   19  soliciting additional comments, we then focused in

09:04:30   20  on how this was translated into activities of daily

09:04:35   21  living.

09:04:36   22              Whenever I put in my note

09:04:40   23  quotation, then that literally is a quote.  I mean,

09:04:44   24  the syntax, the words -- everything are exactly what

09:04:47   25  the patient said.  So he told me, "My memory is

09:04:54  1    failing more."

09:04:54  2                    Proper nouns have decreased for the

09:04:57  3    past two years, so proper nouns -- especially the

09:05:01  4    names of the individuals.  I learned that was really

09:05:08  5    striking for an interesting reason, and that was

09:05:12  6    that when we got into his business behavior as an

09:05:19  7    executive that he tended to remember the names of

09:05:24  8    literally hundreds and hundreds of his employees and

09:05:26  9    had a reputation within his company of actually

09:05:30  10   being able to address individuals by their name,

09:05:33  11   having not seen them very often.

09:05:35  12                    MR. LANGSTON:  Could we get some

09:05:36  13   foundation for whether that statement came from

09:05:40  14   Mr. Brockman or whether he learned that somewhere

09:05:42  15   else?

09:05:42  16                    THE COURT:  I mean, I think that's a

09:05:44  17   fair question.

09:05:46  18                    Dr. Pool, where do you -- what's

09:05:47  19   the basis of that information about, um,

09:05:50  20   Mr. Brockman's memory regarding his employees and

09:05:55  21   work?  Is that something he reported to you?

09:05:58  22                    THE WITNESS:  Judge, there are two

09:05:59  23   places that I can recall from that information.

09:06:05  24                    First of all, at his annual

09:06:07  25   meetings he told me that he would personally sign

09:06:13  1   certificates, and he said thousands of certificates.

09:06:21  2   And in that context, the reference was made that, in

09:06:23  3   fact, he knew who those people were and acknowledged

09:06:26  4   them.   That's one.

09:06:27  5                     And then, the other one was a

09:06:29  6   recall of that from Jason, the Defense attorney,

09:06:32  7   reminding me that indeed that had been seen and

09:06:37  8   reported to the defense team that that had occurred.

09:06:41  9                     THE COURT:  The last part, you know, is

09:06:44  10  hearsay, but the first part is acceptable.

09:06:46  11                    MR. VARNADO:  I wasn't trying to elicit

09:06:48  12  that obviously, Judge.

09:06:50  13                    THE COURT:  He was trying to answer the

09:06:51  14  question, so not a problem.  So I think, Counsel,

09:06:54  15  he's laid a foundation as to the knowledge without

09:06:57  16  the part about coming from Defense Counsel.

09:07:00  17                    MR. LANGSTON:  I don't want to

09:07:01  18  interrupt.  Just clarify if he's -- if he's learning

09:07:04  19  from Mr. Brockman, we understand.  But if he's

09:07:06  20  learning it, obviously, from Defense Counsel we have

09:07:08  21  an issue.

09:07:08  22                    THE COURT:  Right.  So the Court won't

09:07:10  23  consider anything the witness learned from Defense

09:07:13  24  Counsel.

09:07:13  25                    MR. VARNADO:  We'll stipulate to that.

SEAN W. GUMM, CSR #13168, RPR, CRR

09:07:15  1   Q.   Anything else, Dr. Pool -- I want to -- I

09:07:19  2   guess, actually when we talk about that first visit,

09:07:21  3   did Mr. Brockman make statements to you, or present

09:07:26  4   to you in a way about -- that reflected on his own

09:07:30  5   view of how he was performing as an executive at

09:07:35  6   Reynolds and Reynolds?

09:07:35  7   A.   Declining.

09:07:36  8   Q.   Okay.  But did he give you any impression he

09:07:40  9   was still very much in charge?  And did any of that

09:07:42  10  seem consistent or inconsistent with what you were

09:07:46  11  observing?

09:07:46  12  A.   I would say that it was very clear that his

09:07:49  13  demeanor was that of many other chairmen and CEOs

09:07:57  14  that I've experienced over the decades.

09:07:59  15  Q.   In what regard?

09:08:00  16  A.   Just a -- a take-charge, in-charge persona that

09:08:07  17  goes with that position.  And Mr. Brockman

09:08:12  18  maintained that.

09:08:13  19  Q.   Were there any discrepancies between

09:08:16  20  Mr. Brockman's, you know, self-assessment

09:08:19  21  presentation and that persona, and what you were

09:08:22  22  observing as a trained clinician in your analysis of

09:08:26  23  where he was with his different maladies?

09:08:28  24  A.   The depth of reporting of details when I would

09:08:35  25  ask questions made me concerned during the very

1    first visit that there was impairment of short-term

2    memory.  I wasn't getting the kind of -- of -- of,

3    um, responses that I would expect, nor -- nor was --

4    nor was the entire content of the response what I

5    would expect.

6              So that -- that made me suspicious.

7    And then, of course, the other thing that -- that

8    obviously add -- would add to that suspicion was the

9    physical persona of the things that made me

10   concerned there was a neurodegenerative process

11   going on.

12   Q.   What were those physical things of the persona

13   you mentioned that gave you that concern?

14   A.   The first thing -- even without moving, or

15   examining, or asking for specific physical tasks --

16   the hypomimia, where the face lacks expression and

17   it lacks movement of the small muscles of the face

18   so that the face has some expression.  And in

19   neurology, we refer to that as hypomimia.

20   Q.   And then --

21   A.   That was -- that was probably one of the most

22   striking things about our early conversations.

23   Q.   What does the hypomimia mean to you as a

24   clinician and indicative of other issues going on

25   cognitively?

09:10:15  1  **A.**   If -- first of all, it means that you better be

09:10:18  2  --

09:10:18  3           MR. LANGSTON:  Objection.  Your Honor,

09:10:20  4  if this witness wants to testify as to the symptoms

09:10:23  5  he observed, he's a fact-witness.  If he's going to

09:10:27  6  testify as to based on these symptoms, "I believe he

09:10:32  7  has a neurocognitive disease," I think that is

09:10:35  8  expert testimony that was not noticed, and we were

09:10:37  9  not given a report with respect to that.

09:10:39  10          THE COURT:  Response?

09:10:40  11          MR. VARNADO:  This is his treating

09:10:42  12  physician that has been with him since 2018.  They

09:10:44  13  have all of these medical records that show exactly

09:10:46  14  what his diagnosis is.  He's explaining the care he

09:10:49  15  provided for Mr. Brockman.  We're offering him as a

09:10:52  16  fact witness in that regard.

09:10:53  17          MR. LANGSTON:  Again, we have no

09:10:54  18  objection to the things he observed and provided.

09:10:57  19  But if he's going to say, "Because I observed

09:10:59  20  hypomimia," and "Because I observed this, I believe

09:11:01  21  he has a neurodegenerative disease," that's expert

09:11:04  22  testimony.

09:11:04  23          THE COURT:  Okay.  But -- but this

09:11:07  24  falls under the Section 702, he is a fact witness

09:11:11  25  that's providing expert testimony based on his

09:11:14   1   observations.  I know it's a little bit technical,

09:11:17   2   but this is within the realm of his experience and

09:11:19   3   observations.

09:11:20   4           So I understand your objection.

09:11:22   5   I'm going to allow it for now, and then if you find

09:11:25   6   that there's something that is so far outside of

09:11:29   7   this witness's care of Mr. Brockman, then make the

09:11:33   8   objection again.  But at this point, I'm going to

09:11:35   9   overrule on the objection and allow you to go

09:11:37   10  forward.

09:11:37   11          MR. VARNADO:  Thank you, Your Honor.

09:11:38   12  Q.  And you were going to explain, Dr. Pool, what

09:11:40   13  the hypomimia meant to you in terms of your

09:11:43   14  assessment of Mr. Brockman?

09:11:44   15  A.  Well, the first thing is that is a physical

09:11:50   16  change that -- and there's -- there's a -- another

09:11:56   17  term that is used that is not a scientific term, but

09:12:01   18  it's called mask faces.  So that if the person has

09:12:06   19  the same appearance throughout everything -- and for

09:12:11   20  all of us when we're interacting, you know, your

09:12:14   21  face is changing.  There's -- something is

09:12:18   22  happening, but that was not there.

09:12:19   23          And immediately when we see that

09:12:22   24  because of background -- I have quite a bit of

09:12:25   25  neurology training at the internal medicine level --

09:12:31  1  you sort of think, "Well, I wonder how he's going to

09:12:34  2  walk," and "I wonder what his muscle tone is going

09:12:37  3  to be, if I'm going to find cogwheeling, tremor, or

09:12:42  4  if I'm going to find impaired handwriting" -- all of

09:12:45  5  the other things that go with Parkinson's disease,

09:12:47  6  because that's where we see most of that.

09:12:49  7           And of course when I saw him, he

09:12:52  8  had not been diagnosed with Parkinson's disease, but

09:12:56  9  that just went immediately to the top of my

09:12:58  10  differential, and I referred him to one of my

09:13:02  11  colleagues who's a world authority in Parkinson's.

09:13:04  12  Q.  Okay.  We're going to get to that in just a

09:13:06  13  moment.

09:13:07  14           Your Honor, if I can approach?

09:13:08  15           THE COURT:  Oh, yes.

09:13:10  16           MR. VARNADO:

09:13:10  17  Q.  I'm going to show you what's marked for

09:13:12  18  identification as Defense Exhibit 81.  Do you

09:13:17  19  recognize this document, Dr. Pool?

09:13:20  20  A.  Yeah, this is the day that I saw Mr. Brockman

09:13:23  21  for his initial physical exam.

09:13:27  22  Q.  And again -- I'll move to admit Defense

09:13:31  23  Exhibit 81.

09:13:31  24           THE COURT:  Any objection?

09:13:33  25           MR. LANGSTON:  No objection.

09:13:34    1              THE COURT:  Okay.  Without objection,

09:13:36    2    Defense Exhibit 81 is admitted.

09:13:39    3              MR. VARNADO:

09:13:39    4    Q.   Dr. Pool, I just wanted to sort of focus on the

09:13:43    5    visit diagnoses and that top line.  What -- what was

09:13:46    6    your conclusion after at least as an initial

09:13:50    7    diagnoses of Mr. Brockman after your visit in

09:13:52    8    mid-October of 2018?

09:13:53    9    A.   Well, the thing that was -- obviously I was

09:13:59   10    impressed enough that I put it as the number one

09:14:02   11    diagnosis -- progressive cognitive disfunction.

09:14:06   12    That, also known as minimal cognitive disfunction,

09:14:10   13    is the -- if you will -- the frontrunner of changes

09:14:15   14    in higher cortical function that are associated with

09:14:22   15    -- basically neurodegenerative processes on all

09:14:25   16    aspects of memory, executive function, et cetera.

09:14:28   17              Then the second thing is ataxia,

09:14:35   18    which basically says that when I asked Mr. Brockman

09:14:38   19    to walk, then he could not walk appropriately and he

09:14:44   20    had a gait, a walking disturbance that we call

09:14:50   21    ataxia.  Ataxia is your -- you are unable to walk

09:14:57   22    with a normal base of gait.  You are unable to walk

09:15:02   23    in tandem, which most people that are in the legal

09:15:06   24    profession recognize because that's the gait test

09:15:10   25    that the law enforcement uses to look for

09:15:14   1   intoxication from alcohol and drugs.

09:15:17   2                  We add one feature to ours.  I

09:15:20   3   always make people walk forward, and then I have

09:15:23   4   them stop and I have them do it backwards.

09:15:25   5   Backwards is usually more difficult, and picks up

09:15:28   6   people that are not abnormal going forward.

09:15:31   7   Q.   What's the significance of the ataxia diagnosis

09:15:38   8   in connection with Mr. Brockman's care at that time?

09:15:39   9   A.   If you then start putting all of the pieces

09:15:41   10  together, that's one of the things that went through

09:15:44   11  my mindset when I saw the hypomimia, and I was aware

09:15:48   12  that I was not getting an in-depth understanding, an

09:15:56   13  in-depth awareness, and an in-depth content of

09:16:00   14  answers to our discussion.  It was all a part of

09:16:06   15  what I thought was a neurodegenerative process.

09:16:09   16                  Which you can say, "Well, if you

09:16:11   17  thought it was Parkinson's disease, why didn't you

09:16:12   18  put it down?"

09:16:13   19                  It's probably better for a

09:16:18   20  referring physician to -- who is going to refer to a

09:16:21   21  specialist to say, "Refer with a set of symptoms.

09:16:25   22  Refer with a set of findings," and let the

09:16:29   23  specialist tell you, "Yes, in all medical reasonable

09:16:35   24  probability this patient has..."

09:16:37   25  Q.   Okay.  We'll talk about Dr. Jankovic, and a

09:16:42  1  referral you made out in connection with these

09:16:44  2  observations.  But on the scene here, Defense

09:16:47  3  Exhibit 80, page ending in Bates stamp 5067, were

09:16:51  4  there sort of -- what does this sheet represent in

09:16:54  5  what happened with Mr. Brockman's care after this

09:17:01  6  first examination?

09:17:02  7  A.    Any time you suspect there's a

09:17:04  8  neurodegenerative process, one of the most important

09:17:06  9  go-to imaging test is an MRI brain scan.

09:17:09  10  Q.    Okay.

09:17:10  11  A.    And then, because I was concerned about

09:17:14  12  cognitive impairment, I referred him to Dr. Michele

09:17:20  13  York for comprehensive neuropsychological testing so

09:17:24  14  I could see exactly what the magnitude, and also

09:17:27  15  what the types of impairment were.

09:17:31  16  Q.    Okay.  Then I think there's two other items on

09:17:34  17  here.  Were these also undertaken after this

09:17:38  18  particular visit, if you recall?

09:17:40  19  A.    Yes.  He was due for a colonoscopy, and he was

09:17:47  20  also due for really comprehensive testing.

09:17:50  21  Q.    Comprehensive like physical exams?

09:17:53  22  A.    No, no, no, no, no, no, no, no.  Lab

09:17:57  23  diagnostics.  And for us, that word really takes on

09:18:00  24  a very, very special sequence, and especially when

09:18:04  25  you are thinking about cognitive impairment you need

*SEAN W. GUMM, CSR #13168, RPR, CRR*

09:18:07   1   to look at a wide array of things.  So in -- so in

09:18:12   2   round terms that's about 40 different tests.

09:18:15   3   Q.   Okay.  Do you recall if Mr. Brockman attended

09:18:17   4   that first visit with you by himself --

09:18:20   5   A.   Oh, no.

09:18:20   6   Q.   -- or was he accompanied with anyone?

09:18:22   7   A.   No, I've never seen Mr. Brockman by himself.

09:18:24   8   Q.   Who was with him that first visit, if you

09:18:27   9   recall?

09:18:27   10   A.   Mrs. Brockman, Dorothy Brockman.

09:18:33   11   Q.   After this initial visit and the conclusions we

09:18:35   12   saw you draw, you had mentioned you were going to

09:18:37   13   make a referral in connection with the

09:18:41   14   neurocognitive disorders or impairments you were

09:18:45   15   seeing.  Who did you make the referral to?

09:18:47   16   A.   To Dr. Michele York, Ph.D., Department of

09:18:51   17   Neurology at Baylor College of Medicine, the head of

09:18:55   18   Neuropsychological Testing.

09:18:56   19   Q.   Okay.  Before we get to Dr. York -- I'm going

09:18:59   20   to take these in order -- was there a referral made

09:19:01   21   to a Dr. Jankovic?

09:19:06   22   A.   Jankovic.

09:19:09   23   Q.   Dr. Jankovic?

09:19:12   24   A.   Yes.  That was for the suspicious of

09:19:14   25   Parkinson's.

09:19:14  1    Q.   Do you recall that Mr. Brockman was examined by

09:19:18  2    Dr. Jankovic?

09:19:19  3    A.   Yes.

09:19:20  4    Q.   Do you recall what Dr. Jankovic's conclusion

09:19:23  5    was?  I don't want to -- excuse me -- go through all

09:19:26  6    of the records, but in general can you give an

09:19:28  7    understanding of what he assessed?

09:19:30  8    A.   He inferred from his level of internationally

09:19:36  9    recognized expertise that Mr. Brockman had

09:19:40  10   Parkinson's disease.  He was -- and he put him on

09:19:52  11   drug therapy -- started him on drug therapy.  Then I

09:20:00  12   got a chance to see Mr. Brockman and follow up after

09:20:03  13   that drug therapy had been established.

09:20:05  14   Q.   Okay.  And just the timeline, I think that

09:20:10  15   takes us into 2019.  Is that consistent with your

09:20:12  16   memory of when --

09:20:13  17   A.   Yes.

09:20:14  18   Q.   -- Dr. Jankovic saw Mr. Brockman?  Do you know

09:20:18  19   whether or not Mr. Brockman underwent a DaTscan?

09:20:27  20   A.   That's from my memory, but it would be unusual

09:20:30  21   if he had not.

09:20:30  22   Q.   Okay.

09:20:31  23   A.   Because that would be very standard for

09:20:33  24   Dr. Jankovic.

09:20:34  25   Q.   Okay.  Ultimately, some therapy was started for

09:20:40  1   Mr. Brockman by Dr. Jankovic --

09:20:41  2   **A.**   Correct.

09:20:42  3   **Q.**   -- in this 2019 time period?

09:20:44  4   **A.**   Correct.  I did not start any specific therapy

09:20:46  5   for Parkinson's disease.  That is a professional

09:20:53  6   courtesy that you do not breach before your expert

09:20:56  7   colleagues.

09:20:56  8   **Q.**   And Dr. Jankovic is at the Baylor College of

09:20:59  9   Medicine?

09:20:59  10  **A.**   Yes.

09:21:00  11  **Q.**   You mentioned he's sort of world-renowned?

09:21:03  12  **A.**   Yes.

09:21:03  13  **Q.**   What is his reputation in the community?

09:21:05  14  **A.**   No, I mean he's -- I would say that,

09:21:10  15  internationally, if you asked for sort of the top 10

09:21:15  16  physicians, both from the perspective of clinical

09:21:19  17  and research in Parkinson's disease, that

09:21:22  18  Dr. Jankovic will be in that list time and time

09:21:24  19  again.

09:21:24  20  **Q.**   Now, you also mentioned Dr. Michele York.  What

09:21:29  21  is Dr. York's position at Baylor?

09:21:31  22  **A.**   This will be a repeat, but she is a Ph.D.

09:21:35  23  specialist in neuropsychological testing who is the

09:21:39  24  Director -- head of the Division of

09:21:44  25  Neuropsychological Testing for the Department of

09:21:47    1    Neurology at the Baylor College of Medicine.

09:21:47    2    Q.    Okay.  Why was it you felt Mr. Brockman should

09:21:50    3    go see Dr. York?

09:21:54    4    A.    Objective testing would confirm my impression

09:22:00    5    that he had cognitive impairment.  The other thing

09:22:06    6    that we always want to know from that testing -- and

09:22:11    7    I can use an analogy.  It's like asking Dr. York,

09:22:17    8    "Map out the circuits of Mr. Brockman's brain with

09:22:20    9    your testing and tell me which circuits are

09:22:26    10    impaired, which are preserved, and which are most

09:22:28    11    impaired, and what is the pattern likely to

09:22:32    12    represent in terms of the cause of impairment?"

09:22:36    13    Q.    And I take it that's Dr. York's area of

09:22:39    14    expertise, as opposed to yours -- the actual

09:22:43    15    neurocognitive testing, and you relied on her for

09:22:45    16    that?

09:22:45    17    A.    Absolutely.

09:22:46    18    Q.    Now, do you recall that Dr. York's initial exam

09:22:50    19    was on or about, you know, sometime in March of

09:22:53    20    2019; does that sound about right?

09:22:54    21    A.    That would be very consistent with time lag and

09:22:57    22    just getting in, because this was a huge demand on

09:23:00    23    her time.

09:23:01    24    Q.    And there's some reference in the records that

09:23:03    25    we've seen and put before the Court.  I won't drag

09:23:06  1  them out again, but that the referral to Dr. York

09:23:08  2  says "VIP, Dr. Pool patient" in some of the records?

09:23:13  3  **A.**   Right.

09:23:13  4  **Q.**   What does that mean, "VIP Dr. Pool patient"?

09:23:16  5  **A.**   Just as that acronym that indicates in any

09:23:20  6  other part of our English-speaking society, "Very

09:23:25  7  important person," most -- I would say the majority

09:23:31  8  of the Comprehensive Healthcare Clinic patients fall

09:23:34  9  into that category.

09:23:35  10 **Q.**   I mean are those, in general -- is that, in

09:23:38  11 general, a shorthand for the Comprehensive

09:23:40  12 Healthcare Clinic that that's the type of patient

09:23:42  13 associated with you --

09:23:43  14 **A.**   Yes.

09:23:43  15 **Q.**   -- and the records?  Okay.  Did you request

09:23:49  16 that Dr. York perform any specific tests, or did you

09:23:52  17 just turn the analysis over to her?

09:23:54  18 **A.**   No, she has a very comprehensive, validated

09:24:00  19 battery of testing that she uses to come up with

09:24:03  20 results and conclusions.

09:24:04  21 **Q.**   And are you aware that her analysis found that

09:24:07  22 Mr. Brockman's performance indicated dementia of

09:24:10  23 mild to moderate severity?

09:24:12  24          MR. LANGSTON:  Objection.  Hearsay.

09:24:15  25          THE WITNESS:  That --

09:24:15   1          THE COURT:  One second.

09:24:17   2               Response?  Because, he's not --

09:24:19   3   he's not testifying as an expert.  An expert can

09:24:21   4   rely on hearsay.  Talk to me about this one.  What's

09:24:28   5   the response?

09:24:29   6          MR. VARNADO:  Well, that he received

09:24:31   7   what Dr. York's workup of Mr. Brockman, and because

09:24:36   8   he's the general practitioner and general care

09:24:38   9   physician he received the report and understood what

09:24:40  10   it was.  I'm going to ask --

09:24:42  11          THE COURT:  Did he do something with

09:24:44  12   it?

09:24:44  13          MR. VARNADO:  I'm going to ask how it

09:24:46  14   impacted moving Mr. Brockman's care going forward.

09:24:48  15          THE COURT:  Okay.

09:24:49  16          MR. LANGSTON:  And so our objection is

09:24:51  17   they're trying to assert it for the truth of the

09:24:52  18   matter asserted that's our objection.  Just for what

09:24:54  19   this witness did next -- we want to make sure that's

09:24:57  20   the limitations.

09:25:00  21          THE COURT:  I get it.  Objection's

09:25:02  22   sustained with respect to introduced for the truth

09:25:05  23   of the matter asserted.  However, I'm going to allow

09:25:08  24   you to provide the testimony for the sole purpose of

09:25:10  25   -- of showing what the doctor did based information

09:25:15    1    he received.

09:25:19    2                    MR. VARNADO:  I'll restate the

09:25:20    3    question, and I understand the limitation, Your

09:25:20    4    Honor.

09:25:22    5    Q.    Did you get an understanding of where Dr. York

09:25:24    6    came out with her analysis of Mr. Brockman?  And

09:25:27    7    then we'll follow up with the question of what did

09:25:28    8    that cause you to do next in your treatment of

09:25:30    9    Mr. Brockman?

09:25:31   10    A.    Yes.  Number one, I received the report and the

09:25:37   11    -- and the -- the results of the report are as

09:25:39   12    stated in the report.  And one -- one of the

09:25:48   13    concerns that comes out of that report would not be

09:25:51   14    in her area of expertise, necessarily, but it would

09:25:56   15    be that drug therapy -- if you have the combination

09:25:59   16    of dementia and Parkinson's disease, you in fact are

09:26:05   17    in a difficult area in terms of therapeutics.

09:26:14   18    Because there's a very traditional understanding

09:26:16   19    that some patients do not do well with Parkinson's

09:26:19   20    therapy as a result of their dementia.

09:26:25   21                    Meaning that -- means that the

09:26:28   22    introduction of a drug by name Sinemet, which is

09:26:40   23    levodopa carbidopa -- L-E-V-O-D-O-P-A,

09:26:46   24    C-A-R-B-I-D-O-P-A -- there's a subset of people that

09:26:54   25    we are initially concerned about with levodopa

SEAN W. GUMM, CSR #13168, RPR, CRR

09:27:00  1  carbidopa if they have dementia with Parkinson's

09:27:03  2  disease, and that -- because it can actually worsen

09:27:09  3  their behavioral aspects.  You can develop a marked

09:27:15  4  behavioral alteration because of drug therapy.

09:27:18  5  Q.   Okay.  And so, just to stick with Dr. York, and

09:27:22  6  then I want to talk about any potential drug therapy

09:27:24  7  modifications, but did you -- I mean, do you have

09:27:28  8  any lack of confidence in Dr. York's ability or

09:27:31  9  skill in work as a neuropsychological?

09:27:34  10  A.   Not at all.

09:27:36  11  Q.   Did you also around the same time refer

09:27:38  12  Mr. Brockman to Dr. Melissa Yu?

09:27:42  13  A.   Yes.

09:27:42  14  Q.   Without -- we don't need to get into the

09:27:46  15  chapter and verse of the visits with Dr. Yu.  What

09:27:48  16  was the purpose of having Dr. Yu assess

09:27:51  17  Mr. Brockman?

09:27:51  18  A.   Dr. York is a testing physician.  Dr. Melissa

09:28:00  19  Yu is in the Department of Neurology as a specialist

09:28:04  20  in Alzheimer's disease and all forms of dementia.

09:28:07  21  Q.   Okay.  Did she issue a report that you also

09:28:11  22  were able to examine in this matter?

09:28:12  23  A.   Yes.

09:28:13  24  Q.   Okay.  Was it consistent with Dr. York's

09:28:15  25  opinion?

SEAN W. GUMM, CSR #13168, RPR, CRR

09:28:17   1   **A.**   To the -- I have not looked at Dr. Yu's report
09:28:20   2   in some time, so I presume so, but I can't say for a
09:28:23   3   fact.
09:28:24   4   **Q.**   Okay.  Fair enough.  Okay.  So you mentioned
09:28:26   5   this medication therapy.  At some point were there
09:28:30   6   any modifications that -- to Mr. Brockman's
09:28:35   7   medications in connection with his Parkinson's?
09:28:37   8   **A.**   Well, after initiating treatment for
09:28:42   9   Parkinson's disease, both Mister and Mrs. Brockman
09:28:46   10   came in for a clinic visit.  And they were both
09:28:50   11   concerned about a change in Bob, that they felt was
09:28:56   12   "Being overmedicated."
09:28:59   13                That turned my attention to could
09:29:04   14   we be getting an adverse drug reaction in a
09:29:07   15   Parkinson's patient who is demented?  And there --
09:29:12   16   their joint opinion -- their joint opinion, both
09:29:15   17   from Bob and Dorothy Brockman, was that they needed
09:29:19   18   a change in leadership for management of this
09:29:23   19   Parkinson's disease.
09:29:25   20   **Q.**   Okay.  I want to show you what's been marked as
09:29:28   21   Defendant's -- and admitted as Defense Exhibit 80.
09:29:36   22   It's a clinic note from March 13th of 2019.  Is this
09:29:41   23   what you recalling with the visit of Mister and
09:29:45   24   Mrs. Brockman where there was a complaint about the
09:29:46   25   medication and the Sinemet?

SEAN W. GUMM, CSR #13168, RPR, CRR

09:29:49   1   **A.**   Yes.

09:29:49   2   **Q.**   And -- were there changes made to that

09:29:54   3   medication as far as you became aware of?

09:29:57   4   **A.**   Yes.   Typically -- typically -- let's go back

09:30:03   5   to expertise here.   There is not a specific pathway,

09:30:11   6   roadmap, therapeutic algorithm -- any of the terms

09:30:16   7   you would like to use -- for the treatment of

09:30:19   8   Parkinson's disease.   They -- that treatment

09:30:23   9   regiment needs to be individualized, and the

09:30:26   10   individualization of that treatment regiment is very

09:30:28   11   much based upon the patient and the expertise of the

09:30:32   12   specialist that's doing that.

09:30:34   13            So I routinely do not deal with

09:30:37   14   those drugs in my patients if I have referred them

09:30:40   15   to a specialist in Parkinson's disease.   So my plan

09:30:45   16   was for Dr. Eugene Lai -- L-A-I, M.D., Ph.D. -- who

09:30:53   17   again is a long-term colleague who -- formerly of

09:30:58   18   Baylor College of Medicine, and now at Methodist

09:31:01   19   Hospital, and the head of Alzheimer's Cognitive

09:31:05   20   Disfunction -- excuse me -- and Parkinson's Disease

09:31:11   21   at Methodist Hospital.   I asked Eugene Lai to see

09:31:16   22   Mr. Brockman and to give me an opinion on how his

09:31:24   23   Parkinson's disease should be managed, and the

09:31:26   24   current stage of his Parkinson's disease under

09:31:28   25   current treatment.

*SEAN W. GUMM, CSR #13168, RPR, CRR*

09:31:28　1　**Q.**　Okay.  We'll get to Dr. Lai in just a moment,

09:31:30　2　but for purposes of what you said, I just want to

09:31:32　3　make sure the record clear.  You said Dr. Lai is

09:31:34　4　someone you referred Mr. Brockman to at some point

09:31:36　5　in time who has no connection to Baylor presently

09:31:39　6　whatsoever?

09:31:40　7　**A.**　No, not at all.

09:31:42　8　**Q.**　Before we get there, I wanted to show you

09:31:44　9　what's been marked as Defense Exhibit 82.  May I

09:31:47　10　approach?

09:31:48　11　　　　　　　THE COURT:  You may approach.

09:32:00　12　　　　　　　MR. LANGSTON:  That's 82?

09:32:02　13　　　　　　　MR. VARNADO:  Yeah.

09:32:03　14　**Q.**　I'll show this on the screen in just a moment

09:32:06　15　but, Dr. Pool, does this appear to be an e-mail from

09:32:09　16　Mr. Brockman to you on May 5th of 2019?

09:32:13　17　**A.**　That is correct.

09:32:13　18　**Q.**　Is that your address there, jpool@bcm.edu?

09:32:19　19　**A.**　That is correct.

09:32:20　20　　　　　　　MR. VARNADO:  Move to admit Defense

09:32:22　21　Exhibit 82.

09:32:22　22　　　　　　　MR. LANGSTON:  No objection.

09:32:23　23　　　　　　　THE COURT:  Without objection, Defense

09:32:25　24　Exhibit 82 is admitted.

09:32:29　25　　　　　　　MR. VARNADO:

SEAN W. GUMM, CSR #13168, RPR, CRR

09:32:30  1   Q.   Wanted to show you, Dr. Pool, this e-mail from
09:32:32  2   Mr. Brockman where he says -- I'll read it from the
09:32:36  3   beginning, "Reporting in, I'm in pretty good shape.
09:32:39  4   Mental faculties have greatly improved.  Strength
09:32:42  5   flexibility and balance have improved dramatically
09:32:50  6   through yoga, cardio and free weight training three
09:32:50  7   times a week at the Houstonian."
09:32:53  8                I just want to focus on that one
09:32:55  9   paragraph, Dr. Pool.  What's Mr. Brockman
09:33:00  10  communicating to you here in May of 2019?
09:33:03  11  A.   May I ask for a clarification?  What was the
09:33:06  12  first date that Eugene Lai saw Mr. Brockman?
09:33:12  13  Q.   I believe it's January of 2020, so it's a
09:33:14  14  little bit after this time period.
09:33:16  15  A.   Okay.  There was a -- there was a time period
09:33:21  16  in this sequence of events that Dorothy and Bob
09:33:29  17  Brockman unilaterally, without physician advice,
09:33:33  18  decided to change the Sinemet treatment -- at least
09:33:38  19  that drug I know.  And the intent was to reduce it.
09:33:44  20  Q.   For what purpose, as you understood it?
09:33:46  21  A.   To avoid being overmedicated would be the best
09:33:50  22  way to describe it.
09:33:52  23  Q.   So -- sorry.  Go ahead, Dr. Pool.
09:33:54  24  A.   And I would say that -- that first paragraph
09:34:00  25  probably relates to the -- the fact that they

09:34:06    1    reduced the Sinemet and were adjusting medications

09:34:12    2    on their own before we got the Eugene Lai consult.

09:34:16    3    Q.   Okay.  So, you know, referencing this

09:34:19    4    communication, and then your interaction with

09:34:21    5    Mr. Brockman generally, did you get the sense he was

09:34:24    6    trying to convince you that he had severe memory

09:34:27    7    impairment and was, you know, on a massive downward

09:34:32    8    trajectory?  Is that what you thought he was -- your

09:34:35    9    interaction with him, or is this not consistent with

09:34:38   10    that --

09:34:38   11             THE COURT:  Okay.  Objection?  Go

09:34:42   12    ahead.

09:34:42   13             MR. LANGSTON:  Objection -- well, both

09:34:44   14    leading, and this is outside this witness's

09:34:46   15    expertise and spectrum.

09:34:48   16             THE COURT:  Objection leading

09:34:49   17    sustained.

09:34:50   18             MR. VARNADO:

09:34:50   19    Q.   Dr. Pool, is this e-mail where Mr. Brockman is

09:34:54   20    conveying -- put it this way.  Did you believe

09:34:58   21    Mr. Brockman was telling the truth here when he's

09:35:00   22    interacting with you and sending you to this e-mail?

09:35:04   23    A.   As he knew it.

09:35:05   24    Q.   What do you mean by that?

09:35:06   25    A.   Well, his perception -- I mean, he's reporting

09:35:09    1  -- he's reporting what he personally felt.

09:35:15    2  Q.    Okay did you ever get the view that

09:35:20    3  Mr. Brockman was trying to convince you he was

09:35:22    4  suffering from any kind of malady or affliction that

09:35:25    5  he was not?

09:35:30    6  A.    From October 2018 onward, there was always a

09:35:45    7  dual messaging.  The dual messaging was, "I'm still

09:35:52    8  the boss.  I'm still in charge."

09:35:58    9              But the second message was,

09:36:02   10  "Something's not right."

09:36:03   11  Q.    And what were you observing in this time period

09:36:06   12  with respect to Mr. Brockman's cognitive abilities,

09:36:09   13  as we get from 2018 into 2019 and 2020 time period?

09:36:14   14  A.    Yeah, basically going down -- going down.

09:36:18   15  Q.    Thank you.  Take that back.  So, Dr. Pool, are

09:36:28   16  you aware that in January of 2019, Mr. Brockman sat

09:36:33   17  for two days of a deposition and was under oath and

09:36:40   18  -- and on camera for that deposition?

09:36:43   19  A.    May I ask, is that the deposition that you

09:36:47   20  showed me during one of our meetings?

09:36:49   21  Q.    Yes.

09:36:50   22  A.    Yeah, then I am aware of that.

09:36:52   23  Q.    Are you aware under the same circumstances of

09:36:57   24  certain speeches that Mr. Brockman gave to Reynolds

09:37:01   25  and Reynolds personnel?

09:37:02  1   **A.**   Again, may I ask, is that the video clip that

09:37:06  2   you showed me of -- at the annual meeting?

09:37:10  3   **Q.**   Yes.

09:37:10  4   **A.**   I don't know what the date was for that but,

09:37:13  5   yes, I am aware of that.

09:37:15  6   **Q.**   You did not watch the entirety of the

09:37:17  7   deposition or the speech itself; is that fair?

09:37:21  8   **A.**   I did not.  I did not.

09:37:22  9   **Q.**   You reviewed portions of both the deposition

09:37:25  10  and the speech?

09:37:25  11  **A.**   Yes.

09:37:25  12  **Q.**   Okay.  And in your view, is there inconsistency

09:37:29  13  between Mr. Brockman's cognitive performance on the

09:37:34  14  tests that you administered, that Dr. York

09:37:36  15  administered, and his ability to sit for those

09:37:40  16  depositions and give those speeches?

09:37:42  17              MR. LANGSTON:  Your Honor, I'd just

09:37:43  18  like to clarify when Defense Counsel showed these to

09:37:45  19  him?

09:37:46  20              THE COURT:  Okay.  Counsel?  I mean,

09:37:48  21  when did you see these?

09:37:51  22              THE WITNESS:  They -- I -- I met with

09:37:53  23  the Defense Counsel -- go backwards -- two weeks ago

09:37:59  24  Friday.

09:38:00  25              THE COURT:  Okay.

09:38:01   1          THE WITNESS:  So last Friday would have

09:38:02   2   been two weeks, and I met in my office at the Baylor

09:38:08   3   College of Medicine early afternoon.  I'm sorry,

09:38:11   4   can't do the date without looking at a calendar, but

09:38:13   5   it was two weeks prior to this last Friday.

09:38:17   6          THE COURT:  Okay.

09:38:17   7          MR. LANGSTON:  Well, then, Your Honor,

09:38:19   8   as this would have no possible impact on his

09:38:21   9   treatment of Mr. Brockman now I think we are firmly

09:38:23  10   in the area of expert testimony.

09:38:25  11          THE COURT:  Yeah.  I mean, talk to me

09:38:27  12   about that.

09:38:29  13          MR. VARNADO:  Yeah, Your Honor.  I

09:38:29  14   think -- I think Dr. Pool's experience with patients

09:38:32  15   who are able to perform in certain capacities,

09:38:36  16   despite suffering from dementia, is highly relevant.

09:38:39  17   I think the Government has made these videos the

09:38:42  18   centerpiece of their case.

09:38:43  19          THE COURT:  Don't you have experts that

09:38:44  20   are going to deal with that other than this expert?

09:38:46  21   I mean, not expert, but this -- Dr. Pool is a fact

09:38:50  22   witness who testifies that -- who is testifying

09:38:53  23   about what he saw, how he reacted to what he saw,

09:38:56  24   what he did based on what he saw.  But now you are

09:39:00  25   asking him to go back and comment on things that he

09:39:04    1    never knew about during the course of his treatment

09:39:06    2    and say whether or not that is consistent or

09:39:10    3    inconsistent with what he did or what he saw.

09:39:14    4                    Response?

09:39:15    5                    MR. LANGSTON:  Your Honor, I agree.  I

09:39:17    6    think in this case -- look, if I recall correctly

09:39:20    7    there was a point where they did notify -- notice

09:39:23    8    Dr. Pool as an expert, and he may well be able to

09:39:26    9    give expert testimony.  But having him go back in

09:39:28   10    time is not the purview.  It did not impact his care

09:39:33   11    of Mr. Brockman, and so -- you know, that isn't why

09:39:37   12    he's here to testify.

09:39:38   13                    THE COURT:  Are you going to have

09:39:39   14    witnesses that are going to testify about his

09:39:42   15    observations versus the video?

09:39:49   16                    MR. VARNADO:  Yeah.  And, Your Honor, I

09:39:50   17    think this is relevant for at the time of these

09:39:54   18    videos January of 2019 and November of '19, you

09:39:58   19    know, what is Dr. Pool's observations of

09:40:00   20    Mr. Brockman?  And does he have -- you know, in his

09:40:04   21    experience, could Mr. Brockman still sit for a

09:40:07   22    deposition, and then the patients that he's treated,

09:40:11   23    and the vast array of experience dealing with people

09:40:15   24    with dementia.  I mean, that's why this is being

09:40:18   25    offered.

SEAN W. GUMM, CSR #13168, RPR, CRR

09:40:19  1          MR. LANGSTON:  That's why I asked the

09:40:20  2   clarifying question, Your Honor.  If he had viewed

09:40:22  3   these as part of his care back in 2019, I think

09:40:25  4   we're in a different situation.  I don't really

09:40:27  5   doubt that whether his performance on these videos

09:40:30  6   is consistent with how he's performing exam rooms is

09:40:33  7   relevant, but it's my objection that this is

09:40:36  8   unnoticed expert testimony.

09:40:37  9          THE COURT:  That's my concern.  Are you

09:40:38  10  going to have an expert -- I assume that since it's

09:40:41  11  the issue you are going to have an expert that's

09:40:43  12  going to say that -- that's going to look at

09:40:47  13  Dr. Pool's notes, compare what he saw versus the

09:40:50  14  deposition and say whether it's consistent or

09:40:53  15  inconsistent.  I assume you will have somebody other

09:40:55  16  than Dr. Pool to say that?

09:40:56  17          MR. VARNADO:  We are going to have an

09:40:58  18  expert come testify about Mr. Brockman's performance

09:41:02  19  in the depositions, and what that does and does not

09:41:04  20  mean.

09:41:04  21          THE COURT:  Okay.  Then respectfully

09:41:05  22  I'm not going to allow this testimony from this

09:41:07  23  witness at this time.

09:41:08  24          MR. VARNADO:  Okay.

09:41:11  25  Q.   Dr. Pool, in your interaction with

09:41:14  1  Mr. Brockman, do you have a view as to whether or

09:41:19  2  not he has preserved, remote memories?

09:41:23  3  **A.**   I do.  I do.  Basically my interactions with

09:41:28  4  Mr. Brockman, you see a -- sort of a segmental

09:41:34  5  pattern that we see over and over again in people

09:41:37  6  who are demented, and that is remote memory remains

09:41:42  7  relatively intact until late, late, late.

09:41:46  8  Intermediate memory intact until late.  And then,

09:41:53  9  short-term memory is really, significantly impaired.

09:41:56  10          So I could -- I could ask things

09:42:02  11  that relate to the many decades of his -- his

09:42:09  12  business life and get pretty detailed results -- or

09:42:17  13  information, but then, "Where were you yesterday?

09:42:20  14  What did you do this morning," et cetera.

09:42:26  15          And that disconnect of short-term

09:42:28  16  memory loss is always something that's really

09:42:31  17  concerning.

09:42:31  18  **Q.**   In your treatment with Mr. Brockman, did you

09:42:34  19  observe, one way or another, whether he observed to

09:42:37  20  have preserved language function in your

09:42:39  21  interactions with him?

09:42:40  22  **A.**   And again, it's remarkable.  I mean, we all --

09:42:44  23  we all -- in the field of Primary Care Neurology

09:42:49  24  Dementia, if you lose fluency in your speech, you

09:42:59  25  become suspect very quickly.  If you don't lose

09:43:03  1    fluency -- if your fluency is maintained, then you

09:43:06  2    can continue to fly below the radar of peoples'

09:43:10  3    perceptions that you are, in fact, impaired.

09:43:13  4              And dare I say, we have plenty of

09:43:16  5    examples of that in American society.  We all lived

09:43:19  6    through the President Ronald Reagan's era where he

09:43:25  7    had Alzheimer's, but we didn't know it.

09:43:26  8    Q.   Did you observe that same phenomenon with

09:43:30  9    Mr. Brockman?

09:43:30  10   A.   Certainly.

09:43:38  11   Q.   Dr. Pool, at some point did you become aware

09:43:41  12   that Dr. York had conducted a -- a forensic

09:43:45  13   examination of Mr. Brockman, as opposed to just a

09:43:47  14   clinical examination, or do you know that one way or

09:43:50  15   the other?

09:43:51  16   A.   I was made aware of that by Dr. York that she

09:43:56  17   was going to re-examine using different methodology

09:44:02  18   -- I mean, some sort of change in the way

09:44:07  19   neuropsychological testing is done.  And I do not

09:44:09  20   have any expertise in that area.  I don't know what

09:44:12  21   that change is.

09:44:14  22   Q.   You mentioned Dr. Eugene Lai, and that you had

09:44:18  23   actually made a referral to this doctor in Houston

09:44:22  24   Methodist?

09:44:22  25   A.   Right.

SEAN W. GUMM, CSR #13168, RPR, CRR

09:44:23  1   Q.   What was the reason for moving Mr. Brockman

09:44:26  2   over to Dr. Lai at a different hospital system?

09:44:29  3   A.   Well, first of all it was a request.  "Please

09:44:32  4   find me another Parkinson's specialist."

09:44:35  5                   And the -- probably the

09:44:40  6   second-ranking Parkinson's specialist in the greater

09:44:42  7   Houston Metroplex would be Dr. Eugene Lai after

09:44:47  8   Dr. Jankovic.

09:44:48  9   Q.   Do you recall -- I just gave you the date

09:44:51  10  before -- January 2020, is that consistent with your

09:44:54  11  memory of when Mr. Brockman started seeing Dr. Lai?

09:44:57  12  A.   Yes.

09:44:57  13  Q.   Okay.  Do you, sitting here right now, have an

09:45:04  14  understanding of what Dr. Lai's diagnosis of what

09:45:07  15  Mr. Brockman was?

09:45:07  16  A.   Parkinson's disease --

09:45:10  17  Q.   What about -- sorry.  Go ahead.

09:45:12  18  A.   -- with cognitive impairment.

09:45:13  19  Q.   All right.  And did you become aware that

09:45:20  20  Mr. Brockman is seeing Dr. Lai on a number of

09:45:23  21  several occasions since that first visit?

09:45:25  22  A.   Yes.

09:45:25  23  Q.   Do you recall that the most recent one was in

09:45:28  24  October 7th of this year?

09:45:29  25  A.   Yes.

SEAN W. GUMM, CSR #13168, RPR, CRR

09:45:29  1   Q.   Okay.  I'm going to show you what's already in
09:45:32  2   evidence as Defense Exhibit 48.  I'll let you take a
09:45:50  3   look at that, Dr. Pool.  I'll just direct your
09:46:03  4   attention to Page 4 of 5 of the report in the
09:46:07  5   exhibit itself.  It ends in the number at the very
09:46:09  6   bottom, 5779, and ask if you --
09:46:15  7                   MR. LANGSTON:  Is this 80?
09:46:24  8                   MR. VARNADO:
09:46:24  9   Q.   First of all, did you receive this report from
09:46:26  10  Dr. Lai's most recent visit with Mr. Brockman?
09:46:29  11  A.   I extracted it.  The push function of
09:46:35  12  electronic medical records between institutions is
09:46:38  13  far from perfect.  Most of the time we have to go
09:46:42  14  extract them.  You have to know that they're there
09:46:45  15  and go extract them, and that's how this was
09:46:48  16  obtained.
09:46:48  17  Q.   Okay.  And so you were able to obtain Dr. Lai's
09:46:52  18  assessment of Mr. Brockman on October 7th?
09:46:54  19  A.   And this is what I obtained.
09:46:56  20  Q.   Okay.  What was the impression that Dr. Lai had
09:47:00  21  as of October 7th of this year?
09:47:02  22  A.   Again, the clinical findings are consistent
09:47:05  23  with Parkinson's with associated dementia.
09:47:08  24  Q.   Okay.
09:47:12  25  A.   And then he says, 'His cognitive function has

09:47:14  1   deteriorated since his last visit.  He's under a lot
09:47:19  2   of stress, and is weaker due to recurrent urinary
09:47:23  3   tract infections.  His wife is also stressed out."
09:47:28  4   **Q.**   Okay.  Want to shift gears a little bit,
09:47:40  5   Doctor, and go through some of Mr. Brockman's recent
09:47:42  6   hospitalizations.  Okay.  Did you become aware that
09:47:46  7   Mr. Brockman was hospitalized in March of this year
09:47:50  8   at Houston Methodist?
09:47:51  9   **A.**   Yes.
09:47:51  10  **Q.**   And what was that hospitalization for?
09:47:54  11  **A.**   Urinary tract infection, complicated by sepsis.
09:47:58  12  **Q.**   And what's the significance of that episode for
09:48:03  13  Mr. Brockman?
09:48:05  14  **A.**   It was the first of three episodes.  And
09:48:09  15  obviously for us, as the primary care team, that's
09:48:19  16  very concerning because it sets the stage for one of
09:48:24  17  the worst of the complications that we anticipate.
09:48:28  18  That is if you are -- if you have a bloodborne
09:48:35  19  infection -- meaning that your bladder or kidneys
09:48:38  20  are infected -- gets into the bloodstream -- also
09:48:41  21  known as urosepsis, then in all reasonable medical
09:48:47  22  probability you are going -- you are likely to see
09:48:49  23  what we call metabolic encephalopathy, which is an
09:48:55  24  array of things happening to you that result in, you
09:49:02  25  hope, reversible -- but sometimes not totally

09:49:04  1   reversible -- damage to the central nervous system.

09:49:07  2   And in somebody who is demented,

09:49:10  3   whenever we're in the midst of one of those

09:49:12  4   episodes -- and this -- this has been articulated to

09:49:19  5   Dorothy Brockman more than once -- is that you can

09:49:22  6   anticipate that the level of cognitive function for

09:49:25  7   the individual whose -- who is demented who has

09:49:30  8   urosepsis, it will go down and be a new plateau.

09:49:34  9   And each episode carries the same risk of going

09:49:37  10  down, new plateau; going down, new plateau.

09:49:40  11  Q.   Okay.  What about -- do the records show in

09:49:43  12  March in that Mr. Brockman also suffered from

09:49:46  13  delirium --

09:49:46  14  A.   Yes.

09:49:47  15  Q.   -- during his urosepsis episode?

09:49:50  16  A.   Yes.

09:49:50  17  Q.   What's the significance of that?

09:49:52  18  A.   It's a manifestation of the metabolic

09:49:56  19  encephalopathy, so that the derangement of the

09:50:02  20  cortical -- the two big hemispheres of the brain --

09:50:05  21  the derangement of their function is such that you

09:50:08  22  begin to have real, lifelike experiences that are a

09:50:16  23  malfunction of the brain.  And of course if you are

09:50:18  24  demented and if you are encephalopathic, then you

09:50:23  25  have a significant probability of something like

SEAN W. GUMM, CSR #13168, RPR, CRR

09:50:25  1  that happening.

09:50:26  2  Q.   And is there any risk of any permanent damage

09:50:28  3  from an episode of delirium into those conditions?

09:50:32  4  A.   We usually -- we usually tell patients and

09:50:37  5  families that for the most part we're going to

09:50:41  6  anticipate there's going to be some permanent

09:50:43  7  damage, because you are basically injuring an

09:50:49  8  injured organ.  So the injury to an injured organ

09:50:51  9  nets you a persistence of injury.

09:50:54  10  Q.   Did there come a time there was a second

09:50:57  11  hospitalization for urosepsis this summer?

09:50:59  12  A.   Yes.

09:50:59  13  Q.   When was that, if you recall?

09:51:01  14  A.   That I would have to refer.  But everything

09:51:03  15  came very -- in very rapid succession.

09:51:07  16  Q.   Is it consistent with your memory if I

09:51:09  17  represented that this occurred between May 31st and

09:51:12  18  June 11th, Mr. Brockman's second hospitalization?

09:51:15  19  A.   Yes.

09:51:15  20  Q.   Okay.  And again, what's your understanding of

09:51:17  21  what occurred during that period of time?

09:51:20  22  A.   Virtually a mirror image of the previous

09:51:23  23  episode.

09:51:24  24  Q.   And were there bouts of delirium also suffered

09:51:28  25  during that time period?

09:51:29    1   **A.**   That I cannot confirm with certainty.  That
09:51:32    2   would be in the nurse's notes.
09:51:34    3   **Q.**   But if those notes were in there, would you
09:51:37    4   have the same reaction --
09:51:38    5   **A.**   Yes.
09:51:38    6   **Q.**   -- as to the significance of delirium in that
09:51:41    7   time period?
09:51:41    8   **A.**   Yes.
09:51:42    9   **Q.**   Okay.  Now, later in June did Mr. Brockman
09:51:48   10   undergo in any surgical procedures?
09:51:50   11   **A.**   Yes.
09:51:51   12   **Q.**   What can you tell us about that?
09:51:52   13   **A.**   Yes, what -- what -- when we incurred this kind
09:51:57   14   of recurrent urinary tract infection -- remembering
09:52:01   15   that among men and women, women have more urinary
09:52:09   16   tract infections than men -- when we get recurrent
09:52:12   17   urinary tracts, especially to this magnitude, we
09:52:15   18   become concerned there's some problem in emptying
09:52:18   19   the bladder.  Now, in about 2006 Mr. Brockman had
09:52:23   20   uroepithelial cancer of the bladder, which is how he
09:52:26   21   was introduced to Dr. Seth Lerner.
09:52:30   22            So we already have a scenario of
09:52:32   23   the bladder had an intrinsic abnormality that was
09:52:38   24   treated, and successfully -- successfully treated so
09:52:41   25   there's no evidence of uroepithelial cancer left.

09:52:46  1  But at the same time you have older male who has had

09:52:49  2  epithelial cancer with changes in the bladder, and

09:52:52  3  you have an enlarged prostate that can be a source

09:52:56  4  of obstruction of urine flow.

09:52:59  5              And any time a male has a prostate

09:53:05  6  obstructing urine flow, it means that the bladder is

09:53:08  7  probably not completely emptying.  And so, there's a

09:53:13  8  valuable nutrient base left in the bladder that

09:53:19  9  bacteria can use as a ready food source.  The reason

09:53:23  10  we have so many urinary tract infections in humans

09:53:26  11  is that urine is a marvelous nutrient base for

09:53:30  12  bacteria.

09:53:31  13              If you see that urine, then you are

09:53:33  14  likely to get a urinary tract infection.

09:53:35  15  Q.   So that condition is what was causing or

09:53:37  16  leading to the recurrence of the UTI's for

09:53:40  17  Mr. Brockman?

09:53:41  18  A.   One of the major contributors, and that is

09:53:43  19  manageable -- treatable.  So I called

09:53:48  20  Dr. Christopher Smith, who is a urologist at Baylor,

09:53:51  21  and asked for his assistance.  Said, "What is the

09:53:56  22  status of the bladder?  Do we have retained urine?

09:53:59  23  Do we have bladder dysfunction so it's not emptying?

09:54:02  24  Do we have significant obstruction?"

09:54:05  25              He returned with the opinion we

SEAN W. GUMM, CSR #13168, RPR, CRR

09:54:07  1   needed to do a UroLift® procedure to allow the

09:54:13  2   bladder to completely empty and reduce the

09:54:16  3   likelihood of infection.

09:54:18  4   Q.   And is that a medical procedure done under

09:54:21  5   general anesthesia?

09:54:21  6   A.   Yes.

09:54:22  7   Q.   Okay.  And did Mr. Brockman consent to general

09:54:25  8   anesthesia for this procedure?

09:54:27  9   A.   Mr. Brockman has never consented to any

09:54:29  10  procedure since 2018, because he's not able to

09:54:34  11  consent to procedures.

09:54:36  12  Q.   Who did consent in this instant?

09:54:38  13  A.   Dorothy Brockman.

09:54:40  14  Q.   Do you understand if she has durable medical

09:54:44  15  power of attorney?

09:54:44  16  A.   Yes.

09:54:44  17  Q.   What is the significance, if any, of someone in

09:54:49  18  Mr. Brockman's age and health condition going under

09:54:52  19  general anesthesia for a surgical procedure?

09:54:54  20  A.   The onus for that is on me to determine if

09:54:59  21  there's anything of immediate risk to him that makes

09:55:03  22  the benefit-risk ratio tilt so that we shouldn't be

09:55:09  23  doing it.  I told Chris Smith that as of my June

09:55:14  24  examination I thought that -- that I felt the risk

09:55:16  25  of recurrent urinary tract infection, urosepsis, and

SEAN W. GUMM, CSR #13168, RPR, CRR

09:55:21  1   encephalopathy way outweighed any risk because of

09:55:25  2   age, atrial fib, and the other things.  So I gave

09:55:28  3   him instructions to go ahead with the UroLift®.

09:55:32  4   **Q.**   Are there any potential impacts on a patient's

09:55:34  5   cognition and cognitive function after undergoing

09:55:38  6   general anesthesia?

09:55:39  7   **A.**   We use the same language --

09:55:42  8                   MR. LANGSTON:  Objection.

09:55:42  9                   THE COURT:  What's the objection?

09:55:43  10                   MR. LANGSTON:  Again, this is expert

09:55:45  11   testimony.  I don't know that he's saying that he

09:55:47  12   used it in evaluating his treatment.  I think this

09:55:50  13   was in 2021.  And so, this witness -- I mean,

09:55:53  14   they're getting plenty of witnesses who can testify

09:55:57  15   about the effects of general anesthesia on a

09:56:00  16   patient.  I just don't know if this is one of them.

09:56:00  17                   THE COURT:  But does this witness have

09:56:03  18   general knowledge of the procedure and the

09:56:04  19   anesthesia that was administered?

09:56:07  20                   MR. LANGSTON:  Again, I think he can

09:56:08  21   testify to the anesthesia that was administered.

09:56:11  22   Now -- and I believe he testified his training is in

09:56:13  23   cardiology, and now he's testifying as to the

09:56:15  24   effects of general anesthesia on cognition going

09:56:19  25   forward.  I don't think this witness is qualified to

SEAN W. GUMM, CSR #13168, RPR, CRR

09:56:22   1   do that.

09:56:22   2                    THE COURT:  Okay.  So I guess the

09:56:28   3   question I have to ask Dr. Pool, was the use of the

09:56:36   4   general anesthesia, in any way, used by you in your

09:56:39   5   treatment, or your diagnoses, or perception of

09:56:43   6   Mr. Brockman's condition?

09:56:46   7                    THE WITNESS:  It's -- the fact that he

09:56:48   8   would be required to have general anesthesia for the

09:56:51   9   surgery is used in my judgment because I had to

09:56:56   10  inform the spouse, who had a legal authority to

09:57:00   11  consent, that cognitive function may not return to

09:57:03   12  his previous, pre-anesthetic baseline.  She was not

09:57:08   13  only saying, "We're willing to take the risk of

09:57:10   14  death and any other complication," but -- "And I

09:57:15   15  will acknowledge that you told me if we use general

09:57:18   16  anesthesia, my husband's cognitive function may

09:57:21   17  decline and not return to baseline."

09:57:24   18                    THE COURT:  Okay.  Objection's

09:57:25   19  overruled.  You may continue.

09:57:26   20                    MR. VARNADO:

09:57:26   21  Q.   But you felt that the risk of the recurring

09:57:29   22  UTI's was significant enough to go forward?

09:57:31   23  A.   Paramount.

09:57:32   24  Q.   Okay.  And, in fact, has there been another UTI

09:57:36   25  episode in September of this year?

09:57:38  1   **A.**   Yes.

09:57:39  2   **Q.**   Was Mr. Brockman hospitalized again for a short

09:57:41  3   period of time?

09:57:44  4   **A.**   Yes.

09:57:44  5   **Q.**   Okay.  What's your assessment as to whether or

09:57:48  6   not Mr. Brockman is susceptible to additional UTI's,

09:57:52  7   potentially urosepsis?

09:57:55  8   **A.**   After the September episode, Dr. Chris Smith

09:57:57  9   and I reconvened on the phone and said, "Okay.  What

09:58:01  10  is our current status?"

09:58:03  11             He was brought back to the clinic

09:58:05  12  to see Dr. Smith.  Dr. Smith ascertained that the

09:58:09  13  UroLift® procedure was successful.  There was very,

09:58:12  14  very, very trivial retained urine.  The bladder was

09:58:15  15  adequately emptying, but there are multiple,

09:58:22  16  multiple factors that go into recurrent urinary

09:58:25  17  tract infections in Mr. Brockman's case.  And so we

09:58:31  18  jointly decided -- we jointly decided to put him on

09:58:38  19  a 30-day trial of antibiotic suppression to try to

09:58:43  20  mitigate any small quantities of urinary tract

09:58:47  21  infection that could occur that would, in fact, get

09:58:51  22  out of control and produce bloodborne infection,

09:58:56  23  urosepsis, metabolic encephalopathy, and more loss

09:58:59  24  of mental function.

09:59:00  25  **Q.**   So you were all working hard to try to prevent

09:59:02  1  that from happening again?

09:59:03  2  **A.**  We are.

09:59:04  3  **Q.**  I want to talk a little bit about the

09:59:05  4  neuroimaging in this case, and some of the scans

09:59:08  5  that have been done on Mr. Brockman more recently.

09:59:12  6  Are you aware he's undergone in the last several

09:59:15  7  months FDG-PET scans, beta-amyloid PET scan, brain

09:59:18  8  MRI -- those types of imaging and testing

09:59:21  9  procedures?

09:59:22  10  **A.**  I am aware they were done.

09:59:23  11  **Q.**  Is that anything that you have -- does that

09:59:26  12  impact your assessment of Mr. Brockman's current

09:59:30  13  condition as we sit here today?

09:59:32  14  **A.**  To me, it is supportive evidence that goes with

09:59:37  15  clinical observation and objective testing, and

09:59:41  16  comes back into the category of, "Is there

09:59:45  17  neurodegenerative damage to the brain?"

09:59:47  18                    "Yes."

09:59:48  19                    "Is it subjective only, or is it

09:59:53  20  objective?"

09:59:54  21                    And the answer is it's objective.

09:59:56  22  **Q.**  We talked already about the letter that you had

10:00:01  23  sent to Ms. Keneally in January of 2020 -- I'm

10:00:05  24  shifting topics a little bit.  Did you also submit a

10:00:08  25  declaration in November of 2020 in support of the

10:00:13  1  Defendant's motion to transfer this case from

10:00:15  2  San Francisco to Houston?

10:00:18  3  **A.**   Yes.

10:00:18  4  **Q.**   Okay.  And, in general, what do you recall

10:00:22  5  being the substance of that declaration in terms of

10:00:25  6  what you provided to Judge Alsup in San Francisco?

10:00:28  7  **A.**   Well, obviously everybody in this courtroom

10:00:32  8  knows we're in the middle of a pandemic --

10:00:38  9  Coronavirus pandemic, COVID-19.  For the perspective

10:00:44  10  of my patient, I did not feel that it would be

10:00:49  11  appropriate to transport Mr. Brockman to another

10:00:56  12  city for a trial, which would be physically

10:01:05  13  difficult for him, and also increase his risk for

10:01:11  14  contracting COVID being out of a much more tightly

10:01:15  15  constrained environment.

10:01:16  16           He's in a pretty tightly

10:01:18  17  constrained environment, except for this hearing.

10:01:20  18  **Q.**   And then, in terms of the declaration, did you

10:01:24  19  also provide an explanation of Mr. Brockman's health

10:01:26  20  conditions?

10:01:26  21  **A.**   Yes.

10:01:26  22  **Q.**   And then note that the Baylor treating

10:01:29  23  physicians would be here in Houston?

10:01:31  24  **A.**   Yes.

10:01:32  25  **Q.**   Okay.  I want to talk to you just about -- a

SEAN W. GUMM, CSR #13168, RPR, CRR

| | |
|---|---|
| 10:01:37 | 1 |
| 10:01:39 | 2 |
| 10:01:43 | 3 |
| 10:01:45 | 4 |
| 10:01:46 | 5 |
| 10:01:49 | 6 |
| 10:01:49 | 7 |
| 10:01:49 | 8 |
| 10:01:54 | 9 |
| 10:01:55 | 10 |
| 10:01:56 | 11 |
| 10:01:57 | 12 |
| 10:02:00 | 13 |
| 10:02:06 | 14 |
| 10:02:07 | 15 |
| 10:02:09 | 16 |
| 10:02:10 | 17 |
| 10:02:11 | 18 |
| 10:02:12 | 19 |
| 10:02:12 | 20 |
| 10:02:14 | 21 |
| 10:02:15 | 22 |
| 10:02:15 | 23 |
| 10:02:17 | 24 |
| 10:02:21 | 25 |

1  little bit about Mr. Brockman's condition, both

2  physically and -- and cognitively.  Are

3  Mr. Brockman's physical conditions permanent?

4  A.   Yes.

5  Q.   Are Mr. Brockman's cognitive conditions

6  permanent?

7  A.   Yes.

8  Q.   Are Mr. Brockman's cognitive conditions

9  progressive?

10  A.   Yes.

11          MR. LANGSTON:  Objection.  Again, I

12  think this is prospective testimony.  I think this

13  is expert testimony.

14          THE COURT:  Dr. Pool, are you still

15  Mr. Brockman's primary care physician?

16          THE WITNESS:  Yes.

17          THE COURT:  And you are still providing

18  care to him?

19          THE WITNESS:  Yes.

20          THE COURT:  Okay.  Objection's

21  overruled.

22          MR. VARNADO:

23  Q.   Is it possible that removing Mr. Brockman from

24  familiar settings and routines could exacerbate and

25  accelerate his dementia?

10:02:22   1   **A.**   Yes.

10:02:23   2   **Q.**   Is it possible that removing him from familiar

10:02:26   3   settings and routines could trigger an episode of

10:02:29   4   delirium?

10:02:29   5   **A.**   Yes.

10:02:30   6   **Q.**   I want to talk a little bit about malingering,

10:02:35   7   Dr. Pool.  Actually, to Judge Hanks's question in

10:02:42   8   terms of treating Mr. Brockman, what's your most

10:02:45   9   recent interaction with Mr. Brockman or any of his

10:02:47   10   family members concerning his health condition?

10:02:49   11   **A.**   Well, the part -- let me preface what I'm going

10:02:53   12   to say by saying that my direct interactions with

10:02:56   13   Mr. Brockman, in terms of exchange of information,

10:03:01   14   knowledge -- I mean, instructions, et cetera, is nil

10:03:09   15   because those are not functions he possesses.  So my

10:03:13   16   interactions are primarily with Dorothy Brockman,

10:03:18   17   his wife; and Frank Gutierrez, who is his primary

10:03:23   18   caregiver.

10:03:24   19              I relied very, very heavily on them

10:03:26   20   to comprehend what it is that's in our treatment

10:03:31   21   strategy, and to execute that plan without fail.

10:03:36   22   Both of those are functions that Mr. Brockman does

10:03:39   23   not have.  So on Saturday I reported back to --

10:03:49   24   **Q.**   This is just two days ago, Dr. Pool?

10:03:51   25   **A.**   Yes.  Saturday afternoon, as a matter of fact.

1    I had a telephone conference call at the Brockman

2    home with Dorothy, his wife, and with Frank

3    Gutierrez so we could go over the results of

4    laboratory that we had just finished.  And the

5    primary target of the -- of the laboratory was to

6    answer the outcome of a strategy that Dr. Smith and

7    I had started.

8           So Dr. Christopher Smith, the

9    urologist who is a specialist in bladder function --

10   we had decided we were going to try to prevent

11   another episode of urosepsis.  And so we -- he was

12   the one that requested that we choose cefalexin --

13   you would know it by the brand name Keflex --

14   250 milligrams twice a day, every day, to try to

15   suppress any growth of bacteria that entered the

16   bladder to avoid a very high load of bacteria and

17   the emergence of serious infection and urosepsis and

18   going into hospitalization number four.

19   Q.   Okay.

20   A.   And what we had done was the following in the

21   preceding seven to ten days.  We had actually

22   obtained a straight cath urine specimen.  Now,

23   that's obtained by using a sterile catheter,

24   inserting it through the tip of the penis, up

25   through the urethra into the bladder and getting a

10:05:27   1   sterile collection of urine.  That was done at his

10:05:30   2   home by one of my staff.

10:05:32   3                    And then that was submitted to the

10:05:34   4   laboratory to determine if there were -- if there

10:05:37   5   was puss, bacteria, other signs of infection in the

10:05:43   6   bladder, and submitted for a culture to see if we

10:05:48   7   could culture bacteria.  But the issue with

10:05:52   8   culturing the bacteria that becomes important is

10:05:55   9   he's on an antibiotic -- the antibiotic in the urine

10:06:01   10   is not suppressing the culture and then there's

10:06:04   11   culture there, okay.

10:06:06   12                    So we used another technology on

10:06:09   13   this same specimen called next generation

10:06:10   14   sequencing.  And so we used DNA fingerprinting.  We

10:06:16   15   did DNA analysis of all microbes in the urine.  And

10:06:19   16   the results were congruent across the entire

10:06:22   17   specimen collection.

10:06:24   18                    Yes, there was low-grade infection.

10:06:26   19   Yes, the culture did grow in the presence of the

10:06:32   20   antibiotic, and the culture grew Pseudomonas

10:06:32   21   aeruginosa --

10:06:32   22                    THE COURT:  We'll have to get that one

10:06:32   23   spelled, Dr. Pool.

10:06:32   24                    THE WITNESS:  Okay.

10:06:50   25   P-S-E-U-D-O-M-O-N-A-S, A-E-R-U-G-I-N-O-S-A,

10:06:52  1   pseudomonas aeruginosa.  So the DNA sequencing

10:06:57  2   showed ten to the seventh DNA -- well, particles per

10:07:01  3   ML of urine that were all Pseudomonas.  There was

10:07:08  4   nothing else in the urine except Pseudomonas.

10:07:12  5                 And then, the other thing we could

10:07:13  6   do was analyze the Pseudomonas, and see if there was

10:07:18  7   a gene in the Pseudomonas that had the property of

10:07:24  8   multidrug resistance.  We know about those genes and

10:07:28  9   analyzed them.  There was none.  So we made the

10:07:30  10   choice to eliminate the Keflex and change to another

10:07:38  11   antibiotic called fosfomycin.  So now we're going to

10:07:43  12   treat day, to day, to day with fosfomycin.

10:07:46  13   Q.   And is all of that, that you just described,

10:07:48  14   the lengths that you and Dr. Smith are going through

10:07:50  15   to try to prevent Mr. Brockman from having another

10:07:53  16   bout of urosepsis?

10:07:54  17   A.   I mean, we're doing everything we can.

10:07:56  18   Q.   And if you were to have another bout of

10:07:58  19   urosepsis, would you expect that to have a further

10:08:01  20   declining impact on his cognitive ability?

10:08:03  21   A.   Well, the first thing -- I mean, there's rank

10:08:05  22   order.  You can't -- there's no guarantee you are

10:08:08  23   going to recover from urosepsis, so there's

10:08:12  24   mortality.  Then the morbidity -- which is the term

10:08:15  25   for non-mortality events -- includes metabolic

*SEAN W. GUMM, CSR #13168, RPR, CRR*

10:08:20  1  encephalopathy -- which I described before -- and

10:08:23  2  change in mental function which persists.

10:08:25  3  Q.   Okay.  All right.

10:08:30  4              MR. VARNADO:  Good on time, Judge?

10:08:32  5              THE COURT:  Are you going to change

10:08:33  6  point?  Take a quick break?

10:08:35  7              MR. VARNADO:  Yes.

10:08:35  8              THE COURT:  If we can break at this

10:08:36  9  time for ten minutes?

10:08:38  10             MR. VARNADO:  Okay.

10:08:39  11             THE COURT:  Because we're running --

10:08:40  12  it's already Monday, so let's take a ten-minute

10:08:42  13  break and then push on through lunch.

10:08:44  14             MR. VARNADO:  Okay.  Very good.

10:27:23  15  (Whereupon, a recess was held.)

10:30:09  16             THE COURT:  You may continue,

10:30:10  17  Mr. Varnado.

10:30:11  18             MR. VARNADO:  Thank you, Your Honor.

10:30:17  19  Q.   Dr. Pool, I'm going to ask you a question about

10:30:19  20  Mr. Brockman's treating physician.  Where do you

10:30:22  21  assess Mr. Brockman in terms of his cognitive

10:30:24  22  function?  What level of dementia does he have?

10:30:29  23  A.   In terms of day-to-day functionality, I would

10:30:40  24  describe him as moderately demented.

10:30:42  25  Q.   Dr. Pool, you are not a forensic expert;

SEAN W. GUMM, CSR #13168, RPR, CRR

10:30:45  1  correct?

10:30:46  2  A.   Correct.

10:30:50  3  Q.   Do you encounter and have to take into account

10:30:53  4  malingering in your practice as a medical doctor?

10:30:59  5  A.   May I ask for what -- what is the definition of

10:31:04  6  malingering?

10:31:05  7  Q.   Well, let me set it up this way, Dr. Pool.  Are

10:31:08  8  you aware the Government has taken the position in

10:31:10  9  this case that Mr. Brockman is -- is faking or

10:31:14  10  exaggerating his level of cognitive impairment; is

10:31:17  11  that something you are aware of?

10:31:18  12  A.   I am.

10:31:20  13  Q.   So in terms of malingering, that would be my

10:31:24  14  layman's explanation of how I'm asking the question

10:31:28  15  and positing it to you.  I want to first ask if

10:31:31  16  considering and taking into account potential

10:31:34  17  exaggeration or manufacture of symptoms, malingering

10:31:38  18  is something you encounter in your practice and have

10:31:40  19  to take into account?

10:31:43  20  A.   The -- whenever you are dealing with human

10:31:50  21  beings you have to consider that as a possibility.

10:31:51  22  Q.   In your treatment of Mr. Brockman, at some

10:31:53  23  point did you have come to understand that he was

10:31:55  24  under investigation -- you know, as part of this

10:31:59  25  criminal case?

10:32:01   1   **A.**   Just very recently, which would have been

10:32:06   2   either contact from the Department of Justice in

10:32:13   3   Denver, or Kathy Keneally from Jones Day in New

10:32:17   4   York.

10:32:17   5   **Q.**   Okay.  We referenced previously the letter from

10:32:20   6   January of 2020 that you submitted to Ms. Keneally,

10:32:25   7   who later provided that to the United States

10:32:27   8   Government.  So as of that time, you were aware

10:32:29   9   there was some sort of investigation ongoing; is

10:32:33   10   that fair?

10:32:33   11   **A.**   Correct.

10:32:33   12   **Q.**   Okay.  And in treating Mr. Brockman since that

10:32:36   13   time, have you factored that into your assessment in

10:32:39   14   considering where he is on the cognitive continuum?

10:32:44   15   **A.**   Not at all.

10:32:45   16   **Q.**   And is it your view that regardless of whether

10:32:53   17   Mr. Brockman is or is not under investigation you

10:32:55   18   would reach the same conclusion as to what his level

10:32:57   19   of cognitive impairment is?

10:32:58   20   **A.**   That is correct.

10:33:01   21   **Q.**   I want to ask you a factual question here.  I

10:33:07   22   mentioned before the Government has argued that

10:33:09   23   Mr. Brockman has really led a double life and fooled

10:33:13   24   doctors by acting one way in front of them, but

10:33:18   25   acting a different way in a deposition and

10:33:20  1   speeches --

10:33:21  2               MR. LANGSTON:  Objection as to the -- I

10:33:23  3   don't know if that's a question.  He's just telling

10:33:25  4   the doctor what the Government's theory in this case

10:33:27  5   is.

10:33:28  6               THE COURT:  Okay.  Well, I think he's

10:33:30  7   trying to set up the question.  I'm going to allow

10:33:32  8   the question to be set up, so the objection's

10:33:35  9   overruled.

10:33:36  10              MR. VARNADO:  Thank you, Your Honor.

10:33:37  11  Q.   So again, just so we have this set up.  The

10:33:39  12  Government has taken the position Mr. Brockman has

10:33:41  13  led a double life and fooled doctors for years

10:33:45  14  acting one way, but then acts another way in

10:33:48  15  depositions and speeches.  So I want you to think

10:33:51  16  back to the clips that you saw of Mr. Brockman's

10:33:54  17  deposition and of his speeches, and does that look

10:33:58  18  like --

10:33:58  19              THE COURT:  Objection's sustained.

10:33:59  20  Objection's sustained.  It's the same question that

10:34:03  21  -- that I sustained the objection to earlier.

10:34:06  22              MR. VARNADO:  Well, Judge, I would just

10:34:08  23  argue this is -- asking a factual question about his

10:34:11  24  observation of Mr. Brockman in 2019, and whether

10:34:15  25  it's consistent, you know, with the way he was

SEAN W. GUMM, CSR #13168, RPR, CRR

10:34:17  1  presenting in the video.

10:34:18  2            THE COURT:  Right, but that calls for

10:34:20  3  expert opinion -- it's the same question I sustained

10:34:24  4  the objection to earlier.  He can say what he saw in

10:34:26  5  2019, what his impressions were in 2019, but he

10:34:31  6  didn't see those videos as part of his treatment or

10:34:35  7  diagnosis of Mr. Brockman at that time.

10:34:36  8            MR. VARNADO:  Okay.  Thank you, Judge.

10:34:38  9  Q.   Dr. Pool, does it take skill to malinger an

10:34:43  10 illness, an infirmity?

10:34:46  11 A.   It takes cognitive ability.

10:34:50  12 Q.   And in your view, is that something

10:34:52  13 Mr. Brockman could accomplish, given his current

10:34:56  14 cognitive condition?

10:34:57  15           MR. LANGSTON:  Objection, Your Honor.

10:34:58  16 I think that is an expert opinion.  This witness is

10:35:02  17 not a neurologist.  He's not a psychologist.  He's

10:35:04  18 not a forensic expert, and so to ask him -- you

10:35:08  19 know, I think that's what we're trying to decide

10:35:11  20 here whether he can malinger based on his current

10:35:13  21 cognitive condition.

10:35:14  22           THE COURT:  Objection's sustained.  The

10:35:16  23 only answer -- the only question that this witness

10:35:18  24 can answer is does he think -- does he think that

10:35:26  25 Mr. Brockman is malingering, yes or no.  I

| | | |
|---|---|---|
| 10:35:28 | 1 | understand that's partly expert opinion, but based |
| 10:35:31 | 2 | on -- as the treating physician he can say that. |
| 10:35:35 | 3 | MR. VARNADO: |
| 10:35:35 | 4 | Q.  As Mr. Brockman's treating physician, do you |
| 10:35:37 | 5 | believe him to be malingering his infirmity? |
| 10:35:40 | 6 | A.  No. |
| 10:35:41 | 7 | MR. VARNADO:  No further questions. |
| 10:35:42 | 8 | Pass the witness. |
| 10:35:45 | 9 | THE COURT:  Cross-examination? |
| 10:35:46 | 10 | MR. LANGSTON:  Thank you. |
| 10:35:46 | 11 | CROSS-EXAMINATION |
| 10:35:46 | 12 | BY MR. LANGSTON: |
| 10:36:13 | 13 | Q.  Good morning, Dr. Pool. |
| 10:36:13 | 14 | A.  Good morning. |
| 10:36:14 | 15 | Q.  I think you said you started seeing him -- |
| 10:36:16 | 16 | seeing the Defendant in October 15th of 2018? |
| 10:36:20 | 17 | A.  Correct. |
| 10:36:22 | 18 | Q.  And you didn't know him before you became his |
| 10:36:25 | 19 | doctor? |
| 10:36:26 | 20 | A.  Correct. |
| 10:36:26 | 21 | Q.  You are not friends with him outside of your |
| 10:36:29 | 22 | medical practice? |
| 10:36:31 | 23 | A.  I am not. |
| 10:36:31 | 24 | Q.  And so, it's fair to say your knowledge of him |
| 10:36:34 | 25 | starts on October 15, 2018? |

SEAN W. GUMM, CSR #13168, RPR, CRR

10:36:37 1   A.   Correct.

10:36:38 2   Q.   And you don't socialize with him -- even after

10:36:42 3   you became his doctor, you don't socialize with him

10:36:44 4   now?

10:36:45 5   A.   No.

10:36:45 6   Q.   Okay.  So it's fair to say you've never seen

10:36:49 7   him, until today, outside of an exam room?

10:36:54 8   A.   Correct.

10:36:55 9   Q.   And so, other than information you may have

10:36:56 10  learned from Defense Counsel, your knowledge of him

10:36:58 11  is based on what you have learned as a treating

10:37:01 12  physician?

10:37:02 13  A.   Correct.

10:37:02 14  Q.   Based on what you learned inside the exam room?

10:37:05 15  A.   Correct.

10:37:06 16  Q.   Is that fair?  Okay.  I want to make sure I

10:37:12 17  understand how you came to be his doctor.  I think

10:37:15 18  you testified that you were referred by Dr. Lerner?

10:37:18 19  A.   Correct.

10:37:19 20  Q.   Okay.  And prior to you becoming -- I

10:37:24 21  think it's quarterback -- we're in Texas, so the

10:37:26 22  quarterback of his care -- he didn't have a

10:37:30 23  quarterback?

10:37:30 24  A.   To the best of my knowledge since William

10:37:35 25  Obenour, he didn't have a general internist to take

10:37:37  1  care of him.

10:37:37  2  Q.   Are you familiar with Dr. Lisse?

10:37:40  3  A.   Scott Lisse?

10:37:42  4  Q.   And that was his primary care physician as of

10:37:46  5  August 21, 2018?

10:37:48  6  A.   I did not know that.

10:37:49  7  Q.   Okay.  So you were not informed he had a

10:37:52  8  primary care physician as of August 2018?

10:37:58  9  A.   Correct.

10:37:58 10  Q.   And you were not aware of why he might have

10:38:02 11  been switching primary care physicians?

10:38:04 12  A.   Other than Dr. Seth Lerner referring him.

10:38:09 13  Q.   So I think you said that Dr. Lerner had noticed

10:38:18 14  something was amiss or something like that?

10:38:19 15  A.   Correct.

10:38:20 16  Q.   Okay.  That was based on what Mr. Brockman and

10:38:24 17  his wife told Dr. Lerner; is that fair?

10:38:27 18  A.   I doubt that.  I would imagine it was probably

10:38:31 19  from what Dr. Lerner had observed as changes in the

10:38:34 20  patient.

10:38:35 21  Q.   Okay.  But I think you -- you mentioned and

10:38:38 22  that you need to refer to your notes, Dr. Lerner was

10:38:42 23  told that Mr. Brockman had been feeling bad since

10:38:45 24  February; do you remember that?

10:38:48 25  A.   Correct.

*SEAN W. GUMM, CSR #13168, RPR, CRR*

10:38:49   1   Q.   Okay.  And obviously Dr. Lerner is not actually

10:38:53   2   hanging out with Mr. Brockman since February; is

10:38:55   3   that fair?

10:38:55   4   A.   Correct.

10:38:56   5   Q.   So that's information that came from the

10:38:58   6   patient; fair to say?

10:38:59   7   A.   Correct.

10:39:00   8   Q.   Okay.  And other than Dr. Lerner, are you aware

10:39:07   9   of any doctors that the Defendant saw prior to

10:39:09   10   seeing you about his cognitive condition?

10:39:12   11   A.   To the best of my knowledge, no one had

10:39:15   12   addressed the cognitive change.

10:39:16   13   Q.   Okay.  And had the Defendant -- to the best of

10:39:20   14   your knowledge, were you aware the Defendant had

10:39:23   15   complained of a cognitive change prior to

10:39:25   16   Dr. Lerner?

10:39:25   17   A.   No.

10:39:26   18   Q.   Okay.  If I understand your -- I think you used

10:39:32   19   the expression quarterback, but sort of like you are

10:39:35   20   the general contractor of his care; is that fair?

10:39:39   21   A.   The one thing that distinguishes us a little

10:39:42   22   bit is that we tend to do more than the general,

10:39:45   23   internal medicine physician.  In any one medical or

10:39:54   24   surgical speciality, we'll do more diagnostics, more

10:39:59   25   assessments before getting to the point of referral.

SEAN W. GUMM, CSR #13168, RPR, CRR

10:40:01   1   Q.   Okay.

10:40:02   2   A.   To help out our colleagues.

10:40:04   3   Q.   Okay.  So you -- you are not just bringing a

10:40:06   4   plumber -- to use my analogy, you are seeing if the

10:40:09   5   plumbing is wrong and then going out to a plumber;

10:40:12   6   is that fair?

10:40:12   7   A.   Correct.

10:40:13   8   Q.   You said this is kind of a comprehensive

10:40:15   9   medical clinic?

10:40:16   10   A.   Correct.

10:40:17   11   Q.   Is this something that just -- like, could I

10:40:21   12   sign up for this clinic?

10:40:22   13   A.   You could try.

10:40:23   14   Q.   So what are the criteria to get in?

10:40:24   15   A.   Space.

10:40:26   16   Q.   Okay.  I think you mentioned that you were not

10:40:32   17   -- you didn't know that Mr. Brockman was on the

10:40:34   18   board of trustees when he came to you?

10:40:36   19   A.   Did not.

10:40:37   20   Q.   Okay.  You didn't know that Mr. Brockman had

10:40:40   21   donated money, or that a trust had donated money to

10:40:44   22   Baylor?

10:40:44   23   A.   Correct.

10:40:45   24   Q.   Okay.  At some point, though, during your care

10:40:49   25   you did know that he was a member of the board of

SEAN W. GUMM, CSR #13168, RPR, CRR

10:40:53   1  trustees; is that fair?

10:40:55   2  A.   Yes.

10:40:55   3  Q.   Okay.  And, in fact, when you referred him to

10:40:58   4  other doctors that were on the team, you told them

10:41:01   5  that he was on the board of trustees?

10:41:04   6  A.   That I cannot confirm.

10:41:07   7  Q.   Okay.  If you looked at your medical records,

10:41:10   8  would that help refresh your recollection that you

10:41:13   9  told other doctors?

10:41:14  10  A.   Sure.

10:41:14  11  Q.   Okay.

10:41:16  12            MR. LANGSTON:  I'm going to show the

10:41:17  13  witness what I will mark as 154 for identification.

10:41:30  14  It's Page 298 and 923 of the Baylor medical records.

10:41:57  15            THE WITNESS:  Thank you.  Okay.

10:42:02  16            MR. LANGSTON:

10:42:03  17  Q.   Does that refresh your recollection that --

10:42:04  18  A.   It does.  And so, this would have been Fall of

10:42:08  19  2019, a year later.

10:42:11  20  Q.   Okay.  And also on -- if you look at the first

10:42:14  21  one -- sorry, the second one, 923 -- because they go

10:42:18  22  backwards -- in September of 2018, did you indicate

10:42:22  23  that he was a member of the board of trustees?

10:42:27  24  A.   Correct.  Correct, September 21st of '18.

10:42:33  25  Q.   Why did you include that information?

10:42:36  1   A.   It's usually intended so that the processes are

10:42:43  2   really facilitated.

10:42:45  3   Q.   So he doesn't have to wait in line for an

10:42:48  4   appointment the way someone else might; is that

10:42:50  5   correct?

10:42:50  6   A.   Correct.  Correct.

10:42:50  7   Q.   Okay.  And so -- and I'm not saying it affected

10:42:53  8   the medical care, but it was to make sure

10:42:55  9   Mr. Brockman got special treatment?

10:42:58  10  A.   At least facilitated treatment, yeah.

10:43:04  11  Q.   Okay.  So faster treatment?

10:43:05  12  A.   Correct.

10:43:06  13  Q.   So he would be treated differently than someone

10:43:09  14  not on the board of trustees; is that fair?

10:43:11  15  A.   I'm not sure that that's true, it is just to

10:43:15  16  try to cut down on snafus.

10:43:18  17  Q.   But you included that information to make sure

10:43:20  18  that the other doctors understood that he was on the

10:43:23  19  board of trustees?

10:43:23  20  A.   Correct.

10:43:26  21  Q.   Okay.  And you, yourself, are not a

10:43:29  22  neurologist; is that fair?

10:43:30  23  A.   Correct.

10:43:31  24  Q.   You are not a psychiatrist?

10:43:32  25  A.   Correct.

SEAN W. GUMM, CSR #13168, RPR, CRR

10:43:33  1  Q.    You are not a neuroradiologist?

10:43:35  2  A.    Correct.

10:43:36  3  Q.    And that's why when you were concerned that

10:43:39  4  maybe he had a cognitive issue you referred him out

10:43:42  5  for further testing?

10:43:43  6  A.    Correct.

10:43:43  7  Q.    I think you said Dr. Jankovic, who was the --

10:43:48  8  he had been your number one Parkinson's expert;

10:43:51  9  right?

10:43:51  10  A.    Correct.

10:43:52  11  Q.    And Dr. Lai was the number two Parkinson's

10:43:55  12  expert?

10:43:55  13  A.    Correct.

10:43:55  14  Q.    So it's fair to say that they -- they had more

10:43:58  15  expertise in this area than you would?

10:44:01  16  A.    Correct.

10:44:01  17  Q.    Dr. York would also have more expertise on this

10:44:05  18  than you?

10:44:05  19  A.    Correct.

10:44:06  20  Q.    Okay.  I think you mentioned at some point that

10:44:13  21  Mrs. Brockman signed a durable power of attorney?

10:44:16  22  A.    Durable medical power of attorney.

10:44:19  23  Q.    Okay.  Durable medical power of attorney?

10:44:23  24  A.    Correct.

10:44:27  25  Q.    When was that?

10:44:28    1   A.   I do not know that.

10:44:29    2   Q.   I think that you said that none of the

10:44:31    3   procedures you did -- did Mr. Brockman ever consent

10:44:33    4   to?

10:44:33    5   A.   To the best of my knowledge.

10:44:35    6   Q.   Okay.  So when you are ordering a blood test,

10:44:38    7   she's gotta sign the paperwork for that?

10:44:40    8   A.   Not the blood tests.  We don't ask for consent

10:44:43    9   to do blood testing.

10:44:44   10   Q.   Okay.  What's the kind of procedure you are

10:44:46   11   talking about?

10:44:47   12   A.   Invasive, where the risk -- the risks are high.

10:44:52   13   General anesthesia.  Surgical procedure.

10:44:58   14   Q.   How about colonoscopy?

10:45:03   15   A.   Yes.

10:45:03   16   Q.   You ordered a colonoscopy at least as part of

10:45:07   17   your initial testing for Mr. Brockman; correct?

10:45:09   18   A.   Correct.

10:45:10   19   Q.   You are saying your memory is -- at least as of

10:45:14   20   Spring of 2019, Mrs. Brockman is -- has a medical

10:45:18   21   power of attorney for Mr. Brockman?

10:45:20   22   A.   I would assume so.

10:45:23   23   Q.   And let's talk about your team.  You said it

10:45:27   24   was Dr. Jankovic, Dr. York, Dr. Yu.  Am I missing

10:45:34   25   anybody?

10:45:34  1   **A.**   Dr. Christopher Smith.

10:45:36  2   **Q.**   Okay.

10:45:37  3   **A.**   The urologist who did the UroLift®.

10:45:41  4   **Q.**   Just so you don't get in trouble, obviously

10:45:44  5   there were many, many skilled people who were not

10:45:47  6   doctors that were working on this; is that fair?

10:45:48  7   **A.**   Correct.

10:45:49  8   **Q.**   The doctors you just listed, those are all good

10:45:52  9   doctors; right?

10:45:53  10   **A.**   Correct.

10:45:53  11   **Q.**   At least with respect to Dr. York, you said you

10:45:55  12   had no -- you had every confidence in her abilities?

10:45:59  13   **A.**   Correct.

10:45:59  14   **Q.**   And would that apply to Dr. Yu?

10:46:01  15   **A.**   Correct.

10:46:02  16   **Q.**   That would apply to Dr. Jankovic?

10:46:03  17   **A.**   Correct.

10:46:04  18   **Q.**   To Dr. Smith?

10:46:05  19   **A.**   Correct.  Did you include Dr. Eugene Lai?

10:46:09  20   **Q.**   And -- and Dr. Lai -- is he -- is he a member

10:46:12  21   of your team or --

10:46:13  22   **A.**   Yes.

10:46:14  23   **Q.**   Okay.

10:46:14  24   **A.**   Oh, yeah.

10:46:15  25   **Q.**   So that applies to Dr. Lai as well?

10:46:17   1   **A.**   Right.

10:46:19   2   **Q.**   And it's fair to say, however, that at least at

10:46:24   3   first you were all acting as clinicians?

10:46:30   4   **A.**   That was our role, clinicians/clinician

10:46:36   5   specialists.

10:46:37   6   **Q.**   Maybe I can ask a better question.  At least at

10:46:40   7   first you are not asked to do a forensic exam?

10:46:42   8   **A.**   Correct.

10:46:43   9   **Q.**   Okay.  It's fair to say you would look at

10:46:45   10   different things in a forensic exam than you would

10:46:47   11   in a clinical setting?

10:46:49   12   **A.**   I don't know enough about forensic exams to

10:46:54   13   answer that question.

10:46:55   14   **Q.**   Okay.  But how about this?  Would your mindset

10:46:58   15   be different going into a forensic exam --

10:47:00   16   **A.**   Since I don't really know the differentiation

10:47:03   17   between the regular exam and forensic exam I can't

10:47:06   18   answer that.

10:47:06   19   **Q.**   Okay.  You never conducted a forensic exam?

10:47:09   20   **A.**   I have not.

10:47:10   21   **Q.**   Okay.  So you are not aware of the distinction

10:47:12   22   between being a clinician and being a -- I think it

10:47:17   23   might be forensicist, but have to defer to someone

10:47:23   24   else there?

10:47:24   25   **A.**   No, I do not know that there is a difference.

SEAN W. GUMM, CSR #13168, RPR, CRR

10:47:26  1  Q.   Okay.  I think you mentioned that Mr. Brockman
10:47:32  2  did not tell you there was an ongoing criminal case?
10:47:37  3  A.   Correct.
10:47:37  4  Q.   In fact, the first time you learned about that
10:47:40  5  would have been around the time you were asked to
10:47:42  6  write the letter; is that fair?
10:47:43  7  A.   That should be correct, yes.
10:47:44  8  Q.   So the letter's dated January 14, 2020.  So it
10:47:48  9  would have had to have been sometime before then?
10:47:51  10  A.   Correct.
10:47:52  11  Q.   But up until that point, you were not even
10:47:54  12  aware that he was under investigation?
10:47:56  13  A.   Correct.
10:47:57  14  Q.   And so, the fact that he was under
10:48:00  15  investigation, that's not something you took into
10:48:03  16  consideration in doing your care?
10:48:04  17  A.   Correct.
10:48:06  18  Q.   You were not aware of any motivation he might
10:48:10  19  have to feign dementia; is that fair?
10:48:17  20  A.   Correct.  I would not have any awareness of any
10:48:19  21  other motivation, other than receiving healthcare.
10:48:23  22  Q.   Are you familiar with the term secondary
10:48:25  23  benefit?
10:48:25  24  A.   Yes.
10:48:26  25  Q.   Okay.  And one of the things that as a doctor

SEAN W. GUMM, CSR #13168, RPR, CRR

10:48:29   1   you have to consider is whether the patient -- if

10:48:32   2   there's a secondary benefit to achieving certain

10:48:34   3   diagnosis; right?

10:48:35   4   A.   Correct.

10:48:36   5   Q.   And that can affect your evaluation of what the

10:48:39   6   Defendant -- excuse me of what a patient tells you?

10:48:43   7   A.   Obviously if you are concerned that there's a

10:48:46   8   secondary benefit, then you are going to get

10:48:53   9   corroborating information and additional details.

10:48:56   10  Q.   To simplify that.  If somebody comes in

10:48:59   11  complaining of back pain and you have some concern

10:49:01   12  that they're interested in getting narcotics, you

10:49:04   13  may have to do sort of a secondary investigation; is

10:49:07   14  that fair?

10:49:07   15  A.   Correct.

10:49:09   16  Q.   And so, in this case you did not consider that

10:49:12   17  Mr. Brockman may have a secondary benefit to avoid

10:49:15   18  this criminal case; is that fair?

10:49:17   19  A.   That is correct.

10:49:18   20  Q.   Because you were not aware of the criminal

10:49:20   21  case?

10:49:20   22  A.   That is correct.

10:49:21   23  Q.   And I think you testified that even after you

10:49:23   24  were aware of the criminal case, that's not

10:49:27   25  something you took into consideration with his care

*SEAN W. GUMM, CSR #13168, RPR, CRR*

10:49:29   1   going forward?

10:49:30   2   **A.**   That's correct.

10:49:38   3   **Q.**   I'd like to shift gears and talk a little bit

10:49:41   4   about how you prepared your testimony today.  I

10:49:44   5   think you mentioned -- well, how did you prepare for

10:49:46   6   your testimony today?

10:49:48   7   **A.**   First, we had just mentioned that the defense

10:49:55   8   team met with me in my office two weeks ago Friday,

10:50:03   9   okay.  They -- the defense team had met with me in

10:50:08   10   my office once prior to that, and then, um, I have

10:50:13   11   had communications with them by phone and -- and

10:50:16   12   e-mails.

10:50:19   13   **Q.**   How many communications by phone or e-mail, if

10:50:21   14   you can give us a ballpark?

10:50:25   15   **A.**   Probably 20.

10:50:29   16   **Q.**   And is that like --

10:50:31   17   **A.**   Going back to the timeline that you outlined

10:50:34   18   when they made me aware, or somehow I became aware

10:50:39   19   that there was an investigation and potential legal

10:50:46   20   action.

10:50:46   21   **Q.**   I'm not going to hold you to the date, but

10:50:48   22   that's sometime like December of 2019?

10:50:51   23   **A.**   Must be, yeah.

10:50:52   24   **Q.**   Okay.  So 20 communications by phone and e-mail

10:50:58   25   and the two meetings?

10:50:59    1   **A.**   Right.

10:50:59    2   **Q.**   Anything else?

10:51:00    3   **A.**   No.

10:51:03    4   **Q.**   These phone calls, is this like a ten-minute --

10:51:06    5   report or several hours sort of thing?

10:51:09    6   **A.**   No, no, no.  These are very, very short,

10:51:13    7   concise logistical issues.

10:51:16    8   **Q.**   Okay.  And you -- you created a declaration in

10:51:20    9   this case in support of the motion to transfer

10:51:24   10   venue?

10:51:24   11   **A.**   Correct.

10:51:28   12   **Q.**   Did you share a draft of that declaration with

10:51:30   13   them prior to completing it?

10:51:32   14   **A.**   Yes.

10:51:32   15   **Q.**   And did they give you edits?

10:51:34   16   **A.**   I think it was the other way around.  No -- if

10:51:37   17   I recall correctly, it was the other way around.

10:51:39   18   **Q.**   Okay.  So if I understand, they gave you sort

10:51:43   19   of, "These are the points we would like you to hit"?

10:51:48   20   **A.**   Correct.

10:51:49   21   **Q.**   And you said, "Well, okay.  This one I can say

10:51:52   22   is true" --

10:51:53   23   **A.**   Or "I would prefer saying it this way as

10:51:55   24   opposed to this way."

10:51:56   25   **Q.**   Okay.  So it's fair to say -- at least with

SEAN W. GUMM, CSR #13168, RPR, CRR

10:51:58  1  your draft declaration -- you were not the

10:52:03  2  initiator?

10:52:04  3  **A.**   That is correct.

10:52:04  4  **Q.**   Okay.  And was that the same process for the

10:52:09  5  letter that was sent to the Government?

10:52:11  6  **A.**   Remind me again of that letter?

10:52:13  7  **Q.**   Your January 14, 2020, letter.  I think you

10:52:18  8  testified that you knew that was going to be sent to

10:52:22  9  the Government; is that fair?  Do you want a copy in

10:52:28  10  front of you?

10:52:29  11  **A.**   Yeah.  May I please see that?

10:52:32  12  **Q.**   Of course.

10:52:33  13  **A.**   Because you sort of lost me there on what that

10:52:35  14  detail means.

10:52:36  15  **Q.**   Lot of paperwork in this case.  I'm going to

10:52:38  16  show the witness what's in evidence as Exhibit 52,

10:52:43  17  and I'm going to show him Exhibit F2-82 --

10:52:49  18        THE COURT:  I'm sorry?

10:52:50  19        MR. LANGSTON:  I'm sorry, F2-82.

10:52:52  20        THE COURT:  Okay.

10:53:18  21        THE WITNESS:  Okay.  If may I ask if

10:53:20  22  you could repeat your question now that I have the

10:53:22  23  letter in front of me?

10:53:24  24        MR. LANGSTON:

10:53:24  25  **Q.**   Sure.  I was trying to understand the process

10:53:27  1   by which this letter was created.  I think you said

10:53:31  2   that with the declaration, you kind of got -- I'll

10:53:34  3   use the word talking points -- and then, you know,

10:53:37  4   you sort of corrected it off of that?

10:53:39  5   A.   Correct.  Because if you remember, that

10:53:41  6   declaration is very legal.  You know, I'm not going

10:53:44  7   to be able to draft a legal document like that.

10:53:46  8   Q.   Sure.

10:53:47  9   A.   But this -- no, this is -- Kathy Keneally asked

10:53:53  10  me to generate this letter, and it was designed to

10:54:05  11  be submitted to the Department of Justice.  And this

10:54:07  12  is just -- well, to the best of my knowledge, I

10:54:13  13  don't remember that Kathy had any appreciable input

10:54:17  14  on this at all.  I don't think so.

10:54:21  15  Q.   Did you send them a draft prior to the final

10:54:24  16  version?

10:54:26  17  A.   I must have, just to be sure that I wasn't

10:54:31  18  doing something that was really, really

10:54:33  19  inappropriate for communication with the Department

10:54:37  20  of Justice.

10:54:37  21  Q.   Do you remember whether they had any edits?

10:54:50  22  A.   I don't remember anything substantive that

10:54:53  23  would have -- I remember discussions on the phone

10:54:58  24  before I dictate the letter.  This is voice

10:55:03  25  recognition technology.

10:55:06    1              And the discussions on the phone

10:55:08    2    sort of hinged around, "Is this dementia from

10:55:13    3    Parkinson's?  Is this dementia from Alzheimer's?  Is

10:55:17    4    this dementia from Lewy bodies dementia?  Is this a

10:55:21    5    blend of all of those?"

10:55:23    6              And that's really the only thing I

10:55:25    7    remember in terms of discussions about the letter.

10:55:30    8    And then I finally made my decision about how to

10:55:34    9    state the final conclusion.

10:55:38   10    Q.   Okay.  So let me see if I can understand this.

10:55:41   11    So prior to the drafting of the letter there was a

10:55:45   12    phone call, and there was sort of discussion as --

10:55:48   13    sort of the information that would go into the --

10:55:50   14    into the letter?

10:55:52   15    A.   I mean -- well, yes.  Correct.  What -- what

10:55:54   16    the content should be, how comprehensive it should

10:55:58   17    be.  What points should be included -- that kind of

10:56:05   18    conversation.

10:56:05   19    Q.   Okay.  When you say what points should be

10:56:08   20    included so, "Make sure you talk about this," and

10:56:12   21    "Make sure you talk about that" -- that sort of

10:56:14   22    thing?

10:56:14   23    A.   Correct.

10:56:14   24    Q.   Who else was on the phone call?

10:56:16   25    A.   Nobody.

*SEAN W. GUMM, CSR #13168, RPR, CRR*

10:56:16   1   Q.   So it was just you and --

10:56:18   2   A.   Kathy.

10:56:19   3   Q.   Okay.  Do you remember which of these points

10:56:23   4   she told you to include?

10:56:25   5   A.   I -- I think it mostly was the other way around

10:56:28   6   where it wasn't that Kathy was telling me what to

10:56:33   7   include, it was my questions to her of, "Okay.  What

10:56:37   8   -- what are the elements of this letter that should

10:56:39   9   be included?"

10:56:43   10                  Because this is, as you can tell --

10:56:45   11   I mean, this is going -- ultimately going to the

10:56:48   12   Department of Justice.  And so, it had to have the

10:56:51   13   relevant points of the Department of Justice -- that

10:56:54   14   the Department of Justice needed.

10:56:55   15   Q.   Okay.  Who decided what the relevant points

10:56:57   16   were that the Department of Justice needed?

10:57:00   17   A.   It's going to be Kathy's guidance in terms of,

10:57:03   18   "These are the points that need to be included," and

10:57:06   19   then I followed through with that.

10:57:08   20   Q.   Did she tell you anything to leave out?

10:57:11   21   A.   No.  I don't remember deleting anything.

10:57:15   22   Q.   Well, prior -- you had this discussion prior to

10:57:18   23   actually writing the letter; is that fair?

10:57:19   24   A.   Correct.

10:57:20   25   Q.   So there wouldn't have been anything to delete

10:57:22  1   at that point; right?

10:57:23  2   **A.**   Correct.

10:57:23  3   **Q.**   So did she tell you on the phone call -- were

10:57:27  4   there any ideas that you had, "Maybe I should

10:57:29  5   include this," and she said, "No, don't include

10:57:33  6   that"?

10:57:33  7   **A.**   No.  Again, I think my conversation -- my

10:57:36  8   telephone conversation from January of 2020, mostly

10:57:40  9   focused on is the dementia related to the

10:57:47  10  Parkinson's disease or not related to the

10:57:49  11  Parkinson's disease and the different kind of

10:57:51  12  neurodegenerative process.  So that was it in a

10:57:54  13  nutshell.

10:57:54  14  **Q.**   Okay.  And I'll turn your attention to the --

10:58:00  15  the first paragraph on the second page.

10:58:02  16  **A.**   Okay.

10:58:05  17  **Q.**   And I'll put that up on the ELMO.

10:58:08  18  **A.**   Is that Parkinson's disease or vascular

10:58:10  19  Parkinson's?

10:58:11  20  **Q.**   The one above it.

10:58:12  21  **A.**   Above it?  Okay.

10:58:13  22  **Q.**   You see the, "They also concluded his ongoing

10:58:19  23  cognitive impairment is consistent with Lewy bodies

10:58:22  24  dementia"?

10:58:23  25  **A.**   Right.

10:58:23  1   Q.   "These diagnoses cannot be totally confirmed,

10:58:27  2   except at autopsy of the brain after the death of

10:58:30  3   the patient."

10:58:33  4   A.   Correct.

10:58:33  5   Q.   Was that one of the things she told you to make

10:58:35  6   sure you included?

10:58:35  7   A.   That's a statement of fact.

10:58:37  8   Q.   Oh, I understand that you believe everything in

10:58:40  9   this letter is sort of a statement of fact.

10:58:42  10  A.   Yeah.

10:58:43  11  Q.   So was that one of the facts that you discussed

10:58:46  12  on your phone call prior?

10:58:48  13  A.   Not to the best of my knowledge.

10:58:50  14  Q.   Okay.

10:58:52  15  A.   No.

10:58:52  16  Q.   Did you discuss this letter with anyone else

10:58:55  17  other than Ms. Keneally?

10:58:56  18  A.   No.

10:58:57  19  Q.   Did you have any conversation with any of the

10:59:00  20  other members of the team --

10:59:02  21  A.   No.

10:59:02  22  Q.   -- about what to include in the letters?

10:59:04  23  A.   No.   Nor were they copied on this letter, as

10:59:09  24  far as I know.

10:59:09  25  Q.   I'll put on the ELMO Exhibit I of 82.   This is

10:59:23  1   the letter Dr. Jankovic wrote to Ms. Keneally on the

10:59:26  2   same day.

10:59:27  3   A.   Okay.

10:59:27  4   Q.   And you didn't discuss -- Dr. Jankovic didn't

10:59:31  5   discuss this letter with you; is that fair?

10:59:33  6   A.   No.  No, I did not know he prepared this

10:59:35  7   letter.

10:59:35  8   Q.   Okay.  Looking at the fourth paragraph here,

10:59:39  9   "Notably, there is no test that can be administered

10:59:42  10  prior to autopsy that can confirm a diagnosis of

10:59:46  11  either Parkinson's disease or Lewy bodies dementia"?

10:59:52  12  A.   Correct.

10:59:52  13  Q.   So you didn't talk about that --

10:59:53  14  A.   No.

10:59:54  15  Q.   -- with Dr. Jankovic?

10:59:57  16  A.   No.

10:59:57  17  Q.   And you don't remember that being one of the

10:59:59  18  items Ms. Keneally told you to include in your

11:00:01  19  letter?

11:00:01  20  A.   No.

11:00:02  21  Q.   And I think both you and Dr. Jankovic also

11:00:14  22  discussed confabulation in your letters?

11:00:16  23  A.   In a letter?

11:00:17  24  Q.   In your letter -- sorry, I shouldn't ask you

11:00:19  25  about Dr. Jankovic's letter.  In your letter, you

SEAN W. GUMM, CSR #13168, RPR, CRR

11:00:22   1   discussed confabulation; is that fair?

11:00:26   2   **A.**   You are asking me if I discussed with Kathy

11:00:30   3   Keneally --

11:00:31   4   **Q.**   I'm asking is it in the letter itself?

11:00:34   5   **A.**   I don't remember any reference to that.  Do you

11:00:44   6   see any reference to confabulation in here?

11:00:51   7   **Q.**   Direct your attention to the second page.

11:00:56   8   **A.**   Both.

11:01:03   9   **Q.**   And final paragraph on the second page?

11:01:26   10   **A.**   Ah, okay.  Right there.  Okay.  "Report on past

11:01:30   11   events may be distorted by the high risk of

11:01:34   12   confabulation."

11:01:35   13                    Okay.  Okay.

11:01:36   14   **Q.**   And that's a true statement; right?

11:01:39   15   **A.**   Yes.

11:01:40   16   **Q.**   Okay.  Was that one of the things that

11:01:42   17   Ms. Keneally asked you to include in your letter?

11:01:49   18   **A.**   I do not -- I cannot answer that.  I don't

11:01:54   19   remember.

11:02:01   20   **Q.**   Okay.  And then, I'll show you Dr. Jankovic's

11:02:05   21   letter.  On the final paragraph of the first page of

11:02:10   22   Dr. Jankovic's letter he also writes, "Confabulation

11:02:15   23   differs from provocation or lying.  Confabulation is

11:02:17   24   a symptom of cognitive impairment, and is not

11:02:20   25   voluntary."

11:02:22   1           So your testimony is that you and

11:02:24   2   Dr. Jankovic did not consult at all on these

11:02:27   3   letters?

11:02:27   4   **A.**   That is correct.  I -- this is the first time

11:02:30   5   I've seen Dr. Jankovic's letter.

11:02:37   6   **Q.**   Okay.  Now, it's fair to say you've had -- I

11:02:41   7   think we said something like 22 discussions with

11:02:44   8   Defense Counsel about this case?

11:02:52   9   **A.**   Yes.

11:02:53   10   **Q.**   And you've never spoken to the Government about

11:02:55   11   this?

11:02:55   12   **A.**   No -- well, I've had conversations with the

11:02:58   13   Denver office.  Two special agents, but no lawyers.

11:03:02   14   **Q.**   Okay.  And through your attorney, the

11:03:04   15   Government reached out to you and asked you to speak

11:03:07   16   about this case back in September; is that fair?

11:03:09   17   **A.**   Correct.

11:03:10   18   **Q.**   And you declined?

11:03:12   19   **A.**   Correct.

11:03:12   20   **Q.**   And the Government also asked you to speak to

11:03:15   21   its experts to help the Court in evaluating this

11:03:21   22   case?

11:03:21   23   **A.**   Asked me to speak to whom?

11:03:24   24   **Q.**   The Government's experts in helping them

11:03:26   25   formulate their opinions.

SEAN W. GUMM, CSR #13168, RPR, CRR

11:03:28  1   **A.**   That is news to me.  What expert would be

11:03:33  2   physician or --

11:03:35  3   **Q.**   Dr. Dietz, Dr. Denney and Dr. Darby?

11:03:38  4   **A.**   No.  Those names are totally foreign.

11:03:42  5   **Q.**   Okay.  So on September 27th -- or on or about

11:03:48  6   September 27, 2021, your attorney did not tell you

11:03:51  7   that Dr. Pool [SIC] -- that the Government asked you

11:03:56  8   to speak to its experts?

11:03:58  9   **A.**   No, I -- I was not made aware of that.

11:04:01  10   **Q.**   I'll ask you this -- I'll mark this as 155.

11:04:14  11   Show it to the witness.

11:04:20  12          MR. LANGSTON:  May I approach, Your

11:04:21  13   Honor?

11:04:21  14          THE COURT:  You may approach.

11:04:25  15          THE WITNESS:  Thank you.

11:04:50  16          MR. LANGSTON:

11:04:50  17   **Q.**   I have a number of papers in front of me, so

11:04:54  18   I'm going to put it on the ELMO.  I wanted to make

11:04:56  19   sure that's what I handed to you as 155?

11:05:00  20   **A.**   There are no -- am I missing something?  I

11:05:04  21   don't see --

11:05:05  22   **Q.**   Do you see the e-mail from -- on September 27th

11:05:08  23   at 10:20 a.m. to Mr. Banfield?

11:05:12  24   **A.**   Yes, uh-huh.

11:05:13  25   **Q.**   My question is did Mr. Banfield forward this

1  question to meet with the prosecution team and its

2  experts to you?

3            MR. VARNADO:  Your Honor, object to

4  this as hearsay.  Dr. Pool's not anywhere on this

5  communication, and it's not in evidence.  I object

6  to this.

7            THE COURT:  Who is Mr. Banfield again?

8            MR. LANGSTON:

9  Q.   Mr. Banfield's your attorney?

10 A.   Mr. Banfield is Associate General Counsel for

11 Baylor College of Medicine.

12           THE COURT:  He testified earlier he

13 took advice from Mr. Banfield, so objection's

14 overruled.  You can ask him about the e-mail.

15           MR. LANGSTON:

16 Q.   So did Mr. Banfield forward this request to you

17 asking whether you would meet with the prosecution

18 team or its experts?

19 A.   The answer is no, but he did talk about it.

20 The reason is that the person who Ryan Ricky -- the

21 person who reached out to me was Evan Garrett

22 (phonetic).  And Evan Garrett had called and asked

23 to schedule a meeting.

24           And I called Mr. Banfield and asked

25 him for his legal opinion as to what would be most

11:06:32  1   appropriate.

11:06:33  2   Q.   Okay.  So did Mr. Banfield forward the request

11:06:38  3   to you that the Government's experts had asked to

11:06:41  4   meet with you?

11:06:42  5   A.   There aren't any experts here.

11:06:43  6   Q.   Do you see the line, "Is Dr. Pool willing to

11:06:46  7   meet with the prosecution team or its experts prior

11:06:49  8   to the hearing"?

11:06:50  9   A.   Oh, I see.  Thank you very much.  Okay.  And

11:06:55 10   the answer is the experts is -- was not addressed,

11:07:00 11   but there was a verbal communication in which

11:07:02 12   Mr. Banfield said that you all had contacted him and

11:07:07 13   he had declined.

11:07:08 14   Q.   Okay.  Did you -- and so, I want to make sure

11:07:14 15   -- is it your decision not to talk or was it

11:07:16 16   Mr. Banfield's on your behalf?

11:07:17 17   A.   Mr. Banfield.

11:07:18 18   Q.   Okay.  So Mr. Banfield told you the

11:07:26 19   Government's experts wanted to speak with you, and

11:07:30 20   that -- Mr. Banfield told you the Government's

11:07:33 21   experts wanted to speak with you?

11:07:34 22   A.   No.

11:07:35 23   Q.   Okay.  He just told you that he had declined on

11:07:38 24   your behalf to speak with the Government experts?

11:07:40 25   A.   No.  He told me that he had declined a meeting

11:07:46  1   between the lawyers for the prosecution, nothing

11:07:52  2   about any physician experts -- or experts --

11:07:56  3   physician or non-experts.

11:07:57  4   **Q.**   You weren't even aware the Government had

11:07:59  5   experts in this case?

11:08:00  6   **A.**   Correct.

11:08:01  7   **Q.**   Okay.  Did you have any discussion with the

11:08:05  8   defense experts in this case?

11:08:07  9   **A.**   No, I have not -- I have not had any

11:08:16  10   interaction with individuals who are experts for

11:08:23  11   Defense.  My contact has been only with legal

11:08:28  12   counsel for the defense.

11:08:29  13   **Q.**   Okay.  So you didn't speak to Dr. Agronin?

11:08:32  14   **A.**   No.

11:08:32  15   **Q.**   You didn't speak to Dr. Guilmette?

11:08:34  16   **A.**   No.

11:08:36  17   **Q.**   Dr. Wisniewski?

11:08:39  18   **A.**   No.

11:08:40  19   **Q.**   Dr. Whitlow?

11:08:41  20   **A.**   No.

11:08:41  21   **Q.**   Okay.  Let's talk a little bit more about

11:08:46  22   Dr. Lai.

11:08:47  23   **A.**   Okay.

11:08:47  24   **Q.**   I think Defense Counsel asked you if you had

11:08:53  25   spoken with Dr. Lai; is that fair?

SEAN W. GUMM, CSR #13168, RPR, CRR

11:08:54   1   **A.**   Correct.

11:08:55   2   **Q.**   And he showed you Dr. Lai's -- Defense

11:09:01   3   Exhibit 48, the October 7, 2021 exam that Dr. Lai

11:09:06   4   did?

11:09:06   5   **A.**   Correct.

11:09:07   6   **Q.**   Okay.  You said that Dr. Lai was a member of

11:09:09   7   the treatment team?

11:09:10   8   **A.**   Correct.

11:09:10   9   **Q.**   That you viewed Dr. Lai as the number two

11:09:17   10   Parkinson's person in Houston?

11:09:19   11   **A.**   Right.

11:09:20   12   **Q.**   Houston has some pretty good doctors?

11:09:23   13   **A.**   Right.

11:09:24   14   **Q.**   And getting back to your letter for a second.

11:09:29   15   It's fair to say as of January of 2020, you believed

11:09:36   16   that Mr. Brockman had mild to moderate dementia?

11:09:38   17   **A.**   Correct.

11:09:40   18   **Q.**   And members of your team, Dr. York thought that

11:09:44   19   going back to March of 2019; is that fair?

11:09:47   20   **A.**   Correct.

11:09:47   21   **Q.**   And so, was it fair to say that in your opinion

11:09:51   22   he had mild to moderate dementia going back to

11:09:54   23   March?

11:09:54   24   **A.**   Correct.

11:09:55   25   **Q.**   Okay.  And after you wrote that letter -- or

11:10:01  1  actually, prior to you writing that letter Dr. Lai

11:10:04  2  had examined Mr. Brockman; is that fair?

11:10:08  3  **A.**   Yes.  Right, because it was 2019.  Mm-hmm.

11:10:12  4  **Q.**   And Dr. Lai examined Mr. Brockman for the first

11:10:15  5  time on January 8th of 2020?

11:10:19  6  **A.**   Okay.

11:10:21  7  **Q.**   Well, you viewed Dr. Lai's medical records in

11:10:24  8  this case; right?

11:10:25  9  **A.**   I do.

11:10:26  10  **Q.**   Because you are the quarterback of the team, so

11:10:29  11  you've gotta see, you know -- I don't know how to

11:10:32  12  extend that analogy, but you've gotta see the

11:10:35  13  medical records; is that fair?

11:10:35  14  **A.**   Correct.

11:10:36  15  **Q.**   Okay.  So you've seen the January 8, 2020,

11:10:40  16  medical records?

11:10:42  17  **A.**   On or about the time it was generated by

11:10:44  18  Dr. Lai.

11:10:45  19  **Q.**   Okay.  Did you see those prior to when you

11:10:48  20  finished your letter with Ms. Keneally?

11:10:52  21  **A.**   Not very likely.

11:10:54  22  **Q.**   Okay.  Um, and in January of 2020 -- and I'll

11:11:00  23  mark this as 156 -- have you seen this before?

11:11:24  24          MR. VARNADO:  Your Honor, just ask that

11:11:26  25  if it's a multipage document that he be given a copy

11:11:29    1    to look at.  It's easier than the screen.

11:11:31    2              THE COURT:  Does he have the entire

11:11:33    3    document?

11:11:33    4              MR. LANGSTON:  I can show him the

11:11:35    5    entire document.

11:11:36    6              THE WITNESS:  Could I?

11:11:37    7              THE COURT:  Do you have an extra one

11:11:38    8    for him to look at?

11:11:39    9              MR. LANGSTON:  Sadly I do not, Your

11:11:41   10    Honor, but I can show it to him and ask the

11:11:43   11    questions based on that.

11:11:45   12              THE WITNESS:  Okay.  Thank you.  Yes,

11:12:09   13    um, I re -- I'm sure I reviewed this in the first

11:12:16   14    quarter of 2020.

11:12:17   15              MR. LANGSTON:

11:12:17   16    Q.   Okay.  And so, that's Dr. Lai's examination

11:12:19   17    from January 8th of 2020?

11:12:21   18    A.   Right.

11:12:21   19    Q.   And Dr. Lai disagrees with your diagnosis; is

11:12:24   20    that fair?

11:12:24   21    A.   Which diagnosis?

11:12:26   22    Q.   The diagnosis of mild to moderate dementia?

11:12:56   23    A.   I'm looking for Dr. Lai's --

11:12:58   24    Q.   Go to the blue tab.  It may help.

11:13:01   25    A.   Okay -- oh.  And it highlighted, "Diagnosis of

| | |
|---|---|
| 11:13:07 | 1 |
| 11:13:09 | 2 |

Parkinson's disease with mild to moderate cognitive impairment."

Okay.  "Therefore his clinical findings are most consistent with the diagnosis of Parkinson's disease, with mild to moderate cognitive impairment.  Differential diagnosis including dementia with Lewy bodies, vascular parkinsonism, secondary parkinsonism, or parkinsonism-plus syndrome."

I mean, the -- my interpretation of that sentence is the we're totally on the same page.

Q.   I want to make sure I understand your testimony.  Dr. Lai says that he has mild to moderate cognitive impairment?

A.   Okay.

Q.   Is that fair?

A.   Correct.

Q.   There's a difference between mild to moderate cognitive impairment and mild to moderate dementia; is that fair?

A.   Not entirely, because I would say that in, um, generating clinic notes you can inappropriately exchange expressions that mean the same thing.  And based upon -- based upon the way this is written -- and if you talk to Eugene Lai I would imagine he

11:14:34   1   would say, "Yeah, I understand," it would have been

11:14:38   2   better to say mild to moderate dementia.

11:14:40   3   Q.   Your testimony is mild to moderate cognitive

11:14:42   4   impairment is the same thing as mild to moderate

11:14:44   5   dementia?

11:14:46   6   A.   The answer -- no, no, no.  What I'm saying is

11:14:48   7   the way -- the way clinic notes are generated --

11:14:52   8   because when you look at the rest of that -- that

11:14:56   9   paragraph, "Dementia with Lewy bodies" -- et cetera,

11:15:00   10   et cetera -- I think he's saying the same thing.

11:15:02   11                THE COURT:  One quick question.  Is

11:15:03   12   this doctor going to be appearing?

11:15:06   13                MR. LANGSTON:  We don't know.

11:15:06   14                THE COURT:  Is this doctor going to be

11:15:08   15   appearing?

11:15:08   16                MR. VARNADO:  We may not call him,

11:15:10   17   Judge.

11:15:11   18                THE COURT:  Okay.

11:15:11   19                MR. VARNADO:  Just in the interests of

11:15:13   20   time, because I think it might be cumulative to

11:15:16   21   what's in the record here.

11:15:17   22                THE COURT:  I'm just curious, because

11:15:20   23   there's a discrepancy if the doctor will appear.

11:15:24   24                MR. LANGSTON:  He's on the Defense's

11:15:25   25   witness list, but if we're cutting him for time --

| | | |
|---|---|---|
| 11:15:28 | 1 | MR. VARNADO:  Yeah. |
| 11:15:28 | 2 | MR. LANGSTON:  -- then this is one of a |
| 11:15:31 | 3 | series of examinations by Dr. Lai.  The Defense |
| 11:15:33 | 4 | offered the last one, so we figured we're going to |
| 11:15:36 | 5 | explore the first. |
| 11:15:38 | 6 | MR. VARNADO:  More than happy to have |
| 11:15:40 | 7 | the first three explored, but I would note Dr. Lai |
| 11:15:42 | 8 | was originally on the Government's witness list and |
| 11:15:44 | 9 | they pulled him off -- |
| 11:15:45 | 10 | THE COURT:  Okay. |
| 11:15:46 | 11 | MR. VARNADO:  -- anyway, after his last |
| 11:15:48 | 12 | diagnosis. |
| 11:15:48 | 13 | THE COURT:  Not a problem.  I'm not |
| 11:15:49 | 14 | really worried about who's list.  We're all making |
| 11:15:56 | 15 | assumptions about what he said and how he wrote it, |
| 11:15:58 | 16 | and nobody says they've already talked to him about |
| 11:16:00 | 17 | it.  So I'm just wondering if he's going to be |
| 11:16:02 | 18 | present. |
| 11:16:06 | 19 | MR. LANGSTON: |
| 11:16:07 | 20 | Q.  So it's fair to say that in January of 2020, |
| 11:16:09 | 21 | Dr. Lai says, "Mild to moderate cognitive |
| 11:16:14 | 22 | impairment"? |
| 11:16:14 | 23 | A.  That is so stated. |
| 11:16:15 | 24 | Q.  Okay.  And your interpretation by that is he |
| 11:16:17 | 25 | means mild to moderate dementia? |

| | | |
|---|---|---|
| 11:16:19 | 1 | **A.**   Correct. |
| 11:16:19 | 2 | MR. LANGSTON:  I'll offer 156. |
| 11:16:22 | 3 | MR. VARNADO:  No objection. |
| 11:16:23 | 4 | THE COURT:  Without objection, 156 is |
| 11:16:25 | 5 | admitted. |
| 11:16:25 | 6 | THE WITNESS:  Thank you. |
| 11:16:27 | 7 | MR. LANGSTON: |
| 11:16:27 | 8 | **Q.**   And show the witness 157, which is Dr. Lai's |
| 11:16:30 | 9 | notes from February 12, 2020. |
| 11:16:36 | 10 | **A.**   Okay don't I need to go to the blue tab. |
| 11:16:39 | 11 | **Q.**   First, is that his notes from February 12, |
| 11:16:44 | 12 | 2020? |
| 11:16:45 | 13 | **A.**   Yes. |
| 11:16:47 | 14 | **Q.**   You've seen those? |
| 11:16:49 | 15 | **A.**   Yes. |
| 11:16:50 | 16 | **Q.**   And you took that into consideration as part of |
| 11:16:53 | 17 | your examination of Mr. Brockman? |
| 11:16:56 | 18 | **A.**   Yes. |
| 11:16:57 | 19 | **Q.**   Okay.  And again -- now you can go to the blue |
| 11:17:01 | 20 | tab? |
| 11:17:02 | 21 | **A.**   Yep. |
| 11:17:03 | 22 | **Q.**   And again, Dr. Lai says, "Mild to moderate |
| 11:17:07 | 23 | cognitive impairment"? |
| 11:17:08 | 24 | **A.**   Mild cognitive impairment. |
| 11:17:10 | 25 | **Q.**   Mild cognitive impairment? |

11:17:12  1  **A.**   Correct.

11:17:12  2  **Q.**   And -- and that's different than mild dementia;

11:17:18  3  is that fair?

11:17:19  4  **A.**   I would be uncomfortable with assuming that

11:17:25  5  he's not using the terms interchangeably.

11:17:29  6  **Q.**   Okay.  So Dr. Lai -- you said he's the second

11:17:32  7  best doctor in Houston, right, for Parkinson's?

11:17:36  8  **A.**   For Parkinson's, right.

11:17:37  9  **Q.**   So he knows the difference between mild

11:17:40  10  cognitive impairment and dementia; right?

11:17:41  11  **A.**   I guess the question is how he's using the

11:17:45  12  language.

11:17:45  13  **Q.**   Well, it's important to you -- to understand in

11:17:48  14  quarterbacking Mr. Brockman's care --

11:17:50  15  **A.**   Right.

11:17:50  16  **Q.**   -- whether he has mild cognitive impairment or

11:17:53  17  dementia; right?

11:17:55  18  **A.**   The net -- the net of the performance of the

11:18:01  19  patient is still the most important denominator.

11:18:05  20  **Q.**   Okay.  In fact, one of the distinctions between

11:18:08  21  mild cognitive impairment and dementia is that at

11:18:12  22  the dementia stage the disease has started to affect

11:18:16  23  activities of daily living; is that fair?

11:18:20  24  **A.**   Both can.

11:18:21  25  **Q.**   Okay.  Well, what is your understanding of the

*SEAN W. GUMM, CSR #13168, RPR, CRR*

11:18:24  1   difference between mild cognitive impairment and

11:18:25  2   dementia?

11:18:26  3   A.   Well, part of it is that the categorization so

11:18:34  4   that you -- when you declare somebody cognitively

11:18:40  5   impaired, you are unable to assign a diagnostic

11:18:44  6   category to them.

11:18:47  7             So you are saying -- okay.  You

11:18:50  8   don't know exactly what -- in that first note you

11:18:57  9   gave me you don't know exactly what Eugene Lai is

11:19:00  10  trying to communicate, because he may be saying,

11:19:05  11  "Yes, Parkinson's disease with cognitive

11:19:10  12  impairment."

11:19:10  13            But I don't know whether this

11:19:11  14  dementia is Lewy bodies, or vascular, or

11:19:15  15  Alzheimer's -- on and on.  So he's -- he's -- he's

11:19:20  16  pulling back from the categorical diagnosis of which

11:19:24  17  dementia and just telling you that, "You are dealing

11:19:29  18  with a dementia process," but he can't tell you

11:19:32  19  which one it is.  He's not that confident.

11:19:34  20  Q.   Okay.  And -- I mean, did that affect your

11:19:37  21  diagnosis and subsequent treatment of Mr. Brockman

11:19:39  22  that he wasn't confident?  I'm sorry.  You have to

11:19:44  23  answer out loud so the court reporter can hear you?

11:19:46  24  A.   I'm sorry, no.  Because it -- you realize with

11:19:50  25  all of the elements of the cognitive changes

11:19:56  1   everybody has been uncertain as to is it Lewy bodies

11:20:01  2   dementia, is it vascular dementia, is it Alzheimer's

11:20:04  3   disease, is it Parkinson's disease with parkinsonism

11:20:10  4   dementia?

11:20:11  5                    And that's -- I think much of what

11:20:13  6   you are reading is the uncertainty of which way to

11:20:16  7   declare the cognitive impairment.

11:20:18  8   Q.   Okay.  Did you get on the phone with Dr. Lai to

11:20:21  9   clear this up?

11:20:22  10  A.   No.

11:20:22  11  Q.   Okay.  And so, you are going based on the

11:20:25  12  medical records; right?

11:20:26  13  A.   Right.

11:20:26  14  Q.   And the medical records say mild cognitive

11:20:29  15  impairment; is that fair?

11:20:30  16  A.   Correct.

11:20:31  17  Q.   Okay.

11:20:32  18                    MR. LANGSTON:  I'll offer 157.

11:20:34  19                    THE COURT:  Any objection?

11:20:35  20                    MR. VARNADO:  No objection.

11:20:35  21                    THE COURT:  Without objection, 157 is

11:20:37  22  admitted.

11:20:42  23                    MR. LANGSTON:  I'm going to show the

11:20:44  24  witness 158, which is the Dr. Lai records from

11:20:53  25  February 22nd of 2021.

11:20:56   1           MR. VARNADO:  I think these are all in

11:20:57   2   as defense exhibits, but if you want to remark them.

11:21:11   3           MR. LANGSTON:

11:21:11   4   **Q.**   Okay.  Records from February 2021, that's this

11:21:15   5   year?

11:21:15   6   **A.**   Mm-hmm.

11:21:20   7   **Q.**   You reviewed these in evaluating Mr. Brockman's

11:21:22   8   treatment?

11:21:22   9   **A.**   Correct.

11:21:23   10   **Q.**   If you'll turn to the blue tab again here he

11:21:26   11   says, "Mild cognitive impairment"; is that fair?

11:21:29   12   **A.**   That is correct.

11:21:30   13   **Q.**   And in the clinical follow up, he actually does

11:21:33   14   not mention the word dementia in there; does he?

11:21:37   15   **A.**   Correct.

11:21:38   16           MR. LANGSTON:  I'll offer 158.

11:21:39   17           MR. VARNADO:  No objection.

11:21:40   18           THE COURT:  Without objection, 158 is

11:21:42   19   admitted.

11:21:56   20           MR. LANGSTON:

11:21:57   21   **Q.**   And then we'll turn now to Defense 48.  Do you

11:22:04   22   know how long the examination was by Dr. Lai in

11:22:08   23   October 7th of 2021?

11:22:10   24   **A.**   You mean time wise?

11:22:13   25   **Q.**   Yes.

11:22:14  1   **A.**   I do not.

11:22:16  2            MR. LANGSTON:   Going to show the

11:22:17  3   witness 48.   This is Defense 48.

11:22:26  4   **Q.**   If you'll turn to the last page.   Was it

11:22:39  5   42 minutes?

11:22:44  6   **A.**   Yes.

11:22:44  7   **Q.**   And that includes a review of previous medical

11:22:50  8   records; right?

11:22:51  9   **A.**   Correct.

11:22:51  10  **Q.**   That included MoCA testing?

11:22:54  11  **A.**   Correct.

11:22:54  12  **Q.**   That included care coordination?

11:22:57  13  **A.**   Correct.

11:22:57  14  **Q.**   The discussion of adjustments to medication?

11:23:02  15  **A.**   Correct.

11:23:03  16  **Q.**   That included the counseling and education part

11:23:06  17  of the visit where they told Mr. Brockman, "These

11:23:09  18  are the results and what you have to do as a result

11:23:11  19  of that"; is that fair?

11:23:12  20  **A.**   Correct.

11:23:12  21  **Q.**   And it actually included Dr. Lai doing the

11:23:15  22  paperwork?

11:23:16  23  **A.**   Doing the paperwork?

11:23:17  24  **Q.**   The documentation of the visit.

11:23:22  25  **A.**   Yeah, it does.   It states that.

11:23:24   1   Q.   Okay.  So all of those things, including his

11:23:27   2   evaluation, that all took place in 42 minutes; is

11:23:30   3   that fair?

11:23:31   4   A.   That's so stated.

11:23:33   5   Q.   Okay.  All right.  And we're done with that, so

11:23:49   6   you can -- you can keep a copy of it if you like,

11:23:52   7   but I'm not going to ask you any more questions

11:23:54   8   about that.

11:23:55   9   A.   Okay.  Thank you.

11:24:04   10   Q.   All right.  Now, you've been practicing for a

11:24:06   11   number of years; is that fair?

11:24:07   12   A.   Correct.

11:24:08   13   Q.   How many?

11:24:08   14   A.   In Houston, 44.

11:24:10   15   Q.   Okay.  And so, 44 years means you sort of cross

11:24:14   16   over the introduction of the *WebMD*; is that fair?

11:24:18   17   A.   Yes.  Yeah.

11:24:19   18   Q.   You are familiar with that website?

11:24:21   19   A.   Yeah.

11:24:21   20   Q.   It's a website where your patients go to, and

11:24:24   21   look up symptoms and then come terrified to you; is

11:24:28   22   that fair?

11:24:28   23   A.   One interpretation.

11:24:30   24   Q.   Okay.  And it's fair to say that that -- the --

11:24:34   25   the existence of *WebMD* and other websites is

11:24:39  1    something you have to take into consideration when

11:24:41  2    evaluating a patient; right?

11:24:43  3    **A.**   How do I take it into consideration?   What is

11:24:46  4    the question?

11:24:47  5    **Q.**   Is it something you have to take into

11:24:48  6    consideration that maybe they looked this up on the

11:24:52  7    internet?

11:24:52  8    **A.**   It's not -- I mean, I usually don't take that

11:24:55  9    into consideration.

11:24:56  10   **Q.**   Have you ever experienced a patient coming to

11:24:59  11   you with symptoms they looked up on the internet?

11:25:03  12   **A.**   Yes.

11:25:05  13   **Q.**   Okay.   They'll -- you know, they'll come in

11:25:07  14   with even a printout and say, "Look, I have all of

11:25:11  15   these"?

11:25:12  16   **A.**   No, I've never seen that.

11:25:14  17   **Q.**   Happening with other doctors?

11:25:15  18   **A.**   Oh, yes.   Yeah.

11:25:17  19   **Q.**   Someone looks up on the internet and think they

11:25:20  20   have a far more serious illness than they actually

11:25:22  21   do?

11:25:22  22   **A.**   I'm sure that happens.

11:25:23  23   **Q.**   They can type in headache and it says "Ebola";

11:25:27  24   right?   That sometimes happens?

11:25:31  25   **A.**   I'm sure that does happen.

11:25:32   1   **Q.**   Okay.  And do you know whether Mr. Brockman has

11:25:35   2   ever Googled his symptoms?

11:25:38   3   **A.**   No, I do not know.

11:25:39   4   **Q.**   Did he ever tell you that he's looked up

11:25:43   5   symptoms on the internet?

11:25:45   6   **A.**   No.

11:25:45   7   **Q.**   Okay.  Let's shift gears a little bit.  I want

11:25:48   8   to talk you to a little bit about your medical

11:25:50   9   records here.  That's DX-80.

11:25:58   10   **A.**   Okay.

11:25:58   11   **Q.**   I'll hand you a copy, just to facilitate.

11:26:06   12   **A.**   Thank you.

11:26:08   13   **Q.**   Actually, I'll give you the stapled copy so you

11:26:11   14   don't have to.  All right.  So these are your

11:26:16   15   medical records related to -- not all of them,

11:26:20   16   obviously, because it's a phonebook -- but these are

11:26:22   17   some of your medical records related to your

11:26:24   18   treatment of Mr. Brockman; is that fair?

11:26:26   19   **A.**   Correct.

11:26:26   20   **Q.**   At least with some of these, it appears that

11:26:29   21   what you are doing is you are kind of -- you are

11:26:31   22   writing down on sort of other paper you have in your

11:26:36   23   hands notes during your treatment?

11:26:37   24   **A.**   Correct.  Correct.

11:26:38   25   **Q.**   And so, the notes aren't always related to

6-120

11:26:41  1   whatever the piece of paper is, but that's just the

11:26:44  2   piece of paper in your hands when you are writing

11:26:46  3   the notes; is that fair?

11:26:47  4   **A.**   Correct.

11:26:47  5   **Q.**   And so, like on Page 2 you have a note, "Frank

11:26:53  6   Gutierrez.  Three months.  Texas Healthcare."

11:26:56  7          You learned that information and

11:26:58  8   wrote it down that day?

11:26:59  9   **A.**   Correct.

11:26:59 10   **Q.**   Is it fair to say that we can rely on the times

11:27:02 11   there?  So this is printed Monday, June 14, 2021, at

11:27:07 12   1:30?

11:27:08 13   **A.**   That was the date of the visit.

11:27:09 14   **Q.**   And that's probably the date -- you are writing

11:27:11 15   -- you are not pulling paper out from three months

11:27:14 16   ago; is that fair?

11:27:14 17   **A.**   No.  No.

11:27:16 18   **Q.**   And that's true kind of throughout these

11:27:18 19   records; is that fair?

11:27:19 20   **A.**   Right.

11:27:20 21   **Q.**   Now, I want you to turn to -- there's sort of

11:27:29 22   Bates numbers on the bottom, so 5062.  And this is

11:27:42 23   discussing -- this is -- these are Dr. Jankovic's

11:27:50 24   notes; is that fair?

11:27:54 25   **A.**   Okay.  Thank you.

11:28:02  1   Q.   These aren't your notes but Dr. Jankovic's

11:28:04  2   notes; right?

11:28:05  3   A.   Correct.

11:28:06  4   Q.   Okay.  But these are notes that you considered

11:28:08  5   in your care of Mr. Brockman?

11:28:10  6   A.   Correct.

11:28:10  7   Q.   Okay.  Here it says his, "RBD has improved

11:28:17  8   since being placed on Trazodone" --

11:28:24  9   T-R-A-Z-O-D-O-N-E."

11:28:25  10   A.   Correct.

11:28:26  11   Q.   What is RBD?

11:28:40  12   A.   I'm not sure what that abbreviation is.

11:28:42  13   Q.   Okay.  Is that -- if we go to the next page,

11:28:46  14   does that refresh your recollection that it's REM

11:28:49  15   behavioral disorder?

11:28:50  16   A.   Okay.  Okay.

11:28:59  17   Q.   Are you familiar with what REM behavioral

11:29:01  18   disorder?

11:29:02  19   A.   The answer is not to the degree of the sleep

11:29:05  20   specialist would.

11:29:05  21   Q.   Okay.  Dr. Jankovic's not a sleep specialist;

11:29:08  22   is that fair?

11:29:08  23   A.   Correct.

11:29:09  24   Q.   Did you order a sleep study among the many

11:29:12  25   tests you ordered here?

SEAN W. GUMM, CSR #13168, RPR, CRR

11:29:13  1   **A.**   No.

11:29:14  2   **Q.**   So it's fair to say the REM behavioral disorder

11:29:18  3   -- that's based on something Mr. Brockman or his

11:29:21  4   wife reported; is that fair?

11:29:26  5           MR. VARNADO:  Objection.  Calls for

11:29:27  6   speculation.

11:29:28  7           THE WITNESS:  Yeah, I don't know where

11:29:29  8   that -- that -- that pattern of history came from.

11:29:34  9           MR. LANGSTON:

11:29:34  10  **Q.**   Okay.  But you are not aware of any --

11:29:36  11          MR. LANGSTON:  I'll rephrase, Your

11:29:37  12  Honor.

11:29:37  13          THE COURT:  Okay.

11:29:37  14          MR. LANGSTON:

11:29:37  15  **Q.**   You are not aware of any sleep study that was

11:29:42  16  done?

11:29:42  17  **A.**   Not at that time.  I'm aware of sleep studies

11:29:46  18  done currently.

11:29:46  19  **Q.**   But those sleep studies did not happen until

11:29:49  20  2021?

11:29:50  21  **A.**   Correct.

11:29:50  22  **Q.**   You weren't the person that actually ordered

11:29:53  23  those sleep studies?

11:29:54  24  **A.**   I was not.

11:29:55  25  **Q.**   It was Dr. Darby?

SEAN W. GUMM, CSR #13168, RPR, CRR

| | | |
|---|---|---|
| 11:29:56 | 1 | **A.**  It was somebody on the prosecution team. |
| 11:29:58 | 2 | **Q.**  Okay.  You've never ordered a sleep study? |
| 11:30:01 | 3 | **A.**  I have not. |
| 11:30:01 | 4 | **Q.**  You are not aware of any member of your team |
| 11:30:04 | 5 | ordering a sleep study? |
| 11:30:05 | 6 | **A.**  That is correct. |
| 11:30:10 | 7 | **Q.**  No one came in with a printout of a sleep study |
| 11:30:15 | 8 | done at another lab? |
| 11:30:16 | 9 | **A.**  That is correct. |
| 11:30:17 | 10 | **Q.**  Okay.  I want to ask you now about 5057. |
| 11:30:38 | 11 | **A.**  Okay.  5057.  There I am. |
| 11:30:41 | 12 | **Q.**  Okay.  And these aren't your notes; is that |
| 11:30:44 | 13 | fair to say? |
| 11:30:44 | 14 | **A.**  They are not. |
| 11:30:47 | 15 | **Q.**  It's actually a letter from Mr. Brockman to |
| 11:30:50 | 16 | you, or some sort of piece of paper he brought in |
| 11:30:54 | 17 | with him? |
| 11:30:54 | 18 | **A.**  Correct. |
| 11:30:55 | 19 | **Q.**  Okay.  This is something -- this came from him; |
| 11:31:00 | 20 | is that fair to say? |
| 11:31:02 | 21 | **A.**  Yes.  He has his name at the bottom, correct. |
| 11:31:14 | 22 | **Q.**  These are his notes? |
| 11:31:15 | 23 | **A.**  Correct. |
| 11:31:16 | 24 | **Q.**  This is something he came to the examination |
| 11:31:18 | 25 | prepared with? |

11:31:19  1   **A.**   Correct.

11:31:19  2   **Q.**   It says, "In addition to the problems listed on

11:31:22  3   10/1/18, these are the newly added issues"; is that

11:31:28  4   fair?

11:31:28  5   **A.**   Correct.

11:31:29  6   **Q.**   Okay.  And then the next page, is that sort of

11:31:34  7   an attachment that he brought in?

11:31:41  8   **A.**   That is correct.

11:31:42  9   **Q.**   Okay.  Is that his handwriting at the bottom or

11:31:45  10  your handwriting?

11:31:46  11  **A.**   No, it's not me.

11:31:47  12  **Q.**   So it's not your handwriting?

11:31:49  13  **A.**   Not at all.

11:31:50  14  **Q.**   In fact, you were not even his doctor as of

11:31:52  15  October 1, 2018; is that fair?

11:31:54  16  **A.**   That is correct.

11:31:55  17  **Q.**   So this is not something you could have had in

11:31:58  18  your medical records; right?

11:31:59  19  **A.**   Correct.

11:32:00  20  **Q.**   So best recollection, this is something he

11:32:02  21  brought to you on October 1, 2019 and said, "These

11:32:07  22  are my symptoms as of a year ago"; is that fair?

11:32:12  23  **A.**   Correct.

11:32:12  24  **Q.**   And these symptoms -- "Bad posture caused by

11:32:17  25  sunken chest.  Overall lack of stamina and strength.

11:32:20   1   Major loss of balance, I couldn't stand up on the

11:32:25   2   foredeck of a flats boat" -- do you know what a

11:32:30   3   flats boat is?

11:32:32   4   **A.**   I assume it's a -- one of the vessels that

11:32:37   5   actually has a front deck on it.

11:32:40   6   **Q.**   Okay.

11:32:41   7   **A.**   You go up on the front deck.

11:32:42   8   **Q.**   Okay.  Got you.  So if I understand it, this is

11:32:46   9   Mr. Brockman in October of 2019 saying, "These were

11:32:50   10   the symptoms I had on October 1st of 2018"?

11:32:56   11   **A.**   Mm-hmm.

11:32:57   12   **Q.**   Okay.  I'm going to show you what I will mark

11:33:03   13   as 159.  This is e-mail from Mr. Brockman to Stuart

11:33:31   14   Yudofsky on January 20th of 2019; is that fair?

11:33:34   15   **A.**   Mm-hmm.

11:33:35   16   **Q.**   And so, this would have been -- this is three

11:33:43   17   months after October 1st of 2018; is that fair?

11:33:45   18   **A.**   That is -- yes.

11:33:46   19   **Q.**   Okay.  It says, "Stuart, the meeting today went

11:33:51   20   excellently, in spite of some unfortunate news.  My

11:33:54   21   belief is that when the whole truth comes out, that

11:33:57   22   issue may look somewhat differently.

11:34:00   23           "On another subject, looking through

11:34:02   24   some more of the symptoms on Google, I have these as

11:34:07   25   well," and then he lists a series of symptoms; is

11:34:11  1   that fair?

11:34:11  2   A.   Yes.

11:34:12  3   Q.   And, "The major loss of balance, I couldn't

11:34:16  4   stand up on the foredeck of a flats boat," is the

11:34:21  5   same thing we were talking about on your list;

11:34:23  6   correct?

11:34:23  7   A.   Yes.

11:34:23  8   Q.   In fact, these are almost exactly the same

11:34:27  9   symptoms?

11:34:27  10  A.   Correct.

11:34:27  11  Q.   The wording is the same.  It's literally the

11:34:33  12  same; right?  It's major loss of balance, "I

11:34:36  13  couldn't stand up on the foredeck of a flats boat

11:34:40  14   -- that's exactly what he gave you -- the list he

11:34:41  15  gave you purporting to be symptoms on October 1st,

11:34:43  16  2018?

11:34:43  17  A.   Correct.

11:34:44  18  Q.   Okay.

11:34:44  19              MR. LANGSTON:  I'll offer 5159.

11:34:47  20              MR. VARNADO:  No objection, Your Honor.

11:34:48  21              THE COURT:  Without objection, 159 is

11:34:50  22  admitted.

11:35:01  23              MR. LANGSTON:

11:35:01  24  Q.   Did the Defendant tell you he discussed these

11:35:04  25  symptoms with Dr. Yudofsky prior to talking to you?

| | | |
|---|---|---|
| 11:35:06 | 1 | **A.**   No, I didn't know that he had a relationship |
| 11:35:09 | 2 | with Dr. Yudofsky. |
| 11:35:11 | 3 | **Q.**   Okay.  But you knew that Dr. Yudofsky was |
| 11:35:13 | 4 | following his care; is that fair to say? |
| 11:35:15 | 5 | **A.**   No. |
| 11:35:15 | 6 | **Q.**   Dr. Yudofsky received copies of the medical |
| 11:35:22 | 7 | records in this case; didn't he?  Well, let's look |
| 11:35:26 | 8 | at 5062 of your -- again, this is Defense |
| 11:35:36 | 9 | Exhibit 80. |
| 11:35:36 | 10 | **A.**   5062? |
| 11:35:37 | 11 | **Q.**   Yes.  And again -- this one might be easier. |
| 11:35:40 | 12 | It'll be faster on the screen, but you can look at |
| 11:35:45 | 13 | it on paper if you prefer. |
| 11:35:46 | 14 | **A.**   Okay.  What's on the screen is different than |
| 11:35:56 | 15 | 5062 here. |
| 11:35:58 | 16 | **Q.**   Go down to the middle section, "Follow-up |
| 11:36:09 | 17 | Visit." |
| 11:36:09 | 18 | **A.**   Okay. |
| 11:36:10 | 19 | **Q.**   Are we looking at the same thing here, 5062? |
| 11:36:15 | 20 | **A.**   Yeah, now we are.  Yeah, we are. |
| 11:36:17 | 21 | **Q.**   Okay.  And it says -- these are Dr. Jankovic's |
| 11:36:21 | 22 | medical records -- |
| 11:36:22 | 23 | **A.**   I see, Dr. Jankovic's notes.  Okay. |
| 11:36:24 | 24 | **Q.**   These are Dr. Jankovic's notes; is that fair? |
| 11:36:27 | 25 | **A.**   Correct. |

SEAN W. GUMM, CSR #13168, RPR, CRR

11:36:27   1   Q.   But these are included --

11:36:29   2   A.   Yes.

11:36:29   3   Q.   -- in your medical records; is that fair?

11:36:31   4   A.   Correct.  Correct.

11:36:32   5   Q.   Because you are the quarterback of this team?

11:36:34   6   A.   Correct.

11:36:35   7   Q.   And this here says, "Also followed up by

11:36:39   8   Dr. Pool and Dr. Yudofsky"?

11:36:42   9   A.   Yeah.

11:36:42   10   Q.   Okay.  So you were not aware that Dr. Yudofsky

11:36:46   11   was following this case?

11:36:47   12   A.   No, I was not aware Dr. Yudofsky -- or was

11:36:50   13   prescribing.

11:36:51   14   Q.   Okay.  And so -- I mean, as the quarterback of

11:36:56   15   the team is it important you know who all of the

11:36:59   16   players are?

11:36:59   17   A.   Yep.

11:36:59   18   Q.   And so, your testimony is that Mr. Brockman

11:37:02   19   never told you that Dr. Yudofsky was involved in

11:37:05   20   this case?

11:37:06   21   A.   To the best of my knowledge.

11:37:07   22   Q.   And that he never told you Dr. Yudofsky was

11:37:10   23   prescribing him medication?

11:37:13   24   A.   To the best of my knowledge.

11:37:15   25   Q.   He never told you Dr. Yudofsky was consulting

SEAN W. GUMM, CSR #13168, RPR, CRR

11:37:17  1  on this case?

11:37:18  2  **A.**   To the best of my knowledge.

11:37:20  3  **Q.**   Okay.  Do you know who Dr. Yudofsky is?

11:37:23  4  **A.**   Oh, certainly.

11:37:24  5  **Q.**   Okay.  And you just were not -- he has a

11:37:27  6  relationship with Baylor -- prior relationship?

11:37:30  7  **A.**   He was our former Chairman of Psychiatry.

11:37:35  8  **Q.**   And so, had he asked to participate in this

11:37:37  9  case you are probably not turning him down; is that

11:37:39  10  fair?

11:37:39  11  **A.**   Correct.  Correct.

11:37:40  12           MR. VARNADO:   Just a clarification on

11:37:41  13  this case.  --

11:37:43  14           MR. LANGSTON:   Sorry.  I'll clarify.

11:37:45  15  **Q.**   If he'd asked you to consult on Mr. Brockman's

11:37:48  16  care, you wouldn't have turned him down?

11:37:49  17  **A.**   That is correct.

11:37:50  18  **Q.**   Okay.  But your testimony is that Doctor --

11:37:55  19  Mr. Brockman never told you Dr. Yudofsky was

11:37:57  20  participating?

11:37:57  21  **A.**   And also, Dr. Yudofsky never contacted me.

11:38:00  22  **Q.**   Okay.  And I think you said that Dr. Lerner was

11:38:07  23  the first doctor to make a referral on this?

11:38:09  24  **A.**   Correct.

11:38:09  25  **Q.**   And so, the Defendant -- according to you, the

11:38:12  1  Defendant never told you that Dr. Yudofsky was

11:38:14  2  involved in his care at all?

11:38:19  3  **A.**   Correct.

11:38:20  4  **Q.**   So if he was speaking to Dr. Yudofsky about his

11:38:23  5  care, it was outside the team you managed; is that

11:38:26  6  fair?

11:38:27  7  **A.**   I have not seen this in any other documents.

11:38:29  8  **Q.**   You had no discussions with Dr. Yudofsky about

11:38:35  9  Mr. Brockman's care?

11:38:35  10  **A.**   Correct.

11:38:36  11  **Q.**   Okay.  And again, I think you said you were

11:38:40  12  sort of hand writing notes on these medical records?

11:38:43  13  **A.**   Mm-hmm.

11:38:44  14  **Q.**   The things you are writing down are the things

11:38:47  15  Mr. Brockman is telling you during these interviews

11:38:49  16  or appointments?

11:38:50  17  **A.**   Or Dorothy, but they are always in the room at

11:38:54  18  the same time.

11:38:54  19  **Q.**   Okay.  You are not writing down anything on

11:38:56  20  these records that wasn't told to you; is that fair?

11:39:01  21  **A.**   Correct.

11:39:01  22  **Q.**   Okay.  And let's go to -- let's go to the

11:39:11  23  5-0-6-0, current medications list from Friday,

11:39:27  24  March 15, 2019; is that fair?

11:39:29  25  **A.**   March 15, 2019; mm-hmm.

11:39:42  1  Q.   I think you said earlier these are things you

11:39:45  2  are writing down on that date?

11:39:46  3  A.   Correct.

11:39:46  4  Q.   So Mr. Brockman -- I think you said if there's

11:39:49  5  quotes that's things Mr. Brockman actually said to

11:39:51  6  you?

11:39:51  7  A.   Okay.  Mm-hmm.

11:39:52  8  Q.   And so, "Lack of energy."

11:39:55  9           You asked him if he went to the

11:39:58  10  Houstonian -- or if he was exercising and he said

11:40:01  11  the Houstonian three days a week; is that fair?

11:40:03  12  A.   Correct.

11:40:03  13  Q.   He told you that he had seen Dr. Golberg

11:40:05  14  (phonetic) about a melanoma?

11:40:06  15  A.   Correct.

11:40:07  16  Q.   He was seeing Dr. Jankovic about cognitive

11:40:10  17  issues; right?

11:40:10  18  A.   Correct.

11:40:11  19  Q.   And then five is Dr. Yudofsky?

11:40:14  20  A.   In September of 2018; correct.

11:40:17  21  Q.   So the Defendant told you that he'd been seeing

11:40:21  22  Dr. Yudofsky in September of 2018?

11:40:23  23  A.   Correct.  Yeah.

11:40:26  24  Q.   But you never followed up with Dr. Yudofsky?

11:40:28  25  A.   No.

SEAN W. GUMM, CSR #13168, RPR, CRR

11:40:29   1   Q.   And you were not aware of any medical care

11:40:32   2   Dr. Yudofsky was giving to the Defendant in

11:40:35   3   September of 2018?

11:40:37   4   A.   Correct.

11:40:39   5   Q.   Okay.  And --

11:40:41   6              THE COURT:  Can I -- and so you weren't

11:40:44   7   aware -- I just need to ask a question -- of any

11:40:48   8   medications that Dr. Yudofsky had prescribed, other

11:40:51   9   than this note from Mr. Brockman at this time?

11:40:54   10             THE WITNESS:  Well, Judge, actually if

11:40:55   11  you look at Page 61 --

11:40:59   12             THE COURT:  Yes, sir.

11:41:01   13             THE WITNESS:  -- lining across, you can

11:41:05   14  see the release of medications list from January 1,

11:41:11   15  2018, to March 15, 2019.  Dr. Yudofsky had

11:41:15   16  prescribed, through Briar Grove Pharmacy, Trazodone,

11:41:22   17  50-milligram tablet, which was March of '19 -- no.

11:41:28   18  No.  No.  That actually came from Jankovic.

11:41:32   19  Yudofsky was December 26th of '18 -- Bupropion.

11:41:43   20             THE COURT:  Can you turn the page,

11:41:44   21  Counsel, so I can see it?

11:41:46   22             MR. LANGSTON:  Yes, of course, Your

11:41:47   23  Honor.  I can hand the Court a copy, too.

11:41:50   24             THE COURT:  Sure.  I can see a copy.

11:42:07   25             THE WITNESS:  You'll notice that

11:42:08    1    although Dr. Jankovic is talking about Dr. Yudofsky

11:42:13    2    prescribing the Trazodone, actually he's the one

11:42:16    3    that is prescribing it.

11:42:17    4              THE COURT:  Okay.

11:42:21    5              THE WITNESS:  The records from Briar

11:42:23    6    Grove say that he's prescribing it.

11:42:30    7              MR. LANGSTON:

11:42:31    8    Q.   Fair to say Dr. Yudofsky is, in fact,

11:42:33    9    prescribing the Defendant medication?

11:42:35   10    A.   Wellbutrin in 2018 -- yeah, at least one

11:42:49   11    medication here, but it's not the one Dr. Jankovic's

11:42:52   12    talking about.  But it is the one that I noted that

11:42:54   13    he had told me about.

11:42:56   14    Q.   Okay.  So you are the quarterback of this team;

11:43:00   15    right?

11:43:00   16    A.   Correct.

11:43:01   17    Q.   There's a player running around doing their own

11:43:04   18    thing; is that fair?

11:43:05   19    A.   Well, that is sort of fair, but you realize

11:43:11   20    that I didn't recognize that Stuart Yudofsky had

11:43:18   21    prescribed something in 2018, but I must have

11:43:21   22    interrogated.  In March of '19, I actually requested

11:43:28   23    a complete printout for -- what's that, 15 months --

11:43:33   24    to see what was being prescribed in the background.

11:43:38   25    Q.   Okay.  And was that because the Defendant told

11:43:43   1   you he was seeing this other doctor, or was that

11:43:45   2   because you just wanted to be prepared for the

11:43:48   3   clinic visit?

11:43:48   4   **A.**   I wanted to be up to date on what medications

11:43:52   5   were being prescribed.

11:43:53   6   **Q.**   Okay.  If we're looking at 5061, you kind of

11:43:57   7   write "Clinic visit:  Friday, 3/15/2019"?

11:44:04   8   **A.**   Yes.

11:44:05   9   **Q.**   So this is something you printed out in advance

11:44:06   10   of the meeting to be prepared for it; is that fair?

11:44:09   11   **A.**   No, after the meeting.

11:44:10   12   **Q.**   Okay.

11:44:10   13             THE COURT:  You have another copy of

11:44:12   14   this; right?

11:44:13   15             MR. LANGSTON:  Yeah, you can keep it.

11:44:14   16             THE COURT:  Okay.  Great.

11:44:16   17             THE WITNESS:  No, that -- that -- the

11:44:18   18   phenomenon -- I would assume that the phenomenon of

11:44:21   19   my point of Stuart Yudofsky's 2018, triggered me to

11:44:30   20   then request from Briar Grove Pharmacy a printout of

11:44:36   21   the medications prior to 2018, to the present so I

11:44:38   22   could see what was being prescribed.

11:44:43   23   **Q.**   Got you.

11:44:43   24   **A.**   And by whom.

11:44:45   25   **Q.**   Okay.  You are saying that the first time you

SEAN W. GUMM, CSR #13168, RPR, CRR

11:44:49   1   learned he was involved in Mr. Brockman's care would

11:44:51   2   have been March of 2019?

11:44:53   3   A.   Correct.

11:44:54   4   Q.   Okay.  Let's go to 5-0 -- actually, hang on a

11:45:01   5   second.  Actually, let's go to 5-0-5-9?

11:45:05   6   A.   Okay.

11:45:10   7   Q.   And just to orient us to time, this was printed

11:45:13   8   October 1st of 2019?

11:45:14   9   A.   Mm-hmm.

11:45:15   10   Q.   Okay.  And so that's the day you are writing

11:45:18   11   these things down; is that fair?

11:45:19   12   A.   Correct.

11:45:19   13   Q.   All right.  And you have sort of "Follow-Up",

11:45:24   14   is that "FU" means?

11:45:26   15   A.   Yes.

11:45:27   16   Q.   There's a series of doctors listed there?

11:45:29   17   A.   Correct.

11:45:30   18   Q.   Dr. Lerner, Fall of 2018?

11:45:32   19   A.   Correct.

11:45:32   20   Q.   Dermatology, Dr. Shore -- S-H-O-R-E?

11:45:38   21   A.   Correct.

11:45:38   22   Q.   Eye doctor -- Dr. Slade; right?

11:45:41   23   A.   Correct.

11:45:42   24   Q.   Dental?

11:45:42   25   A.   Correct.

11:45:43  1   Q.   Forensic orthopedics.  These are all of the

11:45:46  2   doctors he's been seeing; is that fair?

11:45:48  3   A.   Correct.

11:45:48  4   Q.   Dr. Gould (phonetic) in March of 2019?

11:45:53  5   A.   Correct.

11:45:54  6   Q.   Are you -- is this a note to yourself to remind

11:45:57  7   yourself to follow up, or is this -- these are --

11:46:00  8   A.   No, this is a list of follow-ups.  This is

11:46:03  9   listing the physicians that he had seen, and

11:46:08  10  approximately when they'd been seen.

11:46:10  11  Q.   Got you.  So these -- these are physicians that

11:46:13  12  the Defendant is telling you that he has seen?

11:46:16  13  A.   Correct.

11:46:17  14  Q.   Okay.  Do you see number one?

11:46:18  15  A.   Yes, Dr. Yudofsky.

11:46:20  16  Q.   Dr. Yudofsky.  And that's Dr. Stuart Yudofsky?

11:46:24  17  A.   Correct.

11:46:25  18  Q.   So it's fair to say the Defendant told you in

11:46:27  19  October he had been seeing Dr. Yudofsky?

11:46:31  20  A.   I'm not sure -- I do know what this means.  And

11:46:35  21  that is that he and Stuart Yudofsky had been on a

11:46:39  22  fishing trip into Alaska for a week.

11:46:45  23  Q.   Okay.  And so, are you saying -- this is a list

11:46:50  24  of seven doctors; is that fair?

11:46:52  25  A.   Right.

11:46:53   1   Q.   Your testimony is that what it actually is, is

11:46:55   2   a list of six doctors and somebody he went fishing

11:46:57   3   with?

11:47:00   4   A.   Yes.

11:47:00   5   Q.   Are there anyone on this list that's not a

11:47:04   6   doctor?

11:47:12   7   A.   No.

11:47:13   8   Q.   Just to make sure I understand your testimony,

11:47:15   9   you are testifying that you are making a list of

11:47:16   10  doctors; correct?

11:47:17   11  A.   Correct.

11:47:17   12  Q.   And that "FU" means that these are doctors that

11:47:20   13  he has seen?

11:47:21   14  A.   Follow-ups; right.

11:47:23   15  Q.   And that Dr. Yudofsky -- that one is not a

11:47:26   16  follow-up.  That's just a fishing buddy?

11:47:28   17  A.   Yeah.

11:47:32   18  Q.   When you say, "Dr. Lerner, Fall of 2018,"

11:47:36   19  that's when the appointment happened; is that fair?

11:47:39   20  A.   Correct.  That's the last time he was seen.

11:47:41   21  Q.   Okay.  And, "Eye doctor, Dr. Steve Slade, later

11:47:46   22  than one year" -- that's the last time he saw him?

11:47:48   23  A.   Correct.

11:47:49   24  Q.   And Dr. Gould March of 2019?

11:47:53   25  A.   Correct.

11:47:53  1   Q.   That's when he saw him?

11:47:54  2   A.   Correct.

11:47:55  3   Q.   But for Dr. Yudofsky, that's totally unrelated

11:47:58  4   and about a random fishing trip?

11:48:00  5   A.   Not -- not -- I'm not sure exactly why the

11:48:03  6   emphasis there was on contact with Yudofsky for a

11:48:08  7   fishing trip as opposed to a visit -- don't know.

11:48:11  8   Q.   And you don't -- you don't list anyone else

11:48:13  9   he's had social trips with; right?

11:48:15  10  A.   Correct.

11:48:15  11  Q.   And you are aware that the Defendant has a

11:48:18  12  social relationship with Dr. Slade?

11:48:21  13  A.   No, I'm not.

11:48:21  14  Q.   Okay.  So with respect to at least Dr. Slade,

11:48:24  15  you are discussing medical treatment?

11:48:28  16  A.   Correct.

11:48:29  17  Q.   With respect to Dr. Shore, you are assessing

11:48:32  18  medical treatment?

11:48:33  19  A.   Correct.

11:48:33  20  Q.   With Dr. Lerner, medical treatment?

11:48:35  21  A.   Correct.

11:48:36  22  Q.   With Dr. Kozaland (phonetic) -- that's medical

11:48:42  23  treatment?

11:48:43  24  A.   Orthopedic low back pain, October 2019;

11:48:45  25  correct.

| | | |
|---|---|---|
| 11:48:45 | 1 | **Q.**   Dr. Gould (phonetic), medical treatment? |
| 11:48:47 | 2 | **A.**   Correct. |
| 11:48:47 | 3 | **Q.**   Yudofsky, not medical treatment? |
| 11:48:49 | 4 | **A.**   Correct. |
| 11:48:51 | 5 | MR. LANGSTON:  Nothing further, Your |
| 11:48:52 | 6 | Honor. |
| 11:48:52 | 7 | THE COURT:  Okay.  Redirect? |
| 11:48:52 | 8 | **REDIRECT EXAMINATION** |
| 11:48:52 | 9 | **BY MR. VARNADO:** |
| 11:49:06 | 10 | **Q.**   Dr. Pool, there were a lot of questions about |
| 11:49:07 | 11 | Dr. Yudofsky that don't have anything to do with |
| 11:49:09 | 12 | this case.  I want to show you Defense Exhibit 80. |
| 11:49:13 | 13 | Fair to say this is the page ending in 5062. |
| 11:49:20 | 14 | Mr. Langston showed you Dr. Jankovic's note? |
| 11:49:25 | 15 | **A.**   Correct. |
| 11:49:25 | 16 | **Q.**   It's fair to say Dr. Jankovic knew in March of |
| 11:49:30 | 17 | 2019 that Dr. Yudofsky was prescribing something to |
| 11:49:35 | 18 | Mr. Brockman; fair? |
| 11:49:37 | 19 | **A.**   Correct. |
| 11:49:37 | 20 | **Q.**   That was dated this -- this note's dated |
| 11:49:40 | 21 | March 13th.  You said that in anticipation of a |
| 11:49:44 | 22 | visit on March 15th, this next page of records -- |
| 11:49:48 | 23 | again, this is 2019 -- you obtained this record from |
| 11:49:52 | 24 | Briar Grove Pharmacy.  It's Bates stamped 5061 at |
| 11:49:56 | 25 | the bottom. |

11:49:57  1   **A.**   Correct.

11:49:57  2   **Q.**   That also disclosed some medications prescribed

11:50:00  3   by Dr. Yudofsky.  In particular, what is that

11:50:02  4   called?

11:50:02  5   **A.**   Trazodone -- oh, I'm sorry.  You are asking

11:50:06  6   about the specific -- Bupropion is an

11:50:13  7   anti-depressant.

11:50:14  8   **Q.**   What is another name for that?

11:50:15  9   **A.**   Wellbutrin.

11:50:16  10  **Q.**   And then, when you actually met with

11:50:19  11  Mr. Brockman on March 15, 2019, two days after the

11:50:23  12  note from Dr. Jankovic, he told you that he was

11:50:27  13  seeing Stuart Yudofsky for Wellbutrin, and you put

11:50:30  14  it in your note?

11:50:31  15  **A.**   Correct.

11:50:32  16  **Q.**   Did you just forget about that coming to

11:50:34  17  testify there was some reference to Dr. Yudofsky

11:50:36  18  randomly in these records?

11:50:37  19  **A.**   Yeah.  Yes.  Yeah, because that's the last time

11:50:40  20  I have any recognition of Stuart Yudofsky being

11:50:42  21  mentioned.

11:50:43  22  **Q.**   And I'm going to show you Government

11:50:49  23  Exhibit 157.  This was that note from Dr. Lai on

11:50:51  24  February 2nd of 2021.  Mr. Langston showed you his

11:50:56  25  impression that it was significant for clinical

11:50:58  1  findings consistent with Parkinson's disease with

11:51:00  2  mild cognitive impairment?

11:51:02  3  **A.**   Right.

11:51:03  4  **Q.**   And then we showed you Defense Exhibit 48,

11:51:06  5  which is the next time that Mr. Brockman saw Dr. Lai

11:51:10  6  in October of 2021.  You see that now the impression

11:51:16  7  is clinical findings consistent with Parkinson's

11:51:18  8  disease with associated dementia?

11:51:20  9  **A.**   Right.

11:51:22  10  **Q.**   Between February 2nd of 2021 and October 7th of

11:51:27  11  2021, how many times had Mr. Brockman been

11:51:31  12  hospitalized?

11:51:35  13  **A.**   Two.

11:51:37  14  **Q.**   Well, let me go through them in order.  Was

11:51:39  15  Mr. Brockman hospitalized in March of 2021 with

11:51:42  16  urosepsis?

11:51:42  17  **A.**   Yes.

11:51:42  18  **Q.**   Was he hospitalized in May, and into June of

11:51:45  19  2021 with urosepsis?

11:51:47  20  **A.**   Yes.

11:51:48  21  **Q.**   Did he undergo a surgical procedure under

11:51:52  22  general anesthesia in June of 2021?

11:51:55  23  **A.**   Yes.

11:51:55  24  **Q.**   Was he also hospitalized with urosepsis in

11:51:57  25  September of 2021?

SEAN W. GUMM, CSR #13168, RPR, CRR

11:51:59   1   **A.**   Yes.

11:51:59   2   **Q.**   You mentioned that the diagnosis of dementia

11:52:04   3   deals with -- when somebody's dementia begins to

11:52:09   4   impact daily life and ability to handle independent

11:52:13   5   tasks; correct?

11:52:14   6   **A.**   Yes.

11:52:15   7   **Q.**   And have you observed that in your visits with

11:52:17   8   Mr. Brockman that he is being impacted in his daily

11:52:21   9   life and independent tasks with his dementia?

11:52:23   10   **A.**   Yes.

11:52:24   11                MR. VARNADO:   No further questions.

11:52:27   12                THE COURT:   Recross?

11:52:28   13                MR. LANGSTON:   Very briefly, Your

11:52:29   14   Honor.

11:52:29   15                **RECROSS-EXAMINATION**

11:52:29   16   **BY MR. LANGSTON:**

11:52:36   17   **Q.**   I think you testified between October of 2021,

11:52:39   18   Mr. Brockman was hospitalized?

11:52:40   19   **A.**   Correct.

11:52:40   20   **Q.**   And so, it's possible that's the reason why his

11:52:43   21   diagnosis changed; is that fair?

11:52:46   22   **A.**   Are you referencing Dr. Lai's --

11:52:50   23   **Q.**   Yes.

11:52:51   24   **A.**   Yes.   The answer to that is that there were

11:52:53   25   four sentinel events if you count the general

11:52:58  1   anesthesia for UroLift®.

11:53:01  2   Q.   Okay.  Are you also aware the competency

11:53:03  3   hearing was scheduled between those two dates?

11:53:05  4   A.   No.

11:53:05  5   Q.   Were you aware the experts had been examining

11:53:07  6   Mr. Brockman between those two dates?

11:53:09  7   A.   Yes.

11:53:09  8   Q.   Okay.  And then, I just want to make sure I

11:53:12  9   have your testimony clear about the Yudofsky notes.

11:53:16  10  So you are testifying that you were aware in at

11:53:19  11  least March of '19 that Dr. Yudofsky had been

11:53:23  12  prescribing medication to Mr. Brockman?

11:53:25  13  A.   Correct.

11:53:26  14  Q.   Okay.  But -- I'm putting back up Defense

11:53:30  15  Exhibit 80.  But your testimony is that this note

11:53:33  16  refers to a fishing excursion, and not to medical

11:53:36  17  treatment?

11:53:36  18  A.   Correct.

11:53:37  19  Q.   Okay.

11:53:38  20            MR. LANGSTON:  Nothing further, Your

11:53:40  21  Honor.

11:53:40  22            MR. VARNADO:  No more questions, Your

11:53:41  23  Honor.

11:53:41  24            THE COURT:  Can Dr. Pool be excused?

11:53:43  25            MR. VARNADO:  Yes.

SEAN W. GUMM, CSR #13168, RPR, CRR

11:53:43  1          THE COURT:  Dr. Pool, thank you, sir.

11:53:45  2  I know it's been a long wait.  Appreciate it.

11:54:23  3              Since we're going to start up a new

11:54:24  4  witness, let's take our lunch break.  We'll be back

11:54:29  5  at one o'clock.

11:54:31  6          (PROCEEDINGS ADJOURNED AT: 11:54 A.M.)

         7                  ---oOo---

         8

         9          C E R T I F I C A T E

        10

        11

        12      I hereby certify that pursuant to Title 28,

        13  Section 753 United States Code, the foregoing is a

        14  true and correct transcript of the stenographically

        15  reported proceedings in the above matter.

        16      Certified on 11/23/2021.

        17

        18

        19  _____
             Sean Gumm, RPR, CRR

        20

        21

        22

        23

        24

        25

## $

**$25** [1] - 19:15

## '

**'18** [2] - 82:24, 132:19
**'19** [4] - 50:18, 132:17, 133:22, 143:11
**'His** [1] - 55:25

## 1

**1** [3] - 124:15, 124:21, 132:14
**10** [2] - 9:15, 36:15
**10/1/18** [1] - 124:3
**10:20** [1] - 101:23
**11** [1] - 16:13
**11/23/2021** [1] - 144:16
**1133** [1] - 17:10
**11:54** [1] - 144:6
**11th** [2] - 16:23, 58:18
**12** [2] - 111:9, 111:11
**139** [1] - 3:7
**13th** [2] - 42:22, 139:21
**14** [4] - 20:13, 88:8, 92:7, 120:11
**142** [1] - 3:8
**15** [6] - 77:25, 130:24, 130:25, 132:15, 133:23, 140:11
**154** [1] - 82:13
**155** [2] - 101:10, 101:19
**156** [3] - 106:23, 111:2, 111:4
**157** [4] - 111:8, 114:18, 114:21, 140:23
**158** [3] - 114:24, 115:16, 115:18
**159** [2] - 125:13, 126:21
**15th** [4] - 13:18, 20:13, 77:16, 139:22
**1968** [1] - 7:22
**1972** [1] - 8:3
**1:30** [1] - 120:12
**1st** [4] - 125:10, 125:17, 126:15, 135:8

## 2

**2** [1] - 120:5
**20** [2] - 90:15, 90:24
**2006** [1] - 59:19

**2010** [1] - 19:16
**2018** [31] - 5:23, 12:12, 16:3, 16:13, 16:23, 19:25, 20:13, 28:12, 31:8, 47:6, 47:13, 61:10, 77:16, 77:25, 79:5, 79:8, 82:22, 124:15, 125:10, 125:17, 126:16, 131:20, 131:22, 132:3, 132:15, 133:10, 133:21, 134:19, 134:21, 135:18, 137:18
**2019** [32] - 35:15, 36:3, 37:20, 42:22, 44:16, 45:10, 47:13, 47:16, 50:18, 51:3, 75:24, 76:5, 82:19, 85:20, 90:22, 105:19, 106:3, 124:21, 125:9, 125:14, 130:24, 130:25, 132:15, 135:2, 135:8, 136:4, 137:24, 138:24, 139:17, 139:23, 140:11
**2020** [22] - 11:23, 13:11, 13:18, 13:20, 45:13, 47:13, 54:10, 65:23, 65:25, 74:6, 88:8, 92:7, 96:8, 105:15, 106:5, 106:15, 106:22, 107:14, 107:17, 110:20, 111:9, 111:12
**2021** [20] - 1:12, 4:5, 20:13, 62:13, 101:6, 105:3, 114:25, 115:4, 115:23, 120:11, 122:20, 140:24, 141:6, 141:10, 141:11, 141:15, 141:19, 141:22, 141:25, 142:17
**20th** [1] - 125:14
**21** [1] - 79:5
**21st** [1] - 82:24
**22** [5] - 1:12, 4:5, 13:11, 13:20, 100:7
**22nd** [1] - 114:25
**250** [1] - 69:14
**26th** [1] - 132:19
**27** [1] - 101:6
**27th** [2] - 101:5, 101:22
**28** [1] - 144:12

**298** [1] - 82:14
**2nd** [2] - 140:24, 141:10

## 3

**3/15/2019** [1] - 134:7
**30-day** [1] - 64:19
**31st** [1] - 58:17

## 4

**4** [1] - 55:4
**40** [1] - 34:2
**42** [2] - 116:5, 117:2
**44** [2] - 117:14, 117:15
**48** [6] - 55:2, 105:3, 115:21, 116:3, 141:4
**4:21-CR-00009-1** [1] - 1:4

## 5

**5** [2] - 3:5, 55:4
**5-0** [1] - 135:4
**5-0-5-9** [1] - 135:5
**5-0-6-0** [1] - 130:23
**50-milligram** [1] - 132:17
**5057** [2] - 123:10, 123:11
**5061** [2] - 134:6, 139:24
**5062** [6] - 120:22, 127:8, 127:10, 127:15, 127:19, 139:13
**5067** [1] - 33:3
**5159** [1] - 126:19
**52** [1] - 92:16
**5779** [1] - 55:6
**5th** [1] - 44:16

## 6

**6** [1] - 1:9
**61** [1] - 132:11

## 7

**7** [1] - 105:3
**702** [1] - 28:24
**753** [1] - 144:13
**77** [1] - 3:6
**78** [2] - 13:6, 13:8
**79** [3] - 16:8, 17:2, 17:5
**7th** [5] - 54:24, 55:18, 55:21, 115:23, 141:10

## 8

**8** [1] - 106:15
**80** [11] - 11:5, 20:3, 20:8, 20:14, 20:19, 33:3, 42:21, 55:7, 127:9, 139:12, 143:15
**81** [3] - 30:18, 30:23, 31:2
**82** [5] - 44:9, 44:12, 44:21, 44:24, 97:25
**8:39** [1] - 4:5
**8th** [2] - 106:5, 107:17

## 9

**923** [2] - 82:14, 82:21
**99** [1] - 9:15

## A

**A.M** [2] - 4:5, 144:6
**a.m** [1] - 101:23
**abbreviation** [1] - 121:12
**abilities** [2] - 47:12, 86:12
**ability** [5] - 41:8, 48:15, 71:20, 76:11, 142:4
**able** [10] - 7:13, 9:14, 24:10, 41:22, 49:15, 50:8, 55:17, 61:10, 93:7
**abnormal** [1] - 32:6
**abnormality** [1] - 59:23
**absolutely** [1] - 37:17
**academic** [1] - 22:3
**accelerate** [1] - 67:25
**acceptable** [1] - 25:10
**accepted** [1] - 7:24
**accompanied** [1] - 34:6
**accomplish** [1] - 76:13
**according** [1] - 129:25
**account** [2] - 73:3, 73:16, 73:19
**achieving** [1] - 89:2
**acknowledge** [1] - 63:15
**acknowledged** [1] - 25:3
**acronym** [1] - 38:5
**acting** [4] - 74:24, 74:25, 75:14, 87:3
**action** [1] - 90:20
**activities** [3] - 6:9,

23:20, 112:23
**acts** [1] - 75:14
**actual** [1] - 37:14
**add** [3] - 27:8, 32:2
**added** [1] - 124:3
**addition** [1] - 124:2
**additional** [3] - 23:19, 64:6, 89:9
**address** [3] - 14:19, 24:10, 44:18
**addressed** [3] - 18:17, 80:12, 103:10
**adequately** [1] - 64:15
**ADJOURNED** [1] - 144:6
**adjusting** [1] - 46:1
**adjustments** [1] - 116:14
**administered** [5] - 48:14, 48:15, 62:19, 62:21, 98:9
**admit** [4] - 17:1, 20:14, 30:22, 44:20
**admitted** [9] - 17:5, 20:19, 31:2, 42:21, 44:24, 111:5, 114:22, 115:19, 126:22
**advance** [2] - 14:13, 134:9
**advanced** [2] - 9:3, 9:4
**adverse** [1] - 42:14
**advice** [6] - 14:24, 15:1, 15:7, 15:16, 45:17, 102:13
**aeruginosa** [2] - 70:21, 71:1
**AERUGINOSA** [1] - 70:25
**affect** [3] - 89:5, 112:22, 113:20
**affected** [1] - 83:7
**affiliated** [1] - 22:6
**affliction** [1] - 47:4
**afternoon** [2] - 49:3, 68:25
**age** [4] - 9:3, 9:4, 61:18, 62:2
**aged** [1] - 11:5
**agent** [2] - 14:16, 14:17
**agents** [2] - 12:18, 100:13
**ago** [5] - 48:23, 68:24, 90:8, 120:16, 124:22
**agree** [1] - 50:5
**Agronin** [1] - 104:13
**ahead** [6] - 7:17, 11:2, 45:23, 46:12, 54:17,

62:3

**ailments** [1] - 21:16
**Alaska** [1] - 136:22
**alcohol** [1] - 32:1
**algorithm** [1] - 43:6
**allow** [8] - 12:17, 15:9, 29:5, 29:9, 39:23, 51:22, 61:1, 75:7
**almost** [1] - 126:8
**Alsup** [1] - 66:6
**alteration** [1] - 41:4
**Alzheimer's** [6] - 41:20, 43:19, 53:7, 94:3, 113:15, 114:2
**AM** [1] - 1:9
**American** [2] - 6:25, 53:5
**Americans** [2] - 10:8, 10:14
**amiss** [1] - 79:14
**amyloid** [1] - 65:7
**analogy** [3] - 37:7, 81:4, 106:12
**analysis** [5] - 26:22, 38:17, 38:21, 40:6, 70:15
**analyze** [1] - 71:6
**analyzed** [1] - 71:9
**Anderson** [1] - 22:6
**anesthesia** [14] - 61:5, 61:8, 61:19, 62:6, 62:15, 62:19, 62:21, 62:24, 63:4, 63:8, 63:16, 85:13, 141:22, 143:1
**anesthetic** [1] - 63:12
**aneurysm** [2] - 9:7, 9:11
**annual** [2] - 24:24, 48:2
**answer** [14] - 25:13, 65:21, 69:6, 76:23, 76:24, 87:13, 87:18, 99:18, 102:19, 103:10, 109:6, 113:23, 121:19, 142:24
**answers** [1] - 32:14
**anti** [1] - 140:7
**anti-depressant** [1] - 140:7
**antibiotic** [5] - 64:19, 70:9, 70:20, 71:11
**anticipate** [3] - 56:17, 57:6, 58:6
**anticipation** [1] - 139:21
**anticoagulation** [1] - 23:12
**anyway** [1] - 110:11

**aortic** [1] - 9:7
**appear** [2] - 44:15, 109:23
**appearance** [1] - 29:19
**APPEARANCES**[1] - 1:14
**appearing** [2] - 109:12, 109:15
**applies** [1] - 86:25
**apply** [2] - 86:14, 86:16
**appointment** [2] - 83:4, 137:19
**appointments** [1] - 130:16
**appreciable** [1] - 93:13
**appreciate** [1] - 144:2
**approach** [6] - 20:4, 30:14, 44:10, 44:11, 101:12, 101:14
**appropriate** [2] - 66:11, 103:1
**appropriately** [1] - 31:19
**area** [6] - 37:13, 40:14, 40:17, 49:10, 53:20, 84:15
**argue** [1] - 75:23
**argued** [1] - 74:22
**Arizona** [1] - 10:7
**array** [4] - 6:23, 34:1, 50:23, 56:24
**articulated** [1] - 57:4
**ascertained** [1] - 64:12
**aspects** [2] - 31:16, 41:3
**assert** [1] - 39:17
**asserted** [2] - 39:18, 39:23
**assess** [2] - 41:16, 72:21
**assessed** [1] - 35:7
**assessing** [1] - 138:17
**assessment** [6] - 26:20, 29:14, 55:18, 64:5, 65:12, 74:13
**assessments** [1] - 80:25
**assign** [1] - 113:5
**assistance** [1] - 60:21
**Associate** [2] - 11:13, 102:10
**associated** [4] - 31:14, 38:13, 55:23, 141:8
**assume** [5] - 51:10, 51:15, 85:22, 125:4,

134:18
**assuming** [1] - 112:4
**assumptions** [1] - 110:15
**AT** [2] - 1:21, 144:6
**ataxia** [4] - 31:17, 31:21, 32:7
**atrial** [4] - 23:6, 23:11, 62:2
**attachment** [1] - 124:7
**attended** [1] - 34:3
**attention** [4] - 42:13, 55:4, 96:14, 99:7
**attorney** [9] - 25:6, 61:15, 84:21, 84:22, 84:23, 85:21, 100:14, 101:6, 102:9
**Attorney** [4] - 1:19, 1:22, 1:23, 1:25
**ATTORNEY** [1] - 1:20
**attorney's** [1] - 15:7
**August** [2] - 79:5, 79:8
**authority** [2] - 30:11, 63:10
**autopsy** [2] - 97:2, 98:10
**avoid** [4] - 23:12, 45:21, 69:16, 89:17
**aware** [51] - 12:16, 12:20, 12:21, 13:23, 13:24, 18:19, 18:22, 19:1, 19:7, 19:14, 21:25, 32:11, 38:21, 43:3, 47:16, 47:22, 47:23, 48:5, 53:11, 53:16, 54:19, 56:6, 65:6, 65:10, 73:8, 73:11, 74:8, 79:10, 80:8, 80:14, 87:21, 88:12, 88:18, 89:20, 89:24, 90:18, 101:9, 104:4, 122:10, 122:15, 122:17, 123:4, 128:10, 128:12, 132:1, 132:7, 138:11, 143:2, 143:5, 143:10
**awareness** [2] - 32:13, 88:20
**awhile** [1] - 4:9

**B**

**bachelor** [1] - 7:21
**background** [4] - 5:18, 10:22, 29:24, 133:24
**backwards** [4] - 32:4, 32:5, 48:23, 82:22
**bacteria** [7] - 60:9,

60:12, 69:15, 69:16, 70:5, 70:7, 70:8
**bad** [1] - 79:23
**Bad** [1] - 124:24
**balance** [4] - 45:5, 125:1, 126:3, 126:12
**ballpark** [1] - 10:2, 90:14
**banfield** [1] - 15:20
**Banfield** [15] - 11:14, 14:25, 101:23, 101:25, 102:7, 102:10, 102:13, 102:16, 102:24, 103:2, 103:12, 103:17, 103:18, 103:20
**Banfield's** [4] - 11:19, 15:15, 102:9, 103:16
**base** [3] - 31:22, 60:8, 60:11
**based** [17] - 15:7, 22:5, 28:6, 28:25, 39:25, 43:11, 49:24, 76:20, 77:1, 78:11, 78:14, 79:16, 107:11, 108:24, 114:11, 122:3
**baseline** [2] - 63:12, 63:17
**basis** [2] - 5:17, 24:19
**Bates** [4] - 16:15, 33:3, 120:22, 139:24
**battery** [1] - 38:19
**Baylor** [35] - 5:15, 5:24, 6:1, 6:13, 8:18, 8:23, 9:21, 11:9, 11:13, 14:24, 15:3, 15:17, 16:6, 16:10, 16:17, 18:20, 18:24, 19:2, 19:16, 21:20, 22:14, 22:17, 34:17, 36:8, 36:21, 37:1, 43:18, 44:5, 49:2, 60:20, 66:22, 81:22, 82:14, 102:11, 129:6
**BCM-1133** [1] - 16:16
**became** [8] - 9:10, 13:17, 13:23, 13:24, 43:3, 77:18, 78:3, 90:18
**become** [6] - 12:16, 52:25, 53:11, 54:19, 56:6, 59:18
**becomes** [1] - 70:8
**becoming** [1] - 78:20
**begin** [2] - 8:12, 57:22
**beginning** [1] - 45:3
**begins** [1] - 142:3
**behalf** [2] - 103:16,

103:24
**behavior** [1] - 24:6
**behavioral** [5] - 41:3, 41:4, 121:15, 121:17, 122:2
**beings** [1] - 73:21
**belief** [1] - 125:21
**below** [1] - 53:2
**benefit** [5] - 61:22, 88:23, 89:2, 89:8, 89:17
**benefit-risk** [1] - 61:22
**best** [12] - 45:21, 78:24, 80:11, 80:13, 85:5, 93:12, 97:13, 112:7, 124:20, 128:21, 128:24, 129:2
**beta** [1] - 65:7
**beta-amyloid** [1] - 65:7
**better** [4] - 28:1, 32:19, 87:6, 109:2
**between** [15] - 26:19, 48:13, 55:12, 58:17, 87:17, 87:22, 104:1, 108:18, 112:9, 112:20, 113:1, 141:10, 142:17, 143:3, 143:6
**beyond** [1] - 11:17
**big** [1] - 57:20
**bit** [13] - 29:1, 29:24, 45:14, 56:4, 65:3, 65:24, 67:1, 68:6, 80:22, 90:3, 104:21, 119:7, 119:8
**bladder** [16] - 56:19, 59:19, 59:20, 59:23, 60:2, 60:6, 60:8, 60:22, 60:23, 61:2, 64:14, 69:9, 69:16, 69:25, 70:6
**blend** [1] - 94:5
**BLEUSTEIN** [1] - 1:25
**blood** [5] - 8:14, 8:22, 85:6, 85:8, 85:9
**bloodborne** [2] - 56:18, 64:22
**bloodstream** [1] - 56:20
**blue** [4] - 107:24, 111:10, 111:19, 115:10
**board** [7] - 18:24, 81:18, 81:25, 82:5, 82:23, 83:14, 83:19
**boat** [4] - 125:2, 125:3, 126:4, 126:13
**Bob** [4] - 20:12, 42:11,

42:17, 45:16
**bodies** [7] - 94:4,
96:23, 98:11, 108:7,
109:9, 113:14, 114:1
**BORIS** [1] - 1:18
**born** [1] - 7:18
**boss** [1] - 47:8
**bottle** [1] - 5:7
**bottom** [7] - 16:15,
17:9, 55:6, 120:22,
123:21, 124:9,
139:25
**BOURGET** [1] - 1:18
**bout** [2] - 71:16, 71:18
**bouts** [1] - 58:24
**brain** [7] - 33:9, 37:8,
57:20, 57:23, 65:7,
65:17, 97:2
**brand** [1] - 69:13
**breach** [1] - 36:6
**break** [5] - 12:25,
72:6, 72:8, 72:13,
144:4
**Briar** [4] - 132:16,
133:5, 134:20,
139:24
**brief** [1] - 6:16
**briefly** [2] - 7:3,
142:13
**bringing** [1] - 81:3
**Brockman** [159] - 5:19,
12:3, 12:11, 13:2,
13:19, 13:22, 15:5,
15:19, 16:4, 16:22,
17:16, 17:25, 18:12,
18:15, 18:20, 18:23,
19:3, 19:7, 19:11,
19:15, 19:18, 19:24,
20:12, 21:5, 21:10,
22:23, 23:5, 23:15,
24:14, 25:19, 26:3,
26:17, 28:15, 29:7,
29:14, 30:20, 31:7,
31:18, 34:3, 34:7,
34:10, 35:1, 35:9,
35:12, 35:18, 35:19,
36:1, 37:2, 39:7,
40:6, 40:9, 41:12,
41:17, 42:9, 42:17,
42:24, 43:22, 44:4,
44:16, 45:2, 45:9,
45:12, 45:17, 46:5,
46:19, 46:21, 47:3,
47:16, 47:24, 49:9,
50:11, 50:20, 50:21,
52:1, 52:4, 52:18,
53:9, 53:13, 54:1,
54:11, 54:15, 54:20,
55:10, 55:18, 56:7,
56:13, 57:5, 57:12,

59:9, 59:19, 60:17,
61:7, 61:9, 61:13,
64:2, 64:6, 65:5,
66:11, 67:23, 68:8,
68:9, 68:13, 68:16,
68:22, 69:1, 71:15,
72:21, 73:9, 73:22,
74:12, 74:17, 74:23,
75:12, 75:24, 76:7,
76:13, 76:25, 79:16,
79:23, 80:2, 81:17,
81:20, 83:9, 84:21,
85:3, 85:17, 85:20,
85:21, 88:1, 89:17,
105:16, 106:2,
106:4, 111:17,
113:21, 116:17,
119:1, 119:18,
121:5, 122:3,
123:15, 125:9,
125:13, 128:18,
129:19, 130:15,
131:4, 131:5, 132:9,
139:18, 140:11,
141:5, 141:11,
141:15, 142:8,
142:18, 143:6,
143:12
**BROCKMAN** [1] - 1:7
**Brockman's** [44] -
5:20, 5:21, 11:22,
11:24, 12:7, 12:19,
13:3, 13:17, 14:8,
14:22, 16:3, 17:19,
19:13, 24:20, 26:20,
32:8, 33:5, 37:8,
38:22, 39:14, 42:6,
47:12, 48:13, 51:18,
56:5, 58:18, 61:18,
63:6, 64:17, 65:12,
66:19, 67:1, 67:3,
67:5, 67:8, 67:15,
72:20, 75:16, 77:4,
112:14, 115:7,
129:15, 130:9, 135:1
**brought** [4] - 64:11,
123:16, 124:7,
124:21
**buddy** [1] - 137:16
**Bupropion** [2] -
132:19, 140:6
**business** [2] - 24:6,
52:12
**BY** [4] - 5:4, 77:12,
139:9, 142:16

## C

**calendar** [1] - 49:4
**camera** [1] - 47:18

**cancer** [3] - 59:20,
59:25, 60:2
**cannot** [4] - 59:1,
82:6, 97:1, 99:18
**capacities** [1] - 49:15
**carbidopa** [2] - 40:23,
41:1
**CARBIDOPA** [1] -
40:24
**cardio** [1] - 45:6
**cardiology** [1] - 62:23
**cardiovascular** [3] -
8:15, 8:17, 8:23
**Cardiovascular** [1] -
6:4
**Care** [1] - 52:23
**care** [41] - 5:20, 5:22,
6:7, 6:9, 6:21, 9:22,
17:16, 17:19, 17:22,
18:4, 28:14, 29:7,
32:8, 33:5, 39:8,
39:14, 50:10, 51:3,
56:15, 67:15, 67:18,
78:22, 79:1, 79:4,
79:8, 79:11, 80:20,
81:24, 83:8, 88:16,
89:25, 112:14,
116:12, 121:5,
127:4, 129:16,
130:2, 130:5, 130:9,
132:1, 135:1
**caregiver** [1] - 68:18
**carer** [1] - 8:12
**Carolina** [1] - 8:6
**carries** [1] - 57:9
**case** [30] - 15:2, 15:16,
49:18, 50:6, 64:17,
65:4, 66:1, 73:9,
73:25, 75:4, 88:2,
89:16, 89:18, 89:21,
89:24, 91:9, 92:15,
100:8, 100:16,
100:22, 104:5,
104:8, 106:8, 127:7,
128:11, 128:20,
129:1, 129:9,
129:13, 139:12
**categorical** [1] -
113:16
**categories** [1] - 18:5
**categorization** [1] -
113:3
**category** [4] - 10:4,
38:9, 65:16, 113:6
**cath** [1] - 69:22
**catheter** [1] - 69:23
**caused** [1] - 124:24
**causing** [1] - 60:15
**cefalexin** [1] - 69:12
**Center** [2] - 6:5, 22:4

**centerpiece** [1] -
49:18
**central** [1] - 57:1
**CEOs** [1] - 26:13
**certain** [3] - 47:24,
49:15, 89:2
**certainly** [3] - 21:23,
53:10, 129:4
**certainty** [1] - 59:1
**certificates** [2] - 25:1
**Certified** [1] - 144:16
**certify** [1] - 144:12
**cetera** [5] - 31:16,
52:14, 68:14, 109:9,
109:10
**Chairman** [1] - 129:7
**chairmen** [1] - 26:13
**chance** [2] - 13:15,
35:12
**change** [13] - 9:19,
17:10, 29:16, 42:11,
42:18, 45:18, 53:18,
53:21, 71:10, 72:2,
72:5, 80:12, 80:15
**changed** [1] - 142:21
**changes** [5] - 31:13,
43:2, 60:2, 79:19,
113:25
**changing** [1] - 29:21
**chapter** [1] - 41:15
**charge** [4] - 26:9,
26:16, 47:8
**Charitable** [2] - 19:11,
19:15
**chest** [1] - 124:25
**choice** [1] - 71:10
**choose** [1] - 69:12
**Chris** [2] - 61:23, 64:8
**Christopher** [3] -
60:20, 69:8, 86:1
**CHRISTOPHER** [1] -
1:16
**circuits** [2] - 37:8,
37:9
**circumstances** [1] -
47:23
**City** [1] - 8:1
**city** [1] - 66:12
**clarification** [2] -
45:11, 129:12
**clarify** [3] - 25:18,
48:18, 129:14
**clarifying** [1] - 51:2
**clear** [4] - 26:12, 44:3,
114:9, 143:9
**cliche** [1] - 6:20
**clinic** [11] - 21:13,
21:18, 42:10, 42:22,
64:11, 81:9, 81:12,
108:22, 109:7,

134:3, 134:7
**Clinic** [8] - 6:15, 6:17,
6:19, 21:12, 21:19,
22:16, 38:8, 38:12
**clinical** [9] - 36:16,
53:14, 55:22, 65:15,
87:11, 108:3,
115:13, 140:25,
141:7
**clinician** [3] - 26:22,
27:24, 87:22
**clinicians** [1] - 87:3
**clinicians/clinician**
[1] - 87:4
**clinics** [1] - 6:13
**clip** [1] - 48:1
**clips** [1] - 75:16
**close** [1] - 9:8
**Code** [1] - 144:13
**cognition** [2] - 62:5,
62:24
**Cognitive** [1] - 43:19
**cognitive** [56] - 9:24,
10:9, 10:15, 10:18,
11:7, 11:24, 12:13,
31:11, 31:12, 33:12,
33:25, 37:5, 47:12,
48:13, 54:18, 55:25,
57:6, 62:5, 63:11,
63:16, 67:5, 67:8,
71:20, 72:21, 73:10,
74:14, 74:19, 76:11,
76:14, 76:21, 80:10,
80:12, 80:15, 84:4,
96:23, 99:24, 108:1,
108:5, 108:14,
108:19, 109:3,
110:21, 111:23,
111:24, 111:25,
112:10, 112:16,
112:21, 113:1,
113:11, 113:25,
114:7, 114:14,
115:11, 131:16,
141:2
**cognitively** [3] -
27:25, 67:2, 113:4
**cogwheeling** [1] -
30:3
**colleague** [2] - 9:8,
43:17
**colleagues** [6] - 8:9,
10:6, 16:5, 30:11,
36:7, 81:2
**collection** [2] - 70:1,
70:17
**COLLEEN** [1] - 1:20
**College** [22] - 5:15,
5:24, 6:2, 6:14, 8:18,
8:24, 15:3, 15:17,

16:10, 16:18, 18:20, 18:24, 19:2, 19:16, 22:14, 22:18, 34:17, 36:8, 37:1, 43:18, 49:3, 102:11
**colonoscopy** [3] - 33:19, 85:14, 85:16
**column** [1] - 21:4
**combination** [1] - 40:15
**coming** [4] - 11:19, 25:16, 118:10, 140:16
**comment** [1] - 49:25
**comments** [1] - 23:19
**communicate** [1] - 113:10
**communicating** [1] - 45:10
**communication** [7] - 12:23, 13:18, 17:24, 46:4, 93:19, 102:5, 103:11
**communications** [4] - 13:13, 90:11, 90:13, 90:24
**community** [1] - 36:13
**company** [1] - 24:9
**compare** [1] - 51:13
**competency** [1] - 143:2
**COMPETENCY** [1] - 1:9
**complained** [1] - 80:15
**complaining** [1] - 89:11
**complaint** [1] - 42:24
**complete** [1] - 133:23
**completed** [1] - 8:2
**completely** [2] - 60:7, 61:2
**completing** [1] - 91:13
**complicated** [1] - 56:11
**complication** [1] - 63:14
**complications** [1] - 56:17
**comprehend** [1] - 68:20
**Comprehensive** [8] - 6:15, 6:17, 6:19, 21:11, 21:19, 22:16, 38:8, 38:11
**comprehensive** [11] - 6:21, 9:22, 17:22, 18:7, 22:11, 33:13, 33:20, 33:21, 38:18, 81:8, 94:16

**computer** [1] - 2:7
**concern** [3] - 27:13, 51:9, 89:11
**concerned** [8] - 26:25, 27:10, 33:11, 40:25, 42:11, 59:18, 84:3, 89:7
**concerning** [4] - 11:23, 52:17, 56:16, 68:10
**concerns** [1] - 40:13
**concise** [1] - 91:7
**concluded** [1] - 96:22
**conclusion** [4] - 31:6, 35:4, 74:18, 94:9
**conclusions** [2] - 34:11, 38:20
**condition** [10] - 14:9, 60:15, 61:18, 63:6, 65:13, 67:1, 68:10, 76:14, 76:21, 80:10
**conditions** [5] - 58:3, 66:20, 67:3, 67:5, 67:8
**conducted** [2] - 53:12, 87:19
**confabulation** [6] - 98:22, 99:1, 99:6, 99:12, 99:22, 99:23
**conference** [1] - 69:1
**confidence** [2] - 41:8, 86:12
**confident** [2] - 113:19, 113:22
**confirm** [4] - 37:4, 59:1, 82:6, 98:10
**confirmed** [1] - 97:1
**Congressional** [1] - 9:16
**congruent** [1] - 70:16
**connected** [1] - 19:3
**connection** [6] - 5:18, 32:8, 33:1, 34:13, 42:7, 44:5
**connections** [1] - 18:19
**consent** [7] - 11:19, 61:7, 61:11, 61:12, 63:11, 85:3, 85:8
**consented** [1] - 61:9
**consider** [4] - 25:23, 73:21, 89:1, 89:16
**consideration** [7] - 88:16, 89:25, 111:16, 118:1, 118:3, 118:6, 118:9
**considered** [1] - 121:4
**considering** [2] - 73:16, 74:14
**consistent** [17] -

17:14, 26:10, 35:15, 37:21, 41:24, 46:9, 50:2, 51:6, 51:14, 54:10, 55:22, 58:16, 75:25, 96:23, 108:4, 141:1, 141:7
**conspiring** [1] - 15:4
**constrained** [2] - 66:15, 66:17
**consult** [3] - 46:2, 100:2, 129:15
**consultation** [1] - 17:12
**consulting** [1] - 128:25
**contact** [7] - 13:2, 14:5, 14:12, 17:15, 74:2, 104:11, 138:6
**contacted** [3] - 14:17, 103:12, 129:21
**contain** [1] - 21:4
**content** [3] - 27:4, 32:13, 94:16
**context** [1] - 25:2
**continue** [4] - 10:25, 53:2, 63:19, 72:16
**continuum** [1] - 74:14
**contracting** [1] - 66:14
**contractor** [1] - 80:20
**contributors** [1] - 60:18
**control** [2] - 23:10, 64:22
**conversation** [5] - 14:8, 94:18, 96:7, 96:8, 97:19
**conversations** [3] - 14:21, 27:22, 100:12
**conveying** [1] - 46:20
**convince** [2] - 46:6, 47:3
**coordination** [1] - 116:12
**copied** [1] - 97:23
**copies** [2] - 20:10, 127:6
**copy** [8] - 92:9, 106:25, 117:6, 119:11, 119:13, 132:23, 132:24, 134:13
**COREY** [1] - 1:15
**Coronavirus** [1] - 66:9
**correct** [176] - 6:11, 11:21, 14:10, 16:23, 21:6, 21:17, 23:2, 36:2, 36:4, 44:17, 44:19, 73:1, 73:2, 74:11, 74:20, 77:17,

77:20, 78:1, 78:8, 78:13, 78:15, 78:19, 79:9, 79:15, 79:25, 80:4, 80:7, 81:7, 81:10, 81:23, 82:24, 83:5, 83:6, 83:12, 83:20, 83:23, 83:25, 84:2, 84:6, 84:10, 84:13, 84:16, 84:19, 84:24, 85:17, 85:18, 86:7, 86:10, 86:13, 86:15, 86:17, 86:19, 87:8, 88:3, 88:7, 88:10, 88:13, 88:17, 88:20, 89:4, 89:15, 89:19, 89:22, 90:2, 91:11, 91:20, 92:3, 93:5, 94:15, 94:23, 95:24, 96:2, 97:4, 98:12, 100:4, 100:17, 100:19, 104:6, 105:1, 105:5, 105:8, 105:17, 105:20, 105:24, 106:14, 108:17, 111:1, 112:1, 114:16, 115:9, 115:12, 115:15, 116:9, 116:11, 116:13, 116:15, 116:20, 117:12, 119:19, 119:24, 120:4, 120:9, 121:3, 121:6, 121:10, 121:23, 122:21, 123:6, 123:9, 123:18, 123:21, 123:23, 124:1, 124:5, 124:8, 124:16, 124:19, 124:23, 126:6, 126:10, 126:17, 127:25, 128:4, 128:6, 129:11, 129:17, 129:24, 130:3, 130:10, 130:21, 131:3, 131:12, 131:15, 131:18, 131:20, 131:23, 132:4, 133:16, 135:3, 135:12, 135:17, 135:19, 135:21, 135:23, 135:25, 136:3, 136:5, 136:13, 136:17, 137:10, 137:11, 137:20, 137:23, 137:25, 138:2, 138:10, 138:16, 138:19, 138:21,

138:25, 139:2, 139:4, 139:15, 139:19, 140:1, 140:15, 142:5, 142:19, 143:13, 143:18, 144:14
**corrected** [1] - 93:4
**correctly** [2] - 50:6, 91:17
**corroborating** [1] - 89:9
**cortical** [2] - 31:14, 57:20
**counsel** [5] - 11:9, 11:12, 11:23, 14:24, 104:12
**Counsel** [13] - 11:13, 25:14, 25:16, 25:20, 25:24, 48:18, 48:20, 48:23, 78:10, 100:8, 102:10, 104:24, 132:21
**counseling** [1] - 116:16
**count** [1] - 142:25
**counterpart** [1] - 22:7
**couple** [1] - 11:18
**course** [6] - 27:7, 30:7, 50:1, 57:23, 92:12, 132:22
**Court** [9] - 2:3, 2:4, 7:3, 7:13, 10:22, 25:22, 37:25, 100:21, 132:23
**COURT** [86] - 1:1, 4:7, 4:15, 4:18, 4:25, 7:12, 10:11, 10:21, 15:9, 15:21, 17:4, 20:6, 20:15, 20:18, 24:16, 25:9, 25:13, 25:22, 28:10, 28:23, 30:15, 30:24, 31:1, 39:1, 39:11, 39:15, 39:21, 44:11, 44:23, 46:11, 46:16, 48:20, 48:25, 49:6, 49:11, 49:19, 50:13, 51:9, 51:21, 62:9, 62:17, 63:2, 63:18, 67:14, 67:17, 67:20, 70:22, 72:5, 72:8, 72:11, 72:16, 75:6, 75:19, 76:2, 76:22, 77:9, 92:18, 92:20, 101:14, 102:7, 102:12, 107:2, 107:7, 109:11, 109:14, 109:18, 109:22, 110:10, 110:13, 111:4,

114:19, 114:21, 115:18, 122:13, 126:21, 132:6, 132:12, 132:20, 132:24, 133:4, 134:13, 134:16, 139:7, 142:12, 143:24, 144:1
**court** [3] - 4:3, 11:11, 113:23
**courtesy** [1] - 36:6
**courtroom** [1] - 66:7
**COVID** [1] - 66:14
**COVID-19** [1] - 66:9
**created** [2] - 91:8, 93:1
**credibility** [1] - 7:14
**criminal** [5] - 73:25, 88:2, 89:18, 89:20, 89:24
**criteria** [1] - 81:14
**cross** [4] - 15:11, 77:9, 77:11, 117:15
**Cross** [1] - 3:6
**cross-examination** [2] - 77:9, 77:11
**Cross-Examination** [1] - 3:6
**cross-examine** [1] - 15:11
**CRR** [2] - 2:3, 144:19
**culture** [6] - 70:6, 70:7, 70:10, 70:11, 70:19, 70:20
**culturing** [1] - 70:8
**cumulative** [1] - 109:20
**curious** [1] - 109:22
**current** [8] - 12:8, 43:24, 43:25, 64:10, 65:12, 76:13, 76:20, 130:23
**custom** [1] - 23:2
**cut** [1] - 83:16
**cutting** [1] - 109:25

**D**

**D.C** [1] - 8:10
**daily** [5] - 5:17, 23:20, 112:23, 142:4, 142:8
**damage** [4] - 57:1, 58:2, 58:7, 65:17
**Darby** [2] - 101:3, 122:25
**dare** [1] - 53:4
**date** [11] - 13:25, 19:23, 45:12, 48:4, 49:4, 54:9, 90:21, 120:13, 120:14,

131:2, 134:4
**dated** [4] - 20:12, 88:8, 139:20
**dates** [3] - 21:4, 143:3, 143:6
**DaTscan** [1] - 35:19
**DAY** [1] - 1:9
**day-to-day** [2] - 6:9, 72:23
**days** [5] - 47:17, 68:24, 69:21, 131:11, 140:11
**deal** [2] - 43:13, 49:20
**dealing** [3] - 50:23, 73:20, 113:17
**deals** [1] - 142:3
**death** [2] - 63:14, 97:2
**DeBakey** [6] - 6:5, 8:16, 8:20, 9:1, 9:7, 9:11
**DeBakey's** [1] - 9:17
**decades** [3] - 11:15, 26:14, 52:11
**December** [2] - 90:22, 132:19
**decide** [1] - 76:19
**decided** [5] - 45:18, 64:18, 69:10, 95:15
**decision** [2] - 94:8, 103:15
**decisions** [1] - 9:13
**deck** [2] - 125:5, 125:7
**declaration** [8] - 65:25, 66:5, 66:18, 91:8, 91:12, 92:1, 93:2, 93:6
**declare** [2] - 113:4, 114:7
**decline** [1] - 63:17
**declined** [4] - 100:18, 103:13, 103:23, 103:25
**declining** [2] - 26:7, 71:20
**decreased** [1] - 24:2
**Defendant** [1] - 1:8, 1:19, 3:4, 4:21, 77:16, 80:9, 80:13, 80:14, 89:6, 126:24, 129:25, 130:1, 131:21, 132:2, 133:9, 133:25, 136:12, 136:18, 138:11
**Defendant's** [2] - 42:21, 66:1
**defense** [6] - 25:8, 90:7, 90:9, 104:8, 104:12, 115:2
**Defense** [38] - 4:14,

12:16, 13:6, 13:8, 16:8, 17:1, 17:4, 20:3, 20:8, 20:14, 20:18, 25:6, 25:16, 25:20, 25:23, 30:18, 30:22, 31:2, 33:2, 42:21, 44:9, 44:20, 44:23, 48:18, 48:23, 55:2, 78:10, 100:8, 104:11, 104:24, 105:2, 110:3, 115:21, 116:3, 127:8, 139:12, 141:4, 143:14
**Defense's** [1] - 109:24
**defer** [1] - 87:23
**definition** [1] - 73:5
**degree** [3] - 7:21, 8:2, 121:19
**delete** [1] - 95:25
**deleting** [1] - 95:21
**delirium** [5] - 57:13, 58:3, 58:24, 59:6, 68:4
**demand** [1] - 37:22
**demeanor** [1] - 26:13
**demented** [6] - 42:15, 52:6, 57:2, 57:7, 57:24, 72:24
**Dementia** [1] - 52:24
**dementia** [44] - 38:22, 40:16, 40:20, 41:1, 41:20, 49:16, 50:24, 55:23, 67:25, 72:22, 88:19, 94:2, 94:3, 94:4, 96:9, 96:24, 98:11, 105:16, 105:22, 107:22, 108:7, 108:19, 109:2, 109:5, 109:9, 110:25, 112:2, 112:10, 112:17, 112:21, 112:22, 113:2, 113:14, 113:17, 113:18, 114:2, 114:4, 115:14, 141:8, 142:2, 142:3, 142:9
**Denney** [1] - 101:3
**denominator** [1] - 112:19
**dental** [1] - 135:24
**Denver** [3] - 12:23, 74:3, 100:13
**Department** [15] - 12:2, 12:24, 14:2, 14:13, 16:5, 34:16, 36:25, 41:19, 74:2, 93:11, 93:19, 95:12, 95:13, 95:14, 95:16

**deposition** [9] - 47:17, 47:18, 47:19, 48:7, 48:9, 50:22, 51:14, 74:25, 75:17
**depositions** [3] - 48:16, 51:19, 75:15
**depressant** [1] - 140:7
**depth** [5] - 22:11, 26:24, 32:12, 32:13
**derangement** [2] - 57:19, 57:21
**Dermatology** [1] - 135:20
**describe** [3] - 7:3, 45:22, 72:24
**described** [3] - 23:17, 71:13, 72:1
**designed** [1] - 93:10
**despite** [1] - 49:16
**detail** [2] - 5:16, 92:14
**detailed** [1] - 52:12
**details** [3] - 23:8, 26:24, 89:9
**deteriorated** [1] - 56:1
**determine** [2] - 61:20, 70:4
**develop** [1] - 41:3
**developed** [1] - 9:7
**devoted** [1] - 6:6
**diagnosed** [2] - 18:16, 30:8
**diagnoses** [6] - 15:18, 16:11, 31:5, 31:7, 63:5, 97:1
**diagnosis** [19] - 15:4, 28:14, 31:11, 32:7, 54:14, 76:7, 89:3, 98:10, 107:19, 107:21, 107:22, 107:25, 108:4, 108:6, 110:12, 113:16, 113:21, 142:2, 142:21
**diagnostic** [1] - 113:5
**diagnostics** [2] - 33:23, 80:24
**dictate** [1] - 93:24
**Dietz** [1] - 101:3
**difference** [4] - 87:25, 108:18, 112:9, 113:1
**different** [15] - 8:1, 14:15, 14:16, 21:16, 26:23, 34:2, 51:4, 53:17, 54:2, 74:25, 87:10, 87:15, 96:11, 112:2, 127:14
**differential** [2] - 30:10, 108:6
**differentiation** [1] - 87:16

**differently** [2] - 83:13, 125:22
**differs** [1] - 99:23
**difficult** [3] - 32:5, 40:17, 66:13
**DIRECT** [1] - 5:3
**Direct** [1] - 3:5
**direct** [3] - 55:3, 68:12, 99:7
**Director** [2] - 6:4, 36:24
**disagrees** [1] - 107:19
**disclosed** [1] - 140:2
**disconnect** [1] - 52:15
**discontinue** [1] - 12:22
**discrepancies** [1] - 26:19
**discrepancy** [1] - 109:23
**discuss** [3] - 97:16, 98:4, 98:5
**discussed** [5] - 97:11, 98:22, 99:1, 99:2, 126:24
**discussing** [2] - 120:23, 138:15
**discussion** [5] - 32:14, 94:12, 95:22, 104:7, 116:14
**discussions** [5] - 93:23, 94:1, 94:7, 100:7, 130:8
**Disease** [1] - 43:20
**disease** [30] - 28:7, 28:21, 30:5, 30:8, 32:17, 35:10, 36:5, 36:17, 40:16, 41:2, 41:20, 42:9, 42:19, 43:8, 43:15, 43:23, 43:24, 54:16, 96:10, 96:11, 96:18, 98:11, 108:1, 108:5, 112:22, 113:11, 114:3, 141:1, 141:8
**disfunction** [2] - 31:11, 31:12
**Disfunction** [1] - 43:20
**disorder** [3] - 121:15, 121:18, 122:2
**disorders** [1] - 34:14
**distinction** [1] - 87:21
**distinctions** [1] - 112:20
**distinctly** [1] - 8:1
**distinguishes** [1] - 80:21
**distorted** [1] - 99:11
**distressed** [1] - 17:10

**District** [2] - 2:4, 2:4
**DISTRICT** [2] - 1:1, 1:2
**disturbance** [1] - 31:20
**Division** [1] - 36:24
**DNA** [4] - 70:14, 70:15, 71:1, 71:2
**Doctor** [3] - 11:2, 56:5, 129:18
**doctor** [18] - 39:25, 53:23, 73:4, 75:4, 77:19, 78:3, 78:17, 88:25, 109:12, 109:14, 109:23, 112:7, 124:14, 129:23, 134:1, 135:22, 137:6, 137:21
**doctors** [20] - 11:10, 15:3, 15:18, 74:24, 75:13, 80:9, 82:4, 82:9, 83:18, 86:6, 86:8, 86:9, 105:12, 118:17, 135:16, 136:2, 136:24, 137:2, 137:10, 137:12
**document** [6] - 16:15, 30:19, 93:7, 106:25, 107:3, 107:5
**documentation** [1] - 116:24
**documents** [2] - 20:9, 130:7
**DOJ** [4] - 1:15, 1:16, 1:17, 1:18
**donated** [2] - 81:21
**donation** [3] - 19:16, 19:19, 22:17
**donations** [2] - 19:1, 19:7
**done** [11] - 6:3, 53:19, 61:4, 65:5, 65:10, 69:20, 70:1, 117:5, 122:16, 122:18, 123:8
**Dorothy** [8] - 34:10, 42:17, 45:16, 57:5, 61:13, 68:16, 69:2, 130:17
**double** [2] - 74:23, 75:13
**doubt** [2] - 51:5, 79:18
**down** [19] - 12:25, 14:7, 23:17, 32:18, 47:14, 57:8, 57:10, 83:16, 119:22, 120:8, 127:16, 129:9, 129:16, 130:14, 130:19,

131:2, 135:11
**downward** [1] - 46:7
**dr** [1] - 139:10
**Dr** [252] - 4:14, 4:15, 4:16, 5:5, 5:13, 8:16, 8:20, 9:1, 9:9, 9:17, 10:16, 11:9, 16:6, 16:12, 16:16, 16:22, 17:12, 17:15, 17:18, 17:24, 18:3, 18:8, 18:13, 18:19, 20:21, 22:8, 22:25, 24:18, 26:1, 29:12, 30:19, 31:4, 32:25, 33:12, 34:16, 34:19, 34:21, 34:23, 35:2, 35:4, 35:18, 35:24, 36:1, 36:8, 36:18, 36:20, 36:21, 37:3, 37:7, 37:13, 37:18, 38:1, 38:2, 38:4, 38:16, 39:7, 40:5, 41:5, 41:8, 41:12, 41:15, 41:16, 41:18, 41:24, 42:1, 43:16, 44:1, 44:3, 44:15, 45:1, 45:9, 45:23, 46:19, 47:15, 48:14, 49:14, 49:21, 50:8, 50:19, 51:13, 51:16, 51:25, 53:11, 53:12, 53:16, 53:22, 54:2, 54:7, 54:8, 54:11, 54:14, 54:20, 55:3, 55:10, 55:17, 55:20, 59:21, 60:20, 63:3, 64:8, 64:12, 67:14, 68:7, 68:24, 69:6, 69:8, 70:23, 71:14, 72:19, 72:25, 73:7, 76:9, 77:13, 78:18, 79:2, 79:12, 79:13, 79:17, 79:19, 79:22, 80:1, 80:8, 80:16, 84:7, 84:11, 84:17, 85:24, 86:1, 86:11, 86:14, 86:16, 86:18, 86:19, 86:20, 86:25, 98:1, 98:4, 98:15, 98:21, 98:25, 99:20, 99:22, 100:2, 100:5, 101:3, 101:7, 102:4, 103:6, 104:13, 104:15, 104:17, 104:19, 104:22, 104:25, 105:2, 105:3, 105:6, 105:9, 105:18, 106:1, 106:4, 106:7, 106:18, 107:16, 107:19, 107:23, 108:13, 110:3,

110:7, 110:21, 111:8, 111:22, 112:6, 114:8, 114:24, 115:22, 116:21, 120:23, 121:1, 121:21, 122:25, 126:25, 127:2, 127:3, 127:6, 127:21, 127:23, 127:24, 128:8, 128:10, 128:12, 128:19, 128:22, 128:25, 129:3, 129:19, 129:21, 129:22, 130:1, 130:4, 130:8, 131:13, 131:16, 131:19, 131:22, 131:24, 132:2, 132:8, 132:15, 133:1, 133:8, 133:11, 135:18, 135:20, 135:22, 136:4, 136:15, 136:16, 136:19, 137:15, 137:18, 137:21, 137:24, 138:3, 138:12, 138:14, 138:17, 138:20, 138:22, 139:1, 139:11, 139:14, 139:16, 139:17, 140:3, 140:12, 140:17, 140:23, 141:5, 142:22, 143:11, 143:24, 144:1
**draft** [4] - 91:12, 92:1, 93:7, 93:15
**drafting** [1] - 94:11
**drag** [1] - 37:25
**dramatically** [1] - 45:5
**draw** [1] - 34:12
**drive** [1] - 23:11
**drug** [9] - 35:11, 35:13, 40:15, 40:22, 41:4, 41:6, 42:14, 45:19
**drugs** [2] - 32:1, 43:14
**dual** [1] - 47:7
**due** [3] - 33:19, 33:20, 56:2
**Duke** [3] - 8:5, 8:8, 22:2
**duly** [1] - 4:22
**durable** [4] - 61:14, 84:21, 84:22, 84:23
**Durham** [1] - 8:6
**during** [11] - 20:23, 22:24, 26:25, 47:20,

50:1, 57:15, 58:21, 58:25, 81:24, 119:23, 130:15
**DX-80** [1] - 119:9
**dysfunction** [1] - 60:23

**E**

**e-mail** [13] - 13:13, 14:18, 14:19, 14:20, 44:15, 45:1, 46:19, 46:22, 90:13, 90:24, 101:22, 102:14, 125:13
**e-mails** [1] - 90:12
**early** [2] - 27:22, 49:3
**easier** [2] - 107:1, 127:11
**Ebola** [1] - 118:23
**edits** [2] - 91:15, 93:21
**education** [2] - 7:10, 116:16
**educational** [1] - 7:4
**effects** [2] - 62:15, 62:24
**either** [2] - 74:2, 98:11
**electronic** [1] - 55:12
**elements** [2] - 95:8, 113:25
**elicit** [1] - 25:11
**eliminate** [1] - 71:10
**ELMO** [3] - 96:17, 97:25, 101:18
**emergence** [1] - 69:17
**emphasis** [2] - 21:13, 138:6
**employees** [2] - 24:8, 24:20
**empty** [1] - 61:2
**emptying** [4] - 59:18, 60:7, 60:23, 64:15
**encephalopathic** [1] - 57:24
**encephalopathy** [5] - 56:23, 57:19, 62:1, 64:23, 72:1
**encounter** [2] - 73:3, 73:18
**ended** [1] - 7:19
**ending** [2] - 33:3, 139:13
**ends** [2] - 17:9, 55:5
**energy** [1] - 131:8
**enforcement** [1] - 31:25
**English** [1] - 38:6
**English-speaking** [1] - 38:6
**enlarged** [1] - 60:3

**entered** [2] - 21:9, 69:15
**entire** [4] - 27:4, 70:16, 107:2, 107:5
**entirely** [1] - 108:21
**entirety** [1] - 48:6
**entities** [1] - 22:9
**entity** [2] - 19:10, 19:14
**environment** [2] - 66:15, 66:17
**episode** [9] - 56:12, 57:9, 57:15, 58:3, 58:23, 63:25, 64:8, 68:3, 69:11
**episodes** [2] - 56:14, 57:4
**epithelial** [1] - 60:2
**era** [1] - 53:6
**especially** [3] - 24:3, 33:24, 59:17
**ESQ** [5] - 1:19, 1:20, 1:22, 1:23, 1:25
**established** [1] - 35:13
**et** [5] - 31:16, 52:14, 68:14, 109:9, 109:10
**Eugene** [19] - 19:11, 19:14, 43:16, 43:21, 45:12, 46:2, 53:22, 54:7, 86:19, 108:25, 113:9
**evaluate** [1] - 7:13
**evaluated** [1] - 23:9
**evaluating** [4] - 62:12, 100:21, 115:7, 118:2
**evaluation** [3] - 22:11, 89:5, 117:2
**Evan** [2] - 102:21, 102:22
**event** [1] - 15:24
**events** [4] - 45:16, 71:25, 99:11, 142:25
**evidence** [5] - 55:2, 59:25, 65:14, 92:16, 102:5
**exacerbate** [1] - 67:24
**exact** [2] - 13:25, 20:1
**exactly** [8] - 23:24, 28:13, 33:14, 113:8, 113:9, 126:8, 126:14, 138:5
**exaggerating** [1] - 73:10
**exaggeration** [1] - 73:17
**exam** [12] - 30:21, 37:18, 51:6, 78:7, 78:14, 87:7, 87:10, 87:15, 87:17, 87:19,

105:3
**examination** [1] -
20:23, 22:24, 33:6,
53:13, 53:14, 61:24,
77:9, 107:16,
111:17, 115:22,
123:24
**EXAMINATION** [4] -
5:3, 77:11, 139:8,
142:15
**Examination** [4] - 3:5,
3:6, 3:7, 3:8
**examinations** [1] -
110:3
**examine** [3] - 15:11,
41:22, 53:17
**examined** [4] - 19:23,
35:1, 106:2, 106:4
**examining** [2] - 27:15,
143:5
**example** [1] - 22:6
**examples** [2] - 21:24,
53:5
**exams** [2] - 33:21,
87:12
**excellently** [1] -
125:20
**except** [2] - 66:17,
71:4, 97:2
**exchange** [2] - 68:13,
108:23
**excursion** [1] - 143:16
**excuse** [3] - 35:5,
43:20, 89:6
**excused** [1] - 143:24
**execute** [1] - 68:21
**executed** [1] - 12:17
**executive** [3] - 24:7,
26:5, 31:16
**exercising** [1] -
131:10
**exhibit** [1] - 55:5
**Exhibit** [26] - 13:6,
13:8, 16:8, 17:2,
17:5, 20:3, 20:8,
20:14, 30:18, 30:23,
31:2, 33:3, 42:21,
44:9, 44:21, 44:24,
55:2, 92:16, 92:17,
97:25, 105:3, 127:9,
139:12, 140:23,
141:4, 143:15
**Exhibit's** [1] - 20:19
**exhibits** [1] - 115:2
**existence** [1] - 117:25
**expect** [3] - 27:3, 27:5,
71:19
**experience** [7] - 11:4,
18:15, 22:2, 29:2,
49:14, 50:21, 50:23

**experienced** [2] -
26:14, 118:10
**experiences** [1] -
57:22
**expert** [27] - 7:9,
10:17, 28:8, 28:21,
28:25, 36:6, 39:3,
49:10, 49:20, 49:21,
50:8, 50:9, 51:8,
51:10, 51:11, 51:18,
62:10, 67:13, 72:25,
76:3, 76:16, 76:18,
77:1, 84:8, 84:12,
101:1
**expertise** [10] - 11:17,
35:9, 37:14, 40:14,
43:5, 43:11, 46:15,
53:20, 84:15, 84:17
**experts** [20] - 49:19,
100:21, 100:24,
101:8, 102:2,
102:18, 103:3,
103:5, 103:7,
103:10, 103:19,
103:21, 103:24,
104:2, 104:3, 104:5,
104:8, 104:10, 143:5
**explain** [1] - 29:12
**explaining** [1] - 28:14
**explanation** [2] -
66:19, 73:14
**explore** [1] - 110:5
**explored** [1] - 110:7
**expression** [3] -
27:16, 27:18, 80:19
**expressions** [1] -
108:23
**extend** [1] - 106:12
**extent** [1] - 10:17
**extra** [1] - 107:7
**extract** [2] - 55:14,
55:15
**extracted** [1] - 55:11
**eye** [2] - 135:22,
137:21

## F

**F2-82** [2] - 92:17,
92:19
**face** [4] - 27:16, 27:17,
27:18, 29:21
**faces** [1] - 29:18
**facilitate** [1] - 119:11
**facilitated** [1] - 83:2,
83:10
**fact** [22] - 25:3, 28:5,
28:16, 28:24, 40:16,
42:3, 45:25, 49:21,
53:3, 63:7, 63:24,

64:21, 68:25, 82:3,
88:4, 88:14, 97:7,
97:9, 112:20,
124:14, 126:8, 133:8
**fact-witness** [1] - 28:5
**factored** [1] - 74:13
**factors** [1] - 64:16
**facts** [1] - 97:11
**factual** [2] - 74:21,
75:23
**faculties** [1] - 45:4
**fail** [1] - 68:21
**failing** [1] - 24:17
**fair** [88] - 24:17, 42:4,
48:7, 74:10, 77:24,
78:6, 78:16, 79:17,
80:3, 80:6, 80:20,
81:6, 82:1, 83:14,
83:22, 84:14, 86:6,
87:2, 87:9, 88:6,
88:19, 89:14, 89:18,
91:25, 92:9, 95:23,
98:5, 99:1, 100:6,
100:16, 104:25,
105:15, 105:19,
105:21, 106:2,
106:13, 107:20,
108:16, 108:20,
110:20, 112:3,
112:23, 114:15,
115:11, 116:19,
117:3, 117:11,
117:16, 117:22,
117:24, 119:18,
120:3, 120:10,
120:16, 120:19,
120:24, 121:22,
122:2, 122:4,
123:13, 123:20,
124:4, 124:15,
124:22, 125:14,
125:17, 126:1,
127:4, 127:24,
128:3, 129:10,
130:6, 130:20,
130:24, 131:11,
133:8, 133:18,
133:19, 134:10,
135:11, 136:2,
136:18, 136:24,
137:19, 139:13,
139:16, 139:18,
142:21
**faking** [1] - 73:9
**fall** [2] - 10:4, 38:8
**Fall** [3] - 82:18,
135:18, 137:18
**falls** [1] - 28:24
**false** [2] - 15:4, 15:18
**familiar** [9] - 13:12,

16:17, 22:1, 67:24,
68:2, 79:2, 88:22,
117:18, 121:17
**families** [2] - 4:9, 58:5
**family** [2] - 7:19, 68:10
**far** [6] - 14:14, 29:6,
43:3, 55:13, 97:24,
118:20
**faster** [2] - 83:11,
127:12
**FDG** [1] - 65:7
**FDG-PET** [1] - 65:7
**feature** [1] - 32:2
**February** [8] - 79:24,
80:2, 111:9, 111:11,
114:25, 115:4,
140:24, 141:10
**feign** [1] - 88:19
**fellow** [1] - 8:5
**fellowship** [3] - 8:7,
8:8, 8:12
**felt** [5] - 37:2, 42:11,
47:1, 61:24, 63:21
**few** [1] - 14:15
**fib** [1] - 62:2
**fibrillation** [3] - 23:6,
23:11
**field** [1] - 52:23
**fifth** [1] - 16:14
**figured** [1] - 110:4
**filings** [1] - 15:2
**final** [4] - 93:15, 94:9,
99:9, 99:21
**finally** [2] - 7:19, 94:8
**findings** [5] - 32:22,
55:22, 108:4, 141:1,
141:7
**fingerprinting** [1] -
70:14
**finish** [1] - 8:11
**finished** [2] - 69:4,
106:20
**finishing** [1] - 8:7
**firmly** [1] - 49:9
**first** [41] - 4:12, 8:4,
8:8, 19:19, 19:23,
22:24, 23:5, 24:24,
25:10, 26:2, 27:1,
27:14, 28:1, 29:15,
33:6, 34:4, 34:8,
45:12, 45:24, 54:3,
54:21, 55:9, 56:14,
71:21, 73:15, 82:20,
87:3, 87:7, 88:4,
90:7, 96:15, 99:21,
100:4, 106:4,
107:13, 110:5,
110:7, 111:11,
113:8, 129:23,
134:25

**first-rear** [1] - 8:4
**fishing** [6] - 136:22,
137:2, 137:16,
138:4, 138:7, 143:16
**five** [1] - 131:19
**flats** [4] - 125:2, 125:3,
126:4, 126:13
**flexibility** [1] - 45:5
**flow** [2] - 60:4, 60:6
**fluency** [3] - 52:24,
53:1
**fly** [1] - 53:2
**focus** [8] - 8:13, 8:25,
9:19, 9:20, 12:9,
21:12, 31:4, 45:8
**focused** [2] - 23:19,
96:9
**follow** [8] - 35:12,
40:7, 115:13,
127:16, 136:7,
136:8, 137:14,
137:16
**Follow** [1] - 135:13
**follow-up** [2] - 127:16,
137:16
**Follow-Up** [1] - 135:13
**follow-ups** [2] - 136:8,
137:14
**followed** [3] - 95:19,
128:7, 131:24
**following** [4] - 4:3,
69:20, 127:4, 128:11
**follows** [1] - 4:23
**food** [1] - 60:9
**fooled** [2] - 74:23,
75:13
**foredeck** [3] - 125:2,
126:4, 126:13
**foregoing** [1] - 144:13
**foreign** [1] - 101:4
**forensic** [10] - 53:12,
72:25, 76:18, 87:7,
87:10, 87:12, 87:15,
87:17, 87:19, 136:1
**forensicist** [1] - 87:23
**forget** [1] - 140:16
**former** [2] - 8:9, 129:7
**formerly** [1] - 43:17
**forms** [1] - 41:20
**formulate** [1] - 100:25
**forward** [10] - 29:10,
32:3, 32:6, 39:14,
62:25, 63:22, 90:1,
101:25, 102:16,
103:2
**fosfomycin** [2] -
71:11, 71:12
**foundation** [2] -
24:13, 25:15
**four** [4] - 10:8, 11:15,

69:18, 142:25
**fourth** [2] - 11:6, 98:8
**Francisco** [2] - 66:2, 66:6
**Frank** [3] - 68:17, 69:2, 120:5
**free** [3] - 5:1, 20:21, 45:6
**Friday** [6] - 48:24, 49:1, 49:5, 90:8, 130:23, 134:7
**friends** [1] - 77:21
**front** [7] - 21:1, 74:24, 92:10, 92:23, 101:17, 125:5, 125:7
**frontrunner** [1] - 31:13
**FU** [2] - 135:14, 137:12
**full** [2] - 21:15, 21:17
**full-service** [2] - 21:15, 21:17
**function** [14] - 31:14, 31:16, 52:20, 55:11, 55:25, 57:6, 57:21, 62:5, 63:11, 63:16, 64:24, 69:9, 72:2, 72:22
**functionality** [1] - 72:23
**functions** [2] - 68:15, 68:22

## G

**gait** [3] - 31:20, 31:22, 31:24
**Garrett** [2] - 102:21, 102:22
**gears** [3] - 56:4, 90:3, 119:7
**gene** [1] - 71:7
**General** [2] - 11:13, 102:10
**general** [24] - 12:5, 18:1, 35:6, 38:10, 38:11, 39:8, 61:5, 61:7, 61:19, 62:6, 62:15, 62:18, 62:24, 63:4, 63:8, 63:15, 66:4, 78:25, 80:20, 80:22, 85:13, 141:22, 142:25
**generally** [2] - 10:8, 46:5
**generate** [1] - 93:10
**generated** [2] - 106:17, 109:7
**generating** [1] - 108:22

**generation** [1] - 70:13
**genes** [1] - 71:8
**GEORGE** [1] - 1:3
**George** [1] - 9:9
**given** [4] - 8:11, 28:9, 76:13, 106:25
**go-to** [1] - 33:9
**Golberg** [1] - 131:13
**Gold** [1] - 9:16
**Google** [1] - 125:24
**Googled** [1] - 119:2
**gotta** [3] - 85:7, 106:11, 106:12
**Gould** [3] - 136:4, 137:24, 139:1
**Government** [16] - 15:2, 15:17, 49:17, 73:8, 74:8, 74:22, 75:12, 92:5, 92:9, 100:10, 100:15, 100:20, 101:7, 103:24, 104:4, 140:22
**government** [2] - 12:18, 15:24
**Government's** [6] - 75:4, 100:24, 103:3, 103:19, 103:20, 110:8
**grade** [1] - 70:18
**graduate** [1] - 7:4
**great** [1] - 134:16
**greater** [1] - 54:6
**greatly** [1] - 45:4
**grew** [1] - 70:20
**Grove** [4] - 132:16, 133:6, 134:20, 139:24
**grow** [1] - 70:19
**growth** [1] - 69:15
**guarantee** [1] - 71:22
**guess** [3] - 26:2, 63:2, 112:11
**guidance** [1] - 95:17
**Guilmette** [1] - 104:15
**Gumm** [2] - 2:3, 144:19
**Gutierrez** [3] - 68:17, 69:3, 120:6

## H

**hand** [5] - 4:19, 21:4, 119:11, 130:12, 132:23
**handed** [1] - 101:19
**handle** [1] - 142:4
**hands** [2] - 119:23, 120:2
**handwriting** [5] - 21:8,

30:4, 124:9, 124:10, 124:12
**hang** [1] - 135:4
**hanging** [1] - 80:2
**HANKS** [1] - 1:3
**Hanks's** [1] - 68:7
**happy** [1] - 110:6
**hard** [1] - 64:25
**Harvard** [1] - 10:7
**has..** [1] - 32:24
**head** [3] - 34:17, 36:24, 43:19
**headache** [1] - 118:23
**headed** [1] - 19:8
**health** [8] - 12:8, 13:3, 14:8, 14:22, 17:11, 61:18, 66:19, 68:10
**Health** [2] - 8:10, 8:14
**healthcare** [1] - 88:21
**Healthcare** [9] - 6:15, 6:17, 6:19, 21:11, 21:19, 22:16, 38:8, 38:12, 120:6
**hear** [1] - 113:23
**heard** [1] - 19:10
**hearing** [3] - 66:17, 103:8, 143:3
**HEARING** [1] - 1:9
**hearsay** [5] - 15:21, 25:10, 38:24, 39:4, 102:4
**heart** [1] - 23:11
**Heart** [1] - 6:5
**heavily** [1] - 68:19
**held** [3] - 4:3, 10:8, 72:15
**help** [6] - 6:24, 6:25, 81:2, 82:8, 100:21, 107:24
**helpful** [1] - 23:1
**helping** [1] - 100:24
**hemispheres** [1] - 57:20
**henceforth** [1] - 12:22
**hereby** [1] - 144:12
**high** [6] - 6:17, 8:14, 8:22, 69:16, 85:12, 99:11
**higher** [1] - 31:14
**highlighted** [1] - 107:25
**highly** [2] - 9:6, 49:16
**himself** [2] - 34:4, 34:7
**hinged** [1] - 94:2
**HIPAA** [4] - 12:17, 13:1, 13:21, 14:6
**history** [1] - 122:8
**hit** [1] - 91:19
**hmm** [8] - 106:3,

115:6, 125:11, 125:15, 130:13, 130:25, 131:7, 135:9
**hold** [2] - 5:25, 90:21
**home** [2] - 69:2, 70:2
**Honor** [27] - 4:14, 20:5, 20:17, 28:3, 29:11, 30:14, 40:4, 48:17, 49:7, 49:13, 50:5, 50:16, 51:2, 72:18, 75:10, 76:15, 101:13, 102:3, 106:24, 107:10, 122:12, 126:20, 132:23, 139:6, 142:14, 143:21, 143:23
**HONORABLE** [1] - 1:3
**hope** [2] - 4:8, 56:25
**hospital** [4] - 21:20, 22:22, 22:5, 54:2
**Hospital** [2] - 43:19, 43:21
**hospital-based** [1] - 22:5
**hospitalization** [4] - 56:10, 58:11, 58:18, 69:18
**hospitalizations** [1] - 56:6
**hospitalized** [7] - 56:7, 64:2, 141:12, 141:15, 141:18, 141:24, 142:18
**hours** [1] - 91:5
**Houston** [13] - 1:11, 5:15, 6:24, 8:21, 53:23, 54:7, 56:8, 66:2, 66:23, 105:10, 105:12, 112:7, 117:14
**Houstonian** [3] - 45:7, 131:10, 131:11
**huge** [1] - 37:22
**human** [2] - 9:11, 73:20
**humans** [1] - 60:10
**hundreds** [2] - 24:8
**husband's** [1] - 63:16
**hypertension** [2] - 8:14, 8:22
**Hypertension** [1] - 6:4
**hypomimia** [6] - 27:16, 27:19, 27:23, 28:20, 29:13, 32:11

## I

**idea** [1] - 10:2
**ideas** [1] - 96:4

**identification** [6] - 13:6, 13:8, 16:8, 20:3, 30:18, 82:13
**II** [2] - 9:7, 9:11
**illness** [2] - 76:10, 118:20
**image** [1] - 58:22
**imagine** [2] - 79:18, 108:25
**imaging** [2] - 33:9, 65:8
**immediate** [1] - 61:21
**immediately** [2] - 29:23, 30:9
**impact** [5] - 49:8, 50:10, 65:12, 71:20, 142:4
**impacted** [4] - 15:1, 15:16, 39:14, 142:8
**impacts** [1] - 62:4
**impaired** [6] - 30:4, 37:10, 37:11, 52:9, 53:3, 113:5
**impairment** [36] - 10:9, 10:15, 10:19, 11:7, 11:24, 12:13, 27:1, 33:12, 33:15, 33:25, 37:5, 37:12, 46:7, 54:18, 73:10, 74:19, 96:23, 99:24, 108:2, 108:6, 108:14, 108:19, 109:4, 110:22, 111:23, 111:24, 111:25, 112:10, 112:16, 112:21, 113:1, 113:12, 114:7, 114:15, 115:11, 141:2
**impairments** [2] - 9:25, 34:14
**important** [7] - 7:12, 33:8, 38:7, 70:8, 112:13, 112:19, 128:15
**impressed** [1] - 31:10
**impression** [5] - 26:8, 37:4, 55:20, 140:25, 141:6
**impressions** [1] - 76:5
**improved** [3] - 45:4, 45:5, 121:7
**in-charge** [1] - 26:16
**in-depth** [4] - 22:11, 32:12, 32:13
**inappropriate** [1] - 93:19
**inappropriately** [1] - 108:22
**include** [9] - 82:25,

86:19, 95:4, 95:7, 96:5, 97:22, 98:18, 99:17
**included** [12] - 12:2, 83:17, 94:17, 94:20, 95:9, 95:18, 97:6, 116:10, 116:12, 116:16, 116:21, 128:1
**includes** [2] - 71:25, 116:7
**including** [2] - 108:6, 117:1
**inconsistency** [1] - 48:12
**inconsistent** [3] - 26:10, 50:3, 51:15
**increase** [1] - 66:13
**incurred** [1] - 59:13
**indeed** [1] - 25:7
**independent** [2] - 142:4, 142:9
**INDEX** [1] - 3:1
**indicate** [1] - 82:22
**indicated** [2] - 18:14, 38:22
**indicates** [1] - 38:5
**indicative** [1] - 27:24
**indicted** [4] - 12:3, 13:2, 13:19, 13:22
**indictment** [2] - 12:19, 13:17
**individual** [2] - 6:21, 57:7
**individualization** [1] - 43:10
**individualized** [1] - 43:9
**individuals** [3] - 24:4, 24:10, 104:10
**infected** [1] - 56:20
**infection** [11] - 56:11, 56:19, 59:14, 60:14, 61:3, 61:25, 64:21, 64:22, 69:17, 70:5, 70:18
**infections** [4] - 56:3, 59:16, 60:10, 64:17
**inferred** [1] - 35:8
**infirmities** [1] - 21:15
**infirmity** [2] - 76:10, 77:5
**inform** [1] - 63:10
**information** [14] - 5:18, 12:7, 24:19, 24:23, 39:25, 52:13, 68:13, 78:9, 80:5, 82:25, 83:17, 89:9, 94:13, 120:7
**informed** [1] - 79:7

**initial** [5] - 30:21, 31:6, 34:11, 37:18, 85:17
**initiating** [1] - 42:8
**initiator** [1] - 92:2
**injured** [2] - 58:8
**injuring** [1] - 58:7
**injury** [2] - 58:8, 58:9
**input** [1] - 93:13
**inquiries** [1] - 14:12
**inserting** [1] - 69:24
**inside** [1] - 78:14
**instant** [1] - 61:12
**Institutes** [2] - 8:10, 8:13
**institutions** [1] - 22:4, 55:12
**instructions** [2] - 62:3, 68:14
**intact** [2] - 52:7, 52:8
**intended** [1] - 83:1
**intent** [1] - 45:19
**interacting** [1] - 29:20, 46:22
**interaction** [6] - 8:16, 46:4, 46:9, 51:25, 68:9, 104:10
**interactions** [4] - 52:3, 52:21, 68:12, 68:16
**interchangeably** [1] - 112:5
**interested** [1] - 89:12
**interesting** [2] - 8:16, 24:5
**interests** [1] - 109:19
**intermediate** [1] - 52:8
**internal** [4] - 6:22, 9:23, 29:25, 80:23
**international** [1] - 6:25
**internationally** [2] - 35:8, 36:15
**internet** [4] - 118:7, 118:11, 118:19, 119:5
**internist** [1] - 78:25
**interpretation** [3] - 108:10, 110:24, 117:23
**Interpreter** [1] - 2:2
**interrogated** [1] - 133:22
**interrupt** [1] - 25:18
**interviews** [1] - 130:15
**intoxication** [1] - 32:1
**intrinsic** [1] - 59:23
**introduced** [2] - 39:22, 59:21
**introduction** [2] - 40:22, 117:16
**invasive** [1] - 85:12

**investigation** [7] - 73:24, 74:9, 74:17, 88:12, 88:15, 89:13, 90:19
**involve** [1] - 6:9
**involved** [4] - 6:13, 128:19, 130:2, 135:1
**Iowa** [1] - 7:18
**IRINA** [1] - 1:25
**IRS** [2] - 12:16, 13:10
**issue** [6] - 25:21, 41:21, 51:11, 70:7, 84:4, 125:22
**issues** [7] - 11:16, 16:12, 18:16, 27:24, 91:7, 124:3, 131:17
**it'll** [1] - 127:12
**items** [2] - 33:16, 98:18
**itself** [3] - 48:7, 55:5, 99:4

**J**

**James** [4] - 4:14, 5:12, 11:13, 14:25
**JAMES** [3] - 1:22, 3:4, 4:20
**Jankovic** [24] - 32:25, 34:21, 34:22, 34:23, 35:2, 35:18, 35:24, 36:1, 36:8, 36:18, 54:8, 84:7, 85:24, 86:16, 98:1, 98:4, 98:15, 98:21, 100:2, 131:16, 132:18, 133:1, 139:16, 140:12
**Jankovic's** [13] - 35:4, 98:25, 99:20, 99:22, 100:5, 120:23, 121:1, 121:21, 127:21, 127:23, 127:24, 133:11, 139:14
**January** [18] - 11:23, 45:13, 47:16, 50:18, 54:10, 65:23, 74:6, 88:8, 92:7, 96:8, 105:15, 106:5, 106:15, 106:22, 107:17, 110:20, 125:14, 132:14
**JASON** [1] - 1:19
**Jason** [1] - 25:6
**John** [1] - 22:8
**joint** [2] - 42:16
**jointly** [2] - 64:18
**Jones** [1] - 74:3
**jpool@bcm.edu** [1] -

44:18
**JR** [1] - 1:3
**Judge** [8] - 25:12, 66:6, 68:7, 72:4, 75:22, 76:8, 109:17, 132:10
**JUDGE** [1] - 1:3
**judge** [1] - 24:22
**judgment** [1] - 63:9
**June** [7] - 20:13, 58:18, 59:9, 61:23, 120:11, 141:18, 141:22
**junior** [1] - 8:20
**Justice** [11] - 12:3, 12:24, 14:2, 14:14, 74:2, 93:11, 93:20, 95:12, 95:13, 95:14, 95:16

**K**

**KATHRYN** [1] - 1:23
**Kathy** [6] - 74:3, 93:9, 93:13, 95:2, 95:6, 99:2
**Kathy's** [1] - 95:17
**keep** [3] - 22:10, 117:6, 134:15
**Keflex** [2] - 69:13, 71:10
**KENEALLY** [1] - 1:23
**Keneally** [11] - 11:23, 65:23, 74:3, 74:6, 93:9, 97:17, 98:1, 98:18, 99:3, 99:17, 106:20
**kept** [1] - 9:5
**kidneys** [1] - 56:19
**kind** [11] - 27:2, 47:4, 59:13, 81:8, 85:10, 93:2, 94:17, 96:11, 119:21, 120:18, 134:6
**knowing** [1] - 18:6
**knowledge** [15] - 18:15, 25:15, 62:18, 68:14, 77:24, 78:10, 78:24, 80:11, 80:14, 85:5, 93:12, 97:13, 128:21, 128:24, 129:2
**known** [2] - 31:12, 56:21
**knows** [4] - 9:5, 9:6, 66:8, 112:9
**Kozaland** [1] - 138:22

**L**

**L-E-R-N-E-R** [1] - 16:6
**lab** [2] - 33:22, 123:8
**laboratory** [3] - 69:4, 69:5, 70:4
**lack** [3] - 41:8, 124:25, 131:8
**lacks** [2] - 27:16, 27:17
**lag** [1] - 37:21
**Lai** [39] - 43:16, 43:21, 44:1, 44:3, 45:12, 46:2, 53:22, 54:2, 54:7, 54:11, 54:20, 55:20, 84:11, 86:19, 86:20, 86:25, 104:22, 104:25, 105:3, 105:6, 105:9, 106:1, 106:4, 106:18, 107:19, 108:13, 108:25, 110:3, 110:7, 110:21, 111:22, 112:6, 113:9, 114:8, 114:24, 115:22, 116:21, 140:23, 141:5
**LAI** [1] - 43:16
**Lai's** [9] - 54:14, 55:10, 55:17, 105:2, 106:7, 107:16, 107:23, 111:8, 142:22
**laid** [1] - 25:15
**LANGSTON** [66] - 1:17, 7:8, 10:10, 10:13, 15:6, 17:3, 20:16, 24:12, 25:17, 28:3, 28:17, 30:25, 38:24, 39:16, 44:12, 44:22, 46:13, 48:17, 49:7, 50:5, 51:1, 55:7, 62:8, 62:10, 62:20, 67:11, 75:2, 76:15, 77:10, 77:12, 82:12, 82:16, 92:19, 92:24, 101:12, 101:16, 102:8, 102:15, 107:4, 107:9, 107:15, 109:13, 109:24, 110:2, 110:19, 111:2, 111:7, 114:18, 114:23, 115:3, 115:16, 115:20, 116:2, 122:9, 122:11, 122:14, 126:19, 126:23, 129:14,

132:22, 133:7,
134:15, 139:5,
142:13, 142:16,
143:20
**Langston** [4] - 3:6,
3:8, 139:14, 140:24
**language** [3] - 52:20,
62:7, 112:12
**last** [11] - 25:9, 49:1,
49:5, 56:1, 65:6,
110:4, 110:11,
116:4, 137:20,
137:22, 140:19
**late** [4] - 52:7, 52:8
**latter** [1] - 21:17
**law** [1] - 31:25
**Law** [4] - 1:19, 1:22,
1:24, 1:25
**LAW** [1] - 1:21
**lawyers** [5] - 12:18,
14:2, 15:25, 100:13,
104:1
**layman's** [1] - 73:14
**leadership** [1] - 42:18
**leading** [3] - 46:14,
46:16, 60:16
**learned** [9] - 24:4,
24:14, 25:23, 78:10,
78:11, 78:14, 88:4,
120:7, 135:1
**learning** [2] - 25:18,
25:20
**least** [14] - 13:23,
31:6, 45:18, 83:10,
85:16, 85:19, 86:11,
87:2, 87:6, 91:25,
119:20, 133:10,
138:14, 143:11
**leave** [1] - 95:20
**led** [3] - 8:15, 74:23,
75:13
**LEE** [1] - 1:17
**left** [5] - 8:3, 10:6,
21:4, 59:25, 60:8
**left-hand** [1] - 21:4
**legal** [10] - 11:9,
11:12, 11:16, 31:23,
63:10, 90:19, 93:6,
93:7, 102:25, 104:11
**lengths** [1] - 71:14
**Lerner** [25] - 16:6,
16:12, 16:22, 17:15,
17:18, 17:24, 18:3,
18:8, 18:13, 18:19,
19:8, 59:21, 78:18,
79:12, 79:13, 79:17,
79:19, 79:22, 80:1,
80:8, 80:16, 129:22,
135:18, 137:18,
138:20

**letter** [41] - 11:22,
12:1, 12:6, 12:9,
12:15, 65:22, 74:5,
88:6, 92:5, 92:6,
92:7, 92:23, 93:1,
93:10, 93:24, 94:7,
94:11, 94:14, 95:8,
95:23, 97:9, 97:16,
97:23, 98:1, 98:5,
98:7, 98:19, 98:23,
98:24, 98:25, 99:4,
99:17, 99:21, 99:22,
100:5, 105:14,
105:25, 106:1,
106:20, 123:15
**letter's** [1] - 88:8
**letters** [3] - 97:22,
98:22, 100:3
**level** [7] - 18:14,
29:25, 35:8, 57:6,
72:22, 73:10, 74:18
**levodopa** [2] - 40:23,
40:25
**LEVODOPA** [1] -
40:23
**Lewy** [7] - 94:4, 96:23,
98:11, 108:7, 109:9,
113:14, 114:1
**life** [5] - 52:12, 74:23,
75:13, 142:4, 142:9
**lifelike** [1] - 57:22
**likelihood** [1] - 61:3
**likely** [4] - 37:11,
56:22, 60:14, 106:21
**limitation** [1] - 40:3
**limitations** [1] - 39:20
**line** [3] - 31:5, 83:3,
103:6
**lining** [1] - 132:13
**Lisse** [2] - 79:2, 79:3
**list** [14] - 36:18,
109:25, 110:8,
110:14, 126:5,
126:14, 130:23,
132:14, 136:8,
136:23, 137:2,
137:5, 137:9, 138:8
**listed** [3] - 86:8, 124:2,
135:16
**listing** [1] - 136:9
**lists** [1] - 125:25
**literally** [4] - 11:15,
23:23, 24:8, 126:11
**lived** [1] - 53:5
**living** [3] - 5:13, 23:21,
112:23
**load** [1] - 69:16
**location** [1] - 8:1
**logistical** [1] - 91:7
**logistics** [1] - 22:10

**long-term** [1] - 43:17
**look** [21] - 11:4, 13:15,
16:9, 16:14, 31:25,
34:1, 50:6, 51:12,
55:3, 75:17, 82:20,
87:9, 107:1, 107:8,
109:8, 117:21,
118:14, 125:22,
127:7, 127:12,
132:11
**looked** [5] - 42:1,
82:7, 118:6, 118:11,
119:4
**looking** [6] - 49:4,
98:8, 107:23,
125:23, 127:19,
134:6
**looks** [2] - 16:19,
118:19
**LOONAM** [1] - 1:22
**Loonam** [1] - 1:22
**lose** [2] - 52:24, 52:25
**loss** [5] - 52:16, 64:23,
125:1, 126:3, 126:12
**lost** [1] - 92:13
**loud** [1] - 113:23
**love** [2] - 70:18, 138:24
**low-grade** [1] - 70:18
**lunch** [2] - 72:13,
144:4
**lying** [1] - 99:23

---

# M

**M.D** [3] - 5:12, 8:2,
43:16
**MAGNANI** [1] - 1:16
**magnitude** [2] - 33:14,
59:17
**mail** [13] - 13:13,
14:18, 14:19, 14:20,
44:15, 45:1, 46:19,
46:22, 90:13, 90:24,
101:22, 102:14,
125:13
**mails** [1] - 90:12
**maintained** [2] -
26:18, 53:1
**major** [4] - 60:18,
125:1, 126:3, 126:12
**majority** [1] - 38:7
**maladies** [2] - 23:14,
26:23
**malady** [1] - 47:4
**male** [2] - 60:1, 60:5
**malfunction** [1] -
57:23
**malinger** [2] - 76:9,
76:20
**malingering** [7] - 68:6,

73:4, 73:6, 73:13,
73:17, 76:25, 77:5
**manage** [2] - 6:23, 9:9
**manageable** [1] -
60:19
**managed** [3] - 18:16,
43:23, 130:5
**management** [2] -
11:16, 42:18
**managing** [1] - 17:19
**manifestation** [1] -
57:18
**manufacture** [1] -
73:17
**map** [1] - 37:8
**March** [20] - 37:19,
42:22, 56:7, 57:12,
105:19, 105:23,
130:24, 130:25,
132:15, 132:17,
133:22, 135:2,
136:4, 137:24,
139:16, 139:21,
139:22, 140:11,
141:15, 143:11
**mark** [5] - 20:3, 82:13,
101:10, 106:23,
125:12
**marked** [6] - 13:6,
16:7, 30:17, 41:3,
42:20, 44:9
**marvelous** [1] - 60:11
**mask** [2] - 5:1, 29:18
**massive** [1] - 46:7
**matter** [5] - 39:18,
39:23, 41:22, 68:25,
144:15
**MD** [1] - 22:6
**mean** [28] - 23:23,
24:16, 27:23, 36:14,
38:4, 38:10, 41:7,
46:24, 46:25, 48:20,
49:11, 49:21, 50:24,
51:20, 52:22, 53:18,
62:13, 68:14, 71:17,
71:21, 94:15, 95:11,
108:10, 108:23,
113:20, 115:24,
118:8, 128:14
**meaning** [2] - 40:21,
56:19
**means** [9] - 28:1,
40:21, 60:6, 92:14,
110:25, 117:15,
135:14, 136:20,
137:12
**meant** [1] - 29:13
**mechanical** [1] - 2:6
**Medal** [1] - 9:16
**medical** [45] - 6:23,

7:1, 7:6, 7:10, 18:14,
21:14, 21:23, 28:13,
32:23, 55:12, 56:21,
61:4, 61:14, 73:4,
77:22, 80:23, 81:9,
82:7, 82:14, 83:8,
84:22, 84:23, 85:20,
106:7, 106:13,
106:16, 114:12,
114:14, 116:7,
119:8, 119:15,
119:17, 124:18,
127:6, 127:22,
128:3, 130:12,
132:1, 138:15,
138:18, 138:20,
138:22, 139:1,
139:3, 143:16
**Medical** [1] - 22:4
**medication** [9] -
23:10, 42:5, 42:25,
43:3, 116:14,
128:23, 133:9,
133:11, 143:12
**medications** [8] -
42:7, 46:1, 130:23,
132:8, 132:14,
134:4, 134:21, 140:2
**medicine** [4] - 6:22,
9:23, 29:25, 80:23
**Medicine** [24] - 5:14,
5:15, 5:24, 6:2, 6:14,
7:25, 8:18, 8:24,
15:3, 15:18, 16:10,
16:18, 18:20, 18:24,
19:2, 19:16, 22:14,
22:18, 34:17, 36:9,
37:1, 43:18, 49:3,
102:11
**meet** [5] - 11:18,
102:1, 102:17,
103:4, 103:7
**meeting** [6] - 48:2,
102:23, 103:25,
125:19, 134:10,
134:11
**meetings** [3] - 24:25,
47:20, 90:25
**melanoma** [1] -
131:14
**Melissa** [2] - 41:12,
41:18
**member** [6] - 8:20,
81:25, 82:23, 86:20,
105:6, 123:4
**members** [3] - 68:10,
97:20, 105:18
**memories** [1] - 52:2
**memory** [17] - 17:14,
20:2, 22:21, 23:25,

24:20, 27:2, 31:16,
35:16, 35:20, 46:6,
52:6, 52:8, 52:9,
52:16, 54:11, 58:16,
85:19
**men** [2] - 59:15, 59:16
**mental** [3] - 45:4,
64:24, 72:2
**mention** [2] - 16:2,
115:14
**mentioned** [20] - 5:25,
13:21, 16:2, 16:21,
21:10, 27:13, 34:12,
36:11, 36:20, 42:4,
53:22, 74:22, 79:21,
81:16, 84:20, 88:1,
90:5, 90:7, 140:21,
142:2
**mentor** [1] - 8:19
**message** [1] - 47:9
**messaging** [2] - 47:7
**met** [5] - 48:22, 49:2,
90:8, 90:9, 140:10
**metabolic** [4] - 56:23,
57:18, 64:23, 71:25
**Methodist** [4] - 43:18,
43:21, 53:24, 56:8
**methodology** [1] -
53:17
**Metroplex** [1] - 54:7
**Michael** [1] - 8:16
**Michele** [3] - 33:12,
34:16, 36:20
**microbes** [1] - 70:15
**mid** [1] - 31:8
**mid-October** [1] - 31:8
**middle** [2] - 66:8,
127:16
**midst** [1] - 57:3
**might** [6] - 79:10,
83:4, 87:23, 88:18,
109:20, 127:11
**mild** [25] - 38:23,
105:16, 105:22,
107:22, 108:1,
108:5, 108:13,
108:18, 108:19,
109:2, 109:3, 109:4,
110:21, 110:25,
111:22, 111:24,
111:25, 112:2,
112:9, 112:16,
112:21, 113:1,
114:14, 115:11,
141:2
**milligrams** [1] - 69:14
**million** [1] - 19:15
**mindset** [2] - 32:11,
87:14
**minimal** [1] - 31:12

**minute** [3] - 16:9,
72:12, 91:4
**minutes** [3] - 72:9,
116:5, 117:2
**mirror** [1] - 58:22
**mirrors** [1] - 11:4
**missing** [2] - 85:24,
101:20
**mission** [1] - 7:1
**Mister** [3] - 19:18,
42:9, 42:23
**mitigate** [1] - 64:20
**ML** [1] - 71:3
**MoCA** [1] - 116:10
**moderate** [15] - 38:23,
105:16, 105:22,
107:22, 108:1,
108:5, 108:14,
108:18, 108:19,
109:2, 109:3, 109:4,
110:21, 110:25,
111:22
**moderately** [1] - 72:24
**modifications** [2] -
41:7, 42:6
**moment** [4] - 11:8,
30:13, 44:1, 44:14
**Monday** [2] - 72:12,
120:11
**MONDAY** [2] - 1:12,
4:5
**money** [2] - 81:21
**months** [6] - 9:15,
65:7, 120:6, 120:15,
125:17, 133:23
**morbidity** [1] - 71:24
**morning** [8] - 4:7,
4:16, 4:17, 5:5, 5:6,
52:14, 77:13, 77:14
**mortality** [2] - 71:24,
71:25
**most** [16] - 8:20, 9:4,
27:21, 30:6, 31:23,
33:8, 37:10, 38:7,
54:23, 55:10, 55:13,
58:5, 68:8, 102:25,
108:4, 112:19
**mostly** [2] - 95:5, 96:8
**motion** [2] - 66:1, 91:9
**motivation** [2] - 88:18,
88:21
**move** [4] - 17:1, 20:14,
30:22, 44:20
**movement** [1] - 27:17
**moving** [3] - 27:14,
39:14, 54:1
**MR** [124] - 4:13, 5:4,
7:8, 7:16, 10:10,
10:13, 11:1, 15:6,
15:14, 15:23, 17:1,

17:3, 17:6, 20:4,
20:7, 20:16, 20:20,
24:12, 25:11, 25:17,
25:25, 28:3, 28:11,
28:17, 29:11, 30:16,
30:25, 31:3, 38:24,
39:6, 39:13, 39:16,
40:2, 44:12, 44:13,
44:20, 44:22, 44:25,
46:13, 46:18, 48:17,
49:7, 49:13, 50:5,
50:16, 51:1, 51:17,
51:24, 55:7, 55:8,
62:8, 62:10, 62:20,
63:20, 67:11, 67:22,
72:4, 72:7, 72:10,
72:14, 72:18, 75:2,
75:10, 75:22, 76:8,
76:15, 77:3, 77:7,
77:10, 77:12, 82:12,
82:16, 92:19, 92:24,
101:12, 101:16,
102:3, 102:8,
102:15, 106:24,
107:4, 107:9,
107:15, 109:13,
109:16, 109:19,
109:24, 110:1,
110:2, 110:6,
110:11, 110:19,
111:2, 111:3, 111:7,
114:18, 114:20,
114:23, 115:1,
115:3, 115:16,
115:17, 115:20,
116:2, 122:5, 122:9,
122:11, 122:14,
126:19, 126:20,
126:23, 129:12,
129:14, 132:22,
133:7, 134:15,
139:5, 139:9,
142:11, 142:13,
142:16, 143:20,
143:22, 143:25
**MRI** [2] - 33:9, 65:8
**multidrug** [1] - 71:8
**multipage** [1] - 106:25
**multiple** [2] - 64:15,
64:16
**muscle** [1] - 30:2
**muscles** [1] - 27:17
**must** [3] - 90:23,
93:17, 133:21

## N

**n/a** [1] - 2:1
**name** [7] - 5:10, 13:13,
24:10, 40:22, 69:13,

123:21, 140:8
**names** [3] - 24:4, 24:7,
101:4
**narcotics** [1] - 89:12
**National** [2] - 8:10,
8:13
**necessarily** [1] - 40:14
**need** [8] - 5:7, 20:23,
33:25, 41:14, 79:22,
95:18, 111:10, 132:7
**needed** [5] - 18:16,
42:17, 61:1, 95:14,
95:16
**needs** [1] - 43:9
**nervous** [1] - 57:1
**net** [2] - 112:18
**nets** [1] - 58:9
**neurocognitive** [3] -
28:7, 34:14, 37:15
**neurodegenerative**
[7] - 27:10, 28:21,
31:15, 32:15, 33:8,
65:17, 96:12
**neuroimaging** [1] -
65:4
**neurologist** [2] -
76:17, 83:22
**Neurology** [4] - 34:17,
37:1, 41:19, 52:23
**neurology** [2] - 27:19,
29:25
**neuropsychological**
[4] - 33:13, 36:23,
41:9, 53:19
**Neuropsychological**
[2] - 34:18, 36:25
**neuroradiologist** [1] -
84:1
**never** [16] - 10:16,
34:7, 50:1, 61:9,
78:6, 87:19, 100:10,
118:16, 123:2,
128:19, 128:22,
128:25, 129:19,
129:21, 130:1,
131:24
**new** [4] - 57:8, 57:10,
144:3
**New** [1] - 74:3
**newly** [1] - 124:3
**news** [2] - 101:1,
125:20
**next** [7] - 39:19, 40:8,
70:13, 121:13,
124:6, 139:22, 141:5
**nice** [1] - 4:8
**nil** [1] - 68:14
**nobody** [3] - 18:4,
94:25, 110:16
**non** [2] - 71:25, 104:3

**non-experts** [1] -
104:3
**non-mortality** [1] -
71:25
**none** [2] - 71:9, 85:2
**noon** [1] - 9:9
**normal** [1] - 31:22
**Norman** [1] - 8:2
**North** [1] - 8:6
**notably** [1] - 98:9
**note** [15] - 17:8, 23:22,
42:22, 66:22, 110:7,
113:8, 120:5, 132:9,
136:6, 139:14,
140:12, 140:14,
140:23, 143:15
**note's** [1] - 139:20
**noted** [1] - 133:12
**notes** [26] - 20:10,
20:11, 20:22, 22:20,
22:25, 51:13, 59:2,
59:3, 79:22, 108:22,
109:7, 111:9,
111:11, 119:23,
119:25, 120:3,
120:24, 121:1,
121:2, 121:4,
123:12, 123:22,
127:23, 127:24,
130:12, 143:9
**nothing** [6] - 14:23,
18:13, 71:4, 104:1,
139:5, 143:20
**notice** [3] - 10:15,
50:7, 132:25
**noticed** [2] - 28:8,
79:13
**notify** [1] - 50:7
**nouns** [2] - 24:2, 24:3
**November** [2] - 50:18,
65:25
**NOVEMBER** [2] -
1:12, 4:5
**number** [12] - 8:25,
31:10, 40:10, 54:20,
55:5, 69:18, 84:8,
84:11, 101:17,
105:9, 117:11,
136:14
**numbers** [1] - 120:22
**nurse's** [1] - 59:2
**nutrient** [2] - 60:8,
60:11
**nutshell** [1] - 96:13

## O

**o'clock** [1] - 144:5
**O'CONNOR** [1] - 1:20
**oath** [1] - 47:17

**Obenour** [1] - 78:25
**object** [2] - 102:3, 102:5
**objection** [46] - 7:8, 10:10, 10:12, 10:21, 10:24, 15:6, 15:11, 17:3, 17:4, 20:15, 20:16, 20:18, 28:3, 28:18, 29:4, 29:8, 29:9, 30:24, 30:25, 31:1, 38:24, 39:16, 39:18, 44:22, 44:23, 46:11, 46:13, 46:16, 51:7, 62:8, 62:9, 67:11, 75:2, 75:21, 76:4, 76:15, 111:3, 111:4, 114:19, 114:20, 114:21, 115:17, 115:18, 122:5, 126:20, 126:21
**objection's** [9] - 15:22, 39:21, 63:18, 67:20, 75:8, 75:19, 75:20, 76:22, 102:13
**objective** [4] - 37:4, 65:15, 65:20, 65:21
**observation** [2] - 65:15, 75:24
**observations** [5] - 29:1, 29:3, 33:2, 50:15, 50:19
**observe** [2] - 52:19, 53:8
**observed** [7] - 28:5, 28:18, 28:19, 28:20, 52:19, 79:19, 142:7
**observing** [3] - 26:11, 26:22, 47:11
**obstructing** [1] - 60:6
**obstruction** [2] - 60:4, 60:24
**obtain** [1] - 55:17
**obtained** [5] - 55:16, 55:19, 69:22, 69:23, 139:23
**obviously** [11] - 22:1, 25:12, 25:20, 27:8, 31:9, 56:15, 66:7, 80:1, 86:4, 89:7, 119:16
**occasions** [2] - 11:18, 54:21
**occur** [2] - 13:22, 64:21
**occurred** [3] - 25:8, 58:17, 58:21
**October** [28] - 5:23, 12:12, 13:10, 13:18, 13:20, 19:25, 20:12,

31:8, 47:6, 54:24, 55:18, 55:21, 77:16, 77:25, 105:3, 115:23, 124:15, 124:21, 125:9, 125:10, 125:17, 126:15, 135:8, 136:19, 138:24, 141:6, 141:10, 142:17
**OF** [3] - 1:2, 1:10, 3:1
**offer** [4] - 111:2, 114:18, 115:16, 126:19
**offered** [3] - 17:11, 50:25, 110:4
**offering** [1] - 28:15
**Office** [1] - 12:23
**office** [4] - 49:2, 90:8, 90:10, 100:13
**Official** [1] - 2:3
**OFFICIAL** [1] - 1:10
**often** [1] - 24:11
**Oklahoma** [3] - 7:19, 7:25
**older** [3] - 10:23, 11:5, 60:1
**oldest** [2] - 9:10, 22:25
**once** [3] - 13:14, 57:5, 90:10
**one** [62] - 9:13, 10:5, 10:8, 16:5, 25:4, 25:5, 27:21, 30:10, 31:10, 32:2, 32:10, 33:8, 39:1, 39:4, 40:10, 40:12, 45:8, 47:20, 52:19, 53:14, 54:23, 56:16, 57:3, 60:18, 62:16, 69:12, 70:2, 70:22, 74:24, 75:14, 80:11, 80:21, 80:23, 82:21, 84:8, 88:25, 91:21, 96:20, 97:5, 97:11, 98:17, 99:16, 107:7, 109:11, 110:2, 110:4, 112:20, 113:19, 117:23, 123:7, 125:4, 127:11, 133:2, 133:10, 133:11, 133:12, 136:14, 137:15, 137:22, 144:5
**ongoing** [3] - 74:9, 88:2, 96:22
**onus** [1] - 61:20
**onward** [1] - 47:6
**oOo** [2] - 3:11, 144:7

**open** [1] - 4:3
**opinion** [10] - 41:25, 42:16, 43:22, 60:25, 76:3, 76:16, 77:1, 102:25, 105:21
**opinions** [1] - 100:25
**opportunity** [1] - 8:11
**opposed** [4] - 37:14, 53:13, 91:24, 138:7
**order** [4] - 34:20, 71:22, 121:24, 141:14
**ordered** [4] - 85:16, 121:25, 122:22, 123:2
**ordering** [2] - 85:6, 123:5
**organ** [2] - 58:8
**orient** [2] - 20:25, 135:7
**original** [1] - 22:2
**originally** [1] - 110:8
**orthopedic** [1] - 138:24
**orthopedics** [1] - 136:1
**outcome** [1] - 69:6
**outlined** [1] - 90:17
**outside** [5] - 29:6, 46:14, 77:21, 78:7, 130:5
**outweighed** [1] - 62:1
**overall** [1] - 124:25
**overmedicated** [2] - 42:12, 45:21
**overrule** [1] - 29:9
**overruled** [8] - 7:15, 10:21, 10:24, 15:12, 63:19, 67:21, 75:9, 102:14
**overview** [2] - 6:16, 18:7
**own** [3] - 26:4, 46:2, 133:17

**P**

**Page** [4] - 55:4, 82:14, 120:5, 132:11
**page** [15] - 16:14, 17:7, 17:9, 33:3, 96:15, 99:7, 99:9, 99:21, 108:11, 116:4, 121:13, 124:6, 132:20, 139:13, 139:22
**PAGE** [1] - 3:3
**pain** [2] - 89:11, 138:24
**pandemic** [2] - 66:8,

66:9
**paper** [6] - 119:22, 120:1, 120:2, 120:15, 123:16, 127:13
**papers** [1] - 101:17
**paperwork** [4] - 85:7, 92:15, 116:22, 116:23
**paragraph** [7] - 45:9, 45:24, 96:15, 98:8, 99:9, 99:21, 109:9
**paramount** [1] - 63:23
**Parkinson's** [41] - 30:5, 30:8, 30:11, 32:17, 34:25, 35:10, 36:5, 36:17, 40:16, 40:19, 41:1, 42:7, 42:9, 42:15, 42:19, 43:8, 43:15, 43:20, 43:23, 43:24, 54:4, 54:6, 54:16, 55:23, 84:8, 84:11, 94:3, 96:10, 96:11, 96:18, 96:19, 98:11, 105:10, 108:1, 108:5, 112:7, 112:8, 113:11, 114:3, 141:1, 141:7
**parkinsonism** [4] - 108:7, 108:8, 114:3
**parkinsonism-plus** [1] - 108:8
**part** [14] - 25:9, 25:10, 25:16, 32:14, 38:6, 51:3, 58:5, 68:11, 73:24, 76:6, 85:16, 111:16, 113:3, 116:16
**participate** [1] - 129:8
**participating** [1] - 129:20
**particles** [1] - 71:2
**particular** [4] - 6:12, 21:12, 33:18, 140:3
**partly** [1] - 77:1
**partner** [1] - 22:10
**pass** [1] - 77:8
**past** [3] - 14:15, 24:3, 99:10
**pathway** [1] - 43:5
**patient** [23] - 6:7, 11:5, 11:6, 16:18, 17:10, 18:8, 23:25, 32:24, 38:2, 38:4, 38:12, 42:15, 43:11, 62:16, 66:10, 79:20, 80:6, 89:1, 89:6, 97:3, 112:19, 118:2, 118:10

**patient's** [1] - 62:4
**patients** [17] - 6:10, 9:20, 9:24, 10:3, 10:23, 11:7, 21:14, 22:11, 22:17, 23:3, 38:8, 40:19, 43:14, 49:14, 50:22, 58:4, 117:20
**pattern** [3] - 37:11, 52:5, 122:8
**penis** [1] - 69:24
**people** [8] - 25:3, 31:23, 32:3, 32:6, 40:24, 50:23, 52:5, 86:5
**peoples'** [1] - 53:2
**per** [1] - 71:2
**perception** [2] - 46:25, 63:5
**perceptions** [1] - 53:3
**perfect** [1] - 55:13
**perform** [2] - 38:16, 49:15
**performance** [5] - 38:22, 48:13, 51:5, 51:18, 112:18
**performed** [1] - 9:12
**performing** [2] - 26:5, 51:6
**period** [12] - 11:12, 12:18, 14:3, 36:3, 45:14, 45:15, 47:11, 47:13, 58:21, 58:25, 59:7, 64:3
**permanent** [4] - 58:2, 58:6, 67:3, 67:6
**persistence** [1] - 58:9
**persists** [1] - 72:2
**person** [6] - 29:18, 38:7, 102:20, 102:21, 105:10, 122:22
**persona** [4] - 26:16, 26:21, 27:9, 27:12
**personal** [1] - 11:3
**personally** [2] - 24:25, 47:1
**personnel** [1] - 47:25
**perspective** [4] - 6:22, 9:22, 36:16, 66:9
**PET** [2] - 65:7
**Ph.D** [3] - 34:16, 36:22, 43:16
**Pharmacology** [1] - 5:14
**pharmacology** [2] - 8:15, 8:23
**Pharmacy** [3] - 132:16, 134:20, 139:24

**phenomenon** [3] - 53:8, 134:18
**philanthropic** [1] - 19:1
**phone** [13] - 15:20, 64:9, 90:11, 90:13, 90:24, 91:4, 93:23, 94:1, 94:12, 94:24, 96:3, 97:12, 114:8
**phonebook** [1] - 119:16
**phonetic** [5] - 13:12, 131:14, 136:4, 138:22, 139:1
**phonetic)** [1] - 102:22
**physical** [7] - 27:9, 27:12, 27:15, 29:15, 30:21, 33:21, 67:3
**physically** [2] - 66:12, 67:2
**physician** [21] - 5:20, 5:22, 9:2, 9:17, 16:3, 28:12, 32:20, 39:9, 41:18, 45:17, 67:15, 72:20, 77:2, 77:4, 78:12, 79:4, 79:8, 80:23, 101:2, 104:2, 104:3
**physicians** [5] - 36:16, 66:23, 79:11, 136:9, 136:11
**picks** [1] - 32:5
**piece** [3] - 120:1, 120:2, 123:16
**pieces** [1] - 32:9
**place** [2] - 13:1, 117:2
**placed** [1] - 121:8
**places** [1] - 24:23
**Plaintiff** [2] - 1:5, 1:15
**plan** [2] - 43:15, 68:21
**plateau** [3] - 57:8, 57:10
**player** [1] - 133:17
**players** [1] - 128:16
**pleadings** [1] - 15:16
**plenty** [2] - 53:4, 62:14
**plumber** [2] - 81:4, 81:5
**plumbing** [1] - 81:5
**plus** [1] - 108:8
**point** [13] - 29:8, 42:5, 44:4, 50:7, 53:11, 72:6, 73:23, 80:25, 81:24, 84:20, 88:11, 96:1, 134:19
**points** [9] - 6:18, 91:19, 93:3, 94:17, 94:19, 95:3, 95:13, 95:15, 95:18
**POOL** [3] - 3:4, 4:20,

5:12
**Pool** [4] - 4:14, 5:12, 70:23, 139:10
**pool** [43] - 4:15, 4:16, 5:5, 5:13, 10:16, 11:9, 16:16, 17:12, 20:21, 22:25, 24:18, 26:1, 29:12, 30:19, 31:4, 38:2, 38:4, 44:15, 45:1, 45:9, 45:23, 46:19, 47:15, 49:21, 50:8, 51:16, 51:25, 53:11, 55:3, 63:3, 67:14, 68:7, 68:24, 72:19, 72:25, 73:7, 76:9, 77:13, 101:7, 103:6, 128:8, 143:24, 144:1
**pool's** [3] - 49:14, 50:19, 102:4
**Pool's** [1] - 51:13
**population** [2] - 11:5, 11:6
**portions** [1] - 48:9
**positing** [1] - 73:15
**position** [5] - 8:3, 26:17, 36:21, 73:8, 75:12
**positions** [1] - 5:25
**possesses** [1] - 68:15
**possibilities** [1] - 23:12
**possibility** [1] - 73:21
**possible** [4] - 49:8, 67:23, 68:2, 142:20
**post** [2] - 7:4, 10:6
**post-graduate** [1] - 7:4
**posture** [1] - 124:24
**potential** [4] - 41:6, 62:4, 73:16, 90:19
**potentially** [1] - 64:7
**power** [5] - 61:15, 84:21, 84:22, 84:23, 85:21
**practice** [4] - 21:15, 73:4, 73:18, 77:22
**practicing** [1] - 117:10
**practitioner** [2] - 18:1, 39:8
**pre** [1] - 63:12
**pre-anesthetic** [1] - 63:12
**preceding** [1] - 69:21
**preface** [1] - 68:11
**prefer** [2] - 91:23, 127:13
**prepare** [1] - 90:5
**prepared** [5] - 90:4, 98:6, 123:25, 134:2,

134:10
**prescribed** [7] - 132:8, 132:16, 133:21, 133:24, 134:5, 134:22, 140:2
**prescribing** [8] - 128:13, 128:23, 133:2, 133:3, 133:6, 133:9, 139:17, 143:12
**presence** [1] - 70:19
**present** [3] - 26:3, 110:18, 134:21
**presentation** [1] - 26:21
**presented** [2] - 22:23, 23:15
**presenting** [1] - 76:1
**presently** [1] - 44:5
**preserved** [3] - 37:10, 52:2, 52:20
**President** [2] - 8:18, 53:6
**PRESIDING** [1] - 1:3
**pressure** [2] - 8:14, 8:22
**presume** [1] - 42:2
**pretty** [5] - 11:4, 45:3, 52:12, 66:16, 105:12
**prevent** [3] - 64:25, 69:10, 71:15
**previous** [3] - 58:22, 63:12, 116:7
**previously** [2] - 6:3, 74:5
**primarily** [1] - 68:16
**Primary** [1] - 52:23
**primary** [13] - 5:20, 5:21, 8:24, 9:2, 9:22, 12:9, 56:15, 67:15, 68:17, 69:5, 79:4, 79:8, 79:11
**printed** [3] - 120:11, 134:9, 135:7
**printout** [5] - 16:19, 118:14, 123:7, 133:23, 134:20
**priorities** [1] - 23:4
**priority** [1] - 23:16
**probability** [3] - 32:24, 56:22, 57:25
**problem** [4] - 9:9, 25:14, 59:18, 110:13
**problems** [6] - 6:23, 7:2, 124:2
**procedure** [10] - 61:1, 61:4, 61:8, 61:10, 61:19, 62:18, 64:13, 85:10, 85:13, 141:21
**procedures** [4] -

59:10, 61:11, 65:9, 85:3
**Proceedings** [1] - 2:6
**PROCEEDINGS** [3] - 1:10, 4:1, 144:6
**proceedings** [2] - 4:3, 144:15
**process** [7] - 27:10, 32:15, 33:8, 92:4, 92:25, 96:12, 113:18
**processes** [2] - 31:15, 83:1
**produce** [1] - 64:22
**produced** [1] - 2:7
**profession** [1] - 31:24
**professional** [2] - 11:3, 36:5
**Professor** [2] - 5:14, 6:8
**professor** [1] - 5:25
**progressive** [2] - 31:11, 67:9
**projects** [1] - 19:8
**proper** [2] - 24:2, 24:3
**property** [1] - 71:7
**prosecution** [5] - 102:1, 102:17, 103:7, 104:1, 123:1
**Prosecution** [1] - 4:10
**prospective** [1] - 67:12
**prostate** [2] - 60:3, 60:5
**provide** [4] - 11:9, 11:12, 39:24, 66:19
**provided** [5] - 15:18, 28:15, 28:18, 66:6, 74:7
**providing** [3] - 12:7, 28:25, 67:17
**provocation** [1] - 99:23
**Pseudomonas** [5] - 70:20, 71:3, 71:4, 71:6, 71:7
**PSEUDOMONAS** [1] - 70:25
**pseudomonas** [1] - 71:1
**psychiatrist** [1] - 83:24
**Psychiatry** [1] - 129:7
**psychologist** [1] - 76:17
**public** [1] - 13:17
**pulled** [1] - 119:4
**pulling** [2] - 113:16, 120:15
**purporting** [1] - 126:15

**purports** [1] - 6:20
**purpose** [3] - 39:24, 41:16, 45:20
**purposes** [1] - 44:2
**pursuant** [1] - 144:12
**purview** [1] - 50:10
**push** [2] - 55:11, 72:13
**puss** [1] - 70:5
**put** [12] - 20:24, 23:22, 31:10, 32:18, 35:10, 37:25, 46:20, 64:18, 96:17, 97:25, 101:18, 140:13
**putting** [2] - 32:9, 143:14

## Q

**qualified** [1] - 62:25
**quantities** [1] - 64:20
**quarter** [2] - 23:7, 107:14
**quarterback** [8] - 78:21, 78:22, 78:23, 80:19, 106:10, 128:5, 128:14, 133:14
**quarterbacking** [2] - 18:4, 112:14
**questions** [8] - 26:25, 77:7, 95:7, 107:11, 117:7, 139:10, 142:11, 143:22
**quick** [2] - 72:6, 109:11
**quickly** [1] - 52:25
**quite** [1] - 29:24
**quotation** [1] - 23:23
**quote** [1] - 23:23
**quotes** [1] - 131:5

## R

**radar** [1] - 53:2
**raise** [2] - 4:18, 19:18
**random** [1] - 138:4
**randomly** [1] - 140:18
**rank** [1] - 71:21
**ranking** [1] - 54:6
**rapid** [1] - 58:15
**rate** [1] - 23:11
**rather** [1] - 6:19
**ratio** [1] - 61:22
**RBD** [2] - 121:7, 121:11
**re** [3] - 15:13, 53:17, 107:13
**re-ask** [1] - 15:13
**re-examine** [1] - 53:17

**reach** [1] - 74:18
**reached** [3] - 13:10, 100:15, 102:21
**reacted** [1] - 49:23
**reaction** [2] - 42:14, 59:4
**read** [2] - 12:10, 45:2
**reading** [1] - 114:6
**ready** [2] - 4:10, 60:9
**Reagan's** [1] - 53:6
**real** [1] - 57:22
**realize** [2] - 113:24, 133:19
**really** [14] - 8:24, 24:4, 33:20, 33:23, 51:4, 52:9, 52:16, 74:23, 83:2, 87:16, 93:18, 94:6, 110:14
**realm** [1] - 29:2
**rear** [1] - 8:4
**reason** [6] - 9:2, 24:5, 54:1, 60:9, 102:20, 142:20
**reasonable** [2] - 32:23, 56:21
**recalling** [1] - 42:23
**receive** [2] - 9:15, 55:9
**received** [6] - 7:21, 39:6, 39:9, 40:1, 40:10, 127:6
**receiving** [1] - 88:21
**recent** [5] - 14:11, 54:23, 55:10, 56:5, 68:9
**recently** [2] - 65:5, 74:1
**recess** [1] - 72:15
**recognition** [2] - 93:25, 140:20
**recognize** [5] - 16:9, 20:9, 30:19, 31:24, 133:20
**recognized** [1] - 35:9
**recollection** [6] - 13:9, 22:22, 82:8, 82:17, 121:14, 124:20
**reconvened** [1] - 64:9
**record** [6] - 5:11, 16:10, 16:16, 44:3, 109:21, 139:23
**recorded** [1] - 2:6
**records** [30] - 28:13, 35:6, 37:24, 38:2, 38:15, 55:12, 57:11, 82:7, 82:14, 106:7, 106:13, 106:16, 114:12, 114:14, 114:24, 115:4, 116:8, 119:9, 119:15, 119:17,

120:19, 124:18, 127:7, 127:22, 128:3, 130:12, 130:20, 133:5, 139:22, 140:18
**recover** [1] - 71:23
**recross** [1] - 142:12
**Recross** [1] - 3:8
**RECROSS** [1] - 142:15
**Recross-Examination** [1] - 3:8
**RECROSS-EXAMINATION** [1] - 142:15
**recruited** [4] - 8:9, 8:19, 8:21, 9:1
**recurrence** [1] - 60:16
**recurrent** [5] - 56:2, 59:14, 59:16, 61:25, 64:16
**recurring** [1] - 63:21
**Redirect** [1] - 3:7
**redirect** [1] - 139:7
**REDIRECT** [1] - 139:8
**reduce** [2] - 45:19, 61:2
**reduced** [1] - 46:1
**refer** [9] - 20:22, 22:20, 27:19, 32:20, 32:21, 32:22, 41:11, 58:14, 79:22
**reference** [5] - 25:2, 37:24, 99:5, 99:6, 140:17
**referenced** [1] - 74:5
**referencing** [2] - 46:3, 142:22
**referral** [15] - 17:16, 18:11, 18:18, 18:22, 19:4, 19:6, 19:13, 33:1, 34:13, 34:15, 34:20, 38:1, 53:23, 80:25, 129:23
**referring** [3] - 17:24, 32:20, 79:12
**refers** [1] - 143:16
**reflect** [1] - 9:12
**reflected** [1] - 26:4
**refresh** [3] - 82:8, 82:17, 121:14
**refreshes** [1] - 13:9
**regard** [2] - 26:15, 28:16
**regarding** [2] - 12:7,

24:20
**regardless** [1] - 74:16
**regiment** [2] - 43:9, 43:10
**regular** [1] - 87:17
**regularly** [1] - 4:23
**relate** [1] - 52:11
**related** [5] - 96:9, 96:10, 119:15, 119:17, 119:25
**relates** [1] - 45:25
**relationship** [4] - 127:1, 129:6, 138:12
**relatively** [1] - 52:7
**release** [1] - 132:14
**relevant** [8] - 7:11, 10:19, 16:12, 49:16, 50:17, 51:7, 95:13, 95:15
**relied** [2] - 37:15, 68:19
**rely** [2] - 39:4, 120:10
**REM** [3] - 121:14, 121:17, 122:2
**remains** [1] - 52:6
**remark** [1] - 115:2
**remarkable** [1] - 52:22
**remember** [15] - 12:10, 20:1, 24:7, 79:24, 93:5, 93:13, 93:21, 93:22, 93:23, 94:7, 95:3, 95:21, 98:17, 99:5, 99:19
**remembering** [1] - 59:14
**remind** [2] - 92:6, 136:6
**reminding** [1] - 25:7
**remote** [2] - 52:2, 52:6
**removing** [1] - 67:23, 68:2
**renowned** [1] - 36:11
**repair** [1] - 74:4
**repeat** [2] - 36:22, 92:23
**rephrase** [2] - 17:21, 122:11
**Reported** [1] - 2:3
**reported** [7] - 22:23, 23:5, 24:21, 25:8, 68:23, 122:4, 144:15
**reporter** [1] - 113:23
**Reporter** [2] - 2:3, 2:7
**REPORTER'S** [1] - 1:10

**reporting** [4] - 26:24, 45:3, 46:25, 47:1
**represent** [2] - 33:4, 37:12
**represented** [1] - 58:17
**reputation** [2] - 24:9, 36:13
**request** [5] - 38:15, 54:3, 102:16, 103:2, 134:20
**requested** [2] - 69:12, 133:22
**required** [2] - 22:17, 63:8
**research** [5] - 8:12, 8:23, 10:7, 19:8, 36:17
**Research** [1] - 6:5
**resident** [2] - 8:4, 8:5
**resistance** [1] - 71:8
**respect** [6] - 28:9, 39:22, 47:12, 86:11, 138:14, 138:17
**respectfully** [2] - 7:14, 51:21
**response** [5] - 27:4, 28:10, 39:2, 39:5, 50:4
**responses** [1] - 27:3
**responsible** [2] - 11:15, 11:16
**rest** [1] - 109:8
**restate** [1] - 40:2
**rested** [1] - 4:11
**result** [4] - 9:12, 40:20, 56:24, 116:18
**resulted** [1] - 9:14
**results** [6] - 38:20, 40:11, 52:12, 69:3, 70:16, 116:18
**retained** [2] - 60:22, 64:14
**retracted** [1] - 13:21
**return** [2] - 63:11, 63:17
**returned** [1] - 60:25
**reversible** [2] - 56:25, 57:1
**review** [1] - 116:7
**reviewed** [3] - 48:9, 107:13, 115:7
**Reynolds** [4] - 26:6, 47:24, 47:25
**Ricky** [4] - 13:12, 14:4, 14:16, 102:20
**risk** [12] - 11:15, 57:9, 58:2, 61:21, 61:22, 61:24, 62:1, 63:13, 63:21, 66:13, 85:12,

99:11
**risks** [1] - 85:12
**roadmap** [1] - 43:6
**ROBERT** [1] - 1:7
**role** [1] - 87:4
**Ronald** [1] - 53:6
**room** [3] - 78:7, 78:14, 130:17
**rooms** [1] - 51:6
**round** [1] - 34:2
**routinely** [1] - 43:13
**routines** [2] - 67:24, 68:3
**RPR** [2] - 2:3, 144:19
**running** [2] - 72:11, 133:17
**Ryan** [4] - 13:12, 14:4, 14:16, 102:20

**S**

**sadly** [1] - 107:9
**San** [2] - 66:2, 66:6
**sat** [1] - 47:16
**Saturday** [2] - 68:23, 68:25
**saw** [18] - 12:12, 30:7, 30:20, 32:11, 34:12, 35:18, 45:12, 49:23, 49:24, 50:3, 51:13, 75:16, 76:4, 80:9, 137:22, 138:1, 141:5
**scan** [2] - 33:9, 65:7
**scans** [2] - 65:4, 65:7
**scenario** [1] - 59:22
**scene** [1] - 33:2
**schedule** [1] - 102:23
**scheduled** [1] - 143:3
**School** [1] - 7:25
**school** [3] - 7:5, 7:6, 7:20
**schools** [1] - 21:23
**science** [2] - 7:21, 8:12
**scientific** [1] - 29:17
**Scott** [1] - 79:3
**screen** [6] - 21:1, 21:2, 44:14, 107:1, 127:12, 127:14
**Sean** [2] - 2:3, 144:19
**sean_gumm@txs. uscourts.gov** [1] - 2:5
**second** [15] - 8:4, 23:16, 31:17, 39:1, 47:9, 54:6, 58:10, 58:18, 82:21, 96:15, 99:7, 99:9, 105:14, 112:6, 135:5
**second-ranking** [1] -

54:6
**secondary** [6] - 88:22, 89:2, 89:8, 89:13, 89:17, 108:8
**secretive** [1] - 9:6
**section** [1] - 127:16
**Section** [2] - 28:24, 144:13
**see** [39] - 4:9, 13:9, 21:1, 21:3, 23:3, 29:23, 30:6, 33:14, 35:12, 37:3, 43:21, 48:21, 52:4, 52:5, 56:22, 60:13, 64:12, 70:6, 71:6, 76:6, 92:11, 94:10, 96:22, 99:6, 101:21, 101:22, 103:6, 103:9, 106:11, 106:12, 106:19, 127:23, 132:14, 132:21, 132:24, 133:24, 134:22, 136:14, 141:6
**seeing** [13] - 34:15, 54:11, 54:20, 77:15, 77:16, 80:10, 81:4, 131:16, 131:21, 134:1, 136:2, 136:19, 140:13
**seem** [1] - 26:10
**segmental** [1] - 52:4
**segregated** [1] - 18:5
**self** [1] - 26:20
**self-assessment** [1] - 26:20
**send** [1] - 93:15
**sending** [1] - 46:22
**senior** [1] - 8:19
**sense** [2] - 17:11, 46:5
**sent** [3] - 65:23, 92:5, 92:8
**sentence** [1] - 108:11
**sentinel** [1] - 142:25
**sepsis** [1] - 56:11
**September** [14] - 16:13, 16:23, 63:25, 64:8, 82:22, 82:24, 100:16, 101:5, 101:6, 101:22, 131:20, 131:22, 132:3, 141:25
**sequence** [2] - 33:24, 45:16
**sequencing** [2] - 70:14, 71:1
**series** [3] - 110:3, 125:25, 135:16
**serious** [2] - 69:17, 118:20

served [1] - 18:23
**service** [2] - 21:15, 21:17
**SESSION** [1] - 1:9
**set** [7] - 17:11, 32:21, 32:22, 73:7, 75:7, 75:8, 75:11
**Seth** [6] - 16:6, 16:12, 18:3, 19:8, 59:21, 79:12
**sets** [1] - 56:16
**setting** [1] - 87:11
**settings** [2] - 67:24, 68:3
**seven** [2] - 69:21, 136:24
**seventh** [1] - 71:2
**several** [3] - 54:21, 65:6, 91:5
**severe** [1] - 46:6
**severity** [1] - 38:23
**shape** [1] - 45:3
**share** [1] - 91:12
**sheet** [1] - 33:4
**shift** [3] - 56:4, 90:3, 119:7
**shifting** [1] - 65:24
**Shore** [1] - 135:20
**SHORE** [1] - 135:20
**shore** [1] - 138:17
**short** [5] - 27:1, 52:9, 52:15, 64:2, 91:6
**short-term** [3] - 27:1, 52:9, 52:15
**shorthand** [1] - 38:11
**show** [23] - 13:5, 16:7, 28:13, 30:17, 42:20, 44:8, 44:14, 45:1, 55:1, 57:11, 82:12, 92:16, 92:17, 99:20, 101:11, 107:4, 107:10, 111:8, 114:23, 116:2, 125:12, 139:12, 140:22
**showed** [8] - 47:20, 48:2, 48:18, 71:2, 105:2, 139:14, 140:24, 141:4
**showing** [3] - 13:8, 17:7, 39:25
**SIC** [1] - 101:7
**sign** [3] - 24:25, 81:12, 85:7
**signed** [1] - 84:21
**significance** [5] - 32:7, 56:12, 57:17, 59:6, 61:17
**significant** [4] - 57:25, 60:24, 63:22, 140:25

**significantly** [1] - 52:9
**signs** [1] - 70:5
**similar** [1] - 21:21
**similarly** [1] - 8:21
**simplify** [1] - 89:10
**Sinemet** [4] - 40:22, 42:25, 45:18, 46:1
**sit** [3] - 48:15, 50:21, 65:13
**sitting** [1] - 54:13
**situation** [1] - 51:4
**six** [1] - 137:2
**skill** [2] - 41:9, 76:9
**skilled** [1] - 86:5
**Slade** [4] - 135:22, 137:21, 138:12, 138:14
**sleep** [10] - 121:19, 121:21, 121:24, 122:15, 122:17, 122:19, 122:23, 123:2, 123:5, 123:7
**slowed** [1] - 23:17
**small** [3] - 21:2, 27:17, 64:20
**SMITH** [1] - 1:15
**Smith** [10] - 60:20, 61:23, 64:8, 64:12, 69:6, 69:8, 71:14, 86:1, 86:18
**snafus** [1] - 83:16
**sneak** [1] - 10:18
**so..** [1] - 7:15
**social** [2] - 138:9, 138:12
**socialize** [2] - 78:2, 78:3
**society** [2] - 38:6, 53:5
**sole** [1] - 39:24
**solicit** [1] - 6:24
**soliciting** [1] - 23:19
**someone** [6] - 44:4, 61:17, 83:4, 83:13, 87:23, 118:19
**Something's** [1] - 47:10
**sometime** [3] - 37:19, 88:9, 90:22
**sometimes** [2] - 56:25, 118:24
**somewhat** [1] - 125:22
**somewhere** [1] - 24:14
**sorry** [11] - 45:23, 49:3, 54:17, 82:21, 92:18, 92:19, 98:24, 113:22, 113:24, 129:14, 140:5
**sort** [29] - 11:7, 23:4,

30:1, 31:4, 33:4, 36:11, 36:15, 52:4, 53:18, 74:9, 80:19, 89:13, 91:5, 91:18, 92:13, 93:4, 94:2, 94:12, 94:13, 94:21, 97:9, 117:15, 119:22, 120:21, 123:16, 124:6, 130:12, 133:19, 135:13
**sound** [1] - 37:20
**source** [2] - 60:3, 60:9
**Southern** [1] - 2:4
**SOUTHERN** [1] - 1:2
**space** [1] - 81:15
**speaking** [2] - 38:6, 130:4
**special** [6] - 14:16, 22:5, 33:24, 83:9, 100:13
**specialist** [11] - 32:21, 32:23, 36:23, 41:19, 43:12, 43:15, 54:4, 54:6, 69:9, 121:20, 121:21
**specialists** [3] - 6:25, 18:6, 87:5
**speciality** [1] - 80:24
**specific** [5] - 27:15, 36:4, 38:16, 43:5, 140:6
**specifically** [1] - 23:18
**specimen** [3] - 69:22, 70:13, 70:17
**spectrum** [1] - 46:15
**speculation** [3] - 15:8, 15:10, 122:6
**speech** [3] - 48:7, 48:10, 52:24
**speeches** [5] - 47:24, 48:16, 75:1, 75:15, 75:17
**speed** [1] - 23:10
**spell** [1] - 5:10
**spelled** [1] - 70:23
**spite** [1] - 125:20
**spoken** [3] - 15:24, 100:10, 104:25
**spouse** [1] - 63:10
**Spring** [1] - 85:20
**staff** [1] - 70:2
**stage** [3] - 43:24, 56:16, 112:22
**stamina** [1] - 124:25
**stamp** [2] - 16:15, 33:3
**stamped** [1] - 139:24
**stand** [5] - 5:1, 5:2, 125:1, 126:4, 126:13

**standard** [1] - 35:23
**stapled** [1] - 119:13
**start** [4] - 23:3, 32:9, 36:4, 144:3
**started** [8] - 4:10, 23:7, 35:11, 35:25, 54:11, 69:7, 77:15, 112:22
**starts** [1] - 77:25
**State** [1] - 7:18
**state** [3] - 5:10, 12:6, 94:9
**statement** [4] - 24:13, 97:7, 97:9, 99:14
**statements** [1] - 26:3
**STATES** [1] - 1:1
**States** [3] - 2:4, 74:7, 144:13
**states** [1] - 116:25
**statistic** [1] - 10:5
**statistics** [2] - 10:14, 10:18
**status** [3] - 12:8, 60:22, 64:10
**stenographically** [1] - 144:14
**stenography** [1] - 2:6
**sterile** [2] - 69:23, 70:1
**Steve** [1] - 137:21
**stick** [1] - 41:5
**still** [7] - 26:9, 47:7, 47:8, 50:21, 67:14, 67:17, 112:19
**stipulate** [1] - 25:25
**stop** [1] - 32:4
**straight** [1] - 69:22
**strategy** [2] - 68:21, 69:6
**strength** [2] - 45:4, 124:25
**stress** [1] - 56:2
**stressed** [1] - 56:3
**striking** [2] - 24:5, 27:22
**Stroehlein** [1] - 22:8
**stroke** [1] - 23:13
**Stuart** [8] - 125:13, 125:19, 133:20, 134:19, 136:16, 136:21, 140:13, 140:20
**studies** [3] - 122:17, 122:19, 122:23
**study** [5] - 121:24, 122:15, 123:2, 123:5, 123:7
**subject** [1] - 125:23
**subjective** [1] - 65:19
**submission** [2] - 12:2,

12:14
**submit** [2] - 11:22,
65:24
**submitted** [5] - 12:11,
70:3, 70:6, 74:6,
93:11
**subsequent** [2] -
19:21, 113:21
**subsequently** [4] -
8:4, 9:1, 12:15,
12:21
**subset** [1] - 40:24
**substance** [1] - 66:5
**substantive** [3] - 14:7,
14:21, 93:22
**successful** [1] - 64:13
**successfully** [2] -
59:24
**succession** [1] -
58:15
**suffered** [2] - 57:12,
58:24
**suffering** [2] - 47:4,
49:16
**suggested** [1] - 15:17
**suggesting** [1] - 15:3
**summer** [1] - 58:11
**sunken** [1] - 124:25
**support** [4] - 7:1,
15:18, 65:25, 91:9
**supportive** [1] - 65:14
**suppress** [1] - 69:15
**suppressing** [1] -
70:10
**suppression** [1] -
64:19
**surgeon** [1] - 8:17
**surgery** [1] - 63:9
**surgical** [6] - 9:8,
59:10, 61:19, 80:24,
85:13, 141:21
**survive** [1] - 9:15
**susceptible** [1] - 64:6
**suspect** [2] - 33:7,
52:25
**suspicion** [1] - 27:8
**suspicious** [2] - 27:6,
34:24
**sustained** [8] - 15:22,
39:22, 46:17, 75:19,
75:20, 75:21, 76:3,
76:22
**switching** [1] - 79:11
**sworn** [1] - 4:23
**symptom** [1] - 99:24
**symptoms** [17] -
22:22, 28:4, 28:6,
32:21, 73:17,
117:21, 118:11,
119:2, 119:5,

124:22, 124:24,
125:10, 125:24,
125:25, 126:9,
126:15, 126:25
**syndrome** [1] - 108:9
**syntax** [1] - 23:24
**system** [2] - 54:2, 57:1
**systems** [2] - 21:21,
21:22

**T**

**T-R-A-Z-O-D-O-N-E**
[1] - 121:9
**tab** [4] - 107:24,
111:10, 111:20,
115:10
**tablet** [1] - 132:17
**take-charge** [1] -
26:16
**tandem** [1] - 31:23
**target** [1] - 69:5
**tasks** [3] - 27:15,
142:5, 142:9
**team** [21] - 8:21, 25:8,
56:15, 82:4, 85:23,
86:21, 90:8, 90:9,
97:20, 102:1,
102:18, 103:7,
105:7, 105:18,
106:10, 123:1,
123:4, 128:5,
128:15, 130:5,
133:14
**technical** [1] - 29:1
**technology** [2] -
70:12, 93:25
**telephone** [4] - 14:17,
14:18, 69:1, 96:8
**ten** [5] - 69:21, 71:2,
72:9, 72:12, 91:4
**ten-minute** [2] - 72:12,
91:4
**tend** [3] - 22:9, 80:22
**tended** [1] - 24:7
**term** [8] - 27:1, 29:17,
43:17, 52:9, 52:15,
71:24, 88:22
**terms** [19] - 12:6,
16:17, 21:13, 21:14,
29:13, 34:2, 37:12,
40:17, 43:6, 66:5,
66:18, 68:8, 68:13,
72:21, 72:23, 73:13,
94:7, 95:17, 112:5
**terrified** [1] - 117:21
**test** [5] - 20:2, 31:24,
33:9, 85:6, 98:9
**testified** [7] - 4:23,
62:22, 78:18, 89:23,

92:8, 102:12, 142:17
**testifies** [1] - 49:22
**testify** [11] - 10:17,
11:10, 11:20, 28:4,
28:6, 50:12, 50:14,
51:18, 62:14, 62:21,
140:17
**testifying** [6] - 7:9,
39:3, 49:22, 62:23,
137:9, 143:10
**testimony** [23] - 14:13,
28:8, 28:22, 28:25,
39:24, 49:10, 50:9,
51:8, 51:22, 62:11,
67:12, 67:13, 90:4,
90:6, 100:1, 108:13,
109:3, 128:18,
129:18, 137:1,
137:8, 143:9, 143:15
**testing** [16] - 33:13,
33:20, 36:23, 37:4,
37:6, 37:9, 37:15,
38:19, 41:18, 53:19,
65:8, 65:15, 84:5,
85:9, 85:17, 116:10
**Testing** [2] - 34:18,
36:25
**tests** [5] - 34:2, 38:16,
48:14, 85:8, 121:25
**TEXAS** [1] - 1:2
**Texas** [6] - 1:11, 2:4,
5:15, 22:4, 78:21,
120:6
**THE** [108] - 1:3, 4:7,
4:15, 4:17, 4:18,
4:24, 4:25, 7:12,
10:11, 10:21, 15:9,
15:21, 17:4, 20:6,
20:15, 20:18, 24:16,
24:22, 25:9, 25:13,
25:22, 28:10, 28:23,
30:15, 30:24, 31:1,
38:25, 39:1, 39:11,
39:15, 39:21, 44:11,
44:23, 46:11, 46:16,
48:20, 48:22, 48:25,
49:1, 49:6, 49:11,
49:19, 50:13, 51:9,
51:21, 62:9, 62:17,
63:2, 63:7, 63:18,
67:14, 67:16, 67:17,
67:19, 67:20, 70:22,
70:24, 72:5, 72:8,
72:11, 72:16, 75:6,
75:19, 76:2, 76:22,
77:9, 82:15, 92:18,
92:20, 92:21,
101:14, 101:15,
102:7, 102:12,
107:2, 107:6, 107:7,

107:12, 109:11,
109:14, 109:18,
109:22, 110:10,
110:13, 111:4,
111:6, 114:19,
114:21, 115:18,
122:7, 122:13,
126:21, 132:6,
132:10, 132:12,
132:13, 132:20,
132:24, 132:25,
133:4, 133:5,
134:13, 134:16,
134:17, 139:7,
142:12, 143:24,
144:1
**theory** [1] - 75:4
**therapeutic** [1] - 43:6
**therapeutics** [1] -
40:17
**therapy** [10] - 35:11,
35:13, 35:25, 36:4,
40:15, 40:20, 41:4,
41:6, 42:5
**therefore** [1] - 108:3
**they've** [1] - 110:16
**thinking** [1] - 33:25
**third** [2] - 8:5, 23:7
**third-year** [1] - 8:5
**thousands** [1] - 25:1
**three** [8] - 23:7, 45:6,
56:14, 110:7, 120:6,
120:15, 125:16,
131:11
**thrombotic** [1] - 23:13
**throughout** [2] -
29:19, 120:18
**tightly** [2] - 66:14,
66:16
**tilt** [1] - 61:22
**timeline** [2] - 35:14,
90:17
**timing** [1] - 13:7
**tip** [1] - 69:24
**title** [1] - 6:8
**Title** [1] - 144:12
**titles** [1] - 6:1
**today** [8] - 11:20,
15:25, 20:24, 65:13,
78:7, 90:4, 90:6,
125:19
**together** [1] - 32:10
**tone** [1] - 30:2
**took** [5] - 88:15,
89:25, 102:13,
111:16, 117:2
**top** [3] - 30:9, 31:5,
36:15
**topics** [1] - 65:24
**totally** [6] - 6:6, 56:25,

97:1, 101:4, 108:11,
138:3
**track** [1] - 22:12
**tract** [9] - 56:3, 56:11,
59:14, 59:16, 60:10,
60:14, 61:25, 64:17,
64:20
**tracts** [1] - 59:17
**traditional** [1] - 40:18
**trained** [1] - 26:22
**training** [7] - 7:4,
11:17, 18:14, 22:3,
29:25, 45:6, 62:22
**trajectory** [1] - 46:8
**transcript** [2] - 2:7,
144:14
**TRANSCRIPT** [1] -
1:10
**transfer** [2] - 66:1,
91:9
**translated** [1] - 23:20
**transport** [1] - 66:11
**Trazodone** [4] - 121:8,
132:16, 133:2, 140:5
**treat** [4] - 9:20, 9:24,
10:23, 71:12
**treatable** [1] - 60:19
**treated** [5] - 23:9,
50:22, 59:24, 83:13
**treating** [9] - 21:16,
28:11, 66:22, 68:8,
72:20, 74:12, 77:2,
77:4, 78:11
**treatment** [30] - 40:8,
42:8, 43:7, 43:8,
43:10, 43:25, 45:18,
49:9, 50:1, 52:18,
62:12, 63:5, 68:20,
73:22, 76:6, 83:9,
83:10, 83:11, 105:7,
113:21, 115:8,
119:18, 119:23,
138:15, 138:18,
138:20, 138:23,
139:1, 139:3, 143:17
**treats** [1] - 21:14
**tremor** [1] - 30:3
**trial** [2] - 64:19, 66:12
**trigger** [1] - 68:3
**triggered** [1] - 134:19
**trip** [3] - 136:22,
138:4, 138:7
**trips** [1] - 138:9
**trivial** [1] - 64:14
**trouble** [1] - 86:4
**true** [5] - 83:15, 91:22,
99:14, 120:18,
144:14
**Trust** [2] - 19:11,
19:15

**trust** [1] - 81:21
**trustees** [6] - 81:18, 82:1, 82:5, 82:23, 83:14, 83:19
**truth** [4] - 39:17, 39:22, 46:21, 125:21
**try** [8] - 13:2, 64:19, 64:25, 69:10, 69:14, 71:15, 81:13, 83:16
**trying** [11] - 10:18, 14:12, 25:11, 25:13, 39:17, 46:6, 47:3, 75:7, 76:19, 92:25, 113:10
**Tulsa** [2] - 7:19, 7:20
**turn** [8] - 17:8, 38:17, 96:14, 115:10, 115:21, 116:4, 120:21, 132:20
**turned** [3] - 12:15, 42:13, 129:16
**turning** [1] - 129:9
**twice** [1] - 69:14
**two** [19] - 23:17, 24:3, 24:22, 33:16, 47:17, 48:23, 49:2, 49:5, 57:20, 68:24, 84:11, 90:8, 90:25, 100:13, 105:9, 140:11, 141:13, 143:3, 143:6
**Type** [2] - 9:7, 9:11
**type** [2] - 38:12, 118:23
**types** [3] - 21:13, 33:15, 65:8
**typically** [2] - 43:4

**U**

**ultimately** [5] - 9:10, 14:6, 17:15, 35:25, 95:11
**un-diagnosed** [1] - 18:16
**un-managed** [1] - 18:16
**unable** [3] - 31:21, 31:22, 113:5
**uncertain** [1] - 114:1
**uncertainty** [1] - 114:6
**uncomfortable** [1] - 112:4
**under** [12] - 28:24, 43:24, 47:17, 47:23, 56:1, 61:4, 61:18, 73:24, 74:17, 88:12, 88:14, 141:21
**undergo** [2] - 59:10, 141:21
**undergoing** [1] - 62:5

**undergone** [1] - 65:6
**undergraduate** [3] - 7:5, 7:6, 7:20
**understood** [3] - 39:9, 45:20, 83:18
**undertaken** [1] - 33:17
**underwent** [1] - 35:19
**unfortunate** [1] - 125:20
**unilaterally** [1] - 45:17
**unique** [3] - 7:1, 21:20, 22:13
**UNITED** [1] - 1:1
**United** [3] - 2:4, 74:7, 144:13
**units** [1] - 22:5
**University** [4] - 7:20, 7:24, 8:6, 8:8
**university** [2] - 8:2, 22:5
**unnoticed** [1] - 51:8
**unrelated** [1] - 138:3
**unusual** [1] - 35:20
**Up** [35] - 5:7, 7:19, 17:12, 20:24, 32:5, 35:12, 38:19, 40:7, 69:24, 73:7, 75:7, 75:8, 75:11, 81:12, 88:11, 96:17, 114:9, 115:13, 117:21, 118:6, 118:11, 118:19, 119:4, 125:1, 125:7, 126:4, 126:13, 127:16, 128:7, 131:24, 134:4, 136:7, 137:16, 143:14, 144:3
**Up** [1] - 135:13
**ups** [2] - 136:8, 137:14
**urethra** [1] - 69:25
**urinary** [10] - 56:2, 56:11, 59:14, 59:15, 59:17, 60:10, 60:14, 61:25, 64:16, 64:20
**urine** [12] - 60:4, 60:6, 60:11, 60:13, 60:22, 64:14, 69:22, 70:1, 70:9, 70:15, 71:3, 71:4
**uroepithelial** [2] - 59:20, 59:25
**UroLift®** [5] - 61:1, 62:3, 64:13, 86:3, 143:1
**urologist** [3] - 60:20, 69:9, 86:3
**Urology** [1] - 16:6
**urosepsis** [15] - 56:21, 57:8, 57:15, 58:11,

61:25, 64:7, 64:23, 69:11, 69:17, 71:16, 71:19, 71:23, 141:16, 141:19, 141:24
**USA** [1] - 1:4
**uses** [2] - 31:25, 38:19
**UTI** [1] - 63:24
**UTI's** [3] - 60:16, 63:22, 64:6

**V**

**validated** [1] - 38:18
**validity** [1] - 7:14
**valuable** [1] - 60:8
**variety** [1] - 6:24
**VARNADO** [60] - 1:19, 4:13, 5:4, 7:16, 11:1, 15:14, 15:23, 17:1, 17:6, 20:4, 20:7, 20:20, 25:11, 25:25, 28:11, 29:11, 30:16, 31:3, 39:6, 39:13, 40:2, 44:13, 44:20, 44:25, 46:18, 49:13, 50:16, 51:17, 51:24, 55:8, 63:20, 67:22, 72:4, 72:7, 72:10, 72:14, 72:18, 75:10, 75:22, 76:8, 77:3, 77:7, 102:3, 106:24, 109:16, 109:19, 110:1, 110:6, 110:11, 111:3, 114:20, 115:1, 115:17, 122:5, 123:18, 129:12, 139:9, 142:11, 143:22, 143:25
**Varnado** [4] - 3:5, 3:7, 4:11, 72:17
**vascular** [4] - 96:18, 108:7, 113:14, 114:2
**vast** [1] - 50:23
**venue** [1] - 91:10
**verbal** [1] - 103:11
**verse** [1] - 41:15
**version** [2] - 93:16
**versus** [2] - 50:15, 51:13
**vessels** [1] - 125:4
**video** [3] - 48:1, 50:15, 76:1
**videos** [4] - 49:17, 50:18, 51:5, 76:6
**view** [6] - 26:5, 47:2, 48:12, 52:1, 74:16, 76:12
**viewed** [3] - 51:2,

105:9, 106:7
**VIP** [2] - 38:2, 38:4
**virtually** [1] - 58:22
**visit** [24] - 16:11, 16:18, 16:22, 19:19, 26:2, 27:1, 31:5, 31:7, 33:18, 34:4, 34:8, 34:11, 42:10, 42:23, 54:21, 55:10, 56:1, 116:17, 116:24, 120:13, 134:3, 134:7, 138:7, 139:22
**Visit** [1] - 127:17
**visits** [5] - 19:21, 20:12, 21:5, 41:15, 142:7
**voice** [1] - 93:24
**voluntary** [1] - 99:25
**vs** [1] - 1:6

**W**

**wait** [2] - 83:3, 144:2
**waiver** [2] - 12:21, 13:25
**waivers** [4] - 12:17, 13:1, 13:21, 14:6
**walk** [6] - 30:2, 31:19, 31:21, 31:22, 32:3
**walking** [1] - 31:20
**wants** [1] - 28:4
**Washington** [1] - 8:10
**watch** [1] - 48:6
**water** [1] - 5:7
**weaker** [1] - 56:2
**WebMD** [2] - 117:16, 117:25
**website** [2] - 117:18, 117:20
**websites** [1] - 117:25
**week** [3] - 45:7, 131:11, 136:22
**weekend** [1] - 4:8
**weeks** [5] - 14:15, 48:23, 49:2, 49:5, 90:8
**weight** [1] - 45:6
**welcome** [1] - 4:8
**wellbeing** [1] - 17:11
**Wellbutrin** [3] - 133:10, 140:9, 140:13
**whatsoever** [2] - 14:23, 44:6
**Whitlow** [1] - 104:19
**whole** [1] - 125:21
**wide** [3] - 6:23, 6:24, 34:1
**wife** [5] - 56:3, 68:17,

69:2, 79:17, 122:4
**William** [1] - 78:24
**willing** [2] - 63:13, 103:6
**wise** [1] - 115:24
**Wisniewski** [1] - 104:17
**withdrawal** [1] - 13:25
**withdrawn** [1] - 12:22
**WITNESS** [22] - 4:17, 4:24, 24:22, 38:25, 48:22, 49:1, 63:7, 67:16, 67:19, 70:24, 82:15, 92:21, 101:15, 107:6, 107:12, 111:6, 122:7, 132:10, 132:13, 132:25, 133:5, 134:17
**witness** [29] - 4:12, 7:9, 10:13, 10:20, 10:22, 15:7, 25:23, 28:4, 28:5, 28:16, 28:24, 39:19, 49:22, 51:23, 62:13, 62:17, 62:25, 76:16, 76:23, 77:8, 82:13, 92:16, 101:11, 109:25, 110:8, 111:8, 114:24, 116:3, 144:4
**Witness** [1] - 4:22
**witness's** [3] - 7:13, 29:7, 46:14
**witnesses** [2] - 50:14, 62:14
**WITNESSES** [1] - 3:1
**women** [2] - 59:15
**wonder** [2] - 30:1, 30:2
**wondering** [1] - 110:17
**word** [3] - 33:23, 93:3, 115:14
**wording** [1] - 126:11
**words** [1] - 23:24
**workup** [1] - 39:7
**world** [2] - 30:11, 36:11
**world-renowned** [1] - 36:11
**worried** [1] - 110:14
**worsen** [1] - 41:2
**worst** [1] - 56:17
**write** [2] - 88:6, 134:7
**writes** [1] - 99:22
**writing** [10] - 95:23, 106:1, 119:22, 120:2, 120:14, 130:12, 130:14, 130:19, 131:2,

135:10
**written** [1] - 108:24
**wrote** [4] - 98:1,
105:25, 110:15,
120:8

## Y

**year** [11] - 8:4, 8:5,
8:8, 54:24, 55:21,
56:7, 63:25, 82:19,
115:5, 124:22,
137:22
**years** [10] - 8:25, 9:15,
22:7, 23:7, 23:17,
24:3, 75:13, 117:11,
117:15
**yesterday** [1] - 52:13
**yoga** [1] - 45:6
**York** [19] - 33:13,
34:16, 34:19, 36:20,
37:3, 37:7, 38:1,
38:16, 40:5, 41:5,
41:18, 48:14, 53:12,
53:16, 74:4, 84:17,
85:24, 86:11, 105:18
**York's** [6] - 36:21,
37:13, 37:18, 39:7,
41:8, 41:24
**yourself** [4] - 11:10,
83:21, 136:6, 136:7
**Yu** [6] - 41:12, 41:15,
41:16, 41:19, 85:24,
86:14
**Yu's** [1] - 42:1
**Yudofsky** [44] -
125:14, 126:25,
127:2, 127:3, 127:6,
128:8, 128:10,
128:12, 128:19,
128:22, 128:25,
129:3, 129:19,
129:21, 130:1,
130:4, 130:8,
131:19, 131:22,
131:24, 132:2,
132:8, 132:15,
132:19, 133:1,
133:8, 133:20,
136:15, 136:16,
136:19, 136:21,
137:15, 138:3,
138:6, 139:3,
139:11, 139:17,
140:3, 140:13,
140:17, 140:20,
143:9, 143:11
**Yudofsky's** [1] -
134:19