UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

— — —

THE HONORABLE GEORGE C. HANKS, JR., JUDGE PRESIDING

USA,                                No. 4:21-CR-00009-1

                    Plaintiff,

vs.                                 **ORIGINAL**

ROBERT T. BROCKMAN,

                    Defendant.

COMPETENCY HEARING -- DAY 7 AM SESSION

OFFICIAL REPORTER'S TRANSCRIPT OF PROCEEDINGS

Houston, Texas

TUESDAY, NOVEMBER 23, 2021

APPEARANCES:

For the Plaintiff:   COREY J. SMITH, DOJ

                     CHRISTOPHER MAGNANI, DOJ

                     LEE F. LANGSTON, DOJ

                     BORIS BOURGET, DOJ

For the Defendant:   JASON S. VARNADO, ESQ., Attorney
                     at Law

                     COLLEEN O'CONNOR, ESQ., ATTORNEY
                     AT LAW

                     JAMES P. LOONAM, ESQ., Attorney
                     at Law

                     KATHRYN KENEALLY, ESQ., Attorney
                     at Law

                     IRINA K. BLEUSTEIN, ESQ.,

1                              Attorney at Law

2  For the              n/a
   Interpreter:
3
   Reported by:        Sean Gumm, RPR, CRR
4                       Official Court Reporter
                        United States District Court
5                       Southern District of Texas
                        sean_gumm@txs.uscourts.gov
6

7  Proceedings recorded by mechanical stenography.
   Transcript produced by Reporter on computer.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*SEAN W. GUMM, CSR #13168, RPR, CRR*

1

## INDEX OF WITNESSES

2

3                                                          **PAGE**

4    **CHRISTOPHER WHITLOW, (For the**

5    **Defendant)**

6    Direct Examination By Mr. Maloney:          6

7    Cross-Examination By Mr. Magnani:          84

8

9

10                      --oOo--

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

7-4

SEAN W. GUMM, CSR #13168, RPR, CRR

1                          PROCEEDINGS

2   _____

3       (The following proceedings held in open court.)

4                          *   *   *

5           TUESDAY, NOVEMBER 23, 2021 -- 8:46 A.M.

6                          --oOo--

7               THE COURT:  Good morning, everyone.

8               MR. LOONAM:  Good morning, Your Honor.

9               THE COURT:  We finished the last

10  witness last night, so I guess you can call your

11  next witness.

12              MR. LOONAM:  Before we do that, Your

13  Honor, we have one more notice of appearance to note

14  on the record.

15              THE COURT:  Okay.

16              MR. MALONEY:  Good morning, Your Honor.

17  Conor Maloney for Mr. Brockman.

18              THE COURT:  Good morning.  Welcome.

19              MR. MALONEY:  Thank you, Your Honor.

20              MR. COREY SMITH:  Just one quick

21  housekeeping matter, Your Honor.  Yesterday during

22  the cross-examination of Dr. Guilmette, we marked

23  for identification 161 to 169.  I spoke with

24  Counsel.  They don't have any objection.  We'd like

25  to move those into the record.

08:46:56  1          THE COURT:  Those exhibits are

08:46:59  2   admitted.

08:46:59  3          MR. COREY SMITH:  Thank you.

08:46:59  4          THE COURT:  Just before we get started,

08:47:01  5   were you able to take all of the depositions this

08:47:03  6   weekend or...

08:47:06  7          MR. LANGSTON:  Yes, your Honor.  We

08:47:07  8   took the depositions.  Um, I wouldn't say it's all

08:47:10  9   done, but we've asked --  based on information we

08:47:13  10  learned, we had a conversation with Lock Lorde about

08:47:17  11  additional digging we would like them to do, and

08:47:19  12  they agreed to do that.

08:47:21  13             And so, I think -- for the purposes

08:47:23  14  of this hearing I think we're satisfied.

08:47:24  15         THE COURT:  Okay.  Great.  Perfect.

08:47:26  16  Sounds good.  Thank you.

08:47:32  17         MR. MALONEY:  Thank you, Your Honor the

08:47:33  18  Defense calls Dr. Whitlow.

08:47:36  19         THE COURT:  Dr. Whitlow.

08:47:36  20             **CHRISTOPHER WHITLOW,**

08:47:36  21             **(For the Defendant)**

08:47:36  22         called as a Witness, having been duly

08:47:36  23  and regularly sworn, testified as follows:

08:47:50  24         THE WITNESS:  Yes, sir.

08:47:50  25         THE COURT:  Okay.  You may take the

08:47:51  1  stand, sir.

08:47:51  2  ## DIRECT EXAMINATION

08:47:51  3  BY MR. MALONEY:

08:48:18  4  Q.   Good morning, Dr. Whitlow.

08:48:19  5  A.   Good morning.

08:48:19  6  Q.   Please state and spell your name for the

08:48:21  7  record.

08:48:21  8  A.   It's Christopher Whitlow.

08:48:26  9  C-H-R-I-S-T-O-P-H-E-R.   Whitlow, W-H-I-T-L-O-W.

08:48:29  10  Q.   Thank you, Dr. Whitlow.  What do you do for a

08:48:32  11  living?

08:48:33  12  A.   So I'm a physician/scientist.  And, um, I'm an

08:48:37  13  endowed and tenured professor at Wake Forest School

08:48:41  14  of Medicine where I hold the Distinguished

08:48:44  15  Professorship in the Department of Radiology with

08:48:47  16  joint appointments in biomedical engineering and in

08:48:52  17  biostatistics and data science.

08:48:53  18  Q.   Are you affiliated with any research centers at

08:48:55  19  Wake Forest?

08:48:56  20  A.   I am.  So I'm the -- we have an Alzheimer's

08:49:00  21  Disease Research Center and Alzheimer's Disease

08:49:03  22  Research Centers -- or they're also abbreviated

08:49:07  23  ADRC's -- are these NHI-funded centers for research,

08:49:11  24  specifically devoted to Alzheimer's disease funded

08:49:14  25  by the National Institutes on Aging.  And I'm the

08:49:18  1  Principal Investigator and Director of the Imaging

08:49:25  2  Core for our Alzheimer's Disease Research Center.

08:49:25  3  **Q.**   Please briefly explain what the Imaging Core

08:49:28  4  is.

08:49:28  5  **A.**   Yeah, so the Imaging Core is devoted to

08:49:31  6  collecting imaging data.  So that means magnetic

08:49:37  7  resonance imaging, MRI's; positron imaging

08:49:39  8  tomography, PET scans, for all of our -- and other

08:49:41  9  imaging for all of our participants in that study,

08:49:45  10  which include patients with Alzheimer's disease,

08:49:47  11  participants with mild cognitive impairment, and

08:49:49  12  then of course cognitively normal controls.

08:49:52  13             And we collect those data, and then

08:49:54  14  we process it in certain ways that you process

08:49:57  15  imaging data to use in -- in research studies.

08:50:01  16  **Q.**   Do you have any clinical responsibilities at

08:50:04  17  the Wake Forest Alzheimer's Disease Research Center?

08:50:06  18  **A.**   Yeah, at Wake Forest I'm Chief of

08:50:09  19  Neuroradiology, and then serve as interim chair for

08:50:13  20  the Department of Radiology.  So clinically this is

08:50:16  21  my speciality in medicine.  So interpreting imaging

08:50:20  22  studies, interpreting them to make diagnoses based

08:50:24  23  upon imaging.

08:50:26  24  **Q.**   And do you conduct any research at the

08:50:30  25  Alzheimer's Disease Research Center?

08:50:31  1   **A.**   Yes.   Yes, so -- um, so as a neuroradiologist I

08:50:37  2   use imaging like MRI, PET scans.   So I use them to

08:50:41  3   diagnose disease on the clinical side.   Um, and then

08:50:44  4   on the research side I use these same imaging tools

08:50:47  5   like PET and MRI to ask questions about

08:50:52  6   neurodegenerative disease, specifically Alzheimer's

08:50:55  7   disease, and have NHI funding to do that work of

08:50:58  8   approximately somewhere between $8- and $10 million

08:51:01  9   to study Alzheimer's disease.

08:51:02  10  **Q.**   Okay.   Do you study any other neurodegenerative

08:51:04  11  diseases?

08:51:05  12  **A.**   Yes, Parkinson's disease, traumatic brain

08:51:08  13  injury, and other processes that lead to

08:51:14  14  neurodegeneration.

08:51:15  15  **Q.**   Dr. Whitlow, are you board certified?

08:51:18  16  **A.**   I am.   I'm board certified by the American

08:51:19  17  Board of Radiology as a diagnostic radiologist and

08:51:25  18  with fellowship training in neuroradiology.

08:51:27  19  **Q.**   You covered this a little bit, but what are the

08:51:30  20  types of patients that you review the scans for at

08:51:33  21  Wake Forest?

08:51:34  22  **A.**   Sure.   So, you know, we're a Level 1 trauma

08:51:38  23  center, but we also have centers for aging, and

08:51:41  24  gerontology, and cancer.   So it would be the breadth

08:51:46  25  of patients that have diseases that affect their

08:51:49   1   brain, head, neck and spine.

08:51:52   2                     And, um, you know, in -- in my area

08:51:54   3   of the country, we're in an area with high

08:51:58   4   prevalence of neurodegenerative diseases, including

08:52:01   5   Alzheimer's disease.  And so, a big portion of my

08:52:04   6   practice is, you know, reviewing imaging study in

08:52:09   7   the context of aging, in the context of

08:52:11   8   neurodegenerative diseases including Alzheimer's

08:52:13   9   disease.

08:52:14   10   Q.   Okay.  Then what are the most common

08:52:18   11   neurodegenerative diseases that you see in your

08:52:21   12   clinical work?

08:52:21   13   A.   Well, particularly with dementia, Alzheimer's

08:52:25   14   disease is the most common form of dementia.  So we

08:52:28   15   certainly see a lot of patients with Alzheimer's

08:52:31   16   disease suffering from mild cognitive impairment,

08:52:32   17   you know, but also a substantial amount of trauma,

08:52:32   18   neuro-oncology, etc.

08:52:35   19                     But ageing and gerontology is one

08:52:37   20   thing we're known for at Wake Forest.  And so we

08:52:40   21   have -- a large portion of our practice is devoted

08:52:42   22   to neurodegenerative diseases particularly

08:52:45   23   associated with Alzheimer's disease.

08:52:47   24   Q.   Dr. Whitlow, have you published in connection

08:52:50   25   with your academic and research work?

08:52:52   1   **A.**   I have.

08:52:52   2   **Q.**   Can you please describe some of the topics you

08:52:55   3   have published on in peer-reviewed literature?

08:52:57   4   **A.**   Sure.  Using -- so a lot of my focus is using

08:53:01   5   imaging to make associations with, you know,

08:53:05   6   diseases that are gateways to dementia, so vascular

08:53:10   7   disease, measuring structure and function of brain

08:53:12   8   and how that relates to cognitive disfunction --

08:53:15   9   particularly dementia, mild cognitive impairment --

08:53:18   10  and so have used it in that context.

08:53:25   11  **Q.**   Dr. Whitlow, can you please briefly describe

08:53:28   12  your educational background?

08:53:30   13  **A.**   Sure.  Um, so I have a bachelor's degree in

08:53:32   14  psychology as an undergraduate.  Then, um, was

08:53:37   15  admitted into a combined M.D./Ph.D. physician

08:53:43   16  scientist training program.  So I have a medical

08:53:45   17  degree, and then Doctor of Philosophy, Ph.D. in

08:53:49   18  neurophysiology and neuropharmacology.

08:53:52   19          After I graduated, I did an

08:53:54   20  internship in internal medicine for a year, then

08:53:57   21  spent four years, um, in a diagnostic radiology

08:54:00   22  residency program.  And then, after that two years

08:54:04   23  in a fellowship -- neuroradiology fellowship.

08:54:10   24  **Q.**   You touched on it at the end there, but can you

08:54:12   25  briefly just describe relevant professional

08:54:14  1  experience?

08:54:15  2  **A.**   Yeah, so relevant professional experience would

08:54:18  3  be the patient population that I serve.  So, you

08:54:23  4  know, see a large portion of the population in the

08:54:27  5  southeast enriched for neurodegenerative diseases

08:54:32  6  such as Alzheimer's disease.  Professional

08:54:34  7  experiences in research, so -- funded by the

08:54:37  8  National Institutes on Health to study Alzheimer's

08:54:39  9  disease and use imaging -- specifically MRI and

08:54:42  10  PET -- to ask questions about Alzheimer's disease

08:54:45  11  and neurodegeneration, and how that differs from

08:54:49  12  mild cognitive impairment and those who are

08:54:50  13  cognitively normal.

08:55:01  14  **Q.**   Dr. Whitlow, showing you Defense Exhibit 28.

08:55:11  15  Can you see that Doctor?

08:55:12  16  **A.**   Yes, I do.

08:55:14  17  **Q.**   And, Dr. Whitlow, what is this?

08:55:15  18  **A.**   So this is a portion of my curriculum vitae.

08:55:26  19  And then, in the middle there's a portion you asked

08:55:30  20  about professional experience.  And here it

08:55:32  21  describes some of my roles as Course Director for

08:55:36  22  the Neuroscience Graduate Program; Course Director

08:55:40  23  for, you know, a radiology research elective; and

08:55:44  24  some other course directorships.

08:55:46  25              So a -- as a physician/scientist in

08:55:50  1   an academic medical center, one of my

08:55:53  2   responsibilities is, you know, training the next

08:55:55  3   generation of scientists and also training the next

08:55:58  4   generation of physicians.

08:56:01  5                    And also not listed is being

08:56:02  6   Director of the MD/Ph.D. combined physician training

08:56:06  7   program.  So spend a portion of my time, you know,

08:56:09  8   training graduate students, medical students, and

08:56:13  9   residents and fellows.

08:56:14  10  Q.   Thank you, Dr. Whitlow.  Does this -- does your

08:56:17  11  CV accurately reflect your educational background?

08:56:22  12  A.   Let's see here.  Educational background.

08:56:27  13  Q.   Let me rephrase.  Does your CV accurately

08:56:31  14  reflect your professional experience?

08:56:32  15  A.   Um, yeah.  Taken together it does.

08:56:41  16  Q.   And, Dr. Whitlow, does your CV accurately

08:56:44  17  reflect your relevant publications?

08:56:47  18  A.   Yes, except that it would probably -- I'm not

08:56:51  19  sure -- publishing all the time.  So, you know,

08:56:54  20  whether this is comprehensive or not would be a

08:56:57  21  question, but it does accurately reflect my work

08:57:00  22  with the exception that, um, there may be five to

08:57:04  23  ten publications that are new that are not on this

08:57:07  24  particular version of my CV.

08:57:09  25  Q.   Understood.

SEAN W. GUMM, CSR #13168, RPR, CRR

08:57:10   1          MR. MALONEY:  Your Honor, at this point

08:57:11   2   we move to admit Dr. Whitlow in as an expert in the

08:57:15   3   field of neuroradiology with concentration in

08:57:18   4   cognitive disorders.

08:57:19   5          THE COURT:  Assuming no objection, he

08:57:20   6   is so recognized.

08:57:35   7          MR. MALONEY:

08:57:35   8   Q.   Dr. Whitlow, have you been engaged to act as an

08:57:39   9   expert in the matter of Robert Brockman?

08:57:41  10   A.   I have.

08:57:41  11   Q.   Are you engaged in a group called The Forensic

08:57:44  12   Panel?

08:57:44  13   A.   I am.

08:57:45  14   Q.   What is The Forensic Panel?

08:57:47  15   A.   So The Forensic Panel is a forensic medicine

08:57:50  16   and forensic science practice.

08:57:52  17   Q.   Okay.  Does The Forensic Panel employ a method

08:57:56  18   called the peer-review process?

08:57:57  19   A.   It does.

08:57:58  20   Q.   What is the peer-review process?

08:57:59  21   A.   So peer-review process is when you organize a

08:58:05  22   multidisciplinary team of experts to review data and

08:58:08  23   to review opinions that are generated in the context

08:58:12  24   of reviewing details of a case, and then to offer

08:58:15  25   those opinions and explore questions that are

08:58:19   1   relevant, you know, for the said case.

08:58:21   2   Q.   You mentioned a multidisciplinary sort of

08:58:25   3   collaborative process.  Did you collaborate with any

08:58:28   4   other experts on this matter?

08:58:29   5   A.   I did, three other experts.  So there's a

08:58:33   6   Dr. Agronin, who is a geriatric psychiatrist;

08:58:40   7   Dr. Guilmette, who is a forensic neuropsychologist;

08:58:43   8   then there's Dr. Wisniewski, who is a neurologist;

08:58:51   9   and then myself as a neuroradiologist.

08:58:54   10   Q.   In connection with your work at The Forensic

08:58:56   11   Panel in this matter, do you know how much you've

08:59:00   12   been paid?

08:59:00   13   A.   I believe my rate is $325 an hour.  I've been

08:59:04   14   paid -- not a lot, a few thousand dollars.

08:59:06   15   Q.   Would it surprise you to learn you've been paid

08:59:09   16   roughly $3,000?

08:59:10   17   A.   No, that sounds about right.

08:59:12   18   Q.   Are there any outstanding bills for your work

08:59:14   19   in this matter?

08:59:15   20   A.   Probably.  There's probably another five to

08:59:17   21   seven hours unbilled.

08:59:19   22   Q.   Would it surprise you to learn there's an

08:59:21   23   outstanding bill of roughly $1,400?

08:59:24   24   A.   No, that wouldn't surprise me.

08:59:31   25   Q.   Dr. Whitlow, you were retained to review

08:59:35  1   neuroimaging in connection with this case.  What

08:59:38  2   type of neuroimaging scans did you review?

08:59:40  3   **A.**   Yeah, so I reviewed a breadth of imaging cases,

08:59:44  4   so computed tomography; magnetic resonance imaging,

08:59:54  5   or MRI; positron emission tomography, or PET scans.

09:00:05  6   **Q.**   I will apologize now for --

09:00:08  7   **A.**   I apologize.  Yeah, there's a lot of -- a lot

09:00:11  8   of abbreviations in imaging, so I apologize.  I'll

09:00:13  9   try to say them out, and then say what the

09:00:15  10  abbreviation is if that's okay.

09:00:17  11  **Q.**   Yes.  Thank you, Dr. Whitlow.  So you mentioned

09:00:21  12  a variety of scans you reviewed in connection with

09:00:24  13  this matter.  Mr. Brockman underwent a DaTscan in

09:00:27  14  February of 2019.  Did you review that image?

09:00:29  15  **A.**   I did.

09:00:30  16  **Q.**   Dr. Whitlow, what is a DaTscan?

09:00:32  17  **A.**   So a DaTscan is a particular kind of PET

09:00:35  18  scan -- that positron emission tomography or PET

09:00:39  19  scan -- and it uses a specific -- what's called a

09:00:42  20  tracer that's injected that then binds to a

09:00:45  21  particular part of the brain called the dopamine

09:00:49  22  transporter and a particular part of the brain

09:00:51  23  called the substantia nigra compacta.

09:00:54  24               And it's used to diagnose

09:00:57  25  Parkinson's disease.

09:00:57  1  **Q.**   Can you please spell that out?

09:00:59  2  **A.**   It's a tracer -- and so you inject that and it

09:01:11  3  goes to the brain, and it binds to the dopamine

09:01:16  4  transporter in a part of the brain relevant for

09:01:24  5  Parkinson's disease called the substantia nigra

09:01:28  6  compacta.  And that's substantia,

09:01:31  7  S-U-B-S-T-A-N-T-I-A; nigra, N-I-G-R-A; compacta,

09:01:37  8  C-O-M-P-A-C-T-A.  It's relevance is that it's used

09:01:43  9  -- those are areas that are implicated in

09:01:48  10  Parkinson's disease, and the specific purpose of the

09:01:50  11  scan is to -- in the context of diagnosing

09:01:54  12  Parkinson's disease.

09:01:55  13  **Q.**   So DaTscans are used to diagnose Parkinson's

09:01:58  14  disease?

09:01:58  15  **A.**   They are.

09:01:58  16  **Q.**   Can you explain the technique of how a DaTscan

09:02:01  17  is actually performed?

09:02:02  18  **A.**   Sure.  So, a patient presents and this radio

09:02:10  19  tracer, as they're called, is injected

09:02:13  20  intravenously.  And they lay on a PET scanner, which

09:02:18  21  then collects data and creates this map of their

09:02:22  22  brain showing where, um, this -- this tracer is

09:02:26  23  taken up.

09:02:29  24           In Parkinson's disease, you lose

09:02:33  25  neurons in this part of the brain called the

09:02:37  1  substantia nigra compacta.  And so, what you would

09:02:41  2  expect to see is reduced uptake in that area, which

09:02:43  3  can support the diagnosis of Parkinson's disease.

09:02:47  4  **Q.**   Understood.  Mr. Brockman underwent a DaTscan

09:02:49  5  in February of 2019?

09:02:51  6  **A.**   Yes.

09:02:51  7  **Q.**   Did you review these images?

09:02:53  8  **A.**   I did.

09:02:56  9  **Q.**   Did you review the interpreting radiologist's

09:03:00  10  impression of those images?

09:03:01  11  **A.**   I did.

09:03:01  12  **Q.**   Did you agree with the interpreting

09:03:04  13  radiologist's impression of these images?

09:03:06  14  **A.**   Yes.

09:03:06  15  **Q.**   Dr. Whitlow, I'm showing you Defense Exhibit

09:03:11  16  Number 37.  Turning to -- it's Bates stamped

09:03:23  17  BCM-744.

09:03:23  18  **A.**   Yes.  So, "Severe loss of dopaminergic neuronal

09:03:27  19  function in the bilateral dorsal striata with

09:03:29  20  greater on the right compared to the left."

09:03:31  21              So agree with that.

09:03:32  22  **Q.**   And is that the interpreting radiologist's

09:03:35  23  impression of this DaTscan?

09:03:36  24  **A.**   Yes.

09:03:46  25  **Q.**   In laymen's terms, can you please explain what

*SEAN W. GUMM, CSR #13168, RPR, CRR*

09:03:50  1   severe loss of dopaminergic neuronal function means?

09:03:54  2   **A.**   Yes.   So dopamine neurons in the brain project

09:03:58  3   to motor areas that control motor function.   And so,

09:04:01  4   if you have a loss of those you have a loss of motor

09:04:04  5   function.   So the loss of these neurons translates

09:04:07  6   into a loss of function, specifically motor

09:04:10  7   function.

09:04:10  8   **Q.**   Okay.   So sort of boiling it up, practically

09:04:13  9   speaking, what is the significance of the finding on

09:04:16  10  this DaTscan?

09:04:17  11  **A.**   So this would be consistent with what one would

09:04:20  12  see in a patient with Parkinson's disease.

09:04:33  13  **Q.**   In addition to the DaTscan, Mr. Brockman also

09:04:35  14  underwent two what are called FDG-PET scans at the

09:04:40  15  request of the Government's neurologist, Dr. Darby.

09:04:43  16  Mr. Brockman underwent one FDG-PET scan in March of

09:04:46  17  2021, and a second FDG-PET scan in August of 2021.

09:04:52  18  At a very high level, in layman's terms what is an

09:04:56  19  FDG-PET scan?

09:04:56  20  **A.**   So FDG stands for fluorodeoxyglucose, and it's

09:05:00  21  a kind of sugar.   The brain uses sugar as fuel, so

09:05:06  22  areas of the brain that are highly metabolic burns

09:05:09  23  lots of sugar.   Parts of the brain that are less --

09:05:12  24  you know, working less burn less sugar.   And so a

09:05:15  25  fluorodeoxyglucose, or FDG-PET scan, is used to

SEAN W. GUMM, CSR #13168, RPR, CRR

09:05:19   1   evaluate function or brain metabolism -- metabolism

09:05:26   2   in the brain.

09:05:26   3   Q.   Is that related to brain hypometabolism?

09:05:30   4   A.   Right.  So hypo would just be giving a

09:05:34   5   magnitude of the metabolic activity.  So hypo is

09:05:37   6   less metabolic activity.  Hyper, for example, would

09:05:41   7   be more metabolic activity.  So hypometabolism --

09:05:44   8   sorry -- specifically referred to less metabolism.

09:05:47   9   Q.   Hypometabolism referring to less metabolism in

09:05:52   10  certain areas of the brain?

09:05:53   11  A.   Correct.

09:05:53   12  Q.   What does less metabolism in certain brain

09:05:57   13  regions -- what does that indicate about that

09:05:58   14  particular brain region?

09:05:59   15  A.   Right.  So if it's hypometabolism compared to

09:06:02   16  normal, that would indicate that there's pathology

09:06:05   17  there.  That specifically there's disease affecting

09:06:08   18  the brain that's causing, you know, metabolic,

09:06:12   19  hypometabolism.

09:06:12   20  Q.   And similar to DaTscan, very briefly, what is

09:06:18   21  -- sort of the technique used to conduct an FDG-PET?

09:06:23   22  What's involved?

09:06:23   23  A.   Sure.  It's very similar in that you would get

09:06:26   24  a tracer -- a radio tracer -- again, in this case

09:06:30   25  instead of the Dat radio tracer you'd use FDG.  And

09:06:36  1   then you'd inject that into the patient

09:06:38  2   intravenously.  And then you would put them on the

09:06:41  3   PET scanner, and you'd acquire data that then would

09:06:44  4   be used to generate a map of metabolic activity in

09:06:48  5   the brain, which is the picture that then the

09:06:51  6   radiologist interprets.

09:06:53  7   Q.   How are FDG-PET scans used in the diagnosis of

09:06:56  8   Alzheimer's disease?

09:06:57  9   A.   Right.  So in Alzheimer's disease you are

09:07:00  10   looking for a pattern of hypometabolism that would

09:07:05  11   be in an anatomical distribution consistent with

09:07:09  12   Alzheimer's disease.  So you are looking for a

09:07:10  13   pattern of hypometabolism.

09:07:16  14   Q.   And as I mentioned, Mr. Brockman underwent the

09:07:20  15   first FDG-PET scan in this matter in March of 2021.

09:07:24  16   Did you review these images?

09:07:26  17   A.   I did.

09:07:26  18   Q.   Did you review the interpreting radiologist's

09:07:29  19   impression of these images?

09:07:30  20   A.   Yes.

09:07:31  21   Q.   Did you agree with the interpreting

09:07:33  22   radiologist's impression of these images?

09:07:34  23   A.   Yes.

09:07:41  24   Q.   Dr. Whitlow, showing you Defense Exhibit 39.

09:07:48  25   A.   Yep, where it says, "Mildly reduced uptake in

SEAN W. GUMM, CSR #13168, RPR, CRR

09:07:52  1    front parietal lobe" --

09:07:54  2    Q.    Before we get there --

09:07:55  3    A.    Sorry.

09:07:55  4    Q.    -- what is this document?

09:07:56  5    A.    This is the final report that the radiologist

09:07:59  6    generated when he or she interpreted the FDG-PET

09:08:05  7    scan.

09:08:07  8    Q.    This is for the March FDG-PET scan?

09:08:14  9    A.    Correct.

09:08:14  10   Q.    Can you see that there on your screen?

09:08:19  11   A.    Yes.  So the -- so you have the findings of

09:08:21  12   mildly reduced uptake in the right parietal lobe.

09:08:25  13   And the conclusion or impression is that the

09:08:26  14   findings are mild, but suggestive of early

09:08:29  15   neurodegenerative disease, either Alzheimer's

09:08:31  16   disease or dementia with Lewy bodies -- so

09:08:34  17   Parkinson's disease with dementia.

09:08:37  18   Q.    Okay.  If we can break that down a little bit.

09:08:39  19   What is the right parietal lobe?

09:08:42  20   A.    So the brain is composed of these different

09:08:44  21   areas, and they're named pretty descriptively.  So

09:08:49  22   front lobe is the front part of the brain.  Then

09:08:52  23   there's temporal lobes on the side.  Parietal lobe

09:08:56  24   is in the back, and it's a posterior region that's

09:09:00  25   sort of at the top back of the brain.

09:09:02  1   Q.   What sort of cognitive functions does the

09:09:04  2   parietal lobe govern?

09:09:09  3   A.   So, of course, distilling it to a few words

09:09:11  4   probably, you know, oversimplifies the function.

09:09:15  5   But, you know, some of the functions that it -- it

09:09:20  6   is involved in is like sensory integration, so

09:09:22  7   integrating all of your senses, vision, hearing,

09:09:25  8   tactile perception and distilling that and sending

09:09:27  9   that information to other parts of the brain, you

09:09:30 10   know, used in functions like memory, complex

09:09:36 11   cognitive functions, et cetera.

09:09:43 12   Q.   I think you already covered this, the findings

09:09:43 13   that the interpreting radiologist reported.  And the

09:09:46 14   interpreting radiologist reported, "Mildly reduced

09:09:47 15   uptake in the right parietal lobe."

09:09:50 16              What is reduced uptake -- what does

09:09:52 17   that indicate?

09:09:53 18   A.   So it indicates that there's less metabolic

09:09:57 19   activity than would be expected for a normal person.

09:10:01 20   So it suggests that is -- you know, that's abnormal

09:10:07 21   -- it's an abnormal finding.  It would suggest

09:10:10 22   disease, a neurodegenerative process at play.  And

09:10:13 23   then you have to ask, you know, what would that

09:10:15 24   neurodegenerative process be?

09:10:16 25              And in this case, um, it's very

09:10:19  1  common to see hypometabolism in parietal lobe in

09:10:24  2  patients with dementia, specifically Alzheimer's

09:10:29  3  dementia.

09:10:29  4  **Q.**   So reduced uptake in the parietal lobe is a

09:10:33  5  pattern you would see with someone with Alzheimer's

09:10:35  6  disease?

09:10:35  7  **A.**   Right.   It would certainly raise concern that

09:10:38  8  would be the underlying cause of that finding.

09:10:41  9  **Q.**   So for Mr. Brockman, what does -- what is the

09:10:44  10  significance of the findings on this March FDG-PET

09:10:47  11  scan?

09:10:48  12  **A.**   Well, it -- it -- it suggests that, number one

09:10:54  13  -- it indicates, objectively, that there's a

09:10:56  14  neurodegenerative process.   And then, in terms of

09:11:00  15  explaining what that neurodegenerative process is,

09:11:02  16  it offers an explanation based on the pattern that

09:11:06  17  this would raise concern as a physician for

09:11:09  18  Alzheimer's -- for Alzheimer's dementia.

09:11:16  19  **Q.**   In addition to the March FDG-PET, there was a

09:11:27  20  second FDG-PET conducted in this matter.

09:11:30  21  Mr. Brockman underwent a second FDG-PET scan at the

09:11:35  22  request of the Government in August of 2021.   Did

09:11:39  23  you review these images?

09:11:40  24  **A.**   I did.

09:11:41  25  **Q.**   Did you review the interpreting radiologist's

09:11:43   1   impression of these images?

09:11:45   2   **A.**   Yes.

09:11:45   3   **Q.**   Did you agree with the interpreting

09:11:48   4   radiologist?

09:11:49   5   **A.**   Yes.

09:11:57   6   **Q.**   Dr. Whitlow, showing you Defense Exhibit 45.

09:12:12   7   Can you see that Dr. Whitlow?

09:12:13   8   **A.**   I do.

09:12:15   9   **Q.**   What is this document?

09:12:16   10   **A.**   This is again the final report associated with

09:12:19   11   the PET scan.

09:12:21   12   **Q.**   The PET scan from August?

09:12:22   13   **A.**   Yes, from the -- from the later PET scan, the

09:12:25   14   second PET scan.

09:12:31   15   **Q.**   Did you see the findings and impression there

09:12:34   16   Dr. Whitlow?

09:12:35   17   **A.**   I do.  So again, "Mildly reduced uptake in

09:12:38   18   posterior temporal lobes, and bilaterally in the

09:12:41   19   parietal lobes, and slightly reduced uptake in the

09:12:43   20   front lobes."

09:12:44   21                 Then the conclusion or impression

09:12:46   22   of that finding is that they're mild, but again

09:12:50   23   suggestive of neurodegenerative disease,

09:12:52   24   particularly Alzheimer's disease.

09:12:53   25   **Q.**   I think you already covered the parietal lobe,

09:12:56  1   and I think you covered where the temporal lobes are

09:13:00  2   located, but what cognitive functions are governed

09:13:02  3   by the temporal lobes?

09:13:04  4   **A.**   Right.   So the report mentions temporal lobes.

09:13:07  5   So temporal lobes are involved in all sorts of

09:13:10  6   memory, working memory.   And then it also mentions

09:13:16  7   frontal lobes, which are involved in executive

09:13:19  8   functioning, so decision-making and those sorts of

09:13:22  9   functions.

09:13:24  10  **Q.**   What does reduced uptake in the temporal,

09:13:30  11  parietal, and frontal lobes indicate?

09:13:33  12  **A.**   Well, again it indicates -- well, number one

09:13:35  13  it's an abnormality.   It's abnormal.   It suggests

09:13:39  14  that there's a neurodegenerative process at play,

09:13:43  15  and the pattern would be very suggestive of

09:13:46  16  Alzheimer's.

09:13:47  17  **Q.**   Okay.   So taking a step back.   For

09:13:50  18  Mr. Brockman, what is the significance of this

09:13:52  19  August FDG-PET scan?

09:13:53  20  **A.**   So the significance -- significant really in

09:13:56  21  two ways.   First of all, it -- it shows that there's

09:14:00  22  a neurodegenerative process at play, with

09:14:04  23  Alzheimer's disease being the leading diagnosis.   It

09:14:07  24  also has relevance, because when it's compared to

09:14:09  25  the first PET scan there are more areas of

1   abnormalities, so a more diffused pattern of

2   abnormal uptake suggests that there's been

3   progression of disease.

4   **Q.**   Okay.  We're going to dig a little bit into

5   that.  But here we have multiple -- we have two

6   FDG-PET scans.  In your clinical practice, how do

7   you reach a diagnosis when you have multiple neuro

8   images?

9   **A.**   So in -- in -- all physicians do this that you

10  -- you take all of the information that you have at

11  hand and you distill that, and you -- you, um, look

12  at it objectively, weigh it, and then your job is to

13  explain, you know, what could be underlying the

14  objective data that you have in front of you.  And

15  in this case, when you put all of the neuroimaging

16  studies together it looks like, you know -- having

17  seen, you know, thousands of patients with

18  Alzheimer's disease, mild cognitive impairment,

19  those who are cognitively normal, and in addition to

20  a variety of other diseases, looking at this it

21  looks like it's from a patient with Alzheimer's

22  disease.

23  **Q.**   And you indicated that you compared the March

24  and August FDG-PET scans; correct?

25  **A.**   I did.

09:15:21   1   **Q.**   What did that comparison show for the metabolic

09:15:24   2   pattern on these FDG-PET scans?

09:15:26   3   **A.**   Right.   So, um, it went -- you know, it -- it

09:15:29   4   -- it, um expanded in terms of the areas of the

09:15:33   5   brain that were affected.   So in the first PET scan,

09:15:36   6   fewer brain areas.   Second pat scan, more brain

09:15:40   7   areas.   Um, so suggested that there had been, um, a

09:15:45   8   progressive neurodegenerative process that had

09:15:47   9   occurred between those two time points.

09:15:49   10   **Q.**   So there was progression between March and

09:15:53   11   August of this year between the two FDG-PET scans.

09:15:57   12   What does that progression indicate about the

09:16:01   13   disease course for Mr. Brockman?

09:16:02   14   **A.**   Well you know, Alzheimer's can have variable

09:16:09   15   progression.   But given there's a change over a

09:16:11   16   relatively short period of time it raises concern

09:16:13   17   that the disease is proceeding rapidly for

09:16:16   18   Mr. Brockman in this specific case.

09:16:18   19   **Q.**   So over a five -- roughly five and a half month

09:16:21   20   period there'd been progression.   Just so I'm clear,

09:16:36   21   the progression over a roughly five and a half month

09:16:38   22   period, is that something you would expect to see?

09:16:41   23   **A.**   Um, you can see it, but it is more rapid than

09:16:49   24   -- I would say it's a little more rapid than

09:16:52   25   typical.   And again, it shows that the burden --

09:16:55  1   there's a greater burden of disease in the brain

09:16:57  2   than we saw on the first PET scan.

09:17:10  3   Q.   Dr. Whitlow, switching gears a little bit away

09:17:14  4   from the FDG-PET scans.   In addition to the two

09:17:17  5   FDG-PET scans that were conducted, Mr. Brockman also

09:17:20  6   underwent a different type of PET scan in this

09:17:22  7   matter called a beta-amyloid PET scan.   What is a

09:17:27  8   beta-amyloid PET scan?

09:17:29  9   A.   Right.   So beta-amyloid scan is, again, another

09:17:34  10  kind of PET scan where -- and, you know, we've

09:17:35  11  talked about different tracers.   In this situation,

09:17:37  12  the tracer binds to a protein called amyloid that

09:17:42  13  can accumulate in the brain.   And when it

09:17:43  14  accumulates, that's abnormal.   It's called a

09:17:50  15  proteinopathy, you know, pathology --

09:17:51  16  pathologically-accumulated protein in the brain.

09:17:54  17              The specific relevance is that

09:18:00  18  amyloid proteinopathy, or this abnormal deposition

09:18:03  19  of amyloid in brain is one of the hallmarks of

09:18:06  20  Alzheimer's disease.

09:18:06  21  Q.   Just breaking that down a little bit.   So

09:18:09  22  beta-amyloid PET scan measures the buildup of a

09:18:13  23  particular protein?

09:18:13  24  A.   Correct.

09:18:14  25  Q.   And that particular protein is what?

SEAN W. GUMM, CSR #13168, RPR, CRR

09:18:15  1  **A.**   Amyloid.

09:18:19  2  **Q.**   And what is the significance of buildup of

09:18:24  3  amyloid in the brain?

09:18:24  4  **A.**   So buildup of amyloid in the brain is

09:18:27  5  pathologic.  It's -- it's basically, um, ultimately

09:18:36  6  associated with disfunction of brain.  And it has

09:18:40  7  functional consequences so that, you know, that --

09:18:44  8  that abnormal accumulation of -- of that protein can

09:18:48  9  have cognitive effects and is associated with

09:18:54  10  Alzheimer's dementia.

09:18:56  11  **Q.**   So aside from just sort of generalized --

09:18:58  12  generally indicating some cognitive disfunction,

09:19:05  13  there's an association with a particular disease?

09:19:07  14  **A.**   Yes, it's -- it's associated with Alzheimer's

09:19:09  15  disease and considered one of the hallmarks of the

09:19:12  16  disease, the presence of an amyloid proteinopathy.

09:19:17  17  **Q.**   So Mr. Brockman underwent a beta-amyloid PET

09:19:21  18  scan in July of 2021.  Did you review these images?

09:19:25  19  **A.**   I did.

09:19:25  20  **Q.**   Did you review the interpreting radiologist's

09:19:29  21  impression of these images?

09:19:29  22  **A.**   I did.

09:19:29  23  **Q.**   Did you agree with the interpreting

09:19:32  24  radiologist's interpretation?

09:19:33  25  **A.**   Yes.

09:19:45   1    Q.   Dr. Whitlow, showing you Defense Exhibit 42.

09:20:01   2    Dr. Whitlow, can you see this image?

09:20:03   3    A.   Yes.

09:20:03   4    Q.   What is this document?

09:20:04   5    A.   So this is the final report for the amyloid PET

09:20:10   6    scan.

09:20:11   7    Q.   What was the interpreting radiologist's

09:20:14   8    impression?

09:20:15   9    A.   His impression is that it's a positive study,

09:20:18   10   indicating moderate to frequent amyloid neuritic

09:20:22   11   plaques.

09:20:22   12   Q.   Okay.  What does the phrase moderate to

09:20:24   13   frequent plaques -- what does that mean?

09:20:26   14   A.   Basically, as you accumulate amyloid in brain,

09:20:30   15   to be able to kind of look at a PET scan and

09:20:33   16   visually see it based on what we know from

09:20:36   17   pathologic sectioning of brain that if you can see

09:20:40   18   it, it's suggestive of moderate to frequent amyloid

09:20:43   19   neuritic plaques.

09:20:44   20              And in this case, these amyloid PET

09:20:46   21   scans are kind of read in a binary way.  They're

09:20:48   22   positive or negative.  In this case it's a positive

09:20:51   23   study.

09:20:51   24   Q.   So positive study indicating there are, in

09:20:54   25   fact, amyloid neuritic plaques present?

SEAN W. GUMM, CSR #13168, RPR, CRR

09:20:57  1   **A.**   Correct.

09:20:59  2   **Q.**   Taking a step back, practically speaking, what

09:21:04  3   is the significance of these findings from this

09:21:07  4   scan?

09:21:08  5   **A.**   Sure.   There's significance in the context of

09:21:11  6   the -- of the -- all of the neuroimaging when you

09:21:14  7   put it together.   But, you know, having amyloid

09:21:17  8   positivity reenforces the patterns that we're

09:21:21  9   seeing, you know, on the PET scan would be

09:21:23  10  compatible and raise concern that this patient has

09:21:26  11  Alzheimer's disease.

09:21:28  12  **Q.**   So you said it reenforces the findings from the

09:21:32  13  FDG-PET scans.   What does the positive beta-amyloid

09:21:38  14  PET scan indicate about the probability of

09:21:41  15  Mr. Brockman's disease diagnosis?

09:21:42  16  **A.**   Sure.   In medicine, that's what we're dealing

09:21:44  17  with is probabilities.   So when you look at pattern

09:21:48  18  of hypometabolism that we discussed, and you put

09:21:51  19  that in the context of amyloid-positive PET scan

09:21:57  20  that taken together raises the -- increases the

09:22:02  21  probability that this patient has Alzheimer's

09:22:04  22  disease.

09:22:09  23  **Q.**   So we've just discussed three different --

09:22:14  24  three PET scans.   There were the two FDG-PET scans,

09:22:18  25  and then there was the third beta-amyloid PET scan.

09:22:22   1   All three of them had positive findings for

09:22:25   2   Alzheimer's disease; is that correct?

09:22:27   3   **A.**   Correct.

09:22:30   4   **Q.**   What is the significance of these three

09:22:33   5   congruent PET scans?

09:22:35   6   **A.**   Well, again, they all support each other.  You

09:22:40   7   know, when you -- when you look at all of the PET

09:22:44   8   data together, number one it indicates that

09:22:48   9   Mr. Brockman has Parkinson's disease.

09:22:52   10              Number two, it indicates he has a

09:22:54   11   progressive and kind of aggressive/progressive

09:22:57   12   neurodegenerative process, which the pattern and the

09:23:01   13   amyloid positivity would point to Alzheimer's

09:23:04   14   disease as being the most probable etiology or

09:23:08   15   cause.

09:23:08   16   **Q.**   You said progressive and aggressive?

09:23:10   17   **A.**   Right.  In that -- I guess I mean aggressive in

09:23:14   18   that it's -- there's been quite a lot of change over

09:23:18   19   a relatively short period of time in the FDG-PET

09:23:22   20   scan.  The burden of disease has gotten greater in a

09:23:26   21   short period of time.

09:23:27   22   **Q.**   Is that a finding you would expect to see on an

09:23:30   23   FDG-PET scan and the beta-amyloid PET scan conducted

09:23:35   24   in a short period of time?

09:23:36   25   **A.**   Again, you know, it would point towards a

09:23:40  1   progressive neurodegenerative disease with

09:23:42  2   Alzheimer's being the one that would be expected to

09:23:44  3   produce that kind of increase in disease burden over

09:23:48  4   a relatively short period of time.

09:23:54  5   Q.   Dr. Whitlow, in your supplemental report you

09:23:57  6   cite a recent study that analyzed the qualitative

09:24:03  7   result from beta-amyloid PET scans and FDG-PET

09:24:05  8   scans.

09:24:06  9   A.   Correct.

09:24:08  10   Q.   What was the purpose of that study?

09:24:09  11   A.   Yeah.  So again, the purpose is to try to

09:24:14  12   improve accuracy of clinical diagnosis in a clinical

09:24:18  13   setting.  So again, as radiologists we look at these

09:24:21  14   PET scans.  We look at imaging qualitatively.  We

09:24:24  15   look at it, and look visually for patterns.

09:24:27  16            And so what they were trying to do

09:24:28  17   is take, um, all of these different kinds of PET

09:24:31  18   scans and see if when you add them together they

09:24:34  19   improve your ability to make an accurate diagnosis,

09:24:38  20   um, compared to the gold standard.  Okay.

09:24:42  21   Q.   What is the gold standard?

09:24:43  22   A.   Yeah, the gold standard in diagnosing

09:24:45  23   Alzheimer's disease is brain biopsy, you know,

09:24:49  24   looking at the brain after you've extracted it,

09:24:52  25   which you can only do after death.  So in this

09:24:54  1  particular study it's very interesting.  So they

09:24:56  2  were able to use patients who had Alzheimer's

09:25:01  3  disease that was diagnosed with pathology using the

09:25:05  4  gold standard methods of looking at the brain

09:25:08  5  pathologically.

09:25:09  6            So these were patients who had died

09:25:12  7  of, you know, and who had -- who had Alzheimer's

09:25:15  8  disease.  These patients also had FDG-PET scans and

09:25:22  9  they had amyloid PET scans.  And when the patients

09:25:27  10  had this anatomic pattern of hypometabolism in kind

09:25:35  11  of temporal, parietal, posterior cingulate regions

09:25:39  12  that we've been discussing, in addition to amyloid

09:25:44  13  positively qualitatively that it approached nearly

09:25:48  14  100 percent sensitivity and specificity for

09:25:50  15  diagnosing Alzheimer's disease.

09:25:54  16  Q.  Okay.  You covered a lot of ground there.

09:25:55  17  A.  Okay.  Sorry about that.  I can break it down.

09:25:57  18  Q.  Want to break it down a little bit.  So the

09:26:00  19  patients in this study were confirmed to have

09:26:03  20  Alzheimer's disease postmortem?

09:26:05  21  A.  Yes, they were confirmed to have Alzheimer's

09:26:07  22  disease postmortem using the gold standard method,

09:26:11  23  which is pathologic assessment -- looking directly

09:26:14  24  at their brain under a microscope.

09:26:16  25  Q.  Okay.  Before they died and their brain was

09:26:18   1   examined postmortem, the patients in this study were

09:26:25   2   examined using FDG-PET scan and beta-amyloid PET

09:26:29   3   scan; is that correct?

09:26:30   4   **A.**   That's correct.

09:26:30   5   **Q.**   And what did their beta-amyloid and FDG-PET

09:26:36   6   scans indicate?

09:26:36   7   **A.**   Well, very similar to Mr. Brockman, their

09:26:39   8   FDG-PET scans had hypometabolism in these areas that

09:26:42   9   we've been discussing, these temporal and posterior

09:26:46   10  areas of the brain.  And their amyloid scan was

09:26:49   11  positive.  So recall that the -- these are read, you

09:26:53   12  know, as sort of binary -- positive or negative.

09:26:55   13             So in the setting of a positive --

09:26:57   14  I'm sorry, positive amyloid scan, plus this pattern

09:27:01   15  of this anatomic pattern of hypometabolism that when

09:27:05   16  you add those together, those two pieces of

09:27:07   17  information, there was -- it was almost a hundred

09:27:11   18  percent sensitive and specific for the diagnosis of

09:27:14   19  Alzheimer's disease, which was determined by --

09:27:16   20  postmortem by that gold standard pathologic

09:27:19   21  assessment.

09:27:20   22  **Q.**   So you have a positive beta-amyloid PET scan.

09:27:23   23  You have a positive FDG-PET scan, reflecting a

09:27:25   24  pattern of hypometabolism?

09:27:27   25  **A.**   Correct.

09:27:27  1   Q.   And when those two things are congruent, the

09:27:31  2   study indicated that accuracy approached 100 percent

09:27:35  3   postmortem of diagnosis of Alzheimer's disease?

09:27:37  4   A.   Correct.

09:27:37  5   Q.   You mentioned sensitivity and specificity.  Can

09:27:44  6   you explain those terms?

09:27:46  7   A.   Sure.  Sensitivity is, you know, if you test

09:27:49  8   positive, what's the probability you are positive?

09:27:53  9   Specificity is that, you know, if you test negative,

09:27:56  10  well, what's the probability that you are actually

09:27:58  11  negative?  So when you put those two together, you

09:28:02  12  know, if it's positive you most certainly have it.

09:28:04  13  If it's negative, you most certainly don't.

09:28:07  14          So again, it improves, you know,

09:28:09  15  using -- as a physician, using that information we

09:28:12  16  can be more confident that when we see that pattern

09:28:16  17  and we say this could be Alzheimer's disease that we

09:28:18  18  can be even more confident in that diagnosis.

09:28:21  19  Q.   And the confidence is -- according to the

09:28:25  20  findings from this study, the confidence is

09:28:27  21  approaching 100 percent diagnostic certainty?

09:28:29  22  A.   Agreed.  Yes.  That's correct.

09:28:32  23  Q.   We've discussed this, but Mr. Brockman has a --

09:28:38  24  had a positive beta-amyloid PET scan and two

09:28:41  25  positive FDG-PET scans?

09:28:42    1    **A.**   Correct.

09:28:43    2    **Q.**   What -- practically speaking, what did the

09:28:46    3    findings from this study indicate for Mr. Brockman?

09:28:48    4    **A.**   Well, if you extrapolate that the findings from

09:28:50    5    this study to Mr. Brockman, then -- you know,

09:28:53    6    looking at his FDG-PET scan and his amyloid

09:28:57    7    positivity, you'd be -- you know, you'd be very,

09:29:00    8    very confident that he has Alzheimer's disease.

09:29:04    9    **Q.**   Okay.  And I think the study mentioned a

09:29:06    10   different tracer used on the beta-amyloid PET scan

09:29:10    11   than the tracer that was conducted -- that was used

09:29:13    12   for Mr. Brockman's beta-amyloid PET scan?

09:29:15    13   **A.**   Sure.

09:29:16    14   **Q.**   Is there any reason that the findings from this

09:29:18    15   study could not be used clinically for Mr. Brockman?

09:29:22    16   **A.**   Um, no.  In fact, that's the -- that's the

09:29:25    17   intent of the study is to -- is to make, you know --

09:29:29    18   is to identify patterns that are useful clinically.

09:29:32    19   So the compound that was used -- the tracer that was

09:29:36    20   used in the study is one that's called Pittsburgh

09:29:39    21   compound B or PIB.  And, you know, it's again one of

09:29:45    22   these tracers that binds to amyloid.

09:29:47    23              The one that was used in -- in

09:29:53    24   Mr. Brockman is Amyvid, which is the commercial name

09:29:55    25   for a tracer that also binds to amyloid.  There's a

09:29:59  1  reason --

09:29:59  2  Q.   What do you use in your clinical practice?

09:30:02  3  A.   We use Amyvid, we use FDA approved compound on

09:30:06  4  Mr. Brockman.

09:30:06  5  Q.   Why do you use Amyvid compared to -- as opposed

09:30:08  6  to Pittsburgh 11c/PIB?

09:30:13  7  A.   You know, the PIB -- it requires special

09:30:16  8  equipment to produce.  So it was the first

09:30:17  9  generation amyloid agent.  It requires special

09:30:22  10  equipment, this piece of equipment called a

09:30:25  11  cyclotron to make.  And then it -- once you make it,

09:30:28  12  it only lasts -- it's only -- it only lasts for

09:30:33  13  minutes.

09:30:33  14             So you have to make it, and then

09:30:35  15  give it to the patient within minutes -- produce and

09:30:38  16  give it within minutes and acquire the data.  Well,

09:30:41  17  people who don't have this specialized machine, then

09:30:43  18  they don't have access to this amyloid tracer.  So

09:30:46  19  it would only be useful at major academic centers

09:30:50  20  like ours where he we have a cyclotron.  So over

09:30:57  21  years, there was the determination that it would be

09:30:58  22  very useful to have an amyloid agent that had a

09:31:01  23  better profile that could be used clinically.

09:31:05  24             So Amyvid -- Amyvid is a

09:31:08  25  second-generation amyloid agent that, um, can be

09:31:11   1   produced in large quantities and shipped -- and

09:31:16   2   lasts for much longer for many hours.

09:31:19   3                    So it can be made and distributed.

09:31:22   4   So it's more useful clinically than the Pittsburgh

09:31:27   5   compound B.  And it's FDA approved and is typically

09:31:30   6   what we use in a clinical setting.

09:31:31   7   **Q.**   Okay.  Just taking a step back and

09:31:34   8   extrapolating the findings from the study, to the

09:31:38   9   study of Mr. Brockman's two FDG-PET pet scans and

09:31:40   10  the beta-amyloid PET scan, what does this study

09:31:43   11  indicate about the probability of Mr. Brockman's

09:31:45   12  diagnosis?

09:31:46   13  **A.**   Again, it would indicate there's a very, very

09:31:49   14  high probability that his pattern of hypometabolism,

09:31:54   15  plus the positive beta-amyloid PET scan, that he

09:31:57   16  would have Alzheimer's disease as the diagnosis.

09:32:06   17  **Q.**   Okay.  Switching gears and stepping away from

09:32:07   18  the PET scans.  In addition to the PET scans, you

09:32:10   19  also reviewed brain MRI images?

09:32:13   20  **A.**   Yes.

09:32:13   21  **Q.**   Mr. Brockman underwent brain MRI imaging on

09:32:18   22  November 2, 2018 --

09:32:19   23  **A.**   Yes.

09:32:19   24  **Q.**   -- June 6, 2021, and July 30, 2021?  Very

09:32:27   25  briefly, what is a brain MRI scan?

09:32:29  1   **A.**   So an MRI scan -- magnetic resonance imaging or

09:32:35  2   MRI scan -- is a way of taking pictures of the brain

09:32:39  3   using a giant magnet, and it produces these

09:32:42  4   structural images of the brain.

09:32:45  5   **Q.**   Okay.  And a brain MRI -- what is it measuring?

09:32:49  6   **A.**   It's depicting -- it's showing a structural

09:32:52  7   image of the brain so you can see what the brain

09:32:55  8   looks like, um, and then evaluate it for disease

09:33:01  9   basically.  So, for example, you are looking for the

09:33:03  10  size, the shape -- you know, the volume of the

09:33:06  11  brain.  So in particular you are looking for -- is

09:33:08  12  there, you know, damage to the brain.  Is there

09:33:11  13  volume loss or atrophy, which would be abnormal in

09:33:15  14  the context of a patient's presentation.

09:33:19  15  **Q.**   And how are brain MRI scans used for the

09:33:24  16  diagnosis of Alzheimer's disease?

09:33:25  17  **A.**   So again, they're evaluated visually.  So you

09:33:29  18  look at them.  You are looking for a pattern of

09:33:32  19  atrophy, um, a pattern of volume loss or abnormal

09:33:37  20  volume loss called atrophy.  And you are looking for

09:33:42  21  that -- a very similar pattern, sort of posterior

09:33:44  22  and temporal pattern of atrophy.

09:33:47  23  **Q.**   Okay.  You mentioned visually examining the

09:33:49  24  brain MRI images.  Is that what's referred to as a

09:33:53  25  qualitative analysis or qualitative review?

09:33:57   1   **A.**   Yes.

09:33:57   2   **Q.**   Please explain what a qualitative analysis or

09:34:01   3   review -- what does that mean?

09:34:03   4   **A.**   Right.  So in all of medicine -- and in

09:34:06   5   neuroradiology in particular -- you know, you are

09:34:09   6   doing a physical exam and visually looking at the

09:34:13   7   patient.  So you are visually looking at the

09:34:15   8   patient, and you are looking for aspects of the

09:34:18   9   patient's brain in this case that are abnormal.  And

09:34:23   10   when you are doing that, you are relying on, you

09:34:25   11   know, years of experience and looking at thousands

09:34:28   12   and thousands of, you know, normal and abnormal

09:34:31   13   brains.

09:34:32   14                  You are trying -- you are looking

09:34:34   15   for a pattern that points to, you know, a diagnosis.

09:34:42   16   **Q.**   So the qualitative review is based, in part, on

09:34:45   17   years of experience in reviewing thousands of brain

09:34:48   18   MRI images.  Do you receive any special education in

09:34:53   19   conducting a qualitative review as a

09:34:55   20   neuroradiologist?

09:34:56   21   **A.**   Yes, so there's a -- we receive -- that's a lot

09:34:58   22   of the training is how to objectively, and in a

09:35:04   23   systematic way, look at the brain -- all of the

09:35:08   24   brain structures and make determinations as to

09:35:11   25   whether it's normal or abnormal.

09:35:13   1          And then if you see an abnormality,
09:35:15   2   to then explain that with, you know, what's called a
09:35:18   3   differential diagnosis.  You know, what could
09:35:21   4   explain the finding that you have observed?  And we
09:35:27   5   learn patterns different that are compatible with
09:35:30   6   different kinds of diseases.
09:35:31   7          In this case, this pattern of
09:35:32   8   atrophy and temporal and posterior regions that
09:35:35   9   would be, you know, what we would look for -- that
09:35:37   10  when we see it points to a diagnosis of Alzheimer's
09:35:40   11  disease.
09:35:46   12  Q.   And is a qualitative review -- scratch that.
09:35:59   13  Is a qualitative review another way of saying your
09:36:02   14  clinical judgment?
09:36:04   15  A.   Um, judgment -- you know, I think -- I think
09:36:07   16  what we would say in the field is that, um, this
09:36:11   17  qualitative, um -- um, evaluation is looking at the
09:36:17   18  data -- an objective, um -- um, systematic review of
09:36:23   19  the data that's in front of us, in this case a brain
09:36:27   20  MRI image.
09:36:28   21  Q.   So in other words, a qualitative review is what
09:36:30   22  you do as a neuroradiologist?
09:36:32   23  A.   It's what we do as a neuroradiologist, yes.
09:36:35   24  Q.   We're going to come back to this in a little
09:36:38   25  bit.  But distinct from a qualitative review, can a

09:36:41  1    brain MRI be analyzed quantitatively?

09:36:45  2    **A.**   Yes, it can be analyzed quantitatively.  That

09:36:50  3    brings us from the clinical side into the realm of

09:36:53  4    research.  But you can, you know, basically -- in so

09:36:57  5    many words -- pull out a ruler and measure things

09:36:59  6    and come up with numbers.  But I would say that is

09:37:03  7    not widespread -- that is not standard of care

09:37:08  8    because of limitations of those -- of that method.

09:37:14  9    There are limitations in doing that, and the

09:37:16  10   numerical value that you get, number one, can be

09:37:18  11   inaccurate, and also generally does not make a

09:37:21  12   difference in terms of managing a patient.

09:37:23  13                    Like, if you look at the study and

09:37:25  14   have a number, the number is not necessarily going

09:37:27  15   to drive your management.  Um, really the management

09:37:31  16   is going to be driven by that qualitative approach

09:37:34  17   that we just discussed.

09:37:36  18   **Q.**   Is another word for a qualitative analysis a

09:37:40  19   Neuroreader® report?

09:37:41  20   **A.**   A quantitative --

09:37:42  21   **Q.**   Quantitative, yes.

09:37:44  22   **A.**   Yes, the Neuroreader® report is a quantitative

09:37:49  23   analysis of the brain.

09:37:50  24   **Q.**   In your clinical practice, what method of

09:37:52  25   analysis do you use when reviewing brain MRI's?

*SEAN W. GUMM, CSR #13168, RPR, CRR*

09:37:55  1  **A.**   We use the standard of care, which is

09:38:00  2  qualitative analysis or qualitative evaluation.

09:38:04  3  **Q.**   As I mentioned before, Mr. Brockman underwent a

09:38:07  4  brain MRI in 2018.   Did you review those images?

09:38:10  5  **A.**   I did.

09:38:11  6  **Q.**   Did you review the interpreting radiologist's

09:38:15  7  impression of those images?

09:38:16  8  **A.**   Yes.

09:38:17  9  **Q.**   Did you agree with the interpreting

09:38:19  10  radiologist's interpretation of those images?

09:38:23  11  **A.**   Yes.

09:38:28  12  **Q.**   Dr. Whitlow, showing you Defense Exhibit 36.

09:38:52  13  Defense Exhibit 36.   Turning to Bates stamped

09:39:01  14  BCM-793.   Can you see this document, Dr. Whitlow?

09:39:09  15  **A.**   Yes.

09:39:09  16  **Q.**   Okay.   What is this document?

09:39:11  17  **A.**   So this document is the MRI report.   So the

09:39:18  18  radiologist looked at the MRI, described what he

09:39:22  19  saw, and then comes to a conclusion at the end,

09:39:24  20  which is the impression.

09:39:25  21  **Q.**   And this is for the 2018 MRI?

09:39:27  22  **A.**   Let's see.   Yes.

09:39:39  23  **Q.**   What was the interpreting radiologist's

09:39:40  24  impression of this MRI?

09:39:42  25  **A.**   "No intracranial abnormalities, particularly no

09:39:46  1  disproportionate lobar atrophy."

09:39:51  2  **Q.**   You previously stated you agreed with the

09:39:53  3  interpreting radiologist's impression of this MRI?

09:39:55  4  **A.**   Yes.

09:40:01  5  **Q.**   Did you appreciate anything else other than

09:40:03  6  what is noted by the interpreting radiologist here?

09:40:08  7  **A.**   Not really.  You know, he talks about global

09:40:10  8  atrophy.  You know, that's symmetric, and that is

09:40:14  9  the case.

09:40:15  10  **Q.**   Global atrophy -- is that global brain atrophy?

09:40:19  11  **A.**   Right, so sort of the whole brain is involved.

09:40:21  12  And at that time it didn't look like any of the

09:40:23  13  lobes that we talked about -- you know, frontal,

09:40:25  14  temporal, parietal -- didn't look like any one that

09:40:29  15  had anymore atrophy or more volume loss than

09:40:32  16  another.

09:40:32  17  **Q.**   So just sort of a generalized atrophy for the

09:40:35  18  entire brain -- the entire brain is shrinking?

09:40:41  19  **A.**   Yes.

09:40:41  20  **Q.**   This might be redundant, but I want to make

09:40:43  21  sure we cover it.  What does diffuse cerebral volume

09:40:47  22  loss -- what does that mean?

09:40:47  23  **A.**   So diffuse means it's everywhere, and volume

09:40:50  24  loss refers to the brain.  So the volume of the

09:40:53  25  brain itself has -- has -- has reduced so the volume

SEAN W. GUMM, CSR #13168, RPR, CRR

09:41:00   1   is smaller.

09:41:00   2   Q.   Okay.  So global volume loss and diffused

09:41:06   3   cerebral volume loss -- is that just two ways of

09:41:08   4   saying the same thing?

09:41:09   5   A.   Right, sort of global loss of brain.

09:41:11   6   Q.   What does this 2018 brain MRI indicate about

09:41:15   7   Mr. Brockman's diagnosis?

09:41:17   8   A.   Well, it's -- it -- I think it probably is a

09:41:22   9   good baseline, you know, from which to compare.  So

09:41:25  10   he -- in 2018, there was already a background of

09:41:31  11   diffuse volume loss.  And -- you know, I think

09:41:36  12   that's -- that's what it would indicate.

09:42:17  13   Q.   And the quote regarding diffuse cerebral volume

09:42:21  14   loss, where does that come from?

09:42:24  15   A.   It's just -- it's a descriptive.  It's just

09:42:27  16   kind of a general, descriptive way of -- of

09:42:32  17   documenting what the neuroradiologist is seeing on

09:42:36  18   the brain MRI.

09:42:37  19   Q.   Is that a phrase you used in your supplemental

09:42:39  20   expert report?

09:42:40  21   A.   Is it a phrase that --

09:42:42  22   Q.   Diffuse cerebral volume loss?

09:42:46  23   A.   Diffuse cerebral volume loss -- I can't recall

09:42:47  24   if I specifically used that or not.

09:43:05  25                THE COURT:  Doctor, I wanted to ask you

09:43:07    1    a quick question.

09:43:08    2                 THE WITNESS:  Yes, sir.

09:43:08    3                 THE COURT:  On the MRI that we just

09:43:10    4    looked at that had some, you know, global shrinking

09:43:15    5    of the brain --

09:43:16    6                 THE WITNESS:  Yes.

09:43:16    7                 THE COURT:  -- what kinds of problems,

09:43:18    8    based on what you see, would be exhibited by the

09:43:21    9    patient?  I mean, you would have general memory

09:43:22   10    complaints, or what would you see?

09:43:24   11                 THE WITNESS:  Yeah, sure.  Sure.

09:43:25   12    That's a great question.  There's a lot of debate

09:43:28   13    about what shrinkage of the brain means as we get

09:43:32   14    older.  You know, some people say that's a normal

09:43:34   15    phenomenon and you just see it.  I think in

09:43:37   16    geroscience, the study of aging, we're starting to

09:43:41   17    realize shrinking of the brain is something we see,

09:43:43   18    but it's not necessarily normal.  And it can be

09:43:46   19    because of a variety of things, you know, like

09:43:48   20    hypertension can cause your brain to shrink, high

09:43:52   21    cholesterol, vascular disease, diabetes -- all of

09:43:53   22    these things can accumulate over time and cause your

09:43:56   23    break to shrink.

09:43:58   24                 So when people say "Normal aging,"

09:44:00   25    we're not so sure that's normal.  It can be

SEAN W. GUMM, CSR #13168, RPR, CRR

09:44:02  1   pathologic aging.  And in terms of how that

09:44:04  2   specifically translates into behavior well, you

09:44:07  3   know, you would start to expect to see some level of

09:44:10  4   cognitive decline.  Um -- and so, you know, you

09:44:13  5   would expect that with a baseline brain like that

09:44:20  6   there could be initial cognitive decline or

09:44:22  7   cognitive disfunction, you know, when your brain

09:44:26  8   starts to shrink.

09:44:28  9              I mean, when you lose brain, you

09:44:31  10  are losing function.  And, you know, sometimes

09:44:33  11  cognitive tests certain sensitivity.  Maybe they can

09:44:36  12  pick that up or maybe they can't, but we know

09:44:38  13  objectively from looking at the MRI data that the

09:44:41  14  brain is smaller.  And when you are losing brain,

09:44:41  15  you are losing function.  So you would expect some

09:44:41  16  degree of cognitive dysfunction, whether it can be

09:44:46  17  measured or not.

09:44:46  18              THE COURT:  Thank you, Doctor.  Sorry

09:44:48  19  to take you off task.

09:44:49  20              THE WITNESS:  No.

09:44:50  21              THE COURT:  But just curious.

09:44:52  22              THE WITNESS:  Yeah, sure.

09:44:55  23              MR. MALONEY:

09:44:55  24  Q.   Continue this discussion.  Dr. Whitlow, in

09:44:58  25  addition to the 2018 MRI, Mr. Brockman also

09:45:02  1   underwent two additional brain MRI's in 2021, one in

09:45:04  2   June -- I guess a third in July of 2021.  Did you

09:45:08  3   review these images?

09:45:10  4   **A.**   I did.

09:45:10  5   **Q.**   Did you review the interpreting radiologist's

09:45:12  6   impression?

09:45:12  7   **A.**   Yes.

09:45:13  8   **Q.**   Did you agree with the interpreting

09:45:14  9   radiologist's impression?

09:45:16  10  **A.**   Yes, and then also added, I think, a little bit

09:45:22  11  to their impression as well.

09:45:33  12  **Q.**   Dr. Whitlow, showing you Defense Exhibit 43.

09:45:46  13  Dr. Whitlow, what is this document?

09:45:47  14  **A.**   So this is the report that was generated by the

09:45:51  15  radiologist who interpreted Mr. Brockman's, um, MRI

09:45:56  16  scan on the date that's indicated on the report.

09:46:01  17  **Q.**   This is the July brain MRI?

09:46:03  18  **A.**   Yes.

09:46:08  19  **Q.**   Can you see that image, Dr. Whitlow?

09:46:10  20  **A.**   I can.

09:46:10  21  **Q.**   What was the interpreting radiologist's

09:46:12  22  findings for this brain MRI?

09:46:14  23  **A.**   So, "Moderate diffuse cerebral volume loss with

09:46:19  24  proportional ventricular prominence," and then

09:46:22  25  what's called "Mild chronic microvascular ischemic

09:46:23   1   change."

09:46:26   2   Q.   "Moderate diffuse cerebral volume loss" --

09:46:30   3   again, does that just mean global brain volume loss?

09:46:33   4   A.   Right.  And it's not mild, it's moderate.  So

09:46:38   5   it relates to the magnitude of volume loss.

09:46:42   6   Q.   And in this brain MRI, the magnitude is

09:46:46   7   greater, comparative to the 2018 MRI?

09:46:48   8   A.   Correct.  And -- and, um, you know, the

09:46:53   9   comparison that was used on this study is the CT of

09:46:56   10  the head.  I made an additional comparison to the

09:46:59   11  2018 MRI scan.  So I had those two in front of me,

09:47:04   12  and I can look at them very carefully.

09:47:06   13               And I think the place where I added

09:47:08   14  was that it looked like, to me, that there'd been

09:47:11   15  quite a lot of progression of volume loss between

09:47:15   16  2018 and 2021.  In particular, I -- I could see some

09:47:20   17  prominence of volume loss, in particular in the

09:47:22   18  temporal regions.

09:47:25   19  Q.   Before we get to a comparison between the 2018

09:47:28   20  and 2021 MRI, just focusing on the 2021 MRI.

09:47:32   21  A.   Got you.

09:47:33   22  Q.   What does this MRI indicate about

09:47:35   23  Mr. Brockman's diagnosis?

09:47:36   24  A.   Well, you know, he's -- now he's at the point

09:47:38   25  with, you know, moderate volume loss.  So he's lost

09:47:42   1   -- he's lost brain.  Um, and in particular when you

09:47:48   2   put that into context with what we've seen on the

09:47:51   3   PET scan would again support the diagnosis of

09:47:54   4   Alzheimer's disease.

09:47:55   5   Q.   "Moderate diffuse volume loss" -- moderate.

09:47:58   6   Does that indicate just a little bit of volume loss?

09:48:00   7   A.   No, that would indicate more than just a

09:48:03   8   little.  That would be quite -- you know, quite

09:48:08   9   noticeable.  It's undeniable and visually striking

09:48:14   10  the amount of volume loss that you'd be seeing.

09:48:19   11  Q.   Is moderate volume -- brain volume loss normal

09:48:24   12  for an 80-year-old man?

09:48:26   13  A.   Um, it's -- I would say again I would not

09:48:32   14  consider moderate volume loss to be normal.  I would

09:48:34   15  consider it to be abnormal.  So this would be an

09:48:40   16  abnormal finding to me.  And, you know, it would

09:48:43   17  raise concern about downstream function of this

09:48:48   18  patient.

09:48:48   19  Q.   When you say "downstream function," are you

09:48:50   20  referring to an individual's cognitive function?

09:48:52   21  A.   Yeah, I would say cognitive function.  So all

09:48:54   22  of the functions -- you know, you have the brain,

09:48:56   23  and different parts of the brain subserve different

09:49:00   24  functions.  If you lose brain in the area that

09:49:03   25  serves a function, then I would expect to see, you

SEAN W. GUMM, CSR #13168, RPR, CRR

09:49:05  1  know, some abnormality in that downstream cognitive

09:49:13  2  function that relates to the brain that was, you

09:49:17  3  know, lost.

09:49:17  4            THE COURT:  Let me ask a question.

09:49:18  5  Sorry to interrupt you.

09:49:20  6            THE WITNESS:  Oh, yes.

09:49:20  7            THE COURT:  So is that loss

09:49:23  8  quantifiable, like a one-to-one loss or --

09:49:26  9            THE WITNESS:  That's really

09:49:27  10  interesting.  That's the fascinating thing is it's

09:49:29  11  not a one-to-one situation.  So you can have very,

09:49:32  12  very small changes in brain that have a profound

09:49:36  13  effect on your cognitive function, and then you can

09:49:38  14  have bigger changes really -- you know, obvious big

09:49:42  15  changes that have very little effect.

09:49:44  16            I think it's probably related to

09:49:47  17  location, location, location.  You know, if you hit

09:49:49  18  that right spot, even a very small change can have a

09:49:52  19  profound effect.  So it's really more about -- it's

09:49:56  20  about magnitude -- about magnitude and location.

09:49:59  21            THE COURT:  Thank you.

09:50:00  22            I'm sorry, Counsel.

09:50:00  23            I appreciate you indulging me,

09:50:03  24  Doctor.

09:50:03  25            THE WITNESS:  No, no, no, happy to do

1  it.

2          THE COURT:  You may continue.

3          MR. MALONEY:  Thank you, Your Honor.

4  Q.  Dr. Whitlow, that was -- we were just focused

5  on the 2018 MRI, and then on the 2021 brain MRI

6  individually.  Did you compare the images from the

7  2018 and 2021 MRI's?

8  A.  Yes, I -- I did.  So I had -- you notice that

9  the radiologist compared to the head CT.  So he may

10  not have had access to the 2018 brain MRI, and so I

11  had the opportunity to look at both the 2018 and the

12  2021 MRI's side by side.

13  Q.  And what does your interpretation -- for the

14  comparison of the 2018 and 2021 MRI's, what did that

15  comparison indicate?

16  A.  So looking at them side by side, you know, it

17  was visually striking the amount of volume loss, or

18  the amount of atrophy that had occurred between 2018

19  and 2021.  In particular, I looked at areas of the

20  brain -- I don't know if I want to go into a lot of

21  detail.  But just when I was objectively and

22  systematically kind of going through the brain, um,

23  it looked very much like -- in addition to volume

24  loss everywhere that was, um -- and really, you

25  could really only appreciate this by looking at the

1   2018 and 2021 scans together, but you could see that

2   volume loss there was some predominance within the

3   temporal lobes specifically.

4   Q.   Did your comparison indicate anything about the

5   progression of volume loss between 2018 and 2021?

6   A.   Yes, it's -- it's quite a lot of progression.

7   So it would be more than what I would expect from

8   aging.

9   Q.   So this is not consistent with normal aging?

10   A.   This would not be -- you know, again, I -- I --

11   I struggle with normal aging, because I think we

12   don't really know what normal aging is.  But it's

13   definitely not compatible with what I would see, you

14   know, with just someone getting older and the amount

15   of volume loss that would be typical to see in

16   people getting older.  This was more dramatic than

17   that, and the magnitude was greater than what I

18   would expect just from aging alone.

19   Q.   We touched on this previously, but you

20   described actually putting up the 2018 brain MRI and

21   the 2021 brain MRI side by side?

22   A.   Yes.

23   Q.   Is that the qualitative review you discussed

24   earlier?

25   A.   Yes, that's the qualitative review.  Again, you

09:52:32  1   put them side by side, and you are objectively and

09:52:34  2   systematically going through all of the structures

09:52:37  3   of the brain and making comparisons, and then

09:52:39  4   putting that into context of what you have seen over

09:52:41  5   your career.

09:52:43  6   Q.   Is that consistent with the practice that you

09:52:44  7   would have in your clinical practice if you had

09:52:47  8   multiple brain MRI's?

09:52:48  9   A.   Yes, that -- that is -- that is my clinical

09:52:51  10  practice.   That is -- that is the job of the

09:52:53  11  neuroradiologist to do that.

09:53:05  12  Q.   We touched on this a little bit before, but

09:53:08  13  what areas -- which areas of the brain did you

09:53:10  14  appreciate atrophy in comparing the 2018 and 2021

09:53:14  15  MRI's?

09:53:15  16  A.   Well, certainly there was atrophy all over the

09:53:18  17  brain.   But in particular when I'm looking at it,

09:53:21  18  there was quite a lot in an asymmetric way when I

09:53:27  19  compared the temporal lobe of 2018 to 2021.

09:53:31  20  Q.   We discussed this a little bit before, but --

09:53:33  21  and you described where the temporal lobe is located

09:53:36  22  in the brain.   And again, what cognitive functions

09:53:38  23  does the temporal lobe govern?

09:53:40  24  A.   So most notably memory -- memory function.

09:53:43  25  Q.   What is the significance of temporal lobe

09:53:46    1   atrophy?

09:53:47    2   **A.**   Well, temporal lobe atrophy is again -- would

09:53:50    3   be within that pattern that you would be looking for

09:53:53    4   to make a determination of what the underlying cause

09:53:56    5   of the neurodegenerative process is.  In this case,

09:54:00    6   it points to a diagnosis of Alzheimer's disease.

09:54:02    7   **Q.**   So these findings indicate a diagnosis -- a

09:54:05    8   disease diagnosis of Alzheimer's disease?

09:54:08    9   **A.**   Yes.

09:54:08   10   **Q.**   What do those findings indicate about

09:54:10   11   Mr. Brockman's cognitive function?

09:54:11   12   **A.**   Well, again, when I see -- you know, when you

09:54:15   13   see a brain that -- where there's been a lot of

09:54:19   14   brain loss and you had to say, you know, what would

09:54:22   15   you expect -- what would you expect to see of a

09:54:27   16   patient with a brain like this?  You would expect

09:54:30   17   cognitive disfunction.

09:54:31   18                    You would expect something more

09:54:33   19   than mild.  You would expect dementia.

09:54:36   20   **Q.**   Okay.  You mentioned something more than mild.

09:54:38   21   Are you referring to mild cognitive impairment?

09:54:41   22   **A.**   Yes, you would expect more than mild cognitive

09:54:43   23   impairment.  You would expect -- you would say -- if

09:54:44   24   I had to predict, you know, who this came from, I

09:54:48   25   would say it came from a patient with dementia.

09:54:51  1   Q.   And based solely on a comparison of the 2018

09:54:54  2   and 2021 brain MRI's -- imaging?

09:54:57  3   A.   Right.

09:55:00  4   Q.   We discussed this a little bit before, the

09:55:10  5   qualitative review that you conducted of the 2018

09:55:14  6   MRI -- 2021 MRI and the 2018 and 2021 comparison.

09:55:23  7   There were also two qualitative analyses conducted

09:55:26  8   in this matter?

09:55:27  9   A.   Correct.

09:55:27  10  Q.   We referred to them earlier as the Neuroreader®

09:55:30  11  reports?

09:55:30  12  A.   Yes.

09:55:31  13  Q.   What is a Neuroreader® report?

09:55:33  14  A.   The Neuroreader® reports -- first of all,

09:55:36  15  Neuroreader® is just a company.  It's a vendor that

09:55:39  16  generates these reports.  You send them your data,

09:55:41  17  and they generate this quantitative analysis where

09:55:46  18  they, you know, numerically measure parts of the

09:55:50  19  brain.  And then they compare that, you know, to a

09:55:53  20  population.

09:55:55  21           They derive, like, a Z-score where

09:55:59  22  they can give you the percentile -- how your -- how

09:56:04  23  your individual patient -- the -- you know, the

09:56:07  24  percentage that they, um, differ from the overall

09:56:11  25  population that they were compared to.

09:56:13　1　Q.　You mentioned a comparison group that the

09:56:16　2　individual patient is being compared against?

09:56:18　3　A.　Correct.

09:56:20　4　Q.　What are these comparison groups?

09:56:22　5　A.　Well, it's -- it's hard to know.  There's not

09:56:26　6　-- there's not a lot of information about the

09:56:29　7　comparison group, except for, you know, what's

09:56:31　8　reported, you know, by the company.  And I think in

09:56:36　9　this case, in particular, I recall that it was a,

09:56:39　10　um, age-matched control group who had normal

09:56:42　11　cognitive function.  But I don't -- there's --

09:56:44　12　there's more I don't know that would be highly

09:56:47　13　relevant about this comparison group that I don't

09:56:50　14　know.

09:56:50　15　Q.　So the comparison group -- the information that

09:56:52　16　we have about this comparison group -- and is this

09:56:54　17　for the 2018 Neuroreader® report or the 2021

09:56:58　18　Neuroreader® report?

09:56:58　19　A.　I believe there were Neuroreader® reports from

09:57:01　20　the 2018 MRI and the 2021 reports.  And the company

09:57:05　21　that provided these Neuroreader® reports would

09:57:07　22　process them in the same way.

09:57:09　23　Q.　So it's the same comparison group between the

09:57:12　24　2018 and 2021 Neuroreader® reports?

09:57:14　25　A.　I don't know that I can say that, but that

09:57:17  1    would be my presumption.  But I can't say that for

09:57:19  2    sure, if that's the exact same comparison group.

09:57:21  3    Q.   And you described some of the information

09:57:22  4    that's -- that's -- that you understand about the

09:57:25  5    comparison group that was used in these Neuroreader®

09:57:28  6    reports.  You mentioned that the comparison group

09:57:31  7    indicates the age of that group.  What other

09:57:35  8    information would be relevant in measuring an

09:57:38  9    individual against a comparison group?

09:57:40  10   A.   Okay.  Well, you know, we know a lot about what

09:57:43  11   affects brain volume, um, just in general.  Um, so

09:57:46  12   -- and there are lots and lots of things that can

09:57:49  13   affect brain volume.

09:57:49  14   Q.   Like what?

09:57:51  15   A.   So for example, how you -- from the time you

09:57:55  16   were in utero, what your -- what your mother ate,

09:57:59  17   what she was exposed to.  Did she smoke?  Did she

09:58:02  18   drink?

09:58:03  19            When you were born, were you held

09:58:05  20   more or less?  Did you grow -- you know, what kind

09:58:09  21   of food did you eat growing up, high quality food or

09:58:12  22   poor quality food?  Did you -- um, how much

09:58:15  23   education did you have?  Did you come from a high

09:58:19  24   socioeconomic status background or a low

09:58:22  25   socioeconomic status background?

09:58:23   1          What are the things you did during

09:58:25   2   your life span?  Did you smoke?  Did you drink?  Did

09:58:28   3   you have uncontrolled hypertension, diabetes -- any

09:58:33   4   number of diseases?

09:58:33   5          You know, all of these can affect

09:58:35   6   brain volume.  And so, to take an individual -- you

09:58:37   7   know, Mr. Brockman -- you have to -- you have to

09:58:40   8   understand what the comparison group is.  So, you

09:58:44   9   know, just age alone is hard to interpret what --

09:58:47   10   what a percentile difference means when you compare

09:58:51   11   Mr. Brockman to a group that you just don't know

09:58:54   12   anything about.

09:58:56   13          Oh, sorry.

09:58:57   14   Q.   If you know the age and the cognitive function

09:59:00   15   being normal for the comparison group, is that a

09:59:03   16   sufficient amount of information for you to make a

09:59:05   17   comparison for an individual's brain, like

09:59:07   18   Mr. Brockman's brain MRI, against a comparison

09:59:09   19   group?

09:59:10   20   A.   I don't think so, because I could -- I could

09:59:14   21   take three different groups of people in his age

09:59:18   22   range with normal cognitive function.  Um, and let's

09:59:23   23   say group one were all astrophysicists who had

09:59:28   24   undergone a tremendous amount of training throughout

09:59:30   25   their life -- rigorous training who were healthy and

09:59:33  1   fit.  Then I have another group of 80-year-olds who,

09:59:36  2   you know, were the same age and cognitively normal,

09:59:41  3   but who, you know, maybe had -- had diabetes and

09:59:47  4   uncontrolled hypertension their whole life.

09:59:49  5                    So when I then compare

09:59:52  6   Mr. Brockman's brain to each of those, I'm going to

09:59:54  7   get a completely different number.  In one case he

09:59:57  8   could have -- you know, in the group who had normal

10:00:00  9   cognitive function who are his age but had smoked

10:00:03  10  their whole life, who had uncontrolled diabetes,

10:00:06  11  hypertension -- other diseases -- he could have

10:00:09  12  actually slightly, you know -- you know, very

10:00:12  13  similar brain volume to them.

10:00:14  14                    Um, that's compared to the enriched

10:00:16  15  group who maybe were super healthy, fit, and

10:00:19  16  exercised all of their life and did all of the

10:00:21  17  things that promote brain volume he could be

10:00:25  18  substantially lower.  So you could have one number

10:00:27  19  that says he doesn't differ much from the

10:00:29  20  population, and you can have another number that

10:00:31  21  says he differs a lot from the population.

10:00:33  22                    And so, that's one reason why in

10:00:35  23  clinical medicine we just don't generally rely on

10:00:37  24  these reports.  They're interesting but, you know,

10:00:39  25  we just can't rely on it because there's too much

10:00:42  1  that we don't know about the comparison group.

10:00:44  2  Q.   In your clinical work, do you rely on

10:00:46  3  Neuroreader® reports?

10:00:46  4  A.   No, we don't rely on Neuroreader® reports.

10:00:49  5  It's not the standard of care.  I mean, currently

10:00:53  6  the standard of care is the qualitative assessment

10:00:57  7  that we discussed.

10:00:57  8  Q.   In your work as the head of the Neuroimaging

10:00:59  9  Core at Wake Forest Alzheimer's Disease Research

10:01:02  10 Center, do you rely on Neuroreader® reports?

10:01:04  11 A.   Not in clinical practice.  We do -- we -- we

10:01:10  12 only use quantitative kinds of analyses for research

10:01:15  13 purposes, but we don't use that in clinical

10:01:17  14 practice.

10:01:18  15 Q.   As I mentioned before, there are two

10:01:19  16 Neuroreader® reports in this matter, one based on

10:01:22  17 the 2018 MRI, and the second based on the July 2021

10:01:28  18 brain MRI.  Did you review a Neuroreader® report

10:01:31  19 associated with the 2021 brain MRI?

10:01:34  20 A.   I did.

10:01:34  21 Q.   Generally, what did the 2021 Neuroreader®

10:01:38  22 report indicate?

10:01:39  23 A.   You know, in general it just indicated there

10:01:41  24 was -- that there was atrophy and volume loss.  It

10:01:45  25 gave a -- you know, it gave a distribution and

10:01:48  1    numbers, but -- you know, but my takeaway was that

10:01:51  2    there was volume loss and atrophy.

10:01:53  3    Q.   So it indicated there was volume loss.  What

10:01:55  4    did it indicate in informing a diagnosis -- a

10:01:59  5    disease diagnosis?

10:02:00  6    A.   I didn't use it at all.  It didn't -- it didn't

10:02:04  7    inform my conclusions at all.  It supported kind of

10:02:09  8    my qualitative assessment if that was volume loss

10:02:13  9    and it also said there was volume loss.  In that

10:02:15  10   sense, it supported what I already knew, but it

10:02:17  11   didn't add any value beyond that really.

10:02:21  12   Q.   We've been discussing solely one Neuroreader®

10:02:24  13   report, based on one brain MRI, but there are two

10:02:28  14   Neuroreader® reports here based on two brain MRI's

10:02:32  15   conducted roughly three years apart?

10:02:33  16   A.   Sure.

10:02:34  17   Q.   Did you compare the results of the 2018 and

10:02:37  18   2021 Neuroreader® reports?

10:02:40  19   A.   Yeah.  I looked at them, yes.

10:02:41  20   Q.   What did that comparison indicate?

10:02:43  21   A.   I think, in general, it -- it showed that there

10:02:48  22   were -- there was volume loss in both.  My

10:02:51  23   recollection is that the more recent Neuroreader®

10:02:54  24   report had more areas where there was, you know,

10:02:59  25   diminished volume than the first group Neuroreader®

10:03:03    1  report.

10:03:03    2  **Q.**    You discussed some of the limitations of a

10:03:07    3  Neuroreader® report based solely on one brain MRI.

10:03:11    4  Are there any limitations comparing two separate

10:03:14    5  Neuroreader® reports?

10:03:14    6  **A.**    Yeah, there are -- there are -- for

10:03:16    7  quantitative imaging where you are deriving a number

10:03:19    8  -- a numerical value from an imaging study, there

10:03:23    9  are limitations in that you can -- there's

10:03:26   10  measurement error -- quantitative measurement error

10:03:30   11  between scanners.

10:03:30   12  **Q.**    Okay.   Please explain what you mean by that.

10:03:32   13  **A.**    So in other words you can have two scanners

10:03:35   14  from the same vendor -- let's say Siemens, GE, or

10:03:41   15  some other vendor.   These machines could have been

10:03:43   16  made on the conveyor belt, side by side.   Purchased

10:03:46   17  by the same healthcare system.   Installed.

10:03:49   18                    You can take, let's say, a

10:03:54   19  synthetic phantom that we use to look at the quality

10:03:56   20  of imaging -- or a person -- myself.   You could scan

10:03:56   21  me in scanner one and scanner two simultaneously, or

10:04:04   22  you can scan the phantom one in both scanners.   And

10:04:06   23  then you could do a quantitative analysis.

10:04:08   24                    And the quantitative analysis could

10:04:10   25  differ substantially just based on the scanners

10:04:13   1   alone, up to something like 30 percent difference

10:04:15   2   between scanner one and scanner two, even though

10:04:18   3   ground truth is that there should be no difference.

10:04:21   4   **Q.**   So two exact -- two of the exact same type of

10:04:24   5   scanner coming off the conveyor line side by side,

10:04:28   6   installed at the same facility with the same

10:04:30   7   subject?

10:04:31   8   **A.**   Yeah, with the same subject.  Now, that's for a

10:04:34   9   quantitative measurement.  So it's important to

10:04:37   10   differentiate that that limitation is not there for

10:04:41   11   a qualitative analysis.

10:04:44   12             This is why.  Again, the MRI is a

10:04:48   13   giant magnet.  At the factory they tune the magnet

10:04:51   14   to produce a visually, you know, interpretable image

10:04:55   15   that we can see.  And so, you know, when you -- when

10:04:57   16   you look at the images, the images look identical.

10:05:01   17   But it's at sort of the millimeter level that you

10:05:04   18   really can't perceive visually where the measurement

10:05:07   19   of error comes into play.

10:05:09   20             And so, you know, you could have --

10:05:11   21   you could have a difference in the millimeter

10:05:13   22   measurement that you just can't even perceive.  So

10:05:16   23   visually you can compare, and it's accepted and part

10:05:21   24   of general practice to make comparisons from

10:05:23   25   different scanners visually.  What is not -- what is

10:05:26  1   not done, and what is not standard of care, is to

10:05:30  2   compare numerical values that are derived from two

10:05:34  3   different scanners, because there can be measurement

10:05:37  4   error.  And you might not be able to visually

10:05:39  5   perceive it, but that becomes important when you are

10:05:41  6   making comparisons and conducting statistical

10:05:44  7   analyses.

10:05:45  8           Because you can see differences

10:05:47  9   that are just due to measurement error alone, and

10:05:50  10  that's not reason why we don't rely on these kinds

10:05:53  11  of reports in clinical practice.  We're hoping the

10:05:55  12  day comes where we can incorporate more quantitative

10:05:59  13  analysis and that day is coming, but it has not

10:06:02  14  arrived yet.

10:06:02  15  Q.   So boiling this up, the limitations that

10:06:05  16  pertain to Neuroreader® reports do not pertain to

10:06:08  17  qualitative analysis that you conduct?

10:06:09  18  A.   Right, these limitations don't really pertain

10:06:11  19  to qualitative analysis.  They pertain to

10:06:15  20  quantitative analysis, you know, at the millimeter

10:06:17  21  level.

10:06:21  22  Q.   Focusing just on the 2021 Neuroreader® report,

10:06:24  23  did you order the 2021 Neuroreader®?

10:06:27  24  A.   No.

10:06:27  25  Q.   Did you rely on it in your expert report?

SEAN W. GUMM, CSR #13168, RPR, CRR

10:06:31   1   **A.**   No.

10:06:31   2   **Q.**   Why did you cite the 2021 Neuroreader® report

10:06:36   3   in your expert report?

10:06:36   4   **A.**   You know, as a physician -- neuroradiologist in

10:06:39   5   particular -- there's no reason not to use every

10:06:41   6   piece of data that you have.  Because part of an

10:06:44   7   objective, systematic review is using all data that

10:06:47   8   you have.  So I'm not going to throw away data.  I'm

10:06:50   9   going to look at it, evaluate its relevance and --

10:06:53   10   and knowing its limitations.  I'm going to have the

10:06:55   11   limitations in mind when I review that -- those

10:06:59   12   data.

10:07:10   13   **Q.**   Dr. Whitlow, showing you Defense Exhibit 58.

10:07:12   14             MR. LOONAM:   Identification only.

10:07:14   15             MR. MALONEY:   For identification only.

10:07:21   16   **Q.**   Dr. Whitlow, can you see this image?

10:07:23   17   **A.**   I can.

10:07:24   18   **Q.**   Okay.  Can you see the text at the top of these

10:07:29   19   three here?

10:07:30   20   **A.**   I can.

10:07:30   21   **Q.**   And these -- what are these based on?

10:07:34   22   **A.**   Okay.  So these are really interesting.  So the

10:07:37   23   top -- the top row is from the 2018 scan, and the

10:07:40   24   bottom row is from the 2021 scan.

10:07:43   25   **Q.**   Okay.

10:07:44   1   **A.**   So -- and then there's different colors.  Um,

10:07:46   2   so the gray color is the comparison group, and the

10:07:49   3   line is sort of like the mean.  So you can see the

10:07:54   4   range -- the range that extends from that line.  So

10:07:57   5   it -- it's -- so normal spans from the bottom part

10:08:00   6   of the gray to the top part of the gray.

10:08:02   7                    Then they've basically, you know,

10:08:04   8   extrapolated what the mean is from that population.

10:08:07   9   Then they've plotted Mr. Brockman as a -- as a dot,

10:08:10   10  compared to sort of the mean.  And so, the top

10:08:14   11  row -- it suggests that he falls in line with the

10:08:17   12  mean generally.

10:08:19   13                   And then, in the 2021-case, it

10:08:21   14  looks like maybe some of these -- he's further away

10:08:24   15  from the mean on -- on all of these images.

10:08:28   16  **Q.**   You talked about the limitations of

10:08:32   17  longitudinal study in comparison to Neuroreader®

10:08:35   18  reports.   Is this image an accurate reflection of

10:08:39   19  Mr. Brockman's brain volume loss?

10:08:41   20  **A.**   You know, I don't think the -- I can't say that

10:08:43   21  the numerical data that's provided here, the plot,

10:08:47   22  is accurate for -- because number one, I don't even

10:08:50   23  know -- it looks like the population is different

10:08:53   24  that they're comparing him to if you look at the

10:08:55   25  gray.  So the population is different.

10:08:57    1          Also, it was done on two different

10:08:59    2   scanners.  So again, you know, I just -- I can't --

10:09:03    3   I can't be confident that the numbers that this is

10:09:06    4   giving me is accurate.  I can say that it looks

10:09:09    5   like, um, you know the 2021, in general, looks like

10:09:14    6   there's more atrophy.  But beyond that, you know, I

10:09:19    7   wouldn't feel -- I don't feel comfortable -- I just

10:09:22    8   don't feel very confident in the numbers its giving

10:09:25    9   me because of the limitations of this kind of report

10:09:27   10   that we've discussed.

10:09:27   11   Q.   Did you rely on this comparison of images in

10:09:30   12   forming your opinion?

10:09:31   13   A.   No.  No.

10:09:32   14   Q.   Dr. Whitlow, do you know what the slice size is

10:09:36   15   for the two Neuroreader® reports that were used

10:09:38   16   here?

10:09:38   17   A.   I don't know.

10:10:06   18   Q.   Dr. Whitlow, showing you what is Government

10:10:11   19   Exhibit 43.

10:10:11   20   A.   Okay.

10:10:13   21   Q.   Can you see the image?

10:10:16   22   A.   Yes.

10:10:17   23          MR. MALONEY:  143, excuse me.

10:10:18   24   Q.   Can you see this image?

10:10:19   25   A.   I can.

| | | |
|---|---|---|
| 10:10:23 | 1 | Q.   Are you familiar with this image? |
| 10:10:25 | 2 | A.   I am familiar with this image. |
| 10:10:26 | 3 | Q.   Have you reviewed the two articles cited at the |
| 10:10:29 | 4 | bottom of this image? |
| 10:10:30 | 5 | A.   I have. |
| 10:10:30 | 6 | Q.   Starting with the top line next to, "PD |
| 10:10:37 | 7 | dementia," what is this top image representing? |
| 10:10:41 | 8 | A.   So this is very interesting.  So this is not an |
| 10:10:44 | 9 | image that we would interpret clinically.  This is |
| 10:10:48 | 10 | what's called a statistic parametric map.  So |
| 10:10:52 | 11 | it's -- we've all heard of statistics, so you have |
| 10:10:54 | 12 | -- the way they made this image is you have two |
| 10:10:57 | 13 | groups; right?  So you have -- in the top row a |
| 10:10:59 | 14 | group of patients who have Parkinson's disease |
| 10:11:03 | 15 | dementia, and then you have another control group. |
| 10:11:08 | 16 |           And what's -- this -- this image |
| 10:11:09 | 17 | reflects a statistical analysis saying where do |
| 10:11:13 | 18 | patients with Parkinson's dementia have, you know, |
| 10:11:18 | 19 | statistically significant lower metabolism compared |
| 10:11:23 | 20 | to the controls, and specifically where in the brain |
| 10:11:26 | 21 | would you expect to see this hypometabolism and |
| 10:11:30 | 22 | Parkinson's disease compared to controls? |
| 10:11:31 | 23 |           So it's called a statistical |
| 10:11:37 | 24 | parametric map.  And the red color is -- is -- is |
| 10:11:42 | 25 | spatially where that would occur based upon the |

10:11:44  1    p-value.  In this case, I believe they used p-value

10:11:47  2    of .001.  We all know when you do a statistical

10:11:50  3    analysis you have to have a p-value as a threshold

10:11:53  4    to say what's different from controls.

10:11:55  5               And in this case, the red is -- is

10:11:59  6    where in brain the dementia -- the Parkinson's

10:12:01  7    dementia patients differed from controls.

10:12:04  8    Q.   Okay.  So is it the same thing for the line for

10:12:06  9    the AD dementia group?

10:12:07  10   A.   Correct.  So they -- again, this is a visual

10:12:10  11   representation of a statistical exam.  So it's not a

10:12:13  12   clinical -- it's not a clinical image that a

10:12:18  13   radiologist would interpret.  It's a statistical

10:12:20  14   map.

10:12:20  15               And so -- so in this case, the two

10:12:22  16   groups are patients with Alzheimer's disease

10:12:25  17   compared to control, and where patients with

10:12:28  18   Alzheimer's disease have hypometabolism that's

10:12:31  19   statistically different than the control group.

10:12:34  20   Q.   And then this bottom image, 8/24/21, -- first

10:12:41  21   of all, is this an image of Mr. Brockman's

10:12:43  22   August 24th FDG-PET scan?

10:12:44  23   A.   No, this is also a statistical map.

10:12:47  24   Q.   Okay.

10:12:48  25   A.   So this is not something I would interpret in

10:12:50   1   my clinical practice.

10:12:51   2   Q.   Where do these images come from?

10:12:53   3   A.   So all of these images are processed.  They're

10:12:55   4   just -- you take data and process it and generate

10:12:57   5   this map.  So the bottom -- the bottom row came from

10:13:01   6   Dr. -- I'm blanking on the --

10:13:05   7   Q.   Ponisio?

10:13:06   8   A.   Ponisio, yeah.  It came from Dr. Ponisio and

10:13:09   9   her quantitative analysis of Mr. Brockman's PET

10:13:15   10  scan.  And so, in this case the blue and the purple

10:13:19   11  colors represent hypometabolism that's -- if it's

10:13:23   12  blue, it's two standard deviations from the mean.

10:13:25   13  If it's purple, it's three standard deviations from

10:13:28   14  the mean.

10:13:29   15            So in this case, we're looking at a

10:13:31   16  map of standard deviation from the mean, but none of

10:13:35   17  these are anything that I would interpret in

10:13:38   18  clinical practice.

10:13:42   19            THE COURT:  Can I -- just -- so what

10:13:44   20  would you use this for, if for anything?

10:13:46   21            THE WITNESS:  Well, you would use it

10:13:47   22  for research purposes.  In the top two cases, that's

10:13:50   23  what they did.  So in research, we're looking --

10:13:52   24  we're using groups to look for patterns.  Um, the

10:13:56   25  problem with research when you are doing it on

10:13:58   1   groups is can you generalize that to an individual?

10:14:02   2   Um?  And that's -- that's where clinical translation

10:14:05   3   comes into play.

10:14:06   4              Let's say you see a pattern like

10:14:09   5   this, and you've determined that from research.  Now

10:14:11   6   you have to say, "Okay.  Well, let's start looking

10:14:14   7   at our patients and see if it matches what we've

10:14:16   8   discovered from this kind of group analysis."

10:14:19   9              So, you know -- but from -- the top

10:14:21   10  two rows are group statistical analyses.  But this

10:14:25   11  would not be the kind of image I -- this is not an

10:14:29   12  image of an individual.  An individual would look --

10:14:33   13  you know, could look very different from this.

10:14:35   14             In fact, I think we'll get to some

10:14:37   15  of the individual differences that led to the

10:14:40   16  creation of these images, which I can talk about.

10:14:43   17             THE COURT:  Thank you, Doctor.

10:14:44   18             THE WITNESS:  Yeah.  Sure.

10:14:46   19             MR. MALONEY:

10:14:46   20  Q.  Dr. Whitlow, focusing on the magnitude of the

10:14:50   21  red seen on these top two rows of imaging, and

10:14:55   22  comparing it to the magnitude of the blue in this

10:14:58   23  bottom image, what does that comparison indicate?

10:15:02   24  A.  Well, I think it's very misleading.  It's very

10:15:06   25  misleading, because it's apples and oranges.  You

10:15:09   1   know, you've got -- you've got a statistical

10:15:13   2   parametric map on the top two rows.  And the

10:15:15   3   threshold for the red, specifically, is -- the

10:15:18   4   amount of red that you see is directly related to

10:15:21   5   the p-value that the investigator chose.

10:15:24   6                    So in this case, .001.  So if you

10:15:27   7   think of a p-value as something that you can slide

10:15:30   8   and make greater or smaller, if you -- if you -- if

10:15:33   9   you change that number you can increase the red or

10:15:36   10  decrease the red.

10:15:37   11                   So the amount of red is operator

10:15:41   12  dependent.  It's chosen by the investigator.  He

10:15:43   13  chose .001.  This is what it looks like.  If he

10:15:47   14  chose .01, you'd see more red.  If he chose .00001,

10:15:52   15  there'd be less red.

10:15:53   16                   In the case of the bottom image,

10:15:54   17  it's not even the same threshold.  So the top two

10:15:57   18  images are thresholded by a p-value.  The bottom

10:16:01   19  image is thresholded by a standard deviation.

10:16:04   20  Again, chosen by the person who created the image.

10:16:07   21  Chosen to be two standard deviations as blue, and

10:16:10   22  three standard deviations as purple.

10:16:13   23                   So again, if I took standard

10:16:15   24  deviation and I slid it back and forth, and I went

10:16:17   25  down to one standard deviation from the mean, well

10:16:20  1   there'd be a lot more blue.  If I went four standard

10:16:24  2   deviations from the mean, there'd probably be no

10:16:27  3   color.

10:16:27  4                 So again, the magnitude is chosen

10:16:29  5   by the person who is -- is basically ultimately

10:16:32  6   controlled by the person who, you know, created the

10:16:34  7   image.  And -- and it can be manipulated.  You can

10:16:39  8   make more red or less red based upon that decision.

10:16:42  9   So in that sense it's misleading.  It's apples and

10:16:45  10  oranges because, number one, the threshold they used

10:16:48  11  to create these images are different.

10:16:50  12                And then, it's -- it was chosen by

10:16:52  13  the person who made the image.  So it's not really

10:16:55  14  -- so the magnitude -- so magnitude is really

10:16:58  15  meaningless.  It kind of -- it's a little upsetting

10:17:03  16  for me because, you know, my clinical practice is

10:17:05  17  based on imaging to get to the truth.  My research

10:17:09  18  practices, you know, is based on using imaging to

10:17:11  19  get to the truth.

10:17:14  20                And, you know, I think that this --

10:17:17  21  this is really concerning to me because it seems

10:17:20  22  like someone is trying to manipulate an audience to

10:17:23  23  say that, "Oh, well, you know, clearly there's more

10:17:26  24  disease" -- you know -- "Mr. Brockman clearly

10:17:30  25  doesn't have as much disease as you expect."

10:17:32  1            But that's not the case at all.

10:17:34  2   That's not true.  As someone who trains graduate

10:17:36  3   students, if one of my graduate students brought

10:17:39  4   this to me trying to make this comparison and

10:17:41  5   present it, I would be kind of upset about that

10:17:44  6   because it's disingenuous and misleading.

10:17:49  7   Q.   Thank you, Dr. Whitlow.  Stepping away from the

10:17:52  8   magnitude, and understanding that you cannot compare

10:17:55  9   to the top two images to the magnitude reflected on

10:17:58  10  the bottom row imaging, understanding that

10:18:00  11  limitation, can you compare the pattern that's

10:18:03  12  reflected in these images?

10:18:04  13  A.   I think that would -- you know, knowing this --

10:18:07  14  first of all, you have to know how these images were

10:18:09  15  made to derive their importance.  I think -- clearly

10:18:13  16  you can't -- you cannot evaluate -- you can't

10:18:17  17  compare the magnitude.  I think it's probably

10:18:20  18  appropriate to compare the pattern.

10:18:22  19            So when I look at the overall

10:18:24  20  pattern, the distribution of abnormalities that are

10:18:26  21  identified -- so looking at where the blue is on

10:18:29  22  these images compared to where the red is on those

10:18:32  23  images looks very similar.  So if I -- my

10:18:36  24  interpretation of this image is that, you know, the

10:18:40  25  PET scan -- the data from 8/24 basically reflects a

10:18:46   1   pattern of dementia.  So I would say the blue looks

10:18:49   2   like dementia based on the two images above it.

10:19:00   3   Q.   Dr. Whitlow, you mentioned having reviewed both

10:19:03   4   of the articles cited at the bottom of this image;

10:19:06   5   is that correct?

10:19:06   6   A.   That's correct.

10:19:07   7   Q.   Focusing solely on this article, "Edison, et

10:19:12   8   al," and the article is entitled -- the first two

10:19:14   9   words in the article are "*Amyloid Hypometabolism.*"

10:19:19   10   A.   Mm-hmm.

10:19:19   11   Q.   Did you review that study?

10:19:20   12   A.   I did.

10:19:32   13   Q.   Dr. Whitlow, showing you Government

10:19:39   14   Exhibit 142(a).

10:19:39   15   A.   Yes.

10:19:39   16   Q.   And is this the study that's referenced?

10:19:41   17   A.   Yes.

10:19:41   18   Q.   This is *Amyloid Hypometabolism* by Edison.  What

10:19:46   19   is this -- what -- when was this study conducted?

10:19:50   20   A.   It was conducted in 2007.  So it's a little

10:19:54   21   old, relatively speaking in the research world.

10:19:58   22   Q.   And how many subjects were a part of this

10:20:00   23   study?

10:20:00   24   A.   Not very many.  So 19 patients with Alzheimer's

10:20:05   25   disease compared to 14 controls.  Small, meaning

| | |
|---|---|
| 10:20:16 | 1 |
| 10:20:18 | 2 |
| 10:20:19 | 3 |
| 10:20:21 | 4 |
| 10:20:24 | 5 |
| 10:20:26 | 6 |
| 10:20:29 | 7 |
| 10:20:30 | 8 |
| 10:20:34 | 9 |
| 10:20:34 | 10 |
| 10:20:38 | 11 |
| 10:20:41 | 12 |
| 10:20:43 | 13 |
| 10:20:46 | 14 |
| 10:20:56 | 15 |
| 10:21:00 | 16 |
| 10:21:00 | 17 |
| 10:21:03 | 18 |
| 10:21:05 | 19 |
| 10:21:08 | 20 |
| 10:21:09 | 21 |
| 10:21:12 | 22 |
| 10:21:13 | 23 |
| 10:21:16 | 24 |
| 10:21:24 | 25 |

1  hard to generalize to the population when you have

2  such a small population.

3  Q.   Dr. Whitlow, is this the image that was

4  reflected in the prior image I showed you?

5  A.   I believe it is.  It's hard because it's in

6  black and white, but I believe that was the image

7  that was basically deconstructed, and then

8  reconstructed in a linear format rather than this

9  format.

10  Q.   So this -- so Figure 3 is the same image

11  reflected on Government Exhibit 143?

12  A.   Right.  I think they kind of have taken it

13  apart and presented it as a row instead of as a

14  grid, yes.

15  Q.   Dr. Whitlow, focusing on Page 503 of that

16  study.

17  A.   Mm-hmm.

18  Q.   This is under the results for the study.

19  A.   Okay.

20  Q.   Can you see that image?

21  A.   I can't.

22  Q.   Highlighted text?

23  A.   You might have to slide it over to catch the

24  end of the phrase.  Little more -- there you go.

25  Q.   How's that?

10:21:26   1   **A.**   Sorry, if you can go up just a little bit.

10:21:28   2   Sorry.   There, that's perfect.   Perfect.

10:21:41   3   **Q.**   Dr. Whitlow, let me know after you've had a

10:21:44   4   chance to review this paragraph.

10:21:46   5   **A.**   I've reviewed it.

10:21:47   6   **Q.**   Focusing on this line here, "A 70-year-old

10:21:50   7   woman, Case 1, was clinically diagnosed," and it

10:21:54   8   goes down.

10:21:56   9             It says, "This patient was reassessed

10:21:59  10   20 months later and [11C]PIB uptake was essentially

10:22:04  11   unchanged.   However, her behavioral performance had

10:22:06  12   deteriorated.   [18] FDG-PET was normal on both

10:22:11  13   occasions."

10:22:11  14   **A.**   Yes.

10:22:12  15   **Q.**   Focusing solely on that statement, what does

10:22:14  16   that indicate?

10:22:15  17   **A.**   In this case, you had a patient who had been

10:22:17  18   diagnosed with Alzheimer's disease, who had an

10:22:19  19   FDG-PET scan that was no different than the control

10:22:23  20   group, so it looked normal.   And that's relevant,

10:22:26  21   because the image that you saw that was created on

10:22:29  22   that second row included her.   So what does that

10:22:34  23   mean?   Well, that means that -- that image is an

10:22:38  24   average.   It's -- you know, it's a statistical

10:22:42  25   parametric map where it shows a group difference.

10:22:45   1          Well, we have to think about what's

10:22:47   2   the range you might expect to see in that

10:22:49   3   Alzheimer's disease group.  Well, in this study, the

10:22:52   4   range of abnormal PET was all the way from normal to

10:22:56   5   -- to basically the pattern that you see.  So you

10:22:59   6   can't just walk away saying, "That pattern is" --

10:23:03   7   you know -- you have to have to it.  Because, in

10:23:07   8   fact, this Alzheimer's disease patient looked

10:23:09   9   normal.

10:23:09   10          So again, the range of abnormality

10:23:11   11   is all the way from normal to that pattern.  So then

10:23:14   12   when you take that into consideration with

10:23:16   13   Mr. Brockman, you know, he -- his -- his FDG-PET is

10:23:20   14   not normal.  So he would easily fall within that

10:23:24   15   Alzheimer's disease group that was used to create

10:23:26   16   that image.

10:23:28   17   Q.   And continuing on from there the quote picks

10:23:34   18   up, "The second patient, Case 2, was a 66-year-old

10:23:37   19   man who was clinically diagnosed with AD Alzheimer's

10:23:41   20   disease six months before PET.  MRI showed

10:23:43   21   generalized cortical atrophy, but did not reveal

10:23:48   22   significant hippocampal atrophy."

10:23:51   23          Can you explain what that means?

10:23:53   24   A.   Again, what is -- what would be the expected

10:23:55   25   range of findings with someone with Alzheimer's

10:23:58   1   disease?  In this case, the range was all the way

10:24:01   2   from normal hippocampal volume to atrophic.

10:24:05   3              Certainly, Mr. Brockman's MRI scan

10:24:07   4   that I looked at there was atrophy of his

10:24:12   5   hippocampus.  So he would fall -- easily fit within

10:24:15   6   that Alzheimer's disease group.  You could place him

10:24:19   7   right in there, and add his imaging to the processed

10:24:22   8   imaging data and the result would be the same.  So

10:24:24   9   he looked very much like what you would expect for

10:24:27   10  Alzheimer's disease patient, based upon the study.

10:24:31   11  Q.   So in other words, Mr. Brockman fits the

10:24:34   12  profile for a demented patient cited in this study?

10:24:37   13  A.   Correct.

10:24:49   14  Q.   Dr. Whitlow, focusing solely on the

10:24:51   15  neuroimaging, what does the neuroimaging indicate

10:24:54   16  about Mr. Brockman's disease diagnosis?

10:24:56   17  A.   Yep, so when you take all of the imaging

10:24:59   18  together, you take the MRI where volume has

10:25:02   19  progressed pretty rapidly from 2018 to 2021, you

10:25:07   20  take the pattern of hypometabolism that is in a

10:25:09   21  pattern of what you would expect for Alzheimer's

10:25:11   22  disease -- and which has progressed over a short

10:25:14   23  period of time -- and then you combine that with

10:25:17   24  amyloid positivity and you take all of that

10:25:19   25  together, you know, what a physician says, "Well,

10:25:23    1    what's the diagnosis here?"

10:25:24    2              And diagnoses are all about

10:25:27    3    probabilities.  So if I -- if you just -- if I just

10:25:29    4    heard the description of that imaging and said, you

10:25:33    5    know, what -- what group does that fit into?  Well,

10:25:36    6    it fits into a group -- you know, I would -- it

10:25:41    7    would raise concern for dementia.  I would say,

10:25:43    8    "There's a high probability with a patient of that

10:25:45    9    imaging profile comes from a population who has

10:25:48   10    dementia."

10:25:49   11              So it raises concern for dementia.

10:25:51   12    And, in particular, it raises concern for

10:25:54   13    Parkinson's dementia.

10:25:55   14    Q.   So based solely on the neuroimaging, the

10:25:56   15    profile would be reflective of someone with

10:25:58   16    Alzheimer's disease?

10:25:58   17    A.   Yes, if I was giving a test to my fellows and I

10:26:01   18    gave that pattern and I said, "What does that look

10:26:04   19    like," they should say, "Well, that would raise

10:26:08   20    concern for Alzheimer's disease."

10:26:11   21    Q.   Understanding that dementia requires a clinical

10:26:14   22    diagnosis -- and you focus on neuroimaging?

10:26:16   23    A.   Correct.

10:26:17   24    Q.   But focusing solely on the neuroimaging, what

10:26:20   25    does the imaging indicate regarding Mr. Brockman's

10:26:22   1   cognitive function?

10:26:22   2   **A.**   Right.   You know, imaging cannot measure

10:26:25   3   cognitive function.   And individually, each piece is

10:26:28   4   non-specific.   But again, when you put it all

10:26:31   5   together, when I look at imaging that looks like

10:26:35   6   that with that amount of brain loss, accumulation of

10:26:38   7   amyloid, and hypometabolism in that pattern, I would

10:26:42   8   be very concerned that the patient that I'm looking

10:26:44   9   at has cognitive disfunction.   And not just mild

10:26:49   10   cognitive impairment, I would be very concerned

10:26:51   11   about dementia, and in particular Alzheimer's

10:26:53   12   dementia.

10:26:54   13   **Q.**   Okay.   Focusing -- based on your experience and

10:26:59   14   having viewed thousands of images, what does the

10:27:01   15   neuroimaging alone indicate regarding the severity

10:27:05   16   of Mr. Brockman's dementia?

10:27:06   17   **A.**   Well, you know, given the amount of volume loss

10:27:10   18   that occurred over a relatively short period of

10:27:13   19   time, and in particular giving the hypometabolism

10:27:15   20   that has progressed over five months, I would be

10:27:21   21   concerned this is not just early dementia or mild

10:27:23   22   dementia.   I would be concerned about something more

10:27:25   23   than that.   That's what I would expect to see, you

10:27:28   24   know, on cognitive -- cognitively.

10:27:33   25   **Q.**   Thank you, Dr. Whitlow.

10:27:35   1          MR. MALONEY:  Pass the witness.

10:27:36   2          THE COURT:  Okay.  We're going to take

10:27:37   3   our morning break right now.  Let's go ahead and

10:27:40   4   break until 10:45, and then we'll get started again.

10:27:44   5   (Whereupon, a recess was held.)

10:54:52   6          THE COURT:  Counsel, you may proceed

10:54:54   7   whenever ready.

10:54:54   8                  **<u>CROSS-EXAMINATION</u>**

10:54:54   9   **BY MR. MAGNANI:**

10:54:59  10   **Q.**   Good morning, Dr. Whitlow.  How are you today?

10:55:01  11   **A.**   Good morning.  Very well.

10:55:02  12   **Q.**   Okay.  Have you testified before?

10:55:03  13   **A.**   No.

10:55:04  14   **Q.**   You said that about a third of the hours that

10:55:06  15   you billed in this case were billed within the last

10:55:08  16   week or so; is that right?

10:55:12  17   **A.**   I couldn't tell you if it's a third.

10:55:14  18   **Q.**   Well, I think you said ten first; right?  You

10:55:19  19   have to say yes.

10:55:19  20   **A.**   Oh, yes.

10:55:20  21   **Q.**   And then after that you said another, like,

10:55:21  22   five to seven or something; is that right?

10:55:23  23   **A.**   Yeah.  So I mean, there's a range -- five to

10:55:25  24   seven, plus or minus two, so...

10:55:27  25   **Q.**   So we're going to do math today.  So ten and

10:55:30  1  five.

10:55:30  2  A.   Fifteen.

10:55:31  3  Q.   So about a third of that time was pretty

10:55:35  4  recently?

10:55:35  5  A.   Something like that.

10:55:36  6  Q.   Okay.  So you've done some preparing for your

10:55:38  7  testimony?

10:55:39  8  A.   Oh, yes.  Yes, I have prepared for my

10:55:41  9  testimony.

10:55:42  10  Q.   During your testimony, you used the term

10:55:44  11  standard of care --

10:55:45  12  A.   Standard care.

10:55:45  13  Q.   -- over half a dozen times; is that right?

10:55:48  14  A.   Okay.  That's correct.

10:55:48  15  Q.   Do you think that this case is about what the

10:55:51  16  appropriate standard of care is?

10:55:54  17  A.   No, I think the case is about --

10:55:57  18  Q.   Well, I'm just asking if you think it's about

10:55:59  19  standard of care?

10:56:00  20  A.   No, I don't think it's about standard of care.

10:56:02  21  Q.   Okay.  Clinical practice is pretty different

10:56:05  22  from forensic practice; would you agree?

10:56:08  23  A.   I think that's -- I think it's hard to agree to

10:56:11  24  that because I think there's differences and

10:56:13  25  similarities.

10:56:13  1  Q.   Okay.  So there are some differences?

10:56:15  2  A.   That are differences.

10:56:16  3  Q.   Now, you are a clinician; right?

10:56:18  4  A.   I am a physician, yep.

10:56:19  5  Q.   In your clinical practice, you review -- I

10:56:23  6  mean, would it be fair to say hundreds, if not

10:56:27  7  thousands, of scans a year?

10:56:28  8  A.   Correct.

10:56:29  9  Q.   You don't see patients face-to-face?

10:56:31  10  A.   No, I do see patients face-to-face.

10:56:33  11  Q.   Can you describe your role with a patient

10:56:34  12  face-to-face?

10:56:35  13  A.   Sure.  Yeah, so we do a lot of minimally

10:56:38  14  invasive image-guided procedures.  So, um, things

10:56:42  15  like lumbar punctures, myelograms, image-guided head

10:56:46  16  and neck biopsies.  I did a lot of angiography in my

10:56:53  17  day.  So a lot of seeing a patient is what you would

10:56:55  18  expect.

10:56:56  19             You meet a patient.  You do a

10:56:57  20  history -- take a full history from them.  You ask

10:57:00  21  them why they're here, what their chief complaint

10:57:03  22  is --

10:57:03  23  Q.   Just to interrupt.  So a patient comes to a

10:57:06  24  neuroradiologist to talk about their chief

10:57:08  25  complaint?

10:57:08   1   **A.**   Yes.

10:57:08   2   **Q.**   Okay.  And --

10:57:11   3   **A.**   It's within our scope of practice, yes.

10:57:13   4   **Q.**   I guess what I -- correct me if I'm wrong.  I

10:57:17   5   guess my understanding was that generally a patient

10:57:18   6   would see, like, a neuropsychiatrist or neurologist,

10:57:24   7   and that those doctors would rely on someone like

10:57:27   8   you to consult on the imaging; do I have that wrong?

10:57:29   9   **A.**   That's not incorrect, but the scope of our

10:57:31   10   practice is beyond that as -- because part of the

10:57:34   11   scope of our practice is actually seeing patients,

10:57:36   12   talking to them, generating a history, physical

10:57:38   13   exam, and performing procedures on them.

10:57:41   14   **Q.**   Okay.  So in any of your clinical practice --

10:57:43   15   it sounds like you spend a good amount of time with

10:57:46   16   patients.  Fair to say you never review substantial

10:57:49   17   materials like you've reviewed in this case?

10:57:51   18   **A.**   That would be incorrect.  I do review

10:57:54   19   substantial amounts of information on all of our

10:57:56   20   patients, because we're beholden to everything about

10:57:58   21   the patient in the medical record when we're

10:58:00   22   generating our opinions about, you know, their

10:58:03   23   imaging studies or about treating them.

10:58:05   24   **Q.**   So in this case you've been retained to

10:58:08   25   interpret some recent PET scans and MRI's; right?

10:58:12  1   **A.**   Correct.

10:58:12  2   **Q.**   Also some -- I guess an old DaTscan that you

10:58:15  3   talked about?

10:58:16  4   **A.**   Correct.

10:58:16  5   **Q.**   You said you took about ten hours to review all

10:58:19  6   of that stuff.  Is that common to review so few

10:58:21  7   scans?

10:58:21  8   **A.**   Well, that's not the only thing I reviewed.  I

10:58:24  9   also reviewed the past medical histories -- all of

10:58:27  10  the medical records that were provided to me as

10:58:29  11  well, which were substantial.

10:58:29  12  **Q.**   Okay.  And so you are saying that's consistent

10:58:32  13  with your clinical practice?

10:58:33  14  **A.**   Yeah, to review clinical records in the context

10:58:35  15  of --

10:58:36  16  **Q.**   Sorry -- I'm just asking if what you did in

10:58:38  17  this case is consistent with what you do in the

10:58:40  18  clinic.  That's my only question.

10:58:43  19  **A.**   Yes.

10:58:44  20  **Q.**   Okay.  Now, in this case you -- do you have

10:58:47  21  your reports with you, by the way, in case you need

10:58:50  22  them?

10:58:50  23  **A.**   They're out -- I don't have them directly in

10:58:52  24  front of me.

10:58:53  25  **Q.**   You might want them.  So I don't know if --

10:58:57  1   well, I can ask you questions about them.  You might

10:59:00  2   be more prepared to answer if you have them.  I'll

10:59:03  3   throw that out there.

10:59:03  4   **A.**   Sure.

10:59:05  5   **Q.**   So what I am trying to do is -- you've studied

10:59:13  6   this stuff for an entire career.  You know a lot

10:59:15  7   about imaging?

10:59:16  8   **A.**   Mm-hmm.

10:59:17  9   **Q.**   You know, some of us here might have studied

10:59:19  10  for a couple of weeks.  We know a little bit about

10:59:21  11  imaging.  What we're trying to do is take everything

10:59:24  12  in your brain, condense it, and present it to

10:59:26  13  someone who is trying to learn about imaging.

10:59:28  14  **A.**   Got you.

10:59:29  15  **Q.**   The goal is to be helpful and clarify.

10:59:32  16  **A.**   Absolutely.

10:59:32  17  **Q.**   So if I ask a question that's confusing or

10:59:35  18  misleading, please let me know.

10:59:36  19  **A.**   Okay.

10:59:37  20  **Q.**   But if I ask a clear question, can you answer

10:59:40  21  yes or no because it'll help the flow?

10:59:42  22  **A.**   Yeah.  Sure.

10:59:43  23  **Q.**   Okay.  So in your prep, you were explaining

10:59:45  24  cross-examination is a little different than direct

10:59:47  25  examination?

10:59:47  1   **A.**   Mm-hmm.

10:59:50  2              MR. MAGNANI:  May I approach the

10:59:50  3   witness, Your Honor?

10:59:51  4              THE COURT:  You may.

10:59:52  5              MR. MAGNANI:

10:59:52  6   **Q.**   Here are your reports.

10:59:53  7   **A.**   Thank you very much.  Appreciate that.

10:59:56  8   **Q.**   So okay.  Just to sort of outline -- you know,

11:00:00  9   there are some things where I'm going to try to

11:00:02  10  clarify some of the science that I hope is not too

11:00:05  11  controversial, but I want to make sure it's clear?

11:00:07  12  **A.**   Sure.

11:00:07  13  **Q.**   Sometimes, though, I'm going to try to explore

11:00:10  14  your potential for bias, okay?

11:00:11  15  **A.**   Okay.

11:00:12  16  **Q.**   And, you know, in a respectful way can we agree

11:00:16  17  this is all with respect here?

11:00:17  18  **A.**   Yes, absolutely.

11:00:18  19  **Q.**   Okay.  One of the ways I'm going to do that is

11:00:19  20  by talking about some of the language that you use,

11:00:21  21  okay?

11:00:22  22  **A.**   Okay.

11:00:22  23  **Q.**   And so, if the language that you used you

11:00:25  24  think, upon reflection, is not very accurate, the

11:00:28  25  main goal is to just be clear and to make sure that

*SEAN W. GUMM, CSR #13168, RPR, CRR*

11:00:30  1    the Judge understands clearly, okay?

11:00:32  2    **A.**   Sure.  That makes sense.

11:00:33  3    **Q.**   So it's not a criticism of you or anything like

11:00:36  4    that.

11:00:36  5    **A.**   None will be taken.

11:00:37  6    **Q.**   All right.  Well, I mean, do you think that you

11:00:42  7    might be subject to any bias?

11:00:44  8    **A.**   Um, it's very, very well known that all

11:00:46  9    physicians are subject to bias.

11:00:50  10   **Q.**   And you -- in this case I know that you said

11:00:54  11   you commonly review records, but is it also true in

11:00:57  12   this case you read some declarations from attorneys?

11:00:59  13   **A.**   Yes.

11:00:59  14   **Q.**   And other things that you wouldn't typically

11:01:01  15   review?

11:01:02  16   **A.**   That's correct.

11:01:03  17   **Q.**   Would it be fair to say that the medical

11:01:05  18   records that you reviewed were from Baylor College

11:01:11  19   of Medicine?

11:01:11  20   **A.**   That's correct.

11:01:11  21   **Q.**   And starting from about March 2019, they

11:01:14  22   diagnosed mild to moderate dementia?

11:01:16  23   **A.**   Yes.

11:01:17  24   **Q.**   Fair to say you didn't review the indictment in

11:01:19  25   this case?

SEAN W. GUMM, CSR #13168, RPR, CRR

11:01:20    1   **A.**    I don't recall that I saw the indictment.

11:01:22    2   **Q.**    Well, if you don't recall -- just so you know

11:01:24    3   the rules, if something would refresh your memory,

11:01:26    4   and I gave you some things that might, you can

11:01:28    5   always say you don't remember and refer to your

11:01:30    6   reports.  That's totally fine.

11:01:31    7   **A.**    Okay.

11:01:32    8   **Q.**    So is there anything you want to refresh your

11:01:35    9   memory about --

11:01:35   10   **A.**    I don't remember specifically whether I

11:01:37   11   reviewed the indictment or not, but I can look at my

11:01:40   12   report and try to see if that's in there.

11:01:42   13   **Q.**    Well, if I told you it wasn't would that

11:01:44   14   surprise you?

11:01:45   15   **A.**    No, it wouldn't.

11:01:46   16   **Q.**    You didn't review any of the Government's

11:01:48   17   filings in this case?

11:01:49   18   **A.**    Not that I'm aware.

11:01:50   19   **Q.**    Okay.  And you didn't review any, for example,

11:01:54   20   e-mails of the Defendant -- that the Defendant wrote

11:01:58   21   showing a high degree of cognitive function

11:02:00   22   throughout 2020?

11:02:01   23   **A.**    I do not recall seeing e-mails from the

11:02:03   24   Defendant.

11:02:10   25   **Q.**    I know you did say -- to be honest, it was a

11:02:13  1  surprise to me -- you do a lot of work with your

11:02:15  2  patients in clinical practice.  But is it -- you are

11:02:18  3  here because you are an expert in interpreting

11:02:21  4  images; right?

11:02:22  5  A.   That's one of the reasons I'm here, yes.

11:02:24  6  Q.   Well, can you -- maybe I just don't understand

11:02:26  7  it, but why is it important to review, like, all of

11:02:29  8  those Baylor records before looking at the images?

11:02:33  9  Can you just elucidate?

11:02:34  10  A.   Yeah, so in medicine, we -- all physicians --

11:02:39  11  it's -- it's part of our mandate, if you will, to

11:02:48  12  review all information that's available about our

11:02:49  13  patients when making diagnoses or treating them.  So

11:02:51  14  it's not something specific to radiology.  It's just

11:02:55  15  all physicians review everything that's available to

11:02:57  16  them in general practice.

11:02:59  17  Q.   Okay.  But I guess I don't understand.  Why

11:03:03  18  can't you look at the images and give your

11:03:05  19  interpretation of the images?

11:03:07  20  A.   The same reason you couldn't look at a physical

11:03:09  21  exam, let's say, and just look at that in a vacuum

11:03:12  22  because there's more to it.  There's more

11:03:14  23  information.

11:03:15  24  Q.   So would it be fair to say that to help inform

11:03:18  25  your view about the images and what they mean it was

11:03:22  1  helpful to have that other material?

11:03:24  2  A.   Definitely.  Material outside of the images

11:03:27  3  alone can factor in the interpretation of an imaging

11:03:31  4  study.  For sure they can help guide, you know, your

11:03:33  5  opinions about imaging studies for sure.

11:03:35  6  Q.   As you said, everybody has bias.  Have you

11:03:38  7  questioned whether the selection of materials that

11:03:39  8  were given to you might have pushed you one way or

11:03:43  9  another?

11:03:43  10  A.   Yeah, I did.  I questioned whether there could

11:03:45  11  even be malingering.  I questioned that in my mind.

11:03:48  12  Q.   So for example, I want to show you -- it's

11:03:51  13  Maloney; right?  First of all, I think you testified

11:03:55  14  you agree with the clinical radiologist's

11:03:57  15  impressions on everything; right?

11:03:59  16  A.   Yeah.  With -- with some caveats that I don't

11:04:03  17  believe that the radiologist who read the 2021 MRI

11:04:05  18  had really compared it to the 2018 result.  So while

11:04:08  19  I agree with his overall impression, I think there's

11:04:11  20  additional information that he wasn't -- he didn't

11:04:13  21  have available to inform --

11:04:13  22  Q.   Right.  But so --

11:04:14  23  A.   -- his decision.

11:04:14  24  Q.   -- so you agree with all of the words on the

11:04:17  25  page, but sometimes you have something else to

11:04:20   1   contribute?

11:04:20   2   A.   Yeah, that's perfect.  Yes.

11:04:20   3   Q.   That's why you are making money here; right,

11:04:23   4   something else to contribute?

11:04:23   5   A.   Yes.

11:04:24   6   Q.   So when you read from the impressions on this

11:04:26   7   one, which is Defense Exhibit 39, this is the

11:04:31   8   March 2021 FDG-PET.  Would it surprise you if you

11:04:34   9   said findings are mild instead of findings are very

11:04:38   10   mild?

11:04:39   11   A.   It wouldn't surprise me.

11:04:39   12   Q.   So if you read every other word on that page

11:04:41   13   except the word very before mild, not a surprise?

11:04:44   14   A.   No, it's -- it's -- yeah, it wouldn't surprise

11:04:47   15   me if it said the findings are mild versus findings

11:04:51   16   are very mild.

11:04:51   17   Q.   So you -- in talking about the comparison --

11:04:54   18   well, let me ask you this.  Do you agree that of all

11:04:57   19   the tools that you have at your disposal, if you

11:05:02   20   only had one you would want to go with the FDG-PET?

11:05:04   21   A.   If I only had one tool at my disposal and --

11:05:08   22   sorry, no, I would not go with the FDG-PET.

11:05:10   23   Q.   Which one would you go with?

11:05:12   24   A.   History.  History -- classic teaching in

11:05:15   25   medicine is you can derive almost everything that

11:05:18   1   you need from history --

11:05:19   2   Q.   But you are a neuroradiologist.  Okay.  Let me

11:05:21   3   ask this question --

11:05:21   4   A.   Yes.

11:05:21   5   (Whereupon, the court reporter admonishes to not

11:05:25   6   interrupt.)

11:05:25   7   Q.   I apologize.  If there is a member -- if

11:05:28   8   there's a role for you to play on this team of

11:05:32   9   experts, is it your role to interpret the

11:05:37   10  neuroradiology?

11:05:38   11  A.   I -- well, I would -- I would say -- I would

11:05:41   12  clarify that --

11:05:42   13  Q.   Okay.  You know what, I have a better question

11:05:44   14  to avoid all of this.  Of the imaging that you

11:05:47   15  review --

11:05:47   16  A.   Ah, okay.

11:05:48   17  Q.   -- is the most informative one the FDG-PET?

11:05:52   18  A.   I don't think I can answer that question.  I

11:05:54   19  don't think anyone is necessarily more informative

11:05:59   20  than the other.

11:05:59   21  Q.   Which is the most informative image to show

11:06:04   22  neurodegeneration?

11:06:05   23  A.   Which one is the one to show -- because they

11:06:06   24  all -- the problem is they all show

11:06:08   25  neurodegeneration, so I'm struggling with the

11:06:09    1  question.  Which one shows neurodegeneration the

11:06:12    2  most?  That's really hard to say.  They all show

11:06:17    3  neurodegeneration.

11:06:18    4  Q.   And to be clear, my question is not which one

11:06:20    5  reveals the -- the greatest degree of

11:06:24    6  neurodegeneration.  My question is if you haven't

11:06:25    7  seen anything in this case, which tests -- if you

11:06:28    8  had one test to order and you wanted to measure the

11:06:33    9  degree of neurodegeneration, which test would you

11:06:36   10  order?

11:06:37   11  A.   Again, I'm struggling with it because, you know

11:06:41   12  -- you know, I'm struggling because one test

11:06:43   13  wouldn't give much information alone in a vacuum.

11:06:46   14  So I apologize.  I'm not trying to be difficult, I'm

11:06:49   15  just struggling with trying to answer that.  I

11:06:51   16  really don't know which one I would want.

11:06:53   17            Probably -- probably the MRI -- if

11:06:56   18  I had to answer, I would probably say the MRI

11:06:58   19  because -- and this is why -- because it could show

11:07:01   20  -- it could exclude other things that could be

11:07:04   21  causing dementia like brain tumors, like old strokes

11:07:08   22  or something like that.  So I think it would be very

11:07:10   23  informative to exclude other common causes of

11:07:12   24  dementia.

11:07:14   25            So I would probably say MRI would

11:07:14  1  be one that I would choose.  If I had nothing else,

11:07:17  2  I would probably go with an MRI.

11:07:19  3  Q.   Your testimony is if you came to this case with

11:07:21  4  no background and you could order one brain study,

11:07:26  5  the one you would choose is an MRI?

11:07:27  6  A.   Yes, if this case -- or even if I had a patient

11:07:30  7  that I was approached with, with a question of

11:07:32  8  dementia, the first -- the probably -- if I had to

11:07:34  9  choose one test, I'd probably choose an MRI because

11:07:37  10  it would be incredibly informative about excluding

11:07:40  11  other common causes of dementia.

11:07:41  12  Q.   So the answer is yes; right?

11:07:43  13  A.   Yes.  So sorry.

11:07:44  14  Q.   If I ask a simple question --

11:07:47  15  A.   Yeah.

11:07:48  16  Q.   -- but if you need to explain, raise your --

11:07:50  17  A.   Yeah -- sorry.  I was trying to explain.

11:07:52  18  Q.   That's okay.  So -- well, FDG-PET number two?

11:07:57  19  A.   FDG-PET number two -- um, I would say, yes.  I

11:08:02  20  would -- in the -- in the -- and I apologize.  Yes,

11:08:06  21  I would.  I can explain on that.

11:08:07  22  Q.   Now, on your direct exam you said that your

11:08:10  23  comparison -- well, actually let me ask you about

11:08:12  24  the MRI first.  So in your direct exam you talked

11:08:16  25  about the words normal and abnormal.  This is one of

11:08:19  1   these areas where I think things can get confusing.

11:08:23  2   If I'm 5'9", I'm normal height; would you agree?

11:08:28  3   A.   I guess in my -- no, I don't -- I don't

11:08:31  4   necessarily -- no, I think that's a hard thing to

11:08:34  5   say.  I mean, does it fall -- I guess -- I

11:08:37  6   apologize.  I should probably -- maybe if I

11:08:38  7   explained how I think about things, maybe it could

11:08:41  8   help.

11:08:41  9   Q.   Really, I just -- we're trying to clear things

11:08:46  10  up.

11:08:46  11  A.   That's what I'm trying to do.

11:08:48  12  Q.   I'm sorry about all of the talking over.  When

11:08:51  13  you say that brain shrinkage is abnormal, you do not

11:08:58  14  mean that it's uncommon?

11:08:59  15  A.   That would be correct.  That I can agree on.

11:09:02  16  Q.   So when you say amyloid depositions in the

11:09:05  17  brain is abnormal, you do not mean that is uncommon?

11:09:09  18  A.   Correct.

11:09:12  19  Q.   So fair to say as we age our brains shrink?

11:09:15  20  A.   Yes.

11:09:15  21  Q.   And fair to say as we age some people develop

11:09:19  22  amyloid depositions?

11:09:20  23  A.   That's correct.

11:09:21  24  Q.   So something can be common, but it -- to use

11:09:26  25  medical terminology, abnormal does not necessarily

SEAN W. GUMM, CSR #13168, RPR, CRR

11:09:29   1   mean uncommon?

11:09:30   2   **A.**   Um, abnormal does not necessarily mean -- well,

11:09:35   3   hold on for a second.

11:09:37   4   **Q.**   Just do your thinking in your head.

11:09:40   5              MR. LOONAM:  Objection.

11:09:41   6              THE COURT:  Let the witness answer the

11:09:42   7   question, because you are guys are talking on top of

11:09:46   8   each other.

11:09:47   9              THE WITNESS:  I apologize.

11:09:48   10             THE COURT:  I mean -- not you.  I mean

11:09:49   11  the examiner.  You need to explain, and I need to

11:09:51   12  hear from you so take your time.

11:09:53   13             THE WITNESS:  Okay.  So common -- I

11:09:55   14  would not say that amyloid deposition in the general

11:09:57   15  population is common.  I would say amyloid

11:10:00   16  deposition in the population with disease is common.

11:10:03   17  So that's the only clarification I would make.

11:10:06   18                  It is not common to have amyloid

11:10:08   19  just generally in the population.  In a subset of

11:10:12   20  the population that seeks medical care because they

11:10:14   21  have diseases it's common.  So it's common in the

11:10:16   22  diseases population.  Not -- I wouldn't say that we

11:10:18   23  could say it's common in the -- in just the general

11:10:21   24  population at large.

11:10:24   25             MR. MAGNANI:

11:10:24  1  Q.  Let's stick with the MRI.  I think that's a

11:10:26  2  little simpler.  You talked about the Neuroreader®

11:10:29  3  report?

11:10:30  4  A.  Yes.

11:10:30  5  Q.  Do you know whether it was the Defense or the

11:10:32  6  Government experts that ordered the 2021

11:10:35  7  Neuroreader® report?

11:10:35  8  A.  I don't know.

11:10:36  9  Q.  Would it surprise you if it was the Defense?

11:10:38  10  A.  Um, a little bit because I recommended not to

11:10:41  11  order it, because I don't think it's very useful.

11:10:44  12  Q.  Is that because you have some problem with that

11:10:48  13  particular company?  Like, are you a NeuroQuant guy,

11:10:52  14  or is this a brand loyalty thing?

11:10:55  15  A.  No, because I don't use any brand of

11:10:58  16  commercially-available quantitative analysis in my

11:11:00  17  clinical practice.  So it's more of an issue of --

11:11:03  18  sorry to use the word, but standard of care.  It's

11:11:07  19  just not standard of care to use that for clinical

11:11:10  20  diagnosis.

11:11:10  21  Q.  You went on, at length, about how one of the

11:11:13  22  problems you have with the Neuroreader® report is

11:11:15  23  that you don't know the population that the

11:11:18  24  patient's being compared to.  Do you remember that?

11:11:20  25  A.  Right, I don't have enough detail about that

SEAN W. GUMM, CSR #13168, RPR, CRR

11:11:22   1  population to make a determination about its

11:11:24   2  accuracy.

11:11:25   3  Q.   So do you have any reason to believe that the

11:11:27   4  Neuroreader® company uses fetal alcohol, PCP-smoking

11:11:34   5  degenerates as part of their population?

11:11:37   6  A.   No, but I don't know if they have hypertensives

11:11:40   7  -- people with hypercholesterolemia -- education

11:11:41   8  status, socioeconomic status, diet, growing up,

11:11:45   9  exercise, et cetera, which are more relevant to

11:11:48  10  brain volume than the things you mentioned.

11:11:49  11  Q.   So the answer to that question would be you

11:11:52  12  don't know?

11:11:52  13  A.   Well, maybe restate the question.

11:11:53  14  Q.   My question was you don't have any reason to

11:11:56  15  believe that the sample of patients is a sample that

11:12:00  16  includes -- you know, that is overrepresented of

11:12:03  17  people with fetal alcohol syndrome, or drug use, or

11:12:06  18  incarceration status -- you don't have any reason to

11:12:09  19  believe that; right?

11:12:10  20  A.   I don't have any reason to believe that they

11:12:12  21  would include those three specific populations.

11:12:14  22  Q.   And on your direct exam -- as you were just

11:12:18  23  now, and that's why I was trying to cut you off --

11:12:19  24  A.   Sure.  Sure.

11:12:20  25  Q.   -- you explained there are a lot of things that

| | |
|---|---|
| 11:12:22 | 1 |
| 11:12:25 | 2 |
| 11:12:26 | 3 |

1   can go into a sample group that might mess up the

2   sample group?

3   **A.**   Absolutely.

4   **Q.**   On your direct exam you said something along

5   the lines, "It would be different if you compared it

6   to a group of astrophysicists who do a lot of

7   exercise"; right?

8   **A.**   Mm-hmm.

9   **Q.**   You have to say yes, sorry?

10   **A.**   Yes, sorry.

11   **Q.**   But you don't have any reason, one way or

12   another, to believe that the Neuroreader® sample is

13   not a fair representation of the population at

14   large; do you?

15   **A.**   I don't have any information to know what to

16   believe about the sample, so I can't say yes or no.

17   I don't know enough about the sample.

18   **Q.**   So the question is you have no reason to

19   believe that this sample is not representative of

20   the overall population?

21   **A.**   That's -- let me repeat that question, because

22   it seems like there's, like, double negatives or

23   something.   So there's no reason to believe that

24   there's not -- there's no reason to believe that

25   there's not -- can you rephrase the question, I

11:13:15   1   guess?

11:13:15   2   Q.   Neuroreader® is one of two companies that

11:13:19   3   researchers use to analyze brain MRI scans; correct?

11:13:23   4   A.   Correct.

11:13:23   5   Q.   The other one is called NeuroQuant; right?

11:13:28   6   A.   Correct, and there's more than that, though.

11:13:29   7   Q.   But that's the Pepsi and Coke® -- those are the

11:13:31   8   two big ones?

11:13:31   9   A.   Not in my opinion.  There's many, many vendors

11:13:34   10  out there.

11:13:35   11  Q.   Do you have any particular concerns about the

11:13:38   12  population that Neuroreader® uses compared to the

11:13:40   13  other ones?

11:13:41   14  A.   Yes, because I don't know enough about it to

11:13:44   15  understand the comparison group.

11:13:47   16  Q.   So you just don't know?

11:13:48   17  A.   I just don't know.

11:13:50   18  Q.   According to the Neuroreader® report, would you

11:13:52   19  agree that in 2021 Mr. Brockman's brain was normal?

11:13:57   20  A.   No, I would not -- I would not agree that in

11:14:00   21  2021 his brain was normal.

11:14:02   22  Q.   So my question is according to the Neuroreader®

11:14:05   23  report, would you agree that it is normal?

11:14:08   24  A.   I would -- I would disagree from the

11:14:11   25  Neuroreader® report that it's normal.

11:14:12    1    Q.    Okay.  So just -- and I -- I have a copy I can

11:14:15    2    show you here.

11:14:16    3    A.    Sure.

11:14:16    4    Q.    And this is -- well, this I know is -- used

11:14:24    5    this before, so...

11:14:29    6                   MR. LOONAM:  Is it marked?

11:14:30    7                   MR. MAGNANI:  This one is not.

11:14:31    8    Q.    Well, let me ask you this, Doctor, do you

11:14:33    9    recognize this?

11:14:34   10    A.    I do.

11:14:34   11    Q.    And is this the 2021 -- I'm sorry, August

11:14:38   12    Neuroreader® report?

11:14:40   13    A.    Yes.

11:14:40   14    Q.    According to that report, does it say that the

11:14:43   15    whole brain matter is in the 34th percentile?

11:14:47   16    A.    Yes.

11:14:48   17    Q.    Okay.  And is it your testimony that being in

11:14:55   18    the 34th percentile is not normal?

11:15:02   19    A.    My testimony is that I don't know what the 34th

11:15:05   20    percentile means.  I can't really put it into

11:15:08   21    context, so I can't interpret 34th percentile.

11:15:12   22                   I can't interpret in terms of what

11:15:14   23    that means for the general population or for

11:15:16   24    Mr. Brockman.

11:15:16   25    Q.    So I want to make sure.  Your testimony is that

SEAN W. GUMM, CSR #13168, RPR, CRR

11:15:18   1   you can't interpret what 34th percentile means for

11:15:22   2   the general population?

11:15:22   3   A.   No, I can't interpret what 34th percentile

11:15:26   4   means in that report.

11:15:27   5   Q.   Doesn't it mean that if there's 100 people that

11:15:31   6   Mr. Brockman would have the 34th smallest brain?

11:15:33   7   A.   Well, it depends on the hundred people.  So,

11:15:36   8   yes, that's correct, but it depends on the 100

11:15:38   9   people you are comparing it to.  We don't know who

11:15:40   10  those people are, so I can't interpret that value.

11:15:43   11  Q.   You made it very clear you don't know who these

11:15:45   12  people are.  That's why I'm asking these questions,

11:15:47   13  like according to the report, okay?

11:15:49   14  A.   Yeah, okay.  I see what you are saying.

11:15:50   15  Q.   So according to the report -- which I

11:15:52   16  understand you might disagree with -- the report

11:15:55   17  indicates that Mr. Brockman's brain as of, you know,

11:15:59   18  July 2021, was in the 34th percentile of the

11:16:02   19  population; correct?

11:16:03   20  A.   Correct.

11:16:03   21  Q.   Okay.  So for the FDG-PETs --

11:16:07   22  A.   Well, not of the general population.  Of the

11:16:10   23  population they used.

11:16:11   24  Q.   I'm asking what the report says.

11:16:12   25  A.   Yeah, I know.  But you said compared to the

SEAN W. GUMM, CSR #13168, RPR, CRR

11:16:14  1   population, and I guess I need some clarification

11:16:16  2   what you mean population.  Do you mean the entire

11:16:18  3   population of the planet or the population they used

11:16:21  4   to compare?

11:16:22  5   Q.   Do you think there's any confusion to that

11:16:24  6   point, Doctor?

11:16:25  7   A.   I think there's a lot of confusion to that

11:16:27  8   point for me personally, because you said -- because

11:16:29  9   you said compared to the population.  And I'm simply

11:16:33 10   asking do you mean the population of the planet, or

11:16:38 11   the population they used in the report?  So just

11:16:40 12   need to have that clarification, I guess.

11:16:41 13   Q.   You testified on direct that your comparison

11:16:44 14   between the two FDG-PET scans -- you said it raises

11:16:50 15   concern that the disease is progressing rapidly?

11:16:52 16   A.   Mm-hmm.

11:16:53 17   Q.   You have to say yes.

11:16:54 18   A.   Yes, sorry.

11:16:55 19   Q.   You also said it's, "More rapid than typical";

11:17:00 20   correct?

11:17:00 21   A.   Correct.

11:17:00 22   Q.   And you said, "Aggressive/progressive

11:17:05 23   neurodegenerative process"; correct?

11:17:07 24   A.   Correct.

11:17:07 25   Q.   So do you agree with all of those things?

SEAN W. GUMM, CSR #13168, RPR, CRR

11:17:09   1   **A.**   Yes.

11:17:10   2   **Q.**   And do you think those are accurate terms to

11:17:12   3   describe the change in the FDG-PETs?

11:17:13   4   **A.**   Yes.

11:17:14   5   **Q.**   Can you please turn to your -- well, let me ask

11:17:15   6   you this actually before we get there.  I know that

11:17:19   7   you sort of took issue with some of the slides in

11:17:25   8   this case; is that right?

11:17:25   9   **A.**   Yes, that's correct.

11:17:26   10   **Q.**   Well, I've got one for you that's hopefully

11:17:29   11   less controversial.

11:17:31   12   **A.**   Okay.

11:17:31   13   **Q.**   Have you seen this before?

11:17:32   14   **A.**   I have.

11:17:33   15   **Q.**   Is this a comparison of the two FDG-PETs in

11:17:38   16   this case?

11:17:38   17   **A.**   Yes.

11:17:38   18   **Q.**   Are they using the same Z scores?

11:17:40   19   **A.**   They are using the same Z-score.

11:17:42   20   **Q.**   Would you agree this a fair comparison of the

11:17:45   21   two FDG-PETs in this case?

11:17:47   22   **A.**   Um, I would need a little bit more information

11:17:49   23   to say that.  Were they acquired on the same machine

11:17:53   24   or a different machine?

11:17:55   25   **Q.**   If the answer is that you don't know, just say

SEAN W. GUMM, CSR #13168, RPR, CRR

11:17:57  1   that you don't know.  My question is do you agree

11:18:00  2   that this is a fair comparison of the two FDG-PETs?

11:18:04  3   A.   I guess I'm struggling, because in order for me

11:18:07  4   to say it's a fair comparison I would need to know

11:18:09  5   if it was done on the same machine or a different

11:18:12  6   machine.

11:18:12  7   Q.   Okay.

11:18:12  8   A.   So should I answer no, or...

11:18:15  9   Q.   If you don't know, you should say you don't

11:18:18  10  know.

11:18:18  11  A.   Well, okay.

11:18:18  12  Q.   Okay.  So my question is, is it a fair

11:18:21  13  comparison?  Is your answer that you don't know?

11:18:24  14  A.   I guess if the -- if the question is it is a

11:18:29  15  fair comparison -- um, I would say it's -- I would

11:18:33  16  say it's -- I would say it's a fair comparison,

11:18:35  17  yeah.

11:18:35  18  Q.   Okay.  And you've seen these before you

11:18:39  19  testified?

11:18:39  20  A.   Correct.

11:18:39  21  Q.   These are from Dr. Maria Ponisio's reports;

11:18:43  22  right?

11:18:43  23  A.   Yes.

11:18:44  24  Q.   And I think -- yeah.  So I'm going to mark this

11:18:46  25  as Exhibit -- and move it in as Exhibit 170?

11:18:48   1   **A.**   Okay.

11:18:53   2                    MR. MAGNANI:   Unless Mr. Maloney

11:18:56   3   objects.

11:19:00   4                    MR. MALONEY:   Objection, Your Honor.

11:19:01   5   Dr. Ponisio has not testified as to how these images

11:19:05   6   were created.   Other than the Z-score, it sounds

11:19:07   7   like, and the fact it's based on the two FDG-PET

11:19:09   8   scans, we don't know anything else about these

11:19:11   9   images or how Dr. Ponisio created them.   She was the

11:19:14   10   Government's retained neuroradiologist, and we don't

11:19:17   11   have any additional information about that imaging.

11:19:19   12                    THE COURT:   Okay.   Was this information

11:19:21   13   reviewed by any of your experts in this matter -- I

11:19:26   14   mean, from the Prosecution?

11:19:28   15                    MR. MAGNANI:   Crucially, Your Honor, I

11:19:30   16   think the witness, who is an expert, said he

11:19:32   17   reviewed this information.   So whether our experts

11:19:34   18   reviewed it I don't think is material.   This witness

11:19:36   19   said he's reviewed the underlying material, and he

11:19:39   20   agrees this is a fair and accurate depiction

11:19:41   21   comparing the two PETs.   So I think this would be

11:19:44   22   helpful for the fact finder, and this witness laid

11:19:47   23   foundation for its submission.

11:19:48   24                    THE COURT:   So, Mr. Maloney, has this

11:19:51   25   witness seen this before?

| | | |
|---|---|---|
| 11:19:52 | 1 | MR. MALONEY:  He has seen this image. |
| 11:19:54 | 2 | I don't think he has any additional information, |
| 11:19:56 | 3 | other than the information we've covered by the |
| 11:19:58 | 4 | Z-score and the fact that Dr. Ponisio created that |
| 11:20:01 | 5 | imaging based on the two FDG-PETs. |
| 11:20:03 | 6 | THE COURT:  Okay.  But he's reviewed |
| 11:20:04 | 7 | it? |
| 11:20:04 | 8 | MR. MALONEY:  He has reviewed it. |
| 11:20:05 | 9 | THE COURT:  Okay.  Objection's |
| 11:20:07 | 10 | overruled. |
| 11:20:08 | 11 | MR. MAGNANI: |
| 11:20:08 | 12 | Q.   So now I'm going to show you this one.  I know |
| 11:20:11 | 13 | you were very passionate about you really don't like |
| 11:20:12 | 14 | this one; right? |
| 11:20:13 | 15 | A.   That's correct. |
| 11:20:14 | 16 | Q.   Okay.  Now, let me ask you, though, in general |
| 11:20:17 | 17 | you talked a lot about clinical practice? |
| 11:20:19 | 18 | A.   Okay.  Yes. |
| 11:20:20 | 19 | Q.   For the record, this is Exhibit 143, which is |
| 11:20:23 | 20 | in evidence.  You talked about, in your clinical |
| 11:20:27 | 21 | practice, you would not compare groups to |
| 11:20:29 | 22 | individuals; right? |
| 11:20:36 | 23 | A.   I'm trying to recall what I said.  I said in |
| 11:20:41 | 24 | medicine we don't treat groups, we treat |
| 11:20:44 | 25 | individuals.  So in terms of how to boil that down |

11:20:46   1   to yes or no, I guess -- repeat the question?  I

11:20:51   2   apologize.

11:20:51   3   Q.   Don't worry about what you said before.  Just

11:20:53   4   focus on what I'm asking now.  What I'm asking is in

11:20:55   5   your clinical practice you would not normally

11:20:58   6   compare something like this, an FDG-PET with a

11:21:00   7   patient to something like this; right?

11:21:03   8   A.   Correct.

11:21:03   9   Q.   And what these are -- I mean, you know the

11:21:06   10   sources of the two top rows; right?

11:21:07   11   A.   Correct.

11:21:08   12   Q.   And they're amalgamations created by

11:21:12   13   researchers in your field?

11:21:13   14   A.   Correct.

11:21:13   15   Q.   Sorry, I know the screen's not so great here,

11:21:16   16   but the top one is for patients with PD dementia?

11:21:19   17   A.   Correct.

11:21:19   18   Q.   And the second one is for patients with AD

11:21:22   19   dementia?

11:21:22   20   A.   Correct.

11:21:22   21   Q.   Now, you mentioned -- and, you know, if you

11:21:25   22   have to I guess you can try to explain.  But is it

11:21:29   23   fair to say that the p-values used to create these

11:21:31   24   two amalgamations are the normal p-value that you

11:21:35   25   would see in these types of amalgamations in the

11:21:38   1   literature?

11:21:39   2   A.   Yeah, they would be -- yes.

11:21:41   3   Q.   Okay.  And then, for the bottom you were

11:21:43   4   talking about the Z-score that was used to create

11:21:46   5   the bottom image; do you remember that?

11:21:47   6   A.   I didn't talk about a Z-score.  I talked about

11:21:50   7   a standard deviation.

11:21:51   8   Q.   I apologize.  And it was two standard

11:21:53   9   deviations; right?

11:21:54   10   A.   Correct.

11:21:54   11   Q.   You said it would be different if it was one or

11:21:57   12   four; right?

11:21:57   13   A.   Correct.

11:21:57   14   Q.   And would you agree that in your field two

11:22:00   15   standard deviations is what is typically used?

11:22:02   16   A.   No, I would not agree with that.

11:22:04   17   Q.   So what do you use when you are creating a

11:22:06   18   visual representation of an FDG-PET?

11:22:08   19   A.   Um, are you asking what I would do when I

11:22:12   20   evaluate an imaging study?

11:22:14   21   Q.   I'm asking -- yes.  You are testifying you

11:22:17   22   would not use --

11:22:18   23   A.   I would not use two standard deviations.

11:22:20   24   Q.   So what would you use?

11:22:21   25   A.   I would put -- I would take all of the imaging

11:22:24  1    data I have -- for example, in this case it'd be two

11:22:27  2    PET scans.  So I would put the two PET scans side by

11:22:29  3    side, and then I would visually look for a

11:22:32  4    difference.  And if I saw a difference, I would try

11:22:35  5    to put it into a mild, moderate, or advanced

11:22:39  6    category, but I might or might not be able to do

11:22:42  7    that.

11:22:42  8                    And nothing that I would do would

11:22:44  9    be based on a standard deviation, because again it's

11:22:46  10   a qualitative visual assessment.  I have no way of

11:22:50  11   knowing if it's one, or two, or three standard

11:22:53  12   deviations from the mean.

11:22:54  13   Q.   I got a note we need to do a better job not

11:22:57  14   talking over each other, so I'll do my part.

11:23:00  15   A.   I apologize.

11:23:00  16   Q.   You talk a lot about your qualitative

11:23:12  17   observations; right?

11:23:15  18   A.   Yes.

11:23:16  19   Q.   And you talked about how the Neuroreader® --

11:23:17  20   that's not good for you; right?

11:23:20  21   A.   That's not good for me or...

11:23:22  22   Q.   It's not revealing to you of anything that we

11:23:25  23   can understand in this courtroom?

11:23:26  24   A.   I would say that's not what I have said.

11:23:28  25   Q.   Are you saying -- is it fair to say that you,

11:23:32  1  in general, are relying more on your qualitative

11:23:35  2  observations than anything quantitative?

11:23:37  3  **A.**   Yes, I rely on my qualitative assessment.

11:23:42  4  **Q.**   And in your brain, over all of the years

11:23:45  5  looking at all of the studies, do you have a pretty

11:23:48  6  good idea of what a person with dementia's brain

11:23:50  7  looks like when they have -- you know, whether it's

11:23:52  8  Alzheimer's disease?

11:23:53  9  **A.**   Yes.

11:23:53  10  **Q.**   And a pretty good idea of what someone with

11:23:56  11  PDD, Parkinson's disease dementia --

11:23:58  12  **A.**   Not as much.

11:23:59  13  **Q.**   Okay.  But at least with Alzheimer's disease

11:24:01  14  you have a pretty good idea of what those images

11:24:04  15  should look like?

11:24:04  16  **A.**   Yes.

11:24:04  17  **Q.**   And do you understand the rest of us don't?

11:24:06  18  **A.**   Yes.

11:24:07  19  **Q.**   Okay.  And it might be helpful for the Judge to

11:24:09  20  have something to understand what if looks like so

11:24:12  21  we don't just have to rely on what you are saying?

11:24:15  22  **A.**   Um, I can understand that, yes.

11:24:16  23  **Q.**   So did you prepare something that's more

11:24:19  24  illustrative of what a typical Alzheimer's brain

11:24:22  25  looks like?

11:24:23   1   A.   Well, we have -- on the bottom row of

11:24:27   2   Mr. Brockman's brain, that would be typical.

11:24:29   3   Q.   Okay.  So I'm going to use another one of

11:24:39   4   these.  I'll mark this as Exhibit 171 for

11:24:46   5   identification.  Just to hide the suspense,

11:24:50   6   Dr. Whitlow, I'm using one from a report that you

11:24:52   7   wrote --

11:24:52   8   A.   Okay.

11:24:52   9   Q.   -- in a study that you wrote making a similar

11:24:55   10   amalgamation of Alzheimer's disease dementia.  Do

11:25:00   11   you -- well, I'm guessing you can't read the

11:25:03   12   footnote.  Do you -- here, I'll just tell you.  It's

11:25:06   13   an article called *Wither the Hippocampus.*

11:25:10   14   A.   Yes.

11:25:10   15   Q.   You wrote that article?

11:25:11   16   A.   Yes.

11:25:11   17   Q.   In that article you created -- again, I

11:25:14   18   understand this is not clinical.  We're now talking

11:25:15   19   in the research area?

11:25:16   20   A.   Correct.

11:25:17   21   Q.   You created an amalgamation to show what an

11:25:20   22   Alzheimer's disease dementia brain looks like;

11:25:22   23   right?

11:25:22   24   A.   Yes.

11:25:23   25   Q.   So is yours a fair depiction of what you expect

SEAN W. GUMM, CSR #13168, RPR, CRR

11:25:27   1    to see?

11:25:27   2    **A.**   Yeah, I would say it looks very similar to

11:25:29   3    Mr. Brockman's.   So, yes.

11:25:30   4    **Q.**   Okay.   So you are saying that -- so your answer

11:25:33   5    is yes?

11:25:34   6    **A.**   Yes.

11:25:34   7    **Q.**   And you are also saying that yours on the top

11:25:37   8    looks very similar to Mr. Brockman's; right?

11:25:39   9    **A.**   Yes.

11:25:39   10   **Q.**   Okay.

11:25:39   11              MR. MAGNANI:   I move to admit

11:25:41   12   Government's 171.

11:25:43   13              MR. MALONEY:   No objection, Your Honor.

11:25:44   14              THE COURT:   Without objection, 171 is

11:25:46   15   admitted.

11:25:56   16              THE WITNESS:   Could I -- oh...

11:25:58   17              MR. MAGNANI:

11:25:58   18   **Q.**   Oh, yeah.

11:25:59   19   **A.**   Would it be okay for me to clarify when I say

11:26:01   20   that the depiction -- it would depict a pattern, but

11:26:05   21   not a magnitude?   The reason I say that is because

11:26:09   22   the slide I was shown was trying to say that the

11:26:13   23   magnitude of the red, um, was, um, different than

11:26:18   24   the magnitude of blue.   I would want to say that's

11:26:21   25   not what I'm saying.

| | | |
|---|---|---|
| 11:26:22 | 1 | I am saying the pattern, the |
| 11:26:24 | 2 | spacial distribution, is accurate for Alzheimer's |
| 11:26:26 | 3 | disease.  The magnitude of red and blue are |
| 11:26:28 | 4 | irrelevant. |
| 11:26:29 | 5 | **Q.**  Okay.  I understand. |
| 11:26:30 | 6 | **A.**  Okay.  Sorry.  I just wanted to make that |
| 11:26:32 | 7 | point. |
| 11:26:32 | 8 | **Q.**  So what you are saying is the amount of red |
| 11:26:34 | 9 | here, and the amount of black in yours -- it's -- we |
| 11:26:40 | 10 | should forget about that? |
| 11:26:41 | 11 | **A.**  Yeah, it's not the amount.  It's the -- it's -- |
| 11:26:44 | 12 | it's the anatomical distribution. |
| 11:26:45 | 13 | **Q.**  So just where? |
| 11:26:46 | 14 | **A.**  Yes, where.  That's correct. |
| 11:26:48 | 15 | **Q.**  See how these things can confuse us? |
| 11:26:53 | 16 | **A.**  Sorry.  That's why I wanted to clarify. |
| 11:26:55 | 17 | **Q.**  So back to your testimony about |
| 11:27:00 | 18 | aggressive/progressive neurodegenerative process.  I |
| 11:27:03 | 19 | asked you before and I got a little sidetracked, but |
| 11:27:06 | 20 | you said that you agree that's what you are seeing |
| 11:27:08 | 21 | when you compare the two FDG-PETs; is that right? |
| 11:27:12 | 22 | **A.**  That's right. |
| 11:27:12 | 23 | **Q.**  Okay.  I'm going to put that up again.  So |
| 11:27:14 | 24 | we're seeing aggressive/progressive |
| 11:27:20 | 25 | neurodegenerative process; right? |

SEAN W. GUMM, CSR #13168, RPR, CRR

11:27:21  1   **A.**   But that's not the FDG-PET.

11:27:22  2   **Q.**   I'm now showing you Exhibit 170.  What did you

11:27:26  3   say?

11:27:26  4   **A.**   This is not the FDG-PET.

11:27:27  5   **Q.**   Okay.  What is this?

11:27:29  6   **A.**   This is a -- basically a statistical,

11:27:34  7   parametric map showing standard deviation between --

11:27:39  8   from the mean.  So this is not what I used to make

11:27:41  9   my determination.

11:27:42  10  **Q.**   Okay.  So do you think this is helpful, though,

11:27:44  11  to a layperson in comparing the changes?

11:27:47  12  **A.**   I don't know what's helpful to a layperson, but

11:27:51  13  I'm saying within my subspeciality of medicine I

11:27:55  14  don't use these kinds of images -- this had no basis

11:27:59  15  for my opinion, this image.

11:28:00  16  **Q.**   I understand this had no basis for your

11:28:02  17  opinion.  Our job is learning here, okay.

11:28:04  18  **A.**   Yes.

11:28:04  19  **Q.**   So let me ask you this -- well, don't you --

11:28:07  20  well, this is like -- well, fair to say that looking

11:28:10  21  at this first slide, you can see some progression

11:28:14  22  here?

11:28:14  23  **A.**   Yes, quite a bit.

11:28:16  24  **Q.**   And when you look at something different than

11:28:19  25  that, do you also see progression of what we're

11:28:21    1  looking at here?

11:28:22    2  **A.**   Can -- maybe rephrase the question?  I don't

11:28:27    3  understand the question.

11:28:27    4  **Q.**   So, Dr. Whitlow, it's very confusing to us what

11:28:30    5  it is you are looking at that we don't have here in

11:28:32    6  court.  And so, what I'm trying to do is take things

11:28:35    7  that we have in court and have you help us explain

11:28:37    8  so that we can all understand.

11:28:39    9  **A.**   Do you have the -- the FDG-PET scans from

11:28:42   10  Mr. Brockman in court?

11:28:44   11  **Q.**   Did you bring them?

11:28:45   12  **A.**   No.

11:28:47   13  **Q.**   Okay.

11:28:48   14  **A.**   Does the Prosecution have them?

11:28:49   15  **Q.**   Let me ask you, is this just not helpful?

11:28:53   16  Should we just not talk about this?

11:28:54   17  **A.**   You can talk it, but it's not what I used to

11:28:57   18  form the basis of my opinion.

11:28:57   19  **Q.**   But my question, though, is whether or not the

11:28:59   20  differences between the -- these two on the left are

11:29:03   21  comparable to the differences that you observed when

11:29:06   22  you looked at the FDG-PETs out of court?

11:29:08   23  **A.**   I can't really tell you if they're comparable,

11:29:11   24  but they do show aggressive progression of the

11:29:13   25  disease.

SEAN W. GUMM, CSR #13168, RPR, CRR

11:29:14  1   Q.   That's okay.  If you can't, just say you can't.

11:29:16  2   A.   Okay.

11:29:17  3   Q.   Nothing to apologize for.

11:29:18  4   A.   Sure.

11:29:19  5   Q.   Okay.  So the aggressive/progressive

11:29:21  6   neurodegenerative process is what we're talking

11:29:23  7   about.  If you could look in your report --

11:29:30  8   actually, it's your second report.  Do you have your

11:29:48  9   second report handy?

11:29:49  10   A.   I do.  I have the report dated October 29,

11:29:53  11   2020.

11:29:53  12   Q.   Okay.  And so, unless there's an objection I

11:29:57  13   have some highlights on my version.  I think it'll

11:29:59  14   help guide us.

11:30:00  15             MR. LOONAM:  No objection.

11:30:02  16             MR. MAGNANI:

11:30:02  17   Q.   Showing you PET scan section on Page 2.  In

11:30:05  18   your report is it right that you said, "Overall, the

11:30:08  19   anatomical pattern of diminished metabolic activity

11:30:12  20   is similar between the two recent FDG-PET scans,

11:30:15  21   though may have progressed slightly to involve more

11:30:19  22   of the brain"?

11:30:20  23   A.   Yes.

11:30:20  24   Q.   That's what you wrote?

11:30:21  25   A.   Yes.

11:30:22  1   **Q.**   Okay.  And now you are saying we're looking at

11:30:24  2   an aggressive/progressive neurodegenerative process?

11:30:32  3   **A.**   Yes.

11:30:32  4   **Q.**   Do you see how the words like, "may have

11:30:34  5   progressed slightly" is a little different than what

11:30:36  6   you said in court today?

11:30:37  7   **A.**   Well, I guess if you -- should I -- I guess if

11:30:39  8   you are saying it's a one-to-one relationship, yes.

11:30:41  9   But again, very small changes in brain can have a

11:30:44 10   profound impact on function.  So the amount that it

11:30:48 11   changed, even though it was -- even though the

11:30:51 12   wording said slight progression, it's still -- it

11:30:56 13   still involved much more of the brain than it did

11:30:59 14   before.

11:31:00 15                    And so taking that together, that's

11:31:01 16   -- that's -- that's quite profound.  Um, that's

11:31:04 17   pretty aggressive.

11:31:05 18   **Q.**   So what I'm asking is, is the difference

11:31:07 19   between the two that they may have progressed

11:31:11 20   slightly, or is it that we're looking an at an

11:31:15 21   aggressive/progressive neurodegenerative process?

11:31:18 22   **A.**   We're saying both.  We're saying they may have

11:31:20 23   progressed slightly, which shows an

11:31:23 24   aggressive/progressive neurodegenerative because of

11:31:24 25   the amount of brain it's involving, and the change

SEAN W. GUMM, CSR #13168, RPR, CRR

11:31:27  1  over a relatively short period of time.  It's really

11:31:29  2  the change over the short period of time that raises

11:31:33  3  concern about an aggressive/progressive process.

11:31:36  4  Q.   Do you commonly review PET scans from the same

11:31:39  5  patient that are only five months apart?

11:31:41  6  A.   No.

11:31:41  7  Q.   I want to move you also -- by the way -- well,

11:31:47  8  you also testified about the amyloid PETs; right?

11:31:50  9  A.   Yes.

11:31:50  10  Q.   This is one where you testified on direct, "We

11:31:53  11  don't know what normal is"; do you remember that?

11:31:55  12  A.   Yes.

11:31:56  13  Q.   And you talked about how amyloid accumulation

11:31:59  14  is "Abnormal"?

11:32:00  15  A.   Yes.

11:32:01  16  Q.   Okay.  You know, we did talk about this

11:32:03  17  already, but I think you said -- I apologize if I'm

11:32:06  18  repeating -- but it's very common for people who are

11:32:09  19  80 years old to have amyloid in their brain; right?

11:32:12  20  A.   It's common for patients who have disease who

11:32:14  21  seek medical care to have it, but we don't -- we

11:32:17  22  don't know enough about the 80-year-olds that don't

11:32:21  23  come to the hospital whether that's a correct

11:32:22  24  statement or not.

11:32:32  25  Q.   Now, do you agree that you can't -- cannot

11:32:36  1   diagnose dementia with a brain scan alone?

11:32:39  2   A.   Agreed.

11:32:45  3   Q.   Now, you talked about if you could only order

11:32:48  4   one scan to try to determine someone's level of

11:32:51  5   brain damage you would order the MRI; right?

11:32:54  6   A.   Yes.

11:32:54  7   Q.   But your number two was the FDG-PET?

11:32:56  8   A.   I'd have to think about it again.  This is such

11:32:59  9   a hypothetical scenario that it's hard to wrap my

11:33:02  10  mind around it, but I guess, yeah.  I would -- I

11:33:06  11  think I would order MRI one, FDG-PET two in this

11:33:11  12  hypothetical scenario.

11:33:13  13  Q.   Where would an amyloid PET come on the list?

11:33:16  14  A.   I think that would be number three.

11:33:17  15  Q.   Is it fair to say an amyloid PET does not show

11:33:23  16  neurodegeneration?

11:33:24  17  A.   I don't think that's accurate.

11:33:25  18  Q.   In an FDG-PET we're measuring brain activity;

11:33:29  19  right?

11:33:29  20  A.   Yes.

11:33:29  21  Q.   But looking at metabolism?

11:33:32  22  A.   That's correct.

11:33:32  23  Q.   In an amyloid PET, we're just measuring how

11:33:35  24  much of a certain protein has accumulated in the

11:33:37  25  brain; right?

SEAN W. GUMM, CSR #13168, RPR, CRR

11:33:38   1   **A.**   That's correct.

11:33:38   2   **Q.**   So we're not measuring brain function with an

11:33:41   3   amyloid PET?

11:33:42   4   **A.**   That's correct.   You are not measuring brain

11:33:44   5   function with amyloid PET; correct.

11:33:46   6   **Q.**   So just -- and I do -- like I said, I do want

11:33:50   7   to go through your reports and talk about some of

11:33:52   8   the language.

11:33:53   9   **A.**   Okay.

11:33:53   10   **Q.**   And I think you said you've never testified.

11:33:56   11   So have you ever written an expert report in a court

11:33:58   12   case before?

11:34:00   13   **A.**   Um, I did for this, yes.

11:34:03   14   **Q.**   So -- sorry.   I mean before this case, had you

11:34:06   15   ever written an expert report?

11:34:08   16   **A.**   Um, yeah.   I had written other expert reports

11:34:11   17   for Forensic Panel.

11:34:13   18   **Q.**   Okay.   So in your work writing expert reports

11:34:15   19   for The Forensic Panel, do you write these reports

11:34:17   20   by yourself?

11:34:18   21   **A.**   Yes.

11:34:19   22   **Q.**   Okay.   So all of the language in your report is

11:34:21   23   your own language?

11:34:22   24   **A.**   Yes.

11:34:24   25   **Q.**   All of it?

11:34:25   1   **A.**   Yes.

11:34:26   2   **Q.**   Do your reports -- well, let me just ask you.

11:34:40   3   In your first report, you list a bunch of sources

11:34:43   4   that you reviewed?

11:34:44   5   **A.**   Yes.

11:34:44   6   **Q.**   Did you write out all of those sources?

11:34:47   7   **A.**   Did I write out all of the sources?  You mean,

11:34:50   8   did I reference them?

11:34:51   9   **Q.**   No, I'm just trying to understand, like, if you

11:34:54   10   copied and pasted this from somewhere else, or if

11:34:57   11   you actually wrote down all of the sources?

11:34:59   12   **A.**   I didn't cut and paste anything from a source

11:35:02   13   into my, um, report -- except for the reference.

11:35:05   14   **Q.**   Okay.

11:35:06   15   **A.**   So I went to PubMed, cut the reference, and

11:35:08   16   pasted it in the report to show what I was

11:35:11   17   referencing.

11:35:11   18   **Q.**   So when you are talking about PubMed, you mean

11:35:14   19   the references on the last page?

11:35:15   20   **A.**   Yeah, the references -- the references on the

11:35:18   21   last page, the citation.  I didn't type out -- I

11:35:20   22   didn't manually type out the citation.  I did cut

11:35:23   23   the citation and paste it in.

11:35:25   24   **Q.**   Don't worry, you are safe.  What I'm asking

11:35:27   25   about, though, is on the first and second pages

SEAN W. GUMM, CSR #13168, RPR, CRR

11:35:29  1   where you list the sources that you relied on.  What

11:35:32  2   my question is, is did you -- were you given a bunch

11:35:35  3   of sources and then you typed all of this out, or

11:35:37  4   were you given this list and then pasted it in?

11:35:39  5   A.   No.  No, so I took -- I took, um -- so I can

11:35:42  6   explain what I did.  I took all of the imaging

11:35:44  7   studies, and then created a header for each one.  So

11:35:49  8   I typed one, two, three, four and then typed out --

11:35:53  9   um, and typed in the words that I chose, which might

11:35:56  10  be slightly different than what's in the -- than

11:35:58  11  what's on the report.

11:35:59  12  Q.   So I just want to show Item 22.  So it says,

11:36:05  13  "Peer oversight call with Thomas Guilmette, Michael

11:36:09  14  Welner, Christopher Whitlow, Marc Agronin, Timothy

11:36:12  15  Shepherd," and then gives the date July 30, 2021.

11:36:16  16            I understand you might have made a

11:36:17  17  mistake when you were testifying, but are you -- I

11:36:19  18  want -- like, did you write this?

11:36:22  19  A.   "Peer oversight" -- I mean, my recollection is

11:36:24  20  that I typed all of these dates and lines of

11:36:31  21  information.

11:36:31  22  Q.   So it's common for you to write your own name

11:36:34  23  like that in the third person?

11:36:35  24  A.   Yes, "Christopher Whitlow."

11:36:37  25            Yeah, that's how I referred to

SEAN W. GUMM, CSR #13168, RPR, CRR

11:36:39  1   myself.  So if you looked at my biosketch, yes,

11:36:43  2   that's common within my field.

11:36:47  3   Q.   Okay.  And I think you already said this, but

11:36:50  4   so your -- your reports don't contain any language

11:36:53  5   supplied by other people?

11:36:55  6   A.   Not that I'm aware of -- um, not that I'm aware

11:36:59  7   of.

11:36:59  8   Q.   I would hope you would be aware.

11:37:02  9   A.   Yeah, I would, too.

11:37:02  10  Q.   Okay.

11:37:04  11  A.   But could someone have pasted a word or

11:37:06  12  something in there that I overlooked?  I guess

11:37:08  13  that's possible.

11:37:09  14  Q.   So, Dr. Whitlow, that would be a big problem if

11:37:11  15  that happened, okay?

11:37:12  16  A.   Okay.

11:37:12  17  Q.   But do you understand why?

11:37:13  18  A.   Why is that?

11:37:14  19  Q.   Well, it's because you are here to testify as

11:37:17  20  an expert.

11:37:17  21  A.   Yes.

11:37:18  22  Q.   And it's important that the words in your

11:37:20  23  report are ones that you wrote; do you understand

11:37:22  24  that?

11:37:22  25  A.   Yes.

11:37:23   1   Q.   Okay.  So I just want to make sure if you are

11:37:26   2   just guessing, but do you think someone else might

11:37:28   3   have put language in your report?

11:37:30   4   A.   I mean, it's conceivable that someone, um,

11:37:33   5   edited the way I wrote something, and so -- could

11:37:38   6   have, you know, written it in a different way than I

11:37:40   7   did.  But -- so I guess -- I guess that's possible.

11:37:43   8   I can't really say -- I don't recall whether that

11:37:46   9   actually happened, but it would be -- maybe I said a

11:37:49   10  meeting between Christopher Whitlow and someone

11:37:52   11  else, and someone could have rearranged it in a

11:37:54   12  different way.

11:37:55   13              So that's possible that my report

11:37:57   14  could have been edited, that is true.  I would say

11:38:00   15  that there's -- there's a good chance my report was

11:38:05   16  edited.  But in terms of who created it, I created

11:38:08   17  my report.

11:38:08   18  Q.   So what makes you say that there's a good

11:38:12   19  chance your report was edited?

11:38:13   20  A.   Because it was circulated to The Forensic

11:38:16   21  Panel, and I believe the people in the peer review

11:38:19   22  saw my report.

11:38:20   23  Q.   What you are saying is you wrote a report, and

11:38:22   24  then you distributed it to the colleagues in The

11:38:23   25  Forensic Panel?

11:38:23   1   **A.**   Yes.

11:38:23   2   **Q.**   And after that you don't know what happened to

11:38:25   3   it?

11:38:25   4   **A.**   Well, after that there was -- there were edits

11:38:28   5   of my -- of the report that I wrote, and it was

11:38:34   6   edited, yes.

11:38:35   7   **Q.**   Do you know who supplied those edits?

11:38:37   8   **A.**   I -- I -- I don't know for sure, but I would

11:38:40   9   say it's the peer review group -- people on the peer

11:38:44   10   review group.

11:38:45   11   **Q.**   Did you have a discussion with these people

11:38:47   12   about those edits?

11:38:48   13   **A.**   Um, we talked about -- we talked about some

11:38:51   14   edits and some questions.  So the peer review

11:38:54   15   process is that you have a group of

11:38:56   16   multidisciplinary experts.  And, you know, the

11:39:00   17   report is -- it's like a peer review publication.

11:39:02   18            So you distribute the report, just

11:39:04   19   like you would distribute a paper.  It's reviewed by

11:39:07   20   a multidisciplinary group.  You get together and

11:39:09   21   discuss it, questions that -- questions that people

11:39:12   22   had, areas where people think that things should be

11:39:15   23   clarified.

11:39:15   24            And, um -- and so definitely I took

11:39:19   25   that into consideration, and added to my report

11:39:23  1  based upon our conversation.  It was also

11:39:25  2  distributed, so parts of what I had written could

11:39:29  3  have been deleted, or the language could have been

11:39:35  4  changed to streamline the final product, just like

11:39:38  5  you would with any other peer review.

11:39:40  6  Q.   Just like with any other peer review?

11:39:43  7  A.   Correct.

11:39:43  8  Q.   But in academia, aren't there -- well, there

11:39:45  9  are like single-blind or double-blind peer reviews

11:39:47  10  in academic journals in your field?

11:39:48  11  A.   Single-blind or -- I am not familiar with that

11:39:51  12  terminology, but papers are sent for review by

11:39:54  13  experts.

11:39:55  14  Q.   Right.  But the experts that they're reviewed

11:39:57  15  by are experts in your field?

11:39:58  16  A.   Um, not always.  There are -- it's -- it can be

11:40:02  17  multidisciplinary.  It could be, for example,

11:40:04  18  neurologists, neuroradiologists.

11:40:06  19  Q.   So the purpose of peer review in an academic

11:40:09  20  context is to make sure people with different

11:40:11  21  opinions can tear something down to --

11:40:13  22  A.   Yes.

11:40:13  23  Q.   -- to make sure it withstands that -- that it

11:40:16  24  withstands scrutiny in the field; right?

11:40:18  25  A.   Yes.

SEAN W. GUMM, CSR #13168, RPR, CRR

11:40:18   1   Q.   But in this case all of the people that you are

11:40:22   2   calling peer reviewers are paid by the Defense;

11:40:24   3   right?

11:40:24   4   A.   Correct.

11:40:25   5   Q.   And the Defense has a narrative in this case;

11:40:27   6   right?

11:40:27   7   A.   I don't know if the Defense has a narrative or

11:40:30   8   not, but...

11:40:31   9   Q.   Are you saying you don't know if the Defense

11:40:32   10   has a point of view on the questions --

11:40:35   11   A.   I believe they have a point of view, but I was

11:40:37   12   saying I don't know, you know, what their narrative

11:40:41   13   is.

11:40:41   14   Q.   In your first report you mentioned one call --

11:40:43   15   A.   Yes.

11:40:44   16   Q.   -- with the peer reviewers.  It's Item 22.  We

11:40:47   17   talked about it before.

11:40:48   18   A.   Correct.

11:40:49   19   Q.   This is the one where you refer to yourself in

11:40:50   20   the third person --

11:40:51   21   A.   Yes.

11:40:51   22   Q.   -- in the middle of the sentence.  Doctor, I --

11:40:54   23   we really have to do better at not talking over each

11:40:57   24   other.

11:40:57   25   A.   I apologize.

SEAN W. GUMM, CSR #13168, RPR, CRR

11:40:59  1   Q.   So -- but now it sounds like what you are

11:41:02  2   saying is you had a lot more interaction with the

11:41:05  3   other people than what you just said; is that fair?

11:41:08  4   A.   I said that we had a peer oversight call, and

11:41:13  5   that we had a discussion during that call of the

11:41:16  6   report.  And then -- and then the peer reviewers

11:41:21  7   provided feedback over a period of time, not in the

11:41:25  8   context of that single call.

11:41:26  9   Q.   Doctor, this call was on July 30th; right?

11:41:29  10   A.   Um, yes.

11:41:30  11   Q.   And the amyloid PET was not done yet; right?

11:41:33  12   A.   The amyloid PET?  I -- I would have to see the

11:41:37  13   dates, yes.  So the amyloid PET scan may not have

11:41:41  14   been conducted yet; correct.

11:41:43  15   Q.   And the FDG-PET of August was not done?

11:41:49  16   A.   Correct.

11:41:50  17   Q.   And the MRI -- let me ask you, what did you

11:41:58  18   guys discuss on that July 30th call?

11:42:00  19   A.   It's been a long time.  We discussed the data

11:42:02  20   that we had to date.

11:42:05  21           MR. MALONEY:  Objection, Your Honor.

11:42:07  22   The amyloid PET scan had been conducted on

11:42:11  23   July 28th.  The peer review call Mr. Magnani's

11:42:14  24   representing was conducted on July 30th.

11:42:16  25           THE COURT:  Okay.  Then the witness

11:42:18    1    would be able to say that.

11:42:24    2                    You may continue.

11:42:25    3                    MR. MAGNANI:

11:42:26    4    Q.   Do you remember what you talked about on that

11:42:28    5    July 30th call?

11:42:29    6    A.   I don't remember all of the specifics.

11:42:31    7    Q.   And it sounds like we were just corrected;

11:42:33    8    right?  The amyloid PET was done before that call?

11:42:36    9    A.   Yes.

11:42:36   10    Q.   And does that mean that the amyloid PET was

11:42:40   11    done before you consulted with the panel?

11:42:43   12    A.   Well, if the amyloid PET was done before the

11:42:45   13    call, then it would have been done before we

11:42:47   14    consulted about it.

11:42:48   15    Q.   So that call was the first time that the panel

11:42:51   16    asked you about anything about this case?

11:42:54   17    A.   The panel asked me anything about the case?

11:42:57   18    Um, the peer review panel is what you mean -- or

11:43:00   19    forensic panel?

11:43:02   20    Q.   Is there a -- is there a difference --

11:43:04   21    A.   Yeah.  I mean, I -- I see The Forensic Panel

11:43:07   22    as, you know, a group.  I guess I was -- I was

11:43:10   23    referring to the peer review group as -- as the peer

11:43:13   24    review kind of panel.  But I guess I see your point

11:43:15   25    that the peer review group was retained by The

11:43:18   1   Forensic Panel, so in that case it would all be The

11:43:21   2   Forensic Panel.

11:43:21   3              So, yeah, we discussed all of the

11:43:23   4   information that we had to date.

11:43:26   5   Q.   And so, my question was did anybody on the

11:43:28   6   Defense team talk to you before you ordered the

11:43:33   7   amyloid PET -- did they consult with you about

11:43:35   8   whether that would be a --

11:43:36   9   A.   Yes.  Yes.

11:43:37   10  Q.   Okay.  So your testimony is that they talked to

11:43:39   11  you before July 28th when that was ordered?

11:43:43   12  A.   Yes.  We -- um, I recommended ordering the

11:43:48   13  amyloid PET to The Forensic Panel.

11:43:49   14  Q.   Do you know why those other -- that previous

11:43:53   15  consultation is not in your report?

11:43:56   16  A.   No, I don't know why I -- I don't know why

11:44:01   17  that's not in my report.

11:44:03   18  Q.   Is there something special about this meeting

11:44:04   19  on July 30th that we should know about?

11:44:07   20  A.   Yes, so this was an organized call where we

11:44:12   21  were going to meet about all of the data that we had

11:44:14   22  to date, and the elements of the report that I was

11:44:16   23  drafting to go over.  You know, what -- where are

11:44:19   24  the data that we have to date?  What are the

11:44:22   25  opinions that have been generated?  And then, to get

11:44:24  1  oversight from this multidisciplinary team to have a

11:44:29  2  chance to weigh in and review the materials

11:44:31  3  objectively.

11:44:32  4           You know, the whole purpose here is

11:44:34  5  to review data and opinions through the lens of

11:44:37  6  objectivity using sort of scientific principles of

11:44:40  7  review.  So this was a -- this was not just a --

11:44:43  8  like, some sort of a one-off consultation.  This was

11:44:46  9  an organized event where we had a very specific

11:44:49  10 mandate to review all of the information that we had

11:44:52  11 and discuss it, ask questions, review, modify, and

11:44:58  12 have a -- have an organic exchange.

11:45:00  13 Q.   Have you submitted your report to the panel for

11:45:03  14 their review before that call?

11:45:06  15 A.   Oh, gosh.  I certainly had not submitted my

11:45:12  16 final report, for sure.  How much I had submitted --

11:45:15  17 what I had submitted at the time I -- I -- I don't

11:45:19  18 remember.

11:45:20  19 Q.   So --

11:45:20  20 A.   Oh, go ahead.  I'm sorry.

11:45:21  21 Q.   So you -- at some point, though, you gave them

11:45:24  22 a draft?

11:45:24  23 A.   At some point a draft was circulated.

11:45:27  24 Q.   And then at some point they sent you back with

11:45:29  25 comments?

SEAN W. GUMM, CSR #13168, RPR, CRR

11:45:29    1    **A.**    Yes.

11:45:29    2    **Q.**    And do you remember -- did you accept all of
11:45:32    3    those comments?

11:45:33    4    **A.**    No, I didn't accept all of them.  Um, I didn't
11:45:37    5    accept all of the comments, no.

11:45:39    6    **Q.**    Okay.  But I guess really what I'm wondering is
11:45:41    7    you seem to have some -- you know, it seemed like
11:45:45    8    you weren't too sure if at the end of the day
11:45:47    9    whatever your final was is the same final we have
11:45:49   10    here?

11:45:49   11    **A.**    No, yeah.  I think -- I think there's --
11:45:52   12    certainly I distributed my report, and there were
11:45:55   13    edits made to my report.  I think what I was trying
11:45:57   14    to convey is I wrote that report.  And, yes, it
11:46:00   15    could -- it was most certainly edited in the context
11:46:03   16    of, you know, peer review.

11:46:05   17    **Q.**    Okay.

11:46:05   18    **A.**    For sure.

11:46:06   19    **Q.**    That's why I just want to go over with you if
11:46:10   20    there's something you say like, "I don't agree with
11:46:13   21    that," that's okay?

11:46:14   22    **A.**    Okay.

11:46:14   23    **Q.**    The importance is to be truthful now and give
11:46:17   24    us your best effort at explaining these things,
11:46:19   25    okay?

11:46:19   1   **A.**   Certainly.

11:46:20   2   **Q.**   Okay.  So in the first paragraph of your first

11:46:23   3   report you wrote that, "Mr. Brockman is charged in a

11:46:29   4   complex indictment with details and history that

11:46:32   5   require him to be actively engaged in informing his

11:46:35   6   attorneys with reliable and valid information, to be

11:46:38   7   making decisions, and to be guiding the attorneys

11:46:41   8   through records and evidence for which they can only

11:46:43   9   partly inform their preparations.

11:46:46   10           "His capacity to inform his attorneys

11:46:48   11   and to engage the mental and physical rigors of

11:46:51   12   trial is in question, and a court hearing is

11:46:54   13   anticipated."

11:46:56   14   **A.**   Yes.

11:46:56   15   **Q.**   So is that your language?

11:46:57   16   **A.**   Um, that -- that language is probably an

11:47:01   17   amalgamation of peer review.

11:47:03   18   **Q.**   Is that language that -- is that your opinion

11:47:06   19   about what the indictment says?

11:47:08   20   **A.**   That's mine.  That's my understanding.

11:47:11   21   **Q.**   And before you said that you didn't think you'd

11:47:14   22   even read the indictment; right?

11:47:15   23   **A.**   I can't recall that I specifically read the

11:47:17   24   indictment or not.  I just can't remember.

11:47:18   25   **Q.**   So would it be fair to say that the description

11:47:21  1   of the indictment is not something that -- that's

11:47:23  2   not your description?

11:47:25  3   **A.**   Um, yeah.   That's an amalgamation of our peer

11:47:28  4   review process for sure.

11:47:33  5   **Q.**   So -- and I'm just trying to understand what's

11:47:37  6   yours and what's not?

11:47:38  7   **A.**   Okay.

11:47:38  8   **Q.**   Let me ask you this.   Do you stand by that

11:47:41  9   description of the indictment?

11:47:41  10  **A.**   Yeah, I would stand by the description.

11:47:44  11  Because, you know, that's a report that was

11:47:46  12  generated by me with input from peer review.   So

11:47:49  13  it's amalgamation of the peer review process.

11:47:52  14                          And so, in the context of

11:47:54  15  discussing the case and discussing all of the

11:47:55  16  details, um, I -- you know, then I agree with that

11:47:59  17  statement.

11:47:59  18  **Q.**   And when -- when you say that the indictment is

11:48:02  19  complex and it requires -- I mean you say it

11:48:06  20  requires active engagement.   You say it requires the

11:48:10  21  Defendant to make decisions and to guide the

11:48:12  22  attorneys through records and evidence, is that your

11:48:15  23  opinion about what the Defendant has to do to be

11:48:18  24  competent in this case?

11:48:19  25  **A.**   I would say -- yeah, that -- that's a good

11:48:22  1   reason to have an expert to help guide attorneys

11:48:25  2   through records and evidence.

11:48:26  3   **Q.**   So I'm not asking about an expert.  I'm asking

11:48:29  4   about the Defendant -- a client?

11:48:30  5   **A.**   Oh, the client.  Okay.

11:48:32  6   **Q.**   So here what your report says is it says what's

11:48:36  7   required of the client, the Defendant, that the

11:48:39  8   client is required to guide their attorneys through

11:48:42  9   evidence and things like that.  And what I'm asking

11:48:45  10  is, is that your opinion about what's required for a

11:48:49  11  client in a criminal case to be able to do?

11:48:51  12  **A.**   Let me review my report here, because some of

11:48:56  13  it is cut off there.

11:49:01  14  **Q.**   I'm sorry, you can adjust me, too.

11:49:03  15  **A.**   Oh, yeah.  I think that I would agree that in a

11:49:11  16  -- in this kind of a court hearing that -- yeah,

11:49:19  17  that he -- that the Defendant would need to be

11:49:21  18  actively engaged in informing attorneys, yes.  I

11:49:27  19  would think that would be required of any defendant.

11:49:29  20  **Q.**   Okay.  So that's your opinion?

11:49:30  21  **A.**   Yeah, I think the Defendant should be able to,

11:49:34  22  you know, actively engage and inform attorneys.  I

11:49:38  23  think defendants should be able to do that, yes.

11:49:49  24  **Q.**   Okay.  Sticking on this first report, we talked

11:49:51  25  about these Baylor records that you reviewed before.

SEAN W. GUMM, CSR #13168, RPR, CRR

11:49:55  1  You know, is this your language that, "An extensive

11:49:59  2  workup from highly reputable neuroscience

11:50:02  3  specialists at Baylor University School of Medicine

11:50:05  4  has established a diagnosis of Parkinson's disease"?

11:50:08  5  **A.**   It's my language informed by the peer review

11:50:11  6  process.  So, you know, definitely -- so, yes.

11:50:15  7  **Q.**   And so, you know, I understand that this was a

11:50:18  8  collaboration, but really what's important now is

11:50:21  9  that we know what you think --

11:50:23  10  **A.**   Yes.

11:50:23  11  **Q.**   -- and what your opinions are.

11:50:24  12  **A.**   Okay.

11:50:25  13  **Q.**   So when I'm asking these questions, really what

11:50:28  14  I'm just trying to understand is if that's -- like,

11:50:31  15  one, if you wrote it.  I guess if you are not sure

11:50:34  16  about specific language --

11:50:35  17  **A.**   No, I'm not saying that exactly.  What I'm

11:50:38  18  saying is that I crafted the report, and then the --

11:50:41  19  and then in the peer review process, um, it was

11:50:44  20  discussed and informed by the peer review process.

11:50:48  21  It was edited by the peer review group, um, just

11:50:52  22  like any other research paper that I write that's a

11:50:56  23  team effort.

11:50:57  24             And that at the end of the day,

11:50:58  25  it's the product I put my name on, and therefore

11:51:00  1   everything in it I agree with.

11:51:02  2   Q.   Okay.

11:51:03  3   A.   But, you know, all of that is informed by peer

11:51:06  4   review process.

11:51:07  5   Q.   And so, you are saying this is just like any

11:51:09  6   other research report that you do?

11:51:10  7   A.   Not -- it's similar to other research reports

11:51:13  8   in that there's a peer review element.

11:51:15  9   Q.   Okay --

11:51:16  10   A.   And it's a team effort.

11:51:17  11   Q.   But you knew at the time you wrote this report

11:51:21  12   that the Parkinson's disease diagnosis was not in

11:51:24  13   dispute; right?

11:51:25  14   A.   Um, yeah.  I think I -- I -- thinking back, I

11:51:30  15   -- I think that's correct, yes.

11:51:32  16   Q.   Okay.  But did you know that there's some

11:51:34  17   dispute about whether the Baylor team accurately

11:51:37  18   diagnosed the Defendant back in 2019?

11:51:39  19   A.   I do recall a conversation where, again, we

11:51:42  20   were talking about -- clearly there was a

11:51:45  21   neurodegenerative process at play, and that there

11:51:50  22   was concern for Alzheimer's disease.  And I recall

11:51:53  23   saying, "Well, if there's concern for Alzheimer's

11:51:55  24   disease" -- I remember thinking about, you know,

11:51:57  25   what goes into the diagnosis of Alzheimer's disease,

11:52:00   1   with amyloid PET being one of those elements.

11:52:07   2   Q.    So let me ask you this hopefully simple

11:52:10   3   question.   You reviewed the Baylor records; correct?

11:52:12   4   A.    Yes.

11:52:13   5   Q.    Do you agree with the diagnosis as of

11:52:15   6   March 2019, that the Defendant had mild to moderate

11:52:18   7   dementia at that time?

11:52:19   8   A.    Mild to moderate dementia?   Well, first of all

11:52:23   9   let me say that there were quite a lot of records.

11:52:26   10  And, um -- and, you know, I don't -- I don't

11:52:29   11  specifically remember that 2019 diagnosis.   So, you

11:52:37   12  know, I would have to think about that.

11:52:39   13            Can you -- your question was in

11:52:41   14  2019 they had a diagnosis of mild cognitive

11:52:45   15  impairment; is that what you said?

11:52:46   16  Q.    That's not what I said.

11:52:47   17  A.    Okay.   Sorry.

11:52:48   18  Q.    Just take it -- let's take it slow.   My

11:52:50   19  question is you just said that you read the Baylor

11:52:53   20  records?

11:52:53   21  A.    I did.

11:52:57   22  Q.    And you know the Baylor doctors diagnosed

11:52:59   23  Mr. Brockman with mild to moderate dementia in 2019?

11:53:01   24  A.    Okay.   I do know that.

11:53:03   25  Q.    My question is do you agree with that

11:53:05   1   diagnosis?

11:53:06   2   **A.**   I would say, um -- do I agree with that

11:53:08   3   diagnosis?   Um, yeah, I would say in 20 -- I would

11:53:14   4   say that's conceivable that in 2019 they've that

11:53:16   5   that -- that would be correct.   So, yes.   I would

11:53:19   6   say, yes.   I agree with that.

11:53:21   7   **Q.**   Okay.   So what I'm wondering -- like, when you

11:53:24   8   describe the doctors as highly reputable

11:53:27   9   neuroscience specialists, is that -- tell me if I'm

11:53:31   10   wrong.   It sounds like you are trying to bolster

11:53:33   11   them to support the fact you agree with their

11:53:36   12   conclusions?

11:53:36   13   **A.**   Well, I guess what I'm trying to say there is,

11:53:39   14   um, give some context for the people who are giving

11:53:42   15   their opinions and why they -- why they would have

11:53:44   16   been consulted, just like we did at the beginning of

11:53:47   17   my testimony to establish their credentials.

11:53:49   18   **Q.**   Now, one of the other sources of information

11:53:52   19   that you relied on in your report is a 2017 e-mail

11:53:56   20   between the Defendant and Dr. Yudofsky.   Do you

11:53:59   21   remember that e-mail?

11:54:02   22   **A.**   I do not remember that e-mail.   So if you have

11:54:04   23   it available, you could refresh my memory.

11:54:11   24   **Q.**   It's Item 19 on your list.

11:54:13   25   **A.**   Yes.

11:54:14   1   Q.   So who gave you that e-mail to review?

11:54:16   2   A.   I believe it was the case manager at Forensic

11:54:18   3   Panel.

11:54:19   4   Q.   Who is that person?

11:54:20   5   A.   Joanna Fiorentini.

11:54:25   6   Q.   And so is it your testimony that Ms. Fiorentini

11:54:28   7   is the person that gave you all of these materials?

11:54:30   8   A.   That's my recollection.  But I would -- I would

11:54:32   9   say that could I have received another piece of

11:54:35   10  information -- no.  I guess she didn't give me all

11:54:37   11  of the information, because I believe some of it was

11:54:40   12  sent directly from Methodist, I believe.  For

11:54:42   13  example, some of the imaging studies on disc, I

11:54:45   14  believe, were sent directly from Methodist -- I

11:54:48   15  believe.  It's my recollection.

11:54:49   16  Q.   Doctor, I'm just going to interrupt you.  No

11:54:52   17  one cares where you got the imaging studies from.

11:54:55   18  A.   Okay.  You were asking, so...

11:54:56   19  Q.   Remember I said I wanted to explore the

11:54:58   20  potential of bias?

11:54:59   21  A.   Oh, yes.  Yes.

11:55:01   22  Q.   So there's something called selection bias;

11:55:03   23  right?

11:55:03   24  A.   Yes.

11:55:03   25  Q.   Do you understand that the materials that you

1   were shown and not shown might lead to selection

2   bias?

3   A.  Yes, I understand that.

4   Q.  So the imaging is the imaging.  Let's put that

5   aside, okay?

6   A.  Okay.

7   Q.  What I'm asking is besides that, is it your

8   testimony that got these materials -- I don't

9   remember her name, but the person at The Forensic

10   Panel?

11   A.  Yes, the case manager at Forensic Panel.  Yes,

12   I would say it's accurate to say the vast majority

13   of the information came from her.

14   Q.  And what were you told about this 2017 e-mail?

15   A.  What I was told about it?  I don't recall -- I

16   don't recall any -- any specific instructions about

17   the e-mail.  My recollection is there were e-mails

18   that basically said, you know, "Here are materials,

19   please review."

20               But I -- and so I don't -- I don't

21   recall if there was any specific instruction to

22   attend to this e-mail more than any other piece of

23   information.

24   Q.  Do you know who Dr. Stuart Yudofsky is?

25   A.  I -- I don't know him personally.

SEAN W. GUMM, CSR #13168, RPR, CRR

11:56:09    1    Q.    But were you told anything about him?

11:56:12    2    A.    Not -- I don't remember being told anything

11:56:14    3    about him specifically.

11:56:16    4    Q.    Okay.  Can you talk about how did this e-mail

11:56:19    5    work itself into your report in your conclusions?

11:56:22    6    A.    So again, I got a -- an e-mail with -- with --

11:56:27    7    so I got an e-mail with a link to a folder that had

11:56:31    8    a massive amount of information in it.  And so, the

11:56:33    9    first thing that I did was just -- because it was so

11:56:36   10    much information --

11:56:36   11    Q.    So, Doctor, sorry to cut you off.  I understand

11:56:39   12    that -- you know, the way the documents were

11:56:41   13    transmitted to you is not important.

11:56:43   14    A.    Okay.

11:56:43   15    Q.    So the -- my question is basically what -- how

11:56:46   16    did you use this e-mail in informing your opinion?

11:56:50   17    A.    Got you.  So I just read all of these

11:56:54   18    documents.  And it's a lot of material.  Um, and I

11:56:57   19    -- so I reviewed it.

11:56:59   20    Q.    Okay.  And do you remember anything about it?

11:57:02   21    A.    I honestly don't remember anything specific

11:57:05   22    about it.  Um, but did review all of the records.

11:57:09   23    And then, from there kind of selected, you know,

11:57:12   24    information to inform my decision.

11:57:14   25    Q.    Okay.  And I want to sort of switch gears here

11:57:17   1   a little bit.  So before -- I apologize for being

11:57:21   2   dis -- I'm not trying to disorient you.  We were

11:57:24   3   talking before about how you can't diagnose dementia

11:57:28   4   with a scan alone; correct?

11:57:29   5   **A.**   Correct.  That's right.

11:57:30   6   **Q.**   And we talked about how there's basically two

11:57:33   7   different measures that we have here that both give

11:57:37   8   us a window into the degree of neurodegeneration in

11:57:41   9   the Defendant's brain?

11:57:43   10   **A.**   Um, I'm sorry.  Repeat the question.

11:57:45   11   **Q.**   There's a lot of different scans we have in

11:57:47   12   this case; right?

11:57:48   13   **A.**   Correct.

11:57:49   14   **Q.**   And it's really the MRI and the FDG-PET that

11:57:51   15   the best indicators of neurodegeneration?

11:57:54   16   **A.**   Um, no.  I wouldn't -- I wouldn't say that

11:57:57   17   they're the best.  I think they all have value in

11:58:00   18   different ways.

11:58:01   19   **Q.**   Okay.  Didn't you testify before if you could

11:58:03   20   only order one scan --

11:58:05   21   **A.**   Yes.

11:58:05   22   **Q.**   -- to show neurodegeneration --

11:58:07   23   **A.**   I did.  I'm sorry.  I'm so sorry.

11:58:10   24   **Q.**   So if you could only order one, you would order

11:58:12   25   the MRI; right?

11:58:14   1   **A.**   Yes.

11:58:14   2   **Q.**   And the second one that would be the second

11:58:16   3   most informative in your view would be the FDG-PET?

11:58:18   4   **A.**   Yes.

11:58:19   5   **Q.**   Okay.  So those are the two best scans we have

11:58:22   6   to inform the degree of brain damage in this case;

11:58:25   7   right?

11:58:26   8                    MR. MALONEY:  Objection, Your Honor.

11:58:28   9   Misstates the testimony.  That is not what the

11:58:30   10   witness said.

11:58:30   11                    THE COURT:  Okay.  Objection overruled.

11:58:32   12   The witness knows what he said and what he didn't

11:58:34   13   say.  The Court remembers the testimony, so I give

11:58:39   14   free reign with respect to directing --

11:58:42   15   cross-examining expert witnesses.

11:58:47   16                    MR. MAGNANI:

11:58:48   17   **Q.**   You should think about this.  I just want to

11:58:50   18   make sure, in your view, what are the two most

11:58:53   19   reliable types of brain scans to measure

11:58:56   20   neurodegeneration that we have in this case?

11:58:58   21   **A.**   So I would say the question that I was posed

11:59:01   22   with is if in a hypothetical situation --

11:59:04   23   **Q.**   Stop.  Stop.  Forget about what happened

11:59:06   24   before.  Forget about the question that was posed,

11:59:09   25   I'm just asking in this universe of brain scans that

1   we have, is it your opinion that the most

2   informative are the MRI and the FDG-PET?

3   **A.**   Um, again it's -- we're getting into a

4   hypothetical question with a nuanced answer.  So I

5   just want to make sure I'm being accurate in

6   answering this in the way that I intended on

7   answering it.  So, um -- so I -- and I don't know

8   what's the appropriate methodology here.  But I

9   guess the -- what my recollection was that I was

10  asked a question.

11              I said no individual -- we don't

12  use imaging studies in a vacuum.  I would never have

13  one, and that all of them are important for

14  different reasons.  And that I -- I had a hard time

15  saying what would be the most important.  Then you

16  said, well, if I could only choose one, which one

17  would it be?

18              And I said, "Well, that's very

19  hypothetical, but I guess from my perspective I

20  would say if I could only choose one I would choose

21  MRI, because that way I could exclude other causes

22  of dementia such as brain tumors, strokes" and that

23  sort of thing.

24              But I wasn't trying to say MRI is

25  most accurate for depicting neurodegeneration.  But

12:00:24   1   I was trying to say if I was a physician faced with

12:00:27   2   a patient, and I was only given a hypothetical

12:00:30   3   situation where I could only have one imaging study,

12:00:32   4   what would be the most helpful?

12:00:35   5                I would say MRI, because it

12:00:37   6   excludes other types of dementia.

12:00:39   7   Q.   Doctor, do you think I am trying to confuse

12:00:42   8   you?

12:00:42   9   A.   I feel a little bit like you are trying to

12:00:44   10   confuse me.

12:00:44   11   Q.   I'm not trying to mislead or confuse you.  What

12:00:47   12   I'm trying to do is get you to tell everybody -- we

12:00:50   13   have a lot of different scans in this case.  What I

12:00:52   14   am asking you is what is the most useful one for

12:00:55   15   measuring the degree of neurodegeneration?

12:00:57   16   A.   If the question is the one that's the most

12:01:02   17   helpful for measuring neurodegeneration, again I'm

12:01:05   18   back to saying I don't really think there is one

12:01:08   19   that is best.  I just don't think there's one that's

12:01:11   20   best for neurodegeneration.

12:01:12   21   Q.   So it's your testimony that you just don't know

12:01:16   22   --

12:01:16   23   A.   Yeah, I would say --

12:01:19   24   Q.   So, yeah.  Let me finish the question.  I know

12:01:21   25   you know where I'm going with the question, but just

12:01:24   1   wait.  So it's your testimony of the scans reviewed

12:01:26   2   in this case, you don't know which one is the most

12:01:29   3   informative of neurodegeneration?

12:01:32   4   **A.**   I would say that I don't -- so I don't know

12:01:37   5   which one is the most sensitive for measuring

12:01:41   6   neurodegeneration.  I think -- what I'm saying is

12:01:44   7   that they all have intrinsic value, and they're all

12:01:47   8   different.

12:01:49   9            I guess what I'm trying to say is

12:01:51   10   they're different.  They're measuring different

12:01:52   11   things, so you can't say one is better than another

12:01:55   12   because they're giving you different pieces of

12:01:56   13   information.  One is about function.  One is about

12:01:59   14   structure.  Both of them reflect neurodegeneration.

12:02:02   15            Can I say one is better than

12:02:04   16   another?  I don't think so.

12:02:05   17   **Q.**   Doctor, we're -- all I'm trying to ask you is

12:02:09   18   if the two most probative of neurodegenerative scans

12:02:15   19   are the MRI and the FDG-PET.  Is that -- would you

12:02:18   20   agree?

12:02:19   21   **A.**   Well, I would -- I would -- I would agree that

12:02:21   22   there's three really important imaging scans for,

12:02:25   23   um, evaluating dementia.  I would say it's MRI,

12:02:30   24   FDG-PET, and amyloid --

12:02:30   25   **Q.**   I'm not asking about evaluating dementia --

12:02:32  1   **A.**   Okay.  For neurodegeneration I would say those

12:02:34  2   three would be very important for measuring

12:02:37  3   neurodegeneration.

12:02:38  4   **Q.**   Didn't you testify before the amyloid PET does

12:02:41  5   not measure neurodegeneration?

12:02:42  6   **A.**   I testified that the amyloid PET measures a

12:02:47  7   proteinopathy in the brain.

12:02:49  8   **Q.**   Does the amyloid PET measure neurodegeneration?

12:02:52  9   **A.**   You asked me does amyloid PET measure, um,

12:02:57  10  function, and I said, no, it doesn't measure

12:03:00  11  function.  But as a measure of neurodegeneration, I

12:03:03  12  do believe it reflects a neurodegenerative process,

12:03:08  13  because it detects amyloid plaques in the brain.

12:03:11  14  **Q.**   Let's break this down.  I'm not asking about

12:03:14  15  whether it detects a neurodegenerative process.  I'm

12:03:16  16  asking about how -- we agree Mr. Brockman is

12:03:19  17  suffering from neurodegeneration; right?

12:03:21  18  **A.**   Correct.

12:03:22  19  **Q.**   That neurodegeneration manifests in two ways;

12:03:25  20  right?  Well, let me ask it this way.  The

12:03:28  21  neurodegeneration manifests by volume loss; right?

12:03:31  22  **A.**   That is one manifestation of neurodegenerative

12:03:35  23  change; correct.

12:03:35  24  **Q.**   We measure volume with an MRI; right?

12:03:38  25  **A.**   That's correct.

12:03:38   1   Q.   The other way it manifests is a reduced

12:03:41   2   metabolic uptake of sugar in the brain; right?

12:03:43   3   A.   Yes, we can agree there.

12:03:45   4   Q.   And we measure that with an FDG-PET; right?

12:03:47   5   A.   That's correct.

12:03:47   6   Q.   Now, the fact that amyloid is accumulating in

12:03:50   7   parts of his brain is not a measurement of his

12:03:53   8   degree of neurodegeneration; would you agree?

12:03:58   9   A.   I -- I will say I don't know if I can answer

12:04:02   10   that, because that's an area of active research now

12:04:06   11   what amyloid means.   Okay -- so I don't know.   I

12:04:09   12   don't know.

12:04:09   13   Q.   And that's fine if you don't know, but of these

12:04:12   14   three tests are you saying that you do not know

12:04:15   15   which two of them are the best at measuring the

12:04:18   16   degree of neurodegeneration?

12:04:21   17   A.   I think that, um -- which two are the best at

12:04:26   18   neurodegeneration?   The way you are asking the

12:04:29   19   question, I -- I don't know.   I mean I -- I would

12:04:32   20   say that -- are those the best at measuring

12:04:36   21   neurodegeneration?   Golly.

12:04:40   22                    They are good at measuring

12:04:42   23   neurodegeneration.   Are they -- I guess I'm -- maybe

12:04:45   24   it would be helpful to try to get to kind of what --

12:04:48   25   you know, are you -- are you saying that MRI and PET

| | |
|---|---|
| 12:04:53 | 1 |
| 12:04:58 | 2 |
| 12:05:01 | 3 |
| 12:05:03 | 4 |
| 12:05:07 | 5 |
| 12:05:09 | 6 |
| 12:05:11 | 7 |
| 12:05:14 | 8 |
| 12:05:19 | 9 |
| 12:05:22 | 10 |
| 12:05:22 | 11 |
| 12:05:25 | 12 |
| 12:05:26 | 13 |
| 12:05:28 | 14 |
| 12:05:28 | 15 |
| 12:05:31 | 16 |
| 12:05:31 | 17 |
| 12:05:33 | 18 |
| 12:05:36 | 19 |
| 12:05:39 | 20 |
| 12:05:43 | 21 |
| 12:05:46 | 22 |
| 12:05:48 | 23 |
| 12:05:53 | 24 |
| 12:05:56 | 25 |

1  have value that -- measuring neurodegeneration that

2  amyloid doesn't have?  Then, yes, I would say

3  definitely do have value that the amyloid PET

4  doesn't have in showing those two manifestations of

5  neurodegenerative disease.

6              But the accumulation of amyloid is

7  not normal.  And, um, it -- it reflects an abnormal

8  process that is initiated by neurodegeneration --

9              THE COURT:  Let him finish.  Let him

10  finish.

11              By "You," I mean you.  Sorry.

12              THE WITNESS:  No, sorry.  Sorry.

13              THE COURT:  No.  No, he keeps stepping

14  over you.

15              THE WITNESS:  I'm doing the same, so I

16  apologize.

17              So again, you have to ask yourself

18  why do people have amyloid in their brain?  It's not

19  normal.  It shouldn't be there.  It's -- and it's

20  believed that accumulation of amyloid is -- is a

21  manifestation of a neurodegenerative process.  So I

22  guess that's why I'm struggling with saying, you

23  know -- trying to say that there's not value in --

24  in understanding that that -- that there's no value

25  in the assessment of neurodegeneration with an

12:06:00   1   amyloid scan.

12:06:01   2                    I have a hard time saying it

12:06:03   3   doesn't provide any information about

12:06:05   4   neurodegeneration.  I say it provides a different

12:06:06   5   kind of information about pathologic process that

12:06:10   6   would probably fall under the category of

12:06:12   7   neurodegeneration.

12:06:12   8   Q.   And so, just to be clear your testimony is that

12:06:15   9   when we're talking about the MRI, the FDG-PET and

12:06:19   10  the amyloid PET, your testimony is that you do not

12:06:23   11  know which two of those are most informative for

12:06:26   12  measuring neurodegeneration?

12:06:30   13  A.   For measuring neurodegeneration?  Again -- you

12:06:36   14  know, as a clinical neuroradiologist I don't measure

12:06:40   15  neurodegeneration.  So I can't -- can't say that I

12:06:42   16  can answer that question accurately.

12:06:44   17  Q.   So I'll move on.  I don't want to try to push

12:06:47   18  you out of your comfort zone here.

12:06:50   19  A.   Yeah.

12:06:51   20  Q.   You would agree that it's possible for people

12:06:53   21  to have abnormal FDG-PET findings, but still be

12:06:57   22  cognitively normal; correct?

12:06:58   23  A.   Um, I think that's a very -- that's -- that's a

12:07:03   24  nuanced question.  Yes.  But is it probable?  No,

12:07:07   25  it's not probable.

12:07:08   1    Q.   Let's take them one question at a time.

12:07:10   2    A.   Okay.

12:07:10   3    Q.   So is it possible for people to have abnormal

12:07:14   4    FDG-PET findings, but still be cognitively normal?

12:07:17   5    A.   Again, medicine deals in the realm of

12:07:19   6    probability.  So while it might be possible, it's

12:07:22   7    very unlikely.  Just like the patient had a normal

12:07:24   8    PET scan but had Alzheimer's disease.

12:07:26   9                So it's also possible to have a

12:07:28   10   normal PET scan and have Alzheimer's disease.

12:07:31   11   Neither one of those would be very probable, and

12:07:32   12   they wouldn't be common.  So I think, you know,

12:07:35   13   again it's -- medicine deals in the realm of

12:07:39   14   probability.

12:07:40   15   Q.   So the answer to my question is, yes, it's

12:07:42   16   possible?

12:07:42   17   A.   Yes, it's possible.

12:07:44   18   Q.   Okay.  Thinking about sort of the different

12:07:48   19   types of brain, what's the number one that you

12:07:51   20   associate with memory?

12:07:52   21   A.   Um, the areas of brain that are most associated

12:07:56   22   with memory --

12:07:57   23   Q.   Number one, asking you to rank stuff, Doctor?

12:07:59   24   A.   Temporal lobe.

12:08:01   25   Q.   Number two?

SEAN W. GUMM, CSR #13168, RPR, CRR

12:08:02  1  **A.**  Number two involved in memory?  Frontal lobes.

12:08:04  2  **Q.**  Three?

12:08:06  3  **A.**  Um, gosh.  You know, I don't know that I could

12:08:09  4  go beyond that.  That seems a very artificial way of

12:08:14  5  boiling down brain in a very -- a way that's overly

12:08:18  6  simplistic, I think.

12:08:19  7  **Q.**  So in patients with Alzheimer's disease, what

12:08:21  8  area of the brain do we see early -- fair to say in

12:08:30  9  patients with Alzheimer's disease, amyloid

12:08:32  10  accumulates in the hippocampus?

12:08:34  11  **A.**  No, amyloid accumulates in the brain all over

12:08:38  12  in patients with Alzheimer's disease.

12:08:40  13  **Q.**  Are you saying it doesn't accumulate in the

12:08:41  14  hippocampus?

12:08:41  15  **A.**  No, the hippocampus is part of the brain.  So

12:08:44  16  if it occurs in all parts of the brain, by

12:08:48  17  definition it would occur in the hippocampus as

12:08:50  18  well.

12:08:50  19  **Q.**  Would you agree the hippocampus is widely

12:08:53  20  recognized as an area of early change in patients

12:08:55  21  with Alzheimer's disease?

12:08:56  22  **A.**  The current -- no.  The current literature

12:08:59  23  deviates from just focusing on the hippocampus.  If

12:09:01  24  you look at the most recent literature in the

12:09:04  25  Alzheimer's disease world, they talk about a -- um,

12:09:09  1   a temporal/parietal meta-ROI.  So what's being been

12:09:15  2   recognize is in Alzheimer's disease it's not just

12:09:18  3   the hippocampus.  It's portions of the temporal

12:09:21  4   lobe, parietal lobe, cingulate hippocampus.  And

12:09:25  5   it's -- it's this cluster of regions that seems to

12:09:28  6   be important.  It is not just the hippocampus.

12:09:31  7           And so, if you look in the recent

12:09:34  8   literature, people aren't -- there's much more

12:09:37  9   emphasis on this distributed -- these distributed

12:09:41  10  anatomic regions that form this, um -- um,

12:09:47  11  temporal/parietal meta-ROI, than people focusing on

12:09:47  12  hippocampus.

12:09:50  13          Although, I will say historically

12:09:54  14  people focused on the hippocampus a lot.

12:09:56  15  Q.   Historically, like, ten years ago?

12:09:58  16  A.   I would say so.

12:10:00  17  Q.   And by people, you mean you?

12:10:01  18  A.   I would say myself.

12:10:02  19  Q.   And we talked about *Withered the Hippocampus*?

12:10:05  20  A.   Yes.

12:10:05  21  Q.   That's the name of the paper you wrote?

12:10:06  22  A.   That's right.

12:10:07  23  Q.   And in that report the first sentence is, "The

12:10:09  24  hippocampus is widely recognized as an area of early

12:10:12  25  change in Alzheimer's disease"?

12:10:14   1   **A.**   Yes, but research moves fast.

12:10:15   2   **Q.**   By the way, I do have -- you know, if you want

12:10:18   3   to look at this, but I'm going to move on, okay?

12:10:20   4   **A.**   Sure.

12:10:20   5   **Q.**   So this paper, we should forget it?

12:10:23   6   **A.**   I didn't say that.

12:10:23   7   **Q.**   Well, that part of it you are saying is not up

12:10:26   8   to date?

12:10:26   9   **A.**   No, I'm saying that strictly focusing on the

12:10:30   10   hippocampus is out of date.  Now people focus on

12:10:32   11   more than just the hippocampus and they focus on a

12:10:34   12   temporal/parietal meta-ROI, and that's something

12:10:38   13   that's just come about in the last several years.

12:10:41   14   That's the nature of science that it's always

12:10:44   15   progressing.

12:10:45   16   **Q.**   Okay.  Well, yeah, let's get back to this MRI.

12:10:49   17   So -- and I'll just go back to your report.  This is

12:10:53   18   one of those things you testified.  Do you see where

12:10:56   19   I've highlighted?  This is your report, Page 2 at

12:11:01   20   the bottom.  This is where you say, "You appreciate

12:11:06   21   diffuse cerebral volume loss."

12:11:09   22                   Did you write that?

12:11:11   23   **A.**   I can just turn to the -- let me turn to the --

12:11:15   24   so this is the second report from October --

12:11:19   25   **Q.**   No.

SEAN W. GUMM, CSR #13168, RPR, CRR

12:11:19   1   **A.**   The first report?

12:11:20   2   **Q.**   First report, Page 2.  Let me know -- you can

12:11:23   3   direct me on the screen if you'd like?

12:11:25   4   **A.**   That's okay.  It's just easier to just read it

12:11:29   5   here.  So brain MRI scan dated November 2nd, 2018.

12:11:44   6   Yes.

12:11:44   7   **Q.**   And sorry, just to make it's clear.  So in your

12:11:46   8   report -- your first report, Page 2, you wrote that

12:11:48   9   you "appreciate diffuse cerebral volume loss"?

12:11:52   10   **A.**   Yes.

12:11:53   11   **Q.**   You testified on direct you agreed with the MRI

12:11:55   12   study; right?

12:11:56   13   **A.**   Yes.

12:11:56   14   **Q.**   And you also testified on direct that you would

12:11:58   15   also add the fact that you see, "Diffuse cerebral

12:12:03   16   volume loss?"

12:12:05   17   **A.**   Yes, I see diffuse cerebral volume loss.

12:12:09   18   **Q.**   Okay.  So this an example of where you would

12:12:10   19   agree with the report, but you have something to

12:12:12   20   add?

12:12:12   21   **A.**   Yeah, because my -- I -- he was saying he

12:12:15   22   didn't see any disproportionate lobar atrophy, but I

12:12:19   23   would say it's a little more nuanced in that there

12:12:23   24   was diffuse cerebral volume loss.

12:12:27   25   **Q.**   When you compared the MRI's -- well, let me ask

12:12:28   1   you this.  For the 2018 one, what was your baseline

12:12:32   2   to determine if there had been loss?

12:12:36   3   **A.**   Well, it's, um, experience of seeing multiple

12:12:41   4   MRI's over time, and knowing what the brain should

12:12:45   5   look like.

12:12:45   6   **Q.**   Okay.  So it's not that you are comparing this

12:12:47   7   to an early point in time of the Defendant; right?

12:12:50   8   **A.**   Correct.

12:12:51   9   **Q.**   You are just saying, "I'm looking at the this

12:12:53   10   snapshot in time, and it looks like smaller than you

12:12:57   11   would expect"?

12:12:57   12   **A.**   Correct.

12:12:58   13   **Q.**   But we talked about how the Neuroreader® put

12:13:00   14   him in about something like the 40 percent range?

12:13:02   15   **A.**   I think you said something like that, or you

12:13:04   16   might have said 30-something, yes.

12:13:06   17   **Q.**   But -- and we don't have to get back into that,

12:13:08   18   but your view is, like, forget the Neuroreader®.

12:13:10   19   You are looking at it and you can see brain loss?

12:13:14   20   **A.**   Correct.

12:13:15   21   **Q.**   Okay.  And then, on the third page this is

12:13:28   22   where you compare the two.  So do you see here --

12:13:35   23   I'm sorry.  Number 5?

12:13:38   24   **A.**   Yes.

12:13:39   25   **Q.**   So this is now where you compare them and you

*SEAN W. GUMM, CSR #13168, RPR, CRR*

12:13:43  1  say that again comparing them you note loss; right?

12:13:46  2  **A.**   Correct.

12:13:46  3  **Q.**   Okay.  We talked about before -- or you talked

12:13:49  4  about before on direct about some of the problems

12:13:52  5  with comparing two MRI scans; do you remember that?

12:13:55  6  **A.**   I remember a conversation about the problems

12:13:57  7  with qualitatively comparing two MRI scans, yes.

12:14:01  8  **Q.**   Okay.  And by the way, not to disorient you,

12:14:07  9  but I'm now going to go to your second report on

12:14:09  10  Page 4.

12:14:09  11  **A.**   Okay.  Second report, Page 4.

12:14:11  12  **Q.**   And here you talk about how -- do you see at

12:14:17  13  the top it says, "The data demonstrates brain

12:14:23  14  volumetric loss from the 2018 MRI to the 2021 MRI

12:14:33  15  scans"?

12:14:34  16  **A.**   Yes.

12:14:34  17  **Q.**   Okay.  So the use of the term, "The data

12:14:39  18  demonstrates" -- just to be clear, you are not

12:14:42  19  comparing Neuroreader® reports; right?

12:14:44  20  **A.**   No.  No.

12:14:44  21  **Q.**   What do you mean when you say the data?

12:14:47  22  **A.**   Well, the MRI imaging study -- we consider

12:14:50  23  those data.  So I guess that's a term used in my

12:14:58  24  field where we talk about imaging studies, and those

12:15:00  25  are the data.

12:15:01  1    Q.   So you testified about how you can't compare

12:15:04  2    the -- a 2018 and a 2021 Neuroreader®; right?

12:15:08  3    A.   Correct -- well, I mean you can.  There's just

12:15:11  4    limitations when you do that, and I don't think it's

12:15:13  5    a good idea to do it.

12:15:15  6    Q.   I think we all agree it's not a good idea.  So

12:15:18  7    one of the reasons why it's difficult with these two

12:15:20  8    is because of the difference in slice size; right?

12:15:23  9    A.   Um, no.  That wasn't the problem that I cited

12:15:26  10   for why you wouldn't want to compare two

12:15:30  11   Neuroreader® reports.

12:15:30  12   Q.   My question is forget about why you wouldn't

12:15:32  13   want to compare them.  I'm just saying is one of the

12:15:34  14   reasons why there's a danger in comparing them the

12:15:38  15   -- the two in this case -- is one of the dangers

12:15:41  16   that there's a different slice thickness in each

12:15:44  17   MRI?

12:15:44  18   A.   I don't think that -- I mean, every difference

12:15:47  19   is important, but that's not -- I hadn't -- I hadn't

12:15:50  20   thought of it that way.  I don't know that the slice

12:15:53  21   thickness is particularly relevant.

12:15:55  22   Q.   Okay.  So what are the things that are relevant

12:15:58  23   in comparing the two Neuroreaders® that you think we

12:16:01  24   should be concerned about?

12:16:02  25   A.   Yes.  So the ones that I would be really

12:16:04   1   concerned about is when you have two different

12:16:07   2   magnets -- again, there are just these giant

12:16:11   3   magnets.  When they're manufactured, um, they do

12:16:14   4   something called tuning the magnet.

12:16:16   5          So again, you are -- it's -- it's

12:16:19   6   -- it's a circle magnet, and the magnetic field is

12:16:22   7   circulating through the bore of the magnet.  You are

12:16:26   8   doing things to modify that field to generate a

12:16:30   9   really good -- really good image quality for --

12:16:33   10  specifically-tuned to the eyes so that you can see

12:16:37   11  the brain.

12:16:39   12  Q.   So --

12:16:39   13  A.   And the problem with that is that as you are

12:16:42   14  tuning it for each individual scanner, um, there are

12:16:44   15  -- there are these things called field

12:16:47   16  inhomogeneities.  This inhomogeneous magnetic field

12:16:52   17  -- oh, gosh, how can I say it?

12:16:53   18  Q.   I want to stop you before you start talking

12:16:55   19  about the subatomic particles of hydrogen atoms and

12:16:59   20  how magnets measure them, okay --

12:17:01   21          THE COURT:  Okay.  Do you have an

12:17:02   22  objection?  Because there's not a question on the

12:17:04   23  table yet.

12:17:05   24          MR. MALONEY:  Yes, Your Honor.  He

12:17:06   25  asked him what his opinion is, and he's trying to

12:17:08   1   give an example of the factors relevant to him in

12:17:11   2   understanding how to interpret a brain MRI.

12:17:13   3            So he's explaining the factors

12:17:14   4   relevant to him, and he's continuing with that

12:17:16   5   conversation, and he's not being permitted to

12:17:18   6   continue.

12:17:19   7            THE COURT:  Well, I think I agree with

12:17:21   8   you.  I think what you are trying -- and I hear what

12:17:25   9   saying.  I think what you are trying to do is focus

12:17:28  10   so we can get through this before tonight.

12:17:31  11            MR. MAGNANI:  Yes.

12:17:31  12            THE COURT:  So I understand the

12:17:32  13   objection.  It's overruled.  But let's keep moving,

12:17:35  14   because we're already now in lunch time.

12:17:38  15            MR. MAGNANI:

12:17:38  16   Q.   I apologize -- look, I'm going to try not to

12:17:41  17   interrupt you, but if I do -- if there's something

12:17:44  18   important that you think I missed, even if it's five

12:17:47  19   questions ago, please raise your hand and tell us.

12:17:49  20   A.   Okay.  You are not offending me by interrupting

12:17:52  21   me.  I'm doing the same, so I apologize.

12:17:54  22   Q.   Let me ask you, is basically the problem --

12:17:58  23   we've got different hardware?

12:18:01  24   A.   Yeah, that is a problem -- that we have

12:18:03  25   different hardware is a problem for quantitative

12:18:07  1   imaging, not qualitative imaging.

12:18:09  2   **Q.**   Okay.  So you talked about how the MRI machines

12:18:10  3   -- again, we're not getting into subatomic hydrogen

12:18:15  4   particles?

12:18:15  5   **A.**   Okay.

12:18:15  6   **Q.**   But MRI machines create data, and that data is

12:18:18  7   recorded as DICOM data; right?

12:18:20  8   **A.**   Yes, that's -- yes, it is saved as DICOM data.

12:18:24  9   **Q.**   So two different MRI machines both do scans,

12:18:28  10  and they both create their own DICOM data?

12:18:33  11  **A.**   That's a very unusual way of thinking.  DICOM

12:18:38  12  is just a format like doc, doc.  So that's like

12:18:42  13  saying each computer creates a different doc, doc

12:18:45  14  format, which is true.  I guess if you want me to

12:18:49  15  explain it I can, but --

12:18:51  16  **Q.**   Let me just ask you this.  The machine captures

12:18:53  17  a lot of data; correct?

12:18:55  18  **A.**   Correct.

12:18:55  19  **Q.**   The data is stored in a format called DICOM?

12:18:59  20  **A.**   Correct.

12:19:00  21  **Q.**   Once we have that data, it's not going to

12:19:03  22  change; right?

12:19:04  23  **A.**   Correct.

12:19:04  24  **Q.**   So the data is the data; correct?

12:19:07  25  **A.**   Correct.

SEAN W. GUMM, CSR #13168, RPR, CRR

12:19:08    1    Q.    Okay.  So the two machines create different

12:19:11    2    data, and they're both stored in the DICOM format;

12:19:17    3    correct?

12:19:17    4    A.    Correct.

12:19:17    5    Q.    Now, can you take that DICOM data and send it

12:19:20    6    to a company like Neuroreader®; right?

12:19:22    7    A.    Correct.

12:19:22    8    Q.    And what Neuroreader® will do is they'll

12:19:25    9    compare it to -- as you pointed out -- an unknown

12:19:28   10    population; right?

12:19:29   11    A.    Yes.

12:19:29   12    Q.    And basically what they'll do is they'll

12:19:33   13    measure that DICOM data against the DICOM data of a

12:19:36   14    sample size; right?

12:19:37   15    A.    Correct.

12:19:38   16    Q.    Okay.  In the old days, the only way to do this

12:19:40   17    was to take that DICOM data, and render it through

12:19:43   18    software that could make a visualization of it;

12:19:47   19    correct?

12:19:47   20    A.    I don't think that's -- no, that's not my

12:19:50   21    understanding.  I guess I don't understand what you

12:19:53   22    just said.

12:19:53   23    Q.    Well, sure.  When you do your qualitative

12:19:56   24    analysis --

12:19:56   25    A.    Okay.

12:19:56  1  Q.   -- you are looking at DICOM data, but you are

12:19:59  2  looking at it visually; right?

12:20:01  3  A.   Yeah, we're looking at the MRI scan visually;

12:20:04  4  correct.

12:20:05  5  Q.   But you are not looking at the one's and zero's

12:20:07  6  of the binary code that are in the DICOM data;

12:20:10  7  correct?

12:20:10  8  A.   That's correct.

12:20:12  9  Q.   You are looking at a visualization of the DICOM

12:20:15  10  data?

12:20:15  11  A.   That's right.

12:20:15  12  Q.   And it's important to understand, because some

12:20:16  13  people -- when we talk about images, an MRI is not

12:20:19  14  like -- it's not like -- I mean, you testified it's

12:20:21  15  like a picture, but it's different than a picture;

12:20:24  16  right?

12:20:25  17  A.   Well, it is a picture.  And just like a

12:20:28  18  photograph, there's data in a photograph that's

12:20:30  19  comprised of 2D pixels.  In MRI images it's 3D

12:20:35  20  voxels, but there are data in a picture and

12:20:37  21  photograph.  There are data in an MRI; correct.

12:20:39  22  Q.   And so, when you are viewing it -- maybe you do

12:20:43  23  it differently, but when I have seen MRI's it's sort

12:20:46  24  of like a movie; right?  It's a moving picture?

12:20:49  25  A.   Yes, we typically -- it is 2D images in a

12:20:53   1   stack.  So it would be analogous to like what you

12:20:56   2   just described, flipping through, like, images that

12:20:59   3   create a movie, so different pictures.  And so you

12:21:02   4   are really looking at it as not one static image at

12:21:04   5   a time, but you are looking at it in a dynamic way

12:21:07   6   as you scroll through.

12:21:07   7   Q.   And you scroll with your mouse, and you take

12:21:10   8   those pictures and you make a movie?

12:21:12   9   A.   It's -- I don't think it's -- I wouldn't agree

12:21:15   10   with that, but you are definitely looking at it in a

12:21:18   11   dynamic way, but you are not making it into a movie.

12:21:22   12   Q.   Okay.  And the frames of that -- not movie --

12:21:27   13   the frames are different lengths, depending -- in

12:21:30   14   other words, when you are looking at the 2018 one,

12:21:33   15   each frame is a 1.5 millimeter slice; correct?

12:21:36   16   A.   Correct.

12:21:36   17   Q.   And when you are looking at the 2021, each

12:21:40   18   frame is a 1.2 millimeter slice?

12:21:42   19   A.   Correct.

12:21:43   20   Q.   So the old one, the slices are 25 percent

12:21:45   21   larger?

12:21:46   22   A.   Mm-hmm.

12:21:46   23   Q.   You have to say yes.

12:21:48   24   A.   Yes.  Yes.

12:21:48   25   Q.   And when you look at those slices, they look

12:21:50   1   very different; right?  Well, let me ask you --

12:21:53   2   **A.**   I don't think they look very different to me.

12:21:55   3   **Q.**   If you compare -- if you had two pictures --

12:21:57   4   **A.**   Yes.

12:21:58   5   **Q.**   -- of -- one of an MRI slice that's 1.2, and

12:22:01   6   one of an MRI slice that's 1.5, you would be able to

12:22:05   7   see a lot more gray matter in the 1.5?

12:22:07   8   **A.**   No, that's not correct.  Because if -- let's

12:22:10   9   say you had the 1.5 millimeter-thick slice, and what

12:22:14   10  did you say, a 2. --

12:22:16   11  **Q.**   1.2.

12:22:17   12  **A.**   1.2 -- well, just two different slice

12:22:20   13  thicknesses.  If you had two different slice

12:22:23   14  thicknesses, you can't -- it's not -- that doesn't

12:22:25   15  give you the ability to see more gray matter.  In

12:22:28   16  fact, if you put those up side by side, you wouldn't

12:22:30   17  be able to tell which is the thicker slice and which

12:22:33   18  is the thinner slice.  You wouldn't be able to

12:22:35   19  visually perceive that.

12:22:36   20           They would look nearly identical,

12:22:38   21  so I don't really understand the question, I guess.

12:22:40   22  **Q.**   So your testimony is just that they look

12:22:42   23  identical?

12:22:43   24  **A.**   Yeah, they would look nearly identical.  I

12:22:45   25  would -- I personally would not be able to tell you

SEAN W. GUMM, CSR #13168, RPR, CRR

12:22:48    1    that if I'm looking at two different slice

12:22:51    2    thicknesses of the ones you just described, I

12:22:53    3    wouldn't be able to tell you which one is the

12:22:54    4    thinner and which is the thicker at that slice

12:22:57    5    thickness.

12:22:57    6    Q.   Okay.  So your testimony is that you are

12:23:00    7    looking at a slice of MRI, one from a 1.2 and one

12:23:04    8    from a 1.5, you wouldn't be able --

12:23:05    9    A.   There would be no way I would be able to tell

12:23:08   10    the difference.  It's imperceptible for the human

12:23:10   11    eye to be able to do that.

12:23:11   12    Q.   Although you, you know, have your own

12:23:14   13    experience, would it be fair to say that unlike a

12:23:16   14    computer, when you are looking at these slices your

12:23:19   15    mind can't compare them to a database of other

12:23:22   16    individuals in the same age?

12:23:23   17    A.   Well, that's -- I think that's exactly what my

12:23:26   18    mind is doing.  It's -- because the mind is a

12:23:28   19    computer.  I mean, our brain is a computer -- human

12:23:32   20    intelligence.  And what I'm saying is that, yeah, I

12:23:35   21    think -- my opinion is that what we do as

12:23:38   22    neuroradiologists is that we consume a large amount

12:23:41   23    of data about a range of normal and abnormal, and we

12:23:46   24    hold that in our brain.  And we're able to take an

12:23:48   25    image, and then make a comparison from the database

12:23:51   1   that we have in our brain.

12:23:52   2   Q.   Would you agree that humanity's advancing in

12:23:56   3   the modern era has had to do with leveraging large

12:23:59   4   sources of data that can be, you know, computed only

12:24:02   5   by computers?

12:24:03   6   A.   Yes, absolutely.  Yes.

12:24:05   7   Q.   If you had a very large, fair sample in a

12:24:10   8   computer, that would be a very powerful tool for

12:24:13   9   analyzing DICOM data?

12:24:15   10   A.   I think -- there is hope and promise.  No one

12:24:18   11   knows for sure.

12:24:19   12   Q.   But so your testimony is where we are today,

12:24:22   13   it's better just for you to look at it than to use

12:24:26   14   the computer program to analyze it?

12:24:27   15   A.   Yes, because of the limitations of the

12:24:29   16   computer, and what it does to the data.

12:24:31   17   Q.   Okay.  So another question -- I'm also

12:24:37   18   cognizant -- I'm --

12:24:40   19           MR. MAGNANI:  I was not planning to go

12:24:41   20   this long, Your Honor.

12:24:42   21           THE COURT:  Right.  Well, we've got to

12:24:45   22   break, because I've got to run and do something over

12:24:48   23   the lunch hour.  Let's break until 1:30, and then

12:24:52   24   we'll start up again.

12:24:53   25           Here's the deal about the schedule.

| | |
|---|---|
| 12:24:56 | 1 |
| 12:24:58 | 2 |
| 12:25:01 | 3 |
| 12:25:03 | 4 |
| 12:25:05 | 5 |

1  Tomorrow morning -- tomorrow we're not going to have

2  a full day.  We're probably not going to start

3  tomorrow until, like, 11 o'clock, because I have

4  stuff that I need to get done.  Because I didn't

5  anticipate this going as long as it has.

6            No one's at fault.  It's not a

7  problem, but it's that I have other things that I

8  need to get done before the Thanksgiving holidays,

9  and get parties aligned for next week.  So, you

10  know, if we can't finish -- just put everyone on

11  notice if we can't finish tomorrow we're coming back

12  on Friday, just so you all know.  I know that might

13  be a hardship, but we've gotta finish this hearing.

14            MR. LOONAM:  Your Honor, and I -- I

15  guess -- is there -- are we able to work until --

16            THE COURT:  Just like, as usual, until

17  seven o'clock.

18            MR. LOONAM:  I am very confident we

19  will be able to finish by tomorrow.

20            THE COURT:  Okay.  I'm just telling you

21  guys, if you don't finish by tomorrow then we'll

22  have to go until Friday.  We don't have a choice.

23  Great.  So let's go ahead and break right now.

24  Let's all be back at 1:30, and then we'll continue

25  on.

SEAN W. GUMM, CSR #13168, RPR, CRR

12:25:58  1                I've been working on sort of the

12:26:00  2    findings as we've been going along.  So if you can

12:26:03  3    get me the information -- you know, from the

12:26:05  4    witnesses, then do a closing on Wednesday.  Then

12:26:11  5    I'll be getting an answer back to you as quick as I

12:26:14  6    can.

12:26:14  7                MR. VARNADO:  Judge, we had a schedule

12:26:15  8    for post-hearing briefing on this.  If you'll recall

12:26:18  9    when we had our status conference we were not going

12:26:20  10   to do closings, and also in the interest of time,

12:26:22  11   and given the volume of information.

12:26:24  12                So I think the parties wanted to

12:26:26  13   convene and come upon -- I think our original

12:26:30  14   proposed briefing schedule is far too short to get

12:26:32  15   you everything you need.  And we would like to sort

12:26:34  16   of not compromise all of our holidays and come to an

12:26:37  17   agreement, and come to you with a proposal on a

12:26:40  18   briefing schedule.

12:26:40  19                THE COURT:  That would be great.

12:26:41  20   Because I -- there's a lot of questions that I have.

12:26:45  21   They'll probably be answered either with these

12:26:46  22   witnesses or the briefing schedule.

12:26:48  23                MR. VARNADO:  Okay.

12:26:49  24                MR. MAGNANI:  If I could, Your Honor?

12:26:50  25   One other thing is -- well, one, if Your Honor wants

12:26:52   1   briefing of course we'll stick to the original plan.

12:26:55   2   But I think it might be helpful at some point before

12:26:58   3   we go off and leave if you could sort of focus that

12:27:00   4   briefing and tell us which areas you would like us

12:27:03   5   to address.

12:27:03   6           THE COURT:  That's why I've been

12:27:05   7   working on these findings.  So I'm figuring out

12:27:08   8   where the gaps are, and we can talk tomorrow about

12:27:10   9   that.

12:27:11   10          MR. VARNADO:  That would be helpful.

12:27:12   11          MR. MAGNANI:  Well, we'd ask if you

12:27:13   12  could tell us the important parts after the close of

12:27:16   13  evidence so that there's opportunity to address them

12:27:18   14  and not keep us here until Christmas.

12:27:20   15          THE COURT:  Right.  I've got it.  I'll

12:27:21   16  get back to you.  Recess until 1:30.

   17  **(WHEREUPON, THE PROCEEDINGS WERE RECESSED UNTIL 12:27**

   18                      **P.M.)**

   19                   ---o0o---

   20

   21

   22

   23

   24

   25

1          **C E R T I F I C A T E**

2

3

4          I hereby certify that pursuant to Title 28,

5   Section 753 United States Code, the foregoing is a

6   true and correct transcript of the stenographically

7   reported proceedings in the above matter.

8          Certified on 11/29/2021.

9

10

11      Sean Gumm, RPR, CRR

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$1,400** [1] - 14:23
**$10** [1] - 8:8
**$3,000** [1] - 14:16
**$325** [1] - 14:13

## 0

**00001** [1] - 74:14
**001** [3] - 71:2, 74:6, 74:13
**01** [1] - 74:14

## 1

**1** [2] - 8:22, 79:7
**1.2** [5] - 170:18, 171:5, 171:11, 171:12, 172:7
**1.5** [5] - 170:15, 171:6, 171:7, 171:9, 172:8
**100** [5] - 34:14, 36:2, 36:21, 106:5, 106:8
**10:45** [1] - 84:4
**11** [1] - 174:3
**11/29/2021** [1] - 177:8
**11c/PIB** [1] - 38:6
**11C]PIB** [1] - 79:10
**12:27** [1] - 176:17
**14** [1] - 77:25
**142(a)** [1] - 77:14
**143** [3] - 69:23, 78:11, 111:19
**161** [1] - 4:23
**169** [1] - 4:23
**170** [2] - 109:25, 119:2
**171** [3] - 116:4, 117:12, 117:14
**18** [1] - 79:12
**19** [2] - 77:24, 144:24
**1:30** [3] - 173:23, 174:24, 176:16

## 2

**2** [7] - 39:22, 80:18, 121:17, 160:19, 161:2, 161:8, 171:10
**20** [2] - 79:10, 144:3
**2007** [1] - 77:20
**2017** [2] - 144:19, 146:14
**2018** [37] - 39:22, 44:4, 44:21, 46:6, 46:10, 48:25, 50:7, 50:11, 50:16, 50:19, 53:5, 53:7, 53:10, 53:11, 53:14, 53:18, 54:1, 54:5, 54:20, 55:14,

55:19, 57:1, 57:5, 57:6, 58:17, 58:20, 58:24, 62:17, 63:17, 67:23, 81:19, 94:18, 161:5, 162:1, 163:14, 164:2, 170:14
**2019** [9] - 15:14, 17:5, 91:21, 142:18, 143:6, 143:11, 143:14, 143:23, 144:4
**2020** [2] - 92:22, 121:11
**2021** [51] - 1:13, 4:5, 18:17, 20:15, 23:22, 29:18, 39:24, 49:1, 49:2, 50:16, 50:20, 53:5, 53:7, 53:12, 53:14, 53:19, 54:1, 54:5, 54:21, 55:14, 55:19, 57:2, 57:6, 58:17, 58:20, 58:24, 62:17, 62:19, 62:21, 63:18, 66:22, 66:23, 67:2, 67:24, 69:5, 81:19, 94:17, 95:8, 101:6, 104:19, 104:21, 105:11, 106:18, 127:15, 163:14, 164:2, 170:17
**2021-case** [1] - 68:13
**22** [2] - 127:12, 132:16
**23** [2] - 1:13, 4:5
**24th** [1] - 71:22
**25** [1] - 170:20
**28** [2] - 11:14, 177:4
**28th** [2] - 133:23, 135:11
**29** [1] - 121:10
**2D** [2] - 169:19, 169:25
**2nd** [1] - 161:5

## 3

**3** [1] - 78:10
**30** [3] - 39:24, 65:1, 127:15
**30-something** [1] - 162:16
**30th** [5] - 133:9, 133:18, 133:24, 134:5, 135:19
**34th** [8] - 105:15, 105:18, 105:19, 105:21, 106:1, 106:3, 106:6, 106:18
**36** [2] - 44:12, 44:13
**37** [1] - 17:16

## 39

**39** [2] - 20:24, 95:7
**3D** [1] - 169:19

## 4

**4** [2] - 163:10, 163:11
**40** [1] - 162:14
**42** [1] - 30:1
**43** [2] - 49:12, 69:19
**45** [1] - 24:6
**4:21-CR-00009-1** [1] - 1:5

## 5

**5** [1] - 162:23
**5'9** [1] - 99:2
**503** [1] - 78:15
**58** [1] - 67:13

## 6

**6** [2] - 3:6, 39:24
**66-year-old** [1] - 80:18

## 7

**7** [1] - 1:10
**70-year-old** [1] - 79:6
**753** [1] - 177:5

## 8

**8** [1] - 8:8
**8/24** [1] - 76:25
**8/24/21** [1] - 71:20
**80** [1] - 123:19
**80-year-old** [1] - 51:12
**80-year-olds** [2] - 61:1, 123:22
**84** [1] - 3:7
**8:46** [1] - 4:5

## A

**A.M** [1] - 4:5
**abbreviated** [1] - 6:22
**abbreviation** [1] - 15:10
**abbreviations** [1] - 15:8
**ability** [2] - 33:19, 171:15
**able** [20] - 5:5, 30:15, 34:2, 66:4, 114:6, 134:1, 140:11, 140:21, 140:23, 171:6, 171:17, 171:18, 171:25, 172:3, 172:8, 172:9,

172:11, 172:24, 174:15, 174:19
**abnormal** [25] - 22:20, 22:21, 25:13, 26:2, 28:14, 28:18, 29:8, 40:13, 40:19, 41:9, 41:12, 41:25, 51:15, 51:16, 80:4, 98:25, 99:13, 99:17, 99:25, 100:2, 123:14, 155:7, 156:21, 157:3, 172:23
**abnormalities** [3] - 26:1, 44:25, 76:20
**abnormality** [4] - 25:13, 42:1, 52:1, 80:10
**absolutely** [4] - 89:16, 90:18, 103:3, 173:6
**academia** [1] - 131:8
**academic** [5] - 9:25, 12:1, 38:19, 131:10, 131:19
**accept** [3] - 137:2, 137:4, 137:5
**accepted** [1] - 65:23
**access** [2] - 38:18, 53:10
**according** [6] - 36:19, 104:18, 104:22, 105:14, 106:13, 106:15
**accumulate** [4] - 28:13, 30:14, 47:22, 158:13
**accumulated** [2] - 28:16, 124:24
**accumulates** [3] - 28:14, 158:10, 158:11
**accumulating** [1] - 154:6
**accumulation** [5] - 29:8, 83:6, 123:13, 155:6, 155:20
**accuracy** [3] - 33:12, 36:2, 102:2
**accurate** [12] - 33:19, 68:18, 68:22, 69:4, 90:24, 108:2, 110:20, 118:2, 124:17, 146:12, 150:5, 150:25
**accurately** [6] - 12:11, 12:13, 12:16, 12:21, 142:17, 156:16
**acquire** [2] - 20:3, 38:16
**acquired** [1] - 108:23
**act** [1] - 13:8

**active** [2] - 139:20, 154:10
**actively** [3] - 138:5, 140:18, 140:22
**activity** [7] - 19:5, 19:6, 19:7, 20:4, 22:19, 121:19, 124:18
**AD** [3] - 71:9, 80:19, 112:18
**add** [6] - 33:18, 35:16, 63:11, 81:7, 161:15, 161:20
**added** [3] - 49:10, 50:13, 130:25
**addition** [8] - 18:13, 23:19, 26:19, 28:4, 34:12, 39:18, 48:25, 53:23
**additional** [6] - 5:11, 49:1, 50:10, 94:20, 110:11, 111:2
**address** [2] - 176:5, 176:13
**adjust** [1] - 140:14
**admit** [2] - 13:2, 117:11
**admitted** [3] - 5:2, 10:15, 117:15
**admonishes** [1] - 96:5
**ADRC's** [1] - 6:23
**advanced** [1] - 114:5
**advancing** [1] - 173:2
**affect** [3] - 8:25, 59:13, 60:5
**affected** [1] - 27:5
**affecting** [1] - 19:17
**affects** [1] - 59:11
**affiliated** [1] - 6:18
**age** [10] - 58:10, 59:7, 60:9, 60:14, 60:21, 61:2, 61:9, 99:19, 99:21, 172:16
**age-matched** [1] - 58:10
**ageing** [1] - 9:19
**agent** [3] - 38:9, 38:22, 38:25
**aggressive** [4] - 32:16, 32:17, 120:24, 122:17
**aggressive/ progressive** [9] - 32:11, 107:22, 118:18, 118:24, 121:5, 122:2, 122:21, 122:24, 123:3
**aging** [10] - 8:23, 9:7, 47:16, 47:24, 48:1,

54:8, 54:9, 54:11,
54:12, 54:18
**Aging** [1] - 6:25
**ago** [2] - 159:15,
166:19
**agree** [47] - 17:12,
17:21, 20:21, 24:3,
29:23, 44:9, 49:8,
85:22, 85:23, 90:16,
94:14, 94:19, 94:24,
95:18, 99:2, 99:15,
104:19, 104:20,
104:23, 107:25,
108:20, 109:1,
113:14, 113:16,
118:20, 123:25,
137:20, 139:16,
140:15, 142:1,
143:5, 143:25,
144:2, 144:6,
144:11, 152:20,
152:21, 153:16,
154:3, 154:8,
156:20, 158:19,
161:19, 164:6,
166:7, 170:9, 173:2
**agreed** [5] - 5:12,
36:22, 45:2, 124:2,
161:11
**agreement** [1] -
175:17
**agrees** [1] - 110:20
**Agronin** [2] - 14:6,
127:14
**ahead** [3] - 84:3,
136:20, 174:23
**al** [1] - 77:8
**alcohol** [2] - 102:4,
102:17
**aligned** [1] - 174:9
**almost** [2] - 35:17,
95:25
**alone** [9] - 54:18, 60:9,
65:1, 66:9, 83:15,
94:3, 97:13, 124:1,
148:4
**Alzheimer's** [89] -
6:20, 6:21, 6:24, 7:2,
7:10, 7:17, 7:25, 8:6,
8:9, 9:5, 9:8, 9:13,
9:15, 9:23, 11:6,
11:8, 11:10, 20:8,
20:9, 20:12, 21:15,
23:2, 23:5, 23:18,
24:24, 25:16, 25:23,
26:18, 26:21, 27:14,
28:20, 29:10, 29:14,
31:11, 31:21, 32:2,
32:13, 33:2, 33:23,
34:2, 34:7, 34:15,

34:20, 34:21, 35:19,
36:3, 36:17, 37:8,
39:16, 40:16, 42:10,
51:4, 56:6, 56:8,
62:9, 71:16, 71:18,
77:24, 79:18, 80:3,
80:8, 80:15, 80:19,
80:25, 81:6, 81:10,
81:21, 82:16, 82:20,
83:11, 115:8,
115:13, 115:24,
116:10, 116:22,
118:2, 142:22,
142:23, 142:25,
157:8, 157:10,
158:7, 158:9,
158:12, 158:21,
158:25, 159:2,
159:25
**AM** [1] - 1:10
**amalgamation** [5] -
116:10, 116:21,
138:17, 139:3,
139:13
**amalgamations** [3] -
112:12, 112:24,
112:25
**American** [1] - 8:16
**amount** [19] - 9:17,
51:10, 53:17, 53:18,
54:14, 60:16, 60:24,
74:4, 74:11, 83:6,
83:17, 87:15, 118:8,
118:9, 118:11,
122:10, 122:25,
147:8, 172:22
**amounts** [1] - 87:19
**amyloid** [87] - 28:7,
28:8, 28:9, 28:12,
28:18, 28:19, 28:22,
29:1, 29:3, 29:4,
29:16, 29:17, 30:5,
30:10, 30:14, 30:18,
30:20, 30:25, 31:7,
31:13, 31:19, 31:25,
32:13, 32:23, 33:7,
34:9, 34:12, 35:2,
35:5, 35:10, 35:14,
35:22, 36:24, 37:6,
37:10, 37:12, 37:22,
37:25, 38:9, 38:18,
38:22, 38:25, 39:10,
39:15, 77:9, 81:24,
83:7, 99:16, 99:22,
100:14, 100:15,
100:18, 123:8,
123:13, 123:19,
124:13, 124:15,
124:23, 125:3,
125:5, 133:11,

133:12, 133:13,
133:22, 134:8,
134:10, 134:12,
135:7, 135:13,
143:1, 152:24,
153:4, 153:6, 153:8,
153:9, 153:13,
154:6, 154:11,
155:2, 155:3, 155:6,
155:18, 155:20,
156:1, 156:10,
158:9, 158:11
**Amyloid** [1] - 77:18
**amyloid-positive** [1] -
31:19
**Amyvid** [5] - 37:24,
38:3, 38:5, 38:24
**analogous** [1] - 170:1
**analyses** [4] - 57:7,
62:12, 66:7, 73:10
**analysis** [20] - 40:25,
41:2, 43:18, 43:23,
43:25, 44:2, 57:17,
64:23, 64:24, 65:11,
66:13, 66:17, 66:19,
66:20, 70:17, 71:3,
72:9, 73:8, 101:16,
168:24
**analyze** [2] - 104:3,
173:14
**analyzed** [2] - 33:6,
43:1, 43:2
**analyzing** [1] - 173:9
**anatomic** [2] - 34:10,
35:15, 159:10
**anatomical** [3] -
20:11, 118:12,
121:19
**angiography** [1] -
86:16
**answer** [17] - 89:2,
89:20, 96:18, 97:15,
97:18, 98:12, 100:6,
102:11, 108:25,
109:8, 109:13,
117:4, 150:4, 154:9,
156:16, 157:15,
175:5
**answered** [1] - 175:21
**answering** [2] - 150:6,
150:7
**anticipate** [1] - 174:5
**anticipated** [1] -
138:13
**apart** [3] - 63:15,
78:13, 123:5
**apologize** [18] - 15:6,
15:7, 15:8, 96:7,
97:14, 98:20, 99:6,
100:9, 112:2, 113:8,

114:15, 121:3,
123:17, 132:25,
148:1, 155:16,
166:16, 166:21
**appearance** [1] - 4:13
**APPEARANCES** [1] -
1:14
**apples** [2] - 73:25,
75:9
**appointments** [1] -
6:16
**appreciate** [7] - 45:5,
52:23, 53:25, 55:14,
90:7, 160:20, 161:9
**approach** [2] - 43:16,
90:2
**approached** [3] -
34:13, 36:2, 98:7
**approaching** [1] -
36:21
**appropriate** [3] -
76:18, 85:16, 150:8
**approved** [2] - 38:3,
39:5
**area** [9] - 9:2, 9:3,
17:2, 51:24, 116:19,
154:10, 158:8,
158:20, 159:24
**areas** [19] - 16:9, 18:3,
18:22, 19:10, 21:21,
25:25, 27:4, 27:6,
27:7, 35:8, 35:10,
53:19, 55:13, 63:24,
99:1, 130:22,
157:21, 176:4
**arrived** [1] - 66:14
**article** [6] - 77:7, 77:8,
77:9, 116:13,
116:15, 116:17
**articles** [2] - 70:3,
77:4
**artificial** [1] - 158:4
**aside** [2] - 29:11,
146:5
**aspects** [1] - 41:8
**assessment** [7] -
34:23, 35:21, 62:6,
63:8, 114:10, 115:3,
155:25
**associate** [1] - 157:20
**associated** [7] - 9:23,
24:10, 29:6, 29:9,
29:14, 62:19, 157:21
**association** [1] -
29:13
**associations** [1] -
10:5
**assuming** [1] - 13:5
**astrophysicists** [2] -
60:23, 103:6

114:15, 121:3,
123:17, 132:25,
**asymmetric** [1] -
55:18
**AT** [1] - 1:21
**ate** [1] - 59:16
**atoms** [1] - 165:19
**atrophic** [1] - 81:2
**atrophy** [23] - 40:13,
40:19, 40:20, 40:22,
42:8, 45:1, 45:8,
45:10, 45:15, 45:17,
53:18, 55:14, 55:16,
56:1, 56:2, 62:24,
63:2, 69:6, 80:21,
80:22, 81:4, 161:22
**attend** [1] - 146:22
**Attorney** [4] - 1:19,
1:22, 1:24, 2:1
**ATTORNEY** [1] - 1:21
**attorneys** [9] - 91:12,
138:6, 138:7,
138:10, 139:22,
140:1, 140:8,
140:18, 140:22
**audience** [1] - 75:22
**August** [9] - 18:17,
23:22, 24:12, 25:19,
26:24, 27:11, 71:22,
105:11, 133:15
**available** [5] - 93:12,
93:15, 94:21,
101:16, 144:23
**average** [1] - 79:24
**avoid** [1] - 96:14
**aware** [4] - 92:18,
128:6, 128:8

## B

**bachelor's** [1] - 10:13
**background** [7] -
10:12, 12:11, 12:12,
46:10, 59:24, 59:25,
98:4
**based** [26] - 5:9, 7:22,
23:16, 30:16, 41:16,
47:8, 57:1, 62:16,
62:17, 63:13, 63:14,
64:3, 64:25, 67:21,
70:25, 75:8, 75:17,
75:18, 77:2, 81:10,
82:14, 83:13, 110:7,
111:5, 114:9, 131:1
**baseline** [3] - 46:9,
48:5, 162:1
**basis** [3] - 119:14,
119:16, 120:18
**Bates** [2] - 17:16,
44:13
**Baylor** [8] - 91:18,
93:8, 140:25, 141:3,

142:17, 143:3,
143:19, 143:22
**BCM-744** [1] - 17:17
**BCM-793** [1] - 44:14
**becomes** [1] - 66:5
**beginning** [1] - 144:16
**behavior** [1] - 48:2
**behavioral** [1] - 79:11
**beholden** [1] - 87:20
**belt** [1] - 64:16
**best** [9] - 137:24,
148:15, 148:17,
149:5, 151:19,
151:20, 154:15,
154:17, 154:20
**beta** [17] - 28:7, 28:8,
28:9, 28:22, 29:17,
31:13, 31:25, 32:23,
33:7, 35:2, 35:5,
35:22, 36:24, 37:10,
37:12, 39:10, 39:15
**beta-amyloid** [17] -
28:7, 28:8, 28:9,
28:22, 29:17, 31:13,
31:25, 32:23, 33:7,
35:2, 35:5, 35:22,
36:24, 37:10, 37:12,
39:10, 39:15
**better** [7] - 38:23,
96:13, 114:13,
132:23, 152:11,
152:15, 173:13
**between** [18] - 8:8,
27:9, 27:10, 27:11,
50:15, 50:19, 53:18,
54:5, 58:23, 64:11,
65:2, 107:14, 119:7,
120:20, 121:20,
122:19, 129:10,
144:20
**beyond** [4] - 63:11,
69:6, 87:10, 158:4
**bias** [7] - 90:14, 91:7,
91:9, 94:6, 145:20,
145:22, 146:2
**big** [4] - 9:5, 52:14,
104:8, 128:14
**bigger** [1] - 52:14
**bilateral** [1] - 17:19
**bilaterally** [1] - 24:18
**bill** [1] - 14:23
**billed** [2] - 84:15
**bills** [1] - 14:18
**binary** [3] - 30:21,
35:12, 169:6
**binds** [5] - 15:20,
16:3, 28:12, 37:22,
37:25
**biomedical** [1] - 6:16
**biopsies** [1] - 86:16

**biopsy** [1] - 33:23
**biosketch** [1] - 128:1
**biostatistics** [1] - 6:17
**bit** [19] - 8:19, 21:18,
26:4, 28:3, 28:21,
34:18, 42:25, 49:10,
51:6, 55:12, 55:20,
57:4, 79:1, 89:10,
101:10, 108:22,
119:23, 148:1, 151:9
**black** [2] - 78:6, 118:9
**blanking** [1] - 72:6
**BLEUSTEIN** [1] - 1:25
**blind** [3] - 131:9,
131:11
**blue** [9] - 72:10, 72:12,
73:22, 74:21, 75:1,
76:21, 77:1, 117:24,
118:3
**board** [2] - 8:15, 8:16
**Board** [1] - 8:17
**bodies** [1] - 21:16
**boil** [1] - 111:25
**boiling** [3] - 18:8,
66:15, 158:5
**bolster** [1] - 144:10
**bore** [1] - 165:7
**BORIS** [1] - 1:18
**born** [1] - 59:19
**bottom** [15] - 67:24,
68:5, 70:4, 71:20,
72:5, 73:23, 74:16,
74:18, 76:10, 77:4,
113:3, 113:5, 116:1,
160:20
**BOURGET** [1] - 1:18
**brain** [181] - 8:12, 9:1,
10:7, 15:21, 15:22,
16:3, 16:4, 16:22,
16:25, 18:2, 18:21,
18:22, 18:23, 19:1,
19:2, 19:3, 19:10,
19:12, 19:14, 19:18,
20:5, 21:20, 21:22,
21:25, 22:9, 27:5,
27:6, 28:1, 28:13,
28:16, 28:19, 29:3,
29:4, 29:6, 30:14,
30:17, 33:23, 33:24,
34:4, 34:24, 34:25,
35:10, 39:19, 39:21,
39:25, 40:2, 40:4,
40:5, 40:7, 40:11,
40:12, 40:15, 40:24,
41:9, 41:17, 41:23,
41:24, 42:19, 43:1,
43:23, 43:25, 44:4,
45:10, 45:11, 45:18,
45:24, 45:25, 46:5,
46:6, 46:18, 47:5,

47:13, 47:17, 47:20,
48:5, 48:7, 48:9,
48:14, 49:1, 49:17,
49:22, 50:3, 50:6,
51:1, 51:11, 51:22,
51:23, 51:24, 52:2,
52:12, 53:5, 53:10,
53:20, 53:22, 54:20,
54:21, 55:3, 55:8,
55:13, 55:17, 55:22,
56:13, 56:14, 56:16,
57:2, 57:19, 59:11,
59:13, 60:6, 60:17,
60:18, 61:6, 61:13,
61:17, 62:18, 62:19,
63:13, 63:14, 64:3,
68:19, 70:20, 71:6,
83:6, 89:12, 97:21,
98:4, 99:13, 99:17,
102:10, 104:3,
104:19, 104:21,
105:15, 106:6,
106:17, 115:4,
115:6, 115:24,
116:2, 116:22,
121:22, 122:9,
122:13, 122:25,
123:19, 124:1,
124:5, 124:18,
124:25, 125:2,
125:4, 148:9, 149:6,
149:19, 149:25,
150:22, 153:7,
153:13, 154:2,
154:7, 155:18,
157:19, 157:21,
158:5, 158:8,
158:11, 158:15,
158:16, 161:5,
162:4, 162:19,
163:13, 165:11,
166:2, 172:19,
172:24, 173:1
**brains** [2] - 41:13,
99:19
**brand** [2] - 101:14,
101:15
**breadth** [2] - 8:24,
15:3
**break** [10] - 21:18,
34:17, 34:18, 47:23,
84:3, 84:4, 153:14,
173:22, 173:23,
174:23
**breaking** [1] - 28:21
**briefing** [6] - 175:8,
175:14, 175:18,
175:22, 176:1, 176:4
**briefly** [5] - 7:3, 10:11,
10:25, 19:20, 39:25

**bring** [1] - 120:11
**brings** [1] - 43:3
**Brockman** [37] - 4:17,
13:9, 15:13, 17:4,
18:13, 18:16, 20:14,
23:9, 23:21, 25:18,
27:13, 27:18, 28:5,
29:17, 32:9, 35:7,
36:23, 37:3, 37:5,
37:15, 37:24, 38:4,
39:21, 44:3, 48:25,
60:7, 60:11, 68:9,
75:24, 80:13, 81:11,
105:24, 106:6,
120:10, 138:3,
143:23, 153:16
**BROCKMAN** [1] - 1:8
**Brockman's** [22] -
31:15, 37:12, 39:9,
39:11, 46:7, 49:15,
50:23, 56:11, 60:18,
61:6, 68:19, 71:21,
72:9, 81:3, 81:16,
82:25, 83:16,
104:19, 106:17,
116:2, 117:3, 117:8
**brought** [1] - 76:3
**buildup** [3] - 28:22,
29:2, 29:4
**bunch** [2] - 126:3,
127:2
**burden** [4] - 27:25,
28:1, 32:20, 33:3
**burn** [1] - 18:24
**burns** [1] - 18:22
**but..** [1] - 132:8
**BY** [2] - 6:3, 84:9

---

## C

**C-H-R-I-S-T-O-P-H-E
-R** [1] - 6:9
**C-O-M-P-A-C-T-A** [1] -
16:8
**cancer** [1] - 8:24
**cannot** [4] - 76:8,
76:16, 83:2, 123:25
**capacity** [1] - 138:10
**captures** [1] - 167:16
**care** [14] - 43:7, 44:1,
62:5, 62:6, 66:1,
85:11, 85:12, 85:16,
85:19, 85:20,
100:20, 101:18,
101:19, 123:21
**career** [2] - 55:5, 89:6
**carefully** [1] - 50:12
**cares** [1] - 145:17
**Case** [2] - 79:7, 80:18
**case** [63] - 13:24, 14:1,

15:1, 19:24, 22:25,
26:15, 27:18, 30:20,
30:22, 41:9, 42:7,
42:19, 45:9, 56:5,
58:9, 61:7, 71:1,
71:5, 71:15, 72:10,
72:15, 74:6, 74:16,
76:1, 79:17, 81:1,
84:15, 85:15, 85:17,
87:17, 87:24, 88:17,
88:20, 88:21, 91:10,
91:12, 91:25, 92:17,
97:7, 98:3, 98:6,
108:8, 108:16,
108:21, 114:1,
112:12, 125:14,
132:1, 132:5,
134:16, 134:17,
135:1, 139:15,
139:24, 140:11,
145:2, 146:11,
148:12, 149:6,
149:20, 151:13,
152:2, 164:15
**cases** [2] - 15:3, 72:22
**catch** [1] - 78:23
**category** [2] - 114:6,
156:6
**causes** [3] - 97:23,
98:11, 150:21
**causing** [2] - 19:18,
97:21
**caveats** [1] - 94:16
**Center** [5] - 6:21, 7:2,
7:17, 7:25, 62:10
**center** [2] - 8:23, 12:1
**centers** [4] - 6:18,
6:23, 8:23, 38:19
**Centers** [1] - 6:22
**cerebral** [2] - 45:21,
46:3, 46:13, 46:22,
46:23, 49:23, 50:2,
160:21, 161:9,
161:15, 161:17,
161:24
**certain** [5] - 7:14,
19:10, 19:12, 48:11,
124:24
**certainly** [10] - 9:15,
23:7, 36:12, 36:13,
55:16, 81:3, 136:15,
137:12, 137:15,
138:1
**certainty** [1] - 36:21
**Certified** [1] - 177:8
**certified** [2] - 8:15,
8:16
**certify** [1] - 177:4
**cetera** [1] - 22:11,
102:9

chair [1] - 7:19
chance [4] - 79:4,
129:15, 129:19,
136:2
change [12] - 27:15,
32:18, 50:1, 52:18,
74:9, 108:3, 122:25,
123:2, 153:23,
158:20, 159:25,
167:22
changed [2] - 122:11,
131:4
changes [5] - 52:12,
52:14, 52:15,
119:11, 122:9
charged [1] - 138:3
chief [2] - 86:21, 86:24
Chief [1] - 7:18
choice [1] - 174:22
cholesterol [1] - 47:21
choose [7] - 98:1,
98:5, 98:9, 150:16,
150:20
chose [5] - 74:5,
74:13, 74:14, 127:9
chosen [5] - 74:12,
74:20, 74:21, 75:4,
75:12
Christmas [1] - 176:14
Christopher [4] - 6:8,
127:14, 127:24,
129:10
CHRISTOPHER [3] -
1:16, 3:4, 5:20
chronic [1] - 49:25
cingulate [2] - 34:11,
159:4
circle [1] - 165:6
circulated [2] -
129:20, 136:23
circulating [1] - 165:7
citation [3] - 126:21,
126:22, 126:23
cite [2] - 33:6, 67:2
cited [4] - 70:3, 77:4,
81:12, 164:9
clarification [3] -
100:17, 107:1,
107:12
clarified [1] - 130:23
clarify [5] - 89:15,
90:10, 96:12,
117:19, 118:16
classic [1] - 95:24
clear [10] - 27:20,
89:20, 90:11, 90:25,
97:4, 99:9, 106:11,
156:8, 161:7, 163:18
clearly [5] - 75:23,
75:24, 76:15, 91:1,
142:20

client [5] - 140:4,
140:5, 140:7, 140:8,
140:11
clinic [1] - 88:18
clinical [39] - 7:16,
8:3, 9:12, 26:6,
33:12, 38:2, 39:6,
42:14, 43:3, 43:24,
55:7, 55:9, 61:23,
62:2, 62:11, 62:13,
66:11, 71:12, 72:1,
72:18, 73:2, 75:16,
82:21, 85:21, 86:5,
87:14, 88:13, 88:14,
93:2, 94:14, 101:17,
101:19, 111:17,
111:20, 112:5,
116:18, 156:14
clinically [8] - 7:20,
37:15, 37:18, 38:23,
39:4, 70:9, 79:7,
80:19
clinician [1] - 86:3
close [1] - 176:12
closing [1] - 175:4
closings [1] - 175:10
cluster [1] - 159:5
Code [1] - 177:5
code [1] - 169:6
cognitive [37] - 7:11,
9:16, 10:8, 10:9,
11:12, 13:4, 22:1,
22:11, 25:2, 26:18,
29:9, 29:12, 48:4,
48:6, 48:7, 48:11,
48:16, 51:20, 51:21,
52:1, 52:13, 55:22,
56:11, 56:17, 56:21,
56:22, 58:11, 60:14,
60:22, 61:9, 83:1,
83:3, 83:9, 83:10,
83:24, 92:21, 143:14
cognitively [7] - 7:12,
11:13, 26:19, 61:2,
83:24, 156:22, 157:4
cognizant [1] - 173:18
Coke® [1] - 104:7
collaborate [1] - 14:3
collaboration [1] -
141:8
collaborative [1] -
14:3
colleagues [1] -
129:24
collect [1] - 7:13
collecting [1] - 7:6
collects [1] - 16:21
COLLEEN [1] - 1:21
College [1] - 91:18

color [3] - 68:2, 70:24,
75:3
colors [2] - 68:1,
72:11
combine [1] - 81:23
combined [2] - 10:15,
12:6
comfort [1] - 156:18
comfortable [1] - 69:7
coming [3] - 65:5,
66:13, 174:11
comments [3] -
136:25, 137:3, 137:5
commercial [1] -
37:24
commercially [1] -
101:16
commercially-
available [1] - 101:16
common [19] - 9:10,
9:14, 23:1, 88:6,
97:23, 98:11, 99:24,
100:13, 100:15,
100:16, 100:18,
100:21, 100:23,
123:18, 123:20,
127:22, 128:2,
157:12
commonly [2] - 91:11,
123:4
compacta [4] - 15:23,
16:6, 16:7, 17:1
companies [1] - 104:2
company [6] - 57:15,
58:8, 58:20, 101:13,
102:4, 168:6
comparable [2] -
120:21, 120:23
comparative [1] - 50:7
compare [24] - 46:9,
53:6, 57:19, 60:10,
61:5, 63:17, 65:23,
66:2, 76:8, 76:11,
76:17, 76:18, 107:4,
111:21, 112:6,
118:21, 162:22,
162:25, 164:1,
164:10, 164:13,
168:9, 171:3, 172:15
compared [24] -
17:20, 19:15, 25:24,
26:23, 33:20, 38:5,
53:9, 55:19, 57:25,
58:2, 61:14, 68:10,
70:19, 70:22, 71:17,
76:22, 77:25, 94:18,
101:24, 103:5,
104:12, 106:25,
107:9, 161:25
comparing [14] -

55:14, 64:4, 68:24,
73:22, 106:9,
110:21, 119:11,
162:6, 163:1, 163:5,
163:7, 163:19,
164:14, 164:23
comparison [43] -
27:1, 50:9, 50:10,
50:19, 53:14, 53:15,
54:4, 57:1, 57:6,
58:1, 58:4, 58:7,
58:13, 58:15, 58:16,
58:23, 59:2, 59:5,
59:6, 59:9, 60:8,
60:15, 60:17, 60:18,
62:1, 63:20, 68:2,
68:17, 69:11, 73:23,
76:4, 95:17, 98:23,
104:15, 107:13,
108:15, 108:20,
109:2, 109:4,
109:13, 109:15,
109:16, 172:25
comparisons [3] -
55:3, 65:24, 66:6
compatible [3] -
31:10, 42:5, 54:13
COMPETENCY [1] -
1:10
competent [1] -
139:24
complaint [2] - 86:21,
86:25
complaints [1] - 47:10
completely [1] - 61:7
complex [3] - 22:10,
138:4, 139:19
composed [1] - 21:20
compound [4] - 37:19,
37:21, 38:3, 39:5
comprehensive [1] -
12:20
comprised [1] -
169:19
compromise [1] -
175:16
computed [2] - 15:4,
173:4
computer [8] - 2:7,
167:13, 172:14,
172:19, 173:8,
173:14, 173:16
computers [1] - 173:5
conceivable [2] -
129:4, 144:4
concentration [1] -
13:3
concern [13] - 23:7,
23:17, 27:16, 31:10,
51:17, 82:7, 82:11,

82:12, 82:20,
107:15, 123:3,
142:22, 142:23
concerned [6] - 83:8,
83:10, 83:21, 83:22,
164:24, 165:1
concerning [1] - 75:21
concerns [1] - 104:11
conclusion [3] -
21:13, 24:21, 44:19
conclusions [3] -
63:7, 144:12, 147:5
condense [1] - 89:12
conduct [3] - 7:24,
19:21, 66:17
conducted [12] -
23:20, 28:5, 32:23,
37:11, 57:5, 57:7,
63:15, 77:19, 77:20,
133:14, 133:22,
133:24
conducting [2] -
41:19, 66:6
conference [1] - 175:9
confidence [2] -
36:19, 36:20
confident [6] - 36:16,
36:18, 37:8, 69:3,
69:8, 174:18
confirmed [2] - 34:19,
34:21
confuse [4] - 118:15,
151:7, 151:10,
151:11
confusing [3] - 89:17,
99:1, 120:4
confusion [2] - 107:5,
107:7
congruent [2] - 32:5,
36:1
connection [4] - 9:24,
14:10, 15:1, 15:12
Conor [1] - 4:17
consequences [1] -
29:7
consider [3] - 51:14,
51:15, 163:22
consideration [2] -
80:12, 130:25
considered [1] - 29:15
consistent [6] - 18:11,
20:11, 54:9, 55:6,
88:12, 88:17
consult [2] - 87:8,
135:7
consultation [2] -
135:15, 136:8
consulted [3] -
134:11, 134:14,
144:16

7-182

**consume** [1] - 172:22
**contain** [1] - 128:4
**context** [17] - 9:7, 10:10, 13:23, 16:11, 31:5, 31:19, 40:14, 51:2, 55:4, 88:14, 105:21, 131:20, 133:8, 137:15, 139:14, 144:14
**continue** [5] - 48:24, 53:2, 134:2, 166:6, 174:24
**continuing** [2] - 80:17, 166:4
**contribute** [2] - 95:1, 95:4
**control** [6] - 18:3, 58:10, 70:15, 71:17, 71:19, 79:19
**controlled** [1] - 75:6
**controls** [6] - 7:12, 70:20, 70:22, 71:4, 71:7, 77:25
**controversial** [2] - 90:11, 108:11
**convene** [1] - 175:13
**conversation** [5] - 5:10, 131:1, 142:19, 163:6, 166:5
**convey** [1] - 137:14
**conveyor** [2] - 64:16, 65:5
**copied** [1] - 126:10
**copy** [1] - 105:1
**Core** [4] - 7:2, 7:3, 7:5, 62:9
**COREY** [3] - 1:15, 4:20, 5:3
**correct** [100] - 19:11, 21:9, 26:24, 28:24, 31:1, 32:2, 32:3, 33:9, 35:3, 35:4, 35:25, 36:4, 36:22, 37:1, 50:8, 57:9, 58:3, 71:10, 77:5, 77:6, 81:13, 82:23, 85:14, 86:8, 87:4, 88:1, 88:4, 91:16, 91:20, 99:15, 99:18, 99:23, 104:3, 104:4, 104:6, 106:8, 106:19, 106:20, 107:20, 107:21, 107:23, 107:24, 108:9, 109:20, 111:15, 112:8, 112:11, 112:14, 112:17, 112:20, 113:10, 113:13, 116:20, 118:14,

123:23, 124:22, 125:1, 125:4, 125:5, 131:7, 132:4, 132:18, 133:14, 133:16, 142:15, 143:3, 144:5, 148:4, 148:5, 148:13, 153:18, 153:23, 153:25, 154:5, 156:22, 162:8, 162:12, 162:20, 163:2, 164:3, 167:17, 167:18, 167:20, 167:23, 167:24, 167:25, 168:3, 168:4, 168:7, 168:15, 168:19, 169:4, 169:7, 169:8, 169:21, 170:15, 170:16, 170:19, 171:8, 177:6
**corrected** [1] - 134:7
**cortical** [1] - 80:21
**counsel** [1] - 84:6
**Counsel** [2] - 4:24, 52:22
**country** [1] - 9:3
**couple** [1] - 89:10
**Course** [1] - 11:21, 11:22
**course** [5] - 7:12, 11:24, 22:3, 27:13, 176:1
**COURT** [45] - 1:1, 4:7, 4:9, 4:15, 4:18, 5:1, 5:4, 5:15, 5:19, 5:25, 13:5, 46:25, 47:3, 47:7, 48:18, 48:21, 52:4, 52:7, 52:21, 53:2, 72:19, 73:17, 84:2, 84:6, 90:4, 100:6, 100:10, 110:12, 110:24, 111:6, 111:9, 117:14, 133:25, 149:11, 155:9, 155:13, 165:21, 166:7, 166:12, 173:21, 174:16, 174:20, 175:19, 176:6, 176:15
**Court** [3] - 2:4, 2:4, 149:13
**court** [10] - 4:3, 96:5, 120:6, 120:7, 120:10, 120:22, 122:6, 125:11, 138:12, 140:16
**courtroom** [1] - 114:23

**cover** [1] - 45:21
**covered** [6] - 8:19, 22:12, 24:25, 25:1, 34:16, 111:3
**crafted** [1] - 141:18
**create** [8] - 75:11, 80:15, 112:23, 113:4, 167:6, 167:10, 168:1, 170:3
**created** [12] - 74:20, 75:6, 79:21, 110:6, 110:9, 111:4, 112:12, 116:17, 116:21, 127:7, 129:16
**creates** [2] - 16:21, 167:13
**creating** [1] - 113:17
**creation** [1] - 73:16
**credentials** [1] - 144:17
**criminal** [1] - 140:11
**criticism** [1] - 91:3
**cross** [4] - 4:22, 84:8, 89:24, 149:15
**Cross** [1] - 3:7
**cross-examination** [3] - 4:22, 84:8, 89:24
**Cross-Examination** [1] - 3:7
**cross-examining** [1] - 149:15
**CRR** [2] - 2:3, 177:11
**crucially** [1] - 110:15
**CT** [2] - 50:9, 53:9
**curious** [1] - 48:21
**current** [2] - 158:22
**curriculum** [1] - 11:18
**cut** [6] - 102:23, 126:12, 126:15, 126:22, 140:13, 147:11
**CV** [4] - 12:11, 12:13, 12:16, 12:24
**cyclotron** [2] - 38:11, 38:20

# D

**damage** [3] - 40:12, 124:5, 149:6
**danger** [1] - 164:14
**dangers** [1] - 164:15
**Darby** [1] - 18:15
**Dat** [1] - 19:25
**data** [57] - 6:17, 7:6, 7:13, 7:15, 13:22, 16:21, 20:3, 26:14, 32:8, 38:16, 42:18, 42:19, 48:13, 57:16,

67:6, 67:7, 67:8, 67:12, 68:21, 72:4, 76:25, 81:8, 114:1, 133:19, 135:21, 135:24, 136:5, 163:13, 163:17, 163:21, 163:23, 163:25, 167:6, 167:7, 167:8, 167:10, 167:17, 167:19, 167:21, 167:24, 168:2, 168:5, 168:13, 168:17, 169:1, 169:6, 169:10, 169:18, 169:20, 169:21, 172:23, 173:4, 173:9, 173:16
**database** [2] - 172:15, 172:25
**date** [8] - 49:16, 127:15, 133:20, 135:4, 135:22, 135:24, 160:8, 160:10
**dated** [2] - 121:10, 161:5
**dates** [2] - 127:20, 133:13
**DaTscan** [10] - 15:13, 15:16, 15:17, 16:16, 17:4, 17:23, 18:10, 18:13, 19:20, 88:22
**DaTscans** [1] - 16:13
**DAY** [1] - 1:10
**days** [1] - 168:16
**deal** [1] - 173:25
**dealing** [1] - 31:16
**deals** [2] - 157:5, 157:13
**death** [1] - 33:25
**debate** [1] - 47:12
**decision** [4] - 25:8, 75:8, 94:23, 147:24
**decision-making** [1] - 25:8
**decisions** [2] - 138:7, 139:21
**declarations** [1] - 91:12
**decline** [2] - 48:4, 48:6
**deconstructed** [1] - 78:7
**decrease** [1] - 74:10
**defendant** [1] - 140:19
**Defendant** [17] - 1:9, 1:19, 3:5, 5:21, 92:20, 92:24, 139:21, 139:23, 140:4, 140:7,

140:17, 140:21, 142:18, 143:6, 144:20, 162:7
**Defendant's** [1] - 148:9
**defendants** [1] - 140:23
**Defense** [18] - 5:18, 11:14, 17:15, 20:24, 24:6, 30:1, 44:12, 44:13, 49:12, 67:13, 95:7, 101:5, 101:9, 132:2, 132:5, 132:7, 132:9, 135:6
**definitely** [6] - 54:13, 94:2, 130:24, 141:6, 155:3, 170:10
**definition** [1] - 158:17
**degenerates** [1] - 102:5
**degree** [11] - 10:13, 10:17, 48:16, 92:21, 97:5, 97:9, 148:8, 149:6, 151:15, 154:8, 154:16
**deleted** [1] - 131:3
**demented** [1] - 81:12
**dementia** [49] - 9:13, 9:14, 10:6, 10:9, 21:16, 21:17, 23:2, 23:3, 23:18, 29:10, 56:19, 56:25, 70:7, 70:15, 70:18, 71:6, 71:7, 71:9, 77:1, 77:2, 82:7, 82:10, 82:11, 82:13, 82:21, 83:11, 83:12, 83:16, 83:21, 83:22, 91:22, 97:21, 97:24, 98:8, 98:11, 112:16, 112:19, 115:11, 116:10, 116:22, 124:1, 143:7, 143:8, 143:23, 148:3, 150:22, 151:6, 152:23, 152:25
**dementia's** [1] - 115:6
**demonstrates** [2] - 163:13, 163:18
**Department** [2] - 6:15, 7:20
**dependent** [1] - 74:12
**depict** [1] - 117:20
**depicting** [2] - 40:6, 150:25
**depiction** [3] - 110:20, 116:25, 117:20
**deposition** [3] - 28:18, 100:14, 100:16
**depositions** [4] - 5:5,

5:8, 99:16, 99:22
**derive** [3] - 57:21, 76:15, 95:25
**derived** [1] - 66:2
**deriving** [1] - 64:7
**describe** [6] - 10:2, 10:11, 10:25, 86:11, 108:3, 144:8
**described** [6] - 44:18, 54:20, 55:21, 59:3, 170:2, 172:2
**describes** [1] - 11:21
**description** [5] - 82:4, 138:25, 139:2, 139:9, 139:10
**descriptive** [2] - 46:15, 46:16
**descriptively** [1] - 21:21
**detail** [2] - 53:21, 101:25
**details** [3] - 13:24, 138:4, 139:16
**detects** [2] - 153:13, 153:15
**deteriorated** [1] - 79:12
**determination** [4] - 38:21, 56:4, 102:1, 119:9
**determinations** [1] - 41:24
**determine** [2] - 124:4, 162:2
**determined** [2] - 35:19, 73:5
**develop** [1] - 99:21
**deviates** [1] - 158:23
**deviation** [7] - 72:16, 74:19, 74:24, 74:25, 113:7, 114:9, 119:7
**deviations** [9] - 72:12, 72:13, 74:21, 74:22, 75:2, 113:9, 113:15, 113:23, 114:12
**devoted** [3] - 6:24, 7:5, 9:21
**diabetes** [4] - 47:21, 60:3, 61:3, 61:10
**diagnose** [5] - 8:3, 15:24, 16:13, 124:1, 148:3
**diagnosed** [7] - 34:3, 79:7, 79:18, 80:19, 91:22, 142:18, 143:22
**diagnoses** [3] - 7:22, 82:2, 93:13
**diagnosing** [3] - 16:11, 33:22, 34:15

**diagnosis** [36] - 17:3, 20:7, 25:23, 26:7, 31:15, 33:12, 33:19, 35:18, 36:3, 36:18, 39:12, 39:16, 40:16, 41:15, 42:3, 42:10, 46:7, 50:23, 51:3, 56:6, 56:7, 56:8, 63:4, 63:5, 81:16, 82:1, 82:22, 101:20, 141:4, 142:12, 142:25, 143:5, 143:11, 143:14, 144:1, 144:3
**diagnostic** [3] - 8:17, 10:21, 36:21
**DICOM** [14] - 167:7, 167:8, 167:10, 167:11, 167:19, 168:2, 168:5, 168:13, 168:17, 169:1, 169:6, 169:9, 173:9
**died** [2] - 34:6, 34:25
**diet** [1] - 102:8
**differ** [3] - 57:24, 61:19, 64:25
**differed** [1] - 71:7
**difference** [13] - 43:12, 60:10, 65:1, 65:3, 65:21, 79:25, 114:4, 122:18, 134:20, 164:8, 164:18, 172:10
**differences** [7] - 66:8, 73:15, 85:24, 86:1, 86:2, 120:20, 120:21
**different** [62] - 21:20, 28:6, 28:11, 31:23, 33:17, 37:10, 42:5, 42:6, 51:23, 60:21, 61:7, 65:25, 66:3, 68:1, 68:23, 68:25, 69:1, 71:4, 71:19, 73:13, 75:11, 79:19, 85:21, 89:24, 103:5, 108:24, 109:5, 113:11, 117:23, 119:24, 122:5, 127:10, 129:6, 129:12, 131:20, 148:7, 148:11, 148:18, 150:14, 151:13, 152:8, 152:10, 152:12, 156:4, 157:18, 164:16, 165:1, 166:23, 166:25, 167:9, 167:13, 168:1, 169:15,

170:3, 170:13, 171:1, 171:2, 171:12, 171:13, 172:1
**differential** [1] - 42:3
**differentiate** [1] - 65:10
**differently** [1] - 169:23
**differs** [2] - 11:11, 61:21
**difficult** [2] - 97:14, 164:7
**diffuse** [14] - 45:21, 45:23, 46:11, 46:13, 46:22, 46:23, 49:23, 50:2, 51:5, 160:21, 161:9, 161:15, 161:17, 161:24
**diffused** [2] - 26:1, 46:2
**dig** [1] - 26:4
**digging** [1] - 5:11
**diminished** [2] - 63:25, 121:19
**Direct** [1] - 3:6
**direct** [11] - 89:24, 98:22, 98:24, 102:22, 103:4, 107:13, 123:10, 161:3, 161:11, 161:14, 163:4
**DIRECT** [1] - 6:2
**directing** [1] - 149:14
**directly** [5] - 34:23, 74:4, 88:23, 145:12, 145:14
**Director** [4] - 7:1, 11:21, 11:22, 12:6
**directorships** [1] - 11:24
**dis** [1] - 148:2
**disagree** [2] - 104:24, 106:16
**disc** [1] - 145:13
**discovered** [1] - 73:8
**discuss** [3] - 130:21, 133:18, 136:11
**discussed** [13] - 31:18, 31:23, 36:23, 43:17, 54:23, 55:20, 57:4, 62:7, 64:2, 69:10, 133:19, 135:3, 141:20
**discussing** [5] - 34:12, 35:9, 63:12, 139:15
**discussion** [3] - 48:24, 130:11, 133:5
**Disease** [6] - 6:21, 7:2, 7:17, 7:25, 62:9

**disease** [119] - 6:24, 7:10, 8:3, 8:6, 8:7, 8:9, 8:12, 9:5, 9:9, 9:14, 9:16, 9:23, 10:7, 11:6, 11:9, 11:10, 15:25, 16:5, 16:10, 16:12, 16:14, 16:24, 17:3, 18:12, 19:17, 20:8, 20:9, 20:12, 21:15, 21:16, 21:17, 22:22, 23:6, 24:23, 24:24, 25:23, 26:3, 26:18, 26:22, 27:13, 27:17, 28:1, 28:20, 29:13, 29:15, 29:16, 31:11, 31:15, 31:22, 32:2, 32:9, 32:14, 32:20, 33:1, 33:3, 33:23, 34:3, 34:8, 34:15, 34:20, 34:22, 35:19, 36:3, 36:17, 37:8, 39:16, 40:8, 40:16, 42:11, 47:21, 51:4, 56:6, 56:8, 63:5, 70:14, 70:22, 71:16, 71:18, 75:24, 75:25, 77:25, 79:18, 80:3, 80:8, 80:15, 80:20, 81:1, 81:6, 81:10, 81:16, 81:22, 82:16, 82:20, 100:16, 107:15, 115:8, 115:11, 115:13, 116:10, 116:22, 118:3, 120:25, 123:20, 141:4, 142:12, 142:22, 142:24, 142:25, 155:5, 157:8, 157:10, 158:7, 158:9, 158:12, 158:21, 158:25, 159:2, 159:25
**diseases** [14] - 8:11, 8:25, 9:4, 9:8, 9:11, 9:22, 10:6, 11:5, 26:20, 42:6, 60:4, 61:11, 100:21, 100:22
**disfunction** [6] - 10:8, 29:6, 29:12, 48:7, 56:17, 83:9
**disingenuous** [1] - 76:6
**disorders** [1] - 13:4
**disorient** [2] - 148:2, 163:8
**disposal** [2] - 95:19, 95:21

**disproportionate** [2] - 45:1, 161:22
**dispute** [2] - 142:13, 142:17
**distill** [1] - 26:11
**distilling** [2] - 22:3, 22:8
**distinct** [1] - 42:25
**Distinguished** [1] - 6:14
**distribute** [2] - 130:18, 130:19
**distributed** [6] - 39:3, 129:24, 131:2, 137:12, 159:9
**distribution** [5] - 20:11, 62:25, 76:20, 118:2, 118:12
**District** [2] - 2:4, 2:5
**DISTRICT** [2] - 1:1, 1:2
**doc** [4] - 167:12, 167:13
**doctor** [6] - 46:25, 132:22, 133:9, 145:16, 151:7, 152:17
**Doctor** [9] - 10:17, 11:15, 48:18, 52:24, 73:17, 105:8, 107:6, 147:11, 157:23
**doctors** [3] - 87:7, 143:22, 144:8
**document** [7] - 21:4, 24:9, 30:4, 44:14, 44:16, 44:17, 49:13
**documenting** [1] - 46:17
**documents** [2] - 147:12, 147:18
**DOJ** [4] - 1:15, 1:16, 1:17, 1:18
**dollars** [1] - 14:14
**done** [13] - 5:9, 66:1, 69:1, 85:6, 109:5, 133:11, 133:15, 134:8, 134:11, 134:12, 134:13, 174:4, 174:8
**dopamine** [3] - 15:21, 16:3, 18:2
**dopaminergic** [2] - 17:18, 18:1
**dorsal** [1] - 17:19
**dot** [1] - 68:9
**double** [2] - 103:22, 131:9
**double-blind** [1] - 131:9
**down** [11] - 21:18, 28:21, 34:17, 34:18,

74:25, 79:8, 111:25, 126:11, 131:21, 153:14, 158:5

**downstream** [3] - 51:17, 51:19, 52:1

**dozen** [1] - 85:13

**Dr** [62] - 4:22, 5:18, 5:19, 6:4, 6:10, 8:15, 9:24, 10:11, 11:14, 11:17, 12:10, 12:16, 13:2, 13:8, 14:6, 14:7, 14:8, 14:25, 15:11, 15:16, 17:15, 18:15, 20:24, 24:6, 24:7, 24:16, 28:3, 30:1, 30:2, 33:5, 44:12, 44:14, 48:24, 49:12, 49:13, 49:19, 53:4, 67:13, 67:16, 69:14, 69:18, 72:6, 72:8, 73:20, 76:7, 77:3, 77:13, 78:3, 78:15, 79:3, 81:14, 83:25, 84:10, 109:21, 110:5, 110:9, 111:4, 116:6, 120:4, 128:14, 144:20, 146:24

**draft** [2] - 136:22, 136:23

**drafting** [1] - 135:23

**dramatic** [1] - 54:16

**drink** [2] - 59:18, 60:2

**drive** [1] - 43:15

**driven** [1] - 43:16

**drug** [1] - 102:17

**due** [1] - 66:9

**duly** [1] - 5:22

**during** [4] - 4:21, 60:1, 85:10, 133:5

**dynamic** [2] - 170:5, 170:11

**dysfunction** [1] - 48:16

# E

**e-mail** [11] - 144:19, 144:21, 144:22, 145:1, 146:14, 146:17, 146:22, 147:4, 147:6, 147:7, 147:16

**e-mails** [3] - 92:20, 92:23, 146:17

**early** [6] - 21:14, 83:21, 158:8, 158:20, 159:24, 162:7

**easier** [1] - 161:4

**easily** [2] - 80:14, 81:5

**eat** [1] - 59:21

**Edison** [2] - 77:7, 77:18

**edited** [7] - 129:5, 129:14, 129:16, 129:19, 130:6, 137:15, 141:21

**edits** [5] - 130:4, 130:7, 130:12, 130:14, 137:13

**education** [3] - 41:18, 59:23, 102:7

**educational** [3] - 10:12, 12:11, 12:12

**effect** [3] - 52:13, 52:15, 52:19

**effects** [1] - 29:9

**effort** [3] - 137:24, 141:23, 142:10

**either** [2] - 21:15, 175:21

**elective** [1] - 11:23

**element** [1] - 142:8

**elements** [2] - 135:22, 143:1

**elucidate** [1] - 93:9

**emission** [2] - 15:5, 15:18

**emphasis** [1] - 159:9

**employ** [1] - 13:17

**end** [5] - 10:24, 44:19, 78:24, 137:8, 141:24

**endowed** [1] - 6:13

**engage** [2] - 138:11, 140:22

**engaged** [4] - 13:8, 13:11, 138:5, 140:18

**engagement** [1] - 139:20

**engineering** [1] - 6:16

**enriched** [2] - 11:5, 61:14

**entire** [4] - 45:18, 89:6, 107:2

**entitled** [1] - 77:8

**equipment** [3] - 38:8, 38:10

**era** [1] - 173:3

**error** [5] - 64:10, 65:19, 66:4, 66:9

**ESQ** [5] - 1:19, 1:21, 1:22, 1:24, 1:25

**essentially** [1] - 79:10

**establish** [1] - 144:17

**established** [1] - 141:4

**et** [3] - 22:11, 77:7, 102:9

**etc** [1] - 9:18

**etiology** [1] - 32:14

**evaluate** [5] - 19:1, 40:8, 67:9, 76:16, 113:20

**evaluated** [1] - 40:17

**evaluating** [2] - 152:23, 152:25

**evaluation** [2] - 42:17, 44:2

**event** [1] - 136:9

**everywhere** [2] - 45:23, 53:24

**evidence** [6] - 111:20, 138:8, 139:22, 140:2, 140:9, 176:13

**exact** [3] - 59:2, 65:4

**exactly** [2] - 141:17, 172:17

**exam** [8] - 41:6, 71:11, 87:13, 93:21, 98:22, 98:24, 102:22, 103:4

**Examination** [2] - 3:6, 3:7

**examination** [3] - 4:22, 89:24, 89:25

**EXAMINATION** [2] - 6:2, 84:8

**examined** [2] - 35:1, 35:2

**examiner** [1] - 100:11

**examining** [2] - 40:23, 149:15

**example** [10] - 19:6, 40:9, 59:15, 92:19, 94:12, 114:1, 131:17, 145:13, 161:18, 166:1

**except** [4] - 12:18, 58:7, 95:13, 126:13

**exception** [1] - 12:22

**exchange** [1] - 136:12

**exclude** [3] - 97:20, 97:23, 150:21

**excludes** [1] - 151:6

**excluding** [1] - 98:10

**excuse** [1] - 69:23

**executive** [1] - 25:7

**exercise** [2] - 102:9, 103:7

**exercised** [1] - 61:16

**Exhibit** [18] - 11:14, 17:15, 20:24, 24:6, 30:1, 44:12, 44:13, 49:12, 67:13, 69:19, 77:14, 78:11, 95:7, 109:25, 111:19, 116:4, 119:2

**exhibited** [1] - 47:8

**exhibits** [1] - 5:1

**expanded** [1] - 27:4

**expect** [25] - 17:2, 27:22, 32:22, 48:3, 48:5, 48:15, 51:25, 54:7, 54:18, 56:15, 56:16, 56:18, 56:19, 56:22, 56:23, 70:21, 75:25, 80:2, 81:9, 81:21, 83:23, 86:18, 116:25, 162:11

**expected** [3] - 22:19, 33:2, 80:24

**experience** [9] - 11:1, 11:2, 11:20, 12:14, 41:11, 41:17, 83:13, 162:3, 172:13

**experiences** [1] - 11:7

**expert** [15] - 13:2, 13:9, 46:20, 66:25, 67:3, 93:3, 110:16, 125:11, 125:15, 125:16, 125:18, 128:20, 140:1, 140:3, 149:15

**experts** [11] - 13:22, 14:4, 14:5, 96:9, 101:6, 110:13, 110:17, 130:16, 131:13, 131:14, 131:15

**explain** [18] - 7:3, 16:16, 17:25, 26:13, 36:6, 41:2, 42:2, 42:4, 64:12, 80:23, 98:16, 98:17, 98:21, 100:11, 112:22, 120:7, 127:6, 167:15

**explained** [2] - 99:7, 102:25

**explaining** [4] - 23:15, 89:23, 137:24, 166:3

**explanation** [1] - 23:16

**explore** [3] - 13:25, 90:13, 145:19

**exposed** [1] - 59:17

**extends** [1] - 68:4

**extensive** [1] - 141:1

**extracted** [1] - 33:24

**extrapolate** [1] - 37:4

**extrapolated** [1] - 68:8

**extrapolating** [1] - 39:8

**eye** [1] - 172:11

**eyes** [1] - 165:10

# F

**face** [6] - 86:9, 86:10, 86:12

**face-to-face** [3] - 86:9,

86:10, 86:12

**faced** [1] - 151:1

**facility** [1] - 65:6

**fact** [11] - 30:25, 37:16, 73:14, 80:8, 110:7, 110:22, 111:4, 144:11, 154:6, 161:15, 171:16

**factor** [1] - 94:3

**factors** [2] - 166:1, 166:3

**factory** [1] - 65:13

**fair** [25] - 86:6, 87:16, 91:17, 91:24, 93:24, 99:19, 99:21, 103:13, 108:20, 109:2, 109:4, 109:12, 109:15, 109:16, 110:20, 112:23, 114:25, 116:25, 119:20, 124:15, 133:3, 138:25, 158:8, 172:13, 173:7

**fall** [4] - 80:14, 81:5, 99:5, 156:6

**falls** [1] - 68:11

**familiar** [3] - 70:1, 70:2, 131:11

**far** [1] - 175:14

**fascinating** [1] - 52:10

**fast** [1] - 160:1

**fault** [1] - 174:6

**FDA** [2] - 38:3, 39:5

**FDG** [75] - 18:14, 18:16, 18:17, 18:19, 18:20, 18:25, 19:21, 19:25, 20:7, 20:15, 21:6, 21:8, 23:10, 23:19, 23:20, 23:21, 25:19, 26:6, 26:24, 27:2, 27:11, 28:4, 28:5, 31:13, 31:24, 32:19, 32:23, 33:7, 34:8, 35:2, 35:5, 35:8, 35:23, 36:25, 37:6, 39:9, 71:22, 79:12, 79:19, 80:13, 95:8, 95:20, 95:22, 96:17, 98:18, 98:19, 106:21, 107:14, 108:3, 108:15, 108:21, 109:2, 110:7, 111:5, 112:6, 113:18, 118:21, 119:1, 119:4, 120:9, 120:22, 121:20, 124:7, 124:11, 124:18, 133:15,

148:14, 149:3, 150:2, 152:19, 152:24, 154:4, 156:9, 156:21, 157:4
**FDG-PET** [65] - 18:14, 18:16, 18:17, 18:19, 18:25, 19:21, 20:7, 20:15, 21:6, 21:8, 23:10, 23:19, 23:20, 23:21, 25:19, 26:6, 26:24, 27:2, 27:11, 28:4, 28:5, 31:13, 31:24, 32:19, 32:23, 33:7, 34:8, 35:2, 35:5, 35:8, 35:23, 36:25, 37:6, 39:9, 71:22, 79:12, 79:19, 80:13, 95:8, 95:20, 95:22, 96:17, 98:18, 98:19, 107:14, 110:7, 112:6, 113:18, 119:1, 119:4, 120:9, 121:20, 124:7, 124:11, 124:18, 133:15, 148:14, 149:3, 150:2, 152:19, 152:24, 154:4, 156:9, 156:21, 157:4
**FDG-PETs** [8] - 106:21, 108:3, 108:15, 108:21, 109:2, 111:5, 118:21, 120:22
**February** [2] - 15:14, 17:5
**feedback** [1] - 133:7
**fellows** [2] - 12:9, 82:17
**fellowship** [3] - 8:18, 10:23
**fetal** [2] - 102:4, 102:17
**few** [3] - 14:14, 22:3, 88:6
**fewer** [1] - 27:6
**field** [13] - 13:3, 42:16, 112:13, 113:14, 128:2, 131:10, 131:15, 131:24, 163:24, 165:6, 165:8, 165:15, 165:16
**fifteen** [1] - 85:2
**Figure** [1] - 78:10
**figuring** [1] - 176:7
**filings** [1] - 92:17
**final** [7] - 21:5, 24:10, 30:5, 131:4, 136:16,

137:9
**finder** [1] - 110:22
**findings** [25] - 21:11, 21:14, 22:12, 23:10, 24:15, 31:3, 31:12, 32:1, 36:20, 37:3, 37:4, 37:14, 39:8, 49:22, 56:7, 56:10, 80:25, 95:9, 95:15, 156:21, 157:4, 175:2, 176:7
**fine** [2] - 92:6, 154:13
**finish** [8] - 151:24, 155:9, 155:10, 174:10, 174:11, 174:13, 174:19, 174:21
**finished** [1] - 4:9
**Fiorentini** [2] - 145:5, 145:6
**first** [29] - 20:15, 25:21, 25:25, 27:5, 28:2, 38:8, 57:14, 63:25, 71:20, 76:14, 77:8, 84:18, 94:13, 98:8, 98:24, 119:21, 126:3, 126:25, 132:14, 134:15, 138:2, 140:24, 143:8, 147:9, 159:23, 161:1, 161:2, 161:8
**fit** [4] - 61:1, 61:15, 81:5, 82:5
**fits** [2] - 81:11, 82:6
**five** [11] - 12:22, 14:20, 27:19, 27:21, 83:20, 84:22, 84:23, 85:1, 123:5, 166:18
**flipping** [1] - 170:2
**flow** [1] - 89:21
**fluorodeoxyglucose** [2] - 18:20, 18:25
**focus** [7] - 10:4, 82:22, 112:4, 160:10, 160:11, 166:9, 176:3
**focused** [2] - 53:4, 159:14
**focusing** [13] - 50:20, 66:22, 73:20, 77:7, 78:15, 79:6, 79:15, 81:14, 82:24, 83:13, 158:23, 159:11, 160:9
**folder** [1] - 147:7
**following** [1] - 4:3
**follows** [1] - 5:23
**food** [3] - 59:21, 59:22
**footnote** [1] - 116:12

**foregoing** [1] - 177:5
**Forensic** [16] - 13:11, 13:14, 13:15, 13:17, 14:10, 125:17, 125:19, 129:20, 129:25, 134:21, 135:1, 135:2, 135:13, 145:2, 146:9, 146:11
**forensic** [5] - 13:15, 13:16, 14:7, 85:22, 134:19
**Forest** [7] - 6:13, 6:19, 7:17, 7:18, 8:21, 9:20, 62:9
**forget** [2] - 118:10, 149:23, 149:24, 160:5, 162:18, 164:12
**form** [3] - 9:14, 120:18, 159:10
**format** [6] - 78:8, 78:9, 167:12, 167:14, 167:19, 168:2
**forming** [1] - 69:12
**forth** [1] - 74:24
**foundation** [1] - 110:23
**four** [4] - 10:21, 75:1, 113:12, 127:8
**frame** [2] - 170:15, 170:18
**frames** [2] - 170:12, 170:13
**free** [1] - 149:14
**frequent** [3] - 30:10, 30:13, 30:18
**Friday** [2] - 174:12, 174:22
**front** [8] - 21:1, 21:22, 24:20, 26:14, 42:19, 50:11, 88:24
**frontal** [4] - 25:7, 25:11, 45:13, 158:1
**fuel** [1] - 18:21
**full** [2] - 86:20, 174:2
**function** [33] - 10:7, 17:19, 18:1, 18:3, 18:5, 18:6, 18:7, 19:1, 22:4, 48:10, 48:15, 51:17, 51:19, 51:20, 51:21, 51:25, 52:2, 52:13, 55:24, 56:11, 58:11, 60:14, 60:22, 61:9, 83:1, 83:3, 92:21, 122:10, 125:2, 125:5, 152:13, 153:10, 153:11
**functional** [1] - 29:7

**functioning** [1] - 25:8
**functions** [9] - 22:1, 22:5, 22:10, 22:11, 25:2, 25:9, 51:22, 51:24, 55:22
**funded** [3] - 6:23, 6:24, 11:7
**funding** [1] - 8:7

## G

**gaps** [1] - 176:8
**gateways** [1] - 10:6
**GE** [1] - 64:14
**gears** [3] - 28:3, 39:17, 147:25
**general** [15] - 46:16, 47:9, 59:11, 62:23, 63:21, 65:24, 69:5, 93:16, 100:14, 100:23, 105:23, 106:2, 106:22, 111:16, 115:1
**generalize** [2] - 73:1, 78:1
**generalized** [3] - 29:11, 45:17, 80:21
**generally** [7] - 29:12, 43:11, 61:23, 62:21, 68:12, 87:5, 100:19
**generate** [4] - 20:4, 57:17, 72:4, 165:8
**generated** [5] - 13:23, 21:6, 49:14, 135:25, 139:12
**generates** [1] - 57:16
**generating** [2] - 87:12, 87:22
**generation** [4] - 12:3, 12:4, 38:9, 38:25
**GEORGE** [1] - 1:4
**geriatric** [1] - 14:6
**gerontology** [2] - 8:24, 9:19
**geroscience** [1] - 47:16
**giant** [3] - 40:3, 65:13, 165:2
**given** [7] - 27:15, 83:17, 94:8, 127:2, 127:4, 151:2, 175:11
**global** [7] - 45:7, 45:10, 46:2, 46:5, 47:4, 50:3
**goal** [2] - 89:15, 90:25
**gold** [6] - 33:20, 33:21, 33:22, 34:4, 34:22, 35:20
**golly** [1] - 154:21
**gosh** [3] - 136:15,

158:3, 165:17
**gotta** [1] - 174:13
**govern** [2] - 22:2, 55:23
**governed** [1] - 25:2
**Government** [5] - 23:22, 69:18, 77:13, 78:11, 101:6
**Government's** [4] - 18:15, 92:16, 110:10, 117:12
**Graduate** [1] - 11:22
**graduate** [2] - 12:8, 76:2, 76:3
**graduated** [1] - 10:19
**gray** [6] - 68:2, 68:6, 68:25, 171:7, 171:15
**great** [5] - 5:15, 47:12, 112:15, 174:23, 175:19
**greater** [6] - 17:20, 28:1, 32:20, 50:7, 54:17, 74:8
**greatest** [1] - 97:5
**grid** [1] - 78:14
**ground** [2] - 34:16, 65:3
**group** [49] - 13:11, 58:1, 58:7, 58:10, 58:13, 58:15, 58:16, 58:23, 59:2, 59:5, 59:6, 59:7, 59:9, 60:8, 60:11, 60:15, 60:19, 60:23, 61:1, 61:8, 61:15, 62:1, 63:25, 68:2, 70:14, 70:15, 71:9, 71:19, 73:8, 73:10, 79:20, 79:25, 80:3, 80:15, 81:6, 82:5, 82:6, 103:1, 103:2, 103:6, 104:15, 130:9, 130:10, 130:15, 130:20, 134:22, 134:23, 134:25, 141:21
**groups** [8] - 58:4, 60:21, 70:13, 71:16, 72:24, 73:1, 111:21, 111:24
**grow** [1] - 59:20
**growing** [2] - 59:21, 102:8
**guess** [38] - 4:10, 32:17, 49:2, 87:4, 87:5, 88:2, 93:17, 99:3, 99:5, 104:1, 107:1, 107:12, 109:3, 109:14, 112:1, 112:22,

122:7, 124:10, 128:12, 129:7, 134:22, 134:24, 137:6, 141:15, 144:13, 145:10, 150:9, 150:19, 152:9, 154:23, 155:22, 163:23, 167:14, 168:21, 171:21, 174:15
**guessing** [2] - 116:11, 129:2
**guide** [5] - 94:4, 121:14, 139:21, 140:1, 140:8
**guided** [2] - 86:14, 86:15
**guiding** [1] - 138:7
**Guilmette** [3] - 4:22, 14:7, 127:13
**Gumm** [2] - 2:3, 177:11
**guy** [1] - 101:13
**guys** [3] - 100:7, 133:18, 174:21

## H

**half** [3] - 27:19, 27:21, 85:13
**hallmarks** [2] - 28:19, 29:15
**hand** [2] - 26:11, 166:19
**handy** [1] - 121:9
**HANKS** [1] - 1:4
**happy** [1] - 52:25
**hard** [10] - 58:5, 60:9, 78:1, 78:5, 85:23, 97:2, 99:4, 124:9, 150:14, 156:2
**hardship** [1] - 174:13
**hardware** [2] - 166:23, 166:25
**head** [6] - 9:1, 50:10, 53:9, 62:8, 86:15, 100:4
**header** [1] - 127:7
**Health** [1] - 11:8
**healthcare** [1] - 64:17
**healthy** [2] - 60:25, 61:15
**hear** [2] - 100:12, 166:8
**heard** [2] - 70:11, 82:4
**hearing** [6] - 5:14, 22:7, 138:12, 140:16, 174:13, 175:8
**HEARING** [1] - 1:10

**height** [1] - 99:2
**held** [3] - 4:3, 59:19, 84:5
**help** [7] - 89:21, 93:24, 94:4, 99:8, 120:7, 121:14, 140:1
**helpful** [12] - 89:15, 94:1, 110:22, 115:19, 119:10, 119:12, 120:15, 151:4, 151:17, 154:24, 176:2, 176:10
**hereby** [1] - 177:4
**hide** [1] - 116:5
**high** [8] - 9:3, 18:18, 39:14, 47:20, 59:21, 59:23, 82:8, 92:21
**highlighted** [2] - 78:22, 160:19
**highlights** [1] - 121:13
**highly** [4] - 18:22, 58:12, 141:2, 144:8
**hippocampal** [2] - 80:22, 81:2
**Hippocampus** [2] - 116:13, 159:19
**hippocampus** [15] - 81:5, 158:10, 158:14, 158:15, 158:17, 158:19, 158:23, 159:3, 159:4, 159:6, 159:12, 159:14, 159:24, 160:10, 160:11
**historically** [2] - 159:13, 159:15
**histories** [1] - 88:9
**history** [7] - 86:20, 87:12, 95:24, 96:1, 138:4
**hit** [1] - 52:17
**hmm** [7] - 77:10, 78:17, 89:8, 90:1, 103:8, 107:16, 170:22
**hold** [3] - 6:14, 100:3, 172:24
**holidays** [2] - 174:8, 175:16
**honest** [1] - 92:25
**honestly** [1] - 147:21
**Honor** [20] - 4:8, 4:13, 4:16, 4:19, 4:21, 5:7, 5:17, 13:1, 53:3, 90:3, 110:4, 110:15, 117:13, 133:21, 149:8, 165:24, 173:20, 174:14,

175:24, 175:25
**HONORABLE** [1] - 1:4
**hope** [3] - 90:10, 128:8, 173:10
**hopefully** [2] - 108:10, 143:2
**hoping** [1] - 66:11
**hospital** [1] - 123:23
**hour** [2] - 14:13, 173:23
**hours** [4] - 14:21, 39:2, 84:14, 88:5
**housekeeping** [1] - 4:21
**Houston** [1] - 1:12
**human** [2] - 172:10, 172:19
**humanity's** [1] - 173:2
**hundred** [2] - 35:17, 106:7
**hundreds** [1] - 86:6
**hydrogen** [2] - 165:19, 167:3
**hyper** [1] - 19:6
**hypercholesterolemia** [1] - 102:7
**hypertension** [4] - 47:20, 60:3, 61:4, 61:11
**hypertensives** [1] - 102:6
**hypo** [2] - 19:4, 19:5
**Hypometabolism** [2] - 77:9, 77:18
**hypometabolism** [20] - 19:3, 19:7, 19:9, 19:15, 19:19, 20:10, 20:13, 23:1, 31:18, 34:10, 35:8, 35:15, 35:24, 39:14, 70:21, 71:18, 72:11, 81:20, 83:7, 83:19
**hypothetical** [6] - 124:9, 124:12, 149:22, 150:4, 150:19, 151:2

## I

**idea** [5] - 115:6, 115:10, 115:14, 164:5, 164:6
**identical** [4] - 65:16, 171:20, 171:23, 171:24
**identification** [4] - 4:23, 67:14, 67:15, 116:5
**identified** [1] - 76:21
**identify** [1] - 37:18

**illustrative** [1] - 115:24
**image** [47] - 15:14, 30:2, 40:7, 42:20, 49:19, 65:14, 67:16, 68:18, 69:21, 69:24, 70:1, 70:2, 70:4, 70:7, 70:9, 70:12, 70:16, 71:12, 71:20, 71:21, 73:11, 73:12, 73:23, 74:16, 74:19, 74:20, 75:7, 75:13, 76:24, 77:4, 78:3, 78:4, 78:6, 78:10, 78:20, 79:21, 79:23, 80:16, 86:14, 86:15, 96:21, 111:1, 113:5, 119:15, 165:9, 170:4, 172:25
**image-guided** [2] - 86:14, 86:15
**images** [50] - 17:7, 17:10, 17:13, 20:16, 20:19, 20:22, 23:23, 24:1, 26:8, 29:18, 29:21, 39:19, 40:4, 40:24, 41:18, 44:4, 44:7, 44:10, 49:3, 53:6, 65:16, 68:15, 69:11, 72:2, 72:3, 73:16, 74:18, 75:11, 76:9, 76:12, 76:14, 76:22, 76:23, 77:2, 83:14, 93:4, 93:8, 93:18, 93:19, 93:25, 94:2, 110:5, 110:9, 115:14, 119:14, 169:13, 169:19, 169:25, 170:2
**Imaging** [3] - 7:1, 7:3, 7:5
**imaging** [58] - 7:6, 7:7, 7:9, 7:15, 7:21, 7:23, 8:2, 8:4, 9:6, 10:5, 11:9, 15:3, 15:4, 15:8, 33:14, 39:21, 40:1, 57:2, 64:7, 64:8, 64:20, 73:21, 75:17, 75:18, 76:10, 81:7, 81:8, 81:17, 82:4, 82:9, 82:25, 83:2, 83:5, 87:8, 87:23, 89:7, 89:11, 89:13, 94:3, 94:5, 96:14, 110:11, 111:5, 113:20, 113:25, 127:6, 145:13, 145:17, 146:4, 150:12, 151:3, 152:22,

163:22, 163:24, 167:1
**impact** [1] - 122:10
**impairment** [9] - 7:11, 9:16, 10:9, 11:12, 26:18, 56:21, 56:23, 83:10, 143:15
**imperceptible** [1] - 172:10
**implicated** [1] - 16:9
**importance** [2] - 76:15, 137:23
**important** [15] - 65:9, 66:5, 93:7, 128:22, 141:8, 147:13, 150:13, 150:15, 152:22, 153:2, 159:6, 164:19, 166:18, 169:12, 176:12
**impression** [20] - 17:10, 17:13, 17:23, 20:19, 20:22, 21:13, 24:1, 24:15, 24:21, 29:21, 30:8, 30:9, 44:7, 44:20, 44:24, 45:3, 49:6, 49:9, 49:11, 94:19
**impressions** [2] - 94:15, 95:6
**improve** [2] - 33:12, 33:19
**improves** [1] - 36:14
**inaccurate** [1] - 43:11
**incarceration** [1] - 102:18
**include** [2] - 7:10, 102:21
**included** [1] - 79:22
**includes** [1] - 102:16
**including** [2] - 9:4, 9:8
**incorporate** [1] - 66:12
**incorrect** [2] - 87:9, 87:18
**increase** [2] - 33:3, 74:9
**increases** [1] - 31:20
**incredibly** [1] - 98:10
**INDEX** [1] - 3:1
**indicate** [27] - 19:13, 19:16, 22:17, 25:11, 27:12, 31:14, 35:6, 37:3, 39:11, 39:13, 46:6, 46:12, 50:22, 51:6, 51:7, 53:15, 54:4, 56:7, 56:10, 62:22, 63:4, 63:20, 73:23, 79:16, 81:15, 82:25, 83:15

**indicated** [5] - 26:23, 36:2, 49:16, 62:23, 63:3
**indicates** [7] - 22:18, 23:13, 25:12, 32:8, 32:10, 59:7, 106:17
**indicating** [3] - 29:12, 30:10, 30:24
**indicators** [1] - 148:15
**indictment** [10] - 91:24, 92:1, 92:11, 138:4, 138:19, 138:22, 138:24, 139:1, 139:9, 139:18
**individual** [10] - 57:23, 58:2, 59:9, 60:6, 73:1, 73:12, 73:15, 150:11, 165:14
**individual's** [2] - 51:20, 60:17
**individually** [2] - 53:6, 83:3
**individuals** [3] - 111:22, 111:25, 172:16
**indulging** [1] - 52:23
**inform** [8] - 63:7, 93:24, 94:21, 138:9, 138:10, 140:22, 147:24, 149:6
**information** [39] - 5:9, 22:9, 26:10, 35:17, 36:15, 58:6, 58:15, 59:3, 59:8, 60:16, 87:19, 93:12, 93:23, 94:20, 97:13, 103:15, 108:22, 110:11, 110:12, 110:17, 111:2, 111:3, 127:21, 135:4, 136:10, 138:6, 144:18, 145:10, 145:11, 146:13, 146:23, 147:8, 147:10, 147:24, 152:13, 156:3, 156:5, 175:3, 175:11
**informative** [9] - 96:17, 96:19, 96:21, 97:23, 98:10, 149:3, 150:2, 152:3, 156:11
**informed** [3] - 141:5, 141:20, 142:3
**informing** [4] - 63:4, 138:5, 140:18, 147:16
**inhomogeneities** [1] - 165:16
**inhomogeneous** [1] -

165:16
**initial** [1] - 48:6
**initiated** [1] - 155:8
**inject** [2] - 16:2, 20:1
**injected** [2] - 15:20, 16:19
**injury** [1] - 8:13
**input** [1] - 139:12
**installed** [2] - 64:17, 65:6
**instead** [3] - 19:25, 78:13, 95:9
**Institutes** [2] - 6:25, 11:8
**instruction** [1] - 146:21
**instructions** [1] - 146:16
**integrating** [1] - 22:7
**integration** [1] - 22:6
**intelligence** [1] - 172:20
**intended** [1] - 150:6
**intent** [1] - 37:17
**interaction** [1] - 133:2
**interest** [1] - 175:10
**interesting** [5] - 34:1, 52:10, 61:24, 67:22, 70:8
**interim** [1] - 7:19
**internal** [1] - 10:20
**internship** [1] - 10:20
**interpret** [13] - 60:9, 70:9, 71:13, 71:25, 72:17, 87:25, 96:9, 105:21, 105:22, 106:1, 106:3, 106:10, 166:2
**interpretable** [1] - 65:14
**interpretation** [6] - 29:24, 44:10, 53:13, 76:24, 93:19, 94:3
**interpreted** [2] - 21:6, 49:15
**Interpreter** [1] - 2:2
**interpreting** [23] - 7:21, 7:22, 17:9, 17:12, 17:22, 20:18, 20:21, 22:13, 22:14, 23:25, 24:3, 29:20, 29:23, 30:7, 44:6, 44:9, 44:23, 45:3, 45:6, 49:5, 49:8, 49:21, 93:3
**interprets** [1] - 20:6
**interrupt** [5] - 52:5, 86:23, 96:6, 145:16, 166:17
**interrupting** [1] -

166:20
**intracranial** [1] - 44:25
**intravenously** [2] - 16:20, 20:2
**intrinsic** [1] - 152:7
**invasive** [1] - 86:14
**investigator** [2] - 74:5, 74:12
**Investigator** [1] - 7:1
**involve** [1] - 121:21
**involved** [7] - 19:22, 22:6, 25:5, 25:7, 45:11, 122:13, 158:1
**involving** [1] - 122:25
**IRINA** [1] - 1:25
**irrelevant** [1] - 118:4
**ischemic** [1] - 49:25
**issue** [2] - 101:17, 108:7
**it'd** [1] - 114:1
**it'll** [2] - 89:21, 121:13
**Item** [3] - 127:12, 132:16, 144:24
**itself** [2] - 45:25, 147:5

## J

**JAMES** [1] - 1:22
**JASON** [1] - 1:19
**Joanna** [1] - 145:5
**job** [4] - 26:12, 55:10, 114:13, 119:17
**joint** [1] - 6:16
**journals** [1] - 131:10
**JR** [1] - 1:4
**Judge** [2] - 91:1, 115:19
**judge** [1] - 175:7
**JUDGE** [1] - 1:4
**judgment** [2] - 42:14, 42:15
**July** [14] - 29:18, 39:24, 49:2, 49:17, 62:17, 106:18, 127:15, 133:9, 133:18, 133:23, 133:24, 134:5, 135:11, 135:19
**June** [2] - 39:24, 49:2

## K

**KATHRYN** [1] - 1:24
**keep** [2] - 166:13, 176:14
**keeps** [1] - 155:13
**KENEALLY** [1] - 1:24
**kind** [23] - 15:17, 18:21, 28:10, 30:15, 30:21, 32:11, 33:3,

34:10, 46:16, 53:22, 59:20, 63:7, 69:9, 73:8, 73:11, 75:15, 76:5, 78:12, 134:24, 140:16, 147:23, 154:24, 156:5
**kinds** [6] - 33:17, 42:6, 47:7, 62:12, 66:10, 119:14
**knowing** [4] - 67:10, 76:13, 114:11, 162:4
**known** [4] - 9:20, 91:8
**knows** [2] - 149:12, 173:11

## L

**laid** [1] - 110:22
**LANGSTON** [2] - 1:17, 5:7
**language** [14] - 90:20, 90:23, 125:8, 125:22, 125:23, 128:4, 129:3, 131:3, 138:15, 138:16, 138:18, 141:1, 141:5, 141:16
**large** [8] - 9:21, 11:4, 39:1, 100:24, 103:14, 172:22, 173:3, 173:7
**larger** [1] - 170:21
**last** [6] - 4:9, 4:10, 84:15, 126:19, 126:21, 160:13
**lasts** [3] - 38:12, 39:2
**Law** [4] - 1:20, 1:23, 1:24, 2:1
**LAW** [1] - 1:21
**lay** [1] - 16:20
**layman's** [1] - 18:18
**laymen's** [1] - 17:25
**layperson** [2] - 119:11, 119:12
**lead** [2] - 8:13, 146:1
**leading** [1] - 25:23
**learn** [4] - 14:15, 14:22, 42:5, 89:13
**learned** [1] - 5:10
**learning** [1] - 119:17
**least** [1] - 115:13
**leave** [1] - 176:3
**led** [1] - 73:15
**LEE** [1] - 1:17
**left** [2] - 17:20, 120:20
**length** [1] - 101:21
**lengths** [1] - 170:13
**lens** [1] - 136:5
**less** [12] - 18:23, 18:24, 19:6, 19:8,

19:9, 19:12, 22:18, 59:20, 74:15, 75:8, 108:11
**Level** [1] - 8:22
**level** [5] - 18:18, 48:3, 65:17, 66:21, 124:4
**leveraging** [1] - 173:3
**Lewy** [1] - 21:16
**life** [5] - 60:2, 60:25, 61:4, 61:10, 61:16
**limitation** [2] - 65:10, 76:11
**limitations** [13] - 43:8, 43:9, 64:2, 64:4, 64:9, 66:15, 66:18, 67:10, 67:11, 68:16, 69:9, 164:4, 173:15
**line** [7] - 65:5, 68:3, 68:4, 68:11, 70:6, 71:8, 79:6
**linear** [1] - 78:8
**lines** [2] - 103:5, 127:20
**link** [1] - 147:7
**list** [5] - 124:13, 126:3, 127:1, 127:4, 144:24
**listed** [1] - 12:5
**literature** [5] - 10:3, 113:1, 158:22, 158:24, 159:8
**living** [1] - 6:11
**lobar** [2] - 45:1, 161:22
**lobe** [18] - 21:1, 21:12, 21:19, 21:22, 21:23, 22:2, 22:15, 23:1, 23:4, 24:25, 55:19, 55:21, 55:23, 55:25, 56:2, 157:24, 159:4
**lobes** [13] - 21:23, 24:18, 24:19, 24:20, 25:1, 25:3, 25:4, 25:5, 25:7, 25:11, 45:13, 54:3, 158:1
**located** [2] - 25:2, 55:21
**location** [4] - 52:17, 52:20
**Lock** [1] - 5:10
**longitudinal** [1] - 68:17
**look** [47] - 26:11, 30:15, 31:17, 32:7, 33:13, 33:14, 33:15, 40:18, 41:23, 42:9, 43:13, 45:12, 45:14, 50:12, 53:11, 64:19, 65:16, 67:9, 68:24, 72:24, 73:12, 73:13, 76:19, 82:18, 83:5,

92:11, 93:18, 93:20, 93:21, 114:3, 115:15, 119:24, 121:7, 158:24, 159:7, 160:3, 162:5, 166:16, 170:25, 171:2, 171:20, 171:22, 171:24, 173:13

**looked** [12] - 44:18, 47:4, 50:14, 53:19, 53:23, 63:19, 79:20, 80:8, 81:4, 81:9, 120:22, 128:1

**looking** [50] - 20:10, 20:12, 26:20, 33:24, 34:4, 34:23, 37:6, 40:9, 40:11, 40:18, 40:20, 41:6, 41:7, 41:8, 41:11, 41:14, 42:17, 48:13, 53:16, 53:25, 55:17, 56:3, 72:15, 72:23, 73:6, 76:21, 83:8, 93:8, 115:5, 119:20, 120:1, 120:5, 122:1, 122:20, 124:21, 162:9, 162:19, 169:1, 169:2, 169:3, 169:5, 169:9, 170:4, 170:5, 170:10, 170:14, 170:17, 172:1, 172:7, 172:14

**looks** [18] - 26:16, 26:21, 40:8, 68:14, 68:23, 69:4, 69:5, 74:13, 76:23, 77:1, 83:5, 115:7, 115:20, 115:25, 116:22, 117:2, 117:8, 162:10

**LOONAM** [9] - 1:22, 4:8, 4:12, 67:14, 100:5, 105:6, 121:15, 174:14, 174:18

**Lorde** [1] - 5:10

**lose** [3] - 16:24, 48:9, 51:24

**losing** [3] - 48:10, 48:14, 48:15

**loss** [58] - 17:18, 18:1, 18:4, 18:5, 18:6, 40:13, 40:19, 40:20, 45:15, 45:22, 45:24, 46:2, 46:3, 46:5, 46:11, 46:14, 46:22, 46:23, 49:23, 50:2, 50:3, 50:5, 50:15, 50:17, 50:25, 51:5, 51:6, 51:10, 51:11,

51:14, 52:7, 52:8, 53:17, 53:24, 54:2, 54:5, 54:15, 56:14, 62:24, 63:2, 63:3, 63:8, 63:9, 63:22, 68:19, 83:6, 83:17, 153:21, 160:21, 161:9, 161:16, 161:17, 161:24, 162:2, 162:19, 163:1, 163:14

**lost** [3] - 50:25, 51:1, 52:3

**low** [1] - 59:24

**lower** [2] - 61:18, 70:19

**loyalty** [1] - 101:14

**lumbar** [1] - 86:15

**lunch** [2] - 166:14, 173:23

## M

**M.D./Ph.D** [1] - 10:15

**machine** [6] - 38:17, 108:23, 108:24, 109:5, 109:6, 167:16

**machines** [5] - 64:15, 167:2, 167:6, 167:9, 168:1

**Magnani** [1] - 3:7

**MAGNANI** [19] - 1:16, 84:9, 90:2, 90:5, 100:25, 105:7, 110:2, 110:15, 111:11, 117:11, 117:17, 121:16, 134:3, 149:16, 166:11, 166:15, 173:19, 175:24, 176:11

**Magnani's** [1] - 133:23

**magnet** [6] - 40:3, 65:13, 165:4, 165:6, 165:7

**magnetic** [5] - 7:6, 15:4, 40:1, 165:6, 165:16

**magnets** [3] - 165:2, 165:3, 165:20

**magnitude** [18] - 19:5, 50:5, 50:6, 52:20, 54:17, 73:20, 73:22, 75:4, 75:14, 76:8, 76:9, 76:17, 117:21, 117:23, 117:24, 118:3

**mail** [11] - 144:19, 144:21, 144:22, 145:1, 146:14,

146:17, 146:22, 147:4, 147:6, 147:7, 147:16

**mails** [3] - 92:20, 92:23, 146:17

**main** [1] - 90:25

**major** [1] - 38:19

**majority** [1] - 146:12

**malingering** [1] - 94:11

**Maloney** [3] - 3:6, 4:17, 94:13, 110:2, 110:24

**MALONEY** [19] - 4:16, 4:19, 5:17, 6:3, 13:1, 13:7, 48:23, 53:3, 67:15, 69:23, 73:19, 84:1, 110:4, 111:1, 111:8, 117:13, 133:21, 149:8, 165:24

**man** [2] - 51:12, 80:19

**management** [2] - 43:15

**manager** [2] - 145:2, 146:11

**managing** [1] - 43:12

**mandate** [2] - 93:11, 136:10

**manifestation** [2] - 153:22, 155:21

**manifestations** [1] - 155:4

**manifests** [3] - 153:19, 153:21, 154:1

**manipulate** [1] - 75:22

**manipulated** [1] - 75:7

**manually** [1] - 126:22

**manufactured** [1] - 165:3

**map** [11] - 16:21, 20:4, 70:10, 70:24, 71:14, 71:23, 72:5, 72:16, 74:2, 79:25, 119:7

**Marc** [1] - 127:14

**March** [10] - 18:16, 20:15, 21:8, 23:10, 23:19, 26:23, 27:10, 91:21, 95:8, 143:6

**Maria** [1] - 109:21

**mark** [2] - 109:24, 116:4

**marked** [2] - 4:22, 105:6

**massive** [1] - 147:8

**matched** [1] - 58:10

**matches** [1] - 73:7

**material** [5] - 94:1, 94:2, 110:18,

110:19, 147:18

**materials** [7] - 87:17, 94:7, 136:2, 145:7, 145:25, 146:8, 146:18

**math** [1] - 84:25

**matter** [16] - 4:21, 13:9, 14:4, 14:11, 14:19, 15:13, 20:15, 23:20, 28:7, 57:8, 62:16, 105:15, 110:13, 171:7, 171:15, 177:7

**MD/Ph.D** [1] - 12:6

**mean** [56] - 30:13, 32:17, 41:3, 45:22, 47:9, 48:9, 50:3, 62:5, 64:12, 68:3, 68:8, 68:10, 68:12, 68:15, 72:12, 72:14, 72:16, 74:25, 75:2, 79:23, 84:23, 86:6, 91:6, 93:25, 99:5, 99:14, 99:17, 100:1, 100:2, 100:10, 106:5, 107:2, 107:10, 110:14, 112:9, 114:12, 119:8, 125:14, 126:7, 126:18, 127:19, 129:4, 134:10, 134:18, 134:21, 139:19, 154:19, 155:11, 159:17, 163:21, 164:3, 164:18, 169:14, 172:19

**meaning** [1] - 77:25

**meaningless** [1] - 75:15

**means** [12] - 7:6, 18:1, 45:23, 47:13, 60:10, 79:23, 80:23, 105:20, 105:23, 106:1, 106:4, 154:11

**measure** [15] - 43:5, 57:18, 83:2, 97:8, 149:19, 153:5, 153:8, 153:9, 153:10, 153:11, 153:24, 154:4, 156:14, 165:20, 168:13

**measured** [1] - 48:17

**measurement** [8] - 64:10, 65:9, 65:18, 65:22, 66:3, 66:9, 154:7

**measures** [3] - 28:22, 148:7, 153:6

**measuring** [18] - 10:7, 40:5, 59:8, 124:18, 124:23, 125:2, 125:4, 151:15, 151:17, 152:5, 152:10, 153:2, 154:15, 154:20, 154:22, 155:1, 156:12, 156:13

**mechanical** [1] - 2:7

**medical** [10] - 10:16, 12:1, 12:8, 87:21, 88:9, 88:10, 91:17, 99:25, 100:20, 123:21

**medicine** [12] - 7:21, 10:20, 13:15, 31:16, 41:4, 61:23, 93:10, 95:25, 111:24, 119:13, 157:5, 157:13

**Medicine** [3] - 6:14, 91:19, 141:3

**meet** [2] - 86:19, 135:21

**meeting** [2] - 129:10, 135:18

**member** [1] - 96:7

**memory** [12] - 22:10, 25:6, 47:9, 55:24, 92:3, 92:9, 144:23, 157:20, 157:22, 158:1

**mental** [1] - 138:11

**mentioned** [15] - 14:2, 15:11, 20:14, 36:5, 37:9, 40:23, 44:3, 56:20, 58:1, 59:6, 62:15, 77:3, 102:10, 112:21, 132:14

**mentions** [1] - 25:4, 25:6

**mess** [1] - 103:1

**meta** [3] - 159:1, 159:11, 160:12

**meta-ROI** [3] - 159:1, 159:11, 160:12

**metabolic** [10] - 18:22, 19:5, 19:6, 19:7, 19:18, 20:4, 22:18, 27:1, 121:19, 154:2

**metabolism** [7] - 19:1, 19:8, 19:9, 19:12, 70:19, 124:21

**method** [4] - 13:17, 34:22, 43:8, 43:24

**Methodist** [2] - 145:12, 145:14

**methodology** [1] - 150:8

**methods** [1] - 34:4
**Michael** [1] - 127:13
**microscope** [1] - 34:24
**microvascular** [1] - 49:25
**middle** [2] - 11:19, 132:22
**might** [23] - 45:20, 66:4, 78:23, 80:2, 88:25, 89:1, 89:9, 91:7, 92:4, 94:8, 103:1, 106:16, 114:6, 115:19, 127:9, 127:16, 129:2, 146:1, 157:6, 162:16, 174:12, 176:2
**mild** [25] - 7:11, 9:16, 10:9, 11:12, 21:14, 24:22, 26:18, 50:4, 56:19, 56:20, 56:21, 56:22, 83:9, 83:21, 91:22, 95:9, 95:10, 95:13, 95:15, 95:16, 114:5, 143:6, 143:8, 143:14, 143:23
**Mild** [1] - 49:25
**mildly** [2] - 20:25, 21:12
**Mildly** [2] - 22:14, 24:17
**millimeter** [6] - 65:17, 65:21, 66:20, 170:15, 170:18, 171:9
**millimeter-thick** [1] - 171:9
**million** [1] - 8:8
**mind** [6] - 67:11, 94:11, 124:10, 172:15, 172:18
**mine** [1] - 138:20
**minimally** [1] - 86:13
**minus** [1] - 84:24
**minutes** [3] - 38:13, 38:15, 38:16
**mislead** [1] - 151:11
**misleading** [5] - 73:24, 73:25, 75:9, 76:6, 89:18
**missed** [1] - 166:18
**misstates** [1] - 149:9
**mistake** [1] - 127:17
**moderate** [15] - 30:10, 30:12, 30:18, 50:2, 50:4, 50:25, 51:5, 51:11, 51:14, 91:22, 114:5, 143:6, 143:8, 143:23

**Moderate** [1] - 49:23
**modern** [1] - 173:3
**modify** [2] - 136:11, 165:8
**money** [1] - 95:3
**month** [2] - 27:19, 27:21
**months** [4] - 79:10, 80:20, 83:20, 123:5
**morning** [10] - 4:7, 4:8, 4:16, 4:18, 6:4, 6:5, 84:3, 84:10, 84:11, 174:1
**most** [24] - 9:10, 9:14, 32:14, 36:12, 36:13, 55:24, 96:17, 96:21, 97:2, 137:15, 149:3, 149:18, 150:1, 150:15, 150:25, 151:4, 151:14, 151:16, 152:2, 152:5, 152:18, 156:11, 157:21, 158:24
**mother** [1] - 59:16
**motor** [4] - 18:3, 18:4, 18:6
**mouse** [1] - 170:7
**move** [7] - 4:25, 13:2, 109:25, 117:11, 123:7, 156:17, 160:3
**moves** [1] - 160:1
**movie** [5] - 169:24, 170:3, 170:8, 170:11, 170:12
**moving** [2] - 166:13, 169:24
**MR** [51] - 4:8, 4:12, 4:16, 4:19, 4:20, 5:3, 5:7, 5:17, 6:3, 13:1, 13:7, 48:23, 53:3, 67:14, 67:15, 69:23, 73:19, 84:1, 84:9, 90:2, 90:5, 100:5, 100:25, 105:6, 105:7, 110:2, 110:4, 110:15, 111:1, 111:8, 111:11, 117:11, 117:13, 117:17, 121:15, 121:16, 133:21, 134:3, 149:8, 149:16, 165:24, 166:11, 166:15, 173:19, 174:14, 174:18, 175:7, 175:23, 175:24, 176:10, 176:11
**MRI** [97] - 8:2, 8:5, 11:9, 15:5, 39:19,

39:21, 39:25, 40:1, 40:2, 40:5, 40:15, 40:24, 41:18, 42:20, 43:1, 44:4, 44:17, 44:18, 44:21, 44:24, 45:3, 46:6, 46:18, 47:3, 48:13, 48:25, 49:15, 49:17, 49:22, 50:6, 50:7, 50:11, 50:20, 50:22, 53:5, 53:10, 54:20, 54:21, 57:6, 58:20, 60:18, 62:17, 62:18, 62:19, 63:13, 64:3, 65:12, 80:20, 81:3, 81:18, 94:17, 97:17, 97:18, 97:25, 98:2, 98:5, 98:9, 98:24, 101:1, 104:3, 124:5, 124:11, 133:17, 148:14, 148:25, 150:2, 150:21, 150:24, 151:5, 152:19, 152:23, 153:24, 154:25, 156:9, 160:16, 161:5, 161:11, 163:5, 163:7, 163:14, 163:22, 164:17, 166:2, 167:2, 167:6, 167:9, 169:3, 169:13, 169:19, 169:21, 171:5, 171:6, 172:7
**MRI's** [14] - 7:7, 43:25, 49:1, 53:7, 53:12, 53:14, 55:8, 55:15, 57:2, 63:14, 87:25, 161:25, 162:4, 169:23
**multidisciplinary** [6] - 13:22, 14:2, 130:16, 130:20, 131:17, 136:1
**multiple** [4] - 26:5, 26:7, 55:8, 162:3
**myelograms** [1] - 86:15

## N

**n/a** [1] - 2:2
**name** [6] - 6:6, 37:24, 127:22, 141:25, 146:9, 159:21
**named** [1] - 21:21
**narrative** [3] - 132:5, 132:7, 132:12
**National** [2] - 6:25, 11:8

**nature** [1] - 160:14
**nearly** [3] - 34:13, 171:20, 171:24
**necessarily** [6] - 43:14, 47:18, 96:19, 99:4, 99:25, 100:2
**neck** [2] - 9:1, 86:16
**need** [14] - 88:21, 96:1, 98:16, 100:11, 107:1, 107:12, 108:22, 109:4, 114:13, 140:17, 174:4, 174:8, 175:15
**negative** [5] - 30:22, 35:12, 36:9, 36:11, 36:13
**negatives** [1] - 103:22
**neuritic** [3] - 30:10, 30:19, 30:25
**neuro** [2] - 9:18, 26:7
**neuro-oncology** [1] - 9:18
**neurodegeneration** [41] - 8:14, 11:11, 96:22, 96:25, 97:1, 97:3, 97:6, 97:9, 124:16, 148:8, 148:15, 148:22, 149:20, 150:25, 151:15, 151:17, 151:20, 152:3, 152:6, 152:14, 153:1, 153:3, 153:5, 153:8, 153:11, 153:17, 153:19, 153:21, 154:8, 154:16, 154:18, 154:21, 154:23, 155:1, 155:8, 155:25, 156:4, 156:7, 156:12, 156:13, 156:15
**neurodegenerative** [33] - 8:6, 8:10, 9:4, 9:8, 9:11, 9:22, 11:5, 21:15, 22:22, 22:24, 23:14, 23:15, 24:23, 25:14, 25:22, 27:8, 32:12, 33:1, 56:5, 107:23, 118:18, 118:25, 121:6, 122:2, 122:21, 122:24, 142:21, 152:18, 153:12, 153:15, 153:22, 155:5, 155:21
**Neuroimaging** [1] - 62:8
**neuroimaging** [10] - 15:1, 15:2, 26:15,

31:6, 81:15, 82:14, 82:22, 82:24, 83:15
**neurologist** [3] - 14:8, 18:15, 87:6
**neurologists** [1] - 131:18
**neuronal** [2] - 17:18, 18:1
**neurons** [3] - 16:25, 18:2, 18:5
**neuropharmacology** [1] - 10:18
**neurophysiology** [1] - 10:18
**neuropsychiatrist** [1] - 87:6
**neuropsychologist** [1] - 14:7
**NeuroQuant** [2] - 101:13, 104:5
**neuroradiologist** [12] - 8:1, 14:9, 41:20, 42:22, 42:23, 46:17, 55:11, 67:4, 86:24, 96:2, 110:10, 156:14
**neuroradiologists** [2] - 131:18, 172:22
**Neuroradiology** [1] - 7:19
**neuroradiology** [5] - 8:18, 10:23, 13:3, 41:5, 96:10
**Neuroreaders®** [1] - 164:23
**Neuroreader®** [50] - 43:19, 43:22, 57:10, 57:13, 57:14, 57:15, 58:17, 58:18, 58:19, 58:21, 58:24, 59:5, 62:3, 62:4, 62:10, 62:16, 62:18, 62:21, 63:12, 63:14, 63:18, 63:23, 63:25, 64:3, 64:5, 66:16, 66:22, 66:23, 67:2, 68:17, 69:15, 101:2, 101:7, 101:22, 102:4, 103:12, 104:2, 104:12, 104:18, 104:22, 104:25, 105:12, 114:19, 162:13, 162:18, 163:19, 164:2, 164:11, 168:6, 168:8
**neuroscience** [2] - 141:2, 144:9
**Neuroscience** [1] - 11:22
**never** [3] - 87:16, 125:10, 150:12

**new** [1] - 12:23
**next** [5] - 4:11, 12:2, 12:3, 70:6, 174:9
**NHI** [2] - 6:23, 8:7
**NHI-funded** [1] - 6:23
**night** [1] - 4:10
**nigra** [4] - 15:23, 16:5, 16:7, 17:1
**NIGRA** [1] - 16:7
**non** [1] - 83:4
**non-specific** [1] - 83:4
**none** [2] - 72:16, 91:5
**normal** [44] - 7:12, 11:13, 19:16, 22:19, 26:19, 41:12, 41:25, 47:14, 47:18, 47:25, 51:11, 51:14, 54:9, 54:11, 54:12, 58:10, 60:15, 60:22, 61:2, 61:8, 68:5, 79:12, 79:20, 80:4, 80:9, 80:11, 80:14, 81:2, 98:25, 99:2, 104:19, 104:21, 104:23, 104:25, 105:18, 112:24, 123:11, 155:7, 155:19, 156:22, 157:4, 157:7, 157:10, 172:23
**Normal** [1] - 47:24
**normally** [1] - 112:5
**notably** [1] - 55:24
**note** [3] - 4:13, 114:13, 163:1
**noted** [1] - 45:6
**nothing** [3] - 98:1, 114:8, 121:3
**notice** [3] - 4:13, 53:8, 174:11
**noticeable** [1] - 51:9
**NOVEMBER** [2] - 1:13, 4:5
**November** [2] - 39:22, 161:5
**nuanced** [3] - 150:4, 156:24, 161:23
**number** [24] - 23:12, 25:12, 32:8, 32:10, 43:10, 43:14, 60:4, 61:7, 61:18, 61:20, 64:7, 68:22, 74:9, 75:10, 98:18, 98:19, 124:7, 124:14, 157:19, 157:23, 157:25, 158:1, 162:23
**Number** [1] - 17:16
**numbers** [4] - 43:6, 63:1, 69:3, 69:8

**numerical** [4] - 43:10, 64:8, 66:2, 68:21
**numerically** [1] - 57:18

## O

**o'clock** [2] - 174:3, 174:17
**O'CONNOR** [1] - 1:21
**objection** [13] - 4:24, 13:5, 100:5, 110:4, 117:13, 117:14, 121:12, 121:15, 133:21, 149:8, 149:11, 165:22, 166:13
**objection's** [1] - 111:9
**objective** [3] - 26:14, 42:18, 67:7
**objectively** [7] - 23:13, 26:12, 41:22, 48:13, 53:21, 55:1, 136:3
**objectivity** [1] - 136:6
**objects** [1] - 110:3
**observations** [2] - 114:17, 115:2
**observed** [2] - 42:4, 120:21
**obvious** [1] - 52:14
**occasions** [1] - 79:13
**occur** [2] - 70:25, 158:17
**occurred** [3] - 27:9, 53:18, 83:18
**occurs** [1] - 158:16
**October** [2] - 121:10, 160:24
**OF** [3] - 1:2, 1:11, 3:1
**offending** [1] - 166:20
**offer** [1] - 13:24
**offers** [1] - 23:16
**Official** [1] - 2:4
**OFFICIAL** [1] - 1:11
**oh..** [1] - 117:16
**old** [6] - 77:21, 88:2, 97:21, 123:19, 168:16, 170:20
**older** [3] - 47:14, 54:14, 54:16
**once** [2] - 38:11, 167:21
**oncology** [1] - 9:18
**one** [124] - 4:13, 4:20, 9:19, 12:1, 18:11, 18:16, 23:12, 25:12, 28:19, 29:15, 32:8, 33:2, 37:20, 37:21, 37:23, 43:10, 45:14, 49:1, 52:8, 52:11,

60:23, 61:7, 61:18, 61:22, 62:16, 63:12, 63:13, 64:3, 64:21, 64:22, 65:2, 68:22, 74:25, 75:10, 76:3, 90:19, 93:5, 94:8, 95:7, 95:20, 95:21, 95:23, 96:17, 96:23, 97:1, 97:4, 97:8, 97:12, 97:16, 98:1, 98:4, 98:5, 98:9, 98:25, 101:21, 103:11, 104:2, 104:5, 105:7, 108:10, 111:12, 111:14, 112:16, 112:18, 113:11, 114:11, 116:3, 116:6, 122:8, 123:10, 124:4, 124:11, 127:7, 127:8, 132:14, 132:19, 136:8, 141:15, 143:1, 144:18, 145:17, 148:20, 148:24, 149:2, 150:13, 150:16, 150:20, 151:3, 151:14, 151:16, 151:18, 151:19, 152:2, 152:5, 152:11, 152:13, 152:15, 153:22, 157:1, 157:11, 157:19, 157:23, 160:18, 162:1, 164:7, 164:13, 164:15, 170:4, 170:14, 170:20, 171:5, 171:6, 172:3, 172:7, 173:10, 175:25
**one's** [2] - 169:5, 174:6
**one-off** [1] - 136:8
**one-to-one** [3] - 52:8, 52:11, 122:8
**ones** [5] - 104:8, 104:13, 128:23, 164:25, 172:2
**oOo** [2] - 3:10, 176:19
**open** [1] - 4:3
**operator** [1] - 74:11
**opinion** [13] - 69:12, 104:9, 119:15, 119:17, 120:18, 138:18, 139:23, 140:10, 140:20, 147:16, 150:1, 165:25, 172:21

**opinions** [9] - 13:23, 13:25, 87:22, 94:5, 131:21, 135:25, 136:5, 141:11, 144:15
**opportunity** [2] - 53:11, 176:13
**opposed** [1] - 38:5
**or..** [3] - 5:6, 109:8, 114:21
**oranges** [2] - 73:25, 75:10
**order** [12] - 66:23, 97:8, 97:10, 98:4, 101:11, 109:3, 124:3, 124:5, 124:11, 148:20, 148:24
**ordered** [2] - 101:6, 135:6, 135:11
**ordering** [1] - 135:12
**organic** [1] - 136:12
**organize** [1] - 13:21
**organized** [2] - 135:20, 136:9
**original** [2] - 175:13, 176:1
**outline** [1] - 90:8
**outside** [1] - 94:2
**outstanding** [2] - 14:18, 14:23
**overall** [5] - 57:24, 76:19, 94:19, 103:20, 121:18
**overlooked** [1] - 128:12
**overly** [1] - 158:5
**overrepresented** [1] - 102:16
**overruled** [3] - 111:10, 149:11, 166:13
**oversight** [4] - 127:13, 127:19, 133:4, 136:1
**oversimplifies** [1] - 22:4
**own** [4] - 125:23, 127:22, 167:10, 172:12

## P

**p-value** [7] - 71:1, 71:3, 74:5, 74:7, 74:18, 112:24
**p-values** [1] - 112:23
**P.M** [1] - 176:18
**PAGE** [1] - 3:3
**Page** [7] - 78:15, 121:17, 160:19, 161:2, 161:8,

163:10, 163:11
**page** [5] - 94:25, 95:12, 126:19, 126:21, 162:21
**pages** [1] - 126:25
**paid** [4] - 14:12, 14:14, 14:15, 132:2
**panel** [7] - 134:11, 134:15, 134:17, 134:18, 134:19, 134:24, 136:13
**Panel** [16] - 13:12, 13:14, 13:15, 13:17, 14:11, 125:17, 125:19, 129:21, 129:25, 134:21, 135:1, 135:2, 135:13, 145:3, 146:10, 146:11
**paper** [4] - 130:19, 141:22, 159:21, 160:5
**papers** [1] - 131:12
**paragraph** [2] - 79:4, 138:2
**parametric** [5] - 70:10, 70:24, 74:2, 79:25, 119:7
**parietal** [14] - 21:1, 21:12, 21:19, 21:23, 22:2, 22:15, 23:1, 23:4, 24:19, 24:25, 25:11, 34:11, 45:14, 159:4
**Parkinson's** [19] - 8:12, 15:25, 16:5, 16:10, 16:12, 16:13, 16:24, 17:3, 18:12, 21:17, 32:9, 70:14, 70:18, 70:22, 71:6, 82:13, 115:11, 141:4, 142:12
**part** [17] - 15:21, 15:22, 16:4, 16:25, 21:22, 41:16, 65:23, 67:6, 68:5, 68:6, 77:22, 87:10, 93:11, 102:5, 114:14, 158:15, 160:7
**participants** [2] - 7:9, 7:11
**particles** [2] - 165:19, 167:4
**particular** [23] - 12:24, 15:17, 15:21, 15:22, 19:14, 28:23, 28:25, 29:13, 34:1, 40:11, 41:5, 50:16, 50:17, 51:1, 53:19, 55:17, 58:9, 67:5, 82:12,

83:11, 83:19,
101:13, 104:11
**particularly** [6] - 9:13,
9:22, 10:9, 24:24,
44:25, 164:21
**parties** [2] - 174:9,
175:12
**partly** [1] - 138:9
**parts** [8] - 18:23, 22:9,
51:23, 57:18, 131:2,
154:7, 158:16,
176:12
**pass** [1] - 84:1
**passionate** [1] -
111:13
**past** [1] - 88:9
**paste** [2] - 126:12,
126:23
**pasted** [4] - 126:10,
126:16, 127:4,
128:11
**pat** [1] - 27:6
**pathologic** [6] - 29:5,
30:17, 34:23, 35:20,
48:1, 156:5
**pathologically** [2] -
28:16, 34:5
**pathologically-
accumulated** [1] -
28:16
**pathology** [3] - 19:16,
28:15, 34:3
**patient** [36] - 11:3,
16:18, 18:12, 20:1,
26:21, 31:10, 31:21,
38:15, 41:7, 41:8,
43:12, 47:9, 51:18,
56:16, 56:25, 57:23,
58:2, 79:9, 79:17,
80:8, 80:18, 81:10,
81:12, 82:8, 83:8,
86:11, 86:17, 86:19,
86:23, 87:5, 87:21,
98:6, 112:7, 123:5,
151:2, 157:7
**patient's** [3] - 40:14,
41:9, 101:24
**patients** [34] - 7:10,
8:20, 8:25, 9:15,
23:2, 26:17, 34:2,
34:6, 34:8, 34:9,
34:19, 35:1, 70:14,
70:18, 71:7, 71:16,
71:17, 73:7, 77:24,
86:9, 86:10, 87:11,
87:16, 87:20, 93:2,
93:13, 102:15,
112:16, 112:18,
123:20, 158:7,
158:9, 158:12,

158:20
**pattern** [37] - 20:10,
20:13, 23:5, 23:16,
25:15, 26:1, 27:2,
31:17, 32:12, 34:10,
35:14, 35:15, 35:24,
36:16, 39:14, 40:18,
40:19, 40:21, 40:22,
41:15, 42:7, 56:3,
73:4, 76:11, 76:18,
76:20, 77:1, 80:5,
80:6, 80:11, 81:20,
81:21, 82:18, 83:7,
117:20, 118:1,
121:19
**patterns** [5] - 31:8,
33:15, 37:18, 42:5,
72:24
**PCP** [1] - 102:4
**PCP-smoking** [1] -
102:4
**PD** [2] - 70:6, 112:16
**PDD** [1] - 115:11
**peer** [35] - 10:3, 13:18,
13:20, 13:21,
127:13, 127:19,
129:21, 130:9,
130:14, 130:17,
131:5, 131:6, 131:9,
131:19, 132:2,
132:16, 133:4,
133:6, 133:23,
134:18, 134:23,
134:25, 137:16,
138:17, 139:3,
139:12, 139:13,
141:5, 141:19,
141:20, 141:21,
142:3, 142:8
**peer-review** [3] -
13:18, 13:20, 13:21
**peer-reviewed** [1] -
10:3
**people** [33] - 38:17,
47:14, 47:24, 54:16,
60:21, 99:21, 102:7,
102:17, 106:5,
106:7, 106:9,
106:10, 106:12,
123:18, 128:5,
129:21, 130:9,
130:11, 130:21,
130:22, 131:20,
132:1, 133:3,
144:14, 155:18,
156:20, 157:3,
159:8, 159:11,
159:14, 159:17,
160:10, 169:13
**Pepsi** [1] - 104:7

**perceive** [4] - 65:18,
65:22, 66:5, 171:19
**percent** [7] - 34:14,
35:18, 36:2, 36:21,
65:1, 162:14, 170:20
**percentage** [1] - 57:24
**percentile** [9] - 57:22,
60:10, 105:15,
105:18, 105:20,
105:21, 106:1,
106:3, 106:18
**perception** [1] - 22:8
**perfect** [4] - 5:15,
79:2, 95:2
**performance** [1] -
79:11
**performed** [1] - 16:17
**performing** [1] - 87:13
**period** [12] - 27:16,
27:20, 27:22, 32:19,
32:21, 32:24, 33:4,
81:23, 83:18, 123:1,
123:2, 133:7
**permitted** [1] - 166:5
**person** [12] - 22:19,
64:20, 74:20, 75:5,
75:6, 75:13, 115:6,
127:23, 132:20,
145:4, 145:7, 146:9
**personally** [3] - 107:8,
146:25, 171:25
**perspective** [1] -
150:19
**pertain** [4] - 66:16,
66:18, 66:19
**PET** [145] - 7:8, 8:2,
8:5, 11:10, 15:5,
15:17, 15:18, 16:20,
18:14, 18:16, 18:17,
18:19, 18:25, 19:21,
20:3, 20:7, 20:15,
21:6, 21:8, 23:10,
23:19, 23:20, 23:21,
24:11, 24:12, 24:13,
24:14, 25:19, 25:25,
26:6, 26:24, 27:2,
27:5, 27:11, 28:2,
28:4, 28:5, 28:6,
28:7, 28:8, 28:10,
28:22, 29:17, 30:5,
30:15, 30:20, 31:9,
31:13, 31:14, 31:19,
31:24, 31:25, 32:5,
32:7, 32:19, 32:23,
33:7, 33:14, 33:17,
34:8, 34:9, 35:2,
35:5, 35:8, 35:22,
35:23, 36:24, 36:25,
37:6, 37:10, 37:12,
39:9, 39:10, 39:15,

39:18, 51:3, 71:22,
72:9, 76:25, 79:12,
79:19, 80:4, 80:13,
80:20, 87:25, 95:8,
95:20, 95:22, 96:17,
98:18, 98:19,
107:14, 110:7,
112:6, 113:18,
114:2, 119:1, 119:4,
120:9, 121:17,
121:20, 123:4,
124:7, 124:11,
124:13, 124:15,
124:18, 124:23,
125:3, 125:5,
133:11, 133:12,
133:13, 133:15,
133:22, 134:8,
134:10, 134:12,
135:7, 135:13,
143:1, 148:14,
149:3, 150:2,
152:19, 152:24,
153:4, 153:6, 153:8,
153:9, 154:4,
154:25, 155:3,
156:9, 156:10,
156:21, 157:4,
157:8, 157:10
**pet** [1] - 39:9
**PETs** [10] - 106:21,
108:3, 108:15,
108:21, 109:2,
110:21, 111:5,
118:21, 120:22,
123:8
**Ph.D** [1] - 10:17
**phantom** [2] - 64:19,
64:22
**phenomenon** [1] -
47:15
**Philosophy** [1] - 10:17
**photograph** [3] -
169:18, 169:21
**phrase** [4] - 30:12,
46:19, 46:21, 78:24
**physical** [4] - 41:6,
87:12, 93:20, 138:11
**physician** [8] - 10:15,
12:6, 23:17, 36:15,
67:4, 81:25, 86:4,
151:1
**physician/scientist**
[2] - 6:12, 11:25
**physicians** [5] - 12:4,
26:9, 91:9, 93:10,
93:15
**PIB** [2] - 37:21, 38:7
**pick** [1] - 48:12
**picks** [1] - 80:17

**picture** [6] - 20:5,
169:15, 169:17,
169:20, 169:24
**pictures** [4] - 40:2,
170:3, 170:8, 171:3
**piece** [5] - 38:10, 67:6,
83:3, 145:9, 146:22
**pieces** [2] - 35:16,
152:12
**Pittsburgh** [3] - 37:20,
38:6, 39:4
**pixels** [1] - 169:19
**place** [2] - 50:13, 81:6
**Plaintiff** [2] - 1:6, 1:15
**plan** [1] - 176:1
**planet** [2] - 107:3,
107:10
**planning** [1] - 173:19
**plaques** [5] - 30:11,
30:13, 30:19, 30:25,
153:13
**play** [7] - 22:22, 25:14,
25:22, 65:19, 73:3,
96:8, 142:21
**plot** [1] - 68:21
**plotted** [1] - 68:9
**plus** [3] - 35:14, 39:15,
84:24
**point** [15] - 13:1,
32:13, 32:25, 50:24,
107:6, 107:8, 118:7,
132:10, 132:11,
134:24, 136:21,
136:23, 136:24,
162:7, 176:2
**pointed** [1] - 168:9
**points** [4] - 27:9,
41:15, 42:10, 56:6
**Ponisio** [6] - 72:7,
72:8, 110:5, 110:9,
111:4
**Ponisio's** [1] - 109:21
**poor** [1] - 59:22
**population** [37] - 11:3,
11:4, 57:20, 57:25,
61:20, 61:21, 68:8,
68:23, 68:25, 78:1,
78:2, 82:9, 100:15,
100:16, 100:19,
100:20, 100:22,
100:24, 101:23,
102:1, 102:5,
103:13, 103:20,
104:12, 105:23,
106:2, 106:19,
106:22, 106:23,
107:1, 107:2, 107:3,
107:9, 107:10,
107:11, 168:10
**populations** [1] -

102:21
**portion** [6] - 9:5, 9:21, 11:4, 11:18, 11:19, 12:7
**portions** [1] - 159:3
**posed** [2] - 149:21, 149:24
**positive** [19] - 30:9, 30:22, 30:24, 31:13, 31:19, 32:1, 35:11, 35:12, 35:13, 35:14, 35:22, 35:23, 36:8, 36:12, 36:24, 36:25, 39:15
**positively** [1] - 34:13
**positivity** [4] - 31:8, 32:13, 37:7, 81:24
**positron** [3] - 7:7, 15:5, 15:18
**possible** [9] - 128:13, 129:7, 129:13, 156:20, 157:3, 157:6, 157:9, 157:16, 157:17
**post** [1] - 175:8
**post-hearing** [1] - 175:8
**posterior** [6] - 21:24, 24:18, 34:11, 35:9, 40:21, 42:8
**postmortem** [5] - 34:20, 34:22, 35:1, 35:20, 36:3
**potential** [2] - 90:14, 145:20
**powerful** [1] - 173:8
**practically** [3] - 18:8, 31:2, 37:2
**practice** [30] - 9:6, 9:21, 13:16, 26:6, 38:2, 43:24, 55:6, 55:7, 55:10, 62:11, 62:14, 65:24, 66:11, 72:1, 72:18, 75:16, 85:21, 85:22, 86:5, 87:3, 87:10, 87:11, 87:14, 88:13, 93:2, 93:16, 101:17, 111:17, 111:21, 112:5
**practices** [1] - 75:18
**predict** [1] - 56:24
**predominance** [1] - 54:2
**prep** [1] - 89:23
**preparations** [1] - 138:9
**prepare** [1] - 115:23
**prepared** [2] - 85:8, 89:2

**preparing** [1] - 85:6
**presence** [1] - 29:16
**present** [3] - 30:25, 76:5, 89:12
**presentation** [1] - 40:14
**presented** [1] - 78:13
**presents** [1] - 16:18
**PRESIDING** [1] - 1:4
**presumption** [1] - 59:1
**pretty** [8] - 21:21, 81:19, 85:3, 85:21, 115:5, 115:10, 115:14, 122:17
**prevalence** [1] - 9:4
**previous** [1] - 135:14
**previously** [2] - 45:2, 54:19
**Principal** [1] - 7:1
**principles** [1] - 136:6
**probabilities** [2] - 31:17, 82:3
**probability** [9] - 31:14, 31:21, 36:8, 36:10, 39:11, 39:14, 82:8, 157:6, 157:14
**probable** [4] - 32:14, 156:24, 156:25, 157:11
**probative** [1] - 152:18
**problem** [10] - 72:25, 96:24, 101:12, 128:14, 164:9, 165:13, 166:22, 166:24, 166:25, 174:7
**problems** [4] - 47:7, 101:22, 163:4, 163:6
**procedures** [2] - 86:14, 87:13
**proceed** [1] - 84:6
**proceeding** [1] - 27:17
**PROCEEDINGS** [3] - 1:11, 4:1, 176:17
**Proceedings** [1] - 2:7
**proceedings** [2] - 4:3, 177:7
**process** [37] - 7:14, 13:18, 13:20, 13:21, 14:3, 22:22, 22:24, 23:14, 23:15, 25:14, 25:22, 27:8, 32:12, 56:5, 58:22, 72:4, 107:23, 118:18, 118:25, 121:6, 122:2, 122:21, 123:3, 130:15, 139:4, 139:13, 141:6, 141:19,

141:20, 142:4, 142:21, 153:12, 153:15, 155:8, 155:21, 156:5
**processed** [2] - 72:3, 81:7
**processes** [1] - 8:13
**produce** [4] - 33:3, 38:8, 38:15, 65:14
**produced** [2] - 2:7, 39:1
**produces** [1] - 40:3
**product** [2] - 131:4, 141:25
**professional** [5] - 10:25, 11:2, 11:6, 11:20, 12:14
**professor** [1] - 6:13
**Professorship** [1] - 6:15
**profile** [4] - 38:23, 81:12, 82:9, 82:15
**profound** [4] - 52:12, 52:19, 122:10, 122:16
**program** [4] - 10:16, 10:22, 12:7, 173:14
**Program** [1] - 11:22
**progressed** [7] - 81:19, 81:22, 83:20, 121:21, 122:5, 122:19, 122:23
**progressing** [2] - 107:15, 160:15
**progression** [13] - 26:3, 27:10, 27:12, 27:15, 27:20, 27:21, 50:15, 54:5, 54:6, 119:21, 119:25, 120:24, 122:12
**progressive** [4] - 27:8, 32:11, 32:16, 33:1
**project** [1] - 18:2
**prominence** [2] - 49:24, 50:17
**promise** [1] - 173:10
**promote** [1] - 61:17
**proportional** [1] - 49:24
**proposal** [1] - 175:17
**proposed** [1] - 175:14
**Prosecution** [2] - 110:14, 120:14
**protein** [6] - 28:12, 28:16, 28:23, 28:25, 29:8, 124:24
**proteinopathy** [4] - 28:15, 28:18, 29:16, 153:7
**provide** [1] - 156:3

**provided** [4] - 58:21, 68:21, 88:10, 133:7
**provides** [1] - 156:4
**psychiatrist** [1] - 14:6
**psychology** [1] - 10:14
**publication** [1] - 130:17
**publications** [2] - 12:17, 12:23
**published** [2] - 9:24, 10:3
**publishing** [1] - 12:19
**PubMed** [2] - 126:15, 126:18
**pull** [1] - 43:5
**punctures** [1] - 86:15
**purchased** [1] - 64:16
**purple** [3] - 72:10, 72:13, 74:22
**purpose** [5] - 16:10, 33:10, 33:11, 131:19, 136:4
**purposes** [5] - 5:13, 62:13, 72:22
**pursuant** [1] - 177:4
**push** [1] - 156:17
**pushed** [1] - 94:8
**put** [19] - 20:2, 26:15, 31:7, 31:18, 36:11, 51:2, 55:1, 83:4, 105:20, 113:25, 114:2, 114:5, 118:23, 129:3, 141:25, 146:4, 162:13, 171:16, 174:10
**putting** [2] - 54:20, 55:4

## Q

**qualitative** [30] - 33:6, 40:25, 41:2, 41:16, 41:19, 42:12, 42:13, 42:17, 42:21, 42:25, 43:16, 43:18, 44:2, 54:23, 54:25, 57:5, 57:7, 62:6, 63:8, 65:11, 66:17, 66:19, 114:10, 114:16, 115:1, 115:3, 167:1, 168:23
**qualitatively** [3] - 33:14, 34:13, 163:7
**quality** [4] - 59:21, 59:22, 64:19, 165:9
**quantifiable** [1] - 52:8
**quantitative** [16] - 43:20, 43:21, 43:22,

57:17, 62:12, 64:7, 64:10, 64:23, 64:24, 65:9, 66:12, 66:20, 72:9, 101:16, 115:2, 166:25
**quantitatively** [2] - 43:1, 43:2
**quantities** [1] - 39:1
**questioned** [3] - 94:7, 94:10, 94:11
**questions** [13] - 8:5, 11:10, 13:25, 89:1, 106:12, 130:14, 130:21, 132:10, 136:11, 141:13, 166:19, 175:20
**quick** [3] - 4:20, 47:1, 175:5
**quite** [9] - 32:18, 50:15, 51:8, 54:6, 55:18, 119:23, 122:16, 143:9
**quote** [2] - 46:13, 80:17

## R

**radio** [3] - 16:18, 19:24, 19:25
**radiologist** [12] - 8:17, 20:6, 21:5, 22:13, 22:14, 24:4, 44:18, 45:6, 49:15, 53:9, 71:13, 94:17
**radiologist's** [17] - 17:9, 17:13, 17:22, 20:18, 20:22, 23:25, 29:20, 29:24, 30:7, 44:6, 44:10, 44:23, 45:3, 49:5, 49:9, 49:21, 94:14
**radiologists** [1] - 33:13
**Radiology** [3] - 6:15, 7:20, 8:17
**radiology** [3] - 10:21, 11:23, 93:14
**raise** [8] - 23:7, 23:17, 31:10, 51:17, 82:7, 82:19, 98:16, 166:19
**raises** [6] - 27:16, 31:20, 82:11, 82:12, 107:14, 123:2
**range** [11] - 60:22, 68:4, 80:2, 80:4, 80:10, 80:25, 81:1, 84:23, 162:14, 172:23
**rank** [1] - 157:23
**rapid** [3] - 27:23,

27:24, 107:19
**rapidly** [3] - 27:17,
81:19, 107:15
**rate** [1] - 14:13
**rather** [1] - 78:8
**reach** [1] - 26:7
**read** [12] - 30:21,
35:11, 91:12, 94:17,
95:6, 95:12, 116:11,
138:22, 138:23,
143:19, 147:17,
161:4
**ready** [1] - 84:7
**realize** [1] - 47:17
**really** [37] - 25:20,
43:15, 45:7, 52:9,
52:14, 52:19, 53:24,
53:25, 54:12, 63:11,
65:18, 66:18, 67:22,
75:13, 75:14, 75:21,
94:18, 97:2, 97:16,
99:9, 105:20,
111:13, 120:23,
123:1, 129:8,
132:23, 137:6,
141:8, 141:13,
148:14, 151:18,
152:22, 164:25,
165:9, 170:4, 171:21
**realm** [3] - 43:3,
157:5, 157:13
**rearranged** [1] -
129:11
**reason** [16] - 37:14,
38:1, 61:22, 66:10,
67:5, 93:20, 102:3,
102:14, 102:18,
102:20, 103:11,
103:18, 103:23,
103:24, 117:21,
140:1
**reasons** [4] - 93:5,
150:14, 164:7,
164:14
**reassessed** [1] - 79:9
**receive** [2] - 41:18,
41:21
**received** [1] - 145:9
**recent** [6] - 33:6,
63:23, 87:25,
121:20, 158:24,
159:7
**recently** [1] - 85:4
**recess** [2] - 84:5,
176:16
**RECESSED** [1] -
176:17
**recognize** [2] - 105:9,
159:2
**recognized** [3] - 13:6,

158:20, 159:24
**recollection** [6] -
63:23, 127:19,
145:8, 145:15,
146:17, 150:9
**recommended** [2] -
101:10, 135:12
**reconstructed** [1] -
78:8
**record** [5] - 4:14, 4:25,
6:7, 87:21, 111:19
**recorded** [2] - 2:7,
167:7
**records** [13] - 88:10,
88:14, 91:11, 91:18,
93:8, 138:8, 139:22,
140:2, 140:25,
143:3, 143:9,
143:20, 147:22
**red** [16] - 70:24, 71:5,
73:21, 74:3, 74:4,
74:9, 74:10, 74:11,
74:14, 74:15, 75:8,
76:22, 117:23,
118:3, 118:8
**reduced** [11] - 17:2,
20:25, 21:12, 22:14,
22:16, 23:4, 24:17,
24:19, 25:10, 45:25,
154:1
**redundant** [1] - 45:20
**reenforces** [2] - 31:8,
31:12
**refer** [2] - 92:5, 132:19
**reference** [3] - 126:8,
126:13, 126:15
**referenced** [1] - 77:16
**references** [3] -
126:19, 126:20
**referencing** [1] -
126:17
**referred** [4] - 19:8,
40:24, 57:10, 127:25
**referring** [4] - 19:9,
51:20, 56:21, 134:23
**refers** [1] - 45:24
**reflect** [5] - 12:11,
12:14, 12:17, 12:21,
152:14
**reflected** [4] - 76:9,
76:12, 78:4, 78:11
**reflecting** [1] - 35:23
**reflection** [2] - 68:18,
90:24
**reflective** [1] - 82:15
**reflects** [4] - 70:17,
76:25, 153:12, 155:7
**refresh** [1] - 92:3,
92:8, 144:23
**regarding** [3] - 46:13,

82:25, 83:15
**region** [2] - 19:14,
21:24
**regions** [6] - 19:13,
34:11, 42:8, 50:18,
159:5, 159:10
**regularly** [1] - 5:23
**reign** [1] - 149:14
**related** [3] - 19:3,
52:16, 74:4
**relates** [3] - 10:8,
50:5, 52:2
**relationship** [1] -
122:8
**relatively** [6] - 27:16,
32:19, 33:4, 77:21,
83:18, 123:1
**relevance** [4] - 16:8,
25:24, 28:17, 67:9
**relevant** [13] - 10:25,
11:2, 12:17, 14:1,
16:4, 58:13, 59:8,
79:20, 102:9,
164:21, 164:22,
166:1, 166:4
**reliable** [2] - 138:6,
149:19
**relied** [2] - 127:1,
144:19
**rely** [11] - 61:23,
61:25, 62:2, 62:4,
62:10, 66:10, 66:25,
69:11, 87:7, 115:3,
115:21
**relying** [2] - 41:10,
115:1
**remember** [21] - 92:5,
92:10, 101:24,
113:5, 123:11,
134:4, 134:6,
136:18, 137:2,
138:24, 142:24,
143:11, 144:21,
144:22, 145:19,
146:9, 147:2,
147:20, 147:21,
163:5, 163:6
**remembers** [1] -
149:13
**render** [1] - 168:17
**repeat** [3] - 103:21,
112:1, 148:10
**repeating** [1] - 123:18
**rephrase** [3] - 12:13,
103:25, 120:2
**report** [96] - 21:5,
24:10, 25:4, 30:5,
33:5, 43:19, 43:22,
44:17, 46:20, 49:14,
49:16, 57:13, 58:17,

58:18, 62:18, 62:22,
63:13, 63:24, 64:1,
64:3, 66:22, 66:25,
67:2, 67:3, 69:9,
92:12, 101:3, 101:7,
101:22, 104:18,
104:23, 104:25,
105:12, 105:14,
106:4, 106:13,
106:15, 106:16,
106:24, 107:11,
116:6, 121:7, 121:8,
121:9, 121:10,
121:18, 125:11,
125:15, 125:22,
126:3, 126:13,
126:16, 127:11,
128:23, 129:3,
129:13, 129:15,
129:17, 129:19,
129:22, 129:23,
130:5, 130:17,
130:18, 130:25,
132:14, 133:6,
135:15, 135:17,
135:22, 136:13,
136:16, 137:12,
137:13, 137:14,
138:3, 139:11,
140:6, 140:12,
140:24, 141:18,
142:6, 142:11,
144:19, 147:5,
159:23, 160:17,
160:19, 160:24,
161:1, 161:2, 161:8,
161:19, 163:9,
163:11
**Reported** [1] - 2:3
**reported** [4] - 22:13,
22:14, 58:8, 177:7
**Reporter** [2] - 2:4, 2:7
**reporter** [1] - 96:5
**REPORTER'S** [1] -
1:11
**reports** [33] - 57:11,
57:14, 57:16, 58:19,
58:20, 58:21, 58:24,
59:6, 61:24, 62:3,
62:4, 62:10, 62:16,
63:14, 63:18, 64:5,
66:11, 66:16, 68:18,
69:15, 88:21, 90:6,
92:6, 109:21, 125:7,
125:16, 125:18,
125:19, 126:2,
128:4, 142:7,
163:19, 164:11
**represent** [1] - 72:11
**representation** [3] -

71:11, 103:13,
113:18
**representative** [1] -
103:19
**representing** [2] -
70:7, 133:24
**reputable** [2] - 141:2,
144:8
**request** [2] - 18:15,
23:22
**require** [1] - 138:5
**required** [4] - 140:7,
140:8, 140:10,
140:19
**requires** [6] - 38:7,
38:9, 82:21, 139:19,
139:20
**research** [22] - 6:18,
6:23, 7:15, 7:24, 8:4,
9:25, 11:7, 11:23,
43:4, 62:12, 72:22,
72:23, 72:25, 73:5,
75:17, 77:21,
116:19, 141:22,
142:6, 142:7,
154:10, 160:1
**Research** [6] - 6:21,
6:22, 7:2, 7:17, 7:25,
62:9
**researchers** [2] -
104:3, 112:13
**residency** [1] - 10:22
**residents** [1] - 12:9
**resonance** [3] - 7:7,
15:4, 40:1
**respect** [2] - 90:17,
149:14
**respectful** [1] - 90:16
**responsibilities** [2] -
7:16, 12:2
**rest** [1] - 115:17
**restate** [1] - 102:13
**result** [3] - 33:7, 81:8,
94:18
**results** [2] - 63:17,
78:18
**retained** [4] - 14:25,
87:24, 110:10,
134:25
**reveal** [1] - 80:21
**revealing** [1] - 114:22
**reveals** [1] - 97:5
**review** [89] - 8:20,
13:18, 13:20, 13:21,
13:22, 13:23, 14:25,
15:2, 15:14, 17:7,
17:9, 20:16, 20:18,
23:23, 23:25, 29:18,
29:20, 40:25, 41:3,
41:16, 41:19, 42:12,

42:13, 42:18, 42:21, 42:25, 44:4, 44:6, 49:3, 49:5, 54:23, 54:25, 57:5, 62:18, 67:7, 67:11, 77:11, 79:4, 86:5, 87:16, 87:18, 88:5, 88:6, 88:14, 91:11, 91:15, 91:24, 92:16, 92:19, 93:7, 93:12, 93:15, 96:15, 123:4, 129:21, 130:9, 130:10, 130:14, 130:17, 131:5, 131:6, 131:12, 131:19, 133:23, 134:18, 134:23, 134:24, 134:25, 136:2, 136:5, 136:7, 136:10, 136:11, 136:14, 137:16, 138:17, 139:4, 139:12, 139:13, 140:12, 141:5, 141:19, 141:20, 141:21, 142:4, 142:8, 145:1, 146:19, 147:22
**reviewed** [25] - 10:3, 15:3, 15:10, 39:19, 70:3, 77:3, 79:5, 87:17, 88:8, 88:9, 91:18, 92:11, 110:13, 110:17, 110:18, 110:19, 111:6, 111:8, 126:4, 130:19, 131:14, 140:25, 143:3, 147:19, 152:1
**reviewers** [3] - 132:2, 132:16, 133:6
**reviewing** [4] - 9:6, 13:24, 41:17, 43:25
**reviews** [1] - 131:9
**rigorous** [1] - 60:25
**rigors** [1] - 138:11
**Robert** [1] - 13:9
**ROBERT** [1] - 1:8
**ROI** [3] - 159:1, 159:11, 160:12
**role** [3] - 86:11, 96:8, 96:9
**roles** [1] - 11:21
**roughly** [5] - 14:16, 14:23, 27:19, 27:21, 63:15
**row** [9] - 67:23, 67:24, 68:11, 70:13, 72:5, 76:10, 78:13, 79:22, 116:1

**rows** [4] - 73:10, 73:21, 74:2, 112:10
**RPR** [2] - 2:3, 177:11
**ruler** [1] - 43:5
**rules** [1] - 92:3
**run** [1] - 173:22

## S

**safe** [1] - 126:24
**sample** [10] - 102:15, 103:1, 103:2, 103:12, 103:16, 103:17, 103:19, 168:14, 173:7
**satisfied** [1] - 5:14
**saved** [1] - 167:8
**saw** [6] - 28:2, 44:19, 79:21, 92:1, 114:4, 129:22
**scan** [77] - 15:18, 15:19, 16:11, 18:16, 18:17, 18:19, 18:25, 20:15, 21:7, 21:8, 23:11, 23:21, 24:11, 24:12, 24:13, 24:14, 25:19, 25:25, 27:5, 27:6, 28:2, 28:6, 28:7, 28:8, 28:9, 28:10, 28:22, 29:18, 30:6, 30:15, 31:4, 31:9, 31:14, 31:19, 31:25, 32:20, 32:23, 35:2, 35:3, 35:10, 35:14, 35:22, 35:23, 36:24, 37:6, 37:10, 37:12, 39:10, 39:15, 39:25, 40:1, 40:2, 49:16, 50:11, 51:3, 62:10, 64:22, 67:23, 67:24, 71:22, 72:10, 76:25, 79:19, 81:3, 121:17, 124:1, 124:4, 133:13, 133:22, 148:4, 148:20, 156:1, 157:8, 157:10, 161:5, 169:3
**scanner** [8] - 16:20, 20:3, 64:21, 65:2, 65:5, 165:14
**scanners** [7] - 64:11, 64:13, 64:22, 64:25, 65:25, 66:3, 69:2
**scans** [56] - 7:8, 8:2, 8:20, 15:2, 15:5, 15:12, 18:14, 20:7, 26:6, 26:24, 27:2, 27:11, 28:4, 28:5, 30:21, 31:13, 31:24,

32:5, 33:7, 33:8, 33:14, 33:18, 34:8, 34:9, 35:6, 35:8, 36:25, 39:9, 39:18, 40:15, 54:1, 86:7, 87:25, 88:7, 104:3, 107:14, 110:8, 114:2, 120:9, 121:20, 123:4, 148:11, 149:5, 149:19, 149:25, 151:13, 152:1, 152:18, 152:22, 163:5, 163:7, 163:15, 167:9
**scenario** [2] - 124:9, 124:12
**schedule** [5] - 173:25, 175:7, 175:14, 175:18, 175:22
**School** [2] - 6:13, 141:3
**science** [4] - 6:17, 13:16, 90:10, 160:14
**scientific** [1] - 136:6
**scientist** [1] - 10:16
**scientists** [1] - 12:3
**scope** [3] - 87:3, 87:9, 87:11
**score** [6] - 57:21, 108:19, 110:6, 111:4, 113:4, 113:6
**scores** [1] - 108:18
**scratch** [1] - 42:12
**screen** [2] - 21:10, 161:3
**screen's** [1] - 112:15
**scroll** [2] - 170:6, 170:7
**scrutiny** [1] - 131:24
**Sean** [2] - 2:3, 177:11
**sean_gumm@txs. uscourts.gov** [1] - 2:5
**second** [19] - 18:17, 23:20, 23:21, 24:14, 27:6, 38:25, 62:17, 79:22, 80:18, 100:3, 112:18, 121:8, 121:9, 126:25, 149:2, 160:24, 163:9, 163:11
**second-generation** [1] - 38:25
**section** [1] - 121:17
**Section** [1] - 177:5
**sectioning** [1] - 30:17
**see** [80] - 9:11, 9:15, 11:4, 11:15, 12:12, 17:2, 18:12, 21:10,

23:1, 23:5, 24:7, 24:15, 27:22, 27:23, 30:2, 30:16, 30:17, 32:22, 33:18, 36:16, 40:7, 42:1, 42:10, 44:14, 44:22, 47:8, 47:10, 47:15, 47:17, 48:3, 49:19, 50:16, 51:25, 54:1, 54:13, 54:15, 56:12, 56:13, 56:15, 65:15, 66:8, 67:16, 67:18, 68:3, 69:21, 69:24, 70:21, 73:4, 73:7, 74:4, 74:14, 78:20, 80:2, 80:5, 83:23, 86:9, 86:10, 87:6, 92:12, 106:14, 112:25, 117:1, 118:15, 119:21, 119:25, 122:4, 133:12, 134:21, 134:24, 158:8, 160:18, 161:15, 161:17, 161:22, 162:19, 162:22, 163:12, 165:10, 171:7, 171:15
**seeing** [9] - 31:9, 46:17, 51:10, 86:17, 87:11, 92:23, 118:20, 118:24, 162:3
**seek** [1] - 123:21
**seeks** [1] - 100:20
**seem** [1] - 137:7
**selected** [1] - 147:23
**selection** [3] - 94:7, 145:22, 146:1
**send** [2] - 57:16, 168:5
**sending** [1] - 22:8
**sense** [3] - 63:10, 75:9, 91:2
**senses** [1] - 22:7
**sensitive** [2] - 35:18, 152:5
**sensitivity** [4] - 34:14, 36:5, 36:7, 48:11
**sensory** [1] - 22:6
**sent** [4] - 131:12, 136:24, 145:12, 145:14
**sentence** [2] - 132:22, 159:23
**separate** [1] - 64:4
**serve** [2] - 7:19, 11:3
**serves** [1] - 51:25
**SESSION** [1] - 1:10
**setting** [3] - 33:13, 35:13, 39:6

**seven** [4] - 14:21, 84:22, 84:24, 174:17
**several** [1] - 160:13
**severe** [1] - 18:1
**Severe** [1] - 17:18
**severity** [1] - 83:15
**shape** [1] - 40:10
**Shepherd** [1] - 127:15
**shipped** [1] - 39:1
**short** [10] - 27:16, 32:19, 32:21, 32:24, 33:4, 81:22, 83:18, 123:1, 123:2, 175:14
**show** [15] - 27:1, 94:12, 96:21, 96:23, 96:24, 97:2, 97:19, 105:2, 111:12, 116:21, 120:24, 124:15, 126:16, 127:12, 148:22
**showed** [3] - 63:21, 78:4, 80:20
**showing** [17] - 11:14, 16:22, 17:15, 20:24, 24:6, 30:1, 40:6, 44:12, 49:12, 67:13, 69:18, 77:13, 92:21, 119:2, 119:7, 121:17, 155:4
**shown** [3] - 117:22, 146:1
**shows** [5] - 25:21, 27:25, 79:25, 97:1, 122:23
**shrink** [4] - 47:20, 47:23, 48:8, 99:19
**shrinkage** [2] - 47:13, 99:13
**shrinking** [3] - 45:18, 47:4, 47:17
**side** [20] - 8:3, 8:4, 21:23, 43:3, 53:12, 53:16, 54:21, 55:1, 64:16, 65:5, 114:2, 114:3, 171:16
**sidetracked** [1] - 118:19
**Siemens** [1] - 64:14
**significance** [9] - 18:9, 23:10, 25:18, 25:20, 29:2, 31:3, 31:5, 32:4, 55:25
**significant** [3] - 25:20, 70:19, 80:22
**similar** [9] - 19:20, 19:23, 35:7, 40:21, 61:13, 76:23, 116:9, 117:2, 117:8, 121:20, 142:7
**similarities** [1] - 85:25

**simple** [2] - 98:14, 143:2

**simpler** [1] - 101:2

**simplistic** [1] - 158:6

**simply** [1] - 107:9

**simultaneously** [1] - 64:21

**single** [3] - 131:9, 131:11, 133:8

**single-blind** [2] - 131:9, 131:11

**situation** [4] - 28:11, 52:11, 149:22, 151:3

**six** [1] - 80:20

**size** [4] - 40:10, 69:14, 164:8, 168:14

**slice** [16] - 69:14, 164:8, 164:16, 164:20, 170:15, 170:18, 171:5, 171:6, 171:9, 171:12, 171:13, 171:17, 171:18, 172:1, 172:4, 172:7

**slices** [3] - 170:20, 170:25, 172:14

**slid** [1] - 74:24

**slide** [4] - 74:7, 78:23, 117:22, 119:21

**slides** [1] - 108:7

**slight** [1] - 122:12

**slightly** [7] - 24:19, 61:12, 121:21, 122:5, 122:20, 122:23, 127:10

**slow** [1] - 143:18

**small** [5] - 52:12, 52:18, 77:25, 78:2, 122:9

**smaller** [4] - 46:1, 48:14, 74:8, 162:10

**smallest** [1] - 106:6

**SMITH** [3] - 1:15, 4:20, 5:3

**smoke** [2] - 59:17, 60:2

**smoked** [1] - 61:9

**smoking** [1] - 102:4

**snapshot** [1] - 162:10

**so..** [3] - 84:24, 105:5, 145:18

**socioeconomic** [3] - 59:24, 59:25, 102:8

**software** [1] - 168:18

**solely** [8] - 57:1, 63:12, 64:3, 77:7, 79:15, 81:14, 82:14, 82:24

**someone** [14] - 23:5, 54:14, 75:22, 76:2,

80:25, 82:15, 87:7, 89:13, 115:10, 128:11, 129:2, 129:4, 129:10, 129:11

**sometimes** [3] - 48:10, 90:13, 94:25

**somewhere** [2] - 8:8, 126:10

**sorry** [36] - 19:8, 21:3, 34:17, 35:14, 48:18, 52:5, 52:22, 60:13, 79:1, 79:2, 88:16, 95:22, 98:13, 98:17, 99:12, 101:18, 103:9, 103:10, 105:11, 107:18, 112:15, 118:6, 118:16, 125:14, 136:20, 140:14, 143:17, 147:11, 148:10, 148:23, 155:11, 155:12, 161:7, 162:23

**sort** [25] - 14:2, 18:8, 19:21, 21:25, 22:1, 29:11, 35:12, 40:21, 45:11, 45:17, 46:5, 65:17, 68:3, 68:10, 90:8, 108:7, 136:6, 136:8, 147:25, 150:23, 157:18, 169:23, 175:1, 175:15, 176:3

**sorts** [2] - 25:5, 25:8

**sounds** [7] - 5:16, 14:17, 87:15, 110:6, 133:1, 134:7, 144:10

**source** [1] - 126:12

**sources** [9] - 112:10, 126:3, 126:6, 126:7, 126:11, 127:1, 127:3, 144:18, 173:4

**southeast** [1] - 11:5

**Southern** [1] - 2:5

**SOUTHERN** [1] - 1:2

**spacial** [1] - 118:2

**span** [1] - 60:2

**spans** [1] - 68:5

**spatially** [1] - 70:25

**speaking** [4] - 18:9, 31:2, 37:2, 77:21

**special** [4] - 38:7, 38:9, 41:18, 135:18

**specialists** [2] - 141:3, 144:9

**speciality** [1] - 7:21

**specialized** [1] - 38:17

**specific** [13] - 15:19, 16:10, 27:18, 28:17,

35:18, 83:4, 93:14, 102:21, 136:9, 141:16, 146:16, 146:21, 147:21

**specifically** [17] - 6:24, 8:6, 11:9, 18:6, 19:8, 19:17, 23:2, 46:24, 48:2, 54:3, 70:20, 74:3, 92:10, 138:23, 143:11, 147:3, 165:10

**specifically-tuned** [1] - 165:10

**specificity** [3] - 34:14, 36:5, 36:9

**specifics** [1] - 134:6

**spell** [2] - 6:6, 16:1

**spend** [2] - 12:7, 87:15

**spent** [1] - 10:21

**spine** [1] - 9:1

**spot** [1] - 52:18

**stack** [1] - 170:1

**stamped** [2] - 17:16, 44:13

**stand** [3] - 6:1, 139:8, 139:10

**standard** [34] - 33:20, 33:21, 33:22, 34:4, 34:22, 35:20, 43:7, 44:1, 62:5, 62:6, 66:1, 72:12, 72:13, 72:16, 74:19, 74:21, 74:22, 74:23, 74:25, 75:1, 85:11, 85:12, 85:16, 85:19, 85:20, 101:18, 101:19, 113:7, 113:8, 113:15, 113:23, 114:9, 114:11, 119:7

**stands** [1] - 18:20

**start** [5] - 48:3, 73:6, 165:18, 173:24, 174:2

**started** [2] - 5:4, 84:4

**starting** [3] - 47:16, 70:6, 91:21

**starts** [1] - 48:8

**state** [1] - 6:6

**statement** [3] - 79:15, 123:24, 139:17

**STATES** [1] - 1:1

**States** [2] - 2:4, 177:5

**static** [1] - 170:4

**statistic** [1] - 70:10

**statistical** [11] - 66:6, 70:17, 70:23, 71:2, 71:11, 71:13, 71:23, 73:10, 74:1, 79:24, 119:6

**statistically** [2] - 70:19, 71:19

**statistics** [1] - 70:11

**status** [6] - 59:24, 59:25, 102:8, 102:18, 175:9

**stenographically** [1] - 177:6

**stenography** [1] - 2:7

**step** [3] - 25:17, 31:2, 39:7

**stepping** [1] - 39:17, 76:7, 155:13

**stick** [2] - 101:1, 176:1

**sticking** [1] - 140:24

**still** [4] - 122:12, 122:13, 156:21, 157:4

**stop** [3] - 149:23, 165:18

**stored** [2] - 167:19, 168:2

**streamline** [1] - 131:4

**striata** [1] - 17:19

**strictly** [1] - 160:9

**striking** [2] - 51:9, 53:17

**strokes** [2] - 97:21, 150:22

**structural** [2] - 40:4, 40:6

**structure** [2] - 10:7, 152:14

**structures** [2] - 41:24, 55:2

**struggle** [1] - 54:11

**struggling** [6] - 96:25, 97:11, 97:12, 97:15, 109:3, 155:22

**Stuart** [1] - 146:24

**students** [4] - 12:8, 76:3

**studied** [2] - 89:5, 89:9

**studies** [11] - 7:15, 7:22, 26:16, 87:23, 94:5, 115:5, 127:7, 145:13, 145:17, 150:12, 163:24

**study** [45] - 7:9, 8:9, 8:10, 9:6, 11:8, 30:9, 30:23, 30:24, 33:6, 33:10, 34:1, 34:19, 35:1, 36:2, 36:20, 37:3, 37:5, 37:9, 37:15, 37:17, 37:20, 39:8, 39:9, 39:10, 43:13, 47:16, 50:9, 64:8, 68:17, 77:11, 77:16, 77:19, 77:23,

78:16, 78:18, 80:3, 81:10, 81:12, 94:4, 98:4, 113:20, 116:9, 151:3, 161:12, 163:22

**stuff** [4] - 88:6, 89:6, 157:23, 174:4

**subatomic** [2] - 165:19, 167:3

**subject** [4] - 65:7, 65:8, 91:7, 91:9

**subjects** [1] - 77:22

**submission** [1] - 110:23

**submitted** [4] - 136:13, 136:15, 136:16, 136:17

**subserve** [1] - 51:23

**subset** [1] - 100:19

**subspeciality** [1] - 119:13

**substantia** [4] - 15:23, 16:5, 16:6, 17:1

**SUBSTANTIA** [1] - 16:7

**substantial** [4] - 9:17, 87:16, 87:19, 88:11

**substantially** [2] - 61:18, 64:25

**suffering** [2] - 9:16, 153:17

**sufficient** [1] - 60:16

**sugar** [5] - 18:21, 18:23, 18:24, 154:2

**suggest** [1] - 22:21

**suggested** [1] - 27:7

**suggestive** [4] - 21:14, 24:23, 25:15, 30:18

**suggests** [5] - 22:20, 23:12, 25:13, 26:2, 68:11

**super** [1] - 61:15

**supplemental** [2] - 33:5, 46:19

**supplied** [2] - 128:5, 130:7

**support** [4] - 17:3, 32:6, 51:3, 144:11

**supported** [2] - 63:7, 63:10

**surprise** [10] - 14:15, 14:22, 14:24, 92:14, 93:1, 95:8, 95:11, 95:13, 95:14, 101:9

**suspense** [1] - 116:5

**switch** [1] - 147:25

**switching** [2] - 28:3, 39:17

**sworn** [1] - 5:23

symmetric [1] - 45:8
syndrome [1] - 102:17
synthetic [1] - 64:19
system [1] - 64:17
systematic [3] - 41:23, 42:18, 67:7
systematically [2] - 53:22, 55:2

## T

table [1] - 165:23
tactile [1] - 22:8
takeaway [1] - 63:1
talks [1] - 45:7
task [1] - 48:19
teaching [1] - 95:24
team [7] - 13:22, 96:8, 135:6, 136:1, 141:23, 142:10, 142:17
tear [1] - 131:21
technique [2] - 16:16, 19:21
temporal [21] - 21:23, 24:18, 25:1, 25:3, 25:4, 25:5, 25:10, 34:11, 35:9, 40:22, 42:8, 45:14, 50:18, 54:3, 55:19, 55:21, 55:23, 55:25, 56:2, 157:24, 159:3
temporal/parietal [3] - 159:1, 159:11, 160:12
ten [5] - 12:23, 84:18, 84:25, 88:5, 159:15
tenured [1] - 6:13
term [3] - 85:10, 163:17, 163:23
terminology [2] - 99:25, 131:12
terms [17] - 17:25, 18:18, 23:14, 27:4, 36:6, 43:12, 48:1, 105:22, 108:2, 111:25, 129:16
test [7] - 36:7, 36:9, 82:17, 97:8, 97:9, 97:12, 98:9
testified [15] - 5:23, 84:12, 94:13, 107:13, 109:19, 110:5, 123:8, 123:10, 125:10, 153:6, 160:18, 161:11, 161:14, 164:1, 169:14
testify [3] - 128:19, 148:19, 153:4

testifying [2] - 113:21, 127:17
testimony [21] - 85:7, 85:9, 85:10, 98:3, 105:17, 105:19, 105:25, 118:17, 135:10, 144:17, 145:6, 146:8, 149:9, 149:13, 151:21, 152:1, 156:8, 156:10, 171:22, 172:6, 173:12
tests [3] - 48:11, 97:7, 154:14
TEXAS [1] - 1:2
Texas [12] - 1:12, 2:5
text [2] - 67:18, 78:22
Thanksgiving [1] - 174:8
THE [62] - 1:4, 4:7, 4:9, 4:15, 4:18, 5:1, 5:4, 5:15, 5:19, 5:24, 5:25, 13:5, 46:25, 47:2, 47:3, 47:6, 47:7, 47:11, 48:18, 48:20, 48:21, 48:22, 52:4, 52:6, 52:7, 52:9, 52:21, 52:25, 53:2, 72:19, 72:21, 73:17, 73:18, 84:2, 84:6, 90:4, 100:6, 100:9, 100:10, 100:13, 110:12, 110:24, 111:6, 111:9, 117:14, 117:16, 133:25, 149:11, 155:9, 155:12, 155:13, 155:15, 165:21, 166:7, 166:12, 173:21, 174:16, 174:20, 175:19, 176:6, 176:15, 176:17
there'd [5] - 27:20, 50:14, 74:15, 75:1, 75:2
therefore [1] - 141:25
they've [3] - 68:7, 68:9, 144:4
thick [1] - 171:9
thicker [2] - 171:17, 172:4
thickness [3] - 164:16, 164:21, 172:5
thicknesses [3] - 171:13, 171:14, 172:2
thinking [5] - 100:4,

142:14, 142:24, 157:18, 167:11
thinner [2] - 171:18, 172:4
third [8] - 31:25, 49:2, 84:14, 84:17, 85:3, 127:23, 132:20, 162:21
Thomas [1] - 127:13
thousand [1] - 14:14
thousands [6] - 26:17, 41:11, 41:12, 41:17, 83:14, 86:7
three [18] - 14:5, 31:23, 31:24, 32:1, 32:4, 60:21, 63:15, 67:19, 72:13, 74:22, 102:21, 114:11, 124:14, 127:8, 152:22, 153:2, 154:14, 158:2
threshold [4] - 71:3, 74:3, 74:17, 75:10
thresholded [2] - 74:18, 74:19
throughout [2] - 60:24, 92:22
throw [2] - 67:8, 89:3
Timothy [1] - 127:14
Title [1] - 177:4
today [4] - 84:10, 84:25, 122:6, 173:12
together [14] - 12:15, 26:16, 31:7, 31:20, 32:8, 33:18, 35:16, 36:11, 54:1, 81:18, 81:25, 83:5, 122:15, 130:20
tomography [4] - 7:8, 15:4, 15:5, 15:18
tomorrow [7] - 174:1, 174:3, 174:11, 174:19, 174:21, 176:8
tonight [1] - 166:10
took [8] - 5:8, 74:23, 88:5, 108:7, 127:5, 127:6, 130:24
tool [2] - 95:21, 173:8
tools [2] - 8:4, 95:19
top [20] - 21:25, 67:18, 67:23, 68:6, 68:10, 70:6, 70:7, 70:13, 72:22, 73:9, 73:21, 74:2, 74:17, 76:9, 100:7, 112:10, 112:16, 117:7, 163:13
topics [1] - 10:2
totally [1] - 92:6

touched [3] - 10:24, 54:19, 55:12
towards [1] - 32:25
tracer [13] - 15:20, 16:2, 16:19, 16:22, 19:24, 19:25, 28:12, 37:10, 37:11, 37:19, 37:25, 38:18
tracers [2] - 28:11, 37:22
training [9] - 8:18, 10:16, 12:2, 12:3, 12:6, 12:8, 41:22, 60:24, 60:25
trains [1] - 76:2
transcript [2] - 2:7, 177:6
TRANSCRIPT [1] - 1:11
translates [2] - 18:5, 48:2
translation [1] - 73:2
transmitted [1] - 147:13
transporter [2] - 15:22, 16:4
trauma [2] - 8:22, 9:17
traumatic [1] - 8:12
treat [2] - 111:24
treating [2] - 87:23, 93:13
tremendous [1] - 60:24
trial [1] - 138:12
true [5] - 76:2, 91:11, 129:14, 167:14, 177:6
truth [3] - 65:3, 75:17, 75:19
truthful [1] - 137:23
try [11] - 15:9, 33:11, 90:9, 90:13, 92:12, 112:22, 114:4, 124:4, 154:24, 156:17, 166:16
trying [35] - 33:16, 41:14, 75:22, 76:4, 89:5, 89:11, 89:13, 97:14, 97:15, 98:17, 99:9, 99:11, 102:23, 111:23, 117:22, 120:6, 126:9, 137:13, 139:5, 141:14, 144:10, 144:13, 148:2, 150:24, 151:1, 151:7, 151:9, 151:11, 152:12, 152:9, 152:17, 155:23, 165:25,

166:8, 166:9
TUESDAY [2] - 1:13, 4:5
tumors [2] - 97:21, 150:22
tune [1] - 65:13
tuned [1] - 165:10
tuning [2] - 165:4, 165:14
turn [3] - 108:5, 160:23
turning [2] - 17:16, 44:13
two [95] - 10:22, 18:14, 25:21, 26:5, 27:9, 27:11, 28:4, 31:24, 32:10, 35:16, 36:1, 36:11, 36:24, 39:9, 46:3, 49:1, 50:11, 57:7, 62:15, 63:13, 63:14, 64:4, 64:13, 64:21, 65:2, 65:4, 66:2, 69:1, 69:15, 70:3, 70:12, 71:15, 72:12, 72:22, 73:3, 73:24, 74:2, 74:17, 74:21, 76:9, 77:2, 77:8, 84:24, 98:18, 98:19, 104:2, 104:8, 107:14, 108:15, 108:21, 109:2, 110:7, 110:21, 111:5, 112:10, 112:24, 113:8, 113:14, 113:23, 114:1, 114:2, 114:11, 118:21, 120:20, 121:20, 122:19, 124:7, 124:11, 127:8, 148:6, 149:5, 149:18, 152:18, 153:19, 154:15, 154:17, 155:4, 156:11, 157:25, 158:1, 162:22, 163:5, 163:7, 164:7, 164:10, 164:15, 164:23, 165:1, 167:9, 168:1, 171:3, 171:12, 171:13, 172:1
type [5] - 15:2, 28:6, 65:4, 126:21, 126:22
typed [5] - 127:3, 127:8, 127:9, 127:20
types [5] - 8:20, 112:25, 149:19, 151:6, 157:19
typical [5] - 27:25,

54:15, 107:19, 115:24, 116:2

**typically** [4] - 39:5, 91:14, 113:15, 169:25

# U

**ultimately** [2] - 29:5, 75:5
**unbilled** [1] - 14:21
**unchanged** [1] - 79:11
**uncommon** [2] - 99:14, 99:17, 100:1
**uncontrolled** [3] - 60:3, 61:4, 61:10
**undeniable** [1] - 51:9
**under** [3] - 34:24, 78:18, 156:6
**undergone** [1] - 60:24
**undergraduate** [1] - 10:14
**underlying** [4] - 23:8, 26:13, 56:4, 110:19
**understood** [2] - 12:25, 17:4
**underwent** [11] - 15:13, 17:4, 18:14, 18:16, 20:14, 23:21, 28:6, 29:17, 39:21, 44:3, 49:1
**UNITED** [1] - 1:1
**United** [2] - 2:4, 177:5
**universe** [1] - 149:25
**University** [1] - 141:3
**unknown** [1] - 168:9
**unless** [2] - 110:2, 121:12
**unlike** [1] - 172:13
**unlikely** [1] - 157:7
**UNTIL** [1] - 176:17
**unusual** [1] - 167:11
**up** [17] - 16:23, 18:8, 43:6, 48:12, 54:20, 59:21, 65:1, 66:15, 79:1, 80:18, 99:10, 102:8, 103:1, 118:23, 160:7, 171:16, 173:24
**upset** [1] - 76:5
**upsetting** [1] - 75:15
**uptake** [12] - 17:2, 20:25, 21:12, 22:15, 22:16, 23:4, 24:17, 24:19, 25:10, 26:2, 79:10, 154:2
**USA** [1] - 1:5
**useful** [6] - 37:18, 38:19, 38:22, 39:4, 101:11, 151:14

**uses** [4] - 15:19, 18:21, 102:4, 104:12
**usual** [1] - 174:16
**utero** [1] - 59:16

# V

**vacuum** [1] - 93:21, 97:13, 150:12
**valid** [1] - 138:6
**value** [17] - 43:10, 63:11, 64:8, 71:1, 71:3, 74:5, 74:7, 74:18, 106:10, 112:24, 148:17, 152:7, 155:1, 155:3, 155:23, 155:24
**values** [2] - 66:2, 112:23
**variable** [1] - 27:14
**variety** [3] - 15:12, 26:20, 47:19
**VARNADO** [4] - 1:19, 175:7, 175:23, 176:10
**vascular** [2] - 10:6, 47:21
**vast** [1] - 146:12
**vendor** [3] - 57:15, 64:14, 64:15
**vendors** [1] - 104:9
**ventricular** [1] - 49:24
**version** [2] - 12:24, 121:13
**versus** [1] - 95:15
**view** [6] - 93:25, 132:10, 132:11, 149:3, 149:18, 162:18
**viewed** [1] - 83:14
**viewing** [1] - 169:22
**vision** [1] - 22:7
**visual** [3] - 71:10, 113:18, 114:10
**visualization** [2] - 168:18, 169:9
**visually** [17] - 30:16, 33:15, 40:17, 40:23, 41:6, 41:7, 51:9, 53:17, 65:14, 65:18, 65:23, 65:25, 66:4, 114:3, 169:2, 169:3, 171:19
**vitae** [1] - 11:18
**volume** [58] - 40:10, 40:13, 40:19, 40:20, 45:15, 45:21, 45:23, 45:24, 45:25, 46:2, 46:3, 46:11, 46:13, 46:22, 46:23, 49:23,

50:2, 50:3, 50:5, 50:15, 50:17, 50:25, 51:5, 51:6, 51:10, 51:11, 51:14, 53:17, 53:23, 54:2, 54:5, 54:15, 59:11, 59:13, 60:6, 61:13, 61:17, 62:24, 63:2, 63:3, 63:8, 63:9, 63:22, 63:25, 68:19, 81:2, 81:18, 83:17, 102:10, 153:21, 153:24, 160:21, 161:9, 161:16, 161:17, 161:24, 175:11
**volumetric** [1] - 163:14
**voxels** [1] - 169:20
**vs** [1] - 1:7

# W

**W-H-I-T-L-O-W** [1] - 6:9
**wait** [1] - 152:1
**Wake** [7] - 6:13, 6:19, 7:17, 7:18, 8:21, 9:20, 62:9
**walk** [1] - 80:6
**wants** [1] - 175:25
**ways** [6] - 7:14, 25:21, 46:3, 90:19, 148:18, 153:19
**Wednesday** [1] - 175:4
**week** [2] - 84:16, 174:9
**weekend** [1] - 5:6
**weeks** [1] - 89:10
**weigh** [2] - 26:12, 136:2
**welcome** [1] - 4:18
**Welner** [1] - 127:14
**WERE** [1] - 176:17
**WHEREUPON** [1] - 176:17
**white** [1] - 78:6
**whitlow** [1] - 77:3
**Whitlow** [53] - 5:18, 5:19, 6:4, 6:8, 6:9, 6:10, 8:15, 9:24, 10:11, 11:14, 11:17, 12:10, 12:16, 13:2, 13:8, 14:25, 15:11, 15:16, 17:15, 20:24, 24:6, 24:7, 24:16, 28:3, 30:1, 30:2, 33:5, 44:12, 44:14, 48:24, 49:12, 49:13,

49:19, 53:4, 67:13, 67:16, 69:14, 69:18, 73:20, 76:7, 77:13, 78:3, 78:15, 79:3, 81:14, 83:25, 84:10, 116:6, 120:4, 127:14, 127:24, 128:14, 129:10
**WHITLOW** [2] - 3:4, 5:20
**whole** [5] - 45:11, 61:4, 61:10, 105:15, 136:4
**widely** [2] - 158:19, 159:24
**widespread** [1] - 43:7
**window** [1] - 148:8
**Wisniewski** [1] - 14:8
**Wither** [1] - 116:13
**Withered** [1] - 159:19
**withstands** [2] - 131:23, 131:24
**witness** [12] - 4:10, 4:11, 84:1, 90:3, 100:6, 110:16, 110:18, 110:22, 110:25, 133:25, 149:10, 149:12
**Witness** [1] - 5:22
**WITNESS** [16] - 5:24, 47:2, 47:6, 47:11, 48:20, 48:22, 52:6, 52:9, 52:25, 72:21, 73:18, 100:9, 100:13, 117:16, 155:12, 155:15
**witnesses** [3] - 149:15, 175:4, 175:22
**WITNESSES** [1] - 3:1
**woman** [1] - 79:7
**wondering** [2] - 137:6, 144:7
**word** [5] - 43:18, 95:12, 95:13, 101:18, 128:11
**wording** [1] - 122:12
**words** [12] - 22:3, 42:21, 43:5, 64:13, 77:9, 81:11, 94:24, 98:25, 122:4, 127:9, 128:22, 170:14
**workup** [1] - 141:2
**world** [2] - 77:21, 158:25
**worry** [1] - 112:3, 126:24
**wrap** [1] - 124:9
**write** [7] - 125:19, 126:6, 126:7,

127:18, 127:22, 141:22, 160:22
**writing** [1] - 125:18
**written** [5] - 125:11, 125:15, 125:16, 129:6, 131:2
**wrote** [16] - 92:20, 116:7, 116:9, 116:15, 121:24, 126:11, 128:23, 129:5, 129:23, 130:5, 137:14, 138:3, 141:15, 142:11, 159:21, 161:8

# Y

**year** [3] - 10:20, 27:11, 86:7
**years** [10] - 10:21, 10:22, 38:21, 41:11, 41:17, 63:15, 115:4, 123:19, 159:15, 160:13
**yesterday** [1] - 4:21
**yourself** [3] - 125:20, 129:12, 155:17
**Yudofsky** [2] - 144:20, 146:24

# Z

**Z-score** [6] - 57:21, 108:19, 110:6, 111:4, 113:4, 113:6
**zero's** [1] - 169:5
**zone** [1] - 156:18