1           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
2                  HOUSTON DIVISION

3  UNITED STATES OF AMERICA      )       NO. 4:21-CR-09
                                 )
4                                )
   VS.                           )        Houston, Texas
5                                )     1:27 p.m. to 5:40 p.m.
                                 )
6  ROBERT T. BROCKMAN            )       NOVEMBER 15, 2021

7

8
   *********************************************************
9
                  COMPETENCY HEARING
10
                  AFTERNOON SESSION
11
         BEFORE THE HONORABLE GEORGE C. HANKS, JR.
12
              UNITED STATES DISTRICT JUDGE
13
                       VOLUME 1
14

15 *********************************************************

16 APPEARANCES:

17 FOR THE GOVERNMENT:

18      Mr. Corey J. Smith
        Mr. Lee F. Langston
19      Mr. Boris Bourget
        Mr. Christopher Magnani
20      U.S. Department of Justice
        Tax Division
21      150 M Street NE
        Room 2208
22      Washington, DC 20002
        Tel:  202-514-9623
23      Email: Corey.smith@usdoj.gov
        Email: Lee.f.langston@usdoj.gov
24           Boris.bourget@usdoj.gov
             Christopher.magnani@usdoj.gov
25

```
 1  FOR THE DEFENDANT:

 2          Mr. Jason Scott Varnado
            Jones Day
 3          717 Texas
            Suite 3300
 4          Houston, TX 77002
            Tel:  832-239-3694
 5          Email:  Jvarnado@jonesday.com

 6          Mr. James P. Loonam
            Ms. Kathryn Keneally
 7          Jones Day
            250 Vesey Street
 8          New York, NY 10281
            Tel:  212-326-3939
 9          Email: Jloonam@jonesday.com
                   Kkeneally@jonesday.com
10

11  COURT REPORTER:

12          Ms. Kathleen K. Miller, CSR, RMR, CRR
            515 Rusk, Room 8004
13          Houston, Texas  77002
            Tel:  713-250-5087
14

15  Proceedings recorded by mechanical stenography.

16  Transcript produced by computer-assisted transcription.

17

18

19

20

21

22

23

24

25
```

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

PM 1-3

```
1                           INDEX
2  RYAN DARBY, M.D.
3       Direct by Mr. Magnani                 4
        Cross by Mr. Loonam                  33
4       ReDirect by Mr. Magnani             133
        ReCross by Mr. Loonam               142
5       ReDirect by Mr. Magnani             143
6  ROBERT DENNEY, Ph.D.
7       Direct by Mr. Smith                 145
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PM 1-4

*RYAN DARBY, M.D. – DIRECT BY MR. MAGNANI*

1                P R O C E E D I N G S

2                NOVEMBER 15, 2021

3                (1:27 p.m. to 5:40 p.m.)

4 ************************************************************

5 (Defendant present.)

6             THE CASE MANAGER:  All rise.

7             THE COURT:  Please be seated, everyone.  Okay.

8 Counsel, you may proceed when ready.

9             MR. MAGNANI:  Thank you, Your Honor.  And,

10 actually, maybe before -- I just want to -- We came to an

11 agreement with the defense that the clips of video would be

12 most easily identified if we give them sort of sub-numbers.

13             THE COURT:  Okay.

14             MR. MAGNANI:  So, what we just watched was a

01:27:29 15 clip from Exhibit 40, and I am now identifying it as

16 Exhibit 40-A.

17             THE COURT:  Okay.

18             **DIRECT EXAMINATION (Continued)**

19 BY MR. MAGNANI:

01:27:42 20 **Q.**   Dr. Darby, do you remember the exhibit clip that we

21 watched before the lunch break?

22 **A.**   Yes, I do.

23 **Q.**   So, first of all, can you just give the context?

24 What was going on in that exhibit clip?  Well -- sorry --

01:27:53 25 I'll ask a different question.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI

1                   Where were you in that video?

2    **A.**   So, this was a clip from my interview and examination

3    with Mr. Brockman that occurred in May of 2021.  So I was

4    in a conference room, at Jones Day, where I met with

01:28:09  5    Mr. Brockman, with the videographer, and was asking him

6    about his symptoms related to his cognitive and memory

7    problems.

8    **Q.**   So, besides the fact that you were in a conference

9    room in a law firm and in front of cameras, how does this

01:28:22 10   compare to the type of clinical evaluation you do in your

11   work at Vanderbilt?

12   **A.**   Well, this would be very similar to a clinical

13   evaluation.  So, I was asking him the same types of

14   questions about his cognitive symptoms and trying to get a

01:28:34 15   sense of his other medical issues and the history that he

16   had had coming in.

17   **Q.**   So, in the clip that we saw, you had asked him to

18   describe his cognitive problems?  Is that -- is that

19   right?

01:28:50 20   **A.**   I was asking -- Yes.  I was asking him about his

21   memory concerns.

22   **Q.**   Okay.  And how did he respond?

23   **A.**   And, so, Mr. Brockman told me about his memory

24   concerns and directed me towards evidence from his primary

01:29:01 25   care doctor that he had followed for some time, prior to

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1   to seeing -- so, Dr. Bill Obenour, who had been his

2   primary care doctor.

3                   He was aware of the question I was asking

4   and the purpose of it, which was to evaluate his memory,

01:29:15   5   and he was able to recall that he had a box of these

6   records where at some point in the past he had mentioned

7   memory concerns to Dr. Obenour and directed me towards

8   them because he thought they may be useful in our

9   evaluation and was able to link it back to the question of

01:29:31   10   memory.

11   **Q.**   So, responding that way to your question about when

12   cognitive problems begin, what does that demonstrate?

13   **A.**   Again, it demonstrates an awareness of the purpose of

14   our evaluation, which is to demonstrate his memory and

01:29:48   15   cognitive abilities.  It demonstrates an awareness of some

16   of the things that might be useful in our evaluation; so,

17   having other medical records that have -- at the time I

18   wasn't aware of that mentioned memory concerns at an

19   earlier time and that that might be beneficial to me, as I

01:30:04   20   was trying to come to an evaluation regarding his memory.

21   **Q.**   And, so, how does that ultimately inform your opinion

22   about his cognitive function in May?

23   **A.**   So, these are the types of examples of cognitive

24   abilities that were lacking in some of the cognitive

01:30:22   25   testing.  So, these were examples that I would expect from

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1    someone who would mostly be having mild cognitive

2    difficulties but not having cognitive problems that would

3    progress to a more advanced stage.

4    **Q.**    So, what does this inform about -- does this tell

01:30:39   5    us whether -- what does this tell us about dementia?

6    **A.**    Well, it's consistent with the ultimate diagnosis

7    that he was at the stage of mild cognitive impairment at

8    that time.

9    **Q.**    Now, you mentioned that he pointed you to records

01:30:51   10   that you hadn't seen before?

11   **A.**    Right.

12   **Q.**    Is that what you said?

13   **A.**    Yes.

14   **Q.**    Why hadn't you seen those records before?

01:30:59   15   **A.**    They hadn't been given to me at that time.

16   **Q.**    Okay.  And are those records that are within the

17   ambit of your review in this case?

18   **A.**    Yes.  So, I eventually -- we requested those records

19   after learning about this, and I did obtain them several

01:31:15   20   weeks later and reviewed them.

21   **Q.**    And who was the first person who told you about the

22   existence of these records?

23   **A.**    Mr. Brockman was the one that told us during this

24   interview, so that was the first time I had known about

01:31:24   25   those records.

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1    **Q.**   We showed a short clip of video, but can you

2    approximate about how long your whole exam was?

3    **A.**   So, I believe I was there for three hours in total.

4    I think there was about an hour-and-a-half to two hours of

01:31:39   5    interview.  There is the examination, and then I also

6    spent time talking with Mrs. Brockman as well.

7    **Q.**   So, without watching the whole video, can you just

8    describe Mr. Brockman's performance over the course of

9    your in-person examination?

01:31:55   10    **A.**   So, that was one of the examples of where

11    Mr. Brockman did better in the interview, so where he

12    seemed to have an awareness of what was going on and was

13    able to answer my questions.

14                    During the cognitive testing the rate at

01:32:07   15    which he was responding to the questions was slower, and

16    he struggled with much more of the testing results in

17    responding to my questions during the inter -- during the

18    examination than he did during the interview.

19    **Q.**   But throughout the interview portion were there other

01:32:22   20    examples of him demonstrating a higher level of cognitive

21    function?

22    **A.**   There were.  So, he was able to give me some specific

23    examples and a general overview of his medical history

24    that was largely reflected in the medical records I

01:32:38   25    reviewed.  He was able to give me a few examples of things

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1  that had happened that, when I talked with his wife, were

2  accurate.

3                    So, he told me, for instance, that he took

4  expired antibiotics before his last hospitalization for an

01:32:52   5  infection and delirium, which his wife also stated.

6                    He told me about the example where he was

7  having a hallucination during his neuropsychological test.

8                    So, I couldn't check everything that he

9  told me, but, at least, the examples that I mentioned are

01:33:08  10  places where he seemed to be accurate in terms of his

11  recollection.

12  Q.   And you have been describing this exam in the context

13  of your first expert opinion, your diagnosis of MCI in

14  May.  And you said that in the normal course you wouldn't

01:33:23  15  expect much change, but what happened in this particular

16  case?

17  A.   Well, in this case, Mr. Brockman had a very serious

18  hospitalization for an infection.  So, he had sepsis, or

19  an infection in his blood, and delirium, which is an acute

01:33:38  20  transient confusional state that goes along with that.

21  And he was in the hospital for about 12 days at the

22  beginning of June.

23  Q.   Was that the first time he had sepsis?

24  A.   No, it wasn't.  So, he had been hospitalized with

01:33:51  25  sepsis in March of 2021 as well.

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1   Q.   Besides the incidence of sepsis before your

2   evaluation and the other one after it, were there any

3   other -- Well, let me ask this question:  What else

4   happened in June besides the hospitalization for sepsis

01:34:09   5   that could come to bear on Mr. Brockman's cognitive

6   health?

7   A.   So, he also had a surgical procedure.  So, he

8   underwent a urological procedure where he had general

9   anesthesia, which can be another risk factor for

01:34:23   10   developing delirium.

11   Q.   So, you have got the surgical procedure.  You have

12   got the sepsis hospitalization.  How do these things

13   potentially contribute to neurocognitive dysfunction?

14   A.   So, anytime there has been an episode of delirium,

01:34:39   15   that can increase the rate of progression of dementia.

16   And, so, in patients with these disorders, like

17   Alzheimer's or Parkinson's, having an episode of delirium

18   can accelerate that progression that you might see.

19   Q.   Were you concerned that either of these June medical

01:34:55   20   events could have created such an acceleration of

21   neurodegeneration in this case?

22   A.   Yes, particularly at his early hospitalization in

23   June, where he was in the hospital for 12 days and was

24   described as being delirious during that time.

01:35:10   25   Q.   Have you had the opportunity to review video footage

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1   of Mr. Brockman being examined in July after these two

2   events?

3   **A.**   Yes.  So, he had examinations by the defense expert

4   witnesses in July, which I had access to and reviewed.

01:35:25   5   **Q.**   And just -- I mean, how did he appear in July?

6   **A.**   He appeared markedly different.  So, he appeared

7   confused.  He appeared to respond to certain questions

8   with answers that didn't make sense, and seemed very

9   different than the time when I saw him in May.

01:35:42   10          MR. MAGNANI:  Your Honor, at this point I would

11   like to play another clip from that longer video.  This one

12   is going to be Exhibit 91, and I am now just marking it as

13   sub-A for the clip, but the time stamp on the original

14   exhibit is 30 minutes and 25 seconds to 34 minutes and five

01:35:57   15   seconds.  So, it's about a three-and-a-half minute clip,

16   Your Honor.

17          THE COURT:  Okay.  You may proceed.

18   (Video played as follows.)

19              *****************

01:36:05   20   **Q.**   ...issues that you have had?

21   **A.**   Well, it actually began sometime in July.  And they

22   end up putting me in Methodist and telling me that I was

23   -- what's the term for a bug that kind of invests itself

24   inside of me physically?  And it's one of those ones that,

01:36:40   25   if you don't handle it properly and quickly, it will kill

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

PM 1-12

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1  you.

2  **Q.**   Okay.

3  **A.**   And -- at any rate, that -- that's what happened to

4  me.

01:36:52  5  **Q.**   Do you know how that happened or why that happened?

6  **A.**   No.

7  **Q.**   Where was the bug in you?  Where was it located?

8  **A.**   Basically, in the bladder.

9  **Q.**   Okay.  And how did they treat it?

01:37:04  10  **A.**   They treated it with -- one of the ingredients is --

11  basically, I will say a list of characteristics to make a

12  car not work right.

13  **Q.**   Okay.

14  **A.**   And, so, it makes it to the service adviser.  He's

01:37:51  15  the one that's pretty skilled.

16  **Q.**   Yeah.

17  **A.**   They can use that list, I guess, their list of what

18  they think is going on, going on on the inside.

19  **Q.**   Do you have other medical issues or medical

01:38:06  20  conditions besides the one you just mentioned?

21  **A.**   Yeah.

22  **Q.**   Can you tell me about -- what ones do you know about?

23  **A.**   Well, there's a -- I have had prostate infections

24  before.

01:38:22  25  **Q.**   Okay.

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1  **A.**   Not often, but I have had my share where I kind of

2  know what's going on.  And they wanted authorization, you

3  know, to do -- you know, what I was asking.  And so we

4  prepared a letter for them to go get -- They were actually

01:38:45  5  on CDK.  They were not on our software.  But their --

6  their moan and gripe -- I have to warn you.  I am -- can't

7  hardly explain this.  I am going to have to get out and

8  wander around.

9  **Q.**   Well, let's do this.  How about -- I am going to ask

01:39:08  10  a different question.

11  **A.**   Okay.

12  **Q.**   Okay.  Can you tell me, where are we right now?

13  **A.**   We are on the northern side of Houston by one of the

14  main traffic arteries.

01:39:27  15  **Q.**   How about this place right here?  Where are we right

16  now?

17  **A.**   It's a hotel that my attorneys have engaged for the

18  purpose of holding this meeting.

19  **Q.**   This is a hotel that we are in now?  Do you know --

01:39:43  20  **A.**   Well --

21              (Video concluded.)

22              ******************

23  BY MR. MAGNANI:

24  **Q.**   Dr. Darby, you were not present for that evaluation,

01:39:50  25  right?

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1   **A.**   No, I was not.

2   **Q.**   But do you know -- was Mr. Brockman at a hotel?

3   **A.**   No.  My understanding was that he was at Jones Day in

4   a conference room.

01:39:58   5   **Q.**   And, so, in that clip, he talked about bladder

6   infections, cars not working, something about a skilled

7   service provider, went on about prostate, and then CDK

8   software.  Is that -- did you -- are those things that he

9   brought up?

01:40:15   10   **A.**   Yes, those are the things he was saying.  So, it

11   appeared as if he was confused.  He was being asked about

12   medical issues, and he would respond at times to that, but

13   then would begin speaking about things that didn't make

14   sense or they didn't follow from the question, why he had

01:40:31   15   switched to talking about that topic.

16   **Q.**   So -- and -- well, I mean, how does that compare to

17   the Mr. Brockman that you met with in person in May?

18   **A.**   So, it appears markedly different.  So, you know, in

19   May during our evaluation he always had an understanding

01:40:48   20   of my questions.  You know, there are times where he could

21   remember details, but he never became nonsensical or was

22   talking about things that weren't related to what was

23   going on.

24   **Q.**   Have you considered what could account for this

01:41:04   25   pretty dramatic change in presentation?

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1  **A.**   Yes.  So, I think there are three main things that

2  could be considered in this.

3                    And, so, one is that he's had rapid

4  progression of dementia, that his neurodegenerative

01:41:20  5  disorder progressed rapidly and that that explains why

6  he's presenting so much worse in July than he was when I

7  saw him in May.

8                    The second possibility is that he was

9  still actually delirious during July during those

01:41:33  10  evaluations.  And, so, you know, after a delirium, which

11  is, again, a transient episode, there can be some

12  continued subtle symptoms that may persist.  And, so,

13  while the time course from his hospitalization to July

14  would be atypical to have that degree, it's still

01:41:50  15  possible.

16                    And the third possibility is that he was

17  exaggerating his symptoms more than he had been

18  previously.

19  **Q.**   And, so, just -- I want to walk through how you

01:42:00  20  explored these potential possibilities starting with the

21  first.

22                    So, what did you do to investigate whether

23  or not the change in presentation was due to a genuine

24  neurological decline?

01:42:15  25  **A.**   So, to investigate that, we ordered another FDG PET

1    scan of the brain.  So, again, that's the PET scan that

2    looks at brain metabolism, that would look at brain

3    activity, and could be a source of trying to see if there

4    is brain damage.  So, by comparing it to the March scan,

01:42:30    5    we could see had there been a significant change in that

6    brain PET scan that would go along with an advancement of

7    his dementia progression.

8    **Q.**   And, Dr. Darby, I want to pull up -- So, do you

9    remember when you ordered this scan?

01:42:44    10    **A.**   So, this scan was recommended.  I don't believe I

11    ordered it, but it was performed in August of 2021.

12    **Q.**   Okay.  And this is the slide we were looking at

13    before, right?

14    **A.**   Correct.  Yes.

01:42:56    15    **Q.**   Okay.  Can you describe in words what -- what does

16    this show?  What is the blue indications on these six

17    angles of brain?

18    **A.**   And, so, these are six different views of

19    Mr. Brockman's brain, so from different angles.  And the

01:43:17    20    blue -- so, the colors correspond to areas of brain damage

21    on the PET scan.  So, these are areas where there is

22    reduced brain activity in Mr. Brockman's case.

23                    And, so, you can see that there is

24    reduction in a number of areas, although this is less than

01:43:31    25    my mental image of what a typical dementia patient would

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI

 1    look like.
 2    Q.   And, so, just -- I want to get a little bit deeper
 3    here.
 4                    So, what is a radio tracer?
 5    A.   So, a radio tracer -- these are all scans where there
 6    is an injection of a radioactive material that binds to a
 7    specific thing in the body.  And, so, in this case, it
 8    binds to your glucose, which is the energy source.
 9    Q.   And when you say in this case "it," do you mean that
10    FDG is a radio tracer that binds the glucose?
11    A.   Yes.  So, there are different types of PET scans, and
12    it depends on what that radio tracer binds to.
13    Q.   And why do we want to see how much radio tracer binds
14    to the glucose?
15    A.   So, this is a measure of brain function.  So, it
16    tells you how active -- or metabolically active those
17    brain areas are.  And it's a marker of brain damage.  And,
18    so, if there is less of the tracer going to a specific
19    area of the brain, that indicates there has been brain
20    damage to that region and suggests that there could be
21    neurodegeneration there.
22    Q.   So, the areas that are lit up, that's -- is that the
23    good parts or the bad parts?
24    A.   Those are the bad parts.
25    Q.   Okay.

PM 1-18

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1  **A.**   So, the areas showing colors are the areas where he

2  has less tracer going to that brain region.

3                       The gray areas are normal.  So, those are

4  the areas that are normal in the brain.

01:44:52  5  **Q.**   And, so, is this a -- is this a picture or is this a

6  graphical representation of something else?

7  **A.**   Well, it's a graphical representation of those

8  numbers.  So, each, kind of, point on that picture

9  corresponds to the amount of blood sugar going to that

01:45:07  10  brain area.  And then the colors correspond to how

11  significant that is; so, how off or abnormal that is.

12  **Q.**   And, so, specifically, the measure of metabolic

13  uptake, what is that being compared to in order to

14  generate these different colors?

01:45:25  15  **A.**   So, it's being compared to subjects who do not have

16  any neurological or cognitive disorders.  So, this is in

17  comparison to groups of subjects that don't have any

18  neurological or cognitive diseases.

19  **Q.**   And you said earlier about how this is not consistent

01:45:45  20  with what you see in your clinical practice of dementia

21  patients.  Right?

22  **A.**   Correct.

23  **Q.**   Okay.  And, so, can you just -- again, just describe,

24  as best as you can, what would this -- what would have to

01:45:58  25  happen to these images for it to be consistent with what

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1   you see in your clinical practice?

2   **A.**   So, the areas of the color -- so, the blue colors --

3   would be wider and they would be more extensive; so, they

4   would involve much more of the brain than what we are

01:46:13   5   seeing here.

6   **Q.**   And I just also -- just to -- sorry to sort of bring

7   it back -- but what is the -- what is the interplay

8   between what an FDG PET measures and what a volumetric MRI

9   measures?

01:46:30   10   **A.**   So, they're both different ways of trying to measure

11   for brain damage.

12               So, the FDG PET scan looks at that brain

13   activity or brain function, and that is a more sensitive

14   marker for underlying damage.

01:46:44   15               The brain MRI looks at the brain volume --

16   so, how large is the area -- and that can be a later

17   marker of patients with neurodegenerative disorders.

18   **Q.**   And when you say "a later marker," not to be too

19   obvious about it, but what happens first?  The changes in

01:47:01   20   metabolic uptake or the changes to brain volume?

21   **A.**   The changes in metabolic uptake typically happen

22   first.  So, it's more sensitive of detecting these

23   problems at an earlier stage.

24   **Q.**   Okay.  Now, you started talking about a comparison.

01:47:15   25               Can you actually advance to the next

1    slide, please?

2    **A.**    Yes.

3    **Q.**    What is this slide depicting?

4    **A.**    So, this is Mr. Brockman's original FDG PET scan that

01:47:26    5    was obtained in March of 2020.

6    **Q.**    And the same question as before about the August one.

7    How does this correspond to what you see in your clinic of

8    dementia patients?

9    **A.**    Again, this would be something that would correspond

01:47:38    10    to an early patient in that disease course; so, typically,

11    at the range of a mild cognitive impairment.

12    **Q.**    And did you get -- did you compare the -- Excuse me.

13    Did you compare the March and August FDG PET scans?

14    **A.**    I did, yes.  And, so, here we can see the two scans.

01:48:00    15    And, so, on the top is Mr. Brockman's scan from March of

16    2021.  On the bottom is his scan from August of 2021.  And

17    the different views or slices are corresponding to each

18    other.

19                    And what you see is that there is a very

01:48:16    20    similar pattern in the areas that are involved, that there

21    has probably been a mild amount of progression but largely

22    looks the same as it did in March.

23    **Q.**    You talked about what you would expect to see in the

24    normal course.  How do the changes in these two PETs

01:48:39    25    compare to the changes you would see in the normal course

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1    within five months?

2    **A.**    This is about the changes that I would expect, that

3    there has been a mild progression in the areas that are

4    involved and the extent.

01:48:49    5    **Q.**    So, did you -- did you read any other expert opinions

6    about this change?

7    **A.**    Yes.  So, I looked at the other opinions regarding

8    the two PET scans and compared them.

9    **Q.**    And, so, what is this that you are now showing on the

01:49:11    10    screen, Dr. Darby?

11    **A.**    So, this is a larger chart looking at the different

12    impressions from the different people that look at these

13    PET scans.

14    **Q.**    Okay.

01:49:21    15    **A.**    So, again, the clinical radiologist was the

16    radiologist at Houston Methodist who evaluated the PET

17    scans.  Dr. Ponisio was the government expert, nuclear

18    radiologist.  Dr. Whitlow is the defense expert

19    neuroradiologist.  And then my own opinions.

01:49:38    20                    And, again, for the disease itself, in

21    terms of the pattern, I think the opinions were fairly

22    consistent.  In terms of the severity of that, they were

23    fairly consistent.

24                    And then focusing on the change.  And, so,

01:49:51    25    Dr. Ponisio felt that that represented mild progression.

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1   Dr. Whitlow commented that they were similar between the

2   two recent scans, though it may have progressed slightly.

3   And I also stated that I felt that there had been some

4   minimal progression between the two scans.

01:50:08   5   **Q.**   So, if any, how much disagreement is there amongst

6   the experts of the change between the March and August FDG

7   PET scans?

8   **A.**   In terms of the comments about the change, I don't

9   think there appears to be a large amount of difference

01:50:21   10   between the experts.

11   **Q.**   As far as you can tell, is there any difference?

12   **A.**   No.  Not in reading this, no.

13   **Q.**   So, your -- how does this inform your investigation

14   of the different things that could have lead to the change

01:50:37   15   in presentation of Mr. Brockman between May and July?

16   **A.**   Yeah.  So, this amount of change on the PET scan

17   would not explain the amount of change we saw in his

18   performance in the July interviews compared to May.

19   **Q.**   So, does -- what does this tell us about whether the

01:50:55   20   sepsis that Mr. Brockman suffered from in June -- what

21   does this tell us about whether that sepsis contributed to

22   an accelerating case of neurodegeneration?

23   **A.**   Well, it didn't contribute to an acceleration of what

24   I would expect in terms of his FDG PET changes and can't

01:51:13   25   fully explain the change that we see in his examination.

PM 1-23

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1  **Q.**   Okay.  So, back to the -- what was the second

2  potential that you investigated to try to determine the

3  change in presentation of Mr. Brockman?

4  **A.**   Yeah.  So, the second consideration was that he could

01:51:25   5  still be delirious.  And, so, delirium is a transient

6  acute confusional state.  So, it occurs quickly and is

7  reversible and is related to the underlying medical issue

8  causing it.

9            And, so, after a hospitalization for

01:51:43  10  delirium, it would still be possible that he could have

11  some residual delirium after he left.  And, so, that was

12  another consideration as to whether he was still delirious

13  at the time in July and whether that could explain the

14  differences that we are seeing.

01:51:59  15  **Q.**   So, was there a way available to test if he was

16  delirious at the time of the July exams?

17  **A.**   No.  So, after the fact there is not a way to test,

18  after he's been seen, whether he was actually delirious at

19  that time.

01:52:13  20            But what we did recommend is getting a

21  test to see if he could still be delirious afterwards.

22  And, so, we recommended getting an EEG test of the brain.

23  And, so, that looks at the brain's state.  So, what state

24  is that electrical brain in?  And it can tell us if he's

01:52:31  25  in a brain state that would be consistent with delirium.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

PM 1-24

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1   Q.   Do you recall approximately the date of the EEG in

2   this case?

3   A.   The EEG happened in September of 2021.

4   Q.   And you said it can't tell us whether he was

01:52:47   5   delirious in July, but -- so, what does it tell us?

6   A.   Well, it tells us that he wasn't delirious at that

7   point.  So, he didn't appear to be in a brain state that

8   would go along with delirium.

9   Q.   And -- sorry -- just to clarify:  When you say "at

01:52:56   10   that point," do you mean in September, Doctor?

11   A.   In September, yes.

12   Q.   So, it sounds like you're -- you can't be sure if he

13   was delirious in July; is that right?

14   A.   Correct.  I can't be sure that he was delirious or

01:53:07   15   not in July.

16   Q.   If he was delirious in July, what would that mean?

17   A.   Well, it would mean that the results of his

18   evaluation at that time aren't valid representations of

19   his actual cognitive abilities.  So, if that was due to an

01:53:23   20   acute and transient state, then it wouldn't accurately

21   represent what his true cognitive abilities are.

22   Q.   And that's because it's transient and it went away,

23   in this case, by September?

24   A.   Correct.

01:53:35   25   Q.   So, if he was not delirious in July, where does that

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1    leave us?

2    **A.**   Well, if he wasn't delirious in July and the change

3    in his examination isn't related to a progression of his

4    dementia, without another explanation, I think the most

01:53:51    5    likely reason would be that he was exaggerating his

6    symptoms with me.

7    **Q.**   Now, there were subsequent examinations, videotaped

8    examinations, in this case after July.  Right?

9    **A.**   Yes.  Mr. Brockman was evaluated again in October by

01:54:05    10    both defense and prosecution experts.

11    **Q.**   And, just overall, how would you describe the

12    difference in presentation of those two October

13    evaluations?

14    **A.**   Yeah.  So, I think that in October there are no

01:54:21    15    longer as many clear examples where he was confused to the

16    degree that he was in July.  So, there were not as many of

17    those times where he appeared to be answering in

18    nonsensical ways, but he still presented with much more

19    significant cognitive problems than he did in May.  So, he

01:54:40    20    was often not being able to give complete, thorough or

21    accurate answers.

22          MR. MAGNANI:  And at this time, Your Honor, I

23    would like to show Exhibit 93.  This is a clip from 31

24    minutes and 35 seconds to 34 minutes.  So, it's about

01:54:53    25    two-and-a-half minutes, Your Honor.  And I am marking this

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1 particular clip as 93-A.

2                    THE COURT:  Okay.

3                    ****************************

4                    (Video clip played as follows:)

01:55:02  5 **Q.**   Okay.  Hi, Mr. Brockman.  Nice to see you again.

6                    So, let me ask a question.  I am going to

7 lower my mask a minute.  Do you remember seeing me or

8 meeting with me before?

9 **A.**   I remember your face.

01:55:16 10 **Q.**   Okay.  Do you remember who I am?

11 **A.**   No.

12 **Q.**   Do you remember anything about me?

13 **A.**   Unfortunately, no.

14 **Q.**   Okay.  Do you know what I am here to do today?

01:55:29 15 **A.**   Yeah.  You're here to take my deposition.

16 **Q.**   To take your deposition?

17 **A.**   Uh-huh.

18 **Q.**   What would I be taking your deposition for?

19 **A.**   I don't know.

01:55:42 20 **Q.**   Are you involved in a legal case right now?

21                    (Video paused.)

22                    *************************

23                    MR. MAGNANI:  And I apologize, Your Honor.  I'm

24 just going to interrupt the video here.  It's actually not

01:55:50 25 the clip that we intended to show.  Of course, we are happy

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1  to show it if the Court would like.

2                     Tell me when you have the clip up.

3                     ****************************

4                     (Video played as follows:)

01:55:58  5  **Q.**   Both of us are wearing masks.  Can you tell me why we

6  both have masks on?

7  **A.**   Well, that's a good question.  I never have thought

8  about that.  Other than the fact y'all like to do it --

9  **Q.**   Well --

01:56:11  10  **A.**   -- or you feel it is appropriate.

11  **Q.**   Why do we have to wear a mask today?

12  **A.**   I don't know.

13  **Q.**   Do you wear masks at home?

14  **A.**   No.

01:56:23  15  **Q.**   Is there any reason why people are walking around

16  wearing masks currently?

17  **A.**   Well, because there's various big and bad infections,

18  you know, and wearing a mask is one of the ways that you

19  reduce the likelihood that you are going to get something.

01:56:42  20  **Q.**   Is there one particular infection that people are

21  concerned about?

22  **A.**   It's all -- all related to the -- this -- I'm sorry,

23  I can't give you a decent description on that.

24  **Q.**   It sounds like you were just about to describe some

01:57:13  25  sort of infection out there.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1    **A.**    Yeah.  It's a virus.

2    **Q.**    Yeah.  How does it affect people?

3    **A.**    Well, it depends on whether or not you have had

4    preventive medicine.  If you have preventive medicine,

01:57:28    5    like you ought to, if you're less than ancient, then you

6    have got a pretty good chance of surviving it.

7    **Q.**    Okay.

8    **A.**    I am 80, and I got the two-dose version of the

9    vaccine put out by -- I think they're called Moderna.

01:57:53    10    **Q.**    Yeah.

11    **A.**    And it's kept my wife, my grandson, my son, my

12    daughter-in-law -- it's kept everybody safe so far.

13    **Q.**    What's the vaccine for?

14    **A.**    It's to prevent infection from the COVID virus.

01:58:20    15    **Q.**    Okay.  When --

16                    (Video stopped.)

17                    *****************

18    BY MR. MAGNANI:

19    **Q.**    Is -- how would you compare this October presentation

01:58:29    20    to the one we just watched from before in July?

21    **A.**    Yeah.  So, in this video example, he's stating things

22    that are appropriate to the question.  So, he understands

23    the question.  He is not going into tangential or

24    nonsensical responses that are related to something else.

01:58:47    25    But he continues to really struggle with under -- being

1    able to answer it accurately.

2              So, this is something that, in May, he was

3    readily aware about COVID and the virus, the precautions,

4    the vaccine, and he struggled with that initially, where

01:59:00    5    he gave general comments about preventing infections but

6    struggled to get to the specifics.

7    **Q.**   So, would you say the October presentation is not as

8    bad as July?

9    **A.**   Correct.  It's not as bad as July but clearly worse

01:59:14   10    than October.

11    **Q.**   And, so, from when you first met this man until the

12    most -- you know, these October recorded interviews, what

13    accounts for that delta in presentation?

14    **A.**   Well, again, you know, looking at that, what we

01:59:28   15    expect, based on the natural disease course and based on

16    the difference in his PET scans, is that there would be

17    some mild progression in his symptoms, but not to the

18    extent that we're seeing here and not to the extent that

19    his family is reporting in terms of his functional

01:59:43   20    impairments at home, where he is really dependent on most

21    things, from what we're hearing.

22    **Q.**   And so -- and was he delirious in October?

23    **A.**   No, he was not.  So, he -- again, he didn't seem to

24    have those nonsensical responses.  And the experts that

01:59:59   25    evaluated him, I don't think there were any that

PM 1-30

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1   considered him to be delirious in October.  So, I don't

2   think that's a likely explanation for what was going on at

3   that time.

4   **Q.**   And, so, turning to the final opinion that you had, I

02:00:09   5   mean, why do you still say that he is exaggerating?

6   **A.**   Well, I think this is another example where he's

7   exaggerating.  And, so, you know, that's really based on

8   examples that we have from before as well.  And, so, prior

9   to my May evaluation, there are really clear examples of

02:00:25   10   him being able to perform at a higher cognitive ability

11   than he was demonstrating in his clinical exams.

12              So, in 2019 we had examples of him giving

13   speeches in depositions where he was clearly operating at

14   a high level despite scoring in dementia range on his

02:00:41   15   evaluations.

16              In 2020 he continued to work at Reynolds

17   and Reynolds.  And from the deposition testimony of Tommy

18   Barras, one of his close work associates, there weren't

19   any concerns that he had cognitive impairments to a degree

02:00:58   20   where it would interfere with that work.

21              In my May evaluation he was able to

22   demonstrate higher cognitive capacities than the dementia

23   ratings that he was getting on his evaluations.  But after

24   May we don't have any of those examples.  So, those videos

02:01:10   25   in July and October, they don't demonstrate cognitive

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1  abilities beyond his testing results, and we don't have

2  any of those real-world examples to go on.

3           So, really, the only things we have to go

4  on in terms of estimating, you know, what are his true

02:01:26  5  cognitive capabilities, one is the expected disease

6  progression, which, again, I would expect there to be mild

7  changes.  And the other is the brain imaging changes,

8  which, again, were minimal or mild.

9           And, so, there's a clear gap between

02:01:40  10  those.  So, there is a clear gap between where we expect

11  him to be based on that progression and based on the

12  imaging and based on his actual reports of his functional

13  impairments and his cognitive testing.

14  **Q.**   And, so, you mentioned certain data streams drying

02:01:59  15  up.  I mean, when is the last time you saw Mr. Brockman

16  performing outside of an exam room on videotape?

17  **A.**   Performing outside of an exam room on videotape, I

18  think it would be the videos of him giving speeches.

19  **Q.**   What year is that, Dr. Darby?

02:02:17  20  **A.**   That would be 2019.

21  **Q.**   And in terms of examples of his function as CEO of

22  his company, when is the last time you see examples,

23  outside of the examination room, of him doing that?

24  **A.**   That was through November of 2020.

02:02:30  25  **Q.**   And in terms of in recorded interviews, when is the

*RYAN DARBY, M.D. - DIRECT BY MR. MAGNANI*

1  last time you see video-recorded interviews of

2  Mr. Brockman demonstrating a higher level of cognitive

3  function than suggested by his testing?

4  **A.**   That was in May of 2021.

02:02:46  5  **Q.**   So, since May of '21, do you have any examples from

6  the outside world, from outside the exam room, that show

7  Mr. Brockman's cognitive function being higher than inside

8  the exam room?

9  **A.**   No.  So, before May I had those examples, and after

02:03:00  10  May I don't have any examples where I can clearly show

11  that he's performing at a higher cognitive ability.

12  **Q.**   And, so, how do you -- without that information from

13  the outside, how can you come to an opinion that he is

14  still exaggerating today?

02:03:14  15  **A.**   Well, I think it's related to the difference that we

16  are seeing in the expected disease course and the

17  difference in the neuroimaging.  And, so, based on his

18  most recent neuroimaging, I would expect that at the mild

19  range of severity, so in the mild cognitive impairment

02:03:31  20  range.  Based on the interval change between March and

21  August, which was minimal, I would not expect him to have

22  a significant amount of progression.

23            So, I have to base it entirely on those

24  objective neuroimaging measures and an understanding of

02:03:44  25  the disease course, both of which are imprecise.  So, we

PM 1-33

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1  know that there can be some variability with those; and,

2  so, I can't give an accurate estimate as to what his true

3  cognitive abilities would be because I simply don't have

4  that information.

02:03:56  5  **Q.**   So, you could give an accurate estimate in May but

6  not as much now?

7  **A.**   Correct.

8          MR. MAGNANI:  I have no further questions, Your

9  Honor.

02:04:05  10         THE COURT:  Cross-examination?

11         MR. LOONAM:  Yes, Your Honor.  Just take a

12  moment.  Court's indulgence.

13         THE COURT:  Sure.  Take your time.

14                    **CROSS-EXAMINATION**

02:04:29  15  BY MR. LOONAM:

16  **Q.**   Good afternoon, Dr. Darby.

17  **A.**   Good afternoon.

18  **Q.**   Okay.  Doctor, you have -- you agree that

19  Mr. Brockman suffers from Parkinson's disease.  Correct?

02:05:04  20  **A.**   Yes.

21  **Q.**   And Mr. Brockman was first diagnosed with Parkinson's

22  disease back in January 2019.  Correct?

23  **A.**   Yes.  I believe so.

24  **Q.**   And that was after the government alleges that --

02:05:23  25  well after the government alleges that Mr. Brockman became

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  aware of this case and investigation.  Correct?

2  **A.**    I believe so, yes.

3  **Q.**    But, nevertheless, unfortunately, Mr. Brockman

4  suffers from Parkinson's disease.  Correct?

02:05:41   5  **A.**    Yes, he has Parkinson's disease.

6  **Q.**    And Mr. Brockman's diagnosis was confirmed by a

7  DaTscan.  Correct?

8  **A.**    Yes, it was supported by the DaTscan.

9  **Q.**    And the DaTscan showed severe loss, severe loss of

02:06:05  10  dopaminergic -- apologies for that -- dopaminergic

11  neuronal function in the bilateral dorsal striatum of his

12  brain.  Correct?

13  **A.**    Yes.  It showed Dopamine loss in those areas.

14  **Q.**    Yeah.  So, what is the severe loss?  What's the

02:06:20  15  severe loss?  What is happening to Mr. Brockman's brain?

16  **A.**    Well, the loss of Dopamine neurons.  So, again, those

17  are the neurons that are involved in the motor symptoms;

18  so, they are in the deep areas of the brain.  And those

19  are projecting to the basal ganglia, and that provides

02:06:36  20  evidence that there has been dopamine neuron loss that

21  goes along with those motor symptoms he has been having.

22  **Q.**    And not only motor symptoms, right?

23  **A.**    I'm sorry?

24  **Q.**    Parkinson's disease consists of both motor symptoms

02:06:51  25  and non-motor symptoms; is that accurate?

PM 1-35

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1  A.   Yes, it can.

2  Q.   And the motor symptoms in Parkinson's disease include

3  bradykinesia, which is an impossible word to say, that

4  means "moving really slow."  Right?

02:07:04   5  A.   Slowness, right.

6  Q.   Resting tremors?

7  A.   Yes.

8  Q.   Rigidity?

9  A.   Yes.  Those are the hallmark motor features of it.

02:07:16   10  Q.   Postural instability?

11  A.   Yes.  That's one thing that can be seen with it.

12  Q.   Yeah.  And you tested that, didn't you, when you were

13  at Jones Day with Mr. Brockman?

14  A.   I did, yes.

02:07:26   15  Q.   You had him touch his nose, and at one point you had

16  him standing, and you -- you hit him on the shoulders to

17  see if he would fall back?

18  A.   Yes.  To check his postural stability, yes.

19  Q.   And the non-motor symptoms of Parkinson's disease

02:07:47   20  include fatigue?

21  A.   So, that's -- that's a pretty nonspecific symptom.

22  It can be involved in Parkinson's disease, yes.

23  Q.   Olfactory deficits, problems smelling stuff?

24  A.   Yes.  That can be a change that happens in persons

02:08:02   25  many years before they develop Parkinson's disease.

PM 1-36

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1  Q.   So, those changes could start -- can start early,
2  before Parkinson's disease is formally diagnosed?
3  A.   The loss of smell has been one thing that has been
4  reported for that.
02:08:13  5  Q.   Uh-huh.  What about -- what about anxiety?  Is that
6  associated with Parkinson's disease?
7  A.   Well, anxiety can be associated with a number of
8  these different disorders.  And, so, you know, just
9  anxiety in itself, it can occur.  It wouldn't be the first
02:08:31  10  psychiatric symptom I would think of.
11  Q.   Is it also associated with depression?
12  A.   It can.  So, some patients with Parkinson's disease
13  have depression.
14  Q.   And I think you mentioned this on -- on your direct,
02:08:45  15  that Parkinson's -- the non-motor symptoms also include,
16  you know, learning and memory deficits.  Is that accurate?
17  A.   Well, so, patients with Parkinson's disease can
18  develop cognitive issues; and, so, sometimes that involves
19  learning and memory, but in other cases it involves other
02:09:03  20  aspects of their cognitive abilities.
21  Q.   Such as?
22  A.   Such as attention, working memory, decisionmaking and
23  executive functions.
24  Q.   And that's -- so -- and is that -- and that's just a
02:09:18  25  non-motor symptom of the Parkinson's disease, not -- not

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1   Alzheimer's dementia, not Lewy body dementia.  Those are

2   non-motor symptoms of the Parkinson's.  Correct?

3   **A.**   Well, there are a number of reasons why cognitive

4   symptoms can happen in a patient with Parkinson's disease.

02:09:36   5        One of them is related to the deeper

6   structures of the brain, so the same areas that are

7   affecting those motor circuits going from the basal

8   ganglia to other areas.  That can result in similar

9   symptoms to the motor symptoms.  So, there may be a

02:09:50  10   slowness in terms of thoughts.  We call it "bradyphrenia."

11   So that slowness in thinking, that slowness in

12   decisionmaking, a slowness in speech, and that can lead to

13   making things harder to get done, having difficulty with

14   multi-tasking.  So, some of those symptoms can be related

02:10:06  15   to damage in those areas.

16        Other symptoms of other cognitive in

17   patients with Parkinson's disease are likely because the

18   disease is spreading into other areas of the brain, into

19   the cortex, where it may overlap and cause other types of

02:10:20  20   symptoms.

21   **Q.**   Yeah.  And the brain is amazingly complicated, as I

22   have learned during this process, and it's really --

23   really something, huh?

24        Is there a project right now to, like, map

02:10:30  25   every neuron that is, you know -- and see where it is

1   going in the brain?

2   **A.**   There are a number of projects going on trying to

3   understand the brain.

4   **Q.**   Yeah.  And is it true that -- you know, because you

02:10:40   5   talked about, you know, damage in one area -- but is it

6   true that you could have damage in one area, but it winds

7   up affecting another area that it's connected to somewhere

8   else; and, so, where you're seeing the hypometabolism is

9   actually caused by damage in another area?

02:10:59   10   **A.**   Well, yes and no.  And, so, damage in one area can

11   affect areas of the brain that it's connected to.  And,

12   so, that is something that we know, that damage to that

13   area affects the other parts of that circuit.

14                    One of the ways it does that is by

02:11:13   15   reducing the brain activity in that area.  So, there is

16   some uncertainty about whether things like fMRI or PET

17   scans -- you know, it reflects brain damage, but it may

18   also reflect damage from those connections.

19   **Q.**   Yeah.  And that's -- so, is that neuronal disruption?

02:11:30   20   **A.**   It can be neuronal disruption or it can be disruption

21   of the communication between the areas in a way that's not

22   necessarily a neuronal dysfunction but an informational

23   process disruption.

24   **Q.**   I see.  And those different processes that you just

02:11:49   25   described, those -- those don't all lead to atrophy, do

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  they?

2  **A.**   No.  So, if there -- it can lead to atrophy.  So, we

3  can see that damage in one area will actually cause a

4  connected area to become atrophied, but it doesn't always

02:12:07  5  do that.  And we can also see that damage in one area can

6  reduce brain activity in a connected area.  But, again, we

7  don't always see that.

8  **Q.**   Yeah.  It's complicated?

9  **A.**   Yeah.  For instance, in PET scans one of the things

02:12:20  10  you may look for, if there is disease in the frontal lobe,

11  is there a corresponding difference in the cerebellum

12  where there is a connection there.

13  **Q.**   All right.  Parkinson's disease often leads to

14  dementia.  Correct?

02:12:34  15  **A.**   Yes.

16  **Q.**   In fact, dementia is a common and devastating symptom

17  of Parkinson's disease.  Correct?

18  **A.**   Dementia is a common symptom that happens in

19  Parkinson's disease, and I think we would all consider it

02:12:48  20  to be a very severe problem.

21  **Q.**   So, you would agree it's a devastating symptom of --

22  of Parkinson's disease?

23  **A.**   I think any time there is a disease resulting in

24  affecting cognition, that is devastating.

02:13:03  25  **Q.**   And we all agree that Mr. Brockman has Parkinson's

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1  disease.

2              Do you agree that memory problems are

3  frequently the first subjective cognitive complaint in

4  Parkinson's disease?

02:13:19  5  **A.**   So, typically, we think of memory symptoms as being

6  the first symptom that we see in Alzheimer's disease.

7  They can present in Parkinson's patients with cognitive

8  impairment as well.

9              And sometimes patients will describe what

02:13:35  10  they are saying as memory problems but, in talking with

11  them, it's slowness.  It's difficulty coming up with a

12  word.  It may not be related to memory the way that we

13  think of it as clinicians and define memory in our

14  testing.

02:13:48  15  **Q.**   I mean, there are all sorts, but you wouldn't agree

16  with the statement that memory problems are frequently the

17  first subjective cognitive complaint in Parkinson's

18  disease?

19  **A.**   I think it's often one of the first complaints for

02:13:59  20  someone who is having cognitive problems.

21  **Q.**   Okay.  Now, there are -- you described dementia as a

22  catch-all, and Alzheimer's is another type of dementia.

23  Correct?

24  **A.**   Yes.  Alzheimer's is another disease that can lead to

02:14:25  25  dementia.

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  Q.   So, Alzheimer's is another disease that could lead to

2  dementia.  So, are you distinguishing between a biological

3  Alzheimer's versus clinical Alzheimer's?

4  A.   Yes.  So, the biological processes in Alzheimer's

02:14:40  5  begin, again, when people are cognitively normal, and they

6  progress from those biological changes.  So, the amyloid,

7  the Tau changes, result in neurodegeneration, and that

8  corresponds to the symptoms which progress from the normal

9  stage, to the mild kind of impairment stage, to the

02:14:59  10  dementia stage.

11  Q.   And, so, Alzheimer's dementia would be a clinical

12  diagnosis.  Right?

13  A.   So, Alzheimer's dementia would refer to a patient

14  with dementia that is thought to be due to Alzheimer's

02:15:14  15  disease.

16  Q.   And that would be a clinical determination as opposed

17  to -- In other words, you can't just look at a scan and

18  say somebody has Alzheimer's dementia?

19  A.   Right.  So, you can't diagnose dementia based on the

02:15:30  20  scan alone, but our definition has changed where for many

21  of the definitions of Alzheimer's or other types of

22  dementias, there is an acknowledgement of looking at the

23  neuroimaging to determine if that is consistent with it.

24          So, in some of those it's the case that it

02:15:47  25  is possible, if it's just the clinical symptoms, but it

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1   becomes probable with the imaging that would go along with

2   it.

3   Q.   Yeah, it's almost -- at some point it's a

4   technicality, it seems.  So, if the brain is riddled with

02:16:00   5   tangles and plaques and has hypometabolism and you just

6   look at the brain, you are looking at the scan, you would

7   completely expect it to be, you know, severe Alzheimer's

8   dementia or end-stage Alzheimer's dementia, but you still

9   couldn't diagnose it until they were -- you determined

02:16:20   10   whether or not the impairment was affecting the person's,

11   you know, life in certain ways.  Is that accurate?

12                MR. MAGNANI:  Objection.  It is a confusing

13   question.  I didn't understand it.  If you can break it up.

14                THE COURT:  Yeah.  The objection is sustained.

02:16:40   15                MR. LOONAM:  Okay.

16                THE COURT:  It's just -- if you can just

17   rephrase it.

18                MR. LOONAM:  Fine, Your Honor.  Yeah.  Sure.

19   Sure.  Sure.

02:16:46   20   BY MR. LOONAM:

21   Q.   So, you know, the scans, the role of neurologists,

22   the role of neuroradiologists, you see that there's --

23   after their opinion as to what the scan shows -- you know,

24   I have seen in these papers, in the right clinical setting

02:17:13   25   or -- or -- and is that because Alzheimer's dementia is a

1   clinical diagnosis?

2              MR. MAGNANI:  Objection, Your Honor.  Counsel

3   is still testifying, talking about what he is seeing in

4   papers.

02:17:24   5              THE COURT:  Yeah.  Can you rephrase the

6   question again?

7              MR. LOONAM:  Sure.

8              THE COURT:  Just get him to agree on what you

9   have seen as true and then ask him whether or not -- ask

02:17:34   10  him about the issue you want to ask him about.

11  BY MR. LOONAM:

12  Q.    How do you diagnose Alzheimer's dementia?

13  A.    So, the term "dementia" is referring to the cognitive

14  severity.  So, that's dependent on the severity of the

02:17:48   15  cognitive issues and how they relate to the functional

16  impairment.

17              Alzheimer's is the reason -- is supported

18  by certain features such as age and memory loss, but in

19  our definitions, as those have changed, we have also

02:18:05   20  incorporated in the neuroimaging to show that there was

21  damage or neurodegeneration and the areas that correspond

22  with that.

23  Q.    And you mentioned memory impairment.  Memory

24  impairment is the most pervasive feature of Alzheimer's

02:18:22   25  disease.  Correct?

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1   **A.**   That is, yes.

2   **Q.**   But, in addition, other cognitive deficits can

3   manifest early in the disease.  Correct?

4   **A.**   Yes.  Patients can have other cognitive deficits

02:18:34   5   besides memory loss.

6   **Q.**   And these non-memory cognitive deficits include

7   impairment of executive function.  Correct?

8   **A.**   Are we talking about Alzheimer's disease?

9   **Q.**   Yes.

02:18:44   10   **A.**   I just wanted to clarify.

11   **Q.**   Alzheimer's disease.

12   **A.**   Yes.  Some patients will have executive function

13   problems as well.

14   **Q.**   And, so, can you explain for us what "executive

02:18:53   15   function" is?

16   **A.**   So, those are things like decisionmaking.  And, so,

17   some of the ways that we're testing it in the clinical

18   tests is we may ask someone to alternate between numbers

19   and letters.  So, they have to be able to go back and

02:19:05   20   forth between those things and maybe generating a list of

21   words that start with a specific letter.  Again, can they

22   generate those things.  And, so, they're referring to

23   those types of processes.

24   **Q.**   And apathy -- is apathy a symptom of Alzheimer's

02:19:23   25   disease?

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  A.   Apathy can be a symptom of a number of different

2  diseases.

3  Q.   And can it be a symptom of -- an early symptom of

4  Alzheimer's disease?

02:19:31  5  A.   In some patients they will complain of apathy,

6  although it's more specific for other diseases like

7  frontotemporal dementia.

8  Q.   Well, how does apathy manifest itself as a symptom in

9  Alzheimer's disease?

02:19:43  10  A.   So, a patient with apathy, in general -- and I think

11  the term really just applies to any disease -- is really

12  less motivation.  So, it's being less motivated and less

13  interested in certain topics.

14               So, someone may be not as motivated to

02:19:59  15  take care of their hygiene.  They may be less interested

16  in things that were of interest before.

17  Q.   And is Alzheimer's disease reversible?

18  A.   No.  Alzheimer's disease is not reversible.

19  Q.   And it's -- it's progressive, meaning a trend of a

02:20:19  20  downward trajectory.  Correct?

21  A.   Yes.  So, we expect progression in Alzheimer's and

22  these related disorders.

23  Q.   And is it fatal?

24  A.   Yes.  So, typically, if a patient lives long enough

02:20:30  25  with Alzheimer's disease, it would be fatal.

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  Q.   And do you -- do you have an understanding of the

2  average life expectancy for an individual diagnosed with

3  Alzheimer's disease?

4  A.   Well, I think a ballpark figure for any of these

02:20:42  5  types of neurodegenerative disorders would be

6  approximately five to ten years.

7  Q.   And in figuring out where an individual falls on that

8  range, does age of diagnosis matter?

9  A.   Yes.  In terms of mortality, the older someone is,

02:21:00  10  the more likely it is that they would have a death.  And,

11  so, they have other health issues.  You know, the average

12  life expectancy of an adult male is probably 78 or so.

13  And, so, for an 80-year-old there are many other health

14  issues that would contribute to that.

02:21:17  15  Q.   And would you agree that the life expectancy for men

16  diagnosed with dementia after 70 is about four years?

17  A.   I think that that's a rough estimate.  I wouldn't say

18  that number specifically, but I think that that, you know,

19  is approximately similar to that, that number that I

02:21:34  20  stated.

21  Q.   All right.  Let's shift gears for a moment and

22  discuss delirium.  You discussed delirium during your

23  direct.  Mr. Brockman has had multiple episodes of

24  delirium in the past year.  Correct?

02:21:49  25  A.   Yes, he has.

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1   Q.   How many?

2   A.   So, in March of 2021, he was hospitalized with a

3   urine infection and sepsis and had delirium documented at

4   that time.

02:22:02   5             In early June or beginning in late May of

6   2021, he was hospitalized for a urinary infection that

7   spread to his blood.  So, he had sepsis and delirium.

8             And then he had another hospitalization, I

9   believe, in September of this year for about three or four

02:22:17   10   days where he was hospitalized with a urinary infection

11   and delirium.

12   Q.   And the urinary infection, again, was urosepsis?

13   A.   No.  Sepsis refers to it spreading to the blood.  I

14   don't believe in those documents that there was a positive

02:22:32   15   blood test, but I could be wrong.

16   Q.   Okay.  And you described delirium as -- the

17   symptoms -- you know, an acute variation or arousal.  Is

18   that right?

19   A.   Well, there are a number of things that can go along

02:22:55   20   with delirium.  So, it's -- I think the way I described it

21   was an acute confusional state.  But variations in the

22   level of arousal would be one thing that you could see

23   with that.

24   Q.   Okay.  During his -- his hospitalization from May

02:23:10   25   31st to June 11th, Bob was administered an antipsychotic

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1    to treat him for his delirium.  Correct?

2    **A.**   Yes.  I believe he was given a medicine called

3    Seroquel.

4    **Q.**   And then during his September episode of delirium at

02:23:30  5    the hospital, there are reports that Bob became combative,

6    had a fall out of bed, with the staff.  Correct?

7    **A.**   I believe I read that in the June hospitalization.  I

8    don't remember seeing that in the September

9    hospitalization.

02:23:53  10   **Q.**   It could be right, actually.  My apology.

11                    So, anyway, Bob had three episodes of

12   delirium, to your knowledge, over a relatively short time

13   span.  Correct?

14   **A.**   Over the course of a year, yes.

02:24:02  15   **Q.**   Well, it was from March to September?

16   **A.**   March to September.

17   **Q.**   Yeah.  So six months?

18   **A.**   Yeah.

19   **Q.**   Yeah.  And delirium itself is often fatal?

02:24:16  20   **A.**   Delirium can be fatal.  So, again, it's a sign of a

21   serious medical illness.  So, anytime someone has an

22   infection that spreads to the blood, that's a very serious

23   condition.

24   **Q.**   That's the sepsis, isn't it?

02:24:32  25   **A.**   Yes.

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1  **Q.**   But delirium itself -- delirium itself is often

2  fatal.  Do you agree with that?

3  **A.**   So, the delirium is reflecting the severity of the

4  medical illness.  So, it is when a medical illness is

02:24:43  5  severe enough that there is inflammation that can affect

6  the brain.  That's what leads to delirium.

7             So, there is an increased association

8  between delirium and mortality, and that's because the

9  delirium reflects the severity of that medical illness.

02:24:59  10  **Q.**   And the reoccurring episodes suggest that Bob's brain

11  is vulnerable.  Correct?

12  **A.**   Yes.  So, an 80-year-old with Parkinson's or some of

13  these cognitive impairments -- you know, brain

14  vulnerability would be one reason why someone gets

02:25:19  15  delirium.  Now, certainly someone with no vulnerabilities

16  could have a serious infection and also be delirious.

17  And, so, just the presence of delirium doesn't necessarily

18  tell you that, but certainly that's a risk factor for

19  developing it.

02:25:31  20  **Q.**   And -- and then reoccurring bouts.  So, three bouts

21  of delirium over a six-month period would strongly suggest

22  that Bob's brain is vulnerable?

23  **A.**   Well, yes.  So, I think, in the setting of these

24  infections which he continues to get, he's continued to

02:25:49  25  have experiences of delirium.

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1    Q.    Yeah.  And, in fact, would you agree that delirium is

2    a marker of brain vulnerability?

3    A.    I don't know that I would characterize it that way.

4    So, you know, again, I think that delirium can happen in

02:26:09    5    patients without a vulnerability, but it is certainly a

6    risk factor.  So, patients who have brain vulnerabilities

7    would be at increased risk of having delirium from the

8    same infection.

9    Q.    And you described -- well, what is "cognitive

02:26:23    10    reserve"?  Let's make sure we have got it straight here.

11    A.    So, "cognitive reserve" is referring to the brain's

12    ability or the person's ability to compensate for the

13    diseases that they have in terms of their cognition.

14    Q.    And the reoccurring bouts of delirium suggest that

02:26:46    15    Bob's cognitive reserve is extraordinarily small at this

16    point.  Correct?

17    A.    Well, again, I think that depends on the severity of

18    the illness that he is having.  And, so, when you have an

19    infection that travels into the blood, that's a very

02:27:03    20    serious infection.  So, again, a normal person who has an

21    infection going to their blood, I would expect them to be

22    delirious.

23    Q.    And in September I thought you said that it wasn't a

24    blood infection.  It was just a urinary tract infection

02:27:19    25    that lead to sepsis -- I mean, that lead to delirium.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1          And so -- I mean, do you think -- and you
2    certainly -- Does delirium suggest that Bob has a limited
3    cognitive reserve, his reoccurring bouts of delirium?
4    **A.**   I don't think that delirium specifically says that.
02:27:39  5    I think that it can go along with people with brain
6    diseases having a higher risk of delirium, but just the
7    presence of delirium itself doesn't tell you that that's
8    due to an underlying vulnerability or not.
9    **Q.**   Delirium and dementia commonly coexist?
02:27:56 10    **A.**   Yes.  They can occur in the same patient.
11    **Q.**   And commonly do?
12    **A.**   So, when I am seeing patients in the clinic, no; but
13    in a hospital setting, if someone were to have delirium,
14    it's common for them to also have dementia.
02:28:12 15    **Q.**   Well, is preexisting dementia the leading risk factor
16    for delirium?
17    **A.**   It is certainly one of the highest risk factors for
18    delirium, yes.
19    **Q.**   And you are not aware of whether or not it is the
02:28:21 20    leading risk factor for delirium?
21    **A.**   I am not aware of whether it would be the leading
22    risk factor, but it is certainly a very strong risk factor
23    for developing delirium.
24    **Q.**   So, reoccurring bouts of delirium, vulnerability to
02:28:42 25    delirium episodes, in and of itself can be a marker of

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  dementia?

2  **A.**   I think it's marking two things.  And, so, it's --

3  potentially, that would go along with someone having

4  dementia.  But it's also a sign that he is having

02:28:50  5  recurring infections that would lead to that state.

6  **Q.**   And a single episode of delirium can result in a

7  fundamental alteration in the trajectory of cognitive

8  decline for persons with Alzheimer's disease.  Correct?

9  **A.**   Yes.  So, an episode of delirium can cause a

02:29:07  10  progression to be more accelerated than someone who has

11  not had an episode of delirium.

12  **Q.**   And it can result in a dramatic increase in the rate

13  of cognitive decline, a single episode.  Correct?

14  **A.**   A single episode can accelerate the course of

02:29:26  15  dementia.

16  **Q.**   And the -- you know, multiple episodes, do you know

17  whether the rate of increase in the progression is linear

18  or exponential?

19  **A.**   I don't know that -- I'm not aware of any studies

02:29:44  20  that looked at whether more than one episode of delirium

21  increases that risk more.

22  **Q.**   What is your understanding of how much one episode of

23  delirium increases the rate of progression for Alzheimer's

24  disease?

02:30:00  25  **A.**   I don't have a specific number for that.

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  Q.   Well, will you agree there are studies that find that

2  it is over two times?

3  A.   Again, I am not aware of the studies.

4  Q.   So, you don't know?

02:30:16   5  A.   No.

6  Q.   Do you know whether or not -- Once the rate of

7  decline is increased after an episode of delirium, it's

8  irreversible.  Correct?

9  A.   So, once a patient has recovered from the delirium,

02:30:37  10  from those acute changes, if there is a progression over

11  time, I would not expect that to be reversible.

12  Q.   Okay.  Is your expectation based on any academic

13  literature?

14  A.   Not anything specifically.

02:31:14  15         MR. LOONAM:  One moment, Judge.

16         THE COURT:  Sure.

17 BY MR. LOONAM:

18  Q.   Are you familiar with the journal *The Archives of*

19  *Internal Medicine*?

02:32:02  20  A.   I'm not sure if I have specifically heard of that

21  journal, but it sounds like a journal that would exist.

22  Q.   Published by the American Medical Association.

23  A.   Yes.  I have heard of the American Medical

24  Association.

02:32:14  25  Q.   Okay.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1          MR. LOONAM:  I'll mark it -- do we have

2  stickers there?  This is just for identification, Judge.

3          THE COURT:  Okay.

4  BY MR. LOONAM:

02:32:43  5  Q.   It's marked for identification as Defense Exhibit 49.

6  Are you able to see this?

7  A.   No.

8          THE CASE MANAGER:  Bear with me.

9          MR. LOONAM:  Actually, this is an easier one

02:33:41  10  for us to do.  We will get through it quicker.  I am going

11  to mark this Defense Exhibit 50.

12  BY MR. LOONAM:

13  Q.   Are you familiar with the journal *Lancet Neurol*?

14  A.   Yes, I am.

02:34:04  15  Q.   And that is a reputable journal?

16  A.   Yes.

17  Q.   *Lancet* is one of the most respected medical journals

18  in the country?

19  A.   Yes.  I think the *Lancet* journal is a very respected

02:34:16  20  journal.

21  Q.   I am going to show you what is marked as Government's

22  Exhibit 50.  Can you see that?

23  A.   Yes, I do see that.

24  Q.   Okay.  It's an article titled "The Interface of

02:34:25  25  Delirium and Dementia in Older Persons."

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1   **A.**   Yes, that is the title I see.

2   **Q.**   Yeah.  And the author is Fong?

3   **A.**   Yes, Tamara Fong.

4   **Q.**   I'll show you the highlighted sections here.

02:34:43   5                     It says:  "Delirium is a syndrome

6   manifesting as an acute change in mental status that is

7   characterized by inattention and disturbance in cognition

8   that develops over a short period of time and tends to

9   fluctuate."  Do you agree with that?

02:35:00   10                     MR. MAGNANI:  Objection --

11                     THE COURT:  Okay.

12                     MR. MAGNANI:  -- just to -- apologies, Your

13   Honor -- just to the extent he is asking the witness about

14   an article the witness has never seen before.  If he wants

02:35:08   15   to ask whether he agrees to a statement, that's one thing,

16   but to read from a journal article that is not in

17   evidence --

18                     MR. LOONAM:  I just read and said does he

19   disagree with it.

02:35:18   20                     MR. MAGNANI:  If you want to just ask him a

21   question and ask if he agrees with that statement, that's

22   one thing, but --

23                     THE COURT:  Wait a second.  What is the

24   objection?

02:35:24   25                     MR. MAGNANI:  The objection is that he is

1  reading from a piece of paper that is not in evidence.  If

2  he wants to impeach by asking the doctor if he agrees with

3  a certain proposition, he can ask the doctor without

4  flashing around journal articles that are not in any expert

02:35:39   5  reports.

6          MR. LOONAM:  Your Honor, Federal Rule of

7  Evidence 803(18)(A), it's a learned treatise, periodical or

8  pamphlet on the cross-examination of an expert witness.

9  The rules specifically provide for this.

02:35:51  10          THE COURT:  Yes.  I'm sorry.  So, you can use

11  it, but it's the way you are using it that I have a

12  question about.  I mean, you need to lay a foundation.  And

13  you have gotten most of the way there, but you need to ask

14  him whether or not -- you need to ask him the question that

02:36:07  15  the treatise addresses and whether he agrees with it or

16  not, and then you can go into the treatise.

17          MR. LOONAM:  I asked him if he agreed on

18  whether the rate of progression for a single episode of

19  dementia -- of a single episode of delirium increased the

02:36:26  20  decline and progression of dementia two-fold.  Right?  And

21  he said no.

22          THE COURT:  That's the question.  And then his

23  answer?

24  BY MR. LOONAM:

02:36:37  25  Q.   Your answer was?  I'll ask the question.

PM 1-57

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1    **A.**   So, that was to whether I agreed with that number,

2    and I said I didn't -- I believe I said I didn't know or

3    didn't have a number.

4             THE COURT:  Okay.  And this is going to provide

02:36:46   5   a number?

6             MR. LOONAM:  Is going to provide a number.

7             THE COURT:  Okay.  Objection overruled.

8                  You may proceed.

9    BY MR. LOONAM:

02:36:55   10  **Q.**   I'll show you the highlighted section here.

11   "Delirium resulted in a fundamental alteration in the

12   trajectory of cognitive decline with a two-fold

13   acceleration in" --

14             THE COURT:  One second.  It's out of focus.

02:37:08   15  It's giving everybody a headache.  So, can you just --

16             MR. LOONAM:  Thank you, Judge.  How do I do it?

17             THE COURT:  There we go.

18             MR. LOONAM:  Thanks, Judge.

19   BY MR. LOONAM:

02:37:32   20  **Q.**   "Delirium resulted in a fundamental alteration in the

21   trajectory of cognitive decline with a two-fold

22   acceleration in rate of decline over the year following

23   hospitalization and accelerated decline persisting over

24   the entire five-year follow-up period.  The study was

02:37:51   25  highly significant in demonstrating that in persons with

1   AD" -- Alzheimer's disease -- "delirium resulted in a

2   dramatic increase in the rate of cognitive decline over

3   time and this change appeared to be irreversible."

4                    Do you have any reason to question the

02:38:12   5   findings recorded in this study?

6   **A.**   Well, I would need to look at that actual study.  So,

7   this is citing a different study, I believe.

8   **Q.**   Yeah.  It's right here.  This is Government's Exhibit

9   49.

02:38:26   10                   MR. MAGNANI:  And objection again, Your Honor,

11   this time on 403 grounds.  These are long studies.  To ask

12   the witness to give opinions on studies he has never read

13   is 403, Your Honor.  It just a waste of the Court's time

14   and its probative value is substantially outweighed by

02:38:40   15   that.

16                   THE COURT:  Well, no.  He can ask -- he can ask

17   the question about the treatise.  The witness -- if the

18   witness needs more time to look at it, he can ask for more

19   time.  If the witness wants to look at something in the

02:38:53   20   treatise, the witness can ask for it.  But he can -- but he

21   can question the witness about it, and the witness can ask

22   for more time if he needs it.

23                   MR. MAGNANI:  Oh, apologies.  One more thing.

24   I believe, counsel, you might have said "Government."

02:39:08   25                   MR. LOONAM:  Defense exhibit.  I just got that

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

```
 1  note.  Old habits die hard, Judge.  Twelve years.
 2              THE COURT:  Okay.
 3  BY MR. LOONAM:
 4  Q.   So, I am showing you Defendant's Exhibit 49.  You had
 5  stated you had wanted to see the article they were
 6  referring to.  This is the article they were referring to.
 7  This is The Archives of Internal Medicine.  The title is
 8  "Delirium and Long-Term Cognitive Trajectory Among Persons
 9  with Dementia."  Do you see that?
10  A.   Yeah.  It's cutting off on the screen here.
11  Q.   Oh.  Let's get it so you can see it.  Is that better?
12  A.   I see it on this larger screen.
13  Q.   Okay.
14  A.   I think it cuts off the side on this screen.
15  Q.   Let me see if I can -- Is that okay for you now?
16  A.   I can see the title, yes.
17  Q.   Okay.  And I'll just use a highlighted version which
18  will make it easier for everyone.
19              So, the background of the study is:  "We
20  examined the association of delirium with long-term
21  cognitive trajectories in older adults with Alzheimer's
22  disease."  Correct?
23  A.   That's what is highlighted.
24  Q.   I'll take you right to the findings here.  And we can
25  provide this study to you, but it's -- it reads in the
```

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1   highlighted portion:  "This deterioration was

2   significantly greater in the delirium group, difference,

3   1.7," and then some statistics, "and remains so through

4   the end of the study period.  The ratio of these group

02:40:59  5   differences suggested that delirium is associated with a

6   2.2-fold increased rate of cognitive deterioration in

7   the" -- "in the year following the index hospitalization,

8   and with a 1.7-fold increase rate of cognitive

9   deterioration during the five-year period following the

02:41:27  10   index hospitalization.  We could normalize this for the

11   gender."

12                    Does gender usually play an issue in rates

13   of decline for dementia?

14   **A.**   So, we would always evaluate gender, age, other

02:41:40  15   factors.

16   **Q.**   Yeah.  Yeah.  So -- so -- but do you have any reason

17   to question the -- the -- the summary -- the description

18   of this article I read to you before where it said the

19   trajectory of cognitive decline -- and this is

02:41:58  20   Government's Exhibit 50 -- is a two-fold acceleration

21   rate?

22   **A.**   Again, I would have to read the entire article to

23   comment on that.

24   **Q.**   You don't know?

02:42:07  25   **A.**   Correct.  I have not read that article.

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  Q.   And if that's what happens with respect to one

2  episode of delirium, you don't know what would happen with

3  two episodes of delirium with respect to the rate of

4  cognitive decline.  Correct?

02:42:26  5  A.   I'm not aware of a specific study that has looked at

6  that.

7  Q.   And you are not aware of a specific study that has

8  looked at it that would inform your judgment on that

9  issue, then.  Correct?

02:42:37  10  A.   Correct.  I would not be relying on any piece of

11  literature for that.

12  Q.   And then, certainly, with three episodes of delirium,

13  you wouldn't have -- you are not aware of a study that

14  would support your judgment on how three episodes of

02:42:57  15  delirium would affect an individual's rate of decline?

16  A.   I am not aware of any studies that looked at three

17  episodes of delirium versus one.

18  Q.   And so -- Okay.  You had the -- there was a scale up

19  on your slides that -- that listed the different

02:43:35  20  severities for dementia before, in your slide deck.  Do

21  you recall that?

22  A.   Yes.  I believe so.  Oh.  Yes.

23  Q.   And where was that taken from?  Was that -- was

24  that -- That was a summary document.  That wasn't a

02:43:52  25  scientific document, was it?

PM 1-62

1    **A.**    No.  So, that was not taken from a specific source.

2    It was kind of a summary of examples from various sources

3    and based on my experience as well.

4    **Q.**    All right.  So, that -- that -- that's made up?  That

02:44:06    5    is not sort of an actual scale?

6    **A.**    The scales -- the -- I'm not sure I quite understand

7    your question.

8    **Q.**    I am saying this -- this -- the dementia severity --

9    and you have listed mild cognitive impairment and then

02:44:21    10    sort of with a description underneath it, mild dementia

11    with a description underneath it, moderate dementia with a

12    description, and severe dementia.  That's -- this doesn't

13    come from some source where they -- they rank these

14    things?

02:44:36    15    **A.**    Those aren't specific criteria.  Those are examples

16    of problems that may happen in a patient with that state

17    of severity.

18    **Q.**    Are you aware of the clinical dementia rating scale?

19    **A.**    Yes.

02:45:04    20    **Q.**    And that actually has formal criteria for

21    distinguishing between mild dementia, moderate dementia,

22    severe dementia, mild cognitive impairment.  Correct?

23    **A.**    Well, the -- the clinical dementia scale is a

24    clinician's estimate of six different categories of

02:45:28    25    problems:  memory, orientation, ability to do different

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1    functions.  It's rated on a scale from zero being normal

2    to 0.5 being very mild, and then 1, 2, 3 being mild,

3    moderate, severe.  And there is, I believe, an algorithm

4    to take those numbers and turn them into a global measure

02:45:51   5    or a global CDR number.

6    Q.   And do you agree it is one of the widely accepted

7    means for categorizing where a patient is on the continuum

8    of decline for dementia?

9    A.   It is -- it is one of the things that we use in our

02:46:03   10   clinical research studies.

11   Q.   Well, in addition to clinical research studies, do

12   clinicians use it in -- in, you know, sort of categorizing

13   where, you know, patients fall with respect to their level

14   of impairment?

02:46:18   15   A.   That is one of the ways that a clinician would

16   evaluate that.

17   Q.   And it considers performance in six domains.  Do you

18   know what they are?

19   A.   I believe it's memory, orientation.  There is a

02:46:31   20   domain for personal care, home and hobbies, other

21   activities of daily living.  I can't remember the last

22   category.

23   Q.   Sure.  Judgment?

24   A.   Judgment.

02:46:42   25   Q.   Problem solving?

PM 1-64

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1   **A.**   Judgment and problem solving.

2   **Q.**   Yeah.

3   **A.**   There's different versions that include domains for

4   behavior and language in the frontal type of dementia as

02:46:55  5   well.

6   **Q.**   Well, are you familiar that the definitive version

7   comes from Morris, do you know, from Washington?

8   **A.**   From the Your University of Wash --

9   **Q.**   Yeah.

02:47:03  10   **A.**   -- from Washington University?

11   **Q.**   Yeah.  And it's put out by John Morris.

12   **A.**   I believe he was the first person that developed it,

13   yes.

14          MR. LOONAM:  And 51.  I am marking it as 51 for

02:47:43  15  identification.  I'm just going to put it on the ELMO.

16          THE COURT:  Counsel, have you already -- I

17  mean, I'm just -- I want to make sure.  You have already

18  seen this or have you taken a look at it?

19          MR. MAGNANI:  No.  I want to see it on the

02:47:59  20  screen, Your Honor.  I am not too concerned with any of it,

21  though.

22          THE COURT:  I just wanted to know if you wanted

23  to see it before it was put on the screen.  No problem.

24          MR. MAGNANI:  If you proffer it --

02:48:07  25         MR. LOONAM:  Yeah.  It's in the folder.  I just

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1  don't want to waste anyone's time.

2          THE COURT:  Okay.  It's not a problem.

3  BY MR. LOONAM:

4     **Q.**   Do you recognize this?

02:48:19  5     **A.**   Yes.  This is referring to the clinical dementia

6     ratings scale.

7     **Q.**   And it has "severe dementia" all the way to the far

8     right, "moderate dementia," "mild dementia,"

9     "questionable."  Is that -- would that be associated with

02:48:41 10   mild cognitive impairment?

11    **A.**   Yes.  For the global measure, 0.5 is typically

12    considered to be mild cognitive impairment.

13    **Q.**   And then none is zero there.  Correct?

14    **A.**   Correct.

02:48:54 15   **Q.**   And if you -- you look at this, in the progression,

16    in the first column, it lists, you know, the different

17    domains that we discussed.  And if we go across them

18    for -- for memory and you go to "mild dementia," the

19    memory -- the clinical symptom for mild dementia is

02:49:27 20   "moderate memory loss, more marked for recent events.  A

21    defect interferes with everyday activities."  Correct?

22    **A.**   That's what it states here, yes.

23    **Q.**   And, so, it's not intuitive, that, you know, mild

24    dementia doesn't result in -- isn't associated with mild

02:49:48 25   memory issues.  It's associated with moderate memory

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

 1   issues according to the scale.  Correct?

 2   **A.**   Yes.  I think it's important to consider the scale

 3   was developed for the assessment of Alzheimer's disease.

 4   And, so, for Alzheimer's disease specifically the memory

02:50:02  5   is the earliest and most predominant feature; and, so,

 6   it's designed with that in mind.

 7   **Q.**   And if you go down to "Judgment and Problem-Solving"

 8   for mild dementia and you go across, it says:  "Moderate

 9   difficulty in handling problems, similarities and

02:50:21 10   differences, social judgment usually maintained."

11                  So, again, mild dementia is associated

12   with moderate difficulty in problem-solving and judgment?

13   **A.**   And that is where I would say that examples like

14   financial decisionmaking, the ability to work, that's

02:50:39 15   where those would be affected.

16   **Q.**   So, financial decisionmaking.  Is that why, you know,

17   people with early Alzheimer's are often victims of

18   financial scams?

19   **A.**   That can be one reason.  There is also an increased

02:50:53 20   social trust that can happen in older persons that makes

21   them more vulnerable to those.

22   **Q.**   And if you combine that with Alzheimer's, it means a

23   person can be extraordinarily vulnerable, I would expect.

24   **A.**   Yes.  Anytime someone is having a cognitive problem

02:51:11 25   that can lead to a vulnerability.

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1  Q.   And certainly somebody with moderate memory problems

2  could have a problem -- could have an issue and could have

3  an impairment in communicating relevant information to

4  counsel.  Correct?

02:51:24   5  A.   Can you restate that?

6  Q.   Sure.  An individual with moderate memory problems

7  could have an impairment in communicating relevant

8  information to counsel?

9  A.   I think it depends on the specifics of the memory

02:51:38  10  problem.

11  Q.   But, if it's a moderate memory problem, you don't

12  think that that, in and of itself, means that the person

13  could have a problem communicating relevant information to

14  counsel?

02:51:48  15  A.   It would say what it states here, which is that there

16  would be difficulty with remembering recent events.  So,

17  to the extent that that would interfere with helping

18  counsel, then, yes, that would be present.

19  Q.   And, so, you know, if counsel gives advice to a

02:52:07  20  client and the client can't remember that advice, do you

21  think that would interfere with the ability to advise that

22  client?

23       MR. MAGNANI:  Objection, Your Honor.  This is

24  an opinion question that is beyond the scope of his

02:52:22  25  expertise.  He hasn't been designated as any competency

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  expert, and he has said on direct he doesn't know much

2  about that.

3          THE COURT:  I guess the objection is sustained

4  in part.  I mean, what you can ask him -- you can ask him

02:52:33   5  specific things like would he be able to understand

6  questions?  Would he be able to understand the contents of

7  documents?  But whether or not he would be able to

8  communicate regarding legal issues -- I don't know how this

9  witness can testify about that.  He can testify about

02:52:48  10  specific skills that Mr. Brockman might or might not have,

11  and you can ask about that.

12          MR. LOONAM:  I can -- Yes, Your Honor.  Yes,

13  Your Honor.

14          THE COURT:  So, go ahead and break it down.

02:52:59  15          MR. LOONAM:  Sure.

16  BY MR. LOONAM:

17  Q.   And, so, somebody with moderate memory issues such

18  that it is more marked for recent events, that doesn't

19  exclude having memory issues for remote events?

02:53:16  20  A.   Well, it follows a phenomenon we call Ribot's law.

21  And, so, the recent memories are the things that are going

22  to be damaged first and the most significantly.  So,

23  typically, the farther away that is from the recent time

24  the more likely it is the patient is going to be able to

02:53:32  25  remember it.

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1    Q.    So, for example, a client hearing a witness'

2    testimony may not be able to give his input on

3    cross-examination to his counsel?

4              MR. MAGNANI:  Objection, Your Honor.  The same

02:53:49   5    objection.

6              THE COURT:  Yeah.  I mean, the -- the objection

7    is sustained.

8                   I mean, you can ask him about specific

9    skills but not general, you know, what a client could or

02:54:03   10   could not do.

11                  I mean, you know, could he answer a

12   question regarding whether or not something happened or

13   didn't happen on a certain date?  Yes or no.  Could he

14   respond on whether or not he signed or didn't sign a

02:54:14   15   document?  Yes or no.  But you can't ask the question,

16   'Well, would he not be able to help his counsel represent

17   him adequately at trial?'  That is beyond the scope of this

18   witness' testimony.

19                  MR. LOONAM:  Okay, Your Honor.  I will say I

02:54:28   20   think in the expert report the witness did opine on

21   whether -- or decided he couldn't opine on Mr. Brockman's

22   cognitive ability and, therefore, couldn't reach the issue

23   of whether he was competent to assist counsel, but I

24   believe reached that issue previously in his first report.

02:54:51   25   So -- but, nevertheless, I'll ask it this way.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  BY MR. LOONAM:

2  **Q.**   Dr. Darby, somebody with moderate memory issues, who

3  is hearing information, may have an issue retaining that

4  information to -- to convey it or to convey their analysis

02:55:12  5  of that information to another person.  Correct?

6  **A.**   So, someone at this mild stage of memory problem,

7  having these moderate memory issues, would have the most

8  difficulty remembering something that's happened now and

9  remembering that in the future.  They would have less of a

02:55:29  10  problem remembering things that are farther in the past.

11  **Q.**   But if they were hearing somebody speak now, right,

12  and then having to -- they would have issues retaining

13  that, to then address the consequences or the import of

14  whatever was said to another person, that would be an

02:55:50  15  issue?

16  **A.**   It would depend on the timing between that.  And, so,

17  you know, at a time after they initially heard that, they

18  would have difficulty retaining that memory.  That would

19  be the memory problem.

02:56:02  20  **Q.**   And if you have moderate difficulty solving problems,

21  you would have -- you could have issues processing complex

22  sets of facts.  Correct?

23  **A.**   Yes.  So, at this one rating scale that you are

24  referring to, that would be where you would need

02:56:27  25  assistance to help with things like financial

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1    decisionmaking and that the complexity of certain types of

2    jobs would be impacted where someone wouldn't be able to

3    do that independently.

4    **Q.**    Now, when you move to "moderate dementia" and you

02:56:45   5    looked for --

6    **A.**    So -- I just want to clarify it.  So, these are in

7    each individual category, but there is actually an

8    algorithm that takes those numbers and turns it into a

9    global dementia number.  And, so, you know, being in one

02:57:00   10    of those categories or two doesn't necessarily mean that's

11    the moderate dementia.  It is moderate in that category.

12    I don't know the specifics of the algorithm to calculate

13    that.

14    **Q.**    No.  But I am talking that -- but that's -- this is

02:57:12   15    the -- this is the criteria for that domain, for that

16    category of dementia?

17    **A.**    So, that --

18    **Q.**    You need not have all of the categories in order to

19    fill.  That's the algorithm, right?  But this is --

02:57:30   20    according to the -- the CDR, that is the level of decline

21    in that domain for that level of dementia?

22    **A.**    I don't think that's accurate to what -- to what it's

23    stating.  So, that's the level of severity in that domain.

24    And then the global -- So, there is a summary number that

02:57:50   25    comes out of this that refers to the actual dementia

PM 1-72

1    stage.

2    **Q.**    But that's the -- but that's the severity with

3    respect to that domain.  Correct?

4    **A.**    Correct.

02:57:58    5    **Q.**    Yes.

6                        When you move to "moderate dementia," the

7    memory issues aren't moderate.  It's severe memory loss,

8    correct?

9    **A.**    And, again, are you referring -- is the moderate

02:58:10    10    severity within the memory domain?

11    **Q.**    In the memory domain, if you go across to

12    "moderate" --

13    **A.**    Yes.

14    **Q.**    -- it is severe memory loss.  Correct?

02:58:17    15    **A.**    Correct.  That's what that says.

16    **Q.**    I am pointing it out because it is not intuitive.

17    When you hear "moderate dementia," you would think

18    moderate memory loss, but this is associated with severe

19    memory loss.  And it says "only highly learned material

02:58:32    20    retained."

21                        So, what is that?  Once you cross into the

22    "moderate dementia" category, that only -- at that point

23    only highly learned material is retained, how does that

24    happen?

02:58:41    25    **A.**    Well, that's referring to some of the examples that

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1    were on the slide.  So, things like not recognizing a

2    grandchild.  So, someone who has been more recently

3    introduced or a friend who is not as close.  It may be

4    forgetting things like addresses and phone numbers that

02:58:55    5    can be affected.  So, those are some of the examples of

6    not recognizing people, kind of not being able to retain

7    those things.

8    **Q.**    But -- but it -- it would go beyond that.  It is only

9    highly learned information that's retained.  And, so, do

02:59:14    10   you have an example of highly learned information?

11   **A.**    So, a patient's birth date would be an example of

12   that.

13   **Q.**    So, somebody would remember their birthday?

14   **A.**    Correct.

02:59:26    15   **Q.**    But -- but they may not remember, you know, going to

16   dinner two weeks ago?

17   **A.**    Correct.  They would have difficulty remembering the

18   specifics of where they went to dinner two years [sic]

19   ago.

02:59:43    20   **Q.**    And they would have difficulty remembering a

21   conversation from six months ago?

22   **A.**    I imagine, yes, that they would have difficulty

23   remembering a conversation.

24   **Q.**    Highly learned material, can that be by subject

02:59:59    25   matter where somebody sort of dives into something and

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  that's their passion and that becomes highly learned

2  material?

3  **A.**   That can be a type of highly learned material.

4  **Q.**   And is it because, when it is highly learned, it is

03:00:12    5  coded in different parts of the brain sort of redundant so

6  that when there is recall, it can go from -- if there is

7  brain damage, it may exist somewhere else?

8  **A.**   Well, there still may be difficulty with the recall.

9  So, I think that's a separate issue.  But it is coded in a

03:00:27   10  way that it's represented in different parts of the brain.

11  **Q.**   Yes.  So, there's a redundancy with respect to highly

12  learned information.  Correct?

13  **A.**   Yes.  It's just represented in a different way.

14  **Q.**   All right.  And by the time you get to severe memory

03:00:41   15  loss -- I mean, severe dementia with respect to the memory

16  domain, it's still severe memory loss, but it's described

17  as only fragments remain.  And, so, what does that look

18  like?

19  **A.**   I mean, that might be a patient who is in a nursing

03:00:56   20  home and, so, is having difficulty recognizing their

21  familial loved ones, like a spouse, that they would have

22  otherwise.

23         THE COURT:  Counsel, we have been going an hour

24  and half.  So, we are going to go ahead and take our break

03:01:09   25  now.  I am going to suggest 15 minutes.  If you guys need a

1 little bit longer, please let me know.  I know that

2 everyone has their concerns about getting people back and

3 forth.  So, if anyone needs longer than that, just let my

4 case manager know and we can take longer.  But if we can

03:01:24  5 all be back at 3:15, and then we will push on through the

6 rest of the afternoon.

7           MR. LOONAM:  Thank you, Judge.

8 (Proceedings recessed from 3:01 to 3:28)

9           THE CASE MANAGER:  All rise.

03:28:40  10           THE COURT:  Please be seated, everyone.

11           MR. LOONAM:  Your Honor, just one or two more

12 questions on Exhibit 51, and I am going to move on.

13           THE COURT:  Okay.  You may proceed when ready.

14           MR. LOONAM:  Thank you, sir.

03:28:54  15 BY MR. LOONAM:

16 Q.   I am putting Exhibit 51 back on the screen.  Can you

17 see that?

18 A.   I can.  The -- the -- it's the right side, the

19 "severe," I can't see on my screen, though.  Yeah.  Most

03:29:09  20 likely I can see the table.

21 Q.   Okay.  So, for the "personal care" domain, it may be

22 self-explanatory, but what is your understanding of what

23 that is?

24 A.   So, that's referring to a patient's ability to take

03:29:25  25 care of themselves.

PM 1-76

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  **Q.**   And that's impacted by the severity of dementia.

2  Correct?

3  **A.**   Yes.  So, dementia can impact the patient's ability

4  to do personal care.

03:29:45  5  **Q.**   And for -- for "mild cognitive impairment," the

6  person just is fully capable of taking care of themselves,

7  correct, as to this domain?

8  **A.**   Yes.

9  **Q.**   And for the "mild dementia" category, for the

03:30:06  10  "personal care" domain, the person needs prompting to --

11  to take care of themself?

12          MR. MAGNANI:  Objection, Your Honor.  It's a

13  lot of times that counsel keeps saying the mild dementia

14  range, but the witness has said many times that the words

03:30:20  15  on the top like "mild," "moderate," and "severe" don't

16  correspond to dementia.  And counsel keeps repeating "the

17  mild dementia range," the "moderate dementia range."

18          MR. LOONAM:  No, I don't think he said that.  I

19  think what he said was that each individual category and

03:30:38  20  domain gets scored and you wind up with a global score at

21  the end that's attributable to -- but for the -- for each

22  domain it's associated with a certain degree of dementia.

23  **A.**   No.  So, it's the impairment.  And, so, it's a mild,

24  moderate, or severe impairment.  And then that is

03:30:58  25  calculated into a global measure that defines the dementia

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  rating.  So, the global CDR is what refers to the level of

2  dementia.

3  **Q.**   Uh-huh.

4  **A.**   Within each domain we would refer to that as the

03:31:10  5  level of impairment in that domain.

6  **Q.**   Okay.  So, for somebody --

7          THE COURT:  Thank you, Doctor.

8  **Q.**   -- with moderate impairment, they would require

9  assistance in dressing, hygiene, keeping of personal

03:31:21  10  effects?

11  **A.**   Yes.  That's what it says here.

12  **Q.**   And for -- with severe impairment, the person would

13  require much help with personal care, and they would have

14  frequent incontinence.  Correct?

03:31:33  15  **A.**   Yes.  That's what it says here.

16  **Q.**   And -- Okay.

17          MR. LOONAM:  Just collect it at the end?

18          MR. MAGNANI:  Yes.

19  BY MR. LOONAM:

03:31:59  20  **Q.**   Let's talk about the neural imaging.  I know you

21  talked about it a lot on direct, but let's cover it for a

22  bit.

23          In March you asked Mr. Brockman to undergo

24  a PET scan?

03:32:09  25  **A.**   An FDG PET scan, yes.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  Q.   Yeah.  And you requested the PET, at least in part,

2  to see if there was objective evidence that Bob had a

3  neurodegenerative disease.  Correct?

4  A.   Yes.  I thought it would be helpful in this case for

03:32:26  5  looking for evidence of neurodegeneration.

6  Q.   And Bob submitted to that PET scan on March 12th,

7  2021?

8  A.   Yes.  I believe so.

9  Q.   And the scan was read and interpreted by a nuclear

03:32:42  10  medicine specialist at Houston Methodist Hospital.

11  Correct?

12  A.   Yes.  That's the report we looked at earlier.

13  Q.   And that -- the specialist was Dr. Ronald Fisher.  Do

14  you recall that?

03:32:55  15  A.   I don't recall the specific name of the radiologist

16  who read it.

17  Q.   Do you think if I show you the scan, would it refresh

18  your recollection or --

19  A.   Yeah.  I mean, whatever was on the page would be what

03:33:08  20  the name was.

21  Q.   Okay.  So --

22  A.   I don't remember that off the top of my head.

23  Q.   So, for efficiency, you can take my word that it was

24  Dr. Ronald Fisher.

03:33:16  25  A.   That wouldn't sound surprising.

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1    Q.   And, to your knowledge, Dr. Fisher was not retained

2    by -- by either party, right?

3    A.   Not that I know of.

4    Q.   And that -- Dr. Fisher just happened to be on duty at

03:33:30    5    Houston Methodist to read the scans?

6    A.   So, yes, typically, it would be whoever was the

7    radiologist in charge of reading those scans that day that

8    would interpret it.

9    Q.   And you have no reason to question Dr. Fisher's

03:33:43   10    competence.  Correct?

11    A.   No.

12    Q.   You have no reason to believe that Dr. Fisher was

13    unduly influenced in interpreting the scan, do you?

14    A.   No.  I would have no reason to believe that.

03:34:00   15    Q.   And, in looking at the scan, the report stated that

16    the findings are very mild but suggestive of early

17    neurodegenerative disease, either Alzheimer's disease or

18    dementia with Lewy bodies, Parkinson's disease with

19    dementia.  Correct?

03:34:24   20    A.   That is, I believe, what was stated in the

21    impressions, yes.

22    Q.   And that's DX-39.  Do you have your June 18 th, 2021,

23    report in front of you or not?

24    A.   No.

03:34:54   25    Q.   Okay.  It's Government's Exhibit 38.

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1          MR. LOONAM:  May I approach, Your Honor?

2          THE COURT:  You may approach.

3          MR. LOONAM:  It is an unmarked copy.  Do you

4  have a copy of this?

03:35:16    5  BY MR. LOONAM:

6     Q.   Can you look at Page 7 of your report and locate the

7     paragraph that discusses the March 12th, 2021, scan?

8     A.   Yes.

9     Q.   Okay.  Now, you did not include this paragraph here

03:35:48   10  in your report that "The findings are very mild but

11  suggestive of early neurodegenerative disease, either

12  Alzheimer's disease or dementia with Lewy bodies,

13  Parkinson's disease with dementia."  You didn't quote that

14  in your report.  Correct?

03:36:03   15  A.   No, I didn't quote it here.

16  Q.   Okay.  And this paragraph appears in sort of like a

17  medical -- a neurological history of Mr. Brockman.

18  Correct?

19  A.   This was in the history of reviewed information, yes.

03:36:20   20  Q.   Yeah.  So -- so, basically, the doctors' notes, the

21  hospitalization records, those are described here.

22  Correct?

23  A.   Yes.  This describes the hospital records and the

24  diagnostic tests, in addition to other things.

03:36:41   25  Q.   And Dr. Fisher did not indicate mild cognitive

1  impairment in his report.  Correct?

2  **A.**  No.

3  **Q.**  And the scan showed hypometabolism in the right

4  parietal lobe?

03:36:57  5  **A.**  Yes.

6  **Q.**  And hypometabolism shows neuronal -- neuronal -- I am

7  going to mispronounce that -- but a dysfunction of the

8  neurons.  Correct?

9  **A.**  So, it's indicative of brain dysfunction or brain

03:37:11  10  damage, yes.

11  **Q.**  Basically, the neurons aren't eating?

12  **A.**  That area of the brain is not using as much energy as

13  it normally would.

14  **Q.**  The brain runs on, basically, pure sugar?

03:37:25  15  **A.**  It's a little more complicated than that, but as a

16  general rule, yes.  The sugar is the source of energy for

17  the brain.

18  **Q.**  By the way, what is -- is most of the brain made up

19  of neurons or some other substance?

03:37:36  20  **A.**  There are other things that are in the brain as well.

21  **Q.**  What's the -- what percentage of the brain consists

22  of neurons?

23  **A.**  I don't know what the exact percentage is.  It would

24  probably differ if you were going by weight or the number

03:37:51  25  of cells.  But there are a number of other cells that are

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1   in the brain that support the function of the neurons, the

2   blood vessels going to different areas.

3   Q.   I am going to mispronounce this, but are there "gu"

4   cells?   "Gu"?

03:38:05   5   A.   I am --

6   Q.   Well, tell me what does the brain mostly consist of?

7   A.   Are you saying "glial"?

8   Q.   "Glial."

9   A.   Oh, yes.   Glial is a type of cell that can be in the

03:38:15   10   brain.

11   Q.   And what type of -- what percentage of the brain is

12   consisted of glial?

13   A.   I don't know off the top of my head what that

14   percentage would be.

03:38:22   15   Q.   Are neurons a small percentage of -- of the brain

16   cells?

17   A.   I think, again, that would depend on if you are

18   talking about the weight, the size, or the number of the

19   neurons.   It is certainly a part of the body.   So, the

03:38:37   20   neurons are not the only thing there.   There are a number

21   of cells that are supporting the neurons, and then there

22   are cells that are involved in blood transfusions for

23   those areas, among other things.

24   Q.   Keep the neurons healthy, hopefully.   Right?

03:38:51   25               Okay.   You -- you wrote in your report,

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1   back on Page 7 -- I'm sorry -- if you want to flip --

2   because I want to make sure you're back on Page 7 at the

3   paragraph.  Are you there?

4   **A.**   Yes.

03:39:04  5   **Q.**   Okay.  You wrote in your report that "These findings

6   do not fit the typical pattern seen in dementia with Lewy

7   body, Parkinson's disease dementia, or Alzheimer's

8   disease."  Do you see that?

9   **A.**   Yes, I see that.

03:39:20  10   **Q.**   All right.  So, now, that was your opinion, not

11   Dr. Fisher's opinion.  Correct?

12   **A.**   Correct.  I was, again, comparing it to that image I

13   have in my head of what the normal, typical patient with

14   Alzheimer's disease dementia would look like.

03:39:38  15   **Q.**   And that opinion somewhat contradicts Dr. Fisher's

16   finding that the PET suggested either Alzheimer's disease

17   or Parkinson's disease dementia.  Correct?

18   **A.**   Well, I think that it could suggest early Alzheimer's

19   disease.  Again, with the term Lewy body or Parkinson's

03:39:56  20   disease dementia, the most specific thing would be the

21   occipital lobe findings, which were not present in this

22   case.  So, I think it can go along with those diseases,

23   but doesn't fit the classic pattern that we would normally

24   see.

03:40:09  25   **Q.**   You're talking about the -- the typical pattern of

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1   where you see impairment in the different regions of the

2   brain.  Is that accurate?

3   **A.**   Yes.

4   **Q.**   Okay.  Do you reference that in your report, like

03:40:26  5   what, you know, you support for that proposition at all?

6   **A.**   I do not mention the different parts of the brain

7   that I -- in this paragraph.  I'm not sure if I mention

8   them other places.

9   **Q.**   Okay.  You are not sure if it's in your report at

03:40:47  10   all, either your supplemental report or your original

11   report?

12   **A.**   I don't recall if I had mentioned the specific areas

13   of the brain.

14   **Q.**   The specific areas of the brain or any scientific

03:41:03  15   support for the idea that there is a typical pattern for

16   Alzheimer's disease in the brain.

17   **A.**   Are you asking if I cited any papers?

18   **Q.**   Yes.

19   **A.**   So, I did not cite any papers.

03:41:20  20   **Q.**   You didn't cite any papers in any of your reports?

21   **A.**   I don't believe I cited any papers regarding that

22   issue.

23   **Q.**   So -- Okay.  Now, neuroimaging studies of Parkinson's

24   disease dementia and Alzheimer's disease have both been

03:41:41  25   particularly heterogenous.  Correct?

PM 1-85

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1  **A.**   That is one thing that you would look at in terms of

2  studies, is the heterogeneity of the sample itself.  I'm

3  not sure if that's what you're referring to.

4  **Q.**   Well, it could be heterogenous with respect to the

03:41:57  5  groups but then, also, when you boil it down to the

6  individual level, isn't that correct?

7  **A.**   There can be heterogeneity in terms of individual

8  patients and where they have abnormalities.

9  **Q.**   And, in fact, in Parkinson's disease dementia,

03:42:13  10  hypometabolism has been reported in the frontal, temporal,

11  parietal, occipital, insular cortices as well as numerous

12  subcortical regions.  Correct?

13  **A.**   I don't have the specific references that you're

14  pointing to, but, in general, there have been a number of

03:42:29  15  different brain regions, you know, that essentially refers

16  to most regions in the brain.

17  **Q.**   Are you familiar with the journal *Brain*

18  *Communications*?

19  **A.**   Yes, I am.

03:43:31  20  **Q.**   Are you familiar with an article "Neuroimaging in

21  Parkinson's disease dementia:  Connecting the dots"?

22  **A.**   Yes, I am.

23  **Q.**   Are you familiar with it because you're one of the

24  authors of the article?

03:43:43  25  **A.**   I was a co-author on that study, yes.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  Q.   All right.  I am showing you what is marked as

2  Defense Exhibit 52.  Do you recognize the article?

3  A.   Yes, I do.

4  Q.   And zoom in.  Yeah.  I'm sorry.  I am -- This is what

03:44:54  5  happens after we're in lockdown for a year.  I forget the

6  ELMO tricks.

7          THE COURT:  Everything is done with screen

8  sharing.

9          MR. LOONAM:  That's right.  I can Zoom with

03:45:04  10  anyone.

11  BY MR. LOONAM:

12  Q.   So, in this article that you wrote, you wrote that

13  "Dementia is a common and debilitating aspect of

14  Parkinson's disease."  Correct?

03:45:14  15  A.   So, I was not the person that primarily wrote this,

16  but that is what that says, yes.

17  Q.   So, when you're a co-author do you review the

18  material before it's published, or do you not review the

19  material before it is published?

03:45:27  20  A.   I do review the material.

21  Q.   And do you agree with the material in order to keep

22  your name on it or -- do you agree with the material, to

23  keep your name on it?

24  A.   Yes.  So, in general, I would review the material and

03:45:40  25  agree with the contributions that we made to that.

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1    **Q.**   Okay.  So, at least as of the time that this article

2    was published, you believe that dementia was a common and

3    debilitating aspect of Parkinson's disease?

4    **A.**   Yes.  It says here that 50 percent of patients will

03:45:55   5    develop that within ten years of their initial diagnosis.

6    **Q.**   That's right.

7    **A.**   And that's citing a study Williams and Gray, et al.

8    **Q.**   And some people can develop Parkinson's disease

9    young, correct?

03:46:06   10   **A.**   Yes, some patients can develop it young.

11   **Q.**   Yeah.  And then the average age of the onset is about

12   65.  Is that about right?

13   **A.**   That sounds about right.  I don't have an exact

14   estimate, but in the mid-60s to 70s I think would be

03:46:19   15   accurate.

16   **Q.**   Yeah.  And somebody who is diagnosed with -- And age

17   is -- is one of the highest risk factors for developing

18   dementia, correct?

19   **A.**   Just across any type of dementia, yes, it increases

03:46:34   20   as we age.

21   **Q.**   And, so, somebody who develops Parkinson's disease at

22   a -- an age that is above the mean age would be at a

23   likely even greater risk of developing dementia even

24   sooner.  Correct?

03:46:50   25   **A.**   Based on their age, they would be at a very high risk

PM 1-88

1    of developing dementia.

2    **Q.**    And then, to turn bark to the original issue about

3    the heterogeneity of neuroimaging studies for Parkinson's

4    disease dementia, in this article, you wrote:

03:47:11    5    "Neuroimaging studies of Parkinson's" -- "PD" --

6    "Parkinson's disease dementia have been particularly

7    heterogenous with atrophy or hypometabolism reported in

8    frontal, temporal, parietal, occipital and insular

9    cortices as well as numerous subcortical regions."

03:47:36    10    So, at least as of the publication of this

11    article, you knew that those regions -- those various

12    regions of the brain had -- had been observed as impaired

13    because of Parkinson's disease dementia.  Correct?

14    **A.**    Yes.  So, that's referring to different studies, not

03:48:02    15    different patients.  I mean, in different studies they

16    have reported different areas involved in that, yes.

17    **Q.**    Yeah.  So, different groups of patients.  Correct?

18    **A.**    Correct.

19    **Q.**    And then the study went on to say:  "An assumption

03:48:19    20    underlying many conventional neuroimaging studies is that

21    abnormalities should be localized to specific brain

22    regions in order to explain specific symptoms."

23    So, as of 2019, when this article was

24    published, you agreed that conventional studies were

03:48:41    25    making this assumption about -- that abnormalities should

PM 1-89

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1   be localized to a specific brain region.  Correct?

2   **A.**   Yes.  And is really reflective in a lot of the

3   research that I do.

4   **Q.**   And this is -- this is with respect to the research

03:48:55  5   on mapping, as to the different regions and how they're

6   connected to networks.  Correct?

7   **A.**   Correct.  So, for the example of memory, you may have

8   several different areas of the brain that are involved in

9   memory, and it's the cumulative damage to those areas that

03:49:10  10  would lead to the severity of the symptoms.

11  **Q.**   And that's trying to explain the heterogeneity of how

12  you could have a disease that affects and manifests itself

13  in individuals so differently.  Correct?

14  **A.**   Well, this is really referring to the symptoms --

03:49:25  15  symptoms in those diseases.

16  **Q.**   And the symptoms -- when you look at a scan, the two

17  scans could appear identical but affect individuals

18  completely differently.  Correct?

19  **A.**   So, it could involve different areas of the brain.

03:49:46  20  And, so, one patient may have damage to one area of the

21  brain, another patient may have damage to a different

22  area, and both of them lead to a memory problem, if that's

23  what you're asking.

24  **Q.**   No.  What I am saying is you could have two scans

03:49:58  25  that show the same level of impairment to the same part of

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1  the brain, but it would manifest itself in those two

2  individuals clinically, potentially, in completely

3  different ways?

4  **A.**    So, you are saying the same brain image -- or the

03:50:15  5  same amount of damage in two different people might

6  present with different symptoms?

7  **Q.**    Correct.

8  **A.**    Yes.  That was something that we talked about with

9  the idea that the imaging is not a one-to-one

03:50:25  10  correspondence.  So, there is the brain's -- that person's

11  ability to compensate for those problems that can affect

12  that translation.

13  **Q.**    There is nuance to it?

14  **A.**    There is, yes.  It's not a one-to-one correspondence.

03:50:55  15  **Q.**    Sorry.  I want to -- we are going to turn back to

16  your report, so you could put that aside.

17             And here, after you described the typical

18  pattern seen in dementia with Lewy body, Parkinson's

19  disease or Alzheimer's disease, you wrote that --

03:51:44  20  Government's Exhibit 38.  Let me see if I have a clean

21  copy of it.

22             MR. LOONAM:  Do you have a clean copy of 38

23 there?

24             I'm sorry.  I'm just going to put it up.

03:52:07  25 Sorry.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1   BY MR. LOONAM:

2   **Q.**   You wrote:   "Although the radiologist commented that

3   it remains possible, these could be early findings for one

4   of these disorders developing in the future."

5                       Do you see that?

6   **A.**   Yes.

7   **Q.**   Okay.  I am going to go back.  I am going to put

8   Exhibit -- Defense Exhibit 39 on -- The impression here

9   was "Findings are very mild but suggestive of early

10  neurodegenerative disease, either Alzheimer's disease or

11  dementia with Lewy bodies, Parkinson's disease with

12  dementia."

13                      So, the findings suggested present early

14  neurodegenerative disease, not as you report -- issued in

15  your report, that it remained possible that this could be

16  early findings of one of these disorders developing in the

17  future.  Is that -- is that just a mistake?

18  **A.**   Well, the radiology report said that they were early

19  findings suggestive of a neurodegenerative disorder, yes.

20  **Q.**   No.  It's not early findings.  It said the findings

21  were mild.

22  **A.**   Were very mild, suggesting early neurodegenerative

23  disease.

24  **Q.**   Yeah.  So, early -- so early Alzheimer's, early

25  dementia with Lewy bodies, early Parkinson's disease with

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1    dementia.  Right?  So, suggestive of early

2    neurodegenerative disease, either Alzheimer's disease or

3    dementia with Lewy bodies.

4                    So, early dementia with Lewy bodies, early

03:53:47   5    Alzheimer's, is different than early findings for one of

6    these disorders developing in the future.  Do you agree?

7    **A.**   So, I think that the findings of the PET scan in the

8    report are consistent with him being at a level of mild

9    cognitive impairment from these disorders, which was my

03:54:08   10   opinion.

11   **Q.**   But you wrote it as -- although the radiologist

12   commented that it remains possible that these could be

13   early findings for one of these disorders developing in

14   the future, so you wrote it as the radiologist stating it,

03:54:26   15   didn't you?

16   **A.**   Yes.  So, this wasn't quoted and is different from

17   what they say in the radiology report.

18   **Q.**   So, you don't think this is a mistake?  You still

19   think that this is accurate and it was purposeful?

03:54:38   20   **A.**   Well, I think it is different than what was in the

21   report.  I think this is my interpretation.  And, so,

22   attributing it to the radiologist -- that's not exactly

23   what they said.

24   **Q.**   Okay.  So, what you're saying is, when you said this,

03:54:51   25   although the radiologist commented that it remains

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1    possible these could be early findings for one of these

2    disorders developing in the future, you didn't mean that

3    it was the radiologist's comment?

4    **A.**    I think that's my interpretation of what their

03:55:04    5    comment meant in this case.

6    **Q.**    You finished medical school in 2011?

7    **A.**    Yes.

8    **Q.**    You then moved on to your residency.  Correct?

9    **A.**    I did a year of an internal medicine internship and

03:55:55    10    then went on to my residency.

11    **Q.**    Okay.  And you finished your residency in 2015?

12    **A.**    Yes.

13    **Q.**    And then you had to do a fellowship?  You didn't have

14    to do a fellowship.  You earned a fellowship and you did a

03:56:05    15    fellowship from 2015 to 2017?

16    **A.**    Yes.

17    **Q.**    And, so, you finished your -- you finished your

18    fellowship, what, four years ago, and you finished your

19    residency about six years ago?

03:56:18    20    **A.**    Yes, approximately.

21    **Q.**    And then you went to work at Vanderbilt University.

22    Right?

23    **A.**    Correct.

24    **Q.**    And that was in 2017 you started work?

03:56:30    25    **A.**    That was in 2017, yes.

PM 1-94

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1   **Q.**   And at Vanderbilt you're both an academic professor

2   and a practicing doctor.  Correct?

3   **A.**   Yes.  I see patients and I have appointment as an

4   assistant professor.

03:56:46  5   **Q.**   Assistant professor.  So, it's like assistant

6   professor, associate professor, full professor.  Correct?

7   **A.**   Yes.  There is sometimes that -- a level instructor

8   as well.

9   **Q.**   Below the -- below -- And you're assigned -- Well,

03:57:04  10  let me -- You're in the department of neurology?

11  **A.**   Yes.

12  **Q.**   And there are ten divisions there?

13  **A.**   I don't know exactly how many divisions there are.

14  **Q.**   Fair enough.  It is amazing what you can learn on the

03:57:15  15  web.  Sorry.

16              But are you assigned to the Behavioral and

17  Cognitive Neurology Division?

18  **A.**   Yes.

19  **Q.**   And who is Daniel Claassen?

03:57:27  20  **A.**   Daniel Claassen is another one of the behavioral and

21  cognitive neurologists in the group.

22  **Q.**   And is he responsible for the group?  Is he your

23  boss?

24  **A.**   So, he's the division chief.

03:57:38  25  **Q.**   He is like your boss's boss?

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1    **A.**   Well, I don't think of it as bosses, but, yes, he

2    would be the head of our division, and then there is a

3    chairman of the department, and then there's a head of the

4    hospital, and I am sure there are people in between those

03:57:53   5    positions.

6    **Q.**   And this is not meant with any disrespect, but some

7    things only come with time, but are you one of the more

8    junior M.D.s in your division?

9    **A.**   Yes.  So, I think that in our division I would be one

03:58:10  10    of the more earlier people.  Younger people, I should say.

11    **Q.**   And you -- within the division there are numerous

12    clinics and centers in the Department of Neurology.

13    Correct?

14    **A.**   Yes.

03:58:25  15    **Q.**   And you're the Director of the frontotemporal

16    dementia clinic.  Right?

17    **A.**   Correct.

18    **Q.**   And thank you for putting up with all my

19    mispronunciations this afternoon, so I appreciate it.

03:58:37  20               What is the frontotemporal dementia

21    clinic?

22    **A.**   So, I evaluate patients with concerns for a different

23    type of frontotemporal dementias.  This is a group of

24    different dementias where patients can present with

03:58:53  25    behavioral problems, problems in their social behavior.

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1    They can also present with language problems.  They can

2    present with motor problems that may overlap with some of

3    the symptoms of Parkinson's, so things like PSP and

4    corticobasal degeneration.  And then they may also have

03:59:11    5    atypical forms of other diseases like Alzheimer's, or it

6    may spill into actual cases where it just seems like more

7    typical dementias.

8    **Q.**   But frontotemporal dementia is definitely distinct

9    from Alzheimer's.  Correct?

03:59:25    10    **A.**   In terms of the biology, yes.  So, there are

11    different pathologies that are involved in frontotemporal

12    dementia compared with Alzheimer's.

13    **Q.**   Yeah.  I mean, if you look at some of the scans that

14    we've looked at today, they note -- they, like, rule out

03:59:42    15    frontotemporal dementia in one of the scans.  Right?

16    **A.**   Yes.  They commented that they do not feel the

17    patterns are consistent.

18    **Q.**   Yeah.  It looks like it's Alzheimer's or Parkinson's

19    disease dementia but not frontotemporal?

03:59:52    20    **A.**   That is in the reports, yes.

21    **Q.**   And do you see patients -- by the way -- Scratch

22    that.

23                We covered Alzheimer's, but frontotemporal

24    dementia is also distinct from Parkinson's disease

04:00:06    25    dementia.  Correct?

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  A.   Yes, they are different diseases.

2  Q.   And do you see patients through the frontotemporal

3  dementia clinic?

4  A.   Do I evaluate?  Yes, I see patients as part of that.

04:00:18  5  Q.   Yeah.  Yeah.  It's like that's -- your clinical

6  practice is there.  Correct?

7  A.   It is one of the clinics that I have.

8  Q.   And what other clinics do you have?

9  A.   I have general cognitive and behavioral neurology

04:00:29  10  clinics.

11  Q.   And Mr. Brockman doesn't have frontotemporal

12  dementia, in your opinion.  Correct?

13  A.   No, he does not.

14  Q.   Vanderbilt has a Parkinson's disease center.  Right?

04:00:41  15  A.   They do have a Parkinson's disease center.

16  Q.   And are you assigned to the Parkinson's disease

17  center?

18  A.   No, I am not directly involved in the Parkinson's

19  disease center, although I do have research projects in

04:00:55  20  patients with Parkinson's disease.

21  Q.   Okay.

22  A.   I evaluate them -- patients with Parkinson's disease

23  as part of that.

24  Q.   All right.  In fact, did I use one of your papers

04:01:03  25  just now on Parkinson's disease dementia?

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1    **A.**    Yes.

2    **Q.**    And there is -- there is the Memory and Alzheimer's

3    Center, and you have academic responsibilities there?

4    **A.**    So, I am one of the faculty affiliate members of the

04:01:26    5    Memory and Alzheimer's Center.  So, that's really the

6    research group that is involved in it.  So, it's a group

7    of neuropsychologists that are tasked with helping to form

8    a specialized research center in Alzheimer's called an

9    Alzheimer's Disease Research Center.

04:01:41    10    **Q.**    Yeah.  So, it's the research side but not the

11    clinical side of it.  Correct?

12    **A.**    Correct.

13    **Q.**    And, so, if Mr. Brockman was -- walked in with his

14    current diagnoses, to Vanderbilt, you wouldn't be his

04:01:52    15    doctor.  Right?

16    **A.**    Well, I could be.  I could evaluate someone for

17    memory concerns.  I could evaluate someone for concerns

18    about dementia with Lewy body, or these different

19    disorders.  I have a number of patients with Lewy body

04:02:06    20    disease.  Probably the majority of my patients, even

21    though I specialize in frontotemporal dementia, have

22    Alzheimer's disease.

23    **Q.**    So, you specialize in frontotemporal.  Is it

24    coexisting Alzheimer's, then?

04:02:19    25    **A.**    There are some cases where it can be coexisting, but,

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1   in general, in the patient who has the right clinical

2   features, we think that we can diagnose that and separate

3   that.  But it is the case that we may have a patent where

4   we think they have frontotemporal dementia, and they would

04:02:35  5   have a positive amyloid PET scan or amyloid on their

6   spinal fluid.

7   **Q.**   So, serendipity, if there was a belief that somebody

8   had frontotemporal that was directed to you or referred to

9   you, it turns out that they have amyloid plaque and

04:02:50  10   tangles, they stay with you because you have already sort

11   of worked them up.  Is that how it works?

12   **A.**   There they would.  And it's possible that someone

13   would be referred for memory loss to begin with, and I

14   would see them as part of my other clinic.

04:03:02  15   **Q.**   For just memory loss, but somebody with a diagnosis

16   of Parkinson's and Alzheimer's would likely go to the

17   Parkinson's clinic or the Alzheimer's clinic for

18   treatment?

19   **A.**   No.  So, I mean, I would be one of the primary people

04:03:13  20   seeing them for Alzheimer's dementia.

21   **Q.**   Okay.  How many patients are you treating at present?

22   **A.**   I don't have a good estimate.  At least 500, maybe

23   more than that.

24   **Q.**   Now, going back to the March scan, March 12th, 2021,

04:04:02  25   scan, Defense Exhibit 39.

1           The government hired its own

2    neuroradiologist in this case.  Correct?

3    **A.**    Yes.

4    **Q.**    And that's Dr. Ponisio?

04:04:23   5    **A.**    Dr. Ponisio, yes.

6    **Q.**    And Dr. Ponisio reviewed the March PET scan and

7    issued a report in September, three months after your

8    original report.  Right?

9    **A.**    Yes.  She evaluated the scans, issued a report, and

04:04:39  10    she also performed the quantitative PET measurements that

11   we looked at.  Those provided kind of a more quantitative

12   measure of the areas of the brain that were involved.

13   **Q.**    Yeah.  And those are sort of the computer tools.

14   When you put it up, it gives you some quantitative data

04:04:56  15   that -- like a -- like the Neuroreader product that spits

16   out on the MRI?

17   **A.**    So, it's a similar idea to that where it is comparing

18   it to other persons who don't have neurological disorders

19   to get a more quantitative estimate of the areas of the

04:05:15  20   brain that are affected.

21   **Q.**    Okay.  I'll show Government's Exhibit 6, which is

22   Dr. Ponisio's report.

23           And Dr. Ponisio's interpretation of the

24   scan differed slightly from the radiologist at Houston

04:05:40  25   Methodist.  Correct?

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1    **A.**   Yes, I think it did.

2    **Q.**   Yeah.  And Dr. Ponisio found that "The visual

3    qualitative analysis demonstrates abnormal moderate to

4    markedly decreased metabolic activity in the" -- what is

04:06:00   5    that?  I am not going to pronounce it.

6    **A.**   The cingulate gyrus and bilateral precuneus.

7    **Q.**   Thank you.  So, those are additional areas of the

8    brain where Dr. Ponisio sees moderate to markedly

9    decreased metabolic activity.  Correct?

04:06:20   10   **A.**   Yes.  And those really came out in the quantitative

11   analysis where you could see those areas.

12   **Q.**   But, for now, with respect to her findings here, this

13   is the visual qualitative analysis that she is describing?

14   **A.**   She does comment on that in the qualitative analysis,

04:06:34   15   yes.

16   **Q.**   Yes.  And, in addition, she also confirms the mild

17   hypometabolism -- or she finds mild hypometabolism in the

18   right frontoparietal lobes.  Correct?

19   **A.**   Yes.  That's what she states here.

04:06:50   20   **Q.**   And marked decreased FDG avidity in the bilateral

21   caudate nucleus.  What's the FDG avidity?  Is that the

22   actual -- the tracer?

23   **A.**   Yes.  So, that's just another way of saying that

24   there was less binding, less activity, in that area.

04:07:05   25   **Q.**   Okay.  So, fair to say in interpreting the March

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1  scan, Dr. Ponisio observed additional abnormalities when

2  you compare it to the reading from Houston Methodist?

3  **A.**   Yes.  She comments on more areas of abnormalities.

4  **Q.**   More areas.  And it is also a different degree of

04:07:31  5  abnormality that she observes.  Correct?

6  **A.**   Well, I think there is a difference between the

7  degree of abnormality in that region versus whether that's

8  considered to be a mild finding overall --

9  **Q.**   Okay.

04:07:44  10  **A.**   -- or an early finding overall.

11  **Q.**   Okay.  So, you could have a markedly decreased

12  metabolic activity and still have a mild finding?

13  **A.**   You could have a markedly decreased metabolic

14  activity in a single area but have a mild finding overall

04:08:03  15  if that doesn't extend into other areas.

16  **Q.**   In this answer --

17  **A.**   So, the question is usually --

18  **Q.**   No.  I apologize.  You complete your answer.

19  **A.**   No.  The question is usually looking at the scan as a

04:08:14  20  whole rather than as individualized.

21  **Q.**   And in this instance it does go into other areas.

22  She notes issues with multiple areas, multiple regions of

23  the brain.  Correct?

24  **A.**   She does comment on several areas in the report.

04:08:30  25  **Q.**   And then Dr. Ponisio conducted this quantitative

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1    analysis that, as I understand it from you, takes the

2    image and then compares the image against a control set

3    and then determines if there is a statistically

4    different -- a statistically significant difference in

04:08:57   5    what is seen from the control set.  Correct?

6    A.   Yes.  And it gives you a Z-score which essentially

7    corresponds to the number of standard deviations different

8    from that population.

9    Q.   And this comes up in the context of the MRI.

04:09:09   10   Standard deviation is a very important concept when you're

11   comparing an individual against a group; is that correct?

12   A.   Yes.

13   Q.   Okay.  Why?

14   A.   Well, it tells you how far off of that group that

04:09:24   15   patient is.  So, it tells you to what degree they are

16   different than that population they're comparing them to.

17   Q.   Providing the standard deviation is standard in

18   scientific work?

19   A.   Yes.  It's not always a Z-score.  And often it's used

04:09:43   20   for later statistical analysis that may end up at a -- you

21   know, a statistical significance in a different way.  But,

22   yes, we would in almost all those situations look at

23   something like a standard deviation to see is this group

24   different than the group we're comparing it to?

04:09:59   25   Q.   Yeah.  And that's groups.  Is it -- it's even more

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1   important, if you're comparing an individual -- a single

2   individual to a group of individuals, to be -- for that

3   comparison to be valid, you would need to know the

4   standard deviation.  Correct?

04:10:18   5   **A.**   You would want to.  Yes.

6   **Q.**   And why would you want to?

7   **A.**   And, so, that tells -- I mean, that tells you how

8   different they are from that population average.

9   **Q.**   I mean, if you -- to be scientifically valid you

04:10:30   10   would need -- and to vet the -- the -- the scientific

11   value of the data, you would need to know the standard

12   deviation.  Correct?

13   **A.**   Well, you really wouldn't do an individual versus a

14   group as a scientific study.

04:10:43   15   **Q.**   So, if you're comparing an individual against a

16   group, that's not really a scientific study?

17   **A.**   So, it -- I mean, typically, you are looking at group

18   studies that are reported in the literature.

19             MR. LOONAM:  I hear banging on the -- on the

04:10:55   20   benches, Your Honor.  I don't know what that was.  But I

21   heard banging on the benches, and I don't know if that's a

22   signal from somebody in the audience.

23             UNIDENTIFIED SPEAKER:  I was shifting my weight

24   and the bench moved.

04:11:09   25             MR. LOONAM:  Are you a witness in this case,

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  sir?

2           UNIDENTIFIED SPEAKER:  No.

3           THE COURT:  I don't --

4           MR. LOONAM:  There is nothing to do, Your

04:11:17  5  Honor.  I heard -- we were giving an answer and I heard

6  banging all of a sudden on the bench, and since we have

7  witnesses in the courtroom, I just wanted to make sure that

8  there was no signaling going on.

9           THE COURT:  I don't think that there was based

04:11:27  10 on his answer, but if you think that there is some

11 signaling going on, let me know.

12           MR. LOONAM:  Let me be clear.  Nothing to

13 impugn the witness.  That's absolutely not --

14           THE COURT:  Okay.

04:11:40  15           MR. LOONAM:  That is not what I intended.

16           THE COURT:  Okay.  I just want to make sure.  I

17 mean, if you have a concern, let me know.

18           MR. LOONAM:  No.  No.  No.

19           THE COURT:  I didn't hear it, actually.

04:11:49  20           MR. LOONAM:  Yeah.

21 BY MR. LOONAM:

22  Q.  Okay.  So, you were saying for a scientifically valid

23  exercise, you wouldn't really compare an individual

24  against a group?

04:12:00  25  A.  So, this is being done -- Clinically, you would

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1    compare the group -- I guess I am not really understanding

2    your question.

3    **Q.**    Well, you had -- I had asked you if you would want to

4    know the standard deviation, if you were comparing an

04:12:14   5    individual against a group, like we're doing in the

6    Neuroreader exercises or in the MRI exercises, where you

7    have an individual scan for an individual brain and you

8    were comparing that against a group.  Correct?

9    **A.**    Correct.

04:12:28   10    **Q.**    And I said, when you do that exercise, when you

11    compare an individual against a group, you -- you -- to do

12    a valid comparison as a scientist, as a doctor, you need

13    to know the standard deviation.  Correct?

14    **A.**    Yes.  The standard deviations correspond to, you

04:12:46   15    know, the percentiles of where that patient would fall.

16    **Q.**    Is two standard deviations typically captured on 95

17    percent of the group population?

18    **A.**    Yes.  So, that would be about two and a half percent

19    on either side.

04:12:59   20    **Q.**    Yeah.  So, if you're -- if -- to be statistically

21    significant, if you are -- have two standard deviations,

22    statistical significance means you're on sort of -- if

23    there is a bell curve, you are on two-and-a-half percent

24    on either side of the bell curve.  Correct?

04:13:16   25    **A.**    So, that's what this is referring to, yes.

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1   Q.   And, so, here, after running the -- the quantitative

2   analysis, Dr. Ponisio determined that there was a

3   statistically significant decreased tracer accumulation in

4   Mr. Brockman's caudate nuclei, interior cingulate,

04:13:41   5   posterior cingulate and precuneus.  Correct?

6   A.   Yes.  That's what it states here.  And those were the

7   images we were looking at earlier.

8   Q.   The images we were looking at earlier, but -- Okay.

9            And according to Dr. Ponisio this

04:13:57   10   described pattern of hypometabolism can represent early

11   Alzheimer's dementia in the correct clinical setting?

12   A.   Yes.  That's what he says.

13   Q.   And, you know, here, you were asked questions about

14   Dr. Ponisio's use of early Alzheimer's dementia on direct.

04:14:24   15   Do you recall that?

16   A.   Yes.  I remember I was asked about that.

17   Q.   And do you have any reason to doubt Dr. Ponisio's

18   competence?

19   A.   No.  No.

04:14:44   20   Q.   Do you have any reason to doubt that Dr. Ponisio

21   intended to indicate early Alzheimer's dementia on this --

22   on this paper?

23   A.   I don't know what she intended, but that's definitely

24   what it says.

04:15:05   25   Q.   Yeah.  Thank you.

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1              So, you -- we talked about the amyloid PET

2   scan.  You talked -- you discussed it in direct.  Correct?

3   **A.**   Yes.

4   **Q.**   And Mr. Brockman underwent the amyloid study on -- on

04:15:52  5   July 28th, 2021.  Correct?

6   **A.**   It was in July.  I don't remember the exact date.

7   **Q.**   Fair enough.

8   **A.**   But I think that sounds right.

9   **Q.**   And your memory has been good, so -- And you didn't

04:16:03  10   request this scan, right?

11   **A.**   No, I did not.

12   **Q.**   And on direct there were questions suggesting that

13   there may not be much value in obtaining the amyloid scan.

14   Do you remember that?

04:16:19  15   **A.**   I don't remember that question exactly.

16   **Q.**   Okay.  So, you think there is -- there is value in

17   obtaining the amyloid scan.  Correct?

18   **A.**   Well, I think the amyloid scan tells you whether

19   someone has amyloid.  And, so, that would, again,

04:16:35  20   correspond to the likelihood that cognitive symptoms would

21   be related to Alzheimer's disease, but it wouldn't be

22   useful in telling you the degree of expected cognitive

23   impairment.

24   **Q.**   Well, it's a gating issue, but once you have -- Well,

04:16:51  25   first of all, you don't know when Mr. Brockman started

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  accumulating the beta amyloids in his brain.  Correct?

2  **A.**   No, we don't.

3  **Q.**   It could have been --

4  **A.**   At one time point from July.

04:17:04    5  **Q.**   Yeah.  It could have been a decade before.  Correct?

6  **A.**   Yes, it could have been.

7  **Q.**   And -- but, in this case, the results of the -- the

8  PET amyloid had a -- an impact.  Correct?

9  **A.**   It has an impact on the possible diagnoses that he

04:17:30   10  may have leading to cognitive impairment.  It does not

11  have an impact on the amount of brain damage that were on

12  the other scans.  So, it doesn't really change the

13  interpretation of those.

14  **Q.**   Because that -- you have -- actually, that goes to

04:17:44   15  the tangles, right?  You call it the Tau tangles?

16  **A.**   Well, the Tau tangles happen next, and then there are

17  the changes that happen on the FDG PETs and the MRI scan.

18  **Q.**   Well, the changes that occur on the -- on the FDG

19  PET -- Is there a correlation between the Tau tangles

04:18:06   20  interfering with the activity of the neurons that is

21  causing the hypometabolism?

22  **A.**   So -- Yes.  So, the changes on the MRI scan and the

23  FDG PET correspond more closely to the Tau and can

24  correspond to that accumulation.

04:18:22   25  **Q.**   So, you were asked questions on direct about, you

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1  know, there was no Tau scan in this case.  Do you remember

2  that question?

3  **A.**   Yes.

4  **Q.**   All right.  And you said that there was no Tau in

04:18:33  5  this case, which there wasn't.  You could have ordered a

6  Tau scan.  Right?

7  **A.**   Yes.  I could have ordered or recommended a number of

8  different tests.

9  **Q.**   You recommended a bunch of tests -- EEG, a couple

04:18:47  10  FDGs.  Mr. Brockman went through all of it.  Correct?

11  **A.**   Yes.

12  **Q.**   And, so, had you wanted a Tau test, you would have

13  had it.  You have every reason to believe that you would

14  have gotten the results.  Correct?

04:18:58  15  **A.**   Well, I don't know if I would have gotten the

16  results, but, if I had recommended it, it would have been

17  communicated, yes.

18  **Q.**   All right.  Well, if past is prologue, I guess.

19             And, so -- but the Tau test, in light of

04:19:13  20  the FDG PET and the hypometabolism, is unnecessary in this

21  context.  In the research context, it may be different;

22  but in this context, it's unnecessary.  Correct?

23  **A.**   Yes.  I think the -- you know, the more important

24  imaging is the MRI and the FDG PET because that is what is

04:19:33  25  going to correspond most closely to the clinical symptoms.

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1    And whether that is due to Alzheimer's disease,

2    Parkinson's disease or a combination -- for the current

3    determination, I don't think that that is useful or

4    is necessary to make that determination.

04:19:49    5    **Q.**    Okay.  And in addition to -- Let me pull it out here.

6    Back from the 28th.  Government's Exhibit 7.  That's not

7    the PET.  That's Ponisio.  Sorry.

8                   So, this is Government's Exhibit --

9    Defense Exhibit DX-42.  So, we talked about the impression

04:20:56   10    is positive study indicating moderate to frequent amyloid

11    neuritic plaques.  In the findings it indicates:  "There

12    is diffuse loss of the gray-white matter distinction, most

13    pronounced in the frontal and temporal lobes."

14                   So, is -- that finding, that's the

04:21:15   15    consistent observation for a positive amyloid plaque

16    study?

17    **A.**    Yes.  So, this indicates a positive amyloid plaque

18    study.

19    **Q.**    Dr. Ponisio reviewed this study and issued a report.

04:21:47   20    Did you review that report?

21    **A.**    Yes.

22    **Q.**    Dr. Ponisio found an abnormal decreased cortical

23    white matter contrast throughout Mr. Brockman's cerebrum.

24    Is that another way of saying, sort of, the results for a

04:22:00   25    positive PET amyloid?

PM 1-112

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1    **A.**    Yes.  She essentially agreed it was a positive

2    amyloid PET study.

3    **Q.**    Yes.  All right.  So, there was an August 24th, 2021,

4    FDG PET scan?

04:22:15    5    **A.**    Yes, there was.

6    **Q.**    And you -- you ordered that PET scan?  There is

7    somebody else's name on the scan, right, but you ordered

8    that scan?

9    **A.**    It was my suggestion, yes.

04:22:23    10   **Q.**    Yes.  And you have read the report from the August

11   24th scan?

12   **A.**    Yes.

13   **Q.**    And, again, this is Defense Exhibit 45, the same

14   Mr. Fisher.  And this study found, you know, again, the

04:22:59    15   findings are mild.  Let me see here.  "The findings are

16   mild but very suggestive of a neurodegenerative disease,

17   particularly Alzheimer's disease, although statistically

18   less likely.  Dementia with Lewy bodies or Parkinson's

19   disease with dementia can have a similar scan pattern.

04:23:21    20   The markedly abnormal uptake on the prior amyloid PET scan

21   also somewhat favors Alzheimer's disease over dementia

22   with Lewy bodies or Parkinson's disease dementia."

23                    And you agree with that finding?

24   **A.**    Yes.  I largely agree with this interpretation.

04:23:45    25   **Q.**    And the -- this scan -- Well, let me ask this.  As a

1    doctor and in dealing with so many patients, you have

2    to -- you order scans for your patients, right?

3    **A.**    Yes.

4    **Q.**    And you have to deal with insurance companies and

04:24:04    5    paying for scans.  Correct?

6    **A.**    In some instances.  Sometimes insurance companies

7    will cover it.  Other times we may have to discuss that

8    with them.

9    **Q.**    As a typical practice, are you aware of whether or

04:24:16   10    not an insurance company will cover two FDG PETs of a

11    brain in a single year?

12    **A.**    I am not aware.

13    **Q.**    But you haven't heard that they typically will not

14    cover two FDG PETs in a single year because they do not

04:24:30   15    expect to see changes in that amount of time?

16    **A.**    I typically wait for a year to have more sensitivity,

17    but I don't recall ever being told that I couldn't order a

18    test before that.

19    **Q.**    But you, yourself, in your clinical practice would

04:24:43   20    typically wait at least a year before ordering another FDG

21    PET.  Correct?

22    **A.**    Yes.  So, if I was trying to estimate the normal

23    progression of one of these disorders, you know, again, I

24    would not expect there to be significant changes in the

04:24:56   25    PET scan, you know, according to that normal disease

PM 1-114

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1  course.

2  **Q.**   And in Mr. Brockman's case there was progression --

3  observable progression in his hypometabolism from March to

4  August.  Correct?

04:25:16  5  **A.**   Yes.  So, that's the amount of progression that I

6  would expect based on a normal disease course.

7  **Q.**   What you are saying here is that that's the normal

8  amount of progression you would expect?

9  **A.**   Yes.  Comparing the two scans -- the one from March,

04:25:28  10  the one from August -- looking at those images on a

11  quantitative analysis, that's what I would expect.

12  **Q.**   Okay.  So, over a five-month period?

13  **A.**   Over a five-month period.

14  **Q.**   Do you have a neuroradiologist that you use as part

04:26:01  15  of your clinical practice?

16  **A.**   There is not a specific neuroradiologist.

17  **Q.**   Is there a team of neuroradiologists?

18  **A.**   I believe it's a department in the hospital.

19  **Q.**   And they send you the reports after -- after reading

04:26:09  20  the PETs?

21  **A.**   Yes.  Typically, the orders will be made and then

22  there is a report generated from the PET.

23  **Q.**   The MRI -- just generally, the MRI is -- is a -- I

24  think you used "less sensitive instrument" than FDG PET.

04:26:36  25  Correct?

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1    **A.**    Yes.

2    **Q.**    And -- but, before, I think you had testified that,

3    you know, MRI was kind of a lagging indicator, that you

4    would see changes on the FDG PET first and then you would

04:26:48   5    see it on the MRI?  Do I understand that correctly?

6    **A.**    Well, I think that you could see them at the same

7    time, but, in general, I would -- would think that the PET

8    scan is more likely to detect an abnormality that's

9    reported than the MRI scan.

04:27:04   10   **Q.**    But to be clear -- and I think we already covered

11   this -- you could see hypometabolism and abnormality on

12   the FDG PET that does not result in atrophy.  Correct?

13   **A.**    Yes.  You could see hypometabolism on the PET that

14   would not be corresponding to atrophy on the brain MRIs.

04:27:26   15   **Q.**    So, rather than the neurons dying, they are just

16   being disrupted in some way where they are not -- they are

17   acting abnormally.  Correct?

18   **A.**    Well, that's one reason.  They also could be dying

19   but to a small enough degree that that is not detectable

04:27:41   20   on the MRI.

21   **Q.**    So, in addition, there could be offsetting

22   inflammation of the brain.  Correct?

23   **A.**    I'm not sure I quite follow you.

24   **Q.**    Well, like -- neurons can be dying, but they can be

04:28:00   25   offsetting inflammation in the brain so that the

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1   volumetric analysis that the MRI's conducting does not

2   detect volumetric change?

3   **A.**   So -- I mean, I am not sure exactly what you're

4   referring to.

04:28:13   5                     Typically, when we think of acute

6   inflammation -- so things like multiple sclerosis,

7   infection -- that can cause swelling in the brain, in

8   neurodegenerative disorders there is some hypothesis that

9   there could be an inflammatory component, but it is not

04:28:29   10   that acute inflammation that we see in those other

11   disorders.

12   **Q.**   Yeah.  So, you can't compare it to multiple

13   sclerosis, then?

14   **A.**   Correct.

04:28:38   15   **Q.**   Okay.

16                  THE COURT:  And, counsel, just for planning

17   purposes, I plan on going to about 5:30.

18                  MR. LOONAM:  Yes, Your Honor.

19                  THE COURT:  We have got plenty of time.

04:28:51   20                  MR. LOONAM:  That's great.  I am wrapping -- I

21   am seeing what I need to cover.  And I am going to get to,

22   I think, the findings point that I previewed at the very

23   beginning.

24                  THE COURT:  Okay.

04:29:02   25                  MR. LOONAM:  But we will try and -- I think my

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  suggestion will be to use a scalpel.

2           THE COURT:  Well, I just wanted to tell you you

3  have got another hour, so don't worry.

4           MR. LOONAM:  Thank you, sir.  It's a dangerous

04:29:14   5  thing to tell a lawyer.

6                (Laughter.)

7  BY MR. LOONAM:

8  **Q.**   You know, you have, you know, your clinical practice.

9  Do you think having a clinical practice is important to be

04:29:31   10  able to conduct an evaluation of a patient like

11  Mr. Brockman?

12  **A.**   Do I think that seeing patients clinically is helpful

13  for giving a forensic evaluation?

14  **Q.**   Yes.

04:29:44   15  **A.**   Yes.

16  **Q.**   One moment.  Can we go to your supplemental report?

17  Do you have that in front of you?  No, you probably don't

18  have that.

19  **A.**   No, I don't.

04:30:33   20          MR. LOONAM:  It's the government version.

21          MR. MAGNANI:  Yeah, we have it, I think.

22          THE WITNESS:  Thank you.

23          MR. LOONAM:  Sure.  Let me find my spot.  I'm

24  sorry.  One moment, Your Honor.

04:32:02   25          THE COURT:  Oh, sure.  Take your time.

1          MR. LOONAM:  Yeah.  I apologize.

2  BY MR. LOONAM:

3  **Q.**   Page 9 of Government's Exhibit 39.  Okay.  I am going

4  to focus on the paragraph beginning "Given his age..."

04:32:56   5  Are you there?

6  **A.**   (No response.)

7  **Q.**   Are you there?

8  **A.**   Oh, I'm sorry.  Page 9?

9  **Q.**   Page 9.

04:33:06  10  **A.**   Yes.

11  **Q.**   The paragraph that begins "Given his age..."

12  **A.**   "Given his age..."  Yes.

13  **Q.**   Okay.  So, "Given his age, recent hospitalizations

14  for delirium, the expected disease progression, and

04:33:19  15  neuroimaging results, it is possible that Mr. Brockman is

16  now in the dementia stage.  However, it is unlikely that

17  Mr. Brockman would be at the severe or end-stage dementia

18  as his most recent evaluations would suggest."

19           That sentence, in and of itself, does not

04:33:38  20  rule out moderate dementia, does it?

21  **A.**   That sentence does not comment on moderate dementia.

22  **Q.**   That's right.

23           You talk about the -- in this paragraph,

24  you talk about the possibility that Mr. Brockman is now in

04:33:56  25  the dementia stage, but you -- you go beyond that

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1    possibility and you opine, in the bolded paragraph

2    beginning in the second line -- the second sentence:  "It

3    is reasonable, given his hospitalizations for delirium,

4    natural disease course, and neuroimaging, that

04:34:24  5    Mr. Brockman has progressed to the dementia stage, but it

6    is unlikely that he would be at the severe or end stage of

7    dementia as indicated by his recent assessments."

8                    There is nothing in that sentence that

9    rules out moderate dementia.  Correct?

04:34:38  10   **A.**   It does not comment on moderate dementia.

11   **Q.**   Yeah.  Your report finds it unlikely that

12   Mr. Brockman is at severe or end-stage dementia, but, you

13   know, can you direct me where in your report that you rule

14   out that Mr. Brockman has progressed to moderate dementia?

04:35:10  15   **A.**   In this section, I don't see that I use the word

16   "moderate."

17   **Q.**   No.  The whole report.  Anywhere in the supplemental

18   report, sir?  Take your time.

19   **A.**   I am -- again, I am not aware of using that word.  I

04:35:22  20   could look through the report, but I don't recall using

21   "moderate dementia."

22   **Q.**   Yeah.  So -- so, what you -- in your report that was

23   provided to defense, you -- you ruled out severe dementia

24   and end-stage dementia, which is like at death's door.

04:35:43  25   Correct?  You talk about the -- the reasonableness or the

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1    plausibility of early dementia, but you're silent with

2    respect to moderate dementia.  You certainly don't rule it

3    out.  Correct?

4    **A.**   I don't use the word "moderate" dementia in this

04:35:59    5    report.  And this is referring, really, to the natural

6    disease progression from MCI to the mild dementia stage.

7              MR. LOONAM:  Your Honor, I mean, so the witness

8    has opined today on direct in a way not disclosed in his

9    report.  We have now confirmed it.  I don't know what the

04:36:19   10   government had in mind when it said it could point to

11   the -- the line where Dr. Darby ruled out moderate

12   dementia, but moderate dementia was not ruled out in this

13   record as disclosed to the defense.

14             THE COURT:  Okay.  Response?

04:36:37   15             MR. MAGNANI:  I think the -- and I don't have

16   the report in front of me, but my understanding is the

17   witness's opinion is that the defendant has MCI, or mild

18   cognitive impairment, up to the potential of possible early

19   dementia.  I don't think the absence of him saying in his

04:36:54   20   report he does not have moderate dementia -- In other

21   words, the rest follows.  If the witness's report says he

22   has MCI up to mild dementia, that necessarily means he does

23   not have beyond mild dementia.

24             So, this is just another word game that

04:37:08   25   defense counsel has been playing with this witness for

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  hours.

2          MR. LOONAM:  Judge, this is not a word game.

3          THE COURT:  Let me just ask the witness.

4          MR. LOONAM:  Yes.

04:37:18    5          THE COURT:  Have you ever reached that opinion

6  before?

7          THE WITNESS:  Which specific opinion?

8          THE COURT:  The opinion with respect to you

9  can't rule out mild --

04:37:32   10          THE WITNESS:  Dementia.

11          THE COURT:  -- dementia.

12          THE WITNESS:  Yeah.  So, this is really based

13  on that progression.  So, we know, you know, as a rough

14  estimate, 15 percent of patients with MCI may progress to

04:37:43   15  the mild dementia stage.  That may be increased with the

16  presence of a delirium episode.  So, without what I felt

17  was accurate information regarding the actual level of

18  functional impairment he had, what we had to go on was the

19  expected disease course, and so I think there is that

04:38:02   20  percentage there that you could see that would progress.

21          So, I just don't know, based on the

22  information, what his exact level of impairment would be.

23          THE COURT:  But don't you want -- I mean,

24  that's what I'm trying to figure out.

04:38:15   25          MR. LOONAM:  That's a different answer than

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1  what he gave on direct, Your Honor, and we can read the

2  exact quotes here, which are different than what the

3  government just said.  The witness said -- and it's not

4  only in one spot.  It's repeated here, and I'll go to the

04:38:28  5  ending.

6              'It is unlikely that he would be at the

7  severe or end stage of dementia.  It's reasonable that he's

8  progressed to mild dementia' and is just silent with

9  respect to moderate dementia.

04:38:42  10             The witness has now said, 'I don't know.'

11  That is not what he said on direct.

12             And if we go through the report, in

13  multiple places you'll see that what the witness said was

14  in the report.  And, look, I don't want to make too much of

04:38:59  15  this because -- but in this report he -- he says this.

16  Let's go through the conclusions.

17             THE COURT:  Okay.  Well, let me just stop you

18  there.

19             Okay.  Let's say he is not allowed to

04:39:10  20  provide that testimony.  Where does that get you?  So,

21  let's say that I prevent him from saying that he can't rule

22  out mild to severe dementia.  Where does that get you?

23             MR. LOONAM:  I want to strike that he rules out

24  the possibility of moderate dementia.

04:39:26  25             THE COURT:  Okay.  And how does that help you?

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1          MR. LOONAM:  Because it leaves open the

2  possibility, especially given his last statement -- His

3  last statement was 'Because of the natural progression,

4  because of his' -- 'I can't' -- 'I can't tell where he is,

04:39:39  5  which is' -- 'other than severe or end stage.'

6          He is very clear.  'I look at the scans.

7  I look at where he is on this.  It is clear to me that it

8  is not end-stage or severe dementia.'  That opinion is

9  clear and it was disclosed to us.

04:39:52  10          He thinks it's reasonable that it's

11  progressed to -- to mild dementia, but it leaves open the

12  possibility that it could be moderate dementia.

13          THE COURT:  And, so, how does that -- I am

14  still trying -- I just want to make sure I understand this.

04:40:07  15          So, you strike that.  How does that help

16  you?  So, you strike the fact that --

17          MR. LOONAM:  This witness has not ruled out the

18  possibility that Mr. Brockman is suffering from moderate

19  dementia.

04:40:19  20          THE COURT:  Maybe I am missing something.

21          Isn't that what you're saying?  You don't

22  know based on the information you have?

23          THE WITNESS:  I think there is that

24  uncertainty.

04:40:29  25          So, what I would expect from a patient who

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  is at the mild cognitive impairment stage in May of 2021 is

2  that could be progression to the stage of mild dementia.  I

3  don't think it is likely it would progress beyond that

4  based on the natural course of the disease.  I don't think

04:40:45  5  it would progress beyond the mild dementia stage.

6          THE COURT:  Okay.  I want to take a look at the

7  previous testimony.  I'll be right back.  Just pull it up.

8  Give me maybe about five minutes, counsel.

9          MR. LOONAM:  Thank you, Your Honor.

04:40:58  10  (Proceedings recessed from 4:40 to 4:45.)

11          THE COURT:  Please be seated, everyone.

12              Okay.  I reviewed the transcript and I

13  also reviewed the expert report.  Respectfully, objection

14  overruled.

04:45:51  15              He testified that it is up to mild and

16  definitely not severe, but he can't say one way or the

17  other whether it's moderate.  That testimony is consistent

18  with his testimony on the stand today, and it's consistent

19  with his expert report.

04:46:05  20              Respectfully, disagree.

21          MR. LOONAM:  Your Honor, I just want to make

22  sure we're clear on the record.  Going back to his

23  direct -- Okay.

24          THE COURT:  I am going back to -- I am looking

04:46:16  25  at his direct testimony.  I am also looking at the expert

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1   report.  I am also looking at his testimony on

2   cross-examination.

3                    And I understand that you guys don't agree

4   with this, but to me it's very clear.  The witness is

04:46:29   5   saying it's up to mild.  It's definitely not severe.  And

6   the only implication is, is that it could possibly be

7   moderate, but this witness is saying that he is not clear

8   on that.  It is likely, but it's not clear.

9                    MR. LOONAM:  Your Honor --

04:46:42   10                   THE COURT:  Is that --

11                   THE WITNESS:  Well, I would say that I think

12   it's -- that he is in the mild cognitive impairment to the

13   mild dementia range.  I do think that it's unlikely that he

14   is at the moderate dementia range.

04:46:55   15                   THE COURT:  And that is not inconsistent from

16   what -- respectfully, from what he testified earlier, and

17   it's not inconsistent with his report.

18                   MR. LOONAM:  Okay.  Your Honor, let's -- I --

19                   THE COURT:  And you can preserve the issue on

04:47:12   20   appeal --

21                   MR. LOONAM:  Yes, Your Honor.

22                   THE COURT:  -- but I am overruling the

23   objection.

24                   MR. LOONAM:  Understood.

04:47:17   25   BY MR. LOONAM:

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  Q.   Turn to Page 11 of your expert report.  It says:

2  "Based on the expected natural disease course,

3  neuroimaging findings, and hospitalizations for delirium,

4  it is plausible that Mr. Brockman would have progressed

04:47:34  5  from the MCI to dementia stage.  However, I do not think

6  it is likely that he would be at the severe or end stages

7  of dementia."

8              That finding does not exclude moderate

9  dementia.  Correct?

04:47:48  10  A.   So, I don't state the word "moderate" in that

11  statement.

12  Q.   The -- you found that the progression of cognitive

13  impairment between 2011 -- or 2021 and Two Thousand -- I'm

14  sorry.  Reset.

04:48:05  15              You, in finding -- Paragraph 5, you state:

16  "I do not believe that his current assessments accurately

17  reflect his true level of cognitive impairment and am,

18  therefore, unable to determine whether his cognitive

19  impairment is severe enough to make him incompetent to

04:48:30  20  assist his defense."

21              And, so, in Paragraph 5, you credit the --

22  the government's position that Mr. Brockman is

23  malingering.  Correct?

24  A.   Yes.  I think that he is exaggerating the severity of

04:48:51  25  the symptoms.

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1   **Q.**   And you are aware and you have watched all of the --

2   the deposition videos listed in your report.  Correct?

3   **A.**   Yes.

4   **Q.**   And did you speak -- prior to your testimony today,

04:49:09   5   are you aware that Dr. Denney conducted a

6   neuropsychological testing and he believes that

7   Mr. Brockman is malingering?

8   **A.**   Yes, I have read Dr. Denney's report.

9   **Q.**   And have you spoken with -- well, did you learn of

04:49:32   10   Dr. Denney's -- Strike that.

11                But -- but, in any event, even though you

12   credit malingering, there's insufficient affirmative

13   evidence for you to determine whether or not Bob is

14   competent to proceed, to assist his defense.  Correct?

04:49:55   15                MR. MAGNANI:  Objection.  Again, it is beyond

16   the scope of his expertise.  He is asking about competence,

17   and I think this witness made clear he is a medical doctor.

18   Competence is not what he is prepared -- it's not what he

19   has testified about.

04:50:06   20                MR. LOONAM:  It is in his report.  It's right

21   here, Your Honor.

22                THE COURT:  Okay.  One second.

23                He doesn't offer an opinion about

24   competency.  He says, "I am unable to determine..."  So,

04:50:20   25   you can't turn it on him and say that he is qualified to

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  testify about incompetency.  He says, "I am unable to

2  determine..."  "I am not offering an opinion."

3                    So, I am not letting -- I am not letting

4  him talk about competency, respectfully.  Objection

04:50:33  5  overruled.

6                    MR. LOONAM:  Your Honor --

7                    THE COURT:  I am not going to let him do it,

8  Counsel.  So, you have got the issue on appeal.  You have

9  made the objection.  I have overruled the objection.  Let's

04:50:42  10 move on.

11                   He is saying he is unable to determine and

12 make a call on competency.  He is not doing it.  If he had

13 issued an opinion on competency, I'd say fair game; you are

14 allowed to cross-examine him on it.  But he hasn't.  Since

04:50:56  15 he hasn't, we are not going there.

16 BY MR. LOONAM:

17 Q.   Did you issue an opinion on competency in your

18 original report, Dr. Darby?

19 A.   I don't know if I used the word "competency" in my

04:51:06  20 original report.

21                   MR. LOONAM:  Pull it up.

22 A.   I don't remember.

23 BY MR. LOONAM:

24 Q.   In Paragraph --

04:51:09  25 A.   I did say that I felt like the types of things he was

1  demonstrating to me during our interview, such as pointing

2  me towards information, pieces of evidence, and the way he

3  was describing them were the things I thought would be

4  necessary to assist in his defense.

04:51:26  5  Q.    To assist in his defense?

6           THE COURT:  And that's fair game.  I mean, as I

7  said earlier, he can testify about what he can do and what

8  he can't do, but making testimony -- offering testimony

9  about competency and incompetency, that's for the Court to

04:51:39  10  determine based on the facts of what he can and can't do.

11           So, you can testify -- can he answer

12  questions from counsel?  Yes or no.  Can he remember dates

13  and places and names in order to assist counsel in

14  defending him?  Yes or no.  But he can't testify,

04:51:57  15  respectfully, as to the issue of competency.  That's for

16  the Court to decide.

17           So, you can ask him specific questions

18  like you were doing earlier about what he -- what he

19  believes Mr. Brockman can or can't do, but as far as the

04:52:11  20  general question as to whether or not he is competent to

21  assist in his defense, that's for the Court to determine.

22           So, I am not stopping you from asking him

23  the individual questions.

24           MR. LOONAM:  No.  I understand, Your Honor.

04:52:25  25  It's just, as I read 5, he explains the reason he is unable

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1  to make the determination, is because he believes

2  Mr. Brockman is malingering.  Correct?  So, that's what I

3  was exploring.

4            THE COURT:  Right.  But he doesn't -- but he

04:52:38  5  doesn't reach the opinion as to competency or not

6  competency -- whether he is competent or incompetent; and,

7  if he did, I would have some issues with that as a lay

8  witness, untrained in legal issues.  So, respectfully, we

9  are not going there.

04:52:56  10            MR. LOONAM:  Okay, Your Honor.

11  BY MR. LOONAM:

12  Q.   In -- in your report you state that Mr. Brockman is

13  at increased risk for progression over time.  Correct?

14  A.   Yes.  I did state that.

04:53:21  15  Q.   And that's increased risk versus other Alzheimer's

16  patients.  Correct?

17  A.   Correct.  So, by having an episode of delirium, that

18  is associated with an increased risk of progression over

19  time.

04:53:38  20  Q.   And as we discussed earlier, Mr. Brockman has had

21  three episodes of delirium over a relatively short period

22  of time.  Correct?

23  A.   Yes.  He has had hospitalizations for delirium in

24  March, June and September.

04:53:52  25  Q.   And the -- the repeated episodes of delirium would --

*RYAN DARBY, M.D. - CROSS BY MR. LOONAM*

1    would -- that factors into the level of increased risk for

2    progression over time.  Correct?

3    **A.**   The fact that he has had delirium before is a risk

4    factor for that increased progression over time.

04:54:13    5    **Q.**   And, again, not just the one incident but the

6    repeated incidents of delirium increase the risk of

7    increased progression.  Correct?

8    **A.**   Again, I don't know if the multiple episodes

9    increases that risk.

04:54:38    10    **Q.**   And you note that Mr. Brockman is at risk for future

11    episodes of urinary infections.  Correct?

12    **A.**   Yes.  He's had three over a short period of time

13    and -- yes.

14    **Q.**   And this -- this report was about Mr. Brockman's

04:55:01    15    competency.  Correct?

16    **A.**   The report was to provide medical opinions that would

17    help in that determination.

18    **Q.**   And, so, why did you include the information about

19    his increased risk for future episodes of urinary

04:55:18    20    infections?

21    **A.**   That's a good question.  I'm not sure if that's

22    actually relevant to that or not.

23    **Q.**   You don't recall why you put it in there?

24    **A.**   I -- I believe that it's true.

04:55:29    25    **Q.**   Yeah.  You believe he is at risk of additional

RYAN DARBY, M.D. - CROSS BY MR. LOONAM

1   urinary tract -- urinary infections.  And would it be the

2   case, given his track record, that that would be

3   associated and likely lead, given his vulnerability --

4   demonstrated vulnerability, to additional bouts of

04:55:46  5   delirium in the future?

6   **A.**   I think the fact that he has had urine infections

7   before with delirium, yes, would increase that risk, that

8   if he had a urinary infection in the future, he could

9   become delirious.

04:55:57  10  **Q.**   And --

11          MR. LOONAM:  Anything else?

12              Nothing further, Your Honor.

13          THE COURT:  Okay.  Redirect?  At your

14  convenience, counsel.

04:56:14  15          MR. MAGNANI:  Your Honor, I will just give

16  Mr. Loonam some time.

17              But, Your Honor, I would just like to

18  inquire of you before I begin about whether the

19  cross-examination, which I interpret to have been

04:56:26  20  impeaching the witness for what's not in the report to

21  suggest that the opinion was unreliable -- whether or

22  not -- You mentioned, if he had opened the door on cross,

23  that on redirect it may be appropriate to show the other

24  sources that this witness did not put in his report but

04:56:45  25  that he did consider in forming an opinion and making that

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*RYAN DARBY, M.D. - REDIRECT BY MR. MAGNANI*

1  slide.

2            THE COURT:  Right.  I don't think he is -- I

3  don't think that he opened the door.

4            MR. MAGNANI:  Okay.

04:56:53  5            THE COURT:  I mean, because if he had said

6  that -- if he pulled up the exhibit and then said, 'Looking

7  at this, why is this consistent' -- or, you know, 'This

8  isn't consistent with what other doctors have seen or that

9  sort of thing, then he would have opened the door.  I think

04:57:08  10 Mr. Loonam very carefully avoided going there to keep from

11 opening the door on that issue.

12            So, respectfully, I don't agree.

13            MR. MAGNANI:  And --

14            THE COURT:  So, you have 30 minutes.

04:57:19  15            MR. MAGNANI:  And, Your Honor, just to sustain

16 your own 403 objection, anytime if this is not helpful, I

17 just want to clarify some language and things like that.

18                    **REDIRECT EXAMINATION**

19 BY MR. MAGNANI:

04:57:29  20 **Q.**   Okay.  Dr. Darby, have you ever thought about words

21  as much as you have in the last couple of hours?

22 **A.**   No, probably not.

23 **Q.**   Are you more of a science guy or a word guy?

24 **A.**   I'm more of a --

04:57:39  25            MR. LOONAM:  Objection.

RYAN DARBY, M.D. - REDIRECT BY MR. MAGNANI

1  **A.**   -- clinician and scientific researcher.

2  BY MR. MAGNANI:

3  **Q.**   Okay.  And we talked about things that are possible.

4           Is it fair to say that anything is

04:57:46  5  possible?

6  **A.**   Yes.  I mean, I think I would consider a large range

7  of possibilities when I am evaluating a clinical patient

8  or a research question.

9  **Q.**   Is it possible that Mr. Brockman does, in fact, have

04:57:58  10  late-stage dementia?  Is that possible?

11  **A.**   Yes.  I mean, I think anything would be possible.

12  **Q.**   And is it possible that someone with that much

13  neurodegeneration in their brain could be cognitively

14  normal but just faking it?

04:58:11  15  **A.**   Yes.  So, that degree of impairment on the PET scan

16  could be seen in someone in a normal stage that is able to

17  compensate for that.

18  **Q.**   So, putting aside what's possible, I just want to ask

19  you what in your expert opinion is likely.  And what I

04:58:26  20  want to ask you is what is the most likely diagnosis, not

21  about the disease, not Alzheimer's or dementia, but about

22  the level of cognitive apairment -- impairment?  Excuse

23  me.

24  **A.**   So, I think the most likely diagnosis is that he is

04:58:39  25  at the stage of mild cognitive impairment.  So, that is

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*RYAN DARBY, M.D. - REDIRECT BY MR. MAGNANI*

1    based on the severity of the FDG PET scan and the fact

2    that I evaluated him in May of 2021 and felt that he was

3    at that stage.  And there is a progression that can happen

4    over that period of time; that, again, you know, about 15

04:58:56    5    percent of people will progress to the mild dementia stage

6    in about a year, and that would be increased with an

7    episode of delirium.  But I think that, you know, if you

8    are looking at the percentages knowing only that, that

9    would be my best estimate.

04:59:10    10   **Q.**   And putting aside the Baylor doctors that we talked

11   about, what did Mr. Brockman's non-Baylor doctor, who was

12   treating his Parkinson's, diagnose Mr. Brockman as of

13   February 2021?

14   **A.**   He was given a diagnosis of Parkinson's with mild

04:59:26    15   cognitive impairment.

16   **Q.**   Now, you talk about in your report that it is -- I

17   mean, anything is possible.  But you talk about that it is

18   reasonable that he would have progressed to the mild

19   dementia stage.

04:59:37    20              And my question is:  We have talked about

21   a lot of different terminology, and is it fair to say that

22   some of the terminology is used inconsistent by different

23   people in your profession?

24   **A.**   Yes.  There are many different ways to measure and

04:59:52    25   categorize these types of problems.

PM 1-136

*RYAN DARBY, M.D. - REDIRECT BY MR. MAGNANI*

1   **Q.**   But is there a clear understanding of the

2   demarcation, the definitional demarcation, between MCI and

3   dementia?

4   **A.**   So, yes.  It's related to the loss of functional

05:00:08   5   independence related to the cognitive problems.  So, if

6   the person can no longer do those things independently

7   because of the cognitive issues they are having, then that

8   is what we would call dementia.

9   **Q.**   So, is it fair to say that while the different ways

05:00:20   10   we describe mild, moderate, severe or end-stage

11   dementia -- those are more subjective, but that the one

12   thing they all have in common is that dementia is where

13   your cognitive problems start to impact your ability to

14   function independently?

05:00:33   15                   MR. LOONAM:  Objection to leading.

16                   THE COURT:  Okay.  Objection sustained.  Please

17   rephrase.

18   BY MR. MAGNANI:

19   **Q.**   So, how much -- how much consistency is there in your

05:00:45   20   profession about how people describe from mild to

21   end-stage dementia?

22   **A.**   So, I think that there is -- you know, these are

23   diseases that progress along the gradual course.  And, so,

24   the demarcations we have, you know, are based on these

05:01:00   25   different definitions, you know, and so they can be

*RYAN DARBY, M.D. - REDIRECT BY MR. MAGNANI*

1    applied, you know, in different ways, in different

2    contexts.

3    **Q.**   And so -- but is there definitional certainty about

4    where -- I think you already answered the question.

05:01:14    5            So, when you say he may have crossed into

6    the dementia threshold, what are you -- what do you mean?

7    **A.**   Well, I think that it -- he -- you know, if you were

8    to just look at the FDG PET scan -- so, that is something

9    that you could see in someone with mild dementia.  If you

05:01:30    10   were to take into account that he had a mild cognitive

11   impairment, that he is 80, and that he had an episode of

12   delirium in the hospital -- somebody with that situation

13   could progress into the mild stage of dementia.

14   **Q.**   And, so, what are the types of things that you would

05:01:45    15   see in a person who just crossed over into the -- just

16   past the dementia threshold but is mild?  What would you

17   see in someone like that?

18   **A.**   So, again, that would be difficulties with complex

19   decisionmaking tasks; so, financial decisionmaking,

05:02:01    20   needing more assistance with those types of things, not

21   being able to work in a job, and having more difficulty in

22   organizing one's thoughts.

23   **Q.**   And then just a few more just potentially confusing

24   terminology.

05:02:11    25            What is the "CDR"?

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

PM 1-138

*RYAN DARBY, M.D. - REDIRECT BY MR. MAGNANI*

1   **A.**   The "CDR" is the clinical dementia rating scale.

2   **Q.**   And is that -- is that the thing that defense counsel

3   was showing you on the document camera?

4   **A.**   Well, I think that was a table referring to some of

05:02:25   5   the categories, but I believe the CDR -- I mean, it's

6   essentially a standardized interview and assessment with

7   the patient.  So, you interview the patient's family

8   member to get a sense of the problems that they are having

9   from that.  You ask them some questions about recent

05:02:44   10   events.  And then there is a portion where you go through

11   and administer a small number of tests, but also interview

12   the patient themselves, and arrive at a metric for those

13   different categories about how severe you think the

14   impairment is in each of those six categories.

05:03:00   15   **Q.**   So, that's pretty confusing, but the terms on the

16   top, from mild to severe, do those correlate with what you

17   have been describing as mild dementia or severe dementia?

18   **A.**   So, many of the -- I am not sure I totally understand

19   your question.

05:03:18   20   **Q.**   Is there a one-to-one correlation -- Do you remember

21   the exhibit I am talking about?  Unfortunately, I think

22   there is only one copy floating around.

23   **A.**   Yes, I do.

24   **Q.**   So, do you remember that it had descriptors on the

05:03:28   25   top that -- you know, from mild to severe?

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*RYAN DARBY, M.D. - REDIRECT BY MR. MAGNANI*

1    **A.**    To severe.  Yes.

2    **Q.**    Okay.  And what I am asking is:  Is being in one of

3    those columns a one-to-one correlation with being mild

4    dementia or severe dementia?

05:03:41    5    **A.**    No.  So, I believe there is an algorithm that goes

6    through and takes those numbers, and there's certain

7    decision points, and arrives at an overall summary number

8    that is either zero being normal, 0.5 being mild cognitive

9    impairment; 1, 2 and 3 being mild, moderate and severe.

05:04:02    10    And, so, you know, being at that number in one category

11    doesn't necessarily mean that you are at that category for

12    that overall rating, but I don't know the specifics of how

13    they take those numbers and determine the overall level.

14    **Q.**    And, so, when tools like this are developed in your

05:04:17    15    profession, are they developed with the assumption that

16    the presentation is a genuine one?

17    **A.**    Yes.  So, it's based on the interview with the study

18    partner and with the patient themselves as well as a small

19    amount of testing.

05:04:32    20    **Q.**    So, does that account for the potential of

21    malingering or exaggeration, as you use the term?

22    **A.**    Well, it -- no.  So, it will be based on what the

23    patient and their family are reporting.

24    **Q.**    Now, another just -- another thing that may create

05:04:49    25    some confusion -- I think we talked about this a little

*RYAN DARBY, M.D. - REDIRECT BY MR. MAGNANI*

1  bit on direct -- but Alzheimer's disease versus

2  Alzheimer's dementia.  And I just wanted to know, because

3  I think on cross-examination, I think you might have said

4  that from Alzheimer's -- from the diagnosis of Alzheimer's

05:05:07  5  disease could be five to ten years, but I thought on

6  direct you said from Alzheimer's dementia it could be five

7  to ten years until death, and I was just hoping to

8  clarify.

9  **A.**   Yes.  So, the five to ten years is a rough estimate

05:05:20  10  of the time from dementia to death, and that's, you know,

11  a general ballpark figure for many types of dementias.

12  **Q.**   So, just putting all this terminology aside, if you

13  accept at face value all of the presented symptoms of

14  Mr. Brockman, where would you diagnose him?

05:05:41  15  **A.**   So, he would be at the moderate to severe stage.

16  And, so, he is needing assistance, essentially, for

17  every -- everything right now, from what the reports are

18  that I have read.  And, so, he's needing assistance with

19  his grooming, with his self-care, with using the restroom,

05:05:57  20  having difficulty remembering where he is and recognizing

21  his home.  So, those would be things that you would see at

22  the moderate or severe stage.

23  **Q.**   And you said that is possible; he could be at that

24  stage?

05:06:07  25  **A.**   Yes.  I mean, those things, if accurate, would make

*RYAN DARBY, M.D. - REDIRECT BY MR. MAGNANI*

1    him at that stage.

2    **Q.**   But why don't you think that he is?

3    **A.**   Well, I think that it doesn't match the severity of

4    his brain imaging; and, so, again, it is not a one-to-one

05:06:21   5    correspondence.  But without other things that I think are

6    reliable to make that estimate on, based just on the

7    imaging, I would say it's at the MCI or potentially the

8    mild dementia stage.  Based just on the progression from

9    his initial evaluation in May, I would think it is at the

05:06:38   10   MCI or just dementia stage.

11   **Q.**   And there was a lot of cross-examination about

12   heterogenous and neurons and glial and things that maybe

13   not everyone in this courtroom understands, but, as you

14   think about everything that you were confronted with on

05:06:54   15   cross-examination, is there anything that makes you

16   second-guess your opinion?

17   **A.**   No.  I still think that he -- that I don't have an

18   accurate assessment of his level of true cognitive

19   functioning, but, based on that disease course and based

05:07:07   20   on the imaging, that he would be at the mild cognitive

21   impairment or the mild dementia stage.  That would be my

22   best estimate based on that evidence.

23            MR. MAGNANI:  Thank you, Doctor.  I have no

24   further questions.

05:07:20   25            THE COURT:  Recross?

*RYAN DARBY, M.D. - REDIRECT BY MR. MAGNANI*

1          MR. LOONAM:  Very, very brief.

2          THE COURT:  Sure.

3                  **REDCROSS-EXAMINATION**

4  BY MR. LOONAM:

05:07:23   5  **Q.**   You were asked about the diagnosis from Dr. Lai on

6  recross.

7  **A.**   Yes.

8  **Q.**   Are you aware of Dr. Lai's diagnosis of the Defendant

9  in October of this year?

05:07:33  10  **A.**   Yes.  So, Dr. Lai evaluated the patient again in

11  October of this year and, based on the reports of his

12  functional status, diagnosed him with a level of dementia.

13  **Q.**   And the reports on his functional status, I take --

14  Did you try and reach out to Tommy Barras or other

05:07:54  15  collateral witnesses to gain insight into the Defendant's

16  current level of impairment since you don't have these

17  videos available?

18  **A.**   No, I did not contact him; Tommy Barras.

19  **Q.**   Did you try and contact anyone else who would be able

05:08:10  20  to observe the defendant on a day-to-day basis in order to

21  inform your judgment?

22  **A.**   Other than my interview with Dorothy Brockman in May,

23  I did not talk with anyone.

24  **Q.**   For your supplemental report, did you reach out

05:08:25  25  to any -- attempt to reach out to any collateral witness

*RYAN DARBY, M.D. - REDIRECT BY MR. MAGNANI*

1  to gather information about Bob's current level of

2  impairment?

3  **A.**   I did not personally reach out to anyone else.

4            MR. LOONAM:  No further questions, Your Honor.

05:08:35   5            MR. MAGNANI:  Your Honor, it's -- I just have

6  one question about the portion of that that was beyond the

7  scope of my exam, if I could just ask the Doctor why he

8  didn't reach out.

9            MR. LOONAM:  Your Honor, there was nothing

05:08:44   10 beyond the scope.  He talked about the diagnosis he would

11 reach on -- based on the information available.

12           THE COURT:  Okay.  I am going to allow just

13 one question, but we are stretching this way too far.  So,

14 one question.  That's it.  However the witness answers,

05:09:01   15 we're done.

16                    **REDIRECT EXAMINATION**

17 BY MR. MAGNANI:

18 **Q.**   Dr. Darby, why did you not reach out to those people?

19 **A.**   Well, in general, again, we were working on a team

05:09:10   20 with other expert witnesses, and my role was mostly

21 focused on the medical and neuroimaging.  And in terms of

22 reaching out to other witnesses, the other experts in the

23 case were doing that, from my understanding.

24           MR. MAGNANI:  Thank you, Doctor.

05:09:26   25           THE COURT:  Anything further from this witness?

PM 1-144

*RYAN DARBY, M.D. - REDIRECT BY MR. MAGNANI*

1          MR. MAGNANI:  No, Your Honor.

2          MR. LOONAM:  Nothing from the defense.

3          THE COURT:  Thank you, Dr. Darby.  Thank you so

4   much, sir.  You are excused.  You are free to remain in the

05:09:39  5   courtroom if you'd like.

6          THE WITNESS:  Okay.  Thank you.

7          THE COURT:  Thank you.

8              Okay.  Counsel, we have got about another

9   20 minutes.  Who would be up next?  And can we get started

05:09:47  10  in that amount of time?

11         MR. SMITH:  Dr. Robert Denney.  I think we can

12  get started maybe with some of his background and then we

13  can finish him tomorrow.

14         THE COURT:  That's what I was hoping.  Can we

05:09:58  15  go ahead and call Dr. Denney?

16             Hi, Dr. Denney.  If you could, just raise

17  your right hand, sir.

18             (Witness sworn.)

19         THE WITNESS:  Yes, sir.

05:10:14  20         THE COURT:  Please take the stand.

21             And you may proceed whenever everyone is

22  ready.

23         MR. SMITH:  Thank you.  I think he can remove

24  the mask.

05:10:30  25         THE COURT:  Oh, yes.

*ROBERT DENNEY, Ph.D. - DIRECT BY MR. SMITH*

1          MR. SMITH:  Dr. Denney, you can remove that

2 mask if you want to make it easier to speak.

3                    **ROBERT DENNEY, Ph.D.,**

4 duly sworn, testified as follows:

05:10:38   5                  **DIRECT EXAMINATION**

6 BY MR. SMITH:

7  **Q.**   Dr. Denney, what do you do for a living?

8  **A.**   I am a clinical neuropsychologist.

9  **Q.**   And how long have you been a clinical

05:10:47  10 neuropsychologist?

11 **A.**   Since, basically, 1992.

12 **Q.**   And could you just briefly describe for the Court,

13 what does a clinical neuropsychologist do?

14 **A.**   A clinical neuropsychologist is a clinical

05:11:03  15 psychologist that specializes in how to measure the actual

16 behavioral functioning related to the brain and has

17 specialized training and knowledge in neuroanatomy,

18 neuropathology, and the specific types of tests that are

19 used to measure those functions that relate to brain

05:11:23  20 pathology.

21          We basically -- yeah, brain -- brain

22 behavior relationships.  We specialize in that.

23 **Q.**   And can you give the Court a sense of your employment

24 history, who you work for now, who you have worked for in

05:11:38  25 the past, since you have been a neuropsychologist?

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

PM 1-146

*ROBERT DENNEY, Ph.D. - DIRECT BY MR. SMITH*

1  **A.**   Yes.  I did my clinical internship at the U.S.

2  Medical Center for federal prisoners.  It was a general

3  clinical psychology internship.  And they hired me

4  immediately after my internship to begin doing or

05:11:58  5  performing forensic studies for the U.S. District Courts,

6  although the first couple of months I worked in the

7  medical and surgical settings of the hospital because U.S.

8  Medical Center is a full, like about 1,300-bed

9  medical-surgical-psychiatric hospital designed for maximum

05:12:17  10  security federal male inmates.

11            So, the first couple of months I was in

12  medical and surgical services because I had to wait for my

13  psychology license to come through, which then did by

14  January 1st, and I switched over to do forensic studies

05:12:35  15  for the courts, where I was performing forensic psychology

16  and neuropsychology studies pertaining to legal issues.  I

17  did that for eight years.

18            And then in 2000 I switched over to the

19  medical and surgical side of the hospital, on a full-time

05:12:54  20  basis over there, where I developed a neuropsychology

21  service and evaluated and treated inmates and also

22  consulted to the forensic side of the hospital to perform

23  neuropsychological studies for the forensic psychologists

24  and psychiatrists.

05:13:14  25            Then I retired out of the U.S. Medical

1    Center at the end of 2011, and I continued teaching at the

2    Forest Institute.  I had been teaching for, you know,

3    since -- you know, several years before.  And I continued

4    to do that, and then I developed a -- I was the director

05:13:35    5    of the neuropsychology program at the Forest Institute,

6    which is a graduate program in clinical psychology, where

7    I taught neuroanatomy, neuropathology, neuropsychological

8    assessment, and some forensic assessment.

9                And then when the Forest Institute closed

05:13:52   10    I switched my affiliation over to the Citizens Memorial

11    Healthcare, or Citizens Memorial Hospital, where I work as

12    a neuropsychologist in the Missouri Memory Center and in

13    the neurology department of the hospital.

14                Also, ever since I finished my work at the

05:14:10   15    U.S. Medical Center, I have been doing private consulting

16    in legal-related cases.

17    Q.    So, in sum total, how long were you at the U.S.

18    Medical Center?  Is that a branch of the Bureau of

19    Prisons?

05:14:23   20    A.    Yes, it is.

21    Q.    How long were you there?

22    A.    21 years.

23    Q.    So, I want to come back to that in a minute, but

24    before we get in -- dive into the kind of specific work

05:14:31   25    you do, can you give the Court a sense of your educational

ROBERT DENNEY, Ph.D. - DIRECT BY MR. SMITH

1   background?

2   **A.**   Yes.  I originally obtained a bachelor degree in

3   youth ministry and biblical studies from the Lutheran

4   Bible Institute.  And then, because of a change of events,

05:14:46   5   my career path changed.  I developed -- or completed a

6   Master's degree in psychology in 1989 and then completed

7   my doctor of psychology in 1991.

8   **Q.**   And during the course of your career have you

9   become -- have you become certified by any medical boards

05:15:07   10   or the American -- I am going to get this wrong -- the

11   American Psychology -- is that right?  A -- You're going

12   to have to help me.

13   **A.**   Yeah.

14   **Q.**   Are you board-certified in the appropriate board in

05:15:18   15   your profession?

16   **A.**   I am.

17   **Q.**   Can you explain what that is?

18   **A.**   Yeah.  The American Board of Professional Psychology

19   is the umbrella board, and within that board are specific

05:15:27   20   boards.  And I was board-certified in forensic psychology

21   in 1997, and then I became board-certified in clinical

22   neuropsychology in 2003.

23   **Q.**   And what is the difference?

24   **A.**   Well, the board focusing on forensic psychology is

05:15:49   25   the application of psychological principles and techniques

PM 1-149

ROBERT DENNEY, Ph.D. – DIRECT BY MR. SMITH

1  that is used in clinical psychology applied to the law.

2  And that could be, you know, personal injury; it could be

3  child custody.  It could be whatever form of law that

4  psychology can be used in.  For me, it was criminal

05:16:09  5  forensic psychology, criminal-related matters.

6  Q.   And in your fields of study have you authored any

7  publications in these various areas?

8  A.   Yes.  Over the years I have focused mostly on the

9  application of clinical neuropsychology to the forensic --

05:16:29  10  criminal forensic setting.  That has been my main area,

11  where I have published individual papers, some -- edited

12  books on the issue.  And then I have also published in the

13  area of negative response by exaggeration and malingering

14  in that setting as well.

05:16:47  15  Q.   So, I am going to come back to that word,

16  "malingering," and I am going to ask you to define it, but

17  before we do, have you published something particular,

18  definitive, in association with your board -- your board

19  certifications on malingering?

05:17:03  20  A.   Well, yes.  Prior to that, I mean, yes, I have.  I

21  was a member of the American Academy of Clinical

22  Neuropsychology Consensus Conference on the Detection of

23  Negative Response by Exaggeration, Malingering, where we

24  got together and pounded out what was the consensus of our

05:17:26  25  field.  And that was published in 2009 and then updated in

*ROBERT DENNEY, Ph.D. - DIRECT BY MR. SMITH*

1   2021.

2                   Prior to that, I published a book -- I was

3   a co-author in a book, gosh, *Negative Response Bias in*

4   *Clinical Neuropsychology* or *Forensic Neuropsychology*, I

05:17:49   5   think, and there was another one, *Detection of Deception*,

6   those two books.

7   **Q.**   So, if we could unpack some of that, when you were at

8   the Bureau of Prisons American Medical -- what was it?

9   American Medical -- was that called the hospital?  When

05:18:03   10   you went --

11   **A.**   Oh.  U.S. Medical Center.

12   **Q.**   U.S. Medical Center.  I'm sorry.  Specifically, did

13   you work with inmates in the Bureau of Prisons?

14   **A.**   Yes.

05:18:12   15   **Q.**   And what did you do with them?  What was your -- what

16   was your task?

17   **A.**   I had lots of different roles.

18   **Q.**   Okay.

19   **A.**   Okay?  Like I said, for the first eight years I was

05:18:23   20   performing -- full-time performing forensic studies:

21   competency to stand trial, sanity, dangerousness, need for

22   inpatient mental health treatment for potential sentencing

23   issues, occasional mitigation.

24                   At the same time we would rotate in and

05:18:42   25   out of our diagnostic and observation unit.  That's where

1   sentenced inmates would come in from other institutions

2   referred to the Medical Center for potential

3   hospitalization, and we would have to evaluate them and

4   evaluate their need for inpatient mental health treatment.

05:18:59   5            So, we would rotate in and out of that on

6   a regular kind of basis at the same time as we were

7   performing forensic studies.

8   **Q.**   So, when you were performing this work, was part of

9   the work that you did determining whether certain inmates

05:19:13   10  were competent to stand trial in a criminal trial?

11  **A.**   Oh, yes.  Most of those evaluations were competency.

12  **Q.**   During the course of your career, how many such

13  inmates did you evaluate for competency to stand trial?

14  **A.**   I'm not sure exactly how many.  It is somewhere

05:19:28   15  between 600 and 1,000.

16  **Q.**   And in that 600 to 1,000 defendants that you

17  evaluated for legal competency, did you always find them

18  competent to stand trial?

19  **A.**   No.  And I actually kept track of it because it was a

05:19:44   20  common question that would come up during testimony.  My

21  rate of finding somebody not competent to proceed was

22  about -- it varied from 23 to 25 percent.  I kept a

23  running total.

24  **Q.**   So, can you walk -- briefly walk the Court through --

05:20:01   25  how would you perform these evaluations?  What was your

*ROBERT DENNEY, Ph.D. - DIRECT BY MR. SMITH*

1    tools?  What was in your tool kit, whether a defendant was

2    competent to stand trial?

3    **A.**    Sure.  Well, these were -- keep in mind these were

4    inpatient evaluations.  They were 4241(b) studies, but

05:20:15    5    they were also a percentage of 4241(d) studies.

6                        And, so, for the (b) studies we were

7    looking at a 30-day period of time of inpatient evaluation

8    where we would -- where I would interview them during the

9    intake session coming in.  I would interview them

05:20:33   10    throughout that 30-day period.  Part of those interviews

11    would include history-taking with them, you know,

12    obviously, depending on their setting, how they were -- If

13    they were in a locked setting, or an open population

14    setting, I might be seeing them every day.

05:20:48   15                        But then I would interview them pertaining

16    to not only their history but a clinical evaluation -- or

17    a clinical interview pertaining to their mental health

18    difficulties.

19                        I would also interview them related to

05:21:01   20    their understanding of the legal proceedings against them

21    and the courtroom participants, what their plans were

22    related to their case, what their thoughts were related to

23    the whole process.

24                        I would administer testing.  The type of

05:21:17   25    testing I administered varied depending on the nature of

ROBERT DENNEY, Ph.D. - DIRECT BY MR. SMITH

1  the situation.  For any cases that had memory or potential

2  brain pathology, I would do a full neuropsychological

3  workup on them as well.

4                   And then I would -- I would get -- I would

05:21:35  5  acquire records, whatever records I could get.  Typically,

6  I would call the -- the U.S. Attorney's Office and ask for

7  records.  I would call the defense counsel on record and

8  ask for records and information.

9                   Oftentimes I would interview the defense

05:21:52  10  counsel, if counsel was willing, pertaining to their

11  perception of interactions with the defendant.

12                   I would oftentimes interview family

13  members, a mother, father, whoever could give me some

14  insight about this person's prior history before they were

05:22:10  15  arrested.

16                   And then I would take all that information

17  and write a report.

18  **Q.**   So, is that, essentially, what you were retained to

19  do by the Department of Justice in this case, with some

05:22:23  20  variation, of course, but evaluate the defendant here for

21  his competency to stand trial using these tools that you

22  just described to the Court?

23  **A.**   Yeah, using whatever tools I thought were most

24  appropriate to get the job done.

05:22:34  25  **Q.**   Now, is it correct that you're board-certified as

ROBERT DENNEY, Ph.D. - DIRECT BY MR. SMITH

1   both a clinical psychologist and a forensic psychologist?

2   **A.**   Well, no.  I am board-certified as a forensic

3   psychologist and a clinical neuropsychologist.

4   **Q.**   Can you explain to the Court the difference between

05:22:50   5   forensic psychology and clinical psychology?  What is the

6   difference in those terms?

7   **A.**   Sure.  There is, really, a lot of overlap to it, but

8   a clinical psychology certification -- There is a board-

9   certified clinical psychology certification, and that's

05:23:08   10   where it really focuses on diagnostic skill, but a lot

11   more work in treatment as well, psychotherapy, providing,

12   you know, short-term therapy, behavioral therapy, those

13   sort of things to help a patient get better.

14                    Typically, you know, major illness issues:

05:23:28   15   Schizophrenia, bipolar disorder, PTSD issues, depression,

16   anxiety, what have you.  Whereas, forensic psychology

17   covers all of that that would be included in clinical

18   psychology but then takes that information and applies it

19   to the law.

05:23:45   20                    And in the example of criminal forensics,

21   you would be applying it to statutory law related to

22   competency, and we would study case law.  Maybe it was the

23   statutory definitions of "sanity."  Whatever the issue is,

24   we would apply our knowledge of psychology and ability to

05:24:06   25   evaluate a defendant and then answer legal questions for

ROBERT DENNEY, Ph.D. - DIRECT BY MR. SMITH

1    the court.

2                    As a part of our training at the U.S.

3    Medical Center, it included -- in addition to regular

4    clinical psychology work, there was specialized training

05:24:22    5    in forensics as well, which included weekly case law

6    seminars where we covered all of mental health case law,

7    which is pretty large, but we would focus mostly on the

8    Supreme Court level and circuit court level.  But there

9    were some smaller court decisions, too, that were really

05:24:41    10    rather meaningful and guided our understanding of -- of

11    how to apply these psychological principles to the legal

12    setting.

13    **Q.**   So, when a forensic psychologist evaluates a

14    defendant, is that different -- is the objective different

05:24:59    15    than when a clinical psychologist interviews or evaluates

16    a defendant?

17    **A.**   Oh, yes.

18    **Q.**   What's the difference?

19    **A.**   Yeah, there's a tremendous amount of differences, and

05:25:07    20    those differences can be outlined in -- in general terms

21    initially, but then they -- they result in more specific

22    differences.

23                    One of them is the roles are different

24    between the provider, or the clinician, and the patient.

05:25:27    25    I'll use the word "patient" in a clinical setting, because

ROBERT DENNEY, Ph.D. - DIRECT BY MR. SMITH

1    it's a clinical provider and a patient.  In the forensic

2    setting they are not a patient.  They are a defendant or a

3    plaintiff.  And there is -- there's a -- that's important

4    because there are certain mindset that a clinician has and

05:25:46    5    a patient has that come together to allow treatment to

6    occur.  And some of those assumptions are that the patient

7    wants to get better, that the patient is going to be as

8    honest as they're possibly able to with you.

9              And the other side of the coin is, for the

05:26:05    10    provider, there's a role, too.  You're a therapeutic role.

11    You engage in a relationship with that patient that is

12    more therapeutic, and you are trying to draw therapeutic

13    alliance with them so that they can get better, so you can

14    help foster them getting better.

05:26:23    15              That's very -- that's wrong in a forensic

16    relationship.  You don't create a therapeutic alliance

17    with the defendant.  You have to view them a little bit

18    more objectively in a way.  You have to evaluate what they

19    are saying to you.  It may not -- recognizing that they

05:26:48    20    may not want to be there.  They may not necessarily want

21    to get better.  They may not have the same plan that you

22    have as an evaluator.  And, so, that changes the methods

23    you use as well.  And so -- and it also changes the

24    information sources you obtain.

05:27:09    25              In a forensic-type setting you want to get

*ROBERT DENNEY, Ph.D. - DIRECT BY MR. SMITH*

1  the investigative material.  You want to get all of those

2  objective sort of findings.  If you can, you get school

3  records, you know, whatever would be relevant for the

4  particular case.  In a clinical setting you most typically

05:27:26  5  rely on what the patient tells you and maybe a family

6  member, but you're not going to get all these other more

7  objective information.  That's one of the differences in

8  the way they are carried out.

9                 Additionally, when you perform testing in

05:27:42  10  a forensic setting, you must include multiple measures of

11  validity to verify that they are actually putting forth

12  proper task engagement.  In other words, it's like putting

13  forth the right amount of effort or, you know, actually

14  want to do good on testing --

05:27:58  15  **Q.**   So --

16  **A.**   -- as opposed to trying to look impaired.

17  **Q.**   So, in this case you evaluated the defendant here

18  twice; is that right?

19  **A.**   Yes.

05:28:06  20  **Q.**   Once in May and once in October?

21  **A.**   Yes.

22  **Q.**   And, so, which type of evaluation did you perform?  A

23  clinical evaluation or a forensic evaluation?

24  **A.**   Forensic evaluations, both of them.

05:28:19  25  **Q.**   Now, in -- when you say "both of them," both

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1  evaluations were forensic --

2  **A.**   Yes.

3  **Q.**   -- not both clinical and forensic?

4  **A.**   I'm sorry.  Yes.

05:28:26  5  **Q.**   I just want to be clear.

6              Okay.  So, is it -- when you do an

7  evaluation, whether it's clinic -- psychological

8  evaluation, whether it's clinical or forensic, the data

9  that you are getting to come to your conclusion, is a

05:28:39  10  large part of that based on statements and tasks that the

11  defendant -- that the subject, whether patient, defendant,

12  whatever, performs?

13  **A.**   Yes.

14  **Q.**   So, is there an assumption or -- Well, let me

05:28:54  15  rephrase the question.

16              Is it important in your -- in the accuracy

17  of your evaluation, whether the defendant or the patient,

18  whoever you are evaluating, is telling you the truth or

19  may be trying to fudge it a little bit?

05:29:05  20  **A.**   It's -- I would say it's important in both of the

21  cases.

22  **Q.**   Why?

23  **A.**   Well, because it's going -- it's going to change

24  your -- it could significantly impact your conclusion.

05:29:21  25  If -- if what they're -- if what the person is telling you

ROBERT DENNEY, Ph.D. - DIRECT BY MR. SMITH

1    is not accurate, it could very well lead you to the wrong

2    diagnostic conclusion.

3    Q.   Now, you used the term -- two terms you have used so

4    far in your testimony.  The first one I want to ask you

05:29:38    5    about is this term "malingering."

6                    Can you describe, in your profession, what

7    that terms means, for the Court?

8    A.   Yes.  Basically, the definition of "malingering" is

9    somebody who is attempting to appear more impaired or less

05:29:57   10    capable in order to obtain a secondary gain.  It's an

11    intentional process to obtain a -- some form of secondary

12    benefit.

13                    Definitionally, you know, somebody in the

14    military who is trying to get out of military service and

05:30:18   15    they may feign a medical board type of problem.  It could

16    be somebody who is applying for Social Security

17    disability, and they -- they want the disability money

18    and, so, they are trying to look impaired during the

19    testing.  That's the notion of malingerer.

05:30:41   20    Q.   Is there a way you can test a subject for

21    malingering?

22    A.   Well, you test the subject for the validity of the

23    testing.  In other words, you use measures that test for

24    proper task engagement, and from those measures -- how the

05:31:02   25    person performs on those measures then gives you insight

PM 1-160

1    as to whether the other test data you have collected is

2    valid or not.

3              If your validity tests suggests a person

4    was not performing properly and putting forth proper task

05:31:14    5    engagement -- in other words, doing their best, wanting to

6    do good with you, and they don't do that, then all of your

7    neuropsychological test data is not reflective of their

8    genuine abilities.

9              I can give you an example.  You -- you --

05:31:32   10    A high school -- a school psychologist comes in a junior

11    high and is told, 'Hey, you need to evaluate the IQ of

12    this student.'  And they drag the student out of class and

13    you sit down with the student and you say, 'Hey.  I'm

14    going to give you an IQ test.  My name is Dr. Denney.'

05:31:48   15    And the kid says, 'Who are you?' and 'Why am I here?' and

16    'Why do you have to give me this test?'  And they don't

17    want to do the test.  They don't want to be there.  They

18    just want to go home.  But I force them to kind of go

19    through the test.  But if they are not putting forth the

05:32:02   20    optimal task engagement, they don't want to do their best,

21    they don't care, the scores -- maybe the score is 80, but

22    that is not their genuine ability.  Their IQ may have been

23    100 or 110.  We have no idea.  But it under-represents the

24    genuine ability.  That's why it's important.

05:32:20   25    Q.   So, is this validity testing that you're describing

*ROBERT DENNEY, Ph.D. - DIRECT BY MR. SMITH*

1  for the Court -- is this different than the cognitive

2  testing that you did?

3  **A.**   Yes.   Validity testing can basically be broken down

4  into two.   There is multiple ways to break it down, but

05:32:35  5  there is two large categories.   One is performance

6  validity testing, and the other is a symptom validity

7  testing, although I'll tell you the literature is all over

8  the board, historically, because that's a more recent

9  categorization.

05:32:50  10          Performance validity testing talks about

11  is the person's actual performance during testing valid?

12  Like are they putting forth a reasonably good effort?

13  They are trying to do good.   They are trying to do well on

14  your test.

05:33:04  15          Symptom validity testing is more a symptom

16  report.   And, so, those measures would be like somebody --

17  like a questionnaire, a depression questionnaire, or an

18  anxiety questionnaire, or any kind of symptom

19  questionnaire.   And there are scales in those

05:33:21  20  questionnaires that will try to identify whether somebody

21  is exaggerating their symptom report or maybe even denying

22  and minimizing their symptom report, the opposite side of

23  that coin.

24          And, so, some of these -- and, so, in

05:33:35  25  looking at the performance validity tests, some of them

*ROBERT DENNEY, Ph.D. - DIRECT BY MR. SMITH*

1    are freestanding.  You take this test off the shelf and

2    you administer it along with your other tests.  But some

3    of the performance validity tests are called "embedded."

4    Maybe it's a regular IQ test, for example, a standardized

05:33:51    5    IQ test that is off the shelf that any psychologist would

6    use.  But over time we have learned that there are certain

7    characteristics in that test that, if they come up a

8    certain way, is indicative of the test not being performed

9    with proper task engagement.  Those would be called

05:34:06    10    embedded validity indicators, or measures, or tests, or

11    what have you.

12    **Q.**    And it's these validity tests you used to determine

13    whether a subject is malingering or not?

14    **A.**    Well, yes.  Thank you for getting back to the point.

05:34:20    15                    These tests only tell you whether the test

16    data are valid or not.  And if you conclude that the test

17    data are not valid, you have to stop and ask yourself,

18    okay, why are they not valid?  Are they not valid because

19    the person is severely impaired?  Maybe they really are

05:34:38    20    impaired so badly that they would fail this test.  Or is

21    it impaired because of psychological, emotional

22    difficulties?  And it's not -- if it's not that they are

23    being intentional about it, maybe it's an unconscious kind

24    of process, like somatoform disorder or conversion

05:34:58    25    disorder.

ROBERT DENNEY, Ph.D. – DIRECT BY MR. SMITH

1          So, you look at the entire clinical

2    situation and decide whether there is obvious secondary

3    gain present.  And if there is obvious secondary gain,

4    then you -- you basically fall in the malingering

05:35:14  5    determination, because that meets the definition for

6    "malingering."

7    **Q.**   So, did you apply some of these validity tests when

8    you evaluated the defendant in this case, both in May and

9    October?

05:35:22  10   **A.**   Yes, I did.

11   **Q.**   And are these validity tests that you have just

12   described to the Court -- are these tests only done by

13   forensic psychologists or are they also done by clinical

14   psychologists?

05:35:34  15   **A.**   Well, they're done by psychologists in numerous

16   different settings.  In my -- in my office in the clinic,

17   in the dementia clinic, I include validity measures in all

18   of my assessments, because, first of all, you don't know

19   when somebody shows up with an under-the-surface plan for

05:35:56  20   disability, and you didn't know that.  Sometimes there is

21   psychiatric problems that get in the way with their

22   ability to perform well on your testing.  And without the

23   validity tests included, I would not be able to tell

24   whether this test is valid or not.  It may look very

05:36:14  25   strange.  It may be inconsistent with the person's actual

PM 1-164

1   presentation, and that might be significant enough for me

2   to say, look, this is not valid.  But I want to have

3   objective measures in there to help guide me in terms of

4   giving me some confidence that the test data are valid.

05:36:31   5   **Q.**   So, in your forensic psychological evaluation of this

6   defendant twice, once in May and once in October, did you

7   come to an opinion of whether or not this defendant is

8   competent to stand trial in this case?

9   **A.**   Yes, I did.

05:36:45   10   **Q.**   And what is that opinion?

11   **A.**   It's my -- my professional opinion that he is

12   competent to proceed.

13   **Q.**   And is that the same opinion you had in May and

14   October?

05:36:55   15   **A.**   Yes.

16   **Q.**   And what do you base that opinion on?

17   **A.**   A lot of things.  I base it on the -- the -- first of

18   all -- I'll just try to get them out of the way -- the

19   neuroimaging findings suggesting that his condition is

05:37:16   20   mild or very mild, the -- that's the functional imaging.

21   The structural imaging, the MRI, particularly when you

22   look at the temporal lobes and the areas of the brain that

23   I would be most concerned about pertaining to memory

24   problems.  Those areas are within normal limits in their

05:37:37   25   quantitative size.

ROBERT DENNEY, Ph.D. - DIRECT BY MR. SMITH

1    I look at his presentations during my

2    examination with him.  I look at his behaviors, the --

3    some of the things that were inconsistent that suggested

4    to me that he was exaggerating.

05:37:54    5    I also administered competency-specific

6    testing.  In May, it was the competency assessment

7    instrument.  In October, it was the evaluation and

8    competency to stand trial.  "ECST-R," it's called.  And on

9    these measures his performance was reasonably normal.

05:38:15   10    Now, I'll give you a caveat, that he was

11   reticent to answer questions during multiple times, that

12   he said, 'Well, I think we're deviating from the road here

13   and I don't want to answer that because you're getting too

14   much into my case.'  And that, in and of itself, right

05:38:30   15   there is meaningful because that means he's got the

16   wherewithal to say, 'You know, I think I want to protect

17   my rights and not talk to you when I don't think it's

18   appropriate.'  That's meaningful.

19   Now, he said it was advice -- advice of

05:38:45   20   counsel.  I don't know if it was or not.  Regardless, it

21   looked to me like he had proper motivation to defend

22   himself.

23   The test data suggesting gross

24   exaggeration, so I can't rely on the test data to say that

05:39:03   25   he is impaired.  I don't believe there is any valid

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

PM 1-166

1  objective data to say that he's got substantial

2  impairment.

3          I also considered my own experience

4  related to evaluating criminal defendants who had mild

05:39:20  5  dementia -- MCI and mild dementia.  And just because a

6  criminal defendant has mild dementia does not mean that

7  that person is not competent.  People with mild dementia

8  can be competent, particularly if they have got very good

9  counsel and the nature of their case is such that the

05:39:40  10  investigative material is very thorough and it is set up

11  in such a way that defense can reconstruct exactly what

12  happened.  Whether or not there is a potential for alibi

13  would be relevant to that.

14          So, just because somebody has some mild

05:40:00  15  memory difficulties -- and I -- we'll end up getting into

16  the words "mild" and "moderate," I am sure.  But just

17  because a person is mild -- has mild dementia does not

18  necessarily mean he is not competent.  He could be not

19  competent, but I have seen many people with mild dementia

05:40:17  20  that are competent.

21        MR. SMITH:  So, at this point, Your Honor, I am

22  going to start getting into the tests.  I think this might

23  be a good place to break if Your Honor wants to break at

24  this time.

05:40:24  25        THE COURT:  Perfect.

*ROBERT DENNEY, Ph.D. - DIRECT BY MR. SMITH*

1            Everyone, we thank you for following the

2   Court's schedule.  I think we are right on track.

3            Can we start again tomorrow morning at

4   9:00?  And if there is anything that you want to take up

05:40:36   5   before 9:00, can you -- when you come in, can you let my

6   case manager know, and then I'll come out?  I usually come

7   in, as you saw this morning, right around 8:30.  So, if

8   there is something that you need to address earlier, let me

9   know and we will do that before 9:00.

05:40:51  10            MR. SMITH:  Very good, Your Honor.  Thank you.

11            MR. LOONAM:  Thank you, Your Honor.

12            THE COURT:  Anything else we need to talk about

13   this afternoon?

14            MR. SMITH:  Not from the government.

05:40:58  15            MR. LOONAM:  Not from defendant.

16            THE COURT:  Okay.  Well, thank you all.  Have a

17   good night and we will see you tomorrow morning at 9:00.

18   (Concluded at 5:40 p.m.)

19            COURT REPORTER'S CERTIFICATE

20       I, Kathleen K. Miller, certify that the foregoing is a

21   correct transcript from the record of proceedings in the

22   above-entitled matter.

23   DATE:  11/18/21          /s/    _Kathleen K. Miller_

24                        Kathleen K. Miller, RPR, RMR, CRR

25

## '

**'21** [1] - 32:5
**'because** [1] - 123:3
**'hey** [2] - 160:11, 160:13
**'it** [1] - 122:6
**'looking** [1] - 133:6
**'other** [1] - 123:5
**'this** [1] - 133:7
**'well** [2] - 69:16, 165:12
**'who** [1] - 160:15
**'why** [2] - 160:15, 160:16
**'you** [1] - 165:16

## /

**/s** [1] - 167:23

## 0

**0.5** [3] - 63:2, 65:11, 139:8

## 1

**1** [3] - 1:13, 63:2, 139:9
**1,000** [2] - 151:15, 151:16
**1,300-bed** [1] - 146:8
**1.7** [1] - 60:3
**1.7-fold** [1] - 60:8
**100** [1] - 160:23
**10281** [1] - 2:8
**11** [1] - 126:1
**11/18/21** [1] - 167:23
**110** [1] - 160:23
**11th** [1] - 47:25
**12** [1] - 9:21, 10:23
**12th** [3] - 78:6, 80:7, 99:24
**133** [1] - 3:4
**142** [1] - 3:4
**143** [1] - 3:5
**145** [1] - 3:7
**15** [5] - 1:6, 4:2, 74:25, 121:14, 135:4
**150** [1] - 1:21
**18** [1] - 79:22
**1989** [1] - 148:6
**1991** [1] - 148:7
**1992** [1] - 145:11
**1997** [1] - 148:21
**1:27** [2] - 1:5, 4:3
**1st** [1] - 146:14

## 2

**2** [2] - 63:2, 139:9
**2.2-fold** [1] - 60:6
**20** [1] - 144:9
**2000** [1] - 146:18
**20002** [1] - 1:22
**2003** [1] - 148:22
**2009** [1] - 149:25

## 2011

**2011** [3] - 93:6, 126:13, 147:1
**2015** [2] - 93:11, 93:15
**2017** [3] - 93:15, 93:24, 93:25
**2019** [4] - 30:12, 31:20, 33:22, 88:23
**202-514-9623** [1] - 1:22
**2020** [3] - 20:5, 30:16, 31:24
**2021** [22] - 1:6, 4:2, 5:3, 9:25, 16:11, 20:16, 24:3, 32:4, 47:2, 47:6, 78:7, 79:22, 80:7, 99:24, 108:5, 112:3, 124:1, 126:13, 135:2, 135:13, 150:1
**21** [1] - 147:22
**212-326-3939** [1] - 2:8
**2208** [1] - 1:21
**23** [1] - 151:22
**24th** [2] - 112:3, 112:11
**25** [2] - 11:14, 151:22
**250** [1] - 2:7
**28th** [2] - 108:5, 111:6

## 3

**3** [2] - 63:2, 139:9
**30** [2] - 11:14, 133:14
**30-day** [2] - 152:7, 152:10
**31** [1] - 25:23
**31st** [1] - 47:25
**33** [1] - 3:3
**3300** [1] - 2:3
**34** [2] - 11:14, 25:24
**35** [1] - 25:24
**38** [3] - 79:25, 90:20, 90:22
**39** [3] - 91:8, 99:25, 118:3
**3:01** [1] - 75:8
**3:15** [1] - 75:5
**3:28** [1] - 75:8

## 4

**4** [1] - 3:3
**40** [1] - 4:15
**40-A** [1] - 4:16
**403** [3] - 58:11, 58:13, 133:16
**4241(b** [1] - 152:4
**4241(d** [1] - 152:5
**45** [1] - 112:13
**49** [3] - 54:5, 58:9, 59:4
**4:21-CR-09** [1] - 1:3
**4:40** [1] - 124:10
**4:45** [1] - 124:10

## 5

**5** [3] - 126:15, 126:21, 129:25
**50** [4] - 54:11, 54:22, 60:20, 87:4
**500** [1] - 99:22
**51** [4] - 64:14, 75:12, 75:16
**515** [1] - 2:12
**52** [1] - 86:2
**5:30** [1] - 116:17
**5:40** [3] - 1:5, 4:3, 167:18

## 6

**6** [1] - 100:21
**600** [2] - 151:15, 151:16
**65** [1] - 87:12

## 7

**7** [4] - 80:6, 83:1, 83:2, 111:6
**70** [1] - 46:16
**70s** [1] - 87:14
**713-250-5087** [1] - 2:13
**717** [1] - 2:3
**77002** [2] - 2:4, 2:13
**78** [1] - 46:12

## 8

**80** [3] - 28:8, 137:11, 160:21
**80-year-old** [2] - 46:13, 49:12
**8004** [1] - 2:12
**803(18)(A** [1] - 56:7
**832-239-3694** [1] - 2:4
**8:30** [1] - 167:7

## 9

**9** [3] - 118:3, 118:8, 118:9
**91** [1] - 11:12
**93** [1] - 25:23
**93-A** [1] - 26:1
**95** [1] - 106:16
**9:00** [4] - 167:4, 167:5, 167:9, 167:17

## A

**abilities** [8] - 6:15, 6:24, 24:19, 24:21, 31:1, 33:3, 36:20, 160:8
**ability** [16] - 30:10, 32:11, 50:12, 62:25, 66:14, 67:21, 69:22, 75:24, 76:3, 90:11, 136:13, 154:24, 160:22, 160:24, 163:22
**able** [25] - 6:5, 6:9, 8:13, 8:22, 8:25, 25:20, 29:1, 30:10, 30:21, 44:19, 54:6, 68:5, 68:6, 68:7, 68:24, 69:2, 69:16, 71:2, 73:6, 117:10, 134:16, 137:21, 142:19, 156:8, 163:23
**abnormal** [4] - 18:11, 101:3, 111:22, 112:20
**abnormalities** [5] - 85:8, 88:21, 88:25, 102:1, 102:3
**abnormality** [4] - 102:5, 102:7, 115:8, 115:11
**abnormally** [1] - 115:17
**above-entitled** [1] - 167:22
**absence** [1] - 120:19
**absolutely** [1] - 105:13
**academic** [3] - 53:12, 94:1, 98:3
**academy** [1] - 149:21
**accelerate** [2] - 10:18, 52:14

**accelerated** [2] - 52:10, 57:23
**accelerating** [1] - 22:22
**acceleration** [5] - 10:20, 22:23, 57:13, 57:22, 60:20
**accept** [1] - 140:13
**accepted** [1] - 63:6
**access** [1] - 11:4
**according** [4] - 66:1, 71:20, 107:9, 113:25
**account** [3] - 14:24, 137:10, 139:20
**accounts** [1] - 29:13
**accumulating** [1] - 109:1
**accumulation** [2] - 107:3, 109:24
**accuracy** [1] - 158:16
**accurate** [16] - 9:2, 9:10, 25:21, 33:2, 33:5, 34:25, 36:16, 42:11, 71:22, 84:2, 87:15, 92:19, 121:17, 140:25, 141:18, 159:1
**accurately** [3] - 24:20, 29:1, 126:16
**acknowledgement** [1] - 41:22
**acquire** [1] - 153:5
**acting** [1] - 115:17
**active** [2] - 17:16
**activities** [2] - 63:21, 65:21
**activity** [11] - 16:3, 16:22, 19:13, 38:15, 39:6, 101:4, 101:9, 101:24, 102:12, 102:14, 109:20
**actual** [11] - 24:19, 31:12, 58:6, 62:5, 71:25, 96:6, 101:22, 121:17, 145:15, 161:11, 163:25
**acute** [9] - 9:19, 23:6, 24:20, 47:17, 47:21, 53:10, 55:6, 116:5, 116:10
**AD** [1] - 58:1
**addition** [7] - 44:2, 63:11, 80:24, 101:16, 111:5, 115:21, 155:3
**additional** [4] - 101:7, 102:1, 131:25, 132:4
**additionally** [1] - 157:9
**address** [2] - 70:13, 167:8
**addresses** [2] - 56:15, 73:4
**adequately** [1] - 69:17
**administer** [3] - 138:11, 152:24, 162:2
**administered** [3] - 47:25, 152:25, 165:5
**adult** [1] - 46:12
**adults** [1] - 59:21
**advance** [1] - 19:25
**advanced** [1] - 7:3
**advancement** [1] - 16:6
**advice** [4] - 67:19, 67:20, 165:19
**advise** [1] - 67:21
**adviser** [1] - 12:14
**affect** [6] - 28:2, 38:11, 49:5, 61:15, 89:17, 90:11
**affected** [3] - 66:15, 73:5, 100:20
**affecting** [4] - 37:7, 38:7, 39:24, 42:10
**affects** [2] - 38:13, 89:12
**affiliate** [1] - 98:4
**affiliation** [1] - 147:10
**afternoon** [5] - 33:16, 33:17, 75:6,

95:19, 167:13
**AFTERNOON** [1] - 1:10
**afterwards** [1] - 23:21
**age** [10] - 43:18, 46:8, 60:14, 87:11, 87:16, 87:20, 87:22, 87:25, 118:13
**age..** [3] - 118:4, 118:11, 118:12
**ago** [5] - 73:16, 73:19, 73:21, 93:18, 93:19
**agree** [20] - 33:18, 39:21, 39:25, 40:2, 40:15, 43:8, 46:15, 49:2, 50:1, 53:1, 55:9, 63:6, 86:21, 86:22, 86:25, 92:6, 112:23, 112:24, 125:3, 133:12
**agreed** [4] - 56:17, 57:1, 88:24, 112:1
**agreement** [1] - 4:11
**agrees** [4] - 55:15, 55:21, 56:2, 56:15
**ahead** [3] - 68:14, 74:24, 144:15
**al** [1] - 87:7
**algorithm** [5] - 63:3, 71:8, 71:12, 71:19, 139:5
**alibi** [1] - 166:12
**alleges** [2] - 33:24, 33:25
**alliance** [2] - 156:13, 156:16
**allow** [2] - 143:12, 156:5
**allowed** [2] - 122:19, 128:14
**almost** [2] - 42:3, 103:22
**alone** [1] - 41:20
**alteration** [2] - 52:7, 57:11, 57:20
**alternate** [1] - 44:18
**Alzheimer's** [79] - 10:17, 37:1, 40:6, 40:22, 40:24, 41:1, 41:3, 41:4, 41:11, 41:13, 41:14, 41:18, 41:21, 42:7, 42:8, 42:25, 43:12, 43:17, 43:24, 44:8, 44:11, 44:24, 45:4, 45:9, 45:17, 45:18, 45:21, 45:25, 46:3, 52:8, 52:23, 58:1, 59:21, 66:3, 66:4, 66:17, 66:22, 79:17, 80:12, 83:7, 83:14, 83:16, 83:18, 84:16, 84:24, 90:19, 91:10, 91:24, 92:2, 92:5, 96:5, 96:9, 96:12, 96:18, 96:23, 98:2, 98:5, 98:8, 98:9, 98:22, 98:24, 99:16, 99:17, 99:20, 107:11, 107:14, 107:21, 108:21, 111:1, 112:17, 112:21, 112:21, 120:15, 134:21, 140:1, 140:2, 140:4, 140:6
**amazing** - 94:14
**amazingly** [1] - 37:21
**ambit** [1] - 7:17
**AMERICA** [1] - 1:3
**American** [8] - 53:22, 53:23, 148:10, 148:11, 148:18, 149:21, 150:8, 150:9
**amount** [15] - 18:9, 20:21, 22:9, 22:16, 22:17, 32:22, 90:5, 109:11, 113:15, 114:5, 114:8, 139:19, 144:10, 155:19, 157:13
**amyloid** [17] - 41:6, 99:5, 99:9, 108:1, 108:4, 108:13, 108:17, 108:18, 108:19, 109:8, 111:10, 111:15, 111:17, 111:25, 112:2, 112:20
**amyloids** [1] - 109:1
**analysis** [10] - 70:4, 101:3, 101:11, 101:13, 101:14, 103:1, 103:20, 107:2,

114:11, 116:1
**ancient** [1] - 28:5
**anesthesia** [1] - 10:9
**angles** [2] - 16:17, 16:19
**answer** [14] - 8:13, 29:1, 56:23, 56:25, 69:11, 102:16, 102:18, 105:5, 105:10, 121:25, 129:11, 154:25, 165:11, 165:13
**answered** [1] - 137:4
**answering** [1] - 25:17
**answers** [3] - 11:8, 25:21, 143:14
**antibiotics** [1] - 9:4
**antipsychotic** [1] - 47:25
**anxiety** [4] - 36:5, 36:7, 36:9, 154:16, 161:18
**anytime** [4] - 10:14, 48:21, 66:24, 133:16
**anyway** [1] - 48:11
**apairment** [1] - 134:22
**apathy** [6] - 44:24, 45:1, 45:5, 45:8, 45:10
**apologies** [3] - 34:10, 55:12, 58:23
**apologize** [3] - 26:23, 102:18, 118:1
**apology** [1] - 48:10
**appeal** [2] - 125:20, 128:8
**appear** [4] - 11:5, 24:7, 89:17, 159:9
**APPEARANCES** [1] - 1:16
**appeared** [6] - 11:6, 11:7, 14:11, 25:17, 58:3
**application** [2] - 148:25, 149:9
**applied** [2] - 137:1, 149:1
**applies** [2] - 45:11, 154:18
**apply** [3] - 154:24, 155:11, 163:7
**applying** [2] - 154:21, 159:16
**appointment** [1] - 94:3
**appreciate** [1] - 95:19
**approach** [2] - 80:1, 80:2
**appropriate** [6] - 27:10, 28:22, 132:23, 148:14, 153:24, 165:18
**approximate** [1] - 8:2
**Archives** [2] - 53:18, 59:7
**area** [21] - 17:19, 18:10, 19:16, 38:5, 38:6, 38:7, 38:9, 38:10, 38:13, 38:15, 39:3, 39:4, 39:5, 39:6, 81:12, 89:20, 89:22, 101:24, 102:14, 149:10, 149:13
**areas** [42] - 16:20, 16:21, 16:24, 17:17, 17:22, 18:1, 18:3, 18:4, 19:2, 20:20, 21:3, 34:13, 34:18, 37:6, 37:8, 37:15, 37:18, 38:11, 38:21, 43:21, 82:2, 82:23, 84:12, 84:14, 88:16, 89:8, 89:9, 89:19, 100:12, 100:19, 101:7, 101:11, 102:3, 102:4, 102:15, 102:21, 102:22, 102:24, 149:7, 164:22, 164:24
**arousal** [2] - 47:17, 47:22
**arrested** [1] - 153:15
**arrive** [1] - 138:12
**arrives** [1] - 139:7
**arteries** [1] - 13:14
**article** [16] - 54:24, 55:14, 55:16, 59:5, 59:6, 60:18, 60:22, 60:25, 85:20,

85:24, 86:2, 86:12, 87:1, 88:4, 88:11, 88:23
**articles** [1] - 56:4
**aside** [4] - 90:16, 134:18, 135:10, 140:12
**aspect** [2] - 86:13, 87:3
**aspects** [1] - 36:20
**assessment** [6] - 66:3, 138:6, 141:18, 147:8, 165:6
**assessments** [3] - 119:7, 126:16, 163:18
**assigned** [3] - 94:9, 94:16, 97:16
**assist** [7] - 69:23, 126:20, 127:14, 129:4, 129:5, 129:13, 129:21
**assistance** [5] - 70:25, 77:9, 137:20, 140:16, 140:18
**assistant** [2] - 94:4, 94:5
**Assistant** [1] - 94:5
**assisted** [1] - 2:16
**associate** [1] - 94:6
**associated** [12] - 36:6, 36:7, 36:11, 60:5, 65:9, 65:24, 65:25, 66:11, 72:18, 76:22, 130:18, 132:3
**associates** [1] - 30:18
**Association** [2] - 53:22, 53:24
**association** [3] - 49:7, 59:20, 149:18
**assumption** [4] - 88:19, 88:25, 139:15, 158:14
**assumptions** [1] - 156:6
**atrophied** [1] - 39:4
**atrophy** [5] - 38:25, 39:2, 88:7, 115:12, 115:14
**attempt** [1] - 142:25
**attempting** [1] - 159:9
**attention** [1] - 36:22
**attorney's** [1] - 153:6
**attorneys** [1] - 13:17
**attributable** [1] - 76:21
**attributing** [1] - 92:22
**atypical** [2] - 15:14, 96:5
**audience** [1] - 104:22
**August** [10] - 16:11, 20:6, 20:13, 20:16, 22:6, 32:21, 112:3, 112:10, 114:4, 114:10
**author** [4] - 55:2, 85:25, 86:17, 150:3
**authored** [1] - 149:6
**authorization** [1] - 13:2
**authors** [1] - 85:24
**available** [3] - 23:15, 142:17, 143:11
**average** [4] - 46:2, 46:11, 87:11, 104:8
**avidity** [2] - 101:20, 101:21
**avoided** [1] - 133:10
**aware** [19] - 6:3, 6:18, 29:3, 34:1, 51:19, 51:21, 52:19, 53:3, 61:5, 61:7, 61:13, 61:16, 62:18, 113:9, 113:12, 119:19, 127:1, 127:5, 142:8
**awareness** [3] - 6:13, 6:15, 8:12

# B

**bachelor** [1] - 148:2
**background** [3] - 59:19, 144:12, 148:1
**bad** [5] - 17:23, 17:24, 27:17, 29:8, 29:9
**badly** [1] - 162:20
**ballpark** [2] - 46:4, 140:11
**banging** [3] - 104:19, 104:21, 105:6
**bark** [1] - 88:2
**Barras** [3] - 30:18, 142:14, 142:18
**basal** [2] - 34:19, 37:7
**base** [3] - 32:23, 164:16, 164:17
**based** [32] - 29:15, 30:7, 31:11, 31:12, 32:17, 32:20, 41:19, 53:12, 62:3, 87:25, 105:9, 114:6, 121:12, 121:21, 123:22, 124:4, 126:2, 129:10, 135:1, 136:24, 139:17, 139:22, 141:6, 141:8, 141:19, 141:22, 142:11, 143:11, 158:10
**basis** [3] - 142:20, 146:20, 151:6
**Baylor** [2] - 135:10, 135:11
**bear** [2] - 10:5, 54:8
**became** [4] - 14:21, 33:25, 48:5, 148:21
**become** [4] - 39:4, 132:9, 148:9
**becomes** [2] - 42:1, 74:1
**bed** [1] - 48:6
**BEFORE** [1] - 1:11
**began** [1] - 11:21
**begin** [6] - 6:12, 14:13, 41:5, 99:13, 132:18, 146:4
**beginning** [5] - 9:22, 47:5, 116:23, 118:4, 119:2
**begins** [1] - 118:11
**behavior** [3] - 64:4, 95:25, 145:22
**Behavioral** [1] - 94:16
**behavioral** [5] - 94:20, 95:25, 97:9, 145:16, 154:12
**behaviors** [1] - 165:2
**belief** [1] - 99:7
**believes** [3] - 127:6, 129:19, 130:1
**bell** [2] - 106:23, 106:24
**below** [1] - 94:9
**bench** [2] - 104:24, 105:6
**benches** [2] - 104:20, 104:21
**beneficial** [1] - 6:19
**benefit** [1] - 159:12
**best** [5] - 18:24, 135:9, 141:22, 160:5, 160:20
**beta** [1] - 109:1
**better** [7] - 8:11, 59:11, 154:13, 156:7, 156:13, 156:14, 156:21
**between** [24] - 19:8, 22:1, 22:4, 22:6, 22:10, 22:15, 31:9, 31:10, 32:20, 38:21, 41:2, 44:18, 44:20, 49:8, 62:21, 70:16, 95:4, 102:6, 109:19, 126:13, 136:2, 151:15, 154:4, 155:24
**beyond** [11] - 31:1, 67:24, 69:17, 73:8, 118:25, 120:23, 124:3, 124:5, 127:15, 143:6, 143:10

**Bias** [1] - 150:3
**Bible** [1] - 148:4
**biblical** [1] - 148:3
**big** [1] - 27:17
**bilateral** [3] - 34:11, 101:6, 101:20
**bill** [1] - 6:1
**binding** [1] - 101:24
**binds** [5] - 17:6, 17:8, 17:10, 17:12, 17:13
**biological** [3] - 41:2, 41:4, 41:6
**biology** [1] - 96:10
**bipolar** [1] - 154:15
**birth** [1] - 73:11
**birthday** [1] - 73:13
**bit** [6] - 17:2, 75:1, 77:22, 140:1, 156:17, 158:19
**bladder** [2] - 12:8, 14:5
**blood** [11] - 9:19, 18:9, 47:7, 47:13, 47:15, 48:22, 50:19, 50:21, 50:24, 82:2, 82:22
**blue** [3] - 16:16, 16:20, 19:2
**board** [14] - 148:14, 148:19, 148:20, 148:21, 148:24, 149:18, 153:25, 154:2, 154:8, 159:15, 161:8
**Board** [1] - 148:18
**board-certified** [5] - 148:14, 148:20, 148:21, 153:25, 154:2
**boards** [2] - 148:9, 148:20
**Bob** [7] - 47:25, 48:5, 48:11, 51:2, 78:2, 78:6, 127:13
**Bob's** [4] - 49:10, 49:22, 50:15, 143:1
**bodies** [8] - 79:18, 80:12, 91:11, 91:25, 92:3, 92:4, 112:18, 112:22
**body** [8] - 17:7, 37:1, 82:19, 83:7, 83:19, 90:18, 98:18, 98:19
**boil** [1] - 85:5
**bolded** [1] - 119:1
**book** [2] - 150:2, 150:3
**books** [2] - 149:12, 150:6
**Boris** [1] - 1:19
**boris.bourget@usdoj.gov** [1] - 1:24
**boss** [2] - 94:23, 94:25
**boss's** [1] - 94:25
**bosses** [1] - 95:1
**bottom** [1] - 20:16
**Bourget** [1] - 1:19
**bouts** [6] - 49:20, 50:14, 51:3, 51:24, 132:4
**box** [1] - 6:5
**bradykinesia** [1] - 35:3
**bradyphrenia** [1] - 37:10
**Brain** [1] - 85:17
**brain** [101] - 16:1, 16:2, 16:4, 16:6, 16:17, 16:19, 16:20, 16:22, 17:15, 17:17, 17:19, 18:2, 18:4, 18:10, 19:4, 19:11, 19:12, 19:13, 19:15, 19:20, 23:22, 23:24, 23:25, 24:7, 31:7, 34:12, 34:15, 34:18, 37:6, 37:18, 37:21, 38:1, 38:3, 38:11, 38:15, 38:17, 39:6, 42:4,

42:6, 49:6, 49:10, 49:13, 49:22, 50:2, 50:6, 51:5, 74:5, 74:7, 74:10, 81:9, 81:12, 81:14, 81:17, 81:18, 81:20, 81:21, 82:1, 82:6, 82:10, 82:11, 82:15, 84:2, 84:6, 84:13, 84:14, 84:16, 85:15, 85:16, 88:12, 88:21, 89:1, 89:8, 89:19, 89:21, 90:1, 90:4, 100:12, 100:20, 101:8, 102:23, 106:7, 109:1, 109:11, 113:11, 115:14, 115:22, 115:25, 116:7, 134:13, 141:4, 145:16, 145:19, 145:21, 153:2, 164:22

**brain's** [3] - 23:23, 50:11, 90:10

**branch** [1] - 147:18

**break** [7] - 4:21, 42:13, 68:14, 74:24, 161:4, 166:23

**brief** [1] - 142:1

**briefly** [2] - 145:12, 151:24

**bring** [1] - 19:6

**Brockman** [52] - 5:3, 5:5, 5:23, 7:23, 8:6, 8:11, 9:17, 11:1, 14:2, 14:17, 22:15, 22:20, 23:3, 25:9, 26:5, 31:15, 32:2, 33:19, 33:21, 33:25, 34:3, 35:13, 39:25, 46:23, 68:10, 77:23, 80:17, 97:11, 98:13, 108:4, 108:25, 110:10, 117:11, 118:15, 118:17, 118:24, 119:5, 119:12, 119:14, 123:18, 126:4, 126:22, 127:7, 129:19, 130:2, 130:12, 130:20, 131:10, 134:9, 135:12, 140:14, 142:22

**BROCKMAN** [1] - 1:6

**Brockman's** [15] - 8:8, 10:5, 16:19, 16:22, 20:4, 20:15, 32:7, 34:6, 34:15, 69:21, 107:4, 111:23, 114:2, 131:14, 135:11

**broken** [1] - 161:3

**brought** [1] - 14:9

**bug** [2] - 11:23, 12:7

**bunch** [1] - 110:9

**Bureau** [3] - 147:18, 150:8, 150:13

**BY** [34] - 4:19, 13:23, 28:18, 33:15, 42:20, 43:11, 53:17, 54:4, 54:12, 56:24, 57:9, 57:19, 59:3, 65:3, 68:16, 70:1, 75:15, 77:19, 80:5, 86:11, 91:1, 105:21, 117:7, 118:2, 125:25, 128:16, 128:23, 130:11, 133:19, 134:2, 136:18, 142:4, 143:17, 145:6

## C

**calculate** [1] - 71:12

**calculated** [1] - 76:25

**camera** [1] - 138:3

**cameras** [1] - 5:9

**can't** [1] - 123:4

**capabilities** [1] - 31:5

**capable** [2] - 76:6, 159:10

**capacities** [1] - 30:22

**captured** [1] - 106:16

**car** [1] - 12:12

**care** [13] - 5:25, 6:2, 45:15, 63:20,

75:21, 75:25, 76:4, 76:6, 76:10, 76:11, 77:13, 140:19, 160:21

**career** [3] - 148:5, 148:8, 151:12

**carefully** [1] - 133:10

**carried** [1] - 157:8

**cars** [1] - 14:6

**CASE** [3] - 4:6, 54:8, 75:9

**case** [39] - 7:17, 9:16, 9:17, 10:21, 16:22, 17:7, 17:9, 22:22, 24:2, 24:23, 25:8, 26:20, 34:1, 41:24, 75:4, 78:4, 83:22, 93:5, 99:3, 100:2, 104:25, 109:7, 110:1, 110:5, 114:2, 132:2, 143:23, 152:22, 153:19, 154:22, 155:5, 155:6, 157:4, 157:17, 163:8, 164:8, 165:14, 166:9, 167:6

**cases** [6] - 36:19, 96:6, 98:25, 147:16, 153:1, 158:21

**catch** [1] - 40:22

**catch-all** [1] - 40:22

**categories** [7] - 62:24, 71:10, 71:18, 138:5, 138:13, 138:14, 161:5

**categorization** [1] - 161:9

**categorize** [1] - 135:25

**categorizing** [2] - 63:7, 63:12

**category** [9] - 63:22, 71:7, 71:11, 71:16, 72:22, 76:9, 76:19, 139:10, 139:11

**caudate** [2] - 101:21, 107:4

**caused** [1] - 38:9

**causing** [2] - 23:8, 109:21

**caveat** [1] - 165:10

**CDK** [2] - 13:5, 14:7

**CDR** [6] - 63:5, 71:20, 77:1, 137:25, 138:1, 138:5

**cell** [1] - 82:9

**cells** [6] - 81:25, 82:4, 82:16, 82:21, 82:22

**center** [7] - 97:14, 97:15, 97:17, 97:19, 98:3, 98:8, 98:9

**Center** [11] - 98:5, 146:2, 146:8, 147:1, 147:12, 147:15, 147:18, 150:11, 150:12, 151:2, 155:3

**centers** [1] - 95:12

**CEO** [1] - 31:21

**cerebellum** [1] - 39:11

**cerebrum** [1] - 111:23

**certain** [14] - 11:7, 31:14, 42:11, 43:18, 45:13, 56:3, 69:13, 71:1, 76:22, 139:6, 151:9, 156:4, 162:6, 162:8

**certainly** [10] - 49:15, 49:18, 50:5, 51:2, 51:17, 51:22, 61:12, 67:1, 82:19, 120:2

**certainty** [1] - 137:3

**CERTIFICATE** [1] - 167:19

**certification** [2] - 154:8, 154:9

**certifications** [1] - 149:19

**certified** [7] - 148:9, 148:14, 148:20, 148:21, 153:25, 154:2, 154:9

**certify** [1] - 167:20

**chairman** [1] - 95:3

**chance** [1] - 28:6

**change** [22] - 9:15, 14:25, 15:23, 16:5, 21:6, 21:24, 22:6, 22:8, 22:14, 22:16, 22:17, 22:25, 23:3, 25:2, 32:20, 35:24, 55:6, 58:3, 109:12, 116:2, 148:4, 158:23

**changed** [3] - 41:20, 43:19, 148:5

**changes** [21] - 19:19, 19:20, 19:21, 20:24, 20:25, 21:2, 22:24, 31:7, 36:1, 41:6, 41:7, 53:10, 109:17, 109:18, 109:22, 113:15, 113:24, 115:4, 156:22, 156:23

**characteristics** [2] - 12:11, 162:7

**characterize** [1] - 50:3

**characterized** [1] - 55:7

**charge** [1] - 79:7

**chart** [1] - 21:11

**check** [2] - 9:8, 35:18

**chief** [1] - 94:24

**child** [1] - 149:3

**Christopher** [1] - 1:19

**christopher.magnani@usdoj.gov** [1] - 1:24

**cingulate** [3] - 101:6, 107:4, 107:5

**circuit** [2] - 38:13, 155:8

**circuits** [1] - 37:7

**cite** [2] - 84:19, 84:20

**cited** [2] - 84:17, 84:21

**citing** [2] - 58:7, 87:7

**Citizens** [2] - 147:10, 147:11

**Claassen** [2] - 94:19, 94:20

**clarify** [5] - 24:9, 44:10, 71:6, 133:17, 140:8

**class** [1] - 160:12

**classic** [1] - 83:23

**clean** [2] - 90:20, 90:22

**clear** [16] - 25:15, 30:9, 31:9, 31:10, 105:12, 115:10, 123:6, 123:7, 123:9, 124:22, 125:4, 125:7, 125:8, 127:17, 136:1, 158:5

**clearly** [3] - 29:9, 30:13, 32:10

**client** [5] - 67:20, 67:22, 69:1, 69:9

**clinic** [11] - 20:7, 51:12, 95:16, 95:21, 97:3, 99:14, 99:17, 158:7, 163:16, 163:17

**clinical** [60] - 5:10, 5:12, 18:20, 19:1, 21:15, 30:11, 41:3, 41:11, 41:16, 41:25, 42:24, 43:1, 44:17, 62:18, 62:23, 63:10, 63:11, 65:5, 65:19, 97:5, 98:11, 99:1, 107:11, 110:25, 113:19, 114:15, 117:8, 117:9, 134:7, 138:1, 145:8, 145:9, 145:13, 145:14, 146:1, 146:3, 147:6, 148:21, 149:1, 149:9, 149:21, 152:16, 152:17, 154:1, 154:3, 154:5, 154:8, 154:9, 154:17, 155:4, 155:15, 155:25, 156:1, 157:4, 157:23, 158:3, 158:8, 163:1, 163:13

**Clinical** [1] - 150:4

**clinically** [3] - 90:2, 105:25, 117:12

**clinician** [4] - 63:15, 134:1, 155:24, 156:4

**clinician's** [1] - 62:24
**clinicians** [2] - 40:13, 63:12
**clinics** [4] - 95:12, 97:7, 97:8, 97:10
**clip** [15] - 4:15, 4:20, 4:24, 5:2, 5:17, 8:1, 11:11, 11:13, 11:15, 14:5, 25:23, 26:1, 26:4, 26:25, 27:2
**clips** [1] - 4:11
**close** [2] - 30:18, 73:3
**closed** [1] - 147:9
**closely** [2] - 109:23, 110:25
**co** [3] - 85:25, 86:17, 150:3
**co-author** [3] - 85:25, 86:17, 150:3
**coded** [2] - 74:5, 74:9
**coexist** [1] - 51:9
**coexisting** [2] - 98:24, 98:25
**cognition** [3] - 39:24, 50:13, 55:7
**cognitive** [91] - 5:6, 5:14, 5:18, 6:12, 6:15, 6:22, 6:23, 6:24, 7:1, 7:2, 7:7, 8:14, 8:20, 10:5, 18:16, 18:18, 20:11, 24:19, 24:21, 25:19, 30:10, 30:19, 30:22, 30:25, 31:5, 31:13, 32:2, 32:7, 32:11, 32:19, 33:3, 36:18, 36:20, 37:3, 37:16, 40:3, 40:7, 40:17, 40:20, 43:13, 43:15, 44:2, 44:4, 44:6, 49:13, 50:9, 50:11, 50:15, 51:3, 52:7, 52:13, 57:12, 57:21, 58:2, 59:8, 59:21, 60:6, 60:8, 60:19, 61:4, 62:9, 62:22, 65:10, 65:12, 66:24, 69:22, 76:5, 80:25, 92:9, 94:21, 97:9, 108:20, 108:22, 109:10, 120:18, 124:1, 125:12, 126:12, 126:17, 126:18, 134:22, 134:25, 135:15, 136:5, 136:7, 136:13, 137:10, 139:8, 141:18, 141:20, 161:1
**Cognitive** [1] - 94:17
**cognitively** [2] - 41:5, 134:13
**coin** [2] - 156:9, 161:23
**collateral** [2] - 142:15, 142:25
**collect** [1] - 77:17
**collected** [1] - 160:1
**color** [1] - 19:2
**colors** [5] - 16:20, 18:1, 18:10, 18:14, 19:2
**column** [1] - 65:16
**columns** [1] - 139:3
**combative** [1] - 48:5
**combination** [1] - 111:2
**combine** [1] - 66:22
**coming** [3] - 5:16, 40:11, 152:9
**comment** [7] - 60:23, 93:3, 93:5, 101:14, 102:24, 118:21, 119:10
**commented** [2] - 22:1, 91:2, 92:12, 92:25, 96:16
**comments** [3] - 22:8, 29:5, 102:3
**common** [7] - 39:16, 39:18, 51:14, 86:13, 87:2, 136:12, 151:20
**commonly** [2] - 51:9, 51:11
**communicate** [1] - 68:8
**communicated** [1] - 110:17
**communicating** [3] - 67:3, 67:7, 67:13
**communication** [1] - 38:21

**Communications** [1] - 85:18
**companies** [2] - 113:4, 113:6
**company** [2] - 31:22, 113:10
**compare** [11] - 5:10, 14:16, 20:12, 20:13, 20:25, 28:19, 102:2, 105:23, 106:1, 106:11, 116:12
**compared** [5] - 18:13, 18:15, 21:8, 22:18, 96:12
**compares** [1] - 103:2
**comparing** [11] - 16:4, 83:12, 100:17, 103:11, 103:16, 103:24, 104:1, 104:15, 106:4, 106:8, 114:9
**comparison** [4] - 18:17, 19:24, 104:3, 106:12
**compensate** [3] - 50:12, 90:11, 134:17
**competence** [4] - 79:10, 107:18, 127:16, 127:18
**COMPETENCY** [1] - 1:9
**competency** [21] - 67:25, 127:24, 128:4, 128:12, 128:13, 128:17, 128:19, 129:9, 129:15, 130:5, 130:6, 131:15, 150:21, 151:11, 151:13, 151:17, 153:21, 154:22, 165:5, 165:6, 165:8
**competency-specific** [1] - 165:5
**competent** [15] - 69:23, 127:14, 129:20, 130:6, 151:10, 151:18, 151:21, 152:2, 164:8, 164:12, 166:7, 166:8, 166:18, 166:19, 166:20
**complain** [1] - 45:5
**complaint** [2] - 40:3, 40:17
**complaints** [1] - 40:19
**complete** [2] - 25:20, 102:18
**completed** [2] - 148:5, 148:6
**completely** [3] - 42:7, 89:18, 90:2
**complex** [2] - 70:21, 137:18
**complexity** [1] - 71:1
**complicated** [3] - 37:21, 39:8, 81:15
**component** [1] - 116:9
**computer** [2] - 2:16, 100:13
**computer-assisted** [1] - 2:16
**concept** [1] - 103:10
**concern** [1] - 105:17
**concerned** [4] - 10:19, 27:21, 64:20, 164:23
**concerns** [9] - 5:21, 5:24, 6:7, 6:18, 30:19, 75:2, 95:22, 98:17
**conclude** [1] - 162:16
**concluded** [1] - 13:21
**Concluded** [1] - 167:18
**conclusion** [3] - 158:9, 158:24, 159:2
**conclusions** [1] - 122:16
**condition** [2] - 48:23, 164:19
**conditions** [1] - 12:20
**conduct** [1] - 117:10
**conducted** [2] - 102:25, 127:5
**conducting** [1] - 116:1
**conference** [4] - 5:4, 5:8, 14:4, 149:22
**confidence** [1] - 164:4
**confirmed** [2] - 34:6, 120:9

**confirms** [1] - 101:16
**confronted** [1] - 141:14
**confused** [3] - 11:7, 14:11, 25:15
**confusing** [3] - 42:12, 137:23, 138:15
**confusion** [1] - 139:25
**confusional** [3] - 9:20, 23:6, 47:21
**connected** [5] - 38:7, 38:11, 39:4, 39:6, 89:6
**connecting** [1] - 85:21
**connection** [1] - 39:12
**connections** [1] - 38:18
**consensus** [2] - 149:22, 149:24
**consequences** [1] - 70:13
**consider** [4] - 39:19, 66:2, 132:25, 134:6
**consideration** [2] - 23:4, 23:12
**considered** [6] - 14:24, 15:2, 30:1, 65:12, 102:8, 166:3
**considers** [1] - 63:17
**consist** [1] - 82:6
**consisted** [1] - 82:12
**consistency** [1] - 136:19
**consistent** [13] - 7:6, 18:19, 18:25, 21:22, 21:23, 23:25, 41:23, 92:8, 96:17, 111:15, 124:17, 124:18, 133:8
**consistent'** [1] - 133:7
**consists** [2] - 34:24, 81:21
**consulted** [1] - 146:22
**consulting** [1] - 147:15
**contact** [2] - 142:18, 142:19
**contents** [1] - 68:6
**context** [6] - 4:23, 9:12, 103:9, 110:21, 110:22
**contexts** [1] - 137:2
**continued** [5] - 15:12, 30:16, 49:24, 147:1, 147:3
**Continued** [1] - 4:18
**continues** [2] - 28:25, 49:24
**continuum** [1] - 63:7
**contradicts** [1] - 83:15
**contrast** [1] - 111:23
**contribute** [3] - 10:13, 22:23, 46:14
**contributed** [1] - 22:21
**contributions** [1] - 86:25
**control** [2] - 103:2, 103:5
**convenience** [1] - 132:14
**conventional** [2] - 88:20, 88:24
**conversation** [2] - 73:21, 73:23
**conversion** [1] - 162:24
**convey** [2] - 70:4
**copy** [5] - 80:3, 80:4, 90:21, 90:22, 138:22
**Corey** [1] - 1:18
**corey.smith@usdoj.gov** [1] - 1:23
**correct** [144] - 16:14, 18:22, 24:14, 24:24, 29:9, 33:7, 33:19, 33:22, 34:1, 34:4, 34:7, 34:12, 37:2, 39:14, 39:17, 40:23, 43:25, 44:3, 44:7, 45:20, 46:24, 48:1, 48:6, 48:13, 49:11, 50:16, 52:8,

52:13, 53:8, 59:22, 60:25, 61:4, 61:9,
61:10, 62:22, 65:13, 65:14, 65:21,
66:1, 67:4, 70:5, 70:22, 72:3, 72:4,
72:8, 72:14, 72:15, 73:14, 73:17,
74:12, 76:2, 76:7, 77:14, 78:3, 78:11,
79:10, 79:19, 80:14, 80:18, 80:22,
81:1, 81:8, 83:11, 83:12, 83:17, 84:25,
85:6, 85:12, 86:14, 87:9, 87:18, 87:24,
88:13, 88:17, 88:18, 89:1, 89:6, 89:7,
89:13, 89:18, 90:7, 93:8, 93:23, 94:2,
94:6, 95:13, 95:17, 96:9, 96:25, 97:6,
97:12, 98:11, 98:12, 100:2, 100:25,
101:9, 101:18, 102:5, 102:23, 103:5,
103:11, 104:4, 104:12, 106:8, 106:9,
106:13, 106:24, 107:5, 107:11, 108:2,
108:5, 108:17, 109:1, 109:5, 109:8,
110:10, 110:14, 110:22, 113:5,
113:21, 114:4, 114:25, 115:12,
115:17, 115:22, 116:14, 119:9,
119:25, 120:3, 126:9, 126:23, 127:2,
127:14, 130:2, 130:13, 130:16,
130:17, 130:22, 131:2, 131:7, 131:11,
131:15, 153:25, 167:21
**correctly** [1] - 115:5
**correlate** [1] - 138:16
**correlation** [3] - 109:19, 138:20, 139:3
**correspond** [11] - 16:20, 18:10, 20:7,
20:9, 43:21, 76:16, 106:14, 108:20,
109:23, 109:24, 110:25
**correspondence** [3] - 90:10, 90:14,
141:5
**corresponding** [3] - 20:17, 39:11,
115:14
**corresponds** [3] - 18:9, 41:8, 103:7
**cortex** [1] - 37:19
**cortical** [1] - 111:22
**cortices** [2] - 85:11, 88:9
**corticobasal** [1] - 96:4
**Counsel** [2] - 4:8, 128:8
**counsel** [27] - 43:2, 58:24, 64:16, 67:4,
67:8, 67:14, 67:18, 67:19, 69:3, 69:16,
69:23, 74:23, 76:13, 76:16, 116:16,
120:25, 124:8, 129:12, 129:13,
132:14, 138:2, 144:8, 153:7, 153:10,
165:20, 166:9
**country** [1] - 54:18
**couple** [4] - 110:9, 133:21, 146:6,
146:11
**course** [23] - 8:8, 9:14, 15:13, 20:10,
20:24, 20:25, 26:25, 29:15, 32:16,
32:25, 48:14, 52:14, 114:1, 114:6,
119:4, 121:19, 124:4, 126:2, 136:23,
141:19, 148:8, 151:12, 153:20
**Court** [14] - 27:1, 129:9, 129:16, 129:21,
145:12, 145:23, 147:25, 151:24,
153:22, 154:4, 155:8, 159:7, 161:1,
163:12
**court** [3] - 155:1, 155:8, 155:9
**COURT** [86] - 1:1, 2:11, 4:7, 4:13, 4:17,
11:17, 26:2, 33:10, 33:13, 42:14,

42:16, 43:5, 43:8, 53:16, 54:3, 55:11,
55:23, 56:10, 56:22, 57:4, 57:7, 57:14,
57:17, 58:16, 59:2, 64:16, 64:22, 65:2,
68:3, 68:14, 69:6, 74:23, 75:10, 75:13,
77:7, 80:2, 86:7, 105:3, 105:9, 105:14,
105:16, 105:19, 116:16, 116:19,
116:24, 117:2, 117:25, 120:14, 121:3,
121:5, 121:8, 121:11, 121:23, 122:17,
122:25, 123:13, 123:20, 124:6,
124:11, 124:24, 125:10, 125:15,
125:19, 125:22, 127:22, 128:7, 129:6,
130:4, 132:13, 133:2, 133:5, 133:14,
136:16, 141:25, 142:2, 143:12,
143:25, 144:3, 144:7, 144:14, 144:20,
144:25, 166:25, 167:12, 167:16,
167:19
**Court's** [2] - 58:13, 167:2
**court's** [1] - 33:12
**courtroom** [4] - 105:7, 141:13, 144:5,
152:21
**Courts** [1] - 146:5
**courts** [1] - 146:15
**cover** [5] - 77:21, 113:7, 113:10, 113:14,
116:21
**covered** [3] - 96:23, 115:10, 155:6
**covers** [1] - 154:17
**COVID** [2] - 28:14, 29:3
**create** [2] - 139:24, 156:16
**created** [1] - 10:20
**credit** [2] - 126:21, 127:12
**criminal** [7] - 149:4, 149:5, 149:10,
151:10, 154:20, 164:4, 166:6
**criminal-related** [1] - 149:5
**criteria** [3] - 62:15, 62:20, 71:15
**CROSS** [1] - 33:14
**cross** [12] - 3:3, 33:10, 56:8, 69:3,
72:21, 125:2, 128:14, 132:19, 132:22,
140:3, 141:11, 141:15
**cross-examination** [8] - 33:10, 56:8,
69:3, 125:2, 132:19, 140:3, 141:11,
141:15
**CROSS-EXAMINATION** [1] - 33:14
**cross-examine** [1] - 128:14
**crossed** [2] - 137:5, 137:15
**CRR** [1] - 2:12
**CSR** [1] - 2:12
**cumulative** [1] - 89:9
**current** [5] - 98:14, 111:2, 126:16,
142:16, 143:1
**curve** [2] - 106:23, 106:24
**custody** [1] - 149:3
**cuts** [1] - 59:14
**cutting** [1] - 59:10

# D

**daily** [1] - 63:21
**damage** [24] - 16:4, 16:20, 17:17, 17:20,
19:11, 19:14, 37:15, 38:5, 38:6, 38:9,
38:10, 38:12, 38:17, 38:18, 39:3, 39:5,

43:21, 74:7, 81:10, 89:9, 89:20, 89:21,
90:5, 109:11
**damaged** [1] - 68:22
**dangerous** [1] - 117:4
**dangerousness** [1] - 150:21
**Daniel** [2] - 94:19, 94:20
**DARBY** [1] - 3:2
**Darby** [12] - 4:20, 13:24, 16:8, 21:10,
31:19, 33:16, 70:2, 120:11, 128:18,
133:20, 143:18, 144:3
**data** [12] - 31:14, 100:14, 104:11, 158:8,
160:1, 160:7, 162:16, 162:17, 164:4,
165:23, 165:24, 166:1
**date** [4] - 24:1, 69:13, 73:11, 108:6
**DATE** [1] - 167:23
**dates** [1] - 129:12
**DaTscan** [3] - 34:7, 34:8, 34:9
**daughter** [1] - 28:12
**daughter-in-law** [1] - 28:12
**day-to-day** [1] - 142:20
**days** [3] - 9:21, 10:23, 47:10
**DC** [1] - 1:22
**deal** [1] - 113:4
**dealing** [1] - 113:1
**death** [3] - 46:10, 140:7, 140:10
**death's** [1] - 119:24
**debilitating** [2] - 86:13, 87:3
**decade** [1] - 109:5
**decent** [1] - 27:23
**Deception** [1] - 150:5
**decide** [2] - 129:16, 163:2
**decided** [1] - 69:21
**decision** [1] - 139:7
**decisionmaking** [8] - 36:22, 37:12,
44:16, 66:14, 66:16, 71:1, 137:19
**decisions** [1] - 155:9
**deck** [1] - 61:20
**decline** [16] - 15:24, 52:8, 52:13, 53:7,
56:20, 57:12, 57:21, 57:22, 57:23,
58:2, 60:13, 60:19, 61:4, 61:15, 63:8,
71:20
**decreased** [7] - 101:4, 101:9, 101:20,
102:11, 102:13, 107:3, 111:22
**deep** [1] - 34:18
**deeper** [2] - 17:2, 37:5
**defect** [1] - 65:21
**defend** [1] - 165:21
**Defendant** [1] - 4:5
**defendant** [20] - 120:17, 142:8, 142:20,
152:1, 153:11, 153:20, 154:25,
155:14, 155:16, 156:2, 156:17,
157:17, 158:11, 158:17, 163:8, 164:6,
164:7, 166:6, 167:15
**DEFENDANT** [1] - 2:1
**Defendant's** [1] - 59:4
**defendant's** [1] - 142:15
**defendants** [2] - 151:16, 166:4
**defending** [1] - 129:14
**Defense** [1] - 54:11

PM 1-174

**defense** [24] - 4:11, 11:3, 21:18, 25:10, 54:5, 58:25, 86:2, 91:8, 99:25, 111:9, 112:13, 119:23, 120:13, 120:25, 126:20, 127:14, 129:4, 129:5, 129:21, 138:2, 144:2, 153:7, 153:9, 166:11
**deficits** [5] - 35:23, 36:16, 44:2, 44:4, 44:6
**define** [2] - 40:13, 149:16
**defines** [1] - 76:25
**definitely** [4] - 96:8, 107:23, 124:16, 125:5
**definition** [3] - 41:20, 159:8, 163:5
**definitional** [2] - 136:2, 137:3
**definitionally** [1] - 159:13
**definitions** [4] - 41:21, 43:19, 136:25, 154:23
**definitive** [2] - 64:6, 149:18
**degeneration** [1] - 96:4
**degree** [12] - 15:14, 25:16, 30:19, 76:22, 102:4, 102:7, 103:15, 108:22, 115:19, 134:15, 148:2, 148:6
**delirious** [19] - 10:24, 15:9, 23:5, 23:12, 23:16, 23:18, 23:21, 24:5, 24:6, 24:13, 24:14, 24:16, 24:25, 25:2, 29:22, 30:1, 49:16, 50:22, 132:9
**delirium** [88] - 9:5, 9:19, 10:10, 10:14, 10:17, 15:10, 23:5, 23:10, 23:11, 23:25, 24:8, 46:22, 46:24, 47:3, 47:7, 47:11, 47:16, 47:20, 48:1, 48:4, 48:12, 48:19, 48:20, 49:1, 49:3, 49:6, 49:8, 49:9, 49:15, 49:17, 49:21, 49:25, 50:1, 50:4, 50:7, 50:14, 50:25, 51:2, 51:3, 51:4, 51:6, 51:7, 51:9, 51:13, 51:16, 51:18, 51:20, 51:23, 51:24, 51:25, 52:6, 52:9, 52:11, 52:20, 52:23, 53:7, 53:9, 54:25, 55:5, 56:19, 57:11, 57:20, 58:1, 59:8, 59:20, 60:2, 60:5, 61:2, 61:3, 61:12, 61:15, 61:17, 118:14, 119:3, 121:16, 126:3, 130:17, 130:21, 130:23, 130:25, 131:3, 131:6, 132:5, 132:7, 135:7, 137:12
**delta** [1] - 29:13
**demarcation** [2] - 136:2
**demarcations** [1] - 136:24
**dementia** [208] - 7:5, 10:15, 15:4, 16:7, 16:25, 18:20, 20:8, 25:4, 30:14, 30:22, 37:1, 39:14, 39:16, 39:18, 40:21, 40:22, 40:25, 41:2, 41:10, 41:11, 41:13, 41:14, 41:18, 41:19, 42:8, 42:25, 43:12, 43:13, 45:7, 46:16, 51:9, 51:14, 51:15, 52:1, 52:4, 52:15, 54:25, 56:19, 56:20, 59:9, 60:13, 61:20, 62:8, 62:10, 62:11, 62:12, 62:18, 62:21, 62:22, 62:23, 63:8, 64:4, 65:5, 65:7, 65:8, 65:18, 65:19, 65:24, 66:8, 66:11, 71:4, 71:9, 71:11, 71:16, 71:21, 71:25, 72:6, 72:17, 72:22, 74:15, 76:1, 76:3, 76:9, 76:13, 76:16, 76:17, 76:22, 76:25, 77:2, 79:18, 79:19, 80:12, 80:13, 83:6, 83:7, 83:14, 83:17, 83:20,

84:24, 85:9, 85:21, 86:13, 87:2, 87:18, 87:19, 87:23, 88:1, 88:4, 88:6, 88:13, 90:18, 91:11, 91:12, 91:25, 92:1, 92:3, 92:4, 95:16, 95:20, 96:8, 96:12, 96:15, 96:19, 96:24, 96:25, 97:3, 97:12, 97:25, 98:18, 98:21, 99:4, 99:20, 107:11, 107:14, 107:21, 112:18, 112:19, 112:21, 112:22, 118:16, 118:17, 118:20, 118:21, 118:25, 119:5, 119:7, 119:9, 119:10, 119:12, 119:14, 119:21, 119:23, 119:24, 120:1, 120:2, 120:4, 120:6, 120:12, 120:19, 120:20, 120:22, 120:23, 121:10, 121:11, 121:15, 122:7, 122:9, 122:22, 122:24, 123:8, 123:11, 123:12, 123:19, 124:2, 124:5, 125:13, 125:14, 126:5, 126:7, 126:9, 134:10, 134:21, 135:5, 135:19, 136:3, 136:8, 136:11, 136:12, 136:21, 137:6, 137:9, 137:13, 137:16, 138:1, 138:17, 139:4, 140:2, 140:6, 140:10, 141:8, 141:10, 141:21, 142:12, 163:17, 166:5, 166:6, 166:7, 166:17, 166:19
**dementia'** [1] - 122:8
**dementias** [5] - 41:22, 95:23, 95:24, 96:7, 140:11
**demonstrate** [4] - 6:12, 6:14, 30:22, 30:25
**demonstrated** [1] - 132:4
**demonstrates** [3] - 6:13, 6:15, 101:3
**demonstrating** [5] - 8:20, 30:11, 32:2, 57:25, 129:1
**Denney** [7] - 127:5, 144:11, 144:15, 144:16, 145:1, 145:7, 160:14
**DENNEY** [2] - 3:6, 145:3
**Denney's** [2] - 127:8, 127:10
**denying** [1] - 161:21
**Department** [3] - 1:20, 95:12, 153:19
**department** [4] - 94:10, 95:3, 114:18, 147:13
**dependent** [2] - 29:20, 43:14
**depicting** [1] - 20:3
**deposition** [5] - 26:15, 26:16, 26:18, 30:17, 127:2
**depositions** [1] - 30:13
**depression** [4] - 36:11, 36:13, 154:15, 161:17
**describe** [11] - 5:18, 8:8, 16:15, 18:23, 25:11, 27:24, 40:9, 136:10, 136:20, 145:12, 159:6
**described** [12] - 10:24, 38:25, 40:21, 47:16, 47:20, 50:9, 74:16, 80:21, 90:17, 107:10, 153:22, 163:12
**describes** [1] - 80:23
**describing** [5] - 9:12, 101:13, 129:3, 138:17, 160:25
**description** [5] - 27:23, 60:17, 62:10, 62:11, 62:12
**descriptors** [1] - 138:24
**designated** [1] - 67:25

**designed** [2] - 66:6, 146:9
**despite** [1] - 30:14
**details** [1] - 14:21
**detect** [2] - 115:8, 116:2
**detectable** [1] - 115:19
**detecting** [1] - 19:22
**Detection** [2] - 149:22, 150:5
**deterioration** [3] - 60:1, 60:6, 60:9
**determination** [6] - 41:16, 111:3, 111:4, 130:1, 131:17, 163:5
**determine** [9] - 23:2, 41:23, 126:18, 127:13, 128:11, 129:10, 129:21, 139:13, 162:12
**determine..** [2] - 127:24, 128:2
**determined** [2] - 42:9, 107:2
**determines** [1] - 103:3
**determining** [1] - 151:9
**devastating** [3] - 39:16, 39:21, 39:24
**develop** [5] - 35:25, 36:18, 87:5, 87:8, 87:10
**developed** [7] - 64:12, 66:3, 139:14, 139:15, 146:20, 147:4, 148:5
**developing** [11] - 10:10, 49:19, 51:23, 87:17, 87:23, 88:1, 91:4, 91:16, 92:6, 92:13, 93:2
**develops** [2] - 55:8, 87:21
**deviating** [1] - 165:12
**deviation** [7] - 103:10, 103:17, 103:23, 104:4, 104:12, 106:4, 106:13
**deviations** [4] - 103:7, 106:14, 106:16, 106:21
**diagnose** [6] - 41:19, 42:9, 43:12, 99:2, 135:12, 140:14
**diagnosed** [6] - 33:21, 36:2, 46:2, 46:16, 87:16, 142:12
**diagnoses** [2] - 98:14, 109:9
**diagnosis** [15] - 7:6, 9:13, 34:6, 41:12, 43:1, 46:8, 87:5, 99:15, 134:20, 134:24, 135:14, 140:4, 142:5, 142:8, 143:10
**diagnostic** [8] - 80:24, 150:25, 154:10, 159:2
**die** [1] - 59:1
**differ** [1] - 81:24
**differed** [1] - 100:24
**difference** [14] - 22:9, 22:11, 25:12, 29:16, 32:15, 32:17, 39:11, 60:2, 102:6, 103:4, 148:23, 154:4, 154:6, 155:18
**differences** [7] - 23:14, 60:5, 66:10, 155:19, 155:20, 155:22, 157:7
**different** [75] - 4:25, 11:6, 11:9, 13:10, 14:18, 16:18, 16:19, 17:11, 18:14, 19:10, 20:17, 21:11, 21:12, 22:14, 36:8, 38:24, 45:1, 58:7, 61:19, 62:24, 62:25, 64:3, 65:16, 74:5, 74:10, 74:13, 82:2, 84:1, 84:6, 85:15, 88:14, 88:15, 88:16, 88:17, 89:5, 89:8, 89:19, 89:21, 90:3, 90:5, 90:6, 92:5, 92:16, 92:20, 95:22, 95:24, 96:11, 97:1, 98:18,

102:4, 103:4, 103:7, 103:16, 103:21, 103:24, 104:8, 110:8, 110:21, 121:25, 122:2, 135:21, 135:22, 135:24, 136:9, 136:25, 137:1, 138:13, 150:17, 155:14, 155:23, 161:1, 163:16
**differently** [2] - 89:13, 89:18
**difficulties** [5] - 7:2, 137:18, 152:18, 162:22, 166:15
**difficulty** [15] - 37:13, 40:11, 66:9, 66:12, 67:16, 70:8, 70:18, 70:20, 73:17, 73:20, 73:22, 74:8, 74:20, 137:21, 140:20
**diffuse** [1] - 111:12
**dinner** [2] - 73:16, 73:18
**direct** [16] - 36:14, 46:23, 68:1, 77:21, 107:14, 108:2, 108:12, 109:25, 119:13, 120:8, 122:1, 122:11, 124:23, 124:25, 140:1, 140:6
**DIRECT** [2] - 4:18, 145:5
**Direct** [2] - 3:3, 3:7
**directed** [3] - 5:24, 6:7, 99:8
**directly** [1] - 97:18
**director** [1] - 147:4
**Director** [1] - 95:15
**disability** [3] - 159:17, 163:20
**disagree** [2] - 55:19, 124:20
**disagreement** [1] - 22:5
**disclosed** [3] - 120:8, 120:13, 123:9
**discuss** [2] - 46:22, 113:7
**discussed** [4] - 46:22, 65:17, 108:2, 130:20
**discusses** [1] - 80:7
**disease** [123] - 20:10, 21:20, 29:15, 31:5, 32:16, 32:25, 33:19, 33:22, 34:4, 34:5, 34:24, 35:2, 35:19, 35:22, 35:25, 36:2, 36:6, 36:12, 36:17, 36:25, 37:4, 37:17, 37:18, 39:10, 39:13, 39:17, 39:19, 39:22, 39:23, 40:1, 40:4, 40:6, 40:18, 40:24, 41:1, 41:15, 43:25, 44:3, 44:8, 44:11, 44:25, 45:4, 45:9, 45:11, 45:17, 45:18, 45:25, 46:3, 52:8, 52:24, 58:1, 59:22, 66:3, 66:4, 78:3, 79:17, 79:18, 80:11, 80:12, 80:13, 83:7, 83:8, 83:14, 83:16, 83:17, 83:19, 83:20, 84:16, 84:24, 85:9, 85:21, 86:14, 87:3, 87:8, 87:21, 88:4, 88:6, 88:13, 89:12, 90:19, 91:10, 91:11, 91:14, 91:23, 91:25, 92:2, 96:19, 96:24, 97:14, 97:15, 97:16, 97:19, 97:20, 97:22, 97:25, 98:9, 98:20, 98:22, 108:21, 111:1, 111:2, 112:16, 112:17, 112:19, 112:21, 112:22, 113:25, 114:6, 118:14, 119:4, 120:6, 121:19, 124:4, 126:2, 134:21, 140:1, 140:5, 141:19
**diseases** [10] - 18:18, 45:2, 45:6, 50:13, 51:6, 83:22, 89:15, 96:5, 97:1, 136:23
**disorder** [5] - 15:5, 91:19, 154:15, 162:24, 162:25
**disorders** [17] - 10:16, 18:16, 19:17, 36:8, 45:22, 46:5, 91:4, 91:16, 92:6,

92:9, 92:13, 93:2, 98:19, 100:18, 113:23, 116:8, 116:11
**disrespect** [1] - 95:6
**disrupted** [1] - 115:16
**disruption** [4] - 38:19, 38:20, 38:23
**distinct** [2] - 96:8, 96:24
**distinction** [1] - 111:12
**distinguishing** [2] - 41:2, 62:21
**District** [1] - 146:5
**DISTRICT** [3] - 1:1, 1:1, 1:12
**disturbance** [1] - 55:7
**dive** [1] - 147:24
**dives** [1] - 73:25
**DIVISION** [1] - 1:2
**division** [5] - 94:24, 95:2, 95:8, 95:9, 95:11
**Division** [2] - 1:20, 94:17
**divisions** [2] - 94:12, 94:13
**Doctor** [1] - 141:23
**doctor** [16] - 5:25, 6:2, 24:10, 33:18, 56:2, 56:3, 77:7, 94:2, 98:15, 106:12, 113:1, 127:17, 135:11, 143:7, 143:24, 148:7
**doctors** [2] - 133:8, 135:10
**doctors'** [1] - 80:20
**document** [4] - 61:24, 61:25, 69:15, 138:3
**documented** [1] - 47:3
**documents** [2] - 47:14, 68:7
**domain** [15] - 63:20, 71:15, 71:21, 71:23, 72:3, 72:10, 72:11, 74:16, 75:21, 76:7, 76:10, 76:20, 76:22, 77:4, 77:5
**domains** [3] - 63:17, 64:3, 65:17
**done** [8] - 37:13, 86:7, 105:25, 143:15, 153:24, 163:12, 163:13, 163:15
**door** [5] - 119:24, 122:22, 133:3, 133:9, 133:11
**Dopamine** [2] - 34:13, 34:16
**dopamine** [1] - 34:20
**dopaminergic** [2] - 34:10
**Dorothy** [1] - 142:22
**dorsal** [1] - 34:11
**dose** [1] - 28:8
**dots** [1] - 85:21
**doubt** [2] - 107:17, 107:20
**down** [6] - 66:7, 68:14, 85:5, 160:13, 161:3, 161:4
**downward** [1] - 45:20
**Dr** [55] - 4:20, 6:1, 6:7, 13:24, 16:8, 21:10, 21:17, 21:18, 21:25, 22:1, 31:19, 33:16, 70:2, 78:13, 78:24, 79:1, 79:4, 79:9, 79:12, 80:25, 83:11, 83:15, 100:4, 100:5, 100:6, 100:22, 100:23, 101:2, 101:8, 102:1, 102:25, 107:2, 107:9, 107:14, 107:17, 107:20, 111:19, 111:22, 120:11, 127:5, 127:8, 127:10, 128:18, 133:20, 142:5, 142:8, 142:10, 143:18, 144:3, 144:11, 144:15, 144:16, 145:1, 145:7, 160:14

**drag** [1] - 160:12
**dramatic** [3] - 14:25, 52:12, 58:2
**draw** [1] - 156:12
**dressing** [1] - 77:9
**drying** [1] - 31:14
**due** [5] - 15:23, 24:19, 41:14, 51:8, 111:1
**duly** [1] - 145:4
**during** [24] - 7:23, 8:14, 8:17, 8:18, 9:7, 10:24, 14:19, 15:9, 37:22, 46:22, 47:24, 48:4, 60:9, 129:1, 148:8, 151:12, 151:20, 152:8, 159:18, 161:11, 165:1, 165:11
**duty** [1] - 79:4
**DX-39** [1] - 79:22
**DX-42** [1] - 111:9
**dying** [3] - 115:15, 115:18, 115:24
**dysfunction** [4] - 10:13, 38:22, 81:7, 81:9

## E

**earliest** [1] - 66:5
**early** [33] - 10:22, 20:10, 36:1, 44:3, 45:3, 47:5, 66:17, 79:16, 80:11, 83:18, 91:3, 91:9, 91:13, 91:16, 91:18, 91:20, 91:22, 91:24, 91:25, 92:1, 92:4, 92:5, 92:13, 93:1, 102:10, 107:10, 107:14, 107:21, 120:1, 120:18
**earned** [1] - 93:14
**easier** [3] - 54:9, 59:18, 145:2
**easily** [1] - 4:12
**eating** [1] - 81:11
**ECST** [1] - 165:8
**ECST-R** [1] - 165:8
**edited** [1] - 149:11
**educational** [1] - 147:25
**EEG** [4] - 23:22, 24:1, 24:3, 110:9
**effects** [1] - 77:10
**efficiency** [1] - 78:23
**effort** [2] - 157:13, 161:12
**eight** [2] - 146:17, 150:19
**either** [11] - 10:19, 79:2, 79:17, 80:11, 83:16, 84:10, 91:10, 92:2, 106:19, 106:24, 139:8
**electrical** [1] - 23:24
**ELMO** [2] - 64:15, 86:6
**Email** [4] - 1:23, 1:23, 2:5, 2:9
**embedded** [2] - 162:3, 162:10
**emotional** [1] - 162:21
**employment** [1] - 145:23
**end** [18] - 11:22, 42:8, 60:4, 76:21, 77:17, 103:20, 118:17, 119:6, 119:12, 119:24, 122:7, 123:5, 123:8, 126:6, 136:10, 136:21, 147:1, 166:15
**end-stage** [7] - 42:8, 118:17, 119:12, 119:24, 123:8, 136:10, 136:21
**ending** [1] - 122:5
**energy** [1] - 17:8, 81:12, 81:16
**engage** [1] - 156:11

PM 1-176

**engaged** [1] - 13:17
**engagement** [5] - 157:12, 159:24, 160:5, 160:20, 162:9
**entire** [3] - 57:24, 60:22, 163:1
**entirely** [1] - 32:23
**entitled** [1] - 167:22
**episode** [19] - 10:14, 10:17, 15:11, 48:4, 52:6, 52:9, 52:11, 52:13, 52:14, 52:20, 52:22, 53:7, 56:18, 56:19, 61:2, 121:16, 130:17, 135:7, 137:11
**episodes** [14] - 46:23, 48:11, 49:10, 51:25, 52:16, 61:3, 61:12, 61:14, 61:17, 130:21, 130:25, 131:8, 131:11, 131:19
**especially** [1] - 123:2
**essentially** [6] - 85:15, 103:6, 112:1, 138:6, 140:16, 153:18
**estimate** [13] - 33:2, 33:5, 46:17, 62:24, 87:14, 99:22, 100:19, 113:22, 121:14, 135:9, 140:9, 141:6, 141:22
**estimating** [1] - 31:4
**et** [1] - 87:7
**evaluate** [15] - 6:4, 60:14, 63:16, 95:22, 97:4, 97:22, 98:16, 98:17, 151:3, 151:4, 151:13, 153:20, 154:25, 156:18, 160:11
**evaluated** [10] - 21:16, 25:9, 29:25, 100:9, 135:2, 142:10, 146:21, 151:17, 157:17, 163:8
**evaluates** [2] - 155:13, 155:15
**evaluating** [3] - 134:7, 158:18, 166:4
**evaluation** [25] - 5:10, 5:13, 6:9, 6:14, 6:16, 6:20, 10:2, 13:24, 14:19, 24:18, 30:9, 30:21, 117:10, 117:13, 141:9, 152:7, 152:16, 157:22, 157:23, 158:7, 158:8, 158:17, 164:5, 165:7
**evaluations** [10] - 15:10, 25:13, 30:15, 30:23, 118:18, 151:11, 151:25, 152:4, 157:24, 158:1
**evaluator** [1] - 156:22
**event** [1] - 127:11
**events** [8] - 10:20, 11:2, 65:20, 67:16, 68:18, 68:19, 138:10, 148:4
**eventually** [1] - 7:18
**everyday** [1] - 65:21
**evidence** [10] - 5:24, 34:20, 55:17, 56:1, 56:7, 78:2, 78:5, 127:13, 129:2, 141:22
**exact** [5] - 81:23, 87:13, 108:6, 121:22, 122:2
**exactly** [6] - 92:22, 94:13, 108:15, 116:3, 151:14, 166:11
**exaggerating** [8] - 15:17, 25:5, 30:5, 30:7, 32:14, 126:24, 161:21, 165:4
**Exaggeration** [1] - 149:23
**exaggeration** [3] - 139:21, 149:13, 165:24
**exam** [7] - 8:2, 9:12, 31:16, 31:17, 32:6, 32:8, 143:7
**EXAMINATION** [6] - 4:18, 33:14,

133:18, 142:3, 143:16, 145:5
**examination** [16] - 5:2, 8:5, 8:9, 8:18, 22:25, 25:3, 31:23, 33:10, 56:8, 69:3, 125:2, 132:19, 140:3, 141:11, 141:15, 165:2
**examinations** [3] - 11:3, 25:7, 25:8
**examine** [1] - 128:14
**examined** [2] - 11:1, 59:20
**example** [10] - 9:6, 28:21, 30:6, 69:1, 73:10, 73:11, 89:7, 154:20, 160:9, 162:4
**examples** [23] - 6:23, 6:25, 8:10, 8:20, 8:23, 8:25, 9:9, 25:15, 30:8, 30:9, 30:12, 30:24, 31:2, 31:21, 31:22, 32:5, 32:9, 32:10, 62:2, 62:15, 66:13, 72:25, 73:5
**exams** [2] - 23:16, 30:11
**exclude** [2] - 68:19, 126:8
**excuse** [1] - 134:22
**Excuse** [1] - 20:12
**excused** [1] - 144:4
**executive** [4] - 36:23, 44:7, 44:12, 44:14
**exercise** [2] - 105:23, 106:10
**exercises** [2] - 106:6
**Exhibit** [17] - 54:5, 54:11, 54:22, 58:8, 59:4, 60:20, 75:16, 79:25, 86:2, 90:20, 91:8, 99:25, 100:21, 111:6, 111:8, 111:9, 118:3
**exhibit** [13] - 4:15, 4:16, 4:20, 4:24, 11:12, 11:14, 25:23, 58:25, 75:12, 91:8, 112:13, 133:6, 138:21
**exist** [2] - 53:21, 74:7
**existence** [1] - 7:22
**expect** [21] - 6:25, 9:15, 20:23, 21:2, 22:24, 29:15, 31:6, 31:10, 32:18, 32:21, 42:7, 45:21, 50:21, 53:11, 66:23, 113:15, 113:24, 114:6, 114:8, 114:11, 123:25
**expectancy** [3] - 46:2, 46:12, 46:15
**expectation** [1] - 53:12
**expected** [6] - 31:5, 32:16, 108:22, 118:14, 121:19, 126:2
**experience** [2] - 62:3, 166:3
**experiences** [1] - 49:25
**expert** [15] - 9:13, 11:3, 21:5, 21:17, 21:18, 56:4, 56:8, 68:1, 69:20, 124:13, 124:19, 124:25, 126:1, 134:19, 143:20
**expertise** [2] - 67:25, 127:16
**experts** [5] - 22:6, 22:10, 25:10, 29:24, 143:22
**expired** [1] - 9:4
**explain** [9] - 13:7, 22:17, 22:25, 23:13, 44:14, 88:22, 89:11, 148:17, 154:4
**explains** [2] - 15:5, 129:25
**explanation** [2] - 25:4, 30:2
**explanatory** [1] - 75:22
**explored** [1] - 15:20
**exploring** [1] - 130:3
**exponential** [1] - 52:18
**extend** [1] - 102:15

**extensive** [1] - 19:3
**extent** [5] - 21:4, 29:18, 55:13, 67:17
**extraordinarily** [2] - 50:15, 66:23

## F

**face** [2] - 26:9, 140:13
**fact** [12] - 5:8, 23:17, 27:8, 39:16, 50:1, 85:9, 97:24, 123:16, 131:3, 132:6, 134:9, 135:1
**factor** [8] - 10:9, 49:18, 50:6, 51:15, 51:20, 51:22, 131:4
**factors** [4] - 51:17, 60:15, 87:17, 131:1
**facts** [2] - 70:22, 129:10
**faculty** [1] - 98:4
**fail** [1] - 162:20
**fair** [8] - 94:14, 101:25, 108:7, 128:13, 129:6, 134:4, 135:21, 136:9
**fairly** [2] - 21:21, 21:23
**faking** [1] - 134:14
**fall** [5] - 35:17, 48:6, 63:13, 106:15, 163:4
**falls** [1] - 46:7
**familial** [1] - 74:21
**familiar** [6] - 53:18, 54:13, 64:6, 85:17, 85:20, 85:23
**family** [5] - 29:19, 138:7, 139:23, 153:12, 157:5
**far** [7] - 22:11, 28:12, 65:7, 103:14, 129:19, 143:13, 159:4
**fatal** [5] - 45:23, 45:25, 48:19, 48:20, 49:2
**father** [1] - 153:13
**fatigue** [1] - 35:20
**favors** [1] - 112:21
**FDG** [25] - 15:25, 17:10, 19:8, 19:12, 20:4, 20:13, 22:6, 22:24, 77:25, 101:20, 101:21, 109:17, 109:18, 109:23, 110:20, 110:24, 112:4, 113:10, 113:14, 113:20, 114:24, 115:4, 115:12, 135:1, 137:8
**FDGs** [1] - 110:10
**feature** [2] - 43:24, 66:5
**features** [3] - 35:9, 43:18, 99:2
**February** [1] - 135:13
**federal** [3] - 56:6, 146:2, 146:10
**feign** [1] - 159:15
**fellowship** [5] - 93:13, 93:14, 93:15, 93:18
**felt** [5] - 21:25, 22:3, 121:16, 128:25, 135:2
**few** [2] - 8:25, 137:23
**field** [1] - 149:25
**fields** [1] - 149:6
**figure** [3] - 46:4, 121:24, 140:11
**figuring** [1] - 46:7
**fill** [1] - 71:19
**final** [1] - 30:4
**financial** [5] - 66:14, 66:16, 66:18, 70:25, 137:19

**findings** [25] - 58:5, 59:24, 79:16, 80:10, 83:5, 83:21, 91:3, 91:9, 91:13, 91:16, 91:19, 91:20, 92:5, 92:7, 92:13, 93:1, 101:12, 111:11, 112:15, 116:22, 126:3, 157:2, 164:19
**fine** [1] - 42:18
**finish** [1] - 144:13
**finished** [6] - 93:6, 93:11, 93:17, 93:18, 147:14
**firm** [1] - 5:9
**first** [27] - 4:23, 7:21, 7:24, 9:13, 9:23, 15:21, 19:19, 19:22, 29:11, 33:21, 36:9, 40:3, 40:6, 40:17, 40:19, 64:12, 65:16, 68:22, 69:24, 108:25, 115:4, 146:6, 146:11, 150:19, 159:4, 163:18, 164:17
**Fisher** [7] - 78:13, 78:24, 79:1, 79:4, 79:12, 80:25, 112:14
**Fisher's** [3] - 79:9, 83:11, 83:15
**fit** [2] - 83:6, 83:23
**five** [11] - 11:14, 21:1, 46:6, 57:24, 60:9, 114:12, 114:13, 124:8, 140:5, 140:6, 140:9
**five-month** [2] - 114:12, 114:13
**five-year** [2] - 57:24, 60:9
**flashing** [1] - 56:4
**flip** [1] - 83:1
**floating** [1] - 138:22
**fluctuate** [1] - 55:9
**fluid** [1] - 99:6
**fMRI** [1] - 38:16
**focus** [3] - 57:14, 118:4, 155:7
**focused** [2] - 143:21, 149:8
**focuses** [1] - 154:10
**focusing** [2] - 21:24, 148:24
**fold** [4] - 56:20, 57:12, 57:21, 60:20
**folder** [1] - 64:25
**follow** [3] - 14:14, 57:24, 115:23
**follow-up** [1] - 57:24
**followed** [1] - 5:25
**following** [4] - 57:22, 60:7, 60:9, 167:1
**follows** [6] - 11:18, 26:4, 27:4, 68:20, 120:21, 145:4
**Fong** [2] - 55:2, 55:3
**footage** [1] - 10:25
**FOR** [3] - 1:1, 1:17, 2:1
**force** [1] - 160:18
**foregoing** [1] - 167:20
**Forensic** [1] - 150:4
**forensic** [30] - 117:13, 146:5, 146:14, 146:15, 146:22, 146:23, 147:8, 148:20, 148:24, 149:5, 149:9, 149:10, 150:20, 151:7, 154:1, 154:2, 154:5, 154:16, 155:13, 156:1, 156:15, 156:25, 157:10, 157:23, 157:24, 158:1, 158:3, 158:8, 163:13, 164:5
**forensic-type** [1] - 156:25
**forensics** [2] - 154:20, 155:5
**Forest** [3] - 147:2, 147:5, 147:9
**forget** [1] - 86:5

**forgetting** [1] - 73:4
**form** [3] - 98:7, 149:3, 159:11
**formal** [1] - 62:20
**formally** [1] - 36:2
**forming** [1] - 132:25
**forms** [1] - 96:5
**forth** [7] - 44:20, 75:3, 157:11, 157:13, 160:4, 160:19, 161:12
**foster** [1] - 156:14
**foundation** [1] - 56:12
**four** [4] - 46:16, 47:9, 93:18
**fragments** [1] - 74:17
**free** [1] - 144:4
**freestanding** [1] - 162:1
**frequent** [2] - 77:14, 111:10
**frequently** [2] - 40:3, 40:16
**friend** [1] - 73:3
**front** [4] - 5:9, 79:23, 117:17, 120:16
**frontal** [5] - 39:10, 64:4, 85:10, 88:8, 111:13
**frontoparietal** [1] - 101:18
**frontotemporal** [15] - 45:7, 95:15, 95:20, 95:23, 96:8, 96:11, 96:15, 96:19, 96:23, 97:2, 97:11, 98:21, 98:23, 99:4, 99:8
**fudge** [1] - 158:19
**full** [5] - 94:6, 146:8, 146:19, 150:20, 153:2
**full-time** [2] - 146:19, 150:20
**fully** [2] - 22:25, 76:6
**function** [13] - 6:22, 8:21, 17:15, 19:13, 31:21, 32:3, 32:7, 34:11, 44:7, 44:12, 44:15, 82:1, 136:14
**functional** [8] - 29:19, 31:12, 43:15, 121:18, 136:4, 142:12, 142:13, 164:20
**functioning** [2] - 141:19, 145:16
**functions** [3] - 36:23, 63:1, 145:19
**fundamental** [3] - 52:7, 57:11, 57:20
**future** [10] - 70:9, 91:4, 91:17, 92:6, 92:14, 93:2, 131:10, 131:19, 132:5, 132:8

## G

**gain** [4] - 142:15, 159:10, 163:3
**game** [4] - 120:24, 121:2, 128:13, 129:6
**ganglia** [2] - 34:19, 37:8
**gap** [2] - 31:9, 31:10
**gather** [1] - 143:1
**gating** [1] - 108:24
**gears** [1] - 46:21
**gender** [3] - 60:11, 60:12, 60:14
**general** [16] - 8:23, 10:8, 29:5, 45:10, 69:9, 81:16, 85:14, 86:24, 97:9, 99:1, 115:7, 129:20, 140:11, 143:19, 146:2, 155:20
**generally** [1] - 114:23
**generate** [2] - 18:14, 44:22
**generated** [1] - 114:22
**generating** [1] - 44:20

**genuine** [5] - 15:23, 139:16, 160:8, 160:22, 160:24
**GEORGE** [1] - 1:11
**given** [11] - 7:15, 48:2, 118:4, 118:11, 118:12, 118:13, 119:3, 123:2, 132:2, 132:3, 135:14
**glial** [5] - 82:7, 82:8, 82:9, 82:12, 141:12
**global** [8] - 63:4, 63:5, 65:11, 71:9, 71:24, 76:20, 76:25, 77:1
**glucose** [3] - 17:8, 17:10, 17:14
**gosh** [1] - 150:3
**government** [9] - 21:17, 33:24, 33:25, 58:24, 100:1, 117:20, 120:10, 122:3, 167:14
**GOVERNMENT** [1] - 1:17
**government's** [1] - 126:22
**Government's** [9] - 54:21, 58:8, 60:20, 79:25, 90:20, 100:21, 111:6, 111:8, 118:3
**gradual** [1] - 136:23
**graduate** [1] - 147:6
**grandchild** [1] - 73:2
**grandson** [1] - 28:11
**graphical** [2] - 18:6, 18:7
**gray** [3] - 18:3, 87:7, 111:12
**gray-white** [1] - 111:12
**great** [1] - 116:20
**greater** [2] - 60:2, 87:23
**gripe** [1] - 13:6
**grooming** [1] - 140:19
**gross** [1] - 165:23
**grounds** [1] - 58:11
**group** [21] - 60:2, 60:4, 94:21, 94:22, 95:23, 98:6, 103:11, 103:14, 103:23, 103:24, 104:2, 104:14, 104:16, 104:17, 105:24, 106:1, 106:5, 106:8, 106:11, 106:17
**groups** [4] - 18:17, 85:5, 88:17, 103:25
**gu** [2] - 82:3, 82:4
**guess** [5] - 12:17, 68:3, 106:1, 110:18, 141:16
**guide** [1] - 164:3
**guided** [1] - 155:10
**guy** [2] - 133:23
**guys** [2] - 74:25, 125:3
**gyrus** [1] - 101:6

## H

**habits** [1] - 59:1
**half** [6] - 8:4, 11:15, 25:25, 74:24, 106:18, 106:23
**hallmark** [1] - 35:9
**hallucination** [1] - 9:7
**hand** [1] - 144:17
**handle** [1] - 11:25
**handling** [1] - 66:9
**HANKS** [1] - 1:11
**happy** [1] - 26:25
**hard** [1] - 59:1

**harder** [1] - 37:13
**hardly** [1] - 13:7
**head** [5] - 78:22, 82:13, 83:13, 95:2, 95:3
**headache** [1] - 57:15
**health** [7] - 10:6, 46:11, 46:13, 150:22, 151:4, 152:17, 155:6
**Healthcare** [1] - 147:11
**healthy** [1] - 82:24
**hear** [3] - 72:17, 104:19, 105:19
**heard** [7] - 53:20, 53:23, 70:17, 104:21, 105:5, 113:13
**hearing** [4] - 29:21, 69:1, 70:3, 70:11
**HEARING** [1] - 1:9
**help** [10] - 69:16, 70:25, 77:13, 122:25, 123:15, 131:17, 148:12, 154:13, 156:14, 164:3
**helpful** [3] - 78:4, 117:12, 133:16
**helping** [2] - 67:17, 98:7
**heterogeneity** [4] - 85:2, 85:7, 88:3, 89:11
**heterogenous** [4] - 84:25, 85:4, 88:7, 141:12
**hi** [2] - 26:5, 144:16
**high** [4] - 30:14, 87:25, 160:10, 160:11
**higher** [7] - 8:20, 30:10, 30:22, 32:2, 32:7, 32:11, 51:6
**highest** [2] - 51:17, 87:17
**highlighted** [5] - 55:4, 57:10, 59:17, 59:23, 60:1
**highly** [10] - 57:25, 72:19, 72:23, 73:9, 73:10, 73:24, 74:1, 74:3, 74:4, 74:11
**himself** [1] - 165:22
**hired** [2] - 100:1, 146:3
**his'** [1] - 123:4
**historically** [1] - 161:8
**history** [8] - 5:15, 8:23, 80:17, 80:19, 145:24, 152:11, 152:16, 153:14
**history-taking** [1] - 152:11
**hit** [1] - 35:16
**hobbies** [1] - 63:20
**holding** [1] - 13:18
**home** [6] - 27:13, 29:20, 63:20, 74:20, 140:21, 160:18
**honest** [1] - 156:8
**Honor** [50] - 4:9, 11:10, 11:16, 25:22, 25:25, 26:23, 33:9, 33:11, 42:18, 43:2, 55:13, 56:6, 58:10, 58:13, 64:20, 67:23, 68:12, 68:13, 69:4, 69:19, 75:11, 76:12, 80:1, 104:20, 105:5, 116:18, 117:24, 120:7, 122:1, 124:9, 124:21, 125:9, 125:18, 125:21, 127:21, 128:6, 129:24, 130:10, 132:12, 132:15, 132:17, 133:15, 143:4, 143:5, 143:9, 144:1, 166:21, 166:23, 167:10, 167:11
**HONORABLE** [1] - 1:11
**hopefully** [1] - 82:24
**hoping** [2] - 140:7, 144:14
**Hospital** [2] - 78:10, 147:11

**hospital** [14] - 9:21, 10:23, 48:5, 51:13, 80:23, 95:4, 114:18, 137:12, 146:7, 146:9, 146:19, 146:22, 147:13, 150:9
**hospitalization** [16] - 9:4, 9:18, 10:4, 10:12, 10:22, 15:13, 23:9, 47:8, 47:24, 48:7, 48:9, 57:23, 60:7, 60:10, 80:21, 151:3
**hospitalizations** [4] - 118:13, 119:3, 126:3, 130:23
**hospitalized** [4] - 9:24, 47:2, 47:6, 47:10
**hotel** [3] - 13:17, 13:19, 14:2
**hour** [3] - 8:4, 74:23, 117:3
**hour-and-a-half** [1] - 8:4
**hours** [4] - 8:3, 8:4, 121:1, 133:21
**Houston** [6] - 2:4, 2:13, 13:13, 21:16, 78:10, 79:5, 100:24, 102:2
**HOUSTON** [1] - 1:2
**houston** [1] - 1:4
**hygiene** [2] - 45:15, 77:9
**hypometabolism** [14] - 38:8, 42:5, 81:3, 81:6, 85:10, 88:7, 101:17, 107:10, 109:21, 110:20, 114:3, 115:11, 115:13
**hypothesis** [1] - 116:8

### I

**idea** [4] - 84:15, 90:9, 100:17, 160:23
**identical** [1] - 89:17
**identification** [3] - 54:2, 54:5, 64:15
**identified** [1] - 4:12
**identify** [1] - 161:20
**identifying** [1] - 4:15
**illness** [6] - 48:21, 49:4, 49:9, 50:18, 154:14
**image** [5] - 16:25, 83:12, 90:4, 103:2
**images** [4] - 18:25, 107:7, 107:8, 114:10
**imagine** [1] - 73:22
**imaging** [11] - 31:7, 31:12, 42:1, 77:20, 90:9, 110:24, 141:4, 141:7, 141:20, 164:20, 164:21
**immediately** [1] - 146:4
**impact** [6] - 76:3, 109:8, 109:9, 109:11, 136:13, 158:24
**impacted** [2] - 71:2, 76:1
**impaired** [8] - 88:12, 157:16, 159:9, 159:18, 162:19, 162:20, 162:21, 165:25
**impairment** [48] - 7:7, 20:11, 32:19, 40:8, 41:9, 42:10, 43:16, 43:23, 43:24, 44:7, 62:9, 62:22, 63:14, 65:10, 65:12, 67:3, 67:7, 76:5, 76:23, 76:24, 77:5, 77:8, 77:12, 81:1, 84:1, 89:25, 92:9, 108:23, 109:10, 120:18, 121:18, 121:22, 124:1, 125:12, 126:13, 126:17, 126:19, 134:15, 134:22, 134:25, 135:15, 137:11, 138:14, 139:9, 141:21, 142:16, 143:2, 166:2
**impairments** [4] - 29:20, 30:19, 31:13, 49:13

**impeach** [1] - 56:2
**impeaching** [1] - 132:20
**implication** [1] - 125:6
**import** [1] - 70:13
**important** [9] - 66:2, 103:10, 104:1, 110:23, 117:9, 156:3, 158:16, 158:20, 160:24
**impossible** [1] - 35:3
**imprecise** [1] - 32:25
**impression** [2] - 91:8, 111:9
**impressions** [2] - 21:12, 79:21
**impugn** [1] - 105:13
**IN** [1] - 1:1
**in-person** [1] - 8:9
**inattention** [1] - 55:7
**incidence** [1] - 10:1
**incident** [1] - 131:5
**incidents** [1] - 131:6
**include** [10] - 35:2, 35:20, 36:15, 44:6, 64:3, 80:9, 131:18, 152:11, 157:10, 163:17
**included** [4] - 154:17, 155:3, 155:5, 163:23
**incompetency** [2] - 128:1, 129:9
**incompetent** [2] - 126:19, 130:6
**inconsistent** [5] - 125:15, 125:17, 135:22, 163:25, 165:3
**incontinence** [1] - 77:14
**incorporated** [1] - 43:20
**increase** [7] - 10:15, 52:12, 52:17, 58:2, 60:8, 131:6, 132:7
**increased** [15] - 49:7, 50:7, 53:7, 56:19, 60:6, 66:19, 121:15, 130:13, 130:15, 130:18, 131:1, 131:4, 131:7, 131:19, 135:6
**increases** [4] - 52:21, 52:23, 87:19, 131:9
**independence** [1] - 136:5
**independently** [3] - 71:3, 136:6, 136:14
**index** [2] - 60:7, 60:10
**INDEX** [1] - 3:1
**indicate** [2] - 80:25, 107:21
**indicated** [1] - 119:7
**indicates** [3] - 17:19, 111:11, 111:17
**indicating** [1] - 111:10
**indications** [1] - 16:16
**indicative** [2] - 81:9, 162:8
**indicator** [1] - 115:3
**indicators** [1] - 162:10
**individual** [19] - 46:2, 46:7, 67:6, 71:7, 76:19, 85:6, 85:7, 103:11, 104:1, 104:2, 104:13, 104:15, 105:23, 106:5, 106:7, 106:11, 129:23, 149:11
**individual's** [1] - 61:15
**individualized** [1] - 102:20
**individuals** [4] - 89:13, 89:17, 90:2, 104:2
**indulgence** [1] - 33:12
**infection** [20] - 9:5, 9:18, 9:19, 27:20,

PM 1-179

27:25, 28:14, 47:3, 47:6, 47:10, 47:12, 48:22, 49:16, 50:8, 50:19, 50:20, 50:21, 50:24, 116:7, 132:8
**infections** [10] - 12:23, 14:6, 27:17, 29:5, 49:24, 52:5, 131:11, 131:20, 132:1, 132:6
**inflammation** [5] - 49:5, 115:22, 115:25, 116:6, 116:10
**inflammatory** [1] - 116:9
**influenced** [1] - 79:13
**inform** [5] - 6:21, 7:4, 22:13, 61:8, 142:21
**information** [24] - 32:12, 33:4, 67:3, 67:8, 67:13, 70:3, 70:4, 70:5, 73:9, 73:10, 74:12, 80:19, 121:17, 121:22, 123:22, 129:2, 131:18, 143:1, 143:11, 153:8, 153:16, 154:18, 156:24, 157:7
**informational** [1] - 38:22
**ingredients** [1] - 12:10
**initial** [2] - 87:5, 141:9
**injection** [1] - 17:6
**injury** [1] - 149:2
**inmates** [6] - 146:10, 146:21, 150:13, 151:1, 151:9, 151:13
**inpatient** [4] - 150:22, 151:4, 152:4, 152:7
**input** [1] - 69:2
**inquire** [1] - 132:18
**inside** [3] - 11:24, 12:18, 32:7
**insight** [3] - 142:15, 153:14, 159:25
**instability** [1] - 35:10
**instance** [3] - 9:3, 39:9, 102:21
**instances** [1] - 113:6
**institute** [1] - 148:4
**Institute** [3] - 147:2, 147:5, 147:9
**institutions** [1] - 151:1
**instructor** [1] - 94:7
**instrument** [2] - 114:24, 165:7
**insufficient** [1] - 127:12
**insular** [2] - 85:11, 88:8
**insurance** [3] - 113:4, 113:6, 113:10
**intake** [1] - 152:9
**intended** [4] - 26:25, 105:15, 107:21, 107:23
**intentional** [2] - 159:11, 162:23
**inter** [1] - 8:17
**interactions** [1] - 153:11
**interest** [1] - 45:16
**interested** [2] - 45:13, 45:15
**interface** [1] - 54:24
**interfere** [3] - 30:20, 67:17, 67:21
**interferes** [1] - 65:21
**interfering** [1] - 109:20
**interior** [1] - 107:4
**internal** [1] - 93:9
**Internal** [2] - 39:9, 59:7
**internship** [4] - 93:9, 146:1, 146:3, 146:4
**interplay** [1] - 19:7

**interpret** [2] - 79:8, 132:19
**interpretation** [5] - 92:21, 93:4, 100:23, 109:13, 112:24
**interpreted** [1] - 78:9
**interpreting** [2] - 79:13, 101:25
**interrupt** [1] - 26:24
**interval** [1] - 32:20
**interview** [19] - 5:2, 7:24, 8:5, 8:11, 8:18, 8:19, 129:1, 138:6, 138:7, 138:11, 139:17, 142:22, 152:8, 152:9, 152:15, 152:17, 152:19, 153:9, 153:12
**interviews** [6] - 22:18, 29:12, 31:25, 32:1, 152:10, 155:15
**introduced** [1] - 73:3
**intuitive** [2] - 65:23, 72:16
**investigate** [2] - 15:22, 15:25
**investigated** [1] - 23:2
**investigation** [2] - 22:13, 34:1
**investigative** [2] - 157:1, 166:10
**invests** [1] - 11:23
**involve** [2] - 19:4, 89:19
**involved** [12] - 20:20, 21:4, 26:20, 34:17, 35:22, 82:22, 88:16, 89:8, 96:11, 97:18, 98:6, 100:12
**involves** [2] - 36:18, 36:19
**IQ** [5] - 160:11, 160:14, 160:22, 162:4, 162:5
**irreversible** [2] - 53:8, 58:3
**is'** [1] - 123:5
**issue** [20] - 23:7, 43:10, 60:12, 61:9, 67:2, 69:22, 69:24, 70:3, 70:15, 74:9, 84:22, 88:2, 108:24, 125:19, 128:8, 128:17, 129:15, 133:11, 149:12, 154:23
**issued** [5] - 91:14, 100:7, 100:9, 111:19, 128:13
**issues** [26] - 5:15, 11:20, 12:19, 14:12, 36:18, 43:15, 46:11, 46:14, 65:25, 66:1, 68:8, 68:17, 68:19, 70:2, 70:7, 70:12, 70:21, 72:7, 102:22, 130:7, 130:8, 136:7, 146:16, 150:23, 154:14, 154:15
**itself** [15] - 11:23, 21:20, 36:9, 45:8, 48:19, 49:1, 51:7, 51:25, 67:12, 85:2, 89:12, 90:1, 118:19, 165:14

## J

**James** [1] - 2:6
**January** [2] - 33:22, 146:14
**Jason** [1] - 2:2
**jloonam@jonesday.com** [1] - 2:9
**job** [2] - 137:21, 153:24
**jobs** [1] - 71:2
**John** [1] - 64:11
**Jones** [5] - 2:2, 2:7, 5:4, 14:3, 35:13
**journal** [10] - 53:18, 53:21, 54:13, 54:15, 54:19, 54:20, 55:16, 56:4, 85:17
**journals** [1] - 54:17
**JR** [1] - 1:11

**Judge** [7] - 53:15, 54:2, 57:16, 57:18, 59:1, 75:7, 121:2
**JUDGE** [1] - 1:12
**judgment** [9] - 61:8, 61:14, 63:23, 63:24, 64:1, 66:7, 66:10, 66:12, 142:21
**July** [26] - 11:1, 11:4, 11:5, 11:21, 15:6, 15:9, 15:13, 22:15, 22:18, 23:13, 23:16, 24:5, 24:13, 24:15, 24:16, 24:25, 25:2, 25:8, 25:16, 28:20, 29:8, 29:9, 30:25, 108:5, 108:6, 109:4
**June** [10] - 9:22, 10:4, 10:19, 10:23, 22:20, 47:5, 47:25, 48:7, 79:22, 130:24
**junior** [2] - 95:8, 160:10
**Justice** [2] - 1:20, 153:19
**jvarnado@jonesday.com** [1] - 2:5

## K

**Kathleen** [4] - 2:12, 167:20, 167:23, 167:24
**Kathryn** [1] - 2:6
**keep** [5] - 82:24, 86:21, 86:23, 133:10, 152:3
**keeping** [1] - 77:9
**keeps** [2] - 76:13, 76:16
**Keneally** [1] - 2:6
**kept** [4] - 28:11, 28:12, 151:19, 151:22
**kid** [1] - 160:15
**kill** [1] - 11:25
**kind** [11] - 11:23, 13:1, 18:8, 41:9, 62:2, 73:6, 100:11, 115:3, 147:24, 151:6, 160:18, 161:18, 162:23
**kit** [1] - 152:1
**kkeneally@jonesday.com** [1] - 2:9
**knowing** [1] - 135:8
**knowledge** [4] - 48:12, 79:1, 145:17, 154:24
**known** [1] - 7:24

## L

**lacking** [1] - 6:24
**lagging** [1] - 115:3
**Lai** [2] - 142:5, 142:10
**Lai's** [1] - 142:8
**Lancet** [3] - 54:13, 54:17, 54:19
**Langston** [1] - 1:18
**language** [3] - 64:4, 96:1, 133:17
**large** [6] - 19:16, 22:9, 134:6, 155:7, 158:10, 161:5
**largely** [3] - 8:24, 20:21, 112:24
**larger** [2] - 21:11, 59:12
**last** [8] - 9:4, 31:15, 31:22, 32:1, 63:21, 123:2, 123:3, 133:21
**late** [2] - 47:5, 134:10
**late-stage** [1] - 134:10
**laughter** [1] - 117:6
**law** [10] - 5:9, 28:12, 68:20, 149:1,

149:3, 154:19, 154:21, 154:22, 155:5, 155:6
**lawyer** [1] - 117:5
**lay** [2] - 56:12, 130:7
**lead** [14] - 22:14, 37:12, 38:25, 39:2, 40:24, 41:1, 50:25, 52:5, 66:25, 89:10, 89:22, 132:3, 159:1
**leading** [5] - 51:15, 51:20, 51:21, 109:10, 136:15
**leads** [2] - 39:13, 49:6
**learn** [2] - 94:14, 127:9
**learned** [12] - 37:22, 56:7, 72:19, 72:23, 73:9, 73:10, 73:24, 74:1, 74:3, 74:4, 74:12, 162:6
**learning** [3] - 7:19, 36:16, 36:19
**least** [6] - 9:9, 78:1, 87:1, 88:10, 99:22, 113:20
**leave** [1] - 25:1
**leaves** [2] - 123:1, 123:11
**Lee** [1] - 1:18
**lee.f.langston@usdoj.gov** [1] - 1:23
**left** [1] - 23:11
**legal** [9] - 26:20, 68:8, 130:8, 146:16, 147:16, 151:17, 152:20, 154:25, 155:11
**legal-related** [1] - 147:16
**less** [14] - 16:24, 17:18, 18:2, 28:5, 45:12, 45:15, 70:9, 101:24, 112:18, 114:24, 159:9
**letter** [2] - 13:4, 44:21
**letters** [1] - 44:19
**letting** [2] - 128:3
**level** [26] - 8:20, 30:14, 32:2, 47:22, 63:13, 71:20, 71:21, 71:23, 77:1, 77:5, 85:6, 89:25, 92:8, 94:7, 121:17, 121:22, 126:17, 131:1, 134:22, 139:13, 141:18, 142:12, 142:16, 143:1, 155:8
**Lewy** [14] - 37:1, 79:18, 80:12, 83:6, 83:19, 90:18, 91:11, 91:25, 92:3, 92:4, 98:18, 98:19, 112:18, 112:22
**license** [1] - 146:13
**life** [4] - 42:11, 46:2, 46:12, 46:15
**light** [1] - 110:19
**likelihood** [2] - 27:19, 108:20
**likely** [17] - 25:5, 30:2, 37:17, 46:10, 68:24, 75:20, 87:23, 99:16, 112:18, 115:8, 124:3, 125:8, 126:6, 132:3, 134:19, 134:20, 134:24
**limited** [1] - 51:2
**limits** [1] - 164:24
**line** [2] - 119:2, 120:11
**linear** [1] - 52:17
**link** [1] - 6:9
**list** [4] - 12:11, 12:17, 44:20
**listed** [3] - 61:19, 62:9, 127:2
**lists** [1] - 65:16
**lit** [1] - 17:22
**literature** [4] - 53:13, 61:11, 104:18, 161:7

**lives** [1] - 45:24
**living** [2] - 63:21, 145:7
**lobe** [3] - 39:10, 81:4, 83:21
**lobes** [3] - 101:18, 111:13, 164:22
**localized** [1] - 88:21, 89:1
**locate** [1] - 80:6
**located** [1] - 12:7
**lockdown** [1] - 86:5
**locked** [1] - 152:13
**long-term** [2] - 59:8, 59:20
**look** [32] - 16:2, 17:1, 21:12, 39:10, 41:17, 42:6, 58:6, 58:18, 58:19, 64:18, 65:15, 74:17, 80:6, 83:14, 85:1, 89:16, 96:13, 103:22, 119:20, 122:14, 123:6, 123:7, 124:6, 137:8, 157:16, 159:18, 163:1, 163:24, 164:2, 164:22, 165:1, 165:2
**looked** [10] - 21:7, 52:20, 61:5, 61:8, 61:16, 71:5, 78:12, 96:14, 100:11, 165:21
**looking** [18] - 16:12, 21:11, 29:14, 41:22, 42:6, 78:5, 79:15, 102:19, 104:17, 107:7, 107:8, 114:10, 124:24, 124:25, 125:1, 135:8, 152:7, 161:25
**looks** [6] - 16:2, 9:12, 19:15, 20:22, 23:23, 96:18
**Loonam** [5] - 2:6, 3:3, 3:4, 132:16, 133:10
**LOONAM** [95] - 33:11, 33:15, 42:15, 42:18, 42:20, 43:7, 43:11, 53:15, 53:17, 54:1, 54:4, 54:9, 54:12, 55:18, 56:6, 56:17, 56:24, 57:6, 57:9, 57:16, 57:18, 57:19, 58:25, 59:3, 64:14, 64:25, 65:3, 68:12, 68:15, 68:16, 69:19, 70:1, 75:7, 75:11, 75:14, 75:15, 76:18, 77:17, 77:19, 80:1, 80:3, 80:5, 86:9, 86:11, 90:22, 91:1, 104:19, 104:25, 105:4, 105:12, 105:15, 105:18, 105:20, 105:21, 116:18, 116:20, 116:25, 117:4, 117:7, 117:20, 117:23, 118:1, 118:2, 120:7, 121:2, 121:4, 121:25, 122:23, 123:1, 123:17, 124:9, 124:21, 125:9, 125:18, 125:21, 125:24, 125:25, 127:20, 128:6, 128:16, 128:21, 128:23, 129:24, 130:10, 130:11, 132:11, 133:25, 136:15, 142:1, 142:4, 143:4, 143:9, 144:2, 167:11, 167:15
**loss** [21] - 34:9, 34:13, 34:14, 34:15, 34:16, 34:20, 36:3, 43:18, 44:5, 65:20, 72:7, 72:14, 72:18, 72:19, 74:15, 74:16, 99:13, 99:15, 111:12, 136:4
**loved** [1] - 74:21
**lower** [1] - 26:7
**lunch** [1] - 4:21
**Lutheran** [1] - 148:3

## M

**M.D** [1] - 3:2

**M.D.s** [1] - 95:8
**Magnani** [4] - 1:19, 3:3, 3:4, 3:5
**MAGNANI** [38] - 4:9, 4:14, 4:19, 11:10, 13:23, 25:22, 26:23, 28:18, 33:8, 42:12, 43:2, 55:10, 55:12, 55:20, 55:25, 58:10, 58:23, 64:19, 64:24, 67:23, 69:4, 76:12, 77:18, 117:21, 120:15, 127:15, 132:15, 133:4, 133:13, 133:15, 133:19, 134:2, 136:18, 141:23, 143:5, 143:17, 143:24, 144:1
**main** [3] - 13:14, 15:1, 149:10
**maintained** [1] - 66:10
**major** [1] - 154:14
**majority** [1] - 98:20
**male** [2] - 46:12, 146:10
**malingerer** [1] - 159:19
**malingering** [14] - 126:23, 127:7, 127:12, 130:2, 139:21, 149:13, 149:16, 149:19, 159:5, 159:8, 159:21, 162:13, 163:4, 163:6
**Malingering** [1] - 149:23
**man** [1] - 29:11
**manager** [2] - 75:4, 167:6
**MANAGER** [3] - 4:6, 54:8, 75:9
**manifest** [3] - 44:3, 45:8, 90:1
**manifesting** [1] - 55:6
**manifests** [1] - 89:12
**map** [1] - 37:24
**mapping** [1] - 89:5
**March** [21] - 9:25, 16:4, 20:5, 20:13, 20:15, 20:22, 22:6, 32:20, 47:2, 48:15, 48:16, 77:23, 78:6, 80:7, 99:24, 100:6, 101:25, 114:3, 114:9, 130:24
**mark** [2] - 54:1, 54:11
**marked** [6] - 54:5, 54:21, 65:20, 68:18, 86:1, 101:20
**markedly** [7] - 11:6, 14:18, 101:4, 101:8, 102:11, 102:13, 112:20
**marker** [6] - 17:17, 19:14, 19:17, 19:18, 50:2, 51:25
**marking** [4] - 11:12, 25:25, 52:2, 64:14
**mask** [5] - 26:7, 27:11, 27:18, 144:24, 145:2
**masks** [4] - 27:5, 27:6, 27:13, 27:16
**Master's** [1] - 148:6
**match** [1] - 141:3
**material** [14] - 17:6, 72:19, 72:23, 73:24, 74:2, 74:3, 86:18, 86:19, 86:20, 86:21, 86:22, 86:24, 157:1, 166:10
**matter** [5] - 46:8, 73:25, 111:12, 111:23, 167:22
**matters** [1] - 149:5
**maximum** [1] - 146:9
**MCI** [10] - 9:13, 120:6, 120:17, 120:22, 121:14, 126:5, 136:2, 141:7, 141:10, 166:5
**mean** [45] - 11:5, 14:16, 17:9, 24:10, 24:16, 24:17, 30:5, 31:15, 40:15, 50:25, 51:1, 56:12, 64:17, 68:4, 69:6,

69:8, 69:11, 71:10, 74:15, 74:19, 78:19, 87:22, 88:15, 93:2, 96:13, 99:19, 104:7, 104:9, 104:17, 105:17, 116:3, 120:7, 121:23, 129:6, 133:5, 134:6, 134:11, 135:17, 137:6, 138:5, 139:11, 140:25, 149:20, 166:6, 166:18
**meaning** [1] - 45:19
**meaningful** [3] - 155:10, 165:15, 165:18
**means** [8] - 35:4, 63:7, 66:22, 67:12, 106:22, 120:22, 159:7, 165:15
**meant** [2] - 93:5, 95:6
**measure** [10] - 17:15, 18:12, 19:10, 63:4, 65:11, 76:25, 100:12, 135:24, 145:15, 145:19
**measurements** [1] - 100:10
**measures** [12] - 19:8, 19:9, 32:24, 157:10, 159:23, 159:24, 159:25, 161:16, 162:10, 163:17, 164:3, 165:9
**mechanical** [1] - 2:15
**Medical** [13] - 53:22, 53:23, 146:2, 146:8, 146:25, 147:15, 147:18, 150:8, 150:9, 150:11, 150:12, 151:2, 155:3
**medical** [25] - 5:15, 6:17, 8:23, 8:24, 10:19, 12:19, 14:12, 23:7, 48:21, 49:4, 49:9, 54:17, 80:17, 93:6, 127:17, 131:16, 143:21, 146:7, 146:9, 146:12, 146:19, 148:9, 159:15
**medical-surgical-psychiatric** [1] - 146:9
**Medicine** [2] - 53:19, 59:7
**medicine** [5] - 28:4, 48:2, 78:10, 93:9
**meeting** [2] - 13:18, 26:8
**meets** [1] - 163:5
**member** [3] - 138:8, 149:21, 157:6
**members** [2] - 98:4, 153:13
**Memorial** [2] - 147:10, 147:11
**memories** [1] - 68:21
**memory** [64] - 5:6, 5:21, 5:23, 6:4, 6:7, 6:10, 6:14, 6:18, 6:20, 36:16, 36:19, 36:22, 40:2, 40:5, 40:10, 40:12, 40:13, 40:16, 43:18, 43:23, 44:5, 44:6, 62:25, 63:19, 65:18, 65:19, 65:20, 65:25, 66:4, 67:1, 67:6, 67:9, 67:11, 68:17, 68:19, 70:2, 70:6, 70:7, 70:18, 70:19, 72:7, 72:10, 72:11, 72:14, 72:18, 72:19, 74:14, 74:15, 74:16, 89:7, 89:9, 89:22, 98:2, 98:5, 98:17, 99:13, 99:15, 108:9, 153:1, 164:23, 166:15
**Memory** [1] - 147:12
**men** [1] - 46:15
**mental** [6] - 16:25, 55:6, 150:22, 151:4, 152:17, 155:6
**mention** [2] - 84:6, 84:7
**mentioned** [10] - 6:6, 6:18, 7:9, 9:9, 12:20, 31:14, 36:14, 43:23, 84:12, 132:22
**met** [3] - 5:4, 14:17, 29:11
**metabolic** [7] - 18:12, 19:20, 19:21, 101:4, 101:9, 102:12, 102:13
**metabolically** [1] - 17:16

**metabolism** [1] - 16:2
**Methodist** [6] - 11:22, 21:16, 78:10, 79:5, 100:25, 102:2
**methods** [1] - 156:22
**metric** [1] - 138:12
**mid-60s** [1] - 87:14
**might** [12] - 6:16, 6:19, 10:18, 58:24, 68:10, 74:19, 90:5, 140:3, 152:14, 164:1, 166:22
**mild** [94] - 7:1, 7:7, 20:11, 20:21, 21:3, 21:25, 29:17, 31:6, 31:8, 32:18, 32:19, 41:9, 62:9, 62:10, 62:21, 62:22, 63:2, 65:8, 65:10, 65:12, 65:18, 65:19, 65:23, 65:24, 66:8, 66:11, 70:6, 76:5, 76:9, 76:13, 76:15, 76:17, 76:23, 79:16, 80:10, 80:25, 91:9, 91:21, 91:22, 92:8, 101:16, 101:17, 102:8, 102:12, 102:14, 112:15, 112:16, 120:6, 120:17, 120:22, 120:23, 121:9, 121:15, 122:8, 122:22, 123:11, 124:1, 124:2, 124:5, 124:15, 125:5, 125:12, 125:13, 134:25, 135:5, 135:14, 135:18, 136:10, 136:20, 137:9, 137:10, 137:13, 137:16, 138:16, 138:17, 138:25, 139:3, 139:8, 139:9, 141:8, 141:20, 141:21, 164:20, 166:4, 166:5, 166:6, 166:7, 166:14, 166:16, 166:17, 166:19
**military** [2] - 159:14
**Miller** [4] - 2:12, 167:20, 167:23, 167:24
**mind** [3] - 66:6, 120:10, 152:3
**mindset** [1] - 156:4
**minimal** [3] - 22:4, 31:8, 32:21
**minimizing** [1] - 161:22
**ministry** [1] - 148:3
**minute** [3] - 11:15, 26:7, 147:23
**minutes** [9] - 11:14, 25:24, 25:25, 74:25, 124:8, 133:14, 144:9
**mispronounce** [2] - 81:7, 82:3
**mispronunciations** [1] - 95:19
**missing** [1] - 123:20
**Missouri** [1] - 147:12
**mistake** [2] - 91:17, 92:18
**mitigation** [1] - 150:23
**moan** [1] - 13:6
**moderate** [58] - 62:11, 62:21, 63:3, 65:8, 65:20, 65:25, 66:8, 66:12, 67:1, 67:6, 67:11, 68:17, 70:2, 70:7, 70:20, 71:4, 71:11, 72:6, 72:7, 72:9, 72:12, 72:17, 72:18, 72:22, 76:15, 76:17, 76:24, 77:8, 101:3, 101:8, 111:10, 118:20, 118:21, 119:9, 119:10, 119:14, 119:16, 119:21, 120:2, 120:4, 120:11, 120:12, 120:20, 122:9, 122:24, 123:12, 123:18, 124:17, 125:7, 125:14, 126:8, 126:10, 136:10, 139:9, 140:15, 140:22, 166:16
**Moderna** [1] - 28:9
**moment** [5] - 33:12, 46:21, 53:15, 117:16, 117:24

**money** [1] - 159:17
**month** [3] - 49:21, 114:12, 114:13
**months** [6] - 21:1, 48:17, 73:21, 100:7, 146:6, 146:11
**morning** [3] - 167:3, 167:7, 167:17
**Morris** [2] - 64:7, 64:11
**mortality** [2] - 46:9, 49:8
**most** [24] - 4:12, 25:4, 29:12, 29:20, 32:18, 43:24, 54:17, 56:13, 66:5, 68:22, 70:7, 75:19, 81:18, 83:20, 85:16, 110:25, 111:12, 118:18, 134:20, 134:24, 151:11, 153:23, 157:4, 164:23
**mostly** [5] - 7:1, 82:6, 143:20, 149:8, 155:7
**mother** [1] - 153:13
**motivated** [2] - 45:12, 45:14
**motivation** [2] - 45:12, 165:21
**motor** [14] - 34:17, 34:21, 34:22, 34:24, 34:25, 35:2, 35:9, 35:19, 36:15, 36:25, 37:2, 37:7, 37:9, 96:2
**move** [4] - 71:4, 72:6, 75:12, 128:10
**moved** [2] - 93:8, 104:24
**moving** [1] - 35:4
**MR** [140] - 4:9, 4:14, 4:19, 11:10, 13:23, 25:22, 26:23, 28:18, 33:8, 33:11, 33:15, 42:12, 42:15, 42:18, 42:20, 43:2, 43:7, 43:11, 53:15, 53:17, 54:1, 54:4, 54:9, 54:12, 55:10, 55:12, 55:18, 55:20, 55:25, 56:6, 56:17, 56:24, 57:6, 57:9, 57:16, 57:18, 57:19, 58:10, 58:23, 58:25, 59:3, 64:14, 64:19, 64:24, 64:25, 65:3, 67:23, 68:12, 68:15, 68:16, 69:4, 69:19, 70:1, 75:7, 75:11, 75:14, 75:15, 76:12, 76:18, 77:17, 77:18, 77:19, 80:1, 80:3, 80:5, 86:9, 86:11, 90:22, 91:1, 104:19, 104:25, 105:4, 105:12, 105:15, 105:18, 105:20, 105:21, 116:18, 116:20, 116:25, 117:4, 117:7, 117:20, 117:21, 117:23, 118:1, 118:2, 120:7, 120:15, 121:2, 121:4, 121:25, 122:23, 123:1, 123:17, 124:9, 124:21, 125:9, 125:18, 125:21, 125:24, 125:25, 127:15, 127:20, 128:6, 128:16, 128:21, 128:23, 129:24, 130:10, 130:11, 132:11, 132:15, 133:4, 133:13, 133:15, 133:19, 133:25, 134:2, 136:15, 136:18, 141:23, 142:1, 142:4, 143:4, 143:5, 143:9, 143:17, 143:24, 144:1, 144:2, 144:11, 144:23, 145:1, 145:6, 166:21, 167:10, 167:11, 167:14, 167:15
**MRI** [15] - 19:8, 19:15, 100:16, 103:9, 106:6, 109:17, 109:22, 110:24, 114:23, 115:3, 115:5, 115:9, 115:20, 164:21
**MRI's** [1] - 116:1
**MRIs** [1] - 115:14
**multi** [1] - 37:14

**multi-tasking** [1] - 37:14
**multiple** [11] - 46:23, 52:16, 102:22, 116:6, 116:12, 122:13, 131:8, 157:10, 161:4, 165:11
**must** [1] - 157:10

# N

**name** [6] - 78:15, 78:20, 86:22, 86:23, 112:7, 160:14
**names** [1] - 129:13
**natural** [4] - 29:15, 119:4, 120:5, 123:3, 124:4, 126:2
**nature** [2] - 152:25, 166:9
**NE** [1] - 1:21
**necessarily** [7] - 38:22, 49:17, 71:10, 120:22, 139:11, 156:20, 166:18
**necessary** [2] - 111:4, 129:4
**need** [17] - 56:12, 56:13, 56:14, 58:6, 70:24, 71:18, 74:25, 104:3, 104:10, 104:11, 106:12, 116:21, 150:21, 151:4, 160:11, 167:8, 167:12
**needing** [3] - 137:20, 140:16, 140:18
**needs** [4] - 58:18, 58:22, 75:3, 76:10
**negative** [1] - 149:13
**Negative** [2] - 149:23, 150:3
**networks** [1] - 89:6
**neural** [1] - 77:20
**neuritic** [1] - 111:11
**neuroanatomy** [2] - 145:17, 147:7
**neurocognitive** [1] - 10:13
**neurodegeneration** [7] - 10:21, 17:21, 22:22, 41:7, 43:21, 78:5, 134:13
**neurodegenerative** [13] - 15:4, 19:17, 46:5, 78:3, 79:17, 80:11, 91:10, 91:14, 91:19, 91:22, 92:2, 112:16, 116:8
**neuroimaging** [15] - 32:17, 32:18, 32:24, 41:23, 43:20, 84:23, 85:20, 88:3, 88:5, 88:20, 118:15, 119:4, 126:3, 143:21, 164:19
**Neurol** [1] - 54:13
**neurological** [5] - 15:24, 18:16, 18:18, 80:17, 100:18
**neurologists** [2] - 42:21, 94:21
**Neurology** [2] - 94:17, 95:12
**neurology** [3] - 94:10, 97:9, 147:13
**neuron** [2] - 34:20, 37:25
**neuronal** [6] - 34:11, 38:19, 38:20, 38:22, 81:6
**neurons** [16] - 34:16, 34:17, 81:8, 81:11, 81:19, 81:22, 82:1, 82:15, 82:19, 82:20, 82:21, 82:24, 109:20, 115:15, 115:24, 141:12
**neuropathology** [2] - 145:18, 147:7
**neuropsychological** [6] - 9:7, 127:6, 146:23, 147:7, 153:2, 166:7
**neuropsychologist** [7] - 145:8, 145:10, 145:13, 145:14, 145:25, 147:12, 154:3
**neuropsychologists** [1] - 98:7
**neuropsychology** [6] - 146:16, 146:20,

147:5, 148:22, 149:9, 149:22
**Neuropsychology** [2] - 150:4
**neuroradiologist** [4] - 21:19, 100:2, 114:14, 114:16
**neuroradiologists** [2] - 42:22, 114:17
**neuroreader** [1] - 106:6
**Neuroreader** [1] - 100:15
**never** [4] - 14:21, 27:7, 55:14, 58:12
**nevertheless** [2] - 34:3, 69:25
**New** [1] - 2:8
**next** [3] - 19:25, 109:16, 144:9
**nice** [1] - 26:5
**night** [1] - 167:17
**NO** [1] - 1:3
**non** [7] - 34:25, 35:19, 36:15, 36:25, 37:2, 44:6, 135:11
**non-Baylor** [1] - 135:11
**non-memory** [1] - 44:6
**non-motor** [5] - 34:25, 35:19, 36:15, 36:25, 37:2
**none** [1] - 65:13
**nonsensical** [4] - 14:21, 25:18, 28:24, 29:24
**nonspecific** [1] - 35:21
**normal** [19] - 9:14, 18:3, 18:4, 20:24, 20:25, 41:5, 41:8, 50:20, 63:1, 83:13, 113:22, 113:25, 114:6, 114:7, 134:14, 134:16, 139:8, 164:24, 165:9
**normalize** [1] - 60:10
**normally** [2] - 81:13, 83:23
**northern** [1] - 13:13
**nose** [1] - 35:15
**note** [2] - 59:1, 96:14, 131:10
**notes** [2] - 80:20, 102:22
**nothing** [6] - 105:4, 105:12, 119:8, 132:12, 143:9, 144:2
**notion** [1] - 159:19
**November** [1] - 31:24
**NOVEMBER** [2] - 1:6, 4:2
**nuance** [1] - 90:13
**nuclear** [2] - 21:17, 78:9
**nuclei** [1] - 107:4
**nucleus** [1] - 101:21
**number** [27] - 16:24, 36:7, 37:3, 38:2, 45:1, 46:18, 46:19, 47:19, 52:25, 57:1, 57:3, 57:5, 57:6, 63:5, 71:9, 71:24, 81:24, 81:25, 82:18, 82:20, 85:14, 98:19, 103:7, 110:7, 138:11, 139:7, 139:10
**numbers** [8] - 4:12, 18:8, 44:18, 63:4, 71:8, 73:4, 139:6, 139:13
**numerous** [4] - 85:11, 88:9, 95:11, 163:15
**nursing** [1] - 74:19
**NY** [1] - 2:8

# O

**Obenour** [2] - 6:1, 6:7
**objection** [24] - 42:12, 42:14, 43:2,

55:10, 55:24, 55:25, 57:7, 58:10, 67:23, 68:3, 69:4, 69:5, 69:6, 76:12, 124:13, 125:23, 127:15, 128:4, 128:9, 133:16, 133:25, 136:15, 136:16
**objective** [7] - 32:24, 78:2, 155:14, 157:2, 157:7, 164:3, 166:1
**objectively** [1] - 156:18
**observable** [1] - 114:3
**observation** [2] - 111:15, 150:25
**observe** [1] - 142:20
**observed** [2] - 88:12, 102:1
**observes** [1] - 102:5
**obtain** [4] - 7:19, 156:24, 159:10, 159:11
**obtained** [2] - 20:5, 148:2
**obtaining** [2] - 108:13, 108:17
**obvious** [3] - 19:19, 163:2, 163:3
**obviously** [1] - 152:12
**occasional** [1] - 150:23
**occipital** [3] - 83:21, 85:11, 88:8
**occur** [4] - 36:9, 51:10, 109:18, 156:6
**occurred** [1] - 5:3
**occurs** [1] - 23:6
**October** [17] - 25:9, 25:12, 25:14, 28:19, 29:7, 29:10, 29:12, 29:22, 30:1, 30:25, 142:9, 142:11, 157:20, 163:9, 164:6, 164:14, 165:7
**OF** [2] - 1:1, 1:3
**offer** [1] - 127:23
**offering** [2] - 128:2, 129:8
**office** [2] - 153:6, 163:16
**offsetting** [2] - 115:21, 115:25
**often** [8] - 13:1, 25:20, 39:13, 40:19, 48:19, 49:1, 66:17, 103:19
**oftentimes** [2] - 153:9, 153:12
**old** [1] - 59:1
**older** [4] - 46:9, 54:25, 59:21, 66:20
**olfactory** [1] - 35:23
**once** [4] - 53:6, 53:9, 72:21, 108:24, 157:20, 164:6
**one** [101] - 7:23, 8:10, 10:2, 11:11, 11:24, 12:10, 12:15, 12:20, 13:13, 15:3, 20:6, 27:18, 27:20, 28:20, 30:18, 31:5, 35:11, 35:15, 36:3, 37:5, 38:5, 38:6, 38:10, 38:14, 39:3, 39:5, 39:9, 40:19, 47:22, 49:14, 51:17, 52:20, 52:22, 53:15, 54:9, 54:17, 55:15, 55:22, 57:14, 58:23, 61:1, 61:17, 63:6, 63:9, 63:15, 66:19, 70:23, 71:9, 75:11, 85:1, 85:23, 87:17, 89:20, 90:9, 90:14, 91:3, 91:16, 92:5, 92:13, 93:1, 94:20, 95:7, 95:9, 96:15, 97:7, 97:24, 98:4, 99:19, 109:4, 113:23, 114:9, 114:10, 115:18, 117:16, 117:24, 122:4, 124:16, 127:22, 131:5, 136:11, 138:20, 138:22, 139:2, 139:3, 139:10, 139:16, 141:4, 143:6, 143:13, 143:14, 150:5, 155:23, 157:7, 159:4, 161:5
**one's** [1] - 137:22
**one-to-one** [5] - 90:9, 90:14, 138:20,

139:3, 141:4
**ones** [3] - 11:24, 12:22, 74:21
**onset** [1] - 87:11
**open** [3] - 123:1, 123:11, 152:13
**opened** [3] - 132:22, 133:3, 133:9
**opening** [1] - 133:11
**operating** [1] - 30:13
**opine** [3] - 69:20, 69:21, 119:1
**opined** [1] - 120:8
**opinion** [30] - 6:21, 9:13, 30:4, 32:13, 42:23, 67:24, 83:10, 83:11, 83:15, 92:10, 97:12, 120:17, 121:5, 121:7, 121:8, 123:8, 127:23, 128:2, 128:13, 128:17, 130:5, 132:21, 132:25, 134:19, 141:16, 164:7, 164:10, 164:11, 164:13, 164:16
**opinions** [6] - 21:5, 21:7, 21:19, 21:21, 58:12, 131:16
**opportunity** [1] - 10:25
**opposed** [2] - 41:16, 157:16
**opposite** [1] - 161:22
**optimal** [1] - 160:20
**order** [9] - 18:13, 71:18, 86:21, 88:22, 113:2, 113:17, 129:13, 142:20, 159:10
**ordered** [7] - 15:25, 16:9, 16:11, 110:5, 110:7, 112:6, 112:7
**ordering** [1] - 113:20
**orders** [1] - 114:21
**organizing** [1] - 137:22
**orientation** [2] - 62:25, 63:19
**original** [7] - 11:13, 20:4, 84:10, 88:2, 100:8, 128:18, 128:20
**originally** [1] - 148:2
**otherwise** [1] - 74:22
**ought** [1] - 28:5
**outlined** [1] - 155:20
**outside** [6] - 31:16, 31:17, 31:23, 32:6, 32:13
**outweighed** [1] - 58:14
**overall** [7] - 25:11, 102:8, 102:10, 102:14, 139:7, 139:12, 139:13
**overlap** [3] - 37:19, 96:2, 154:7
**overruled** [4] - 57:7, 124:14, 128:5, 128:9
**overruling** [1] - 125:22
**overview** [1] - 8:23
**own** [4] - 21:19, 100:1, 133:16, 166:3

**P**

**p.m** [5] - 1:5, 4:3, 167:18
**page** [8] - 78:19, 80:6, 83:1, 83:2, 118:3, 118:8, 118:9, 126:1
**pamphlet** [1] - 56:8
**paper** [2] - 56:1, 107:22
**papers** [8] - 42:24, 43:4, 84:17, 84:19, 84:20, 84:21, 97:24, 149:11
**paragraph** [12] - 80:7, 80:9, 80:16, 83:3, 84:7, 118:4, 118:11, 118:23, 119:1, 126:15, 126:21, 128:24

**parietal** [3] - 81:4, 85:11, 88:8
**Parkinson's** [64] - 10:17, 33:19, 33:21, 34:4, 34:5, 34:24, 35:2, 35:19, 35:22, 35:25, 36:2, 36:6, 36:12, 36:15, 36:17, 36:25, 37:2, 37:4, 37:17, 39:13, 39:17, 39:19, 39:22, 39:25, 40:4, 40:7, 40:17, 49:12, 79:18, 80:13, 83:7, 83:17, 83:19, 84:23, 85:9, 85:21, 86:14, 87:3, 87:8, 87:21, 88:3, 88:5, 88:6, 88:13, 90:18, 91:11, 91:25, 96:3, 96:18, 96:24, 97:14, 97:15, 97:16, 97:18, 97:20, 97:22, 97:25, 99:16, 99:17, 111:2, 112:18, 112:22, 135:12, 135:14
**part** [12] - 68:4, 78:1, 82:19, 89:25, 97:4, 97:23, 99:14, 114:14, 151:8, 152:10, 155:2, 158:10
**participants** [1] - 152:21
**particular** [5] - 9:15, 26:1, 27:20, 149:17, 157:4
**particularly** [6] - 10:22, 84:25, 88:6, 112:17, 164:21, 166:8
**partner** [1] - 139:18
**parts** [7] - 17:23, 17:24, 38:13, 74:5, 74:10, 84:6
**party** [1] - 79:2
**passion** [1] - 74:1
**past** [6] - 6:6, 46:24, 70:10, 110:18, 137:16, 145:25
**patent** [1] - 99:3
**path** [1] - 148:5
**pathologies** [1] - 96:11
**pathology** [2] - 145:20, 153:2
**patient** [38] - 16:25, 20:10, 37:4, 41:13, 45:10, 45:24, 51:10, 53:9, 62:16, 63:7, 68:24, 74:19, 83:13, 89:20, 89:21, 99:1, 103:15, 106:15, 117:10, 123:25, 134:7, 138:7, 138:12, 139:18, 139:23, 142:10, 154:13, 155:24, 155:25, 156:1, 156:2, 156:5, 156:6, 156:7, 156:11, 157:5, 158:11, 158:17
**patient's** [4] - 73:11, 75:24, 76:3, 138:7
**patients** [37] - 10:16, 18:21, 19:17, 20:8, 36:12, 36:17, 37:17, 40:7, 40:9, 44:4, 44:12, 45:5, 50:5, 50:6, 51:12, 63:13, 85:8, 87:4, 87:10, 88:15, 88:17, 94:3, 95:22, 95:24, 96:21, 97:2, 97:4, 97:20, 97:22, 98:19, 98:20, 99:21, 113:1, 113:2, 117:12, 121:14, 130:16
**pattern** [9] - 20:20, 21:21, 83:6, 83:23, 83:25, 84:15, 90:18, 107:10, 112:19
**patterns** [1] - 96:17
**paused** [1] - 26:21
**paying** [1] - 113:5
**PD** [1] - 88:5
**people** [21] - 21:12, 27:15, 27:20, 28:2, 41:5, 51:5, 66:17, 73:6, 75:2, 87:8, 90:5, 95:4, 95:10, 99:19, 135:5, 135:23, 136:20, 143:18, 166:7, 166:19
**percent** [7] - 87:4, 106:17, 106:18, 106:23, 121:14, 135:5, 151:22

**percentage** [7] - 81:21, 81:23, 82:11, 82:14, 82:15, 121:20, 152:5
**percentages** [1] - 135:8
**percentiles** [1] - 106:15
**perception** [1] - 153:11
**perfect** [1] - 166:25
**perform** [6] - 30:10, 146:22, 151:25, 157:9, 157:22, 163:22
**performance** [9] - 8:8, 22:18, 63:17, 161:5, 161:10, 161:11, 161:25, 162:3, 165:9
**performed** [3] - 16:11, 100:10, 162:8
**performing** [10] - 31:16, 31:17, 32:11, 146:5, 146:15, 150:20, 151:7, 151:8, 160:4
**performs** [2] - 158:12, 159:25
**period** [12] - 49:21, 55:8, 57:24, 60:4, 60:9, 114:12, 114:13, 130:21, 131:12, 135:4, 152:7, 152:10
**periodical** [1] - 56:7
**persist** [1] - 15:12
**persisting** [1] - 57:23
**person** [7] - 7:21, 8:9, 14:17, 50:20, 64:12, 66:23, 67:12, 70:5, 70:14, 76:6, 76:10, 77:12, 86:15, 136:6, 137:15, 158:25, 159:25, 160:3, 162:19, 166:7, 166:17
**person's** [6] - 42:10, 50:12, 90:10, 153:14, 161:11, 163:25
**personal** [7] - 63:20, 75:21, 76:4, 76:10, 77:9, 77:13, 149:2
**personally** [1] - 143:3
**persons** [7] - 35:24, 52:8, 54:25, 57:25, 59:8, 66:20, 100:18
**pertaining** [5] - 146:16, 152:15, 152:17, 153:10, 164:23
**pervasive** [1] - 43:24
**PET** [50] - 15:25, 16:1, 16:6, 16:21, 17:11, 19:8, 19:12, 20:4, 20:13, 21:8, 21:13, 21:16, 22:7, 22:16, 22:24, 29:16, 38:16, 39:9, 77:24, 77:25, 78:1, 78:6, 83:16, 92:7, 99:5, 100:6, 100:10, 108:1, 109:8, 109:19, 109:23, 110:20, 110:24, 111:7, 111:25, 112:2, 112:4, 112:6, 112:20, 113:21, 113:25, 114:22, 114:24, 115:4, 115:7, 115:12, 115:13, 134:15, 135:1, 137:8
**PETs** [5] - 20:24, 109:17, 113:10, 113:14, 114:20
**Ph.D** [2] - 3:6, 145:3
**phenomenon** [1] - 68:20
**phone** [1] - 73:4
**physically** [1] - 11:24
**picture** [2] - 18:5, 18:8
**piece** [2] - 56:1, 61:10
**pieces** [1] - 129:2
**place** [2] - 13:15, 166:23
**places** [4] - 9:10, 84:8, 122:13, 129:13
**plaintiff** [1] - 156:3
**plan** [3] - 116:17, 156:21, 163:19

**planning** [1] - 116:16
**plans** [1] - 152:21
**plaque** [3] - 99:9, 111:15, 111:17
**plaques** [2] - 42:5, 111:11
**plausibility** [1] - 120:1
**plausible** [1] - 126:4
**play** [2] - 11:11, 60:12
**played** [3] - 11:18, 26:4, 27:4
**playing** [1] - 120:25
**plenty** [1] - 116:19
**point** [14] - 6:6, 11:10, 18:8, 24:7, 24:10, 35:15, 42:3, 50:16, 72:22, 109:4, 116:22, 120:10, 162:14, 166:21
**pointed** [1] - 7:9
**pointing** [3] - 72:16, 85:14, 129:1
**points** [1] - 139:7
**Ponisio** [15] - 21:17, 21:25, 100:4, 100:5, 100:6, 101:2, 101:8, 102:1, 102:25, 107:2, 107:9, 107:20, 111:7, 111:19, 111:22
**Ponisio's** [4] - 100:22, 100:23, 107:14, 107:17
**population** [5] - 103:8, 103:16, 104:8, 106:17, 152:13
**portion** [4] - 8:19, 60:1, 138:10, 143:6
**position** [1] - 126:22
**positions** [1] - 95:5
**positive** [7] - 47:14, 99:5, 111:10, 111:15, 111:17, 111:25, 112:1
**possibilities** [2] - 15:20, 134:7
**possibility** [8] - 15:8, 15:16, 118:24, 119:1, 122:24, 123:2, 123:12, 123:18
**possible** [20] - 15:15, 23:10, 41:25, 91:3, 91:15, 92:12, 93:1, 99:12, 109:9, 118:15, 120:18, 134:3, 134:5, 134:9, 134:10, 134:11, 134:12, 134:18, 135:17, 140:23
**possibly** [2] - 125:6, 156:8
**posterior** [1] - 107:5
**postural** [2] - 35:10, 35:18
**potential** [8] - 15:20, 23:2, 120:18, 139:20, 150:22, 151:2, 153:1, 166:12
**potentially** [5] - 10:13, 52:3, 90:2, 137:23, 141:7
**pounded** [1] - 149:24
**practice** [8] - 18:20, 19:1, 97:6, 113:9, 113:19, 114:15, 117:8, 117:9
**practicing** [1] - 94:2
**precautions** [1] - 29:3
**precuneus** [2] - 101:6, 107:5
**predominant** [1] - 66:5
**preexisting** [1] - 51:15
**prepared** [2] - 13:4, 127:18
**presence** [3] - 49:17, 51:7, 121:16
**present** [12] - 4:5, 13:24, 40:7, 67:18, 83:21, 90:6, 91:13, 95:24, 96:1, 96:2, 99:21, 163:3
**presentation** [10] - 14:25, 15:23, 22:15, 23:3, 25:12, 28:19, 29:7, 29:13, 139:16, 164:1

**presentations** [1] - 165:1
**presented** [2] - 25:18, 140:13
**presenting** [1] - 15:6
**preserve** [1] - 125:19
**pretty** [6] - 12:15, 14:25, 28:6, 35:21, 138:15, 155:7
**prevent** [2] - 28:14, 122:21
**preventing** [1] - 29:5
**preventive** [1] - 28:4
**previewed** [1] - 116:22
**previous** [1] - 124:7
**previously** [2] - 15:18, 69:24
**primarily** [1] - 86:15
**primary** [3] - 5:24, 6:2, 99:19
**principles** [2] - 148:25, 155:11
**prisoners** [1] - 146:2
**Prisons** [3] - 147:19, 150:8, 150:13
**private** [1] - 147:15
**probable** [1] - 42:1
**probative** [1] - 58:14
**problem** [17] - 39:20, 63:25, 64:1, 64:23, 65:2, 66:7, 66:12, 66:24, 67:2, 67:10, 67:11, 67:13, 70:6, 70:10, 70:19, 89:22, 159:15
**problem-solving** [2] - 66:7, 66:12
**problems** [29] - 5:7, 5:18, 6:12, 7:2, 19:23, 25:19, 35:23, 40:2, 40:10, 40:16, 40:20, 44:13, 62:16, 62:25, 66:9, 67:1, 67:6, 70:20, 90:11, 95:25, 96:1, 96:2, 135:25, 136:5, 136:13, 138:8, 163:21, 164:24
**procedure** [3] - 10:7, 10:8, 10:11
**proceed** [8] - 4:8, 11:17, 57:8, 75:13, 127:14, 144:21, 151:21, 164:12
**proceedings** [3] - 2:15, 152:20, 167:21
**Proceedings** [2] - 75:8, 124:10
**process** [5] - 37:22, 38:23, 152:23, 159:11, 162:24
**processes** [3] - 38:24, 41:4, 44:23
**processing** [1] - 70:21
**produced** [1] - 2:16
**product** [1] - 100:15
**profession** [5] - 135:23, 136:20, 139:15, 148:15, 159:6
**professional** [1] - 164:11
**Professional** [1] - 148:18
**professor** [6] - 94:1, 94:4, 94:5, 94:6
**proffer** [1] - 64:24
**program** [2] - 147:5, 147:6
**progress** [10] - 7:3, 41:6, 41:8, 121:14, 121:20, 124:3, 124:5, 135:5, 136:23, 137:13
**progressed** [8] - 15:5, 22:2, 119:5, 119:14, 122:8, 123:11, 126:4, 135:18
**progression** [39] - 10:15, 10:18, 15:4, 16:7, 20:21, 21:3, 21:25, 22:4, 25:3, 29:17, 31:6, 31:11, 32:22, 45:21, 52:10, 52:17, 52:23, 53:10, 56:18, 56:20, 65:15, 113:23, 114:2, 114:3, 114:5, 114:8, 118:14, 120:6, 121:13,

123:3, 124:2, 126:12, 130:13, 130:18, 131:2, 131:4, 131:7, 135:3, 141:8
**progressive** [1] - 45:19
**project** [1] - 37:24
**projecting** [1] - 34:19
**projects** [2] - 38:2, 97:19
**prologue** [1] - 110:18
**prompting** [1] - 76:10
**pronounce** [1] - 101:5
**pronounced** [1] - 111:13
**proper** [5] - 157:12, 159:24, 160:4, 162:9, 165:21
**properly** [2] - 11:25, 160:4
**proposition** [2] - 56:3, 84:5
**prosecution** [1] - 25:10
**prostate** [2] - 12:23, 14:7
**protect** [1] - 165:16
**provide** [6] - 56:9, 57:4, 57:6, 59:25, 122:20, 131:16
**provided** [2] - 100:11, 119:23
**provider** [4] - 14:7, 155:24, 156:1, 156:10
**provides** [1] - 34:19
**providing** [2] - 103:17, 154:11
**PSP** [1] - 96:3
**psychiatric** [3] - 36:10, 146:9, 163:21
**psychiatrists** [1] - 146:24
**psychological** [5] - 148:25, 155:11, 158:7, 162:21, 164:5
**psychologist** [8] - 145:15, 154:1, 154:3, 155:13, 155:15, 160:10, 162:5
**psychologists** [4] - 146:23, 163:13, 163:14, 163:15
**Psychology** [2] - 148:11, 148:18
**psychology** [19] - 146:3, 146:13, 146:15, 147:6, 148:6, 148:7, 148:20, 148:24, 149:1, 149:4, 149:5, 154:5, 154:8, 154:9, 154:16, 154:18, 154:24, 154:4
**psychotherapy** [1] - 154:11
**PTSD** [1] - 154:15
**publication** [1] - 88:10
**publications** [1] - 149:7
**published** [10] - 53:22, 86:18, 86:19, 87:2, 88:24, 149:11, 149:12, 149:17, 149:25, 150:2
**pull** [4] - 16:8, 111:5, 124:7, 128:21
**pulled** [1] - 133:6
**pure** [1] - 81:14
**purpose** [3] - 6:4, 6:13, 13:18
**purposeful** [1] - 92:19
**purposes** [1] - 116:17
**push** [1] - 75:5
**put** [10] - 28:9, 64:11, 64:15, 64:23, 90:16, 90:24, 91:7, 100:14, 131:23, 132:24
**putting** [11] - 11:22, 75:16, 95:18, 134:18, 135:10, 140:12, 157:11, 157:12, 160:4, 160:19, 161:12

PM 1-185

## Q

qualified [1] - 127:25
qualitative [3] - 101:3, 101:13, 101:14
quantitative [9] - 100:10, 100:11, 100:14, 100:19, 101:10, 102:25, 107:1, 114:11, 164:25
questionable [1] - 65:9
questionnaire [4] - 161:17, 161:18, 161:19
questionnaires [1] - 161:20
questions [20] - 5:14, 8:13, 8:15, 8:17, 11:7, 14:20, 33:8, 68:6, 75:12, 107:13, 108:12, 109:25, 129:12, 129:17, 129:23, 138:9, 141:24, 143:4, 154:25, 165:11
quicker [1] - 54:10
quickly [2] - 11:25, 23:6
quite [2] - 62:6, 115:23
quote [2] - 80:13, 80:15
quoted [1] - 92:16
quotes [1] - 122:2

## R

radio [5] - 17:4, 17:5, 17:10, 17:12, 17:13
radioactive [1] - 17:6
radiologist [11] - 21:15, 21:16, 21:18, 78:15, 79:7, 91:2, 92:11, 92:14, 92:22, 92:25, 100:24
radiologist's [1] - 93:3
radiology [2] - 91:18, 92:17
raise [1] - 144:16
range [11] - 20:11, 30:14, 32:19, 32:20, 46:8, 76:14, 76:17, 125:13, 125:14, 134:6
rank [1] - 62:13
rapid [1] - 15:3
rapidly [1] - 15:5
rate [16] - 8:14, 10:15, 12:3, 52:12, 52:17, 52:23, 53:6, 56:18, 57:22, 58:2, 60:6, 60:8, 60:21, 61:3, 61:15, 151:21
rated [1] - 63:1
rates [1] - 60:12
rather [3] - 102:20, 115:15, 155:10
rating [5] - 62:18, 70:23, 77:1, 138:1, 139:12
ratings [2] - 30:23, 65:6
ratio [1] - 60:4
reach [9] - 69:22, 130:5, 142:14, 142:24, 142:25, 143:3, 143:8, 143:11, 143:18
reached [2] - 64:24, 121:5
reaching [1] - 143:22
read [16] - 21:5, 48:7, 55:16, 55:18, 58:12, 60:18, 60:22, 60:25, 78:9, 78:16, 79:5, 112:10, 122:1, 127:8, 129:25, 140:18
readily [1] - 29:3
reading [5] - 22:12, 56:1, 79:7, 102:2,

114:19
reads [1] - 59:25
ready [3] - 4:8, 75:13, 144:22
real [1] - 31:2
real-world [1] - 31:2
really [25] - 28:25, 29:20, 30:7, 30:9, 31:3, 35:4, 37:22, 37:23, 45:11, 89:2, 89:14, 98:5, 101:10, 104:13, 104:16, 105:23, 106:1, 109:12, 120:5, 121:12, 154:7, 154:10, 155:9, 162:19
reason [15] - 25:5, 27:15, 43:17, 49:14, 58:4, 60:16, 66:19, 79:9, 79:12, 79:14, 107:17, 107:20, 110:13, 115:18, 129:25
reasonable [4] - 119:3, 122:7, 123:10, 135:18
reasonableness [1] - 119:25
reasonably [2] - 161:12, 165:9
reasons [1] - 37:3
recent [12] - 22:2, 32:18, 65:20, 67:16, 68:18, 68:21, 68:23, 118:13, 118:18, 119:7, 138:9, 161:8
recently [1] - 73:2
recessed [2] - 75:8, 124:10
recognize [2] - 65:4, 86:2
recognizing [5] - 73:1, 73:6, 74:20, 140:20, 156:19
recollection [2] - 9:11, 78:18
recommend [1] - 23:20
recommended [5] - 16:10, 23:22, 110:7, 110:9, 110:16
reconstruct [1] - 166:11
record [5] - 120:13, 124:22, 132:2, 153:7, 167:21
recorded [5] - 2:15, 29:12, 31:25, 32:1, 58:5
records [16] - 6:6, 6:17, 7:9, 7:14, 7:16, 7:18, 7:22, 7:25, 8:24, 80:21, 80:23, 153:5, 153:7, 153:8, 157:3
recovered [1] - 53:9
recross [1] - 142:6
Recross [2] - 3:4, 141:25
recurring [1] - 52:5
REDCROSS [1] - 142:3
REDCROSS-EXAMINATION [1] - 142:3
redirect [2] - 132:13, 132:23
ReDirect [2] - 3:4, 3:5
REDIRECT [2] - 133:18, 143:16
reduce [1] - 27:19, 39:6
reduced [1] - 16:22
reducing [1] - 38:15
reduction [1] - 16:24
redundancy [1] - 74:11
redundant [1] - 74:5
refer [2] - 41:13, 77:4
reference [1] - 84:4
references [1] - 85:13
referred [3] - 99:8, 99:13, 151:2
referring [17] - 43:13, 44:22, 50:11,

59:6, 65:5, 70:24, 72:9, 72:25, 75:24, 85:3, 88:14, 89:14, 106:25, 116:4, 120:5, 138:4
refers [4] - 47:13, 71:25, 77:1, 85:15
reflect [2] - 38:18, 126:17
reflected [1] - 8:24
reflecting [1] - 49:3
reflective [2] - 89:2, 160:7
reflects [2] - 38:17, 49:9
refresh [1] - 78:17
regarding [6] - 6:20, 21:7, 68:8, 69:12, 84:21, 121:17
regardless [1] - 165:20
region [4] - 17:20, 18:2, 89:1, 102:7
regions [10] - 84:1, 85:12, 85:15, 85:16, 88:9, 88:11, 88:12, 88:22, 89:5, 102:22
regular [3] - 151:6, 155:3, 162:4
relate [2] - 43:15, 145:19
related [22] - 5:6, 14:22, 23:7, 25:3, 27:22, 28:24, 32:15, 37:5, 37:14, 40:12, 45:22, 108:21, 136:4, 136:5, 145:16, 147:16, 149:5, 152:19, 152:22, 154:21, 166:4
relationship [2] - 156:11, 156:16
relationships [1] - 145:22
relatively [2] - 48:12, 130:21
relevant [4] - 67:3, 67:7, 67:13, 131:22, 157:3, 166:13
reliable [1] - 141:6
rely [2] - 157:5, 165:24
relying [1] - 61:10
remain [2] - 74:17, 144:4
remained [1] - 91:15
remains [4] - 60:3, 91:3, 92:12, 92:25
remember [23] - 4:20, 14:21, 16:9, 26:7, 26:9, 26:10, 26:12, 48:8, 63:21, 67:20, 68:25, 73:13, 73:15, 78:22, 107:16, 108:6, 108:14, 108:15, 110:1, 128:22, 129:12, 138:20, 138:24
remembering [8] - 67:16, 70:8, 70:9, 70:10, 73:17, 73:20, 73:23, 140:20
remote [1] - 68:19
remove [2] - 144:23, 145:1
reoccurring [5] - 49:10, 49:20, 50:14, 51:3, 51:24
repeated [3] - 122:4, 130:25, 131:6
repeating [1] - 76:16
rephrase [4] - 42:17, 43:5, 136:17, 158:15
report [67] - 69:20, 69:24, 78:12, 79:15, 79:23, 80:6, 80:10, 80:14, 81:1, 82:25, 83:5, 84:4, 84:9, 84:10, 84:11, 90:16, 91:14, 91:15, 91:18, 92:8, 92:17, 92:21, 100:7, 100:8, 100:9, 100:22, 102:24, 111:19, 111:20, 112:10, 114:22, 117:16, 119:11, 119:13, 119:17, 119:18, 119:20, 119:22, 120:5, 120:9, 120:16, 120:20, 120:21, 122:12, 122:14, 122:15, 124:13,

124:19, 125:1, 125:17, 126:1, 127:2, 127:8, 127:20, 128:18, 128:20, 130:12, 131:14, 131:16, 132:20, 132:24, 135:16, 142:24, 153:17, 161:16, 161:21, 161:22
**reported** [6] - 36:4, 85:10, 88:7, 88:16, 104:18, 115:9
**REPORTER** [1] - 2:11
**REPORTER'S** [1] - 167:19
**reporting** [2] - 29:19, 139:23
**reports** [9] - 31:12, 48:5, 56:5, 84:20, 96:20, 114:19, 140:17, 142:11, 142:13
**represent** [3] - 24:21, 69:16, 107:10
**representation** [2] - 18:6, 18:7
**representations** [1] - 24:18
**represented** [3] - 21:25, 74:10, 74:13
**represents** [1] - 160:23
**reputable** [1] - 54:15
**request** [1] - 108:10
**requested** [2] - 7:18, 78:1
**require** [2] - 77:8, 77:13
**research** [11] - 63:10, 63:11, 89:3, 89:4, 97:19, 98:6, 98:8, 98:9, 98:10, 110:21, 134:8
**researcher** [1] - 134:1
**reserve** [4] - 50:10, 50:11, 50:15, 51:3
**reset** [1] - 126:14
**residency** [4] - 93:8, 93:10, 93:11, 93:19
**residual** [1] - 23:11
**respect** [12] - 61:1, 61:3, 63:13, 72:3, 74:11, 74:15, 85:4, 89:4, 101:12, 120:2, 121:8, 122:9
**respected** [2] - 54:17, 54:19
**respectfully** [7] - 124:13, 124:20, 125:16, 128:4, 129:15, 130:8, 133:12
**respond** [4] - 5:22, 11:7, 14:12, 69:14
**responding** [3] - 6:11, 8:15, 8:17
**response** [3] - 118:6, 120:14, 149:13
**Response** [2] - 149:23, 150:3
**responses** [2] - 28:24, 29:24
**responsibilities** [1] - 98:3
**responsible** [1] - 94:22
**rest** [2] - 75:6, 120:21
**restate** [1] - 67:5
**resting** [1] - 35:6
**restroom** [1] - 140:19
**result** [7] - 37:8, 41:7, 52:6, 52:12, 65:24, 115:12, 155:21
**resulted** [3] - 57:11, 57:20, 58:1
**resulting** [1] - 39:23
**results** [8] - 8:16, 24:17, 31:1, 109:7, 110:14, 110:16, 111:24, 118:15
**retain** [1] - 73:6
**retained** [5] - 72:20, 72:23, 73:9, 79:1, 153:18
**retaining** [3] - 70:3, 70:12, 70:18
**reticent** [1] - 165:11
**retired** [1] - 146:25
**reversible** [4] - 23:7, 45:17, 45:18,

53:11
**review** [7] - 7:17, 10:25, 86:17, 86:18, 86:20, 86:24, 111:20
**reviewed** [8] - 7:20, 8:25, 11:4, 80:19, 100:6, 111:19, 124:12, 124:13
**Reynolds** [2] - 30:16, 30:17
**Ribot's** [1] - 68:20
**riddled** [1] - 42:4
**rights** [1] - 165:17
**rigidity** [1] - 35:8
**rise** [2] - 4:6, 75:9
**risk** [25] - 10:9, 49:18, 50:6, 50:7, 51:6, 51:15, 51:17, 51:20, 51:22, 52:21, 87:17, 87:23, 87:25, 130:13, 130:15, 130:18, 131:1, 131:3, 131:6, 131:9, 131:10, 131:19, 131:25, 132:7
**RMR** [1] - 2:12
**RMR,CRR** [1] - 167:24
**road** [1] - 165:12
**ROBERT** [3] - 1:6, 3:6, 145:3
**Robert** [1] - 144:11
**role** [5] - 42:21, 42:22, 143:20, 156:10
**roles** [2] - 150:17, 155:23
**Ronald** [2] - 78:13, 78:24
**Room** [2] - 1:21, 2:12
**room** [8] - 5:4, 5:9, 14:4, 31:16, 31:17, 31:23, 32:6, 32:8
**rotate** [2] - 150:24, 151:5
**rough** [3] - 46:17, 121:13, 140:9
**RPR** [1] - 167:24
**rule** [8] - 56:6, 81:16, 96:14, 118:20, 119:13, 120:2, 121:9, 122:21
**ruled** [4] - 119:23, 120:11, 120:12, 123:17
**rules** [3] - 56:9, 119:9, 122:23
**running** [2] - 107:1, 151:23
**runs** [1] - 81:14
**Rusk** [1] - 2:12
**RYAN** [1] - 3:2

## S

**safe** [1] - 28:12
**sample** [1] - 85:2
**sanity** [2] - 150:21, 154:23
**saw** [6] - 5:17, 11:9, 15:7, 22:17, 31:15, 167:7
**scale** [10] - 61:18, 62:5, 62:18, 62:23, 63:1, 65:6, 66:1, 66:2, 70:23, 138:1
**scales** [2] - 62:6, 161:19
**scalpel** [1] - 117:1
**scams** [1] - 66:18
**scan** [58] - 16:1, 16:4, 16:6, 16:9, 16:10, 16:21, 19:12, 20:4, 20:15, 20:16, 22:16, 41:17, 41:20, 42:6, 42:23, 77:24, 77:25, 78:6, 78:9, 78:17, 79:13, 79:15, 80:7, 81:3, 89:16, 92:7, 99:5, 99:24, 99:25, 100:6, 100:24, 102:1, 102:19, 106:7, 108:2, 108:10, 108:13, 108:17, 108:18, 109:17, 109:22,

110:1, 110:6, 112:4, 112:6, 112:7, 112:8, 112:11, 112:19, 112:20, 112:25, 113:25, 115:8, 115:9, 134:15, 135:1, 137:8
**scans** [26] - 17:5, 17:11, 20:13, 20:14, 21:8, 21:13, 21:17, 22:2, 22:4, 22:7, 29:16, 38:17, 39:9, 42:21, 79:5, 79:7, 89:17, 89:24, 96:13, 96:15, 100:9, 109:12, 113:2, 113:5, 114:9, 123:6
**schedule** [1] - 167:2
**schizophrenia** [1] - 154:15
**school** [2] - 93:6, 157:2, 160:10
**science** [1] - 133:23
**scientific** [7] - 61:25, 84:14, 103:18, 104:10, 104:14, 104:16, 134:1
**scientifically** [2] - 104:9, 105:22
**scientist** [1] - 106:12
**sclerosis** [2] - 116:6, 116:13
**scope** [5] - 67:24, 69:17, 127:16, 143:7, 143:10
**score** [4] - 76:20, 103:6, 103:19, 160:21
**scored** [1] - 76:20
**scores** [1] - 160:21
**scoring** [1] - 30:14
**Scott** [1] - 2:2
**scratch** [1] - 96:21
**screen** [9] - 21:10, 59:10, 59:12, 59:14, 64:20, 64:23, 75:16, 75:19, 86:7
**seated** [3] - 4:7, 75:10, 124:11
**second** [9] - 15:8, 23:1, 23:4, 55:23, 57:14, 119:2, 127:22, 141:16
**second-guess** [1] - 141:16
**secondary** [4] - 159:10, 159:11, 163:2, 163:3
**seconds** [3] - 11:14, 11:15, 25:24
**section** [2] - 57:10, 119:15
**sections** [1] - 55:4
**security** [1] - 146:10
**Security** [1] - 159:16
**see** [71] - 10:18, 16:3, 16:5, 16:23, 17:13, 18:20, 19:1, 20:7, 20:14, 20:19, 20:23, 20:25, 22:25, 23:21, 26:5, 31:22, 32:1, 35:17, 37:25, 38:24, 39:3, 39:5, 39:7, 40:6, 42:22, 47:22, 54:6, 54:22, 54:23, 55:1, 59:5, 59:9, 59:11, 59:12, 59:15, 59:16, 64:19, 64:23, 75:17, 75:19, 75:20, 78:2, 83:8, 83:9, 83:24, 84:1, 90:20, 91:5, 94:3, 96:21, 97:2, 97:4, 99:14, 101:11, 103:23, 112:15, 113:15, 115:4, 115:5, 115:6, 115:11, 115:13, 116:10, 119:15, 121:20, 122:13, 137:9, 137:15, 137:17, 140:21, 167:17
**seeing** [14] - 6:1, 19:5, 23:14, 26:7, 29:18, 32:16, 38:8, 43:3, 48:8, 51:12, 90:20, 116:21, 117:12, 152:14
**seem** [1] - 29:23
**sees** [1] - 101:8
**self** [2] - 75:22, 140:19
**self-care** [1] - 140:19

PM 1-187

**self-explanatory** [1] - 75:22
**seminars** [1] - 155:6
**send** [1] - 114:19
**sense** [6] - 5:15, 11:8, 14:14, 138:8, 145:23, 147:25
**sensitive** [3] - 19:13, 19:22, 114:24
**sensitivity** [1] - 113:16
**sentence** [4] - 118:19, 118:21, 119:2, 119:8
**sentenced** [1] - 151:1
**sentencing** [1] - 150:22
**separate** [2] - 74:9, 99:2
**sepsis** [13] - 9:18, 9:23, 9:25, 10:1, 10:4, 10:12, 22:20, 22:21, 47:3, 47:7, 47:13, 48:24, 50:25
**September** [12] - 24:3, 24:10, 24:11, 24:23, 47:9, 48:4, 48:8, 48:15, 48:16, 50:23, 100:7, 130:24
**serendipity** [1] - 99:7
**serious** [5] - 9:17, 48:21, 48:22, 49:16, 50:20
**Seroquel** [1] - 48:3
**service** [4] - 12:14, 14:7, 146:21, 159:14
**services** [1] - 146:12
**session** [1] - 152:9
**SESSION** [1] - 1:10
**set** [3] - 103:2, 103:5, 166:10
**sets** [1] - 70:22
**setting** [15] - 42:24, 49:23, 51:13, 107:11, 149:10, 149:14, 152:12, 152:13, 152:14, 155:12, 155:25, 156:2, 156:25, 157:4, 157:10
**settings** [2] - 146:7, 163:16
**several** [4] - 7:19, 89:8, 102:24, 147:3
**severe** [43] - 34:9, 34:14, 34:15, 39:20, 42:7, 49:5, 62:12, 62:22, 63:3, 65:7, 72:7, 72:14, 72:18, 74:14, 74:15, 74:16, 75:19, 76:15, 76:24, 77:12, 118:17, 119:6, 119:12, 119:23, 122:7, 122:22, 123:5, 123:8, 124:16, 125:5, 126:6, 126:19, 136:10, 138:13, 138:16, 138:17, 138:25, 139:1, 139:4, 139:9, 140:15, 140:22
**severely** [1] - 162:19
**severities** [1] - 61:20
**severity** [17] - 21:22, 32:19, 43:14, 49:3, 49:9, 50:17, 62:8, 62:17, 71:23, 72:2, 72:10, 76:1, 89:10, 126:24, 135:1, 141:3
**share** [1] - 13:1
**sharing** [1] - 86:8
**shelf** [2] - 162:1, 162:5
**shift** [1] - 46:21
**shifting** [1] - 104:23
**short** [6] - 8:1, 48:12, 55:8, 130:21, 131:12, 154:12
**short-term** [1] - 154:12
**shoulders** [1] - 35:16
**show** [14] - 16:16, 25:23, 26:25, 27:1, 32:6, 32:10, 43:20, 54:21, 55:4, 57:10,

78:17, 89:25, 100:21, 132:23
**showed** [4] - 8:1, 34:9, 34:13, 81:3
**showing** [5] - 18:1, 21:9, 59:4, 86:1, 138:3
**shows** [3] - 42:23, 81:6, 163:19
**sic** [1] - 73:18
**side** [11] - 13:13, 59:14, 75:18, 98:10, 98:11, 106:19, 106:24, 146:19, 146:22, 156:9, 161:22
**sign** [3] - 48:20, 52:4, 69:14
**signal** [1] - 104:22
**signaling** [2] - 105:8, 105:11
**signed** [1] - 69:14
**significance** [2] - 103:21, 106:22
**significant** [10] - 16:5, 18:11, 25:19, 32:22, 57:25, 103:4, 106:21, 107:3, 113:24, 164:1
**significantly** [3] - 60:2, 68:22, 158:24
**silent** [2] - 120:1, 122:8
**similar** [7] - 5:12, 20:20, 22:1, 37:8, 46:19, 100:17, 112:19
**similarities** [1] - 66:9
**simply** [1] - 33:3
**single** [9] - 52:6, 52:13, 52:14, 56:18, 56:19, 102:14, 104:1, 113:11, 113:14
**sit** [1] - 160:13
**situation** [3] - 137:12, 153:1, 163:2
**situations** [1] - 103:22
**six** [9] - 16:16, 16:18, 48:17, 49:21, 62:24, 63:17, 73:21, 93:19, 138:14
**six-month** [1] - 49:21
**size** [2] - 82:18, 164:25
**skill** [1] - 154:10
**skilled** [2] - 12:15, 14:6
**skills** [2] - 68:10, 69:9
**slices** [1] - 20:17
**slide** [6] - 16:12, 20:1, 20:3, 61:20, 73:1, 133:1
**slides** [1] - 61:19
**slightly** [2] - 22:2, 100:24
**slow** [1] - 35:4
**slower** [1] - 8:15
**slowness** [6] - 35:5, 37:10, 37:11, 37:12, 40:11
**small** [5] - 50:15, 82:15, 115:19, 138:11, 139:18
**smaller** [1] - 155:9
**smell** [1] - 36:3
**smelling** [1] - 35:23
**Smith** [2] - 1:18, 3:7
**SMITH** [7] - 144:11, 144:23, 145:1, 145:6, 166:21, 167:10, 167:14
**Social** [1] - 159:16
**social** [3] - 66:10, 66:20, 95:25
**software** [2] - 13:5, 14:8
**solving** [5] - 63:25, 64:1, 66:7, 66:12, 70:20
**somatoform** [1] - 162:24
**someone** [23] - 7:1, 40:20, 44:18, 45:14,

46:9, 48:21, 49:14, 49:15, 51:13, 52:3, 52:10, 66:24, 70:6, 71:2, 73:2, 98:16, 98:17, 99:12, 108:19, 134:12, 134:16, 137:9, 137:17
**sometime** [1] - 11:21
**sometimes** [5] - 36:18, 40:9, 94:7, 113:6, 163:20
**somewhat** [2] - 83:15, 112:21
**somewhere** [3] - 38:7, 74:7, 151:14
**son** [1] - 28:11
**sooner** [1] - 87:24
**sorry** [18] - 4:24, 19:6, 24:9, 27:22, 34:23, 56:10, 83:1, 86:4, 90:15, 90:24, 90:25, 94:15, 111:7, 117:24, 118:8, 126:14, 150:12, 158:4
**sort** [14] - 4:12, 19:6, 27:25, 62:5, 62:10, 63:12, 73:25, 74:5, 80:16, 99:10, 100:13, 106:22, 111:24, 133:9, 154:13, 157:2
**sorts** [1] - 40:15
**sound** [1] - 78:25
**sounds** [5] - 24:12, 27:24, 53:21, 87:13, 108:8
**source** [5] - 16:3, 17:8, 62:1, 62:13, 81:16
**sources** [3] - 62:2, 132:24, 156:24
**SOUTHERN** [1] - 1:1
**span** [1] - 48:13
**SPEAKER** [2] - 104:23, 105:2
**speaking** [1] - 14:13
**specialist** [2] - 78:10, 78:13
**specialize** [3] - 98:21, 98:23, 145:22
**specialized** [3] - 98:8, 145:17, 155:4
**specializes** [1] - 145:15
**specific** [29] - 8:22, 17:7, 17:18, 44:21, 45:6, 52:25, 61:5, 61:7, 62:1, 62:15, 68:5, 68:10, 69:8, 78:15, 83:20, 84:12, 84:14, 85:13, 88:21, 88:22, 89:1, 114:16, 121:7, 129:17, 145:18, 147:24, 148:19, 155:21, 165:5
**specifically** [8] - 18:12, 46:18, 51:4, 53:14, 53:20, 56:9, 66:4, 150:12
**specifics** [5] - 29:6, 67:9, 71:12, 73:18, 139:12
**speech** [1] - 37:12
**speeches** [2] - 30:13, 31:18
**spent** [1] - 8:6
**spill** [1] - 96:6
**spinal** [1] - 99:6
**spits** [1] - 100:15
**spoken** [1] - 127:9
**spot** [2] - 117:23, 122:4
**spouse** [1] - 74:21
**spread** [1] - 47:7
**spreading** [2] - 37:18, 47:13
**spreads** [1] - 48:22
**stability** [1] - 35:18
**staff** [1] - 48:6
**stage** [41] - 7:3, 7:7, 19:23, 41:9, 41:10, 42:8, 70:6, 72:1, 118:16, 118:17,

118:25, 119:5, 119:6, 119:12, 119:24,
120:6, 121:15, 122:7, 123:5, 123:8,
124:1, 124:2, 124:5, 126:5, 134:10,
134:16, 134:25, 135:3, 135:5, 135:19,
136:10, 136:21, 137:13, 140:15,
140:22, 140:24, 141:1, 141:8, 141:10,
141:21
**stages** [1] - 126:6
**stamp** [1] - 11:13
**stand** [10] - 124:18, 144:20, 150:21,
151:10, 151:13, 151:18, 152:2,
153:21, 164:8, 165:8
**standard** [12] - 103:7, 103:10, 103:17,
103:23, 104:4, 104:11, 106:4, 106:13,
106:14, 106:16, 106:21
**standardized** [2] - 138:6, 162:4
**standing** [1] - 35:16
**start** [6] - 36:1, 44:21, 136:13, 166:22,
167:3
**started** [5] - 19:24, 93:24, 108:25,
144:9, 144:12
**starting** [1] - 15:20
**state** [14] - 9:20, 23:6, 23:23, 23:25,
24:7, 24:20, 47:21, 52:5, 62:16,
126:10, 126:15, 130:12, 130:14
**statement** [6] - 40:16, 55:15, 55:21,
123:2, 123:3, 126:11
**statements** [1] - 158:10
**states** [4] - 65:22, 67:15, 101:19, 107:6
**STATES** [3] - 1:1, 1:3, 1:12
**stating** [3] - 28:21, 71:23, 92:14
**statistical** [3] - 103:20, 103:21, 106:22
**statistically** [5] - 103:3, 103:4, 106:20,
107:3, 112:17
**statistics** [1] - 60:3
**status** [3] - 55:6, 142:12, 142:13
**statutory** [2] - 154:21, 154:23
**stay** [1] - 99:10
**stenography** [1] - 2:15
**stickers** [1] - 54:2
**still** [17] - 15:9, 15:14, 23:5, 23:10,
23:12, 23:21, 25:18, 30:5, 32:14, 42:8,
43:3, 74:8, 74:16, 92:18, 102:12,
123:14, 141:17
**stop** [2] - 122:17, 162:17
**stopped** [1] - 28:16
**stopping** [1] - 129:22
**straight** [1] - 50:10
**strange** [1] - 163:25
**streams** [1] - 31:14
**Street** [2] - 1:21, 2:7
**stretching** [1] - 143:13
**striatum** [1] - 34:11
**strike** [4] - 122:23, 123:15, 123:16,
127:10
**strong** [1] - 51:22
**strongly** [1] - 49:21
**structural** [1] - 164:21
**structures** [1] - 37:6
**struggle** [1] - 28:25

**struggled** [3] - 8:16, 29:4, 29:6
**student** [3] - 160:12, 160:13
**studies** [27] - 52:19, 53:1, 53:3, 58:11,
58:12, 61:16, 63:10, 63:11, 84:23,
85:2, 88:3, 88:5, 88:14, 88:15, 88:20,
88:24, 104:18, 146:5, 146:14, 146:16,
146:23, 148:3, 150:20, 151:7, 152:4,
152:5, 152:6
**study** [25] - 57:24, 58:5, 58:6, 58:7,
59:19, 59:25, 60:4, 61:5, 61:7, 61:13,
85:25, 87:7, 88:19, 104:14, 104:16,
108:4, 111:10, 111:16, 111:18,
111:19, 112:2, 112:14, 139:17, 149:6,
154:22
**stuff** [1] - 35:23
**sub** [2] - 4:12, 11:13
**sub-A** [1] - 11:13
**sub-numbers** [1] - 4:12
**subcortical** [2] - 85:12, 88:9
**subject** [5] - 73:24, 158:11, 159:20,
159:22, 162:13
**subjective** [3] - 40:3, 40:17, 136:11
**subjects** [2] - 18:15, 18:17
**submitted** [1] - 78:6
**subsequent** [1] - 25:7
**substance** [1] - 81:19
**substantial** [1] - 166:1
**substantially** [1] - 58:14
**subtle** [1] - 15:12
**sudden** [1] - 105:6
**suffered** [1] - 22:20
**suffering** [1] - 123:18
**suffers** [2] - 33:19, 34:4
**sugar** [3] - 18:9, 81:14, 81:16
**suggest** [8] - 49:10, 49:21, 50:14, 51:2,
74:25, 83:18, 118:18, 132:21
**suggested** [5] - 32:3, 60:5, 83:16,
91:13, 165:3
**suggesting** [4] - 91:22, 108:12, 164:19,
165:23
**suggestion** [2] - 112:9, 117:1
**suggestive** [6] - 79:16, 80:11, 91:9,
91:19, 92:1, 112:16
**suggests** [2] - 17:20, 160:3
**Suite** [1] - 2:3
**sum** [1] - 147:17
**summary** [5] - 60:17, 61:24, 62:2,
71:24, 139:7
**supplemental** [4] - 84:10, 117:16,
119:17, 142:24
**support** [4] - 61:14, 82:1, 84:5, 84:15
**supported** [2] - 34:8, 43:17
**supporting** [1] - 82:21
**Supreme** [1] - 155:8
**surface** [1] - 163:19
**surgical** [6] - 10:7, 10:11, 146:7, 146:9,
146:12, 146:19
**surprising** [1] - 78:25
**surviving** [1] - 28:6

**sustain** [1] - 133:15
**sustained** [4] - 42:14, 68:3, 69:7,
136:16
**swelling** [1] - 116:7
**switched** [4] - 14:15, 146:14, 146:18,
146:19
**sworn** [2] - 144:18, 145:4
**symptom** [19] - 35:21, 36:10, 36:25,
39:16, 39:18, 39:21, 40:6, 44:24, 45:1,
45:3, 45:8, 65:19, 161:6, 161:15,
161:18, 161:21, 161:22
**symptoms** [36] - 5:6, 5:14, 15:12, 15:17,
25:6, 29:17, 34:17, 34:21, 34:22,
34:24, 34:25, 35:2, 35:19, 36:15, 37:2,
37:4, 37:9, 37:14, 37:16, 37:20, 40:5,
41:8, 41:25, 47:17, 88:22, 89:10,
89:14, 89:15, 89:16, 90:6, 96:3,
108:20, 110:25, 126:25, 140:13
**syndrome** [1] - 55:5

# T

**table** [2] - 75:20, 138:4
**talks** [1] - 161:10
**Tamara** [1] - 55:3
**tangential** [1] - 28:23
**tangles** [6] - 42:5, 99:10, 109:15,
109:16, 109:19
**task** [6] - 150:16, 157:12, 159:24, 160:4,
160:20, 162:9
**tasked** [1] - 98:7
**tasking** [1] - 37:14
**tasks** [2] - 137:19, 158:10
**Tau** [10] - 41:7, 109:15, 109:16, 109:19,
109:23, 110:1, 110:4, 110:6, 110:12,
110:19
**taught** [1] - 147:7
**Tax** [1] - 1:20
**teaching** [2] - 147:1, 147:2
**team** [2] - 114:17, 143:19
**technicality** [1] - 42:4
**techniques** [1] - 148:25
**Tel** [4] - 1:22, 2:4, 2:8, 2:13
**temporal** [4] - 85:10, 88:8, 111:13,
164:22
**ten** [6] - 46:6, 87:5, 94:12, 140:5, 140:7,
140:9
**tends** [1] - 55:8
**term** [10] - 11:23, 43:13, 45:11, 59:8,
59:20, 83:19, 139:21, 154:12, 159:3,
159:5
**terminology** [4] - 135:21, 135:22,
137:24, 140:12
**terms** [22] - 9:10, 21:21, 21:22, 22:8,
22:24, 29:19, 31:4, 31:21, 31:25,
37:10, 46:9, 50:13, 85:1, 85:7, 96:10,
138:15, 143:21, 154:6, 155:20, 159:3,
159:7, 164:3
**test** [31] - 9:7, 23:15, 23:17, 23:21,
23:22, 47:15, 110:12, 110:19, 113:18,

159:20, 159:22, 159:23, 160:1, 160:7, 160:14, 160:16, 160:17, 160:19, 161:14, 162:1, 162:4, 162:5, 162:7, 162:8, 162:15, 162:16, 162:20, 163:24, 164:4, 165:23, 165:24
**tested** [1] - 35:12
**testified** [5] - 115:2, 124:15, 125:16, 127:19, 145:4
**testify** [6] - 68:9, 128:1, 129:7, 129:11, 129:14
**testifying** [1] - 43:3
**testimony** [14] - 30:17, 69:2, 69:18, 122:20, 124:7, 124:17, 124:18, 124:25, 125:1, 127:4, 129:8, 151:20, 159:4
**testing** [26] - 6:25, 8:14, 8:16, 31:1, 31:13, 32:3, 40:14, 44:17, 127:6, 139:19, 152:24, 152:25, 157:9, 157:14, 159:19, 159:23, 160:25, 161:2, 161:3, 161:6, 161:7, 161:10, 161:11, 161:15, 163:22, 165:6
**tests** [18] - 44:18, 80:24, 110:8, 110:9, 138:11, 145:18, 160:3, 161:25, 162:2, 162:3, 162:10, 162:12, 162:15, 163:7, 163:11, 163:12, 163:23, 166:22
**TEXAS** [1] - 1:1
**Texas** [3] - 1:4, 2:3, 2:13
**th** [1] - 79:22
**THE** [99] - 1:1, 1:1, 1:11, 1:17, 2:1, 4:6, 4:7, 4:13, 4:17, 11:17, 26:2, 33:10, 33:13, 42:14, 42:16, 43:5, 43:8, 53:16, 54:3, 54:8, 55:11, 55:23, 56:10, 56:22, 57:4, 57:7, 57:14, 57:17, 58:16, 59:2, 64:16, 64:22, 65:2, 68:3, 68:14, 69:6, 74:23, 75:9, 75:10, 75:13, 77:7, 80:2, 86:7, 105:3, 105:9, 105:14, 105:16, 105:19, 116:16, 116:19, 116:24, 117:2, 117:22, 117:25, 120:14, 121:3, 121:5, 121:7, 121:8, 121:10, 121:11, 121:12, 121:23, 122:17, 122:25, 123:13, 123:20, 123:23, 124:6, 124:11, 124:24, 125:10, 125:11, 125:15, 125:19, 125:22, 127:22, 128:7, 129:6, 130:4, 132:13, 133:2, 133:5, 133:14, 136:16, 141:25, 142:2, 143:12, 143:25, 144:3, 144:6, 144:7, 144:14, 144:19, 144:20, 144:25, 166:25, 167:12, 167:16
**themself** [1] - 76:11
**themselves** [4] - 75:25, 76:6, 138:12, 139:18
**therapeutic** [4] - 156:10, 156:12, 156:16
**therapy** [2] - 154:12
**therefore** [2] - 69:22, 126:18
**thinking** [1] - 37:11
**thinks** [1] - 123:10
**third** [1] - 15:16
**thorough** [2] - 25:20, 166:10
**thoughts** [3] - 37:10, 137:22, 152:22
**thousand** [1] - 126:13

**three** [12] - 8:3, 11:15, 15:1, 47:9, 48:11, 49:20, 61:12, 61:14, 61:16, 100:7, 130:21, 131:12
**three-and-a-half** [1] - 11:15
**threshold** [2] - 137:6, 137:16
**throughout** [3] - 8:19, 111:23, 152:10
**timing** [1] - 70:16
**title** [3] - 55:1, 59:7, 59:16
**titled** [1] - 54:24
**today** [7] - 26:14, 27:11, 32:14, 96:14, 120:8, 124:18, 127:4
**together** [2] - 149:24, 156:5
**Tommy** [3] - 30:17, 142:14, 142:18
**tomorrow** [3] - 144:13, 167:3, 167:17
**took** [1] - 9:3
**tool** [1] - 152:1
**tools** [5] - 100:13, 139:14, 152:1, 153:21, 153:23
**top** [6] - 20:15, 76:15, 78:22, 82:13, 138:16, 138:25
**topic** [1] - 14:15
**topics** [1] - 45:13
**total** [3] - 8:3, 147:17, 151:23
**totally** [1] - 138:18
**touch** [1] - 35:15
**towards** [4] - 5:24, 6:7, 129:2
**tracer** [9] - 17:4, 17:5, 17:10, 17:12, 17:13, 17:18, 18:2, 101:22, 107:3
**track** [3] - 132:2, 151:19, 167:2
**tract** [2] - 50:24, 132:1
**traffic** [1] - 13:14
**training** [3] - 145:17, 155:2, 155:4
**trajectories** [1] - 59:21
**trajectory** [5] - 45:20, 52:7, 57:12, 57:21, 60:19
**Trajectory** [1] - 59:8
**transcript** [2] - 124:12, 167:21
**Transcript** [1] - 2:16
**transcription** [1] - 2:16
**transfusions** [1] - 82:22
**transient** [5] - 9:20, 15:11, 23:5, 24:20, 24:22
**translation** [1] - 90:12
**travels** [1] - 50:19
**treat** [2] - 12:9, 48:1
**treated** [2] - 12:10, 146:21
**treating** [2] - 99:21, 135:12
**treatise** [5] - 56:7, 56:15, 56:16, 58:17, 58:20
**treatment** [5] - 99:18, 150:22, 151:4, 154:11, 156:5
**tremendous** [1] - 155:19
**tremors** [1] - 35:6
**trend** [1] - 45:19
**trial** [10] - 69:17, 150:21, 151:10, 151:13, 151:18, 152:2, 153:21, 164:8, 165:8
**tricks** [1] - 86:6
**true** [9] - 24:21, 31:4, 33:2, 38:4, 38:6,

43:9, 126:17, 131:24, 141:18
**trust** [1] - 66:20
**truth** [1] - 158:18
**try** [6] - 23:2, 116:25, 142:14, 142:19, 161:20, 164:18
**trying** [5] - 5:14, 6:20, 16:3, 19:10, 38:2, 89:11, 113:22, 121:24, 123:14, 156:12, 157:16, 158:19, 159:14, 159:18, 161:13
**turn** [5] - 63:4, 88:2, 90:15, 126:1, 127:25
**turning** [1] - 30:4
**turns** [2] - 71:8, 99:9
**twelve** [1] - 59:1
**twice** [2] - 157:18, 164:6
**two** [37] - 8:4, 11:1, 20:14, 20:24, 21:8, 22:2, 22:4, 25:12, 25:25, 28:8, 52:2, 53:2, 56:20, 57:12, 57:21, 60:20, 61:3, 71:10, 73:16, 73:18, 75:11, 89:16, 89:24, 90:1, 90:5, 106:16, 106:18, 106:21, 106:23, 113:10, 113:14, 114:9, 126:13, 150:6, 159:3, 161:4, 161:5
**two-and-a-half** [2] - 25:25, 106:23
**two-dose** [1] - 28:8
**two-fold** [4] - 56:20, 57:12, 57:21, 60:20
**TX** [1] - 2:4
**type** [12] - 5:10, 40:22, 64:4, 74:3, 82:9, 82:11, 87:19, 95:23, 152:24, 156:25, 157:22, 159:15
**types** [14] - 5:13, 6:23, 17:11, 37:19, 41:21, 44:23, 46:5, 71:1, 128:25, 135:25, 137:14, 137:20, 140:11, 145:18
**typical** [8] - 16:25, 83:6, 83:13, 83:25, 84:15, 90:17, 96:7, 113:9
**typically** [17] - 19:21, 20:10, 40:5, 45:24, 65:11, 68:23, 79:6, 104:17, 106:16, 113:13, 113:16, 113:20, 114:21, 116:5, 153:5, 154:14, 157:4

# U

**U.S** [11] - 1:20, 146:1, 146:5, 146:7, 146:25, 147:15, 147:17, 150:11, 150:12, 153:6, 155:2
**ultimate** [1] - 7:6
**ultimately** [1] - 6:21
**umbrella** [1] - 148:19
**unable** [5] - 126:18, 127:24, 128:1, 128:11, 129:25
**uncertainty** [2] - 38:16, 123:24
**unconscious** [1] - 162:23
**under** [3] - 28:25, 160:23, 163:19
**under-represents** [1] - 160:23
**under-the-surface** [1] - 163:19
**undergo** [1] - 77:23
**underlying** [4] - 19:14, 23:7, 51:8, 88:20
**underneath** [2] - 62:10, 62:11
**understood** [1] - 125:24

**underwent** [2] - 10:8, 108:4
**unduly** [1] - 79:13
**unfortunately** [3] - 26:13, 34:3, 138:21
**UNIDENTIFIED** [2] - 104:23, 105:2
**unit** [1] - 150:25
**UNITED** [3] - 1:1, 1:3, 1:12
**University** [1] - 64:8
**university** [2] - 64:10, 93:21
**unlikely** [5] - 118:16, 119:6, 119:11, 122:6, 125:13
**unmarked** [1] - 80:3
**unnecessary** [2] - 110:20, 110:22
**unpack** [1] - 150:7
**unreliable** [1] - 132:21
**untrained** [1] - 130:8
**up** [34] - 11:22, 14:9, 16:8, 17:22, 27:2, 31:15, 38:7, 40:11, 42:13, 57:24, 61:18, 62:4, 76:20, 81:18, 90:24, 95:18, 99:11, 100:14, 103:9, 103:20, 120:18, 120:22, 124:7, 124:15, 125:5, 128:21, 133:6, 144:9, 151:20, 162:7, 163:19, 166:10, 166:15, 167:4
**updated** [1] - 149:25
**uptake** [4] - 18:13, 19:20, 19:21, 112:20
**urinary** [9] - 47:6, 47:10, 47:12, 50:24, 131:11, 131:19, 132:1, 132:8
**urine** [2] - 47:3, 132:6
**urological** [1] - 10:8
**urosepsis** [1] - 47:12
**useful** [4] - 6:8, 6:16, 108:22, 111:3

## V

**vaccine** [3] - 28:9, 28:13, 29:4
**valid** [15] - 24:18, 104:3, 104:9, 105:22, 106:12, 160:2, 161:11, 162:16, 162:17, 162:18, 163:24, 164:2, 164:4, 165:25
**validity** [17] - 157:11, 159:22, 160:3, 160:25, 161:3, 161:6, 161:10, 161:15, 161:25, 162:3, 162:10, 162:12, 163:7, 163:11, 163:17, 163:23
**value** [5] - 58:14, 104:11, 108:13, 108:16, 140:13
**Vanderbilt** [5] - 5:11, 93:21, 94:1, 97:14, 98:14
**variability** [1] - 33:1
**variation** [2] - 47:17, 153:20
**variations** [1] - 47:21
**varied** [2] - 151:22, 152:25
**various** [4] - 27:17, 62:2, 88:11, 149:7
**Varnado** [1] - 2:2
**verify** [1] - 157:11
**version** [4] - 28:8, 59:17, 64:6, 117:20
**versions** [1] - 64:3
**versus** [6] - 41:3, 61:17, 102:7, 104:13, 130:15, 140:1
**Vesey** [1] - 2:7
**vessels** [1] - 82:2
**vet** [1] - 104:10

**victims** [1] - 66:17
**video** [14] - 4:11, 5:1, 8:1, 8:7, 10:25, 11:11, 11:18, 13:21, 26:4, 26:24, 27:4, 28:16, 28:21, 32:1
**Video** [1] - 26:21
**video-recorded** [1] - 32:1
**videographer** [1] - 5:5
**videos** [4] - 30:24, 31:18, 127:2, 142:17
**videotape** [2] - 31:16, 31:17
**videotaped** [1] - 25:7
**view** [1] - 156:17
**views** [2] - 16:18, 20:17
**virus** [3] - 28:1, 28:14, 29:3
**visual** [2] - 101:2, 101:13
**VOLUME** [1] - 1:13
**volume** [2] - 19:15, 19:20
**volumetric** [3] - 19:8, 116:1, 116:2
**VS** [1] - 1:4
**vulnerabilities** [2] - 49:15, 50:6
**vulnerability** [8] - 49:14, 50:2, 50:5, 51:8, 51:24, 66:25, 132:3, 132:4
**vulnerable** [4] - 49:11, 49:22, 66:21, 66:23

## W

**wait** [4] - 55:23, 113:16, 113:20, 146:12
**walk** [3] - 15:19, 151:24
**walked** [1] - 98:13
**walking** [1] - 27:15
**wander** [1] - 13:8
**wants** [5] - 55:14, 56:2, 58:19, 156:7, 166:23
**warn** [1] - 13:6
**Wash** [1] - 64:8
**Washington** [3] - 1:22, 64:7, 64:10
**waste** [2] - 58:13, 65:1
**watched** [4] - 4:14, 4:21, 28:20, 127:1
**watching** [1] - 8:7
**ways** [12] - 19:10, 25:18, 27:18, 38:14, 42:11, 44:17, 63:15, 90:3, 135:24, 136:9, 137:1, 161:4
**wear** [2] - 27:11, 27:13
**wearing** [3] - 27:5, 27:16, 27:18
**web** [1] - 94:15
**weekly** [1] - 155:5
**weeks** [2] - 7:20, 73:16
**weight** [3] - 81:24, 82:18, 104:23
**whereas** [1] - 154:16
**wherewithal** [1] - 165:16
**white** [2] - 111:12, 111:23
**whitlow** [1] - 21:18
**Whitlow** [1] - 22:1
**whole** [5] - 8:2, 8:7, 102:20, 119:17, 152:23
**widely** [1] - 63:6
**wider** [1] - 19:3
**wife** [3] - 9:1, 9:5, 28:11
**Williams** [1] - 87:7

**willing** [1] - 153:10
**wind** [1] - 76:20
**winds** [1] - 38:6
**WITNESS** [8] - 117:22, 121:7, 121:10, 121:12, 123:23, 125:11, 144:6, 144:19
**witness** [32] - 55:13, 55:14, 56:8, 58:12, 58:17, 58:18, 58:19, 58:20, 58:21, 68:9, 69:20, 76:14, 104:25, 105:13, 120:7, 120:25, 121:3, 122:3, 122:10, 122:13, 123:17, 125:4, 125:7, 127:17, 130:8, 132:20, 132:24, 142:25, 143:14, 143:25, 144:18
**witness'** [2] - 69:1, 69:18
**witness's** [2] - 120:17, 120:21
**witnesses** [5] - 11:4, 105:7, 142:15, 143:20, 143:22
**word** [13] - 35:3, 40:12, 78:23, 119:15, 119:19, 120:4, 120:24, 121:2, 126:10, 128:19, 133:23, 149:15, 155:25
**words** [10] - 16:15, 41:17, 44:21, 76:14, 120:21, 133:20, 157:12, 159:23, 160:5, 166:16
**works** [1] - 99:11
**workup** [1] - 153:3
**world** [2] - 31:2, 32:6
**worry** [1] - 117:3
**worse** [2] - 15:6, 29:9
**wrapping** [1] - 116:20
**write** [1] - 153:17
**wrote** [10] - 82:25, 83:5, 86:12, 86:15, 88:4, 90:19, 91:2, 92:11, 92:14

## Y

**y'all** [1] - 27:8
**year** [17] - 31:19, 46:24, 47:9, 48:14, 57:22, 57:24, 60:7, 60:9, 86:5, 93:9, 113:11, 113:14, 113:16, 113:20, 135:6, 142:9, 142:11
**years** [16] - 35:25, 46:6, 46:16, 59:1, 73:18, 87:5, 93:18, 93:19, 140:5, 140:7, 140:9, 146:17, 147:3, 147:22, 149:8, 150:19
**York** [1] - 2:8
**young** [2] - 87:9, 87:10
**younger** [1] - 95:10
**yourself** [2] - 113:19, 162:17
**youth** [1] - 148:3

## Z

**Z-score** [2] - 103:6, 103:19
**zero** [3] - 63:1, 65:13, 139:8
**zoom** [2] - 86:4, 86:9