```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
 2                     HOUSTON DIVISION

 3   UNITED STATES OF AMERICA      )       NO. 4:21-CR-09
                                   )
 4                                 )
     VS.                           )       Houston, Texas
 5                                 )     1:06 p.m. to 5:10 p.m.
                                   )
 6   ROBERT T. BROCKMAN           )        NOVEMBER 17, 2021

 7


 8
        *********************************************************
 9
                      COMPETENCY HEARING
10
                      AFTERNOON SESSION
11
            BEFORE THE HONORABLE GEORGE C. HANKS, JR.
12
                 UNITED STATES DISTRICT JUDGE
13
                           DAY 3
14

15      *********************************************************

16   APPEARANCES:

17   FOR THE GOVERNMENT:

18        Mr. Corey J. Smith
          Mr. Lee F. Langston
19        Mr. Boris Bourget
          Mr. Christopher Magnani
20        U.S. Department of Justice
          Tax Division
21        150 M Street NE
          Room 2208
22        Washington, DC 20002
          Tel:  202-514-9623
23        Email: Corey.smith@usdoj.gov
          Email: Lee.f.langston@usdoj.gov
24             Boris.bourget@usdoj.gov
               Christopher.magnani@usdoj.gov
25
```

```
 1  FOR THE DEFENDANT:

 2        Mr. Jason Scott Varnado
          Jones Day
 3        717 Texas
          Suite 3300
 4        Houston, TX 77002
          Tel:  832-239-3694
 5        Email:  Jvarnado@jonesday.com

 6        Mr. James P. Loonam
          Ms. Kathryn Keneally
 7        Jones Day
          250 Vesey Street
 8        New York, NY 10281
          Tel:  212-326-3939
 9        Email: Jloonam@jonesday.com
                 Kkeneally@jonesday.com
10

11  COURT REPORTER:

12        Ms. Kathleen K. Miller, CSR, RMR, CRR
          515 Rusk, Room 8004
13        Houston, Texas  77002
          Tel:  713-250-5087
14

15  Proceedings recorded by mechanical stenography.

16  Transcript produced by computer-assisted transcription.

17

18

19

20

21

22

23

24

25
```

1                        INDEX

2 **EVATT TAMINE**

3       Cross by Mr. Varnado                        5
        ReDirect by Mr. Langston                   28
4       ReCross by Mr. Varnado                     53

5

2 **THOMAS WISNIEWSKI, M.D.**

6
        Direct by Mr. Loonam                       55
7       Cross by Mr. Magnani                       90
        ReDirect by Mr. Loonam                    161

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*EVATT TAMINE – CROSS BY MR. VARNADO*

1                    P R O C E E D I N G S

2                      NOVEMBER 17, 2021

3                   (1:06 p.m. to 5:10 p.m.)

4    ************************************************************

01:06:12    5              THE CASE MANAGER:  All rise.

6              THE COURT:  Please be seated, everyone.

7                   Okay.  Counsel, you may proceed.

8              MR. VARNADO:  Thank you, Your Honor.

9              **CROSS-EXAMINATION (CONTINUED)**

01:06:40   10   BY MR. VARNADO:

11   **Q.**    Good afternoon, Mr. Tamine.

12   **A.**    Good afternoon.

13   **Q.**    When you were testifying on direct examination,

14   Mr. Langston asked you some questions about some

01:06:47   15   properties in Colorado.

16   **A.**    Yes.

17   **Q.**    Do you recall that line of questioning?

18   **A.**    I do.

19   **Q.**    And one of those properties is something called the

01:06:54   20   Mountain Queen, which is a house and parcel of land in the

21   Aspen area.  Correct?

22   **A.**    Yes.

23   **Q.**    And another is the Frying Pan Ranch, a fishing

24   property I think you described, which is in the Basalt,

01:07:05   25   Colorado, area.  Correct?

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

PM 3-5

1  **A.**   That's correct.

2  **Q.**   And I'm correct that an entity named Regency owns

3  those properties in Colorado?

4  **A.**   That is correct.

01:07:13
5  **Q.**   And you are the director of the trust company that

6  serves as the trustee for the entity that owns Regency; is

7  that fair?

8  **A.**   Yes.

9  **Q.**   Okay.  Now, the companies within Regency that own

01:07:23
10  these properties in Colorado are U.S. companies.  Correct?

11  **A.**   That's right.

12  **Q.**   All right.  And the Mountain Queen is owned by

13  Mountain Queen, Inc., a Colorado company?

14  **A.**   That's correct.

01:07:33
15  **Q.**   All right.  And the other Colorado properties are

16  owned by Hinkey Property, LLC, which is owned by Hinkey

17  Holdings, both of which are Colorado companies?

18  **A.**   Yes.

19  **Q.**   All right.  And, as U.S. companies, these entities

01:07:44
20  are known and have exposure to the Internal Revenue

21  Service?

22  **A.**   That's correct.

23  **Q.**   Now, at one point after you assumed role of trustee

24  for the AEBCT, Mr. Brockman was paying rent on a per-usage

01:07:58
25  basis for the Mountain Queen.  Correct?

*EVATT TAMINE - CROSS BY MR. VARNADO*

1    **A.**   That's correct.

2    **Q.**   All right.  And, as trustee for the AEBCT, you told

3    Mr. Brockman that he actually needed to pay rent on these

4    properties year-round instead of on a per-use basis

01:08:10    5    because no one else was using those properties.  Correct?

6    **A.**   One part of that is incorrect.  You said trustee, the

7    AEBCT.  That has nothing to do with those properties.

8    That trust has no part in the ownership of those -- of

9    those properties.

01:08:24    10    **Q.**   Thank you for that clarification.  That was a

11    misstatement on my part.  I appreciate that.

12                So, for the trust entity that does own

13    those properties, in any -- which is not the AEBCT, as we

14    just established.

01:08:38    15    **A.**   That's correct.

16    **Q.**   But you had informed Mr. Brockman that it would be

17    appropriate for him to pay year-round rent on that

18    property, the Mountain Queen, instead of just on a per-use

19    basis.  Correct?

01:08:48    20    **A.**   That's correct.

21    **Q.**   All right.  And he agreed to this requirement?

22    **A.**   Yes.

23    **Q.**   And the rent is based on a fair market value?

24    **A.**   Yes.  Assessed -- we re-assess it every year.

01:09:01    25    **Q.**   That was my next question --

*EVATT TAMINE - CROSS BY MR. VARNADO*

1   **A.**   Sorry.

2   **Q.**   -- that is it assessed on a regular basis.  No.

3   That's fine.

4                     And that was consistent with your

01:09:08   5   obligations as a fiduciary of that separate entity to get

6   the year-round rent on that property?

7   **A.**   Yes.

8   **Q.**   And Mr. Brockman agreed to that?

9   **A.**   Yes.

01:09:16   10   **Q.**   All right.  And he didn't challenge your decision

11   requiring him to pay rent year-round?

12   **A.**   No, he accepted it willingly.

13   **Q.**   And, so, neither Mr. Brockman or any of his family

14   members are beneficiaries of the trusts that indirectly

01:09:29   15   own those properties in Colorado?

16   **A.**   That's correct.

17   **Q.**   Now, as I understand it, you also told Mr. Brockman

18   that those Colorado properties should be donated to the

19   State of Colorado after he passes away.

01:09:39   20   **A.**   That was one of my ideas, yes.

21   **Q.**   And did he object to that?

22   **A.**   No.  He -- I recall him saying he thought it was a

23   very good idea.

24   **Q.**   And donating land to the State of Colorado would be

01:09:48   25   consistent with charitable purposes of a trust structure?

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*EVATT TAMINE - CROSS BY MR. VARNADO*

1    **A.**    That's correct.

2    **Q.**    Now, and you also got some question from Mr. Langston

3    about a boat that's held outside of the AEBCT Trust

4    structure in a similar manner to the Colorado properties.

01:10:03    5    Correct?

6    **A.**    Slightly different.  The boat is partially owned by

7    Mr. Brockman, or was partially owned by Mr. Brockman.  He

8    no longer has an interest in the boat.

9    **Q.**    And neither Mr. Brockman or any of his family members

01:10:12    10    are beneficiaries of the trusts that indirectly own that

11    boat.  Correct?

12    **A.**    That's correct.

13    **Q.**    And, again, that particular vessel was actually

14    established for marine research and is outfitted for some

01:10:25    15    amount of -- of research connected with marine life on the

16    now called "ALBULA"?

17    **A.**    Yes.

18    **Q.**    All right.  Okay.  At some point -- I want to switch

19    gears just a little bit and talk about again some of the

01:10:39    20    questions Mr. Langston asked you related to, you know,

21    oversight of the trusts and regulators.

22                   At a certain point in time, it's true that

23    you moved several entities that were under a different

24    jurisdiction in Belize and brought them back to Bermuda.

01:10:53    25    Is that correct?

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

PM 3-9

*EVATT TAMINE - CROSS BY MR. VARNADO*

1  **A.**   I -- there were entities in Belize that were moved or

2  killed off and then -- plus, I can't recall exactly which

3  ones.

4  **Q.**   Okay.  And I want to just focus, I guess, on the

01:11:09  5  notion of Belize versus Bermuda.

6              Is it fair to say that Belize is sort of

7  known a little more for lower regulation and nonexistent

8  KYC requirements?

9  **A.**   That's absolutely correct.

01:11:20  10  **Q.**   And you view Bermuda as actually having stronger

11  regulations?

12  **A.**   That's right.

13  **Q.**   And, in your view, that was a positive thing, to be

14  in a more regulated environment in Bermuda?

01:11:31  15  **A.**   Yes.

16  **Q.**   All right.  And did Mr. Brockman oppose in any way

17  your recommendation or decision to restructure entities

18  under Bermuda law?

19  **A.**   No.

01:11:41  20  **Q.**   He didn't argue that a jurisdiction with lower

21  regulation or less KYC requirements would be a better

22  place for trust entities?

23  **A.**   He did not.

24  **Q.**   Now, Mr. Tamine, you are in fact a lawyer yourself.

01:11:56  25  Correct?

*EVATT TAMINE - CROSS BY MR. VARNADO*

1    **A.**    Yes.

2    **Q.**    But, in addition -- well, set aside your legal

3    status -- or your status as an attorney.  Mr. Brockman

4    sought legal advice from numerous attorneys over the years

01:12:06    5    in connection with the trusts and related entities; is

6    that fair?

7    **A.**    Yes.

8    **Q.**    And -- and you may have very well been part of some

9    of those conversations but not all of them; is that fair?

01:12:18    10    **A.**    That is fair.

11    **Q.**    And this would include Carlos Kepke, as we heard

12    about today, who was formally at Chamberlain Hrdlicka.

13    Correct?

14    **A.**    I believe so, yes.

01:12:27    15    **Q.**    You mean you believe he was at Chamberlain Hrdlicka?

16    **A.**    Yes.

17    **Q.**    But he was, in fact, one of the counsel to the

18    trusts?

19    **A.**    Not so much in the time I was involved.  He had very

01:12:36    20    little involvement in my time, but, yes, he --

21    historically, he was, and there were little bits and

22    pieces after I got involved in 2004.

23    **Q.**    Okay.  And you were asked some questions about

24    looking at Mr. Smith's documents that were either at the

01:12:52    25    home office or regular office of Mr. Kepke.  Do you

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*EVATT TAMINE - CROSS BY MR. VARNADO*

1  remember those questions from Mr. Langston?

2  **A.**   Yes.

3  **Q.**   And did you have Mr. Smith's consent to look at those

4  records?

01:12:59  5  **A.**   I did.

6  **Q.**   Okay.  Some other attorneys from which legal advice

7  were sought in connection with the AEBCT include Stephen

8  Vetter of Kozusko Harris Duncan?  Do you recall Mr.

9  Vetter?

01:13:24  10  **A.**   That's correct.

11  **Q.**   Brandon Van Dyke and Lou Kling of Skadden Arps?

12  **A.**   Yes.

13  **Q.**   Rufus Cormier of Baker Botts?

14  **A.**   Yes.

01:13:38  15  **Q.**   Ernest Morrison of Cox Hallett?

16  **A.**   I don't recall so much Ernest Morrison, but I'm sure

17  he did at some point before my time.

18  **Q.**   Okay.  But the Cox Hallett firm where you were once a

19  lawyer as well --

01:13:50  20  **A.**   Yes.

21  **Q.**   -- provided advice?

22           Simon Benedek of the Benedek Lewin law

23  firm?  Do you recall Mr. Benedek?

24  **A.**   Yes, I think he did have -- he did do some work.

01:13:59  25  **Q.**   And just a couple others.  Sherry Kaplan at Greenberg

```
 1  Traurig?

 2  A.    Yes.

 3  Q.    James Reed of Baker Botts?

 4  A.    Not with the Brockman trust, the AEBCT.  I don't

 5  recall Mr. Reed doing anything in relation to the trust.

 6  I could be wrong about that, though.

 7  Q.    With respect to the Colorado properties.  Would that

 8  refresh your memory?

 9  A.    With the Colorado properties, yes.

10  Q.    Okay.  And then Carol Tello of Sutherland Asbill?  Do

11  you recall?

12  A.    Yes, I do recall.  Yes.

13  Q.    All right.  So, I want to turn to the time period of

14  August 2018 when Mr. Kepke's house was searched here in

15  Houston pursuant to a search warrant.  Are we clear on

16  that time period?

17  A.    Yes.

18  Q.    Now, after Mr. Kepke's home was searched, he actually

19  reached out to you.  Correct?

20  A.    That's right.

21  Q.    And he told you that there had been federal agents

22  there who had mentioned your name and Mr. Brockman's name.

23  Correct?

24  A.    Yes.

25  Q.    And following this conversation you called
```

01:14:10   5
01:14:20   10
01:14:32   15
01:14:41   20
01:14:47   25

1   Mr. Brockman to tell him what you had learned?

2   **A.**   Yes.

3   **Q.**   All right.  And you discussed with Mr. Brockman the

4   fact that this search had occurred and there was obviously

01:14:57  5   some kind of investigation?

6   **A.**   Yes.

7   **Q.**   All right.  Now, after learning that your names had

8   been mentioned in connection with the Kepke search, did

9   Mr. Brockman begin a conversation with you about how to

01:15:08  10   cover something up?

11   **A.**   No.

12   **Q.**   Did he instruct you to destroy any records?

13   **A.**   No.

14   **Q.**   Did he tell you that, to the extent any investigation

01:15:19  15   ensued of him, he would develop a ruse and pretend to have

16   competency issues?

17   **A.**   No.

18   **Q.**   Did he talk with you about destroying any computer

19   hard drives?

01:15:30  20   **A.**   No.

21   **Q.**   All right.  Did he tell you, 'Empty your house and

22   get everything out.  You might be searched next'?

23   **A.**   No.

24   **Q.**   All right.  Mr. Langston asked you questions.  I

01:15:38  25   think he, in a leading way, said that 'Had you ever seen

*EVATT TAMINE - CROSS BY MR. VARNADO*

1  him as shaken after that search?'  Do you remember that

2  question?

3  **A.**   Yes.

4  **Q.**   You actually didn't see Mr. Brockman --

01:15:46  5  **A.**   No.

6  **Q.**   -- after the Kepke search, did you?

7  **A.**   No, I didn't.

8  **Q.**   Okay.  I want to shift gears a little bit and talk

9  about some of the questions about some of these products

01:15:57  10  like PGP, Evidence Eliminator and the like.  I'm just

11  going to direct your attention there.

12  **A.**   Yes.

13  **Q.**   Mr. Brockman is a very private person.  Is that fair

14  to say?

01:16:07  15  **A.**   Yes.

16  **Q.**   And he doesn't like drawing attention to himself?

17  **A.**   That's correct.

18  **Q.**   And he really doesn't like people knowing his

19  personal business?

01:16:14  20  **A.**   That's correct.

21  **Q.**   Would you say it's fair to say that he took measures

22  to ensure his privacy?

23  **A.**   Yes.

24  **Q.**   Such as ensuring -- using secure forms of

01:16:22  25  communication?

*EVATT TAMINE - CROSS BY MR. VARNADO*

1    **A.**   Yes.

2    **Q.**   And I think Mr. Langston showed you some e-mails from

3    an encrypted server.  Do you recall those?

4    **A.**   Yes.

01:16:30  5    **Q.**   Would you agree with me that a lot of people use

6    encrypted forms of communication?

7    **A.**   Yes.

8    **Q.**   It's not uncommon?

9    **A.**   Not at all.

01:16:37  10   **Q.**   And these are things that are commercially available?

11   **A.**   Yes.

12   **Q.**   And, in fact, I think we saw some e-mails where you

13   identified that the name "Permit" in the -- in the name of

14   the e-mail address and "Red Fish" -- "Permit" was

01:16:51  15   Mr. Brockman, you were "Red Fish," but in the text of the

16   documents themselves it said "Dear Evatt" and signed by

17   "Bob."  Right?

18   **A.**   Yes.

19   **Q.**   You were using your real names --

01:16:59  20   **A.**   Yes.

21   **Q.**   -- in the e-mails?

22                   Okay.  And so you -- you were asked some

23   questions about PGP, called "Pretty Good Privacy."  Do you

24   recall those questions?

01:17:08  25   **A.**   Yes.

*EVATT TAMINE - CROSS BY MR. VARNADO*

1   Q.   That is a commercially available piece of software?

2   A.   Yes.

3   Q.   All right.  Evidence Eliminator.  Do you recall that

4   question?

5   A.   Yes.

6   Q.   And I believe you testified that it's not only good

7   for sort of hygiene of the computer, but to help it run

8   better.  There's multiple purposes for that product.

9   A.   I believe so.

10  Q.   And, again, something that's commercially available?

11  A.   I think you could buy it at Best Buy at one point.

12  Q.   You could get it on Amazon.  You don't have to go to

13  the dark web --

14  A.   No.

15  Q.   -- or something to get these products?

16  A.   Not at all.

17  Q.   You were asked some questions about communicating by

18  Silent Phone, which I think you addressed is kind of akin

19  to the voice version of Snapchat or something like that.

20  A.   Voice version of --

21  Q.   WhatsApp.

22  A.   -- WhatsApp or Signal.

23  Q.   Okay.  Right.  And, again, commercially available

24  product.  Nothing -- something that you have used in --

25  during your time working with Mr. Brockman and known of

1   other people to use?

2   **A.**   Yes.

3   **Q.**   Okay.  All right.  So, I want to -- I think you made

4   some statements both to the Grand Jury and in your

01:18:04   5   meetings with the government.  It's fair to say that

6   Mr. Brockman has some level of distrust with certain

7   agencies within the federal government?

8   **A.**   That's correct.

9   **Q.**   And in particular the IRS?

01:18:12   10   **A.**   Yes.

11   **Q.**   And I think you said that, in your view, Mr. Brockman

12   viewed the IRS as part of the deep state?

13   **A.**   I'm not sure about the phrase "deep state."  He -- he

14   viewed them with distrust.  He didn't believe that the IRS

01:18:25   15   is an organization that behaved properly, or at times,

16   lawfully.

17   **Q.**   And, in fact, believed that the IRS may seek to

18   inappropriately assess income tax that he, in his mind,

19   believed did not owe income tax on?

01:18:38   20   **A.**   That's correct.

21   **Q.**   All right.  And I guess the fact that Mr. Brockman

22   has a distrust of the IRS is not, in and of itself, a

23   crime itself.

24   **A.**   No, not that I'm aware of.

01:18:48   25   **Q.**   And do you have an understanding that Mr. Brockman 's

*EVATT TAMINE - CROSS BY MR. VARNADO*

1  distrust of the IRS may have stemmed from an audit

2  experience that Mr. Brockman had in the 1990s?

3  **A.**   I believe it's stemmed -- well, in my experience, in

4  discussions with him, from two things:  certainly an audit

01:19:03   5  experience in the 1990s, and the experience of someone he

6  worked with at Reynolds and Reynolds who had a bad

7  experience with them.

8  **Q.**   In an audit of their affairs?

9  **A.**   I believe it was in an audit of their affairs, yes.

01:19:15   10  **Q.**   And, in fact, your first introduction to Mr. Brockman

11  stems from that audit that I referenced from the 1990s.

12  Is that fair?

13  **A.**   That's correct.  Yes.

14  **Q.**   And that's when you were a lawyer working for Cox

01:19:25   15  Hallett when you first learned of or met Mr. Brockman in

16  around 1999 or 2000?

17  **A.**   Yes.

18  **Q.**   All right.  And part of your duties for the law firm

19  at that time:  You helped respond to requests for

01:19:36   20  information concerning the AEBCT as a result of that audit

21  that was going on back in the '90s?

22  **A.**   Yes.  It was an information request from the IRS.

23  **Q.**   And part of your job was to respond with information

24  that should be turned over as a result of that inquiry?

01:19:51   25  **A.**   Yes.

*EVATT TAMINE - CROSS BY MR. VARNADO*

1    **Q.**   All right.  And one of the documents you said that

2    should be turned over to the IRS was the trust indenture

3    document setting up the AEBCT?

4    **A.**   That's correct.

01:20:00    5    **Q.**   And in connection with this audit, then, the IRS

6    gained visibility into the structure of the AEBCT at that

7    time?

8    **A.**   Yes.

9    **Q.**   So, you were asked some questions about some

01:20:12    10    donations and some questions about Baylor University and

11    Baylor Medical College, and want to be just very clear on

12    the timing of some of those discussions.  All right?

13    Because I think you were shown a document -- a particular

14    government exhibit that had a 2015 date on it and then we

01:20:28    15    jumped back in time to the establishment of the actual

16    25-million-dollar donation.  So, I just want to orient you

17    in time.  Okay?

18                    So, I am showing you what's been marked as

19    Government's Exhibit 16 -- I am just going to put it on

01:20:39    20    the ELMO here -- and it's dated June 5th of 2011.  And can

21    you see it on -- I am not going to ask you a lot of

22    questions.  You don't need to be looking at the binder if

23    you can read it --

24    **A.**   Just my eyesight is not great; so, I'll get up close.

01:20:57    25    **Q.**   As long as you can see it.

*EVATT TAMINE - CROSS BY MR. VARNADO*

1    **A.**   Yes.

2    **Q.**   So, I just want to be very clear that it was in 2011

3    when this communication is sent to Baylor University and

4    the Baylor College of Medicine that set forth the terms of

01:21:13    5    the 25-million-dollar donation that you were asked about

6    on direct examination.

7    **A.**   Yes.

8    **Q.**   And this precedes Mr. Smith's divorce.  Correct?

9    **A.**   Yes.

01:21:23    10    **Q.**   Any inclination that somebody might be under

11    investigation, Mr. Smith or otherwise?

12    **A.**   Absolutely.  Yes.

13    **Q.**   All right.  And, again, this is to an institution in

14    Houston that is well regarded?

01:21:34    15    **A.**   Yes.

16    **Q.**   All right.  And, again, this letter that you already

17    looked through contains the purposes of the donation as of

18    2011, and there are several and I -- I'll just kind of

19    walk through here.

01:21:47    20              But you see that the first purpose is a

21    5-million-dollar endowment to support the particular chair

22    of neuropsychiatry that's held by the Yudnofskys?

23    **A.**   Yes.

24    **Q.**   And then in Part B there is a 3-million-dollar

01:22:00    25    endowment to get a new recruit to support neuropsychiatry

1  of traumatic brain injury; is that fair?

2  **A.**   Yes.

3  **Q.**   So, I am going to go through a few more to just walk

4  through the entirety of the $25 million and its purpose

01:22:14  5  back in 2011.

6          You also have a 2-million-dollar donation

7  which would support the administrative needs, and it's in

8  connection with that -- that new recruit position that I

9  referenced previously.  Correct?

01:22:27  10  **A.**   Yes.

11  **Q.**   And then I have drawn some arrows here because they

12  sort of go together.

13          The next part of the donation would be

14  $3 million for a new recruit to focus on imaging,

01:22:39  15  genetics, cellular and molecular biology.  Correct?

16  **A.**   Yes.

17  **Q.**   And, again, a 2-million-dollar endowment to support

18  research assistants and lab and other things to support

19  that chair?

01:22:50  20  **A.**   Yes.

21  **Q.**   The next one is $3 million to the intervention --

22  interventional neuropsychiatry program and deep brain

23  stimulation, transcranial magnetic stimulation and

24  neuropsychopharmacology.  Again, another -- another

01:23:08  25  teaching position --

1   **A.**   Yes.

2   **Q.**   -- and research position at the university, with a

3   corresponding funding for the administrative expenses to

4   go along with that?

01:23:16   5   **A.**   Yes.

6   **Q.**   All right.  And then the last one.  Here, again, this

7   is a 3-million-dollar endowment for neuropsychiatry of

8   military posttraumatic stress syndrome.  So, someone who

9   is going to come in and research things that happened to

01:23:31   10   veterans -- posttraumatic stress syndrome for veterans and

11   others at Baylor University --

12   **A.**   Yes.

13   **Q.**   -- and the corresponding administrative support for

14   that position?

01:23:40   15   **A.**   Yes.

16   **Q.**   And these were the true purposes of this donation as

17   of 2011?

18   **A.**   That's correct.

19   **Q.**   And these monies were, in fact, given and were

01:23:52   20   entrusted to Mr. Yudnofsky to deploy in this manner?

21   **A.**   Yes.

22   **Q.**   And I just mention that in terms of ensuring --

23   because part of this letter insists that there's going to

24   be oversight as to how the funds were used.

01:24:07   25   **A.**   That's right.

*EVATT TAMINE - CROSS BY MR. VARNADO*

1   Q.   And is there a particular reason why that was

2   important in your experience with donating to universities

3   and colleges?

4   A.   Yes.  I didn't -- I didn't fully comprehend it at

01:24:17   5   that time but I came to understand that it's a common

6   experience with donors to institutions, academic

7   institutions, that one makes a gift, and the institution

8   gratefully accepts it, but then later changes the use of

9   the money to some other purpose.

01:24:34   10                  One of the reasons the Jefferson Scholars

11   was established was the donors to the University of

12   Virginia found that again and again that their gifts were

13   going off to different purposes, so they established their

14   own scholarship fund.  But all along that was a common

01:24:49   15   experience.

16   Q.   So part of the direction of that letter, is to ensure

17   that those monies, that 25 million, is deployed exactly as

18   set forth in the terms of that letter for those very

19   worthwhile purposes that were set forth in that letter?

01:25:02   20   A.   Yes.

21   Q.   I want to sort of shift gears again and maybe get to

22   another topic that will get close to the end.

23                  You testified that you started working for

24   Mr. Brockman in connection with the AEBCT in 2004,

01:25:14   25   correct?

1   **A.**   Yes.

2   **Q.**   And you worked for Mr. Brockman in that capacity for

3   14 years?

4   **A.**   Yes.

01:25:19   5   **Q.**   Fair to say that you had worked closely with

6   Mr. Brockman?

7   **A.**   Yes.

8   **Q.**   Okay.  And the search warrant that was executed at

9   your home in Bermuda in September of 2018, that happened

01:25:30   10   on the 5th of September, right?

11   **A.**   That's right.

12   **Q.**   All right.  And if I am correct, the search warrant

13   said that there were, quote, reasonable grounds for

14   suspecting that Evatt Tamine -- Evatt Tamine has benefited

01:25:43   15   from criminal conduct.  Do you recall reading that in the

16   search warrant?

17   **A.**   Yes.

18   **Q.**   And it is my understanding that you disagree with

19   that conclusion about you in the search warrant?

01:25:50   20   **A.**   Yes.

21   **Q.**   And, in fact, your current attorneys have submitted

22   affidavits saying that you may not have even needed

23   immunity, because it's unclear what offenses that you

24   could have committed as a result of working for

01:26:02   25   Mr. Brockman and the St. John's Trust Company?

**A.** That's right.
**Q.** And during your testimony to the Grand Jury about Mr. Brockman, you stated that, "You never thought of what you were doing as criminal conduct."
01:26:12 **A.** That's right.
**Q.** All right. And at one of your meetings with the Department of Justice back in 2019, you told the government that you didn't know if, I quote, Mr. Brockman's motivation for setting up his offshore
01:26:23 trust was for tax evasion or for estate planning. Do you recall saying that?
**A.** Yes.
**Q.** Now, Mr. Brockman was indicted in October of 2020, correct?
01:26:32 **A.** Yes.
**Q.** And after his indictment was unsealed, some period of time after that, in December, it's our understanding that you told the Department of Justice that while you were employed by Mr. Brockman, you did not believe that you
01:26:45 were engaged in any tax evasion?
**A.** That's right.
**Q.** And I think you also told the Department of Justice that while you were employed by Mr. Brockman, you didn't believe you engaged in any money laundering?
01:26:55 **A.** That's right.

*EVATT TAMINE - CROSS BY MR. VARNADO*

1  Q.   And you told the Department of Justice that you

2  believed that Mr. Brockman did not need to pay federal

3  income taxes on unreported foreign income that you managed

4  for him, until that income was brought back into the

01:27:06  5  United States?

6  A.   Yes, that's my belief.  Or was my belief.

7  Q.   And still is your belief?

8  A.   Still is my belief.

9  Q.   And you filed several affidavits in Bermuda courts in

01:27:16  10  connection with litigation that is taking place there

11  related to the St. John's Trust Company, fair?

12  A.   Yes.

13  Q.   And in January of -- 4th of 2021, your affidavit that

14  you filed in connection with that matter stated, and I

01:27:27  15  quote --

16          MR. LANGSTON:  Objection, hearsay.

17          MR. VARNADO:  This is the witness's own

18  statement.

19          MR. LANGSTON:  Well, Your Honor, if he wants to

01:27:34  20  ask him that -- this is improper impeachment.  He is just

21  introducing affidavits that are not -- they are

22  out-of-court statements intended to prove the truth of the

23  matter asserted.

24          THE COURT:  Technically an affidavit is hearsay

01:27:44  25  unless you guys agree to allow it, which you are not.

1            MR. VARNADO:  I can ask him if he said this,
2  Your Honor.
3            THE COURT:  You can ask him and you can always
4  use it for impeachment.
5            MR. VARNADO:  Sure.
6  BY MR. VARNADO:
7  **Q.**   Mr. Tamine, did you state, "At no time while I was
8  working for Mr. Brockman did I believe that Mr. Brockman
9  was engaged in criminal tax evasion as alleged in the
10 indictment?"
11 **A.**   Yes.
12 **Q.**   And just this weekend did you tell the United States
13 government that you believed that Mr. Brockman is, quote,
14 innocent of the charges?
15 **A.**   Yes.
16 **Q.**   And did you tell the United States government that,
17 quote, Mr. Brockman did everything properly?
18 **A.**   I believe so, yes.
19 **Q.**   And that he, I quote, never took a cent, end quote,
20 from the AEBCT?
21 **A.**   That's right.
22 **Q.**   And you also told the government that some of the
23 information in the indictment is factually wrong?
24 **A.**   To my mind, yes.
25 **Q.**   And did you tell the United States Government that

01:27:52
01:28:00
01:28:07
01:28:19
01:28:28

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1  the bank fraud case against Mr. Brockman is, and I quote,

2  crap?

3  **A.**   I don't think I used the word "crap."

4  **Q.**   It's in the memo I received.

01:28:37  5  **A.**   Oh, I am -- I might have said something else.  A lot

6  of bunk or something.  I don't think I used -- I might

7  have said crap.  I don't recall saying it.

8  **Q.**   Crap or bunk?

9  **A.**   Yeah.

01:28:46  10  **Q.**   One of the two?

11  **A.**   Yes.

12          MR. VARNADO:  Okay.  Pass the witness.

13          THE COURT:  Redirect?

14          MR. LANGSTON:  Yes, Your Honor.

01:28:54  15                  **REDIRECT EXAMINATION**

16  By MR. LANGSTON:

17  **Q.**   Mr. Tamine, let's explore your belief that you

18  believed everything that you did was legal.

19              And if I understand your testimony, you

01:29:14  20  believed it was legal both in Bermuda and in the United

21  States?

22  **A.**   I -- I don't know about the U.S.  I can only talk

23  about Bermuda.

24  **Q.**   Okay.  But you didn't view yourself as a criminal?

01:29:25  25  **A.**   No.

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1  **Q.**   And so you believed you had nothing to hide?

2  **A.**   That's right.

3  **Q.**   Okay.  If we can put Exhibit 25 up there on the

4  screen, please.

5                THE CASE MANAGER:  You want the ELMO?

6                MR. LANGSTON:  I do.

7                MR. MAGNANI:  The ELMO is on.

8  BY MR. LANGSTON:

9  **Q.**   This is an e-mail you sent to Mr. Brockman in March

10  of 2014?

11  **A.**   Yes.

12  **Q.**   And you told him, "Other than seeing Robert in

13  person, I should not use e-mail or phone to talk to Robert

14  about his divorce?"

15  **A.**   Yes.

16  **Q.**   And that was your belief in 2014, that you were

17  concerned about using e-mail or phone to talk to Robert

18  Smith about his divorce?

19  **A.**   It was my -- it was the world I'd lived in.  I don't

20  use those things for a number of purposes.

21  **Q.**   Even though you were -- you were doing nothing wrong,

22  and there was no -- nothing to worry about?

23  **A.**   That's right.

24  **Q.**   Okay.  Let's talk about 2011.  Did you fabricate a

25  memo about a conversation you had had with a dead man?

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1   **A.**   No.  I had a conversation -- I added some bits to a

2   conversation I had with someone who'd passed away, but I

3   had a conversation with Trevor Lloyd.

4   **Q.**   Okay.  Let's talk about it.  Who was Trevor Lloyd?

01:31:05   5   **A.**   Trevor Lloyd was the man who was the shareholder and

6   director of the protector company to the Brockman Trust.

7            MR. LANGSTON:  And, Your Honor, I am going to

8   offer 25.  I'm sorry about that.

9            THE COURT:  Okay.  Any objection to Exhibit 25?

01:31:17   10            MR. VARNADO:  I would say I would object to the

11   government impeaching its own witness in an unrelated

12   matter as to competency, period.

13            MR. LANGSTON:  Your Honor, any party can

14   impeach a witness.

01:31:26   15            THE COURT:  Right.  Respectfully, overruled.

16            MR. VARNADO:  And I haven't seen the document

17   so --

18            MR. LANGSTON:  It's 25.

19            MR. VARNADO:  Oh, okay.

01:31:35   20            THE COURT:  Any objection to 25?

21            MR. VARNADO:  No, no.  No, I'm sorry.

22            THE COURT:  No objection, Exhibit 25 is

23   admitted.

24   BY MR. LANGSTON:

01:31:42   25   **Q.**   So Trevor Lloyd was the trust protector of the

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1  Brockman Trust?

2  **A.**   Yes.

3  **Q.**   And that's the person with the power to replace the

4  trustee?

01:31:50  5  **A.**   Yes.

6  **Q.**   Okay.  And Mr. Lloyd died unexpectedly in 2010?

7  **A.**   That's correct.

8  **Q.**   And you said that you had a conversation with

9  Mr. Lloyd prior to his death?

01:32:03  10  **A.**   Yes.

11  **Q.**   Now, I am going to show what I will mark as 134 for

12  identification.  And I'll switch to the ELMO now.  That

13  may make things easier.

14           Okay.  This is one of your to-do lists

01:32:32  15  from December of 2011?

16  **A.**   Yes.

17  **Q.**   Mr. Brockman is the author of this document?

18  **A.**   Yes, sir.

19  **Q.**   And these are the instructions that he's given to you

01:32:41  20  as your -- as his employer?

21           MR. VARNADO:  Objection to leading.

22           MR. LANGSTON:  Your Honor -- I think given the

23  mode of the examination it may be easier --

24           THE COURT:  I am going to allow it.

01:32:54  25  BY MR. LANGSTON:

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1    **Q.**   These are the instructions that Mr. Brockman has

2    given to you as his employee?

3    **A.**   Yes.

4    **Q.**   Okay.  Let's look on page 3 of the document.  It

01:33:03   5    says, "Document telephone conversation with Trevor Lloyd,

6    prior to his death, where he resigns and concurs with your

7    suggestion as Graham Wood personally as successor.

8    Provide a wet ink signed copy of this memo to Bob."

9    **A.**   Yes.

01:33:21   10   **Q.**   And Trevor Lloyd did not resign in that conversation?

11   **A.**   No, Trevor Lloyd did not resign.

12   **Q.**   He did not concur with your suggestion that Graham

13   Wood personally replace him as the successor?

14   **A.**   That is right.

01:33:32   15   **Q.**   So you forged this document?

16   **A.**   No.  I don't think it would be a forgery.  I created

17   the document that -- that documented conversation I had

18   with Trevor Lloyd, and I added some bits to deal with a --

19   a practical problem.  The trusts -- the protector -- the

01:33:51   20   person behind the protector had passed away.  I needed to

21   deal with it in some way.

22   **Q.**   By creating a document with false information?

23   **A.**   Well, by creating a document that refers to a

24   conversation, and I added some stuff to the conversation,

01:34:03   25   yes.

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1  **Q.**   Stuff that didn't happen?

2  **A.**   Yes.

3  **Q.**   And you did that at Mr. Brockman's direction?

4  **A.**   Yes.

01:34:09  5  **Q.**   And so what you're saying is that -- and I -- you're

6  an expert in Bermuda law and I am not.  In Bermuda law, is

7  submitting a fake document to a bank legal?

8  **A.**   I don't -- I don't know.  It depends on what document

9  it is.  The question I was asked was, in Bermuda law is

01:34:29  10  the trust a valid trust.

11  **Q.**   Well, my question for you right now --

12  **A.**   Sure.

13  **Q.**   -- is, is it illegal in Bermuda to submit a fake

14  document to a bank?

01:34:37  15  **A.**   I -- I imagine it could be in certain circumstances.

16  **Q.**   You're testifying that you are unaware if submitting

17  a fake document would be illegal?

18  **A.**   I -- I don't know, depends on what the document is.

19  **Q.**   And the reason you're creating this document

01:34:52  20  containing false information is that one day you may need

21  to explain how Graham Wood became the successor?

22  **A.**   Well, the reason the document was created was because

23  there was no mechanism to get from Point A to Point B

24  where someone had died quite suddenly.

01:35:06  25               Under the -- under the terms of the

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1   protector documents, and the trustee, we have no mechanism

2   for that, and we had to deal with it.  That's why it was

3   done, just to get from Point A to Point B.  But, yes, it

4   was a -- it contained false information.

01:35:20  5   **Q.**   Your testimony is there is no mechanism in Bermuda to

6   address someone dying unexpectedly in this role?

7   **A.**   That's not my testimony.  I am sure there was another

8   way of doing it, but this was the easiest, most -- the

9   easiest way to do it.

01:35:32  10  **Q.**   Okay.  And let's go -- and so let's explore this a

11  little more about your belief that this is legal.

12                MR. LANGSTON:  I'll offer 134, Your Honor.

13                THE COURT:  All right.

14                MR. VARNADO:  No objection.

01:35:42  15                THE COURT:  No objection, Exhibit 134 is

16  admitted.

17  BY MR. LANGSTON:

18  **Q.**   All right.  I will mark this as 135.  And 135 is an

19  encrypted e-mail that you are sending to Mr. Brockman in

01:36:11  20  October of 2013?

21  **A.**   Yes.

22  **Q.**   And you're describing that you're going from Bermuda

23  to New York?

24  **A.**   Yes.

01:36:17  25  **Q.**   And you write to him, "I'll be deleting all e-mail

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1    addresses from my phone before going to the Bermuda

2    airport and will set them up again in the taxi going to

3    the hotel?"

4    **A.**   Yes.

01:36:30   5    **Q.**   So, you were uncomfortable traveling through customs

6    with e-mail addresses in your phone?

7    **A.**   In accordance with the problem -- well, with the

8    issues that had always been brought up by Mr. Brockman,

9    yes.

01:36:46  10    **Q.**   Are so in 2013, you were concerned enough about law

11    enforcement to be deleting your phone prior to passing

12    through customs?

13               MR. VARNADO:  Objection, leading.

14               THE COURT:  I am going to allow it.  The issue

01:37:03  15   here is, this witness is both adverse -- I mean, I don't

16   know exactly what the status of the witness is; but I am

17   letting both sides direct and cross-examine the witness as

18   they see fit.

19               MR. LANGSTON:  Thank you, Your Honor.

01:37:16  20   BY MR. LANGSTON:

21    **Q.**   So, my question was, you were concerned enough about

22    2013, about law enforcement, that you would delete your

23    phone, prior to going through customs?

24    **A.**   I don't know.  I don't recall this e-mail, and I

01:37:28  25    don't recall what I was concerned about at the time.

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1  There was a direction I had from Mr. Brockman about

2  traveling across into the U.S. with computers, with other

3  things, and this was just in accordance with that.

4           I don't know if I was particularly

01:37:42  5  concerned about law enforcement.  I don't think I was.

6  But --

7  **Q.**   So you were worried about a pickpocket that --

8  **A.**   No.  No.

9  **Q.**   -- that would take your phone and then look through

01:37:50  10  your e-mail addresses when you were going through customs?

11  **A.**   No, it was -- it was in -- look, it was in line with

12  Mr. Brockman's concerns about me crossing the border,

13  crossing through officialdom, crossing through border

14  security.  But, that's it.  I am -- I can't say I was

01:38:03  15  specifically worried about law enforcement.

16  **Q.**   Okay.  You were worried about the government looking

17  at the e-mail addresses contained in your phone?

18  **A.**   Again, I wasn't worried.  It was just in accordance

19  with the practice that we had in place.

01:38:15  20  **Q.**   And did you actually delete all the e-mails from your

21  phone?

22  **A.**   Probably not.

23  **Q.**   So, then, you wouldn't have needed to add an e-mail

24  contact?

01:38:25  25  **A.**   No, probably not.

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1              MR. LANGSTON:  I'll offer 135.

2              MR. VARNADO:  No objection.

3              THE COURT:  135 is admitted.

4  BY MR. LANGSTON:

5  **Q.**    Let's talk a little bit more about the yacht.

6  **A.**    Okay.

7  **Q.**    I'll mark this as 136.  All right.  And these are a

8  series of e-mails between you and Mr. Brockman in 2014?

9  **A.**    I can't see the whole thing.  I can only see part of

10 it.

11 **Q.**    Sure.  Why don't we start at the top.

12 **A.**    Yes.

13 **Q.**    And let's start with the one on the bottom.  This is

14 Mr. Brockman sending you his compensation plan at Reynolds

15 for your signature?

16 **A.**    Yes.

17 **Q.**    Did you negotiate this with Mr. Brockman?

18 **A.**    No.

19 **Q.**    In fact, he just told you what he was going to make?

20 **A.**    Yes.

21 **Q.**    And you at this point were -- had responsibility for

22 determining -- you know, for safeguarding the assets of

23 the trust, didn't you?

24 **A.**    This is not the job of the trustee to determine the

25 CEO's compensation.  That would be at the level with UCSH,

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1   Inc.  I'm not sure that -- I haven't looked at the thing.

2   I don't know what the document is.

3   Q.   All right.  So let's work our way up.  So the UCSH,

4   Inc. is owned by Spanish Steps?

01:40:23   5   A.   Yes.

6   Q.   And Spanish Steps is owned by the AEBCT?

7   A.   Yes.

8   Q.   The Brockman Trust.  So if Mr. Brockman set his

9   compensation at 1 billion dollars, do you feel like that

01:40:32   10   would have been outside your purview?

11   A.   It's the job of the UCHS [sic], Inc. that has its own

12   directors.  It has Mr. -- it had Mr. Thorpe as a director

13   and --

14   Q.   Mr. Brockman --

01:40:41   15   A.   -- Mr. Brockman was a director.

16   Q.   -- and Mr. Deaton?

17   A.   And Deaton later, but that's a matter for them.  It's

18   not for the trustee to get involved in the compensation of

19   -- of companies down the line.

01:40:51   20   Q.   Isn't the job of the trustee to manage the board of

21   directors of one of its subsidiaries?

22   A.   Not really, no.  I don't think so.

23   Q.   So if you felt that Mr. Brockman, and Mr. Deaton, and

24   Mr. Thorpe, were mismanaging UCSH, that is not your

01:41:06   25   purview?

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1  **A.**   Well, it would have -- I mean, at what level I don't

2  know.  But in terms of compensation for a CEO, that's at

3  the corporate level.  That's what I am answering here.

4  **Q.**   Whatever corporate level it is, it required your

01:41:19  5  signature?

6  **A.**   It must have, yes.

7  **Q.**   And -- let's see, so you do sign this?

8  **A.**   I must have, yes.

9  **Q.**   Okay.  And you send it to him and then you're asking

01:41:30  10  him a question about the yacht.  "I have a thought about

11  chartering the vessel.  Does it always need to be you?  To

12  demonstrate a variety of charterers, could we have

13  occasions where Al Deaton or Robert Smith chartered the

14  vessel?  There might be safe ways we could reimburse,

01:41:52  15  particularly Robert, as the transaction could be handled

16  entirely offshore."

17  **A.**   Yes.

18  **Q.**   So why the need to create fake charters?

19  **A.**    In total, I don't recall about the charters because

01:42:04  20  we owned -- we owned the boat.  But this is back in 2014,

21  we didn't have the boat back then.  I'm a little -- I'm

22  just a little bit confused about what's referenced here

23  with the vessel.

24  **Q.**   Why -- okay.  Well, let's say this.  If this is not a

01:42:18  25  crime, why do you need safe ways to reimburse them?

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1   **A.**   I -- in which part is not a crime?  I'm sorry.  I am

2   not following the question.

3   **Q.**   You don't believe that you did anything wrong at any

4   point?

01:42:29   5   **A.**   No.  I said --

6   **Q.**   Correct?

7   **A.**   No, I didn't say that.  I was asked questions about

8   the Brockman Trust.  I believe the Brockman Trust is a

9   perfectly valid, under Bermuda law, structure.  I still

01:42:38   10   believe that.

11   **Q.**   So to clarify that, do you believe you committed a

12   crime with respect to one of the other structures?

13   **A.**   No.  I don't.  I don't know.

14   **Q.**   Okay.

01:42:45   15   **A.**   I mean it's a fairly broad question for me to answer.

16   I don't know.

17   **Q.**   Well, let's -- do you think there was any issue with

18   the way you were handling the vessel?

19   **A.**   The vessel?

01:42:54   20   **Q.**   Yes.

21   **A.**   I don't believe so.  I don't think so.

22   **Q.**   So why do you need safe ways to reimburse Mr. Deaton

23   or Mr. Smith?

24   **A.**   I don't know.  I don't recall the wording.  And as I

01:43:05   25   said before, this is in 2014.  We didn't own the boat, so

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

 1  I don't even know the context of this.

 2  **Q.**   Okay.  And what does Mr. Brockman respond to your

 3  thoughts about coming up with these straw charterers?

 4  **A.**   "I agree with your thoughts here."

01:43:18   5  **Q.**   Okay.

 6          MR. LANGSTON:  I'll offer 136.

 7          MR. VARNADO:  No objection.

 8          THE COURT:  136 is admitted.

 9  BY MR. LANGSTON:

01:43:27  10  **Q.**   Are you familiar with what's called the special

11  testamentary power of appointment?

12  **A.**   I know the phrase.

13  **Q.**   And that's a document that allows a person to sort of

14  give advice to a trustee?

01:43:41  15  **A.**   No.

16  **Q.**   Okay.  Well, what is it then?

17  **A.**   To my understanding it's a special power of

18  appointment under the trustee, not to give advice but to

19  direct the assets of the trust.  They can be -- it's given

01:43:53  20  effect on the death of the person who holds that power.

21  **Q.**   Okay.  Was there a special testamentary power of

22  appointment with respect to the Brockman Trust?

23  **A.**   Yes.

24  **Q.**   And you sent Mr. Brockman a draft of one in 2013,

01:44:10  25  right?

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1  **A.**   I got a recollection I did, yes.

2  **Q.**   Right.  Well, let's show you 137.  And here, you are

3  sending him a draft of the exercise of the special

4  testamentary power of appointment?

01:44:27  5  **A.**   Yes.  I can't see the whole thing on the screen.  I

6  have got the edge missing.  Sorry the other edge, the

7  right -- the right-hand side.  The other way.  I'm still

8  getting only part of the document on the screen.

9  **Q.**   How is that?

01:44:43  10  **A.**   Can you -- you -- is it possible to zoom out just a

11  little bit more?

12  **Q.**   The monitor -- to engage the monitor is different.

13  How's that?

14  **A.**   I am still missing part of it.  I will do the best I

01:44:59  15  can to read it.

16          MR. LANGSTON:  May I approach?

17          THE COURT:  You may approach.

18          MR. LANGSTON:  I am handing you a copy of 137.

19          THE WITNESS:  Okay.

01:45:04  20          MR. LANGSTON:  And thanking Mr. Varnado for his

21  courtesy.

22  BY MR. LANGSTON:

23  **Q.**   All right.  Do you see the last line: "If not needed

24  or the laws change in some advantageous way, then the

01:45:13  25  document could be destroyed and a different document

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1  prepared?"

2  **A.**   Yes.

3  **Q.**   And so you had a view that even though this document

4  would give an irrevocable -- was an irrevocable exercise,

01:45:26  5  correct?

6  **A.**   No, it's not.

7  **Q.**   And so what is it?

8  **A.**   It's an exercise of a power under the trustee that

9  allows the person who holds that power to give a direction

01:45:35  10  as to what would happen upon their death.  It's -- nothing

11  about it is irrevocable.  It could be changed dozens and

12  dozens of times.

13  **Q.**   So, why would the original need to be destroyed?

14  **A.**   Because it's like a will, you get rid of previous

01:45:49  15  wills.  It's just prudent, I would imagine.

16  **Q.**   Okay.

17  **A.**   It could be changed --

18          MR. LANGSTON:  I'll offer 137.

19          THE WITNESS:  Did you -- did you want me to

01:45:55  20  explain further on how the power worked?  I'm not

21  sure if --

22          MR. LANGSTON:  I think that may be getting us a

23  little far afield, Your Honor.  I'll offer 137.

24          MR. VARNADO:  No objection.

01:46:03  25          THE COURT:  Without objection, 137 is admitted.

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1 BY MR. LANGSTON:

2 **Q.**    In 2014 you began to become concerned about your

3 exposure; is that fair?

4 **A.**    My exposure?

01:46:15    5 **Q.**    Your exposure to a potential investigation?

6 **A.**    Yes.

7 **Q.**    Okay.  And you actually wrote a memo to Mr. Brockman

8 about that concern?

9 **A.**    I wrote a memo to Mr. Brockman about my compensation,

01:46:27   10 and I threw that concern in there.

11 **Q.**    Okay.  And I will show you --

12            MR. LANGSTON:  I am going to mark this as 138,

13 if I may approach, Your Honor.

14            THE COURT:  You may approach.

01:46:38   15 BY MR. LANGSTON:

16 **Q.**    And I'll hand the witness a copy of 138.  And is this

17 the compensation memo that you wrote Mr. Brockman?

18 **A.**    Yes, it is.

19 **Q.**    And, here, you are asking for a substantial increase

01:46:53   20 in pay.  Is that fair?

21 **A.**    Yes.

22 **Q.**    And we will go to Page 3 or -- Excuse me.  We will go

23 to the Bates number ending in "216."  Do you see that?

24 **A.**    Yes.

01:47:16   25 **Q.**    And you write to Mr. Brockman:  "I carry all the risk

1    for you.  If I am targeted the IRS would come after my

2    assets to pressure me.  This is exactly what they have

3    done to a whole bunch of bankers, investments advisors and

4    lawyers."

01:47:31   5    **A.**   Yes.

6    **Q.**   And then I'll skip ahead a little bit.  "If I am

7    targeted I have to be cut loose by you in relation to

8    Cabot and Edge.  I understand and accept that risk, but I

9    am badly exposed."

01:47:43  10    **A.**   Yes.

11    **Q.**   Did you write that to Mr. Brockman?

12    **A.**   Yes.

13    **Q.**   And in response to this, did Mr. Brockman buy you a

14    3-million-dollar -- or give you $3 million to buy a house

01:47:52  15    in Australia?

16    **A.**   It was a contr- -- yes.  It was part of my package,

17    yes.

18                    MR. LANGSTON:  I'll offer 138, Your Honor.

19                    MR. VARNADO:  No objection.

01:48:00  20                    THE COURT:  Without objection, 138 is admitted.

21    BY MR. LANGSTON:

22    **Q.**   Let's talk a little bit about Regency.

23                    I think you mentioned everything,

24    actually, was entirely aboveboard, Mr. Brockman was paying

01:48:14  25    rent.

1    **A.**    Yes.

2    **Q.**    Let's say Mr. Brockman had missed a rent payment.

3    Would you have evicted him?

4    **A.**    I don't know.  It didn't come to that.

01:48:23    5    **Q.**    Had you told the government that you would not have

6    evicted Mr. Brockman if he stopped paying rent?

7    **A.**    I might have.  I can't recall.  I am sure I did.

8    **Q.**    Would it refresh your recollection to see a memo

9    or --

01:48:33    10    **A.**    I'll accept -- I'll accept that I have said it

11    before.

12    **Q.**    So, you do remember now that you would not have

13    evicted Mr. Brockman if he had stopped paying rent?

14    **A.**    I guess, if it had happened, yes, I probably wouldn't

01:48:43    15    have evicted him.

16    **Q.**    And Mr. Brockman required that he approve all

17    expenses associated with these, over $2,000?

18    **A.**    Yes.

19    **Q.**    Have you ever rented an apartment?

01:48:57    20    **A.**    Yes.

21    **Q.**    Did you have approval over all expenses as the

22    tenant?

23    **A.**    I -- No.

24    **Q.**    Did Mr. Brockman approve the tax returns for these

01:49:11    25    entities?

1  **A.**   I might have sent them to him.  I can't recall.

2  **Q.**   And did he suggest edits so that these entities could

3  show small profits in order to better establish their tax

4  position?

01:49:23  5  **A.**   I don't remember.

6  **Q.**   Let's talk a little about charity, and I will go back

7  to 134, Page 5.  Are you able to see that?

8  **A.**   Yes.

9  **Q.**   And this, again, is the to-do list that Mr. Brockman

01:49:58  10  has given you?

11  **A.**   That's right.

12  **Q.**   So, Mr. Brockman is the one deciding on these

13  charitable donations?

14  **A.**   He has given direction in relation to the charitable

01:50:07  15  gifts, yes.

16  **Q.**   And let's just go through these.

17           Do you have a connection to Rice

18  University?

19  **A.**   No.

01:50:11  20  **Q.**   Did Mr. Brockman's son attend Rice University?

21  **A.**   Later he did, I believe.

22  **Q.**   Did he study physics?

23  **A.**   I don't know.  I'm not sure what he studied.

24  **Q.**   Okay.  Centre College.  Do you have any relationship

01:50:23  25  to Centre College?

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1  **A.**   None.

2  **Q.**   Did Mr. Brockman attend Centre College?

3  **A.**   I believe so, yes.

4  **Q.**   Lance Gould is Mr. Brockman's cardiologist?

01:50:32   5  **A.**   I don't know about that.

6  **Q.**   And Stuart Yudofsky has provided medical treatment

7  for one of Mr. Brockman's family members?

8  **A.**   I believe so.

9  **Q.**   I am taking 134 off the screen.

01:50:53   10                  And at various times you would ask

11  Mr. Brockman permission to make a charitable donation?

12  **A.**   Yes.

13  **Q.**   You, as the trustee of a multi-billion-dollar trust,

14  would have to go to Mr. Brockman for permission to give a

01:51:03   15  donation?

16  **A.**   Yes.

17                  MR. LANGSTON:  And I'll show -- I am going to

18  mark this as 139.

19                  May I approach, Your Honor?

01:51:36   20                  THE COURT:  You may approach.

21                  MR. LANGSTON:  I am handing the witness a copy

22  of what has been marked as 139.

23  BY MR. LANGSTON:

24  **Q.**   And this is an e-mail between you and Mr. Brockman on

01:51:44   25  the encrypted e-mail server?

EVATT TAMINE - REDIRECT BY MR. LANGSTON

1   **A.**   Yes.

2   **Q.**   And you were requesting to give a charitable donation

3   to put a 16-year-old girl through boarding school?

4   **A.**   Yes.

01:51:53   5   **Q.**   And, so, we are talking less than $100,000?

6   **A.**   Probably less than 40.

7   **Q.**   Okay.  And, so, you have to get Mr. Brockman's

8   permission to make a 40-thousand-dollar donation?

9   **A.**   In this instance, I wanted to ask him if he was okay

01:52:10   10   with it because it was unusual.  There are other donations

11   I have made where I have not asked him.

12   **Q.**   Mr. Brockman has no on-paper control over the trust?

13   **A.**   That's right.

14   **Q.**   He has no right, on paper, to decide where charitable

01:52:24   15   contributions are given?

16   **A.**   That's right.

17   **Q.**   And you are asking him, however, for permission?

18   **A.**   He's a beneficiary of the trust.  He's a former

19   protector.  He has given lots of direction in relation to

01:52:34   20   the trust.  I have not said any of that didn't happen.  I

21   did go to him for direction.

22   **Q.**   In fact, you asked him, "I'm sorry to ask you, but

23   would you consider a charitable donation to put a

24   16-year-old girl through boarding school for the next two

01:52:46   25   years?"

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1    **A.**   Yes.

2    **Q.**   So, you're asking for permission?

3    **A.**   Yes.

4    **Q.**   And he denies that permission?

01:52:51   5    **A.**   Yes.

6    **Q.**   And after he denies the permission, you don't make

7    the donation?

8    **A.**   No.

9    **Q.**   Even though you thought it was a good idea?

01:52:58   10   **A.**   No.

11   **Q.**   You didn't think it was a good idea?

12   **A.**   No.  No.  I didn't make -- the donation didn't go

13   there.

14   **Q.**   Okay.  And you thought it was a good idea to make the

01:53:04   15   donation?

16   **A.**   I thought it was, yes.

17   **Q.**   And after Mr. Brockman told you not to do it, you

18   didn't do it?

19   **A.**   No.  I paid it myself.

01:53:13   20   **Q.**   But you didn't use the trust's money?

21   **A.**   No.

22                MR. LANGSTON:  I'll offer 139.

23                MR. VARNADO:  No objection.

24                THE COURT:  No objection, 139 is admitted.

01:53:23   25   BY MR. LANGSTON:

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1    **Q.**   I think you mentioned that you had Mr. Smith's

2    consent to look through the records at Mr. Kepke's?

3    **A.**   Yes.

4    **Q.**   Do you concoct a pretext to give to Mr. Smith in

01:53:37   5    order to get his permission?

6    **A.**   I told him that I wanted to look for the name of a

7    person who had done a valuation on various of the

8    portfolio companies of Vista that Point had an interest

9    in.  Yes, I told him that.

01:53:48   10   **Q.**   Did you want to do that?

11   **A.**   No.

12   **Q.**   And, so, you lied to Mr. Smith?

13   **A.**   Yes.

14   **Q.**   So, he gave his consent based on you lying to him?

01:53:56   15   **A.**   Yes.

16   **Q.**   Okay.  You -- in addition to meeting with the

17   government, you have actually met with attorneys from

18   Jones Day in this case?

19   **A.**   Yes.

01:54:08   20   **Q.**   And you have actually done so twice?

21   **A.**   Yes.

22   **Q.**   In fact, there was a, you know, year-plus-long period

23   where you had met with Jones Day more recently than you

24   met with the government?

01:54:17   25   **A.**   I'm sorry.  I am not following that question.  It

*EVATT TAMINE - REDIRECT BY MR. LANGSTON*

1    was --

2    **Q.**    You met with Jones Day on or around May of 2019?

3    **A.**    Yes.

4    **Q.**    And then you didn't meet with the government again

01:54:27  5    until 2021?

6    **A.**    Yes.

7    **Q.**    And you have actually filed a motion in this case

8    trying to strike a portion -- or an entity associated with

9    you has filed a motion in the case trying to strike a

01:54:42  10    portion of the indictment?

11    **A.**    Just to strike a name from the indictment, yes.  I am

12    not involved in that, so -- but that's what I believe has

13    happened.

14    **Q.**    And you have immunity in the United States.  Correct?

01:54:53  15    **A.**    Yes.

16    **Q.**    You do not have worldwide immunity?

17    **A.**    That's right.

18    **Q.**    And, in fact, you are concerned about a potential

19    criminal investigation into you in Bermuda?

01:55:02  20    **A.**    Well, it's still there.  Yes.

21    **Q.**    And you haven't been back to Bermuda since 2018?

22    **A.**    That's right.

23    **Q.**    And you are concerned about a potential criminal

24    investigation into you in Switzerland?

01:55:14  25    **A.**    There is an investigation in Switzerland, yes.

*EVATT TAMINE - RECROSS BY MR. VARNADO*

1    **Q.**   And that concerns you?

2    **A.**   Of course.  Yes.

3    **Q.**   And you don't have immunity in Bermuda or -- you

4    don't have immunity in Bermuda?

01:55:23   5    **A.**   No.

6    **Q.**   And you don't have immunity in Switzerland?

7    **A.**   No.

8    **Q.**   And your immunity agreement with the government

9    certainly doesn't protect you from civil lawsuits?

01:55:31   10   **A.**   No.

11   **Q.**   And you are certainly exposed to a number of civil

12   lawsuits related to your conduct here?

13   **A.**   Well, I am subject to a number of civil lawsuits,

14   yes.

01:55:44   15            MR. LANGSTON:  Just one moment, Your Honor.

16               Nothing further.

17            THE COURT:  Okay.

18            MR. VARNADO:  Very brief, Your Honor.

19            THE COURT:  All right.

01:55:55   20                 **RECROSS-EXAMINATION**

21   BY MR. VARNADO:

22   **Q.**   Mr. Tamine --

23               I'm sorry.

24            MR. LANGSTON:  You go ahead.  I'll get out of

01:55:59   25   your way.

*EVATT TAMINE - RECROSS BY MR. VARNADO*

1              MR. VARNADO:  That's okay.  Take your time.

2    BY MR. VARNADO:

3    **Q.**    -- Mr. Langston asked you about meetings with Jones

4    Day.  The government knows about that because you've told

01:56:06    5    them --

6    **A.**    Yes.

7    **Q.**    -- you were meeting with Jones Day?

8    **A.**    Yes.

9    **Q.**    And the issue of multiplier effect in Government's

01:56:12   10    Exhibit 139, does that mean that Mr. Brockman wants to

11    donate to charities and wants the trust to donate to

12    charities that are going to help more people?

13   **A.**    Yes.

14              MR. VARNADO:  No further questions.

01:56:26   15              MR. LANGSTON:  We're done with Mr. Tamine.

16              THE COURT:  Thank you.  Mr. Tamine, safe

17   travels, sir.

18              THE WITNESS:  I think I have missed my flight.

19              THE COURT:  You missed it already?

01:56:36   20              THE WITNESS:  Well, I won't get to the airport

21   in time.

22              THE COURT:  We did our best.

23              THE WITNESS:  Thank you.  Thank you, Your

24   Honor.

01:56:41   25              THE COURT:  Sure.

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1          MR. LOONAM:  Are you going to take a witness

2 out of order now?

3          MR. LANGSTON:  Yes.

4          MR. LOONAM:  Your Honor, we're taking a witness

01:56:52  5 out of order due to the Doctor's clinical schedule.

6          THE COURT:  Okay.

7          MR. LOONAM:  And we thank the government for

8 reaching the accommodation.

9               We call Dr. Thomas Wisniewski.

01:57:27  10          THE COURT:  Doctor, if you could just step

11 forward, sir.  If you would just stop right there and I

12 will swear you in.

13               (Witness sworn.)

14          THE COURT:  Okay.  Please take the stand.

01:57:48  15 Also, sir, with the mask protocol, when you're on the stand

16 and answering questions you don't have to wear your mask.

17          THE WITNESS:  Okay.  Great.  Thank you.

18          THE COURT:  Sure.

19          **THOMAS WISNIEWSKI, M.D.,**

01:57:56  20 duly sworn, testified as follows:

21               **DIRECT EXAMINATION**

22 BY MR. LOONAM:

23  **Q.**   Good afternoon, Doctor.

24  **A.**   Good afternoon.

01:57:59  25  **Q.**   Can you please state and spell your name for the

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1   record?

2   **A.**   Sure.  Thomas Wisniewski.  The last name is

3   W-i-s-n-i-e-w-s-k-i.

4   **Q.**   And thank you, Doctor.

01:58:13   5               What do you do for a living?

6   **A.**   I am a neurologist and a neuropathologist.  I am also

7   a neuroscientist.  I do research.

8   **Q.**   And -- and where do you work?

9   **A.**   At New York University Grossman School of Medicine.

01:58:29   10   **Q.**   At NYU --

11   **A.**   Yes.

12   **Q.**   -- medical school?

13   **A.**   NYU.

14   **Q.**   And what positions do you hold at NYU medical school?

01:58:41   15   **A.**   There's a fair number.  I am the director of the NYU

16   Alzheimer's Disease Research Center.  That's a National

17   Institutes of Health funded center that's been continually

18   funded for 31 years.

19               I also direct the conformational disorders

01:59:05   20   laboratory, which also has had NIH funding continuously

21   for 30 years.

22               I am also the Director for the Center for

23   Cognitive Neurology at NYU.  I am the Vice Chair of

24   Research for Neurology.  There is a fair number of

01:59:23   25   positions.

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1  Q.    Yeah.  Just for the -- trying to short-circuit this,

2  I am going to put up what's already preadmitted as Defense

3  Exhibit 23.

4                    Is this your -- your CV or resume,

01:59:38  5  Dr. Wisniewski?

6  A.    Yes.

7  Q.    And it's a 49-page document.  On the first page, you

8  know, are some of the positions you have held and still

9  currently hold?

01:59:48  10  A.    That's correct.

11  Q.    Okay.  So, in your positions at NYU, what different

12  types of responsibilities do you have?

13  A.    Well, I see patients.  I am a clinician.  I am the

14  director for the Barlow Center for Memory Evaluation and

02:00:19  15  Treatment.

16                    I am also a researcher.  I run an active

17  Alzheimer's-related research lab.  And I am also an

18  educator.  I direct the fellowship program, teach medical

19  students, residents, and I also have administrative

02:00:41  20  responsibilities.

21  Q.    And those are your favorite?

22  A.    Absolutely.  They're at the end of the day.

23  Q.    And are you board-certified?

24  A.    Yes, in neurology and neuropathology.

02:00:53  25  Q.    And how many patients do you treat at these different

PM 3-58

1    centers?

2    **A.**    So, the Barlow Center, typically, has from five to

3    six thousand patient encounters a year.  So, I would

4    supervise all of those, but about 800 of those would be

02:01:10    5    myself.

6    **Q.**    Okay.  And what types of patients are at the Barlow

7    Center?

8    **A.**    It's -- Alzheimer's disease is the most common, but

9    it's worried well people with mild cognitive impairment,

02:01:25    10    Parkinson's disease, Lewy body dementia, Prion disease.

11    So, it's a variety of neurodegenerative disorders.

12    **Q.**    And have you -- have you published in connection with

13    your academic and research work?

14    **A.**    I have.  I have over 340 peer-reviewed publications.

02:01:49    15    And, happily, another paper was accepted this morning,

16    which I was very happy about.

17    **Q.**    And can you describe some of the topics that you have

18    been published on in peer-reviewed journals?

19    **A.**    So, it's studies of -- to gain a better understanding

02:02:05    20    of the underlying causes of Alzheimer's disease and also

21    other neurodegenerative disorders.  I have published on

22    Parkinson's disease and Lewy body dementia.  But I also

23    publish on various potential treatments, in particular for

24    Alzheimer's disease.

02:02:23    25    **Q.**    And do you hold any patents?

1   **A.**   Indeed.  I have 30 patents.  29 of those were issued

2   in the United States.

3   **Q.**   And what are the patents for?

4   **A.**   They're mainly for novel treatments for Alzheimer's

5   disease.  A couple of them are for novel diagnostic

6   methods as well.

7              MR. LOONAM:  All right.  Your Honor, at this

8   time we move to admit Dr. Wisniewski as an expert in the

9   field of neuropathology and neurology with a concentration

10  in cognitive disorders.

11             THE COURT:  All right.  Don't I --

12             MR. LOONAM:  Normally, I get these done

13  earlier.

14             THE COURT:  He is so accepted.

15             MR. MAGNANI:  No objection.

16  BY MR. LANGSTON:

17  **Q.**   Doctor, have you been actively engaged to act as an

18  expert in the matter with Robert Brockman?

19  **A.**   Yes, I have.

20  **Q.**   And you were engaged through a group called The

21  Forensic Panel?

22  **A.**   That's correct.

23  **Q.**   What is The Forensic Panel?

24  **A.**   So, it's a national panel of experts to advise on

25  forensic cases.  It seeks to give a peer-reviewed

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1  assessment that's multidisciplinary, independent and

2  unbiased.

3  Q.   And when you say it seeks to give a peer-review

4  process, what is that?

02:04:01  5  A.   So, multiple experts on different facets of a

6  particular forensic problem work together to assess what

7  the truth of the matter is and to formulate reports.

8  Q.   And did you collaborate with other experts on this

9  matter?

02:04:26  10  A.   Yes.  Dr. Agronin, Guilmette, and also a

11  neuroradiologist, Dr. Whitlow.

12  Q.   And on Dr. Guilmette, what expertise do you

13  understand Dr. Guilmette has?

14  A.   So he's a forensic neuropsychologist, and Dr. Agronin

02:04:54  15  is a geriatric psychiatrist.

16  Q.   In connection with your work with The Forensic Panel

17  in this matter, do you know how much you have been paid?

18  A.   I charge, as is the norm for the panel, $325 an hour.

19  I am not quite sure how much I have earned.

02:05:12  20  Q.   Would you be surprised to learn that you have been

21  paid $5,000 so far in this hour -- in this matter?  Do you

22  know that?

23  A.   Yes.

24  Q.   Okay.

02:05:19  25  A.   That -- yeah.

*THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM*

1  **Q.**   And there is an outstanding bill, I think, of

2  $10,000?

3  **A.**   Right.  Yeah.  Something like that.

4  **Q.**   You sound like a busy man.  Why are you doing this

5  matter?

6  **A.**   I thought it would be fun, a different experience.

7  **Q.**   All right.  In connection with your work in this

8  case, have you reviewed any materials?

9  **A.**   I have.  Yeah.

10  **Q.**   And so tell us.  I mean, what have you reviewed?

11  **A.**   So, the medical records of Mr. Brockman, the various

12  imaging studies he's had, the EEGs, and the various

13  reports that have been issued by the experts involved in

14  the case.

15  **Q.**   In addition to reviewing medical records, have you

16  conducted your own examination of Mr. Brockman?

17  **A.**   Yes.  On October the 17th I met and did a

18  neurological exam and a cognitive assessment.

19  **Q.**   All right.  And in addition to reviewing the records

20  and conducting an examination of Mr. Brockman, did you

21  conduct any collateral interviews?

22  **A.**   Yes.  I spoke to his wife, Dorothy, and Frank

23  Gutierrez, who is his caregiver.

24  **Q.**   And in can connection with this matter, did you reach

25  any conclusions?

02:05:28  (line 5)
02:05:42  (line 10)
02:06:03  (line 15)
02:06:26  (line 20)
02:06:46  (line 25)

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1   **A.**   Yes.  So, I assessed Mr. Brockman to have a moderate

2   dementia related to his Parkinson's disease, Lewy body

3   dementia, and Alzheimer's disease.

4   **Q.**   Okay.  And you mentioned he had a moderate dementia,

02:07:12   5   Parkinson's disease, Lewy body disease and Alzheimer's

6   disease?

7   **A.**   Correct.  Lewy body dementia.

8   **Q.**   Lewy body dementia.  What -- can you -- what -- Lewy

9   body dementia, what is that?

02:07:28   10   **A.**   It's a term that encompasses both Parkinson's disease

11   dementia and dementia with Lewy bodies.

12   **Q.**   And can you tell us what the difference is between

13   Parkinson's disease dementia and dementia with Lewy

14   bodies?

02:07:40   15   **A.**   So, it's just based on the exact timing of when the

16   cognitive symptoms start in relation to the Parkinson's

17   disease.  And that division I don't find particularly

18   helpful because the pathology of both conditions is the

19   same.  So --

02:07:59   20   **Q.**   And in addition to making specific diagnoses of

21   Mr. Brockman, did you answer a question about his ability

22   to provide relevant and requested facts, dates and

23   specifics?

24   **A.**   Yes.

02:08:12   25   **Q.**   And what was your conclusion?

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1   A.   He lacked the capacity to do that in any accurate

2   manner.

3   Q.   All right.  And did you also answer a question

4   concerning whether Mr. Brockman had the mental and

02:08:27   5   physical stamina needed for a courtroom trial in this

6   case?

7   A.   I did, and I thought he did not.

8   Q.   Okay.  All right.  Let's go to your diagnoses.

9   First, you diagnosed Mr. Brockman with Parkinson's

02:08:49   10   disease, correct?

11   A.   Correct.

12   Q.   Okay.  Very -- what is Parkinson's disease?

13   A.   So, it's a neurodegenerative disorder with motor

14   symptoms, rigidity, bradykinesia, tremor, postural

02:09:08   15   instability, but also it has non-motor symptoms of

16   cognitive loss, which is variable, affecting some 30 to 70

17   percent of all cases, and there's often neuropsychiatric

18   features, too; depression is common, very common.  And

19   there may be autonomic symptoms as well.

02:09:29   20   Q.   And with respects to those -- the -- the non-motor

21   symptoms in Parkinson's disease, is there a -- you know,

22   are those all, you know, late-stage appearing symptoms?

23   A.   No.  They can occur quite early in the

24   symptomatology, in fact, at the same time as the motor

02:09:53   25   symptom.

THOMAS WISNIEWSKI, M.D. – DIRECT BY MR. LOONAM

1    Q.    Okay.  And the Parkinson's diagnosis, what is that

2    based on?

3    A.    Well, the diagnosis of Parkinson's disease is really

4    a clinical exam determination, but it can be corroborated

02:10:16   5    with various imaging studies such as a dopamine

6    transporter scan, a DaTscan, which Mr. Brockman had, and

7    that particular scan confirmed the clinical impression of

8    the Parkinson's disease.

9    Q.    Okay.  The -- you said Parkinson's is progressive?

02:10:41  10    A.    Yes.  Unfortunately, all these neurodegenerative

11    disorders just get worse.

12    Q.    And what's the -- you know, is there -- well, strike

13    that.

14              You mentioned that there were cognitive

02:10:59  15    issues associated with Parkinson's disease.  Is there

16    any -- well, you talk about Parkinson's dementia, what is

17    that?

18    A.    So, it's cognitive loss in association with

19    Parkinson's disease.

02:11:16  20    Q.    And what's the basis for your diagnosis of

21    Parkinson's disease dementia?

22    A.    The presence of the clear Parkinson's disease

23    symptoms, the confirmation of the diagnosis, and also the

24    clear presence of dementia.

02:11:35  25    Q.    And what about the Alzheimer's disease?  What is

1   Alzheimer's disease?

2   **A.**    So, it's the most common neurodegenerative disorder,

3   and it's characterized by the accumulation of amyloid

4   plaques in the brain as well as neurofibrillary tangle

02:11:55   5   pathology, tau-related pathology, and there is -- vascular

6   pathology also is part of Alzheimer's disease.

7   **Q.**    And -- and what are the -- the symptoms associated

8   with Alzheimer's disease?

9   **A.**    So, it typically starts with memory impairment,

02:12:13   10   short-term memory, in particular, but then it really

11   affects all cognitive domains as the disease progresses.

12   **Q.**    All right.  And what are -- what are the cognitive

13   domains?

14   **A.**    So, executive function, visual spacial function,

02:12:32   15   memory function, motor memory.  So all of these domains

16   are affected.

17   **Q.**    All right.  And you stated -- have we covered all of

18   the neurodegenerative diseases you have diagnosed

19   Mr. Brockman with?

02:12:53   20   **A.**    Those were the three.

21   **Q.**    And did you also diagnose him with depression?

22   **A.**    Yes.  But that's more a psychiatric.  And depression

23   is a very common comorbidity in Lewy body dementia as well

24   as Alzheimer's disease.

02:13:16   25   **Q.**    All right.  You testified that you diagnosed

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1    Mr. Brockman with a moderate dementia?

2    **A.**    Correct.

3    **Q.**    All right.  And what is the basis for your diagnosis

4    of Mr. Brockman with a moderate stage dementia?

02:13:34    5    **A.**    So, it's the degree of functional impairment that he

6    had when I examined and spoke to him.  The degree of his

7    cognitive impairment as well as the collateral information

8    from his wife and Frank Gutierrez.

9    **Q.**    All right.  And so why -- tell me about the

02:13:58   10    impairment in those -- in his daily functioning that lead

11    to the diagnosis as a -- as a moderate dementia.

12    **A.**    So, he's really dependent on all activities of daily

13    living by the people around him.

14                        He is not able to dress by himself.  He is

02:14:24   15    confused as to where he is.  He has difficulty with being

16    able to feed himself, and prepare food.

17                        So, these are basic activities of daily

18    living that his wife, his caregiver report, and his level

19    of cognitive function is consistent with those

02:14:56   20    impairments.

21    **Q.**    And when you say his level of cognitive function,

22    what are you referring to?

23    **A.**    Well, on the neuropsychological testing that he has

24    had done, and the Mini-Mental State Exam, which I

02:15:10   25    performed, the multiple MoCAs that he has had.  So he's

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1  had consistent, very poor performance on these cognitive

2  measures which have been consistent across examiners on

3  multiple occasions.

4  **Q.**   All right.  So, let's talk about the different stages

02:15:32  5  of dementia and -- just to get a sense for what's

6  entailed.

7                    Tell us, what is mild dementia?  What is

8  the significance if somebody is diagnosed with a mild

9  dementia?

02:15:44  10  **A.**   So, mild dementia is a degree of impairment that is

11  enough to interfere with daily living activity, and it's

12  associated with moderate memory dysfunction, often

13  primarily short-term memory, but also some degree of

14  long-term memory.

02:16:09  15                    There is moderate dysfunction of judgment,

16  and hence patients are often unable to handle finances

17  properly.  There's moderate impairment of orientation, so

18  in -- in our patients, when that diagnosis is made, we

19  tell them they can't drive.

02:16:35  20                    If they have a job function like being a

21  physician, or a lawyer, or a judge, we tell them that they

22  have to stop practice.

23                    And that's often not very well-taken, but

24  that's something that we work with the patient and their

02:16:52  25  families to implement, because even a mild dementia is

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1   something that is quite significant and impairs a job

2   function.

3   Q.   Okay.  And when we are talking about mild dementia,

4   dementia is sort of an overarching term; is that correct?

02:17:08   5   A.   Yes.  Yeah.

6   Q.   And so the symptoms you just described, would that

7   apply to -- and if I say mild Alzheimer's, is that the

8   same thing as early Alzheimer's?

9   A.   Yes.  All -- all of these are sort of loose terms for

02:17:26  10   the same thing.

11   Q.   Yeah.  So, mild is mild or early.  And so -- and the

12   same for -- is it the same for early or mild Parkinson's

13   disease dementia?

14   A.   Yes.  Yeah.

02:17:43  15   Q.   And so you gave an example, about, you know, if, you

16   know, a judge came to you and had a diagnosis of early

17   Alzheimer's, having to tell the judge that he could no

18   longer work, explain to us why that is.

19   A.   Because there's impairment of judgment even at the

02:18:11  20   early stages of dementia such that it -- it would be

21   inappropriate and potentially dangerous for a judge to

22   keep judging.

23            And that's a situation of -- I've been in

24   them in a number of occasions and it's very difficult to

02:18:31  25   get that message across, but that's something that we

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1   always work with our patients and their families to make

2   sure it happens.

3   Q.   And explain to me why it would be dangerous or

4   inappropriate?  What's the risk?

02:18:48   5   A.   Because there's -- because of the impairment of

6   judgment, there's a possibility of harm being done to --

7   in the setting of a judge, for the judgment of plaintiffs,

8   so that would be a very unfortunate end result if they

9   continued to work.

02:19:18   10   Q.   And based on -- is it your opinion -- and that's

11   for -- what you're describing is for mild --

12   A.   That's correct.

13   Q.   -- Alzheimer's and mild Parkinson's disease dementia?

14   A.   Correct.  Any sort of dementia.  If it's reached --

02:19:34   15   if it's gone beyond mild cognitive impairment and it is a

16   dementia, then those are the actions that we advise our

17   patients to take.

18   Q.   And have you looked at -- oh, and have you ruled out

19   mild cognitive impairment with respect to Mr. Brockman?

02:19:54   20   A.   Yes.  Yeah.

21   Q.   How would you describe your level of certainty with

22   respect to ruling out mild cognitive impairment?

23   A.   I am fully certain.

24   Q.   And have you reviewed neuroimaging in this case?

02:20:09   25   A.   I have.

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1    Q.   Okay.  And what different types of neuroimaging have

2    you reviewed?

3    A.   The structural MRI imaging, the functional FDG, the

4    fluorodeoxyglucose PET studies that have been done, as

02:20:27   5    well as the amyloid PET study that was done.

6    Q.   Okay.  Let's walk through those.  And did you -- did

7    you just view the reports of those scans that were written

8    up by the neuroradiologist, or did you actually look at

9    the images themselves?

02:20:52   10   A.   I looked at the images themselves.  So, in general

11   clinical practice, although we very much listen to what

12   the neuroradiologist has to say in their reports, we

13   always review the scans ourselves to make sure that we --

14   as a clinical neurologist, we don't see something else.

02:21:19   15   Q.   So with respect to the FDG PET scans, what did you

16   observe?

17   A.   So it clearly showed hypometabolism in the parietal,

18   frontal and temporal regions, which is consistent with

19   Alzheimer's disease.

02:21:38   20   Q.   And can you tell us what hypometabolism is?

21   A.   So, it's the reduced utilization of the brain of

22   glucose.  So the brain exclusively uses glucose for its

23   metabolic needs.  It's highly metabolically active.

24            And in any of these neurodegenerative

02:22:02   25   diseases that we're talking about, there is areas of the

THOMAS WISNIEWSKI, M.D. – DIRECT BY MR. LOONAM

1  brain which stop working properly, and that correlates

2  with the decreased glucose use.

3                  And in Alzheimer's disease, or

4  frontotemporal dementia and other dementias, there is a

02:22:15  5  particular regional distribution of that hypometabolism

6  which is used diagnostically.

7  **Q.**   And so did you observe a progression in the

8  hypometabolism in the FDG PET scans that you reviewed?

9  **A.**   Yes.  The -- there was a progression between the

02:22:40  10  March and August FDG PETs, so there was, indeed, a change

11  over a relatively short period of time.

12  **Q.**   And when you say there was a change, what is that

13  process that you're actually able to see on -- and through

14  objective evidence on the FDG PET?

02:22:59  15  **A.**   So, there's evidence of greater loss of brain

16  function, which is striking in a relatively short period

17  of time.  Typically, clinically, FDG PETs get repeated

18  about once a year, or once every year-and-a-half, because

19  you -- you don't expect that much change at shorter

02:23:26  20  intervals, whereas here we were seeing a noticeable change

21  in a relatively short time period.

22  **Q.**   And did you also review MRI scans of the defendant's

23  brain?

24  **A.**   I did.

02:23:46  25  **Q.**   And did you compare those scans?

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1   **A.**   I did.

2   **Q.**   Okay.  And what's the significance of comparing scans

3   of the same brain?

4   **A.**   So, it -- we longitudinally follow MRI scans in our

02:24:03  5   patients routinely, and it's an important finding to see

6   progression of brain volume loss as the disease advances.

7   **Q.**   And -- and what did you observe with respect to the

8   longitudinal review of Mr. Brockman's brain?

9   **A.**   So, comparing the scan from 2018 and the scan done in

02:24:34  10   July of this year, there was clear progression of brain

11   shrinkage.

12   **Q.**   And what's the significance -- what is brain

13   shrinkage?  What causes --

14   **A.**   It's just a volume loss of different parts of the

02:24:50  15   brain, and the -- the volume loss in the -- 2021, the

16   current year MRI scan, was reflected in the qualitative

17   assessment that the radiologist, Dr. Fisher, gave in his

18   report of generalized moderate cerebral atrophy with

19   associated ventricular enlargement.

02:25:21  20                   So that the qualitative look at the whole

21   brain by the radiologist gave the impression of moderate

22   atrophy.  And having moderate atrophy is not a good thing.

23   **Q.**   And you talked about the qualitative analysis.  Is

24   there another type of analysis that's performed on MRI

02:25:46  25   scans?

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1   **A.**   Certainly.  Volumetric quantitation is often done,

2   and that's certainly something that we do routinely in our

3   patients as well.

4   **Q.**   And -- and the quantitative analysis, could you help

02:26:07   5   us understand the level of precision with respect to the

6   quantitative analysis?

7   **A.**   So, although the volumetric analysis is done, we

8   certainly use that information, but there is a degree of

9   variability in those generated numbers, dependent on

02:26:31   10  methodologies, various artifacts, so that the -- and

11  person-to-person variation.  So we typically have greatest

12  value to the change over time in a given patient's MRI

13  scans.

14  **Q.**   All right.

02:26:56   15  **A.**   As opposed to the absolute numbers.

16          THE COURT:  Okay.  I wanted to ask a quick

17  question while we're at it.

18          THE WITNESS:  Sure.

19          THE COURT:  So the volume of Mr. Brockman's

02:27:05   20  brain in 2021, are you saying that it's not normal for

21  someone of his age?

22          THE WITNESS:  That is my impression.  That's

23  correct.

24          MR. LOONAM:  And is -- can I follow up on that,

02:27:18   25  Your Honor?

1              THE COURT:  Oh, yes, you may follow up.

2   BY MR. LOONAM:

3   **Q.**   And that is from the qualitative analysis?

4   **A.**   Yes.

02:27:22  5   **Q.**   All right.  And the quantitative analysis, are you

6   familiar with, like, a Neuroreader report?

7   **A.**   Yes.  Yeah.

8   **Q.**   And what is a Neuroreader report?

9   **A.**   So, it's a -- one method of analyzing the -- the

02:27:34  10  volumetric aspects of different regions of the brain, and

11  it's one of the commonly used methods.

12  **Q.**   And do you think it's a very precise method, or is

13  it -- well, you need to tell me, is it a precise method?

14  **A.**   It's -- it's something that we -- we use the

02:27:57  15  information from, but it's not so reliable because the --

16  the reliability from scan to scan is -- is not great.

17              So -- again, it's a useful piece of

18  information, but it's not anything that we put great

19  weight on.

02:28:21  20              It's something that -- PET imaging is

21  certainly much more specific in terms of FDG PET or the

22  specific Ligand PETs for -- for amyloid.  We give that

23  much greater weight.

24  **Q.**   And so -- and let's go -- and let's stick with the

02:28:42  25  structure and we will go back -- we will go back to the

*THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM*

1    FDG PETs and the amyloid PET, but with respect to the

2    structural analysis, the volumetric and the -- of the --

3    of the MRI scans, in your view is it more useful to

4    conduct the longitudinal analysis of the -- of a patient's

02:29:05   5    brain, or the Neuroreader comparison of a brain to sort of

6    a control population?

7    **A.**   So, I mean, we -- we use both pieces of information,

8    but really comparing in a given patient what the rate of

9    change -- how much change there is over time, is -- is the

02:29:28   10   most important aspect of the -- of the assessment.

11                   And also with volumetric changes in the

12   setting of Alzheimer's disease and other neurodegenerative

13   disorders, there is some variation in that -- the

14   distribution of the atrophy varies across the population.

02:30:04   15   **Q.**   And you said earlier there was one scan, the more

16   recent scan, the neuroradiologist reading the scan noted

17   moderate atrophy, is that --

18   **A.**   Correct.

19   **Q.**   And so why is that not good?

02:30:15   20   **A.**   So, to -- to have a visual impression of moderate

21   atrophy, that's a significant finding which often goes

22   along with dementia.  Typically, it would be associated

23   with cognitive dysfunction.

24   **Q.**   And -- referring to atrophy, what are we actually

02:30:43   25   seeing?  What's happening in the brain that's leading to

1   the different pictures on the scan?

2   **A.**   So, it's shrinkage of the brain with compensatory

3   enlargement of the ventricular side, which also the

4   radiologist mentioned in his global impression.

02:31:12   5   **Q.**   All right.  You had testified that you gave greater

6   weight to the FDG PET scans --

7   **A.**   Correct.

8   **Q.**   -- and those images?

9                    Help us understand why.

02:31:22   10   **A.**   The PET imaging is looking at the function of the

11   brain.  So that's the -- the critical thing which

12   correlates with cognitive dysfunction the best.

13                    There is -- with all of the

14   neurodegenerative disorders, although there is typically

02:31:50   15   progressive loss in brain volume, that is variable from

16   patient to patient as to how much brain volume loss

17   occurs.

18                    And as a neuropathologist, the reason for

19   that is the brain volume is made up of neurons and glia,

02:32:09   20   and in these neurodegenerative processes you're losing

21   neurons, but glia make up half the volume of the brain.

22   And with these processes, there's a variable glial

23   inflammatory response.

24                    So in some patients there's a -- more

02:32:32   25   gliosis and the glia multiplies, so then the net effect,

1  even with neuronal loss, is that there is not that much

2  volume loss, so that these processes vary from patient to

3  patient.  But the -- the fluorodeoxyglucose PET tracks

4  more with the actual dysfunction, and is a more critical

02:33:01  5  measure.

6  Q.   And --

7           THE COURT:  Let me -- I just wanted to ask a

8  few more questions.  And you can follow up.

9           MR. LOONAM:  Yes, sir.

02:33:08  10           THE COURT:  But with respect to the volume loss

11  in 2021, how did that compare to the volume loss you saw in

12  earlier MRIs?

13           THE WITNESS:  So, the comparison of the volume

14  loss was really between the 2021 scans and the 2018 scan.

02:33:30  15           THE COURT:  Okay.  So there was no scan done

16  between 2018 and 2021?  2021 was the first scan?

17           THE WITNESS:  Well, 2018 was the first scan.

18           THE COURT:  First scan, correct.  Then there

19  wasn't another one until 2021?

02:33:45  20           THE WITNESS:  Correct.  Yeah.

21           THE COURT:  And you can follow up if you want,

22  or if you don't, I just need it for my --

23           MR. LOONAM:  Your Honor, I am -- anytime.

24                So -- and I have had the benefit of having

02:34:03  25  Dr. Wisniewski on the phone in advance of this hearing and

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1    so it took a couple phone calls for me to understand it.

2                THE COURT:  I am working on it.

3                MR. LOONAM:  Yeah, I -- me, too.  And I am not

4    going to try and pronounce what he just said.  So --

02:34:15  5  BY MR. LOONAM:

6    Q.   Okay.  And then the -- the FDG PET -- so the MRIs are

7    showing brain shrinkage which is -- is useful, but there

8    are --

9                MR. LOONAM:  And I apologize for leading and

02:34:37  10  I'll stop.

11               MR. MAGNANI:  No, leading is fine.

12   BY MR. LOONAM:

13   Q.   But there are other processes going on that may make

14   it difficult to see the level of impairment with an MRI?

02:34:54  15  A.   Correct.

16   Q.   Okay.  Now -- so help us -- now, you told us how

17   the -- the FDG works with respect to, you know, showing

18   how sugar or glucose isn't being taken in, but what does

19   that mean?

02:35:07  20             What's going on with those cells that are

21   showing up on the FDG PET?

22   A.   So, it's dysfunction.  They're either -- it's

23   reflecting actual neuronal loss, so that the neurons

24   aren't there to be using the glucose, or the neurons are

02:35:28  25  still there, but they're not functioning properly because

1  of the presence of the plaques and tangles.

2  **Q.**   Okay.  And so -- what is that -- how does that

3  translate into Mr. Brockman's presentation?

4  **A.**   So, it's consistent with him having a dementia, the

02:36:02  5  Fluorodeoxyglucose PET findings, they -- in this

6  distribution that matches to Alzheimer's disease correlate

7  the best with neurofibrillary tangle pathology.

8            The FDG PET findings don't correlate

9  particularly well with amyloid plaques.  So the -- so the

02:36:28  10  relevance here in particular is that we have the amyloid

11  PET results, which clearly shows that there is moderate to

12  frequent amyloid plaques, and then the fluorodeoxyglucose

13  PET findings clearly are abnormal and go with an

14  Alzheimer's disease distribution, and they indicate that

02:36:54  15  there is substantial neurofibrillary tangle pathology, so

16  the combination of the two would correlate with the

17  presence of significant dementia.

18  **Q.**   And so let's -- let's break that down.  So we have

19  talked about the MRI.  We have talked about the FDG, and

02:37:13  20  you just talked about the amyloid plaque scan.  First,

21  what are amyloid plaques?

22  **A.**   So they are the accumulations of an amyloid beta

23  protein in the extracellular space of the brain, and these

24  accumulations are somewhat toxic to neurons.

02:37:35  25            And they, over time, trigger tau-related

1  pathology.  So they trigger the normal protein tau to

2  become hyperphosphorylated, so chemically extra phosphates

3  are added to the tau and that makes the protein tend to

4  aggregate and ultimately it forms neurofibrillary tangles.

02:38:05  5  And then the neurofibrillary tangles are

6  highly toxic to neurons and they cause neuronal

7  dysfunction and death.  And the tangle burden correlates

8  the best with neurofib -- with cognitive dysfunction.

9  Q.   And so -- and did Mr. Brockman have an amyloid PET

02:38:31  10  scan in this case?

11  A.   He did.

12  Q.   And what was the result of that PET scan?

13  A.   So, it was clearly positive and was read as moderate

14  to frequent neuritic plaque presence.

02:38:45  15  Q.   Okay.  And what's the significance of that?

16  A.   So, it's a clearly positive scan indicating extensive

17  plaque pathology.

18  Q.   And when you combine the -- the amyloid plaque scan

19  with the FDG PET scan, and you review those in conjunction

02:39:04  20  with one another, what's the significance of that?

21  A.   So, the combination of the two, a number of published

22  studies have indicated that there's near 100

23  percent specificity for extensive high levels of

24  Alzheimer's pathology, which is associated with

02:39:26  25  significant dementia.

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1    Q.   And so the -- the amyloid Scan by itself, can you

2    have a positive amyloid Scan, and -- and have no cognitive

3    problems?

4    A.   Absolutely.

02:39:44   5    Q.   And you could have a positive amyloid Scan for how

6    long?

7    A.   It can be many years.  There's quite a long

8    preclinical period where there is plenty of amyloid and

9    there isn't any associated observable cognitive

02:40:03   10   dysfunction, but over time that amyloid triggers the tau

11   pathology and when you have enough of the tau pathology,

12   that's when you have the dementia.

13   Q.   And so do we have any idea how long Mr. Brockman's

14   brain has been accumulating these beta amyloid plaques?

02:40:27   15   A.   More likely something on the order of 15, 20 years.

16   Q.   And so that data point is -- is the amyloid plaque

17   positive study, just correlates with Alzheimer's

18   pathology, correct?

19   A.   Correct.  Correct.

02:40:46   20   Q.   But then when combined with the FDG PET scan and

21   hypometabolism?

22   A.   It goes with Alzheimer's disease.

23   Q.   And in looking at the hypometabolism that you've

24   observed, did you -- was that part of your analysis that

02:41:04   25   leads to your opinion that Mr. Brockman's currently

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1  suffering from a moderate dementia?

2  **A.**   Correct.  The findings were certainly consistent with

3  that.

4  **Q.**   And with the moderate dementia, do you have an

02:41:27  5  opinion as to whether Mr. Brockman could -- could

6  communicate effectively with counsel in this case?

7  **A.**   I -- with his level of impairment, no.

8  **Q.**   And why is that?

9  **A.**   Because of the degree of cognitive impairment at this

02:41:52  10  stage, that he -- I -- it's certainly my opinion that he

11  would not be able to effectively communicate.

12  **Q.**   Let's walk through the domains.  How might his memory

13  affect his ability to communicate?

14  **A.**   So it would be inaccurate and unreliable.

02:42:11  15  **Q.**   And another domain is executive function?

16  **A.**   Correct.

17  **Q.**   And how would his executive function impairment

18  affect his ability to communicate?

19  **A.**   Again, I don't think he would be able to make any

02:42:31  20  sound decisions.

21  **Q.**   In your interactions with Mr. Brockman, did you

22  observe anything -- well, what is confabulation?

23  **A.**   So, it's the making up of facts to try to overcome

24  memory deficits.

02:42:59  25  **Q.**   And did you observe any confabulation with respect to

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1   Mr. Brockman?

2   **A.**   Yes.  He gave inaccurate timings of when he, for

3   example, moved to his new residence; and it was clear he

4   was mistaken about these facts.

02:43:21   5   **Q.**   Now, are you aware that Mr. Brockman gave depositions

6   back in 2019?

7   **A.**   Right.

8   **Q.**   Did you review, you know, videos of those

9   depositions?

02:43:34   10   **A.**   I did.

11   **Q.**   And do you -- are you aware he gave speeches when he

12   was at Reynolds and Reynolds when he was CEO there?

13   **A.**   Yes.

14   **Q.**   Did you review videos of --

02:43:45   15   **A.**   I saw them.

16   **Q.**   And so -- and are you aware that Mr. Brockman had

17   tested for, you know, mild to moderate dementia, you know,

18   short -- within months of -- of the January deposition

19   video?

02:44:06   20   **A.**   Yes.

21   **Q.**   Okay.  Was there anything inconsistent with

22   Mr. Brockman's presentation in that January video with the

23   possibility that he was suffering a mild dementia?

24   **A.**   No.  It was entirely consistent.

02:44:26   25   **Q.**   And why?

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1   A.   So, highly learned information can be quite preserved

2   even in the settings of dementia.  So, when people are

3   speaking about things which were a core part of their

4   life, they can seemingly look normal, because that

02:44:53   5   particular information was so important to them it's --

6   it's stored in a redundant fashion within the brain so it

7   can be recalled despite the presence of significant

8   dysfunction.  So, to casual observance they can seem

9   normal.

02:45:13   10   Q.   And when you say it's stored in redundant portions of

11   the brain, help us -- help us understand that.  What does

12   that mean?

13   A.   So, because memory is such a core function of the

14   brain, memory is, in fact, stored in the majority of the

02:45:29   15   brain.  So, in the process of pathology, such as

16   Alzheimer's disease, very important core memories are --

17   there's more than one part of the brain that's involved in

18   their storage.  So, if there is damage, there is

19   redundancy.  The -- the individual can still recall those

02:45:57   20   facts despite the presence of pathology.

21          MR. LOONAM:  Your Honor, I don't know if it's a

22   good time for a break.

23          THE COURT:  Yes, actually.  Let's go ahead and

24   take our break now until 3:00.  Then we will push on until

02:46:10   25   5:00.

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1          MR. LOONAM:  Yes.

2          THE COURT:  We might be able to push on a

3   little later.  I have just got to make some phone calls

4   during the lunch -- I mean during this afternoon break.

02:46:17   5   So, plan on 5:00 but possibly a little later.

6          MR. LOONAM:  Yes, Your Honor.  Thank you.

7          THE CASE MANAGER:  All rise.

8   (Proceedings recessed from 2:46 p.m. to 3:11 p.m.)

9          THE CASE MANAGER:  All rise.

03:11:14   10          THE COURT:  Please be seated, everyone.

11          Unfortunately, Counsel -- we are back on

12   the record -- we are going to have to break today at 5:00.

13          MR. LOONAM:  Your Honor, I will -- I am going

14   to streamline my examination here because Dr. Wisniewski

03:11:26   15   needs to get on a flight to New York, and I want to make

16   sure the government has ample time to cross.  So, we are

17   going to make that happen.

18          THE COURT:  I am not rushing you.  I'm just

19   telling you that we just can't go beyond 5:00 today.

03:11:37   20          MR. LOONAM:  No.  And we appreciate the effort.

21          May I examine the witness?

22          THE COURT:  You may continue.

23   BY MR. LOONAM:

24   Q.   Dr. Wisniewski, what is delirium?

03:11:45   25   A.   It's an impairment of cognition related to some sort

1    of toxic metabolic insult, and often the level of

2    alertness is affected and cognition is impaired.

3    **Q.**   And are you aware of -- of whether or not

4    Mr. Brockman has experienced a recent episode or more of

03:12:14   5    delirium?

6    **A.**   Yes.  Over the last year he's had three episodes of

7    delirium.

8    **Q.**   And the three episodes of delirium -- what, if

9    anything, is the significance of Mr. Brockman's

03:12:34   10   reoccurring episodes of delirium?

11   **A.**   So, that is quite significant that he's had so many

12   episodes of delirium over a short period of time.

13                    Delirium accelerates dementing processes.

14   So, the trajectory of decline is often greatly advanced,

03:13:03   15   and, in some literature, it can double the rate of

16   cognitive decline.  Having multiple episodes over a short

17   period of time, again, would be expected to be associated

18   with an acceleration of the dementing process.

19                    It's also associated with an increase in

03:13:31   20   mortality.  In the older geriatric population, each

21   episode of delirium is -- it has a mortality and it lowers

22   the life expectancy.

23   **Q.**   All right.  And what is cognitive reserve?

24   **A.**   So it's the ability of the brain to overcome insults.

03:13:57   25   And that is a capability of the brain that declines with

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1   age as neuronal numbers decline with age, but that decline

2   in cognitive reserve is greatly accelerated by

3   neurodegenerative processes.

4   Q.   And the fact that Mr. Brockman has had reoccurring

03:14:24   5   bouts of delirium in the past year, does that suggest

6   anything to you with respect to his level of cognitive

7   reserve?

8   A.   It implies very poor cognitive reserve.  It's unusual

9   for an individual to have multiple episodes of delirium,

03:14:43   10   and it speaks to the fact that his brain has very limited

11   capability of overcoming metabolic insults or the stress

12   induced by any sort of infection.

13   Q.   And what -- does delirium, in and of itself, lead to

14   permanent damage in the brain?

03:15:10   15   A.   It does.  The inflammatory processes whereby there's

16   a systemic infection, it releases cytokines.  They are

17   chemicals that induce inflammation, generally, that leads

18   to breakdown of the blood-brain barrier, the protective

19   barrier whereby toxins are excluded from the central

03:15:42   20   nervous system.  And the cytokines themselves, they

21   accelerate the Alzheimer's-related pathology of the

22   plaques and tangles that -- that these cytokines have

23   access to because of the systemic inflammation.

24   Q.   And, Dr. Wisniewski, in your clinical practice do you

03:16:11   25   have to take any account of the possibility of -- of

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM

1  patients malingering?

2  **A.**   Certainly.

3  **Q.**   Okay.  Tell --

4  **A.**   Patients can have secondary gain with disability,

03:16:28  5  insurance coverage, and also just seek secondary gain from

6  their family and loved ones that they get extra care.  So,

7  there is all sorts of reasons for patients either

8  malingering or exaggerating their deficits.

9  **Q.**   Now, are you, you know, an expert in forensic

03:17:01  10  practice?

11  **A.**   No.

12  **Q.**   In this examination, did you conduct what you

13  consider a clinical exam and review of Mr. Brockman or a

14  forensic review?

03:17:14  15  **A.**   So, I -- it was forensic in that I had a greater

16  level of suspicion of potential malingering.

17  **Q.**   And what did you conclude with respect to the

18  possibility that Mr. Brockman was malingering?

19  **A.**   I thought that that was highly improbable.

03:17:36  20  **Q.**   And why?

21  **A.**   The consistency of his poor performance with my exam,

22  cross-examiners, and the corroborating neuroimaging

23  objective evidence.

24          THE COURT:  One other question, Doctor.

03:17:55  25              Have you ever examined patients where the

1 alleged secondary gain is imprisonment?  That is, unlike a

2 case where the secondary gain is, you know, embarrassment

3 with family or Social Security, have you ever looked at

4 that issue in the criminal context?

03:18:14  5           THE WITNESS:  I have.  So, although my main

6 position is with NYU, NYU's immediately next to Bellevue

7 Hospital, which is the largest city hospital in New York

8 City, and they have a prison floor.

9           THE COURT:  Okay.

03:18:31  10          THE WITNESS:  And I have for many years been a

11 consulting neurologist at Bellevue; so, I see patients on

12 the prison floor.

13          THE COURT:  Okay.  And have you -- And you have

14 seen patients on the prison floor.  Have you actually made

03:18:48  15 the determination as to whether or not they are competent

16 or not competent to stand trial in the -- in the criminal

17 setting before?

18          THE WITNESS:  So, I have expressed opinions on

19 that in exactly that setting.

03:19:03  20          THE COURT:  Okay.

21          MR. LOONAM:  But, to be clear, Your Honor, in

22 this case, for purposes of his testimony today, we -- we

23 qualified the expert to provide information on neurology

24 and neuropathology with a focus on cognitive diseases.  He

03:19:27  25 is not opining on the ultimate issue, just on

*THOMAS WISNIEWSKI, M.D. - DIRECT BY MR. LOONAM*

1  Mr. Brockman's capabilities --

2              THE COURT:  Okay.

3              MR. LOONAM:  -- but has not offered an opinion

4  on the actual ultimate issue.

03:19:34  5              THE COURT:  Okay.  Great.

6              MR. LOONAM:  Okay?

7                  And no further questions, Your Honor.

8              THE COURT:  Okay.  Cross-examination?

9              MR. MAGNANI:  Yes, Your Honor.

03:20:29  10                    **CROSS-EXAMINATION**

11  BY MR. MAGNANI:

12  **Q.**   Good afternoon, Doctor.

13  **A.**   Good afternoon.

14  **Q.**   You are not an expert in competency.  Correct?

03:20:34  15  **A.**   Correct.

16  **Q.**   But would you agree with me that in this particular

17  case the defendant's true level of cognitive impairment is

18  the most relevant factor of his competency?

19  **A.**   That's an assessment that I am making in terms of

03:20:52  20  determining the level of his cognitive impairment.

21  **Q.**   Do you remember my question, sir?

22  **A.**   I am answering it in the best way I -- I -- It's true

23  to my understanding of what you asked me.

24  **Q.**   So, is it the most important -- is the defendant's

03:21:15  25  cognitive function the most important disputed issue, as

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1  you understand it, in this case?

2            MR. LOONAM:  Objection.

3            THE COURT:  Yes, please.  Because I thought you

4  said that he wasn't --

03:21:25   5            MR. LOONAM:  He is not.

6            THE COURT:  Okay.

7            MR. LOONAM:  He is not opining on -- on the

8  ultimate issue of competence, and he's only testifying with

9  respect to Mr. Brockman's capabilities for the Court to

03:21:36  10  consider in making that determination.  And he's testified

11  that he is not an expert in the law of -- of competence and

12  legal standards.

13            So, we object on relevance and also

14  foundation.

03:21:51  15            THE COURT:  All right.  Response?

16            MR. MAGNANI:  Your Honor, he's testifying about

17  whether memory impairments -- in other words, cognitive

18  function -- can have an impact on his ability to work with

19  counsel.  And, so, really, I'm just asking:  Is cognitive

03:22:05  20  function an important issue -- the most important issue in

21  this case?

22            THE COURT:  How would he know if it is "the"

23  most important issue?

24            MR. MAGNANI:  If he doesn't know, then he

03:22:14  25  doesn't know.

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1           THE COURT:  I am going to allow it.  In fact,

2  I'm going to overrule the objection.  I am going to allow

3  that question to be answered, and then we will see where

4  you go from there.

03:22:22  5  BY MR. MAGNANI:

6  **Q.**   So, do you know, Doctor?

7  **A.**   Well, with the level of impairment that I am

8  assessing Mr. Brockman has, I don't think he has that

9  capability.  To give another example --

03:22:42  10  **Q.**   Am going to cut you off there.  Sorry, Doctor.

11  Please just listen -- Have you testified before?

12  **A.**   Not often.  This is perhaps my fourth or fifth time

13  of testifying.

14  **Q.**   So, the answer is "Yes"?

03:22:53  15  **A.**   I have testified before, yes.

16           MR. LOONAM:  Objection, Your Honor.

17           THE COURT:  Basis?

18           MR. LOONAM:  He -- the witness is answering the

19  question; and that was badgering this witness.

03:23:05  20           THE COURT:  Okay.  Overruled.

21               You can ask the question and get an answer

22  and then ask the next question.

23  BY MR. MAGNANI:

24  **Q.**   Have you testified before?

03:23:12  25  **A.**   Yes.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1    **Q.**   And you have to leave today to get back to New York.

2    Right?

3    **A.**   I do.

4    **Q.**   Okay.  And you understand that cross-examination is

03:23:19    5    different than direct examination.  Right?

6    **A.**   Yes.

7    **Q.**   Okay.  And, so, I am going to try my best to ask

8    short, simple questions, and will you promise to do your

9    best to try to give "Yes" or "No" answers if appropriate?

03:23:29   10    **A.**   Yes.

11    **Q.**   Okay.  And also for the benefit of everybody, will

12    you notify us if my question is confusing or can't

13    truthfully be answered that way?

14    **A.**   Yes.

03:23:39   15    **Q.**   Okay.  Good.  Hopefully, we can work together so we

16    can get you out of here.

17                    So, you diagnosed the defendant with

18    moderate dementia.  Right?

19    **A.**   Correct.

03:23:49   20    **Q.**   And you testified on direct that you are, quote,

21    fully certain he does not have MCI.  Correct?

22    **A.**   Correct.

23    **Q.**   Okay.  And, definitionally, dementia just means that

24    your cognitive impairment is affecting your functional

03:24:05   25    independence.  Correct?

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1    **A.**    Correct.

2    **Q.**    So, in moderate dementia -- you said that your

3    diagnosis was based on -- and if I misquote you, please

4    correct me -- but based on the defendant being totally

03:24:17    5    dependent on all basic activities of daily living.

6    Correct?

7    **A.**    Yes.

8    **Q.**    And you said that opinion was based on reporting from

9    his wife.  Correct?

03:24:26    10    **A.**    Correct.

11    **Q.**    And from his caregiver?

12    **A.**    Correct.

13    **Q.**    And you also said it is based on his performance on

14    cognitive tests.  Correct?

03:24:35    15    **A.**    Correct.

16    **Q.**    Okay.  And at the end of your testimony you also

17    talked about malingering.  Right?

18    **A.**    Correct.

19    **Q.**    Okay.  Now, you talked a little bit about your

03:24:43    20    criminal experience at Bellevue, but I would just like to

21    ask you:  About how many accused criminal defendants have

22    you examined in a competency setting?

23    **A.**    Not -- not many.

24    **Q.**    Okay.  Can you think of the name of any criminal

03:25:00    25    defendants that you have evaluated in a competency

1  setting?

2  **A.**   No.

3  **Q.**   Okay.  So, would it surprise you, though, to learn

4  that criminals being evaluated for their cognitive

03:25:20   5  function in a competency setting have a far higher

6  malingering rate than patients in a clinic?

7  **A.**   No.

8  **Q.**   And are you -- would it surprise you if the

9  malingering rate of criminal defendants who are

03:25:32  10  complaining of memory problems -- that the rate is about

11  50 percent?

12  **A.**   It would not surprise me.

13  **Q.**   So, malingering is not your expertise.  Fair to say?

14  **A.**   I have -- Correct.

03:25:51  15  **Q.**   Okay.  You're probably more comfortable talking about

16  the imaging stuff; is that right?

17  **A.**   I am --

18  **Q.**   I'll ask a different question.  Are you more -- are

19  you more of an expert in imaging or in malingering?

03:26:07  20  **A.**   I would say the image.

21  **Q.**   Okay.  And you talked a lot about the different

22  biological changes that happen with people experiencing

23  cognitive decline.  Right?

24  **A.**   Correct.

03:26:22  25  **Q.**   And a lot of those biological changes can be measured

1  with neuroradiology.  Right?

2  **A.**   Correct.

3  **Q.**   So, I want to talk a little bit about the imaging in

4  this case.

03:26:32  5               And, just to start, would you agree that

6  some diseases can be conclusively diagnosed with

7  neuroradiological images?

8  **A.**   Yes.

9  **Q.**   And you gave an example of that when you talked about

03:26:47  10  the Parkinson's disease diagnosis and the DaTscan.  Right?

11  **A.**   Correct.

12  **Q.**   So, the DaTscan shows neurodegeneration to the

13  dopamine receptors in the brain that you can rely on to

14  conclusively diagnose Parkinson's disease.  Right?

03:27:03  15  **A.**   Correct.

16  **Q.**   Okay.  But would you also agree that the diseases

17  that we are talking about -- Strike that.

18               Not the diseases, but would you agree that

19  the levels of impairment that are at dispute in this case

03:27:15  20  cannot be conclusively diagnosed with neuroradiology

21  alone?

22  **A.**   Correct.

23  **Q.**   Okay.  So, you -- well, you talked a little bit about

24  the difference between qualitative and quantitative

03:27:31  25  review.  Do you recall that testimony?

1    **A.**   Yes.

2    **Q.**   And please take some time to correct me if I get this

3    wrong, but did you say that in this case, when comparing

4    the -- the MRI from 2018 and 2021, you relied mostly on

03:27:45   5    your qualitative analysis?  Right?

6    **A.**   Correct.

7    **Q.**   So, in other words, for the MRIs, when it comes to

8    comparing them, you didn't put too much -- you put less

9    stock in the Neuroreader than you did your own expert eyes

03:28:00   10   looking at two images?

11   **A.**   Correct.

12   **Q.**   Okay.  And fair to say that there is probably not

13   many people in this courtroom that can appreciate what

14   your eyes can see in neuroimaging?

03:28:13   15   **A.**   Perhaps.

16   **Q.**   Maybe Mr. Loonam?

17              MR. LOONAM:  That's --

18              MR. MAGNANI:  Strike that.

19   BY MR. MAGNANI:

03:28:21   20   **Q.**   So, do you think you have the ability, however, to

21   show different images and point out to lay witnesses what

22   the types of changes that are being observed in the brain

23   are?

24   **A.**   Yes.

03:28:30   25   **Q.**   So, you could point out to me, for example, if I have

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1  two different images and explain where the changes are

2  being observed.  Correct?

3  **A.**   Most likely.  Yes.

4  **Q.**   Okay.  Before we do any of that, I want to start by

03:28:45  5  showing you what is in evidence as Defense Exhibit 58.

6          MR. MAGNANI:  And just so you guys know, I

7  couldn't figure out how to print it with the exhibit

8  stickers that you sent, so I just --

9          MR. LOONAM:  That's fine.

03:28:59  10          THE COURT:  Do you need an exhibit sticker?

11          MR. MAGNANI:  No.  The defense marked them, but

12  electronically, and I don't have the ability -- I couldn't

13  figure out how to print it with the sticker, so I just --

14          THE COURT:  Okay.

03:29:11  15          MR. MAGNANI:  Can I have the ELMO, please?

16          THE COURT:  The only reason I say that:  We

17  have got stickers, if that's a problem.  We have got plenty

18  of stickers.

19          MR. MAGNANI:  Some of my -- zoom out.

03:29:31  20          MR. LANGSTON:  Middle button there.

21          MR. MAGNANI:  Oh.  Okay.  Good.  Good.  Good.

22  All right.

23  BY MR. MAGNANI:

24  **Q.**   Can you see the exhibit okay, Doctor?

03:29:36  25  **A.**   I can.  Yes.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI*

1   **Q.**   Okay.

2   **A.**   Thank you.

3   **Q.**   So, did you prepare this exhibit?

4   **A.**   No.

03:29:40   5   **Q.**   And this exhibit is showing a comparison of the 2018

6   and 2021 Neuroreader reports.  Right?

7   **A.**   Uh-huh.  Yes.

8   **Q.**    And it only shows three out of five of the areas that

9   the Neuroreader maps out on these graphs, to call them.

03:29:58   10   Right?

11   **A.**   Correct.

12   **Q.**   So, it doesn't show the whole picture.  Right?

13   **A.**   Correct.

14   **Q.**   Okay.  And, actually, before -- just back to sort of

03:30:07   15   your qualitative analysis, I want to make sure I

16   understand that you -- what you were saying on direct.

17            So, you talked about -- Well, let me ask

18   you this.

19            Would you agree that due to differences in

03:30:22   20   different patients' level of cognitive reserves, you might

21   have two people with different presentations, even though

22   their radiological images look the same?

23   **A.**   Yes.

24   **Q.**   So, just to make that simple in case that was a bad

03:30:35   25   question:  So, two people with similar-looking images

1  could have very different presentation.  Right?

2  **A.**   Yes.

3  **Q.**   And one of the biggest factors to account for the

4  difference in presentation is the cognitive reserve of

03:30:48  5  those people?

6  **A.**   Correct.

7  **Q.**   And, so, you said that you estimated Mr. Brockman as

8  having a low cognitive reserve.  Right?

9  **A.**   In a different context, yes.

03:30:58  10  **Q.**   Well, in -- do you need to explain?

11  **A.**   In the context of --

12          MR. LOONAM:  Time frame?  Time frame as to when

13 he has a low cognitive reserve.

14  **Q.**   Oh.  Does it -- Well, how about today?  How is his

03:31:12  15  cognitive reserve today?

16  **A.**   Poor.

17  **Q.**   Okay.  How would you describe it in 2019?

18  **A.**   I -- that I am not sure.

19  **Q.**   Well, let me ask you:  Didn't you say on direct that

03:31:21  20  your basis for assessing him as having a low cognitive

21  reserve was in part because of these repeated

22  hospitalizations?

23  **A.**   Over 2021.

24  **Q.**   Yeah.  And specifically --

03:31:31  25  **A.**   So, I can't speak to 2018 or '19.

PM 3-101

*THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI*

1  **Q.**   Thank you.  Let's focus on 2021, and specifically I

2  want to focus your attention between March 2021 -- Do you

3  know if he was hospitalized then?

4  **A.**   Yes.

03:31:43  5  **Q.**   Between then and the present.

6                    And, so, in that time period from March

7  2021 to today, Mr. Brockman has been hospitalized quite a

8  few times.  Right?

9  **A.**   Correct.

03:31:52  10  **Q.**   And one of the things that was observed during those

11  hospitalizations was delirium.  Right?

12  **A.**   Correct.

13  **Q.**   And you talked about delirium as being one of the --

14  well, I think you said, the primary reason you estimate he

03:32:04  15  has a low cognitive reserve.

16  **A.**   His susceptibility to delirium.

17  **Q.**   Okay.  And, so, because you estimate Mr. Brockman as

18  having a low cognitive reserve, does that mean, then, that

19  he's one of those people where the imaging doesn't look so

03:32:20  20  bad but the presentation is way worse?

21  **A.**   That's a possibility.

22  **Q.**   I want to -- so, in your first report -- and, by the

23  way, do you -- you don't have it with you, do you?

24  **A.**   No.

03:32:36  25  **Q.**   Let me know if you need it --

1   **A.**   Okay.

2   **Q.**   -- or anything else.

3                Okay.  But in your first report you

4   wrote -- and I am going to quote it.  You don't have to

03:32:45   5   know the quote.  Just tell me if I am misrepresenting your

6   opinion.

7                THE COURT:  Just a second.  Mr. Loonam, do you

8   need something?

9                MR. LOONAM:  I want him to go.  I don't want to

03:32:54  10   distract him, but I'll give him the report so he has it.

11                MR. MAGNANI:  And for the record, this is

12   Defense Exhibit 24.

13   BY MR. MAGNANI:

14   **Q.**   And, so, in your report you wrote, quote:

03:33:02  15   "Neuroimaging shows clear degeneration and significant

16   brain shrinkage."  Does that sound a little right?

17   **A.**   That sounds --

18   **Q.**   So, I want to focus on this significant brain

19   shrinkage part.

03:33:16  20   **A.**   Okay.

21   **Q.**   Now, you're a scientist.  Right?

22   **A.**   Yes.

23   **Q.**   Okay.  Does the term "significant" have a different

24   meaning in scientific context than in a lay context?

03:33:27  25   **A.**   It can.

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1   Q.   So, why don't you just clarify it for us?  Do you

2   mean a massive shrinkage, like a layperson might say; or

3   do you just mean not likely to be due to chance, like a

4   scientist would say?

03:33:40   5   A.   That's the meaning I had, the latter.

6   Q.   The latter.  So, not a massive change in volumetric

7   loss?

8   A.   Correct.

9   Q.   Okay.  I just wanted to clear that up because

03:33:51   10   sometimes we can get a little confused.

11          So, you -- looking back at Defense Exhibit

12   58, you testified about why you don't put -- Well, can you

13   just explain again why do you put seemingly less stock in

14   quantitative brain MRI analysis than your own qualitative

03:34:19   15   analysis?

16   A.   Because the technique that's used in the segmentation

17   and the generation of the data is often subject to

18   artifact.  So, there was a lack of reliability of the

19   numbers, even the exact numbers that are generated.

03:34:46   20          It's my experience and that of many

21   clinicians that you can have patients have MRIs that are

22   volumetric in a relatively short period of time, and the

23   numbers are quite different that are generated by the

24   analysis.

03:35:07   25   Q.   Okay.  So --

*THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI*

1        MR. MAGNANI:  And, actually, I think, is there

2    a defense exhibit binder floating around?  It might be

3    easier because I am going to refer to -- we can save some

4    time.

03:35:16    5    BY MR. MAGNANI:

6    **Q.**    So, you did, however, review the Neuroreader reports

7    in this case?

8    **A.**    Yes.

9    **Q.**    And the Neuroreader reports are the types of

03:35:27   10   quantitative analysis?

11   **A.**    Yes.

12   **Q.**    So, what I want to do now is direct your attention to

13   Defense Exhibit 8.  And what I am going to do, Doctor, is

14   I am just going to bring you this big binder.

03:35:40   15   **A.**    Okay.

16   **Q.**    And there are tabs so you can just flip to the

17   exhibits.

18        MR. MAGNANI:  May I approach the witness, Your

19   Honor?

03:35:46   20        THE COURT:  You may approach.

21        THE WITNESS:  That's a big binder.

22        MR. MAGNANI:  It's heavy.  And I can also put

23   this up on the screen.  I just don't have -- I just don't

24   have a marked version.

03:36:09   25        MR. LOONAM:  That's okay.

1 BY MR. MAGNANI:

2  **Q.**   So, now, is this the 2021 Neuroreader report on the

3  screen?

4  **A.**   It is, yeah.

03:36:22   5  **Q.**   And, Doctor, if the screen is easier, it might be

6  better, because that's what everyone else is looking at.

7  **A.**   Ah.  Okay.

8  **Q.**   Okay.  So -- and in this --

9           MR. LOONAM:  Wait.  Wait.  I think you have the

03:36:38  10 wrong -- that's it's a different -- that's Exhibit 44 that

11 you have on the screen, I think.

12           MR. MAGNANI:  Okay.  Well, exhibits or no

13 exhibits, do you mind if I show the witness this, if he

14 recognizes --

03:36:49  15           MR. LOONAM:  It may be on the wrong page.

16           MR. MAGNANI:  Well, I am on the page on the

17 ELMO.

18           MR. LOONAM:  But he may have -- I'm sorry.

19 BY MR. MAGNANI:

03:36:55  20  **Q.**   Let's try working with the screen, Doctor.

21  **A.**   Sure.  Sure.

22  **Q.**   If you need to change, though, just let us know.

23           Okay.  So, in this 2021 Neuroreader

24  report, the quantitative analysis puts the defendant's

03:37:13  25  brain volume in the 34.18 percentile.

*THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI*

1    **A.**    Yes.

2    **Q.**    Is that right?

3    **A.**    Yeah.

4    **Q.**    And the -- and you mentioned, from your qualitative

03:37:30   5    view, that you said you saw damage in the parietal and

6    temporal lobes; is that right?

7    **A.**    That's based on the FDG PET.

8    **Q.**    Oh.  Okay.  But -- well, let me ask you this.  If you

9    have neurodegeneration that is causing FDG PET findings,

03:37:47   10   would you expect that to cause volumetric loss over time?

11   **A.**    Not necessarily.

12   **Q.**    So, let's not get confusing, then.

13                  So, the parietal and temporal lobes, those

14   are both associated with memory.  Right?

03:38:01   15   **A.**    Correct.

16   **Q.**    But isn't the most important piece of the brain that

17   has to do with memory actually the hippocampus?

18   **A.**    No.

19   **Q.**    Well, would you agree that the hippocampus is where

03:38:11   20   we see amyloid and tau plaques cluster in the brain in

21   patients with Alzheimer's?

22   **A.**    No.

23   **Q.**    So, your testimony is that, in patients with

24   Alzheimer's, amyloid and tau plaques do not cluster in the

03:38:24   25   hippocampus?

PM 3-107

1   **A.**   So, to explain, the hippocampus doesn't typically

2   have a lot of amyloid pathology.  It has a lot of tau

3   pathology.  So, it -- it wouldn't be accurate to say that

4   both pathologies cluster there.

03:38:43  5   **Q.**   Okay.  So, let's break that down.

6                    So, you testified before that someone

7   could have quite a lot of amyloid in their brain without

8   any cognitive decline.  Right?

9   **A.**   Yes.

03:38:52  10   **Q.**   But it's a little different with tau.  Right?

11   **A.**   Correct.

12   **Q.**   Once tau starts accumulating in your brain you are

13   going to have problems.  Right?

14   **A.**   Correct.

03:39:02  15   **Q.**   Okay.  And the time course of these things is

16   pretty -- I mean, you described it on your testimony, but

17   it's, basically, amyloid accumulates for years?

18   **A.**   Correct.

19   **Q.**   And then tau?  You have to answer --

03:39:15  20   **A.**   Correct.  Yes.

21   **Q.**   And then we start to see neurodegeneration from that?

22   **A.**   Correct.

23   **Q.**   And then we start to see cognitive decline?

24   **A.**   Correct.

03:39:22  25   **Q.**   Okay.  And I am going to show -- and I'm just going

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1    to say this as the Darby Slide No. 2.

2                    Now, have you seen this specific image

3    before, Doctor?

4    **A.**   Yes.

03:39:42    5    **Q.**   Okay.  Is this a fair and accurate depiction of the

6    course of these different biological changes in people

7    with dementia?

8    **A.**   That's unknown.

9    **Q.**   Well, is this consistent with what you just said;

03:39:56   10    amyloid first, then tau, then neurodegeneration, then

11    cognitive decline?

12    **A.**   So, it's a bone of significant contention as to how

13    quick the neurodegeneration follows the tau pathology.

14    **Q.**   Right.  But, I mean, this is an X and Y axis that

03:40:15   15    don't have -- Well, let's talk about quantitative and

16    qualitative again.

17                    So, this is not some sort of, you know,

18    to-scale measurement.  Right?

19    **A.**   No.

03:40:24   20    **Q.**   But is it demonstrating a concept, maybe, that isn't

21    so easy to understand?

22    **A.**   It is.  But it's very approximate.

23    **Q.**   So -- but do you think it's misleading?

24    **A.**   Yes.

03:40:36   25    **Q.**   Okay.  Are there images like this that you think are

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1  accurate that you can cite -- I am, really, just trying to

2  be helpful.  So --

3  **A.**   I -- so, that -- the exact timelines of these

4  trajectories in dementia progression is the subject of

03:40:57  5  current research.  The exact trajectories are unknown and,

6  also, they likely somewhat vary from patient to patient.

7  **Q.**   Okay.  Well, if you don't think this is accurate, I

8  want to take it off the screen.

9               Let's go back to the Neuroreader.

03:41:17  10               So, the Neuroreader report has that

11  overall percentile that we talked about before.  Right?

12  **A.**   Yes.

13  **Q.**   It also gives the percentile of different areas of

14  the brain.  Right?

03:41:27  15  **A.**   Correct.

16  **Q.**   And tell me if you need me to hand this to you or

17  something, but Mr. Brockman's hippocampus is in the 43.8

18  percentile?

19  **A.**   Uh-huh.

03:41:40  20  **Q.**   Okay.  So, that means that in a -- in a village with

21  1,000 eighty-year-olds, Mr. Brockman's hippocampus is

22  going to be bigger than 438 of them?

23  **A.**   As -- as a normal distribution, yes.

24  **Q.**   And his overall brain size will be bigger than 342 of

03:42:06  25  them?

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1  **A.**   Approximately.  Yeah.

2  **Q.**   Now, this village of people -- every one there is

3  cognitively normal.  Right?

4  **A.**   I don't know.

03:42:18  5  **Q.**   Yeah.  Sorry.  That's a confusing question.  Let me

6  ask it this way.

7           These percentiles compare

8  eighty-year-olds to eighty-years-olds who -- Sorry.

9  Strike that.

03:42:26  10           The Neuroreader is comparing the patient

11  whose scan we are looking at to people of their same age

12  that are cognitively normal?

13  **A.**   Correct.

14  **Q.**   Okay.  And so let me ask you this:  If you only had

03:42:57  15  the quantitative analysis to go by, wouldn't it be

16  undisputed that Mr. Brockman's MRI is normal?

17           MR. LOONAM:  Objection.

18           THE COURT:  What is the basis for the

19  objection?

03:43:07  20           MR. LOONAM:  I mean, it's -- if he only had

21  this quantitative analysis that he said is unreliable

22  available?

23           THE COURT:  Well, objection overruled.  He is

24  an expert.  This is his field.  I need to hear what he has

03:43:18  25  to say.

*THOMAS WISNIEWSKI, M.D. – CROSS BY MR. MAGNANI*

1          MR. LOONAM:  Sure.

2          THE COURT:  So, you can ask the question.

3  BY MR. MAGNANI:

4  **Q.**    Do you remember the question?

03:43:22  5  **A.**    Yes, I do.  And I would say you can't judge the

6  normalcy of the MRI based on the numbers.

7  **Q.**    Okay.  And, so, is it your opinion that the

8  qualitative analysis is more important than the

9  quantitative?

03:43:40  10  **A.**    Yes.

11  **Q.**    Now, is there a particular -- You talked about

12  reasons why you cannot compare the 2018 quantitative

13  analysis with the 2021 quantitative analysis.  Do you

14  remember that?

03:44:03  15  **A.**    Yes.

16  **Q.**    And is that basically because they were used -- they

17  were created using different MRI hardware?

18  **A.**    That's one reason.  The other is the slice thickness

19  of the 2018 was thicker.  So, the 1.5 millimeter thickness

03:44:29  20  introduces complications for the Neuroreader quantitation

21  such that they are unreliable and, also, makes it really

22  impossible to compare the percentages from 2018 to 2021.

23  **Q.**    Okay.  That's very helpful.  But I did a little

24  studying, too.

03:44:49  25          So, the 2018 is a 1.5 millimeter slice,

1   you said.  Right?

2   **A.**   About -- yeah, 1.5.  Yeah.

3   **Q.**   And the 2021 is a 1.2 millimeter slice?

4   **A.**   Correct.

03:45:00  5   **Q.**   And the 2021 was specifically configured for

6   Neuroreader software.  Right?

7   **A.**   Correct.

8   **Q.**   So, these things combined explain why we can't just

9   take the numbers from the 2018 quantitative analysis and

03:45:13  10  compare them to the 2021 --

11  **A.**   That's true.

12  **Q.**   -- quantitative?

13            Okay.  So, just back to Defense Exhibit

14  58, could you see, Doctor, why something like this might

03:45:25  15  mislead a layperson who doesn't understand all that?

16  **A.**   Yes.

17  **Q.**   Okay.  Now, in comparing the quantitative analysis of

18  the 2018 and the 2021 Neuroreader, if you compare the

19  numbers, there are things that just don't make any sense.

03:45:44  20  Right?

21  **A.**   Correct.

22  **Q.**   So, Mr. Brockman's gray matter percentile is higher

23  in 2021 than 2018; isn't that right?

24  **A.**   It is.

03:45:54  25  **Q.**   You don't think his gray matter actually increased in

1  that time.  Right?

2  **A.**  No.

3  **Q.**  And gray matter is where processing happens?

4  **A.**  Correct.

03:46:03  5  **Q.**  Have you reviewed the other expert opinions in this

6  case that have opined on the neuroimaging studies

7  available?

8  **A.**  I believe so, yes.

9  **Q.**  And is it your understanding that they all agree that

03:46:24  10  the amyloid is positive?

11  **A.**  Yes.

12  **Q.**  Did you say something though today about how the

13  amyloid is like super positive?

14  **A.**  So I was quoting the reading of the amyloid Scan of

03:46:39  15  moderate to frequent plaques, which is what was in the

16  report.

17  **Q.**  Okay.  And so I believe on the basis of that you said

18  something like the amyloid has been accumulating in

19  Mr. Brockman's brain for longer than common, before you

03:46:58  20  would see tau, right?

21  **A.**  So, it was a guess, but that's based on studies of

22  the average duration of amyloid accumulation.

23  **Q.**  Okay.  So -- and amyloid PET is not really a good

24  diagnostic tool for neurodegeneration, right?

03:47:22  25  **A.**  Correct.

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1  Q.   It is not a good diagnostic tool of cognitive

2  function, right?

3  A.   Correct.

4  Q.   So, did you -- did you -- do you know why the amyloid

03:47:35   5  PET was done in this case?

6  A.   To -- I -- I -- no.

7  Q.   Okay.  So, you didn't talk to any of the other

8  members of The Forensic Panel team about ordering an

9  amyloid PET?

03:47:49  10  A.   It was discussed.

11  Q.   Okay.  And, I mean, why did you guys decide to order

12  it?

13  A.   So a -- the presence of the amyloid is something

14  that's required for the diagnosis of Alzheimer's disease.

03:48:06  15  So, it was discussed that it -- getting the scan would

16  allow the assessment of whether Alzheimer's disease is

17  present or not.

18  Q.   But would you agree with me that whether or not the

19  Defendant has Alzheimer's disease, is less important than

03:48:26  20  the degree of neurodegeneration in his brain?

21  A.   Correct.

22  Q.   So -- and that's why the FDG PET is a better measure

23  of neurodegeneration than the amyloid PET?

24  A.   That's correct.

03:48:39  25  Q.   But you guys ordered the amyloid PET and not an FDG

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1   PET, right?

2            MR. LOONAM:  Objection, Your Honor, this is --

3   there needs to be a foundation.  This is misleading.  I

4   mean this --

03:48:52   5            MR. MAGNANI:  What --

6            MR. LOONAM:  It was in response to this

7   which -- come here, this isn't --

8                  (Counsel confer off the record.)

9            MR. MAGNANI:  You can object.  I don't think

03:49:11  10   that's reasonable.

11            THE COURT:  Hold on, I mean, here is the deal,

12   these are experts, they are not fact witnesses, so they

13   know what they did and they didn't do, and what studies

14   were and were not done.  So, I am going to let you ask

03:49:23  15   whatever questions you need to ask them.

16   BY MR. MAGNANI:

17   **Q.**   Okay.  So, can you answer the question?

18   **A.**   Okay.

19   **Q.**   Sorry, here, I'll reframe again.

03:49:31  20                  So you filed your expert report in August,

21   right?

22   **A.**   Correct.

23   **Q.**   And before August you ordered -- the amyloid PET was

24   done in late July, right?

03:49:39  25   **A.**   Right.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1  **Q.**    And you guys talked about ordering that amyloid PET,

2  right?

3  **A.**    Correct.

4  **Q.**    And decided to order it?

03:49:46  5  **A.**    Correct.

6  **Q.**    After you filed your reports, Dr. Darby recommended

7  doing another FDG PET, correct?

8  **A.**    Correct.

9  **Q.**    Okay.  And you agreed with me already, I think, that

03:49:58  10  the FDG PET is a better measure of neurodegeneration than

11  the amyloid PET?

12  **A.**    Correct.

13  **Q.**    The amyloid PET is informative about Alzheimer's

14  disease, but tells us very little about dementia, correct?

03:50:09  15  **A.**    Correct.

16  **Q.**    So, did you guys talk about ordering a tau PET?

17  **A.**    No.

18  **Q.**    It never came up, thinking about a tau PET?

19  **A.**    It was mentioned.

03:50:23  20  **Q.**    But you decided not to order one?

21  **A.**    That wasn't a decision I made.

22  **Q.**    Okay.  But you did say it was mentioned, right?

23  **A.**    Yes.

24  **Q.**    And so I assume you heard it being mentioned because

03:50:33  25  you were some part of this decisionmaking process?

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1  A.   Yes.

2  Q.   Would you agree that a tau PET would be a better tool

3  to diagnose Alzheimer's disease than an amyloid PET?

4  A.   Yes.

03:50:48  5  Q.   Okay.  But you weren't able to convince your

6  colleagues to order the tau PET?

7  A.   That's not the case.

8  Q.   So, just please explain because --

9  A.   Because the FDG PET is a good measure and it's the

03:51:04  10  standard measure of neurodegeneration.  So, therefore, a

11  tau PET was unnecessary.

12  Q.   And so just to be clear, there is an FDG PET in

13  March, right?

14  A.   Yes.

03:51:17  15  Q.   And Dr. Ryan Darby ordered that report?

16  A.   Correct.

17  Q.   And there was another FDG PET in August, right?

18  A.   Correct.

19  Q.   And the person's name on the radiologist report says

03:51:27  20  Dr. Welner, right?

21  A.   Correct.

22  Q.   But it was Ryan Darby who ordered that test, right?

23  A.   I don't know.

24  Q.   Well, let me ask you this:  The test was ordered

03:51:35  25  after you filed your expert report, right?

1   **A.**   Yes.

2   **Q.**   And was that test requested by the government?

3   **A.**   I don't know.

4   **Q.**   Okay.  But -- and just back to the question about the

03:51:47  5   decision to order an amyloid PET instead of a tau PET, you

6   did testify that you discussed both before filing your

7   expert report, right?

8   **A.**   It -- no.

9   **Q.**   You did not discuss --

03:52:02  10   **A.**   So, we -- we specifically discussed the amyloid PET

11   at that time.

12   **Q.**   And maybe I mis -- I thought you testified that you

13   did raise the possibility of ordering a tau PET?

14   **A.**   That was after the amyloid PET was done.

03:52:23  15   **Q.**   Was it before or after your expert reports -- well,

16   let me ask you this:  To the best of your memory, when did

17   the experts on The Forensic Panel start talking about

18   ordering a tau PET?

19   **A.**   It -- I actually don't recall.

03:52:39  20   **Q.**   But do you have any certainty about whether it was

21   before or after the expert reports?

22   **A.**   I believe it was after.

23   **Q.**   Well, let me ask you this:  Before the reports were

24   due, did -- you talked -- you already testified you talked

03:52:53  25   about ordering the amyloid PET, right?

1   **A.**   Yes, but to give some context, the original expert

2   report that I filed was a dictation by myself from the

3   Surgical I.C.U.

4   **Q.**   I don't understand.  What --

03:53:15  5   **A.**   So, I was undergoing an aortic valve replacement, so

6   I was in the Surgical I.C.U., so my exact memory of that

7   time is a little hazy.

8   **Q.**   And not to get too into the details of your personal

9   life, but do you remember when you were in the I.C.U.?

03:53:34  10   **A.**   At the time that the original report was filed, I

11   dictated it.

12   **Q.**   Okay.  But what I am wondering, so the amyloid PET

13   was ordered over a week before the reports were filed,

14   right?

03:53:49  15   **A.**   It -- okay.

16   **Q.**   Well, if you don't know, just say you don't know.

17   **A.**   I'm not sure.

18   **Q.**   The reports were filed in -- well, do you have your

19   report?  Or I can look at it.  Does August 6 sound right?

03:54:05  20   **A.**   Yes.  Yeah.

21   **Q.**   And the amyloid PET was complete in July, right?

22   **A.**   Okay.

23   **Q.**   Is that right?

24   **A.**   Yes.

03:54:16  25   **Q.**   So, you obviously decided to order it before July?

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1    A.    Yes.

2    Q.    And so what I am wondering is, were you a part of

3    that decision-making process or not?

4    A.    For ordering the amyloid test, yes.

03:54:28   5    Q.    Okay.  So, you do remember talking with other members

6    of The Forensic Panel about ordering the amyloid?

7    A.    Yes.

8    Q.    And in that conversation did anyone bring up ordering

9    a tau PET?

03:54:38   10   A.    At that time, no.

11   Q.    But do you think maybe it should have been brought

12   up?

13   A.    No.

14   Q.    Doctor, didn't you testify before -- didn't you agree

03:54:48   15   with me that a tau PET would be a better indicator of

16   Alzheimer's disease than an amyloid PET?

17   A.    But an amyloid and an FDG PET is --

18   Q.    Doctor, sorry, I am not talking about FDG PETs.

19   A.    Okay.

03:55:03   20   Q.    I am only talking about amyloid PET versus tau test.

21            MR. LOONAM:  Objection, Your Honor, he was

22   answering the question and was interrupted.  He should be

23   able to complete his answer and he would have been able to

24   answer the question.

03:55:14   25            THE COURT:  You can.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

 1             THE WITNESS:  So, let me rephrase.  The tau PET

 2   is only a better indication of the degree of Alzheimer's

 3   pathology in the setting of a positive amyloid scan.

 4   BY MR. MAGNANI:

03:55:35   5   **Q.**   Sorry, I -- but are --

 6   **A.**   So, to clarify, it's possible to have a positive tau

 7   scan and then a negative amyloid scan, and then you don't

 8   have Alzheimer's disease.  And those diseases are separate

 9   from Alzheimer's and have a different prognosis.

03:56:01   10   **Q.**   An FDG PET can reveal findings that are relevant in

 11   PDD --

 12   **A.**   So a positive FDG PET in the setting of a negative

 13   amyloid scan, and a positive tau scan has a different

 14   significance than a positive FDG PET and a positive

03:56:27   15   amyloid PET.

 16   **Q.**   So, I want to talk about comparing the FDG PETs that

 17   were done in this case.  So, please tell -- step on me

 18   here if I get this wrong, but when you look at those

 19   images, it looks like a gray brain with some blue

03:56:46   20   scattered on it?

 21   **A.**   Yeah.  Yes.

 22   **Q.**   And the blue is not brain activity, right?

 23   **A.**   It's sub func -- dysfunctional areas.

 24   **Q.**   Right.  It's the bad stuff?

03:56:59   25   **A.**   Yes.  Yes.

1  Q.   And even though you have a -- obviously a more

2  trained eye, would you agree with me that, you know, a

3  layperson can look at those two PETs and tell that the

4  neurodegeneration has gotten worse in Mr. Brockman between

03:57:14  5  March and August?

6  A.   Yes.

7  Q.   Okay.  But would you also agree with me -- well, let

8  me ask you this:  Would you agree with Dr. Whitlow when

9  he -- when he says that comparison of the PETs suggest

03:57:26  10  that, "It may have progressed slightly"?

11  A.   It has progressed.

12  Q.   It's definitely progressed, right?

13  A.   Yes.

14  Q.   And whatever he said in his report, it's clear to a

03:57:38  15  layperson that there has been progression, right?

16  A.   Yes.

17  Q.   Okay.  So, do you appreciate that a layperson even

18  can see the differences in some of these scans?

19  A.   Yes.

03:57:47  20  Q.   Now, when you look at the MRIs, you said it is

21  consistent what you're used to seeing in dementia?

22  A.   The --

23  Q.   Sorry, you're right.  That's a confusing question.

24       You said that your diagnosis of moderate

03:58:02  25  dementia is supported by the neuroradiology in this case?

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1  **A.**  Yes.

2  **Q.**  Okay.  But you said that it's not supported by a

3  quantitative analysis of that neuroradiology, right?

4  **A.**  Correct.

03:58:12  5  **Q.**  It is based on your qualitative assessment of those

6  images, right?

7  **A.**  For the volumetric it is qualitative, but the

8  assessment is the difference between the 2018 to the '21

9  scan.  So, I wouldn't have made such a strong statement by

03:58:34  10  just looking at the 2021 scan.

11  **Q.**  Well, your strong statement was about -- well, never

12  mind.  So, I just want to focus on the FDG PETs now.

13  **A.**  Yes.

14  **Q.**  So, when you look at the FDG PETs, unlike me, you

03:58:48  15  have a sense in the back of your mind of what a typical

16  dementia patient's FDG PET looks like?

17  **A.**  Yes.

18  **Q.**  And if I had that, I might do a better job at

19  comparing Mr. Brockman's FDG PET to a typical dementia

03:59:01  20  patient, right?

21  **A.**  Yes.

22  **Q.**  But there is lots of literature that publishes images

23  of dementia patients with the FDG PETs, right?

24  **A.**  Yes.

03:59:11  25  **Q.**  So, there are plenty of examples of what a dementia

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1  brain looks like on an FDG PET, right?

2  **A.**   Yes.

3  **Q.**   Some of the literature just uses one patient with

4  dementia and compares it to another with dementia, right?

03:59:21  5  **A.**   Correct.

6  **Q.**   But some compare groups of patients with dementia to

7  a group of normal people to make an image that is an

8  amalgamation of multiple dementia patients?

9  **A.**   Yes.

03:59:32  10  **Q.**   And would you agree with me that those amalgamations

11  are fair samples that can explain to a layperson what a

12  dementia brain looks like?

13  **A.**   Yes.

14  **Q.**   Okay.  So I just want to show you and, again, I am

03:59:43  15  going to say this is from the Darby slides, and some of

16  those -- and I do have the reports that they are from, so

17  I can hand them to you if you need them.  Just let me

18  know.

19  **A.**   Thank you.

03:59:57  20  **Q.**   Okay.  So, Doctor -- and, you know, I am going to

21  mark this so this doesn't get confusing.  What are we up

22  to?  Well, I will just start with 200.

23          MR. LANGSTON:  140.

24 By MR. MAGNANI:

04:00:20  25  **Q.**   140.  Okay.  I am marking this for identification as

140.   Well, you tell us, Doctor, what is this?

**A.**   It's a showing temporal parietal hypometabolism, so you can see the area in red is the area that's not functioning well, and this pattern is consistent with Alzheimer's disease.

**Q.**   And I would like to show you another one.  This one I am going to mark as 141, just for identification.

And whenever you are ready, Doctor, can you -- well, tell us what is going on, I guess, in the top row and the bottom row.

**A.**   So, it's showing hypometabolism, in particular in the occipital lobes.

**Q.**   Now --

**A.**   Well, and there is much less evident hypometabolism in the bottom row.

**Q.**   And is that because the bottom row is one of those amalgamations of MCI patients?

**A.**   Yes.

**Q.**   And the top row is an amalgamation of dementia patients?

**A.**   Correct.

**Q.**   And in this case, these amalgamations are of Parkinson's disease patients, right?

**A.**   Yes.

**Q.**   So, the top is PDD Dementia?

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1    **A.**    Correct.

2    **Q.**    And the bottom is PD-MCI?

3    **A.**    Yes.

4    **Q.**    So, we are never going to get your qualitative

04:01:59    5    experience, but to help us, are these fair and accurate

6    representations of a typical PDD patient and a typical

7    PD-MCI patient?

8    **A.**    Yes.

9    **Q.**    Okay.  So, we could look at things like this and

04:02:11    10    compare it to Mr. Brockman's brain to help us understand

11    how he stacks up with other patients with these diagnoses?

12    **A.**    So, unfortunately, there is so much variation as to

13    the extent and distribution of the FDG PET abnormalities

14    that you can't grade the degree of severity of impairment

04:02:41    15    just based on the FDG PET.

16    **Q.**    And that is because -- and we have talked about this

17    a little bit before, right, that the neurodegeneration

18    indicated on the PET is not one-to-one with actual

19    cognitive impairment?

04:02:54    20    **A.**    Correct.

21    **Q.**    And we talked about this in the context of cognitive

22    reserve?

23    **A.**    Correct.

24    **Q.**    Now, when these types of amalgamations are done, in

04:03:10    25    the articles that they are from, there is like -- there is

1  sometimes a table that explains things about the samples

2  that go into that?

3  **A.**   Yes.

4  **Q.**   And is one of the things that's measured in those

04:03:18  5  tables the MMSE Score?

6  **A.**   Yes.

7  **Q.**   And the reason they do that is because you want to

8  know the MMSE Score of each of these groups?

9  **A.**   Yes.

04:03:26  10  **Q.**   Okay.  So, I am going to hand you this report.  I am

11  a little disorganized, so just bear with me.

12  **A.**   Sure.

13        MR. LOONAM:  I am glad I am not the only one.

14        MR. MAGNANI:  Learned it from you, James.

04:03:44  15        MR. LOONAM:  Thank you.

16        MR. MAGNANI:  May I approach the witness, Your

17 Honor?

18        THE COURT:  You may approach.

19        THE WITNESS:  Thank you.

04:03:54  20 BY MR. MAGNANI:

21  **Q.**   And so the first question I want to ask you, Doctor,

22  is just -- and you know what, I'm just going to mark this

23  for identification.  While I'm doing that, Doctor -- well,

24  I will do one thing at a time.

04:04:05  25            This will be 142.  And, Doctor, are you

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1  able in Exhibit 142 to find the images from exhibit --

2  well, from the thing that is on the ELMO, which I'll note

3  for the record is Exhibit 141.

4  **A.**   In the paper you handed me?

04:04:38   5  **Q.**   Yes.  Did I give you a black and white copy?

6  **A.**   Yes, but that's -- that's okay.

7  **Q.**   Are you sure?

8  **A.**   Yeah.

9  **Q.**   I have -- okay.  Yes.  In directing your attention to

04:04:48   10  page 1772, at the top of the page of Exhibit 142, is that

11  the same images?

12  **A.**   Yes.  Yeah.

13  **Q.**   And just -- sorry, just to complete it for the

14  record.  So those are the same images that are in Exhibit

04:05:01   15  141 on the ELMO?

16  **A.**   Yes.  Yes.

17  **Q.**   Okay.  All right.  Now, can you flip to the last page

18  of Exhibit 142, please?

19  **A.**   Yes.

04:05:18   20  **Q.**   Okay.  Now -- and tell me if this is disorienting.  I

21  know we have Exhibit 141 on the screen, so we are all

22  looking at the images, but, Doctor, you're looking at 142

23  right now, right, the last page of that study?

24  **A.**   Yes.

04:05:31   25  **Q.**   And, by the way, just for the record, I'm sorry to

1    jump around this study, but can you just -- I don't want

2    to have to be the one to try to read the name of this

3    study, Doctor, so could you please do it for the record?

4    **A.**    The title?

5    **Q.**    The title and publication, please.

6    **A.**    Yes.  It's from the European Journal of Nuclear

7    Medicine and Molecular Imaging, and the title is

8    "Posterior Parietal Occipital Hypometabolism May

9    Differentiate Mild Cognitive Impairment From Dementia and

10   Parkinson's Disease."

11   **Q.**    And apologies to the court reporter.  Sorry about

12   that.

13                So, looking at the table, in the back,

14   does it tell us how many different patients' FDG PETs were

15   compared for these images?

16   **A.**    Yes, it does.

17   **Q.**    And so for the MCI images, they compare 28 patients

18   with MCI, right?

19   **A.**    Correct.

20   **Q.**    And those patients had an MMSE Score of 28, right?

21   **A.**    Correct.

22   **Q.**    And in the PDD pictures, that's a group of 19

23   patients, right?

24   **A.**    Correct.

25   **Q.**    And the average MMSE Score of those 19 patients is

1  18.5, right?

2  **A.**    Correct.

3  **Q.**    Now, Doctor, do you remember the MMSE Score that you

4  diagnosed Mr. Brockman at?

04:06:47   5  **A.**    Yes.  It was 17.

6  **Q.**    Okay.  So -- and 17 you said is in -- well, why don't

7  you remind me, is it in the moderate dementia range?

8  **A.**    It is.

9  **Q.**    Okay.  And so 17, it's worse than the average of this

04:07:00  10  sample from this study, right?

11  **A.**    Correct.

12  **Q.**    Okay.  So, with the Court's indulgence, Your Honor.

13          THE COURT:  That's fine.

14  BY MR. MAGNANI:

04:08:01  15  **Q.**    And sorry to do this, Doctor, I am going to flip back

16  to Exhibit 140, which I believe you testified, but you'll

17  correct me if I am wrong, that this is an image of

18  Alzheimer's patients?

19  **A.**    Yes.

04:08:11  20  **Q.**    And I am going to hand you the study again.

21          MR. LOONAM:  Are you marking this one, too?

22          MR. MAGNANI:  I will.  It's a black and white.

23          THE WITNESS:  Thank you.

24  BY MR. MAGNANI:

04:08:33  25  **Q.**    And I am going to mark this -- this study as Exhibit

1    142.

2                     All right.  Doctor, this time can you

3    please just say the first two words of this study's name

4    and the author's name?

04:08:54   5    **A.**   "Amyloid Hypometabolism," and the first author is

6    Edison.

7    **Q.**   Okay.  And do you know what journal this is from?

8    **A.**   I -- Neurology.

9    **Q.**   Okay.  And if you flip to page 504, can you find that

04:09:17   10   image --

11   **A.**   Yes.

12   **Q.**   -- that is blown up?

13   **A.**   Yes.  Yes.

14   **Q.**   And, sorry, I just -- just to complete for the

04:09:23   15   record, so I am going to repeat the question, and just

16   wait until I am done, please.

17                     So exhibit 50 -- sorry, page 504 of

18   Exhibit 142 has the same images that are in Exhibit 140

19   blown up that we can all see, right?

04:09:36   20   **A.**   Yes.

21   **Q.**   Okay.  And in this study -- and -- sorry, is it --

22   so now we can just look at 140, which is on the screen.

23   **A.**   Yes.

24   **Q.**   So, this is another one of those amalgamations,

04:09:48   25   right?

1    **A.**    Correct.

2    **Q.**    But this time it's a patient with Alzheimer's

3    disease, right?

4    **A.**    Correct.

04:09:53   5    **Q.**    Now, can you please go to page 502 of Exhibit 142 and

6    just tell the Court how many patients go into this

7    amalgamation?

8    **A.**    19.

9    **Q.**    And what is the average MMSE Score of these patients?

04:10:18   10   **A.**    21.

11   **Q.**    Okay.  So, again, that's higher than 17, right?

12   **A.**    Yes.

13   **Q.**    Okay.  And if I didn't ask earlier, I apologize, it's

14   repetitive.  But, so, Exhibit 140 is a helpful tool?  It's

04:10:37   15   a fair and accurate depiction of a reasonably demented

16   person with that MMSE Score?

17   **A.**    Yes.

18   **Q.**    Okay.  And when -- we talked about this before, but

19   even us mere mortals, we can believe our eyes when we see

04:10:50   20   these things, right?

21   **A.**    Yes.

22   **Q.**    And so we can compare two images and tell which is

23   worse based on what we see?

24   **A.**    Yes.

04:10:57   25   **Q.**    Okay.  I would now like to turn to -- I'll give you a

1    page number, but this is another one from Darby --

2            MR. MAGNANI:  Actually, at this point I move to

3    admit exhibits -- I believe it's 140, 141, 142.

4            MR. LOONAM:  No objection.

04:11:16    5            THE COURT:  Without objection, Exhibits 140,

6    141 and 142 are admitted.

7    BY MR. MAGNANI:

8    **Q.**    Okay.  So, I would now like to show what I'm just

9    going to call Darby Slide No. 6, and I am going to mark

04:11:38    10    this as Exhibit 143, and I -- You know what, Doctor?  I'm

11    just going to hand this to you first.

12    **A.**    Yes.  Thank you.

13    **Q.**    And, Doctor, if you could just let me know, after you

14    have had time to look at that, and compare it to 140 and

04:12:10    15    141.

16    **A.**    Yes.

17    **Q.**    And is it fair to say that these are the same images

18    from 140 and 141 --

19    **A.**    Yes.

04:12:29    20    **Q.**    -- just with a different orientation?

21    **A.**    Correct.

22    **Q.**    Okay.  Can I take that back from you, Doctor?

23    **A.**    Yes.

24    **Q.**    Thanks.  And so -- and, so, Exhibit 143 is comparing

04:12:50    25    those amalgamations from the literature to Mr. Brockman's

*THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI*

1   August FDG PET.  Right?

2   **A.**   Yes.

3             MR. MAGNANI:  And at this point, Your Honor, I

4   would move 142 -- 143 into evidence.  Okay?

04:13:08   5             MR. LOONAM:  No objection.

6             THE COURT:  142 and 143 are admitted.  I

7   thought we had just introduced 142.

8             MR. MAGNANI:  Your Honor, it is definitely my

9   fault.  I have 1 -- Sorry.  This is 143.

04:13:19   10            THE COURT:  Uh-huh.

11            MR. MAGNANI:  Yeah.  140 is the -- you know, I

12  will show them to the doctor.

13  BY MR. MAGNANI:

14  **Q.**   So, tell me if any of this is wrong.

04:13:30   15                 140 is the Alzheimer's amalgamation; is

16  that right, Doctor?

17  **A.**   Yes.

18  **Q.**   Okay.  141 is the PDD and PD-MCI amalgamation.

19  Correct, Doctor?

04:13:45   20  **A.**   Yes.

21  **Q.**   And 143 is this slide that compares them to the

22  August FDG PET.  Right, Doctor?

23  **A.**   Yes.

24            THE COURT:  So, 141 -- I just want to make sure

04:14:00   25  I get all this right.  140, 141, 142 and 143?

1          MR. MAGNANI:  Now --

2          MR. LANGSTON:  You have two 142s.

3          MR. MAGNANI:  Okay.  I'll find them.  Yep.  And

4  I understand the confusion now.  I think I marked two 142s.

04:14:17   5          THE COURT:  Okay.

6          MR. MAGNANI:  So, I am going to de-mark them

7  with letters.

8          THE COURT:  Okay.

9  BY MR. MAGNANI:

04:14:27  10  **Q.**   Doctor, I am now showing you what I am going to --

11  You looked at this one before.  Right, Doctor?

12  **A.**   Yes.

13  **Q.**   Okay.  This is the -- this is the Edison study.

14  Right?

04:14:38  15  **A.**   Yes.

16          MR. MAGNANI:  Okay.  I am going to now seek to

17  admit this as 142-A.  And I apologize to everyone.

18          MR. LOONAM:  No objection.

19          THE COURT:  Okay.  Again, without objection,

04:14:48  20  142-A is admitted and 143 is admitted.

21  BY MR. MAGNANI:

22  **Q.**   And then I also show you what I am now marking as

23  142-B.  Right, Doctor?

24  **A.**   Yes.

04:14:59  25  **Q.**   And this is the one where those -- the Parkinson's

*THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI*

1  images come from.  Right?

2  **A.**   Yes.

3           MR. MAGNANI:  And if I haven't already moved to

4  admit this one, 142-B.

04:15:09  5           MR. LOONAM:  No objection.

6           THE COURT:  Okay.  With no objection, it is

7  admitted, 142-B.

8           MR. MAGNANI:  "B" as in "boy."

9           THE COURT:  Got it.

04:15:15  10  BY MR. MAGNANI:

11  **Q.**   Okay.  Don't worry.  No more imaging.

12           So, you talked a little bit about your

13  forensic experience, but is it fair to say you're more of

14  a clinical expert than a forensic expert?

04:15:45  15  **A.**   Yes.

16  **Q.**   And your work in this case was with an outfit called

17  The Forensic Panel.  Right?

18  **A.**   Correct.

19  **Q.**   And besides Dr. Guilmette, do you consider any of the

04:15:56  20  other experts to be forensic experts?

21  **A.**   I -- I can't judge that.

22  **Q.**   Okay.  Well, do you consider Dr. Agronin to be a

23  forensic expert or more of a clinical expert?

24  **A.**   I believe more of a clinical expert.

04:16:10  25  **Q.**   Okay.  And are there some other people that you also

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1    talked to at The Forensic Panel who did not file reports

2    in this case?

3    **A.**   Initially, yes.

4    **Q.**   Well, do you still have your report in front of you,

04:16:40   5    Doctor?

6    **A.**   Yes, I do.  Yeah.

7    **Q.**   Okay.  Could you please look in that report, and can

8    you just tell us what page you start listing your sources

9    of information?

04:16:50   10   **A.**   Page 2 of 6.

11   **Q.**   Okay.  And on Page 2, how many numbered sources do

12   you list?

13   **A.**   A lot.  44.

14   **Q.**   And some of those sources are other doctors who did

04:17:11   15   not file expert reports.  Right?

16   **A.**   (No response.)

17   **Q.**   And just -- just hold on one second there, Doctor.

18   This is Exhibit -- Defense Exhibit 24, and I'm just going

19   to pull it up now so we can all see it.

04:17:29   20            So, this here on Page 2 is where you start

21   listing your sources of information?

22   **A.**   Yes.

23   **Q.**   And it continues into Page 3?

24   **A.**   Yes.

04:17:39   25   **Q.**   And -- well, it ends at Page 3?

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1    **A.**    Yes.  Yes.

2    **Q.**    So, there are 44 sources that you considered.

3    Correct?

4    **A.**    Yes.

04:17:47    5    **Q.**    And some of these, like No. 35, 36 and 37, are peer

6    oversight calls; is that right?

7    **A.**    Yes.

8    **Q.**    Now, the three peer oversight calls that you cite in

9    your report are from June -- sorry -- June 24th, June 28th

04:18:08    10    and July 30th.  Right?

11    **A.**    Correct.

12    **Q.**    So, on those occasions were you talking to other

13    members of The Forensic Panel who did not file reports in

14    this case?

04:18:18    15    **A.**    Yes.  They were brief conversations.

16    **Q.**    Okay.  Well, when you used the term "peer review" on

17    direct -- well, can I just ask you:  "Peer review" is a

18    term that is used in your profession quite a bit.  Right?

19    **A.**    Yes.

04:18:34    20    **Q.**    And would you agree with me that it means something

21    different in academia than what you are describing on

22    these calls?

23    **A.**    It -- it really -- there isn't necessarily a

24    distinction.  It's just -- it's an opinion discussion.

04:18:49    25    **Q.**    But what's a peer-reviewed journal article?

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1   **A.**   It's an article that's reviewed by your peers, which

2   is what's done in these discussions.

3   **Q.**   But, for a peer-reviewed article, do lots of people

4   have access to it before it gets published as, quote, peer

04:19:10   5   review?

6   **A.**   All the reviewers do, yes.

7   **Q.**   Okay.  And so who is Michael Welner?

8   **A.**   He is the head of The Forensic Panel, and he's a

9   psychiatrist by training.

04:19:29   10   **Q.**   Is he a forensic expert?

11   **A.**   He is.

12   **Q.**   So, a little different than Dr. Agronin, even though

13   they are both psychiatrists?

14   **A.**   Correct.

04:19:37   15   **Q.**   So, Welner is more of a forensic guy and Agronin more

16   of a clinical guy?

17   **A.**   Correct.

18   **Q.**   And who is Elkhonon Goldberg?

19   **A.**   So, he's a psychologist, a quite -- so, he is the NYU

04:19:49   20   faculty member who referred me to The Forensic Panel.

21   **Q.**   Okay.  And is he like a forensic guy or a clinical

22   guy?

23   **A.**   He's a clinical guy.

24   **Q.**   Okay.  What about James Seward?

04:20:02   25   **A.**   That I -- I can't -- I have not seen his CV.  I don't

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1    know.

2    **Q.**   But was he on one of these peer review calls with

3    you?

4    **A.**   He was.  Yeah.

04:20:14    5    **Q.**   But you're just not sure what he does?

6    **A.**   Correct.  Yeah.

7    **Q.**   Okay.  Bernice Marcopulos?

8    **A.**   Same.

9    **Q.**   Same, that you don't know what she does?

04:20:24    10    **A.**   I don't know.

11    **Q.**   But she was on the call.  Right?

12    **A.**   Yes.

13    **Q.**   Okay.  And Timothy Shepherd?

14    **A.**   He's a neuroradiologist.

04:20:30    15    **Q.**   Okay.  So, radiologist, probably not forensic; is

16    that right?

17    **A.**   He's a clinical, yeah.

18    **Q.**   Okay.  Now, were these calls the calls that you

19    described before where you were discussing ordering the

04:20:43    20    amyloid PET?

21    **A.**   I -- I can't recall exactly when that discussion was.

22    **Q.**   Well, let me ask you this question.  As you think

23    back about those discussions, can you tell us all the

24    names of people that you remember being part of those

04:20:58    25    discussions?

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1   A.    I really only recall the other three experts that

2   filed reports and Dr. Welner that -- being definitely part

3   of that discussion.

4   Q.    Okay.  So and --

04:21:19  5   A.    And, actually, Dr. Shepherd was as well.

6   Q.    So, even though your report says there were calls to

7   other people, it's your testimony that you just don't

8   remember them?

9   A.    I -- I don't remember the details of those calls

04:21:35  10  sufficiently.

11  Q.    But you are pretty confident they happened since you

12  put them in your report?

13  A.    Correct.  Correct.  And I billed for them.

14  Q.    So, are you pretty confident that all the things that

04:21:46  15  you list that you reviewed in your report are things that

16  you actually did?

17  A.    Yes.

18  Q.    Okay.  And billed for?

19  A.    Yes.

04:21:55  20  Q.    Okay.  So, help me understand this one, Doctor.

21          So, you said you billed about -- you have

22  been paid $5,000.  Right?

23  A.    Right.

24  Q.    And have got another ten coming your way?

04:22:05  25  A.    Yes.

*THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI*

1  **Q.**   Okay.  So, $15,000.  Right?

2  **A.**   Right.

3  **Q.**   $325 dollars an hour.  Okay?

4  **A.**   Right.

04:22:12  5  **Q.**   So, about how many hours do you think you have put in

6  this case?  Well, let me ask you this.  About 40 hours?

7  **A.**   So, I haven't billed for November.

8  **Q.**   Well, so, is there a substantial change in November?

9  **A.**   Yes.

04:22:29  10  **Q.**   Well, let me ask you this question.  Besides

11  preparing for testimony, you didn't file any reports in

12  November.  Right?

13  **A.**   Correct.

14  **Q.**   Okay.  So, when you formed your conclusions in this

04:22:39  15  case you had done about $15,000 of work?

16  **A.**   So, actually, due to my lack of experience doing so

17  much forensic work, I myself did not maintain good records

18  of how many hours I spent.  So, I only billed for what I

19  had clear records for.

04:23:06  20  **Q.**   Okay.  So, you were billing maybe an under-

21  estimation?

22  **A.**   Correct.

23  **Q.**   But you would agree with me you did not watch the

24  full content of all the videos that are listed in this

04:23:15  25  report.

*THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI*

1    **A.**    No.

2    **Q.**    Right?

3    **A.**    No.

4    **Q.**    That would be way more --

04:23:18    5    **A.**    Yes.  Yes.

6    **Q.**    -- than 40 hours.  Right?

7    **A.**    Yes.  That's true.

8    **Q.**    Just the expert recorded videos alone were multi -- I

9    mean, it was --

04:23:28    10    **A.**    Correct.

11    **Q.**    Dr. Ryan Darby.  Right?

12    **A.**    Correct.

13    **Q.**    He did a recorded interview?

14    **A.**    Correct.

04:23:32    15    **Q.**    Okay.  Dr. Mark Dietz and Dr. Denney did two days of

16    recorded interviewing in May?

17    **A.**    Correct.

18    **Q.**    Then Dr. Guilmette and Dr. Agronin --

19    **A.**    Correct.

04:23:42    20    **Q.**    -- did -- Sorry.  I just have to finish just so --

21                        So, Dr. Guilmette and Dr. Agronin did two

22    or three more days in July.  Right?

23    **A.**    Yes.

24    **Q.**    Okay.  And then both sides had another crack at this

04:23:54    25    in October.  Right?

1  **A.**   Correct.

2  **Q.**   And let me ask you this.  Putting aside how good you

3  are at keeping track of the billing records, did you bill

4  for your time to travel out to Houston to conduct the

04:24:06  5  exam?

6  **A.**   Actually, I didn't.

7  **Q.**   Okay.  So, that's something you should work on,

8  Doctor.

9  **A.**   Thank you.

04:24:19  10  **Q.**   All right.  And the records that -- Well, one more

11  thing.

12                    There were two days of recorded

13  depositions in this case listed in your report.  Right?

14  **A.**   Yes.

04:24:31  15  **Q.**   And there were two other days of non-video but

16  transcripts of depositions.  Right?

17  **A.**   Right.

18  **Q.**   And is it fair to say that you didn't go through all

19  of those completely?

04:24:41  20  **A.**   Yes.  That's correct.

21  **Q.**   But you did testify about it on direct.  Right?

22  **A.**   Yes.

23  **Q.**   And how your review of those videos informed your

24  opinion?

04:24:51  25  **A.**   Yes.

1   Q.   And your testimony was something like -- and, please,

2   this is where you have to correct me if I am wrong -- that

3   you thought that the January 2019 deposition videos were

4   consistent with moderate dementia?

04:25:04   5   A.   So -- With dementia?

6   Q.   Yeah.

7   A.   It is consistent with dementia.  Whether it was

8   moderate or not at that time I can't state.

9   Q.   And would you agree that the terms -- the

04:25:21   10   demarcations between mild, moderate and severe are

11   somewhat subjective?

12   A.   Yes.

13   Q.   But there is a definition for when MCI ends and

14   dementia starts.  Right?

04:25:31   15   A.   Yes.

16   Q.   And, so, that demarcation is when there is a loss of

17   functional independence?

18   A.   Yes.

19   Q.   So, what you're saying is, when you watched those

04:25:41   20   videos, they support your view that Mr. Brockman had a

21   loss of functional independence as of January 2019?

22   A.   No.

23   Q.   Okay.  So, this is one where I want you to explain,

24   because I want to make sure we all understand.  So, is

04:25:54   25   there anything else?

1                Like, explain again how -- When you

2    watched those videos, you testified on direct that you

3    think they are consistent with dementia.  Correct?

4    **A.**   Yes.

04:26:05    5    **Q.**   Okay.  But can you sort of explain that?

6    **A.**   So, I am not using those videos for evidence of

7    dementia.  I am using collateral information.  My

8    statement that they're consistent with dementia is that a

9    demented person can have such good function as what you're

04:26:28   10   seeing on those videos.

11   **Q.**   So, basically, what you're saying is it's possible

12   for a demented person to perform that well?

13   **A.**   Correct.

14   **Q.**   And you also said in your reports that your clinical

04:26:38   15   patients are some pretty high-functioning people?

16   **A.**   Yes.

17   **Q.**   And, so, you have seen examples of people with

18   dementia that function at a pretty high level?

19   **A.**   I, for example, have seen surgeons who continue to

04:26:52   20   perform surgery very well with a significant dementia,

21   with a moderate dementia.

22   **Q.**   Moderate dementia.  Okay.

23               And, again, because those terms are a

24   little bit fuzzy, I just want to ask a few clarifying

04:27:09   25   questions about what you mean; so, one second, please.

*THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI*

1          So, when I -- the term "moderate

2  dementia," does that apply to people who can sort of lose

3  track of their orientation in space and time?

4  **A.**   Yes.

04:27:35  5  **Q.**   Unable to recognize friends.  Right?

6  **A.**   Correct.

7  **Q.**   And these are the types of people that you probably

8  wouldn't want to leave at home alone for too long?

9  **A.**   Correct.

04:27:46  10  **Q.**   Probably shouldn't drive.  Right?

11  **A.**   Correct.

12  **Q.**   Okay.  Do you know if Mr. Brockman was still driving

13  in 2019?

14  **A.**   His wife took away the keys in 2019.

04:27:57  15  **Q.**   Well, that's what she told you.  Right?

16  **A.**   That's what she told me.  And I believe she also told

17  me that he still drove.  He got the keys.  So --

18  **Q.**   So -- and correct me if I am wrong, but what I am

19  hearing you say is that he was advised not to drive in

04:28:19  20  2019?

21  **A.**   Correct.

22  **Q.**   But it sounds like she told you he kept driving in

23  2019?

24  **A.**   That there were episodes where he drove.

04:28:25  25  **Q.**   And are you familiar with Dr. Lai?

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1   A.   Eugene Lai, yes.

2   Q.   So, who is Dr. Lai, in case not everyone remembers?

3   A.   He's a Parkinson's disease specialist.  He's at the

4   Methodist Houston hospital.

04:28:41  5   Q.   And he has been treating Mr. Brockman's Parkinson's

6   for years.  Right?

7   A.   Yes.

8   Q.   And as of February 21 -- sorry -- February 2021, he

9   had diagnosed Mr. Brockman as having PD-MCI.  Right?

04:28:56  10   A.   2019?

11   Q.   2021, sir.

12   A.   He diagnosed him in -- with PDD.

13   Q.   So, I -- I am asking about February 2021.

14           Are you saying that he diagnosed him with

04:29:12  15   PDD in February 2021?

16   A.   I, actually -- I -- I remember the October 7th note

17   that he wrote where he diagnosed him with PDD.  I actually

18   don't recall what he diagnosed him in February.

19   Q.   Okay.  Do you recall that in February 2021

04:29:37  20   Mrs. Brockman reported that Mr. Brockman was still

21   driving?

22   A.   I -- no, I don't recall that.

23   Q.   Do you know if Mr. Brockman was firing assault rifle

24   s through 2020?

04:29:54  25   A.   I don't know that.

*THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI*

1  **Q.**   Okay.  If you did know that, could that affect your

2  opinion?

3  **A.**   No.

4  **Q.**   Okay.

04:29:59  5  **A.**   Unfortunately, I have had patients with guns and

6  accidents.

7  **Q.**   If you knew he was driving in 2020 and 2021, would

8  that affect your opinion?

9  **A.**   It would -- I would seek information as to how he was

04:30:17  10  driving.

11  **Q.**   Okay.  And -- Sorry.  In your report, Doctor, you

12  write on the first page -- and I am going to pull it up.

13  And, again, this is Defense Exhibit 24.  And do you see on

14  that page where you say, "He had a number of medical

04:30:48  15  problems for which he received treatment from physicians,

16  but did not seek medical attention for memory impairment

17  until 2017"?

18  **A.**   Yes.

19  **Q.**   Do you know what the evidence is that -- Well, why do

04:31:00  20  you think he sought medical attention for memory

21  impairment in 2017?

22  **A.**   Because I believe he mentioned it to the physicians

23  that he was seeing at that time, that he had memory

24  problems.

04:31:17  25  **Q.**   Okay.  So, by "the physicians that he was seeing at

1    that time" do you mean like his general practitioner?  If

2    you don't know, just --

3    **A.**    I -- I don't recall.

4    **Q.**    Do you know who Dr. Stuart Yudnofsky is?

04:31:31    5    **A.**    I -- I -- at this moment I don't recall.

6    **Q.**    Okay.  Do you know what Defense Exhibit No. 1 is in

7    this case?

8    **A.**    No.

9    **Q.**    And -- Yeah.  You have the binder, Doctor.  So, if

04:31:55    10    you hand it back to me we can work with the --

11    **A.**    Sorry.  Yeah.

12    **Q.**    -- we can work with the projector.

13    **A.**    Sure.  Sure.

14    **Q.**    Okay.  For the record, I am showing Defense

04:32:14    15    Exhibit 1.  And, Doctor, you tell me if I need to zoom in

16    because I know it's pretty small.

17                    And you know what?  Actually, Doctor,

18    starting at the bottom, can just read -- well, this is an

19    e-mail from May 3rd, 2017.  Right?

04:32:31    20    **A.**    Yes.

21    **Q.**    Well, you know what?  Let ask a more fair question.

22                    Have you seen this before?

23    **A.**    I can't say with certainty -- I think I have, because

24    I -- I recalled the reference to the smell.

04:32:49    25    **Q.**    Okay.  And, so, could this be what you were thinking

*THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI*

1   of when you wrote in your report that Mr. Brockman did not

2   seek medical attention for memory impairment until 2017?

3   **A.**   Yes.

4   **Q.**   And you said you didn't -- Sorry.  I don't want to

04:33:05   5   put words in your mouth here.

6                        What can you tell us about Dr. Stuart

7   Yudnofsky?

8   **A.**   Nothing that I can recall at the present time.

9   **Q.**   And, Doctor, can you recall the approximate date?

04:33:20   10   Well, let me ask you this question.

11                        Do you know that -- do you know who Evatt

12   Tamine is?

13   **A.**   No.

14   **Q.**   And do you know if a search warrant was executed at

04:33:32   15   an associate of the defendant's house at some point in the

16   context of this case?

17   **A.**   No.

18   **Q.**   I want to go back to your report, Doctor, so that's

19   Exhibit 24, and I am going to move to Page 5.  And,

04:33:59   20   Doctor, please, tell me if you can't see it, because,

21   actually --

22   **A.**   I have it.  Thank you.

23   **Q.**   Oh.  You do?  Okay.

24   **A.**   Yeah.

04:34:12   25   **Q.**   And on this page do you say, quote, "Cognitive

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1  testing is consistent with dementia and has been confirmed

2  by multiple examiners"?

3  **A.**   Yes.

4  **Q.**   Okay.  So, when you say the word "confirmed" does

04:34:26  5  that mean "proven"?

6  **A.**   The -- on each of the tests there was evidence of

7  cognitive dysfunction and dementia.

8  **Q.**   Okay.  But, if possible -- We talked about

9  malingering before.  Right?

04:34:45  10  **A.**   Right.

11  **Q.**   So, would you agree with me that these kind of tests

12  can't confirm dementia in a forensic setting?

13  **A.**   I -- I think the testing by itself can't give you

14  100 percent certainty, no.

04:35:01  15  **Q.**   Okay.

16  **A.**   It has to be confirmed by some other means.

17  **Q.**   So, you go on, on this page, to say that

18  Dr. Guilmette's tests, quote, confirm dementia; is that

19  right?

04:35:14  20  **A.**   Correct.

21  **Q.**   Do you know -- Well, let me ask you this.

22          In March 2019, are you aware that a Dr.

23  Michele York conducted a battery of neurocognitive tests

24  on him?

04:35:29  25  **A.**   Yes.  Yes.

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1  **Q.**   Do you recall how he did on those tests?

2  **A.**   Without reviewing that file, I don't recall.

3  **Q.**   Well, and these tests are broken into multiple

4  components.  Right?

04:35:41  5  **A.**   Yes.

6  **Q.**   And one of those components is memory.  Right?

7  **A.**   Correct.

8  **Q.**   And although different people with dementia can have

9  different respective deficits --

04:35:51  10  **A.**   Yes.

11  **Q.**   -- in this -- do you have a recollection that

12  Mr. Brockman did particularly bad on the memory section?

13  **A.**   I don't recall exactly on that.

14  **Q.**   Okay.  So, on direct examination, you talked about

04:36:04  15  the consistency of poor cognitive testing data over time.

16  Do you remember that?

17  **A.**   Yes.

18  **Q.**   Okay.  So, it sounds like what you're saying -- but

19  please correct me if I am wrong -- is that, even though

04:36:14  20  you remember the consistent trend of very poor testing, it

21  sounds like you don't really have a good memory of the

22  different components.  Is that right?

23  **A.**   The absolute specifics, yeah.  Yes.

24  **Q.**   Would it surprise you if Mr. Brockman on the -- on

04:36:29  25  the March 2019 York tests scored in the bottom one

*THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI*

1 percentile on memory?

2 **A.**   No.  No, it wouldn't.

3 **Q.**   Okay.  So, would you agree -- You testified about

4 Mr. Brockman's cognitive deficits and how they might

04:36:51  5 impact his ability to work with attorneys.  Right?

6 **A.**   Correct.

7 **Q.**   And would you agree that memory is a pretty important

8 cognitive faculty to have control of?

9 **A.**   Yes.

04:37:00  10 **Q.**   And particularly important when it comes to working

11 on complicated legal matters?

12 **A.**   Absolutely.  Yes.

13 **Q.**   In that January 2019 deposition, the one that's on

14 video -- you watched some of it.  Right?

04:37:13  15 **A.**   Yes.

16 **Q.**   Did you watch the part where he talked about having

17 prepared with his lawyers in that case for two days?

18 **A.**   Yes.

19 **Q.**   Okay.  So, you are aware that this person prepared

04:37:23  20 with his lawyers for two days and then sat for two days of

21 depositions.  Correct?

22 **A.**   Yes.

23 **Q.**   And I just want to make sure I understand.  Do you

24 think that's consistent with somebody who is in the bottom

04:37:33  25 one percentile of memory among people his age?

1   **A.**   The fact that he prepared with his lawyers for two

2   days doesn't speak to how effective it was.

3   **Q.**   Well, could his performance perhaps speak to how

4   effective it was?

04:37:50   5   **A.**   It could.

6   **Q.**   Now, and just -- I do want to just make sure that I

7   understand.  Your -- would it be fair to describe your

8   conclusions as relying heavily on what you call, quote,

9   family and close acquaintances?

04:38:16   10   **A.**   One always takes collateral damage from that source

11   in every patient.

12   **Q.**   And when you say "collateral" -- you said "collateral

13   damage."  I think you meant something else.

14   **A.**   Yes.  "Collateral information."

04:38:27   15   **Q.**   Okay.  We will look after each other here, Doctor.

16   **A.**   Sorry.

17   **Q.**   Okay.  So, what you're saying is in your clinical

18   practice you interview collateral sources?

19   **A.**   It's required.

04:38:38   20   **Q.**   And it's important in coming to a clinical

21   determination?

22   **A.**   Yes.  Yes.

23   **Q.**   Sometimes a person with dementia might not be the

24   most accurate reporter of their symptoms?

04:38:45   25   **A.**   They rarely are.

*THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI*

1  **Q.**   And, so, sometimes you need to ask the wife.  Right?

2  **A.**   Yes.  Always.

3  **Q.**   Or --

4  **A.**   Or the spouse.

04:38:52   5  **Q.**   Yeah.  Or the son.  Right?

6  **A.**   Correct.

7  **Q.**   Sometimes -- Well, let me ask you this.  In a

8  clinical situation, is it common to talk to people's work

9  associates?

04:39:04   10  **A.**   Yes.

11  **Q.**   Okay.  So, do you know what Mr. Brockman's work

12  associates said about his cognitive abilities in this

13  case?

14  **A.**   In this case, I do not.

04:39:15   15  **Q.**   Okay.  So, would it surprise you if -- Do you know

16  who Tommy Barras is?

17  **A.**   I know the name, yeah.

18  **Q.**   And, so, Tommy Barras is the person that stepped in

19  the defendant's shoes after the indictment, when defendant

04:39:28   20  stepped down as CEO of Reynolds and Reynolds.  Right?

21  **A.**   Yes.

22  **Q.**   And do you understand that Tommy Barras sat for a

23  deposition in March 2021 -- excuse me -- in March 2021?

24  **A.**   I didn't know that.

04:39:39   25  **Q.**   Okay.  So, would it surprise you if in that

1  deposition Tommy Barras said under oath that he had no

2  concerns about the defendant's cognitive abilities all the

3  way through the time the defendant stepped down?

4  **A.**   That would surprise me.

04:39:55  5  **Q.**   Now, when you are reviewing collateral sources in a

6  clinical setting, is it fair to say you can assume they're

7  telling you the truth?

8  **A.**   Yes.

9  **Q.**   Or, at least, not purposely lying.  Right?

04:40:13  10  **A.**   Correct.

11  **Q.**   A little different in a forensic setting.  Right?

12  **A.**   Yes.

13  **Q.**   And, so, did you consider if Tommy Barras might have

14  a motivation to fabricate when he spoke to anyone in this

04:40:23  15  case?

16  **A.**   That, I can't make a judgment.

17  **Q.**   I was asking if you considered it.

18  **A.**   I didn't consider it.

19  **Q.**   Did you consider whether the defendant's wife might

04:40:32  20  have a motivation to fabricate anything?

21  **A.**   Yes.

22  **Q.**   You did consider that?

23  **A.**   Yes.

24  **Q.**   Okay.  So, walk us through it.  How did you evaluate

04:40:38  25  whether or not she was fabricating?

THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI

1  **A.**   By just the consistency and the accuracy of what she

2  was saying.

3  **Q.**   Okay.

4  **A.**   Her description of Mr. Brockman's performance is

04:41:01  5  fully consistent with the way other spouses describe their

6  demented loved one.  So, I didn't see any inconsistency.

7  **Q.**   So --

8  **A.**   But I would say it's also difficult to really assess

9  whether she is lying or not.  But the -- she seemed

04:41:28  10  genuine.

11  **Q.**   Okay.  And that's a subjective assessment --

12  **A.**   Yes.

13  **Q.**   -- that she seemed genuine.  Right?

14  **A.**   Yes.

04:41:42  15  **Q.**   And in assessing Mrs. Brockman, did you consider the

16  fact that she did not talk to the government doctors who

17  wanted to interview her?

18              MR. LOONAM:  Objection.  Misstates the

19  evidence.

04:41:53  20              MR. MAGNANI:  Well, let me --

21              THE COURT:  You can ask the question.

22  BY MR. MAGNANI:

23  **Q.**   Would it -- could it change your assessment of

24  Mrs. Brockman's reliability if you knew that she refused

04:42:03  25  to speak to Dr. Dietz?

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

*THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI*

1    **A.**   It wouldn't change the assessment.

2    **Q.**   Would it change -- in considering -- Well, I'll move

3    on.

4                    Did you account for the fact that the

04:42:22   5    people that you spoke to might have some loyalty to the

6    defendant?

7    **A.**   Yes.

8    **Q.**   So, walk us through that one again.  How did you

9    account for it?

04:42:30   10   **A.**   So, again, just asking broadly what their -- what

11   they observed and their description of the dysfunction.

12   And their description of the problems that they enumerated

13   were very much like what caregivers describe for dementia

14   patients.  So, I didn't see anything that was glaringly

04:42:58   15   inappropriate.

16   **Q.**   And you're making this -- kind of like with the

17   images, you're comparing this to your -- what -- you know,

18   your lived experience; is that right?

19   **A.**   Yes.

04:43:08   20            MR. MAGNANI:  Just one second, please.

21                 (Counsel confer off the record.)

22   BY MR. MAGNANI:

23   **Q.**   Can you sort of give us -- help us understand the

24   start date and end date of your engagement on this case?

04:43:28   25                 Well, sorry.  That's a bad question.  Let

*THOMAS WISNIEWSKI, M.D. - CROSS BY MR. MAGNANI*

1   me ask you this.

2              Do you remember when you were first

3   retained in this case?

4   **A.**   I -- no, I don't, unfortunately.

04:43:38   5   **Q.**   Well, can you -- Well, your first report was

6   submitted in August of 2021.

7   **A.**   Yes.

8   **Q.**   Right?  And I think we said there was some

9   peer-review calls in -- was it June?

04:43:47   10   **A.**   Yes.  So, perhaps around May.

11   **Q.**   Okay.  Because you said those peer review calls were

12   pretty early in the process?

13   **A.**   Correct.  Correct.

14   **Q.**   And, so, from when you were first retained in May

04:43:59   15   until you filed your report, was this a pretty clear case

16   of dementia to you, or was it one that you really had to

17   wrestle with to get to the right answer?

18   **A.**   It was a clear case of dementia from the

19   information --

04:44:17   20   **Q.**   Okay.

21   **A.**   -- I had.  I hadn't made an assessment on severity.

22   **Q.**   And if the information that you had -- Well, when you

23   say the information you had, do you mean the things we

24   were just talking about --

04:44:31   25   **A.**   Yes.

THOMAS WISNIEWSKI, M.D. - REDIRECT BY MR. LOONAM

1  Q.    -- like the collateral sources?

2  A.    Yes.

3  Q.    So, if that information were to turn out to be

4  unreliable, could that impact your opinion in this case?

04:44:38  5  A.    At this point, no.

6            MR. MAGNANI:  Okay.  I have no further

7  questions.

8            THE COURT:  We are going to continue on until

9  5:00.  So, is it possible --

04:44:51  10            MR. LOONAM:  I am on the clock, and I will

11  not -- I will try not to open up recross.

12            THE COURT:  No.  No.  No.  If we need to -- I

13  just want to tell you, if we have to go past 5:00, the

14  doctor is going to come back.

04:45:03  15            MR. LOONAM:  Yes.

16            MR. MAGNANI:  You can start.  Sorry, I'm a

17  mess.

18            MR. LOONAM:  No.  You're not a mess.  You're

19  fine.  You're fine.  I'm just going to move your exhibit,

04:45:10  20  if you don't mind.

21                    REDIRECT EXAMINATION

22  BY MR. LOONAM:

23  Q.    Doctor, I am going to show you what is in evidence as

24  Defense Exhibit 39, and this is the PET scan from March

04:45:21  25  12th of '21.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1  **A.**   Yes.

2  **Q.**   And in the "Impressions" -- can you read the

3  impressions into the record?

4  **A.**   "The findings are very mild but suggestive of early

04:45:34  5  neurodegenerative disease, either Alzheimer's disease or

6  dementia with Lewy body, Parkinson's disease with

7  dementia."

8  **Q.**   Okay.  And, so, this impression from March -- And

9  this is an FDG PET --

04:45:48  10  **A.**   Yes.

11  **Q.**   -- that shows the hypometabolism and the brain

12  dysfunction?

13  **A.**   Yes.

14  **Q.**   And, so, with the impression of potential Alzheimer's

04:45:55  15  disease, what's -- how can you confirm whether or not

16  Mr. Brockman's brain had Alzheimer's pathology?

17  **A.**   By doing an amyloid PET.

18  **Q.**   And that's the amyloid PET that was ordered after you

19  already had the positive FDG PET?

04:46:09  20  **A.**   Yes.

21  **Q.**   You had described an interesting story about a

22  surgeon who would conduct surgery even with dementia.

23  **A.**   Correct.

24  **Q.**   Can you tell us about that?  How is that possible and

04:46:26  25  how does that story play out?

*THOMAS WISNIEWSKI, M.D. - REDIRECT BY MR. LOONAM*

1  A.   So, motor memory is affected in neurodegenerative

2  diseases very late.  It's the last thing to go.  So, for

3  example, golf players who excel, their golf game doesn't

4  necessarily deteriorate until very late in the disease.

04:46:49  5  And the surgeon performing a motor set of movements that

6  he's done thousands of times, that function can be fully

7  retained until surprisingly late in the dementing process.

8  Q.   And with respect to -- Well, when that person steps

9  out of the -- the motor fun, the playing golf, or the

04:47:17  10  doing surgery, how -- what's the status of their other

11  domains in their memory function?

12  A.   It can be almost nonexistent.  And the pathology

13  behind that is motor memory is in part retained in the

14  cerebellum, which is the posterior part of the brain stem,

04:47:36  15  and that is affected very late in neurodegenerative

16  disorders.  So, the motor memory, really, can be retained.

17  Q.   And with respect to -- you had testified before about

18  overlearned behavior?

19  A.   Correct.

04:47:54  20  Q.   And -- but does overlearned behavior -- does -- does

21  that have anything to do with impairment on -- on

22  judgment, for example?

23  A.   No.

24        MR. LOONAM:  No further questions, Your Honor.

04:48:09  25        THE COURT:  Cross-examination -- or re-?

*THOMAS WISNIEWSKI, M.D. – REDIRECT BY MR. LOONAM*

1          MR. MAGNANI:  No.  Thanks, Your Honor.

2          THE COURT:  I just have a quick question,

3   Doctor, and I'll let you go.

4              You said that motor memory is the last

04:48:21   5   thing to go.  And, so, someone would be able to conduct

6   surgery, you know, right up until the very -- I guess, the

7   advanced stages of the disease.

8          THE WITNESS:  So, that -- I was thinking of

9   quite an unusual example.  Typically, that continuation is

04:48:39  10   only manifest in the early stages of dementia where you can

11   maintain that function.  But I -- there was a specific

12   example of someone continuing even in moderate dementia,

13   and he -- he had enablers.

14          THE COURT:  Okay.

04:48:57  15          MR. LOONAM:  Your Honor, actually, could I --

16   with the Court's indulgence, one question?

17          THE COURT:  Sure.

18                  **FURTHER REDIRECT EXAMINATION**

19   BY MR. LOONAM:

04:49:02  20   **Q.**   The last question you had from the government was

21   whether -- if you found out that some information you had

22   received was unreliable, would it change your conclusion

23   now?  And you said -- right now, and I think you said,

24   "No."  Right?

04:49:14  25   **A.**   Correct.

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

PM 3-165

*THOMAS WISNIEWSKI, M.D. - REDIRECT BY MR. LOONAM*

1  **Q.**   Why not?

2  **A.**   Because there is so much corroborating evidence in

3  terms of imaging and other objective measures.

4                MR. LOONAM:  No further questions.

04:49:25  5                THE COURT:  Okay.  Anything further?

6                MR. MAGNANI:  No.  It's okay, Your Honor.

7                THE COURT:  Okay.  Great.

8                        May this witness be excused?

9                MR. LOONAM:  Yes, Your Honor.

04:49:34  10                THE COURT:  Doctor, thank you so much for

11  putting up with us for a couple hours.  You may be excused,

12  sir.

13                THE WITNESS:  Pleasure.  Thank you.  Very nice

14  to meet you, sir.

04:49:41  15                THE COURT:  Nice to meet you.

16                MR. LOONAM:  Thanks, Doctor.

17                THE COURT:  Okay, counsel.  We made it through

18  the day.

19                MR. LOONAM:  Thank you, Your Honor.

04:49:48  20                THE COURT:  I am thinking, let's start again

21  tomorrow morning at 8:30, if it's okay.  Let's just keep

22  pushing.  That way, we will get a little bit of extra time

23  during the day.

24                        And I am still looking into Saturday.  It

04:50:01  25  turns out it's not just as easy as me and my staff.  The

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

1   question is I have got to get AC turned on, and the

2   building security, and there is a lot of different --

3                 MR. LOONAM:  We have a lot of issues, too, Your

4   Honor, with respect to certain witnesses and Jewish

04:50:15   5   observance and whatnot.

6                 MR. VARNADO:  We are going to have a really

7   difficult time with Saturday, Judge.  I think we could

8   finish this if we do continue through Monday and Tuesday.

9   We can be done Tuesday.  We have shared that with the

04:50:26   10   government.  Saturday may just literally not been an option

11   for us.

12                 THE COURT:  I was just going to tell you, from

13   my end looking into it, it doesn't look like it's possible.

14   So, that works out well.

04:50:35   15                 So, let's just go ahead and get started at

16   8:30 again, and we can push through tomorrow until, like we

17   have been, about 6:00.  But we just can't do it today

18   because I have got to give some folks some bad news that

19   they are not going to trial on Monday.

04:50:51   20                 MR. LOONAM:  Some of them might appreciate it.

21                 THE COURT:  Yeah.  That's true.  That's true.

22                 MR. SMITH:  They can enjoy their Thanksgiving.

23                 THE COURT:  So, we will stand in adjournment

24   until 8:30 tomorrow.

25   (Recessed at 5:10 p.m.)

1                        COURT REPORTER'S CERTIFICATE

2

3        I, Kathleen K. Miller, certify that the foregoing is a

4   correct transcript from the record of proceedings in the

5   above-entitled matter.

6

7   DATE: 11/20/21              /s/    _Kathleen K. Miller

8                               Kathleen K. Miller, RPR, RMR, CRR

9

05:10:11  10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$10,000** [1] - 61:2
**$100,000** [1] - 49:5
**$15,000** [2] - 142:1, 142:15
**$2,000** [1] - 46:17
**$25** [1] - 21:4
**$325** [2] - 60:18, 142:3
**$5,000** [2] - 60:21, 141:22

## '

**'19** [1] - 100:25
**'21** [2] - 123:8, 161:25
**'90s** [1] - 18:21
**'empty** [1] - 13:21
**'Had** [1] - 13:25

## /

**/s** [1] - 167:7

## 1

**1** [4] - 38:9, 134:9, 150:6, 150:15
**1,000** [1] - 109:21
**1.2** [1] - 112:3
**1.5** [3] - 111:19, 111:25, 112:2
**100** [2] - 80:22, 152:14
**10281** [1] - 2:8
**11/20/21** [1] - 167:7
**12th** [1] - 161:25
**134** [5] - 31:11, 34:12, 34:15, 47:7, 48:9
**135** [4] - 34:18, 37:1, 37:3
**136** [3] - 37:7, 41:6, 41:8
**137** [5] - 42:2, 42:18, 43:18, 43:23, 43:25
**138** [4] - 44:12, 44:16, 45:18, 45:20
**139** [5] - 48:18, 48:22, 50:22, 50:24, 54:10
**14** [1] - 24:3
**140** [14] - 124:23, 124:25, 125:1, 130:16, 131:18, 131:22, 132:14, 133:3, 133:5, 133:14, 133:18, 134:11, 134:15, 134:25
**141** [14] - 125:7, 128:3, 128:15, 128:21, 133:3, 133:6, 133:15, 133:18, 134:18, 134:24, 134:25
**142** [14] - 127:25, 128:1, 128:10, 128:18, 128:22, 131:1, 131:18, 132:5, 133:3, 133:6, 134:4, 134:6, 134:7, 134:25
**142-A** [2] - 135:17, 135:20
**142-B** [3] - 135:23, 136:4, 136:7
**142s** [2] - 135:2, 135:4
**143** [8] - 133:10, 133:24, 134:4, 134:6, 134:9, 134:21, 134:25, 135:20
**15** [1] - 81:15
**150** [1] - 1:21
**16** [1] - 19:19
**16-year-old** [2] - 49:3, 49:24

**161** [1] - 3:7
**17** [6] - 1:6, 4:2, 130:5, 130:6, 130:9, 132:11
**1772** [1] - 128:10
**17th** [1] - 61:17
**18.5** [1] - 130:1
**19** [3] - 129:22, 129:25, 132:8
**1990s** [3] - 18:2, 18:5, 18:11
**1999** [1] - 18:16
**1:06** [2] - 1:5, 4:3

## 2

**2** [4] - 108:1, 137:10, 137:11, 137:20
**2-million-dollar** [2] - 21:6, 21:17
**20** [1] - 81:15
**200** [1] - 124:22
**2000** [1] - 18:16
**20002** [1] - 1:22
**2004** [2] - 10:22, 23:24
**2010** [1] - 31:6
**2011** [7] - 19:20, 20:2, 20:18, 21:5, 22:17, 29:24, 31:15
**2013** [4] - 34:20, 35:10, 35:22, 41:24
**2014** [6] - 29:10, 29:16, 37:8, 39:20, 40:25, 44:2
**2015** [1] - 19:14
**2017** [4] - 149:17, 149:21, 150:19, 151:2
**2018** [18] - 12:14, 24:9, 52:21, 72:9, 77:14, 77:16, 77:17, 97:4, 99:5, 100:25, 111:12, 111:19, 111:22, 111:25, 112:9, 112:18, 112:23, 123:8
**2019** [14] - 25:7, 52:2, 83:6, 100:17, 145:3, 145:21, 147:13, 147:14, 147:20, 147:23, 148:10, 152:22, 153:25, 154:13
**202-514-9623** [1] - 1:22
**2020** [3] - 25:13, 148:24, 149:7
**2021** [36] - 1:6, 4:2, 26:13, 52:5, 72:15, 73:20, 77:11, 77:14, 77:16, 77:19, 97:4, 99:6, 100:23, 101:1, 101:2, 101:7, 105:2, 105:23, 111:13, 111:22, 112:3, 112:5, 112:10, 112:18, 112:23, 123:10, 148:8, 148:11, 148:13, 148:15, 148:19, 149:7, 156:23, 160:6
**21** [2] - 132:10, 148:8
**212-326-3939** [1] - 2:8
**216** [1] - 44:23
**2208** [1] - 1:21
**23** [1] - 57:3
**24** [4] - 102:12, 137:18, 149:13, 151:19
**24th** [1] - 138:9
**25** [7] - 23:17, 29:3, 30:8, 30:9, 30:18, 30:20, 30:22
**25-million-dollar** [2] - 19:16, 20:5
**250** [1] - 2:7
**28** [3] - 3:3, 129:17, 129:20
**28th** [1] - 138:9
**29** [1] - 59:1
**2:46** [1] - 85:8

## 3

**3** [8] - 1:13, 21:14, 21:21, 32:4, 44:22, 45:14, 137:23, 137:25
**3-million-dollar** [3] - 20:24, 22:7, 45:14
**30** [3] - 56:21, 59:1, 63:16
**30th** [1] - 138:10
**31** [1] - 56:18
**3300** [1] - 2:3
**34.18** [1] - 105:25
**340** [1] - 58:14
**342** [1] - 109:24
**35** [1] - 138:5
**36** [1] - 138:5
**37** [1] - 138:5
**39** [1] - 161:24
**3:00** [1] - 84:24
**3:11** [1] - 85:8
**3rd** [1] - 150:19

## 4

**40** [3] - 49:6, 142:6, 143:6
**40-thousand-dollar** [1] - 49:8
**43.8** [1] - 109:17
**438** [1] - 109:22
**44** [3] - 105:10, 137:13, 138:2
**49-page** [1] - 57:7
**4:21-CR-09** [1] - 1:3
**4th** [1] - 26:13

## 5

**5** [3] - 3:3, 47:7, 151:19
**5-million-dollar** [1] - 20:21
**50** [2] - 95:11, 131:17
**502** [1] - 132:5
**504** [2] - 131:9, 131:17
**515** [1] - 2:12
**53** [1] - 3:4
**55** [1] - 3:6
**58** [3] - 98:5, 103:12, 112:14
**5:00** [6] - 84:25, 85:5, 85:12, 85:19, 161:9, 161:13
**5:10** [3] - 1:5, 4:3, 166:25
**5th** [2] - 19:20, 24:10

## 6

**6** [3] - 119:19, 133:9, 137:10
**6:00** [1] - 166:17

## 7

**70** [1] - 63:16
**713-250-5087** [1] - 2:13
**717** [1] - 2:3
**77002** [2] - 2:4, 2:13
**7th** [1] - 148:16

## 8

**8** [1] - 104:13
**800** [1] - 58:4
**8004** [1] - 2:12
**832-239-3694** [1] - 2:4
**8:30** [3] - 165:21, 166:16, 166:24

## 9

**90** [1] - 3:7

## A

**abilities** [2] - 156:12, 157:2
**ability** [8] - 62:21, 82:13, 82:18, 86:24, 91:18, 97:20, 98:12, 154:5
**able** [12] - 47:7, 66:14, 66:16, 71:13, 82:11, 82:19, 85:2, 117:5, 120:23, 128:1, 164:5
**abnormal** [1] - 79:13
**abnormalities** [1] - 126:13
**above-entitled** [1] - 167:5
**aboveboard** [1] - 45:24
**absolute** [2] - 73:15, 153:23
**absolutely** [5] - 9:9, 20:12, 57:22, 81:4, 154:12
**AC** [1] - 166:1
**academia** [1] - 138:21
**academic** [2] - 23:6, 58:13
**accelerate** [1] - 87:21
**accelerated** [1] - 87:2
**accelerates** [1] - 86:13
**acceleration** [1] - 86:18
**accept** [3] - 45:8, 46:10
**accepted** [2] - 7:12, 58:15, 59:14
**accepts** [1] - 23:8
**access** [2] - 87:23, 139:4
**accidents** [1] - 149:6
**accommodation** [1] - 55:8
**accordance** [3] - 35:7, 36:3, 36:18
**account** [4] - 87:25, 100:3, 159:4, 159:9
**accumulates** [1] - 107:17
**accumulating** [3] - 81:14, 107:12, 113:18
**accumulation** [2] - 65:3, 113:22
**accumulations** [2] - 79:22, 79:24
**accuracy** [1] - 158:1
**accurate** [8] - 63:1, 107:3, 108:5, 109:1, 109:7, 126:5, 132:15, 155:24
**accused** [1] - 94:21
**acquaintances** [1] - 155:9
**act** [1] - 59:17
**actions** [1] - 69:16
**active** [2] - 57:16, 70:23
**actively** [1] - 59:17
**activities** [3] - 66:12, 66:17, 94:5
**activity** [2] - 67:11, 121:22
**actual** [5] - 19:15, 77:4, 78:23, 90:4,

126:18
**add** [1] - 36:23
**added** [4] - 30:1, 32:18, 32:24, 80:3
**addition** [4] - 10:2, 51:16, 61:15, 61:19, 62:20
**address** [2] - 15:14, 34:6
**addressed** [1] - 16:18
**addresses** [4] - 35:1, 35:6, 36:10, 36:17
**adjournment** [1] - 166:23
**administrative** [4] - 21:7, 22:3, 22:13, 57:19
**admit** [4] - 59:8, 133:3, 135:17, 136:4
**admitted** [12] - 30:23, 34:16, 37:3, 41:8, 43:25, 45:20, 50:24, 133:6, 134:6, 135:20, 136:7
**advance** [1] - 77:25
**advanced** [2] - 86:14, 164:7
**advances** [1] - 72:6
**advantageous** [1] - 42:24
**adverse** [1] - 35:15
**advice** [5] - 10:4, 11:6, 11:21, 41:14, 41:18
**advise** [2] - 59:24, 69:16
**advised** [1] - 147:19
**advisors** [1] - 45:3
**AEBCT** [13] - 5:24, 6:2, 6:7, 6:13, 8:3, 11:7, 12:4, 18:20, 19:3, 19:6, 23:24, 27:20, 38:6
**affairs** [2] - 18:8, 18:9
**affect** [4] - 82:13, 82:18, 149:1, 149:8
**affected** [4] - 65:16, 86:2, 163:1, 163:15
**affecting** [2] - 63:16, 93:24
**affects** [1] - 65:11
**affidavit** [2] - 26:13, 26:24
**affidavits** [3] - 24:22, 26:9, 26:21
**afield** [1] - 43:23
**afternoon** [7] - 4:11, 4:12, 55:23, 55:24, 85:4, 90:12, 90:13
**AFTERNOON** [1] - 1:10
**age** [5] - 73:21, 87:1, 110:11, 154:25
**agencies** [1] - 17:7
**agents** [1] - 12:21
**aggregate** [1] - 80:4
**agree** [23] - 15:5, 26:25, 41:4, 90:16, 96:5, 96:16, 96:18, 99:19, 106:19, 113:9, 114:18, 117:2, 120:14, 122:2, 122:7, 122:8, 124:10, 138:20, 142:23, 145:9, 152:11, 154:3, 154:7
**agreed** [3] - 6:21, 7:8, 116:9
**agreement** [1] - 53:8
**Agronin** [6] - 60:10, 136:22, 139:12, 139:15, 143:18, 143:21
**agronin** [1] - 60:14
**ahead** [4] - 45:6, 53:24, 84:23, 166:15
**airport** [2] - 35:2, 54:20
**akin** [1] - 16:18
**AI** [1] - 39:13
**ALBULA** [1] - 8:16
**alertness** [1] - 86:2

**alleged** [2] - 27:9, 89:1
**allow** [6] - 26:25, 31:24, 35:14, 92:1, 92:2, 114:16
**allows** [2] - 41:13, 43:9
**almost** [1] - 163:12
**alone** [3] - 96:21, 143:8, 147:8
**Alzheimer's** [45] - 56:16, 57:17, 58:8, 58:20, 58:24, 59:4, 62:3, 62:5, 64:25, 65:1, 65:6, 65:8, 65:24, 68:7, 68:8, 68:17, 69:13, 70:19, 71:3, 75:12, 79:6, 79:14, 80:24, 81:17, 81:22, 84:16, 87:21, 106:21, 106:24, 114:14, 114:16, 114:19, 116:13, 117:3, 120:16, 121:2, 121:8, 121:9, 125:5, 130:18, 132:2, 134:15, 162:5, 162:14, 162:16
**Alzheimer's-related** [2] - 57:17, 87:21
**amalgamation** [5] - 124:8, 125:19, 132:7, 134:15, 134:18
**amalgamations** [6] - 124:10, 125:17, 125:22, 126:24, 131:24, 133:25
**Amazon** [1] - 16:12
**AMERICA** [1] - 1:3
**amount** [1] - 8:15
**ample** [1] - 85:16
**amyloid** [60] - 65:3, 70:5, 74:22, 75:1, 79:9, 79:10, 79:12, 79:20, 79:21, 79:22, 80:9, 80:18, 81:1, 81:2, 81:5, 81:8, 81:10, 81:14, 81:16, 106:20, 106:24, 107:2, 107:7, 107:17, 108:10, 113:10, 113:13, 113:14, 113:18, 113:22, 113:23, 114:4, 114:9, 114:13, 114:23, 114:25, 115:23, 116:1, 116:11, 116:13, 117:3, 118:5, 118:10, 118:14, 118:25, 119:12, 119:21, 120:4, 120:6, 120:16, 120:17, 120:20, 121:3, 121:7, 121:13, 121:15, 131:5, 140:20, 162:17, 162:18
**analysis** [25] - 72:23, 72:24, 73:4, 73:6, 73:7, 74:3, 74:5, 75:2, 75:4, 81:24, 97:5, 99:15, 103:14, 103:15, 103:24, 104:10, 105:24, 110:15, 110:21, 111:8, 111:13, 112:9, 112:17, 123:3
**analyzing** [1] - 74:9
**answer** [10] - 40:15, 62:21, 63:3, 92:14, 92:21, 107:19, 115:17, 120:23, 120:24, 160:17
**answered** [2] - 92:3, 93:13
**answering** [5] - 39:3, 55:16, 90:22, 92:18, 120:22
**answers** [1] - 93:9
**anytime** [1] - 77:23
**aortic** [1] - 119:5
**apartment** [1] - 46:19
**apologies** [1] - 129:11
**apologize** [3] - 78:9, 132:13, 135:17
**APPEARANCES** [1] - 1:16
**appearing** [1] - 63:22
**apply** [2] - 68:7, 147:2
**appointment** [4] - 41:11, 41:18, 41:22,

42:4
**appreciate** [5] - 6:11, 85:20, 97:13, 122:17, 166:20
**approach** [10] - 42:16, 42:17, 44:13, 44:14, 48:19, 48:20, 104:18, 104:20, 127:16, 127:18
**appropriate** [2] - 6:17, 93:9
**approval** [1] - 46:21
**approve** [2] - 46:16, 46:24
**approximate** [2] - 108:22, 151:9
**area** [4] - 4:21, 4:25, 125:3
**areas** [4] - 70:25, 99:8, 109:13, 121:23
**argue** [1] - 9:20
**Arps** [1] - 11:11
**arrows** [1] - 21:11
**article** [3] - 138:25, 139:1, 139:3
**articles** [1] - 126:25
**artifact** [1] - 103:18
**artifacts** [1] - 73:10
**Asbill** [1] - 12:10
**aside** [2] - 10:2, 144:2
**aspect** [1] - 75:10
**aspects** [1] - 74:10
**Aspen** [1] - 4:21
**assault** [1] - 148:23
**asserted** [1] - 26:23
**assess** [4] - 6:24, 17:18, 60:6, 158:8
**assessed** [3] - 6:24, 7:2, 62:1
**assessing** [3] - 92:8, 100:20, 158:15
**assessment** [12] - 60:1, 61:18, 72:17, 75:10, 90:19, 114:16, 123:5, 123:8, 158:11, 158:23, 159:1, 160:21
**assets** [3] - 37:22, 41:19, 45:2
**assistants** [1] - 21:18
**assisted** [1] - 2:16
**associate** [1] - 151:15
**associated** [12] - 46:17, 52:8, 64:15, 65:7, 67:12, 72:19, 75:22, 80:24, 81:9, 86:17, 86:19, 106:14
**associates** [2] - 156:9, 156:12
**association** [1] - 64:18
**assume** [2] - 116:24, 157:6
**assumed** [1] - 5:23
**atrophy** [7] - 72:18, 72:22, 75:14, 75:17, 75:21, 75:24
**attend** [2] - 47:20, 48:2
**attention** [8] - 14:11, 14:16, 101:2, 104:12, 128:9, 149:16, 149:20, 151:2
**attorney** [1] - 10:3
**attorneys** [5] - 10:4, 11:6, 24:21, 51:17, 154:5
**audit** [7] - 18:1, 18:4, 18:8, 18:9, 18:11, 18:20, 19:5
**August** [10] - 12:14, 71:10, 115:20, 115:23, 117:17, 119:19, 122:5, 134:1, 134:22, 160:6
**Australia** [1] - 45:15
**author** [2] - 31:17, 131:5
**author's** [1] - 131:4

**autonomic** [1] - 63:19
**available** [6] - 15:10, 16:1, 16:10, 16:23, 110:22, 113:7
**average** [4] - 113:22, 129:25, 130:9, 132:9
**aware** [4] - 17:24, 83:5, 83:11, 83:16, 86:3, 152:22, 154:19
**axis** [1] - 108:14

## B

**bad** [7] - 18:6, 99:24, 101:20, 121:24, 153:12, 159:25, 166:18
**badgering** [1] - 92:19
**badly** [1] - 45:9
**Baker** [2] - 11:13, 12:3
**bank** [3] - 28:1, 33:7, 33:14
**bankers** [1] - 45:3
**Barlow** [3] - 57:14, 58:2, 58:6
**Barras** [5] - 156:16, 156:18, 156:22, 157:1, 157:13
**barrier** [2] - 87:18, 87:19
**Basalt** [1] - 4:24
**based** [15] - 6:23, 51:14, 62:15, 64:2, 69:10, 94:3, 94:4, 94:8, 94:13, 106:7, 111:6, 113:21, 123:5, 126:15, 132:23
**basic** [2] - 66:17, 94:5
**basis** [10] - 5:25, 6:4, 6:19, 7:2, 64:20, 66:3, 92:17, 100:20, 110:18, 113:17
**Bates** [1] - 44:23
**battery** [1] - 152:23
**Baylor** [5] - 19:10, 19:11, 20:3, 20:4, 22:11
**bear** [1] - 127:11
**became** [1] - 33:21
**become** [2] - 44:2, 80:2
**BEFORE** [1] - 1:11
**began** [1] - 44:2
**begin** [1] - 13:9
**behaved** [1] - 17:15
**behavior** [2] - 163:18, 163:20
**behind** [2] - 32:20, 163:13
**belief** [7] - 26:6, 26:7, 26:8, 28:17, 29:16, 34:11
**Belize** [4] - 8:24, 9:1, 9:5, 9:6
**Bellevue** [3] - 89:6, 89:11, 94:20
**Benedek** [3] - 11:22, 11:23
**beneficiaries** [2] - 7:14, 8:10
**beneficiary** [1] - 49:18
**benefit** [2] - 77:24, 93:11
**benefited** [1] - 24:14
**Bermuda** [21] - 8:24, 9:5, 9:10, 9:14, 9:18, 24:9, 26:9, 28:20, 28:23, 33:6, 33:9, 33:13, 34:5, 34:22, 35:1, 40:9, 52:19, 52:21, 53:3, 53:4
**Bernice** [1] - 140:7
**best** [9] - 42:14, 54:22, 76:12, 79:7, 80:8, 90:22, 93:7, 93:9, 118:16
**Best** [1] - 16:11
**beta** [2] - 79:22, 81:14

**better** [11] - 9:21, 16:8, 47:3, 58:19, 105:6, 114:22, 116:10, 117:2, 120:15, 121:2, 123:18
**between** [12] - 37:8, 48:24, 62:12, 71:9, 77:14, 77:16, 96:24, 101:2, 101:5, 122:4, 123:8, 145:10
**beyond** [2] - 69:15, 85:19
**big** [2] - 104:14, 104:21
**bigger** [2] - 109:22, 109:24
**biggest** [1] - 100:3
**bill** [2] - 61:1, 144:3
**billed** [5] - 141:13, 141:18, 141:21, 142:7, 142:18
**billing** [2] - 142:20, 144:3
**billion** [2] - 38:9, 48:13
**binder** [5] - 19:22, 104:2, 104:14, 104:21, 150:9
**biological** [3] - 95:22, 95:25, 108:6
**biology** [1] - 21:15
**bit** [15] - 8:19, 14:8, 37:5, 39:22, 42:11, 45:6, 45:22, 94:19, 96:3, 96:23, 126:17, 136:12, 138:18, 146:24, 165:22
**bits** [3] - 10:21, 30:1, 32:18
**black** [2] - 128:5, 130:22
**blood** [1] - 87:18
**blood-brain** [1] - 87:18
**blown** [2] - 131:12, 131:19
**blue** [2] - 121:19, 121:22
**board** [2] - 38:20, 57:23
**board-certified** [1] - 57:23
**boarding** [2] - 49:3, 49:24
**boat** [7] - 8:3, 8:6, 8:8, 8:11, 39:20, 39:21, 40:25
**Bob** [2] - 15:17, 32:8
**bodies** [2] - 62:11, 62:14
**body** [9] - 58:10, 58:22, 62:2, 62:5, 62:7, 62:8, 62:9, 65:23, 162:6
**bone** [1] - 108:12
**border** [2] - 36:12, 36:13
**Boris** [1] - 1:19
**boris.bourget@usdoj.gov** [1] - 1:24
**bottom** [8] - 37:13, 125:10, 125:15, 125:16, 126:2, 150:18, 153:25, 154:24
**Botts** [2] - 11:13, 12:3
**Bourget** [1] - 1:19
**bouts** [1] - 87:5
**boy** [1] - 136:8
**bradykinesia** [1] - 63:14
**brain** [61] - 21:1, 21:22, 65:4, 70:21, 70:22, 71:1, 71:15, 71:23, 72:3, 72:6, 72:8, 72:10, 72:12, 72:15, 72:21, 73:20, 74:10, 75:5, 75:25, 76:2, 76:11, 76:15, 76:16, 76:19, 76:21, 78:7, 79:23, 81:14, 84:6, 84:11, 84:14, 84:15, 84:17, 86:24, 86:25, 87:10, 87:14, 87:18, 96:13, 97:22, 102:16, 102:18, 103:14, 105:25, 106:16, 106:20, 107:7, 107:12, 109:14, 109:24, 113:19, 114:20, 121:19,

121:22, 124:1, 124:12, 126:10, 162:11, 162:16, 163:14
**Brandon** [1] - 11:11
**break** [6] - 79:18, 84:22, 84:24, 85:4, 85:12, 107:5
**breakdown** [1] - 87:18
**brief** [2] - 53:18, 138:15
**bring** [2] - 104:14, 120:8
**broad** [1] - 40:15
**broadly** [1] - 159:10
**BROCKMAN** [1] - 1:6
**Brockman** [121] - 5:24, 6:3, 6:16, 7:8, 7:13, 7:17, 8:7, 8:9, 9:16, 10:3, 12:4, 13:1, 13:3, 13:9, 14:4, 14:13, 15:15, 16:25, 17:6, 17:11, 17:21, 17:25, 18:2, 18:10, 18:15, 23:24, 24:2, 24:6, 24:25, 25:3, 25:13, 25:19, 25:23, 26:2, 27:8, 27:13, 27:17, 28:1, 29:9, 30:6, 31:1, 31:17, 32:1, 34:19, 35:8, 36:1, 37:8, 37:14, 37:17, 38:8, 38:14, 38:15, 38:23, 40:8, 41:2, 41:22, 41:24, 44:7, 44:9, 44:17, 44:25, 45:11, 45:13, 45:24, 46:2, 46:6, 46:13, 46:16, 46:24, 47:9, 47:12, 48:2, 48:11, 48:14, 48:24, 49:12, 50:17, 54:10, 59:18, 61:11, 61:16, 61:20, 62:1, 62:21, 63:4, 63:9, 64:6, 65:19, 66:1, 66:4, 69:19, 80:9, 82:5, 82:21, 83:1, 83:5, 83:16, 86:4, 87:4, 88:13, 88:18, 92:8, 100:7, 101:7, 101:17, 122:4, 130:4, 145:20, 147:12, 148:9, 148:20, 148:23, 151:1, 153:12, 153:24, 158:15
**Brockman's** [31] - 12:22, 25:9, 33:3, 36:12, 47:20, 48:4, 48:7, 49:7, 72:8, 73:19, 79:3, 81:13, 81:25, 83:22, 86:9, 90:1, 91:9, 109:17, 109:21, 110:16, 112:22, 113:19, 123:19, 126:10, 133:25, 148:5, 154:4, 156:11, 158:4, 158:24, 162:16
**broken** [1] - 153:3
**brought** [4] - 8:24, 26:4, 35:8, 120:11
**building** [1] - 166:2
**bunch** [1] - 45:3
**bunk** [2] - 28:6, 28:8
**burden** [1] - 80:7
**business** [1] - 14:19
**busy** [1] - 61:4
**button** [1] - 98:20
**buy** [3] - 16:11, 45:13, 45:14
**Buy** [1] - 16:11
**BY** [46] - 4:10, 27:6, 29:8, 30:24, 31:25, 35:20, 37:4, 41:9, 42:22, 44:1, 44:15, 45:21, 48:23, 50:25, 53:21, 54:2, 55:22, 59:16, 74:2, 78:5, 78:12, 85:23, 90:11, 92:5, 92:23, 97:19, 98:23, 102:13, 104:5, 105:1, 105:19, 111:3, 115:16, 121:4, 127:20, 130:14, 130:24, 133:7, 134:13, 135:9, 135:21, 136:10, 158:22, 159:22, 161:22, 164:19

## C

**Cabot** [1] - 45:8
**cannot** [2] - 96:20, 111:12
**capabilities** [2] - 90:1, 91:9
**capability** [3] - 86:25, 87:11, 92:9
**capacity** [2] - 24:2, 63:1
**cardiologist** [1] - 48:4
**care** [1] - 88:6
**caregiver** [3] - 61:23, 66:18, 94:11
**caregivers** [1] - 159:13
**Carlos** [1] - 10:11
**Carol** [1] - 12:10
**carry** [1] - 44:25
**case** [44] - 28:1, 51:18, 52:7, 52:9, 61:8, 61:14, 63:6, 69:24, 80:10, 82:6, 89:2, 89:22, 90:17, 91:1, 91:21, 96:4, 96:19, 97:3, 99:24, 104:7, 113:6, 114:5, 117:7, 121:17, 122:25, 125:22, 136:16, 137:2, 138:14, 142:6, 142:15, 144:13, 148:2, 150:7, 151:16, 154:17, 156:13, 156:14, 157:15, 159:24, 160:3, 160:15, 160:18, 161:4
**CASE** [4] - 4:5, 29:5, 85:7, 85:9
**cases** [2] - 59:25, 63:17
**casual** [1] - 84:8
**causes** [2] - 58:20, 72:13
**causing** [1] - 106:9
**cells** [1] - 78:20
**cellular** [1] - 21:15
**cent** [1] - 27:19
**center** [6] - 56:16, 56:17, 56:22, 57:14, 58:2, 58:7
**centers** [1] - 58:1
**central** [1] - 87:19
**Centre** [3] - 47:24, 47:25, 48:2
**CEO** [3] - 39:2, 83:12, 156:20
**CEO's** [1] - 37:25
**cerebellum** [1] - 163:14
**cerebral** [1] - 72:18
**certain** [6] - 8:22, 17:6, 33:15, 69:23, 93:21, 166:4
**certainly** [10] - 18:4, 53:9, 53:11, 73:1, 73:2, 73:8, 74:21, 82:2, 82:10, 88:2
**certainty** [4] - 69:21, 118:20, 150:23, 152:14
**CERTIFICATE** [1] - 167:1
**certified** [1] - 57:23
**certify** [1] - 167:3
**chair** [3] - 20:21, 21:19, 56:23
**challenge** [1] - 7:10
**Chamberlain** [2] - 10:12, 10:15
**chance** [1] - 103:3
**change** [15] - 42:24, 71:10, 71:12, 71:19, 71:20, 73:12, 75:9, 103:6, 105:22, 142:8, 158:23, 159:1, 159:2, 164:22
**changed** [2] - 43:11, 43:17
**changes** [7] - 23:8, 75:11, 95:22, 95:25,

97:22, 98:1, 108:6
**characterized** [1] - 65:3
**charge** [1] - 60:18
**charges** [1] - 27:14
**charitable** [7] - 7:25, 47:13, 47:14, 48:11, 49:2, 49:14, 49:23
**charities** [2] - 54:11, 54:12
**charity** [1] - 47:6
**chartered** [1] - 39:13
**charterers** [2] - 39:12, 41:3
**chartering** [1] - 39:11
**charters** [2] - 39:18, 39:19
**chemically** [1] - 80:2
**chemicals** [1] - 87:17
**Christopher** [1] - 1:19
**christopher.magnani@usdoj.gov** [1] - 1:24
**circuit** [1] - 57:1
**circumstances** [1] - 33:15
**cite** [2] - 109:1, 138:8
**city** [1] - 89:7
**City** [1] - 89:8
**civil** [3] - 53:9, 53:11, 53:13
**clarification** [1] - 6:10
**clarify** [3] - 40:11, 103:1, 121:6
**clarifying** [1] - 146:24
**clear** [15] - 12:15, 19:11, 20:2, 64:22, 64:24, 72:10, 83:3, 89:21, 102:15, 103:9, 117:12, 122:14, 142:19, 160:15, 160:18
**clearly** [5] - 70:17, 79:11, 79:13, 80:13, 80:16
**clinic** [1] - 95:6
**clinical** [11] - 55:5, 64:4, 64:7, 70:11, 70:14, 87:24, 88:13, 136:14, 136:23, 136:24, 139:16, 139:21, 139:23, 140:17, 146:14, 155:17, 155:20, 156:8, 157:6
**clinically** [1] - 71:17
**clinician** [1] - 57:13
**clinicians** [1] - 103:21
**clock** [1] - 161:10
**close** [3] - 19:24, 23:22, 155:9
**closely** [1] - 24:5
**cluster** [3] - 106:20, 106:24, 107:4
**cognition** [2] - 85:25, 86:2
**Cognitive** [1] - 129:9
**cognitive** [59] - 56:23, 58:9, 59:10, 61:18, 62:16, 63:16, 64:14, 64:18, 65:11, 65:12, 66:7, 66:19, 66:21, 67:1, 69:15, 69:19, 69:22, 75:23, 76:12, 80:8, 81:2, 81:9, 82:9, 86:16, 86:23, 87:2, 87:6, 87:8, 89:24, 90:17, 90:20, 90:25, 91:17, 91:19, 93:24, 94:14, 95:4, 95:23, 99:20, 100:4, 100:8, 100:13, 100:15, 100:20, 101:15, 101:18, 107:8, 107:23, 108:11, 114:1, 126:19, 126:21, 151:25, 152:7, 153:15, 154:4, 154:8, 156:12, 157:2
**cognitively** [2] - 110:3, 110:12

**collaborate** [1] - 60:8
**collateral** [10] - 61:21, 66:7, 146:7, 155:10, 155:12, 155:14, 155:18, 157:5, 161:1
**colleagues** [1] - 117:6
**College** [5] - 19:11, 20:4, 47:24, 47:25, 48:2
**colleges** [1] - 23:3
**Colorado** [14] - 4:15, 4:25, 5:3, 5:10, 5:13, 5:15, 5:17, 7:15, 7:18, 7:19, 7:24, 8:4, 12:7, 12:9
**combination** [2] - 79:16, 80:21
**combine** [1] - 80:18
**combined** [2] - 81:20, 112:8
**comfortable** [1] - 95:15
**coming** [3] - 41:3, 141:24, 155:20
**commercially** [4] - 15:10, 16:1, 16:10, 16:23
**committed** [2] - 24:24, 40:11
**common** [9] - 23:5, 23:14, 58:8, 63:18, 65:2, 65:23, 113:19, 156:8
**commonly** [1] - 74:11
**communicate** [4] - 82:6, 82:11, 82:13, 82:18
**communicating** [1] - 16:17
**communication** [3] - 14:25, 15:6, 20:3
**comorbidity** [1] - 65:23
**companies** [6] - 5:9, 5:10, 5:17, 5:19, 38:19, 51:8
**Company** [2] - 24:25, 26:11
**company** [3] - 5:5, 5:13, 30:6
**compare** [12] - 71:25, 77:11, 110:7, 111:12, 111:22, 112:10, 112:18, 124:6, 126:10, 129:17, 132:22, 133:14
**compared** [1] - 129:15
**compares** [2] - 124:4, 134:21
**comparing** [11] - 72:2, 72:9, 75:8, 97:3, 97:8, 110:10, 112:17, 121:16, 123:19, 133:24, 159:17
**comparison** [4] - 75:5, 77:13, 99:5, 122:9
**compensation** [7] - 37:14, 37:25, 38:9, 38:18, 39:2, 44:9, 44:17
**compensatory** [1] - 76:2
**competence** [2] - 91:8, 91:11
**competency** [7] - 13:16, 30:12, 90:14, 90:18, 94:22, 94:25, 95:5
**COMPETENCY** [1] - 1:9
**competent** [2] - 89:15, 89:16
**complaining** [1] - 95:10
**complete** [4] - 119:21, 120:23, 128:13, 131:14
**completely** [1] - 144:19
**complicated** [1] - 154:11
**complications** [1] - 111:20
**components** [3] - 153:4, 153:6, 153:22
**comprehend** [1] - 23:4
**computer** [3] - 2:16, 13:18, 16:7
**computer-assisted** [1] - 2:16

**computers** [1] - 36:2
**concentration** [1] - 59:9
**concept** [1] - 108:20
**concern** [2] - 44:8, 44:10
**concerned** [8] - 29:17, 35:10, 35:21, 35:25, 36:5, 44:2, 52:18, 52:23
**concerning** [2] - 18:20, 63:4
**concerns** [3] - 36:12, 53:1, 157:2
**conclude** [1] - 88:17
**conclusion** [3] - 24:19, 62:25, 164:22
**conclusions** [3] - 61:25, 142:14, 155:8
**conclusively** [3] - 96:6, 96:14, 96:20
**concoct** [1] - 51:4
**concur** [1] - 32:12
**concurs** [1] - 32:6
**conditions** [1] - 62:18
**conduct** [9] - 24:15, 25:4, 53:12, 61:21, 75:4, 88:12, 144:4, 162:22, 164:5
**conducted** [2] - 61:16, 152:23
**conducting** [1] - 61:20
**confabulation** [2] - 82:22, 82:25
**confer** [2] - 115:8, 159:21
**confident** [2] - 141:11, 141:14
**configured** [1] - 112:5
**confirm** [3] - 152:12, 152:18, 162:15
**confirmation** [1] - 64:23
**confirmed** [4] - 64:7, 152:1, 152:4, 152:16
**conformational** [1] - 56:19
**confused** [3] - 39:22, 66:15, 103:10
**confusing** [5] - 93:12, 106:12, 110:5, 122:23, 124:21
**confusion** [1] - 135:4
**conjunction** [1] - 80:19
**connected** [1] - 8:15
**connection** [13] - 10:5, 11:7, 13:8, 19:5, 21:8, 23:24, 26:10, 26:14, 47:17, 58:12, 60:16, 61:7, 61:24
**consent** [3] - 11:3, 51:2, 51:14
**consider** [10] - 49:23, 88:13, 91:10, 136:19, 136:22, 157:13, 157:18, 157:19, 157:22, 158:15
**considered** [2] - 138:2, 157:17
**considering** [1] - 159:2
**consistency** [3] - 88:21, 153:15, 158:1
**consistent** [20] - 7:4, 7:25, 66:19, 67:1, 67:2, 70:18, 79:4, 82:2, 83:24, 108:9, 122:21, 125:4, 145:4, 145:7, 146:3, 146:8, 152:1, 153:20, 154:24, 158:5
**consulting** [1] - 89:11
**contact** [1] - 36:24
**contained** [2] - 34:4, 36:17
**containing** [1] - 33:20
**contains** [1] - 20:17
**content** [1] - 142:24
**contention** [1] - 108:12
**context** [9] - 41:1, 89:4, 100:9, 100:11, 102:24, 119:1, 126:21, 151:16
**continually** [1] - 56:17

**continuation** [1] - 164:9
**continue** [4] - 85:22, 146:19, 161:8, 166:8
**continued** [1] - 69:9
**CONTINUED** [1] - 4:9
**continues** [1] - 137:23
**continuing** [1] - 164:12
**continuously** [1] - 56:20
**contr** [1] - 45:16
**contributions** [1] - 49:15
**control** [3] - 49:12, 75:6, 154:8
**conversation** [13] - 12:25, 13:9, 29:25, 30:1, 30:2, 30:3, 31:8, 32:5, 32:10, 32:17, 32:24, 120:8
**conversations** [2] - 10:9, 138:15
**convince** [1] - 117:5
**copy** [5] - 32:8, 42:18, 44:16, 48:21, 128:5
**core** [2] - 84:3, 84:13, 84:16
**Corey** [1] - 1:18
**corey.smith@usdoj.gov** [1] - 1:23
**Cormier** [1] - 11:13
**corporate** [2] - 39:3, 39:4
**correct** [176] - 4:21, 4:25, 5:1, 5:2, 5:4, 5:10, 5:14, 5:22, 5:25, 6:1, 6:5, 6:15, 6:19, 6:20, 7:16, 8:1, 8:5, 8:11, 8:12, 8:25, 9:9, 9:25, 10:13, 11:10, 12:19, 12:23, 14:17, 14:20, 17:8, 17:20, 18:13, 19:4, 20:8, 21:9, 21:15, 22:18, 23:25, 24:12, 25:14, 31:7, 40:6, 43:5, 52:14, 57:10, 59:22, 62:7, 63:10, 63:11, 66:2, 68:4, 69:12, 69:14, 73:23, 75:18, 76:7, 77:18, 77:20, 78:15, 81:18, 81:19, 82:2, 82:16, 90:14, 90:15, 93:19, 93:21, 93:22, 93:25, 94:1, 94:4, 94:6, 94:9, 94:10, 94:12, 94:14, 94:15, 94:18, 95:14, 95:24, 96:2, 96:11, 96:15, 96:22, 97:2, 97:6, 97:11, 98:2, 99:11, 99:13, 100:6, 101:9, 101:12, 103:8, 106:15, 107:11, 107:14, 107:18, 107:20, 107:22, 107:24, 109:15, 110:13, 112:4, 112:7, 112:21, 113:4, 113:25, 114:3, 114:21, 114:24, 115:22, 116:3, 116:5, 116:7, 116:8, 116:12, 116:14, 116:15, 117:16, 117:18, 117:21, 123:4, 124:5, 125:21, 126:1, 126:20, 126:23, 129:19, 129:21, 129:24, 130:2, 130:11, 130:17, 132:1, 132:4, 133:21, 134:19, 136:18, 138:3, 138:11, 139:14, 139:17, 140:6, 141:13, 142:13, 142:22, 143:10, 143:12, 143:14, 143:17, 143:19, 144:1, 144:20, 145:2, 146:3, 146:13, 147:6, 147:9, 147:11, 147:18, 147:21, 152:20, 153:7, 153:19, 154:6, 154:21, 156:6, 157:10, 160:13, 162:23, 163:19, 164:25, 167:4
**correlate** [3] - 79:6, 79:8, 79:16
**correlates** [4] - 71:1, 76:12, 80:7, 81:17

corresponding [2] - 22:3, 22:13
corroborated [1] - 64:4
corroborating [2] - 88:22, 165:2
Counsel [1] - 85:11
counsel [7] - 4:7, 10:17, 82:6, 91:19, 115:8, 159:21, 165:17
couple [4] - 11:25, 59:5, 78:1, 165:11
course [3] - 53:2, 107:15, 108:6
Court [2] - 91:9, 132:6
COURT [100] - 1:1, 2:11, 4:6, 26:24, 27:3, 28:13, 30:9, 30:15, 30:20, 30:22, 31:24, 34:13, 34:15, 35:14, 37:3, 41:8, 42:17, 43:25, 44:14, 45:20, 48:20, 50:24, 53:17, 53:19, 54:16, 54:19, 54:22, 54:25, 55:6, 55:10, 55:14, 55:18, 59:11, 59:14, 73:16, 73:19, 74:1, 77:7, 77:10, 77:15, 77:18, 77:21, 78:2, 84:23, 85:2, 85:10, 85:18, 85:22, 88:24, 89:9, 89:13, 89:20, 90:2, 90:5, 90:8, 91:3, 91:6, 91:15, 91:22, 92:1, 92:17, 92:20, 98:10, 98:14, 98:16, 102:7, 104:20, 110:18, 110:23, 111:2, 115:11, 120:25, 127:18, 130:13, 133:5, 134:6, 134:10, 134:24, 135:5, 135:8, 135:19, 136:6, 136:9, 158:21, 161:8, 161:12, 163:25, 164:2, 164:14, 164:17, 165:5, 165:7, 165:10, 165:15, 165:17, 165:20, 166:12, 166:21, 166:23, 167:1
court [2] - 26:22, 129:11
Court's [2] - 130:12, 164:16
courtesy [1] - 42:21
courtroom [2] - 63:5, 97:13
courts [1] - 26:9
cover [1] - 13:10
coverage [1] - 88:5
covered [1] - 65:17
Cox [3] - 11:15, 11:18, 18:14
crack [1] - 143:24
crap [4] - 28:2, 28:3, 28:7, 28:8
create [1] - 39:18
created [3] - 32:16, 33:22, 111:17
creating [3] - 32:22, 32:23, 33:19
crime [4] - 17:23, 39:25, 40:1, 40:12
criminal [12] - 24:15, 25:4, 27:9, 28:24, 52:19, 52:23, 89:4, 89:16, 94:20, 94:21, 94:24, 95:9
criminals [1] - 95:4
critical [2] - 76:11, 77:4
Cross [1] - 3:7
CROSS [1] - 90:10
cross [8] - 3:3, 4:9, 35:17, 85:16, 88:22, 90:8, 93:4, 163:25
cross-examination [4] - 4:9, 90:8, 93:4, 163:25
CROSS-EXAMINATION [1] - 90:10
cross-examine [1] - 35:17
cross-examiners [1] - 88:22
crossing [3] - 36:12, 36:13
CRR [2] - 2:12, 167:8

CSR [1] - 2:12
current [3] - 24:21, 72:16, 109:5
customs [4] - 35:5, 35:12, 35:23, 36:10
cut [2] - 45:7, 92:10
CV [2] - 57:4, 139:25
cytokines [3] - 87:16, 87:20, 87:22

# D

daily [5] - 66:10, 66:12, 66:17, 67:11, 94:5
damage [5] - 84:18, 87:14, 106:5, 155:10, 155:13
dangerous [2] - 68:21, 69:3
Darby [8] - 108:1, 116:6, 117:15, 117:22, 124:15, 133:1, 133:9, 143:11
dark [1] - 16:13
data [3] - 81:16, 103:17, 153:15
date [4] - 19:14, 151:9, 159:24
DATE [1] - 167:7
dated [1] - 19:20
dates [1] - 62:22
DaTscan [3] - 64:6, 96:10, 96:12
DAY [1] - 1:13
days [8] - 143:15, 143:22, 144:12, 144:15, 154:17, 154:20, 155:2
DC [1] - 1:22
de [1] - 135:6
de-mark [1] - 135:6
dead [1] - 29:25
deal [4] - 32:18, 32:21, 34:2, 115:11
dear [1] - 15:16
death [5] - 31:9, 32:6, 41:20, 43:10, 80:7
Deaton [5] - 38:16, 38:17, 38:23, 39:13, 40:22
December [2] - 25:17, 31:15
decide [2] - 49:14, 114:11
decided [3] - 116:4, 116:20, 119:25
deciding [1] - 47:12
decision [5] - 7:10, 9:17, 116:21, 118:5, 120:3
decision-making [1] - 120:3
decisionmaking [1] - 116:25
decisions [1] - 82:20
decline [8] - 86:14, 86:16, 87:1, 95:23, 107:8, 107:23, 108:11
declines [1] - 86:25
decreased [1] - 71:2
deep [3] - 17:12, 17:13, 21:22
defendant [5] - 93:17, 94:4, 156:19, 157:3, 159:6
DEFENDANT [1] - 2:1
Defendant [1] - 114:19
defendant's [8] - 71:22, 90:17, 90:24, 105:24, 151:15, 156:19, 157:2, 157:19
defendants [3] - 94:21, 94:25, 95:9
defense [13] - 57:2, 98:5, 98:11, 102:12, 103:11, 104:2, 104:13, 112:13, 137:18, 149:13, 150:6, 150:14, 161:24

deficits [4] - 82:24, 88:8, 153:9, 154:4
definitely [3] - 122:12, 134:8, 141:2
definition [1] - 145:13
definitionally [1] - 93:23
degeneration [1] - 102:15
degree [9] - 66:5, 66:6, 67:10, 67:13, 73:8, 82:9, 114:20, 121:2, 126:14
delete [2] - 35:22, 36:20
deleting [2] - 34:25, 35:11
delirium [14] - 85:24, 86:5, 86:7, 86:8, 86:10, 86:12, 86:13, 86:21, 87:5, 87:9, 87:13, 101:11, 101:13, 101:16
demarcation [1] - 145:16
demarcations [1] - 145:10
demented [4] - 132:15, 146:9, 146:12, 158:6
dementia [87] - 58:10, 58:22, 62:2, 62:3, 62:4, 62:7, 62:8, 62:9, 62:11, 62:13, 64:16, 64:21, 64:24, 65:23, 66:1, 66:4, 66:11, 67:5, 67:7, 67:9, 67:10, 67:25, 68:3, 68:4, 68:13, 68:20, 69:13, 69:14, 69:16, 71:4, 75:22, 79:4, 79:17, 80:25, 81:12, 82:1, 82:4, 83:17, 83:23, 84:2, 93:18, 93:23, 94:2, 108:7, 109:4, 116:14, 122:21, 122:25, 123:16, 123:19, 123:23, 123:25, 124:4, 124:6, 124:8, 124:12, 125:19, 130:7, 145:4, 145:5, 145:7, 145:14, 146:3, 146:7, 146:8, 146:18, 146:20, 146:21, 146:22, 147:2, 152:1, 152:7, 152:12, 152:18, 153:8, 155:23, 159:13, 160:16, 160:18, 162:6, 162:7, 162:22, 164:10, 164:12
Dementia [2] - 125:25, 129:9
dementias [1] - 71:4
dementing [3] - 86:13, 86:18, 163:7
demonstrate [1] - 39:12
demonstrating [1] - 108:20
denies [2] - 50:4, 50:6
Denney [1] - 143:15
Department [5] - 1:20, 25:7, 25:18, 25:22, 26:1
dependent [3] - 66:12, 73:9, 94:5
depiction [2] - 108:5, 132:15
deploy [1] - 22:20
deployed [1] - 23:17
deposition [5] - 83:18, 145:3, 154:13, 156:23, 157:1
depositions [5] - 83:5, 83:9, 144:13, 144:16, 154:21
depression [3] - 63:18, 65:21, 65:22
describe [6] - 58:17, 69:21, 100:17, 155:7, 158:5, 159:13
described [5] - 4:24, 68:6, 107:16, 140:19, 162:21
describing [3] - 34:22, 69:11, 138:21
description [3] - 158:4, 159:11, 159:12
despite [2] - 84:7, 84:20
destroy [1] - 13:12
destroyed [2] - 42:25, 43:13

**destroying** [1] - 13:18
**details** [2] - 119:8, 141:9
**deteriorate** [1] - 163:4
**determination** [4] - 64:4, 89:15, 91:10, 155:21
**determine** [1] - 37:24
**determining** [2] - 37:22, 90:20
**develop** [1] - 13:15
**diagnose** [3] - 65:21, 96:14, 117:3
**diagnosed** [13] - 63:9, 65:18, 65:25, 67:8, 93:17, 96:6, 96:20, 130:4, 148:9, 148:12, 148:14, 148:17, 148:18
**diagnoses** [3] - 62:20, 63:8, 126:11
**diagnosis** [12] - 64:1, 64:3, 64:20, 64:23, 66:3, 66:11, 67:18, 68:16, 94:3, 96:10, 114:14, 122:24
**diagnostic** [3] - 59:5, 113:24, 114:1
**diagnostically** [1] - 71:6
**dictated** [1] - 119:11
**dictation** [1] - 119:2
**died** [2] - 31:6, 33:24
**Dietz** [2] - 143:15, 158:25
**difference** [4] - 62:12, 96:24, 100:4, 123:8
**differences** [2] - 99:19, 122:18
**different** [41] - 8:6, 8:23, 23:13, 42:12, 42:25, 57:11, 57:25, 60:5, 61:6, 67:4, 70:1, 72:14, 74:10, 76:1, 93:5, 95:18, 95:21, 97:21, 98:1, 99:20, 99:21, 100:1, 100:9, 102:23, 103:23, 105:10, 107:10, 108:6, 109:13, 111:17, 121:9, 121:13, 129:14, 133:20, 138:21, 139:12, 153:8, 153:9, 153:22, 157:11, 166:2
**Differentiate** [1] - 129:9
**difficult** [4] - 68:24, 78:14, 158:8, 166:7
**difficulty** [1] - 66:15
**Direct** [1] - 3:6
**direct** [16] - 4:13, 14:11, 20:6, 35:17, 41:19, 56:19, 57:18, 93:5, 93:20, 99:16, 100:19, 104:12, 138:17, 144:21, 146:2, 153:14
**DIRECT** [1] - 55:21
**directing** [1] - 128:9
**direction** [7] - 23:16, 33:3, 36:1, 43:9, 47:14, 49:19, 49:21
**director** [7] - 5:5, 30:6, 38:12, 38:15, 56:15, 56:22, 57:14
**directors** [2] - 38:12, 38:21
**disability** [1] - 88:4
**disagree** [1] - 24:18
**discuss** [1] - 118:9
**discussed** [5] - 13:3, 114:10, 114:15, 118:6, 118:10
**discussing** [1] - 140:19
**discussion** [3] - 138:24, 140:21, 141:3
**discussions** [5] - 18:4, 19:12, 139:2, 140:23, 140:25
**Disease** [1] - 129:10
**disease** [60] - 56:16, 58:8, 58:10, 58:20,

58:22, 58:24, 59:5, 62:2, 62:3, 62:5, 62:6, 62:10, 62:13, 62:17, 63:10, 63:12, 63:21, 64:3, 64:8, 64:15, 64:19, 64:21, 64:22, 64:25, 65:1, 65:6, 65:8, 65:11, 65:24, 68:13, 69:13, 70:19, 71:3, 72:6, 75:12, 79:6, 79:14, 81:22, 84:16, 96:10, 96:14, 114:14, 114:16, 114:19, 116:14, 117:3, 120:16, 121:8, 125:5, 125:23, 132:3, 148:3, 162:5, 162:6, 162:15, 163:4, 164:7
**diseases** [8] - 65:18, 70:25, 89:24, 96:6, 96:16, 96:18, 121:8, 163:2
**disorder** [2] - 63:13, 65:2
**disorders** [8] - 56:19, 58:11, 58:21, 59:10, 64:11, 75:13, 76:14, 163:16
**disorganized** [1] - 127:11
**disorienting** [1] - 128:20
**dispute** [1] - 96:19
**disputed** [1] - 90:25
**distinction** [1] - 138:24
**distract** [1] - 102:10
**distribution** [6] - 71:5, 75:14, 79:6, 79:14, 109:23, 126:13
**DISTRICT** [3] - 1:1, 1:1, 1:12
**distrust** [4] - 17:6, 17:14, 17:22, 18:1
**division** [1] - 62:17
**DIVISION** [1] - 1:2
**Division** [1] - 1:20
**divorce** [3] - 20:8, 29:14, 29:18
**Doctor** [11] - 88:24, 124:20, 125:1, 125:8, 127:21, 127:23, 127:25, 128:22, 129:3, 130:3, 130:15
**doctor** [43] - 55:10, 55:23, 56:4, 59:17, 90:12, 92:6, 92:10, 98:24, 104:13, 105:5, 105:20, 108:3, 112:14, 120:14, 120:18, 131:2, 133:10, 133:13, 133:22, 134:12, 134:16, 134:19, 134:22, 135:10, 135:11, 135:23, 137:5, 137:17, 141:20, 144:8, 149:11, 150:9, 150:15, 150:17, 151:9, 151:18, 151:20, 155:15, 161:14, 161:23, 164:3, 165:10, 165:16
**doctor's** [1] - 55:5
**doctors** [2] - 137:14, 158:16
**document** [23] - 19:3, 19:13, 30:16, 31:17, 32:4, 32:15, 32:17, 32:22, 32:23, 33:7, 33:8, 33:14, 33:17, 33:18, 33:19, 33:22, 38:2, 41:13, 42:8, 42:25, 43:3, 57:7
**Document** [1] - 32:5
**documented** [1] - 32:17
**documents** [4] - 10:24, 15:16, 19:1, 34:1
**dollar** [1] - 48:13
**dollars** [2] - 38:9, 142:3
**domain** [1] - 82:15
**domains** [5] - 65:11, 65:13, 65:15, 82:12, 163:11
**donate** [1] - 54:11
**donated** [1] - 7:18

**donating** [2] - 7:24, 23:2
**donation** [14] - 19:16, 20:5, 20:17, 21:6, 21:13, 22:16, 48:11, 48:15, 49:2, 49:8, 49:23, 50:7, 50:12, 50:15
**donations** [3] - 19:10, 47:13, 49:10
**done** [25] - 34:3, 45:3, 51:7, 51:20, 54:15, 59:12, 66:24, 69:6, 70:4, 70:5, 72:9, 73:1, 73:7, 77:15, 114:5, 115:14, 115:24, 118:14, 121:17, 126:24, 131:16, 139:2, 142:15, 163:6, 166:9
**donors** [2] - 23:6, 23:11
**dopamine** [2] - 64:5, 96:13
**Dorothy** [1] - 61:22
**double** [1] - 86:15
**down** [5] - 38:19, 79:18, 107:5, 156:20, 157:3
**dozens** [2] - 43:11, 43:12
**Dr** [36] - 55:9, 57:5, 59:8, 60:10, 60:11, 60:12, 60:13, 60:14, 72:17, 77:25, 85:14, 85:24, 87:24, 116:6, 117:15, 117:20, 122:8, 136:19, 136:22, 139:12, 141:2, 141:5, 143:11, 143:15, 143:18, 143:21, 147:25, 148:2, 150:4, 151:6, 152:18, 152:22, 158:25
**draft** [2] - 41:24, 42:3
**drawing** [1] - 14:16
**drawn** [1] - 21:11
**dress** [1] - 66:14
**drive** [3] - 67:19, 147:10, 147:19
**drives** [1] - 13:19
**driving** [5] - 147:12, 147:22, 148:21, 149:7, 149:10
**drove** [2] - 147:17, 147:24
**due** [5] - 55:5, 99:19, 103:3, 118:24, 142:16
**duly** [1] - 55:20
**Duncan** [1] - 11:8
**duration** [1] - 113:22
**during** [6] - 16:25, 25:2, 85:4, 101:10, 165:23
**duties** [1] - 18:18
**dying** [1] - 34:6
**Dyke** [1] - 11:11
**dysfunction** [13] - 67:12, 67:15, 75:23, 76:12, 77:4, 78:22, 80:7, 80:8, 81:10, 84:8, 152:7, 159:11, 162:12
**dysfunctional** [1] - 121:23

**E**

**e-mail** [14] - 15:14, 29:9, 29:13, 29:17, 34:19, 34:25, 35:6, 35:24, 36:10, 36:17, 36:23, 48:24, 48:25, 150:19
**e-mails** [5] - 15:2, 15:12, 15:21, 36:20, 37:8
**early** [9] - 63:23, 68:8, 68:11, 68:12, 68:16, 68:20, 160:12, 162:4, 164:10
**earned** [1] - 60:19
**easier** [4] - 31:13, 31:23, 104:3, 105:5
**easiest** [2] - 34:8, 34:9

**easy** [2] - 108:21, 165:25
**Edge** [1] - 45:8
**edge** [2] - 42:6
**Edison** [2] - 131:6, 135:13
**edits** [1] - 47:2
**educator** [1] - 57:18
**EEGs** [1] - 61:12
**effect** [3] - 41:20, 54:9, 76:25
**effective** [2] - 155:2, 155:4
**effectively** [2] - 82:6, 82:11
**effort** [1] - 85:20
**eighty** [3] - 109:21, 110:8
**eighty-year-olds** [2] - 109:21, 110:8
**eighty-years-olds** [1] - 110:8
**either** [4] - 10:24, 78:22, 88:7, 162:5
**electronically** [1] - 98:12
**Eliminator** [2] - 14:10, 16:3
**Elkhonon** [1] - 139:18
**ELMO** [8] - 19:20, 29:5, 29:7, 31:12, 98:15, 105:17, 128:2, 128:15
**Email** [4] - 1:23, 1:23, 2:5, 2:9
**embarrassment** [1] - 89:2
**employed** [2] - 25:19, 25:23
**employee** [1] - 32:2
**employer** [1] - 31:20
**enablers** [1] - 164:13
**encompasses** [1] - 62:10
**encounters** [1] - 58:3
**encrypted** [4] - 15:3, 15:6, 34:19, 48:25
**end** [7] - 23:22, 27:19, 57:22, 69:8, 94:16, 159:24, 166:13
**ending** [1] - 44:23
**endowment** [4] - 20:21, 20:25, 21:17, 22:7
**ends** [2] - 137:25, 145:13
**enforcement** [4] - 35:11, 35:22, 36:5, 36:15
**engage** [1] - 42:12
**engaged** [5] - 25:20, 25:24, 27:9, 59:17, 59:20
**engagement** [1] - 159:24
**enjoy** [1] - 166:22
**enlargement** [2] - 72:19, 76:3
**ensued** [1] - 13:15
**ensure** [1] - 14:22, 23:16
**ensuring** [2] - 14:24, 22:22
**entailed** [1] - 67:6
**entirely** [3] - 39:16, 45:24, 83:24
**entirety** [1] - 21:4
**entities** [8] - 5:19, 8:23, 9:1, 9:17, 9:22, 10:5, 46:25, 47:2
**entitled** [1] - 167:5
**entity** [5] - 5:2, 5:6, 6:12, 7:5, 52:8
**entrusted** [1] - 22:20
**enumerated** [1] - 159:12
**environment** [1] - 9:14
**episode** [2] - 86:4, 86:21
**episodes** [7] - 86:6, 86:8, 86:10, 86:12, 86:16, 87:9, 147:24

**Ernest** [2] - 11:15, 11:16
**establish** [1] - 47:3
**established** [4] - 6:14, 8:14, 23:11, 23:13
**establishment** [1] - 19:15
**estate** [1] - 25:10
**estimate** [2] - 101:14, 101:17
**estimated** [1] - 100:7
**estimation** [1] - 142:21
**Eugene** [1] - 148:1
**European** [1] - 129:6
**evaluate** [1] - 157:24
**evaluated** [2] - 94:25, 95:4
**evaluation** [1] - 57:14
**evasion** [3] - 25:10, 25:20, 27:9
**EVATT** [1] - 3:2
**Evatt** [4] - 15:16, 24:14, 151:11
**evicted** [4] - 46:3, 46:6, 46:13, 46:15
**Evidence** [1] - 14:10
**evidence** [12] - 16:3, 71:14, 71:15, 88:23, 98:5, 134:4, 146:6, 149:19, 152:6, 158:19, 161:23, 165:2
**evident** [1] - 125:14
**exact** [5] - 62:15, 103:19, 109:3, 109:5, 119:6
**exactly** [7] - 9:2, 23:17, 35:16, 45:2, 89:19, 140:21, 153:13
**exaggerating** [1] - 88:8
**Exam** [1] - 66:24
**exam** [5] - 61:18, 64:4, 88:13, 88:21, 144:5
**EXAMINATION** [7] - 4:9, 28:15, 53:20, 55:21, 90:10, 161:21, 164:18
**examination** [12] - 4:13, 20:6, 31:23, 61:16, 61:20, 85:14, 88:12, 90:8, 93:4, 93:5, 153:14, 163:25
**examine** [1] - 35:17, 85:21
**examined** [3] - 66:6, 88:25, 94:22
**examiners** [1] - 67:2, 88:22, 152:2
**example** [10] - 68:15, 83:3, 92:9, 96:9, 97:25, 146:19, 163:3, 163:22, 164:9, 164:12
**examples** [2] - 123:25, 146:11
**excel** [1] - 163:3
**excluded** [1] - 87:19
**exclusively** [1] - 70:22
**excuse** [2] - 44:22, 156:23
**excused** [2] - 165:8, 165:11
**executed** [2] - 24:8, 151:14
**executive** [3] - 65:14, 82:15, 82:17
**exercise** [3] - 42:3, 43:4, 43:8
**exhibit** [18] - 19:14, 98:5, 98:7, 98:10, 98:24, 99:3, 99:5, 103:11, 104:2, 105:10, 112:13, 128:1, 131:17, 133:10, 133:24, 137:18, 150:15, 161:19
**Exhibit** [26] - 19:19, 29:3, 30:9, 30:22, 34:15, 54:10, 57:3, 102:12, 104:13, 128:1, 128:3, 128:10, 128:14, 128:18,

128:21, 130:16, 130:25, 131:18, 132:5, 132:14, 137:18, 149:13, 150:6, 151:19, 161:24
**Exhibits** [1] - 133:5
**exhibits** [4] - 104:17, 105:12, 105:13, 133:3
**expect** [2] - 71:19, 106:10
**expectancy** [1] - 86:22
**expected** [1] - 86:17
**expenses** [3] - 22:3, 46:17, 46:21
**experience** [15] - 18:2, 18:3, 18:5, 18:7, 23:2, 23:6, 23:15, 61:6, 94:20, 103:20, 126:5, 136:13, 142:16, 159:18
**experienced** [1] - 86:4
**experiencing** [1] - 95:22
**expert** [25] - 33:6, 59:8, 59:18, 88:9, 89:23, 90:14, 91:11, 95:19, 97:9, 110:24, 113:5, 115:20, 117:25, 118:7, 118:15, 118:21, 119:1, 136:14, 136:23, 136:24, 137:15, 139:10, 143:8
**expertise** [2] - 60:12, 95:13
**experts** [9] - 59:24, 60:5, 60:8, 61:13, 115:12, 118:17, 136:20, 141:1
**explain** [14] - 33:21, 43:20, 68:18, 69:3, 98:1, 100:10, 103:13, 107:1, 112:8, 117:8, 124:11, 145:23, 146:1, 146:5
**explains** [1] - 127:1
**explore** [2] - 28:17, 34:10
**exposed** [2] - 45:9, 53:11
**exposure** [4] - 5:20, 44:3, 44:4, 44:5
**expressed** [1] - 89:18
**extensive** [2] - 80:16, 80:23
**extent** [2] - 13:14, 126:13
**extra** [3] - 80:2, 88:6, 165:22
**extracellular** [1] - 79:23
**eye** [1] - 122:2
**eyes** [2] - 97:9, 97:14, 132:19
**eyesight** [1] - 19:24

---

# F

**fabricate** [3] - 29:24, 157:14, 157:20
**fabricating** [1] - 157:25
**facets** [1] - 60:5
**fact** [22] - 9:24, 10:17, 13:4, 15:12, 17:17, 17:21, 18:10, 22:19, 24:21, 37:19, 49:22, 51:22, 52:18, 63:24, 84:14, 87:4, 87:10, 92:1, 115:12, 155:1, 158:16, 159:4
**factor** [1] - 90:18
**factors** [1] - 100:3
**facts** [4] - 62:22, 82:23, 83:4, 84:20
**factually** [1] - 27:23
**faculty** [2] - 139:20, 154:8
**fair** [29] - 5:7, 6:23, 9:6, 10:6, 10:9, 10:10, 14:13, 14:21, 17:5, 18:12, 21:1, 24:5, 26:11, 44:3, 44:20, 56:15, 56:24, 95:13, 97:12, 108:5, 124:11, 126:5, 132:15, 133:17, 136:13, 144:18, 150:21, 155:7, 157:6

**fairly** [1] - 40:15
**fake** [4] - 33:7, 33:13, 33:17, 39:18
**false** [3] - 32:22, 33:20, 34:4
**familiar** [3] - 41:10, 74:6, 147:25
**families** [2] - 67:25, 69:1
**family** [6] - 7:13, 8:9, 48:7, 88:6, 89:3, 155:9
**far** [3] - 43:23, 60:21, 95:5
**fashion** [1] - 84:6
**fault** [1] - 134:9
**favorite** [1] - 57:21
**FDG** [44] - 70:3, 70:15, 71:8, 71:10, 71:14, 71:17, 74:21, 75:1, 76:6, 78:6, 78:17, 78:21, 79:8, 79:19, 80:19, 81:20, 106:7, 106:9, 114:22, 114:25, 116:7, 116:10, 117:9, 117:12, 117:17, 120:17, 120:18, 121:10, 121:12, 121:14, 121:16, 123:12, 123:14, 123:16, 123:19, 123:23, 124:1, 126:13, 126:15, 129:14, 134:1, 134:22, 162:9, 162:19
**features** [1] - 63:18
**February** [6] - 148:8, 148:13, 148:15, 148:18, 148:19
**federal** [3] - 12:21, 17:7, 26:2
**feed** [1] - 66:16
**fellowship** [1] - 57:18
**felt** [1] - 38:23
**few** [4] - 21:3, 77:8, 101:8, 146:24
**fiduciary** [1] - 7:5
**field** [2] - 59:9, 110:24
**fifth** [1] - 92:12
**figure** [2] - 98:7, 98:13
**file** [5] - 137:1, 137:15, 138:13, 142:11, 153:2
**filed** [13] - 26:9, 26:14, 52:7, 52:9, 115:20, 116:6, 117:25, 119:2, 119:10, 119:13, 119:18, 141:2, 160:15
**filing** [1] - 118:6
**finances** [1] - 67:16
**findings** [7] - 79:5, 79:8, 79:13, 82:2, 106:9, 121:10, 162:4
**fine** [6] - 7:3, 78:11, 98:9, 130:13, 161:19
**finish** [2] - 143:20, 166:8
**firing** [1] - 148:23
**firm** [3] - 11:18, 11:23, 18:18
**first** [20] - 18:10, 18:15, 20:20, 57:7, 63:9, 77:16, 77:17, 77:18, 79:20, 101:22, 102:3, 108:10, 127:21, 131:3, 131:5, 133:11, 149:12, 160:2, 160:5, 160:14
**fish** [2] - 15:14, 15:15
**Fisher** [1] - 72:17
**fishing** [1] - 4:23
**fit** [1] - 35:18
**five** [2] - 58:2, 99:8
**flight** [2] - 54:18, 85:15
**flip** [4] - 104:16, 128:17, 130:15, 131:9
**floating** [1] - 104:2

**floor** [3] - 89:8, 89:12, 89:14
**Fluorodeoxyglucose** [1] - 79:5
**fluorodeoxyglucose** [3] - 70:4, 77:3, 79:12
**focus** [7] - 9:4, 21:14, 89:24, 101:1, 101:2, 102:18, 123:12
**folks** [1] - 166:18
**follow** [5] - 72:4, 73:24, 74:1, 77:8, 77:21
**following** [3] - 12:25, 40:2, 51:25
**follows** [2] - 55:20, 108:13
**food** [1] - 66:16
**FOR** [3] - 1:1, 1:17, 2:1
**foregoing** [1] - 167:3
**foreign** [1] - 26:3
**Forensic** [11] - 59:21, 59:23, 60:16, 114:8, 118:17, 120:6, 136:17, 137:1, 138:13, 139:8, 139:20
**forensic** [17] - 59:25, 60:6, 60:14, 88:9, 88:14, 88:15, 136:13, 136:14, 136:20, 136:23, 139:10, 139:15, 139:21, 140:15, 142:17, 152:12, 157:11
**forged** [1] - 32:15
**forgery** [1] - 32:16
**formally** [1] - 10:12
**formed** [1] - 142:14
**former** [1] - 49:18
**forms** [3] - 14:24, 15:6, 80:4
**formulate** [1] - 60:7
**forth** [3] - 20:4, 23:18, 23:19
**forward** [1] - 55:11
**foundation** [2] - 91:14, 115:3
**fourth** [1] - 92:12
**frame** [2] - 100:12
**Frank** [2] - 61:22, 66:8
**fraud** [1] - 28:1
**frequent** [3] - 79:12, 80:14, 113:15
**friends** [1] - 147:5
**front** [1] - 137:4
**frontal** [1] - 70:18
**frontotemporal** [1] - 71:4
**frying** [1] - 4:23
**full** [1] - 142:24
**fully** [5] - 23:4, 69:23, 93:21, 158:5, 163:6
**fun** [2] - 61:6, 163:9
**func** [1] - 121:23
**function** [22] - 65:14, 65:15, 66:19, 66:21, 67:20, 68:2, 71:16, 76:10, 82:15, 82:17, 84:13, 90:25, 91:18, 91:20, 95:5, 114:2, 146:9, 146:18, 163:6, 163:11, 164:11
**functional** [5] - 66:5, 70:3, 93:24, 145:17, 145:21
**functioning** [4] - 66:10, 78:25, 125:4, 146:15
**fund** [1] - 23:14
**funded** [2] - 56:17, 56:18
**funding** [2] - 22:3, 56:20

**funds** [1] - 22:24
**FURTHER** [1] - 164:18
**fuzzy** [1] - 146:24

## G

**gain** [5] - 58:19, 88:4, 88:5, 89:1, 89:2
**gained** [1] - 19:6
**game** [1] - 163:3
**gears** [3] - 8:19, 14:8, 23:21
**general** [2] - 70:10, 150:1
**generalized** [1] - 72:18
**generally** [1] - 87:17
**generated** [3] - 73:9, 103:19, 103:23
**generation** [1] - 103:17
**genetics** [1] - 21:15
**genuine** [2] - 158:10, 158:13
**GEORGE** [1] - 1:11
**geriatric** [2] - 60:15, 86:20
**gift** [1] - 23:7
**gifts** [2] - 23:12, 47:15
**girl** [2] - 49:3, 49:24
**given** [11] - 22:19, 31:19, 31:22, 32:2, 41:19, 47:10, 47:14, 49:15, 49:19, 73:12, 75:8
**glad** [1] - 127:13
**glaringly** [1] - 159:14
**glia** [3] - 76:19, 76:21, 76:25
**glial** [1] - 76:22
**gliosis** [1] - 76:25
**global** [1] - 76:4
**glucose** [5] - 70:22, 71:2, 78:18, 78:24
**Goldberg** [1] - 139:18
**golf** [3] - 163:3, 163:9
**Gould** [1] - 48:4
**government** [21] - 17:5, 17:7, 19:14, 25:8, 27:13, 27:16, 27:22, 30:11, 36:16, 46:5, 51:17, 51:24, 52:4, 53:8, 54:4, 55:7, 85:16, 118:2, 158:16, 164:20, 166:10
**GOVERNMENT** [1] - 1:17
**Government** [1] - 27:25
**Government's** [2] - 19:19, 54:9
**grade** [1] - 126:14
**Graham** [3] - 32:7, 32:12, 33:21
**Grand** [2] - 17:4, 25:2
**graphs** [1] - 99:9
**gratefully** [1] - 23:8
**gray** [4] - 112:22, 112:25, 113:3, 121:19
**great** [6] - 19:24, 55:17, 74:16, 74:18, 90:5, 165:7
**greater** [4] - 71:15, 74:23, 76:5, 88:15
**greatest** [1] - 73:11
**greatly** [2] - 86:14, 87:2
**Greenberg** [1] - 11:25
**Grossman** [1] - 56:9
**grounds** [1] - 24:13
**group** [3] - 59:20, 124:7, 129:22
**groups** [2] - 124:6, 127:8

**guess** [6] - 9:4, 17:21, 46:14, 113:21, 125:9, 164:6
**Guilmette** [6] - 60:10, 60:12, 60:13, 136:19, 143:18, 143:21
**Guilmette's** [1] - 152:18
**guns** [1] - 149:5
**Gutierrez** [2] - 61:23, 66:8
**guy** [5] - 139:15, 139:16, 139:21, 139:22, 139:23
**guys** [6] - 26:25, 98:6, 114:11, 114:25, 116:1, 116:16

### H

**half** [2] - 71:18, 76:21
**Hallett** [3] - 11:15, 11:18, 18:15
**hand** [8] - 42:7, 44:16, 109:16, 124:17, 127:10, 130:20, 133:11, 150:10
**handed** [1] - 128:4
**handing** [2] - 42:18, 48:21
**handle** [1] - 67:16
**handled** [1] - 39:15
**handling** [1] - 40:18
**HANKS** [1] - 1:11
**happily** [1] - 58:15
**happy** [1] - 58:16
**hard** [1] - 13:19
**hardware** [1] - 111:17
**harm** [1] - 69:6
**Harris** [1] - 11:8
**hazy** [1] - 119:7
**head** [1] - 139:8
**health** [1] - 56:17
**hear** [1] - 110:24
**heard** [2] - 10:11, 116:24
**HEARING** [1] - 1:9
**hearing** [2] - 77:25, 147:19
**hearsay** [2] - 26:16, 26:24
**heavily** [1] - 155:8
**heavy** [1] - 104:22
**held** [5] - 8:3, 20:22, 57:8
**help** [11] - 16:7, 54:12, 73:4, 76:9, 78:16, 84:11, 126:5, 126:10, 141:20, 159:23
**helped** [1] - 18:19
**helpful** [4] - 62:18, 109:2, 111:23, 132:14
**hence** [1] - 67:16
**hide** [1] - 29:1
**high** [3] - 80:23, 146:15, 146:18
**high-functioning** [1] - 146:15
**higher** [1] - 95:5, 112:22, 132:11
**highly** [4] - 70:23, 80:6, 84:1, 88:19
**himself** [3] - 14:16, 66:14, 66:16
**Hinkey** [1] - 5:16
**hippocampus** [6] - 106:17, 106:19, 106:25, 107:1, 109:17, 109:21
**historically** [1] - 10:21
**hold** [5] - 56:14, 57:9, 58:25, 115:11,

137:17
**holdings** [1] - 5:17
**holds** [2] - 41:20, 43:9
**home** [4] - 10:25, 12:18, 24:9, 147:8
**Honor** [42] - 4:8, 26:19, 27:2, 28:14, 30:7, 30:13, 31:22, 34:12, 35:19, 43:23, 44:13, 45:18, 48:19, 53:15, 53:18, 54:24, 55:4, 59:7, 73:25, 77:23, 84:21, 85:6, 85:13, 89:21, 90:7, 90:9, 91:16, 92:16, 104:19, 115:2, 120:21, 127:17, 130:12, 134:3, 134:8, 163:24, 164:1, 164:15, 165:6, 165:9, 165:19, 166:4
**HONORABLE** [1] - 1:11
**hopefully** [1] - 93:15
**Hospital** [1] - 89:7
**hospital** [2] - 89:7, 148:4
**hospitalizations** [2] - 100:22, 101:11
**hospitalized** [2] - 101:3, 101:7
**hotel** [1] - 35:3
**hour** [3] - 60:18, 60:21, 142:3
**hours** [5] - 142:5, 142:6, 142:18, 143:6, 165:11
**house** [5] - 4:20, 12:14, 13:21, 45:14, 151:15
**HOUSTON** [1] - 1:2
**Houston** [6] - 2:4, 2:13, 12:15, 20:14, 144:4, 148:4
**houston** [1] - 1:4
**Hrdlicka** [2] - 10:12, 10:15
**hygiene** [1] - 16:7
**hyperphosphorylated** [1] - 80:2
**hypometabolism** [10] - 70:17, 70:20, 71:5, 71:8, 81:21, 81:23, 125:2, 125:11, 125:14, 162:11
**Hypometabolism** [2] - 129:8, 131:5

### I

**I.C.U** [3] - 119:3, 119:6, 119:9
**idea** [5] - 7:23, 50:9, 50:11, 50:14, 81:13
**ideas** [1] - 7:20
**identification** [4] - 31:12, 124:25, 125:7, 127:23
**identified** [1] - 15:13
**illegal** [2] - 33:13, 33:17
**image** [5] - 95:20, 108:2, 124:7, 130:17, 131:10
**images** [24] - 70:9, 70:10, 76:8, 96:7, 97:10, 97:21, 98:1, 99:22, 99:25, 108:25, 121:19, 123:6, 123:22, 128:1, 128:11, 128:14, 128:22, 129:15, 129:17, 131:18, 132:22, 133:17, 136:1, 159:17
**imagine** [2] - 33:15, 43:15
**imaging** [12] - 21:14, 61:12, 64:5, 70:3, 74:20, 76:10, 95:16, 95:19, 96:3, 101:19, 136:11, 165:3
**Imaging** [1] - 129:7
**immediately** [1] - 89:6

**immunity** [7] - 24:23, 52:14, 52:16, 53:3, 53:4, 53:6, 53:8
**impact** [3] - 91:18, 154:5, 161:4
**impaired** [1] - 86:2
**Impairment** [1] - 129:9
**impairment** [28] - 58:9, 65:9, 66:5, 66:7, 66:10, 67:10, 67:17, 68:19, 69:5, 69:15, 69:19, 69:22, 78:14, 82:7, 82:9, 82:17, 85:25, 90:17, 90:20, 92:7, 93:24, 96:19, 126:14, 126:19, 149:16, 149:21, 151:2, 163:21
**impairments** [2] - 66:20, 91:17
**impairs** [1] - 68:1
**impeach** [1] - 30:14
**impeaching** [1] - 30:11
**impeachment** [2] - 26:20, 27:4
**implement** [1] - 67:25
**implies** [1] - 87:8
**important** [16] - 23:2, 72:5, 75:10, 84:5, 84:16, 90:24, 90:25, 91:20, 91:23, 106:16, 111:8, 114:19, 154:7, 154:10, 155:20
**impossible** [1] - 111:22
**impression** [7] - 64:7, 72:21, 73:22, 75:20, 76:4, 162:8, 162:14
**impressions** [2] - 162:2, 162:3
**imprisonment** [1] - 89:1
**improbable** [1] - 88:19
**improper** [1] - 26:20
**IN** [1] - 1:1
**inaccurate** [2] - 82:14, 83:2
**inappropriate** [3] - 68:21, 69:4, 159:15
**inappropriately** [1] - 17:18
**Inc** [4] - 5:13, 38:1, 38:4, 38:11
**inclination** [1] - 20:10
**include** [2] - 10:11, 11:7
**income** [5] - 17:18, 17:19, 26:3, 26:4
**inconsistency** [1] - 158:6
**inconsistent** [1] - 83:21
**incorrect** [1] - 6:6
**increase** [2] - 44:19, 86:19
**increased** [1] - 112:25
**indeed** [2] - 59:1, 71:10
**indenture** [1] - 19:2
**independence** [3] - 93:25, 145:17, 145:21
**independent** [1] - 60:1
**INDEX** [1] - 3:1
**indicate** [1] - 79:14
**indicated** [2] - 80:22, 126:18
**indicating** [1] - 80:16
**indication** [1] - 121:2
**indicator** [1] - 120:15
**indicted** [1] - 25:13
**indictment** [6] - 25:16, 27:10, 27:23, 52:10, 52:11, 156:19
**indirectly** [2] - 7:14, 8:10
**individual** [2] - 84:19, 87:9
**induce** [1] - 87:17

**induced** [1] - 87:12
**indulgence** [2] - 130:12, 164:16
**infection** [1] - 87:12, 87:16
**inflammation** [2] - 87:17, 87:23
**inflammatory** [2] - 76:23, 87:15
**information** [25] - 18:20, 18:22, 18:23, 27:23, 32:22, 33:20, 34:4, 66:7, 73:8, 74:15, 74:18, 75:7, 84:1, 84:5, 89:23, 137:9, 137:21, 146:7, 149:9, 155:14, 160:19, 160:22, 160:23, 161:3, 164:21
**informative** [1] - 116:13
**informed** [2] - 6:16, 144:23
**injury** [1] - 21:1
**ink** [1] - 32:8
**innocent** [1] - 27:14
**inquiry** [1] - 18:24
**insists** [1] - 22:23
**instability** [1] - 63:15
**instance** [1] - 49:9
**instead** [3] - 6:4, 6:18, 118:5
**institutes** [1] - 56:17
**institution** [2] - 20:13, 23:7
**institutions** [2] - 23:6, 23:7
**instruct** [1] - 13:12
**instructions** [2] - 31:19, 32:1
**insult** [1] - 86:1
**insults** [2] - 86:24, 87:11
**insurance** [1] - 88:5
**intended** [1] - 26:22
**interactions** [1] - 82:21
**interest** [2] - 8:8, 51:8
**interesting** [1] - 162:21
**interfere** [1] - 67:11
**internal** [1] - 5:20
**interrupted** [1] - 120:22
**intervals** [1] - 71:20
**intervention** [1] - 21:21
**interventional** [1] - 21:22
**interview** [3] - 143:13, 155:18, 158:17
**interviewing** [1] - 143:16
**interviews** [1] - 61:21
**introduced** [1] - 134:7
**introduces** [1] - 111:20
**introducing** [1] - 26:21
**introduction** [1] - 18:10
**investigation** [7] - 13:5, 13:14, 20:11, 44:5, 52:19, 52:24, 52:25
**investments** [1] - 45:3
**involved** [6] - 10:19, 10:22, 38:18, 52:12, 61:13, 84:17
**involvement** [1] - 10:20
**irrevocable** [3] - 43:4, 43:11
**IRS** [10] - 17:9, 17:12, 17:14, 17:17, 17:22, 18:1, 18:22, 19:2, 19:5, 45:1
**issue** [11] - 35:14, 40:17, 54:9, 89:4, 89:25, 90:4, 90:25, 91:8, 91:20, 91:23
**issued** [2] - 59:1, 61:13
**issues** [4] - 13:16, 35:8, 64:15, 166:3
**itself** [5] - 17:22, 17:23, 81:1, 87:13,

152:13

## J

**James** [4] - 2:6, 12:3, 127:14, 139:24
**January** [6] - 26:13, 83:18, 83:22, 145:3, 145:21, 154:13
**Jason** [1] - 2:2
**Jefferson** [1] - 23:10
**Jewish** [1] - 166:4
**jloonam@jonesday.com** [1] - 2:9
**job** [7] - 18:23, 37:24, 38:11, 38:20, 67:20, 68:1, 123:18
**John's** [2] - 24:25, 26:11
**Jones** [7] - 2:2, 2:7, 51:18, 51:23, 52:2, 54:3, 54:7
**journal** [2] - 131:7, 138:25
**Journal** [1] - 129:6
**journals** [1] - 58:18
**JR** [1] - 1:11
**judge** [7] - 67:21, 68:16, 68:17, 68:21, 69:7, 111:5, 136:21
**Judge** [1] - 166:7
**JUDGE** [1] - 1:12
**judging** [1] - 68:22
**judgment** [6] - 67:15, 68:19, 69:6, 69:7, 157:16, 163:22
**July** [6] - 72:10, 115:24, 119:21, 119:25, 138:10, 143:22
**jump** [1] - 129:1
**jumped** [1] - 19:15
**June** [5] - 19:20, 138:9, 160:9
**jurisdiction** [2] - 8:24, 9:20
**Jury** [2] - 17:4, 25:2
**Justice** [5] - 1:20, 25:7, 25:18, 25:22, 26:1
**jvarnado@jonesday.com** [1] - 2:5

## K

**Kaplan** [1] - 11:25
**Kathleen** [4] - 2:12, 167:3, 167:7, 167:8
**Kathryn** [1] - 2:6
**keep** [2] - 68:22, 165:21
**keeping** [1] - 144:3
**Keneally** [1] - 2:6
**Kepke** [4] - 10:11, 10:25, 13:8, 14:6
**Kepke's** [3] - 12:14, 12:18, 51:2
**kept** [1] - 147:22
**keys** [2] - 147:14, 147:17
**killed** [1] - 9:2
**kind** [5] - 13:5, 16:18, 20:18, 152:11, 159:16
**kkeneally@jonesday.com** [1] - 2:9
**Kling** [1] - 11:11
**knowing** [1] - 14:18
**known** [3] - 5:20, 9:7, 16:25
**knows** [1] - 54:4
**Kozusko** [1] - 11:8
**KYC** [2] - 9:8, 9:21

## L

**lab** [2] - 21:18, 57:17
**laboratory** [1] - 56:20
**lack** [2] - 103:18, 142:16
**lacked** [1] - 63:1
**Lai** [3] - 147:25, 148:1, 148:2
**Lance** [1] - 48:4
**land** [2] - 4:20, 7:24
**Langston** [9] - 1:18, 3:3, 4:14, 8:2, 8:20, 11:1, 13:24, 15:2, 54:3
**LANGSTON** [44] - 26:16, 26:19, 28:14, 28:16, 29:6, 29:8, 30:7, 30:13, 30:18, 30:24, 31:22, 31:25, 34:12, 34:17, 35:19, 35:20, 37:1, 37:4, 41:6, 41:9, 42:16, 42:18, 42:20, 42:22, 43:18, 43:22, 44:1, 44:12, 44:15, 45:18, 45:21, 48:17, 48:21, 48:23, 50:22, 50:25, 53:15, 53:24, 54:15, 55:3, 59:16, 98:20, 124:23, 135:2
**largest** [1] - 89:7
**last** [9] - 22:6, 42:23, 56:2, 86:6, 128:17, 128:23, 163:2, 164:4, 164:20
**late** [6] - 63:22, 115:24, 163:2, 163:4, 163:7, 163:15
**late-stage** [1] - 63:22
**latter** [2] - 103:5, 103:6
**laundering** [1] - 25:24
**law** [12] - 9:18, 11:22, 18:18, 33:6, 33:9, 35:10, 35:22, 36:5, 36:15, 40:9, 91:11
**lawfully** [1] - 17:16
**laws** [1] - 42:24
**lawsuits** [3] - 53:9, 53:12, 53:13
**lawyer** [4] - 9:24, 11:19, 18:14, 67:21
**lawyers** [4] - 45:4, 154:17, 154:20, 155:1
**lay** [2] - 97:21, 102:24
**layperson** [6] - 103:2, 112:15, 122:3, 122:15, 122:17, 124:11
**lead** [2] - 66:10, 87:13
**leading** [6] - 13:25, 31:21, 35:13, 75:25, 78:9, 78:11
**leads** [2] - 81:25, 87:17
**learn** [2] - 60:20, 95:3
**learned** [4] - 13:1, 18:15, 84:1, 127:14
**learning** [1] - 13:7
**least** [1] - 157:9
**leave** [2] - 93:1, 147:8
**Lee** [1] - 1:18
**lee.f.langston@usdoj.gov** [1] - 1:23
**legal** [9] - 10:2, 10:4, 11:6, 28:18, 28:20, 33:7, 34:11, 91:12, 154:11
**less** [7] - 9:21, 49:5, 49:6, 97:8, 103:13, 114:19, 125:14
**letter** [6] - 20:16, 22:23, 23:16, 23:18, 23:19
**letters** [1] - 135:7
**letting** [1] - 35:17
**level** [19] - 17:6, 37:25, 39:1, 39:3, 39:4,

66:18, 66:21, 69:21, 73:5, 78:14, 82:7, 86:1, 87:6, 88:16, 90:17, 90:20, 92:7, 99:20, 146:18
**levels** [2] - 80:23, 96:19
**Lewin** [1] - 11:22
**Lewy** [11] - 58:10, 58:22, 62:2, 62:5, 62:7, 62:8, 62:11, 62:13, 65:23, 162:6
**lied** [1] - 51:12
**life** [4] - 8:15, 84:4, 86:22, 119:9
**Ligand** [1] - 74:22
**likely** [4] - 81:15, 98:3, 103:3, 109:6
**limited** [1] - 87:10
**line** [4] - 4:17, 36:11, 38:19, 42:23
**list** [3] - 47:9, 137:12, 141:15
**listed** [2] - 142:24, 144:13
**listen** [2] - 70:11, 92:11
**listing** [2] - 137:8, 137:21
**lists** [1] - 31:14
**literally** [1] - 166:10
**literature** [4] - 86:15, 123:22, 124:3, 133:25
**litigation** [1] - 26:10
**lived** [2] - 29:19, 159:18
**living** [5] - 56:5, 66:13, 66:18, 67:11, 94:5
**LLC** [1] - 5:16
**Lloyd** [10] - 30:3, 30:4, 30:5, 30:25, 31:6, 31:9, 32:5, 32:10, 32:11, 32:18
**lobes** [3] - 106:6, 106:13, 125:12
**long-term** [1] - 67:14
**longitudinal** [2] - 72:8, 75:4
**longitudinally** [1] - 72:4
**look** [22] - 11:3, 32:4, 36:9, 36:11, 51:2, 51:6, 70:8, 72:20, 84:4, 99:22, 101:19, 119:19, 121:18, 122:3, 122:20, 123:14, 126:9, 131:22, 133:14, 137:7, 155:15, 166:13
**looked** [6] - 20:17, 38:1, 69:18, 70:10, 89:3, 135:11
**looking** [16] - 10:24, 19:22, 36:16, 76:10, 81:23, 97:10, 99:25, 103:11, 105:6, 110:11, 123:10, 128:22, 129:13, 165:24, 166:13
**looks** [4] - 121:19, 123:16, 124:1, 124:12
**Loonam** [5] - 2:6, 3:6, 3:7, 97:16, 102:7
**LOONAM** [63] - 55:1, 55:4, 55:7, 55:22, 59:7, 59:12, 73:24, 74:2, 77:9, 77:23, 78:3, 78:5, 78:9, 78:12, 84:21, 85:1, 85:6, 85:13, 85:20, 85:23, 89:21, 90:3, 90:6, 91:2, 91:5, 91:7, 92:16, 92:18, 97:17, 98:9, 100:12, 102:9, 104:25, 105:9, 105:15, 105:18, 110:17, 110:20, 111:1, 115:2, 115:6, 120:21, 127:13, 127:15, 130:21, 133:4, 134:5, 135:18, 136:5, 158:18, 161:10, 161:15, 161:18, 161:22, 163:24, 164:15, 164:19, 165:4, 165:9, 165:16, 165:19, 166:3, 166:20
**loose** [2] - 45:7, 68:9

**lose** [1] - 147:2
**losing** [1] - 76:20
**loss** [18] - 63:16, 64:18, 71:15, 72:6, 72:14, 72:15, 76:15, 76:16, 77:1, 77:2, 77:10, 77:11, 77:14, 78:23, 103:7, 106:10, 145:16, 145:21
**Lou** [1] - 11:11
**loved** [2] - 88:6, 158:6
**low** [5] - 100:8, 100:13, 100:20, 101:15, 101:18
**lower** [2] - 9:7, 9:20
**lowers** [1] - 86:21
**loyalty** [1] - 159:5
**lunch** [1] - 85:4
**lying** [3] - 51:14, 157:9, 158:9

# M

**M.D** [2] - 3:5, 55:19
**MAGNANI** [62] - 29:7, 59:15, 78:11, 90:9, 90:11, 91:16, 91:24, 92:5, 92:23, 97:18, 97:19, 98:6, 98:11, 98:15, 98:19, 98:21, 98:23, 102:11, 102:13, 104:1, 104:5, 104:18, 104:22, 105:1, 105:12, 105:16, 105:19, 111:3, 115:5, 115:9, 115:16, 121:4, 124:24, 127:14, 127:16, 127:20, 130:14, 130:22, 130:24, 133:2, 133:7, 134:3, 134:8, 134:11, 134:13, 135:1, 135:3, 135:6, 135:9, 135:16, 135:21, 136:3, 136:8, 136:10, 158:20, 158:22, 159:20, 159:22, 161:6, 161:16, 164:1, 165:6
**Magnani** [2] - 1:19, 3:7
**magnetic** [1] - 21:23
**mail** [14] - 15:14, 29:9, 29:13, 29:17, 34:19, 34:25, 35:6, 35:24, 36:10, 36:17, 36:23, 48:24, 48:25, 150:19
**mails** [5] - 15:2, 15:12, 15:21, 36:20, 37:8
**main** [1] - 89:5
**maintain** [2] - 142:17, 164:11
**majority** [1] - 84:14
**malingering** [10] - 88:1, 88:8, 88:16, 88:18, 94:17, 95:6, 95:9, 95:13, 95:19, 152:9
**man** [3] - 29:25, 30:5, 61:4
**manage** [1] - 38:20
**managed** [1] - 26:3
**MANAGER** [4] - 4:5, 29:5, 85:7, 85:9
**manifest** [1] - 164:10
**manner** [3] - 8:4, 22:20, 63:2
**maps** [1] - 99:9
**March** [12] - 29:9, 71:10, 101:2, 101:6, 117:13, 122:5, 152:22, 153:25, 156:23, 161:24, 162:8
**Marcopulos** [1] - 140:7
**marine** [2] - 8:14, 8:15
**mark** [12] - 31:11, 34:18, 37:7, 44:12, 48:18, 124:21, 125:7, 127:22, 130:25, 133:9, 135:6, 143:15

**marked** [5] - 19:18, 48:22, 98:11, 104:24, 135:4
**market** [1] - 6:23
**marking** [3] - 124:25, 130:21, 135:22
**mask** [2] - 55:15, 55:16
**massive** [2] - 103:2, 103:6
**matches** [1] - 79:6
**materials** [1] - 61:8
**matter** [15] - 26:14, 26:23, 30:12, 38:17, 59:18, 60:7, 60:9, 60:17, 60:21, 61:5, 61:24, 112:22, 112:25, 113:3, 167:5
**matters** [1] - 154:11
**MCI** [9] - 93:21, 125:17, 126:2, 126:7, 129:17, 129:18, 134:18, 145:13, 148:9
**mean** [24] - 10:15, 35:15, 39:1, 40:15, 54:10, 61:10, 75:7, 78:19, 84:12, 85:4, 101:18, 103:2, 103:3, 107:16, 108:14, 110:20, 114:11, 115:4, 115:11, 143:9, 146:25, 150:1, 152:5, 160:23
**meaning** [2] - 102:24, 103:5
**means** [4] - 93:23, 109:20, 138:20, 152:16
**meant** [1] - 155:13
**measure** [5] - 77:5, 114:22, 116:10, 117:9, 117:10
**measured** [2] - 95:25, 127:4
**measurement** [1] - 108:18
**measures** [3] - 14:21, 67:2, 165:3
**mechanical** [1] - 2:15
**mechanism** [3] - 33:23, 34:1, 34:5
**Medical** [1] - 19:11
**medical** [10] - 48:6, 56:12, 56:14, 57:18, 61:11, 61:15, 149:14, 149:16, 149:20, 151:2
**medicine** [1] - 56:9
**Medicine** [2] - 20:4, 129:7
**meet** [3] - 52:4, 165:14, 165:15
**meeting** [2] - 51:16, 54:7
**meetings** [3] - 17:5, 25:6, 54:3
**member** [1] - 139:20
**members** [6] - 7:14, 8:9, 48:7, 114:8, 120:5, 138:13
**memo** [7] - 28:4, 29:25, 32:8, 44:7, 44:9, 44:17, 46:8
**memories** [1] - 84:16
**memory** [34] - 12:8, 57:14, 65:9, 65:10, 65:15, 67:12, 67:13, 67:14, 82:12, 82:24, 84:13, 84:14, 91:17, 95:10, 106:14, 106:17, 118:16, 119:6, 149:16, 149:20, 149:23, 151:2, 153:6, 153:12, 153:21, 154:1, 154:7, 154:25, 163:1, 163:11, 163:13, 163:16, 164:4
**Mental** [1] - 66:24
**mental** [1] - 63:4
**mention** [1] - 22:22
**mentioned** [12] - 12:22, 13:8, 45:23, 51:1, 62:4, 64:14, 76:4, 106:4, 116:19, 116:22, 116:24, 149:22
**mere** [1] - 132:19
**mess** [2] - 161:17, 161:18

**message** [1] - 68:25
**met** [6] - 18:15, 51:17, 51:23, 51:24, 52:2, 61:17
**metabolic** [3] - 70:23, 86:1, 87:11
**metabolically** [1] - 70:23
**method** [3] - 74:9, 74:12, 74:13
**Methodist** [1] - 148:4
**methodologies** [1] - 73:10
**methods** [2] - 59:6, 74:11
**Michael** [1] - 139:7
**Michele** [1] - 152:23
**middle** [1] - 98:20
**might** [21] - 13:22, 20:10, 28:5, 28:6, 39:14, 46:7, 47:1, 82:12, 85:2, 99:20, 103:2, 104:2, 105:5, 112:14, 123:18, 154:4, 155:23, 157:13, 157:19, 159:5, 166:20
**mild** [19] - 58:9, 67:7, 67:8, 67:10, 67:25, 68:3, 68:7, 68:11, 68:12, 69:11, 69:13, 69:15, 69:19, 69:22, 83:17, 83:23, 145:10, 162:4
**Mild** [1] - 129:9
**military** [1] - 22:8
**Miller** [4] - 2:12, 167:3, 167:7, 167:8
**millimeter** [3] - 111:19, 111:25, 112:3
**million** [5] - 21:4, 21:14, 21:21, 23:17, 45:14
**mind** [6] - 17:18, 27:24, 105:13, 123:12, 123:15, 161:20
**Mini** [1] - 66:24
**Mini-Mental** [1] - 66:24
**mis** [1] - 118:12
**mislead** [1] - 112:15
**misleading** [2] - 108:23, 115:3
**mismanaging** [1] - 38:24
**misquote** [1] - 94:3
**misrepresenting** [1] - 102:5
**missed** [3] - 46:2, 54:18, 54:19
**missing** [2] - 42:6, 42:14
**misstatement** [1] - 6:11
**misstates** [1] - 158:18
**mistaken** [1] - 83:4
**MMSE** [7] - 127:5, 127:8, 129:20, 129:25, 130:3, 132:9, 132:16
**MoCAs** [1] - 66:25
**mode** [1] - 31:23
**moderate** [30] - 62:1, 62:4, 66:1, 66:4, 66:11, 67:12, 67:15, 67:17, 72:18, 72:21, 72:22, 75:17, 75:20, 79:11, 80:13, 82:1, 82:4, 83:17, 93:18, 94:2, 113:15, 122:24, 130:7, 145:4, 145:8, 145:10, 146:21, 146:22, 147:1, 164:12
**molecular** [1] - 21:15
**Molecular** [1] - 129:7
**moment** [2] - 53:15, 150:5
**Monday** [2] - 166:8, 166:19
**money** [3] - 23:9, 25:24, 50:20
**monies** [2] - 22:19, 23:17
**monitor** [2] - 42:12

**months** [1] - 83:18
**morning** [2] - 58:15, 165:21
**Morrison** [2] - 11:15, 11:16
**mortality** [2] - 86:20, 86:21
**mortals** [1] - 132:19
**most** [12] - 34:8, 58:8, 65:2, 75:10, 90:18, 90:24, 90:25, 91:20, 91:23, 98:3, 106:16, 155:24
**mostly** [1] - 97:4
**motion** [2] - 52:7, 52:9
**motivation** [1] - 25:9, 157:14, 157:20
**motor** [11] - 63:13, 63:15, 63:20, 63:24, 65:15, 163:1, 163:5, 163:9, 163:13, 163:16, 164:4
**Mountain** [5] - 4:20, 5:12, 5:13, 5:25, 6:18
**mouth** [1] - 151:5
**move** [6] - 59:8, 133:2, 134:4, 151:19, 159:2, 161:19
**moved** [4] - 8:23, 9:1, 83:3, 136:3
**movements** [1] - 163:5
**MR** [195] - 4:8, 4:10, 26:16, 26:17, 26:19, 27:1, 27:5, 27:6, 28:12, 28:14, 28:16, 29:6, 29:7, 29:8, 30:7, 30:10, 30:13, 30:16, 30:18, 30:19, 30:21, 30:24, 31:21, 31:22, 31:25, 34:12, 34:14, 34:17, 35:13, 35:19, 35:20, 37:1, 37:2, 37:4, 41:6, 41:7, 41:9, 42:16, 42:18, 42:20, 42:22, 43:18, 43:22, 43:24, 44:1, 44:12, 44:15, 45:18, 45:19, 45:21, 48:17, 48:21, 48:23, 50:22, 50:23, 50:25, 53:15, 53:18, 53:21, 53:24, 54:1, 54:2, 54:14, 54:15, 55:1, 55:3, 55:4, 55:7, 55:22, 59:7, 59:12, 59:15, 59:16, 73:24, 74:2, 77:9, 77:23, 78:3, 78:5, 78:9, 78:11, 78:12, 84:21, 85:1, 85:6, 85:13, 85:20, 85:23, 89:21, 90:3, 90:6, 90:9, 90:11, 91:2, 91:5, 91:7, 91:16, 91:24, 92:5, 92:16, 92:18, 92:23, 97:17, 97:18, 97:19, 98:6, 98:9, 98:11, 98:15, 98:19, 98:20, 98:21, 98:23, 100:12, 102:9, 102:11, 102:13, 104:1, 104:5, 104:18, 104:22, 104:25, 105:1, 105:9, 105:12, 105:15, 105:16, 105:18, 105:19, 110:17, 110:20, 111:1, 111:3, 115:2, 115:5, 115:6, 115:9, 115:16, 120:21, 121:4, 124:23, 124:24, 127:13, 127:14, 127:15, 127:16, 127:20, 130:14, 130:21, 130:22, 130:24, 133:2, 133:4, 133:7, 134:3, 134:5, 134:8, 134:11, 134:13, 135:1, 135:2, 135:3, 135:6, 135:9, 135:16, 135:18, 135:21, 136:3, 136:5, 136:8, 136:10, 158:18, 158:20, 158:22, 159:20, 159:22, 161:6, 161:10, 161:15, 161:16, 161:18, 161:22, 163:24, 164:1, 164:15, 164:19, 165:4, 165:6, 165:9, 165:16, 165:19, 166:3, 166:6, 166:20, 166:22
**MRI** [14] - 70:3, 71:22, 72:4, 72:16,

72:24, 73:12, 75:3, 78:14, 79:19, 97:4, 103:14, 110:16, 111:6, 111:17
**MRIs** [5] - 77:12, 78:6, 97:7, 103:21, 122:20
**multi** [2] - 48:13, 143:8
**multi-billion-dollar** [1] - 48:13
**multidisciplinary** [1] - 60:1
**multiple** [9] - 16:8, 60:5, 66:25, 67:3, 86:16, 87:9, 124:8, 152:2, 153:3
**multiplier** [1] - 54:9
**multiplies** [1] - 76:25
**must** [2] - 39:6, 39:8

**N**

**name** [14] - 12:22, 15:13, 51:6, 52:11, 55:25, 56:2, 94:24, 117:19, 129:2, 131:3, 131:4, 156:17
**named** [1] - 5:2
**names** [3] - 13:7, 15:19, 140:24
**national** [2] - 56:16, 59:24
**NE** [1] - 1:21
**near** [1] - 80:22
**necessarily** [3] - 106:11, 138:23, 163:4
**need** [22] - 19:22, 26:2, 33:20, 39:11, 39:18, 39:25, 40:22, 43:13, 74:13, 77:22, 98:10, 100:10, 101:25, 102:8, 105:22, 109:16, 110:24, 115:15, 124:17, 150:15, 156:1, 161:12
**needed** [6] - 6:3, 24:22, 32:20, 36:23, 42:23, 63:5
**needs** [4] - 21:7, 70:23, 85:15, 115:3
**negative** [2] - 121:7, 121:12
**negotiate** [1] - 37:17
**nervous** [1] - 87:20
**net** [1] - 76:25
**neuritic** [1] - 80:14
**neurocognitive** [1] - 152:23
**neurodegeneration** [12] - 96:12, 106:9, 107:21, 108:10, 108:13, 113:24, 114:20, 114:23, 116:10, 117:10, 122:4, 126:17
**neurodegenerative** [14] - 58:11, 58:21, 63:13, 64:10, 65:2, 65:18, 70:24, 75:12, 76:14, 76:20, 87:3, 162:5, 163:1, 163:15
**neurofib** [1] - 80:8
**neurofibrillary** [5] - 65:4, 79:7, 79:15, 80:4, 80:5
**neuroimaging** [6] - 69:24, 70:1, 88:22, 97:14, 102:15, 113:6
**neurological** [1] - 61:18
**neurologist** [3] - 56:6, 70:14, 89:11
**Neurology** [1] - 131:8
**neurology** [5] - 56:23, 56:24, 57:24, 59:9, 89:23
**neuronal** [4] - 77:1, 78:23, 80:6, 87:1
**neurons** [6] - 76:19, 76:21, 78:23, 78:24, 79:24, 80:6
**neuropathologist** [2] - 56:6, 76:18

**neuropathology** [3] - 57:24, 59:9, 89:24
**neuropsychiatric** [1] - 63:17
**neuropsychiatry** [4] - 20:22, 20:25, 21:22, 22:7
**neuropsychological** [1] - 66:23
**neuropsychologist** [1] - 60:14
**neuropsychopharmacology** [1] - 21:24
**neuroradiological** [1] - 96:7
**neuroradiologist** [5] - 60:11, 70:8, 70:12, 75:16, 140:14
**neuroradiology** [4] - 96:1, 96:20, 122:25, 123:3
**Neuroreader** [16] - 74:6, 74:8, 75:5, 97:9, 99:6, 99:9, 104:6, 104:9, 105:2, 105:23, 109:9, 109:10, 110:10, 111:20, 112:6, 112:18
**neuroscientist** [1] - 56:7
**never** [5] - 25:3, 27:19, 116:18, 123:11, 126:4
**new** [4] - 20:25, 21:8, 21:14, 83:3
**New** [6] - 2:8, 34:23, 56:9, 85:15, 89:7, 93:1
**news** [1] - 166:18
**next** [6] - 6:25, 21:13, 21:21, 49:24, 89:6, 92:22
**next'** [1] - 13:22
**nice** [2] - 165:13, 165:15
**NIH** [1] - 56:20
**NO** [1] - 1:3
**non** [3] - 63:15, 63:20, 144:15
**non-motor** [2] - 63:15, 63:20
**non-video** [1] - 144:15
**none** [1] - 48:1
**nonexistent** [2] - 9:7, 163:12
**norm** [1] - 60:18
**normal** [9] - 73:20, 80:1, 84:4, 84:9, 109:23, 110:3, 110:12, 110:16, 124:7
**normalcy** [1] - 111:6
**normally** [1] - 59:12
**note** [2] - 128:2, 148:16
**noted** [1] - 75:16
**nothing** [8] - 6:7, 16:24, 29:1, 29:21, 29:22, 43:10, 53:16, 151:8
**noticeable** [1] - 71:20
**notify** [1] - 93:12
**notion** [1] - 9:5
**novel** [2] - 59:4, 59:5
**NOVEMBER** [2] - 1:6, 4:2
**November** [3] - 142:7, 142:8, 142:12
**Nuclear** [1] - 129:6
**number** [10] - 29:20, 44:23, 53:11, 53:13, 56:15, 56:24, 68:24, 80:21, 133:1, 149:14
**numbered** [1] - 137:11
**numbers** [9] - 73:9, 73:15, 87:1, 103:19, 103:23, 111:6, 112:9, 112:19
**numerous** [1] - 10:4
**NY** [1] - 2:8
**NYU** [8] - 56:10, 56:13, 56:14, 56:15, 56:23, 57:11, 89:6, 139:19
**NYU's** [1] - 89:6

## O

**oath** [1] - 157:1
**object** [4] - 7:21, 30:10, 91:13, 115:9
**objection** [33] - 26:16, 30:9, 30:20, 30:22, 31:21, 34:14, 34:15, 35:13, 37:2, 41:7, 43:24, 43:25, 45:19, 45:20, 50:23, 50:24, 59:15, 91:2, 92:2, 92:16, 110:17, 110:19, 110:23, 115:2, 120:21, 133:4, 133:5, 134:5, 135:18, 135:19, 136:5, 136:6, 158:18
**objective** [3] - 71:14, 88:23, 165:3
**obligations** [1] - 7:5
**observable** [1] - 81:9
**observance** [2] - 84:8, 166:5
**observe** [5] - 70:16, 71:7, 72:7, 82:22, 82:25
**observed** [5] - 81:24, 97:22, 98:2, 101:10, 159:11
**obviously** [1] - 13:4, 119:25, 122:1
**occasions** [4] - 39:13, 67:3, 68:24, 138:12
**occipital** [1] - 125:12
**Occipital** [1] - 129:8
**occur** [1] - 63:23
**occurred** [1] - 13:4
**occurs** [1] - 76:17
**October** [5] - 25:13, 34:20, 61:17, 143:25, 148:16
**OF** [2] - 1:1, 1:3
**offenses** [1] - 24:23
**offer** [8] - 30:8, 34:12, 37:1, 41:6, 43:18, 43:23, 45:18, 50:22
**offered** [1] - 90:3
**office** [1] - 10:25
**officialdom** [1] - 36:13
**offshore** [2] - 25:9, 39:16
**often** [10] - 63:17, 67:12, 67:16, 67:23, 73:1, 75:21, 86:1, 86:14, 92:12, 103:17
**older** [1] - 86:20
**olds** [3] - 109:21, 110:8
**on-paper** [1] - 49:12
**once** [4] - 11:18, 71:18, 107:12
**one** [69] - 4:19, 5:23, 6:5, 6:6, 7:20, 10:17, 16:11, 19:1, 21:21, 22:6, 23:7, 23:10, 25:6, 28:10, 31:14, 33:20, 37:13, 38:21, 40:12, 41:24, 47:12, 48:7, 53:15, 74:9, 74:11, 75:15, 77:19, 80:20, 84:17, 88:24, 100:3, 101:10, 101:13, 101:19, 110:2, 111:18, 116:20, 124:3, 125:6, 125:16, 126:18, 127:4, 127:13, 127:24, 129:2, 130:21, 131:24, 133:1, 135:11, 135:25, 136:4, 137:17, 140:2, 141:20, 144:10, 145:23, 146:25, 153:6, 153:25, 154:13, 154:25, 155:10, 158:6, 159:8,

159:20, 160:16, 164:16
**one-to-one** [1] - 126:18
**ones** [2] - 9:3, 88:6
**open** [1] - 161:11
**opined** [1] - 113:6
**opining** [2] - 89:25, 91:7
**opinion** [13] - 69:10, 81:25, 82:5, 82:10, 90:3, 94:8, 102:6, 111:7, 138:24, 144:24, 149:2, 149:8, 161:4
**opinions** [2] - 89:18, 113:5
**oppose** [1] - 9:16
**opposed** [1] - 73:15
**option** [1] - 166:10
**order** [11] - 47:3, 51:5, 55:2, 55:5, 81:15, 114:11, 116:4, 116:20, 117:6, 118:5, 119:25
**ordered** [7] - 114:25, 115:23, 117:15, 117:22, 117:24, 119:13, 162:18
**ordering** [10] - 114:8, 116:1, 116:16, 118:13, 118:18, 118:25, 120:4, 120:6, 120:8, 140:19
**organization** [1] - 17:15
**orient** [1] - 19:16
**orientation** [3] - 67:17, 133:20, 147:3
**original** [3] - 43:13, 119:1, 119:10
**otherwise** [1] - 20:11
**ourselves** [1] - 70:13
**out-of-court** [1] - 26:22
**outfit** [1] - 136:16
**outfitted** [1] - 8:14
**outside** [2] - 8:3, 38:10
**outstanding** [1] - 61:1
**overall** [2] - 109:11, 109:24
**overarching** [1] - 68:4
**overcome** [2] - 82:23, 86:24
**overcoming** [1] - 87:11
**overlearned** [2] - 163:18, 163:20
**overrule** [1] - 92:2
**overruled** [3] - 30:15, 92:20, 110:23
**oversight** [4] - 8:21, 22:24, 138:6, 138:8
**owe** [1] - 17:19
**own** [12] - 5:9, 6:12, 7:15, 8:10, 23:14, 26:17, 30:11, 38:11, 40:25, 61:16, 97:9, 103:14
**owned** [5] - 5:12, 5:16, 8:6, 8:7, 38:4, 38:6, 39:20
**ownership** [1] - 6:8
**owns** [2] - 5:2, 5:6

## P

**p.m** [7] - 1:5, 4:3, 85:8, 166:25
**package** [1] - 45:16
**page** [25] - 32:4, 44:22, 47:7, 57:7, 105:15, 105:16, 128:10, 128:17, 128:23, 131:9, 131:17, 132:5, 133:1, 137:8, 137:10, 137:11, 137:20, 137:23, 137:25, 149:12, 149:14, 151:19, 151:25, 152:17
**paid** [4] - 50:19, 60:17, 60:21, 141:22

**Pan** [1] - 4:23
**Panel** [11] - 59:21, 59:23, 60:16, 114:8, 118:17, 120:6, 136:17, 137:1, 138:13, 139:8, 139:20
**panel** [2] - 59:24, 60:18
**paper** [4] - 49:12, 49:14, 58:15, 128:4
**parcel** [1] - 4:20
**parietal** [4] - 70:17, 106:5, 106:13, 125:2
**Parietal** [1] - 129:8
**Parkinson's** [29] - 58:10, 58:22, 62:2, 62:5, 62:10, 62:13, 62:16, 63:9, 63:12, 63:21, 64:1, 64:3, 64:8, 64:9, 64:15, 64:16, 64:19, 64:21, 64:22, 68:12, 69:13, 96:10, 96:14, 125:23, 129:10, 135:25, 148:3, 148:5, 162:6
**part** [28] - 6:6, 6:8, 6:11, 10:8, 17:12, 18:18, 18:23, 21:13, 22:23, 23:16, 37:9, 40:1, 42:8, 42:14, 45:16, 65:6, 81:24, 84:3, 84:17, 100:21, 102:19, 116:25, 120:2, 140:24, 141:2, 154:16, 163:13, 163:14
**Part** [1] - 20:24
**partially** [2] - 8:6, 8:7
**particular** [15] - 8:13, 17:9, 19:13, 20:21, 23:1, 58:23, 60:6, 64:7, 65:10, 71:5, 79:10, 84:5, 90:16, 111:11, 125:11
**particularly** [6] - 36:4, 39:15, 62:17, 79:9, 153:12, 154:10
**parts** [1] - 72:14
**party** [1] - 30:13
**pass** [1] - 28:12
**passed** [2] - 30:2, 32:20
**passes** [1] - 7:19
**passing** [1] - 35:11
**past** [2] - 87:5, 161:13
**patents** [3] - 58:25, 59:1, 59:3
**pathologies** [1] - 107:4
**pathology** [21] - 62:18, 65:5, 65:6, 79:7, 79:15, 80:1, 80:17, 80:24, 81:11, 81:18, 84:15, 84:20, 87:21, 107:2, 107:3, 108:13, 121:3, 162:16, 163:12
**patient** [16] - 58:3, 67:24, 75:8, 76:16, 77:2, 77:3, 109:6, 110:10, 123:20, 124:3, 126:6, 126:7, 132:2, 155:11
**patient's** [3] - 73:12, 75:4, 123:16
**patients** [37] - 57:13, 57:25, 58:6, 67:16, 67:18, 69:1, 69:17, 72:5, 73:3, 76:24, 88:1, 88:4, 88:7, 88:25, 89:11, 89:14, 95:6, 103:21, 106:21, 106:23, 123:23, 124:6, 124:8, 125:17, 125:20, 125:23, 126:11, 129:17, 129:20, 129:23, 129:25, 130:18, 132:6, 132:9, 146:15, 149:5, 159:14
**patients'** [2] - 99:20, 129:14
**pattern** [1] - 125:4
**pay** [5] - 6:3, 6:17, 7:11, 26:2, 44:20
**paying** [4] - 5:24, 45:24, 46:6, 46:13
**payment** [1] - 46:2

**PD** [4] - 126:2, 126:7, 134:18, 148:9
**PD-MCI** [4] - 126:2, 126:7, 134:18, 148:9
**PDD** [8] - 121:11, 125:25, 126:6, 129:22, 134:18, 148:12, 148:15, 148:17
**peer** [14] - 58:14, 58:18, 59:25, 60:3, 138:5, 138:8, 138:16, 138:17, 138:25, 139:3, 139:4, 140:2, 160:9, 160:11
**peer-review** [2] - 60:3, 160:9
**peer-reviewed** [5] - 58:14, 58:18, 59:25, 138:25, 139:3
**peers** [1] - 139:1
**people** [28] - 14:18, 15:5, 17:1, 54:12, 58:9, 66:13, 84:2, 95:22, 97:13, 99:21, 99:25, 100:5, 101:19, 108:6, 110:2, 110:11, 124:7, 136:25, 139:3, 140:24, 141:7, 146:15, 146:17, 147:2, 147:7, 153:8, 154:25, 159:5
**people's** [1] - 156:8
**per** [3] - 5:24, 6:4, 6:18
**per-usage** [1] - 5:24
**per-use** [2] - 6:4, 6:18
**percent** [4] - 63:17, 80:23, 95:11, 152:14
**percentages** [1] - 111:22
**percentile** [7] - 105:25, 109:11, 109:13, 109:18, 112:22, 154:1, 154:25
**percentiles** [1] - 110:7
**perfectly** [1] - 40:9
**perform** [2] - 146:12, 146:20
**performance** [5] - 67:1, 88:21, 94:13, 155:3, 158:4
**performed** [2] - 66:25, 72:24
**performing** [1] - 163:5
**perhaps** [4] - 92:12, 97:15, 155:3, 160:10
**period** [13] - 12:13, 12:16, 25:16, 30:12, 51:22, 71:11, 71:16, 71:21, 81:8, 86:12, 86:17, 101:6, 103:22
**permanent** [1] - 87:14
**permission** [8] - 48:11, 48:14, 49:8, 49:17, 50:2, 50:4, 50:6, 51:5
**permit** [2] - 15:13, 15:14
**person** [17] - 14:13, 29:13, 31:3, 32:20, 41:13, 41:20, 43:9, 51:7, 73:11, 132:16, 146:9, 146:12, 154:19, 155:23, 156:18, 163:8
**person's** [1] - 117:19
**person-to-person** [1] - 73:11
**personal** [2] - 14:19, 119:8
**personally** [2] - 32:7, 32:13
**PET** [78] - 70:4, 70:5, 70:15, 71:8, 71:14, 74:20, 74:21, 75:1, 76:6, 76:10, 77:3, 78:6, 78:21, 79:5, 79:8, 79:11, 79:13, 80:9, 80:12, 80:19, 81:20, 106:7, 106:9, 113:23, 114:5, 114:9, 114:22, 114:23, 114:25, 115:1, 115:23, 116:1, 116:7, 116:10, 116:11, 116:13, 116:16, 116:18, 117:2, 117:3, 117:6, 117:9, 117:11, 117:12, 117:17, 118:5, 118:10, 118:13, 118:14, 118:18,

118:25, 119:12, 119:21, 120:9, 120:15, 120:16, 120:17, 120:20, 121:1, 121:10, 121:12, 121:14, 121:15, 123:16, 123:19, 124:1, 126:13, 126:15, 126:18, 134:1, 134:22, 140:20, 161:24, 162:9, 162:17, 162:18, 162:19
**PETs** [12] - 71:10, 71:17, 74:22, 75:1, 120:18, 121:16, 122:3, 122:9, 123:12, 123:14, 123:23, 129:14
**PGP** [2] - 14:10, 15:23
**Phone** [1] - 16:18
**phone** [12] - 29:13, 29:17, 35:1, 35:6, 35:11, 35:23, 36:9, 36:17, 36:21, 77:25, 78:1, 85:3
**phosphates** [1] - 80:2
**phrase** [2] - 17:13, 41:12
**physical** [1] - 63:5
**physician** [1] - 67:21
**physicians** [3] - 149:15, 149:22, 149:25
**physics** [1] - 47:22
**pickpocket** [1] - 36:7
**picture** [1] - 99:12
**pictures** [2] - 76:1, 129:22
**piece** [3] - 16:1, 74:17, 106:16
**pieces** [2] - 10:22, 75:7
**place** [3] - 9:22, 26:10, 36:19
**plaintiffs** [1] - 60:7
**plan** [2] - 37:14, 85:5
**planning** [1] - 25:10
**plaque** [5] - 79:20, 80:14, 80:17, 80:18, 81:16
**plaques** [10] - 65:4, 79:1, 79:9, 79:12, 79:21, 81:14, 87:22, 106:20, 106:24, 113:15
**play** [1] - 162:25
**players** [1] - 163:3
**playing** [1] - 163:9
**pleasure** [1] - 165:13
**plenty** [3] - 81:8, 98:17, 123:25
**plus** [2] - 9:2, 51:22
**point** [15] - 5:23, 8:18, 8:22, 11:17, 16:11, 37:21, 40:4, 51:8, 81:16, 97:21, 97:25, 133:2, 134:3, 151:15, 161:5
**Point** [4] - 33:23, 34:3
**poor** [6] - 67:1, 87:8, 88:21, 100:16, 153:15, 153:20
**population** [3] - 75:6, 75:14, 86:20
**portfolio** [1] - 51:8
**portion** [2] - 52:8, 52:10
**portions** [1] - 84:10
**position** [6] - 21:8, 21:25, 22:2, 22:14, 47:4, 89:6
**positions** [4] - 56:14, 56:25, 57:8, 57:11
**positive** [15] - 9:13, 80:13, 80:16, 81:2, 81:5, 81:17, 113:10, 113:13, 121:3, 121:6, 121:12, 121:13, 121:14, 162:19
**possibility** [6] - 69:6, 83:23, 87:25, 88:18, 101:21, 118:13
**possible** [7] - 42:10, 121:6, 146:11,

152:8, 161:9, 162:24, 166:13
**possibly** [1] - 85:5
**posterior** [1] - 163:14
**Posterior** [1] - 129:8
**posttraumatic** [2] - 22:8, 22:10
**postural** [1] - 63:14
**potential** [6] - 44:5, 52:18, 52:23, 58:23, 88:16, 162:14
**potentially** [1] - 68:21
**power** [9] - 31:3, 41:11, 41:17, 41:20, 41:21, 42:4, 43:8, 43:9, 43:20
**practical** [1] - 32:19
**practice** [6] - 36:19, 67:22, 70:11, 87:24, 88:10, 155:18
**practitioner** [1] - 150:1
**preadmitted** [1] - 57:2
**precedes** [1] - 20:8
**precise** [2] - 74:12, 74:13
**precision** [1] - 73:5
**preclinical** [1] - 81:8
**prepare** [2] - 66:16, 99:3
**prepared** [4] - 43:1, 154:17, 154:19, 155:1
**preparing** [1] - 142:11
**presence** [8] - 64:22, 64:24, 79:1, 79:17, 80:14, 84:7, 84:20, 114:13
**present** [3] - 101:5, 114:17, 151:8
**presentation** [5] - 79:3, 83:22, 100:1, 100:4, 101:20
**presentations** [1] - 99:21
**preserved** [1] - 84:1
**pressure** [1] - 45:2
**pretend** [1] - 13:15
**pretext** [1] - 51:4
**pretty** [10] - 15:23, 107:16, 141:11, 141:14, 146:15, 146:18, 150:16, 154:7, 160:12, 160:15
**previous** [1] - 43:14
**previously** [1] - 21:9
**primarily** [1] - 67:13
**primary** [1] - 101:14
**print** [2] - 98:7, 98:13
**Prion** [1] - 58:10
**prison** [3] - 89:8, 89:12, 89:14
**privacy** [2] - 14:22, 15:23
**private** [1] - 14:13
**problem** [4] - 32:19, 35:7, 60:6, 98:17
**problems** [6] - 81:3, 95:10, 107:13, 149:15, 149:24, 159:12
**proceed** [1] - 4:7
**Proceedings** [1] - 85:8
**proceedings** [2] - 2:15, 167:4
**process** [8] - 60:4, 71:13, 84:15, 86:18, 116:25, 120:3, 160:12, 163:7
**processes** [7] - 76:20, 76:22, 77:2, 78:13, 86:13, 87:3, 87:15
**processing** [1] - 113:3
**produced** [1] - 2:16
**product** [2] - 16:8, 16:24

**products** [2] - 14:9, 16:15
**profession** [1] - 138:18
**profits** [1] - 47:3
**prognosis** [1] - 121:9
**program** [2] - 21:22, 57:18
**progressed** [3] - 122:10, 122:11, 122:12
**progresses** [1] - 65:11
**progression** [6] - 71:7, 71:9, 72:6, 72:10, 109:4, 122:15
**progressive** [2] - 64:9, 76:15
**projector** [1] - 150:12
**promise** [1] - 93:8
**pronounce** [1] - 78:4
**properly** [5] - 17:15, 27:17, 67:17, 71:1, 78:25
**properties** [15] - 4:15, 4:19, 5:3, 5:10, 5:15, 6:4, 6:5, 6:7, 6:9, 6:13, 7:15, 7:18, 8:4, 12:7, 12:9
**property** [3] - 4:24, 6:18, 7:6
**Property** [1] - 5:16
**protect** [1] - 53:9
**protective** [1] - 87:18
**protector** [6] - 30:6, 30:25, 32:19, 32:20, 34:1, 49:19
**protein** [3] - 79:23, 80:1, 80:3
**protocol** [1] - 55:15
**prove** [1] - 26:22
**proven** [1] - 152:5
**provide** [2] - 62:22, 89:23
**Provide** [1] - 32:8
**provided** [2] - 11:21, 48:6
**prudent** [1] - 43:15
**psychiatric** [1] - 65:22
**psychiatrist** [2] - 60:15, 139:9
**psychiatrists** [1] - 139:13
**psychologist** [1] - 139:19
**publication** [1] - 129:5
**publications** [1] - 58:14
**publish** [1] - 58:23
**published** [5] - 58:12, 58:18, 58:21, 80:21, 139:4
**publishes** [1] - 123:22
**pull** [2] - 137:19, 149:12
**purpose** [2] - 20:20, 21:4, 23:9
**purposely** [1] - 157:9
**purposes** [8] - 7:25, 16:8, 20:17, 22:16, 23:13, 23:19, 29:20, 89:22
**pursuant** [1] - 12:15
**purview** [2] - 38:10, 38:25
**push** [3] - 84:24, 85:2, 166:16
**pushing** [1] - 165:22
**put** [14] - 19:19, 29:3, 49:3, 49:23, 57:2, 74:18, 97:8, 103:12, 103:13, 104:22, 141:12, 142:5, 151:5
**puts** [1] - 105:24
**putting** [2] - 144:2, 165:11

### Q

**qualified** [1] - 89:23
**qualitative** [14] - 72:16, 72:20, 72:23, 74:3, 96:24, 97:5, 99:15, 103:14, 106:4, 108:16, 111:8, 123:5, 123:7, 126:4
**quantitation** [2] - 73:1, 111:20
**quantitative** [17] - 73:4, 73:6, 74:5, 96:24, 103:14, 104:10, 105:24, 108:15, 110:15, 110:21, 111:9, 111:12, 111:13, 112:9, 112:12, 112:17, 123:3
**Queen** [5] - 4:20, 5:12, 5:13, 5:25, 6:18
**questioning** [1] - 4:17
**questions** [23] - 4:14, 8:20, 10:23, 11:1, 13:24, 14:9, 15:23, 15:24, 16:17, 19:9, 19:10, 19:22, 40:7, 54:14, 55:16, 77:8, 90:7, 93:8, 115:15, 146:25, 161:7, 163:24, 165:4
**quick** [3] - 73:16, 108:13, 164:2
**quite** [13] - 33:24, 60:19, 63:23, 68:1, 81:7, 84:1, 86:11, 101:7, 103:23, 107:7, 138:18, 139:19, 164:9
**quote** [16] - 24:13, 25:8, 26:15, 27:13, 27:17, 27:19, 28:1, 93:20, 102:4, 102:5, 102:14, 139:4, 151:25, 152:18, 155:8
**quoting** [1] - 113:14

### R

**radiological** [1] - 99:22
**radiologist** [5] - 72:17, 72:21, 76:4, 117:19, 140:15
**raise** [1] - 118:13
**Ranch** [1] - 4:23
**range** [1] - 130:7
**rarely** [1] - 155:25
**rate** [5] - 75:8, 86:15, 95:6, 95:9, 95:10
**re** [2] - 6:24, 163:25
**re-assess** [1] - 6:24
**reach** [1] - 61:24
**reached** [2] - 12:19, 69:14
**reaching** [1] - 55:8
**read** [6] - 19:23, 42:15, 80:13, 129:2, 150:18, 162:2
**reading** [3] - 24:15, 75:16, 113:14
**ready** [1] - 125:8
**real** [1] - 15:19
**really** [18] - 14:18, 38:22, 64:3, 65:10, 66:12, 75:8, 77:14, 91:19, 109:1, 111:21, 113:23, 138:23, 141:1, 153:21, 158:8, 160:16, 163:16, 166:6
**reason** [8] - 23:1, 33:19, 33:22, 76:18, 98:16, 101:14, 111:18, 127:7
**reasonable** [2] - 24:13, 115:10
**reasonably** [1] - 132:15
**reasons** [3] - 23:10, 88:7, 111:12
**recalled** [2] - 84:7, 150:24

**received** [3] - 28:4, 149:15, 164:22
**recent** [2] - 75:16, 86:4
**recently** [1] - 51:23
**receptors** [1] - 96:13
**Recessed** [1] - 166:25
**recessed** [1] - 85:8
**recognize** [1] - 147:5
**recognizes** [1] - 105:14
**recollection** [3] - 42:1, 46:8, 153:11
**recommendation** [1] - 9:17
**recommended** [1] - 116:6
**record** [13] - 56:1, 85:12, 102:11, 115:8, 128:3, 128:14, 128:25, 129:3, 131:15, 150:14, 159:21, 162:3, 167:4
**recorded** [5] - 2:15, 143:8, 143:13, 143:16, 144:12
**records** [10] - 11:4, 13:12, 51:2, 61:11, 61:15, 61:19, 142:17, 142:19, 144:3, 144:10
**RECROSS** [1] - 53:20
**ReCross** [1] - 3:4
**recross** [1] - 161:11
**RECROSS-EXAMINATION** [1] - 53:20
**recruit** [3] - 20:25, 21:8, 21:14
**red** [3] - 15:14, 15:15, 125:3
**ReDirect** [2] - 3:3, 3:7
**redirect** [1] - 28:13
**REDIRECT** [3] - 28:15, 161:21, 164:18
**reduced** [1] - 70:21
**redundancy** [1] - 84:19
**redundant** [2] - 84:6, 84:10
**Reed** [2] - 12:3, 12:5
**refer** [1] - 104:3
**reference** [1] - 150:24
**referenced** [3] - 18:11, 21:9, 39:22
**referred** [1] - 139:20
**referring** [2] - 66:22, 75:24
**refers** [1] - 32:23
**reflected** [1] - 72:16
**reflecting** [1] - 78:23
**reframe** [1] - 115:19
**refresh** [2] - 12:8, 46:8
**refused** [1] - 158:24
**regarded** [1] - 20:14
**Regency** [4] - 5:2, 5:6, 5:9, 45:22
**regional** [1] - 71:5
**regions** [2] - 70:18, 74:10
**regular** [2] - 7:2, 10:25
**regulated** [1] - 9:14
**regulation** [2] - 9:7, 9:21
**regulations** [1] - 9:11
**regulators** [1] - 8:21
**reimburse** [3] - 39:14, 39:25, 40:22
**related** [10] - 8:20, 10:5, 26:11, 53:12, 57:17, 62:2, 65:5, 79:25, 85:25, 87:21
**relation** [5] - 12:5, 45:7, 47:14, 49:19, 62:16
**relationship** [1] - 47:24
**relatively** [4] - 71:11, 71:16, 71:21,

103:22
**releases** [1] - 87:16
**relevance** [2] - 79:10, 91:13
**relevant** [3] - 62:22, 90:18, 121:10
**reliability** [3] - 74:16, 103:18, 158:24
**reliable** [1] - 74:15
**relied** [1] - 97:4
**rely** [1] - 96:13
**relying** [1] - 155:8
**remember** [17] - 11:1, 14:1, 46:12, 47:5, 90:21, 111:4, 111:14, 119:9, 120:5, 130:3, 140:24, 141:8, 141:9, 148:16, 153:16, 153:20, 160:2
**remembers** [1] - 148:2
**remind** [1] - 130:7
**rent** [10] - 5:24, 6:3, 6:17, 6:23, 7:6, 7:11, 45:25, 46:2, 46:6, 46:13
**rented** [1] - 46:19
**reoccurring** [2] - 86:10, 87:4
**repeat** [1] - 131:15
**repeated** [2] - 71:17, 100:21
**repetitive** [1] - 132:14
**rephrase** [1] - 121:1
**replace** [2] - 31:3, 32:13
**replacement** [1] - 119:5
**report** [35] - 66:18, 72:18, 74:6, 74:8, 101:22, 102:3, 102:10, 102:14, 105:2, 105:24, 109:10, 113:16, 115:20, 117:15, 117:19, 117:25, 118:7, 119:2, 119:10, 119:19, 122:14, 127:10, 137:4, 137:7, 138:9, 141:6, 141:12, 141:15, 142:25, 144:13, 149:11, 151:1, 151:18, 160:5, 160:15
**reported** [1] - 148:20
**REPORTER** [1] - 2:11
**reporter** [2] - 129:11, 155:24
**REPORTER'S** [1] - 167:1
**reporting** [1] - 94:8
**reports** [20] - 60:7, 61:13, 70:7, 70:12, 99:6, 104:6, 104:9, 116:6, 118:15, 118:21, 118:23, 119:13, 119:18, 124:16, 137:1, 137:15, 138:13, 141:2, 142:11, 146:14
**representations** [1] - 126:6
**request** [1] - 18:22
**requested** [2] - 62:22, 118:2
**requesting** [1] - 49:2
**requests** [1] - 18:19
**required** [4] - 39:4, 46:16, 114:14, 155:19
**requirement** [1] - 6:21
**requirements** [2] - 9:8, 9:21
**requiring** [1] - 7:11
**research** [11] - 8:14, 8:15, 21:18, 22:2, 22:9, 56:7, 56:16, 56:24, 57:17, 58:13, 109:5
**researcher** [1] - 57:16
**reserve** [12] - 86:23, 87:2, 87:7, 87:8, 100:4, 100:8, 100:13, 100:15, 100:21, 101:15, 101:18, 126:22

**reserves** [1] - 99:20
**residence** [1] - 83:3
**residents** [1] - 57:19
**resign** [2] - 32:10, 32:11
**resigns** [1] - 32:6
**respect** [18] - 12:7, 40:12, 41:22, 69:19, 69:22, 70:15, 72:7, 73:5, 75:1, 77:10, 78:17, 82:25, 87:6, 88:17, 91:9, 163:8, 163:17, 166:4
**respectfully** [1] - 30:15
**respective** [1] - 153:9
**respects** [1] - 63:20
**respond** [3] - 18:19, 18:23, 41:2
**response** [5] - 45:13, 76:23, 91:15, 115:6, 137:16
**responsibilities** [2] - 57:12, 57:20
**responsibility** [1] - 37:21
**restructure** [1] - 9:17
**result** [5] - 18:20, 18:24, 24:24, 69:8, 80:12
**results** [1] - 79:11
**resume** [1] - 57:4
**retained** [5] - 160:3, 160:14, 163:7, 163:13, 163:16
**returns** [1] - 46:24
**reveal** [1] - 121:10
**revenue** [1] - 5:20
**review** [18] - 60:3, 70:13, 71:22, 72:8, 80:19, 83:8, 83:14, 88:13, 88:14, 96:25, 104:6, 138:16, 138:17, 139:5, 140:2, 144:23, 160:9, 160:11
**reviewed** [13] - 58:14, 58:18, 59:25, 61:8, 61:10, 69:24, 70:2, 71:8, 113:5, 138:25, 139:1, 139:3, 141:15
**reviewers** [1] - 139:6
**reviewing** [4] - 61:15, 61:19, 153:2, 157:5
**Reynolds** [7] - 18:6, 37:14, 83:12, 156:20
**Rice** [2] - 47:17, 47:20
**rid** [1] - 43:14
**rifle** [1] - 148:23
**right-hand** [1] - 42:7
**rigidity** [1] - 63:14
**rise** [3] - 4:5, 85:7, 85:9
**risk** [3] - 44:25, 45:8, 69:4
**RMR** [2] - 2:12, 167:8
**Robert** [6] - 29:12, 29:13, 29:17, 39:13, 39:15, 59:18
**ROBERT** [1] - 1:6
**role** [2] - 5:23, 34:6
**Room** [2] - 1:21, 2:12
**round** [4] - 6:4, 6:17, 7:6, 7:11
**routinely** [2] - 72:5, 73:2
**row** [5] - 125:10, 125:15, 125:16, 125:19
**RPR** [1] - 167:8
**Rufus** [1] - 11:13
**ruled** [1] - 69:18
**ruling** [1] - 69:22

PM 3-185

**run** [2] - 16:7, 57:16
**ruse** [1] - 13:15
**rushing** [1] - 85:18
**Rusk** [1] - 2:12
**Ryan** [3] - 117:15, 117:22, 143:11

# S

**safe** [4] - 39:14, 39:25, 40:22, 54:16
**safeguarding** [1] - 37:22
**sample** [1] - 130:10
**samples** [2] - 124:11, 127:1
**sat** [2] - 154:20, 156:22
**Saturday** [3] - 165:24, 166:7, 166:10
**save** [1] - 104:3
**saw** [4] - 15:12, 77:11, 83:15, 106:5
**scale** [1] - 108:18
**scan** [33] - 64:6, 64:7, 72:9, 72:16, 74:16, 75:15, 75:16, 76:1, 77:14, 77:15, 77:16, 77:17, 77:18, 79:20, 80:10, 80:12, 80:16, 80:18, 80:19, 81:20, 110:11, 114:15, 121:3, 121:7, 121:13, 123:9, 123:10, 161:24
**Scan** [4] - 81:1, 81:2, 81:5, 113:14
**scans** [14] - 70:7, 70:13, 70:15, 71:8, 71:22, 71:25, 72:2, 72:4, 72:25, 73:13, 75:3, 76:6, 77:14, 122:18
**scattered** [1] - 121:20
**schedule** [1] - 55:5
**Scholars** [1] - 23:10
**scholarship** [1] - 23:14
**school** [5] - 49:3, 49:24, 56:9, 56:12, 56:14
**scientific** [1] - 102:24
**scientist** [2] - 102:21, 103:4
**Score** [7] - 127:5, 127:8, 129:20, 129:25, 130:3, 132:9, 132:16
**scored** [1] - 153:25
**Scott** [1] - 2:2
**screen** [12] - 29:4, 42:5, 42:8, 48:9, 104:23, 105:3, 105:5, 105:11, 105:20, 109:8, 128:21, 131:22
**search** [10] - 12:15, 13:4, 13:8, 14:1, 14:6, 24:8, 24:12, 24:16, 24:19, 151:14
**searched** [3] - 12:14, 12:18, 13:22
**seated** [2] - 4:6, 85:10
**second** [4] - 102:7, 137:17, 146:25, 159:20
**secondary** [4] - 88:4, 88:5, 89:1, 89:2
**section** [1] - 153:12
**secure** [1] - 14:24
**Security** [1] - 89:3
**security** [2] - 36:14, 166:2
**see** [37] - 14:4, 19:21, 19:25, 20:20, 35:18, 37:9, 39:7, 42:5, 42:23, 44:23, 46:8, 47:7, 57:13, 70:14, 71:13, 72:5, 78:14, 89:11, 92:3, 97:14, 98:24, 106:20, 107:21, 107:23, 112:14, 113:20, 122:18, 125:3, 131:19,

132:19, 132:23, 137:19, 149:13, 151:20, 158:6, 159:14
**seeing** [7] - 29:12, 71:20, 75:25, 122:21, 146:10, 149:23, 149:25
**seek** [6] - 17:17, 88:5, 135:16, 149:9, 149:16, 151:2
**seeks** [2] - 59:25, 60:3
**seem** [1] - 84:8
**seemingly** [2] - 84:4, 103:13
**segmentation** [1] - 103:16
**send** [1] - 39:9
**sending** [3] - 34:19, 37:14, 42:3
**sense** [3] - 67:5, 112:19, 123:15
**sent** [5] - 20:3, 29:9, 41:24, 47:1, 98:8
**separate** [2] - 7:5, 121:8
**September** [2] - 24:9, 24:10
**series** [1] - 37:8
**server** [2] - 15:3, 48:25
**serves** [1] - 5:6
**service** [1] - 5:21
**SESSION** [1] - 1:10
**set** [7] - 10:2, 20:4, 23:18, 23:19, 35:2, 38:8, 163:5
**setting** [14] - 19:3, 25:9, 69:7, 75:12, 89:17, 89:19, 94:22, 95:1, 95:5, 121:3, 121:12, 152:12, 157:6, 157:11
**settings** [1] - 84:2
**several** [3] - 8:23, 20:18, 26:9
**severe** [1] - 145:10
**severity** [2] - 126:14, 160:21
**seward** [1] - 139:24
**shaken** [1] - 14:1
**shared** [1] - 166:9
**shareholder** [1] - 30:5
**shepherd** [1] - 140:13
**Shepherd** [1] - 141:5
**Sherry** [1] - 11:25
**shift** [2] - 14:8, 23:21
**shoes** [1] - 156:19
**short** [11] - 57:1, 65:10, 67:13, 71:11, 71:16, 71:21, 83:18, 86:12, 86:16, 93:8, 103:22
**short-circuit** [1] - 57:1
**short-term** [2] - 65:10, 67:13
**shorter** [1] - 71:19
**show** [15] - 31:11, 42:2, 44:11, 47:3, 48:17, 97:21, 99:12, 105:13, 107:25, 124:14, 125:6, 133:8, 134:12, 135:22, 161:23
**showed** [2] - 15:2, 70:17
**showing** [10] - 19:18, 78:7, 78:17, 78:21, 98:5, 99:5, 125:2, 125:11, 135:10, 150:14
**shown** [1] - 19:13
**shows** [5] - 79:11, 96:12, 99:8, 102:15, 162:11
**shrinkage** [7] - 72:11, 72:13, 76:2, 78:7, 102:16, 102:19, 103:2
**sic** [1] - 38:11

**side** [2] - 42:7, 76:3
**sides** [2] - 35:17, 143:24
**sign** [1] - 39:7
**Signal** [1] - 16:22
**signature** [2] - 37:15, 39:5
**signed** [2] - 15:16, 32:8
**significance** [7] - 67:8, 72:2, 72:12, 80:15, 80:20, 86:9, 121:14
**significant** [11] - 68:1, 75:21, 79:17, 80:25, 84:7, 86:11, 102:15, 102:18, 102:23, 108:12, 146:20
**Silent** [1] - 16:18
**similar** [2] - 8:4, 99:25
**similar-looking** [1] - 99:25
**Simon** [1] - 11:22
**simple** [2] - 93:8, 99:24
**situation** [2] - 68:23, 156:8
**six** [1] - 58:3
**size** [1] - 109:24
**Skadden** [1] - 11:11
**skip** [1] - 45:6
**slice** [3] - 111:18, 111:25, 112:3
**slide** [3] - 108:1, 133:9, 134:21
**slides** [1] - 124:15
**slightly** [2] - 8:6, 122:10
**small** [2] - 47:3, 150:16
**smell** [1] - 150:24
**Smith** [7] - 1:18, 20:11, 29:18, 39:13, 40:23, 51:4, 51:12
**SMITH** [1] - 166:22
**Smith's** [4] - 10:24, 11:3, 20:8, 51:1
**Snapchat** [1] - 16:19
**Social** [1] - 89:3
**software** [2] - 16:1, 112:6
**someone** [9] - 18:5, 22:8, 30:2, 33:24, 34:6, 73:21, 107:6, 164:5, 164:12
**sometimes** [5] - 103:10, 127:1, 155:23, 156:1, 156:7
**somewhat** [3] - 79:24, 109:6, 145:11
**son** [2] - 47:20, 156:5
**sorry** [33] - 7:1, 30:8, 30:21, 40:1, 42:6, 49:22, 51:25, 53:23, 92:10, 105:18, 110:5, 110:8, 115:19, 120:18, 121:5, 122:23, 128:13, 128:25, 129:11, 130:15, 131:14, 131:17, 131:21, 134:9, 138:9, 143:20, 148:8, 149:11, 150:11, 151:4, 155:16, 159:25, 161:16
**sort** [16] - 9:6, 16:7, 21:12, 23:21, 41:13, 68:4, 68:9, 69:14, 75:5, 85:25, 87:12, 99:14, 108:17, 146:5, 147:2, 159:23
**sorts** [1] - 88:7
**sought** [3] - 10:4, 11:7, 149:20
**sound** [4] - 61:4, 82:20, 102:16, 119:19
**sounds** [4] - 102:17, 147:22, 153:18, 153:21
**source** [1] - 155:10
**sources** [8] - 137:8, 137:11, 137:14, 137:21, 138:2, 155:18, 157:5, 161:1
**SOUTHERN** [1] - 1:1

PM 3-186

**space** [2] - 79:23, 147:3
**spacial** [1] - 65:14
**Spanish** [2] - 38:4, 38:6
**speaking** [1] - 84:3
**speaks** [1] - 87:10
**special** [4] - 41:10, 41:17, 41:21, 42:3
**specialist** [1] - 148:3
**specific** [5] - 62:20, 74:21, 74:22, 108:2, 164:11
**specifically** [5] - 36:15, 100:24, 101:1, 112:5, 118:10
**specificity** [1] - 80:23
**specifics** [2] - 62:23, 153:23
**speeches** [1] - 83:11
**spell** [1] - 55:25
**spent** [1] - 142:18
**spouse** [1] - 156:4
**spouses** [1] - 158:5
**St** [2] - 24:25, 26:11
**stacks** [1] - 126:11
**staff** [1] - 165:25
**stage** [3] - 63:22, 66:4, 82:10
**stages** [4] - 67:4, 68:20, 164:7, 164:10
**stamina** [1] - 63:5
**stand** [4] - 55:14, 55:15, 89:16, 166:23
**standard** [1] - 117:10
**standards** [1] - 91:12
**start** [14] - 37:11, 37:13, 62:16, 96:5, 98:4, 107:21, 107:23, 118:17, 124:22, 137:8, 137:20, 159:24, 161:16, 165:20
**started** [2] - 23:23, 166:15
**starting** [1] - 150:18
**starts** [3] - 65:9, 107:12, 145:14
**State** [1] - 66:24
**state** [7] - 7:19, 7:24, 17:12, 17:13, 27:7, 55:25, 145:8
**statement** [4] - 26:18, 123:9, 123:11, 146:8
**statements** [2] - 17:4, 26:22
**STATES** [3] - 1:1, 1:3, 1:12
**States** [7] - 26:5, 27:12, 27:16, 27:25, 28:21, 52:14, 59:2
**status** [4] - 10:3, 35:16, 163:10
**stem** [1] - 163:14
**stemmed** [2] - 18:1, 18:3
**stems** [1] - 18:11
**stenography** [1] - 2:15
**step** [2] - 55:10, 121:17
**Stephen** [1] - 11:7
**stepped** [3] - 156:18, 156:20, 157:3
**steps** [1] - 163:8
**Steps** [2] - 38:4, 38:6
**stick** [1] - 74:24
**sticker** [2] - 98:10, 98:13
**stickers** [3] - 98:8, 98:17, 98:18
**still** [14] - 26:7, 26:8, 40:9, 42:7, 42:14, 52:20, 57:8, 78:25, 84:19, 137:4, 147:12, 147:17, 148:20, 165:24
**stimulation** [2] - 21:23

**stock** [2] - 97:9, 103:13
**stop** [4] - 55:11, 67:22, 71:1, 78:10
**stopped** [2] - 46:6, 46:13
**storage** [1] - 84:7
**stored** [3] - 84:6, 84:10, 84:14
**story** [2] - 162:21, 162:25
**straw** [1] - 41:3
**streamline** [1] - 85:14
**Street** [2] - 1:21, 2:7
**stress** [3] - 22:8, 22:10, 87:11
**strike** [5] - 52:8, 52:9, 52:11, 64:12, 96:17, 97:18, 110:9
**striking** [1] - 71:16
**strong** [2] - 123:9, 123:11
**stronger** [1] - 9:10
**structural** [2] - 70:3, 75:2
**structure** [5] - 7:25, 8:4, 19:6, 40:9, 74:25
**structures** [1] - 40:12
**Stuart** [3] - 48:6, 150:4, 151:6
**students** [1] - 57:19
**studied** [1] - 47:23
**studies** [8] - 58:19, 61:12, 64:5, 70:4, 80:22, 113:6, 113:21, 115:13
**study** [11] - 47:22, 70:5, 81:17, 128:23, 129:1, 129:3, 130:10, 130:20, 130:25, 131:21, 135:13
**study's** [1] - 131:3
**studying** [1] - 111:24
**stuff** [4] - 32:24, 33:1, 95:16, 121:24
**sub** [1] - 121:23
**subject** [3] - 53:13, 103:17, 109:4
**subjective** [2] - 145:11, 158:11
**submit** [1] - 33:13
**submitted** [2] - 24:21, 160:6
**submitting** [2] - 33:7, 33:16
**subsidiaries** [1] - 38:21
**substantial** [3] - 44:19, 79:15, 142:8
**successor** [3] - 32:7, 32:13, 33:21
**suddenly** [1] - 33:24
**suffering** [2] - 82:1, 83:23
**sufficiently** [1] - 141:10
**sugar** [1] - 78:18
**suggest** [3] - 47:2, 87:5, 122:9
**suggestion** [2] - 32:7, 32:12
**suggestive** [1] - 162:4
**Suite** [1] - 2:3
**super** [1] - 113:13
**supervise** [1] - 58:4
**support** [7] - 20:21, 20:25, 21:7, 21:17, 21:18, 22:13, 145:20
**supported** [2] - 122:25, 123:2
**surgeon** [2] - 162:22, 163:5
**surgeons** [1] - 146:19
**surgery** [4] - 146:20, 162:22, 163:10, 164:6
**Surgical** [2] - 119:3, 119:6
**surprise** [7] - 95:3, 95:8, 95:12, 153:24, 156:15, 156:25, 157:4

**surprised** [1] - 60:20
**surprisingly** [1] - 163:7
**susceptibility** [1] - 101:16
**suspecting** [1] - 24:14
**suspicion** [1] - 88:16
**Sutherland** [1] - 12:10
**swear** [1] - 55:12
**switch** [2] - 8:18, 31:12
**Switzerland** [3] - 52:24, 52:25, 53:6
**sworn** [2] - 55:13, 55:20
**symptom** [1] - 63:25
**symptomatology** [1] - 63:24
**symptoms** [10] - 62:16, 63:14, 63:15, 63:19, 63:21, 63:22, 64:23, 65:7, 68:6, 155:24
**syndrome** [2] - 22:8, 22:10
**system** [1] - 87:20
**systemic** [2] - 87:16, 87:23

# T

**table** [2] - 127:1, 129:13
**tables** [1] - 127:5
**tabs** [1] - 104:16
**TAMINE** [1] - 3:2
**Tamine** [10] - 4:11, 9:24, 24:14, 27:7, 28:17, 53:22, 54:15, 54:16, 151:12
**tangle** [4] - 65:4, 79:7, 79:15, 80:7
**tangles** [4] - 79:1, 80:4, 80:5, 87:22
**targeted** [2] - 45:1, 45:7
**tau** [29] - 65:5, 79:25, 80:1, 80:3, 81:10, 81:11, 106:20, 106:24, 107:2, 107:10, 107:12, 107:19, 108:10, 108:13, 113:20, 116:16, 116:18, 117:2, 117:6, 117:11, 118:5, 118:13, 118:18, 120:9, 120:15, 120:20, 121:1, 121:6, 121:13
**tau-related** [2] - 65:5, 79:25
**Tax** [1] - 1:20
**tax** [7] - 17:18, 17:19, 25:10, 25:20, 27:9, 46:24, 47:3
**taxes** [1] - 26:3
**taxi** [1] - 35:2
**teach** [1] - 57:18
**teaching** [1] - 21:25
**team** [1] - 114:8
**technically** [1] - 26:24
**technique** [1] - 103:16
**Tel** [4] - 1:22, 2:4, 2:8, 2:13
**telephone** [1] - 32:5
**Tello** [1] - 12:10
**temporal** [4] - 70:18, 106:6, 106:13, 125:2
**ten** [1] - 141:24
**tenant** [1] - 46:22
**tend** [1] - 80:3
**term** [9] - 62:10, 65:10, 67:13, 67:14, 68:4, 102:23, 138:16, 138:18, 147:1
**terms** [11] - 20:4, 22:22, 23:18, 33:25, 39:2, 68:9, 74:21, 90:19, 145:9,

146:23, 165:3

**test** [5] - 117:22, 117:24, 118:2, 120:4, 120:20

**testamentary** [3] - 41:11, 41:21, 42:4

**tested** [1] - 83:17

**testified** [18] - 16:6, 23:23, 55:20, 65:25, 76:5, 91:10, 92:11, 92:15, 92:24, 93:20, 103:12, 107:6, 118:12, 118:24, 130:16, 146:2, 154:3, 163:17

**testify** [3] - 118:6, 120:14, 144:21

**testifying** [5] - 4:13, 33:16, 91:8, 91:16, 92:13

**testimony** [12] - 25:2, 28:19, 34:5, 34:7, 89:22, 94:16, 96:25, 106:23, 107:16, 141:7, 142:11, 145:1

**testing** [5] - 66:23, 152:1, 152:13, 153:15, 153:20

**tests** [8] - 94:14, 152:6, 152:11, 152:18, 152:23, 153:1, 153:3, 153:25

**TEXAS** [1] - 1:1

**Texas** [3] - 1:4, 2:3, 2:13

**text** [1] - 15:15

**thanking** [1] - 42:20

**Thanksgiving** [1] - 166:22

**THE** [126] - 1:1, 1:1, 1:11, 1:17, 2:1, 4:5, 4:6, 26:24, 27:3, 28:13, 29:5, 30:9, 30:15, 30:20, 30:22, 31:24, 34:13, 34:15, 35:14, 37:3, 41:8, 42:17, 42:19, 43:19, 43:25, 44:14, 45:20, 48:20, 50:24, 53:17, 53:19, 54:16, 54:18, 54:19, 54:20, 54:22, 54:23, 54:25, 55:6, 55:10, 55:14, 55:17, 55:18, 59:11, 59:14, 73:16, 73:18, 73:19, 73:22, 74:1, 77:7, 77:10, 77:13, 77:15, 77:17, 77:18, 77:20, 77:21, 78:2, 84:23, 85:2, 85:7, 85:9, 85:10, 85:18, 85:22, 88:24, 89:5, 89:9, 89:10, 89:13, 89:18, 89:20, 90:2, 90:5, 90:8, 91:3, 91:6, 91:15, 91:22, 92:1, 92:17, 92:20, 98:10, 98:14, 98:16, 102:7, 104:20, 104:21, 110:18, 110:23, 111:2, 115:11, 120:25, 121:1, 127:18, 127:19, 130:13, 130:23, 133:5, 134:6, 134:10, 134:24, 135:5, 135:8, 135:19, 136:6, 136:9, 158:21, 161:8, 161:12, 163:25, 164:2, 164:8, 164:14, 164:17, 165:5, 165:7, 165:10, 165:13, 165:15, 165:17, 165:20, 166:12, 166:21, 166:23

**themselves** [4] - 15:16, 70:9, 70:10, 87:20

**therefore** [1] - 117:10

**thicker** [1] - 111:19

**thickness** [2] - 111:18, 111:19

**thinking** [4] - 116:18, 150:25, 164:8, 165:20

**Thomas** [2] - 55:9, 56:2

**THOMAS** [2] - 3:5, 55:19

**Thorpe** [2] - 38:12, 38:24

**thoughts** [2] - 41:3, 41:4

**thousand** [1] - 58:3

**thousands** [1] - 163:6

**three** [7] - 65:20, 86:6, 86:8, 99:8, 138:8, 141:1, 143:22

**threw** [1] - 44:10

**timelines** [1] - 109:3

**timing** [2] - 19:12, 62:15

**timings** [1] - 83:2

**Timothy** [1] - 140:13

**title** [3] - 129:4, 129:5, 129:7

**to-do** [2] - 31:14, 47:9

**to-scale** [1] - 108:18

**today** [10] - 10:12, 85:12, 85:19, 89:22, 93:1, 100:14, 100:15, 101:7, 113:12, 166:17

**together** [3] - 21:12, 60:6, 93:15

**Tommy** [5] - 156:16, 156:18, 156:22, 157:1, 157:13

**tomorrow** [3] - 165:21, 166:16, 166:24

**took** [4] - 14:21, 27:19, 78:1, 147:14

**tool** [4] - 113:24, 114:1, 117:2, 132:14

**top** [5] - 37:11, 125:9, 125:19, 125:25, 128:10

**topic** [1] - 23:22

**topics** [1] - 58:17

**total** [1] - 39:19

**totally** [1] - 94:4

**toxic** [3] - 79:24, 80:6, 86:1

**toxins** [1] - 87:19

**track** [2] - 144:3, 147:3

**tracks** [1] - 77:3

**trained** [1] - 122:2

**training** [1] - 139:9

**trajectories** [2] - 109:4, 109:5

**trajectory** [1] - 86:14

**transaction** [1] - 39:15

**transcranial** [1] - 21:23

**Transcript** [1] - 2:16

**transcript** [1] - 167:4

**transcription** [1] - 2:16

**transcripts** [1] - 144:16

**translate** [1] - 79:3

**transporter** [1] - 64:6

**traumatic** [1] - 21:1

**Traurig** [1] - 12:1

**travel** [1] - 144:4

**traveling** [2] - 35:5, 36:2

**travels** [1] - 54:17

**treat** [1] - 57:25

**treating** [1] - 148:5

**treatment** [3] - 48:6, 57:15, 149:15

**treatments** [2] - 58:23, 59:4

**tremor** [1] - 63:14

**trend** [1] - 153:20

**Trevor** [8] - 30:3, 30:4, 30:5, 30:25, 32:5, 32:10, 32:11, 32:18

**trial** [3] - 63:5, 89:16, 166:19

**trigger** [2] - 79:25, 80:1

**triggers** [1] - 81:10

**true** [8] - 8:22, 22:16, 90:17, 90:22, 112:11, 143:7, 166:21

**trust** [20] - 5:5, 6:8, 6:12, 7:25, 8:3, 9:22, 12:4, 12:5, 19:2, 25:10, 30:25, 33:10, 37:23, 41:19, 48:13, 49:12, 49:18, 49:20, 54:11

**Trust** [8] - 24:25, 26:11, 30:6, 31:1, 38:8, 40:8, 41:22

**trust's** [1] - 50:20

**trustee** [13] - 5:6, 5:23, 6:2, 6:6, 31:4, 34:1, 37:24, 38:18, 38:20, 41:14, 41:18, 43:8, 48:13

**trusts** [6] - 7:14, 8:10, 8:21, 10:5, 10:18, 32:19

**truth** [3] - 26:22, 60:7, 157:7

**truthfully** [1] - 93:13

**try** [7] - 78:4, 82:23, 93:7, 93:9, 105:20, 129:2, 161:11

**trying** [4] - 52:8, 52:9, 57:1, 109:1

**Tuesday** [2] - 166:8, 166:9

**turn** [3] - 12:13, 132:25, 161:3

**turned** [3] - 18:24, 19:2, 166:1

**turns** [1] - 165:25

**twice** [1] - 51:20

**two** [22] - 18:4, 28:10, 49:24, 79:16, 80:21, 97:10, 98:1, 99:21, 99:25, 122:3, 131:3, 132:22, 135:2, 135:4, 143:15, 143:21, 144:12, 144:15, 154:17, 154:20, 155:1

**TX** [1] - 2:4

**type** [1] - 72:24

**types** [7] - 57:12, 58:6, 70:1, 97:22, 104:9, 126:24, 147:7

**typical** [4] - 123:15, 123:19, 126:6

**typically** [8] - 58:2, 65:9, 71:17, 73:11, 75:22, 76:14, 107:1, 164:9

## U

**U.S** [5] - 1:20, 5:10, 5:19, 28:22, 36:2

**UCHS** [1] - 38:11

**UCSH** [3] - 37:25, 38:3, 38:24

**ultimate** [3] - 89:25, 90:4, 91:8

**ultimately** [1] - 80:4

**unable** [2] - 67:16, 147:5

**unaware** [1] - 33:16

**unbiased** [1] - 60:2

**unclear** [1] - 24:23

**uncomfortable** [1] - 35:5

**uncommon** [1] - 15:8

**under** [10] - 8:23, 9:18, 20:10, 33:25, 40:9, 41:18, 43:8, 142:20, 157:1

**undergoing** [1] - 119:5

**underlying** [1] - 58:20

**undisputed** [1] - 110:16

**unexpectedly** [2] - 31:6, 34:6

**unfortunate** [1] - 69:8

**unfortunately** [5] - 64:10, 85:11, 126:12, 149:5, 160:4

**United** [7] - 26:5, 27:12, 27:16, 27:25,

28:20, 52:14, 59:2
**UNITED** [3] - 1:1, 1:3, 1:12
**universities** [1] - 23:2
**University** [7] - 19:10, 20:3, 22:11, 23:11, 47:18, 47:20, 56:9
**university** [1] - 22:2
**unknown** [2] - 108:8, 109:5
**unless** [1] - 26:25
**unlike** [2] - 89:1, 123:14
**unnecessary** [1] - 117:11
**unrelated** [1] - 30:11
**unreliable** [5] - 82:14, 110:21, 111:21, 161:4, 164:22
**unreported** [1] - 26:3
**unsealed** [1] - 25:16
**unusual** [3] - 49:10, 87:8, 164:9
**up** [33] - 13:10, 19:3, 19:24, 25:9, 29:3, 35:2, 35:8, 38:3, 41:3, 57:2, 70:8, 73:24, 74:1, 76:19, 76:21, 77:8, 77:21, 78:21, 82:23, 103:9, 104:23, 116:18, 120:8, 120:12, 124:21, 126:11, 131:12, 131:19, 137:19, 149:12, 161:11, 164:6, 165:11
**usage** [1] - 5:24
**useful** [3] - 74:17, 75:3, 78:7
**uses** [2] - 70:22, 124:3
**utilization** [1] - 70:21

# V

**valid** [2] - 33:10, 40:9
**valuation** [1] - 51:7
**value** [2] - 6:23, 73:12
**valve** [1] - 119:5
**Van** [1] - 11:11
**variability** [1] - 73:9
**variable** [3] - 63:16, 76:15, 76:22
**variation** [3] - 73:11, 75:13, 126:12
**varies** [1] - 75:14
**variety** [2] - 39:12, 58:11
**various** [7] - 48:10, 51:7, 58:23, 61:11, 61:12, 64:5, 73:10
**Varnado** [4] - 2:2, 3:3, 3:4, 42:20
**VARNADO** [25] - 4:8, 4:10, 26:17, 27:1, 27:5, 27:6, 28:12, 30:10, 30:16, 30:19, 30:21, 31:21, 34:14, 35:13, 37:2, 41:7, 43:24, 45:19, 50:23, 53:18, 53:21, 54:1, 54:2, 54:14, 166:6
**vary** [2] - 77:2, 109:6
**vascular** [1] - 65:5
**ventricular** [2] - 72:19, 76:3
**version** [3] - 16:19, 16:20, 104:24
**versus** [2] - 9:5, 120:20
**Vesey** [1] - 2:7
**vessel** [6] - 8:13, 39:11, 39:14, 39:23, 40:18, 40:19
**veterans** [2] - 22:10
**Vetter** [2] - 11:8, 11:9
**vice** [1] - 56:23
**video** [4] - 83:19, 83:22, 144:15, 154:14

**videos** [10] - 83:8, 83:14, 142:24, 143:8, 144:23, 145:3, 145:20, 146:2, 146:6, 146:10
**view** [9] - 9:10, 9:13, 17:11, 28:24, 43:3, 70:7, 75:3, 106:5, 145:20
**viewed** [2] - 17:12, 17:14
**village** [2] - 109:20, 110:2
**Virginia** [1] - 23:12
**visibility** [1] - 19:6
**vista** [1] - 51:8
**visual** [2] - 65:14, 75:20
**voice** [1] - 16:19
**Voice** [1] - 16:20
**volume** [13] - 72:6, 72:14, 72:15, 73:19, 76:15, 76:16, 76:19, 76:21, 77:2, 77:10, 77:11, 77:13, 105:25
**volumetric** [9] - 73:1, 73:7, 74:10, 75:2, 75:11, 103:6, 103:22, 106:10, 123:7
**VS** [1] - 1:4

# W

**W-i-s-n-i-e-w-s-k-i** [1] - 56:3
**wait** [3] - 105:9, 131:16
**walk** [6] - 20:19, 21:3, 70:6, 82:12, 157:24, 159:8
**wants** [3] - 26:19, 54:10, 54:11
**warrant** [6] - 12:15, 24:8, 24:12, 24:16, 24:19, 151:14
**Washington** [1] - 1:22
**watch** [2] - 142:23, 154:16
**watched** [3] - 145:19, 146:2, 154:14
**ways** [3] - 39:14, 39:25, 40:22
**wear** [1] - 55:16
**web** [1] - 16:13
**week** [1] - 119:13
**weekend** [1] - 27:12
**weight** [3] - 74:19, 74:23, 76:6
**well-taken** [1] - 67:23
**Welner** [4] - 117:20, 139:7, 139:15, 141:2
**wet** [1] - 32:8
**whatnot** [1] - 166:5
**WhatsApp** [2] - 16:21, 16:22
**whereas** [1] - 71:20
**whereby** [2] - 87:15, 87:19
**white** [2] - 128:5, 130:22
**Whitlow** [2] - 60:11, 122:8
**who'd** [1] - 30:2
**whole** [5] - 37:9, 42:5, 45:3, 72:20, 99:12
**wife** [7] - 61:22, 66:8, 66:18, 94:9, 147:14, 156:1, 157:19
**willingly** [1] - 7:12
**wills** [1] - 43:15
**WISNIEWSKI** [2] - 3:5, 55:19
**Wisniewski** [8] - 55:9, 56:2, 57:5, 59:8, 77:25, 85:14, 85:24, 87:24
**witness** [18] - 28:12, 30:11, 30:14,

35:15, 35:16, 35:17, 44:16, 48:21, 55:1, 55:4, 55:13, 85:21, 92:18, 92:19, 104:18, 105:13, 127:16, 165:8
**WITNESS** [20] - 42:19, 43:19, 54:18, 54:20, 54:23, 55:17, 73:18, 73:22, 77:13, 77:17, 77:20, 89:5, 89:10, 89:18, 104:21, 121:1, 127:19, 130:23, 164:8, 165:13
**witness's** [1] - 26:17
**witnesses** [3] - 97:21, 115:12, 166:4
**wondering** [2] - 119:12, 120:2
**Wood** [3] - 32:7, 32:13, 33:21
**word** [2] - 28:3, 152:4
**wording** [1] - 40:24
**words** [4] - 91:17, 97:7, 131:3, 151:5
**works** [2] - 78:17, 166:14
**world** [1] - 29:19
**worldwide** [1] - 52:16
**worried** [5] - 36:7, 36:15, 36:16, 36:18, 58:9
**worry** [2] - 29:22, 136:11
**worse** [5] - 64:11, 101:20, 122:4, 130:9, 132:23
**worthwhile** [1] - 23:19
**wrestle** [1] - 160:17
**write** [4] - 34:25, 44:25, 45:11, 149:12
**written** [1] - 70:7
**wrote** [7] - 44:7, 44:9, 44:17, 102:4, 102:14, 148:17, 151:1

# Y

**yacht** [2] - 37:5, 39:10
**year** [15] - 6:4, 6:17, 6:24, 7:6, 7:11, 51:22, 58:3, 71:18, 72:10, 72:16, 86:6, 87:5, 109:21, 110:8
**year-and-a-half** [1] - 71:18
**year-plus-long** [1] - 51:22
**year-round** [4] - 6:4, 6:17, 7:6, 7:11
**years** [11] - 10:4, 24:3, 49:25, 56:18, 56:21, 81:7, 81:15, 89:10, 107:17, 110:8, 148:6
**York** [8] - 2:8, 34:23, 56:9, 85:15, 89:7, 93:1, 152:23, 153:25
**yourself** [2] - 9:24, 28:24
**Yudnofsky** [3] - 22:20, 150:4, 151:7
**Yudnofskys** [1] - 20:22
**Yudofsky** [1] - 48:6

# Z

**zoom** [3] - 42:10, 98:19, 150:15