# HEARING MINUTES

Cause No:       4:21-CR-9; 4:22-CV-202

Style:          USA v. Brockman; Brockman v. USA

Hearing Type:   Status conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Herbert W. Linder | United States (in civil matter) |
| Corey J. Smith | United States (in criminal matter) |
| Kathryn Keneally | Robert Brockman |
| Jason Scott Varnado | Robert Brockman |

Date: June 28, 2022                       Court reporter: ERO
Time: 9:32 a.m.—10:11 a.m.                Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a status conference.

In the criminal matter (4:21-CR-9), the parties will submit an agreed docket control order **on or before July 1, 2022**.

In the civil matter (4:22-CV-202), the USA's motion to extend page limits [Dkt. 17] is **GRANTED**. The USA's motion for an expedited ruling on its motion to extend page limits [Dkt. 18] is **DENIED AS MOOT**. Robert Brockman's motion for leave to file a supplemental memorandum [Dkt. 37] is **GRANTED**. Brockman will supplement the record **on or before July 15, 2022**. The USA will respond **on or before July 22, 2022**. Brockman will reply

**on or before July 27, 2022**. The Court will set this matter for an in-person oral argument.