AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:21-CR-009 (GCH) |
| ROBERT T. BROCKMAN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

third-party Robert F. Smith                                                                                      .

Date:   07/11/2022                                          /s/ Emily P. Hughes
                                                                           *Attorney's signature*

                                                        Emily Hughes, P.C. (DC No. 984580)
                                                             *Printed name and bar number*

                                                               Kirkland & Ellis LLP
                                                           1301 Pennsylvania Ave. N.W.
                                                               Washington, DC 20004

                                                                         *Address*

                                                          emily.hughes@kirkland.com
                                                                    *E-mail address*

                                                                   (202) 389-5000
                                                                  *Telephone number*

                                                                   (202) 389-5200
                                                                     *FAX number*