UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-009 (GCH) |
|---|---|---|---|

UNITED STATES OF AMERICA

*versus*

ROBERT T. BROCKMAN

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | W. Neil Eggleston<br>Kirkland & Ellis LLP<br>1301 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>Tel: 202.389.5016; Email: neil.eggleston@kirkland.com<br>District of Columbia, Bar No. 411957 |

| Name of party applicant seeks to appear for: | Robert F. Smith |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/11/2022 | Signed: | /s/ W. Neil Eggleston |
|---|---|---|

The state bar reports that the applicant's status is: Good Standing

Dated:                Clerk's signature

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____         _____
                                       United States District Judge