United States District Court
Southern District of Texas

**ENTERED**
July 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-009 (GCH) |
|---|---|---|---|

| UNITED STATES OF AMERICA |
|---|
| *versus* |
| ROBERT T. BROCKMAN |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | W. Neil Eggleston<br>Kirkland & Ellis LLP<br>1301 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>Tel: 202.389.5016; Email: neil.eggleston@kirkland.com<br>District of Columbia, Bar No. 411957 |
|---|---|

| Name of party applicant seeks to appear for: | Robert F. Smith |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/11/2022 | Signed: | /s/ W. Neil Eggleston |
|---|---|---|

The state bar reports that the applicant's status is: **Good Standing**

Dated: 07/13/2022     Clerk's signature _[signature]_

**Order**

This lawyer is admitted *pro hac vice*.

Dated: July 13, 2022

_George C. Hanks Jr._
United States District Judge