United States District Court
Southern District of Texas

**ENTERED**
July 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-CR-009 (GCH) |
|---|---|---|---|

**UNITED STATES OF AMERICA**

*versus*

**ROBERT T. BROCKMAN**

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mark Filip, P.C.<br>Kirkland & Ellis LLP<br>1301 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>Tel: 202.389.5000; Email: mark.filip@kirkland.com<br>District of Columbia, Bar No. 995086 |

| Name of party applicant seeks to appear for: | Robert F. Smith |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 7/11/2022 | Signed: | /s/ Mark Filip |
|---|---|---|---|

The state bar reports that the applicant's status is: **Good Standing**

Dated: 07/13/2022   Clerk's signature  *[signature]*

### Order

Dated: July 13, 2022

This lawyer is admitted *pro hac vice*.

*/s/ George C. Hanks Jr.*
United States District Judge