IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 4:21-cr-00009 |
| ROBERT T. BROCKMAN | § § | |

## DEFENDANT'S UNOPPOSED MOTION FOR DISMISSAL OF INDICTMENT

Defendant Robert T. Brockman died on August 5, 2022. A copy of his death certificate is attached as Exhibit A hereto.[1]

The government initially informed defense counsel that the government would move for dismissal upon receipt of the death certificate, which was provided to the government on August 23, 2022. The government subsequently asked that defense counsel make this motion, and report to the Court that it is unopposed by the government.

Accordingly, the defense moves this Court for the dismissal of the indictment.

Dated: September 7, 2022

/s/Jason S. Varnado
Jason S. Varnado
Texas Bar No. 24034722
SDTX Ad. ID No. 32166
Email: jvarnado@jonesday.com
Julia N. Camp
Texas Bar No. 24123598
SDTX Ad. ID No. 3688104
Email: juliacamp@jonesday.com
JONES DAY
717 Texas, Suite 3300
Houston, TX  77002

---

[1] Mr. Brockman's death certificate attached hereto as Exhibit A has been redacted in compliance with Federal Rule of Criminal Procedure 49.1.

1

Telephone: 832-239-3939
Facsimile: 832-239-3600

Kathryn Keneally (Admitted Pro Hac Vice)
New York Bar No. 1866250
Email: kkeneally@jonesday.com
James P. Loonam (Admitted Pro Hac Vice)
New York Bar No. 4035275
Email: jloonam@jonesday.com
Sarah D. Efronson (Admitted Pro Hac Vice)
New York Bar No. 5217484
Email: sefronson@jonesday.com
Colleen E. O'Connor (Admitted Pro Hac Vice)
New York Bar No. 5764725
Email: colleenoconnor@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: 212-326-3939
Facsimile: 212-755-7306

Irina K. Bleustein (Admitted Pro Hac Vice)
District of Columbia Bar No. 1044772
Email: ibleustein@jonesday.com
Conor G. Maloney (Admitted Pro Hac Vice)
District of Columbia Bar No. 1632584
Email: cmaloney@jonesday.com
Patrick J. Manion (Admitted Pro Hac Vice)
District of Columbia Bar No. 1615138
Email: pmanion@jonesday.com
Michael R. Tompkins (Admitted Pro Hac Vice)
District of Columbia Bar No. 1720349
Email: mtompkins@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: 202-879-3450
Facsimile: 202-626-1700

*Attorneys for Defendant*
*Robert T. Brockman*

## **CERTIFICATE OF SERVICE**

I certify that on this 7th day of September, 2022, I electronically served this document on all counsel of record.

> */s/ Jason S. Varnado*
> Jason S. Varnado

# EXHIBIT A

# CERTIFICATION OF VITAL RECORD

## CITY OF HOUSTON

**TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS**
Aug 17 2022
**STATE OF TEXAS — CERTIFICATE OF DEATH**
**STATE FILE NUMBER:** 142-22-149043

| Field | Value |
|---|---|
| 1. LEGAL NAME OF DECEASED | ROBERT THERON BROCKMAN |
| 2. DATE OF DEATH – ACTUAL OR PRESUMED | AUGUST 5, 2022 |
| 3. SEX | MALE |
| 4. DATE OF BIRTH | [redacted] |
| 5. AGE – Last Birthday (Years) | 81 |
| 6. BIRTHPLACE | SAINT PETERSBURG, FL |
| 7. SOCIAL SECURITY NUMBER | [redacted] |
| 8. MARITAL STATUS AT TIME OF DEATH | Married |
| 9. SURVIVING SPOUSE'S NAME | DOROTHY HAMMERS |
| 10a. RESIDENCE STREET ADDRESS | [redacted] |
| 10c. CITY OR TOWN | HOUSTON |
| 10d. COUNTY | HARRIS |
| 10e. STATE | TEXAS |
| 10f. ZIP CODE | 77027-4124 |
| 10g. INSIDE CITY LIMITS? | Yes |
| 11. FATHER/PARENT 2 NAME | ALFRED EUGENE BROCKMAN |
| 12. MOTHER/PARENT 1 NAME | PEARL BROWN |
| 13. PLACE OF DEATH | Decedent's Home |
| 14. COUNTY OF DEATH | HARRIS |
| 15. CITY/TOWN, ZIP | HOUSTON, 77027-4124 |
| 16. FACILITY NAME | [redacted] |
| 17. INFORMANT'S NAME & RELATIONSHIP | DOROTHY BROCKMAN - SPOUSE |
| 18. MAILING ADDRESS OF INFORMANT | [redacted] |
| 19. METHOD OF DISPOSITION | Cremation |
| 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR | MICHAEL J. LOMBARD, BY ELECTRONIC SIGNATURE - 112970 |
| 21. Section | CREMATION |
| 22. PLACE OF DISPOSITION | GULF COAST CREMATORY |
| 23. LOCATION | HOUSTON, TX |
| 24. NAME OF FUNERAL FACILITY | GEO. H. LEWIS & SONS |
| 25. COMPLETE ADDRESS OF FUNERAL FACILITY | 1010 BERING DRIVE, HOUSTON, TX 77057 |
| 26. CERTIFIER | Certifying physician |
| 27. SIGNATURE OF CERTIFIER | ELIZABETH STRAUCH, BY ELECTRONIC SIGNATURE |
| 28. DATE CERTIFIED | AUGUST 9, 2022 |
| 29. LICENSE NUMBER | H5807 |
| 30. TIME OF DEATH | 11:47 PM |
| 31. PRINTED NAME, ADDRESS OF CERTIFIER | ELIZABETH STRAUCH 1905 HOLCOMBE, HOUSTON, TX 77030 |
| 32. TITLE OF CERTIFIER | MD |

**33. PART I. CHAIN OF EVENTS**

a. IMMEDIATE CAUSE: ENDSTAGE DEMENTIA AND PARKINSON'S DISEASE — Approximate Interval: UNKNOWN

**34. WAS AN AUTOPSY PERFORMED?** No

**36. MANNER OF DEATH:** Natural
**37. DID TOBACCO USE CONTRIBUTE TO DEATH?** No

**43a. REGISTRAR FILE NO.:** 02016611
**43b. DATE RECEIVED BY LOCAL REGISTRAR:** AUGUST 17, 2022
**43c. REGISTRAR:** REGISTRAR - CITY OF HOUSTON, ELECTRONICALLY FILED
EDR NUMBER: 00004444541026?

VS-112 REV 1/2006

---

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

**ISSUED** 08/17/2022    LB

S. Kellen Sweny
Local Registrar

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE