# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | Criminal No. 4:21-cr-00009 |
| **ROBERT T. BROCKMAN** | § § | |

### [PROPOSED]  ORDER OF DISMISSAL OF INDICTMENT

The Unopposed Motion for Dismissal of Indictment, made by defense counsel based on the death of the defendant, is **HEREBY GRANTED**.

So ORDERED this ___ day of September, 2022.

_____
George C. Hanks, Jr.
United States District Judge