United States District Court
Southern District of Texas
**ENTERED**
September 07, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 4:21-cr-00009 |
| ROBERT T. BROCKMAN | § § | |

### [PROPOSED] ORDER OF DISMISSAL OF INDICTMENT

The Unopposed Motion for Dismissal of Indictment, made by defense counsel based on the death of the defendant, is **HEREBY GRANTED**.

So ORDERED this 7th day of September, 2022.

*George C. Hanks, Jr.*
George C. Hanks, Jr.
United States District Judge